**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **WILLIAM A. CLARK, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 00-644C** |
| | ) | **(Chief Judge Damich)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's April 21, 2005 Order, the parties hereby submit this joint status report setting forth a briefing schedule for the defendant's motion for summary judgment, which was filed with the Court on April 30, 2004. Furthermore, pursuant to the Court's Orders of March 16, 2005 and March 24, 2005, the parties notify the Court that defendant produced the last set of electronic records relating to the Doe plaintiffs on Monday, May 09, 2005. Plaintiffs are currently reviewing these documents. While this review is continuing, the parties propose that the plaintiffs file their opposition to the motion for summary judgment by June 10, 2005. The parties propose that the defendant file its reply to plaintiffs' opposition by July 11, 2005. The parties respectfully request that the Court adopt the parties proposed briefing schedule.

The parties anticipate that these filings will contain "Protected Information" as that term is defined in the Protective Order entered in this case on April 8, 2005. Pursuant to Paragraph 7 of General Order 42A and consistent with the Protective Order, the parties also respectfully request the Court authorize the electronic filing of sealed documents under the Court's CM/ECF procedures.

For the Court's convenience, the parties attach a proposed order.

Respectfully submitted,

s/Helen K. Michael
HELEN K. MICHAEL
ROBERT SHULMAN
HOWREY SIMON ARNOLD
& WHITE, L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 783-0800

RICHARD T. DORMAN
CUNNINGHAM, BOUNDS, YANCE,
CROWDER & BROWN, LLC
1601 Dauphin Street
Mobile, AL 36604
(251) 471-6191

CHARLES J. COOPER
COOPER & KIRK, P.L.L.C.
1500 K Street, N.W., Ste. 200
Washington, DC 2005
(202) 220-9600

Attorneys for Plaintiffs

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 307-0383
Fax: (202) 353-7988

OF COUNSEL:
LT. COL VANESSA BERRY
MAJOR CHRIS SOUCIE
United States Army Litigation Division

LT. COL. JOSEPH WENDLBERGER
United States Air Force
General Litigation Division

CAPTAIN CHRIS BROWN
National Guard Bureau
Office of Chief Counsel
Attorneys for Defendant

May 11, 2005

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on May 11, 2005, a copy of the foregoing "JOINT STATUS REPORT" with its attached proposed order was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas K. Mickle
Douglas K. Mickle

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

No. 00-644C
(Filed: May __, 2005)

| | |
|---|---|
| **WILLIAM A. CLARK, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **THE UNITED STATES,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

Pursuant to the Court's April 21, 2005 Order, the parties submitted a joint status report setting forth a briefing schedule for the defendant's motion for summary judgment, which was filed with the Court on April 30, 2004. The parties proposed that plaintiffs file their opposition to the motion for summary judgment by June 10, 2005. The parties then proposed that the defendant file its reply to plaintiffs' opposition by July 11, 2005.

The Court hereby ORDERS that the parties' proposed briefing schedule is approved. The plaintiffs shall file their opposition to the defendant's motion for summary judgment by June 10, 2005. The defendant shall file its reply to plaintiffs' opposition by July 11, 2005.

The Court further authorizes the parties to file sealed documents electronically under the Court's CM/ECF procedures.

__________________________
EDWARD J. DAMICH
Chief Judge