**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

No. 00-644C
(Filed: May __, 2005)

| | |
|---|---|
| **WILLIAM A. CLARK, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **THE UNITED STATES,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

Pursuant to the Court's April 21, 2005 Order, the parties submitted a joint status report setting forth a briefing schedule for the defendant's motion for summary judgment, which was filed with the Court on April 30, 2004. The parties proposed that plaintiffs file their opposition to the motion for summary judgment by June 10, 2005. The parties then proposed that the defendant file its reply to plaintiffs' opposition by July 11, 2005.

The Court hereby ORDERS that the parties' proposed briefing schedule is approved. The plaintiffs shall file their opposition to the defendant's motion for summary judgment by June 10, 2005. The defendant shall file its reply to plaintiffs' opposition by July 11, 2005.

The Court further authorizes the parties to file sealed documents electronically under the Court's CM/ECF procedures.

__________________________
EDWARD J. DAMICH
Chief Judge