# In the United States Court of Federal Claims

No. 00-644 C
(Filed: May 16, 2005)

***********************************
**WILLIAM A. CLARK, *et al*.,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.
***********************************

**ORDER**

On May 11, 2005, the parties submitted a Joint Status Report, in which they proposed a schedule for the opposition and reply to Defendant's Motion for Summary Judgment, filed April 30, 2004.

As the Court finds the proposed schedule to be suitable, the Court hereby ORDERS that Plaintiffs' opposition shall be due on or before **June 10, 2005**, and Defendant's reply shall be filed on or before **July 11, 2005**. Plaintiffs shall limit their response to **40 pages** in length, as directed in the Court's order dated December 17, 2004.

It is further ORDERED that the parties are authorized to electronically file any sealed documents according to the court's CM/ECF procedures.

**s/Edward J. Damich**
EDWARD J. DAMICH
Chief Judge