# INDEX TO APPENDIX

DECLARATIONS

Declaration of William A. Clark....................1

Declaration of James P. Davern....................22

Declaration of Robert E. Freeburg....................41

Declaration of Willie R. Johnson....................53

Declaration of Robert A. Mustin....................72

Declaration of Jane Doe 1....................82

Declaration of Jane Doe 2....................106

Declaration of Jane Doe 3....................137

Declaration of John Doe 1....................148

Declaration of John Doe 2....................159

Declaration of John Doe 3....................174

Declaration of John Doe 4....................181

REGULATIONS AND OTHER DOCUMENTS

AFIADL Catalog, Sept. 17, 2003....................215

Air Force Instruction 36-2201,Vol. 3, *Air Force Training on the Job Training Administration*, Feb. 4, 2005....................235

Air Force Instruction 36-2201, Vol. 4, *Air Force Training Program, Managing Advanced Distributed Learning,* Oct. 23, 2002....................238

Air Force Instruction 36-2301, *Professional Military Education*, June 27, 2002....................240

Air National Guard Instruction 36-2502, *Promotion of Airmen*, Aug. 25, 2000....................246

Air Force Instruction 36-2618, *The Enlisted Force Structure,* Apr. 1, 1999....................256

Air Force Instruction 51-604, *Appointment to and Assumption of Command,* Oct. 1, 2000 ....................264

Air Force Manual 36-8001, *Reserve Personnel Participation and Training Procedures*, Jan. 22, 2004 ....................266

Air Force Policy Directive 36-22, *Air Force Military Training,* Mar. 22, 2004 ....................268

Air Force Policy Directive 36-23, *Military Education,* Sept. 27, 1993 ....................270

Air National Guard Instruction 36-2002, *Enlistment And Reenlistment In The Air National Guard And As A Reserve Of The Air Force*, Mar. 1, 2004 ....................271

Air National Guard Instruction 36-2504, *Federal Recognition Of Promotion In The Air National Guard (ANG) And As A Reserve Of The Air Force Below The Grade Of General Officer*, July 28, 2004 ....................284

Air National Guard Instruction 36-2606, *Selective Retention of Air National Guard Officer and Enlisted Personnel*, Feb, 28, 1997 ....................286

Army Regulation 135-155, *Promotion of Commissioned Officers and Warrant Officers Other Than General Officers* Nov. 2, 2001 ....................288

Army Regulation 135-205, *Enlisted Personnel Management*, Oct. 1, 1994....................297

Army Regulation 350-1, *Army Training and Education*, May 9, 2003 ....................300

Army Regulation 350-10, *Management of Army Individual Training Requirements and Resources*, Oct. 15, 1990 ....................309

Army Regulation 351-1, *Individual Military Education and Training*, Nov. 16, 1987....................312

Army Safety Program, CSA Directive....................323

AUOI-H Study Series NR 16, *History of the Extension Course Institute*, Feb. 1, 1996....................326

CTNG Circular 350-01, Oct. 1, 2000 ....................329

Department of the Army Pamphlet, 350-58, *Leader Development for America's Army*, Oct. 13, 1994 ....................331

Department of the Army Pamphlet 350-59, *Army Correspondence Course Program Catalog*, Oct. 1, 2000 .......... 336

Department of the Army Pamphlet 351-20, *Army Correspondence Course Program Catalog*, Apr. 28, 2000 .......... 344

Department of Defense Directive 1035.1, *Telework Policy for Department of Defense*, Sept. 9, 2002 .......... 359

Department of Defense Instruction 4500.9R, *Defense Transportation Regulation* .......... 362

Field Manual 7-0, *Training the Force*, Oct. 22, 2002 .......... 364

Field Manual 22-100, *Army Leadership, Be, Know, Do*, Aug. 31, 1999 .......... 383

FORSCOM/ARNG/USAR Regulation 350-2, *Reserve Component Training*, Oct. 27, 1999 .......... 386

Mississippi Army National Guard, *Yearly Training Guidance for Training Year 2003 and Short-Range Planning Calendar for Training Year 2003*, Jan. 25, 2002 .......... 388

National Guard Pamphlet, *How to Succeed in the Army National Guard By Really Trying* .......... 391

National Guard Regulation 35-6, *Selective Retention of Air National Guard Officers and Enlisted Personnel*, Jan. 1, 1993 .......... 395

National Guard Regulation 350-1, *Army National Guard Training*, Nov. 30, 1983 .......... 397

National Guard Regulation (AR) 350-1, *Army National Guard Training*, June 3, 1991 .......... 402

National Guard Regulation 351-1, *Individual Military Education and Training*, June 1, 1987 .......... 407

National Guard Regulation 600-101, *Warrant Officers – Federal Recognition and Related Personnel Actions*, Oct. 1, 1996 .......... 411

National Guard Regulation 600-200, *Enlisted Personnel Management*, Mar. 1, 1997 .......... 413

National Guard Regulation 635-100, *Termination of Appointment and Withdrawal of Federal Recognition*, July 15, 1983 .......... 420

National Guard Regulation 635-102, *Officers and Warrant Officers Selective Retention*, July 1, 1988 ....................424

National Guard Regulation 680-2, Personnel Information Systems, Automated Retirement Points Accounting System, Mar. 1, 1989 ....................427

North Carolina, *Yearly Training Guidance for Training Year 2002*, November 1, 1996 ....................430

North Carolina, *Yearly Training Guidance for Training Year 2002*, Jul. 31, 2000 ....................431

Shanely *et al.*, ARMY DISTANCE LEARNING: POTENTIAL FOR REDUCING SHORTAGES IN ARMY ENLISTED OCCUPATIONS (Rand 2001) ....................434

TRADOC Regulation 350-10, *Institutional Leader Training and Education*, Aug. 12, 2002 ....................440

TRADOC Regulation 350-70, *Systems Approach to Training, Management, Processes, and Products*, Mar. 9, 1999 ....................443

Winkler *et al.*, TRAINING REQUIREMENTS AND TRAINING DELIVERY IN THE TOTAL ARMY SCHOOL SYSTEM (Rand 1999) ....................445

Army Training Requirements and Resource System Courses ....................447