PROTECTED INFORMATION

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM A. CLARK, JAMES P. DAVERN, ROBERT E. FREEBURG, WILLIE R. JOHNSON, ROBERT A. MUSTIN, JOHN DOES 1 through 4, and JANE DOES 1 through 3, individually and on behalf of all others similarly situated, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | CASE NO. 00-644C (Chief Judge Damich) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

DECLARATION OF WILLIAM A. CLARK

I, William A. Clark, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a Sergeant First Class in the Alabama Army National Guard. I have been a member of the Guard since April 28, 1987. My knowledge of the events described below comes from my recollection, as well as the contents of my personnel file.

2. My unit is a ceremonial military band unit. I currently serve as saxophonist section leader, ensuring that our saxophonists are proficient on their instruments. I also serve as my unit's non-commissioned officer ("NCO") in-charge of sound reinforcement, controlling sound volume and balance for our live and recorded performances. In my capacity as the sound reinforcement NCO, I also train unit members in sound reinforcement, appearance and bearing. In addition, I help the soldiers organize tasks and provide logistics support for performances.

3. As part of our primary mission to serve as a ceremonial military band, my unit performs at various military ceremonies, such as changes of command, military graduations,

promotions, recruiting and public relations events. My unit has a secondary mission, which is to serve as an infantry unit.

4. To ensure that each unit is prepared to accomplish its primary and secondary missions, every unit in the Army National Guard is required to develop a Mission Essential Task List ("METL"). A unit's METL specifies the tasks and responsibilities in which the unit must be proficient to perform its primary and secondary missions.

5. In order to achieve competency in the tasks specified on the METL, each soldier must complete individual training and unit training. Our commander puts out our unit training schedule each year in October for the following year. This schedule sets out the schedule for rehearsals, drills, marching band maneuvers, ceremonies, performances, physical training, and weapons qualification.

6. Individual training that we are required to complete for the METL includes instrument practice, school instruction and other institutional training that instructs members in leadership and task responsibilities for their jobs. Leadership training builds the leaders that the Army National Guard requires to function effectively as a military organization. Leadership training includes the Officer Education System, the Warrant Officer Education System, and the Non Commissioned Officer Education System ("NCOES"). As an NCO, I am required to complete courses in the NCOES, including the Reserve Component Basic Noncommissioned Officer Course ("RC-BNCOC") and the Reserve Component Advanced Noncommissioned Officer Course ("RC-ANCOC").

7. Task specific education is taught in qualification and upgrade courses designed specifically for the Military Occupational Specialty ("MOS") relevant to each member's

position. Members complete these courses so that the unit can accomplish the tasks set out in the METL.

8. Each member of my unit has at least two MOSs — one relating to their function in the band, and one relating to their infantry duties. For example, my primary MOS is 02L40, Army saxophonist. My secondary MOS is 11B40, Army Infantry. I have been required to take correspondence courses to qualify for and enhance my skills in these two specialties, including RC-BNCOC, the Basic Enlisted Professional Development Course, RC-ANCOC, and the Advanced Enlisted Development Course. A true and correct copy of Declarant's TADLP Enrollment History is attached hereto as Exhibit A.

9. In the spring of 1994, then-commander, Chief Warrant Officer 4 Roy Rush Gavin, informed our entire unit that the Readiness/Training NCO would automatically enroll everyone in the unit in a required correspondence course, and that it would be our responsibility to complete these courses on our own time and not while performing unit drill. We were told that the completion of the required courses would reflect positively on our evaluations, but were not told that the courses were requisites for promotion to specific ranks. At no time did I volunteer to do this duty without pay. The unit training NCO then enrolled everyone in the unit in the appropriate correspondence course.

10. I was enrolled in the Reserve Component Basic Non-Commissioned Officer Course (RC-BNCOC) by my unit training NCO on August 11, 1994. At the time, the course was organized in three sections. Phase I was a two-week in-resident training at Camp Shelby, Mississippi. Prior to enrolling in Phase II, members had to complete a correspondence course, which consisted of a series of subcourses, all of which had to be completed by correspondence.

PROTECTED INFORMATION

Phase II was a two-week in-resident training course at the Little Creek Naval Amphibious Base in Norfolk, Virginia.

11. I completed RC-BNCOC Phase I in July 1995 and received active duty pay for my participation. Phase I consisted entirely of military training designed to prepare students to accomplish their infantry functions.

12. The next portion of RC-BNCOC had to be completed by correspondence prior to enrollment in the in-resident Phase II. Eighty percent of the material in the correspondence portion of RC-BNCOC related to our unit's primary mission as a military band. These correspondence subcourses focused on musical proficiency and ceremonial protocols. The remaining twenty percent of the material in the correspondence course related to our unit's infantry mission. Every subcourse in the correspondence phase taught skills essential to performing the tasks on our unit's METL and enabling our unit to function either as a ceremonial military band or as an infantry unit. I was enrolled in the correspondence course portion of RC-BNCOC on August 11, 1994. I did not complete it at that time due to insufficient time to satisfy all of my Guard responsibilities and perform my civilian job. *See* Exhibit A at 5.

13. The in-resident Phase II of RC-BNCOC related directly to our unit's primary mission as a military band. This training focuses on rehearsal of both music and our other ceremonial functions. I was not eligible to enroll in Phase II of the course because I had not completed the prerequisite correspondence portion of RC-BNCOC.

14. I was promoted to the rank of Staff Sergeant, Army Enlisted Grade 6 or E-6 on November 7, 1997. A true and correct copy of Declarant's Promotion Orders, dated November 7, 1997, is attached hereto as Exhibit B. The Order itself does not indicate that my promotion was conditioned on completion of RC-BNCOC. *Id.*

15. Sometime in the next two years, the format of RC-BNCOC was revised into three named phases. Phase I remained a two-week in resident training at Camp Shelby. The correspondence portion of the course that was formerly required for enrollment in Phase II was renamed Phase II. What had been known as Phase II, the in-residence training at the School of Music in Norfolk, Virginia, became Phase III of the course.

16. In 1997, I was posted to the promotion list for E-7 or Sergeant First Class. At that time, my unit commanders submitted my application to take the Reserve Component Advanced NCO Course ("RC-ANCOC"), which is required for promotion to E-7. During the second week of September 1999, my First Sergeant informed me that my application to attend RC-ANCOC had been rejected because I had not completed RC-BNCOC. Furthermore, because I had not completed RC-BNCOC, he stated that I was to be demoted to E-5 in two weeks. I was stunned by this news, as were all the officers in my unit.

17. By order dated October 7, 1999, I was reduced in grade from Staff Sergeant, Army Enlisted Grade 6 or E-6 to Sergeant, Army Enlisted Grade 5 or E-5, for failure to complete Phase II, the correspondence phase, of RC-BNCOC. A true and correct copy of Declarant's Demotion Crders, dated October 7, 1999, is attached hereto as Exhibit C. The authority cited for my reduction in rank was Paragraph 11-56e, National Guard Regulation 600-200, which specifies that Guard members may be reduced in rank for "fail[ing] to successfully complete an NCOES course that is a condition of a promotion." *Id.* However, prior to the September phone call from my First Sergeant, I was unaware that RC-BNCOC Phases II and III were required for promotion to E-6.

18. At the time I was demoted, my unit's command sergeant major ("CSM"), Brenda Kennedy, told me that about 35-40 other members of the Alabama Army National Guard had

PROTECTED INFORMATION

also been demoted at about the same time for failure to complete their NCOES requirements. My commander, CW2 Mark Mills, advocated for me not to be demoted. I had been named "Soldier of the Year" the previous year, and CW2 Mills told CSM Kennedy that it would be bad for morale to demote a good soldier, especially when we had not been told that completing the correspondence course was a prerequisite to avoid demotion. However, his request was unsuccessful.

