pass the 3-level in that AFSC, then I would be separated. Therefore, to remain in the Guard, I had to pass a 3-level course.

13. Within three months of completing the 3-level, apprentice in the Air Guard must begin the 5-level course in order to acquire the skills necessary for the next higher-level position, called the journeyman level. *See* Exhibit A at ¶ 5.2.

14. I had to take the 5-level CDC in order to be eligible for promotion to the rank of Staff Sergeant. *See* ANGI 36-2502, *Promotion of Airmen*, Table 2.1, App. 252. I also had to take the 5-level course in order to be awarded AFSC , the AFSC required to hold the position of Journeyman. *See* Exhibit A at ¶ 10.2.1.3. I understood from my superior officers that I needed to work constantly towards promotion, as each unit needs higher-ranking noncommissioned officers to supervise and train lower ranking members. Therefore, each unit needs people to continue to advance. As with the 3-level course, Air Guard members have two chances to pass the 5-level course. If they do not pass the 5-level in their original specialty, then Air Guard members must pass a 5-level course in an alternate specialty. *See* AFI 36-2201, Volume 3, Table 8.1, Line 11, App. 237. I completed my 5-level CDC and earned I was promoted to Staff Sergeant, enlisted grade E-5,

PROTECTED
INFORMATION

16. my unit required me to enroll in the 7-level CDC. I had to take the 7-level course for three reasons. First, it taught me the skills I required of a 7-level or craftsman as well as the knowledge necessary to supervise and train lower-level mechanics. *See* Exhibit A at ¶ 10.3.1.1. Second, I had to take the 7-level course in order to be awarded AFSC 2A672, the AFSC required to hold the position of *Id.* at 10.3.1.3. Third, completion of the 7-level course was required for promotion to Technical Sergeant. *See* ANGI 36-2502, Table 2.1, App. 252. Finally, if I did not complete the 7-level course in my specialty or cross-train by passing the 7-level in another specialty, I would be discharged.

17. I enrolled in the 7-level CDC by correspondence completed the 7-level CDC in and began to do the higher-level work for which I had been trained. *See* Declarant's Correspondence Course Records, true and correct copies of which are attached hereto as Exhibit B.

**PROTECTED INFORMATION**

I enrolled in the NCO Leadership Course, which was required by regulation for promotion to the next rank, Master Sergeant. *See* ANGI 36-2502, Table 2.1, App. 252.

The course focused on personnel management and leadership, and was aimed at helping craftsmen prepare for job functions that required more supervisory than skills. *See* Exhibit B at 2.

22.

25. During my military career I have completed several correspondence courses,

PROTECTED INFORMATION

I was required to take these courses pursuant to Air Force regulations and the direction of my commanding officers. However, I was not compensated for taking any of these courses despite the fact that Air Force and Air Guard members are compensated for taking the same courses in-residence. It is simply unfair for Guard members to be denied compensation for taking the correspondence version of required training.

26. If I did not complete the 3, 5 or 7-level courses, then I would have been separated from the Guard. I would have also been subject to prosecution under Article 92 of the Uniform Code of Military Justice for failing to "attain and maintain a skill level commensurate with [my] rank," "maintain a high degree of proficiency in [my AFSC]," and complete professional military education courses. AFI 36-2618 ¶¶ 4.1.2 and 4.1.3, App. 259. Further, the correspondence courses I completed made me eligible for the promotions I have received over the course of my career. More importantly, without these courses, I would not have the skills necessary to perform the positions I have held throughout my military career both in the Air National Guard and while on active duty.

**PROTECTED INFORMATION**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 2, 2005.

PROTECTED INFORMATION

EXHIBIT A

PROTECTED
INFORMATION

PROTECTED
INFORMATION

PROTECTED
INFORMATION

PROTECTED INFORMATION

PROTECTED
INFORMATION

PROTECTED
INFORMATION

PROTECTED
INFORMATION

EXHIBIT B

**PROTECTED INFORMATION**

PROTECTED
INFORMATION

PROTECTED
INFORMATION

PROTECTED
INFORMATION

PROTECTED INFORMATION

PROTECTED
INFORMATION

PROTECTED
INFORMATION

**PROTECTED INFORMATION**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM A. CLARK, JAMES P. DAVERN, ROBERT E. FREEBURG, WILLIE R. JOHNSON, ROBERT A. MUSTIN, JOHN DOES 1 through 4, and JANE DOES 1 through 3, individually and on behalf of all others similarly situated, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | CASE NO. 00-644C (Chief Judge Damich) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DECLARATION OF**

I, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am identified as Jane Doe 2 in the Amended Complaint. I am U.S. Army Reserves, currently serving as a I have been in the Reserves since I served in the Army National Guard from to My knowledge of the events described below comes from my recollection, as well as the contents of my personnel file.

2. During my tenure in the Army Guard, I have taken many correspondence courses, including, but not limited to,