**PROTECTED INFORMATION**

The correspondence courses I have completed have been required for my continued promotion and retention in the Army National Guard. In addition, this coursework has taught me skills necessary to excel as an officer and as a leader within the Army National Guard.

3. My military career began During officer basic school, I learned that, as in the regular Army, officers in the Army Guard were required by regulation to complete individual training requirements. I was appointed as a Second Lieutenant in the When I first entered the Guard, all commissioned officers in my unit were told by our commanding officers that we should enroll in correspondence courses to further our military education and professional development. We were told that failure to attend correspondence courses would negatively impact our evaluations. In fact, the correspondence training I completed throughout my military career was always noted favorably on my officer evaluation reports.

4. Commissioned officers are required to complete correspondence courses not only to improve their evaluations, but also for skill qualification, promotion and retention purposes. Officers must complete two forms of individual training. The first is skills-based training which teaches members the necessary skills to perform their military occupational specialty as well as to qualify for the positions to which they are assigned. The second type of required individual training is officer development training, which teaches the management and leadership skills necessary to advance as an officer. Both forms of training are essential to career advancement and retention in the Army National Guard.

PROTECTED
INFORMATION

5. By regulation, commissioned officers meet with mandatory promotion boards after a certain number of years in service at each rank. *See* AR 135-155, *Promotion of Commissioned Officers and Warrant Officers Other Than General Officers*, ¶ 4-33, Oct. 24, 2001, App. 295-96. If an officer has not completed required skills-based or officer development training, he or she is not promotable. If an officer is not promoted, he or she suffers the loss of pay they would have earned at the new rank. If a commissioned officer fails to be promoted to a particular rank twice, they risk involuntary discharge by the Guard.

6. In addition, officers who fail to complete required training risk discharge by a selective retention board. After an officer has served for 20 years, he or she is typically reviewed biannually by a selective retention board, which determines whether the member should be retained. A Guard commissioned officer can be selectively nonretained for failure to complete required training. In addition, officers can be discharged for failure to advance in rank due to failure to complete required training. The Army National Guard has an up-or-out policy for commissioned officers, meaning that if an officer fails to advance with his peers, he or she will not be retained.

7. Given the consequences for failure to complete required training, I have also been aware of how important it is for me to meet my training obligations. In order to determine what training I was required to complete, I spoke with my commanding officers and consulted the relevant regulations. When I first entered the Guard, I learned that Army regulations required that I complete an Officer Basic Course to be promoted from Second Lieutenant, Grade O-1, to First Lieutenant, Grade O-2. *See* Army Regulation 135-155, *Promotion of Commissioned Officers and Warrant Officers Other Than General Officers*, Table 2.2, App. 293. I enrolled in

PROTECTED INFORMATION

the Basic Officer Course in residence and completed it in-residence on I was promoted to First Lieutenant on

8. After a few years in the Branch, I applied for transfer to the I was appointed as a First Lieutenant in the Branch on To be promoted from First Lieutenant to Captain, commissioned officers are required by regulation to complete an Officer Advance Course. *See* Army Regulation 135-155, *Promotion of Commissioned Officers and Warrant Officers Other Than General Officers*, Table 2.2, App. 293. I requested permission from my unit to take the Officer Advance Course in-residence, but was not able to obtain a slot.

9. Guard members frequently have difficulty getting slots to take required training in residence. There are a limited number of in-residence slots available, and a large number of soldiers who need to complete the courses. First preference is given to active duty soldiers, then Reserves and finally Guard members are eligible for the slots that remain. Accordingly, most Guard members cannot get in-resident slots to take required training and must enroll in the correspondence equivalents of the required courses. Because I was unable to enroll in the Officer Advance Course in-residence, I enrolled in the course by correspondence on

10. As I worked through the course, my commanding officers tracked my progress on each of my annual evaluation reports. On my

**PROTECTED INFORMATION**

I completed the Officer Advance Course by correspondence on

I was promoted to Captain on

14. I was appointed as a Captain in the Branch of the Army National Guard on I had completed CAS3, the

**PROTECTED INFORMATION**

necessary education requirement for promotion to Major. However, I could not be promoted unless a slot for which I was qualified was available in the higher grade.

15. There were no Major slots available in my branch Therefore, I enrolled in two advanced branch qualification courses: Both courses are designed to prepare commissioned officers who have already taken an officer advance course in another branch to transfer to a command position in the new branch.

16. I enrolled in the

17. I was originally promoted to Major however, there were still no slots available, so I deferred my promotion. The relevant regulations provide that Guard officers may defer promotion, but must accept the promotion after the deferral period ends. *See* AR 135-155 at § 4-27, App. 294. If a Guard officer does not accept the promotion after the deferral ends, he or she is considered to have been nonselected for promotion. *Id.* at § 4-28, App. 294. After two nonselections for promotion, a Guard officer will be separated from the Guard. *Id.* at § 4-33, App. 295-96. A true and correct copy of Declarant's Delay of Promotion

**PROTECTED INFORMATION**

Memorandum is attached hereto as Exhibit H. However, a slot opened up before the end of my deferral period, and I accepted my promotion to Major on

18. I was then assigned to the position within the However, I had no prior experience in personnel. In order to acquire the necessary skills to perform my function, I enrolled in the by correspondence on I completed the course, which focused on the use of

Had I not completed the course, I would not have been able to act as Officer, which would have reflected negatively on my evaluations, threatened my chances for promotion and led to my reassignment.

