courses

This training has enabled me to be effective as a Company Commander, and has been essential to my ability to organize, manage and lead the men and women under my command and to accomplish military objectives.

3. I received a direct commission as a Second Lieutenant in the Army National Guard. Shortly after I entered the Guard, I became aware that Army regulations required that certain training had to be completed to advance up the chain of command. I was informed of these training requirements at my initial training after entering the Guard. These training requirements were later reinforced by word-of-mouth, unit briefings and discussions with higher-ranking officers.

4. Contrary to the government's assertion that promotion in the Army National Guard is "voluntary," Guard members are expected to advance up the chain of command and to hold positions of greater responsibility. As within any organization, there is turnover in the National Guard. As senior Guard members retire, junior members must acquire the technical and leadership skills to fill their positions. Guard members who fail to complete educational requirements and advance with their peers are not qualified to perform the functions required of them. As a result, they risk separation from the Guard.

5. By regulation, I was required to complete an officer basic course to be promoted to First Lieutenant. *See* Army Regulation 135-155, *Promotion of Commissioned Officers and Warrant Officers Other Than General Officers*, Table 2-2, September 1, 1994, App. 293. As an officer, I enrolled in the Officer Basic Course, which I completed on

PROTECTED
INFORMATION

6. I was promoted to First Lieutenant on

7. In order to be promoted to Captain in the Army National Guard, I was required to complete an advanced branch qualification course. Army Regulation 135-155, *Promotion of Commissioned Officers and Warrant Officers Other Than General Officers*, Table 2-2, September 1, 1994, App. 293. The Army requires that the Officer Advanced Course be completed in one of two formats, either completely in residence, or one-half correspondence and one-half in residence. I completed Phase I of the Officer Advanced Course by correspondence. I was not paid for completing this portion of the course. I then took Phase II of the Advanced Course in residence in I received compensation for completing this portion of the course. The Army requires First Lieutenants to complete the Advanced Course to prepare them for higher command within their units. As my completion certificate notes, the Officer Advanced Course taught me the skills necessary to "perform the duties required for company command, battalion-level staff positions, or duties considered most critical to [my] specialty." A true and correct copy of Declarant's Diploma is attached hereto as Exhibit A.

8. I was promoted to Captain.

**PROTECTED INFORMATION**

10.

As my course completion certificate notes, the course goals included "improv[ing] each officer's ability to analyze and solve military problems; ability to interact and coordinate as a member of a staff; ability to communicate; and understanding of Army organization, operations and procedures." A true and correct copy of Declarant's Course Completion Certificate is attached hereto as Exhibit B. To my mind, it was the most important course I have taken during my military career, and the skills I learned during that course have proved invaluable in

11. I was promoted to Major in

12. During my tenure as a I have been responsible for seeing that those under my command receive the appropriate unit-based and individual training. In order to perform their functions and advance in rank, Guard members must complete the necessary skills-based and leadership training either in-residence or by correspondence. If the men and women under my command do not acquire the necessary leadership and technical skills to advance within will lack the ability to accomplish its mission. In

PROTECTED INFORMATION

addition, failure of those under my command to meet requirements reflects poorly on me as a commander.

13. Army regulations require Army National Guard Majors to complete at least fifty percent of the Command and General Staff Officer Course ("CGSOC") to be promotable to Lieutenant Colonel.

15. During my military career I have taken several correspondence courses,

Each of these courses was required for me to advance in rank, as well as to acquire the necessary skills to be effective at each of the positions I have held during my military career, . The Army compensates National Guard members who take these courses in residence. There is no reason not to compensate Guard members like myself simply because we take the same courses by correspondence.

