**PROTECTED INFORMATION**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM A. CLARK, JAMES P. DAVERN, ROBERT E. FREEBURG, WILLIE R. JOHNSON, ROBERT A. MUSTIN, JOHN DOES 1 through 4, and JANE DOES 1 through 3, individually, and on behalf of all others similarly situated, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | CASE NO. 00-644C (Chief Judge Damich) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DECLARATION OF**

I, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am identified as John Doe 4 in the Amended Complaint.

My knowledge of the events described below comes from my recollection, as well as the contents of my personnel file.

2.

**PROTECTED INFORMATION**

3.

5. The rank structure of the Army National Guard is identical to that of the regular Army. The educational requirements for promotion as a commissioned officer are also the same. In order for me to advance to First Lieutenant, or "O2," I had to complete a branch officer qualification course.

6. My understanding that this course was required for advancement comes from my review of the relevant regulations, as well as conversations with several superior officers.

7. The Army has established two curriculum formats for the Officer Basic Course. One of these formats is a sixteen-week resident course. The second format, and the one used by a substantial majority of Army National Guard officers, is a two-phase program. The first phase of this program is an eight-week in-residence course. The second phase is completed by correspondence. Guard members who take the 16-week resident Officer Basic Course receive compensation for the entire period, plus travel expenses. Members who complete the two-phase program only receive compensation for the resident portion of the course.

8. I applied for a seat in the sixteen-week resident course, but was denied.

9. If I had not completed the Officer Basic Course, I would not have been promoted. I enrolled in and completed the two-phase program. After completing the residency portion, I completed the correspondence portion of the course on or about January of 1995. *See* Exhibit A. I received basic pay, plus allowances for housing and subsistence for the days that I attended the

**PROTECTED INFORMATION**

resident portion of the course, but I received no compensation for completing Phase II of the Officer Basic Course by correspondence.

10.

The subject matter I learned in the Officer Basic Course enabled me to become an effective officer and leader. Without this course, I would have to rely on my subordinates to help me perform my job. In the Army National Guard, as with the regular Army, the penalty for poor leadership can be extremely high. The Army and the Army National Guard have made the Officer Basic Course mandatory training because of the essential lessons it teaches to junior officers.

11.

Based on my review of the pertinent Army and Army Guard regulations, including Army Regulation 135-155, *Promotion of Commissioned Officers and Warrant Officers Other Than General Officers*, and on statements made by my superiors and training advisors, I would not have been promoted to First Lieutenant without completing the Officer Basic Course. Additionally, I have never known any Guard member who has advanced as an officer without completing the Officer Basic Course for their career field.

**PROTECTED INFORMATION**

12.

Army Regulation 135-155, which provides that the Officer Advanced Course is required for promotion to Major, or "O4."

13.

Like the Officer Basic Course, the Army offers the Officer Advanced Course in two curricular formats. One is entirely a residence course. The second format is divided into two phases. Phase I is a correspondence course and Phase II consists of in-resident instruction. For the two-phase format of the Officer Advanced Course, students may not attend the in-resident portion until they have successfully completed the correspondence phase. I did not receive any compensation for completing Phase I of the Officer Advanced Course.

14.

15.

16.

18.

19. Shortly thereafter, my Battalion Executive Officer told me that I needed to take the Battalion Motor Officer correspondence course in order to acquire the skills to be a Battalion Motor Officer. Battalion Motor Officers have responsibility for ensuring all vehicles are in the highest working order and that the appropriate repairs are made when a vehicle is disabled. Prior to taking the Battalion Motor Officer correspondence course, I had little to no understanding of how the Army parts system functioned.

Through the Battalion Motor Officer Course, I learned how maintenance operations work at the user, unit, direct support and general

**PROTECTED INFORMATION**

support levels. In addition, I gained familiarity with the computer systems used by the Army and the Army National Guard to order and track vehicle parts. I also learned prioritization of parts ordering. In short, I acquired the skills essential to my function as a Battalion Motor Officer by taking the Battalion Motor Officer correspondence course.

Training in hazardous materials handling is required by DoD Instruction 4500.9R, Defense Transportation Regulation, Chapter 204, paragraph D, Training, for "[a]ll personnel involved with the preparation and shipment of HAZMAT for surface transportation." DoD Instruction 4500.9R, ¶ D.1.a, App. 362.

22. The Army and Army National Guard have designated the position of Battalion Logistics Officer as one that requires training in handling hazardous materials. Completing the Hazardous Materials Handling correspondence course satisfied this training requirement.

25. CAS3, and the Officer Advanced Course were educational requirements for promotion to Major. Currently, the Officer Advanced Course is the military education requirement for promotion to Major.

26. The correspondence courses I have taken in my military career, were required training. The Army compensates military members, including members of the National Guard, for taking these courses in-residence. There is no reason for the Army to deny compensation to Guard members who complete the same substantive training when performed by correspondence. The Army required me to take these courses because without them I could not do my job. Without this training, my effectiveness as an officer would be diminished, jeopardizing the mission of our unit and the lives of the men and women under my command.

PROTECTED
INFORMATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 26, 2005.

PROTECTED INFORMATION

EXHIBIT A

PROTECTED
INFORMATION

PROTECTED
INFORMATION

**PROTECTED INFORMATION**

PROTECTED
INFORMATION

PROTECTED
INFORMATION

PROTECTED INFORMATION

EXHIBIT B

PROTECTED INFORMATION

EXHIBIT C

PROTECTED
INFORMATION

PROTECTED
INFORMATION

EXHIBIT D

PROTECTED
INFORMATION

EXHIBIT E