PROTECTED INFORMATION

EXHIBIT F

PROTECTED INFORMATION

EXHIBIT G

PROTECTED INFORMATION

PROTECTED INFORMATION

EXHIBIT H

PROTECTED INFORMATION

PROTECTED INFORMATION

EXHIBIT I

PROTECTED
INFORMATION

EXHIBIT J

PROTECTED INFORMATION

EXHIBIT K

PROTECTED
INFORMATION

PROTECTED INFORMATION

EXHIBIT L

PROTECTED
INFORMATION

PROTECTED INFORMATION

EXHIBIT M

PROTECTED
INFORMATION