## Noncommissioned Officer Academy Correspondence Course

### 00006D—Military Studies and Communication Skills

2 Volumes: Activated July 1991; Revised Feb 1998

Hours: Volumes - 39 CE - 9
Points: Volumes - 13 CE - 3

**SALE RESTRICTED (COPYRIGHT MATERIAL) Limited to Department of Defense Personnel**

### 00006E—Leadership and Management

2 Volumes: Activated July 1991; Revised Jan 1998

Hours: Volumes - 39 CE - 9

Points: Volumes - 13 CE - 3

**SALE RESTRICTED (COPYRIGHT MATERIAL) Limited to Department of Defense Personnel**

**1. General:** The NCOA Distance Learning Program, Course 6, is a voluntary, paper-based, self-study course administered and managed by the Air Force Institute for Advanced Distributed Learning (AFIADL - formerly ECI) and developed by the Educational Programs Cadre (EPC), College for Enlisted Professional Military Education (CEPME). Enlisted PME distance learning programs are designed to provide professional development to enlisted military members at specific critical points in their career. These administrative policies and procedures were developed to support the goals and objectives of enlisted PME. The AFIADL Course Catalog, **http://www.maxwell.af.mil/au/afiadl/curriculum/catalog/html/ncoacc00.htm**, is the definitive guidance for all enlisted PME distance-learning programs. Students must review the AFIADL Course Catalog frequently during their enrollment to ensure compliance with any changes in administrative policies.

**2. Content:** Course 6 consists of two subcourses, 6D and 6E. The focus of each subcourse is summarized as follows:

Subcourse 6D consists of two volumes. Volume One examines military studies, such as military skills, Air Force History of the NCO, organization and mission, and national security. Volume Two addresses communication skills.

Subcourse 6E consists of two volumes. Volume One develops an understanding of leadership and management theories, evaluation and reporting concepts, and the need for discipline. Volume Two develops an understanding of quality of life issues, such as health maintenance, personnel programs, and social actions. A graduate survey is included with the subcourse 6E materials. The graduate survey is voluntary, but is encouraged upon completion of all course requirements so that instructional designers may consider feedback for possible course adjustments.

**3. Administrative Guidelines:** The following paragraphs describe policies, administrative procedures, and course requirements applicable to the NCO Academy Distance Learning Program.

**Eligibility:**

**Active Duty Air Force:** Active duty USAF personnel are not eligible to enroll in this course.

**AFRC:** The following AFRC personnel are eligible for Course 6:

- E-5 with at least 72 months time in service (TIS) with a 7-skill level in their primary AFSC.
- E-6 with a 7-skill level in their primary AFSC

- **NOTE:** Air Reserve Technicians must meet military eligibility criteria to enroll; civil service pay grade or position is not used to determine eligibility.

ANG: The following ANG personnel are eligible for Course 6:

- E-5 with at least 96 months time-in-service (TIS) with a 7-skill level in their primary AFSC
- E-6 with a 7-skill level in their AFSC
- E-7 promoted to MSgt under the ANG EPME deferment policy
- **NOTE:** All members must have at least two years since completion of ALS, resident or DL. Air Technicians must meet military eligibility criteria to enroll; civil service pay grade or position is not used to determine eligibility.

**Other U.S. Military Service Members:** Course 6 is open to any US military component personnel (Army, Navy, Marines, Coast Guard) in the grade of E-6 and to non-military technician civil service members in the grade of GS-5, or equivalent WG, WL, and WS.

**Course Materials:** Course materials are shipped via Fourth Class mail to the address provided by the student. The student is responsible for inventorying these materials and reporting missing materials to AFIADL. An "AFIADL Course Materials Shipping List" is provided with each shipment. An AFIADL Form 17, "Request for Student Assistance" is included as part of the package, if needed. A downloadable AFIADL Form 17 is also available at: **http://www.maxwell.af.mil/au/afiadl/registrar/download_fr.htm** **NOTE:** If course materials are lost or damaged they may be replaced without any compensation for loss of time.

**Academic & Testing Requirements:** There is no single end-of-course examination for Course 6. Each subcourse (6D and 6E) has a separate course examination, and each subcourse requires a minimum passing score of 60 percent. Students must request the 6D subcourse test from AFIADL via AFIADL Form 17, and schedule a time to have the test administered by Education Services Flight (ESF) or Base/Unit Training Section (UTS). There is a single re-test examination only if sufficient time remains on the enrollment to request, receive, and administer the re-test prior to enrollment expiration. Course Failure status results from failing both the initial and re-test examinations. (See Disenrollments and Restrictions). The 6E subcourse test is forwarded automatically following 6D completion. Students who score 90 percent or higher in Course 6 are recognized for Academic Excellence and receive a certificate from the Dean, Educational Programs CADRE in addition to the course diploma. Students must work with the ESF/UTS to ensure the examination is ordered, examination is on-hand, and to schedule the administration of the examination. **NOTE:** The student and ESF/UTS must also ensure the back of the answer sheet is annotated with the date the test was administered. If the actual date the test is taken is not indicated on the answer sheet, the date the test is scored at AFIADL becomes the administration date. AFIADL will accept and score tests if taken prior to course disenrollment (based on the dated answer sheet) and if the answer sheet is received no more than 30 days after the administration or expiration date. STUDENTS MUST FOLLOW-UP WITH ESF/UTS TO ENSURE THEIR TEST WAS SCORED AND POSTED IN THEIR STUDENT RECORD.

**Time Lines:** Course 6 consists of two 12-month terms: one 12-month term for subcourse 6D and one 12-month term for subcourse 6E. Upon successful completion of 6D, the student will be automatically enrolled in subcourse 6E. The two 12-month terms are exclusive, and unused time from term one may not be applied toward term two. Successful course completion requires successful completion of both subcourses (see Academic and Testing Requirements). The enrollment period includes time required to receive materials, order/receive tests, and submit tests for scoring/posting. There is no waiver to the 12-month enrollment period except as noted in "Extensions" below.

**Extensions:** Extensions are time compensation for unforeseen circumstances, which impede or prevent course progress or completion. The length of any extension is based on individual circumstances, in 30-day increments, up to a maximum of 6 months and must be submitted prior to course expiration. *Extension requests must be submitted on AFIADL Form 17*, with supporting documentation, to AFIADL/ACSA2, 50 South Turner Blvd, Maxwell AFB-Gunter Annex AL 36118-5643. AFIADL Form 17 is available at:
http://www.maxwell.af.mil/au/afiadl/registrar/download_fr.htm

**Reactivations:** Course 6 reactivation is granted when extenuating circumstances preclude individuals from requesting extensions during their enrollment. Course reactivation allows an additional 90 days for completion of testing only. All requests for reactivations must be signed by the unit commander, include a brief history of the trainee's progress, describe circumstances that led to disenrollment, state measures implemented to prevent future disenrollments, and if an exam is required, include a statement that the student is ready to test. Unit commanders should approve reactivations only if requested within 90 days after the course conclude date. After approval by the unit commander, AFIADL will open the enrollment for 90 days, and forward the course examination, if needed. New Course 6 materials will not be forwarded when an enrollment is reactivated. Any requests for reactivation received at AFIADL that have not been signed by the unit commander will be returned for unit commander approval. Reactivations requested beyond 90-days of the course conclude date will not be approved. *Reactivation requests must be submitted on AFIADL Form 17*, with support documentation, to AFIADL/ACSA2, 50 South Turner Blvd, Maxwell AFB-Gunter Annex, AL 36118-5643. AFIADL Form 17 is available at
http://www.maxwell.af.mil/au/afiadl/registrar/download_fr.htm **NOTE:** To allow sufficient time for processing, reactivation requests must reach AFIADL well in advance of the 90-day expired limit. Enrollments that have previously been reactivated for a 90-day period will not be reactivated again.

**Disenrollments and Restrictions:** Any non-completion of an enrollment is classified as a disenrollment. All disenrollment actions result in an imposed restriction period. A restriction period renders the student ineligible to enroll in the same program or a program of the same AFIADL category until after the restriction period ends.

**Voluntary Disenrollments:** Students may voluntarily disenroll at any time during their enrollment if personal or professional obligations preclude course completion. This request must be submitted on an AFIADL Form 17 and mailed to: AFIADL/ACSA2, 50 South Turner Blvd, Maxwell AFB-Gunter Annex AL 36118-5643.

Student Request (SR): Voluntary disenrollment is considered disenrollment at student request, is coded SR, and will render the student ineligible to reenroll for 6 months.

**Involuntary Disenrollments:** There are two categories of involuntary disenrollments.

Course Failure (CF): Code CF is a disenrollment category for students who do not meet the academic requirements. Course failure status results from failing both an initial and a re-test. Students disenrolled for course failure incur a mandatory 6-month restriction.

Non-participation (NP): Code NP is a disenrollment category that applies when a student neither completes nor academically fails the course, but allows the enrollment to expire without requesting an extension prior to course completion. Students disenrolled for NP incur a mandatory 1-year restriction. There is no waiver or curtailment of restriction periods, and no partial credit is given for previous enrollment progress.

**Course Failure,** Coded CF, is a disenrollment category for students who do not meet the academic requirements. Course failure status results from failing both an initial and a re-test. Students disenrolled for course failure incur a mandatory six-month restriction.

**Non-participation,** Coded NP, is a disenrollment category that results when a student's enrollment expires without the course requirements being completed. The non-participation

disenrollment category applies when a student neither completes nor academically fails the course, but allows the enrollment to expire. Students disenrolled for non-participation incur a mandatory one-year restriction.

**Records Update:** Course completion will be posted to student personnel records by AFIADL through a direct computer data link to the HQ Air Reserve Personnel Center (ARPC). ARPC will update local files for Reserve and Guard personnel. This process may take up to 4 weeks; therefore, course completion may not be reflected in student records until after students receive their course completion card. If a course completion card is not received within 1 month of course completion, students must follow-up with their Education Office to verify testing results. If stationed overseas, this period could be longer. For records certification, do not contact AFIADL. All inquiries concerning records updating must be routed to the local Military Personnel Flight (MPF), Formal Training Section.

**Diplomas/Transcripts:** Course 6 diplomas and transcripts are handled by AU Registrar at HQ AU/CFRR, 60 Schumacher Avenue, Maxwell AFB, AL 36112-6337, DSN 493-8128 or commercial (334) 953-8128. Transcripts must be requested in writing and must contain students' signature. Requests may be faxed to DSN 493-8127 or commercial (334) 953-8127. All students should receive a diploma following course completion. Students promoted while enrolled in Course 6 MUST update their student records by submitting an AFIADL Form 17 to AFIADL/ACSA2, 50 South Turner Blvd, Maxwell AFB-Gunter Annex, AL 36118-5643. Diplomas will not be re-accomplished if a change request is submitted after course completion. To receive college credit for this course, students should request that a transcript be sent to their educational institution. Course 6 is eligible for Community College of the Air Force (CCAF) credit. Refer to the CCAF catalog for the number of credit hours awarded.

