***2.3. AGR Deserving Airman Promotion Program Criteria.**

*2.3.1. The AGR members must meet the minimum deserving airman promotion program criteria.

*2.3.2. Airmen promoted to MSgt must have a minimum of 18 years of total active federal military service (TAFMS).

*2.3.3. Airmen promoted to MSgt will be overgrade for a period not to exceed 24 months from the date of promotion. At the end of this 24-month period, they must be reassigned to both a full-time and military position commensurate with their grade. Exceptions or waivers to this will not be considered.

*2.3.4. Airmen promoted to TSgt must have minimum of 12 years of TAFMS.

*2.3.5. AGR personnel who are unable to be reassigned to both a full-time and military position commensurate with their grade, are either voluntarily demoted or separation/retirement action will be required. Exceptions or waivers will not be considered.

**2.4. Officer Training Program Promotions.**

2.4.1. Airmen accepted for the Academy of Military Science (AMS) or the Initial Flight Training (IFT) will be promoted to SSgt without regard to Table 2.1. requirements or UMD authorization. Such promotion will be effected 15 days before class entry date. An airman who is not commissioned will be demoted to their previously held grade concurrent with termination of student status IAW ANGI 36-2503.

2.4.2. Airmen entering the AFROTC Professional Officer Course (POC) phase of training in the junior year of college will be promoted to SSgt effective on the date of their enrollment in POC. An airman who is disenrolled from the AFROTC will be demoted as in 2.4.1.

**2.5. Retraining Promotion Program**. An airman who is retraining may be promoted on the basis of their currently held PAFSC, subject to the following:

2.5.1. The airman must be fully qualified for retraining and be accepted by the unit commander into a valid vacant UMD position and the airman must be the sole occupant of the position. In addition, the overall unit manning in the Air Force Specialty into which retraining, must not exceed 100 percent, including the airman.

2.5.2. The airman must sign the following statement that will be attached to the commander's promotion recommendation. A copy of the statement must be furnished for OJT and personnel records.

> I acknowledge that I must qualify for award of the AFSC skill level which is necessary to support my grade in the career field into which I am retraining. If I fail to qualify for award of the AFSC within the time limits established by the commander, I will be demoted to my previously held grade.

2.5.3. Airmen promoted under this provision will retain the grade if, for reasons beyond their control, (e.g., unit reorganization or conversion) the AFSC into which they have retrained is deleted. If an airman voluntarily leaves the AFSC in which being retrained, is reassigned by a commander for performance related reasons, or is separated before attaining the required grade/skill relationship; the member will be demoted to the previously held grade in accordance with ANGI 36-2503.

**2.6. Promotion to CMSgt and SMSgt.** NCOs will not be promoted to CMSgt or SMSgt unless assigned to a position in which a valid unit vacancy exists, with the following exception. Commanders may assign and promote replacements for traditional guard members and full-time personnel up to 24 months prior to separation under the following conditions:

2.6.1. This policy applies only to E-8/E-9 positions and the original incumbent must hold the requisite grade.

2.6.2. The original incumbent will become excess immediately upon the assignment of the replacement; the length of excess condition will be established by the commander but will not exceed 24 months.

2.6.3. The excess member may not be a full-time employee (the replacement may be).

2.6.4. Promotion of the replacement to SMSgt or CMSgt is authorized provided the member meets all other criteria for promotion and the promotion will not cause the state to exceed 100% in that grade.

2.6.5. The excess member must acknowledge, in writing, that the excess condition is limited to 24 months and that further retention is contingent upon assignment to a vacant position commensurate with his or her grade.

2.6.6. Entry and update of excess codes will be managed by ANG/DP in conjunction with review of the statement of understanding provided by the excess member and promotion eligibility of the replacement. Requests for update should be forwarded to ANG/DP with the signed statement of understanding and the replacement member's name and SSAN.

2.6.7. States are to maintain CMSgt and SMSgt manning levels at or below the authorized grade ceiling regardless of the assignment status of personnel in these grades.

**2.7. Recruiter Promotion Criteria.**

2.7.1. Because of the various ranks eligible to serve in Special Duty Identifier (SDI) 8R000, it is possible to promote a recruiter without regard to the PAFSC skill level, from SSgt to TSgt or above, while they are assigned to the SDI.

*2.7.2. The member's unit commander which recommends the recruiter for promotion to TSgt, MSgt, SMSgt, will certify that the member is 7-skill level (9 level in the case of SMSgt) equivalent qualified in the SDI. Completion of 8R000 CFETP and applicable STS will serve as certifying documents for member's skill level.

2.7.3. Future assignment actions regarding a recruiter, or former recruiter promoted under these circumstances, should not hinder promotion opportunities.

2.7.4. Once reassigned, the promotability of the member may be considered under the Retraining Promotion Program outlined in paragraph 2.5.

***Table 2.1. Requirements for Promotion.**

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| **RULE** | **AT TIME OF RECOMMENDATION FOR PROMOTION TO (Note 7)** | **REQUIRED PAFSC (Note 1)** | **TIS OF AT LEAST (Note 2)** | **TIG OF AT LEAST (Notes 3 and 4)** | **MUST HAVE SATISFACTORILY COMPLETED THE FOLLOWING PME REQUIREMENTS (Note 5)** | **ON THE EFFECTIVE DATE OF PROMOTION MET THE FOLLOWING RETAINABILITY REQUIREMENTS FOR SERVICE IN THE ANG (Note 6)** |
| **1** | E-2 (AMN) (Note 4) | 3-skill level | 6 months | 6 months (Note 4) BMT | None | None |
| **2** | E-3 (A1C) (Note 4) | 3-skill level | 6 months | 6 months (Note 4) | None | None |
| **3** | E-4 (SrA) | 3-skill level | 6 months (Note 4) | 6 months | None | None |
| **4** | E-5 (SSgt) | 5-skill level (or 3-level when no level exists in the AFS) | 48 months (4 years) | 24 months | Mandatory: Airman Leadership School by correspondence or in residence. (The NCO Preparatory Course or NCO Leadership School meets this PME requirement) | None |
| **5** | E-6 (TSgt) | 7-skill level | 72 months (6 years) | 24 months | None | None |
| **6** | E-7 (MSgt) | 7-skill level | 108 months (9 years) | 24 months | Mandatory: In residence NCO Academy or by ECI Course 6 | AGR – 24 months<br><br>All others – 12 months |
| **7** | E-8 (SMSgt) | 7-skill level | 156 months (13 years) | 24 months | Mandatory: In residence Sr NCOA or by ECI Course 5 or 8 | 24 months |
| **8** | E-9 (CMSgt) | 9-skill level | 204 months (17 years) | 24 months | | 24 months |

***NOTES:***

1. Before being recommended for promotion, the airman must hold a PAFSC at the skill level appropriate for the grade to which being promoted. The only exceptions are as follows:

1.1. AFI 36-2113, *The First Sergeant*, limits First Sergeant assignments to MSgt and above or MSgt selectees. TSgts selected as First Sergeants will be promoted to MSgt under the provisions of paragraph 2.5., Retraining Promotion Program, before attending the First Sergeant Academy. They must attend and successfully complete the First Sergeant Academy within one year of appointment as First Sergeant. Failure to meet this requirement will result in demotion IAW ANGI 36-2503.

1.2. The Adjutant General may grant a grade/skill level waiver for an Amn, AlC, or SrA when all requirements for award of an AFSC have been met, with the exception of the appropriate security clearance. The necessary request for an investigation must have been initiated at the Defense Investigative Agency (DIA), as evidenced by the appropriate Automated Security Clearance Accounting System notice.

*****2. Time-in-service computations for all promotions will be based on satisfactory years of service for retirement. This may include active duty, active duty enlisted service in a reserve component, or inactive duty in a reserve component. Inactive service in a regular component (USAF delayed enlistment program) is creditable service during the following periods, anything prior to 1 Jan 85, and anything after 31 Dec 92 is creditable. Periods of service in the USAF delayed enlistment program from 1 Jan 85 thru 31 Dec 92 is not creditable service. Service in a commissioned or warrant officer status will not be used to satisfy this requirement for promotion to SMSgt and CMSgt. Promotion to these grades requires eight years and ten years, respectively, of cumulative, satisfactory enlisted service (TEMSD) in addition to total TIS requirements (37 USC 201(e), 38 Comptroller General 598).

3. Only satisfactory years of service for retirement may be used to meet time-in-grade requirements. Time-in-grade requirements for airmen who have been demoted will be computed from the date of rank established at the time of demotion.

*4. Compute all time-in-grade from date of entry on Initial Active Duty Training (IADT). An ANG unit commander may promote an ANG airman on IADT through the grade of AlC without a 3-level AFSC. Additionally, A1C assigned to a specialty requiring lengthy formal training and who have not had sufficient time or training to upgrade to the appropriate skill level due to the length of the formal school, may be promoted without a 3-level AFSC. Furthermore, the individual's military and scholastic records must be satisfactory. A lengthy formal school is defined as technical training that is in excess of 139 days.

5. Relationship between Air Force Enlisted PME and other PME.

5.1. Before 1970, MAJCOMS were given the authority to award PME credit to graduates of certain other services schools. The MAJCOM was to ensure that the course met Air Force content and length standards. PME credit awarded for other service resident schools before 1970 is valid and should be retained in member's records.

5.2. Since 1970, PME credit is authorized only for graduation from a certified Air Force NCO Preparatory course, Airman Leadership School or NCO Academy.

5.3. Senior NCOs who complete the US Army Sergeants Major Academy or the US Navy Senior Enlisted Academy are credited with completion of senior level enlisted PME.

5.4. Enlisted personnel who were formerly officers are not exempt from any enlisted PME course.

6. On promotion to CMSgt, SMSgt, or MSgt, members incur a service commitment as prescribed in ANGI 36-2101. Extend the member's enlistment IAW ANGI 36-2002. This action will coincide with the effective date of promotion. Members, who are unable to extend for the required period of time, or refuse to extend for any reason, are disqualified for promotion.

7. If the member is on AGR status, see ANGI 36-101 for further guidance.

***Table 2.2. SUPPLEMENTAL MANDATORY REQUIREMENTS FOR DESERVING AIRMAN PROMOTIONS.**

| For promotion to the grade of | The minimum time in service is | and the minimum current ANG service is |
|---|---|---|
| TSgt | 144 months (12 satisfactory years) | 24 months |
| MSgt | 216 months (18 satisfactory years) | 36 months |

***NOTE:***

The term "satisfactory year" means a year in which the airman has earned a minimum of 50 points to qualify as a satisfactory year for retirement.

**PAUL A. WEAVER, JR.**
**Major General, USAF**
**Director, Air National Guard**

**OFFICIAL**

**DEBORAH GILMORE**
**Chief**
**Support Services**

**Attachment**
**Instructions for Computing Top Four NCO Promotion Opportunities**

**Attachment**

**INSTRUCTIONS FOR COMPUTING TOP FOUR NCO PROMOTION OPPORTUNITIES**

Use the following matrix to compute the promotion opportunities for your State. The authorized/assigned figures below are for example only and simply demonstrate the arithmetic process. Replace these figures with current authorized/assigned strengths by grade in your State, including all overgrades and excesses.

***Table. Sample Matrix for State.**

| GRADE | AUTHORIZED | ASSIGNED | ALLOWABLE % (ANGI 36-2101) | ADJUSTED EFFECTIVE MANNING PERCENTAGES |
|---|---|---|---|---|
| CMSgt | 10(a) | 8(b) | 110 | 80% (b divided by a) |
| SMSgt | 15(c) | 18(d) | 110 | 104% total of b+d (26) divided by total of a+c (25) |
| MSgt | 25(e) | 30(f) | 120 | 112% total of b+d+f (56) divided by total of a+c+e (50) |
| TSgt | 40(g) | 56(h) | 125 | 124% total of b+d+f+h+(112) divided by total of a+c+e+g (90) |

To determine if the State in this example can promote a member to MSgt, divide the total number assigned in grades MSgt, SMSgt, and CMSgt by the total authorized in grades MSgt, SMSgt, and CMSgt. In the above example, 56 divided by 50 equals 112%. Since this is below the 120% maximum allowable for MSgt, this member may be promoted. To determine if this State can promote a member to TSgt, we total the authorized and assigned figures for TSgt through CMSgt and then divide the total assigned (112) by the total authorized (90). The adjusted effective manning percentage is 124%. Since this is below the 125% maximum allowable for TSgt, this member may be promoted. These percentages must be recomputed with each promotion or demotion, each change in assigned strength, and each change in authorized strength.

# AIR FORCE INSTRUCTION 36-2618
# 1 APRIL 1999

## *Personnel*

# THE ENLISTED FORCE STRUCTURE

BY ORDER OF THE SECRETARY OF THE AIR FORCE

AIR FORCE INSTRUCTION 36-2618
1 APRIL 1999

*Personnel*

# ★THE ENLISTED FORCE STRUCTURE

## COMPLIANCE WITH THIS PUBLICATION IS MANDATORY

---

**NOTICE:** This publication is available digitally on the AFDPO Web site at: http://afpubs.hq.af.mil. If you lack access, contact your Publishing Distribution Office (PDO).

