(1) An officer not qualified for promotion to the grade of CW2 or 1LT will not again be considered for promotion unless retained in an active status (para 4-31).

(2) A nonselection for promotion to the grade of CW5 does not constitute a failure of selection for promotion. A CW4 who remains in an active status and meets the criteria for the next announced zone of consideration will again be considered by the next regularly scheduled board for promotion to CW5.

(3) A nonselection for promotion to the grade of COL constitutes a failure of selection for promotion. A LTC who remains in an active status and who continues to remain qualified will continue to be considered by subsequent regularly scheduled mandatory selection boards for the officer's grade and competitive category.

*b. Second nonselection.*

(1) An officer who twice fails to be selected for promotion to the grade of CW3 or CW4 will not be considered again for promotion, and will be removed from active status unless subsequently placed on a promotion list, selected for continuation, or retained under any other provision of law.

(2) An officer who twice fails to be selected for promotion to the grade of CPT, MAJ, or LTC will be removed from active status (see paragraph 4-33) unless subsequently placed on a promotion list, selected for continuation, or retained under any other provision of law.

### 4–31. Not qualified for promotion

*a.* ARNGUS officers in the grade of 2LT and USAR officers in the grades of WO1 and 2LT are considered for promotion without board action (para 2-1). If found not qualified for promotion to the grade of CW2 or 1LT, a final determination will be made by the following:

(1) Area commanders for unit officers and overseas residents.

(2) CDR, AR-PERSCOM for all others.

*b.* The names of officers in the grade of 2LT found not qualified for promotion and the reasons for disqualification will be reported to the commander concerned (a above). A memorandum of nonselection, to include eligibility for further consideration while being retained in an active status, will be sent to each officer determined not qualified for promotion. A copy of the memorandum of nonselection will be placed in the officer's MPRJ and OMPF. The officer must be retained on the RASL for a minimum of 6 months after the date he/she would have been promoted had the officer been found qualified. At the end of this 6-month period, a determination will be made as to whether the officer will be discharged or retained in an active status. If the officer is to be discharged he/she will be discharged per AR 135-175 for USAR officers, or NGR 635-100 for ARNG officers. An officer retained in an active status after being found not qualified for promotion to 1LT may be reconsidered for promotion if the reason for disqualification is resolved. An officer disqualified for promotion and later determined qualified will be promoted (para 4-8). The officer, if not discharged or promoted sooner, will be discharged no later than 18 months from the date on which the officer is first found not qualified for promotion, but in no case later than 42 months after the officer's original appointment. Discharge will be made without regard to remaining military service obligation.

*c.* The names of WO in the grade of WO1 found not qualified for promotion and the reasons for disqualification will be reported to the commander concerned (a above). A determination of whether the WO will be discharged (AR 135-175) or retained in an active status will be made. A memorandum of nonselection, to include a discussion of eligibility for further consideration while being retained in an active status, will be sent to each officer determined not qualified for promotion. A copy of the memorandum of nonselection will be placed in the officer's MPRJ and OMPF. A WO retained in an active status after being found not qualified for promotion to CW2 may be reconsidered for promotion if the reason for disqualification is resolved. A WO disqualified for promotion and later determined qualified will be promoted (para 4-8).

### 4–32. Nonselection notification procedures

The Cdr, PERSCOM, Office of Promotions, (RC), (TAPC-MSL), notifies area commanders, CNGB and adjutants general, and CDR, AR-PERSCOM of mandatory selection board results. The area commanders (except CDR, AR-PERSCOM), CNGB and adjutants general issue and distribute mandatory selection board notification memorandums (figs 4-20 through 4-27) to officers who are not recommended for promotion.

*a.* Officers nonselected will be sent notification on public release of the approved board recommendations.

*b.* The original copy of the memorandum will be sent to an officer through command channels or directly to the officer if he/she is in a nonunit status.

(1) One copy will be filed in the officer's MPRJ.

(2) One copy will be filed in the officer's OMPF.

### 4–33. Action resulting from nonselection

Area commanders, CNGB and adjutants general, and CDR, AR-PERSCOM will take necessary removal action as prescribed in this paragraph.

*a. USAR warrant officers in grades CW2 and CW3.* A USAR WO who twice fails to be selected for mandatory

promotion to CW3 or CW4 will not again be considered for promotion. Twice nonselected WOs will be transferred to the Retired Reserve (AR 140-10), or discharged (AR 135-175).

*b. First lieutenants.* A 1LT on the RASL who has failed of selection for promotion to CPT for the second time and whose name is not on a list of officers recommended for promotion to CPT, will be removed from active status not later than the first day of the seventh month after the month in which the final approval authority approves the report of the board which considered the officer for the second time unless the officer can be credited with 18 or more but less than 20 years of qualifying service for retired pay (10 USC 12646, 12647, or 12686).

(1) ARNGUS officers will be processed according to NGR 635-100.

(2) USAR officers will be transferred to the Retired Reserve (AR 140-10), or discharged (AR 135-175).

(3) USAR AGR officers will be processed per AR 600-8-24.

*c. Captains.* A CPT on the RASL who has failed of selection for promotion to MAJ for the second time, whose name is not on a list of officers recommended for promotion to MAJ, and who has not been selected for continuation on the RASL under 10 USC 14701, will be separated unless the officer has a remaining service obligation or can be credited with 18 or more but less than 20 years of qualifying service for retired pay. Separation will be not later than the first day of the seventh month after the month in which the final approval authority approves the report of the board that considered the officer for the second time.

(1) ARNGUS officers will be processed according to NGR 635-100.

(2) USAR officers will be transferred to an inactive status if the SA determines that the officers have skills which are required to meet mobilization needs; to the Retired Reserve (AR 140-10); or, discharged (AR 135-175).

(3) USAR AGR officers will be processed per AR 600-8-24.

*d. Majors.* A MAJ on the RASL who has failed of selection for promotion to LTC for the second time and whose name is not on a list of officers recommended for promotion to LTC, will be separated unless the officer has a remaining service obligation or can be credited with 18 or more but less than 20 years of qualifying service for retired pay. Separation will be on the later of the first day of the month after the month in which the officer completes 20 years of commissioned service, or the first day of the seventh month after the approval date of the promotion board report that nonselected the officer for the second time.

(1) ARNGUS officers will be processed according to NGR 635-100.

(2) USAR officers will be transferred to an inactive status if the SA determines that the officers have skills which are required to meet mobilization needs; to the Retired Reserve (AR 140-10); or, discharged (AR 135-175).

(3) ARNGUS and USAR AGR officers will be processed per AR 600-8-24.

*e. Lieutenant colonels.* Unless continued on the RASL under 10 USC 14701, 14702, or 14703, or can be credited with 18 or more but less than 20 years of qualifying service for retired pay (10 USC 12646, 12647, or 12686), each LTC who is not on a list of officers recommended for promotion to COL will (if not removed earlier from the RASL) be removed from the RASL on the first day of the month after the month in which the officer completes 28 years of commissioned service.

(1) ARNGUS officers will be processed according to NGR 635-100.

(2) USAR officers will be transferred to an inactive status if the SA determines that the officers have skills which are required to meet mobilization needs; to the Retired Reserve (AR 140-10); or, discharged (AR 135-175).

(3) ARNGUS and USAR AGR officers will be processed per AR 600-8-24.

### 4–34. Selective continuation

*a.* An officer twice nonselected for promotion by a mandatory Reserve of the Army selection board must be removed within the prescribed time limits. However, subject to the needs of the Army, officers pending separation because of having twice failed to be selected for promotion to MAJ or LTC, may be selectively continued on the RASL in their present grade. The SA may direct a selective continuation board to consider officers for continuation when required by the needs of the Reserve of the Army. A selective continuation board must recommend the officers for continuation and the SA must approve the recommendation before officers may be continued.

*b.* Selectively continued officers, if otherwise eligible, will continue to be considered for promotion until separation.

*c.* Continuation for CPT and MAJ will normally be for 3 years from the approval date of the selective continuation board by which the officer is recommended for continuation. However, continuation may not extend beyond the date on which the officer completes 20 years of commissioned service (CPT) or 24 years of commissioned service (MAJ). The SA may adjust the period of selective continuation.

*d.* An officer described in a above who has not been selected for continuation will be discharged, or, if eligible and the officer requests, transferred to the Retired Reserve on the expiration of the continuation period established under c above, unless on or before that date one of the following has occurred:

(1) The officer has been promoted or is on a list of officers recommended for promotion to the next higher grade;

(2) The officer has been selected again for continuation by a later selective continuation board.

(3) The officer is within 2 years of being eligible to retire under 10 USC 3911 or 12732.

(4) The officer has retired.

Army Regulation 135–205

Army National Guard and Army Reserve

# Enlisted Personnel Management

Headquarters
Department of the Army
Washington, DC
1 September 1994

UNCLASSIFIED

**Headquarters**
**Department of the Army**
**Washington, DC**
**1 September 1994**

**Army Regulation 135–205**

**Effective 1 October 1994**

## Army National Guard and Army Reserve

# Enlisted Personnel Management

By Order of the Secretary of the Army:

GORDON R. SULLIVAN
*General, United States Army*
*Chief of Staff*

Official:

MILTON H. HAMILTON
*Administrative Assistant to the Secretary of the Army*

**History.** This publication was originally printed on 15 May 1978. Since that time, permanent Changes 1 through 17 have been issued. As of 1 June 1990, those changes remain in effect. This UPDATE printing incorporates those changes into the text. This UPDATE printing also publishes a Change 18. The portions being revised by this change are not highlighted. This publication has been reorganized to make it complatible with the Army electronic publishing database. No content has been changed.

**Summary.** This regulation prescribes policies, responsibilities, and procedures for Special Duty Assignment (Proficiency Pay) (SDA(PP)) for U.S. Army Reserve personnel, the Individual Ready Reserve Enlisted Personnel Management System, the Qualitative Retention Program, and the U.S. Army Reserve Command Sergeants Major Program.

**Applicability.** This regulation applies to all enlisted members of the Army National Guard (ARNG) and the USAR.

**Proponent and exception authority.** The proponent of this regulation is the Deputy Chief of Staff for Personnel. The Deputy Chief of Staff for Personnel has the authority to approve exceptions to this regulation that are consistent with controlling law and regulation. The Deputy Chief of Staff may delegate this approval authority, in writing, to a division chief under their supervision within the proponent agency who holds the grade of colonel or the civilian equivalent.

**Army management control process.** This regulation is subject to the requirements of AR 11–2. It contains internal control provisions but does not contain checklists for conducting internal control reviews. These checklists are contained in the DA Circular 11 series publications.

**Supplementation.** Supplementation of this regulation and establishment of command and local forms are prohibited without prior approval from the ODCSPER, Policy Coordination Office, ATTN: DARP–ZPO, 9700 Page Boulevard, St. Louis, MO 63132–5200.

**Interim changes.** Interim changes to this regulation are not official unless they are authenticated by the Administrative Assistant to the Secretary of the Army. Users will destroy interim changes on their expiration dates unless sooner superseded or rescinded.

**Suggested improvements.** Users are invited to send comments and suggested improvements to DA Form 2028 (Recommended Changes to Publications and Blank Forms) directly to ODCSPER, Policy Coordination Office, ATTN: DARP–ZPO, 9700 Page Boulevard, St. Louis, MO 63132–5200.