19. I have reviewed the declarations supporting the Government's Motion for Summary Judgment in this case. Contrary to the government's assertion regarding a "constructive waiver" of NCOES requirements, I did not have the option of obtaining a "constructive waiver" for the correspondence phase of RC-BNCOC because constructive waivers did not exist at the time. As the relevant regulation notes, "[t]he NCOES courses for promotion are the Army standard. Waivers and exceptions to policy are not authorized." NGR 600-200, *Enlisted Personnel Management* at ¶ 11-28(b), March 1, 1997, App. 416-417. However, upon learning of the automatic demotion imposed upon me for failing to complete RC-BNCOC, my commanding officers petitioned to allow me to retain my rank. Despite their best efforts, my demotion was not reversed.

20. My demotion to E-5 was an administrative sanction with several negative consequences. First, I suffered a substantial pay reduction. I not only lost the pay and allowances I would have earned as an E-6, I also lost the pay I would have earned had I completed RC-ANCOC and been timely promoted to E-7. Second, I lost the two years of time in the grade of E-6 ("time-in-grade") that I had served. In the Army National Guard, promotion requires completion not only of educational requirements, but also of time-in-grade requirements. At the time I was demoted, I had completed the required two years time-in-grade

at E-6 to be promoted to E-7. However, when I was demoted, those two years were credited to me as an E-5, not as an E-6. This meant that in addition to completing RC-BNCOC, I would also have to complete another two years time-in-grade at E-6 to be eligible for promotion to E-7.

21. Finally, to be promoted back to E-6, I had to reenroll in RC-BNCOC. However, at no time did I agree to complete any portion of the course without pay. I was required to retake Phase I of RC-BNCOC because over two years had elapsed since I had taken the course. I completed Phase I of RC-BNCOC for the second time on January 17, 2002.

22. In February of 2002, I was conditionally promoted back to Staff Sergeant, E-6. My promotion order explicitly stated that my promotion was conditional upon the completion of Phase II of RC-BNCOC. A true and correct copy of Declarant's Promotion Orders, dated February 25, 2002, is attached hereto as Exhibit D. According to the language of the order, if I did not complete Phase II of the course within 3 years, my promotion would be invalid and I would be reduced in grade. *Id.* In the 1990s, I had taken two of the correspondence subcourses in RC-BNCOC. However, I was required to retake those courses when I reenrolled in RC-BNCOC. I successfully completed RC-BNCOC Phase II by correspondence, without pay, in May 2002. *See* Exhibit A at 1-2.

23. Not only did my promotion order require me to complete RC-BNCOC to retain my promotion to Staff Sergeant, E-6, National Guard regulations also require the completion of the course for promotion to the next grade, Sergeant First Class, E-7. In order to be eligible for further promotion, I enrolled in Phase III of RC-BNCOC, completing the course by June 14, 2002.

24. In addition to Phase II of RC-BNCOC, I have completed other military correspondence courses without pay. I completed the Basic Enlisted Professional Development

PROTECTED INFORMATION

course on October 19, 2000. *See* Exhibit A at 3-4. The course is designed to prepare officers to take RC-BNCOC, and is a prerequisite for Advanced Enlisted Professional Development. Certain subcourses of the Basic Enlisted Professional Development Course are also subcourses in RC-BNCOC Phase II. Because I successfully completed these subcourses as part of the Basic Enlisted Professional Development course, I was exempted from repeating them when I reenrolled in RC-BNCOC Phase II in 2002. As with RC-BNCOC, all the subcourses within the Basic Enlisted Professional Development course related directly to my band unit duties, my leadership duties, and my unit's METL. However, I was not compensated for completing the course or any portion thereof.

25. I enrolled in another military correspondence course, the Advanced Enlisted Professional Development Course, on October 24, 2000. *See* Exhibit A at 2-3. The course focuses on music, leadership, and band conducting at the Senior NCO level. As with the Basic Enlisted Professional Development Course and RC-BNCOC, many subcourses of the Advanced Enlisted Professional Development Course are also included as subcourses in the correspondence phase of RC-ANCOC. As noted above, RC-ANCOC is required for promotion to E-7, or Sergeant First Class. However, to be eligible for enrollment in RC-ANCOC, a member must be on the promotion list for E-7. At the time I enrolled in Advanced Enlisted Professional Development I was ineligible to attend RC-ANCOC because I was still an E-5 and not on the E-7 promotion list. By taking the Advanced Enlisted Professional Development Course, I could complete some of the subcourses I would be required to take as part of RC-ANCOC if I were repromoted to Staff Sergeant and ultimately placed on the promotion list for E-7. I completed one subcourse of Advanced Enlisted Professional Development and was exempted from nine others. *See* Exhibit A at 2-3. Of these, three were required subcourses of RC-ANCOC. I did not

receive compensation for any of my participation in the Advanced Enlisted Professional Development Course.

26. In addition to not receiving pay for the correspondence courses I have completed, I have not been reimbursed for several expenditures I had to make in order to take the courses. By 1998 or 1999, many of the correspondence courses were offered online, and some were no longer available in paper or book form. In order to complete the correspondence courses and take the online tests, I had to purchase a computer and subscribe to a high-speed Internet provider so that I could continue to complete my required courses.

27. Contrary to the government's assertions that seeking promotion is "voluntary" for enlisted Guard members, there are severe administrative consequences, including involuntary separation, for declining promotion consideration or for declining to perform NCOES courses required for promotion. NCOs enlist in the Army National Guard for a term of years. At the end of each enlistment term, NCOs must apply for reenlistment in order to remain in the Guard. If a member repeatedly declines promotions and does not advance in rank and position, he risks being barred from reenlistment. The member is then separated from the Guard involuntarily. If a Guard member is separated before completing twenty years in service, he or she will not receive retirement pay. Guard members may also be involuntarily separated by selective retention boards. Once a Guard member completes twenty years of service, they are reviewed annually or bi-annually by selective retention boards, which determine whether the member should be retained in the National Guard. As Command Sergeant Major (Retired) McNamara correctly notes in his declaration, selective retention boards may involuntarily discharge Guard members who have failed to complete the correspondence courses, like the NCOES courses, that

PROTECTED INFORMATION

are required for promotion. *See* Declaration of Command Sergeant Major (Retired) McNamara, ¶ 40.

28. The government's assertions that promotion is optional and that training required for promotion is therefore similarly optional also directly contradict statements made by the Adjutant General of the State of Alabama, Major General Mark Bowen. On two separate occasions, at the Enlisted National Guard Convention in Birmingham, Alabama, March 30, 2004, and the National Guard Association Convention in Mobile, Alabama on April 17, 2004, Major General Bowen repeatedly emphasized that senior NCOs must work to "train, promote, and retain" their soldiers. Major General Bowen also stressed that correspondence training, in-residence training and subsequent advancement of National Guard NCOs to leadership positions is especially key given the heightened use of National Guard members in the United States' current military engagements in Iraq and Afghanistan.

29. The correspondence courses I have taken during my military career, including BNCOC, the Basic Enlisted Professional Development Course, and the Advanced Enlisted Professional Development Course were required training. All of these courses taught music and leadership skills essential for me to be an effective noncommissioned officer and help my unit accomplish both its band and infantry functions. When I failed to complete Phases II and III of RC-BNCOC, I suffered the administrative sanction of demotion. I also lost both the pay I was earning as an E-6 and the pay I would have earned had I been promoted to E-7. In addition, I was required to repeat Phase I of RC-BNCOC to be restored to E-6. Finally, my promotion to E-7 was delayed for almost six years, causing me to lose the pay and positions of that rank. The Army compensates military members, including members of the National Guard, for taking these same required courses in-residence. I never volunteered to complete these courses without

PROTECTED INFORMATION

compensation. I was required to take these courses pursuant to regulations and my orders. There is no reason for the Army to deny compensation to Guard members like myself who complete correspondence versions of required coursework.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 8, 2005.

William A. Clark

Administered By The Army Institute For Professional Development · Fort Eustis, VA

HOME | CATALOG | NEWS | PHONES | OVERVIEW
ENROLL | UPDATE | PASSWORD | EXAMS | ACTIVE
COURSE LISTING | LOGOFF | SUBCOURSE LISTING

# TADLP Enrollment History

For Privacy Act Information, see end of form.