19. I was promoted to Company Commander, and held the position until mid-2003. During my tenure, I frequently advised the officers under my command about their educational requirements. During each officer's quarterly review, we would discuss what skills-based training he or she needed to complete to advance to higher positions within their military occupational specialty, and also what officer development training he or she needed to complete to be promoted to the next higher rank. For example, I would push my Second Lieutenants to complete an officer advance course so they could be promoted to Captain. If an officer was not enrolled in the correct training, I encouraged him or her to enroll because the completion of required training was essential to professional development and advancement. If the member was unable to get the training in-residence, which was often the case due to space limitations, I would encourage the member to meet the requirement by taking the coursework by correspondence.

20. From a command perspective, the format in which individual required training is completed is immaterial. Correspondence and in-residence versions of required training offer equivalent instruction and meet the same requirements. What is important to both the commander and the officer is that the training is completed so that the officer has the skills to perform their function and to advance in rank.

21. As a commander, I was also responsible for monitoring records of individual military occupational specialty training completed by the soldiers under my command. A soldier had to be qualified in their military occupational specialty ("MOS") to be deployable. MOS qualification is achieved by completing required training, either in-residence or by correspondence. I was responsible for making semiannual reports to Headquarters concerning the readiness of my soldiers. In making these reports I had to brief the Troop Commander of the Mississippi Army National Guard on which of my soldiers were MOS qualified. If a soldier was not MOS qualified, I had to ensure that the soldier was enrolled in the necessary training to become MOS qualified, or explain how the unit was working to get the soldier enrolled in the necessary training.

22. Throughout my time as Company Commander, I also continued to work on my own educational requirements. In 2001, informed all unit commands that due to an increased number of accidents, no officer could take command until he or she had completed the Commander's Safety Course. Those officers like myself who were already in command positions were given less than a year to complete the training. I enrolled in the Commander's Safety Course by correspondence on September 21, 2002 and completed the course on December 23, 2002. A true and correct copy of Declarant's Army Correspondence Course Program Student Status Record is attached hereto as Exhibit J.

PROTECTED INFORMATION

23. According to Army regulations, I had to complete 50% of the Command and General Staff Officer Course (the "CGSOC") to be promoted to Lieutenant Colonel. *See* AR 135-155 at Table 2-2, App. 293. Completion of the entire course is required for promotion to O-6 or Colonel. *Id.* In addition, during my my rater had commented that I should be promoted to

On my evaluation, my rater again noted that I should be promoted once I had

24. I enrolled in the Command and General Staff Officer Course The CGSOC focuses on preparing commissioned officers for battalion level command by teaching them the necessary leadership and strategic skills to plan and implement operations at that level. The course was composed of four phases and was offered in three formats: in-residence training; correspondence training; and, a combination of correspondence and in-residence training. I chose the third option.

25. I was promoted to

26.

27. In order to be promoted to Brigadier General, O-7, I would have to attend the Army War College. *See* AR 135-155 at Table 2-2, App. 293.

28. During my military career I have completed many required correspondence courses including, but not limited to,

These courses were required skills-based and officer development courses that taught me the necessary technical and leadership skills to be a successful officer and leader within the Army National Guard. If I had failed to complete this required training, I would not have been promoted within the Guard, and risked discharge under the "up or out" policy for commissioned officer or under the Qualitative Retention Board procedure for failure to advance. Correspondence and in-residence courses are considered equivalent training for skill-qualification, officer development, promotion and retention purposes. Army officers are compensated for completing these training requirements

in-residence, and there is no reason why Guard members should not be compensated for completing the same training in a different format.

**PROTECTED INFORMATION**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 4, 2005.

PROTECTED
INFORMATION

EXHIBIT A

PROTECTED
INFORMATION

PROTECTED
INFORMATION

EXHIBIT B

PROTECTED
INFORMATION

PROTECTED INFORMATION

EXHIBIT C

PROTECTED
INFORMATION

PROTECTED
INFORMATION

EXHIBIT E

PROTECTED
INFORMATION

PROTECTED
INFORMATION

EXHIBIT F

PROTECTED INFORMATION

EXHIBIT G

PROTECTED INFORMATION

EXHIBIT H

PROTECTED
INFORMATION

EXHIBIT I

PROTECTED
INFORMATION

PROTECTED INFORMATION

EXHIBIT J

PROTECTED INFORMATION

EXHIBIT K

**PROTECTED INFORMATION**

PROTECTED INFORMATION

EXHIBIT L

PROTECTED
INFORMATION

**EXHIBIT M**

**PROTECTED INFORMATION**

**PROTECTED INFORMATION**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM A. CLARK, JAMES P. DAVERN, ROBERT E. FREEBURG, WILLIE R. JOHNSON, ROBERT A. MUSTIN, JOHN DOES 1 through 4, and JANE DOES 1 through 3, individually and on behalf of all others similarly situated, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | CASE NO. 00-644C (Chief Judge Damich) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DECLARATION OF**

I, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am identified as Jane Doe 3 in the Amended Complaint. I am a in the Connecticut National Guard I have been a member of the National Guard since in or about . Outside of my Guard position, My knowledge of the events described below comes from my recollection, as well as the contents of my personnel file.

2. My military training has been key to my ability to function in all of the positions I have held during my time in the National Guard, I have obtained a significant amount of this essential training through my participation in Army correspondence courses. I have completed military correspondence