**PROTECTED INFORMATION**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 3, 2005.

PROTECTED INFORMATION

EXHIBIT A

PROTECTED INFORMATION

EXHIBIT B

PROTECTED INFORMATION

EXHIBIT C

**PROTECTED INFORMATION**

**EXHIBIT D**

PROTECTED
INFORMATION

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM A. CLARK, JAMES P. DAVERN, ROBERT E. FREEBURG, WILLIE R. JOHNSON, ROBERT A. MUSTIN, JOHN DOES 1 through 4, and JANE DOES 1 through 3, individually, and on behalf of all others similarly situated, | ) | |
| Plaintiffs, | ) | CASE NO. 00-644C<br>(Chief Judge Damich) |
| vs. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DECLARATION OF**

I, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am identified as John Doe Number 1 in the Amended Complaint.

I worked as a Chief Warrant Officer 3 ("CW3") in the Army National Guard. I have been a member of the National Guard since on or about My knowledge of the events described below comes from my recollection, as well as the contents of my personnel file.

2.

as dictated by regulation and our mission essential task list ("METL").

3. Every level of every organization in the Army National Guard, from the brigade level down to the company level, is required to have a METL that identifies what that organization must do to perform its mission. It is the cornerstone of how Army and Army National Guard units conduct their operations. METLs enable commanders to readily identify what training needs to be accomplished in the different aspects of the organization's mission. As an our unit METL had an training focus. The that I implemented for the commander was part of the METL.

4. Commanders also issue training guidance documents, called Yearly Training Guidance ("YTG") documents, to their organizations based on the METL. The YTG documents identify the commander's training focus for a given year. So that the unit can successfully accomplish tasks identified on the METL, YTGs, among other things, direct unit members to complete individual training in MOS qualification and professional development courses.

5. For example, to perform its mission, my organization requires a MOS-qualified To be qualified for the position of a member must hold my MOS, that In order to attain this MOS, I had to complete the Aviation Warrant Officer Advanced Course the ("WOAC"). Prior to completing WOAC I had only attained

6. The WOAC is part of the Warrant Officer Education System ("WOES"). Army Guard Warrant Officers, like myself, must complete WOES courses to be promoted to the next higher rank. Completion of the WOAC is required to attain the rank of CW3. NGR 600-101,

*Warrant Officers – Federal Recognition and Personnel Actions*, Table 7-2, Jun. 6, 1986, App. 412. In fact, promotion to CW3 is automatic upon completion of the WOAC.

7. The WOAC is offered in two equivalent formats: residence instruction and correspondence instruction. Regardless of format, all WOAC students must complete Phase I of the WOAC by correspondence. This phase of the WOAC, which is also called the Prerequisite Studies Phase, is only offered by correspondence, even for those who complete the remainder of WOAC at the in-residence school at Ft. Rucker, Alabama. *See* AR 350-1 ¶ 3-40.a, App. 308-09; DA Pam 351-20 ¶ 4-99.b, App. 358.

8. When I was informed that I was required to complete WOAC, I requested to take the course in-residence. My request was denied. I took the WOAC entirely by correspondence, completing it in . *See* Declarant's Army Correspondence Course Program Student Status Report at 2-6, a true and correct copy of which is attached hereto as Exhibit A.

9. WOAC took approximately twelve months of very dedicated effort to complete. WOAC provides advanced technical training and instruction in common leader development subjects, including management techniques, communication skills, preparing and staffing documents, and writing, that are designed to prepare warrant officers for greater leadership and supervisory responsibilities that are associated with the higher rank of CW3.

10. Completion of the WOAC is also mandated by regulation. All Army and Army National Guard warrant officers are required to complete the WOAC during the period between three and nine years of warrant officer service. *See* NGR 351-1 ¶ 3-6, Apr. 15, 1987, App. 410.

11. Failure to complete the WOAC could have resulted in my involuntary separation from the Guard. Warrant officers are subject to the same up or out policy that governs commissioned officers. Chief Warrant Officer 2s ("CW2s") twice nonselected for promotion to

**PROTECTED INFORMATION**

CW3 will be separated from the Guard. *See* AR 135-155, *Promotion of Commissioned Officers and Warrant Officers Other Than General Officers*, ¶ 4-33.a, App. 295-96. Warrant officers must complete the WOES courses for promotion. AR 135-155, *Promotion of Commissioned Officers and Warrant Officers Other Than General Officers*, Table 2-3, Jul. 13, 2004, App. 293. If I had not completed the WOAC I would have been involuntarily separated from the National Guard.