**Student Responsibilities:** Enlisted PME distance learning programs are *voluntary*. STUDENTS MUST: 1) READ AND COMPLY WITH COURSE 6 POLICIES AS LISTED IN THE AFIADL CATALOG, and 2) BE AWARE OF THE COURSE START AND COMPLETION DATES. *No outside agency is tasked with monitoring course progress or completion.* Students should work with the ESF/UTS to order and schedule examinations. Students should follow a regular program of study to allow sufficient time for required course examinations prior to course expiration. The student and ESF/UTS must also ensure the back of the answer sheet is annotated with the date the test was administered. (See Academic and Testing Requirements.) All name, rank, and address changes are the responsibility of the student, and must be provided in writing to AFIADL. Provide copies of official orders and AFIADL Form 17 to ESF/UTS to request change of Test Control Facility as a result of PCS or extended TDY. Students should anticipate problems and seek assistance from AFIADL and the ESF/UTS for any circumstances that might hinder course completion. Students must follow-up on all testing to ensure their test is transmitted and received at AFIADL.

**Education Services Flight/Unit Training Section Responsibilities:** Although students are ultimately responsible for their own course success or failure, Education and Training personnel must be prepared to assist students by providing accurate enrollment and policy information. Course Development and Student Administration/Registrar (CDSAR) software is available through AFIADL Data Branch (AFIADL/ECOD) and provides real-time, read-only access to student performance data directly from AFIADL. Student enrollment must be verified prior to any test session. CDSAR is the sole source to determine the student enrollment date. It is highly recommended that ESF/UTS have access to CDSAR to improve student guidance, feedback, and customer service.

**AFIADL Responsibilities:** All administrative support for Course 6 is provided by AFIADL, including course enrollment, extensions, reactivations, examination scoring, duplicating, and shipping. AFIADL is the point of contact to change addresses, have damaged or lost materials resent, or for general course inquiries. All communication with AFIADL must be in writing or through the local ESF/UTS. To contact AFIADL, use the AFIADL Form 17, or write to AFIADL/ACSA2, 50 South Turner Boulevard, Maxwell AFB-Gunter Annex AL 36118-5643. The ESF/UTS can contact

the Student Instruction Branch, at DSN 596-4985 or commercial (334) 416-4985. All communications with AFIADL should include the student's full name, SSAN, course number, and nature of request.

**EPC/DOO Responsibilities:** The Educational Programs Cadre (EPC), Operations and Training Section (DOO) is the office of primary responsibility for program management of EPME distance learning programs. EPC/DOO acts as the liaison between EPC and AFIADL in managing distance learning programs and maintaining program integrity. EPC/DOO is the final review and appellate authority for extension requests, exception to policy requests, and policy issues. Comments and questions may be directed to EPC/DOO at e-mail: **EPC.DOO@maxwell.af.mil**.

## Senior Noncommissioned Officer Course

### General

The SNCO PME Course, Course 12, is a computer-based, self-study program developed by the Educational Programs Cadre (EPC), College for Enlisted Professional Military Education (CEPME) and administered and managed by the Air Force Institute for Advanced Distributed Learning (AFIADL – formerly ECI). Enlisted PME distance learning programs are designed to provide professional development to enlisted military members at specific critical points in their careers. These administrative policies and procedures were developed to support the goals and objectives of enlisted PME. The AFIADL Catalog, http://www.maxwell.af.mil/au/afiadl is the definitive guidance for all enlisted PME distance-learning programs. Students must review the AFIADL Course Catalog frequently during their enrollment to ensure compliance with any changes in administrative policies.

Course 12 consists of five objectively evaluated subcourses designated 12G – 12K. The design of the CD-ROM courseware requires the five subcourses to be completed in succession. The content of the subcourses is listed below:

00012G—Profession of Arms

1 Volume Activated: Nov 2002

Hours: Volume – 18 CE – 9
Points: Volume – 6 CE – 3

**Content:** Upon completing this area, you should be able to explain to your subordinates how their unit-level duties fit in the larger context of joint operations that support national policy. You will also gain knowledge of the heritage and history of the enlisted corps. The POA topics will also expand your knowledge of the role of the Air National Guard and the Air Reserve Forces. You will learn about subjects such as Doctrine, Strategy, and Space Operations. You will also hear perspectives of the AF Chief of Staff, former Chief Master Sergeants of the Air Force, former POWs, and othear influential people.

00012H—Communications Skills

1 Volume Activated: Nov 2002

Hours: Volume – 18 CE – 9
Points: Volume – 6 CE – 3

**Content:** In the Communication Skills area, you will be exposed to developmental lessons designed to help you understand how effective communication skills will enhance your leadership ability. In the Communication Skills area you will receive instruction in preparing and organizing both written and spoken communications; developing effective paragraphs; supporting your assertions; and editing written communication.

00012I—Behavior Analysis

1 Volume Activated: Nov 2002

Hours: Volume – 15 CE – 9
Points: Volume – 3 CE – 5

**Content:** This area enables leaders to know and understand why people act and react as they do. With lessons examining behavior from many angles, you will gain a broader perspective of the diverse patterns of behavior displayed by subordinates.

00012J—Human Resources Development

1 Volume Activated: Nov 2002

Hours: Volume – 12 CE – 6
Points: Volume – 4 CE – 2

**Content:** This series of lessons will provide you with leadership tools and methods you can use to improve your subordinates overall job performance. The lessons in this area are designed to help you learn when to adjust your leadership and supervisory style to your workers experience and needs. These lessons will allow you to explore the different theories role as you face organizational restructuring and constant change.

00012K—Organizational Management

1 Volume Activated: Nov 2002

Hours: Volume – 15 CE – 9
Points: Volume – 5 CE – 3

**Content:** The lessons in this area will provide you with a broad view of organizational design and structure. You will learn how to be proactive in your leadership role as you face organizational restructuring and constant change.

**Student Assessment:** Course 12 contains exercises designed to enhance understanding of the lesson material. Each subcourse contains lesson review exercises at the end of each lesson. Student command of leadership and communication principles are assessed by formative exercises for the purpose of feedback and restudy. There is a formative exercise at the end of each subcourse. Graded summative examinations which follow each subcourse are proctored tests administered by the Education Services Flight or other designated test control facility. Formative exercises and summative examinations are based on the same educational objectives listed in the overview of each subcourse instructional area. The formative exercises and summative examinations are not exactly the same; however, the exercises and examinations were developed from the same lesson material and measure the same desired behaviors.

**Feedback:** At the end of each subcourse, please complete the survey; respond as specifically and accurately as possible.

**Administrative Guidelines:** The following paragraphs describe policies, administrative procedures, and course requirements applicable to Course 12.

**Eligibility:**

- **Active Duty Air Force:** ADAF personnel in the grade of E-7, E-7 select, or above are eligible for Course 12.
- **Air Force Reserve Command (AFRC):** The following AFRC personnel are eligible for Course 12:
    - E-7 (or E-8 promoted to SMSgt under the EPME Air Force promotion deferment policy) with at least one year since completion of NCOA, resident or DL
    - E-6 personnel occupying an E-7 slot are eligible to enroll with the approval of the HQ AFRC Enlisted PME Manager

- NOTE: AFRC criterion is based on military grade only; civil service pay grade or position is not used to determine eligibility.

➢ **Air National Guard (ANG):** The following ANG personnel are eligible for Course 12:

- E-7 (no minimum time in service required)
- E-8 promoted to SMSgt under the ANG EPME deferment policy
- NOTE: All members must have at least two years since completion of NCOA, resident or DL. Air Technicians must meet military eligibility criteria to enroll; civil service pay grade or position is not used to determine eligibility.

➢ **Other U.S. Military Service Members:** Course 12 is open to other U.S. DoD military component personnel (Army, Navy, Marines, Coast Guard) in the grade of E-7 and above, and to non-military technician civil service members in the grade of GS-6, or equivalent WG, WL, and WS. Civil Service personnel must have verification from their supervisor or commander that they are occupying a management position.

**Reserve Points:** The Air Reserve Personnel Centear (ARPC) USAF Reserve determines and records ANG retirement credit points. Do not contact CEPME/EPC or AFIADL concerning retirement points. Sole authority for award of these points rests with HQ ARPC/DMXA.

**Course Materials:** Each student receives a package containing a single CD-ROM. The cover of the CD-ROM case contains installation instructions and basic course guidance. Each student must provide one 3.5 inch floppy disk that will be used as the "Student Data Disk." A post card will be mailed to each student to confirm enrollment and processing of course materials. The official student enrollment date is indicated on the post card. Students must write the enrollment date (from the post card) on the labeal of the Student Data Disk. ***NOTE:*** *Students should keep the post card for reference throughout their enrollment as verification of the official enrollment date.*

**Minimum Computer Requirements:** In order to successfully install and complete the CD-ROM-based Course 12 Multimedia Course, the minimum computer equipment requirements are as follows. CPU: Pentium 166 MHz; RAM: 64 MB; CD-ROM speed: 8X; Hard Drive: 80 MB: Video Card: SVGA; Sound Card: Sound Blaster 16 Compatible; Speakers or Headphones required; Monitor Size & Dot Pitch: 15"; Moderm: Not needed for the course itself, but is needed for receiving updates and course support; Windows Operating System: Windows 98 or later (the course is ***NOT*** Macintosh compatible).

**Recommended Computer Requirements:** CPU: Pentium III 500 MHz; RAM: 128 MB; CD-ROM speed: 24X; Hard Drive: 80 MB; Video Card: SVGA 8 MB; Sound Card: Sound Blaster 16 Compatible; Speakers or Headphones required; Monitor Size & Dot Pitch: 15" SVGA; Modem: 56K Int PNP V90, not needed for the course itself, but is needed for receiving updates and course support; Windows Operating System: Windows 98 or later (the course is ***NOT*** Macintosh compatible).

**Academic and Testing Requirements:** There is no single Course 12 End-of-Course Examination. Students are evaluated following each subcourse through summative examinations. The summative examinations (12G – 12K) are computer-based tests, which must be scheduled and taken at the Education Services Flight (ESF) or Base/Unit Training Section (UTS). **No more than one test may be taken per day.** The academic requirement for each subcourse is 70 percent. Students failing a subcourse examination may retest o nce on that subcourse after a 30-day remediation/waiting period. STUDENTS MUST FOLLOW-UP WITH ESF/UTS TO ENSURE THEIR TESTS ARE FOWARDED TO AFIADL FOR SCORING AND POSTING IN THEIR STUDENT RECORD. Failure to follow-up could jeopardize the successful completion of Course 12. Students who complete all five subcourses with a 95 percent or greater cumulative score are recognized for Academic Excellence and receive a separate certificate from the Dean, Educational Programs Cadre in addition to the course diploma.

**Time Lines:** Course 12 consists of a 12-month enrollment period. The enrollment period begins on the date the course materials are mailed from AFIADL, not the date the student receives course materials. All five subcourses must be individually completed, tested, scored, and recorded at AFIADL within the 12-month enrollment period. Students should schedule each test session well in advance to allow adequate time for the test to be administered and the results transferred to AFIADL for scoring and posting to the student record prior to the course expiration date.