---

OPR: HQ USAF/CCC
(SMSgt Mark E. Smith)
Supersedes AFI 36-2618,
1 August 1996

Certified by: HQ USAF/CCC
(CMSAF Eric W. Benken)
Pages: 22
Distribution: F

---

This instruction defines the enlisted force structure, specifies responsibilities of each enlisted rank within the structure, and establishes a title for each rank and terms of address for Air Force enlisted personnel. It implements AFPD 36-29, *Military Standards*. This instruction establishes mandatory NCO responsibilities. Failure to execute mandatory provisions of this instruction in paragraphs **3.1.3.** and **4.1.**, by military personnel, is a violation of Article 92, Uniform Code of Military Justice (UCMJ). It applies to all enlisted members of the Air Force, Air National Guard (ANG), and Air Force Reserve Command (AFRC) personnel.

The Privacy Act of 1974 affects this instruction. Title 10, United States Code (U.S.C.), Sections 8013 and 901 give authority to collect and maintain data for this instruction. Process supplements to this instruction as shown in Air Force Instruction (AFI) 33-360, Volume 1, Table 3.2, *The Air Force Publications and Forms Management Programs—Developing and Processing Publications*. Maintain and dispose of records created as a result of processes prescribed in this publication in accordance with AFMAN 37-139, *Records Disposition Schedule.* Refer to **Attachment 1** for a glossary of references and supporting information.

# Chapter 3

# NCO RANK AND AUTHORITY

**3.1. Rank and Authority.** As members of the profession of arms, all enlisted members are sworn to support and defend the Constitution of the United States and to obey the orders of all officers appointed over them. Within enlisted ranks, NCOs take rank and precedence over all airmen and other NCOs according to rank. Within the same rank - Date of Rank (DOR), Total Active Federal Military Service Date (TAFMSD), Total Military Service Date (TMSD), and Date of Birth (DOB) determine seniority. Responsibility and accountability increase commensurate with rank. Within each rank, responsibility for leading rests on the individual who is senior in rank. This policy stems from time-honored military customs and traditions.

3.1.1. NCOs are delegated the authority necessary to exercise leadership commensurate with their rank and assigned responsibility. They are given privileges commensurate with their rank and are not assigned duties that will compromise their position.

3.1.2. NCOs carry out the orders of those appointed over them by virtue of the authority vested in their rank. This is done by effectively employing personnel, material, equipment, and other resources under their control. They represent the Air Force NCO Corps to all with whom they come in contact. Personal integrity, loyalty, leadership, dedication, and devotion to duty must remain above reproach. As an Air Force leader, manager, and supervisor, the NCO must uphold Air Force policies, traditions, and standards. The NCO should, by word and example, epitomize the Air Force as a profession and a way of life for the military and civilian communities.

3.1.3. NCOs give orders in the exercise of their duties. A willful failure to obey these orders is a violation of the Uniform Code of Military Justice (UCMJ), Article 91. Also, other failures to obey the orders of a NCO may be offenses under the UCMJ, Article 92. NCOs have apprehension authority as permitted under UCMJ, Article 7 (duty status determines ANG and AFRC authority).

# Chapter 4

# GENERAL NCO RESPONSIBILITIES

**4.1. Mandatory Requirements.** NCOs Must:

4.1.1. Consider the professional development of their subordinates as a primary responsibility. Providing career counseling to subordinates on benefits, entitlements, and opportunities available in an Air Force career. Counseling occurs in conjunction with performance feedback counseling or when an individual comes up for quality review under the selective reenlistment program. Review with each individual the Air Force Benefits Fact Sheet, and provide each individual a copy at the end of the counseling session.

4.1.2. Attain and maintain a skill level commensurate with their rank, and maintain a high degree of proficiency in their awarded specialty as outlined in their Career Field Education and Training Plan (CFETP). (AFI 36-2201, *Developing, Managing, and Conducting Training*; AFP 36-22, *Military Training*).

4.1.3. Secure and promote professional military education (PME) for themselves and subordinates to develop and cultivate leadership skills and professional development. (AFI 36-2301, *Professional Military Education*)

4.1.4. Develop and maintain a thorough understanding of supervisory techniques (AFI 36-2627, *Airman and NCO Performance Feedback System*, AFI 36-2403, *The Enlisted Evaluation System*). Apply these supervisory techniques to support mission objectives.

4.1.5. Possess a thorough understanding of Air Force standards, customs, and courtesies while maintaining exemplary standards of behavior, including personal conduct, loyalty, and personal appearance (AFI 36-2903, *Dress and Personal Appearance of Air Force Personnel*), both on and off duty. Exercising leadership by example, NCOs must be alert to correct personnel who violate military standards. (AFPD 36-29, *Military Standards*)

5.1.1.4. Master Sergeant (MSgt). MSgts function primarily in craftsman/supervisory positions as they prepare themselves for more advanced leadership and management positions. MSgts hold a 7-skill. This rank carries significantly increased responsibilities and requires a broad technical and managerial perspective. MSgt selects should enroll and complete the SNCOA course. The official term of address is Master Sergeant or Sergeant.

5.1.2. Professional Military Education (PME). SNCOs must seek every opportunity for continued professional development (by in-resident and/or correspondence). SNCOs will enhance their leadership and management skills through attendance at the SNCOA (or other service equivalent school) and must graduate before assuming the rank of CMSgt. Due to unique career/promotion policies, Air Reserve Component (ARC) MSgts and SMSgts may attend the SNCOA and may satisfy their promotion requirements through the in-resident or correspondence course. Active duty SNCOs who decline to attend the SNCOA are ineligible for promotion, denied reenlistment, and must retire, if eligible, or separate on their DOS. They are still eligible for reassignment if there is sufficient retainability to the DOS. (AFI 36-2301, *Professional Military Education*)

5.1.3. Formal Civilian Education. SNCOs should seek a well-rounded formal civilian education as an integral part of preparing for increased responsibilities. Educational programs are valuable and enhance SNCO's capabilities and value to the Air Force. SNCOs should complete those degree programs offered through the CCAF or other voluntary military-sponsored educational programs. SNCOs must understand and properly counsel individuals on their responsibilities for upgrade training while pursuing off-duty education.

5.1.4. Assignment and Utilization.

5.1.4.1. SNCOs are assigned and utilized at every level within an organization.

5.1.4.6. SNCOs must ensure enlisted members are treated fairly by all on-and off-duty agencies and activities. The SNCO must also ensure appropriate agencies are informed whenever such principles are violated and uncorrected deficiencies are reported to appropriate officials.

5.1.4.7. The SNCO must take the lead in achieving, maintaining, and enforcing Air Force standards, as well as good order and discipline. (AFPD 36-29, *Military Standards*)

**5.2. NCOs.**

5.2.1. NCO Tier:

5.2.1.1. Technical Sergeant (TSgt). TSgts are qualified to perform highly complex technical duties in addition to providing responsible supervision. They are responsible for the development of all enlisted personnel under their supervision. They must obtain maximum performance from each subordinate and ensure the product or service is of the quality necessary for total mission effectiveness. TSgts will continuously strive to broaden and perfect their professional expertise and supervisory techniques. The official term of address is Technical Sergeant or Sergeant.

5.2.1.2. Staff Sergeant (SSgt). SSgts are primarily craftsmen with certain NCO supervisory responsibilities.

Completion of their 7-skill level through upgrade training is mandatory before promotion to TSgt. SSgt supervisory duties differ from those of Technical Sergeant only in scope and span of control. SSgts strive for greater supervisory competence as they function in their technical capacity. They are responsible for their subordinates and the effective accomplishment of assigned tasks. They ensure proper and effective use of personnel and materiel. They must continuously strive to further their development as technicians and supervisors. The official term of address is Staff Sergeant or Sergeant.

5.2.2. PME. Technical Sergeants and Technical Sergeant selectees must graduate from an in-resident NCO Academy prior to assuming the rank

of Master Sergeant. ARC SSgts and TSgts may attend in-resident NCOA or complete NCOA correspondence course to satisfy their promotion requirements. Active duty NCOs who decline to attend the NCOA are ineligible for promotion, denied reenlistment, and must separate or retire, if eligible, on their DOS. They are still eligible for reassignment if they have sufficient retainability. (AFCAT 36-2223, *USAF Formal Schools Catalog*, AFI 36-2301, *Professional Military Education*, AFI 36-2606, *Reenlistment in the USAF*)

5.2.3. Formal Civilian Education. To effectively perform as a craftsman-supervisor, and provide leadership, a well rounded education is important. Personnel striving to attain the SNCO ranks should participate in both on- and off-duty education to the maximum extent possible. They should take full advantage of educational services offered through CCAF and military sponsored educational programs. NCOs must understand and properly counsel individuals on their responsibilities for upgrade training while pursuing off-duty education.

5.2.4. Assignment and Utilization. NCOs must be assigned to positions that permit use of both their supervisory and technical skills. They must, both on and off duty, demonstrate the exemplary attributes expected of dedicated professional NCOs and are charged to:

5.2.4.1. Ensure personnel and resources under their control are effectively used.

5.2.4.2. Remain alert to/and detecting adverse morale trends and initiating corrective action within their control and providing appropriate feedback to those appointed over them.

5.2.4.3. Maintain highest level of communication and rapport with subordinates, and remaining attuned to their needs.

5.2.4.4. Encourage and motivate on- and off-duty involvement in unit and installation activities by leading the way.

5.2.4.5. Ensure people are treated fairly by all on- and off-duty agencies and activities, and initiate corrective action in any instance that violates this principle.

6.2.2. PME. SrA with at least 48 months TAFMS will be scheduled to attend the Airman Leadership School (ALS). All active duty airmen must complete the in resident ALS prior to assuming the rank of SSgt (members of the ARC unable to attend an in-resident program must complete the correspondence course).

6.2.3. Formal Civilian Education. All airmen should take advantage of both on- and off-duty educational opportunities, however, military courses of instruction, including skill level upgrade, take priority. Those seeking civilian education opportunities should make obtaining a CCAF degree first priority. Attendance in on- and off-duty education programs should be handled on a case-by-case basis by the supervisor. The airman's immediate supervisor should carefully consider the impact on career progression before recommending approval.

6.2.4. Assignment and Utilization. AB, Amn, and A1C are primarily in a training status. The SrA is primarily a journeyman and can be utilized in a supervisory position upon successful completion of the ALS. Airmen placed in charge of any work activity or in charge of other airmen have the authority to issue any lawful order appropriate for the completion of their responsibilities. Failure to obey orders by those to whom their authority extends violate UCMJ, Article 92 (duty status determines ARC authority).

MICHAEL E. RYAN, General, USAF
Chief of Staff

*BY ORDER OF THE*
*SECRETARY OF THE AIR FORCE*

*AIR FORCE INSTRUCTION 51-604*

*1 OCTOBER 2000*

*Law*

# *APPOINTMENT TO AND ASSUMPTION OF COMMAND*

**COMPLIANCE WITH THIS PUBLICATION IS MANDATORY**

---

**NOTICE:** This publication is available digitally on the AFDPO WWW site at: http://afpubs.hq.af.mil.

---

OPR: HQ USAF/JAG (Maj Doug Murdock)

Certified by: HQ USAF/JAG (Mr. H. Gordon Wilder)

Supersedes AFI 51-604, 2 Jan 1997.

Pages: 16
Distribution: F

---

This instruction implements AFPD 51-6, *Civil Law for Organizational Activities*. It explains appointment to and assumption of command and tells how to determine command responsibility of and for Air Force military personnel. It applies to members and organizations in the Regular Air Force, Air Force Reserve, and Air National Guard when in federal service.

This instruction requires maintaining information subject to the Privacy Act of 1974 authorized by 10 U.S.C. § 8013 and Executive Order 9397. System of records notice F036 AF PC C, Military Personnel Records System, applies.

## *SUMMARY OF REVISIONS*

**This document is substantially revised and must be completely reviewed.**

This revision clarifies the rules for and authority of active duty officers to command Air Force organizations; further explains that civilian employees may not command; clarifies eligibility criteria for appointment to and assumption of command; extends delegation of appointment authority to commanders of Air Force components in a joint force, and clarifies the rules pertaining to appointment authority within a joint force; reinstates provisions implementing statutory restrictions on exercise of command authority by medical, dental, veterinary, and medical service officers and nurses; and provides revised guidance on the completion of AF Form 35, *Request and Authorization for Assumption of/Appointment to Command.* Word changes and reordering and renumbering of certain paragraphs have been made to clarify the text. A bar (|) indicates revisions (other than minor word changes or paragraph renumbering) from the previous edition.