**Distribution.** Distribution of this publication is made in accordance with the requirements on DA Form 12–09–E, block number 2559, intended for command level B for Active Army, A for ARNG and A for USAR.

**Contents** (Listed by paragraph and page number)

**Chapter 1**
**General Information,** *page 1*
Purpose • 1–1, *page 1*
References • 1–1.1, *page 1*
Explanation of abbreviations and terms • 1–2, *page 1*
Policy • 1–3, *page 1*
Responsibilities • 1–4, *page 1*
Employment and volunteer work of spouse of military personnel • 1–5, *page 1*



**UNCLASSIFIED**

## Section II
## Qualitative Retention Program Procedures

### 4–4. Zones of consideration for qualitative retention

*a.* Qualitative retention boards will consider all unit soldiers who are within the following zones by the date the board convenes, with the exception of those listed in paragraph 4–5:

(1) *ARNG* .

*(a)* Have at least 20 years of qualifying service for retired pay at age 60 as verified by a notification of eligibility for retired pay at age 60 issued per AR 135–180, paragraph 2–3.

*(b)* Where previously selected for retention, however, the commander has referred them to the board for revalidation of their retained status.

(2) ***(Rescinded.)***

(3) *USAR.* Have at least 20 years of qualifying service for retired pay at age 60, and—

*(a)* Is a SFC/PSG or below and has completed 21 years of total military service.

*(b)* Is an SFC, PSG, MSG, or 1SG and has completed 25 years of total military service.

*(c)* Is a MSG, 1SG, or SGM and has completed 27 years of total military service.

*(d)* Is a SGM and has completed 29 years of total military service.

*(e)* Were previously selected for retention. However, the commander has referred them to the board for revalidation of their retained status.

*b.* ARNG qualitative retention boards will examine records of ARNG soldiers in the zone of consideration every 2 years unless, based on recommendation of the board, the convening authority approves that an soldier's record be reviewed the following year.

*c.* USAR qualitative retention boards will be convened to examine the records of USAR soldiers in the zones of consideration listed in *a*(2) and (3) above.

*d.* A chart which displays the USAR zones of consideration is shown at table 4–3.

### 4–5. Soldiers not to be considered under the QRP

Qualitative retention boards will not consider soldiers who—

*a.* Are assigned to the—

(1) ARNG and have not been issued a notification of eligibility for retired pay at age 60 per AR 135–180, paragraph 2–3, on the date the board convenes.

(2) USAR and have not completed 20 qualifying years of service for retired pay at age 60 on the date the board convenes.

*b.* Are within 9 months of reaching age 60 on the date the board convenes.

*c.* Are not *fully qualified* by grade and military occupational specialty (MOS) for continued membership in the unit. (Not applicable to the ARNG.)

*d.* Have a bar to reenlistment or extension in effect. (Not applicable to the ARNG.)

*e.* Are under suspension of favorable personnel actions (AR 600–8–2), unless the suspension action was initiated for failure to meet the body fat standards per AR 600–9, or for failure to pass the Army Physical Fitness Test (APFT) per AR 350–15. However, in such cases a flag will not be present in the military records of a USAR soldier being considered by a board under the best qualified selection process.

*f.* Are USAR soldiers in the following categories:

(1) SSG and below (unless pending promotion to SFC) who have completed a total of 25 years' military service.

(2) SFC/PSG (unless pending promotion to MSG) and have completed a total of 27 years' military service.

(3) MSG/1SG (unless pending promotion to SGM) and have completed a total of 29 years' military service.

(4) SGM (unless selected for CSM) and have completed a total of 31 years' military service.

(5) Command sergeants major.

*g.* Are ARNG State Command Sergeants Major.

*h.* Are USAR personnel previously not selected for retention by a board. Based on their Army Reserve Technician (ART) status, they were authorized retention in their current USAR assignment until age 60 (para 4–18 *d*(2)).

### 4–6. Scheduling of retention boards

Qualitative retention boards will be convened annually during January, February, or March. The authorities specified in paragraph 4–2 *c* will convene the boards.

### 4–7. Procedures required to support QRP

*a.* The boards will examine the record of each soldier within the zone of consideration (para 4–4 *a*). The boards will provide a report of personnel recommended for continued unit service (para 4–14).

*b.* Commanders specified in paragraph 4–2 *c* will—

Army Regulation 350–1

Training

# Army Training and Education

Headquarters
Department of the Army
Washington, DC
9 April 2003

UNCLASSIFIED

Headquarters
Department of the Army
Washington, DC
9 April 2003

***Army Regulation 350–1**

**Effective 9 May 2003**

## Training

# Army Training and Education

By Order of the Secretary of the Army:

ERIC K. SHINSEKI
*General, United States Army*
*Chief of Staff*

Official:

JOEL B. HUDSON
*Administrative Assistant to the Secretary of the Army*

**History.** This publication is a major revision.

**Summary.** This regulation is a consolidation of several regulations that provide policy and guidance concerning Army training and education. This regulation updates policies, objectives, and programs; aligns doctrine for the management of Army training and education programs in support of a force-projection Army; defines responsibilities of commanders to conduct and manage Army training and education; and provides new guidance concerning The Army School System, Army modernization training, and selected soldier, civilian, and leader training and education programs.

**Applicability.** This regulation applies to the Active Army, the Army National Guard of the United States, the U.S. Army Reserve, and Department of the Army civilians. During mobilization the proponent may modify the policies and procedures contained in this regulation.

**Proponent and exception authority.** The proponent of this regulation is the Deputy Chief of Staff, G–3. The proponent has authority to approve exceptions to this regulation that are consistent with controlling law and regulation. The proponent may delegate this approval authority, in writing, to a division chief within the proponent agency in the grade of colonel or the civilian equivalent.

**Army management control process.** This regulation contains management control provisions, but does not identify key management controls that must be evaluated.

**Supplementation.** Supplementation of this regulation and establishment of command and local forms are prohibited without approval from Headquarters, Department of the Army, Office of the Deputy Chief of Staff, G–3: DAMO-TR, WASH DC 20310–0400.

**Suggested improvements.** Users are invited to send comments on DA Form 2028 (Recommended Changes to Publications and Blank Forms) to Headquarters, Department of the Army, Office of the Deputy Chief of Staff, G–3, ATTN: DAMO-TR, WASH DC 20310–0450.

**Distribution.** This publication is available in electronic media only and is intended for command levels A, B, C, D, and E for the Active Army, the Army National Guard of the United States, and the U.S. Army Reserve.

**Contents** (Listed by paragraph and page number)

**Chapter 1**
**Introduction,** *page 1*

*Section I*
*Overview, page 1*
Purpose • 1–1, *page 1*
References • 1–2, *page 1*
Explanation of abbreviations and terms • 1–3, *page 1*

*Section II*
*Goals and Objectives of the Army Training and Education System, page 1*
Army mission and the national military strategy • 1–4, *page 1*
The training vision • 1–5, *page 1*

*This regulation supersedes AR 350–1, 1 August 1983; AR 351–1, 15 October 1987; AR 350–35, 30 May 1990; and AR 350–41, 19 March 1993, and rescinds DA Forms 5316–R, May 1984; 5317–R, May 1984; 5794–E, July 1989; and 5540–R, July 1986.



UNCLASSIFIED

multiechelon, and totally integrated training will be stressed at all levels. Virtual and constructive simulations and simulators will support the achievement and sustainment of training readiness in units, while live simulation will validate training proficiency. The vision is to build synthetic environment battlefields, integrate them with live training, and use automated training management tools to provide trainers with a menu of structured exercises, to include mission-rehearsal capabilities, driven by a flexible, mission essential task list (METL). The Army will rely heavily on information-age technologies to conduct unit and institutional training and to develop strategies for self-development training, modernized classrooms, distance learning, training development, automated testing, and Army modernization training (AMT).

### 1–6. Army training and education goals

The Army's peacetime mission is to prepare to fight and win in war and to support other ongoing operational requirements. The Army meets this mission by providing realistic, mission-focused individual, unit, and leader training. The Army must be trained to succeed across the wide range of military operations. It must be a capabilities-based force that provides options for our nation, under a wide variety of contingencies. The goals of Army training and supporting education are to—

*a.* Develop a combat-ready force that is physically and psychologically prepared to mobilize, deploy, fight, and win wars and conduct peacekeeping operations anywhere in the world as part of a joint, combined, or interagency force.

*b.* Ensure its units, organizations, soldiers, and leaders are trained to accomplish their missions and supporting tasks, and survive.

*c.* Provide tough, realistic, training that is focused on current and projected operational missions.

*d.* Apply advanced technologies to provide realistic and safe training within resource constraints.

*e.* Develop competent, confident, and professional military and civilian leaders to meet the Army's current and future needs.

### 1–7. Army training and education objectives

*a.* The principal objective of Army training and supporting education is to develop and maintain unit combat readiness.

*b.* The three pillars of the Army's training and education system are: individual training and education (training in schools and through distance learning), operational assignments, and self-development training. Each of the pillars attempts to enhance the ability of Army units, organizations, and individuals to perform their missions. The Army must—

(1) Develop and maintain a motivated, disciplined, and physically tough force capable of accomplishing worldwide operational missions.

(2) Exploit emerging technology and live, virtual, and constructive simulation to offset the restrictions imposed upon live training and use of high-technology weapons systems that result from safety considerations, environmental sensitivities, and higher training costs.

(3) Provide cost-effective and efficient individual, unit, organizational, and leader training.

(4) Improve training efficiency and effectiveness through distance learning, through HLA, and by reducing training distracters.

(5) Develop and institutionalize embedded training by building into or adding onto operational systems integral training aids, devices, simulators, and simulations.

*c.* Treating soldiers with dignity and respect is an Army bedrock value. Soldiers will be treated with dignity and respect. They will be afforded a challenging and rewarding environment in which to live and work:

(1) Harassment of soldiers for any reason, to include race, religion, national origin, sex, and perceived sexual orientation, will not be tolerated.

(2) Commanders at all levels will take appropriate action to prevent harassment and/or threats against any soldier.

(3) Soldiers will receive annual training on the Army's homosexual conduct policy.

(4) Soldiers will not be subjected to improper fraternization relationships between: officers (commissioned and warrant) and enlisted; permanent party personnal and initial entry training (IET) trainees; or United States (U.S.)Army Recruiting Command permanent party personnel (assigned or attached) and potential prospects, applicants, members of the Delayed Entry Program, or Members of the Delayed Training Program not required by the recuiting mission.

(5) Soldiers will receive annual training on the Army's fraternization policy.

## Section III
## Army Training and Education Strategy

### 1–8. Training principles and doctrine

*a.* Army training and education programs cultivate individuals, units, and organizations with professional military and civilian competence. The Army develops—

(1) Quality units and organizations by developing and executing training and by providing mission specific training

programs that use training products provided by the training proponents. The quality of training that units or organizations receive flows directly from emphasis by commanders on the principles of training described in FM 7–0 and FM 25–101. Leaders create a climate that demands training-to-standard and rewards subordinates who are efficient and effective trainers. The freedom to exercise initiative and exchange ideas creates a healthy command and training climate.