CLARK WILLIAM A
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

**SSN:** 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 **Name:** CLARK WILLIAM A
**AIPD Course Number:** 514 M0102
**Course Title:** RC BASIC NCO COURSE (MOS 02B-02U)
**Enrollment Date:** 06MAR2002
**Enrollment Status:** STUDENT COMPLETED REQUIREMENTS
**Status Date:** 23MAY2002
**Cumulative Credit Hours Earned:** 24

| Module/ Subcourse | Ed | Material Delivery | Phase | Issued | Grade | Graded | Credit Hours | Status |
|---|---|---|---|---|---|---|---|---|
| MU1300 | A | On-Line | 2 | 06MAR2002 | 95 | 22MAY2002 | 12 | Complete |
| | SCALES AND KEY SIGNATURES | | | | | | | |
| MU1305 | 9 | Paper | 2 | 06MAR2002 | 100 | 16MAY2002 | 9 | Complete |
| | INTERVALS AND TRIADS | | | | | | | |
| MU1709 | B | On-Line | 2 | 06MAR2002 | 76 | 21MAY2002 | 3 | Complete |
| | MUSICAL TERMS | | | | | | | |
| MU3200 | B | On-Line | 2 | 07OCT1999 | | 07OCT1999 | 8 | Exempt |
| | SECTION REHEARSAL TECHNIQUES | | | | | | | |
| MU3210 | A | On-Line | 2 | 08OCT1999 | | 08OCT1999 | 12 | Exempt |
| | DRUM MAJORING | | | | | | | |
| MU3310 | A | Paper | 2 | 26JUN2000 | | 26JUN2000 | 29 | Exempt |
| | TRADITIONAL HARMONY I | | | | | | | |

PROTECTED INFORMATION



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MU3320 | A | Paper | 2 | 24JUL2000 | | 24JUL2000 | 8 | Exempt |
| | JAZZ HARMONY I(CHORD SYMBOLS/EXTENSIONS) | | | | | | | |
| MU3322 | A | Paper | 2 | 13AUG2000 | | 13AUG2000 | 19 | Exempt |
| | JAZZ HARMONY II - CHORD PROGRESSION | | | | | | | |
| MU4214 | B | On-Line | 2 | 24SEP2000 | | 24SEP2000 | 8 | Exempt |
| | FORM I | | | | | | | |
| MP1031 | B | On-Line | 2 | 15OCT2000 | | 15OCT2000 | 4 | Exempt |
| | AREA SECURITY OPERATIONS | | | | | | | |

**SSN:** 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 **Name:** CLARK WILLIAM A

**AIPD Course Number:** 514 M0701

**Course Title:** ADV ENLISTED PROFESS DEVELOPMENT(MOS 02B-02U)

**Enrollment Date:** 24OCT2000

**Enrollment Status:** STUDENT FAILED TO SATISFY MINIMUM PROGRESS REQUIREMENTS

**Status Date:** 24OCT2001

**Cumulative Credit Hours Earned:** 7

| Module/ Subcourse | Ed | Material Delivery | Issued | Grade | Graded | Credit Hours | Status |
|---|---|---|---|---|---|---|---|
| MU1715 | B | On-Line | 24OCT2000 | 82 | 26OCT2000 | 7 | Complete |
| | NONHARMONIC TONES | | | | | | |
| MU3314 | A | Paper | 24OCT2000 | | | 18 | Issued |
| | TRADITIONAL HARMONY II (SECONDARY TRIADS) | | | | | | |
| MU3322 | A | Paper | 13AUG2000 | | 13AUG2000 | 19 | Exempt |
| | JAZZ HARMONY II - CHORD PROGRESSION | | | | | | |
| MU3323 | 8 | Paper | 24OCT2000 | | | 13 | Issued |
| | JAZZ HARMONY III - CHORD SCALES | | | | | | |
| MU4200 | A | On-Line | 26OCT2000 | | | 9 | Issued |
| | BASIC BATON TECHNIQUES | | | | | | |
| MU6210 | A | On-Line | 31MAY2001 | | | 7 | Issued |
| | BAND COMMANDER AND CEREMONIES | | | | | | |
| MU6357 | 9 | On-Line | 31MAY2001 | | | 9 | Issued |
| | AMERICAN MILITARY MARCH FORM | | | | | | |
| IS8701 | 7 | On-Line | 26AUG2000 | | 26AUG2000 | 3 | Exempt |
| | PREPARE TO CONDUCT TRAINING | | | | | | |
| IS8711 | A | On-Line | 20AUG2000 | | 20AUG2000 | 3 | Exempt |
| | EXECUTING AND ASSESSING TRAINING | | | | | | |

PROTECTED INFORMATION



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IS8710 | B | On-Line | 26AUG2000 | | 26AUG2000 | 3 | Exempt |
| | PLANNING TRAINING | | | | | | |
| IS7034 | C | On-Line | 20AUG2000 | | 20AUG2000 | 7 | Exempt |
| | ROLE OF THE NCO IN LEADERSHIP, PART I | | | | | | |
| IS7035 | C | On-Line | 24SEP2000 | | 24SEP2000 | 6 | Exempt |
| | ROLE OF THE NCO IN LEADERSHIP, PART II | | | | | | |
| MP1031 | B | On-Line | 15OCT2000 | | 15OCT2000 | 4 | Exempt |
| | AREA SECURITY OPERATIONS | | | | | | |
| AG0516 | A | On-Line | 15OCT2000 | | 15OCT2000 | 5 | Exempt |
| | THE NC0 EVALUATION REPORTING SYSTEM | | | | | | |
| AG0034 | A | On-Line | 18OCT2000 | | 18OCT2000 | 6 | Exempt |
| | AUTHORIZED AND UNAUTHORIZED ABSENCES | | | | | | |

**SSN:** 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 **Name:** CLARK WILLIAM A

**AIPD Course Number:** 514 M0599

**Course Title:** BASIC ENLISTED PROFESS DEVELOP (MOS 02B-02U)

**Enrollment Date:** 21SEP1999

**Enrollment Status:** STUDENT COMPLETED REQUIREMENTS

**Status Date:** 19OCT2000

**Cumulative Credit Hours Earned:** 133

| Module/ Subcourse | Ed | Material Delivery | Issued | Grade | Graded | Credit Hours | Status |
|---|---|---|---|---|---|---|---|
| MU0010 | C | On-Line | 21SEP1999 | 98 | 27JUN2000 | 3 | Complete |
| | A HISTORY OF U.S. ARMY BANDS | | | | | | |
| MU3200 | B | On-Line | 21SEP1999 | 94 | 07OCT1999 | 8 | Complete |
| | SECTION REHEARSAL TECHNIQUES | | | | | | |
| MU3210 | A | On-Line | 21SEP1999 | 96 | 08OCT1999 | 12 | Complete |
| | DRUM MAJORING | | | | | | |
| MU3310 | A | Paper | 07OCT1999 | 92 | 26JUN2000 | 29 | Complete |
| | TRADITIONAL HARMONY I | | | | | | |
| MU3320 | A | Paper | 07OCT1999 | 100 | 24JUL2000 | 8 | Complete |
| | JAZZ HARMONY I(CHORD SYMBOLS/EXTENSIONS) | | | | | | |
| MU3322 | A | Paper | 08OCT1999 | 100 | 13AUG2000 | 19 | Complete |
| | JAZZ HARMONY II - CHORD PROGRESSION | | | | | | |
| MU4100 | A | On-Line | 21SEP1999 | 100 | 26AUG2000 | 3 | Complete |
| | BAND OPERATIONS | | | | | | |