12. The WOAC correspondence course was required training in every sense of the word. I had to complete it to satisfy the mission requirements of my unit as spelled out in our METL and as communicated to me by YTG documents. I had to complete the course for promotion and if I had not done so, I would have been separated from the Guard. I joined this lawsuit because of the discrimination in pay between active duty Army soldiers and members of the National Guard. National Guard members have the same responsibilities, perform the same jobs and complete the same training as Army soldiers. Yet, while Army members receive pay for all the training they complete, Guard members do not receive pay for taking required equivalent training by correspondence.

**PROTECTED INFORMATION**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 10, 2005.

PROTECTED INFORMATION

EXHIBIT A

PROTECTED INFORMATION

PROTECTED
INFORMATION

PROTECTED INFORMATION

PROTECTED
INFORMATION

PROTECTED
INFORMATION

PROTECTED
INFORMATION

**PROTECTED INFORMATION**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM A. CLARK, JAMES P. DAVERN, ROBERT E. FREEBURG, WILLIE R. JOHNSON, ROBERT A. MUSTIN, JOHN DOES 1 through 4, and JANE DOES 1 through 3, individually and on behalf of all others similarly situated, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | CASE NO. 00-644C (Chief Judge Damich) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DECLARATION OF**

I, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am identified as John Doe 2 in the Amended Complaint. I am in the U.S. Army Reserves,

My knowledge of the events described below comes from my recollection, as well as the contents of my personnel file.

2.

3. During my time in the Guard, I completed several required correspondence courses,

I was required to take these courses to acquire skills necessary to fulfill my responsibilities, as well as to satisfy position and promotion prerequisites within the Army National Guard.

4.

As with the regular Army, there are certain military educational requirements members must complete in order to advance within the Guard. By regulation, commissioned officers meet mandatory promotion boards and must advance to the next higher grade within a set number of years or face involuntary discharge. *See* AR 135-155, *Promotion of Commissioned Officers and Warrant Officers Other Than General Officers*, ¶ 4-33, Oct. 24, 2001, App. 295-96. If a commissioned officer is not promoted because he or she did not complete the professional development course required for the promotion, the member would be discharged for failure to complete the course. shortly after I entered the Guard, I consulted with the unit clerks, who at that time maintained copies of the pertinent Army and Army National Guard regulations, to determine what course or courses I needed to complete for my next promotion.

5. At that time, the regulations required Guard members to complete an officer advance course to be promoted to Major.

**PROTECTED INFORMATION**

Combined Arms and Services Staff School ("CAS3"), which was required for promotion to Lieutenant Colonel. There are two versions of this course. The first version is offered wholly in-residence, and the second is divided into two phases — Phase I is taken by correspondence, and Phase II is taken in-residence.

6. It is difficult for Guard members to obtain in-residence slots at courses that have correspondence course equivalents. The Army National Guard of each state is allocated a certain number of slots for in-residence courses. In allocating the slots, preference is given to active duty members first, then Reserve members, then National Guard members. This shortage of slots makes it very difficult for Guard members to attend courses in-residence.

7.

Phase I of the Support Operations Course deals with the tactical logistics functions of moving men and materiel.

**PROTECTED INFORMATION**

8. Phase II of the Support Operations Course is a two-week in-residence phase where students are expected to apply the skills learned during Phase I to develop battalion-level logistical support plans.

9.

According to the relevant regulations, Guard officers may defer promotion, but must accept the promotion after the deferral period ends. *See* AR 135-155 at § 4-27. If a Guard officer delays promotion and then does not accept the promotion after the deferral ends, he or she is considered to have been nonselected for promotion. *Id.* at § 4-28, App. 294. After two nonselections for promotion, a Guard officer likely will be separated from the Guard. *Id.* at § 4-33, App. 295-96.