**Extensions:** Extensions are time compensation based on individual circumstances, which impede or prevent course progress or completion. Extensions are granted in 6-month increments to a maximum of 12 months. *Extension requests must be submitted prior to course expiration on AFIADL Form 17*, with support justification, to AFIADL/ACSA2, 50 South Turner Blvd, Maxwell AFB-Gunter Annex AL 36118-5643. AFIADL Form 17 is available at http://www.maxwell.af.mil/au/afiadl/registrar/download_fr.htm

**Reactivations:** Course 12 reactivation is granted when extenuating circumstances preclude individuals from requesting extensions during their enrollment. Course reactivation allows an additional 90 days for completion of testing only. All requests for reactivations must be signed by the unit commander, include a brief history of the trainee's progress, describe circumstances that led to disenrollment, state measures implemented to prevent future disenrollments, and if an exam is required, include a statement that the student is ready to test Unit commanders should approve reactivations only if requested within 90 days after the course conclude date. After approval by the unit commander, AFIADL will open the enrollment for 90 days. New Course 12 material will not be forwarded when an enrollment is reactivated. Any requests for reactivation received at AFIADL that have not been signed by the unit commander will be returned for unit commander approval. Reactivaions requested beyond 90-days of the course conclude date will not be approved. *Reactivation requests must be submitted on AFIADL Form 17*, with support documentation, to AFIADL/ACSA2, 50 South Turner Blvd, Maxwell AFB-Gunter Annex, AL 36118-5643. AFIADL Form 17 is available at http://www.maxwell.af.mil/au/afiadl/registrar/download_fr.htm **NOTE:** To allow sufficient time for processing, reactivation requests must reach AFIADL well in advance of the 90-day expired limit. Enrollments that have previously been reactivated for a 90-day period will not be reactivated again.

**Disenrollments and Restrictions:** Any non-completion of an enrollment is classified as a disenrollment. All disenrollment actions result in an imposed restriction period. Students are eligible to re-enroll in Course 12 after the restriction period ends.

- **Voluntary Disenrollment:** Students may voluntarily disenroll at any time during their enrollment if personal or professional obligations preclude course completion. This request must be submitted on an AFIADL Form 17 and mailed to AFIADL/ACSA2, 50 South Turner Blvd, Maxwell AFB-Gunter Annex AL 36118-5643.
  - Student Request (SR): Code SR is a voluntary disenrollment at student request and incurs a mandatory 6-month restrictions period.
- **Involuntary Disenrollment:** There are two categories of involuntary disenrollments:
  - Course Failure (CF): Code CF applies when students do not meet the academic requirements of the course. CF status results from failing the initial test and retest on any one subcourse. Students disenrolled for course failure incur a mandatory 6-month remediation period.
  - Non-participation (NP): Code NP applies when students neither complete nor academically fail the course, but allows the enrollment to expire without requesting an extension prior to course completion. Students disenrolled for NP incur a mandatory 1-year restriction.

**Records Update:** Course completion will be posted to personnel records by AFIADL through a direct computer data link to the Air Force Personnel Center (AFPC). AFPC will in turn, update local MPF computers for active duty personnel. HQ Air Reserve Personnel Center (ARPC) will update files for Reserve and Guard personnel. AFPC automatically updates the CCAF record. This process may take up to 4 weeks. If stationed overseas, this period could be longer. For record certification, students should not contact AFIADL. All inquiries concerning records updating must be routed through the local Military Personnel Flight (MPF), Formal Training Section.

**Diplomas/Transcripts:** Course diplomas and transcripts are handled by AU Registrar at HQ AU/CFRR, 60 Shumacher Avenue, Maxwell AFB, AL 36112-6337, DSN 493-8128 or commercial (334) 953-8128. Transcripts must be requested in writing and must contain students' signature. Requests may be faxed to DSN 493-8127 or commercial (334) 953-8127. All students will receive a diploma following course completion. Students promoted while enrolled in Course 12 **MUST** update their student records by submitting an AFIADL Form 17 to AFIADL/ACSA2, 50 South Turner Blvd, Maxwell AFB-Gunter Annex, AL 36118-5643. To receive college credit for this course, students should request a transcript be sent to their educational institution. Course 12 is eligible for Community College of the Air Force (CCAF) credit. Refer to the CCAF catalog for the number of credit hours awarded.

## Squadron Officer College Nonresident Program

### General

Program 26 (Paper Based) and Program 27 (interactive CD-ROM plus 895 pages of paper) do not parallel the resident course. The primary reason is the target audience for the distributive learning course has changed. Our customer base is more than 70% Guard and Reserve who are at the 4-11 year point. They will not have participated in the new Air and space Basic Course. The new SOS course is a bridging course for these individuals. Program 26 and 27 are comprised of 5 Courses or Core areas that are evaluated by 4 tests.

### Shipment of Materials

The Air Force Institute for Advanced Distributed Learning (AFIADL) mails the entire correspondence program and any subsequent administrative information directly to the student at their home address. Be sure AFIADL always has your current address. Student materials are shipped via fourth class mail and can take 2-4 weeks and, on occasion, up to 6 weeks for CONUS delivery and 4-8 weeks for overseas delivery. When your materials arrive, open them and immediately check them against the materials list. Mail time is part of your allotted program time, so plan for it.

### Retirement Point Credit

The Air Reserve Personnel Center (ARPC) determines and records Air Force Reserve Command (AFRC) and Air National Guard (ANG) retirement points. Don't contact SOC concerning retirement points. HQ ARPC/DDPPKB is the sole authority for awarding these points (DSN 926-6012 or toll free 1-800-525-0102 ext. x71285).

### SOC Program

**Squadron Officer College's Program 25, CD-ROM only, was activated on 13 Jan 97 and is now closed to further enrollments. Those already enrolled must continue in Program 25 and may not transfer to the new course.**

### 00026A/00027A-Profession of Arms

1 Volume Activated: Feb 01; Revised September 2002

Hours: Volumes – 6 CE – 6
Points: Volumes – 2 CE - 2

**Content:** Profession of Arms focuses on an officer's roles and responsibilities as a commissioned officer.

### 00026B/00027B-Military Studies

1 Volume Activated: Feb 01; Revised September 2002

Hours: Volumes – 15 CE – 6
Points: Volumes – 5 CE - 2

**Content:** Military Studies examines the make-up of the military and how we function. The student learns about all the services and the concept and history of the Total Force.

### 00026C/00027C-International Studies

1 Volume Activated: Feb 01; Revised September 2002

Hours: Volumes – 12 CE – 6
Points: Volumes – 4 CE - 2

**Content:** International Studies reviews the concepts of international organizations and Joint Operations. This course examines Joint Vision 2010 and concludes with a detailed Geo-Political review of the most active hot spots around the world.

### 00026D/00027D-Communication Studies

1 Volume Activated: Feb 01; Revised September 2002

Hours: Volumes – 12 CE – 6
Points: Volumes – 4 CE - 2

**Content:** Communication Studies teaches the concept of good writing and briefing in a well-organized, well-supported and concise manner.

### 00026E/00027E- Leadership and Management Studies

1 Volume Activated: Feb 01; Revised September 2002

Hours: Volumes – 21 CE – 6
Points: Volumes – 7 CE - 2

**Content:** Leadership & Management Studies explores the complete range of leadership from what it is, how to lead with historical examples of leadership and how to be a good follower. The student also learns other areas of leadership such as Problem Solving. Additional material in this area covers risk management, mentoring and the personnel system.

**Minimum:**

- Pentium 100 MHZ CPU and 32Mb RAM
- 8X CD-ROM
- 30Mb available hard drive space
- 100% Sound Blaster compatible sound card
- 16 bit color video adapter
- Speaker or headset
- Windows 95, 98 or NT 4.0 **

****NOTE: With NT, you will require a Win 95/98 machine to complete the simulation at the end of the course.**

**Recommended System Requirements:**

Same as minimum system with the addition of

- Pentium 233 or faster CPU
- 16X CD-ROM

**Record Update**

The only agency authorized to update your records is the Officer PME Branch (AU/CFRO). Phone numbers are DSN 493-4814/4776 or Commercial 334-953-4814/4776. The new fax number is DSN 493-8127 or Commercial 334-953-8127, and the new address is 60 Shumacher Ave, Maxwell AFB AL, 36112-6337. The Officer PME Branch has a direct computer link to the Air Force Personnel Center (AFPC) to input data. AFPC updates local Military Personnel Flight (MPF) computers and HQ ARPC (for AFRC and ANG) files. Your master record will be updated in 3-4 days. This information then passes to your local MPF. This process may take up to 4-6 weeks. Don't contact AFIADL or SOC concerning your record update unless you are meeting a board in less than a week. Check with your MPF Classification and Training unit.

**NOTE: No record of test scores, test failures, or disenrollment is kept in your records. Program completion is the only event recorded in your official personnel record.**

**Course Completion**

A course is not considered officially complete until AFIADL receives your test answer sheet, grades it, and posts a passing score to your record. You must take each course in sequence. The average mail-and-processing-time is 7 days from CONUS and 14 days from overseas. AFIADL will notify you by postcard of your test score and course completion (provided they have your current mailing address). Remember: Program 26/27 consists of five courses. All courses must be completed successfully to complete the program. After all program requirements are complete, AU Registrar will send the student a diploma. Be patient.

**Transcripts**

All transcripts must be requested by the student in writing from the Services/Records Branch of AU/Registrar, Maxwell AFB, Bldg 803. Letters may be mailed to Air University Registrar (AU/CFRR), 60 Shumacher Ave, Maxwell AFB, AL 36112-6337. All requests must include the student's name, any previous names used, social security number, dates of attendance, school or course completed, complete address where the transcript is to be mailed, the student's signature, current address, and phone number. The above information may also be faxed to (334) 953-8127. Call DSN 493-8128/1240 or Commercial 334-953-8128/1240 for additional information. There is no fee.

**Time Limits**

The SOC distributive learning Program is an 18-month program. The academic time schedule is 12 months with an additional 6 months given to complete the course due to current operation tempos, possible TDYs or PCS, mail time, administrative processing, and posting of scores. The student must successfully complete all the courses within 18 months from the original program enrollment date. There is no requirement to complete a certain test within a specified time frame as long as all four tests are successfully completed within the 18-month time limit. History shows procrastination is the biggest culprit in noncompletion. Students are responsible for tracking their own time limits. It is not the responsibility of the Education Office or Test Control Office (TCO) to track the student time limits.

**Extensions are granted only under mitigating circumstances!**

**Enrollment Reminder**

Program 26 is the paper version, Program 27 is the multimedia (CD-ROM and paper) version. Specify Program 27 when enrolling at the base education office to receive the multimedia version. You may not change once your course is shipped. We highly encourage students to enroll in Program 27 (the CD-ROM version) since it is a more effective learning tool.

**Disenrollment**

To request disenrollment, complete an AFIADL Form 17 through your education office or electronically via the AFIADL web site and forward it to AFIADL. Be sure to fill out the top portion completely, mark the appropriate block on the form, and sign it (student signature). If the student does not complete the program within the 18-month time limit, fails a retest, or requests disenrollment via an AFIADL Form 17, they will be disenrolled. When this happens, they enter a restriction period of 6 months, during which the student is unable to enroll in any PME course. Additionally, when the student is eligible to re-enter the program, they do so from the beginning. No credit will be given for prior work accomplished. For example, if the student fails the last test (Course E, Leadership and Management Studies of Program 26 / 27) and subsequently fails the retest, they are not able to re-enroll for 6 months; when they re-enroll, they must start in the first course (Course A, Profession of Arms).

**Eligibility**

Any US armed forces officer (active duty, Reserve, or National Guard) in the grade of captain (0-3) or above is eligible (selects are not eligible at this time). Additionally, officers of the Civil Air Patrol in the grade of captain or above and federal civilian employees in the grades of GS-9, WG-10, WL-9, and WS-8 and above are eligible.

**NOTE:** The resident program 7-year TAFCS restriction (ETCA 36-2223, formerly AFCAT) for active duty officers doesn't apply to the nonresident program.