## 1. Command Authority:

4.2.8. Reserve Component officers who are not on extended active duty orders cannot command organizations of the Regular Air Force. For purposes of this instruction, extended active duty is defined as a period of 90 days or more during which the Reserve Component officer is on active duty (other than for training) orders. This means only that the officer's active duty orders be for a period of 90 days or more, not that the officer have actually served for 90 days. Thus, an officer called to active duty for a 90-day period or more may be placed in command of a Regular Air Force unit on the first day of his or her period of active duty service.

4.2.8.1. Exception: The COMAFFOR or delegee may authorize Reserve Component officers not on extended active duty to command Regular Air Force units operating under the COMAFFOR's authority. This authority may be delegated to no lower than the commanders of Aerospace Expeditionary Wings (AEWs) for expeditionary units operating under their authority.

4.2.8.2. This restriction does not preclude Reserve Component officers from exercising command over Reserve Component units or personnel called to active duty under proper statutory authority.

4.2.9. Regular officers and Reserve officers on extended active duty cannot command organizations of the Air Force Reserve, unless HQ USAF/RE approves.

4.2.10. Officers prohibited to command by competent authority cannot assume command.

4.2.11. An officer who succeeds to command assumes responsibility for all orders in force at the time and for all public property and funds pertaining to that command or duty.

4.2.12. Officers restricted from command under the above provisions retain the power to give lawful orders and to exercise all the other normal incidents of officership.

**5. Command of Flying Organizations.** Flying organizations have as their primary mission flying manned aircraft, or planning and directing the employment of manned aircraft.

5.1. Only Line of the Air Force crewmembers occupying active flying positions can command flying organizations.

5.1.1. Exception: Officers from other military departments who have USAF-equivalent crewmember ratings or certifications can command consolidated flying training organizations in accordance with appropriate interservice agreements. For purposes of military justice administration, commanders of consolidated flying training units are subject to the same restrictions applicable to joint commanders under the provisions of paragraph **2.2.**, AFI 51-202.

5.2. These officers must hold a currently effective aeronautical rating or crewmember certification, and must be qualified for aviation service in the currently effective aeronautical rating or crewmember certification.

5.3. Organizations with Multiple Missions. Certain types of organizations, such as air base wings or groups, have multiple missions that include responsibility for controlling and directing flying activities or clearing aircraft for flight. These organizations are considered non-flying units; therefore, non-flying officers eligible to command can command such organizations provided that:

5.3.1. The commander of a subordinate flying organization (such as a base operations squadron) or a director of operations and training is delegated responsibility for the flying portion of the mission. If this authority is vested in a director of operations and training, that person must meet the

*BY ORDER OF THE*
*SECRETARY OF THE AIR FORCE*

*AIR FORCE MANUAL 36-8001*

*22 JANUARY 2004*

***Personnel***

# *RESERVE PERSONNEL PARTICIPATION AND TRAINING PROCEDURES*

**COMPLIANCE WITH THIS PUBLICATION IS MANDATORY**

---

**NOTICE:** This publication is available digitally on the AFDPO WWW site at: **http://www.e-publishing.af.mil.**

---

OPR: HQ ARPC/XP (Mr. James Jenkins)

Supersedes AFMAN 36-8001, 25 August 2003

Certified by: USAF/REP
(Colonel William Canny)
Pages: 110
Distribution: F

---

This manual implements AFPD 36-80, Reserve Training and Education, DoD Directives 1200.7, Screening the Ready Reserve; 1200.16, Contracted Civilian-Acquired Training (CCAT); 1205.14, Enlistment, Appointment and Assignment of Individuals in Reserve Components; 1215.5, Participation in Reserve Training Program; 1215.6, Uniform Reserve, Training and Retirement Categories; 1215.9, Initial Active Duty for Training in Reserve Component; 1215.19, Uniform Reserve, Training and Retirement Category Administration; 1235.9, Management and Mobilization of the Standby Reserve; DoD Instructions 1200.15, Assignment To and Transfer between Reserve Categories, Discharge from Reserve Status, Transfer to the Retired Reserve and Notification of Eligibility for Retired Pay; 1215.7, Service Credit for Reserve Retirement; and administers the DoD 7000.14-R, Volume 7, *Department of Defense Financial Management Regulation (Military Pay Policy and Procedures Active Duty and Reserve Pay)*; DoDI 1215.18, *Reserve Component Member Participation Requirements*. It gives guidelines for training and education activities within an Air Force Reserve unit, the Individual Mobilization Augmentees (IMA) program, and the Individual Ready Reserve (IRR). It tells how to determine Federal service points for Air Force Reserve members. Review the referenced DoD and Air Force references cited in AFPD 36-80 before using this manual. Direct questions about unit Reservists to HQ AFRC/DPM, 155 2nd Street, Robins AFB GA 31098-1635. Direct questions about the IMA or IRR programs to HQ ARPC/XP, 6760 E Irvington Pl #7500, Denver CO 80280-7500. This publication does not apply to the Air National Guard (ANG).

## *SUMMARY OF REVISIONS*

This change revises para **4.3.2.1.** only and incorporates it into **4.3.2.**

**Chapter 1—STANDARDS, TRAINING AND RETIRED CATEGORIES, AND PARTICIPATION REQUIREMENTS** 7

1.1. General Requirements. .......... 7

## Chapter 2

## ALLOWABLE FEDERAL SERVICE FOR MEMBERS OF THE USAFR

**2.1. Definition of Points.** Points are a unit of measurement of tracking a member's participation. They are also used to calculate the amount of participation for retirement purposes. The number of earned points determine a member's eligibility for retention both in Ready Reserve programs and in an Active Reserve status. Active Reserve status means any status other than an assignment to the ISLRS or the Retired Reserve Section. See AFI 36-3203, *Service Retirements*, for the minimum amount of service required for retirement.

**2.2. Crediting Points and Satisfactory Federal Service.** Award one point for each day of AD. Award one point for 4 hours of IDT, not to exceed two points per calendar day. AFIADL determines the number of study hours awarded for AFIADL courses. Award one point for each three study hours. Membership points are credited, up to 15 points (prorate points for periods less than a year) for Active Reserve status for each R/R year. Points may only be credited to the date a member actually performed the duty, except in those activities where the cumulative method is authorized.

**2.3. Maximum Points Creditable.** No more than 365 points (366 for a leap year) are creditable in 1 R/R year. Credit a combined total of no more than 90 retirement points for IDT, Advanced Distributed Learning (ADL) courses, and membership points for members whose R/R year ends on or after 30 October 2000. For members whose R/R year ends on or after 23 September 1996 no more than 75 IDT retirement points may be credited. For members whose R/R year ends prior to 23 September 1996 no more than 60 IDT retirement points may be credited. Satisfactory Federal Service cannot exceed the actual number of calendar days. Award a year of satisfactory Federal service for retirement when a member earns a minimum of 50 points (including membership points) in their full R/R year. Award a partial year of satisfactory Federal service for retirement when the member earns the minimum number of required points (including prorated membership points) during a partial R/R year (see AFI 36-3203).

**2.4. AD Points.** Points may be earned for serving on AD during peacetime or mobilization. These points are credited under other armed forces or uniformed services directives and are creditable toward Reserve satisfactory service for retirement.

**2.5. Training, Pay, and Point Activities. Table 2.1., Table 2.2.,** and **Table 2.3.** specify the training and retired categories entitled to earn points.

2.5.1. IDT points may be earned as shown in **Table 2.1., Table 2.2.,** and **Table 2.3.**

2.5.1.1. Readiness Management Periods (RMPs) are additional IDT periods which are used to improve unit readiness by providing the required and necessary training to attain and maintain designated readiness levels. RMPs are authorized for unit personnel to accomplish Reserve unit administration, training preparation, support activities, and maintenance functions. RMPs are not to be used in conjunction with distance learning, however, RMPs can be completed via telecommuting provided all work agreed upon under telecommuting guidelines fall under the parameters previously described above. RMPs are strictly voluntary and must be approved in advance by the unit commander.

2.5.1.1.1. Members are authorized to perform no more than 24 paid RMPs per FY.

*BY ORDER OF THE SECRETARY OF THE AIR FORCE*

*AIR FORCE POLICY DIRECTIVE 36-22*

*22 MARCH 2004*

*Personnel*

# *AIR FORCE MILITARY TRAINING*

**NOTICE:** This publication is available digitally on the AFDPO WWW site at: **http://www.e-publishing.af.mil.**

OPR: HQ AF/DPLT (Col Nancy E. Weaver) Certified by: AF/DP (Lt Gen Richard E. Brown III)
Supersedes AFPD 36-22, 17 Sep 93 Pages: 5
Distribution: F

This directive establishes policy for ensuring Air Force military training is available, responsive, and accessible to meet Air Force needs; incorporates the appropriate training systems and services; ensures capabilities driven requirements; and uses standardized processes to form training requirements. This policy directive implements Department of Defense (DoD) Directive 1322.18, *Military Training*, 9 January 1987, with change 1, DoD Instruction 1322.20, *Development and Management of Interactive Courseware (ICW) for Military Training*, 14 March 1991, with change 1, and DoD Directive 1430.13, *Training Simulators and Devices*, 22 August 1986. It supports the *DoD Strategic Plan for Advanced Distributed Learning (ADL)*, 30 April 1999, the *DoD Implementation Plan for ADL*, 19 May 2000, and the *DoD Strategic Plan for Training Transformation*, 1 March 2002. This policy directive interfaces with Air Force Policy Directive (AFPD) 10-2, *Readiness*, AFPD 16-5, *Planning, Programming, and Budgeting System*, AFPD 90-1, *Policy Formulation*, Air Force Instruction (AFI) 36-2201, Volumes 1 - 6, *Air Force Training Program*, Air Force Manual (AFMAN) 36-2234, *Instructional Systems Development*, Air Force Handbook (AFH) 36-2235, Volumes 1 - 13, *Information for Designers of Instructional Systems*, and AFI 36-2251, *Management of Air Force Training Systems*.

## *SUMMARY OF REVISIONS*

This revision updates the Policy Directive to incorporate strategies needed to meet the needs of the Air Force through 2010 and beyond. Revisions include: adding paragraph 1.2., 1.6., 2.4.2., 2.5.2.; moved paragraph **1.** to the foreword and paragraph **4.** terms to **Attachment 1**; deleted reporting requirements in paragraph **3.3.** and the metrics. Expanded policy area to add clarification and included DoD policy on training technology training development programs.

**1.** The full spectrum of air and space capabilities stems from the collective abilities and expeditionary mindset of our total force. At the core of the Air Force expeditionary forces, is a superior military training regimen that prepares our men and women to have the right skills and capabilities to be flexible and responsive to changing missions requirements and world event scenarios. The Air Force military training program is a critical component to the success of Air Force expeditionary forces and the security of our nation. The Air Force military training system ensures accurate, timely, relevant, and efficient training is

3.5.2. Leverage appropriate technologies to provide the highest quality training, anywhere, anytime, in an efficient and cost-effective manner. The system must support force development by enhancing the delivery of quality training, education, and experience across the Total Force.

3.6. Commanders at all levels identify training requirements. They determine the priorities for training requirements to include learning technology infrastructure and/or development, and systematically address shortfalls in resources to support those requirements.

**4.** This Air Force Policy Directive applies to all Air Force activities, including Air Force Reserve Command (AFRC) and Air National Guard (ANG) units.

JAMES G. ROCHE
Secretary of the Air Force

*BY ORDER OF THE SECRETARY OF THE AIR FORCE*

*AIR FORCE POLICY DIRECTIVE 36-23*

*27 SEPTEMBER 1993*

*Personnel*

# *MILITARY EDUCATION*

---

**NOTICE:** This publication is available digitally on the SAF/AAD WWW site at: http://afpubs.hq.af.mil. If you lack access, contact your Publishing Distribution Office (PDO).

---

OPR: HQ USAF/DPPE
(Lt Col William R. Berger)

Certified by: HQ USAF/DPP
(Brig Gen Charles R. Heflebower)
Pages: 8
Distribution: F

---

**1.** Military education programs expand knowledge and increase one's understanding of the role of aerospace power in war. This directive establishes policies to ensure these programs are available to Air Force people.

**2.** Officer professional military education (PME) programs improve warfighting knowledge and skills and prepare officers to assume higher levels of command, staff, and operational duties and responsibilities.

**3.** Air Force officers are expected to complete the level of PME appropriate to their rank, responsibility, and career progression.

**4.** The Air Force designates the best qualified officers to attend resident PME.

**5.** The Air Force enlisted PME program strengthens the ability of enlisted members to lead and manage.

**6.** Air Force enlisted members will complete the appropriate level of resident PME before promotion. Air Reserve Component personnel will complete the appropriate level of resident or nonresident PME before promotion.

**7.** The Air Force provides advanced academic education to prepare officers to perform the duties of a specifically designated position (or to meet the needs of a particular career field).

**8.** The Air Force provides continuing education in specialized areas to fill requirements established by career field functional managers.