(2) Individual training and education programs for soldiers and DA civilian employees. These programs provide sequential and progressive training that assures individuals are qualified for assignment to their duty position. The Army Study System (TASS) is the principal source of individual training and education for Army personnel. Civilian institutions also provide training and education that support professional development.

*b.* Doctrine contained in FM 3–0, FM 7–0, and FM 25–101 is the centerpiece for unit training. The mastery of FM 3–0 doctrine and tactics, techniques, and procedures is the central objective of military training. Leaders must possess and be capable of using the doctrinal skills, knowledge, and experience required to train and prepare their subordinates for assigned missions.

*c.* Most future military operations will involve elements of other military services and nations. Consequently, the Army conducts combined, joint, and multinational military training exercises in a battle-focused setting designed to train commanders, leaders, military and civilian staffs, soldiers, and units for future operational missions. Joint exercises are normally conducted as part of the Joint Chiefs of Staff (JCS) Exercise Program. Unit commanders involved with JTF operations will establish training programs in accordance with Chairman of the Joint Chiefs of Staff Memorandum 3500.03.

*d.* Training will be the top priority for all commanders. To prepare individuals and units for immediate deployment and organizations for employment in support of operational missions, Army individual, collective, and modernization training provides for—

(1) Unit training that develops the critical components of combat readiness. These include development of—

*(a)* Soldiers, leaders, and units capable of deploying, executing assigned missions, and redeploying.

*(b)* Effective combined arms teams consisting of integrated combat, combat support (CS), combat service support, and close air support.

(2) An individual training system that—

*(a)* Produces initial entry soldiers who are highly motivated, disciplined, physically fit, and skilled in common soldier and basic branch tasks.

*(b)* Provides a training base of Army schools that prepares soldiers and DA civilian employees for more complex duties and progressively higher positions of responsibility.

*(c)* Produces soldiers capable of performing military occupational specialty (MOS), Area of Concentration (AOC), additional skill identifier (ASI), skill identifier (SI), special qualification identifier (SQI), and language identification code (LIC) tasks. Prior service Reserve Component (RC) and Active Army personnel receive required training through The Army Training System courses (TATS-C) or proponent-approved formal on-the-job training (OJT). TATS courses are designed to train the same MOS, AOC, skill level, SQI, ASI, LIC, and SI within the Army. TATS also includes MOS qualification (reclassification), Army leadership, and professional development courses.

*(d)* Provides reclassification training for changing an enlisted or warrant officer MOS, or to qualify an officer in a new branch. Reclassification training will be accomplished in accordance with Army Regulation (AR) 140–1, AR 614–200, and AR 611–1.

(3) Active Army, Department of the Army civilians, and RC forces able to mobilize rapidly, deploy, and perform their operational missions.

(4) Standardization of tasks and performance standards across the Army. Units and soldiers performing the same tasks will be trained to the same standard.

(5) Efficient and effective internal and external evaluation procedures that improve training, sustain required readiness levels, and control or reduce costs.

(6) A training system that supports peacetime requirements and transitions smoothly at mobilization.

(7) A full review of force protection, safety and risk management, and environmental protection considerations during planning for individual, unit, and organizational training events. In addition, installation commanders must implement an Integrated Training Area Management (ITAM) Program to address current and future land management needs. (See AR 350–4.) The ITAM program must include—

*(a)* Assessment and monitoring of current and future land capabilities and conditions.

*(b)* Rehabilitation and maintenance of training land.

*(c)* Management scheduling systems that integrate training requirements with land capabilities and maintenance practices.

*(d)* Environmental awareness.

(8) Individual and self-development training strategies that support individual, collective, and leader development training in units and organizations.

(9) User training on operating, maintaining, and employing new or improved systems, and ensures an orderly

transfer of knowledge on the operation and maintenance of equipment from the materiel developer or provider to the tester, trainer, supporter, and user.

### 1–9. The Army training and education system

*a.* The three pillars of training, *individual training and education (training and education in schools and through distance learning), operational assignments,* and *self-development training* support the Army's training and education system and leader development. Individual training and education courses provide soldiers and civilian employees an opportunity to gain the skills, knowledge, and experience needed to perform the duty position requirements of their operational assignment. Operational assignments provide unit and organization training and experience that refine skills and broaden knowledge. Self-development is a planned (competency-based) process that individuals use to enhance previously acquired skills, knowledge, and experience. The process enhances readiness and the potential for progressively more complex and higher level assignments. Self-development focuses on maximizing individual strengths, minimizing individual weaknesses, and achieving individual goals. Self-development is a joint effort that involves the commander or supervisor and the individual. Self-development actions are structured to meet specific individual goals and needs. The three pillars of training adapt to changes in force structure; constrained resources; advances in doctrine, technology, and policy; and individual professional development needs.

*b.* The Army accomplishes its principal peacetime mission through individual training, collective training, and Army Modernization Training (AMT).

(1) *Individual training* (including leader development) provides the soldier or DA civilian employee the knowledge and skills to improve individual and organizational performance and assist in achieving the Army's mission and performance goals. Individual training prepares the soldier or DA civilian employee to improve performance of current and future operational assignments. The training proponents support individual training by identifying individual tasks and supporting skills and knowledge, establishing performance standards, and producing individual training products. These training products include, but are not limited to, combined arms training strategies (CATS), training courses, TSPs, and TADSS. Individual training includes—

*(a)* Training and education presented in residence and by distance learning.

*(b)* Initial entry training (IET) and officer, warrant officer (WO), noncommissioned officer (NCO), and DA civilian employee training and education.

*(c)* The Army School System, commercial firms, specialized Army activities at civilian institutions, and units in the field conduct this training. The Army training proponents (for example, U.S. Army Training and Doctrine Command (TRADOC), U.S. Army Medical Department Center and School (AMEDDC&S), and the U.S. Army John F. Kennedy Special Warfare Center and School (USAJFKSWC&S)) support individual training and education by identifying individual tasks, establishing performance standards, and designing and developing individual training products. The career program functional chiefs, career field personnel proponents, or others develop Army civilian individual training requirements as described in chapter 3 of this regulation. The Army's individual training component includes formal resident and nonresident training sites, individual training in units and organizations, and self-development training. Training proponents provide guidance and training products to the soldier. Technological advances now allow and require (through goals and incentives) Army personnel to learn on their own time in a number of ways (for example, interactive multimedia courseware for use with a personal computer and videotapes).

*(d)* TASS includes all Army individual training and education institutions (schools, colleges, and academies) and courses. The Army School System institutions must be accredited to teach courses. The critical components of TASS are The Army Training System (TATS) courseware. These courses train the entire population of a specific job throughout all components of the Army to the same standard. Training is designed in recognition of RC time, facility, and resource constraints.

*(e)* Installation Army Education Centers (AEC) and Army Learning Centers (ALC), which are multi-use facilities that support individual training, leader development, and self-development training and education through a wide range of programs and services. These programs and services are available to all soldiers, DA civilian employees, and adult family members. They include—

1. Training and education materials including distance learning and self-development training products.
2. Language and computer laboratories.
3. Tutorial assistance.
4. Occupational libraries.
5. Army and civilian personnel testing.

*(f)* Army training institutions provide support to the Reserve Officer Training Corps (ROTC), National Defense Cadet Corps (NDCC), Army National Guard (ARNG), U.S. Army Reserve (USAR), and active Army units, and other training activities as directed. They provide administrative and logistical support of staff, faculty, units, and personnel assigned or attached to the school for duty. Additionally, they establish requirements for procurement, maintenance, and operation of adequate housing and academic buildings. These institutions also provide training to students of other

guidance, the GTA program, TADLP, STRAC, range modernization and standardization, international military training and education under the Security Assistance Training Program, training standardization policy, and TASS.

*p.* Develop and field the Army's physical fitness doctrine, training programs, and performance standards.

*q.* Assist the HQDA, Director of Training, to develop, field, and sustain automated training development and training management systems.

*r.* Manage the institutional portion of the Army's military leader development program to include the development and publication of leadership training materials, and exercise HQDA responsibility for development of civilian leadership training.

*s.* Publish and distribute a common task test (CTT) Notice listing the tasks to be tested. The notice will be issued 60 days before the test period and will be in effect for one fiscal year. It is not mandatory that soldiers receive a written CTT notice.

*t.* Establish policy for and manage individual military training to include enlisted, warrant officer, and officer training, and establish policy for managing training in units.

*u.* Maintain administrative control over designated DOD schools.

*v.* Exercise HQDA responsibility and manage Army training for foreign military and civilian personnel in the United States.

*w.* Ensure the development and production of all EPMS materials required to support training.

*x.* Develop and execute individual training to meet the Army's individual training goal. This includes the development of TATS courseware; extension training products; and TSPs for individual, school, and unit use. Additionally, it includes actions to—

(1) Establish short- and long-range individual training strategies that indicate where and how tasks will be trained and identify requirements for courses, media, TADSS, and mobilization training.

(2) Identify individual tasks for all jobs and duty positions and establish performance standards.

(3) Exercise quality assurance and control over training development and individual training.

(4) Coordinate and prioritize resources for training development and maintenance, ensuring standardization, and the horizontal and vertical alignment of all materials.

(5) Coordinate development of Army training materials not otherwise identified in this regulation.

(6) Establish the standards for instructor training and accreditation in Army schools.

(7) Develop performance-based, criterion-referenced tests.

(8) Reproduce and distribute training products and materials to support the Army's individual training system.

*y.* Serve as the Army's individual task manager and—

(1) Receive external training requirements and conduct training needs analyses to determine applicability for individual training.

(2) Identify and approve common tasks and incorporate them into officer (to include precommissioning), warrant officer, noncommissioned officer, and civilian training, as appropriate.

(3) Designate Army training proponents responsible to develop TSPs and products for approved training requirements.

(4) Manage common soldier shared and branch-specific individual tasks.

(5) Manage the development of vertically and horizontally aligned officer (to include precommissioning), warrant officer, and noncommissioned officer training.

(6) Ensure the application of common task training throughout TASS to include the coordination of precommissioning tasks taught by the U.S. Military Academy and National Guard Academies.

*z.* Review POIs for institutional training courses to ensure compliance with established policies. (Exceptions are USAWC, AMC schools, AMEDDC&S, the U.S. Army Criminal Investigation Laboratory, USASOC schools, and The Judge Advocate General's School, U.S. Army, TJAGSA.) In accomplishing this responsibility, the CG, TRADOC, will—

(1) Serve as the Army member of the interservice training review organization executive board and review training courses of other services to eliminate duplication, reduce costs, and standardize instruction in compliance with AR 351–9.

(2) Coordinate the TRAS.

(3) Coordinate changes in course prerequisites and implementation dates with quota managers at least six months in advance. This will—

*(a)* Ensure personnel availability and distribution.

*(b)* Preclude voiding enlistment contracts.

(4) Ensure review of proposed changes in course prerequisites, curricula, and course lengths and additions and deletions for training conducted at DOD schools under control of the Army and forward recommendations to HQDA, ODCS, G–3, 400 Army Pentagon, ATTN: DAMO-TR, Washington, DC 20310–0400. Course changes that affect course prerequisites, lengths, class sizes, or other major resource changes require 6 months notice.



000305

(2) The first phase of CCC for RC officers may take up to two TATS training years to complete. The CCC instruction is phased for RC officers to receive—

*(a)* Most common core and some branch-specific instruction, as well as a staff process diagnostic examination in a nonresident mode.