PROTECTED INFORMATION



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MU4214 | B | On-Line | 27JUN2000 | 100 | 24SEP2000 | 8 | Complete |
| | FORM I | | | | | | |
| IS8701 | 7 | On-Line | 21APR2000 | 100 | 26AUG2000 | 3 | Complete |
| | PREPARE TO CONDUCT TRAINING | | | | | | |
| IS8711 | A | On-Line | 24JUL2000 | 100 | 20AUG2000 | 3 | Complete |
| | EXECUTING AND ASSESSING TRAINING | | | | | | |
| IS8710 | B | On-Line | 14AUG2000 | 95 | 26AUG2000 | 3 | Complete |
| | PLANNING TRAINING | | | | | | |
| IT0469 | B | On-Line | 21AUG2000 | 100 | 01OCT2000 | 6 | Complete |
| | US ARMY DOCTRINE,COMBAT UNITS AND MI ORGANIZATIONS | | | | | | |
| IS7034 | C | On-Line | 18MAR2000 | 100 | 20AUG2000 | 7 | Complete |
| | ROLE OF THE NCO IN LEADERSHIP, PART I | | | | | | |
| IS7035 | C | On-Line | 21SEP1999 | 100 | 24SEP2000 | 6 | Complete |
| | ROLE OF THE NCO IN LEADERSHIP, PART II | | | | | | |
| MP1031 | B | On-Line | 02OCT2000 | 100 | 15OCT2000 | 4 | Complete |
| | AREA SECURITY OPERATIONS | | | | | | |
| AG0516 | A | On-Line | 25SEP2000 | 95 | 15OCT2000 | 5 | Complete |
| | THE NC0 EVALUATION REPORTING SYSTEM | | | | | | |
| AG0034 | A | On-Line | 02OCT2000 | 100 | 18OCT2000 | 6 | Complete |
| | AUTHORIZED AND UNAUTHORIZED ABSENCES | | | | | | |

**SSN:** 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 **Name:** CLARK WILLIAM A
**AIPD Course Number:** 514 M0197
**Course Title:** RC BASIC NCO COURSE (MOS 02B-02U)
**Enrollment Date:** 16MAY1997
**Enrollment Status:** STUDENT FAILED TO SATISFY MINIMUM PROGRESS REQUIREMENTS
**Status Date:** 17MAY1999
**Cumulative Credit Hours Earned:** 3

| Module/ Subcourse | Ed | Material Delivery | Phase | Issued | Grade | Graded | Credit Hours | Status |
|---|---|---|---|---|---|---|---|---|
| MU1300 | 7 | Paper | 1B | 21JUL1995 | | 21JUL1995 | 9 | Exempt |
| | SCALES AND KEY SIGNATURES | | | | | | | |
| MU1305 | 9 | Paper | 1B | 16MAY1997 | | | 9 | Issued |
| | INTERVALS AND TRIADS | | | | | | | |
| MU1709 | B | On-Line | 1B | 16MAY1997 | 98 | 03SEP1997 | 3 | Complete |
| , | MUSICAL TERMS | | | | | | | |

PROTECTED INFORMATION



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MU3200 | A | Paper | 1B | 03SEP1997 | | | 8 | Issued |
| | SECTION REHEARSAL TECHNIQUES | | | | | | | |
| MU3210 | A | On-Line | 1B | 03SEP1997 | | | 12 | Issued |
| | DRUM MAJORING | | | | | | | |
| MU3310 | A | Paper | 1B | 03SEP1997 | | | 29 | Issued |
| | TRADITIONAL HARMONY I | | | | | | | |
| MU3320 | A | Paper | 1B | 03SEP1997 | | | 8 | Issued |
| | JAZZ HARMONY I(CHORD SYMBOLS/EXTENSIONS) | | | | | | | |

**SSN:** 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 **Name:** CLARK WILLIAM A
**AIPD Course Number:** 514 M0194
**Course Title:** RC BASIC NCO COURSE (MOS 02B-02U)
**Enrollment Date:** 11AUG1994
**Enrollment Status:** STUDENT FAILED TO SATISFY MINIMUM PROGRESS REQUIREMENTS
**Status Date:** 12AUG1996
**Cumulative Credit Hours Earned:** 9

| Module/ Subcourse | Ed | Material Delivery | Phase | Issued | Grade | Graded | Credit Hours | Status |
|---|---|---|---|---|---|---|---|---|
| MU1300 | 7 | Paper | 1B | 11AUG1994 | 98 | 21JUL1995 | 9 | Complete |
| | SCALES AND KEY SIGNATURES | | | | | | | |
| MU1305 | 9 | Paper | 1B | 11AUG1994 | | | 9 | Issued |
| | INTERVALS AND TRIADS | | | | | | | |
| MU1709 | B | On-Line | 1B | 21JUL1995 | | | 3 | Issued |
| | MUSICAL TERMS | | | | | | | |
| MU3200 | A | Paper | 1B | 21JUL1995 | | | 8 | Issued |
| | SECTION REHEARSAL TECHNIQUES | | | | | | | |
| MU3210 | A | On-Line | 1B | 21JUL1995 | | | 12 | Issued |
| | DRUM MAJORING | | | | | | | |
| MU3310 | A | Paper | 1B | 21JUL1995 | | | 29 | Issued |
| | TRADITIONAL HARMONY I | | | | | | | |

| DATA REQUIRED BY THE PRIVACY ACT | |
|---|---|
| AUTHORITY: | 10 U.S.C. 3013, Secretary of the Army; AR 350-1, Army Training; and EO 9397 (SSN). |
| PRINCIPAL PURPOSE: | To obtain information necessary by Army schools to administer student |

PROTECTED INFORMATION



| | |
|---|---|
| | participation in The Army Distance Learning Program. |
| ROUTINE USES: | None. The "Blanket Routine Uses", set forth at the beginning of the Army's Compilations of System of Records Notices apply to this system. |
| DISCLOSURE: | Voluntary. However, failure to provide the requested information may result in the applicant not being able to participate in the program. |

PROTECTED INFORMATION

EXHIBIT B

ALABAMA
ARMY NATIONAL GUARD
PERSONNEL SERVICE BRANCH ONE
1045 Coliseum Blvd
Montgomery, Alabama 36109

7 November 1997

ORDERS 168-01

CLARK WILLIAM ALLEN [redacted] SGT 151 ARMY BAND
(XA9AA-203) MONTGOMERY, AL 36110

You are promoted to the grade of rank indicated.

Grade of rank promoted to: SSG E-6
MOS awarded: (P) 02L300000
MOS withdrawn: (P) 02L20YY
Effective date: 20 OCT 97
Authority: Para 11-27, NGR 600-200. (cfm VOCO 20 OCT 97)
Additional instructions: Promotion is not valid and will not be effective if the soldier is not in a promotable status on the effective date of promotion. Para/Line 103/14 DMOS 02L3000 DY-POSN-QUAL (Q) Promotion Authority Number: 97-031
Format: 302

FOR THE ADJUTANT GENERAL:

\\\\\\\\\\\\\\\\\\\\////////
\\\\ HQ, ALARNG //
\\\\ OFFICIAL //
\\\\\\\\\\\\\\\\\\\\////////

JAMES D. SMITH
COL, GS, AL ARNG
MILPO

DISTRIBUTION:
AL-MPMO-SIB (2)
MPRJ (1)
SSG CLARK WILLIAM ALLEN (1)
Cdr, 151 ARMY BAND (1)
Cdr, 131st P&A Det (1)

TOP FED DOCUMENT

DO NOT SUBMIT TO AL-SIB

00024u

PROTECTED INFORMATION

EXHIBIT C

Alabama Army National Guard
STATE MILITARY DEPARTMENT
PERSONEL SERVICE BRANCH
1045 Coliseum Boulevard
Montgomery, Alabama 36109-1297

ORDERS 280-009 October 7, 1999

CLARK WILLIAM ALLEN [redacted] SSG 151 ARMY BAND (WXA9AA-203) MONTGOMERY, AL 36110

You are reduced in grade as indicated.