10.

PROTECTED
INFORMATION

11.

12.

13.

PROTECTED
INFORMATION

14. After further consultation with the unit clerks and an examination of the relevant regulations, I learned that 50% completion of the Command and General Staff Officer Course ("CGSC") was required for promotion to Lieutenant Colonel, or "O-5." *See* AR 135-155, *Promotion of Commissioned Officers and Warrant Officers Other Than General Officers*, Table 2-2, September 1, 1994, App. 293.

15.

The course focused on teaching the tactics and leadership skills essential to successful battalion-level command.

16.

17. Completion of the all of Command and General Staff Officer Course is required for promotion to Colonel. *See* AR 135-155, *Promotion of Commissioned Officers and Warrant Officers Other Than General Officers*, Table 2-2, September 1, 1994, App. 293.

18.

As a National Guard member and now, as a Reservist, I have only received compensation for in-residence courses. I was required by regulations to take

PROTECTED
INFORMATION

Most of the in-resident slots for these courses are allocated to members of the regular Army, who must complete the courses to satisfy the same requirements as Guard members. However, despite the fact that active duty soldiers are compensated for taking the same training, I received no compensation for the correspondence portions of the above courses. A difference in the format of these courses should not mean a difference in compensation so long as the course is required.

19. The correspondence courses I took were required in three ways. First, without taking these courses, I would not have met the educational requirements required by regulation for promotion within the Army National Guard. Second, had I not completed these courses I would have been ineligible for promotion and I would have been involuntarily separated from the Guard. Finally, and most importantly, these courses gave me skills and knowledge that have been essential to my ability to excel as both a officer and a leader within the Guard.

**PROTECTED INFORMATION**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 8, 2005.

PROTECTED INFORMATION

EXHIBIT A

PROTECTED INFORMATION

EXHIBIT B

PROTECTED
INFORMATION

PROTECTED
INFORMATION

PROTECTED
INFORMATION

EXHIBIT C

PROTECTED
INFORMATION

PROTECTED INFORMATION

EXHIBIT D

**PROTECTED INFORMATION**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM A. CLARK, JAMES P. DAVERN, ROBERT E. FREEBURG, WILLIE R. JOHNSON, ROBERT A. MUSTIN, JOHN DOES 1 through 4, and JANE DOES 1 through 3, individually, and on behalf of all others similarly situated, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | CASE NO. 00-644C<br>(Chief Judge Damich) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DECLARATION OF**

I, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am identified as John Doe 3 in the Amended Complaint.

My knowledge of the events described below comes from my recollection, as well as the contents of my personnel file.

2.

**PROTECTED INFORMATION**

3. Like members of the Air Force, members of the Air National Guard must complete professional military education ("PME") courses to have any realistic hope of obtaining the promotions necessary to be retained in the service under the "up or out" policy" that applies to Air Guard officers. For Air Force and Air Guard officers, required PME courses include Squadron Officer School, Air Command and Staff College, and Air War College. The Secretary of the Air Force has prescribed each of these PME courses in two different formats, residence instruction and correspondence instruction. The correspondence version of these courses is treated as equivalent to the in-residence version of the same course for all purposes save pay. Both course formats cover the same topics and satisfy the same promotion requirements.

4. Completion of Squadron Officer School is required for promotion to Major, O-4. An officer must be a Captain (O-3) or a First Lieutenant selected for promotion to Captain to be eligible to enroll in the course.

Squadron Officer School instructs commissioned officers in military history, as well as leadership and communication skills. Prior to Squadron Officer School, commissioned officer training focuses primarily on the development of technical skills. By contrast, Squadron Officer School is designed to teach officers to think beyond their military specialty and function as officers by teaching them how to interact with other Air Force members and lead soldiers under their command.