**Testing**

Programs 26 and 27 have five courses but only 4 tests. Course B and C are tested together. The minimum passing score is 65 percent. When AFIADL mails the program material, they automatically forward the first test, Officership, to the TCO. Tests are sent first-class mail and average 7 days for stateside delivery and 14 days for overseas delivery. You should contact the TCO and let them know you have enrolled. Be sure to work with them to schedule a time to take the test; first ensure they have actually received your test materials before scheduling a testing time. When the student completes the test, the TCO mails the answer sheet to AFIADL for scoring. Do not FAX the answer sheet to AFIADL. AFIADL will also forward subsequent tests automatically after the prior test has been scored. Tests for multiple courses will not be sent in advance. Students who fail a test are permitted one retake, provided the retake is successfully completed within the 18-month time limit. No extension is permitted simply because a student needs time to retest. The test may be at the TCO, but if it is not completed and mailed by the TCO within the 18-month limit, no credit will be given (see disenrollment).

**NOTE:** The student should receive a card to inform them which areas showed difficulty on the test. The numbers used indicate the objective area(s) missed not the test question itself. Therefore, you may see the same number more than once. This would indicate the student missed more than one question from that objective area. The number relates directly to the objective number in the text materials. Test mailing, scoring, and posting are part of the 18- month time limit.

**Academics**

The student alone is responsible and accountable for understanding and meeting the overall program and individual course requirements within the time constraints.

## Intermediate Officer PME (ACSC)

### General

The ACSC Distance Learning (DL) Program was established in 1948 to provide intermediate-level PME via correspondence to officers unable to attend ACSC in-residence. In 1969, ACSC expanded the scope of the DL program by implementing a seminar program to provide for the sharing of opinions, expertise, and experiences among the seminar members. Both the seminar and correspondence programs achieved reaccreditation for JPME Phase I credit in 1997.

Today, technology offers opportunities to improve upon the traditional seminar and correspondence programs. The ACSC distance learning staff is continually exploring new and better ways to meet the demand for professional military education of midcareer officers stationed throughout the world. All of these efforts are designed to narrow the gap between resident and nonresident students. CD-ROM, internet, and satellite technologies have tremendous promise for delivering a quality educational experience and clearly identifies ACSC as a pacesetter not only within Air University but within the educational community.

### Eligibility

ACSC nonresident programs are offered to US active duty, Reserve, and National Guard major selectees and above from all services. DOD civilian employees in or above the grade of GS-11 (or equivalent) may also enroll. International applicants for nonresident ACSC must be a major selectee or higher or equivalent grade civilian employee of the military department of a country or international organization assigned to a DOD billet. International officers may also enroll through the Foreign Military Sales (FMS) training sponsorship program. Specific instructions are listed in AFI 36-2301 and at the ACSC public web site: **http://wwwacsc.maxwell.af.mil.**

### Program Description

The Air Command and Staff College nonresident curriculum is designed to support the three components of ACSC's mission statement: first, to prepare leaders for higher level command and staff responsibilities; second, to prepare leaders to understand, plan, and execute components of an air campaign and the joint campaign planning process; and third, to prepare leaders to think logically and critically at the operational level in order to expand and advance the body of air and space knowledge.

The course of study is an integrated process. It begins with studies designed to enhance the students' leadership and command skills and it ends with lessons in which students will learn about possible future force structures needed to meet an undefined and technologically accelerating future.

The ACSC distance learning curriculum is delivered via printed books, CD-ROM, and the Internet. Students receive an integrated multimedia curriculum that includes textbook readings, video, and interactive applications. Students may choose one of three methods to complete the program. Students have 18-months to complete this program and must achieve a minimum score of 70% on each of 6 examinations and complete 4 online exercises.

1. **Correspondence (self-study):** This method affords students the opportunity to choose the time and place of study. ACSC provides the framework for completing this program by providing a recommended schedule for students to follow. Students may enroll at any time throughout the year.

2. **Seminar:** In this 11-month program students meet weekly (on-base) in a forum designed for the free exchange of ideas and opinions on vital issues facing the USAF, DOD and the nation. Seminar participants share unique background experiences and technical expertise. ACSC provides the framework for conducting the seminar program by providing a schedule for the seminars to follow. This seminar is composed of 8-18 members and begins in August of each year.

3. **Cyber-Seminars:** In this 11-month program students meet weekly in a "cyberspace" forum designed for the free exchange of ideas and opinions on vital issues facing the USAF, DOD and the nation. Seminar participants share unique background experiences and technical expertise. Beginning in August of each year, students conduct weekly meetings in the ACSC Electronic Classrooms. ACSC provides the framework for conducting this seminar by providing a schedule for the seminars to follow. The seminar is composed of 8-15 members. (NOTE: Each student must subscribe to an on-line service providing Internet access and are financially responsible for all costs associated with their on-line services. Students choosing this method of study must contact the ACSC Distance Learning Department upon enrollment.)

**NOTE:** All three forms of enrollment correspond to the same personnel record entry upon successful course completion, namely "Nonresident."

Students selecting the seminar and cyber-seminar methods must accomplish the following within 18 months to graduate; achieve a minimum score of 70% on each of six examinations, complete 4 online exercises, and serve as a seminar leader for a variety of lessons.

ACSC has a Distance Learning Electronic Campus on the Internet. Any student enrolled in the ACSC program may have access to the campus. The campus contains a library with lesson plans, audio/video files, readings and interactive computer simulations. Additionally, students can post messages on the bulletin boards and join on-going discussions in the chat areas. For additional information or to obtain access to the campus contact ACSC Distance Learning Department at DSN 493-7901 or (334) 953-7901, 1-800-316-7042 or e-mail: **acscdl@maxwell.af.mil.**

**NOTE:** Students are financially responsible for all costs associated with their on-line services.

### Joint PME/Intermediate Service School (ISS) Credit

ACSC distance learning programs (AY91 and later) grant two types of PME credit: Joint PME credit, approved by the Chairman of the Joint Chiefs of Staff, and ISS credit, approved by each service. Joint PME Phase I credit is awarded to members of all services. ISS credit is determined separately by each service for each PME school. In May 1997, ACSC received a five-year reaccreditation for its nonresident PME programs.

### 00030A-Air Command and Staff College (ACSC) Distance Learning (Multimedia Correspondence Course - Version 3.1)

2 CDs and 4 printed Coursebooks: Activated Jul 2000 Revised Jul 2001

Hours: 57
Points: 19

**Content:** Lessons include: Leadership and Command: Military Leadership In The New Millennium, The Role Of A Leader In The Development And Maintenance Of Organizational Culture; National And International Security Studies: Perspectives On The International System, Tools For International Strategy And Policy, National And International Security Issues, Part 1 and 2.

### 00030B-Air Command and Staff College (ACSC) Distance Learning (Multimedia Correspondence Course - Version 3.1)

4 printed Coursebooks: Activated Jul 2000; Revised Jul 2001

Hours: 48
Points: 16

**Content:** Lessons include: Nature Of War: Foundational Perspectives On The Nature Of War: The Western Perspective, Foundational Perspectives On The Nature Of War: The Non-Western Perspective, An Analytic Framework For The Study Of The Nature Of War, Part 1 and 2, War Termination And Conflict Resolution.

**00030C-Air Command and Staff College (ACSC) Distance Learning (Multimedia Correspondence Course - Version 3.1)**

4 printed Coursebooks: Activated Jul 2000; Revised Jul 2001

Hours: 60
Points: 20

**Content:** Lessons include: Military Studies: The Age Of Total War, Evolution In The Interwar Years, Air Power And The Operational Level Of War, Part 1 and 2, Modern Theories Of Air and space Power; Leadership And Command, Phase II: Developing A Personal Leadership Philosophy By Knowing Yourself , The Role Of A Leader In The Development And Maintenance Of An Effective Air Force Team.

**00030D-Air Command and Staff College (ACSC) Distance Learning (Multimedia CD-ROM Nonresident Program)**

2 CDs and 5 printed Coursebooks: Activated Jul 2000

Hours: 63
Points: 21

**Content:** Lessons include: Operational Forces: Roles And Functions Of The US Armed Forces and US Air Force Operations, US Maritime Forces: The Navy, Marines, And Coast Guard, United States Army Operations And Special Operations Forces, Operational Force Enablers (Part I): Command And Control For Joint Air Operations, And Intelligence Support To Operations, Operational Force Enablers (Part Ii): Force Protection, Reserve Component, Agile Combat Support, Defense Transportation System, And A Logistics Overview.

**00030E-Air Command and Staff College (ACSC) Distance Learning (Multimedia CD-ROM Nonresident Program)**

2 CDs and 5 printed Coursebooks: Activated Jul 2000

Hours: 51
Points: 17

**Content:** Lessons include: Air and space Operations: Air and space Doctrine And Strategy, Command And Control (C2) For Air and space Operations, Air and space Power Employment, Air and space Operations Planning Tools For The JAOP Through The ATO, The Joint Air Operations Plan (JAOP) (Stages I-V).

**00030F-Air Command and Staff College (ACSC) Distance Learning (Multimedia CD-ROM Nonresident Program)**

2 CDs and 5 printed Coursebooks: Activated Jul 2000

Hours: 132
Points: 44

**Content:** Lessons include: Joint Operations And Campaign Planning: Joint Doctrine And Organization, Defense Planning Systems, Joint Campaign Planning: Deliberate Planning, Joint Campaign Planning: Crisis Action Planning, Advanced Planning Considerations And Case Studies; Leadership And Command, Phase III: Challenges To Leadership And Resources Available To The Leader, Preparing For Tomorrow While Leading In Today's Air Force. Air Force Exercise: Strategy; Future Capabilities And Concepts: How To Study The Future, Scanning The Horizon For Change, Wildcards, AF Application Of Future Concepts.

**Required Equipment:** To use the CD-ROM and participate in this program you must, as a minimum, own or have access to:

- IBM compatible computer.
- 486/100 MHz, Windows 95, 98, or NT operating systems.
- Browser software (Internet Explorer or Netscape versions 3.02 or greater).
- Real Player (Version 7 or greater).
- 16 Mb of RAM.
- VGA monitor and video card capable of displaying 64K colors.
- Quadspeed (4X) CD-ROM drive.
- 16-bit sound card.
- Speakers or headphones.
- Access to the Internet.

**Recommended Equipment:**

- IBM compatible computer with a Pentium or equivalent CPU.
- 333 MHz or faster.
- Windows 95, 98, or NT operating systems.
- Browser software (Internet Explorer or Netscape versions 5 or greater).
- Real Player (Version 7 or greater).
- 64 Mb of RAM.
- 17 inch SVGA monitor with 8 MB video card.
- 32-speed (32X) CD-ROM drive.
- 32-bit sound card, speakers, or headphones.
- Access to the Internet / 56K modem.

**NOTE:** Internet Explorer, Netscape, and Real Player can be downloaded free. See section on "CD installation requirements" for website addresses.

## Air War College Non-Resident Program

**General**

The AWC Nonresident Studies Program provides a seminar or correspondence option for program completion, both of which parallel, as closely as practical, the resident school curriculum. These self-study programs are designed for eligible senior level personnel who are unable to attend AWC in residence.

1. The Seminar Program provides the advantage of group interaction and exploits the advantages of individual learning with group discussion and informal exchanges of views. Small group seminars of 8 to 20 students meet regularly for 40 lessons as specified in the Student Guide and Seminar Handbook.

2. The Correspondence Program is specifically designed to meet the needs of those who do not have a seminar available or cannot meet seminar attendance requirements.