**9.** The Air Force provides quality voluntary educational opportunities, monitored by the Quality Education System, designed to complement the professional development of military and Department of

***BY ORDER OF THE CHIEF, NATIONAL GUARD BUREAU***

***AIR NATIONAL GUARD INSTRUCTION 36-2002***

***1 MARCH 2004***

***Personnel***

# *ENLISTMENT AND REENLISTMENT IN THE AIR NATIONAL GUARD AND AS A RESERVE OF THE AIR FORCE*

**COMPLIANCE WITH THIS PUBLICATION IS MANDATORY**

---

**NOTICE:** This publication is available digitally on the AFDPO WWW site at: **http://www.e-publishing.af.mil.**

---

OPR: ANG/DPFOM (SMSgt Thomas Pague)
Supersedes ANGI 36-2002, 2 November 2003

Certified by: ANGRC/CV (Col D. Larrabee)
Pages: 126
Distribution: F

---

This instruction implements Air Force Policy Directive (AFPD) 36-20, *Accession of Air Force Military Personnel.* This instruction prescribes the eligibility requirements and procedures for enlisting and reenlisting in the Air National Guard (ANG) and as a Reserve of the Air Force. The records established by this instruction are to be included in the Air Force Military Personnel Records system that is authorized under Title 44 United States Code (USC) 3101. Use of the social security number (SSN) is authorized by Executive Order (EO) 9379, 27 November 1943. The Privacy Act of 1974 affects this instruction. Each form that is required by this instruction contains a Privacy Act statement, either incorporated in the body of the document or in a separate statement accompanying it.

## *SUMMARY OF REVISIONS*

**This document is substantially revised and must be completely reviewed.**

Changes were made to **Table 1.6.**. Grade Determination for Non-Prior Service Enlistees., Rule 5., paragraph **A2.1.5.**, and paragraph **A7.2.4.**, to reflect proper information. Also, Air Force Forms and National Guard Bureau (NGB) Forms have been changed to reflect that they are now Information Management Tools (IMTs).

**Chapter 1—QUALIFICATIONS AND CRITERIA FOR ENLISTMENT** 5

1.1. Preliminary Screening. ........ 5

1.2. Air National Guard Enlistment Authority. ........ 6

1.3. Enlistment/Reenlistment Waiver Authority. ........ 6

1.4. Citizenship Requirement. ........ 6

1.5. Physical Standards. ........ 7

1.6. Age Requirements for Enlistment. ........ 8

**Table 1.5. Terms of Enlistment**

| R U L E | A<br>If the applicant is | B<br>Possesses an MSO? | C<br>Then enlist for: |
|---|---|---|---|
| 1. | Non-prior service | Yes | 6 years (Note 1.) |
| 2. | Prior service | Yes/No | 3 or 6 years (Notes 2. thru 6.) |

***NOTES:***

1. The remaining two years of an eight year Military Service Obligation (MSO) will be served as a member of the Obligated Reserve Section (ORS), in accordance with AFI 36-2115, Chapter 5, Paragraph 5.3.1.1, Table 5.1., Rule 38.
2. AFI 36-3205, applies to the enlistment of PALACE CHASE applicants. The term of enlistment is a minimum of twice the length (years, months, and days) of the unfulfilled AD service commitment or term of enlistment, but may neither be less than one nor more than 6 years. Members who physically relocate from another state may enlist for the remaining years, months, and days of the unexpired PALACE CHASE contract, but not less than one year.
3. At the commander's discretion, ANG members from another state may be enlisted for years, months, and days to complete the time remaining on their current enlistment contract, but not less than one year.
4. Member enlisting in an AFSC which requires formal training and in which they are not qualified must enlist for a minimum of three years and agree to attend technical training unless a classification waiver is obtained.
5. Prior service applicants who have never been members of the ANGUS are eligible for a one year enlistment, and this applies only to an initial ANG enlistment. Applicants retraining into a career field with a mandatory technical training school are not eligible for this enlistment.
6. Rules reflect minimum terms required for examples above, and may not apply for other programs such as incentives, Montgomery G.I. Bill (MGIB), etc.

# Chapter 4

## REENLISTMENT, EXTENSION AND STATE-TO-STATE TRANSFERS

**4.1. Voluntary Reenlistment or Extension of Enlistment.** When an individual desires to continue in his/her ANG status without a break in service, they may request to reenlist or extend their current enlistment. This request will be initiated by the member to their commander. No individual will be reenlisted or extended without the concurrence of the commander. A commander may approve or deny reenlistment or extension to any member of their command. Continued retention in the ANG is a command prerogative and is not an inherent right of any individual.

4.1.1. Extensions will be for a minimum period of 6 months and a maximum period of 4 years per extension. More than one extension is authorized on a current enlistment contract. However, the total of all such extensions on the current enlistment contract will not exceed four years. (Title 10 USC 509) Exceptions to this rule not listed in **Table 4.2.**, require approval by ANG/DPFOM. Retention beyond age 60 is not authorized except under paragraphs **4.1.3.** or **4.1.4.**, below. Extensions will be accomplished in four copies using the NGB 66, *Extension of Enlistment in the Air National Guard and as a Reserve of the Air Force.*

4.1.2. The terms of reenlistment within the ANG may be for a period of 3, 4, 5, or 6 years. (see **Table 4.3.**)

4.1.3. A member may not extend an enlistment/reenlistment to qualify for the ANG Incentive Program.

4.1.4. An individual who will not be qualified for retirement under Chapter 67, Title 10, USC upon reaching age 60, but will qualify before attaining age 62, and is otherwise qualified for retention, may be extended for the number of years, months, and days required to qualify for retirement. This provision applies only when a waiver for retention beyond age 60 in accordance with this instruction was granted by ANG at the time of enlistment. Otherwise action will be taken to affect the discharge of the member at the end of their current enlistment. This type of extension request will be forwarded to ANG/DPFOM for final action.

4.1.5. Retention beyond age 60 is not authorized if a member is then qualified for retired pay under Chapter 67, Title 10, USC Exceptions for extensions beyond age 60 for retirement eligible members for the purpose of qualifying for a technician annuity will be approved on a case by case basis by ANG/DPFOM. The Human Resources Office (HRO) at State Headquarters will indorse waivers of this nature.

4.1.6. Members who are hospitalized, temporarily physically disqualified, or pending a medical/physical evaluation board, may be extended beyond age 60. Justification for extension should be submitted through the unit commander to TAG, in letter format. Request must include, as a minimum, synopsis of the problem, prognosis, and anticipated get well/completion date. The synopsis must be from a military provider.

4.1.7. Members enrolled in Phase I (not making satisfactory progress) and while on the 90-Day Health Improvement Period (HIP) in accordance with ANGI 40-502, at ETS will not be permitted to reenlist. Waivers may be granted by TAG for a period not to exceed the time it will take to achieve the maximum allowable weight/body fat measure standard at the established rate of weight loss (mini-

***BY ORDER OF CHIEF,***
***NATIONAL GUARD BUREAU***

***ANGI 36-2502***
***25 August 2000***

***Personnel***

# *PROMOTION OF AIRMEN*

This instruction provides guidelines and establishes rules for the promotion of airmen in the Air National Guard (ANG), applies to all ANG enlisted members, and proposed supplements are to be submitted to ANG/DP for review.

## *SUMMARY OF REVISIONS*

This is the second publication of ANGI 36-2502, and supersedes ANGI 36-2502, 15 October 1993. It reorganizes the instruction in a chapter format and updates references to law, instructions, office symbols and AFSCs. Provides clarification under the Deserving Airman Promotion Program, that airmen in retraining status are not eligible for promotion under this provision. Incorporates Active Guard/Reserve (AGR) promotion criteria to include guidance on promotion of category one AGR members. Provides clarification on promotions of recruiters. Changes Table "Requirements for Promotion," Table 2.1. in this publication, and Notes to accommodate those seeking promotions to SrA who are attending lengthy formal training and have not had sufficient time or training to upgrade to the appropriate skill level. Modifies Note "Time-in-service computations…," Note 2 in this publication, to include time frames when USAF delayed enlistment program is considered to be creditable service. Changed requirements in Table "Supplemental Mandatory Requirements for Deserving Airman Promotions," Table 2.2. in this publication, for MSgt from 240 months (20 years of satisfactory service) to 216 months (18 years of satisfactory service). The attachment changes grade ceilings to 125% for TSgts and 120% for MSgts. A * indicates revision from the previous edition.

## Chapter 1

## PROMOTION CRITERIA

**1.1. Who May Promote Airmen.** The authority to promote ANG airmen as Reserves of the Air Force is delegated to the State Adjutant General IAW policies and procedures established by this instruction and its supplements. Each State Headquarters must monitor unit promotions to the grades of TSgt through CMSgt (see attachment) to ensure that the State does not exceed the manning percentages prescribed in ANGI 36-2101, *Assignments Within the Air National Guard*. The authority to promote airmen serving under 10 USC 12310 (Statutory Tour) rests with the Director, ANG and may be further delegated, in conjunction with state approval.

1.1.1. The authority to promote through the grade of TSgt may be delegated to subordinate unit commanders.

Supersedes: ANGI 36-2502, 15 October 1993
OPR: ANG/DP (CMSgt R. VanSciver)

Certified by: NGB/CF
Pages 10/Distribution: F

1.1.2. Prior to promotion to any grade, the immediate commander must first recommend the airman. This recommendation must be based on a period of time sufficient to permit a substantive evaluation of the airman's total performance. An essential part of this evaluation includes the airman's attendance at Unit Training Assemblies (UTA) and annual training. Before recommending promotion, the commander must also ensure that the airman's duty performance and training progress clearly warrant the promotion. In the Noncommissioned Officer (NCO) grades, particular emphasis must be placed on supervisory and leadership potential as well as previously demonstrated technical skills.

1.1.3. Commanders should hold ceremonies appropriate to the grade to which the airman has been promoted. Such activities will not be conducted prior to the effective date of the promotion.

**1.2. Eligibility Factors:**

1.2.1. Table 2.1. provides objective criteria that must be satisfied before the airman is recommended for promotion. To assist commanders in selecting nominees for promotion, each Adjutant General may expand this criteria to provide an additional basis for comparison and evaluation.

1.2.2. Airmen may not be promoted more than one grade at a time, except if promoted to SSgt to attend a commissioning program or as authorized upon graduation from high school IAW ANGI 36-2002, *Enlistment and Reenlistment in the ANG and as a Reserve of the Air Force*.

1.2.3. In each state, promotions are limited to the grade ceilings specified in ANGI 36-2101. A promotion that will cause a state to exceed the grade ceiling is not authorized. Care must be exercised so that promotions under the Deserving Airman Promotion Program (paragraph 2.2.) do not prevent the promotion of deserving NCOs occupying valid vacancies. A well-conceived and carefully executed force management plan is essential, if promotion opportunities are to be equitably distributed.

1.2.3.1. The individual must possess an awarded PAFSC at the appropriate skill level (Table 2.1., Column B). This requirement does not apply to members assigned to First Sergeant positions, AFSC 8F000.

1.2.3.2. The manning levels for CMSgt and SMSgt, as defined in ANGI 36-2101, are designed to accommodate individuals who were promoted under the unit vacancy promotion system and whose UMD position grades were later reduced by unit reorganization or other UMD change.

1.2.4. Military duty personnel (Title 32 USC 502(f)) may not be promoted above the maximum Unit Manpower Document Active authorized grade or the military duty grade authorized using the AGR/Military Technician Grade Comparability Table in ANGI 36-101, *The Active Guard(AGR)/Reserve Program*, Atch 3. In addition, the State must have an AGR grade ceiling authorization available to accommodate promotions to SMSgt and CMSgt.

1.2.5. ANGI 36-2101 establishes service commitments, which are incurred upon promotion to one of the top three enlisted grades. Airmen promoted to a grade below MSgt do not incur service commitments. (See Table 2.1., Notes 6 & 7.)

**1.3. Conditions Which Make Airmen Ineligible for Promotion.** An airman is not eligible for promotion if he/she:

1.3.1. Fails to meet the weight/body fat standards prescribed in ANGI 40-502, *The Weight and Body Fat Management Program.*

1.3.2. Has a medical profile of 4P and is not qualified for worldwide duty. However, members who have been found fit for duty, but non-deployable (DAC 42) are eligible for promotion.

1.3.3. Is not recommended for retention by the unit commander.

1.3.4. Declines in writing to reenlist or extend.

1.3.5. Is an unsatisfactory participant as defined in AFI 36-3209*, Separation and Retirement Procedures for Air National Guard and Air Force Reserve Members.*

1.3.6. Is undergoing administrative demotion action under ANGI 36-2503, *Administrative Demotion of Airmen*.

1.3.7. Has requested voluntary retirement or separation (including joining another military component).

1.3.8. Is in an excess status. Members in an excess status may not be promoted above the grade of SSgt (E-5).

1.3.9. Is being processed or considered for involuntary separation under AFI 36-3209.

**1.4. Administrative Procedures:**

1.4.1. Unit commanders will forward their recommendation through their servicing Military Personnel Flight (MPF) to the promotion authority. This allows sufficient lead-time for administrative processing for promotion recommendation.