*(b)* Branch-specific training in 2 weeks of ADT.

*(c)* Staff process training in 8 IDT periods and 2 weeks ADT.

*e.* Officers do not receive CCC credit until both phases are successfully completed. Branch commandants will award MEL code 6 upon successful completion of branch-specific CCC training. Upon successful completion of staff process training, branch commandants will award MEL code N to denote CCC completion. This procedure accounts for those students authorized delays between phases, special branch officers not required to attend staff process training to achieve branch qualification, and RC officers who complete the two phases in different training years.

*f.* The CCC diplomas will be awarded upon successful completion of both required phases. As exceptions, the following officers will receive diplomas at the conclusion of branch-specific training:

(1) Special branch officers not required to attend staff process training to achieve branch qualification.

(2) International military students (IMS) and U.S. sister service officers who are not authorized to attend staff process training.

*g.* Because of the small group instruction structure, no more than two IMS will be included in each small group. As an exception, a third IMS may be included if the student is from a HQDA-exempted country. Identification of HQDA-exempted countries may be requested from the TRADOC SATFA.

*h.* Officers who receive constructive completion credit for CCC will not attend the resident course. Such officers may attend a different branch-specific portion of CCC if required for branch transfer. Branch transfers require successful completion of training specified by the proponent school and are approved by the appropriate component's personnel command.

*i.* Officers of branches other than the JAGC who have received credit for completing their branch-specific phase of CCC, are graduates of an accredited law school, have been admitted to the bar of the Federal court or the highest court of a state, and who intend to transfer to the JAGC may enroll in the Reserve Component Judge Advocate Officer Basic Correspondence Course (RCJAOBC). Guidance on these matters is available from the Assistant Chief (Reserve Component Management), Personnel, Plans, and Training Office, 1777 North Kent Street, 10th Floor, Rosslyn, VA 22209–2194, or the Correspondence Course Office, The Judge Advocate General's School, ATTN: JAGS-AON-C, Charlottesville, VA 22903–1781.

*j.* The HQDA, DCS, G–3, may waive completion of CCC if-

(1) The officer's branch commandant certifies the officer's branch technical skills at the captain level.

(2) The PERSCOM awards constructive credit for the branch-immaterial phase of CCC.

*k.* Enrollments in the CCC will be scheduled by and entered into the ATRRS.

### 3–28. Command and General Staff Officer Course

The CGSOC educates and trains selected officers in the values and attitudes of the profession of arms and in the conduct of military operations in peace and war. The CGSOC prepares officers for duty as field grade commanders and staff officers, primarily at brigade, division, and corps echelons. Additional skill qualification as a strategist, joint planner, historian, or space operations officer is available through the advanced application programs. Officers have the opportunity to further develop their intellectual depth and analytic ability through intensive research that leads to the Master of Military Arts and Science degree.

*a.* Active Army officers are considered for attendance at CGSOC in residence at Fort Leavenworth, KS, during an eligibility window that opens upon selection for major and extends through four subsequent, consecutive, selection board considerations. Attendance usually occurs between the 10th and 15th year of commissioned service.

*b.* The nonresident CGSOC is equivalent to the resident course for satisfying career schooling requirements. It is presented in two formats and must be completed within 36 months of enrollment.

(1) The corresponding studies "S" format is organized into four sequential phases consisting of a number of modules or subcourses. Each module or subcourse is a self-contained block of instruction containing one or more examinations graded by the CGSC Directorate of NonResident Studies (DNRS). Several modules or subcourses require submission of written requirements that are graded based on established objective criteria.

(2) The "M" format is presented in TASS training battalions at teaching locations throughout the world. This option is also organized into four sequential phases with modules or subcourses corresponding to those in the "S" format. Each module or subcourse contains written requirements and one or more examinations. Many of the requirements are graded by the TASS training battalions that report grades to the DNRS.

*c.* Requirements for RC officers to enroll in the CGSOC are found in AR 135–155.

*d.* Active Army warrant officers and enlisted soldiers with a reserve commission (dual component control group) may enroll, but must attend the ADT phases either at their own expense or on TDY if their headquarters will fund this training. Enrollment requirements are listed in DA Pams 351–20 and 351–4.

produces technically competent warrant officer leaders for assignment to platoon, detachment, company, battalion, and higher-level organizations.

*c.* WOES is a combination of branch-specific and branch-immaterial courses that provide progressive and sequential training throughout an entire career. Regardless of branch affiliation or MOS, the thread that ties all WOES courses together is common core training. Common core training is approved by TRADOC and incorporated into WOES courses.

*d.* WOES includes the following:

(1) WOCS provides preappointment training.

(2) WOBC provides MOS/branch qualification and certification training.

(3) WOAC provides advanced branch training.

(4) WOSC provides branch-immaterial staff level training.

(5) WOSSC provides branch-immaterial senior staff level training.

### 3–37. Warrant officer education requirements

*a.* The educational goal for WOs is an MOS-related associate degree, or its equivalent before entry into career status for Active Army WOs, and prior to completing 8 years of WO service for RC personnel. Warrant officers are encouraged to obtain MOS-related baccalaureate degrees prior to promotion to CW4 and to obtain advanced degrees to further enhance their qualifications and abilities.

*b.* The AMEDD education requirements are determined by the AMEDD Commander's Requirements Review Process.

*c.* The education policy for ARNG WOs is defined in ARNG regulations.

*d.* Education requirements for criminal investigation WO special agents (MOS 311) are addressed in AR 195–3.

### 3–38. Warrant officer preappointment training

Qualified applicants are selected for WOC status by centralized U.S. Army Recruiting Command boards, specified branch proponents, or state Adjutants General. Policy governing warrant officer selection and appointment is contained in AR 135–100.

*a.* All WOCs must attend the resident WOCS at the U.S. Army Warrant Officer Career Center (WOCC), Fort Rucker, AL. Candidates receive training in the performance of basic leader tasks and are assessed on the performance of these tasks and their potential to serve as WOs. Training takes place in a physically and mentally demanding, high stress environment.

*b.* Graduates of the WOCS are appointed to grade WO1 contingent upon certification by the MOS proponent for which they are technically qualified to receive the award of an authorized warrant officer MOS. Certification follows successful completion of the appropriate WOBC or a proponent-prescribed alternative certification method.

### 3–39. Warrant Officer Basic Course

*a.* Warrant officer candidate selectees are designated to attend an MOS-specific WOBC at the same time they are selected to attend WOCS. The WOBC (including the Initial Entry Rotary Wing Qualification Course) conducted by branch proponents supports the MOS training and technical certification process that ensures all warrant officers attain the degree of technical competence needed to perform in their MOS at the platoon through battalion levels. Training is performance-oriented and focuses on technical skills, leadership, effective communication, unit training, maintenance operations, security, property accountability, tactics, ethics, and development of subordinates.

*b.* Branch proponents develop and update WOBC training and technical certification standards. The proponents also develop alternative certification diagnostic tests for RC warrant officers. Tests consist of both written and performance components that measure existing skill and knowledge. The intent is to reduce the length of time needed to train and certify RC warrant officers who possess all or part of the technical skills required for MOS certification.

*c.* Failure to successfully complete the WOBC may result in termination of the WO appointment. (See AR 600–8–24.)

*d.* Graduates of the WOBC are identified by award of MEL code 7.

### 3–40. Warrant Officer Advanced Course

The WOAC is MOS-specific and builds upon the skills, knowledge, and experience developed through previous training and assignments. This course provides grade CW3 chief warrant officers in the leader, tactical, and technical training needed to serve in company and higher level positions. The primary focus is directed toward leadership skill reinforcement, staff skills, and advanced MOS-specific training. Graduates of WOAC are recognized by award of MEL code 6. WOAC consists of two components:

*a.* A mandatory nonresident course that must be completed prior to attending resident WOAC training. The Action Officer Development Course was adopted as the resource for this distance learning course. It provides warrant officers serving in CW2 or higher duty positions relevant training in topics such as management techniques, communication skills, preparing and staffing documents, meetings and interviews, problem solving, writing, coordinating, briefings,



000307

and ethics. The course must be completed within one year of enrollment; however, all CW2s have the flexibility to enroll between 24 and 48 months of total warrant officer service.

*b.* A resident course consisting of branch proponent developed and administered MOS-specific technical training and branch-immaterial training that includes leadership, ethics, communication skills, military law, and personnel management.

### 3–41. Warrant Officer Staff Course

WOSC is a branch-immaterial resident course conducted at the WOCC, Fort Rucker, AL. The course focuses on the staff-officer and leadership skills needed to serve in CW4 positions at battalion and higher levels. Instruction includes decision-making, staff roles and functions, organizational theory, structure of the Army, budget formation and execution, communication skills, training management, personnel management, and special leadership issues. Graduates of the WOSC are recognized by award of MEL code 4.

### 3–42. Warrant Officer Senior Staff Course

WOSSC is the capstone for warrant officer professional military education. This branch-immaterial resident course is conducted at WOCC and provides warrant officers a broader Army perspective required for assignment to CW5 positions as technical, functional, and branch systems integrators and trainers at the highest organizational levels. Instruction focuses on force integration and provides up-to-date information on Army policies, programs, and special items of interest. Graduates are recognized by award of MEL code 1.

## Section V
## Noncommissioned Officer Training and Education

### 3–43. The Noncommissioned Officer Education System

*a.* The goal of NCO training and the NCOES is to prepare noncommissioned officers to lead and train soldiers who work and fight under their supervision, and to assist their leaders to execute unit missions.

*b.* Effective 1 October 1993, the Army linked NCOES to promotion to SSG, SFC, and sergeant major (SGM). Linking NCOES to promotion ensures NCOs have the appropriate skills and knowledge required before assuming the duties and responsibilities of the next higher grade.

*c.* The NCOES provides noncommissioned officers with progressive and sequential leader, technical, and tactical training relevant to the duties, responsibilities, and missions they will perform in operational units after graduation. Training is based on the tasks and supporting skills and knowledge, attitudes, and experience needed.

*d.* Soldiers who have not attended ANCOC or BNCOC prior to their effective date of promotion will be promoted "conditionally." Those who accept a "conditional" promotion do so under the stipulation that they must successfully complete ANCOC or BNCOC to retain the promotion.

*e.* The NCOES includes—

(1) Basic, branch-immaterial, leadership training, provided by PLDC.

(2) Skill level 3 leader training and basic branch-specific, squad-level training, provided by BNOC. Skill level–2 training is provided by MOSs 54B and 88H.

(3) Skill level–4 leader training and advanced, branch specific, platoon-level training, provided by ANCOC.

(4) Senior-level, branch-immaterial, staff training, provided by SMC.

*f.* Noncommissioned officer training also includes functional courses described in Section VII of this chapter:

(1) BSNCOC provides advanced, branch-immaterial, staff training.

(2) FSC provides branch-immaterial training to prepare selected individuals for their initial assignment as first sergeants.

(3) CSMC provides branch-immaterial training for CSM designees.

### 3–44. Noncommissioned Officer Education System administration

*a.* Commandants and commanders of NCOES training schools will enforce the following attendance and completion requirements:

(1) Soldiers in the RC will complete BNCOC and ANCOC Phase I (common core) before attending MOS-specific phases. They will complete both modules satisfactorily before receiving course credit. The CNGB and CAR may waive MOS-specific attendance for soldiers in MOSs that do not have a current TATS-C.