From: SSG / E6 To: SGT / E5
MOS awarded: (P) 02L20 00 00
MOS withdrawn: (P) 02L30 00 00
Reason: Failure to successfully complete NCO Course (BNCOC PH II) which was a condition of promotion.
Effective Date: 1 OCTOBER 1999
Date of Rank: 2 JUNE 1989
Authority: Para 11-56e, National Guard Regulation 600-200
Additional instructions: Time-in-grade as a SSG/E6 is not satisfactory service for future adjusted DOR if promoted again to that grade, nor is it creditable towards retired pay in the higher grade or any other determination dependent upon the higher grade. Reduced in Para/Line 103/09 9993
DMOS 02L30 POSN-Q: QUALIFIED
Format: 306

FOR THE ADJUTANT GENERAL:

\\\\\\\\\\\\\\\\////////
\\\\ HQ AL ARNG //
\\\\ OFFICIAL //
\\\\\\\\\\\\\\\\////////

JAMES D. SMITH
COL, GS, AL ARNG
MILPO

DISTRIBUTION:
AL-MPMO-SIB (2)
MPRJ (1)
SGT CLARK WILLIAM ALLEN (1)
CDR, 151 ARMY BAND (1)
TAG-AL-MPMO-EPAS (1)
TAG-AL-MPMO-EPPS (1)
TAG-AL-IG (1)

TOP FED DOCUMENT

DO NOT SUBMIT TO AL-SIB

000241

PROTECTED INFORMATION

EXHIBIT D

Alabama Army National Guard
STATE MILITARY DEPARTMENT
PERSONNEL SERVICE BRANCH
PO BOX 3711
Montgomery, Alabama 36109-0711

ORDERS 056-007

25 FEBRUARY 2002

CLARK WILLIAM ALLEN [redacted] SGT 151 ARMY BAND (WXA9AA-203)
MONTGOMERY, AL 361100000

You are promoted to the grade of rank indicated.

Grade of rank promoted to: SSG/ E-6
MOS awarded: (P) 02L300000
MOS withdrawn: (P) 02L2 OYY
Effective Date: 16 JAN 2002
Date of Rank: 16 JAN 2002
Authority: Para 11-27, NGR 600-200 (cfm VOCO 16 JAN 2002)
Additional instructions: Promotion is not valid and will not be effective if the soldier is not in a promotable status on the effective date of promotion. This is a conditional promotion (CODE A) which requires completion of Ph II, if available, of the appropriate NCOES course w/in three (3) years after completion of Phase I or the promotion is null. Individual must meet conditions of promotion NLT: 20050116. If conditions are not met, soldier will be administratively reduced without board action. If soldier is reduced for failure to meet these conditions, unless or until he/she is later promoted, he/she will not be eligible to retire at the higher grade. If service remaining requirements of this promotion are not fulfilled at the time of separation, soldier will be reduced and discharged at the next lower grade UP para 11-10c, NGR 600-200. Para/Line: 103/04, DMOS: 02L3000, POSN Q: (Q) Promotion Authority Number: 01-248
Format: 302

FOR THE ADJUTANT GENERAL:

\\\\\\\\///////
\\ HQ AL ARNG //
\\ OFFICIAL //
\\\\\\\\///////
JAMES D. SMITH
COL, GS, AL ARNG
MILPO

DISTRIBUTION:
AL-MPMO-SIB (2)
MPRJ (1)
SSG CLARK WILLIAM ALLEN (1)
CDR, 151 ARMY BAND (1)
CDR, 131 P&A DET (1)

TOP FED DOCUMENT

DO NOT SUBMIT TO AL-SIB

000242

PROTECTED INFORMATION

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM A. CLARK, JAMES P. DAVERN, ROBERT E. FREEBURG, WILLIE R. JOHNSON, ROBERT A. MUSTIN, JOHN DOES 1 through 4, and JANE DOES 1 through 3, individually and on behalf of all others similarly situated, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | CASE NO. 00-644C (Chief Judge Damich) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

DECLARATION OF JAMES P. DAVERN

I, James P. Davern, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a Master Sergeant, Grade E-7, in the Minnesota Air National Guard, currently serving as a cryogenics supervisor. I have been a member of the Minnesota Air National Guard since November 21, 1981, when I entered as a Senior Airman. Since September of 1985, I have been employed full-time as a civil technician with the National Guard. My knowledge of the events described below comes from my recollection, as well as the contents of my personnel file.

2. During my service as a member of the Air National Guard, I have taken several required correspondence courses, including the Noncommissioned Officer ("NCO") Preparatory Course, the NCO Academy Course, and the Senior NCO Academy Course. Completion of these courses was mandated by regulation, and I was enrolled in or asked to enroll in each of these

courses by my supervisors. Despite the fact that I was required to take these courses, I was not compensated for completing the courses or any portion thereof.

3. Prior to my appointment in the Guard, I served three years in the Air Force on active duty as a fuels specialist. Based on conversations with my supervisors and my experience in the Air Force, I understood that enlisted members of the Air Force and Air Guard must complete a series of military courses to advance in position and rank. I further understood that failure to complete these courses could lead to very poor performance evaluations, non-promotion and involuntary separation from the National Guard.

4. The individual educational requirements in the Air Force and Air National Guard promotion systems fall into two categories. The first is upgrade training ("UGT"). *See* ANGI 36-2502, *Promotion of Airmen*, Table 2.1, App. 252. UGT relates to a member's job specialty within the Air Force or the Air National Guard. To be eligible for promotion, an airman must attain the required skill level or Air Force Specialty Code ("AFSC") in his or her primary job specialty. Both the Air Force and the Air National Guard label skill levels by number designations: "3" for apprentice level, "5" for journeyman level, "7" for craftsman level, "9" for superintendent level. In order to hold any position within the Air National Guard, the member must hold the skill level required for the particular position.

5. In order to earn an AFSC, a Guard member must complete skill level training. Depending on the specialty, this training may be available in-residence, through a prescribed combination of correspondence courses known as Career Development Courses ("CDCs") and on-the-job training, or both. Guard members can determine which training is required to qualify for a skill level in a given specialty and in what format it is available by consulting Air Guard regulations or the Career Field Education and Training Plan ("CFETP") for their specialty. A

PROTECTED INFORMATION

CFETP specifies the educational requirements for advancement in rank and position within a given specialty. CFETPs are also used to record the required training completed by a Guard member. A true and correct copy of the pertinent pages of the CFETP for AFSC 2F0X1 is attached hereto as Declarant's Exhibit A.

6. Since I entered the Air Force I have been a fuels specialist, which is designated as AFSC 2F0X1. To hold an entry-level position as a fuels apprentice, I had to earn the entry-level AFSC for fuels specialist, 2F031, by taking the 3-level course in my specialty. *See* Exhibit A at ¶ 5.1. At the time I had to satisfy this requirement, the 3-level course was formerly available only as an in-residence course or as part of initial active duty training. I completed the 3-level course as part of my initial active duty training in the Air Force.

7. In order to advance to the next position, fuels journeyman, and to be eligible for promotion to Staff Sergeant, the relevant regulations required me to take the 5-level course to earn AFSC 2F051. *See* ANGI 36-2502, *Promotion of Airmen*, Table 2.1, App. 252; *see* Exhibit A at ¶ 5.2. Current regulations require the completion of a 5-level CDC by correspondence to earn the 5-level AFSC, regardless of whether the member also takes an in-residence 5-level course. *See* Exhibit A at ¶ 7.1. I completed the 5-level course in-residence when I was on active duty in the Air Force.

8. In order to obtain the next highest position, Fuels Craftsman, and be eligible for promotion to E-6 or Technical Sergeant, Air Force regulations required me to complete 7-level upgrade training in my specialty to earn AFSC 2F071. *See* ANGI 36-2502, *Promotion of Airmen*, Table 2.1, App. 252. As with the 5-level course, all Guard members must complete a 7-level CDC by correspondence to earn the 7-level AFSC, regardless of whether they also take an in-residence 7-level course. *See* Exhibit A at ¶ 7.2. However, at the time I completed my 7-level

skill training, it was available only in-residence or through on-the-job training, and I completed my 7-skill level through on the job training.

9. The second category of correspondence training required by the Air Guard is Professional Military Education ("PME"), which also can be completed through correspondence courses. In contrast to UGT, PME courses focus more on leadership and officer development than technical skills. Air Guard Noncommissioned Officers are required to "[s]ecure and promote professional military education (PME) for themselves and subordinates to develop and skills and professional development." AFI 36-2618, *The Enlisted Force Structure* at ¶ 4.1.3, April 1, 1999, App. 259. Noncommissioned officers are also required to complete PME courses in order to advance in rank. There are currently three required PME courses for noncommissioned Air Guard officers: Airman Leadership School (formerly the NCO Preparatory Course), the NCO Academy and Senior NCO Academy. AFI 36-2301, *Professional Military Education*, Table 2, June 27, 2002, App. 244. All three courses are offered in both in-residence and correspondence formats.