**PROTECTED INFORMATION**

5. Not all members who are required to complete these courses can take them in-residence. The number of officers who need PME is significantly greater than the supply of in-residence slots. It is particularly difficult for Guard members to get in-resident slots, as most are designated for active duty and Air Force reserve personnel. The few in-residence slots that are made available to Guard members are generally snapped up very quickly. Thus, the vast majority of Guard members who complete PME by correspondence have no real option to take in-residence PME. The Air Force acknowledges that limited resources restrict attendance at in-residence intermediate and senior level PME courses. *See* AFI 36-2301, *Professional Military Education*, § 3.2, June 27, 2002, App. 243.

6. Completion of the intermediate level PME course, called Air Command and Staff College ("ACSC"), is required for promotion from Major, O-4, to Lieutenant Colonel, O-5. There are three different formats for the correspondence course version of ACSC. The first is the typical electronic-based correspondence program, where the member studies paper materials and computer disks issued by the Air Force's Air University. The second is the "cyber-seminar" method, which augments the correspondence material with weekly online class meetings.

the third correspondence format, called the seminar program. Members enrolled in the ACSC seminar program attend weekly group meetings, lead by a student class leader, and discuss the readings and other materials for that week. All seminar students are required to complete weekly readings. During the group meeting, the student class leader moderates the discussion of the materials between class members. Classes are limited to 18 students. Each meeting session lasts for approximately two to four hours. Students meet once a week for eleven months and, in order to graduate from ACSC, students must pass six examinations, complete online exercises, and serve as seminar leader for a variety of lessons.

**PROTECTED INFORMATION**

7. ACSC builds upon the instruction members receive at Squadron Officer School. The course is designed to "prepare leaders for higher level command and staff responsibilities," as well as to teach officers to plan and implement air campaigns. AFIADL Catalog at 35, App. 230.

8.

9. The Secretary of the Air Force emphasizes that Air Force and Air Guard members take "the right PME at the right time and at the right grade." AFI 36-2301, *Professional Military Education*, ¶ 3.6.1, Jun. 27, 2002, App. 245. Air Force and Air Guard officers are further "expected to complete the level of PME appropriate to their rank, responsibility, and career progression." AFPD 36-23, *Military Education*, ¶ 3, Sep. 27, 1993, App. 270.

10. If a member fails to complete officer PME required for the next higher rank, the member faces significant administrative sanctions. First, he or she will not be promoted. I have known several Air Guard officers who have, as the only blemish on an otherwise outstanding record, failed to complete PME and not be promoted with their peers. I have also known several officers who served on promotion boards that review promotion packages and consider who, among those who meet the board, to select for promotion. In discussing their experiences as board members, all of these individuals reported that no one who failed to complete PME was selected for promotion.

11. Second, commissioned offices who are twice non-selected for promotion face separation from the Guard. By regulation, commissioned officers must advance to the next

PROTECTED
INFORMATION

higher grade within a fixed number of years. *See* ANGI 36-2504, *Federal Recognition Of Promotion In The Air National Guard (ANG) And As A Reserve Of The Air Force Below The Grade Of General Officer*, ¶ 2.5.3, Jul. 28, 2004, App. 285. If a commissioned officer is not selected for promotion because the officer failed to complete the required professional development course, the member would be discharged for failure to complete the course. *See id.*

12. Instruction in professional military education is training that is required by Secretary of the Air Force. It instructs Air Guard officers in the "employment of aerospace power in the conduct of war and small scale contingencies (e.g., peacekeeping, humanitarian assistance)," it provides Air Guard officers "with the skills and knowledge to make sound decisions in progressively more demanding leadership positions within the national security environment," and it "[d]evelops strategic thinkers and warfighters." AFI 36-2301 ¶ 1, App. 241. Members who are able to complete this training in residence courses are compensated. There is no reason that Guard members who complete this training by correspondence should not also receive pay.

**PROTECTED INFORMATION**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 8, 2005.

PROTECTED INFORMATION

EXHIBIT A