Eligible applicants may enroll in the AWC seminar program between March and July and may enroll in the correspondence program at any time. Applicants must complete **Maxwell AFB Form 53** and obtain servicing ESO signature as well as the appropriate test control facility number (available from the ESO) to enroll in either program. *AFIADL Form 23, APDSII, or previous versions of Maxwell Form 53 will not be used for enrollment.* Completed Maxwell Forms 53 may be submitted via mail to AWC/NSE, 325 Chennault Circle, Maxwell AFB, AL 36112-6427 or, fax the enrollment form to DSN 493-7225, commercial (334) 953-7225.

**Time Lines**

The Air War College, nonresident studies course correspondence program consists of 3 terms in which allows a maximum of six months to complete each term. The Seminar Program academic year starts in early August and continues until mid June. Requests for an extension of any suspense date must be in writing, endorsed by your wing/group (0-6) commander or equivalent, and received at least two weeks prior to the due date.

**Content**

Course content for both the correspondence and seminar programs contain the same reading selections for five courses that are delivered in three terms and an elective. The nonresident curriculum for both the correspondence and seminar programs are designed to prepare students to function more effectively in an increasingly complex and rapidly changing world environment. The core curriculum focuses on: Future Conflict Studies; Military Strategy, Doctrine and Airpower; Leadership and Ethics; National Security Decision Making; Regional Studies, and CHEX (Crisis Handling Exercise); and Joint Force Employment and CAMPEX (Campaign Planning Exercise). The elective is designed for students to broaden their studies in one of the core curriculum areas.

## Units of Study for the Air War College Seminar Program

Students in this program will register for the following three units of study which are revised yearly. Additionally, for both the seminar and correspondence programs, the writing assignment earns 40 additional hours and the elective 30 additional hours. **NOTE:** The elective was referred to as Volume IV in the 7th and 8th Editions.

- **00043A-Air War College Seminar Program, Term I**
  Study Hours: 180 - Points: 60

- **00043B-Air War College Seminar Program, Term II**
  Study Hours: 156 - Points: 52

- **00043C-Air War College Seminar Program, Term III**
  Study Hours: 144 Points: 48

- **00043D-Air War College Seminar Program, Elective Course**
  Study Hours: 30 Points: 10

## Units of Study for the Air War College Correspondence Program

**Students in this program will register for the following terms yearly:**

- **00042A-Air War College Correspondence Program, Term I**
  Study Hours: 150 - Points: 50

- **00042B-Air War College Correspondence Program, Term II**
  Study Hours: 130 - Points: 43

- **00042C-Air War College Correspondence Program, Term III**

Study Hours: 120 - Points: 40

**●00042D-Air War College Correspondence Program, Elective Course**
Study Hours: 30 - Points: 10

**Eligibility**

The Nonresident Studies are available to:

1. Active and nonextended active duty Air Force (active, ANG, USAFR) lieutenant colonel selectees and above.
2. Active and nonextended active duty lieutenant colonel (or equivalent) selectees and above of the other components of the US Armed Forces.
3. US federal civilian employees, GS or GM-13 and above.
4. Civil Air Patrol officers in the grades of lieutenant colonel selectee and above are eligible for enrollment in the Correspondence Program only.
5. Eligibility criteria and procedures for international officers and civilian enrollment in AWC Nonresident programs are in AFI 36-2301.

# Career Development Courses (CDCs)

## (1A) Aircrew Operations

### 1A051-In-Flight Refueling Operator Journeyman

2 Volumes: Activated Mar 97

Hours: Volumes - 48 CE - 12
Points: Volumes - 16 CE - 4

**Content:** Volume 1 covers general areas of the job responsibility by giving important facts related to this career field ladder, history, safety, and publications. It also covers passenger handling, fleet service, border clearance, basic aerodynamics, and weight and balance. Volume 2 covers aircraft systems, cargo, and navigation.

### 1A151B-Helicopter Flight Engineer Journeyman

4 Volumes: Activated May 97; Revised Feb 00

Hours: Volumes - 72 CE - 18
Points: Volumes - 24 CE - 6

**Content:** Volume 1 contains information about career progression, the duties of a helicopter flight engineer, inspections, safety, flight management, Air Force publications, aircraft equipment records, and aircraft inspection. Volume 2 covers helicopter construction features, landing gear systems, auxiliary systems, and flight control systems (primary and automatic). Volume 3 discusses the power plants and related systems. Volume 4 gives an overview of several of the helicopter systems.

### 1A151C-Flight Engineer Journeyman (Fixed Wing, Performance Qualified)

5 Volumes: Activated Aug 94; Revised Aug 99

Hours: Volumes - 87 CE - 21
Points: Volumes - 29 CE - 7

**Content:** Volume 1 contains information about responsibilities and duties as a flight engineer specialist. It also covers security, safety, publications, training, flight management, aircraft records, and air and space ground equipment. Volume 2 discusses weight and balance and aircraft performance during all phases of flight. Volume 3 discusses aircraft inspections and emergency procedures, general aircraft system knowledge on ground handling, refueling, hydraulics, flight controls, landing gear, brake systems, and cargo doors/visor systems. Volume 4 covers the power plant systems (jet and propeller), bleed air, air-conditioning systems, and pressurization systems. Volume 5 covers aircraft systems and subsystems.

### 1A251-Aircraft Loadmaster Journeyman

2 Volumes: Activated Dec 95; Revised Feb 00

Hours: Volumes - 42 CE - 12
Points: Volumes - 14 CE - 4

**Content:** Volume 1 covers general areas with important facts related to career field ladder, publications, and documenting aircraft discrepancies; also, it covers more information on passenger/troop handling, fleet service, anti-hijacking, border clearance, and the Tanker Airlift Control Element. Volume 2 covers aircraft weight and balance, loading and unloading aircraft, air transportation of hazardous materials, and airdrop.

### 1A351A-Airborne Communications and Electronics Specialty Journeyman

3 Volumes: Activated Jul 97; Revised May 01

Hours: Volumes - 33 CE - 9
Points: Volumes - 11 CE - 3

**SALE RESTRICTED (For Official Use Only) Limited to Department of Defense Personnel**

**Content:** Volume 1 covers information used by all aircrew members ranging from security to airborne platforms. Volume 2 covers publications and general aircraft-related information. Volume 3 addresses voice and data operations.

### 1A351B-Airborne Communications and Electronics Specialty Journeyman

4 Volumes: Activated Oct 97; Revised May 01

Hours: Volumes - 63 CE - 15
Points: Volumes - 21 CE - 5

**Content:** Volume 1 covers basic electronic principles. Volume 2 covers communication principles along with test equipment and wiring diagrams. Volume 3 discusses specific communication and navigation utilized on the aircraft you fly. Volume 4 covers computers and electronic warfare principles and equipment.

### 1A451-Airborne Warning Command and Control Systems Journeyman

2 Volumes: Revised May 97; Revised Jun 01

Hours: Volumes - 45 CE - 12
Points: Volumes - 15 CE - 4

**SALE RESTRICTED (For Official Use Only) Limited to Department of Defense Personnel**

**Content:** Volume 1 covers general information, air and space sensors, weather, operational procedures, electronic warfare, and safety. Volume 2 covers various communications systems, as well as command and control systems.

**1A551-Airborne Mission Systems Journeyman**

6 Volumes: Activated Aug 00

Hours: Volumes - 132 CE - 33
Points: Volumes - 44 CE - 11

**SALE RESTRICTED (Copyright) Limited to Department of Defense Personnel**

**Content:** Volume 1 contains information about the history, functions and capabilities of the Airborne Warning and Control System (AWACS) and Joint Surveillance Target Attack Radar System (JSTARS). It also covers information on the 1A5X1 career field, publications and forms, operations/flight management, aircrew member responsibilities, and safety. Volumes 2 looks at the fundamental concepts of computers, radar/IFF and networks. Volume 3 discusses the E-3, AWACS, computer and display systems. Volumes 4 and 5 discuss the E-3's vast radar and IFF systems . Volume 6 covers the computer network and radar system of the E-8, JSTARS aircraft.

**1A751-Aerial Gunner Journeyman**

4 Volumes: Activated Jan 2003

Hours: Volumes – 75 CE – 18
Points: Volumes – 25 CE – 6

**Contents:** Volume 1 covers career progression with the career field, safety, pyrotechnic devices, and night vision goggles. Also, publications, technical orders, aircraft AFTO forms, and flight management, aerodynamics, map interpretation, basic electronics and explosive safety and types of ammunition. Volume 2 discusses the AC-130 aircraft. Volume 3 discusses the H-60 helicopter. Volume 4 discusses the H-53 helicopter.

## (1C) Command Control Systems Operations

**1C051-Airfield Management Journeyman**

4 Volumes: Activated Jan 95; Revised Jan 01

Hours: Volumes - 69 CE -18
Points: Volumes - 23 CE - 6

**SALE RESTRICTED (For Official Use Only and Copyright Material) Limited to Department of Defense Personnel**

**Content:** Volume 1 covers the management of office publications, communications security (COMSEC) material, and flight information publications (FLIP). Volume 2 pertains to airfield design and management. Volume 3 pertains to flight planning displays, publications, and emergency actions. Volume 4 pertains to flight plans, NOTAMs, passenger processing, and flightline driving program.

**1C052-Aviation Resource Management Journeyman**

5 Volumes: Revised Jan 98; Revised Aug 03

Hours: Volumes - 60 CE - 15
Points: Volumes - 20 CE - 5

**Content:** Volume 1 covers career progression, system management, and managing the Aviation Resource Management System (ARMS) database. Volume 2 covers the areas of aviation service and resource management. Volume 3 discusses aerospace medicine, managing the aircrew training program, and training documentation. Volume 4 covers aircrew scheduling, squadron functions, and

*BY ORDER OF THESECRETARY*
*OF THE AIR FORCE*

*AIR FORCE INSTRUCTION 36-2201,*
*VOLUME 3*

*4 FEBRUARY 2005*

*Personnel*

# *AIR FORCE TRAINING PROGRAM ON THE JOB TRAINING ADMINISTRATION*

**COMPLIANCE WITH THIS PUBLICATION IS MANDATORY**

---

**NOTICE:** This publication is available digitally on the AFDPO WWW site at: **http://www.e-publishing.af.mil.**

---

OPR: HQ USAF/DPLTT
(CMSgt Janet Groberski)
Supersedes AFI 36-2201, Vol 3, 15 January 2004

Certified by: HQ USAF/DPLT
(Col James Hollingsworth)
Pages: 83
Distribution: F

---

This instruction implements DODD 1322.18, *Military Training*, September 3, 2004; DODI 1322.20, *Development and Management of Interactive Courseware (ICW) for Military Training*, 14 March 1991, and AFPD 36-22, *Military Training*, for developing, managing, and conducting Air Force technical, ancillary, and recruit training. Maintain and dispose of records created as a result of prescribed processes in accordance with AFI 33-322, Records Management Program and AF RDS located on-line at **https://webrims.amc.af.mil**. This instruction requires collecting and maintaining information protected by the Privacy Act of 1974 authorized by 10 USC 8013. Privacy Act system notice number F036 AFPC C, Military Personnel Records System, applies. This Air Force Instruction applies to all Air Force, Air Force Reserve (AFR) and Air National Guard (ANG) units. Ensure all records created as a result of processes prescribed in this publication are maintained in accordance with AFMAN 37-123, Management of Records Disposition Schedule (RDS) located at **https://webrims.amc.af.mil**.