1.4.2. Promotions are announced via AF Form 2096, *Classification/On-The-Job Training Action,* or composed special orders published by the MPF or other orders issuing authority.

1.4.3. The effective date of promotion is the date of the promotion order or AF Form 2096.

1.4.4. The date of rank (DOR) of an airman promoted to a grade not previously held is the effective date of the promotion.

1.4.5. The DOR of airmen previously demoted as a result of a voluntary change of assignment will be adjusted upon promotion to give credit for previous time satisfactorily served in that grade. For example, a prior MSgt who voluntarily accepted demotion to SSgt would have his or her date of rank adjusted to give credit for previous time upon promotion again to TSgt and MSgt.

1.4.6. Promotion orders authorized by a commander without promotion authority or for a member who is later found to be ineligible for the promotion will be revoked only upon specific approval by the Adjutant General. In such cases, determination must be made that the facts clearly and unmistakably show the original promotion order was without basis of authority. The revocation order will be worded as follows:

> Paragraph __________, Special Order _________________, this headquarters, dated __________, purporting to promote (name and service number of the airman concerned) has been determined by the Adjutant General of (State/Territory) to be without original basis of authority, is null and void, and is hereby revoked.

1.4.7. Administrative procedures for effecting the promotion of ANG airmen will be as prescribed by the Adjutant General. As a minimum, these procedures will include verification of eligibility by the servicing MPF, review of Unit Personnel Management Roster (UPMR) to identify positions being downgraded or deleted, and verification of adjusted effective manning percentage as prescribed in the attachment. Promotion records will be maintained in accordance with AFMAN 37-139, *Records Disposition Schedule.*

1.4.8. Promotions are effective on a stated date (usually the date of the promotion order or AF Form 2096) and may not be retroactively granted. Every caution must be taken to prevent administrative errors. If an error/oversight occurs, the only means available to correct the effective date of the promotion is an appeal to the USAF Board for Correction of Military Records (per AFI 36-2603).

## CHAPTER 2

## ANG Promotion Programs

**2.1. Unit Vacancy Promotion.** A unit vacancy must exist in the specific AFSC in the grade to which promotion is contemplated, and the individual must be the sole occupant of that valid manpower position. For the purpose of this instruction, a unit vacancy is a personnel assignment condition in which the total number of valid manpower positions in a unit (by AFSC and grade) does not exceed the number of personnel assigned to a unit in the same AFSC and grade (to include overgrade assignments in a higher grade in the same AFSC).

**2.2. Deserving Airman Promotion Program.** Qualified deserving airmen may be promoted to MSgt or TSgt without regard to position vacancy. However, promotions resulting from this program must be within the manning constraints of ANGI 36-2101. Only airmen who have demonstrated their potential to perform in the higher grade based on criteria outlined in Chapter 1 may be promoted. A deserving airman promotion is not a reward for past service, nor is it authorized solely due to an airman's attainment of the minimum eligibility requirements. The limited number of opportunities available under this program requires each commander to objectively evaluate and rank order all nominees so that only truly deserving airmen are promoted. All of the following non-waiverable criteria must be met:

2.2.1. The airman must be the sole occupant of a UMD position with an authorized grade identical to their current grade (e.g., a TSgt being considered for deserving airman promotion to MSgt must be the sole occupant of the TSgt position). Upon promotion, the airman must be assigned to the first available position that will resolve the overgrade status.

2.2.2. The airman must be fully qualified in the DAFSC to which assigned.

2.2.3. The promotion must not result in the airman becoming senior in grade to their immediate supervisor.

2.2.4. The airman must meet the requirements listed in Table 2.2. in addition to those in Table 2.1.

*2.2.5. Airman in retraining status are ineligible for promotion under this program.

***2.3. AGR Deserving Airman Promotion Program Criteria.**

*2.3.1. The AGR members must meet the minimum deserving airman promotion program criteria.

*2.3.2. Airmen promoted to MSgt must have a minimum of 18 years of total active federal military service (TAFMS).

*2.3.3. Airmen promoted to MSgt will be overgrade for a period not to exceed 24 months from the date of promotion. At the end of this 24-month period, they must be reassigned to both a full-time and military position commensurate with their grade. Exceptions or waivers to this will not be considered.

*2.3.4. Airmen promoted to TSgt must have minimum of 12 years of TAFMS.

*2.3.5. AGR personnel who are unable to be reassigned to both a full-time and military position commensurate with their grade, are either voluntarily demoted or separation/retirement action will be required. Exceptions or waivers will not be considered.

**2.4. Officer Training Program Promotions.**

2.4.1. Airmen accepted for the Academy of Military Science (AMS) or the Initial Flight Training (IFT) will be promoted to SSgt without regard to Table 2.1. requirements or UMD authorization. Such promotion will be effected 15 days before class entry date. An airman who is not commissioned will be demoted to their previously held grade concurrent with termination of student status IAW ANGI 36-2503.

2.4.2. Airmen entering the AFROTC Professional Officer Course (POC) phase of training in the junior year of college will be promoted to SSgt effective on the date of their enrollment in POC. An airman who is disenrolled from the AFROTC will be demoted as in 2.4.1.

**2.5. Retraining Promotion Program**. An airman who is retraining may be promoted on the basis of their currently held PAFSC, subject to the following:

2.5.1. The airman must be fully qualified for retraining and be accepted by the unit commander into a valid vacant UMD position and the airman must be the sole occupant of the position. In addition, the overall unit manning in the Air Force Specialty into which retraining, must not exceed 100 percent, including the airman.

2.5.2. The airman must sign the following statement that will be attached to the commander's promotion recommendation. A copy of the statement must be furnished for OJT and personnel records.

> I acknowledge that I must qualify for award of the AFSC skill level which is necessary to support my grade in the career field into which I am retraining. If I fail to qualify for award of the AFSC within the time limits established by the commander, I will be demoted to my previously held grade.

2.5.3. Airmen promoted under this provision will retain the grade if, for reasons beyond their control, (e.g., unit reorganization or conversion) the AFSC into which they have retrained is deleted. If an airman voluntarily leaves the AFSC in which being retrained, is reassigned by a commander for performance related reasons, or is separated before attaining the required grade/skill relationship; the member will be demoted to the previously held grade in accordance with ANGI 36-2503.

**2.6. Promotion to CMSgt and SMSgt.** NCOs will not be promoted to CMSgt or SMSgt unless assigned to a position in which a valid unit vacancy exists, with the following exception. Commanders may assign and promote replacements for traditional guard members and full-time personnel up to 24 months prior to separation under the following conditions:

2.6.1. This policy applies only to E-8/E-9 positions and the original incumbent must hold the requisite grade.

2.6.2. The original incumbent will become excess immediately upon the assignment of the replacement; the length of excess condition will be established by the commander but will not exceed 24 months.

2.6.3. The excess member may not be a full-time employee (the replacement may be).

2.6.4. Promotion of the replacement to SMSgt or CMSgt is authorized provided the member meets all other criteria for promotion and the promotion will not cause the state to exceed 100% in that grade.

2.6.5. The excess member must acknowledge, in writing, that the excess condition is limited to 24 months and that further retention is contingent upon assignment to a vacant position commensurate with his or her grade.

2.6.6. Entry and update of excess codes will be managed by ANG/DP in conjunction with review of the statement of understanding provided by the excess member and promotion eligibility of the replacement. Requests for update should be forwarded to ANG/DP with the signed statement of understanding and the replacement member's name and SSAN.

2.6.7. States are to maintain CMSgt and SMSgt manning levels at or below the authorized grade ceiling regardless of the assignment status of personnel in these grades.

**2.7. Recruiter Promotion Criteria.**

2.7.1. Because of the various ranks eligible to serve in Special Duty Identifier (SDI) 8R000, it is possible to promote a recruiter without regard to the PAFSC skill level, from SSgt to TSgt or above, while they are assigned to the SDI.

*2.7.2. The member's unit commander which recommends the recruiter for promotion to TSgt, MSgt, SMSgt, will certify that the member is 7-skill level (9 level in the case of SMSgt) equivalent qualified in the SDI. Completion of 8R000 CFETP and applicable STS will serve as certifying documents for member's skill level.

2.7.3. Future assignment actions regarding a recruiter, or former recruiter promoted under these circumstances, should not hinder promotion opportunities.

2.7.4. Once reassigned, the promotability of the member may be considered under the Retraining Promotion Program outlined in paragraph 2.5.

***Table 2.1. Requirements for Promotion.**

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| **RULE** | **AT TIME OF RECOMMENDATION FOR PROMOTION TO (Note 7)** | **REQUIRED PAFSC (Note 1)** | **TIS OF AT LEAST (Note 2)** | **TIG OF AT LEAST (Notes 3 and 4)** | **MUST HAVE SATISFACTORILY COMPLETED THE FOLLOWING PME REQUIREMENTS (Note 5)** | **ON THE EFFECTIVE DATE OF PROMOTION MET THE FOLLOWING RETAINABILITY REQUIREMENTS FOR SERVICE IN THE ANG (Note 6)** |
| **1** | E-2 (AMN) (Note 4) | 3-skill level | 6 months | 6 months (Note 4) BMT | None | None |
| **2** | E-3 (A1C) (Note 4) | 3-skill level | 6 months | 6 months (Note 4) | None | None |
| **3** | E-4 (SrA) | 3-skill level | 6 months (Note 4) | 6 months | None | None |
| **4** | E-5 (SSgt) | 5-skill level (or 3-level when no level exists in the AFS) | 48 months (4 years) | 24 months | Mandatory: Airman Leadership School by correspondence or in residence. (The NCO Preparatory Course or NCO Leadership School meets this PME requirement) | None |
| **5** | E-6 (TSgt) | 7-skill level | 72 months (6 years) | 24 months | None | None |
| **6** | E-7 (MSgt) | 7-skill level | 108 months (9 years) | 24 months | Mandatory: In residence NCO Academy or by ECI Course 6 | AGR – 24 months<br><br>All others – 12 months |
| **7** | E-8 (SMSgt) | 7-skill level | 156 months (13 years) | 24 months | Mandatory: In residence Sr NCOA or by ECI Course 5 or 8 | 24 months |
| **8** | E-9 (CMSgt) | 9-skill level | 204 months (17 years) | 24 months | | 24 months |

***NOTES:***

1. Before being recommended for promotion, the airman must hold a PAFSC at the skill level appropriate for the grade to which being promoted. The only exceptions are as follows:

1.1. AFI 36-2113, *The First Sergeant*, limits First Sergeant assignments to MSgt and above or MSgt selectees. TSgts selected as First Sergeants will be promoted to MSgt under the provisions of paragraph 2.5., Retraining Promotion Program, before attending the First Sergeant Academy. They must attend and successfully complete the First Sergeant Academy within one year of appointment as First Sergeant. Failure to meet this requirement will result in demotion IAW ANGI 36-2503.

1.2. The Adjutant General may grant a grade/skill level waiver for an Amn, AlC, or SrA when all requirements for award of an AFSC have been met, with the exception of the appropriate security clearance. The necessary request for an investigation must have been initiated at the Defense Investigative Agency (DIA), as evidenced by the appropriate Automated Security Clearance Accounting System notice.

*****2. Time-in-service computations for all promotions will be based on satisfactory years of service for retirement. This may include active duty, active duty enlisted service in a reserve component, or inactive duty in a reserve component. Inactive service in a regular component (USAF delayed enlistment program) is creditable service during the following periods, anything prior to 1 Jan 85, and anything after 31 Dec 92 is creditable. Periods of service in the USAF delayed enlistment program from 1 Jan 85 thru 31 Dec 92 is not creditable service. Service in a commissioned or warrant officer status will not be used to satisfy this requirement for promotion to SMSgt and CMSgt. Promotion to these grades requires eight years and ten years, respectively, of cumulative, satisfactory enlisted service (TEMSD) in addition to total TIS requirements (37 USC 201(e), 38 Comptroller General 598).

3. Only satisfactory years of service for retirement may be used to meet time-in-grade requirements. Time-in-grade requirements for airmen who have been demoted will be computed from the date of rank established at the time of demotion.

*4. Compute all time-in-grade from date of entry on Initial Active Duty Training (IADT). An ANG unit commander may promote an ANG airman on IADT through the grade of AlC without a 3-level AFSC. Additionally, A1C assigned to a specialty requiring lengthy formal training and who have not had sufficient time or training to upgrade to the appropriate skill level due to the length of the formal school, may be promoted without a 3-level AFSC. Furthermore, the individual's military and scholastic records must be satisfactory. A lengthy formal school is defined as technical training that is in excess of 139 days.

5. Relationship between Air Force Enlisted PME and other PME.

5.1. Before 1970, MAJCOMS were given the authority to award PME credit to graduates of certain other services schools. The MAJCOM was to ensure that the course met Air Force content and length standards. PME credit awarded for other service resident schools before 1970 is valid and should be retained in member's records.

5.2. Since 1970, PME credit is authorized only for graduation from a certified Air Force NCO Preparatory course, Airman Leadership School or NCO Academy.