(2) Soldiers in the RC will enroll in BNCOC and ANCOC MOS-specific phases within 2 years of completing Phase I. The 2-year requirement may be extended if the delay is through no fault of the soldier. The soldier's commander must submit a memorandum requesting an extension, with justification for the delay, through command channels to the first GO in the soldier's chain of command for USAR and ARNG soldiers.

(3) All training required by a reclassification action will be accomplished in accordance with AR 614–200 and AR 611–1.

Army Regulation 350–10

Training

# Management of Army Individual Training Requirements and Resources

Headquarters
Department of the Army
Washington, DC
14 September 1990

Unclassified

Headquarters
Department of the Army
Washington, DC
14 September 1990

*Army Regulation 350–10

Effective 15 October 1990

Training

# Management of Army Individual Training Requirements and Resources

By Order of the Secretary of the Army:

CARL E. VUONO
*General, United States Army*
*Chief of Staff*

Official:

MILTON H. HAMILTON
*Administrative Assistant to the Secretary of the Army*

**History.** This UPDATE printing publishes a revision of this publication. Because the publication has been extensively revised, the changed portions have not been highlighted. This publication has been reorganized to make it compatible with the Army electronic publishing database. No content has been changed.

**Summary.** This regulation revises the policies, responsibilities, and procedures required to manage Army individual training requirements and resources. It covers the system used to identify individual training requirements, programs, and resources required to support the Total Army individual training. It updates policy and procedures for the management of the Army Training Requirements and Resources System (ATRRS). Unless specifically identified for mobilization planning or mobilization operations, these policies and procedures refer to peacetime operations.

**Applicability.** This regulation applies to the Total Army, to include the Active Army, Army National Guard, U.S. Army Reserve, Department of Army civilian force, and other Government agency and civilian users of the ATRRS.

**Proponent and exception authority.** Not applicable

**Army management control process.** This regulation is not subject to the requirements of AR 11–2. It does not contain internal control provisions.

**Supplementation.** Supplementation of this regulation and establishment of command or local forms are prohibited without prior approval from HQDA (DAPE–MPT), WASH DC 20310–0300.

**Interim changes.** Interim changes to this regulation are not official unless they are authenticated by the Administrative Assistant to the Secretary of the Army. Users will destroy interim changes on their expiration dates unless sooner superseded or rescinded.

**Suggested Improvements.** The proponent agency of this regulation is the Office of the Deputy Chief of Staff for Personnel. Users are invited to send comments and suggested improvements on DA Form 2028 (Recommended Changes to Publications and Blank Forms) directly to HQDA (DAPE–MPT), WASH DC 20310–0300.

**Distribution.** Distribution of this publication is made in accordance with the requirements on DA Form 12–09–E, block number 3291, intended for command level D for Active Army, Army National Guard, and U.S. Army Reserve.

**Contents** (Listed by paragraph and page number)

**Chapter 1**
**Introduction,** *page 1*
Purpose • 1–1, *page 1*
References • 1–2, *page 1*
Explanation of abbreviations and terms • 1–3, *page 1*
Responsibilities • 1–4, *page 1*
Input to Training Management General Officer Steering Committee • 1–5, *page 3*
Policy • 1–6, *page 4*

**Chapter 2**
**Army Training Requirements and Resources System,** *page 4*
Introduction • 2–1, *page 4*
ATRRS subsystems • 2–2, *page 4*
ATRRS reports • 2–3, *page 4*
ARPRINT report • 2–4, *page 4*
Development of training requirements • 2–5, *page 5*
Solicitation of training requirements • 2–6, *page 5*
Structure and Manning Decision Review • 2–7, *page 5*
Training Resource Arbitration Panel • 2–8, *page 7*
Scheduling of classes • 2–9, *page 9*
Interservice Training Review Organization • 2–10, *page 9*

**Chapter 3**
**Army Training Requirements and Resources System Subsystems,** *page 9*
Quota Management System • 3–1, *page 9*
Mobilization Planning System • 3–2, *page 10*
Student Trainee Management System—Enlisted • 3–3, *page 10*

**Chapter 4**
**Training Attrition Management,** *page 11*
Introduction • 4–1, *page 11*
Historical attrition computation • 4–2, *page 11*
Adusted attrition computation • 4–3, *page 11*
Attrition rates • 4–4, *page 11*

**Appendix A.** References, *page 12*

**Glossary**

**Index**

*This regulation supersedes AR 350–10, 1 July 1984.



**Unclassified**

000310

(3) Are a product of negotiation by representatives from: ODCSPER Training, ODCSOPS Force Development, ODCSOPS Training, ODCSOPS Readines, ODCSPER Force Alignment, and ODCSPER Force Structure.

(4) Training baseline levels will be assessed during SMDR processes and TRAP reviews. They cannot be exceeded without approval of the input to training GOSC. However, if programmed training levels exceed established baselines during a FY, the addition to the TTHS account must be forwarded to the next Force Structure Panel on POM build or to the Out-of-Cycle Committee for approval and assignment of a bill payer. The bill payer would ordinarily be either structure or other training.

(5) Training baselines will be developed for a 3-year period: execution year, budget year, and the first year of the POM.

(6) Review of training baseline projections will be accomplished through analysis of the TTHS Forecasting System man-year projections. These projections include all student time, but the classroom time (training time) measured through the ATRRS database constitutes the bulk of student (or accession student) man-years. Increases in ATRRS nonunit training will ordinarily result in an increase in TTHS man-years. Decreases in ATRRS (provided they are reductions in seats likely to have been filled) will ordinarily produce the opposite effect. TTHS impact on the operating strength can also be monitored through this system.

*f.* MOB ARPRINT—

(1) Is the primary planning document that provides individual training requirements (by course, by week) for a 52-week period beginning with mobilization.

(2) Is a time-phased plan for expansion, continuation, or phase-out of training base courses upon mobilization.

(3) Is based on the Total Army trained manpower shortfall of fillers or replacements required to maintain a prescribed level of organization during post mobilization.

(4) Is used to develop training base expansion plans, training strategies, mobilization resource constraint information, and to facilitate transition to revised levels of training upon mobilization.

### 2–5. Development of training requirements

Training requirements will be developed according to the following—

*a. General requirements.* Individual training requirements will be developed and entered directly into the ATRRS database according to the procedures described in the ATRRS Users Manuals. (Copies may be obtained from HQDA (DAPE–MPT), WASH DC 20310–0300). Training requirements may be entered into ATRRS only by the agency responsible for developing those requirements.

*b. Enlisted requirements.* IET requirements developed by PERSCOM, OCAR, and NGB will be based on the approved manpower program identified by HQDA (DAPE–MP). These training requirements will serve to update the ARPRINT.

*c. IET requirements.* These are developed by the following automated models and are subject to verification by HQDA (DAPE–MPT).

(1) FORECAST MOS Level System (MOSLS) (System used by the AA).

(2) Training Requirement Generator (TRG) (System used by the USAR).

*d. Structure changes.* IET course structure changes (length and AIT versus OSUT) will be validated by the training manager and sent to HQDA (DAPE–MPT), WASH DC 20310–0300 not later than 6 weeks prior to SMDR.

*e. Validation of course numbers.* TRADOC, HSC, and AMC will validate course numbers by FY within ATRRS not later than 6 weeks prior to SMDR. Course number changes will be kept to a minimum and will be identified in the Course Change Report and Course Number Change Report.

*f. Adding and deleting MOS, ASI, and AOC courses.* The latest addition or deletion of MOS, ASI, and AOC courses will be based upon AR 611–201, AR 611–101, and AR 611–112. Training MACOMs and HQDA (DAPE–MPT) will delete obsolete MOS codes. Training MACOMs and agencies will add new courses and delete obsolete courses.

*g. Notional courses.* On occasion, a skill requirement and associated training requirement may be identified for which no approved POI, course title, or number exists. HQDA (DAPE–MPT) will notify the appropriate training MACOM to add notional courses to ATRRS as necessary to reflect projected (undocumented) MOS restructure and force modernization actions. HQDA (DAPE–MPT) will add notional courses to ATRRS as required.

### 2–6. Solicitation of training requirements

*a.* The solicitation of DA personnel to attend training or of other than DA personnel to attend courses conducted by the DA will be accomplished via the TACITS subsystem of ATRRS.

*b.* Training Requirements Office, HQDA (DAPE–MPT) is the executive agent for individual training solicitation within the DA.

*c.* Training Plans Branch, ODCSPLANS, PERSCOM (TAPC–PLT) is the ODCSPER operational arm for individual training solicitations within the DA.

*d.* TACITS surveys will be distributed twice annually. The primary individual training solicitation survey will be distributed in August. This solicitation will include all the courses of training, for which the training requirement is determined by solicitation that are attended by DA personnel (AA, USAR, and ARNG); military or civilian) regardless of the training provider; or all those courses conducted by the Army that are attended by other than Army personnel. The second survey will be distributed in March and will include only additions and changes to the course list contained in the August TACITS survey.

*e.* TACITS will be prepared and distributed by PERSCOM in both an automated version on ATRRS, for online users, and in a hard copy version for those organizations that do not have access to ATRRS.

*f.* Courses that must come in line in the upcoming execution or budget years that miss the two solicitation windows will be treated as an out-of-cycle solicitation. Procedures for approval of an out-of-cycle solicitation are as follows:

(1) Request approved and signed by commander or commandant of respective school and sent to training MACOM for approval.

(2) Request approved and signed by the Assistant Deputy Chief of Staff for Training (ADCST), TRADOC/Commandant, Academy of Health Sciences (AHS)/Assistant Deputy Chief of Staff for Personnel (ADCSPER), AMC and forwarded to HQDA (DAPE–MPT) for approval.

(3) Approval or disapproval by HQDA (DAPE–MPT).

(4) Approval returned to training MACOM for field solicitation. Distribution to field will contain statement that solicitation has been approved by HQDA. Returns from field will be posted to ATRRS by training MACOM and addressed at TRAP. No manpower bills will be paid by HQDA as a result of an out-of-cycle solicitation.

### 2–7. Structure and Manning Decision Review

*a. Overview.* The SMDR is designed to validate Total Army training requirements and then reconcile those requirements to an affordable, acceptable, and executable training program. The SMDR will be conducted annually during the month of April. Training requirements will be initially established for the third POM year, validated for the second POM year (the primary focus of the SMDR), and fine-tuned for the first POM year. Fine-tuning will be accommodated where possible within the funded capabilities of the training activities.

*b.* Timeframe for SMDR—

(1) Training requirements loaded on ATRRS by components approximately 30 days prior to SMDR.

(2) Summary sheets available approximately 20 days prior to SMDR.

(3) Equipment, facility, and personnel constraints loaded on ATRRS by schools 15 days prior to SMDR.

(4) Council of Colonels (COC) review of SMDR results within 20 working days of SMDR adjournment.