10. When I was honorably discharged from the Air Force, I had attained the rank of Staff Sergeant, E-5, and a position as a fuels journeyman because I had earned AFSC 2F051 by completing the required training in-residence. However, when I joined the Minnesota Air National Guard on November 21, 1981, three years after leaving active duty, my supervisors required me to enter the Guard in the lower rank of E4 or Senior Airman and to take required PME courses before being promoted to Staff Sergeant. At the time I entered the Air Guard, the required PME for promotion from Senior Airman to Staff Sergeant was completion of correspondence courses 10 and 11, which were also known as the NCO Preparatory Course. *See*

ANGI 36-2502, *at* Table 2.1. Since that time, the NCO Preparatory Course has been replaced by Airman Leadership School, which is offered only in-residence.

11. On February 16, 1981, I enrolled in Course 10 of the NCO Preparatory Course, and completed the course on July 26, 1981. A copy of my course completion certificate is attached hereto as Exhibit B. I enrolled in Course 11 of the NCO Preparatory Course in April of 1983, and completed that course on August 1, 1983. A copy of my course completion certificate is attached hereto as Exhibit C. The NCO Preparatory Course taught human resources, management and leadership skills to prepare students for leadership positions. The NCO Preparatory Course was only offered by correspondence, and I was not compensated for completing any of it. I was promoted to Staff Sergeant on March 15, 1983.

12. I was promoted to Technical Sergeant on December 1, 1995, after completing the 7-level upgrade training in my specialty to earn AFSC 2F071.

13. According to Air Force regulations, I was required to complete the NCO Academy to be promoted to E-7 or Master Sergeant. *See* ANGI 36-2502, *Promotion of Airmen*, Table 2.1, App. 252. My supervisor, Field Superintendent Doug Swenson, would not register me to take the 6-week in-residence version. Instead he enrolled me in the correspondence course version, then known as Courses 6D and 6E, and handed me the necessary materials. The courses focused on military tactics and advanced leadership skills necessary for Master Sergeants. I completed Courses 6D and 6E on February 7, 1999, and was not compensated for my work. True and correct copies of Declarant's Course Completion Certificates are attached hereto as Exhibit D. I was promoted to the rank of E-7 or Master Sergeant on or about April 1, 2000.

14. A month after my promotion to Master Sergeant, my commander Penny Dieryck enrolled me in the correspondence version of Senior NCO Academy, the course required by

regulation for promotion to Senior Master Sergeant. *See* ANGI 36-2502, *Promotion of Airmen*, Table 2.1, App. 252. She handed me the necessary materials and, as with the NCO Academy, told me to complete them. To date, I have successfully completed four out of the five required subcourses in the Senior NCO Academy. True and correct copies of Declarant's Course Completion Certificates are attached hereto as Exhibit E.

15. An Air National Guard member has two chances to complete any CDC. *See* AFI 36-2201, Volume 3, *Air Force Training Program On The Job Training Administration*, Table 8.1, Line 11, Feb. 4, 2005, App. 237. If the member fails to complete a course required to hold a position or be promoted, the Guard member will be demoted and possibly separated from the Air National Guard, except in the extremely rare cases where a course requirement is waived at the discretion of a unit commander. *Id.*

16. Over the course of my military career I have completed several required PME correspondence courses that have included multiple subcourses, including the NCO Preparatory Course, the NCO Academy and most phases of the Senior NCO Academy, for which I was not compensated. I was required to take these courses pursuant to Air Force regulations and at the direction of my commanding officers. Without completing these courses I would not have been eligible for higher positions, nor would I have had the leadership and technical skills necessary to perform higher positions within my specialty. In addition, if I had failed to complete these courses, I risked separation from the Guard.

**PROTECTED INFORMATION**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 8, 2005.

James P. Davern

PROTECTED
INFORMATION

EXHIBIT A

**DEPARTMENT OF THE AIR FORCE**
**Headquarters US Air Force**
**Washington, DC 20330-1030**

**CFETP 2F0X1**
**Parts I and II**
**3 April 2005**

# Fuels
# AFSC 2F0X1



## CAREER FIELD EDUCATION AND TRAINING PLAN

documents issue transactions for all products. Maintains fuels and cryogenic records. Ensures accuracy of receipt, inventory, and issue documents. Processes computer transactions to ensure proper billing and payment for all product receipt and issue transactions. Monitors product temperature and handling gains and losses to ensure they are within authorized tolerance. Compiles data and generates recurring reports. Monitors inventory levels to ensure adequate stocks are on hand to support peacetime and pre-positioned wartime stock requirements. Compiles consumption data and monitors energy conservation goals. Inputs data into the Fuels Automated System (FAS) to ensure accurate visibility of capabilities and support limitations. Maintains quality control of petroleum fuels and cryogenic products. Operates and maintains laboratory test equipment. Collects and analyzes product samples from receipt sources, bulk storage, and dispensing equipment. Documents analysis results and reviews quality trends analysis records. Establishes a sample correlation program with the aerospace fuels area laboratory to ensure the integrity of the base level analysis procedures. Ensures an effective product segregation and recovery program is implemented.

**5. Skill Progression.** It is essential that everyone involved in training do their part to plan, develop, manage, conduct, and evaluate an effective training program. The guidance provided in this part of the CFETP will ensure individuals receive viable training at the appropriate points in their career. The following narrative identifies the training career path and the training required in an individual's career. Initial skills training requirements were identified during the 2F0X1, November 1993, Fuels Utilization and Training Workshop (U&TW) and Fuels Training Planning Team (FTPT) Meeting, November 1994, and have been further revised during the 1996, 1998, and 2000 U&TW's.

5.1. **Apprentice (3-skill level) Training.** Initial skills training in this specialty consists of task and knowledge training provided in the 3-skill level resident course at Sheppard AFB, TX. The 3-skill level will be awarded upon completion of the resident course.

5.2. **Journeyman (5-skill level) Training.** Upgrade to the 5-skill level will consist of task and knowledge training provided in the CDC and completion of the Journeyman OJT core tasks. The trainees will complete a set of core tasks identified in the STS. AFSC 2F051 will be awarded when an individual successfully completes CDC 2F051, 15 months in UGT (9 months for retrainees), meets mandatory 5-skill level minimum upgrade requirements, and is certified on Journeyman tasks. Unit commanders with a trainee unable to complete the requirements will remove the trainee from training, enter the individual into Training Status Code (TSC) "T" (withdrawn from training), and pursue retraining, separation, or waiver the requirement in accordance with AFI 36-2201, Vol. 3.

5.3. **Craftsman (7-skill level) Training.** Upon selection for promotion to SSgt, (not earlier than the first day of the promotion cycle) personnel will be entered into UGT. They will be required to complete Craftsman core tasks, 2F071 CDC, 12 months time in UGT (6 months for retrainees), and attend the Fuels Craftsman Course at Sheppard AFB, TX. Unit commanders with a trainee unable to complete the requirements will remove the trainee from training, enter the individual into Training Status Code (TSC) "T" (withdrawn from training), and pursue retraining, separation, or waiver the requirement in accordance AFI 36-2201, Vol. 3.

6.6. J3AZR2F051-005 Cryotainer Maintenance and Support Equipment. This course is mandatory for award of the 036 SEI. This course will be superseded by J3AZR 2F051-004A at a date to be determined.

6.7. J3AZR2F051-006 Cryogenic Production. This course is mandatory for award of the 037 SEI. Successful completion of the J3AZR2F051-005 Cryotainer Maintenance and Support Equipment course is a prerequisite. This course will be eliminated in October 2005. Personnel requiring cryogenic production training after October 2005 will attend the Joint Marine Corps Cryogenics School at MCAS Cherry Point, NC.

6.8. 05-01IA Inventory Accounting Class. This course, taught by Varec, Inc. in Norcross, GA is mandatory for award of the 040 SEI.

**7. AFIADL courses.** The following lists the AFIADL courses for the Fuels career field:

7.1. CDC 2F051 Fuels Journeyman. This CDC is mandatory for award of the 5 skill level. It is currently under revision with a publication date yet to be determined.

7.2. CDC 2F071 Fuels Craftsman. This CDC is a prerequisite for the in-residence Fuels Craftsman course and is mandatory for award of the 7 skill level.