*SUMMARY OF REVISIONS*

This document is substantially revised and must be completely reviewed.


**Chapter 1— STRUCTURE OF THE AIR FORCE ON-THE-JOB TRAINING PROGRAM** **5**

1.1. Overview. .................... 5
1.2. Strategy. .................... 5
1.3. Training and Mission Accomplishment. .................... 5
1.4. Training and Airman Career Program. .................... 5
1.5. Training Components. .................... 5
1.6. Total Force Training. .................... 5

# Chapter 4

## COMMANDER RESPONSIBILITIES

**4.1. General Scope.** Commanders are responsible for ensuring effective training programs are established and executed. Commanders who are actively involved in training program management take an important step toward making sure personnel are qualified in their assigned jobs and capable of meeting mission requirements. Training is an investment yielding rich rewards in increased mission capability and job satisfaction.

**4.2. Training Program Requirements.** Commanders at all levels are responsible for ensuring aggressive, mission–oriented training programs are established. Self-inspection programs and unit SAVs, conducted IAW **Attachment 3**, Staff Assistance Visit Checklist, must be in-depth enough to identify outstanding work center training programs as well as any training shortfalls, to include in-garrison and expeditionary requirements.

4.2.1. Commanders direct the UTM to provide a monthly Status of Training (SOT) briefing to include, as a minimum:

4.2.1.1. Number of personnel in UGT, by skill level.

4.2.1.2. CDC Pass Rates (including one-/two-time failures).

4.2.1.3. CDC reactivations and re-enrollments.

4.2.1.4. 7-Level School cancellations, reschedules and no-shows.

4.2.1.5. Personnel withdrawn from training (Training Status Code (TSC) P and T).

4.2.1.6. Training Progress Review results (conducted within 24 months of training start date results).

4.2.1.7. Trainees in excessive training beyond 24 months (36 months for ARC).

4.2.1.8. Informal work center visit results.

4.2.1.9. Survey return rates.

**4.3. Unit Training Program Responsibilities.**

4.3.1. For units without a 3S2X1 assigned, appoint an additional duty UTM. Forward a copy of the appointment letter to the Base Training Office.

4.3.2. If the unit training manager is a 3S2, ensure additional duties do not detract from primary duties.

4.3.3. Ensure training is planned and scheduled according to operational/deployment requirements, personnel assigned, and equipment availability.

4.3.4. Ensure the UTM identifies and schedules formal training requirements in support of mission accomplishment.

4.3.5. Budget and allocate resources to support training requirements, to include training and development of the UTM.

| | A | B |
|---|---|---|
| LINE | **Processing Stage** | **Action(s)** |
| 11 | Second Unsatisfactory Course Exam Results are Received | The Base Training Manager:<br>-- Enters score in the control log for mandatory CDC exams.<br>-- Sends scorecard to the unit for inclusion in the training record.<br>-- Destroys the exam.<br>The unit commander:<br>-- With assistance from the UTM or Base Training Manager, interviews the supervisor and trainee to determine the reason for the failure within 30 days from initial notification (90 days for ARC and IMAs).<br>-- After reviewing the facts, decides on one of these options:<br>1) Evaluate for possible CDC waiver (do not place the trainee into TSC T).<br>2) Withdraw the airman for failing to progress, place into TSC T and pursue separation.<br>3) Withdraw the airman for failing to progress, place into TSC T, request AFSC withdrawal and recommend retraining or return to previously awarded AFSC.<br>4) Withdraw the airman for failing to progress, place into TSC T, re-evaluate at 90 days and pursue either option 1, 2, or 3 as appropriate.<br>-- Informs the trainee and supervisor of the option to be taken and initiates the appropriate actions (see Notes 1, and 2, at the end of this attachment). **See Attachment 4** for instructions on placing trainee in TSC T. |
| 12 | Reactivation Procedures for Expired Enrollments | Squadron commanders or equivalent may approve reactivations if the period of disenrollment is 90 days or less. Reactivations beyond 90 days must be processed for group commander approval (approval authority for ANG is ANG/DPD). There can only be one reactivation granted. Courses deactivated by the AFCFM are not included. Trainee must complete the new course. If no course is available, follow waiver instructions. (See Note 4). If reactivation is approved, Base Training will forward package to HQ AU/CFRR. |

*BY ORDER OF THE*
*SECRETARY OF THE AIR FORCE*

*AIR FORCE INSTRUCTION 36-2201,*
*VOLUME 4*

*23 OCTOBER 2002*

***Personnel***

# *AIR FORCE TRAINING PROGRAM*

# *MANAGING ADVANCED DISTRIBUTED LEARNING (ADL)*

**COMPLIANCE WITH THIS PUBLICATION IS MANDATORY**

---

**NOTICE:** This publication is available digitally on the AFDPO WWW site at: **http://www.e-publishing.af.mil.**

---

OPR: HQ USAF/DPLTT (CMSgt Akeel Omari)

Certified by: HQ USAF/DPLT (Col Nancy Weaver)

Supersedes AFI 36-2201, 1 October 2002

Pages: 18
Distribution: F

---

This instruction implements DODD 1322.18, *Military Training*, 9 January 1987, with change 1, DODI 1322.20, *Development and Management of Interactive Courseware (ICW) for Military Training*, 14 March 1991, with change 1, and AFPD 36-22, *Military Training* for developing, managing, and conducting Air Force technical, ancillary, and recruit training. Maintain and dispose of records created as a result of prescribed processes in accordance with AFMAN 37-139, *Records Disposition Schedule* (will become AFMAN 33-322, Volume 4). This Air Force Instruction applies to Air Force Reserve Command (AFRC) and Air National Guard units.

## *SUMMARY OF REVISIONS*

**This document is substantially revised and must be completely reviewed.**

Due to administrative error, additional paragraphs were added and functional responsiblities were clarified to reflect current Air Force policy.

1.3.5. Provides oversight for ADL to increase readiness, reduce costs and increase flexibility and application, when possible.

1.3.6. Ensures the identification of ADL course conversion candidates and assists with conversion efforts for Air Force courses, as requested.

1.3.7. Establishes guidelines to implement AF ADL policy.

1.3.8. Appoints an Air Force representative on the DoD ADL Education and Training Steering Committee (ETSC).

**1.4. Air Force Institute for Advanced Distributed Learning (AFIADL).** AFIADL is the executive agent for the Air Force Extension Course Program (ECP), the Air Technology Network (ATN), and is the focal point for AFADLP standards and emerging technology. AFIADL will.

1.4.1. Provide input to AF/DPLT and AF/DPLE to support development of AFADLP policy.

1.4.2. Provide oversight, integration and management direction in support of the AFADLP with primary focus on standards-based courseware, hardware, infrastructure, resourcing, and planning.

1.4.3. Prepare AFADLP standards that define software, hardware, and courseware system specifications to ensure full compliance with OSD vision and direction in becoming Sharable Content Object Reference Model (SCORM) conformant. Establish standards for interoperability of AF ADL systems.

1.4.4. Coordinate with OSD, Services, MAJCOMs, interservice and intraservice agencies/commands, as required to implement ADL standards.

1.4.5. Assist with contract support to develop or redesign courseware for ADL.

1.4.6. Integrate an effective AF ADL learning management program.

1.4.7. Provide program management for the ATN.

1.4.8. Collect, prioritize, and forward programming and budget actions for ADL through command channels for AF ADL systems that cut across MAJCOMs.

1.4.9. Coordinate AFADLP Strategic and Implementation Plans and MAJCOM ADL plans to ensure compatibility, overlay, support, and integration among plans. Review MAJCOM ADL plans prior to their budget submissions to ensure compliance with plans, standards, and avoidance of overlap or duplicate development initiatives. Return plans to meet MAJCOM budget submission timelines.

1.4.10. Coordinate issues with MAJCOMs, disseminate ADL information and implement technological advances.

1.4.11. Post official AFADLP policy and guidance on the AFIADL website *http://www.au.af.mil/au/afiadl/*.

**1.5. MAJCOMs.** MAJCOMs will designate a command ADL Office of Primary Responsibility (OPR) for coordination and integration of ADL. Duties and responsibilities are to develop an ADL Program Management Plan that complies with DoD ADL guidance, integrates with the AF ADL Strategic and Implementation Plans and this AFI. (See AFI 36-2201, Vol 1, for additional responsibilities and guidance on Type 6, Job Site Training.)

1.5.1. The OPR will:

*BY ORDER OF THE SECRETARY OF THE AIR FORCE*

*AIR FORCE INSTRUCTION 36-2301*

*27 JUNE 2002*

*Personnel*

# *PROFESSIONAL MILITARY EDUCATION*

**COMPLIANCE WITH THIS PUBLICATION IS MANDATORY**

**NOTICE:** This publication is available digitally on the AFDPO WWW site at: **http://www.e-publishing.af.mil**

OPR: HQ USAF/DPDEE (Lt Col Nancy Rice)

Certified by: HQ USAF/DPDE (Colonel Patricia L. C. Priest)

Supersedes AFI 36-2301, 1 June 2000.

Pages: 37
Distribution: F

This instruction identifies responsibilities for managing officer, enlisted, and civilian Professional Military Education (PME) for the total force. It describes resident and nonresident programs as well as attendance, eligibility, selection, and removal criteria. It also provides procedures for international officers in PME programs. This instruction implements AFPD 36-23, *Military Education* and interfaces with AFPD 36-13, *Civilian Supervisory, Management and Leadership Development.*

## *SUMMARY OF REVISIONS*

This revision incorporates Interim Change IC 2002-1. The change corrects Office of Primary Responsibility (OPR); delegates responsibility for ensuring PME eligibility to unit and mission support squadron commanders in accordance with Education and Training Course Announcement (ETCA); deletes the requirement to provide Record Review Listing (RRL) to NCO Academies; reduces Time in Service to 42 months for resident ALS for SrA selected for reassignment to 12-month tour areas; reduces the enlisted PME retainability requirement to six months, or lower at commander's discretion; reduces the non-resident Airman Leadership School (ALS) Time in Service (TIS) requirement to 42 months for eligible Air Reserve Component personnel only; limits the ability to decline resident EPME to NCOs with greater than 18 years of active service as of class start date; mandates retirement at 20 years in service or the first day of the seventh month following declination for eligible NCOs declining EPME; mandates the approved EPME awards.

Section A Responsibilities 3
1. Professional Military Education .......... 3
2. Responsibilities: .......... 3
Section B Officer Professional Military Education 9
3. Resident/Nonresident Programs. .......... 9

*Section A—Responsibilities*

**1. Professional Military Education** (PME) is that portion of military education that: (1) Provides the nation with military personnel skilled in the employment of aerospace power in the conduct of war and small scale contingencies (e.g., peacekeeping, humanitarian assistance); (2) Provides Air Force personnel with the skills and knowledge to make sound decisions in progressively more demanding leadership positions within the national security environment; and (3) Develops strategic thinkers and warfighters.

**2. Responsibilities:** Specific responsibilities follow, but all organizations will encourage personnel to take advantage of the educational opportunities provided by resident and nonresident PME.

**2.1. Headquarters USAF, Deputy Chief of Staff, Personnel (HQ USAF/DP),** 1040 Air Force Pentagon, Washington DC 20330-1040.

2.1.1. Responsible for policy oversight and advocacy of Air Force PME programs.

**2.2. Headquarters USAF, Directorate of Personnel Force Development (HQ USAF/DPD),** 1040 Air Force Pentagon, Washington DC 20330-1040.