5.3. Senior NCOs who complete the US Army Sergeants Major Academy or the US Navy Senior Enlisted Academy are credited with completion of senior level enlisted PME.

5.4. Enlisted personnel who were formerly officers are not exempt from any enlisted PME course.

6. On promotion to CMSgt, SMSgt, or MSgt, members incur a service commitment as prescribed in ANGI 36-2101. Extend the member's enlistment IAW ANGI 36-2002. This action will coincide with the effective date of promotion. Members, who are unable to extend for the required period of time, or refuse to extend for any reason, are disqualified for promotion.

7. If the member is on AGR status, see ANGI 36-101 for further guidance.

***Table 2.2. SUPPLEMENTAL MANDATORY REQUIREMENTS FOR DESERVING AIRMAN PROMOTIONS.**

| For promotion to the grade of | The minimum time in service is | and the minimum current ANG service is |
|---|---|---|
| TSgt | 144 months (12 satisfactory years) | 24 months |
| MSgt | 216 months (18 satisfactory years) | 36 months |

***NOTE:***

The term "satisfactory year" means a year in which the airman has earned a minimum of 50 points to qualify as a satisfactory year for retirement.

**PAUL A. WEAVER, JR.**
**Major General, USAF**
**Director, Air National Guard**

**OFFICIAL**

**DEBORAH GILMORE**
**Chief**
**Support Services**

**Attachment**
**Instructions for Computing Top Four NCO Promotion Opportunities**

**Attachment**

**INSTRUCTIONS FOR COMPUTING TOP FOUR NCO PROMOTION OPPORTUNITIES**

Use the following matrix to compute the promotion opportunities for your State. The authorized/assigned figures below are for example only and simply demonstrate the arithmetic process. Replace these figures with current authorized/assigned strengths by grade in your State, including all overgrades and excesses.

***Table. Sample Matrix for State.**

| GRADE | AUTHORIZED | ASSIGNED | ALLOWABLE % (ANGI 36-2101) | ADJUSTED EFFECTIVE MANNING PERCENTAGES |
|---|---|---|---|---|
| CMSgt | 10(a) | 8(b) | 110 | 80% (b divided by a) |
| SMSgt | 15(c) | 18(d) | 110 | 104% total of b+d (26) divided by total of a+c (25) |
| MSgt | 25(e) | 30(f) | 120 | 112% total of b+d+f (56) divided by total of a+c+e (50) |
| TSgt | 40(g) | 56(h) | 125 | 124% total of b+d+f+h+(112) divided by total of a+c+e+g (90) |

To determine if the State in this example can promote a member to MSgt, divide the total number assigned in grades MSgt, SMSgt, and CMSgt by the total authorized in grades MSgt, SMSgt, and CMSgt. In the above example, 56 divided by 50 equals 112%. Since this is below the 120% maximum allowable for MSgt, this member may be promoted. To determine if this State can promote a member to TSgt, we total the authorized and assigned figures for TSgt through CMSgt and then divide the total assigned (112) by the total authorized (90). The adjusted effective manning percentage is 124%. Since this is below the 125% maximum allowable for TSgt, this member may be promoted. These percentages must be recomputed with each promotion or demotion, each change in assigned strength, and each change in authorized strength.

*BY ORDER OF THE CHIEF,*
*NATIONAL GUARD BUREAU*

*AIR NATIONAL GUARD*
*INSTRUCTION 36-2504*

*28 JULY 2004*

*PERSONNEL*

# *FEDERAL RECOGNITION OF PROMOTION IN THE AIR NATIONAL GUARD (ANG) AND AS A RESERVE OF THE AIR FORCE BELOW THE GRADE OF GENERAL OFFICER*

**COMPLIANCE WITH THIS PUBLICATION IS MANDATORY**

---

**NOTICE:** This publication is available digitally on the AFDPO WWW site at: **http://www.e-publishing.af.mil.**

---

OPR: ANG/DPFOO (Maj M. Law)
Certified by: ANGRC/CV (Lt Col S. Wassermann)
Supersedes NGRAF 36-4, 1 February 1992
Pages: 44
Distribution: F

---

This instruction prescribes policies and eligibility requirements for Federal recognition of officer promotions in the Air National Guard (ANG) and as a Reserve of the Air Force below the grade of brigadier general. It implements appropriate provisions of Title 10 and 32 United States Code (USC), The Reserve Officer Personnel Management Act (ROPMA), and AFI 36-2504, *Officer Promotion, Continuation and Selective Early Removal in the Reserve of the Air Force*, as applicable to the ANG. Requests for changes to this instruction must be sent to ANG, Directorate of Diversity, Personnel, and Training (ANG/DP), 1411 Jefferson Davis Highway, Arlington, VA, 22202-3231. Copies of state supplements to this instruction must be provided to ANG/DP.

## *SUMMARY OF REVISIONS*

This instruction is a complete revision of NGR (AF) 36-4, and incorporates significant statutory changes as a result of ROPMA, as well as policy changes directed by the Chief, National Guard Bureau (CNGB), in order to enhance officer promotion processes for members of the ANG. This revision establishes Date of Rank as the statutory terminology synonymous with Promotion Service Date, Effective Date of Rank as synonymous with Promotion Effective Date, voluntary and involuntary promotion delay process, Certificate of Eligibility process for promotion to the rank of colonel, Time-in-Grade as the sole years of service indicator for mandatory Reserve Officer Promotion Board (ROPB) promotions, automated promotion requests, and Squadron Officer School in-residence professional military education (PME) equivalents. Abolishes Total Years Service Date as a mandatory eligibility requirement for mandatory ROPB.This document is substantially revised and must be completely reviewed

**Chapter 1—GENERAL INFORMATION/POLICY** 4
1.1. Promotion Program Objectives. .......... 4
1.2. Promotion Policies. .......... 4

2.5.2.3.2. The President again removes the officer's name from the report or the Secretary of Defense removes the name from the list.

2.5.3. Effect of Twice Failing Promotion to Captain, Major, or Lieutenant Colonel. ANG State Headquarters separates and reassigns twice-deferred officers according to AFI 36-3209.

2.5.3.1. A first lieutenant, twice deferred for promotion to captain, will be separated from the ANG not later than the first day of the seventh month after the month the President approved the board report of the board that considered the officer for the second time.

2.5.3.2. A captain, twice deferred for promotion to major and not in a continued status, will be separated from the ANG not later than the first day of the seventh month after the month the President approved the board report of the board that considered the officer for the second time.

2.5.3.3. A major, twice deferred for promotion to lieutenant colonel and not in a continued status, will be removed from the RASL on the first day of the month after the month the officer completes 20 years of commissioned service or if the officer already has 20 years of commissioned service, the officer will be separated from the ANG not later than the first day of the seventh month after the month in which the President approved the board report of the board that considered the officer for the second time.

2.5.3.4. Officers, who on the date prescribed for reassignment, separation, or transfer from an active status, as required above, are entitled to be credited with at least 18 but less than 20 years of satisfactory service for Reserve retirement, will not be involuntarily reassigned, separated, or transferred from an active status before meeting the requirements specified in Title 10 USC, Section 12646. Officers who, on the date prescribed for release from active duty (other than for training) as required above, are entitled to be credited with at least 18 but less than 20 years of active duty for retirement, will not be involuntarily released from active duty (other than for training) before becoming eligible for an active duty retirement, or as otherwise specified in Title 10 USC, Section 12686.

**2.6. Voluntary Delay of Promotion.** Due to circumstances beyond an officer's control, the officer may be unable to accept a promotion IAW AFI 36-2504, Chapter 8. An officer may apply for a voluntary delay of promotion in one-year increments for a total of three years from the officer's original DOR. Each one year delay requires separate action and approval. An officer must apply for the voluntary delay of promotion before a delay may be approved. The application must be approved through the appropriate channels before the Date of Rank. The officer must complete an AF IMT 3988, Application for Voluntary Delay, Acceptance, or Declination of Promotion, and submit to unit commander. The unit commander will forward the form through command channels to the State Adjutant General for approval. SAF delegates the authority to CNGB, who, in turn, delegates it to the Adjutant Generals (TAGs). State headquarters must forward the approved application to ANG/DP for update of the MILPDS. ANG/DP will send a copy of the promotion delay request and approval to HQ ARPC/DPJ. Maintain one copy for the UPRG and provide the officer one copy. Refer to AFI 36-2504, Chapter 8 for additional guidance for processing of voluntary delay of promotion applications.

**2.7. Involuntary Promotion Delay.**

2.7.1. An involuntary promotion delay will be processed IAW AFI 36-2504 if an officer is selected for mandatory promotion and assigned as a full-time military duty officer employed against a Unit

*BY ORDER OF THE CHIEF,*
*NATIONAL GUARD BUREAU*

*AIR NATIONAL GUARD INSTRUCTION 36-2606*
*28 FEBRUARY 1997*

*Personnel*

*SELECTIVE RETENTION OF AIR NATIONAL GUARD OFFICER AND ENLISTED PERSONNEL*

---

This instruction implements AFPD 36-26 and describes the responsibilities and provides authority, guidance, and procedures for establishing and conducting the Selective Retention Program (SRP) for Air National Guard officers and enlisted members who are retirement eligible (Reserve and Active Duty) as defined by this instruction. Any supplements to this instruction will be forwarded to ANG/MPP for review and approval.

*SUMMARY OF CHANGES:*

This publication incorporates the requirements, information, and procedures formerly in NGR (AF) 35-6. It reorganizes text, and changes and/or adds new requirements and procedures for the administration and execution of the ANG selective retention program. Updates references to law, regulations and office symbols. Clarifies Selective Retention Review Board (SRRB) eligibility criteria. Empowers State adjutants general to determine the convening of SRRBs. Revises documents to be considered by the SRRB and adds option to prepare NGB Forms 27 on only those individuals not recommended for retention by the immediate commander. Eliminates requirement for MPF to conduct personal records review. Includes provision giving ANG/MP authority to require States to submit SRP reports on an "as needed" basis.

---

**1. References, Abbreviations, Acronyms, and Terms.** See attachment 1.

**1.1. General Instructions.** Membership in the ANG is a privilege and confers upon the individual the obligation to serve in the active military service upon mobilization or emergency, or at such other times as the national security may require. Inherent in this tenet is the obligation for the Air National Guard as a reserve component of the Air Force to develop a force management tool that provides States a vehicle to ensure a quality trained force, stable promotion opportunities for lower grade personnel, and a viable combat ready force in event of mobilization and/or contingency/peacetime commitments.

1.1.1. This instruction provides authority to the State adjutants general (AG) for the conduct of ANG SRRBs to maintain a stable and viable force-structure. Under no circumstance will the convening of SRRBs be for the purpose of accommodating individual financial gain or at the request of the member. Board members will be appointed by the TAG to recommend the retention or non retention of Federal recognition of officers and enlisted members in the ANG of the respective State in accordance with (IAW) the policies and procedures provided in this instruction.

1.1.2. All separations as a result of this instruction will be identified as "other than for cause." Separation from the ANG, withdrawal of Federal recognition, and transfer to the Air Force Reserve for members not selected for retention will be effected no earlier than 1 October and no later than 31 December of the year in which the board considered the member for retention. Any member who does not elect to transfer to Air Reserve Personnel Center (ARPC) or retire will be discharged as a Reserve of the Air Force. If a member initiates a request for reconsideration and it is not approved, separation/discharge will be effected as originally established.

1.1.3. This instruction does not apply to general officers and officers or enlisted members who do not meet the criteria established in paragraph 2.1. of this instruction.

1.1.3.1. Provisions of this instruction do not preclude starting action to separate/discharge an officer or enlisted member as specified in AFI 36-3209 before the established effective date of separation under this instruction. If action is started to separate/discharge a member under any other directive, separation/discharge under this instruction will be delayed until that action is completed.

---

Supersedes NGR (AF) 35-6, May 93, and Change 1, Oct 93
OPR: ANG/MPPAS (SMSgt R.VanSciver)

Certified by NGB/CF (Col W. Foulois)
Pages: 20/Distribution: F

1.1.4. This instruction will not be used in any case where separation/discharge for cause, to include substandard performance would be more appropriate.
1.1.5. This instruction applies to all members of the ANG who meet the criteria in paragraph 2.1 without regard to race, creed, color, gender, or national origin.
1.1.6. In the event of a partial or full mobilization of the Air National Guard, or in the event members of the Air National Guard of the State concerned have been ordered to active duty under title 10 USC 12302, members will remain in active status until such time the emergency/contingency/mobilization authority is rescinded or revoked.
**1.2. Litigation.** States must immediately advise NGB-JA through ANG/MP whenever litigation is brought against a State for actions that result from this program. When the litigation is completed, a copy of the judgment or final order must be forwarded to ANG/MP.
**1.3. Responsibilities:**
1.3.1. The National Guard Bureau (NGB/CF) has overall responsibility for development and oversight of the ANG SRP.
1.3.2. The Air National Guard Readiness Center, Directorate of Manpower and Personnel (ANG/MP) has the responsibility for monitoring the ANG SRP and providing procedural guidance and staffing exceptions to the States and territories.
1.3.3. State adjutants general (AGs) have authority for implementing the policy and procedures contained herein and for establishing an effective personnel force management program for units under their jurisdiction. The adjutants general must ensure that the conduct of SRRBs under the authority of this instruction are conducted exclusively as a force-management tool to effect needed personnel adjustments to ensure continuing mission viability and career expectation of assigned personnel.
1.3.4. TAGs and commanders are responsible for ensuring personnel subject to consideration under this instruction receive a fair and impartial review based on the needs of the unit, the ANG and the USAF IAW established policy.
1.3.5. Each Military Personnel Flight (MPF) is responsible for providing unit and State administrative support of this instruction.
1.3.6. Each ANG State Headquarters is responsible for implementing this instruction upon TAG authority to include appropriate administrative support for the conduct of the boards.