(5) Input to training management GOSC review of constrained

Army Regulation 351–1

Schools

# Individual Military Education and Training

Headquarters
Department of the Army
Washington, DC
15 October 1987

UNCLASSIFIED

Headquarters
Department of the Army
Washington, DC
15 October 1987

*Army Regulation 351–1

Effective 16 November 1987

Schools

# Individual Military Education and Training

By Order of the Secretary of the Army:

CARL E. VUONO
*General, United States Army*
*Chief of Staff*

Official:

R. L. DILWORTH
*Brigadier General, United States Army*
*The Adjutant General*

**History.** This UPDATE printing publishes a revision that is effective 16 November 1987. Because the structure of the entire revised text has been reorganized, no attempt has been made to highlight changes from the earlier regulation dated 3 December 1986. This publication has been reorganized to make it compatible with the Army electronic publishing database. No content has been changed.

**Summary.** This regulation prescribes policies and procedures for individual military education and training of Army personnel.

**Applicability.** This regulation applies to the Active Army, the Army National Guard, and the U.S. Army Reserve except where otherwise stated,

**Proponent and exception authority.** The proponent agency of this regulation is the Office of the Deputy Chief of Staff for Operations and Plans.

**Impact on New Manning System.** This regulation does not contain information that affects the New Manning System.

**Army management control process.** This regulation is subject to the requirements of AR 11-2. It contains internal control provisions but does not contain checklists, for conducting internal control reviews. These checklists are contained in DA Circular 11-87-2.

**Supplementation.** Supplementation of this regulation and establishment of command and local forms are prohibited without prior approval from HQDA (DAMO-TRI), WASH DC 20310-0450.

**Interim changes.** Interim changes to this regulation are not official unless they are authenticated by The Adjutant General. Users will destroy interim changes on their expiration dates unless sooner superseded or rescinded.

**Suggested Improvements.** Users are invited to send comments and suggested improvements on DA Form 2028 (Recommended Changes to Publications and Blank Forms) directly to HQDA (DAMO-TRI), WASH DC 20310-0450.

**Distribution.** Distribution of this publication is made in accordance with DA Form 12-9A-R requirements for 351-series publications. The number of copies distributed to a given subscriber is the number of copies requested in Blocks 311 and 312 of the subscriber's DA Form 12-9A-R. AR 351-1 distribution is B for the Active Army, A for the ARNG, and A for the USAR. Existing account quantities will be adjusted and new account quantities will be established upon receipt of a signed DA Form 12-9U-R (Subscription for Army UPDATE Publications Requirements) from the publications account holder.

**Contents** (Listed by paragraph and page number)

**Chapter 1**
**Introduction,** *page 1*
Purpose • 1–1, *page 1*
References • 1–2, *page 1*
Explanation of abbreviations and terms • 1–3, *page 1*
The Army School System • 1–4, *page 1*
Mission • 1–5, *page 1*
Scope • 1–6, *page 1*
Functions • 1–7, *page 1*
Eligibility • 1–8, *page 2*
Student recognition • 1–9, *page 3*
Student dismissal • 1–10, *page 3*
Course information • 1–11, *page 4*

*This regulation supersedes AR 351-1, 3 December 1986; AR 351-11, 1 January 1983; and AR 351-20, 15 November 1980.



UNCLASSIFIED

(2) AR 135-91.
(3) AR 135-200.
(4) AR 351-1.
(5) AR 351-5.
(6) AR 550-51.
(7) AR 351-17.
(8) AR 614-200.
(9) DA Pam 351-4.
(10) DA Pam 351-20.
(11) DA Pam 600-3.
(12) DA Pam 600-11.
(13) AR 350-series and AR 600-series.

### 1–9. Student recognition

Student recognition, other than precommissioning training where policy is prescribed by separate regulation, will be governed as follows:

*a. Diplomas and certificates.*

(1) Diplomas containing complete course title and course identification number will be issued to all students on successful completion of the following:

*(a)* Resident courses of 3 or more weeks in length.

*(b)* Nonresident courses of 120 or more credits hours.

(2) Certificates will be issued for successful completion of courses of less duration than cited in (1) above.

(3) Diplomas and certificates of completion will include beginning and completion dates of the course and the number of class hours.

(4) Certificates may be issued at the discretion of the appropriate school commandant to other military personnel for constructive credit when equivalent knowledge has been demonstrated by tests or other appropriate means.

(5) Personnel awarded constructive or equivalent credit, as authorized by this regulation, will be considered for assignment, promotion, and other personnel actions on the same basis as resident students of the course concerned.

(6) Course completions will be entered in appropriate personnel records under AR 640-2-1, AR 640-10, and NGR 640-2-1.

(7) Diplomas and certificates issued will not reflect nonresident, USARF school, and so forth. They will contain only the title of the course, to preclude resident courses from being recognized more favorably than other courses.

(8) A DA Form 87 (Certificate of Training) will be issued in original copy only, under AR 672-5-1.

(9) No certificate of any sort will be issued for individuals failing to achieve course standards.

(10) Certificates of completion may be awarded to foreign military students under AR 12-15.

*b. Academic recognition.* The American Council on Education (ACE) evaluates resident and nonresident service school courses in terms of academic credit. Under AR 621-5, soldiers seeking academic recognition for service school courses will furnish documents specified in the ACE guide to the civilian school from which they want credit. AR 621-5 also provides for soldiers to receive transcripts documenting their military training and experience, along with the recommended college credit, under the registry transcript system. Civilian schools will decide on acceptance of ACE credit recommendations and hours to be credited. Army Education Center personnel, within the chain of command, will assist soldiers in obtaining recognition from civilian schools.

*c. Recognition of skills training.* Eleven Army service schools sponsor apprenticeship programs. Soldiers who complete all apprenticeship requirements will be awarded a Department of Labor Certificate of Completion of Apprenticeship. Procedures are found in DA Pam 621-200.

### 1–10. Student dismissal

On occasion, certain students must be dismissed from courses for other than academic reasons in order that Army training institutions can conduct efficient training.

*a.* To protect students form unfair or illegal practices, commanders of Army training institutions will establish precise procedures to determine whether students in the following categories should be dismissed from training:

(1) Students whose personal conduct is such that their continuation in the course is not appropriate. No formal adjudication of guilt by a military or civilian court or by a commander under Article 15 of the Uniform Code of Military Justice (UCMJ) is necessary to support dismissal under this paragraph.

(2) Students whose academic progress, demonstrated motivation, attitude, or conduct, although not cause for formal disciplinary action, come under one of the following categories:

*(a)* Prejudicial to the interests of other students in the class.

*(b)* Make it extremely unlikely that the student can successfully meet the standards established for graduation.

*b.* In establishing student dismissal procedures, the following considerations will be addressed:

(1) The right of the individual to due process, sufficient to protect his or her interests, recognizing that a board hearing is not necessary in every case.

(2) The need of the institution to dismiss students who require so much faculty attention to succeed that other students suffer unreasonably as a result.

(3) The needs of the Army to—

*(a)* Safeguard adherence to basic Army policy and standards.

*(b)* Maintain adequate audit trails of important personnel actions.

(4) Dismissal of ARNG personnel on full-time training duty (FTTD) and USAR personnel on initial duty for training (IADT), active duty for training (ADT), and Active Guard/Reserve (AGR) tours to be coordinated with the chief, National Guard Bureau (CNGB) or the Chief, Army Reserve (CAR), as appropriate.

(5) The provisions of this regulation apply as well to foreign military students. However, complete written reports will be submitted to HQ, U.S. Army Training and Doctrine Command (TRADOC), Security Assistance Training Field Activity (SATFA), Fort Monroe, VA 23651-5000 when dismissal of a foreign military student is contemplated. Final authority for dismissal of a foreign military student rests with the Commander, TRADOC in accord with AR 12-15.

**1–11. Course information**

*a.* DA Pam 351-4 is the official reference for formal courses offered at active U.S. Army schools and training centers. It includes the following:

(1) General course descriptions and information concerning course prerequisites, special administrative requirements, and training location.

(2) Descriptions of interservice training courses and DOD courses for Army personnel.

*b.* The Army Training Requirements and Resources System (ATRRS) is supplemented by DA Pam 351-4.

*c.* DOD 5010.16-C is the official reference for formal courses offered under the Defense Management Education and Training (DMET) Program. These courses—

(1) Address common concepts and common skills for management.

(2) Are developed jointly to meet the needs of all DOD agencies.

(3) Are presented at designated schools of all the Services.

*d.* DA Pam 351-20 outlines the correspondence course programs available through the Army Institute for Professional Development (AIPD) as well as the correspondence courses offered by Army and joint DOD schools which administer their programs independent of AIPD.

*e.* DA Pam 351-9 contains the schools' MOS training plan for enlisted training (initial entry training (MT) and the Noncommissioned Officer Education System (NCOES)). This plan will include a listing of resident courses by MOS. The courses listed will be those planned and operating, as well as those being developed.

*f.* TRADOC publishes a pamphlet that authorizes the TRADOC approved Reserve Component configured courses that are available to be taught to ARNG academies and USARF schools.

*g.* USAREUR publishes a pamphlet that is the official reference for formal courses offered in the U.S. Army, Europe (USAREUR). It is available from Cdr, 7A CATC, ATTN: AETTV-DPT-TD, Vilseck, GE APO NY 09112. This pamphlet includes NCOES courses offered in USAREUR and Seventh Army Combined Arms Training Center courses designed to supplement TRADOC courses or teach USAREUR-peculiar subjects.

**1–12. Student evaluation.**

*a. Evaluation forms.* In accord with AR 623-1, on completion of resident or nonresident career progression and professional development courses, students will be evaluated on DA Form 1059 (Service School Academic Evaluation Report), DA Form 1059-1 (Civilian Institution Academic Evaluation Report), or DA Form 1059-2 (Senior Service College Academic Evaluation Report) as appropriate. All entries will reflect the actual performance of the students. Students will be provided a copy of the report.

*b. Foreign students.* School personnel responsible for evaluating U.S. Army students will also prepare academic reports on foreign military students. Foreign military students are evaluated under AR 12-13 on DA Form 3288-R (Academic Report--Foreign Students Attending CONUS Service Schools).

**1–13. Physical fitness and weight standards**

*a.* Soldiers attending professional development courses must meet physical fitness and weight standards outlined in AR 350-15 and AR 600-9. Soldiers over 40 will be administered medical screening at local installations.

*b.* Students shown in the categories listed below must undertake remedial training and retesting before completion of the training cycle or course should they fail to attain minimum standards on the initial physical fitness test.

(1) Trainees in an officer candidate course (OCC) or the Warrant Officer Entry Course (WOEC).

(2) Officers undergoing their branch basic courses.

(3) Personnel in resident training courses 8 weeks or longer.

**3–5. Functional area/skill training**

*a.* Functional training is designed to supplement institutional and unit training. The purpose of functional training is to—

(1) Prepare officers for a special unit.

(2) Provide officers with the knowledge and skills for a specific duty position.

(3) Increase the officer's value to the Army.

*b.* Such training may be accomplished at either military or civilian institutions.

**3–6. Professional development education and training**

*a.* U.S. Army Command and General Staff College.

(1) *Mission.* The mission of the USACGSC is to develop leaders who will train and fight units at the tactical and operational level, develop combined arms doctrine, and assist in doctrine promulgation. The college educates and trains selected officers of the Active Army, ARNG, and USAR to prepare them for duty as commanders and staff officers at brigade and higher echelons. The college also develops, integrates, and assesses implementation of combined arms doctrine for all levels of the Army.