***SECTION E – MAJCOM UNIQUE REQUIREMENTS***

**8.** There are currently no MAJCOM unique requirements. This area is reserved.

PROTECTED INFORMATION

EXHIBIT B

OCT-25-2004 14:27 P.14

PERSONAL DATA -

PREPARED 82 AUG 05 22:48 REPORT ON INDIVI

CAREER DEVELOPMENT COURSE EXAMINATION CERTIFICATE

NAME SRA DAVERN JAMES P SSAN 471701506 COURSE 00010

ENROLLMENT DATE 82FEB16

| CE | DATE RECEIVED | SCORE | STUDY HOU |
|---|---|---|---|
| 900 | 82JUL26 | 081 | 0021 |

AREAS REQUIRING FURTHER STUDY

012 018 019 029 030 034 036 037 042 046 052

THIS RIP SERVES AS SOURCE FOR COURSE COMPLETION

SATISFACTORY - MINIMUM PASSING SCORE 60. COURSE CREDIT

HOURS 003 FOR OFFICIAL RECORD.

UNIT: 148 RESOURCE MGMT SQ /LGSF
DULUTH/ANG AGB MINN 55811

DUTY-PHONE: 0 RECORD-STATUS: 110

REVIEW TRAINING STARTED DUE COMPLETION COMPLETED
NOT REQUIRED

ON AREAS/LO'S/ITEMS

SUPERVISOR'S SIGNATURE TRAINEE'S SIGNATURE

PCN N130070 F4 KY=FYY8 ECISAT PAGE

PROTECTED INFORMATION

EXHIBIT C

OCT-25-2004 14:27

P.13

PERSONAL DATA -

REPORT ON INDIVI

PREPARED 83 AUG 11 23:29

CAREER DEVELOPMENT COURSE EXAMINATION CERTIFICATE

NAME SSG DAVERN JAMES P SSAN 471701506 COURSE 00011

ENROLLMENT DATE 83APR14

| CE | DATE RECEIVED | SCORE | STUDY HOU |
|---|---|---|---|
| 900 | 83AUG01 | 085 | 0063 |

AREAS REQUIRING FURTHER STUDY

002 002 003 003 005 010 012 014 017 028 088

THIS RIP SERVES AS SOURCE FOR COURSE COMPLETION

SATISFACTORY - MINIMUM PASSING SCORE 60. COURSE CREDIT

HOURS 012 FOR OFFICIAL RECORD.

UNIT: 148 RMS /LGSF
DULUTH/ANG AGB MINN 55811

DUTY-PHONE: 0 RECORD-STATUS: 110

REVIEW TRAINING STARTED DUE COMPLETION COMPLETED
NOT REQUIRED

ON AREAS/LO'S/ITEMS

SUPERVISOR'S SIGNATURE TRAINEE'S SIGNATURE

PCN N130070 F4 KY=F2GR ECISAT PAGE

STU181

# STUDENT HISTORY QUERY

23-NOV-2004 8:55

*** PERSONAL DATA—PRIVACY ACT OF 1974 (5 U.S.C. 552A) ***

SSN: 471701506 LNAME: DAVERN FNAME: JAMES MI: P
CURRIC ID: 00006 EDITN: 01 COMMAND NONCOMMISSIONED OFFICERS ACADEMY CORRESPONDENCE PROGRAM

TYPE: C CORR PROG/MULTICOURSE
CATEGORY: D RANK/GRADE: 36 MAJCOM: SESSION:
REASON: N TCF ID: 558118032 1 DAFSC: AVERAGE: 0
ENRL DATE: 01-APR-1997 CONCL DATE: 07-FEB-1999 TAFCS: RATING:
MOS EXTN: 0 CONCL CODE: CC ITAFS CONT HRS:
COURSE: 00006D EDITN: 01 COMMAND NCO ACADEMY - MILITARY STUDIES
ENRL DATE: 01-APR-1997 CONCL DATE: 12-FEB-1998 SCORE: 61 VOL CNT: 2
MOS EXTN: 0 CONCL CODE: CC RATING: SEM HRS: 0

| | EDITN | CNT | DATE SENT | DATE RECEIVED | SCORE | P/F | | VOLS | CE | CRSE |
|---|---|---|---|---|---|---|---|---|---|---|
| CE 1: | 02 | 1 | 07-MAY-1997 | 12-FEB-1998 | 61 | P | HRS: | 39 | 9 | 48 |
| CE 2: | | 0 | | | 0 | | PTS: | 13 | 3 | 16 |

Page 6 of 7

[redacted]

Please read this privacy and security notice.
This Site Maintained by AFIADL/DOD
*updated: 01/14/02*
Ms. Alice F. Spano | (334) 416-5344 | DSN 596-5344 | alice.spano@maxwell.af.mil

STU181

# STUDENT HISTORY QUERY

23-NOV-2004 6:56

*** PERSONAL DATA—PRIVACY ACT OF 1974 (5 U.S.C. 552A) ***

SSN: 471701506 LNAME: DAVERN FNAME: JAMES MI: P
CURRIC ID: 00006 EDITN: 01 COMMAND NONCOMMISSIONED OFFICERS ACADEMY CORRESPONDENCE PROGRAM
TYPE: C CORR PROG/MULTICOURSE
CATEGORY: D RANK/GRADE: 36 MAJCOM: SESSION:
REASON: N TCF ID: 558116032 1 DAFSC: AVERAGE: 0
ENRL DATE: 01-APR-1997 CONCL DATE: 07-FEB-1999 TAFCS: RATING:
MOS EXTN: 0 CONCL CODE: CC /TAFS CONT HRS:
COURSE: 00006E EDITN: 01 COMMAND NCO ACADEMY - LEADERSHIP AND MANAGEMENT
ENRL DATE: 05-MAR-1998 CONCL DATE: 07-FEB-1999 SCORE: 72 VOL CNT: 2
MOS EXTN: 0 CONCL CODE: CC RATING: SEM HRS: 0

| | EDITN | CNT | DATE SENT | DATE RECEIVED | SCORE | P/F | | VOLS | CE | CRSE |
|---|---|---|---|---|---|---|---|---|---|---|
| CE 1: | 03 | 1 | 05-MAR-1998 | 07-FEB-1999 | 72 | P | HRS: | 39 | 9 | 48 |
| CE 2: | | 0 | | | 0 | | PTS: | 13 | 3 | 16 |

Page 7 of 7

[redacted]

Please read this privacy and security notice.
This Site Maintained by AFIADL/DOD
*updated: 01/14/02*
Ms. Alice F. Spano | (334) 416-5344 | DSN 596-5344 | alice.spano@maxwell.af.mil

TOTAL P.14

STU181

# STUDENT HISTORY QUERY

23-NOV-2004 6:46

*** PERSONAL DATA—PRIVACY ACT OF 1974 (5 U.S.C. 552A) ***

**SSN:** 471701508 **LNAME:** DAVERN **FNAME:** JAMES **MI:** P

**CURRIC ID:** 00005 **EDITN:** 03 USAF SNCOA MULTIMEDIA CORRESPONDENCE COURSE

**TYPE:** C CORR PROG/MULTICOURSE

**CATEGORY:** D **RANK/GRADE:** 37 **MAJCOM:** **SESSION:**

**REASON:** N **TCF ID:** 558116032 1 **DAFSC:** **AVERAGE:** 78

**ENRL DATE:** 03-MAY-2000 **CONCL DATE:** 21-APR-2001 **TAFCS:** **RATING:**

**MOS EXTN:** 0 **CONCL CODE:** CF **/TAFS** **CONT HRS:**

**COURSE:** 00005A **EDITN:** 03 LEADERSHIP PLANNING

**ENRL DATE:** 03-MAY-2000 **CONCL DATE:** 24-FEB-2001 **SCORE:** 76 **VOL CNT:** 1

**MOS EXTN:** 0 **CONCL CODE:** CC **RATING:** **SEM HRS:** 0

| | EDITN | CNT | DATE SENT | DATE RECEIVED | SCORE | P/F | | VOLS | CE | CRSE |
|---|---|---|---|---|---|---|---|---|---|---|
| CE 1: | 03 | 1 | 03-MAY-2000 | 24-FEB-2001 | 76 | P | HRS: | 18 | 9 | 27 |
| CE 2: | | 0 | | | 0 | | PTS: | 6 | 3 | 9 |