2.2.1. Provides policy guidance, participates in programming funds, and oversees PME programs.

2.2.2. Determines annual Air Force PME requirements; establishes attendance quotas at Air Force and non-Air Force schools; determines non-Air Force participation in Air Force PME programs.

2.2.3. Allocates Air Force active-duty in-residence quotas to Headquarters Air Force Personnel Center (HQ AFPC) and other Air Force agencies; allocates Air Force Reserve quotas to Headquarters US Air Force Reserve (USAF/RE); allocates Air National Guard quotas to Headquarters Air National Guard Readiness Center (HQ ANGRC/MPTEE); allocates civilian quotas to Civilian Education and Training (AF/DPDEC).

2.2.4. Allocates non-Air Force Officer PME (OPME) quotas to the other Services, the Deputy Under Secretary of the Air Force for International Affairs (SAF/IA), and appropriate non-Air Force agencies.

2.2.5. Serves as the Air Force point of contact (POC) for joint PME issues.

2.2.6. Administers Air Force-level Enlisted PME (EPME) Awards Program.

**2.3. Air Force Colonel Matters Office (AFCMO),** 1040 Air Force Pentagon, Washington DC 20330-1040.

2.3.1. Implements Air Force policy on PME eligibility, selection, and removal for active duty line colonels and colonel selects.

2.3.2. Ensures line colonels and colonel selects who have potential to be in key leadership positions, are selected to attend resident Senior Service School (SSS). Of those selected, ensures all officers from the line candidates are designated to attend in residence.

2.3.3. Responsible for the line colonel and colonel select portion of the yearly SSS selection/designation board to include working with AFPC to staff the results through AF/DP for approval and release to the field.

non-resident PME completion is required prior to receiving credit for completion of sister or other non-resident PME).

2.7.6.1. A PME program is considered equivalent to an Air Force PME program when its curriculum, in terms of educational level, content, and academic rigor, is the same as or very similar to the PME program to which it is being compared. For example, comparing respective sister service schools.

2.7.6.2. Another military school program may be considered comparable, but not equivalent, if the curriculum meets the educational level, academic rigor, and most major content areas, but not all the key content of the AF PME program. For example, a program comparable to Air War College (AWC) may be similar in most areas, but lacking in one or more of the major subject areas (military history/strategy; leadership and ethics; future conflict studies, international security studies, joint/coalition force employment, or electives).

2.7.6.3. The term "academic rigor" in the above definitions relates to a variety of curriculum and instructional issues. To ensure a relatively consistent application of standards of academic rigor in equivalency/comparability evaluations, AU focuses on several categories, such as the instructional program, faculty, students, and curriculum content. **Attachment 6** provides a set of categories used by AU for equivalency/comparability evaluations.

2.7.7. Ensures students meet resident eligibility requirements. Periodically conducts recertification reviews of allied (international) PME programs in accordance with the Air Force policy on recertification of international PME programs (**Attachment 5**).

2.7.8. Ensures through the College for Enlisted Professional Military Education (CEPME) that all EPME schools adhere to the USAF Enlisted Professional Military Education Procedural Guidance, published by the Educational Programs Cadre, CEPME, to ensure program effectiveness and standardization throughout the Air Force.

2.7.8.1. CEPME is responsible for the development of Enlisted PME curriculum and program procedures; evaluation and survey requirements and analysis; faculty development, training and managing curriculum requirements in accordance with the Instructional System Development (ISD) Process.

2.7.8.2. CEPME develops and maintains the USAF EPME Procedural Guidance. This publication applies to all schools implementing the EPME curricula. It is published under the authority of this instruction and prescribes policies and procedures for the management of Air Force EPME programs.

2.7.9. Ensures nonresident programs mirror resident programs to the extent practical.

2.7.10. Provides administrative support to nonresident enrollees to include counseling on AU and individual school policy.

2.7.11. Processes course material, examinations, and course completion data for nonresident PME programs; inputs PME completion data for military and civilians in the respective Personnel Data System (PDS); maintains student records and transcript data; issues diplomas and transcripts; publishes AFIADL catalogs. AU Registrar is responsible for officer PME PDS updates. AU Registrar corrects invalid, missing, or erroneously updated officer PME information; updates foreign, joint, fellows, and other Service school officer PME (CADRE/EDEOP, Maxwell AFB, Gunter Annex, AL 36118-5643). However, for AWC only; Guard and Reserve officers must submit veri-

fer to the Air Force can receive SOS credit, see **Attachment 4**. Other Services, US Government agencies, and foreign countries participate in Air Force PME programs (see paragraph **3.7.** below).

**3.2. Attendance** . The Air Force Personnel Plan states that "ideally, all officers will attend PME in residence." Limited resources, however, restrict residence ISS and SSS attendance to the "best qualified." Nonresident programs are available to all eligible officers and civilians.

3.2.1. Completing nonresident PME programs will not affect eligibility for resident PME programs.

**3.3. Eligibility and Prerequisites.**

3.3.1. Active Duty.

3.3.1.1. Colonels and colonel selects: To be eligible to attend SSS in residence, colonels and colonel selects must be selected as a SSS candidate. Lieutenant colonels are considered for SSS candidacy at the same time they are considered for promotion to colonel. SSS candidacy is determined at the conclusion of the promotion board. If an officer is selected for promotion to colonel below-the-zone and has not attended SSS in residence, the officer will automatically become a candidate. An officer promoted to colonel in the zone, who has at least one below-the- zone promotion (either to major or lieutenant colonel), or who is in the top 30% of those selected and has not attended SSS in-residence, is also selected as a SSS candidate. Once designated as a candidate, an officer remains eligible to go to school through the twenty-third year of commissioned service. In other words, the officer must enter school prior to reaching 23 years of total commissioned service. When candidates compete on the selection/designation board, the rules in **Table 1.** apply.

3.3.1.2. Lieutenant colonels and lieutenant colonel selects: To be eligible to attend SSS in-residence, lieutenant colonels and lieutenant colonel selects must be selected as a SSS candidate or be nominated by their management level (ML) as a non-candidate to compete at the annual HQ AFPC SSS Central Board. SSS candidacy is determined at the lieutenant colonel promotion board. Once designated as a candidate, the officer can compete for SSS annually until no longer eligible. A candidate is no longer eligible if he/she cannot go to school prior to 23 years of commissioned service or if he/she is not selected for colonel.

3.3.1.3. Majors and major selects: To be eligible to attend ISS in-residence, majors and major selects must be selected as an ISS candidate or be nominated by their management level (ML) as a non-candidate to compete at the annual HQ AFPC ISS Central Board. ISS candidacy is determined at the major promotion board. Once designated as a candidate, the officer can compete for ISS annually until no longer eligible. Candidates are no longer eligible once they are in their primary zone for lieutenant colonel. The eligibility window for majors and major selects is at least 3 years (i.e., an officer can get a minimum of three looks for ISS). See **Table 1.**

3.3.1.4. Captains and captain selects: The officer must have more than 4 years of commissioned service but not more than 7 years TAFCS, (i.e., 6 years, 11 months, and 30 days of TAFCS) at start of SOS class. The eligibility window is 3 years before graduation.

3.3.1.5. Preference Statement: Lieutenant colonel, lieutenant colonel select, major, and major select PME candidates may show their preference for resident PME schools on AF Form 3849,

3. Until considered In-the-Promotion-Zone for colonel.

4. For colonels, resident attendance requires at least one Below-the-Promotion-Zone selection.

5. For nonresident courses only.

3.3.4. Air Force Reserve/Air National Guard. An ANG officer is eligible for a resident PME school if the officer has the proper grade and falls within the eligibility criteria as shown in **Table 2.** Air Force Reserve (USAFR) officers in pay category A or B are eligible to apply for resident PME provided they meet eligibility criteria outlined in **Table 2.** and are not deferred as defined in 10 U.S.C. 8368(a). Air Force Reserve Technicians (ARTs) may attend in either military or civilian status. Waiver authority for resident ISS and SSS eligibility criteria rests with HQ USAF/REP and ANGRC/MPT.

**Table 2. Air Force Reserve/Air National Guard Resident Officer PME Eligibility Criteria.**

| School | Grade | TYCS: USAFR[1,2]/ANG | Service Commitment |
|---|---|---|---|
| ABC | Second Lieutenants | Less than 2 Years | 1 Year |
| SOS | Captain | Less than 11/11 Years | 1 Year |
| ISS | Major or Major Select[3] | Less than 18/16 Years | 3 Years |
| SSS | Lt Col or Colonel[3] | Less than 26/25 Years | 3 Years |

**NOTES:**

1. Chaplain, legal and health profession officers who apply for SSS or ISS are allowed to exceed the maximum TFCS by the number of years of constructive service credited. Minimum retainability is still required.

2. Air Reserve Technician (ART) eligibility will be stated in the remarks section of AF Form 1941.

3. Major select (ISS) and Lt Col select (SSS) may apply if promotion pin-on occurs by the first day of school.

3.3.5. Civilian attendees must have an educational background equal to military attendees. A bachelor's degree is the minimum for officer PME programs. AFPD 36-13 provides guidance on management and leadership development of the civilian workforce to include in-resident PME programs.

3.3.6. All non-Air Force attendees must meet the eligibility criteria of their Air Force (military and civilian) counterparts unless excepted elsewhere in this instruction.

**3.4. Selection.**

3.4.1. Senior Service School: For lieutenant colonels and lieutenant colonel selects, an annual central selection board is convened at AFPC to select active duty officers for in-residence SSS. The board will use the officer selection record, Air Force Form 3849, and the officer personnel brief to select officers for attendance. Once candidates are selected for attendance, the board will use the MAJCOM recommendation, in addition to the PME selection folder and the personnel brief, to designate selects for a particular school. For colonels and colonel selects, an annual designation board to select a particular school is convened for those candidates released by their management level. The board will review the officer's personnel record, personnel brief, and MAJCOM recommendation.

other approved method. To the extent reasonably possible, OPME nonresident programs mirror the resident school curriculum. See AU and ECI catalogs for course descriptions, eligibility criteria, and graduation requirements. HQ AU is the waiver authority for all nonresident eligibility and completion restrictions and limitations.

3.6.1. Air Force policy stresses taking the right PME at the right time and at the right grade. The nonresident sequence is SOS, ACSC, then AWC. Officers can enroll in the nonresident program as a captain or captain select for SOS, major or major select for ACSC, lieutenant colonel or lieutenant colonel select for AWC, or as a colonel or colonel select for AWC.

3.6.2. With the exception of those officers selected to attend another Service's PME school in residence, foreign PME schools in residence, or other resident PME programs (Air Force Fellowships), Air Force officers must complete the appropriate Air Force PME course before enrolling in another Service's nonresident program. (See **Attachment 2** & **Attachment 3**)

**3.7. International Applicants.**

3.7.1. Before attending a resident PME school, all international officers (IO) must attend the International Officer School (IOS) preparatory course at the Ira C. Eaker College for Professional Development, Maxwell AFB AL. IOS is designed to increase the officer's ability to communicate and participate in the PME schools and to familiarize the international officer with US culture and the US Air Force. See ETCA (**http://hq2af.keesler.af.mil/etca.htm**) and AU Catalog for details. Approximately 96 IOs attend SOS, 80 attend ACSC, and 40 attend AWC annually. The applicant's military or civilian grade must be equivalent to the following US Air Force grades:

3.7.1.1. AWC - lieutenant colonel selectee to colonel (GS/GM-14 & 15). Note: Must be at least a pinned-on lieutenant colonel to attend.