**2. Program Management:**
**2.1. Criteria for Selective Retention Consideration:**
2.1.1. All ANG officers (except adjutants general, assistant adjutants general, and general officers) and enlisted members will be considered under the SRP if they meet all of the following.
2.1.1.1. Are retirement eligible on or before 1 January of the year in which the board convenes. Members previously selected for retention under any authority, including officers retained under authority of the Secretary of the Air Force for any reason beyond their mandatory separation/discharge date based on maximum years of commissioned service permitted by law, will be included and again considered. Individuals in Air Guard Reserve (AGR) who have completed 20 years' satisfactory service toward a non-regular retirement, but have not completed 20 years of active duty will be considered unless exempt by paragraph 2.1.1.4. below.
2.1.1.2. Are not otherwise scheduled to be separated between 1 January and 31 December of the year of the board's review for such reasons as mandatory separation/discharge date, maximum age, medical disqualification, retirement, promotion deferment, or not selected for reenlistment.
2.1.1.3. As of 1 January, are not serving on a Title 10 statutory tour (e.g. 10 USC 10211, 10 USC 10305, 10 USC 12310, 10 USC 12402) or on extended active duty with the Air Force. Members commencing such tours between 1 January and publication of the board results will be removed from consideration.
2.1.1.4. Members in AGR status who have or will have between 18 and 20 years of active duty (sanctuary zone) toward retirement during the calendar year of the board are exempt from consideration.
2.1.2. Officers who have completed at least 20 years of satisfactory service toward a non-regular retirement, but have not completed the minimum promotion service time to retire in highest grade held are not exempt from consideration (see paragraph 3.1.5.).
*2.1.3. TAG determines an SRB will convene to review retirement eligible officers and enlisted personnel. All members within a State will be reviewed once the TAG directs an SRRB will be conducted.

Army Regulation 135–155

Army National Guard and U.S. Army Reserve

# Promotion of Commissioned Officers and Warrant Officers Other Than General Officers

Headquarters
Department of the Army
Washington, DC
24 October 2001

UNCLASSIFIED

Headquarters
Department of the Army
Washington, DC
24 October 2001

*Army Regulation 135–155

Effective 2 November 2001

Army National Guard and U.S. Army Reserve

# Promotion of Commissioned Officers and Warrant Officers Other Than General Officers

By Order of the Secretary of the Army:

ERIC K. SHINSEKI
*General, United States Army*
*Chief of Staff*

Official:

JOEL B. HUDSON
*Administrative Assistant to the Secretary of the Army*

**History.** This printing publishes a revision of this regulation.

**Summary.** This regulation provides policy for selecting and promoting commissioned officers of both the Army National Guard of the United States (ARNGUS) and the U.S. Army Reserve (USAR), and warrant officers of the USAR. This regulation also covers promotion eligibility and qualification requirements, board schedules and procedures, and procedures on processing selection board recommendations.

**Applicability.** This regulation applies to commissioned officers (except commissioned warrant officers) of the ARNGUS and the USAR on the Reserve Active Status List (RASL), and to warrant officers (whether or not commissioned) of the USAR who are in an active status. The regulation does not apply to warrant officers (including commissioned warrant officers) of the ARNGUS, nor does it apply to promotion to Reserve general officer grades. Policies concerning promotions and Federal recognition of ARNGUS officers within their State vacancy promotion systems will be under NGR 600-100. Promotion of warrant officers (including commissioned warrant officers) of the ARNGUS will be per NGR 600-101. Promotion to Reserve general officer grades will be per AR 135-156.

**Proponent and exception authority.** The proponent of this regulation is the Deputy Chief of Staff for Personnel (DCSPER). The DCSPER has the authority to approve exceptions to this regulation that are consistent with controlling law and regulation. The proponent may delegate this authority, in writing, to a division chief in the grade of colonel or the civilian equivalent.

**Army management control process.** This regulation contains management control provisions, but does not identify key management controls that must be evaluated.

**Supplementation.** Supplementation of this regulation and establishment of command and local forms are prohibited without prior approval from HQDA, ODCSPER. Submit requests to Office of the Chief, Army Reserve, ATTN: DAAR-PEP, 2400 Army Pentagon, Washington, DC 20310-2400.

**Suggested Improvements.** Users are invited to send comments and suggested improvements on DA Form 2028 (Recommended Changes to Publications and Blank Forms) directly to Office of the Chief, Army Reserve, ATTN: DAAR-PEP, 2400 Army Pentagon, Washington, D.C. 20310-2400.

**Distribution.** This publication is available in electronic media only and is intended for command levels B, C, D, and E for Active Army; and A, B, C, D, E for ARNG and USAR.

**Contents** (Listed by paragraph and page number)

**Chapter 1**
**Introduction,** *page 1*
Purpose • 1–1, *page 1*
References • 1–2, *page 1*
Explanation of abbreviations and terms • 1–3, *page 1*
Responsibilities • 1–4, *page 1*
Approving promotion board recommendations • 1–5, *page 1*
Promotion authority • 1–6, *page 1*
Employment and volunteer work of officers' spouse • 1–7, *page 1*

*This publication supersedes AR 135–155, dated 1 November 1983.



UNCLASSIFIED

000289

recent original appointment may be tendered a new original appointment in a higher grade. This will be coincident with placement on the RASL, if the period of service so credited equals or exceeds the promotion phase point in that higher grade in their respective competitive category at the time they were placed on the RASL. An officer may not be placed on the RASL in a grade higher than major (MAJ) under this paragraph.

*d.* The DOR in the higher grade to which an officer is appointed will be the date of placement on the RASL backdated by the amount of time by which the entry grade credit awarded exceeds that used to establish the higher grade under c above.

## 2–5. Eligibility for consideration

*a.* To be eligible for consideration for promotion to the next higher grade, an ARNGUS or USAR officer must have continuously performed service on either the RASL or the ADL (or a combination of both lists) during the 1-year period ending on the convening date of the promotion board, and must meet the TIG requirements in tables 2-1 or 2-3, as appropriate.

*b.* ARNGUS and USAR officers will be considered for promotion in their competitive category only: Army Promotion List (APL, to include JA); Chaplains (CH); Army Nurse Corps (AN); Dental Corps (DC); Medical Corps (MC); Medical Service Corps (MS); Army Medical Specialist Corps (SP); and Veterinary Corps (VC).

*c.* While on a promotion list resulting from a prior mandatory or position vacancy promotion board or approved for Federal recognition in the higher grade and nominated for Reserve promotion on that basis, an officer may not be considered for promotion by a subsequent mandatory or position vacancy promotion board.

*d.* Warrant officers serving in a grade below CW4, in an active Reserve status, may be selected for promotion provided they meet the minimum promotion TIG and military education requirements in table 2-3 not later than the date the selection board convenes. Nonselection for promotion per this paragraph constitutes a failure of selection for promotion.

*e.* Warrant officers filling unit position vacancies in the Selected Reserve (TPU) may be promoted through the position vacancy board process provided they meet the minimum promotion TIG, military education requirements, and are filling unit position vacancies as provided in table 2-3. Nonselection for promotion under this paragraph does not constitute a failure of selection for promotion. Subsequent promotion consideration will be per d above.

*f.* Promotion to CW5 will be authorized only to fill vacancies rank coded "W5." Nonselection for promotion to CW5 does not constitute a failure of selection for promotion for the purposes of this regulation.

*g.* To be promoted to the chief warrant officer grades, a WO must be commissioned under 10 USC 12241 before or concurrent with promotion or designation.

*h.* An officer who has an established date for removal from the RASL, or a warrant officer (to include a commissioned warrant officer) with an established date for removal from active status, that is 90 days or less from the convening date of the selection board for which the officer would otherwise be eligible, is not eligible for consideration (10 USC 14301(f) and 12242). An established date for removal is a date that is prescribed by statute, regulation, or published on orders and not in conflict with law or regulation.

## 2–6. Inactive and active status

An officer removed from an active status before promotion is final (the effective date of promotion) will be removed from the promotion list (para 3-17). Removal will not be considered a nonselection. If returned to an active status, the officer's name will not be placed on a promotion list or nominated for promotion unless again recommended by a selection board. An officer returned to an active status after having been in an inactive or retired status will not be considered for a Reserve of the Army promotion (mandatory or USAR position vacancy; or, in the case of an ARNGUS officer, Federal recognition) until at least 1 year after the date of return to an active status.

## 2–7. Selection criteria

To be eligible for selection, an ARNGUS or USAR officer who meets the eligibility requirements (para 2-5) must be properly in an active status and participating satisfactorily in Reserve training. For promotion purposes, an officer is deemed to be a satisfactory participant and in full compliance with the commander's instructions if, within the 12 months before the convene date of the board, the officer has not been reassigned, transferred, or separated as an unsatisfactory participant under AR 135-91, chapter 6. In addition, the officer must not be being processed for such action on the selection board convene date.

## 2–8. Military educational requirements

To qualify for selection, commissioned officers (other than commissioned warrant officers) must complete the military educational requirements in table 2-2 not later than the day before the selection board convene date.

*a. General.* The following applies in determining educational qualifications:

(1) Equivalent credit for completion of a lower level course of study will be awarded by the proper selection board for enrollment and satisfactory participation in a course that is higher than that required. To qualify, completion of the lower course must have been a prerequisite for enrollment in the higher course. The officer must also be enrolled and

participating satisfactorily at the time of consideration. Officers enrolled in an authorized resident command and staff college course at the time they are considered for promotion to LTC will be granted equivalent credit for having completed 50 percent of the Command and General Staff Officers Course (CGSOC).

(2) Credit for completion of any officer basic course is a prerequisite for enrollment in the Civil Affairs Officer Advanced Course.

(3) Successful resident completion of the following courses results in equivalent credit for CGSOC for promotion purposes only:

*(a)* Armed Forces Staff College; U.S. Air Force, and U.S. Marine Corps Command and Staff Colleges; U.S. College of Naval Command and Staff; or the Western Hemisphere Institute for Security Cooperation (formerly, the U.S. Army School of the Americas).

*(b)* Naval or Air War College.

*(c)* Industrial College of the Armed Forces.

*(d)* National War College.

(4) The CNGB for ARNGUS officers, and the CAR for USAR officers, may award equivalent credit for CGSOC. An officer must have successfully completed equivalent resident or higher level resident courses conducted by another school of the U.S. or foreign military service. Requests will be considered individually.

*(a)* ARNGUS officers will submit their request through the adjutant general of their State to Chief, National Guard Bureau, ATTN: NGB-ARZ-HRP-O, 1411 Jefferson Davis Highway, Suite 3100, Arlington, VA 22202-3231.

*(b)* USAR officers will submit their request through their area commander to HQDA, Office of the Chief, Army Reserve, ATTN: DAAR-PEP, 2400 Army Pentagon, Washington, D.C. 20310-2400.

(5) Acceptance of constructive credit or equivalent credit for filling academic requirement is subject to approval of the commandant of the service school having course proponency.

*b. Education substitution.* The following may be substituted for military education for promotion to the grades indicated:

(1) An officer delayed to obtain a graduate degree and assigned to the Control Group (Officer Active Duty Obligor) (OADO) or under administrative control of the Control Group (OADO) with concurrent assignment to a Reserve component (RC) unit will be determined educationally qualified for promotion to 1LT or CPT during the period of this assignment. The promotion authority will make this determination as a matter of record. A letter will be inserted into the officer's record before it is referred to the selection board. The letter will state that the educational waiver is canceled on the date the officer completed a qualifying service school course. It may also be canceled when the officer completes 6 months or more AD or active duty training (ADT), whichever occurs first.

(2) An officer will be considered educationally qualified for promotion to the next higher grade under the conditions listed in (a) through (c) below. The officer must have completed at least 2 years of consecutive ADL service as a commissioned officer but cannot be presently serving on the ADL.

*(a)* The officer is being considered for promotion to a grade no more than one grade higher than his or her ADL grade.

*(b)* The officer was not considered for promotion to a grade higher than his or her ADL grade that resulted in a recommendation by the board that the officer not be promoted.