(2) *Functions.* The college manages the full life cycle of combined arms proficiency to ensure that the Army is prepared for war. This cycle includes doctrine development, education and training, integration of doctrine into service schools and units, and assessment of doctrine implementation.

*(a) Doctrine development.* The college develops the integrated concepts to win future wars as the first step in the cycle. Doctrine is the tactical and operational basis of military actions. It is a driving force of the education and training function of the college and TRADOC service schools in the combined arms area. In addition, the college also is the Army's doctrinal proponent for, leadership and ethics and for terrorism counteraction.

*(b) Integration of combined arms doctrine.* The college coordinates with TRADOC service schools, integrating centers, and MACOMs to ensure the integration of combined arms doctrine. This action is addressed through education, training, simulations, Army Training and Evaluation Program (ARTEPS), and manuals written as part of the Army Training Literature Program. Additionally, the college coordinates with equipment and force developers across the Army to ensure integration of existing and future doctrinal needs in the development process.

*(c) Assessment of combined arms doctrine implementation.* The college assesses the accomplishment of staff officers, commanders, and mission performance requirements as they pertain to doctrine and education and training in the combined arms area. This assessment is based on input from the Army at large through lessons learned from worldwide exercises and NTC evaluations; visits to service schools, integrating centers, and MACOMs; and surveys to the field. This function provides the necessary information to update emerging doctrine, amend curriculums as needed, and assist the Army in the field in improving systemic training weaknesses.

*(d) Education and training.* The college educates and trains Army leaders in the concepts of combined arms through various courses and training materials and packages. Focus of this effort is the synchronization of the elements of combat power through integrated staff planning. The courses and materials enable the officer to understand the complementary nature of all the combined arms. Staff training based on that understanding produces a combat multiplier to optimize the use of capabilities available for mission accomplishment.

(3) *Courses conducted.* The college conducts the following:

*(a) Combined Arms and Services Staff School (CAS$^3$).*

*1.* The mission of CAS$^3$ is to train officers in the active and reserve components to function as staff officers in battalion-, brigade-, and division-level organizations. Attendance is required for all AC OPMS managed officers in Year Group 1979 and later to include selected special branches. USAR and ARNG officers will attend as directed by CNGB and CAR.

*2.* The CAS$^3$ curriculum consists of a 140-hour prerequisite nonresident phase and a 9-week resident course at Fort Leaven-worth, KS. AC officers will complete CAS$^3$ during a period that extends from completion of the advanced course through the ninth year of commissioned service. Active Guard/Reserve (AGR) officers will complete CAS$^3$ prior to promotion to major.

*3.* Under development is an alternative to the 9-week resident course for RC officers. In a pilot course currently being assessed, RC officers complete a CAS$^3$ that is conducted at selected USARF schools. Students complete a 140-hour prerequisite Phase I, then attend two 2-week, and 6 weekend resident training sessions.

*(b) Command and General Staff Officer Course (CGSOC).* This course educates and trains officers for duty as staff officers and field grade commanders primarily at division and corps level. Skill qualification as strategist, joint planner, or historian is available through the electives program. An officer also has the opportunity to further develop his or her intellectual depth and analytic ability through intensive research which leads to the Master of Military Arts and Sciences degree.

*(c) CGSOC equivalent level courses.* Resident command and staff courses listed below equate to the CGSOC for career schooling purposes. Officers will not attend more than one of these courses in residence. AC officers are considered for selection during an eligibility window that opens upon an officers' selection for major and extends through four subsequent, consecutive selection board considerations. Officer attendance usually occurs between the

10th and 15th year based on stability. Qualified ARNG or USAR officers must enroll in the CGSOC or equivalent level courses before completing 18 years' total commissioned service.

*1.* Naval College of Command and Staff

*2.* Air Command and Staff College course

*3.* Marine Corps Command and Staff College course

*4.* School of the Americas course

*5.* Armed Forces Staff College.

*(d) Preparatory Course for CGSO equivalent courses.* Army officers attending these courses will be scheduled by MILPERCEN to complete a 10-day Army Preparatory Course (APC) that provides them with necessary updates on Army doctrine; specifically AirLand Battle doctrine.

*(e) Command and General Staff Officer Non-resident (correspondence and USARF School) course.* This course is equivalent to the resident CGSOC for Army officer career schooling purposes.

*(f) CGSOC-RC.* The college conducts an abbreviated, basic-curriculum-only 19-week resident course tailored for RC officers.

*(g) Pre-command course (PCC).* The college conducts phase II (Leavenworth Phase) of the brigade and battalion PCC and comanages all other phases of the PCC with TRADOC and MILPERCEN. Additionally, individual orientations are conducted for general officers designated for command positions.

*(h) RC refresher courses.* The college conducts refresher courses for the staffs of RC divisional combat service support commands, support commands, and armor or mechanized infantry divisions.

*(i) Advanced Military Studies Program (AMSP).* This program is executed by the School of Advanced Military Studies (SAMS). It provides carefully selected CGSOC course graduates from the previous class with a broad, deep military education in the tactical and operational levels of the art and science of war beyond the level of the CGSOC. This is followed by an 18-month internship as a division or corps staff officer.

*(j) Army Management Staff College (AMSC).* This course is designed to provide professional development education for Department of the Army civilian professionals and selected Army officers who are graduates of the resident or non-resident CGSO course and are being assigned to positions within the Army's sustaining base. The Army officers play a key role as students and as a source of information on current Army doctrine.

*b. U.S. Army War College.*

(1) *Mission.* The mission of the U.S. Army War College (USAWC) is to provide professional military education in land warfare that will prepare graduates for senior command and staff positions in the Army and in the DOD.

(2) *Functions.* To achieve its educational mission, USAWC will perform the functions listed below:

*(a)* Conduct resident and nonresident courses to develop the competence of AC and RC officers to—

*1.* Assume senior command responsibilities, perform key staff assignments, and serve in planning and policy making positions in major Army, joint, and combined headquarters.

*2.* Update and refine knowledge, skills, and insight required to deal with contemporary and prospective professional military problems and issues.

*3.* Develop a broad perspective and understanding of the considerations influencing national security affairs and Army doctrine.

*4.* Employ Army forces in the context of national strategy and joint and international environment.

*5.* Exhibit independent judgment, objectivity, and adaptability to change.

*6.* Employ self-analysis and enhance desire for continued self-development.

*7.* Respond to intellectual challenges and exploit the opportunity for individual contribution to the advancement of the art and science of land warfare.

*(b)* Conduct an orientation course for selected senior RC officers.

*(c)* Conduct an International Fellows Program for selected senior officers of foreign countries.

*(d)* Conduct student and faculty research and study in support of the Army regarding military issues, warfare, Army programs and policies, and the military profession.

*(e)* Maintain close and continuing working relationships with TRADOC.

*(f)* Maintain liaison with other elements of the military educational system and civilian educators.

*c. U.S. Army War College Corresponding Studies Course.*

(1) Responsibilities. The Commandant, USAWC will be responsible for the instruction and content of the Corresponding Studies Course. The following have responsibilities for selecting officers for the USAWC Corresponding Studies Course:

*(a)* The Chief, National Guard Bureau (CNGB) will select all National Guard officers, including those officers serving on active Guard and Reserve tours (see section 672(d), title 10 USC 265, and 3033).

*(b)* The Chief, Army Reserve will select all USAR officers not on extended active duty and those USAR officers serving on statutory tours (see 10 USC 265, and 3033).

*(c)* The Senior Service College Selection Board is responsible for selection of all active duty MILPERCEN-

managed officers; Army Medical Department (AMEDD) officers; Judge Advocate General's Corps (JAGC) officers; and Army Chaplains for participation in the USAWC Corresponding Studies Courses.

(2) Curriculum.

*(a)* The Corresponding Studies Course curriculum closely parallels the content of the Resident Course. The curriculum is designed to be completed in 2 years and consists of correspondence work plus two 2-week periods of resident study and instruction. The course is organized into three primary areas of study—

*1.* Command, Leadership, and Management.

*2.* National Policy, War, and Strategy.

*3.* Military Planning, Doctrine, and Operations.

*(b)* Each area of study (above) is divided into functional courses and each course is composed of several lessons. The lesson is the basic unit of instruction and consists of selected readings that support accomplishment of the course objectives.

*(c)* Individual student requirements are subjective in nature, based on required readings, and designed to ensure that course objectives are attained. The average corresponding student will spend 8 to 10 hours weekly in study and should complete a course every 6 to 8 weeks. Reading and writing requirements are challenging and compare to requirements of graduate-level courses.

*(d)* A more comprehensive explanation of the Corresponding Studies Course curriculum is in DA Pam 351-20, section III-6.

(3) Resident phases.

*(a)* Two 2-week resident phases are conducted in the summer months at Carlisle Barracks, PA: the Midcourse Resident Phase in June and the End-of-Course Resident Phase in July. Exact dates are set by the USAWC.

*(b)* In May of each year, MILPERCEN produces a list of all officers academically eligible to attend the resident phases. This list will be sent to major Army commanders so that orders can be issued. Parent organizations will program and budget funds to provide travel and per diem for students enrolled in this course to attend the resident phases at Carlisle Barracks. The Army Reserve will include man-day spaces. The officers assigned to the Office of the Secretary of Defense and Joint agencies where funds are not available should contact their career branches.

*(c)* A student may be deferred one time from attending a resident phase for exceptional reasons. However, the student will be required to attend both resident phases the following year. Requests for deferral will be forwarded through command channels to—

*1.* The Commander, U.S. Army Military Personnel Center, ATTN: DAPC-OPB-D, 200 Stovall Street, Alexandria, VA 22332-0400 for Active Army officers.

*2.* HQDA (DAAR-TRS), WASH DC 20310-2418 for USAR officers.

*3.* NGB Military Education Branch, ARNG Operating Activity Center, Bldg 6814, Edgewood Arsenal, Aberdeen Proving Ground, MD 21010-5420 for ARNG officers.

(4) *Prerequisites for enrollment.* The prerequisites for enrollment are as follows:

*(a) Component.* The applicant will be from one of the following categories:

*1.* Regular Army officer in an active status.

*2.* Reserve Component officer on extended active duty. Included are those officers serving on Active Guard and Active Reserve tours (see 10 USC 672(d)) and on statutory tours (see 10 USC 265, 3033 and 3496).

*3.* Reserve Component officer not on extended active duty.

*4.* Department of the Army civilian employee in the grade of GS/GM 13 or higher. (See DA Pam 690-23 for details).

*(b) Grade.* The applicant will be a serving lieutenant colonel or colonel.

*(c) Years of service.* The applicant must have completed at least 16 but not more than 23 years of service as of the course starting date.

*1.* The years-of-service is the promotion list service for Regular Army (RA) officers.

*2.* The years-of-service for other than RA (OTRA) is—

*a.* Active Federal commissioned service for the AMEDD, JAGC, and Chaplain officers.

*b.* Active Federal commissioned service for Reserve Component officers on extended active duty.

*c.* Total commissioned service for Reserve Component officers not on active duty.

*3.* The years-of-service prerequisite may be waived for deserving officers by the CNGB, the CAR, the CG, MILPERCEN, TSG, the CCH, or TJAG. The applicant will submit a request for waiver, if required with his or her application for enrollment. This request will be endorsed by the applicant's immediate commander.