Page 1 of 7

[redacted]

[redacted]

Please read this privacy and security notice.
This Site Maintained by AFIADL/DOD
*updated: 01/14/02*
Ms. Alice F. Spano | (334) 416-5344 | DSN 596-5344 | alice.spano@maxwell.af.mil

PROTECTED INFORMATION


STU181

# STUDENT HISTORY QUERY

23-NOV-2004 8:52

*** PERSONAL DATA—PRIVACY ACT OF 1974 (5 U.S.C. 552A) ***

SSN: 471701506 LNAME: DAVERN FNAME: JAMES MI: P
CURRIC ID: 00005 EDITN: 03 USAF SNCOA MULTIMEDIA CORRESPONDENCE COURSE

TYPE: C CORR PROG/MULTICOURSE
CATEGORY: D RANK/GRADE: 37 MAJCOM: SESSION:
REASON: N TCF ID: 558116032 1 DAFSC: AVERAGE: 78
ENRL DATE: 03-MAY-2000 CONCL DATE: 21-APR-2001 TAFCS: RATING:
MOS EXTN: 0 CONCL CODE: CF ITAFS CONT HRS:
COURSE: 00005B EDITN: 03 BEHAVIOR ANALYSIS
ENRL DATE: 03-MAY-2000 CONCL DATE: 14-MAR-2001 SCORE: 74 VOL CNT: 1
MOS EXTN: 0 CONCL CODE: CC RATING: SEM HRS: 0

| | EDITN | CNT | DATE SENT | DATE RECEIVED | SCORE | P/F | | VOLS | CE | CRSE |
|---|---|---|---|---|---|---|---|---|---|---|
| CE 1: | 03 | 1 | 26-FEB-2001 | 14-MAR-2001 | 74 | P | HRS: | 24 | 9 | 33 |
| CE 2: | | 0 | | | 0 | | PTS: | 8 | 3 | 11 |

Page 2 of 7

[redacted]

Please read this privacy and security notice.
This Site Maintained by AFIADL/DOD
*updated: 01/14/02*
Ms. Alice F. Spano | (334) 416-5344 | DSN 596-5344 | alice.spano@maxwell.af.mil

PROTECTED INFORMATION



STU181

# STUDENT HISTORY QUERY

23-NOV-2004 6:53

*** PERSONAL DATA—PRIVACY ACT OF 1974 (5 U.S.C. 552A) ***

SSN: 471701506 LNAME: DAVERN FNAME: JAMES MI: P
CURRIC ID: 00005 EDITN: 03 USAF SNCOA MULTIMEDIA CORRESPONDENCE COURSE

TYPE: C CORR PROG/MULTICOURSE
CATEGORY: D RANK/GRADE: 37 MAJCOM: SESSION:
REASON: N TCF ID: 558116032 1 DAFSC: AVERAGE: 78
ENRL DATE: 03-MAY-2000 CONCL DATE: 21-APR-2001 TAFCS: RATING:
MOS EXTN: 0 CONCL CODE: CF /TAFS CONT HRS:
COURSE: 00005C EDITN: 03 HUMAN RESOURCE DEVELOPMENT VOL CNT: 1
ENRL DATE: 03-MAY-2000 CONCL DATE: 04-APR-2001 SCORE: 93 SEM HRS: 0
MOS EXTN: 0 CONCL CODE: CC RATING:

| | EDITN | CNT | DATE SENT | DATE RECEIVED | SCORE | P/F | | VOLS | CE | CRSE |
|---|---|---|---|---|---|---|---|---|---|---|
| CE 1: | 03 | 1 | 15-MAR-2001 | 04-APR-2001 | 93 | P | HRS: | 15 | 9 | 24 |
| CE 2: | | 0 | | | 0 | | PTS: | 5 | 3 | 8 |

Page 3 of 7

[redacted]

Please read this privacy and security notice.
This Site Maintained by AFIADL/DOD
*updated: 01/14/02*
Ms. Alice F. Spano | (334) 416-5344 | DSN 596-5344 | alice.spano@maxwell.af.mil

PROTECTED INFORMATION



STU181

# STUDENT HISTORY QUERY

23-NOV-2004 8:54

*** PERSONAL DATA—PRIVACY ACT OF 1974 (5 U.S.C. 552A) ***

SSN: 471701506 LNAME: DAVERN FNAME: JAMES MI: P
CURRIC ID: 00005 EDITN: 03 USAF SNCOA MULTIMEDIA CORRESPONDENCE COURSE

TYPE: C CORR PROG/MULTICOURSE
CATEGORY: D RANK/GRADE: 37 MAJCOM: SESSION:
REASON: N TCF ID: 558116032 1 DAFSC: AVERAGE: 78
ENRL DATE: 03-MAY-2000 CONCL DATE: 21-APR-2001 TAFCS: RATING:
MOS EXTN: 0 CONCL CODE: CF /TAFS CONT HRS:
COURSE: 00005D EDITN: 03 ORGANIZATIONAL MANAGEMENT VOL CNT: 1
ENRL DATE: 03-MAY-2000 CONCL DATE: 11-APR-2001 SCORE: 93 SEM HRS: 0
MOS EXTN: 0 CONCL CODE: CC RATING:

| | EDITN | CNT | DATE SENT | DATE RECEIVED | SCORE | P/F | | VOLS | CE | CRSE |
|---|---|---|---|---|---|---|---|---|---|---|
| CE 1: | 03 | 1 | 05-APR-2001 | 11-APR-2001 | 93 | P | HRS: | 15 | 6 | 21 |
| | | | | | 0 | | PTS: | 5 | 2 | 7 |
| CE 2: | | 0 | | | | | | | | |

Page 4 of 7

[redacted]

Please read this privacy and security notice.
This Site Maintained by AFIADL/DOD
*updated: 01/14/02*
Ms. Alice F. Spano | (334) 416-5344 | DSN 596-5344 | alice.spano@maxwell.af.mil

PROTECTED INFORMATION



STU181

# STUDENT HISTORY QUERY

23-NOV-2004 8:54

*** PERSONAL DATA—PRIVACY ACT OF 1974 (5 U.S.C. 552A) ***

**SSN:** 471701506 **LNAME:** DAVERN **FNAME:** JAMES **MI:** P

**CURRIC ID:** 00005 **EDITN:** 03 USAF SNCOA MULTIMEDIA CORRESPONDENCE COURSE

**TYPE:** C CORR PROG/MULTICOURSE

**CATEGORY:** D **RANK/GRADE:** 37 **MAJCOM:** **SESSION:**

**REASON:** N **TCF ID:** 558116032 1 **DAFSC:** **AVERAGE:** 78

**ENRL DATE:** 03-MAY-2000 **CONCL DATE:** 21-APR-2001 **TAFCS:** **RATING:**

**MOS EXTN:** 0 **CONCL CODE:** CF **/TAFS** **CONT HRS:**

**COURSE:** 00005E **EDITN:** 03 COMMUNICATION SKILLS **VOL CNT:** 1

**ENRL DATE:** 03-MAY-2000 **CONCL DATE:** 21-APR-2001 **SCORE:** 53 **SEM HRS:** 0

**MOS EXTN:** 0 **CONCL CODE:** CF **RATING:**

| | EDITN | CNT | DATE SENT | DATE RECEIVED | SCORE | P/F | | VOLS | CE | CRSE |
|---|---|---|---|---|---|---|---|---|---|---|
| CE 1: | 03 | 1 | 12-APR-2001 | 21-APR-2001 | 53 | F | HRS: | 15 | 0 | 0 |
| | | | | | 0 | | PTS: | 5 | 0 | 0 |
| CE 2: | | 0 | | | | | | | | |

Page 5 of 7

[redacted]

Please read this privacy and security notice.
This Site Maintained by AFIADL/DOD
*updated: 01/14/02*
Ms. Alice F. Spano | (334) 416-5344 | DSN 596-5344 | alice.spano@maxwell.af.mil