3.7.1.2. ACSC - major selectee to major (GS - 12 & 13).

3.7.1.3. SOS - captain (GS-9/12). Note: Must be pinned-on captain to attend.

3.7.2. International applicants for nonresident PME programs must be military members or civilian employees of the military department of a country or international organization eligible for Foreign Military Sales (FMS) training program sponsorship (see ETCA).

3.7.3. A US military officer or US civilian employee in the country, or with the organization concerned, must accept responsibility to monitor student progress and to serve as a contact between AU and the student. Applicants must be proficient in the English language to complete the program successfully.

3.7.4. International applicants should send application for enrollment to the in-country US representative who will sponsor the applicant and verify, in writing, that they have met the criteria in paragraphs **3.7.1.**, **3.7.2.**, and **3.7.3.** A letter must accompany the application from the applicant's government, agreeing to the enrollment and identifying an existing FMS publications case against which charges may be applied. If no publications case exists, the letter will cite the date of request to Air Force Materiel Command (AFMC), AFSAC/CV, 1822 Van Patton Drive, Wright-Patterson AFB OH 45433-5337, to establish a case.

3.7.5. The US sponsor endorsing the application must send it to Air Force Security Assistance Training Squadron, Training Support (AFSAT), 2021 First Street West, Randolph AFB TX 78150-4302. AFSAT will advise the sponsor if disapproved. If approved, AFSAT will send the

*BY ORDER OF CHIEF,*
*NATIONAL GUARD BUREAU*

*ANGI 36-2502*
*25 August 2000*

*Personnel*

***PROMOTION OF AIRMEN***

This instruction provides guidelines and establishes rules for the promotion of airmen in the Air National Guard (ANG), applies to all ANG enlisted members, and proposed supplements are to be submitted to ANG/DP for review.

***SUMMARY OF REVISIONS***

This is the second publication of ANGI 36-2502, and supersedes ANGI 36-2502, 15 October 1993. It reorganizes the instruction in a chapter format and updates references to law, instructions, office symbols and AFSCs. Provides clarification under the Deserving Airman Promotion Program, that airmen in retraining status are not eligible for promotion under this provision. Incorporates Active Guard/Reserve (AGR) promotion criteria to include guidance on promotion of category one AGR members. Provides clarification on promotions of recruiters. Changes Table “Requirements for Promotion,” Table 2.1. in this publication, and Notes to accommodate those seeking promotions to SrA who are attending lengthy formal training and have not had sufficient time or training to upgrade to the appropriate skill level. Modifies Note “Time-in-service computations…,” Note 2 in this publication, to include time frames when USAF delayed enlistment program is considered to be creditable service. Changed requirements in Table “Supplemental Mandatory Requirements for Deserving Airman Promotions,” Table 2.2. in this publication, for MSgt from 240 months (20 years of satisfactory service) to 216 months (18 years of satisfactory service). The attachment changes grade ceilings to 125% for TSgts and 120% for MSgts. A * indicates revision from the previous edition.

## Chapter 1

## PROMOTION CRITERIA

**1.1. Who May Promote Airmen.** The authority to promote ANG airmen as Reserves of the Air Force is delegated to the State Adjutant General IAW policies and procedures established by this instruction and its supplements. Each State Headquarters must monitor unit promotions to the grades of TSgt through CMSgt (see attachment) to ensure that the State does not exceed the manning percentages prescribed in ANGI 36-2101, *Assignments Within the Air National Guard*. The authority to promote airmen serving under 10 USC 12310 (Statutory Tour) rests with the Director, ANG and may be further delegated, in conjunction with state approval.

1.1.1. The authority to promote through the grade of TSgt may be delegated to subordinate unit commanders.

Supersedes: ANGI 36-2502, 15 October 1993
OPR: ANG/DP (CMSgt R. VanSciver)

Certified by: NGB/CF
Pages 10/Distribution: F

1.1.2. Prior to promotion to any grade, the immediate commander must first recommend the airman. This recommendation must be based on a period of time sufficient to permit a substantive evaluation of the airman's total performance. An essential part of this evaluation includes the airman's attendance at Unit Training Assemblies (UTA) and annual training. Before recommending promotion, the commander must also ensure that the airman's duty performance and training progress clearly warrant the promotion. In the Noncommissioned Officer (NCO) grades, particular emphasis must be placed on supervisory and leadership potential as well as previously demonstrated technical skills.

1.1.3. Commanders should hold ceremonies appropriate to the grade to which the airman has been promoted. Such activities will not be conducted prior to the effective date of the promotion.

**1.2. Eligibility Factors:**

1.2.1. Table 2.1. provides objective criteria that must be satisfied before the airman is recommended for promotion. To assist commanders in selecting nominees for promotion, each Adjutant General may expand this criteria to provide an additional basis for comparison and evaluation.

1.2.2. Airmen may not be promoted more than one grade at a time, except if promoted to SSgt to attend a commissioning program or as authorized upon graduation from high school IAW ANGI 36-2002, *Enlistment and Reenlistment in the ANG and as a Reserve of the Air Force*.

1.2.3. In each state, promotions are limited to the grade ceilings specified in ANGI 36-2101. A promotion that will cause a state to exceed the grade ceiling is not authorized. Care must be exercised so that promotions under the Deserving Airman Promotion Program (paragraph 2.2.) do not prevent the promotion of deserving NCOs occupying valid vacancies. A well-conceived and carefully executed force management plan is essential, if promotion opportunities are to be equitably distributed.

1.2.3.1. The individual must possess an awarded PAFSC at the appropriate skill level (Table 2.1., Column B). This requirement does not apply to members assigned to First Sergeant positions, AFSC 8F000.

1.2.3.2. The manning levels for CMSgt and SMSgt, as defined in ANGI 36-2101, are designed to accommodate individuals who were promoted under the unit vacancy promotion system and whose UMD position grades were later reduced by unit reorganization or other UMD change.

1.2.4. Military duty personnel (Title 32 USC 502(f)) may not be promoted above the maximum Unit Manpower Document Active authorized grade or the military duty grade authorized using the AGR/Military Technician Grade Comparability Table in ANGI 36-101, *The Active Guard(AGR)/Reserve Program*, Atch 3. In addition, the State must have an AGR grade ceiling authorization available to accommodate promotions to SMSgt and CMSgt.

1.2.5. ANGI 36-2101 establishes service commitments, which are incurred upon promotion to one of the top three enlisted grades. Airmen promoted to a grade below MSgt do not incur service commitments. (See Table 2.1., Notes 6 & 7.)

**1.3. Conditions Which Make Airmen Ineligible for Promotion.** An airman is not eligible for promotion if he/she:

1.3.1. Fails to meet the weight/body fat standards prescribed in ANGI 40-502, *The Weight and Body Fat Management Program.*

1.3.2. Has a medical profile of 4P and is not qualified for worldwide duty. However, members who have been found fit for duty, but non-deployable (DAC 42) are eligible for promotion.

1.3.3. Is not recommended for retention by the unit commander.

1.3.4. Declines in writing to reenlist or extend.

1.3.5. Is an unsatisfactory participant as defined in AFI 36-3209, *Separation and Retirement Procedures for Air National Guard and Air Force Reserve Members.*

1.3.6. Is undergoing administrative demotion action under ANGI 36-2503, *Administrative Demotion of Airmen*.

1.3.7. Has requested voluntary retirement or separation (including joining another military component).

1.3.8. Is in an excess status. Members in an excess status may not be promoted above the grade of SSgt (E-5).

1.3.9. Is being processed or considered for involuntary separation under AFI 36-3209.

**1.4. Administrative Procedures:**

1.4.1. Unit commanders will forward their recommendation through their servicing Military Personnel Flight (MPF) to the promotion authority. This allows sufficient lead-time for administrative processing for promotion recommendation.

1.4.2. Promotions are announced via AF Form 2096, *Classification/On-The-Job Training Action*, or composed special orders published by the MPF or other orders issuing authority.

1.4.3. The effective date of promotion is the date of the promotion order or AF Form 2096.

1.4.4. The date of rank (DOR) of an airman promoted to a grade not previously held is the effective date of the promotion.

1.4.5. The DOR of airmen previously demoted as a result of a voluntary change of assignment will be adjusted upon promotion to give credit for previous time satisfactorily served in that grade. For example, a prior MSgt who voluntarily accepted demotion to SSgt would have his or her date of rank adjusted to give credit for previous time upon promotion again to TSgt and MSgt.

1.4.6. Promotion orders authorized by a commander without promotion authority or for a member who is later found to be ineligible for the promotion will be revoked only upon specific approval by the Adjutant General. In such cases, determination must be made that the facts clearly and unmistakably show the original promotion order was without basis of authority. The revocation order will be worded as follows:

> Paragraph __________, Special Order _________________, this headquarters, dated __________, purporting to promote (name and service number of the airman concerned) has been determined by the Adjutant General of (State/Territory) to be without original basis of authority, is null and void, and is hereby revoked.

1.4.7. Administrative procedures for effecting the promotion of ANG airmen will be as prescribed by the Adjutant General. As a minimum, these procedures will include verification of eligibility by the servicing MPF, review of Unit Personnel Management Roster (UPMR) to identify positions being downgraded or deleted, and verification of adjusted effective manning percentage as prescribed in the attachment. Promotion records will be maintained in accordance with AFMAN 37-139, *Records Disposition Schedule.*

1.4.8. Promotions are effective on a stated date (usually the date of the promotion order or AF Form 2096) and may not be retroactively granted. Every caution must be taken to prevent administrative errors. If an error/oversight occurs, the only means available to correct the effective date of the promotion is an appeal to the USAF Board for Correction of Military Records (per AFI 36-2603).

# CHAPTER 2

## ANG Promotion Programs

**2.1. Unit Vacancy Promotion.** A unit vacancy must exist in the specific AFSC in the grade to which promotion is contemplated, and the individual must be the sole occupant of that valid manpower position. For the purpose of this instruction, a unit vacancy is a personnel assignment condition in which the total number of valid manpower positions in a unit (by AFSC and grade) does not exceed the number of personnel assigned to a unit in the same AFSC and grade (to include overgrade assignments in a higher grade in the same AFSC).

**2.2. Deserving Airman Promotion Program.** Qualified deserving airmen may be promoted to MSgt or TSgt without regard to position vacancy. However, promotions resulting from this program must be within the manning constraints of ANGI 36-2101. Only airmen who have demonstrated their potential to perform in the higher grade based on criteria outlined in Chapter 1 may be promoted. A deserving airman promotion is not a reward for past service, nor is it authorized solely due to an airman's attainment of the minimum eligibility requirements. The limited number of opportunities available under this program requires each commander to objectively evaluate and rank order all nominees so that only truly deserving airmen are promoted. All of the following non-waiverable criteria must be met:

2.2.1. The airman must be the sole occupant of a UMD position with an authorized grade identical to their current grade (e.g., a TSgt being considered for deserving airman promotion to MSgt must be the sole occupant of the TSgt position). Upon promotion, the airman must be assigned to the first available position that will resolve the overgrade status.

2.2.2. The airman must be fully qualified in the DAFSC to which assigned.

2.2.3. The promotion must not result in the airman becoming senior in grade to their immediate supervisor.

2.2.4. The airman must meet the requirements listed in Table 2.2. in addition to those in Table 2.1.

*2.2.5. Airman in retraining status are ineligible for promotion under this program.