*(c)* The officer was released from ADL as a commissioned officer within 3 years of the date the board convenes.

*c. Educational exceptions.* Exceptions to educational requirements in table 2-2 will be as shown in paragraph 2-15a.

### 2–9. Civilian education requirements

*a.* Effective 1 October 1995, no person may be selected for promotion to the Reserve grade of CPT unless, not later than the day before the selection board convene date, that person has been awarded a baccalaureate degree from an accredited institution recognized by the Secretary of Education or, within the 3 years preceding promotion, the officer has earned a baccalaureate degree from an unaccredited educational institution that has been recognized by the Department of Defense (DOD) for purposes of meeting officer educational requirements. This requirement does not apply to a person who is appointed in a health profession for which a baccalaureate degree is not condition of original appointment or assignment.

*b.* Baccalaureate degrees required for Reserve promotion to MAJ or above, as specified below, must be completed not later than the day before the selection board convene date.

(1) All commissioned officers not previously appointed to or Federally recognized in the grade of CPT before 1 October 1995 must meet the baccalaureate degree requirement that is applied to CPT under subparagraph a above. (Army Nurse Corps (AN) officers who are also subject to (3) below must possess a baccalaureate degree in nursing.)

(2) All commissioned officers (other than AN officers) initially appointed on or after 1 October 1987 must possess a baccalaureate degree from an accredited institution recognized by the U.S. Secretary of Education or have earned a baccalaureate degree from an unaccredited educational institution that has been recognized by DOD for purposes of meeting officer educational requirements.

(3) All AN commissioned officers initially appointed on or after 1 October 1986 must possess, as a minimum, a



000291

*e. Procedures.* After ODCSPER, DAPE-MPE authorizes the conduct of a USAR-AGR position vacancy board, the MOI, membership, and other board procedures will be staffed by DAPE-MPO under chapters 3 and 4.

## 2–15. Exceptions

*a. Education exceptions.* With the exception of the completion of OBC, the following commissioned officers, other than commissioned warrant officers, are not required to meet the military education requirements in table 2-2:

(1) AMEDD officers, except MS with medical functional area (MFA) 70 or AOC 67J, for promotion to MAJ, LTC, and COL.

(2) An officer whose removal from active status has been invalid. Cdr, PERSCOM, Chief, Office of Promotions (RC), may waive the education requirements during this period of invalid removal from an active status. To qualify, the officer must have resumed participation in an active status on discovery of the error. If circumstances warrant, Cdr, PERSCOM, Chief, Office of Promotions (RC) may grant a waiver for an inactive or retired status period resulting from an invalid removal.

(3) Officers of Staff Specialist Branch other than those officers assigned to the Selective Service System (SSS).

(4) Officers who completed the Combined Arms and Services Staff School (CAS3) resident course before 1 November 1984 or CAS3/RC-CAS3 after 1 November 1984 and before 1 September 1989 are considered to have met the educational requirement for promotion to LTC.

*b. General exceptions.* Cdr, PERSCOM, Chief, Office of Promotions (RC), (TAPC-MSL), is approval authority for all requests for exception to nonstatutory promotion requirements. Forward requests for exception to nonstatutory promotion requirements to Cdr, PERSCOM, Chief, Office of Promotions (RC), ATTN: TAPC-MSL, 9700 Page Avenue, St. Louis, MO 63132-5200. Requests must contain complete justification, including recommendations of intermediate commanders when applicable.

**Table 2–1**
**Time in Grade Requirements Commissioned Officers, Other than Commissioned Warrant Officers**

| From | To | Minimum Years in lower grade | Maximum Years in lower grade |
|---|---|---|---|
| O1 (2LT) | O2 (1LT) | 2 | 42 months |
| O2 (1LT) | O3 (CPT) | 2 | 5 |
| O3 (CPT) | O4 (MAJ) | 4 | 7 |
| O4 (MAJ) | O5 (LTC) | 4 | 7 |
| O5 (LTC) | O6 (COL) | 3 | (See note below.) |

Notes:
Announced annually. Normal time in grade is 5 years, subject to the needs of the Army.

**Table 2–2**
**Military Educational Requirements Commissioned Officers, Other than Commissioned Warrant Officers Grade**

| From | To | Requirements |
|---|---|---|
| 2LT | 1LT | Resident officer basic course. (See notes 1, 2, 6, 7, 8.) |
| 1LT | CPT | Resident officer basic course. (See notes 2, 5, 6, 7, 8.) |
| CPT | MAJ | Any officer advanced course. (See notes 5 and 8.) |
| MAJ | LTC | Fifty percent of the Command and General Staff Officers Course (CGSOC). (See note 3.) |



000292

**Table 2–2**
**Military Educational Requirements Commissioned Officers, Other than Commissioned Warrant Officers Grade—Continued**

| From | To | Requirements |
|---|---|---|
| LTC | COL | The CGSOC. (See note 4.) |

Notes:

[1] Officers assigned to Control Group (OADO) (see para 2-8b(1)) and former OADO officers (including Early Commissioning Program (ECP) participants) transferred to the Control Group (Annual Training) or the Selected Reserve preceding their promotion eligibility to 1LT are not required to meet the educational requirement for promotion to 1LT. Promotion under these circumstances does not negate the requirement to complete the resident officer basic course at a subsequent date. Officers enrolled in a resident basic course, who are otherwise eligible, will also be considered to have satisfied the education requirement for promotion to 1LT.

[2] Officers assigned to Control Group (Dual Component) are not required to meet the educational requirement for promotion to 1LT or CPT.

[3] Completion of either the Logistics Executive Development Course (LEDC) or the Associate Logistics Executive Development Course (ALEDC) will satisfy this requirement. To receive credit, the officer must provide evidence of completion of the LEDC or ALEDC to the Cdr, PERSCOM, Chief, Office of Promotions, (RC), ATTN: TAPC-MSL-P, 9700 Page Avenue, St. Louis, MO 63132-5200.

[4] LTCs assigned to the Selective Service System (SSS) who completed the Industrial College of the Armed Forces National Security Management Course (ICAF NSMC) before 1 Jan 85, are qualified for promotion to COL. LTCs assigned to SSS who were enrolled in the ICAF NSMC before 1 Jan 85 who completed the course before 1 Jan 86 are qualified for promotion to COL. LTCs assigned to SSS who were enrolled in the ICAF NSMC before 1 Jan 85 but did not complete the course by 1 Jan 86 must, on completion, request an exception to completion of CGSOC from the Director of the Selective Service. All other officers assigned to SSS must complete CGSOC to qualify for promotion to COL.

[5] JAGC officers appointed with military education stipulations of AR 135-100 will be considered educationally qualified for mandatory promotion consideration if progressing satisfactorily per AR 27-1. This note does not apply for position vacancy promotion consideration.

[6] Basic branch lieutenants to include MS officers with MFA 70 or AOC 67J appointed on and after 1 Apr 84 are required to complete a resident officer basic course. Basic branch lieutenants to include MS officers with MFA 70 or AOC 67J appointed before 1 Apr 84 who were not AOC qualified as of that date are required to complete a resident OBC.

[7] ROTC cadets appointed under the Early Commissioning Program (ECP) on or after 1 Feb 87, are required to complete resident OBC.

[8] AMEDD officers, regardless of grade in which appointed, other than Specialized Training Assistance Program (STRAP) participants and MS officers with MFA 70 or AOC 67J, appointed on and after 1 Jun 86 are required to complete the AMEDD resident RC OBC within 3 years after appointment. STRAP participants do not have to complete the AMEDD resident RC OBC until 3 years after the completion of their STRAP training program.

**Table 2–3**
**Warrant Officer Time in Grade and Military Education Requirements**

| Grade | | Position Vacancy Board Minimum Years In Lower Grade | Mandatory Board Maximum Years In Lower Grade | Minimum Military Education Level |
|---|---|---|---|---|
| From | To | | | |
| WO1 | CW2 | 2 | 2 | WOBC (See note 1.) |
| CW2 | CW3 | 5 | 6 | (See note 1.) |
| CW3 | CW4 | 5 | 6 | SWOT/WOAC (notes 2 and 3.) |
| CW4 | CW5 | N/A | (See note 4.) | WOSSC (See note 5.) |

Notes:

[1] WO1 may be selected for promotion, however, WOBC must be completed before promotion unless pre-certified by the WO MOS proponent and WO MOS is awarded (for example, former officers and WOs). For selection to CW3, officers who possess a WO MOS other than 001A (unqualified in a WO MOS), will be considered to have completed the minimum education level.

[2] WOAC (formerly SWOT) was not a mandatory requirement for promotion until 1 Jan 94.

[3] There is no RC WOAC for some MOSs. Those MOSs not having a RC WOAC will be identified in the annual selection board memorandum of instructions. When CW3s possessing these MOSs are selected, the officers must complete WOSC before promotion.

[4] Zone of consideration (TIG) is announced annually, subject to the needs of the Army.

[5] WOSSC (formerly MWOTC) is not required for selection, however, the officer must possess a position vacancy coded W5 and be a WOSC graduate before promotion.

# Chapter 3
# Board Schedules and Procedures

## Section I
## General

### 3–1. Convening authority

The SA has delegated to the DCSPER the authority to convene mandatory promotion boards and special selection boards for promotion to CW3 through COL, and USAR position vacancy boards for promotion to all authorized grades per 10 USC 12242, 14101, and 14502, as appropriate. For Federal recognition boards, see NGR 600-100 and NGR 600-101.



000293

(2) An officer who is employed as a civilian in a USAR technician position.

### 4–25. Promotion lists

The names of ARNGUS and USAR officers requesting delay of promotion to the next higher grade will be retained on the promotion list for the maximum period authorized, unless promoted to the grade for which selected or removed under some other provision of law or regulation.

### 4–26. Procedures

Officers recommended for promotion by mandatory selection boards will be notified of their selection. If the officer's request for delay is approved, it will be processed as follows.

*a. Nonunit USAR officers.* The reason and approval date of the delay will be entered on the memorandum of promotion. A copy will be sent to Cdr, PERSCOM, Chief, Office of Promotions (RC), ATTN: TAPC-MSL-NP, 9700 Page Avenue, St. Louis, MO 63132-5200 (fig 4–17).

*b. Unit USAR officers.* A copy of the notification, together with the approved endorsement (fig 4-16) delaying the promotion will be sent to Commander, AR-PERSCOM, ATTN: ARPC-PSP-A, 1 Reserve Way, St. Louis, MO 63132-5200. The area data processing activity (SIDPERS or equivalent) will be notified of the officer's delay.

*c. ARNGUS officers.* The adjutant general will transmit a copy of the notification, together with a copy of the approved endorsement delaying the promotion. It will be sent through Chief, National Guard Bureau, ATTN: NGB-ARP-C, 111 South George Mason Drive, Arlington, VA 22204-1382, to Cdr, PERSCOM, Chief, Office of Promotions (RC) at the address noted in a above.

### 4–27. Expiration of voluntary delay period

*a. Unit officers.* If not promoted on or before the end of his or her maximum authorized voluntary delay period, the officer will either be transferred from the unit and promoted, or decline promotion and be considered to have failed of selection for promotion (nonselect).

*b. Nonunit officers.* If not promoted on or before the end of his or her maximum authorized voluntary delay period, the officer will either be promoted, or decline promotion and be considered to have failed of selection for promotion (nonselect).

### 4–28. General

*a.* The names of officers declining mandatory promotion to the grade of CW5 or COL will be removed from the promotion list (the procedures of para 3-18 do not apply). These officers will continue to be considered by subsequent boards provided they remain eligible. However, LTCs will no longer be considered for position vacancy promotion without the approval of the Secretary of the Army (see appen B). This authority will not be further delegated.

*b.* The names of officers declining mandatory promotion to the grades of LTC and below will be removed from the promotion list (the procedures of para 3-18 do not apply). The officer will be considered to have failed of selection for promotion if:

(1) The SA has not authorized voluntary delays of promotion to the grade concerned and the officer declines to accept an appointment to a higher grade; or

(2) The SA has authorized voluntary delays of promotion, but has denied the request of the officer for delay of promotion and the officer declines to accept an appointment to the higher grade; or

(3) The SA has approved the request of the officer for voluntary delay of promotion and, on the end of the period of delay, the officer then declines to accept an appointment to a higher grade.

*c.* After two failures of selection for promotion, officers in the grades of CW2, CW3, 1LT, CPT, and MAJ will be removed from active status per paragraph 4-33 unless placed on a promotion list or selectively continued or retained under any other provision of law.

## Section V
## Nonselection for Promotion

### 4–29. General

Nonselection by a promotion board is administratively final. If law requires removal from active status, the officer must be removed within the prescribed time limits.

### 4–30. Mandatory consideration nonselection policy

*a. First nonselection.* An initial nonselection for promotion to the next higher Reserve grade will constitute a first failure of selection for promotion to any grade other than CW2, CW5, 1LT, and COL. An officer remaining in an active status following a first failure of selection will again be considered for promotion by the next regularly scheduled board considering that grade and competitive category.