*(d) Education.*

*1. Military education.* The applicant must have successfully completed a Service command and staff college or foreign military school equivalent resident course or U.S. Army accredited nonresident course. Waivers may be granted for deserving officers if requested by the applicant and with the recommendation of his or her immediate commander. Waivers are granted by the CNGB; the CAR; the CG, MILPERCEN; TSG; the CCH; or TJAG.

*2. Civilian education.* A baccalaureate degree is desired, but not required.

*(e) Security clearance.* A final Top Secret clearance is necessary. (See AR 604-5, para 2-200.)

*(f) Service obligation.* There is no service obligation.

(5) *Application procedures.*

*(a) Active duty Army officers.* Active duty Army officers will apply for enrollment in letter form. The letter must include the officer's name, grade, SSN, branch, and year for which applying. Also show military address, years of commissioned service, and date completed Command and General Staff Officers Course or equivalent (MEL 4 education). Applicants must state that they understand that their selection for USAWC Corresponding Studies Course precludes subsequent selection for a resident Senior Service College Course. Applications must reach HQDA before the date announced annually by MILPERCEN message. Active duty Army officers will submit applications through their immediate commanders to Commander, MILPERCEN. Applications do not require endorsement from the chain of command and should be forwarded to the applicant's career management division at MILPERCEN.

*(b) ARNG officers.* ARNG officers will apply according to NGR 351-21.

*(c) USAR officers.* USAR officers will apply according to AR 140-12 and DA Pam 140-12. The CAR will issue supplemental information annually.

(6) *Selection process.*

*(a)* A maximum of 350 highly qualified officers may be selected for the Corresponding Studies Course, the Course begins on or about 1 July of each year.

*(b)* HQDA agencies will verify eligibility of all applicants within their branches and components after enrollment deadlines have passed for their particular agency. The objective of the selection process is to select the best qualified applicants.

*(c)* MILPERCEN will provide USAWC, by 1 May of each year, with the name, grade, branch, social security number, mailing address, and security clearance of their selected officers.

(7) *Disenrollment and deferral.*

*(a)* A student may be disenrolled by the Commandant, USAWC—

*1.* For academic failure.

*2.* For cause.

*3.* At the student's own request.

*4.* For lack of academic progress. When a student falls behind in the course to the extent that, in the judgment of the Commandant, there is insufficient time remaining before each summer resident phase to complete the year's work, the student may be disenrolled because of lack of academic progress.

*(b)* Request for voluntary disenrollment will be sent directly by the student to the Commandant, USAWC, Carlisle Barracks, PA 17013-5050.

*(c)* A student who has been disenrolled from the course may not apply for reenrollment or reinstatement.

(8) *Credit.* Credit will be awarded as follows:

*(a)* The student will, on completion of the Corresponding Studies Course, be awarded a diploma by the Commandant, USAWC.

*(b)* An appropriate entry will be made on the individual's DA Form 4037 (Officer Record Brief) for active duty officers. For ARNG and Army Reserve officers not on extended active duty, an entry will be made on DA Form 2/2-1 according to AR 640-2-1.

*(c)* Retirement points for ARNG and USAR officers not on extended active duty will be credited at the rate of one point for each three credit hours satisfactorily completed. (See NGR 640-1 or AR 140-185).

*(d)* Once the student has been enrolled (1 July) in the Corresponding Studies Course, the officer is no longer eligible for resident senior service college attendance.

*(e)* Graduates of the Corresponding Studies Course are given equal consideration with Resident Course graduates for assignments.

*(f)* Military Education Level 1 (MEL 1) is awarded to Active Army students upon completion of the Midcourse Resident Phase.

*d. Senior service colleges.*

(1) The resident courses of colleges listed below are considered to be at the same military educational level. Military Education Level 1 (MEL 1) is awarded to Reserve Component students upon graduation.

*(a)* National War College.

*(b)* Industrial College of the Armed Forces.

*(c)* Army War College.

*(d)* Air War College.

*(e)* Naval War College.

*(f)* Inter-American Defense College.

*(g)* Japanese Institute of Defense Studies.

Tactical, Systems Acquisition Management Course, Installation Management, General Officer Legal Orientation, and Evasive Driving Course.

*(b) Transition Briefings.* Upon announcement of a change in assignment, GOs will be scheduled for a series of transitional briefings at Department of the Army and major command level. The briefing schedule will be designed to provide newly assigned general officers with unique insights to their new position. The General Officer Management Office (GOMO), with ODCSPER, will schedule the briefings and provide the coordination necessary to effect this training.

**3–8. Constructive or equivalent credit for courses**

*a.* The granting of constructive or equivalent credit is restricted to courses that generate a change in an officer's military education level (MEL) code.

(1) Constructive or equivalent credit may be awarded to officers who have not attended a specific officer training course.

(2) Persons who receive constructive or equivalent credit for a course are not eligible or required to attend the respective resident or nonresident, or correspondence course.

*b.* Credit may be granted for, but is not limited to, the following reasons:

(1) Active duty service experience.

(2) Service school or college faculty duty.

(3) Attendance at equated schools.

*c.* Constructive/equivalent credit for Senior Service College and Command and Staff College may be recommended by the appropriate authority, but is granted by the DA centralized selection board selecting personnel for MEL 1 and 4 respectively. All other requests will be considered by a Constructive/Equivalent Credit Board with the CG, MILPERCEN retaining approval authority for AC officers, the CNGB for ARNG officers, and CAR for USAR officers. For example, if the applicant seeks equivalent credit for Senior Service College, the DA Senior Service College Selection Board would adjourn and then reconvene as an SSC Constructive/Equivalent Credit Board.

(1) Board deliberations are final.

(2) An officer's manner of performance in the assignment upon which the request for constructive/equivalent credit is based is the major decision criterion.

*d.* Army officers may apply to receive credit from any DA-approved Senior Service College resident, nonresident or fellowship-level training.

*e.* The identification of officers to take part in resident and nonresident courses is rigorously controlled to include selection by a DA board.

*f.* Except through an established resident program, completion of the USAWC corresponding studies course is the sole means by which Army officers receive credit for senior service college training. This includes officers in the SSC Fellowship Program.

(1) This policy stems from the philosophy that only those officers with the greatest potential for service at the highest levels of responsibility receive senior service college level training and credit.

(2) Similarly, curriculums of the other Services' intermediate level nonresident programs are not considered suitable substitutes for the training Army officers receive in either the resident or nonresident USACGSC program. This is not intended to devalue other nonresident programs; it simply recognizes that the Army's nonresident course is the most appropriate nonresident course for Army officers.

(3) Training provided by CGSOC is largely Army-oriented and focuses on the AirLand Battle. Ideally, all Army officers should take part in this training to prepare for duty as field grade officers in command and staff assignments with the Army in the field. To offer equivalent credit for participation in other service nonresident command and staff college courses would, in effect, discourage participation of Army officers in nonresident courses that have been designed to meet their particular needs.

*g.* Eligibility requirements for constructive and equivalent credit are discussed below.

(1) To receive constructive credit, a commissioned officer must—

*(a)* Be beyond eligibility for selection to those courses where attendance is determined by a DA board.

*(b)* Have demonstrated uniquely distinguishing duty or service that encompasses all of the common subject matter areas as listed in the most current curriculum pamphlet pertaining to the course for which credit is requested.

*(c)* Not have failed to complete the course for which credit is requested because of academic or disciplinary reasons.

*(d)* Not have declined to attend those courses where attendance is determined by a DA board.

(2) To receive equivalent credit, a commissioned officer must—

*(a)* Be an instructor at the school or college for which credit is requested.

*(b)* Have completed all requirements expected of a resident course graduate.

*(c)* Have been granted "equivalent knowledge" by a school or college commandant for the course for which credit is requested.

*g.* The CG, HSC will program and budget for TDY and return travel related to AMEDD basic NCOES. The USAHPSA will program and budget for AMEDD personnel attending PLDC training.

### 5–36. Funding

*a.* TDY and travel costs connected with PLDC and BNCOC NCOES attendance will be defrayed under DA Pam 351-4.

*b.* AMEDD TDY and travel costs for USAR attendees will be provided by the CAR. Travel funds, per diem, and other incidental costs for ARNG personnel will be provided by the CNGB.

*c.* Fund citations for costs associated with ANCOC and USASMC attendance will be provided by TAG, the CNGB, or the CAR. Fund citations for costs associated with AMEDD BNCOC will be provided by the AHS or other AMEDD activity conducting the course.

*d.* TDY and travel costs for AMEDD professional postgraduate short courses will be provided by the USAHPSA.

## Section X
## NCO Accreditation Program

### 5–37. General

The accreditation program for NCOAs worldwide conducting PLDC, BNCOC, and ANCOC serves to foster the Army goal of achieving NCO training excellence and focuses on standardization in training and training-related matters, not merely compliance in the regulatory sense.

### 5–38. Authority

*a.* The CG, TRADOC is the accreditation authority for NCO training programs worldwide. This responsibility requires that CG TRADOC evaluate, monitor, and assist NCOAs (including AHS schools).

*b.* FORSCOM and USARPAC (in coordination with CAR) and the CNGB should evaluate USARF schools and ARNG NCOAs, respectively, using this section and 351-series DA circulars as a guide. Authority to evaluate may be delegated to CONUSA/TAG.

### 5–39. Accredition procedures

*a.* An accreditation team will evaluate for accreditation purposes an NCOA—

(1) Upon establishment

(2) At a minimum of every 2 years thereafter.

*b.* The team will consist of—

(1) A team chief and subject matter expert (SME) form HQ, TRADOC, Enlisted Training Directorate, Office of the Deputy Chief of Staff for Training.

(2) Representatives from the appropriate integrating center for each BNCOC/CS-CSS and ANCOC course.

(3) Representatives from the appropriate proponent for PLDC and each BNCOC/CA and the MACOM that supports the NCOA.

(4) A representative from the U.S. Army Sergeants Major Academy.

*c.* The schedule of accreditation visits will be—

(1) Announced in advance.

(2) Coordinated with the appropriate MACOM/NCOA.

*d.* Assistance visits by the course proponents are appropriate, provided they are scheduled to be conducted a minimum of 6 months before the official accreditation. Visits must be requested and coordinated by the NCOA through their MACOM.

### 5–40. Accreditation guidelines

The accreditation evaluation will provide an assessment of the NCOA using the checklists in 351-series DA Circular.

### 5–41. Accreditation visit findings and actions required

*a.* The NCOA accreditation team chief will provide a written report of findings and actions required to the commandant or his or her designated representative prior to the team's departure. He will also provide a tentative recommendation on accreditation. The final accreditation decision rests with the CG TRADOC.

*b.* If all NCOA courses of instruction are accredited, i.e., no deficiencies or minor shortcomings which have a significant impact on training, HQ, TRADOC will furnish an accreditation letter and certificate through command channels.

*c.* If minor deficiencies are found that have a significant impact on training, accreditation will be withheld pending receipt of actions taken by the NCOA to correct shortcomings. A letter of corrective actions will be forwarded through command channels to Cdr, TRADOC (ATTN: ATTG-I), Fort Monroe, VA 23651-5000, to arrive no later than 60 days