(3) ESL instruction at the local command level is provided under AR 621-5. ARNG and USAR personnel are eligible to attend these courses.

### 7–5. Equal opportunity training

The Defense Equal Opportunity Management Institute at Patrick AFB, FL conducts the 16-week equal opportunity (EO) training program and a 3-week Equal Opportunity Staff Course. Selected commissioned officers and qualified enlisted volunteers are provided with the skills and knowledge needed to assist the commander in increasing unit effectiveness and efficiency through improved racial harmony and EO. Personnel who successfully complete this training are awarded the appropriate ASI and SQI.

### 7–6. Nonresident Instruction

*a.* Nonresident (correspondence) programs provide knowledge training in support of SOJT, SQT, and MOSIT, or technological knowledge required in support of work place learning. They are conducted by Army schools through the Army Institute for Professional Development (AIPD), U.S. Army Training Support Center, Fort Eustis, VA. These programs—

(1) Enable personnel of all Army components to obtain or further their military education.

(2) Provide education which must be completed as a prerequisite for promotion of ARNG and USAR personnel not on active duty.

(3) Accommodate and supplement skill progression and MOS functional courses. These courses provide for "training up" of soldiers to support duty position specific skills in career assignments prior to attendance at resident schools or when resident school is not available or feasible.

*b.* The AMEDD Extension Program and the Judge Advocate General Correspondence Course Program are established as separate programs not under the AIPD.

*c.* Successful completion of Army nonresident instruction is considered on an equal level of attainment with resident instruction.

### 7–7. Individual study

*a.* All persons are responsible for improving their professional knowledge. Skills can be updated through the following:

(1) Nonresident instruction.

(2) Seminars.

(3) Group study.

(4) Formal on-duty and off-duty education.

(5) Educational materials that are available through military and civilian institutions.

*b.* The Army's voluntary off-duty education programs are provided through ACES. See AR 621-5.

### 7–8. Retiree training

*a.* Army retirees who have received mobilization preassignment orders are eligible only for nonresident ACCP instruction. Enrollment for retirees in ACCP instruction is voluntary. This instruction will—

(1) Provide needed refresher training.

(2) Enhance performance in mobilization duty assignments.

*b.* A retiree's former active duty grade will not restrict eligibility for courses that are relevant to mobilization duty assignments. Retirees receive neither pay not retirement points for course completion. No fees will be charged for course enrollment.

*c.* Retirees who want to enroll in ACCP courses should visit their serving education center and select courses from DA Pam 351-20. Applications for course enrollment should be made on DA Form 145 and submitted through Commander, ARPERCEN (ATTN: DARC-RAM) 9700 Page Blvd, St. Louis, MO 63132.

*d.* The CG, ARPERCEN will—

(1) Determine that—

*(a)* The applicant is eligible for ACCP.

*(b)* Requested courses support the mobilization duty assignment.

(2) Forward approved applications to AIPD for processing.

*e.* Applications that are disapproved will be returned by ARPERCEN to the applicant with an explanation for the disapproval.

### 7–9. First Sergeant (1SG) course

The 1SG course stresses training in the most critical tasks in the duty position. No priority will be given to MOS or unit status.

*a.* Locations of training for the 1SG course are:

# Army Safety Program

Last Updated 09/02/200303/13/2003

**CSA Directive**

**Subject: R U 141224Z COMMANDER'S SAFETY COURSE (CSC)**
RTTUZYUW RUEADWD4827 2252247-UUUU-RUERAIX
RUERHNB RUERSHA.
ZNR UUUUU R 141224Z AUG 02
FM HQDA WASHINGTON DC//DAMO-TRZ//
TO RUERAIX/CDR TRADOC FORT MONROE VA//
RUFDAAU/CDRUSAREUR HEIDELBERG GE //
RUEAAMC/CDR AMC ALEXANDRIA VA//
RHMFIUU/CDR AMC ALEXANDRIA VA//
RUEASRB/CDRFORSCOM FORT MCPHERSON GA //
RUEAHIC/CDR USARPAC FORT SHAFTER HI//
RUERSHA/CDR MEDCOM FALLS CHURCH VA//
RUAGAMS/CDR EUSA SEOUL KOREA//
RUERHNB/CDRUSASOC FORT BRAGG NC //
RUEANEA/CDR US ARMY CORPS OF ENGINEERS
WASHINGTON DC//
RUEPCCT/CDR SMDC ARLINGTON VA//
RUEADWD/HQDA WASHINGTON DC//DAPE-ZA//
RUEAMTC/CDRMTMC ALEXANDRIA VA //
RHMFIUU/CDRMTMC ALEXANDRIA VA //
RUEABUC/CDRUSARSO FORT BUCHANAN PR //
RUEAMDW/CDR MDW FORT MCNAIR WASHINGTON DC//
RUEANBA/CDR USACIDC FORT BELVOIR VA//
RUDHAAA/CDR USAINSCOM FORT BELVOIR VA//
PAGE 02 RUEADWD4827 UNCLAS
INFO RUEADWD/HQDA WASHINGTON DC//DAAR-ZA//
RUEADWD/HQDA WASHINGTON DC//DNGB-ZA//
BT
UNCLAS

**SUBJECT: COMMANDER'S SAFETY COURSE (CSC)**
**1.** THIS MESSAGE ESTABLISHES REQUIREMENTS IAW CSA DIRECTIVE FOR COMPLETION OF THE CSC.
**2.** THE ARMY'S FUNDAMENTAL PURPOSE IS TO FIGHT AND WIN THE NATION'S WARS. FOR THIS PURPOSE, THE NATION GIVES THE ARMY ITS MOST CRITICAL RESOURCE-ITS SONS AND DAUGHTERS.
**3.** EVERY COMMANDER IS THE SAFETY OFFICER FOR HIS OR HER UNIT AND IS PERSONALLY RESPONSIBLE FOR THE SAFETY OF SOLDIERS AND THE SAFE CONDUCT OF UNIT ACTIVITIES IN OPERATIONS AND TRAINING. AS THE ARMY SAFETY OFFICER, THE CSA CANNOT EMPHASIZE ENOUGH THE IMPORTANCE OF AGGRESSIVE INVOLVEMENT OF COMMANDERS IN THE SAFETY OF THEIR UNITS.
**4.** THE CSC HAS BEEN DEVELOPED TO GIVE COMMANDERS THE TOOLS TO EFFECTIVELY MANAGE THEIR UNIT SAFETY PROGRAMS AND TO INCORPORATE RISK MANAGEMENT INTO

ALL UNIT PLANNING AND ACTIVITIES. IT LEVERAGES MULTIMEDIA, WEB-BASED DISTANCE LEARNING TECHNOLOGY, AND, AS SUCH, IS ACCESSIBLE AND EASILY RETAINED FOR EVERYDAY USE.
**5.** THE FOLLOWING REQUIREMENTS ARE EFFECTIVE 1 OCTOBER 2002:

> **A.** COMPANY GRADE OFFICERS MUST COMPLETE THE CSC PRIOR TO ASSUMING COMMAND. BRIGADE COMMANDERS WILL CERTIFY THAT THEIR OFFICERS HAVE SUCCESSFULLY COMPLETED THE CSC PRIOR TO ASSIGNMENT AS COMPANY COMMANDERS.
>
> **B.** BRIGADE AND BATTALION LEVEL COMMAND DESIGNEES MUST COMPLETE THE CSC PRIOR TO ATTENDING THE FORT LEAVENWORTH PRE-COMMAND COURSE.

**6.** THE ARMY SAFETY CENTER IS THE COURSE PROPONENT FOR THE CSC.
**7.** FOR OFFICERS WHO ARE SELECTED TO ATTEND THE PRECOMMAND COURSE, ATRRS WILL ENROLL THEM AUTOMATICALLY IN THE COMMANDER'S SAFETY COURSE. UPON ENROLLMENT, PRECOMMAND DESIGNEES CAN GO TO THE FOLLOWING URL TO REGISTER FOR THE COMMANDER'S SAFETY COURSE:
HTTPS://WWW.AIMSRDL.ATSC.ARMY/SECURED/ACCP_TOP.HTM
**8.** ALL OTHER SOLDIERS DESIRING TO TAKE THE COURSE FOR SELF-DEVELOPMENT, CAN ENROLL AND REGISTER AT EITHER ONE OF THE FOLLOWING URLS :
HTTPS://WWW.ATRRS.ARMY.MIL (SELECT SELF-DEVELOPMENT AT THIS SITE) OR
HTTPS://WWW.AIMSRDL.ATSC.ARMY/SECURED/ACCP_TOP.HTM
**9.** WE MUST MAINTAIN OUR VIGILANCE IN TAKING CARE OF OUR SOLDIERS, AND THE CSC IS AN IMPORTANT ELEMENT OF THE ARMY SAFETY CAMPAIGN.
**10.** HQDA POC IS CW4 RANDY GRUNOW, (703) 614-9816, OR DSN 224-9816.

# NOBLE EAGLE / ENDURING FREEDOM

Army Operations Center (AOC) - Crisis Action Team (CAT)

SEARCH PRINT

Originator: HQDA WASHINGTON DC//DAMO-TRZ// DTG: 151224Z AUG 02 Show Recipients List

**UNCLASSIFIED**

## COMMANDER'S SAFETY COURSE (CSC)

SUBJECT: COMMANDER'S SAFETY COURSE (CSC)
1. REFERENCE: MESSAGE, HQDA, DAMO-TR, 141224Z AUG 2002, SUBJECT, COMMANDER'S SAFETY COURSE (CSC).
2. THIS MESSAGE CORRECTS THE URL ADDRESS TO REGISTER FOR THE COMMANDER'S SAFETY COURSE AND CLARIFIES THAT MESSAGE, HQDA, DAMO-TR, 141224Z AUG 2002, SUBJECT, COMMANDER'S SAFETY COURSE (CSC) APPLIES TO ARNG AND USAR.
3. THE CORRECT URL ADDRESS IN PARAGRAPH 7 AND 8 IS HTTPS://WWW.AIMSRDL.ATSC.ARMY.MIL/SECURED/ACCP_TOP.HTM
4. AA, ARNG AND USAR OFFICERS ARE REQUIRED TO COMPLETE THE CSC AS STATED IN PARAGRAPH 5. A AND B OF REFERENCE MESSAGE, HQDA, DAMO-TR, 141224Z AUG 2002, SUBJECT, COMMANDER'S SAFETY COURSE (CSC).
5. HQDA POC IS CW4 RANDY GRUNOW, (703) 614-9816, OR DSN 224-9816.
BT

*DEDICATED TO * $$$*EXCELLENCE IN * $$$*COMMUNICATIONS* $$$

01 DA WASH DC 1
ACTION OCAR(*) DAPE-ZA(*) (6,F)
INFO AAOC(*) JDNI-PT(*) CMSDA(*) CMSDA-C(*) CMSDA-B(*)
SCB REVIEW(*) CMSDA-D(*) AOC-AHS(1) DAMO-TRI(*)
DAMO-TRZ(*)
TOTAL COPIES REQUIRED 1
#4865

NNNN
Received from AUTODIN 150055Z AUG 02
\\PORCHE\telos\data\feed\2002\general\r227\005545.089

Close Window

h c h e e ge

# AIR UNIVERSITY HISTORY

## Twentieth Anniversary Command Edition

AUOI-H STUDY SERIES NR 16

PROFICIMUS MORE IRRETENTI

## EXTENSION COURSE INSTITUTE

Director of the National Security Seminar School in 1964.

A native of Rhode Island, he holds a B. S. degree in Mechanical Engineering from Rhode Island State College and a Master's degree in Business Administration from George Washington University. He entered the Army Air Corps as a First Lieutenant from the Infantry Reserve in June 1941. During World War II he participated in fourteen campaigns during three years overseas in England, North Africa, Sicily, Italy, France, and Germany, including the assault phase of the North African invasion.

A period of civilian activity followed, during which he was in an executive capacity to two large insurance organizations. Recalled to active duty in July 1951, he became Deputy Chief of Staff, Personnel, Manpower and Organization at a numbered Air Force Headquarters. Subsequently he commanded a NATO Air Base in France; was an organizational planner in the Air Material Forces, Europe Headquarters. Later, he was with Headquarters USAF in the Manpower and Organization Directorate of the Air Staff and was Chief, Manpower Management Division for the Joint Chiefs of Staff.

B. Mission - Past and Present

When the Extension Course Institute was established under the Air University in 1950 its mission was to "provide for personnel of all components of the United States Air Force a progressive non-resident course of instruction paralleling, as far as practicable, the resident Air Force educational system."

Regular members of the Air Force were invited to participate

in the ECI program, but inactive Reservists were expected to make up the largest part of the student body.

Now the Institute serves over 250,000 students mainly made up of active duty personnel. Reserve students constitute 18 percent of all students. One of the most important contributions ECI makes to Air Force education is to offer Career Development Courses. These are career-oriented courses mandatory for airmen on official upgrade training.

As stated in Air University Regulation 23-6, 3 March 1964, the mission of the Extension Course Institute is "to administer the Extension Course Program, to include Career Development Courses, in accordance with the policies approved by the Commander, Air University, and the Chief of Staff, USAF."

C. Organization - Some Significant Changes

In the beginning ECI operated with six divisions, Plans and Evaluation, Academic, Enrollment, Student Records, Unit Services, and Administration.. The Commandant and the Deputy Commandant directed the activities of the above in addition to an Individual Distribution Unit, a carryover from the time ECI had been a part of the Continental Air Command. This distribution unit mailed the magazine, the Air Reserve Forces Review, to more than 300,000 Reservists.

Functions directly relating to student services were handled by the Academic, Enrollment, and Student Records Divisions. Unit Services Division procured and stored course materials, which at the time consisted of existing Army courses as well as other, like

Headquarters
Connecticut Army National Guard
Hartford, CT 06105-3795
01 October 2000

CTNG Circular 350-01-01

Expires 30 September 2002

# Training

## Training Year 2002 & Training Year 2003 Command Training Guidance and Five-Year Training Calendar

**Applicability.** This circular applies to all units of the Connecticut Army National Guard (CTARNG). The guidance provided herein must be incorporated with the guidance provided by WARTRACE or other Active Components (AC) aligned headquarters. In case of conflicting guidance, this document subordinates others.

**Impact on New Manning System.** This regulation does not impact on the New Manning System.

**Suggested Improvements.** The proponent agency of this circular is the Deputy Chief of Staff Force Organization and Readiness (DCSFOR). Users are invited to send comments and suggested improvements on DA Form 2028 (Recommended Changes to Publications and Blank Forms) directly to DCSFOR, ATTN: Force Training Branch, Office of the Adjutant General, 360 Broad St., Hartford, CT 06105-3795.

**Contents** (Listed by page number)


| | | |
|---|---|---|
| Purpose | Para 1 | Page 3 |
| References | Para 2 | Page 3 |
| Principles of Training | Para 3 | Page 3 |
| Training Goals | Para 4 | Page 4 |
| Training Objectives | Para 5 | Page 5 |
| Training Management Documents | Para 6 | Page 6 |
| Yearly Training Briefings | Para 7 | Page 7 |
| Senior Commander's Conference | Para 8 | Page 7 |

**Annex**

| | | |
|---|---|---|
| A | References | Page 9 |
| B | Training Guidance - Special Subjects | Page 11 |
| C | Training Requirements | Page 15 |
| D | Annual Training/ODT – 2002 | Page 17 |
| E | IDT Training Dates | Page 19 |




000329

Annex B
Training Guidance - Special Subjects

**B-1. General**
The primary guidance and directives of major concern to officers and NCOs are FM 25-100, FM 25-101 and FORSCOM/ARNG Regulation 350-2 dated 01 October 1999. These documents must be studied prior to the organizational development of training management documents. This annex will address only those subjects of special interest or requiring additional direction.

**B-2. MOS Qualification**
a. All Connecticut units must strive to achieve maximum DMOS qualification. To achieve this objective, units must:
(1) Identify soldiers not MOSQ.
(2) Enroll non-MOSQ soldiers in an MOS producing course.
(3) Monitor their progress
(4) Upon completion of the course, award the MOS.
b. The Readiness Committee quarterly will conduct a MOS review. The individual's unit, in a qualification program, will place non-qualified personnel.

**B-3. ITEP/CTT**
a. Scheduling will be reflected on the Short-Range Planning Calendar.
b. Unit CTT will be trained/tested on alternate years.
c. CTT Lists will be furnished as soon as received from DA.

**B-4. Leader Development**
a. In order to maintain combat ready units, the CTARNG must develop technically and tactically competent leaders who can execute Army doctrine. Leader development progress must be:
(1) Battle focused.
(2) Linked to a common framework, i.e. METL/BOS.
(3) NCODP
(4) ODP
b. The Army leader development process consists of:
(1) Institutional Leader Training. Schooling directed to individual future assignments.
(2) Operations Assignment. Positions where individuals can gain experience and mentorship.
(3) Self-Development. Individual study and research including but not limited to the Chief of Staff of the Army's Reading List.
c. The following topics will be covered on an annual basis
(1) Development Program Battle Focused training sustainment (FM 25-100/101) Emphasis on improving training meetings, rehearsals, PCCs & PCIs.
(2) Leader Training Principles (FM 100-5, 22-100) Training Management
(3) Mobilization/Deployment criteria, to include Rail/Sea/Air loading of Equipment.
(4) Civilian & Military Education requirements for retention/promotion.
(5) Planning & Execution of Sergeants' Time

Department of the Army
Pamphlet 350–58

The Enduring Legacy

# LEADER DEVELOPMENT FOR AMERICA'S ARMY

Headquarters
Department of the Army
Washington, DC
13 October 1994

Unclassified

**Headquarters**
**Department of the Army**
**Washington, DC**
**13 October 1994**

***Department of the Army Pamphlet 350–58**

**The Enduring Legacy**

# LEADER DEVELOPMENT FOR AMERICA'S ARMY

By Order of the Secretary of the Army:

GORDON R. SULLIVAN
*General, United States Army*
*Chief of Staff*

Official:

MILTON H. HAMILTON
*Administrative Assistant to the Secretary of the Army*

**History.** This printing publishes a revision of this publication. Because the publication has been extensively revised, the changed portions have not been highlighted.

**Summary.** This pamphlet outlines Army leader development doctrine: what it is and how it is executed for both Active and Reserve Component officers, warrant officers, noncommissioned officers, and Department of the Army civilians. The concepts and procedures associated with this doctrine form the foundation upon which commanders and supervisors can establish leader development policy and guidelines.

**Applicability.** This pamphlet applies to the Active Component, Army National Guard, U. S. Army Reserve, and Department of the Army Civilians. This publication applies during partial and full mobilization.

**Proponent and exception authority.** The proponent of this pamphlet is the The Deputy Chief of Staff, Operations and Plans. The proponent has the authority to approve exceptions to this publication which are consistent with controlling law and regulation. The proponent may delegate this authority in writing to a division chief within the proponent agency who holds the rank of colonel or the civilian equivalent.

**Interim changes.** Interim changes to this pamphlet are not official unless authenticated by the Administration Assistant to the Secretary of the Army. Users will destroy interim changes on their expiration date unless sooner superseded or rescinded.

**Suggested Improvements.** Users are invited to send comments and suggested improvements on DA Form 2028 (Recommended Changes to Publications and Blank Forms) directly to Commander, Combined Arms Command, ATTN: ATZL–SWC–LD, Fort Leavenworth, KS 66027–6900.

**Distribution.** Distribution of this publication is made according to the requirements on DA Form 12–09–E, block number 5315, intended for command levels B, C, and D for Active Army, Army National Guard, and U. S. Army Reserve.

**Contents** (Listed by paragraph and page number)

**Chapter 1**
**INTRODUCTION,** *page 1*

**Chapter 2**
**INSTITUTIONAL TRAINING AND EDUCATION,** *page 9*

**Chapter 3**
**OPERATIONAL ASSIGNMENTS,** *page 12*

**Chapter 4**
**SELF–DEVELOPMENT,** *page 14*

**Chapter 5**
**OFFICER LEADER DEVELOPMENT,** *page 16*

**Chapter 6**
**WARRANT OFFICER LEADER DEVELOPMENT,** *page 19*

**Chapter 7**
**NONCOMMISSIONED OFFICER LEADER DEVELOPMENT,** *page 23*

**Chapter 8**
**CIVILIAN LEADER DEVELOPMENT,** *page 27*

**Chapter 9**
**LEADER DEVELOPMENT SUPPORT SYSTEM,** *page 30*

**Chapter 10**
**CONCLUSION,** *page 33*

**Appendixes**

**A.** References, *page 35*

**B.** , *page 35*

**Table List**

Table 1: OFFICER LEADER DEVELOPMENT MATRIX, *page 36*
Table ERR: [COMMON REQUIREMENTS/ RECOMMENDATIONS], *page 36*
Table 2: OFFICER LEADER DEVELOPMENT MATRIX, *page 37*
Table ERR: [LEVEL SPECIFIC REQUIREMENTS/ RECOMMENDATIONS], *page 37*
Table 3: OFFICER LEADER DEVELOPMENT MATRIX, *page 38*
Table ERR:, *page 38*
Table 4: WARRANT OFFICER LEADER DEVELOPMENT MATRIX, *page 39*
Table ERR: [Common Requirements/Recommendations], *page 39*
Table 5: WARRANT OFFICER LEADER DEVELOPMENT MATRIX, *page 40*

*This pamphlet supersedes DoD Pamphlet 600–32, 31 May 1991.



**Unclassified**

**Contents—Continued**

Table ERR: [LEVEL REQUIREMENTS/RECOMMENDATIONS], *page 40*
Table 6: NCO LEADER DEVELOPMENT MATRIX, *page 41*
Table ERR: [COMMON REQUIREMENTS/ RECOMMENDATIONS], *page 41*
Table 7: NCO LEADER DEVELOPMENT MATRIX, *page 42*
Table ERR: [LEVEL SPECIFIC REQUIREMENTS/ RECOMMENDATIONS], *page 42*
Table 8: CIVILIAN LEADER DEVELOPMENT MATRIX, *page 43*
Table ERR: [COMMON REQUIREMENTS/ RECOMMENDATIONS], *page 43*
Table 9: CIVILIAN LEADER DEVELOPMENT MATRIX, *page 44*
Table ERR: In addition to the common requirements/ recommendations, there are: [LEVEL SPECIFIC REQUIREMENTS/RECOMMENDATIONS] , *page 44*
Table 10: CIVILIAN LEADER DEVELOPMENT MATRIX, *page 45*
Table ERR: In addition to the common requirements/ recommendations, there are: [LEVEL SPECIFIC REQUIREMENTS/RECOMMENDATIONS] , *page 45*

**Figure List**

Figure 1: Army Leader Development Model, *page 2*
Figure 2: Leader Development Principles and Imperatives, *page 4*
Figure 3: Leader Development Responsibilities, *page 6*
Figure 4: Leader Development Process, *page 8*
Figure 5: Professional Development Courses, *page 10*
Figure 6: Generic Officer Career Development Model, *page 11*
Figure 7: Operational Assignments, *page 13*
Figure 8: Self-Development, *page 15*
Figure 9: Officer Education System, *page 18*
Figure 10: Warrant Officer Leader Development Model, *page 20*
Figure 11: Warrant Officer Education System, *page 22*
Figure 12: NCO Institutional Training & Education, *page 25*
Figure 13: Civilian Leadership Training Common Core, *page 29*
Figure 14: Leader Development Support System, *page 31*
Figure 15: The Leader Development Decision Network Process, *page 32*
Figure 16: Army Fundamental Imperatives, *page 34*
Figure B: LEADER DEVELOPMENT MATRICES, *page 35*

**Glossary**

**Index**

*The Pillars* Lessons learned from recent wars, humanitarian relief operations, and exercise suggest the Army's progressive, sequential, and three–pillar approach to leader development is sound and produces the quality leaders our nation requires. The three pillars of leader development — institutional training and education, operation assignments, and self–development — are dynamics and interconnected. The individual gains SKBs at the institution and practices them during operational assignments to refine skills, broaden knowledge, and shape behavior. Meanwhile, these experiences are shared during institutional training and education. Self–development enhances, sustains, and expands SKBs assignments. The pillars adapt to force structure reductions; constrained resources; and advances and changes in doctrine, technology, and policy — as well as individual professional objectives.

.. *Institutional Training and Education.* The Army's school system provides leaders training (what to know) and education (how to do) and the opportunity to acquire SKBs needed to perform duty positions requirements. Training and education usually precede significant new levels of operational assignments. In each case, the institutional base is the foundation upon which we develop leaders to realize their maximum potential. To foster this transition, leaders attend institutional training courses following appropriate career development models. Training and education provides the theoretical base.

.. *Operational Assignments.* Operational assignments translate the theory into practice by placing leaders in positions to apply those SKBs acquired during institutional training and education. Repetitive performance of duty position requirements (practice) refines the leader's skills, broadens his knowledge, and shapes his behavior and attitudes. Through experience gained during operational assignments, leaders acquire the confidence and competence needed for more complex and higher level assignments. Commanders enhance leader development by:

(..) assigning individuals progressively more complex and demanding duties;

(..) assessing their performance against standards, and providing information on strengths, weaknesses, and developmental needs;

(..) counseling and coaching regularly; and

(..) helping them prepare and execute developmental action plans to achieve maximum growth.

.. *Self–Development.* Self–development initiatives focus on maximizing leader strengths, minimizing weaknesses, and achieving individual leader development goals. The concept is more than fixing weaknesses or reinforcing strengths. Self–development is a continuous process — taking place during institutional training and education, and during operational assignments — that should also stretch and broaden the individual beyond the job or training. It's a joint effort involving commanders, leaders, supervisors, and subordinates. The individual and his leader structure self–development actions to meed specific individual goals and needs. Initial self–development is generally narrow in scope. The focus broadens as individuals learn their strengths and weaknesses, determine needs, and become more independent. Leaders prepare developmental action plans to map self–development efforts and set priorities for improving performance and achieving maximum potential. Self–development actions may include self–study, reading programs, and civilian education courses that support development goals.

*Total Army Quality* The Army management philosophy (Total Army Quality) — do the right things, the right way, for the right reasons (the first time), and constantly strive for improvement (AR 5–1) — focuses on increasing productivity, encouraging behavior, and implementing management systems for improving work processes. Total Army Quality (TAQ) reinforces the relationship between leadership (philosophy) and management (approach). All leaders are managers. They must know and understand the TAQ concept; how TAQ contributes to unit readiness, combat effectiveness, and mission accomplishment (discussed in this pamphlet Leadership for Total Army Quality and AR 5–1); and the phases of implementing the system; awareness, assessment, team building and action.

TAQ is an integral part of the leader development process. The implementation phases are aligned with the three pillar leader development model as follows:

.. *Institutional Training and Education.* During the awareness phase of TAQ, institutions teach leaders the importance of TAQ and how it works. They also provide the skills, knowledge, and behavior (SKBs) necessary for leaders to coach and train the SKBs required to accomplish improvement projects during operational assignments.

.. *Operational Assignments.* The awareness process continues as leaders prove their commitment to TAQ through personal example and instructions in their organizations. They also assess the behavior of the organization's members and the value of products they produce and services they provide. Leaders then task organize (team building) as necessary to carry out and sustain the TAQ effort. Implementation (action) involves changes in behavior and draws upon many attributes associated with quality leadership and leader development (e.g., training, coaching, counseling, reinforcement.)

.. *Self–Development.* Leaders enhance their knowledge of TAQ and maintain proficiency in the SKBs acquired during institutional training and education through aggressive individual and unit structured self–development programs. These programs can include reviewing the lessons learned from successful TAQ activities, short–term unit projects, and reading Total Quality Management literature by authors such as Edward W. Deming, Joseph M. Juran, and David K. Carr.

*Principles and Imperatives* Our leader development system is anchored in two principles and twelve imperatives (figure 2). All leader development actions are considered within the realm of these principles and imperatives. The two principles — properly sequence institutional training and education, operational assignments, and self–development; and retain progressive and sequential career development models for all leaders in their respective developmental areas — provide the broad foundation upon which the rest of the system is built. The twelve imperatives are aligned with the pillars as follows:

*Institutional Training and Education* .. Retain progressive and sequential education systems. Ensure that leaders successfully complete the proper education and training to prepare them for subsequent operational assignments. Reduce unnecessary redundancies in courses of instruction. Incrementally develop challenging, more complex SKBs.

.. Train leaders in critical tasks they will need as future leaders. Don't waste time on courses that do not support an operational need.

.. Develop leaders according to the total Army concept. Soldiers and civilians of the Active Army and Reserve components are equally essential to the success of our national security.

.. Keep quality instructors — with experience — in the training base. Ensure that career development models support instruction duty as an important developmental opportunity.

.. Select best qualified leaders for resident courses. Given the costs of education in dollars and TTHS (Trainees, Transients, Holdees, Students) accounts, we must invest wisely to get the greatest payoff for our costs.

.. Produce qualified students and instructors. Schools are just as, if not more, important developmental grounds for instructors as for students. Good instructors continue to teach the right things when they return to operational assignments, and they are more competent in their jobs.

.. Provide the right mix of resident and nonresident instruction. We cannot afford to educate everyone or teach everything in the institution.

I to the tenth year of commissioned service. Officer basic course and unit certification programs verify selected task proficiency.

Level II of the OFS System (OFS II) is the basis for developing company grade officers. OFS II has two passage points that company grade officers must negotiate. The first includes requiring lieutenants to complete required schools and a branch assignment, and be proficient on critical lieutenant tasks before attending their advance courses. Similarly, captains must be proficient in their critical tasks before attending CSC–level schooling or promotion to major.

Institutional Training and Education

The officer education system consists of branch Officer Basic Course (OBC) and Officer Advanced Course (OAC), the Combined Arms and Services Staff School (CAS3), Command and Staff College (CSC), and, for selected officers, completion of a senior service college course or equivalent.

There are other courses available that officers attend based on a specialized need. For example, individuals in the Army Acquisition corps are required to complete an advanced civilian degree in a scientific, technical, or managerial program and attend other specialized acquisition–related courses leading to certification.

The progressive and sequential process of institutional training and education is the same for Active and Reserve Component (RC) officers (figure 9). However, the timing and attendance requirements may vary. All officers must attend their basic courses in residence; if they do not, they cannot assigned to early deploying units. After that, most Active officers attend TRADOC resident schools, while RC leaders have their institutional training and education needs met by TRADOC resident schools, USARF schools, or state academies. They attend on Active Duty for Training (ADT), or Inactive Duty for Training (IDT) on weekends or evenings. Individuals can take the Command and General Staff Officer Course (CGSOC) by correspondence. Officers must be selected to take the Army War College Course by correspondence.

CAS3, for the RC, consists of the same Phase I correspondence course as the Active officer. Phase II consists of the Active Army resident course at Fort Leavenworth, or 8 periods of IDT and one ADT period with a USARF school. Promotion for RC officers is tied to military schooling. RC majors must complete half of CGSOC to be eligible for lieutenant colonel, and RC lieutenant colonels must complete CGSOC to be eligible for colonel. Starting in the FY 95, RC captains must complete CAS3 to be eligible for major. This does not apply to Chaplains, Judge Advocate General Corps (JAGC) officers, or Army Medical Department (AMEDD) officers other than Medical Service Corps (MSC) officers with primary specialty 67.

Active officers selected for battalion and brigade level command must attend a branch–specific pre–command course at the proponent's school and a common core pre–command course at the Command and General Staff College (CGSC). RC officers must attend their branch pre–command course and are encouraged to attend the common core course at Fort Leavenworth. As appropriate, command designees attend assignment–unique functional courses (e.g., Tactical Commanders Development Course, Contracting Officer Course, Senior Officer Legal Orientation, etc.) before assuming command.

Upon selection of general officer, Active officers are required to attend four functional courses: the General Officer Orientation Course, the Force Integration Curse, the Leadership Development Course at the Center for Creative Leadership, and the Capstone Course. RC general officers are only required to take the General Officer Orientation Course. The other courses are recommend dependent upon available funding and vacancies. In addition, there are many functional courses available, based on assignment, such as a Joint Flag Officer Warfighting Course, the Division Commander/ Assistant Division Commander Course, and several programs at universities.

Department of the Army
Pamphlet 350–59

Schools

# Army Correspondence Course Program Catalog

Headquarters
Department of the Army
Washington, DC
1 October 2000

UNCLASSIFIED

Headquarters
Department of the Army
Washington, DC
1 October 2000

*Department of the Army Pamphlet 350–59

Schools

# Army Correspondence Course Program Catalog

By Order of the Secretary of the Army:

ERIC K. SHINSEKI
*General, United States Army*
*Chief of Staff*

Official:

JOEL B. HUDSON
*Administrative Assistant to the Secretary of the Army*

**History.** This is a new publication. The publication was previously published under series number 351.

**Summary.** The Army Correspondence Course Program is the formal nonresident extension of the U.S. Army Training and Doctrine Command service schools' curriculums which are centrally administered by the Army Institute for Professional Development, U.S. Army Training Support Center, Fort Eustis, VA 23604–5121. This pamphlet lists the courses and subcourses administered by the Army Institute for Professional Development and outlines procedures and administrative functions that affect student enrollment. This publication also includes correspondence courses offered by Army schools and agencies and selected Department of Defense (DOD) agencies that administer their own programs independently of Army Institute for Professional Development. The Army Institute for Professional Development is accredited by the Distance Education and Training Council. This accreditation signifies the achievement of the Distance Education and Training Council's standards involving the development, production, and administration of home study programs.

**Applicability.** This pamphlet applies to active duty military of all branches, foreign military, Army National Guard, Reserve personnel, and DOD civilians. During mobilization, procedures in this publication may be modified by the proponent.

**Proponent and exception authority.** The proponent for this pamphlet is the Commanding General, U.S. Army Training and Doctrine Command. The proponent has the authority to approve exceptions to this pamphlet that are consistent with controlling law and regulation. The proponent may delegate this approval authority, in writing, to a division chief in the proponent agency in the grade of colonel or the civilian equivalent.

**Suggested Improvements.** Users are invited to send comments and suggested improvements on DA Form 2028 (Recommended Changes to Publications and Blank Forms) directly to Commander, U. S. Army Training Support Center, ATTN: ATIC–DLC–D, Fort Eustis, VA 23604–5166.

**Distribution.** Distribution of this publication is available in electronic media only and is intended for command levels A, B, C, D, and E for Active Army, Army National Guard of the U.S., and U.S. Army Reserve.

**Contents** (Listed by paragraph and page number)

**Chapter 1**
**Introduction,** *page 1*

*Section I*
*General, page 1*
Purpose • 1–1, *page 1*
References • 1–2, *page 1*
Explanation of abbreviations and terms • 1–3, *page 1*
Programs administered by the Army Institute for Professional Development (consolidated ACCP) • 1–4, *page 1*
Correspondence course programs offered by other activities (not administered by AIPD) • 1–5, *page 2*

*Section II*
*Enrollment, page 2*
Eligibility • 1–6, *page 2*
Enrollment • 1–7, *page 2*
Rate of subcourse issue • 1–8, *page 3*

*This pamphlet supersedes DA Pam 351–20, dated 1 October 1999.



UNCLASSIFIED

### 2–125. Primary Leadership Development Preparatory Course (Course Number: 071 D21)

*a. Objective.* To prepare soldiers in the rank of specialist/corporal and private first class for the Primary Leadership Development Course (PLDC). The resident course cannot be waived.

*b. Eligibility.* Soldiers in the rank of specialist/corporal and private first class.

*c. Curriculum.* 2 phases.

(1) *Phase I.*

*(a)* 10 subcourses.

*(b) Subcourses.* PD2201, PD2202, IS0345, IS1100, IS1460, IS7034, IS7035, IS7036, IS8700, IS8701.

(2) *Phase II.* After satisfactory completion of both phases, the student will receive a diploma from AIPD.

*(a)* 12 subcourses.

*(b) Subcourses.* IN0201, IN0202, IN0482, IN0487, IN0534, IN1008, IN1010, IN1012, IN1013, IN1015, IN1016, IS0788.

### 2–126. Basic Leadership Preparatory Course (Course Number: 071 D23)

*a. Objective.* To provide tactical skills and knowledge required by NCOs and junior officers. Successful completion of this course and additional training will enable soldiers to function tactically as NCOs and junior officers in any branch of the U.S. Army.

*b. Eligibility.* Warrant officers, enlisted personnel, sergeant and above (not waiverable), NG OCS candidates, and ROTC cadets.

*c. Curriculum.* 2 phases.

(1) *Phase I.*

*(a)* 8 subcourses.

*(b) Subcourses.* IS1100, IS1460, IS3002, IS7032, IS8718, IS8719, MP1023, QM3300.

(2) *Phase II.* After satisfactory completion of both phases, the student will receive a diploma from AIPD.

*(a)* 10 subcourses.

*(b) Subcourses.* EN5480, EN5485, IN0201, IN0497, IN0500, IN0501, IN0551, IN1015, IS0788, IS7006.

### 2–127. RC Long-Range Surveillance Leader Course (LRSLC) (Course Number: 071 F11)

*a. Objective.* To prepare Reserve Component personnel in the rank of PVT through CPT to attend the LRSLC resident course. RC personnel taking this course must have a need to know this information with anticipation of being assigned to a position requiring the use of these subjects.

*b. Eligibility.* RC personnel in the rank of PVT through CPT.

*c. Curriculum.* 2 phases.

(1) *Phase I.* Correspondence.

*(a)* 21 subcourses.

*(b) Subcourses.* IS0788, IN0484, IT0113, IT0421, IT0471, IN0551, *IT0637, IS0821, IS1143, SS0042, IT0468, IN0800, IN0487, IS7006, IN0486, IN0494, IS3003, IN0828, IN0534, IN0535, IS4400.

*Note.* *Completion of IT0637 requires a stereoscope, tube magnifier or magnifying glass, and a PI scale or inch ruler/centimeter scale.

(2) *Phase II.* Resident training. See DA Pam 351–4, U.S. Army Formal Schools Catalog, for information pertaining to the resident phase.

### 2–128. Battalion Intelligence and Operation Sergeant's Course (Course Number: 071 F13)

*a. Objective.* To prepare NCOs to perform the duties of a battalion intelligence and operation sergeant.

*b. Eligibility.* NCOs in the rank of SSG through SGM. Must have completed basic or advanced refresher training or BNCOC or ANCOC.

*c. Curriculum.* 18 subcourses.

*d. Subcourses.* AG0101, IS3001, IS3005, IT0588, IS0788, IN0825, IN0826, IN0710, IS1100, IN0515, IN0813, IN0831, IN0832, IS3003, IN0534, IN0535, IN0531, IS4400.

### 2–129. Infantry Advanced Refresher Training Course (MOS 11B) (Course Number: 071 M50)

*a. Objective.* To prepare personnel in MOS 11B in the rank of SSG and SFC to perform the duties and responsibilities of a platoon sergeant.

*b. Eligibility.* SSG or SFC in MOS 11B.

*c. Curriculum.* 21 subcourses.

*d. Subcourses.* IN0531, IN0800, IN0551, IN0497, IN0498, IN0500, IN0501, IS7006, IN0503, IN0758, IN0515, EN0053, IN0528, IS8710, IS8718, IS8720, IS8701, IS8711, EN5480, EN5482, EN5485.

dissidents; general policies and legal aspects concerning military operations during civil disturbances; community/news media relationship; interrelationship of local, state and federal authorities; supervision of crowd control formations; use of force; use and operation of riot control agent dispersers; and personnel, logistical and operational planning to control civil disturbances.

*b. Eligibility.* Members of the Armed Forces and DOD civilians whose duties require a knowledge of civil disturbance control.

*c. Curriculum.* 2 subcourses.

*d. Subcourses.* MP1004, MP1005.

## Section XIX
## Ordnance Branch Courses (Combined Arms Support Command)

### 2–192. RC Ordnance Officer Advanced Course (Course Number: 091 A11)

*a. Objective.* To prepare Reserve Component ordnance officers for command and staff duties at battalion through brigade or comparable levels in both divisional and nondivisional units, with emphasis on the exercise of command at battalion level.

*b. Eligibility.*

(1) Reserve Component commissioned officers in the rank of first lieutenant or above, whose actual or anticipated assignments are in ordnance, or their duties, actual or anticipated, require a working knowledge of ordnance.

(2) Must not have received equivalent credit for the ordnance career or advanced course.

(3) Must have completed the Ordnance Officer Basic Course or an officer basic course of another service school.

(4) Reserve Component ordnance officers must have completed the Ordnance Officer Advanced Course before assuming command of an ordnance branch company.

*c. Curriculum.* 2 phases.

(1) *Phase I.* Correspondence.

*(a)* 21 subcourses.

*(b) Subcourses.* IS1802, IS1803, IS7004, IS7008, IS7038, IS7045, IS8720, OD0450, OD0451, OD0960, OD0961, OD0967, OD0968, OD0969, OD0971, OD0973, QM0197, QM2063, QM2064, QM2915, QM3519.

(2) *Phase II.* 2 weeks resident training.

### 2–193. RC WOAC Repair Technician Course (MOS 913A/914A) (Course Number: 091 W31)

*a. Objective.* To provide RC warrant officers with the knowledge and skills required to perform their management duties as repair technicians (MOS 913A/914A).

*b. Eligibility.* RC warrant officers who have completed the WOBC.

*c. Curriculum.* 2 phases.

(1) *Phase I.* Correspondence.

*(a)* 5 subcourses.

*(b) Subcourses.* IT0469, IS0342, IS1803, IS1460, IS1261.

(2) *Phase II.* 2 weeks resident training.

### 2–194. RC WOAC Unit Maintenance Technician (Heavy) Course (MOS 915D) (Course Number: 091 W33)

*a. Objective.* To provide RC warrant officers with the knowledge and skills required to perform their management duties as unit maintenance technicians (MOS 915D).

*b. Eligibility.* RC warrant officers who have completed the WOBC.

*c. Curriculum.* 4 phases.

(1) *Phase I.* Correspondence.

*(a)* 7 subcourses.

*(b) Subcourses.* IN0710, AV3054, IT0468, IT0469, IS1460, OD0466, OD1622.

(2) *Phase II.* 2 weeks resident training.

(3) *Phase III.* Correspondence. (Must have completed phase I.)

*(a)* 17 subcourses.

*(b) Subcourses.* OD0468, OD0463, OD0461, OD0475, OD0491, OD0472, OD0489, OD0483, OD0490, OD0480, OD0481, OD0482, OD1630, IS1803, IS1261, IT0421, IT0464.

(4) *Phase IV.* 2 weeks resident training. (Must have completed all other phases before attending phase IV.)

appropriate fee, from Frederick Community College, Frederick, Maryland. College credit application information and processing is coordinated through the FEMA Independent Study Program Administrative office at the above address.

(4) Military (Army, Air Force, and Coast Guard) Reserve Component personnel not on extended duty may earn points for retention and retirement purposes upon satisfactorily completing these courses. Points are awarded by respective Services, not FEMA. Upon written request, the independent study staff will provide the Reserve Component member with the documentation needed to apply for points.

(5) EMI independent study program information may be accessed on the World-wide Web at http://www.fema.gov/emi/ishome.htm.

### 4–60. Course listings

Table 4-2 is a listing of FEMA's correspondence courses.

**Table 4–2**
**FEMA Courses**

**Course:** IS-1

**Title:** Emergency Program Manager: An Orientation to the Position.

**Description:** This independent study course provides an introduction to Comprehensive Emergency Management (CEM) and the Integrated Emergency Management System (IEMS). Included is an in-depth look at the four phases of comprehensive emergency management: mitigation, preparedness, response, and recovery. The text is accompanied by illustrations, diagrams, and figures. In most units, there are worksheets, exercises, and tasks to complete.

**Prerequisite:** None.

**Study hours:** 10-12.

---

**Course:** IS-2

**Title:** Emergency Preparedness, USA.

**Description:** This independent study course contains information about natural and technological hazards. Participants are led through the development of personal emergency preparedness plans and are encouraged to become involved in the local emergency preparedness network. The text is accompanied by illustrations, maps, charts, and diagrams.

**Prerequisite:** None.

**Study hours:** 10-12.

---

**Course:** IS-3

**Title:** Radiological Emergency Management.

**Description:** This independent study course contains information on a variety of radiological topics, including fundamental principles of radiation; nuclear threat and protective measures; nuclear power plants; radiological transportation accidents; and other radiological hazards.

**Prerequisite:** None. This course is a prerequisite for Fundamentals course for Radiological Monitors (G320.01).

**Study hours:** 8-10.

---

**Course:** IS-5

**Title:** Hazardous Materials: A Citizen's Orientation.

**Description:** This independent study course provides a general introduction to hazardous materials that can serve as a foundation for more specific research. The course has five units and has been designed with the objective of helping the individual: recognize the dangers posed by hazardous materials; identify places where hazardous materials are likely to be encountered; understand when a hazard may exist; contact the appropriate persons or agencies to give or receive specific hazardous materials information; and identify procedures to minimize personal and community exposure to hazardous materials.

**Prerequisite:** None.

**Study hours:** 14-16 hours.

---

**Course:** IS-7

**Title:** A Citizen's Guide to Disaster Assistance.

**Description:** This independent study course provides a basic understanding of the roles and responsibilities of the local community, State, and the Federal government in providing disaster assistance. It is appropriate for both the general public and those involved in emergency management who need a general introduction to disaster assistance.

**Prerequisite:** None.

**Study hours:** 10-12.

---

**Course:** IS-8

**Title:** Building for the Earthquakes of Tomorrow: Complying with Executive order 12699.

**Description:** This course provides the student with the background necessary to understand the effects of Executive Order (EO) 12699, signed by President Bush in 1990. In the wake of the loma prieta earthquake of October 1989, this EO requires all federally owned, leased, or financed new buildings to comply with strict earthquake building design set forth in the National Earthquake Hazard Reduction Plan (NEHRP) Recommended Building Provisions. The NEHRP has provided a base for all national building codes for seismic design. The course is a non-

Table 4–2
FEMA Courses—Continued

technical discussion of earthquakes, building design, and the requirements of the EO. It is for local officials including mayors, city managers and commissioners, local council persons, building inspectors, zoning officials, building designers, and others concerned with this topic.
**Prerequisite:** None.
**Study hours:** 6-10.

---

**Course:** IS-9
**Title:** Managing Floodplain Development Through the National Flood Insurance Program (NFIP).
**Description:** This independent study course is designed to provide technical, in-depth information to community officials who have responsibility for administering floodplain development. The course provides a comprehensive initiation into floods and floodplain concerns, particularly the NFIP, including studies and mapping, regulatory measures, ordinance administration, substantial improvement and damage, flood insurance, and disaster operations and hazard mitigation. Course materials include a student manual, videotape, engineer scale, and flood maps of various types.
**Prerequisite:** Students applying for this course must be employed as federal, state, and/or local Floodplain Managers.
**Study hours:** 30-40.

---

**Course:** IS-10
**Title:** Animals in Disaster: Module A 'Awareness and Preparedness.'
**Description:** Module A of this two-part course is designed to increase the awareness and preparedness of animal owners and care providers. It includes sections on typical hazards, how these can effect animals and what can be done by responsible animal owners on their animals as well upon themselves.
**Prerequisite:** None.
**Study hours:** 10-12.

---

**Course:** IS-11
**Title:** Animals in Disaster: Module B 'Community Planning.'
**Description:** Module B of the second part of the Animals in Disaster course is intended to guide emergency management officials, animal owners, care providers, and animal industries in preparing disaster plans. The goal of this module is to provide information sufficient to enable the animal care community and emergency management officials to meet and develop meaningful and effective plans that improve the care of animals, their owners, and the animal care industry in times of disaster.
**Prerequisite:** None.
**Study hours:** 10-12.

---

**Course:** IS-120
**Title:** An Orientation to Community Disaster Exercises.
**Description:** This independent study course includes a 1/2' VHS video cassette and a student manual and provides an orientation to the types of exercises used to test and evaluate a community's emergency plan. The content illustrates the eight basic steps in exercise design and emphasizes the use of a design team to ensure the success of a community's exercise program.
**Prerequisite:** None. This course is a prerequisite to participation in the State-delivered G120 Exercise Design Course.
**Study hours:** 4-10.

---

**Course:** IS-195
**Title:** Basic Incident Command System.
**Description:** This independent study course is designed to provide a general introduction to the incident command system (ICS) for individuals who have emergency response duties. It is designed as a multi-discipline course with various incident scenarios and activities. Units of study include Introduction to the Incident Command System (ICS); The ICS Orientation, Incident Facilities; Incident Resource Management; and incident Command System Assignments. (This course also may be delivered in the classroom (1 1/2 days). FEMA has developed an instructor guide.) The content of this course is generally equivalent to National Interagency Incident Management System (NIMS) training modules 1-6(1-100/200).
**Prerequisite:** None.
**Study hours:** 12-15.

---

**Course:** IS-275
**Title:** The Emergency Operations Center's (EOC's) Role in Community Preparedness, Response, and Recovery Operations.
**Description:** The goal of this independent study course is to provide the reader with the understanding of the vital role an EOC plays in the overall community's preparedness, response, and recovery activities. This course includes a workbook and videotape, The Role of the EOC, which the reader may keep for future reference.
**Prerequisite:** None. This course is a prerequisite for G275, Emergency Operations Center(EOC) Management and Operations.
**Study hours:** 12-15.

---

**Course:** IS-279
**Title:** Retrofitting Flood-Prone Residential Buildings.
**Description:** This independent study is a prerequisite to attendance at EMI's more technical resident course of the same title (E279). The course provides the users with an overview of retrofitting, the National Flood Insurance Program (NFIP) and minimum requirements of

interdependence between strategy, forces, and doctrine. This area of study takes place mainly during the second year of instruction and during the End-of-Course Resident Phase by case studies and exercises and practice in the techniques of ground force operational planning at echelons above corps.

*b. Eligibility.* Commissioned officers in the rank of lieutenant colonel or colonel and of any component of the Army; have completed at least 15 but not more than 25 years of service as of course starting date (1 July); have completed the U.S. Army Command and General Staff College Resident or Nonresident Course, or equivalent; have a final Top Secret security clearance; and a civilian baccalaureate degree is highly desirable, but is not required. The years of service and military education prerequisites may be waived for deserving officers (AR 351–1).

*c. Curriculum.* Ten courses; 270 credit hours. The course includes two 2-week resident phases of study and instruction and is organized into three primary areas of study: Command, Leadership, and Management; National Policy, War, and Strategy; and Military Planning, Doctrine, and Operations.

*d. Courses.*

(1) Courses 1 and 5 focus on command, leadership, and management.

(2) Courses 2, 3, 4, and 10 focus on national policy, war, and strategy, .

(3) Courses 6, 7, 8, and 9 focus on military planning, doctrine and operations.

### 4–95. Defense Strategy Course

*a. Purpose.* The Defense Strategy Course is a 5–month correspondence course designed to examine the spectrum of issues that may influence national security strategy, and the use of military force. It provides selected U.S. Army Active and Reserve Component officers an innovative course of study concentrating on fundamental concepts and contemporary issues affecting the development and character of national security strategy. The course increases student appreciation and understanding of how primarily nonmilitary forces influence the key players and decision process at the national level. Upon completion of this course, graduates will have a broader perspective for analyzing and explaining the military's role in national security.

*b. Eligibility.* Fifty Active and fifty Reserve Component field grade officers can be accepted for each course. Officers enrolling must have completed CGSC or equivalent schooling and must not have attained, or been selected to attend school awarding, Military Education Level–1.

*c. Curriculum.* The Defense Strategy Course curriculum consists of three subcourses. These subcourses provide an overview of the development and execution of national security strategy by examining the historical and theoretical fundamentals of strategy, reviewing how the United States develops its national security strategy and developing an awareness of the impact of domestic, regional and international events on the execution of that strategy. The course will require three written assignments and approximately 6 hours of reading per week. Upon completion of the course, graduates will be awarded a certificate for the course by the U.S. Army War College. Reserve officers can earn up to 105 credit hours.

### 4–96. Strategic Leader Refresher Course (SLRC)

*a. Purpose.* The SLRC refreshes students with the broad spectrum of strategic thought and development relative to national security and military strategy. Though not inclusive of all aspects of strategy, it provides the basis for stimulating more advanced thought and subsequent research. The course is administered almost exclusively on the Internet and by e-mail.

*b. Eligibility.* Students must carry credit as a War College or equivalent (MEL–1) graduate for at least 3 years.

*c. Curriculum.* The course reviews the theoretical fundamentals of strategic thought, the United States national security decision-making process, and current strategies and critiques. Students must demonstrate an understanding of the integrated U.S. National Security and Military Strategies through rigorous thought and analysis. Upon completion students receive a certificate for the course from the U.S. Army War College and may have their Officer Record Brief annotated.

*d. Course structure.* The course has three component parts: required readings, elective study, and submission of a 1500–1750 word analytical essay.

## Section XI
## U.S. Army Warrant Officer Career Center

### 4–97. Warrant Officer Advanced Course prerequisites

*a. Objective.* The Warrant Officer Advanced Course (WOAC) Prerequisite Studies Phase is the nonresident training phase of level three of the five-level Warrant Officer Education System. The course is designed to present the newly promoted CW2 the common leader development tools necessary to function within their operational environment. Also, the course is the foundation to the follow-on branch resident phase of the WOAC.

*b. Eligibility.* This is a mandatory nonresident course that must be completed prior to attending resident WOAC training. Effective 1 October 1998, the *Action Officer Development Course (ST7000)* was adopted as the resource for

this distance learning course. It can be completed online via the Internet, and provides warrant officers serving in CW2 or higher duty positions relevant training in topics such as management techniques, communication skills, preparing and staffing documents, meetings and interviews, problem solving, writing, coordinating, briefings, and ethics. In keeping with the Warrant Officer Education System model, enrollment must occur *after* promotion to CW2 in order to qualify for WOAC Prerequisite Studies credit. The course must be completed within one year of enrollment, however, CW2s now have the flexibility to enroll at any convenient time between 24 and 48 months of total warrant officer service.

*c. Curriculum.* ST 7000 (131 F41) Action Officer Development Course (AODC). Eleven lessons and five appendices, 21 credit hours. Lessons cover management techniques and communication skills including preparing documents for staffing, meetings and interviews, problem solving, writing, coordinating, briefings, and ethics. Appendices are job aids for preparing documents, managing time, and creating ideas.

*d. Administration.* The WOAC Prerequisite Studies Phase/AODC is available in both paper and interactive online versions. Enroll in the version you prefer through AIPD's Web site at http://www.atsc.army.mil/accp/aipd.htm.

Department of the Army
Pamphlet 351–20

Schools

# Army Correspondence Course Program Catalog

Headquarters
Department of the Army
Washington, DC
28 April 2000

**UNCLASSIFIED**

**Headquarters**
**Department of the Army**
**Washington, DC**
**28 April 2000**

***Department of the Army Pamphlet 351–20**

**Schools**

# Army Correspondence Course Program Catalog

**By Order of the Secretary of the Army:**

ERIC K. SHINSEKI
*General, United States Army*
*Chief of Staff*

Official:

JOEL B. HUDSON
*Administrative Assistant to the Secretary of the Army*

**History.** This publication was originally published on 1 October 1999 and authenticated by Eric Shinseki and Joel Hudson, Administrative Assistant to the Secretary of the Army. This printing publishes Change 1.

**Summary.** The Army Correspondence Course Program is the formal nonresident extension of the U.S. Army Training and Doctrine Command service schools' curriculums which are centrally administered by the Army Institute for Professional Development, U.S. Army Training Support Center, Fort Eustis, VA 23604–5121. This pamphlet lists the courses and subcourses administered by the Army Institute for Professional Development and outlines procedures and administrative functions that affect student enrollment. This publication also includes correspondence courses offered by Army schools and agencies and selected DOD agencies that administer their own programs independently of Army Institute for Professional Development. The Army Institute for Professional Development is accredited by the Distance Education and Training Council. This accreditation signifies the achievement of the Distance Education and Training Council's standards involving the development, production, and administration of home study programs.

**Applicability.** This pamphlet applies to active duty military of all branches, foreign military, Army National Guard, Reserve personnel, and DOD civilians. During mobilization, procedures in this publication may be modified by the proponent.

**Proponent and exception authority.** The proponent for this pamphlet is the Commanding General, U.S. Army Training and Doctrine Command. The proponent has the authority to approve exceptions to this pamphlet that are consistent with controlling law and regulation. Proponent may delegate authority, in writing, to a division chief under their supervision within the proponent agency who holds the grade of colonel or the civilian equivalent.

**Suggested Improvements.** Users are invited to send comments and suggested improvements on DA Form 2028 (Recommended Changes to Publications and Blank Forms) directly to Commander, U. S. Army Training Support Center, ATTN: ATIC-DLD, Fort Eustis, VA 23604-5166.

**Distribution.** Distribution of this publication is available in electronic media only and is intended for command levels A, B, C, D and E for Active Army, Army National Guard and U.S. Army Reserve.

**Contents** (Listed by paragraph and page number)

**Chapter 1**
**Introduction,** *page 1*

*Section I*
*General, page 1*
Purpose • 1–1, *page 1*
References • 1–2, *page 1*
Explanation of abbreviations • 1–3, *page 1*
Programs administered by the Army Institute for Professional Development (consolidated ACCP) • 1–4, *page 1*
Correspondence course programs offered by other activities (not administered by AIPD) • 1–5, *page 2*

*Section II*
*Enrollment, page 2*
Eligibility • 1–6, *page 2*
Types of enrollment • 1–7, *page 2*
Enrollment • 1–8, *page 3*
Rate of subcourse issue • 1–9, *page 3*

*This pamphlet supersedes DA Pam 351–20, dated 1 October 1998.



**UNCLASSIFIED**

000345

## Section XIV
## U.S. Army Infantry School

### 2–124. Infantry Field Grade Officer Refresher Training Course (Course Number: 071 Q11)

*a. Objective.* To provide refresher training for field grade officers.

*b. Eligibility.* Field grade officers of any branch or infantry captains who have completed the Infantry Officer Advanced Course more than 3 years ago and who require refresher training in selected subcourses.

*c. Curriculum.* 14 subcourses.

*d. Subcourses.* IN0801, IN0802, IN0803, IN0821, IN0822, IN0800, IT0462, IT0468, IN0813, IN0756, IS0823, IN0830, IN0831, IN0832.

### 2–125. RC Infantry Officer Advanced Course (Course Number: 071 A11)

*a. Objective.* To prepare commissioned officers of the Reserve Component who are *not* on active duty to command at company level.

*b. Eligibility.* RC commissioned officers of the rank first lieutenant or higher who have completed an officer basic course and whose branch is infantry or are on orders for an infantry assignment.

*c. Curriculum.* 2 phases.

(1) *Phase I.* Correspondence. Must be completed before attending phase II.

*(a)* 24 subcourses.

*(b) Subcourses.* IS1801, IS1802, IS7006, IS7038, IS7045, IS8720, IN0821, IN0822, IN0504, IN0764, IN0760, IS3003, IT0462, EN5485, IN0766, IN0768, IN0721, IN0753, IN0754, IN0769, IN0810, IN0531, IN0772, IN0710.

(2) *Phase II.* 2 weeks resident training conducted at the Infantry School.

### 2–126. Primary Leadership Development Preparatory Course (Course Number: 071 D21)

*a. Objective.* To prepare soldiers in the rank of specialist/corporal and private first class for the Primary Leadership Development Course (PLDC). The resident course cannot be waived.

*b. Eligibility.* Soldiers in the rank of specialist/corporal and private first class.

*c. Administration.* A proctored end-of-phase closed book examination is required at the end of each phase. The student will be sent instructions for selecting a Test Control Officer (TCO) to administer the examination. This information is to be returned to AIPD *after all subcourses in the phase are successfully completed.* The examination will be mailed directly to the TCO.

*d. Curriculum.* 2 phases.

(1) *Phase I.* 10 subcourses with a 2-hour closed book, proctored examination covering subject matter in phase I.

*(a)* 10 subcourses.

*(b) Subcourses.* PD2201, PD2202, IS0345, IS1100, IS14608, IS7034, IS7035, IS7036, IS8700, IS8701.

(2) *Phase II.* 12 subcourses with a 3-hour closed book, proctored examination covering subject matter in phase II. Note: Only one retest is permitted for each phase examination; a second failure will result in disenrollment. After satisfactory completion of both phases, the student will receive a diploma from AIPD.

*(a)* 12 subcourses.

*(b) Subcourses.* IN0201, IN0202, IN0482, IN0487, IN0534, IN1008, IN1010, IN1012, IN1013, IN1015, IN1016, IS0788.

### 2–127. Basic Leadership Preparatory Course (Course Number: 071 D23)

*a. Objective.* To provide tactical skills and knowledge required by NCOs and junior officers. Successful completion of this course and additional training will enable soldiers to function tactically as NCOs and junior officers in any branch of the U.S. Army.

*b. Eligibility.* Warrant officers, enlisted personnel, sergeant and above (not waiverable), NG OCS candidates, and ROTC cadets.

*c. Administration.* A proctored end-of-phase closed book examination is required at the end of each phase. The student will be sent instructions for selecting a Test Control Officer (TCO) to administer the examination. This information is to be returned to AIPD *after all subcourses in the phase are successfully completed.* The examination will be mailed directly to the TCO.

*d. Curriculum.* 2 phases.

(1) *Phase I.* 8 subcourses with a 2-hour closed book, proctored examination covering subject matter in phase I.

*(a)* 8 subcourses.

*(b) Subcourses.* IS1100, IS1460, IS3002, IS7032, IS8718, IS8719, MP1023, QM3300.

(2) *Phase II.* 10 subcourses with a 3-hour closed book, proctored examination covering subject matter in phase II. Note: Only one retest is permitted for each phase examination; a second failure will result in disenrollment. After satisfactory completion of both phases, the student will receive a diploma from AIPD.



000346

security, or similar authority stating specific duties requiring knowledge of CID method and procedures. Enrollment strictly for career enhancement cannot be authorized.

(4) Active component personnel can only qualify for MOS 95D by attending the 15-week resident course after acceptance into the CID Program by the Commander, USACIDC.

*d. Curriculum.* 4 phases.

(1) *Phase I.* Correspondence.

*(a)* 10 subcourses.

*(b) Subcourses.* MP1009, MP1010, MP1011, MP1012, MP1013, MP1017, MP1018, MP1020, MP1021, MP1019.

(2) *Phase II.* 2 weeks resident training. Must have completed phase I.

(3) *Phase III.* Correspondence.

*(a)* 4 subcourses.

*(b) Subcourses.* MP1014, MP1015, MP1016, MP1022.

(4) *Phase IV.* 2 weeks resident training. Must have completed phases I, II, and III.

### 2–192. Physical Security Course (Course Number: 191 G11)

*a. Objective.* To provide military police/corrections officers, enlisted personnel, and DOD civilians with general knowledge of physical security to include physical security planning, installation security, area security, and materiel control. Completion of this course does not meet educational requirements for award of ASI H3.

*b. Eligibility.* PVT and above in any component of the Armed Forces requiring a working knowledge of physical security. DOD civilians in grade GS–5 and above whose official duties require a knowledge of physical security.

*c. Curriculum.* 4 subcourses.

*d. Subcourses.* MP1000, MP1001, MP1002, MP1003.

### 2–193. Civil Disturbance Course (Course Number: 191 G13)

*a. Objective.* To provide military police/corrections officers and enlisted personnel with sufficient knowledge and skills to perform duties when deployed during a civil disturbance including behavioral aspects of control forces and dissidents; general policies and legal aspects concerning military operations during civil disturbances; community/news media relationship; interrelationship of local, state and federal authorities; supervision of crowd control formations; use of force; use and operation of riot control agent dispersers; and personnel, logistical and operational planning to control civil disturbances.

*b. Eligibility.* Members of the Armed Forces and DOD civilians whose duties require a knowledge of civil disturbance control.

*c. Curriculum.* 2 subcourses.

*d. Subcourses.* MP1004, MP1005.

## Section XIX
## Ordnance Branch Courses (Combined Arms Support Command)

### 2–194. RC Ordnance Officer Advanced Course (Course Number: 091 A11)

*a. Objective.* To prepare Reserve Component ordnance officers for command and staff duties at battalion through brigade or comparable levels in both divisional and nondivisional units, with emphasis on the exercise of command at battalion level.

*b. Eligibility.*

(1) Reserve Component commissioned officers in the rank of first lieutenant or above, whose actual or anticipated assignments are in ordnance, or their duties, actual or anticipated, require a working knowledge of ordnance.

(2) Must not have received equivalent credit for the ordnance career or advanced course.

(3) Must have completed the Ordnance Officer Basic Course or an officer basic course of another service school.

(4) Reserve Component ordnance officers must have completed the Ordnance Officer Advanced Course before assuming command of an ordnance branch company.

*c. Curriculum.* 2 phases.

(1) *Phase I.* Correspondence.

*(a)* 21 subcourses.

*(b) Subcourses.* IS1802, IS1803, IS7004, IS7008, IS7038, IS7045, IS8720, OD0450, OD0451, OD0960, OD0961, OD0967, OD0968, OD0969, OD0971, OD0973, QM0197, QM2063, QM2064, QM2915, QM3519.

(2) *Phase II.* 2 weeks resident training.

### 2–195. RC WOAC Repair Technician Course (MOS 913A/914A) (Course Number: 091 W31)

*a. Objective.* To provide RC warrant officers with the knowledge and skills required to perform their management duties as repair technicians (MOS 913A/914A).

*b. Eligibility.* RC warrant officers who have completed the WOBC.
*c. Curriculum.* 2 phases.
(1) *Phase I.* Correspondence.
*(a)* 5 subcourses.
*(b) Subcourses.* IT0469, IS0342, IS1803, IS1408, IS1261.
(2) *Phase II.* 2 weeks resident training.

**2–196. RC WOAC Unit Maintenance Technician (Heavy) Course (MOS 915D) (Course Number: 091 W33)**

*a. Objective.* To provide RC warrant officers with the knowledge and skills required to perform their management duties as unit maintenance technicians (MOS 915D).
*b. Eligibility.* RC warrant officers who have completed the WOBC.
*c. Curriculum.* 4 phases.
(1) *Phase I.* Correspondence.
*(a)* 7 subcourses.
*(b) Subcourses.* IN0710, AV3054, IT0468, IT0469, IS1408, OD0466, OD1622.
(2) *Phase II.* 2 weeks resident training.
(3) *Phase III.* Correspondence. (Must have completed phase I.)
*(a)* 17 subcourses.
*(b) Subcourses.* OD0468, OD0463, OD0461, OD0475, OD0491, OD0472, OD0489, OD0483, OD0490, OD0480, OD0481, OD0482, OD1630, IS1803, IS1261, IT0421, IT0464.
(4) *Phase IV.* 2 weeks resident training. (Must have completed all other phases before attending phase IV.)

**2–197. RC WOAC Support Maintenance Technician Course (MOS 915E) (Course Number: 091 W35)**

*a. Objective.* To provide RC warrant officers with the knowledge and skills required to perform their management duties as support maintenance technicians (MOS 915E).
*b. Eligibility.* RC warrant officers who have completed the WOBC.
*c. Curriculum.* 4 phases.
(1) *Phase I.* Correspondence.
*(a)* 9 subcourses.
*(b) Subcourses.* IN0710, IT0468, OD0971, OD1642, OD1644, OD1645, OD1651, OD1620, OD0010.
(2) *Phase II.* 2 weeks resident training.
(3) *Phase III.* Correspondence. (Must have completed phase I.)
*(a)* 8 subcourses.
*(b) Subcourses.* AV3054, IT0469, IS1803, IS1261, IS1408, OD0456, IT0421, IT0464.
(4) *Phase IV.* 2 weeks resident training. (Must have completed all other phases before attending phase IV.)

**2–198. RC WOBC Armament Repair Technician Course (MOS 913A) (Course Number: 091 W11)**

*a. Objective.* To provide RC warrant officers with the knowledge and skills required to become warrant officer armament repair technicians (MOS 913A).
*b. Eligibility.* RC warrant officers who have completed the Warrant Officer Candidate Course and have an interim SECRET security clearance.
*c. Curriculum.* 4 phases.
(1) *Phase I.* Correspondence.
*(a)* 17 subcourses.
*(b) Subcourses.* AR0606, IS1703, OD1630, OD1632, OD0450, OD0451, OD0452, OD0453, OD0966, OD0967, QM3076, QM3300, QM3601, QM7068, AL0926.
(2) *Phase II.* 2 weeks resident training. Phase I must be completed before attending phase II.
(3) *Phase III.* Correspondence. (Must have completed phase I.)
*(a)* 15 subcourses.
*(b) Subcourses.* OD0463, OD0472, OD0475, OD0968, OD0969, OD1500, OD1501, OD1502, OD1503, OD1505, OD1506, OD1508, OD1509, OD1512, OD1618.
(4) *Phase IV.* 2 weeks resident training. (Must have completed all other phases before attending phase IV.)

**2–199. RC WOBC Repair Shop Technician Course (MOS 914A) (Course Number: 091 W13)**

*a. Objective.* To provide RC warrant officers with the knowledge and skills required to become warrant officer repair shop technicians (MOS 914A).

(1) *Phase I.* Correspondence.

*(a)* 18 subcourses.

*(b) Subcourses.* MU0010, MU1300, MU1305, MU1709, MU1715, MU3200, MU3210, MU3310, MU3314, MU3320, MU3322, MU3323, MU4100, MU4200, MU4214, MU4344, MU6210, MU6357.

(2) *Phase II.* Thirty-two hour resident training/certification at U.S. Army Element School of Music, 1420 Gator Blvd, Norfolk, VA 23521–5170.

### 2–242. Band Commander Sustainment Training Course (Course Number: 514 F11)

*a. Objective.* To provide sustainment training for band commanders.

*b. Eligibility.* This course is open to commissioned officers in FA 42C and warrant officers in MOS 420C currently assigned to Active Army and RC bands. This course is also available to officers prior to assignment to MOS 42C and Active Army and RC SGTs and SSGs serving in CMF 97 in preparation for band commander training.

*c. Curriculum.* 18 subcourses.

*d. Subcourses.* MU0010, MU1300, MU1305, MU1709, MU1715, MU3200, MU3210, MU3310, MU3314, MU3320, MU3322, MU3323, MU4100, MU4200, MU4214, MU4344, MU6210, MU6357.

### 2–243. RC Advanced Noncommissioned Officers Course (MOS 02B—02U) (Course Number: 514 M03)

*a. Objective.* To provide selected enlisted personnel with a working knowledge of the duties required to perform as an Army band ensemble leader.

*b. Eligibility.* RC NCOs in the ranks of SSG and SFC in CMF 97.

*c. Administration.* Phases I and II must be completed before attending phase III. A diploma will be issued upon completion of all phases.

*d. Curriculum.* 3 phases.

(1) *Phase I.* Common core. 2 weeks resident training at a USARF School.

(2) *Phase II.* Correspondence.

*(a)* 10 subcourses.

*(b) Subcourses.* MU1300, MU1305, MU1709, MU1715, MU3200, MU3310, MU3322, MU4200, MU4214, MP1031.

(3) *Phase III.* 2 weeks resident training at U.S. Army Element School of Music, 1420 Gator Blvd, Norfolk, VA 23521–5170.

### 2–244. RC Basic Noncommissioned Officer Course (MOS 02B—02U) (Course Number: 514 M01)

*a. Objective.* To provide selected enlisted personnel with a working knowledge of the duties required to perform as an Army band section leader.

*b. Eligibility.* RC enlisted personnel in the ranks of SPC/CPL (promotable) through SSG in CMF 97 and who are performing in or assigned to an SSG position.

*c. Administration.* Phases I and II must be completed before attending phase III. A diploma will be issued upon completion of all phases.

*d. Curriculum.* 3 phases.

(1) *Phase I.* Common core. 2 weeks resident training at a USARF School.

(2) *Phase II.* Correspondence.

*(a)* 10 subcourses.

*(b) Subcourses.* MU1300, MU1305, MU1709, MU3200, MU3210, MU3310, MU3320, MU3322, MU4214, MP1031.

(3) *Phase III.* 2 weeks resident training at U.S. Army Element School of Music, 1420 Gator Blvd, Norfolk, VA 23521–5170.

### 2–245. Advanced Enlisted Professional Development Course (MOS 02B—02U) (Course Number: 514 M07)

*a. Objective.* To provide selected enlisted personnel in CMF 97 with a working knowledge of the duties required to perform as senior NCOs. This course may be used to prepare for resident ANCOC or as a sustainment course for resident ANCOC graduates.

*b. Eligibility.* SSG and above in CMF 97. Must have completed either the Basic Enlisted Professional Development Course or the School of Music resident BNCOC.

*c. Curriculum.* 19 subcourses.

*d. Subcourses.* MU1715, MU3314, MU3322, MU3323, MU4200, MU4344, MU6210, MU6357, AG1086, IS7000, IS8701, IS8711, IS8710, OD0960, IS7034, IS7035, MP1031, AG0516, AG0034.

Health Sciences, Advanced Training Office, ATTN: MCCS–HRL, 3151 Scott Road Ste 1408, Fort Sam Houston, TX 78234–6135. You may FAX questions about development to DSN 471–1202 or commercial (210) 221–1202, or call DSN 471–0275 or commercial (210) 221–0275, or 1–800–531–1114, extension 10275.

*d.* An electronic bulletin board is available at DSN 471–0384/9876/0153 or toll-free 1–800–344–2395.

*e.* Send Internet communications regarding content (not administration) to dr.ivan.mclean@amedd.army.mil or don.atkerson@amedd.army.mil.

*f.* Send Internet communications regarding administration to joyce.gross@amedd.army.mil or stan.deckard@amedd.army.mil.

### 4–11. Recommended medical academic preparation program (MAPP) for certain resident courses

AMEDD personnel expecting to attend certain courses in residence at the AMEDDC&S are strongly encouraged to ensure their academic preparation for the course by enrolling in the correspondence subcourses listed below well in advance of resident schooling. These resident courses are demanding and maximum preparation is very helpful.

*a.* MAPP for Medical Specialist Course (300–91B10). MD0010, MD0006, MD0007, MD0532.

*b.* MAPP for Operating Room Specialist Course (301–91D10). MD0006, MD0010, MD0540, MD0913, MD0923.

*c.* MAPP for Medical Laboratory Specialist Basic Course (311–91K10). Completion of MD0803 will satisfy high school subject prerequisites for attendance at the resident course. MD0803, MD0851, MD0853, MD0010, MD0900.

*d.* MAPP for Pharmacy Specialist Course (312–91Q10). Completion of MD0802 and MD0803 will satisfy high school subject prerequisites for attendance at the resident course. MD0900, MD0010, MD0801, MD0802, MD0803.

*e.* MAPP for Radiology Specialist Course (313–91P10). MD0900, MD0950, MD0956.

*f.* MAPP for Preventive Medicine Specialist Course (322–91S10). MD0055, MD0900, MD0151, MD0803.

*g.* MAPP for Dental Specialist Course (330–91E10). MD0501, MD0510.

*h.* MAPP for Patient Administration Specialist Course (513–71G10). MD0750, MD0751.

*i.* MAPP for Medical Supply Specialist Course (551–76J10). MD0760, MD0761, MD0762.

*j.* MAPP for Hospital Food Service Specialist (Basic) Course (800–91M10). MD0900, MD0879, MD0880.

*k.* MAPP for Medical Equipment Repairer (Advanced) Course (4B–670A/198–91A30). MD0006, MD0010, SS0099, MM0701, MM0705.

### 4–12. Professional development program for commissioned officers of the AMEDD

*a.* In accordance with directives from DA, pure correspondence courses for officer basic and advanced level have been deleted.

*b.* RC officers in SSI 67–series complete the OBC by resident 6–8–C20(MSC) OBC. Non–67 series AMEDD officers should attend the 6–8–C20(RC) OBC.

*c.* Professional development courses for commissioned officers of the AMEDD are listed in paragraphs 4–13 through 4–16. Officer functional and skill progression courses are listed in paragraphs 4–17 through 4–21.

### 4–13. AMEDD Officer Advanced Course

*a. Objective.* To prepare AMEDD officers for command, leadership, and staff positions of greater responsibility throughout the AMEDD during periods of peace and/or hostilities. The course is not designed to increase technical skills, but rather to serve as a lasting framework for professional officer training.

*b. Eligibility.*

(1) Active and Reserve Components commissioned officers in grades first lieutenant and above and warrant officers in any AMEDD branch.

(2) Must have credit for completion of the AMEDD Officer Basic Course or equivalent.

(3) Active duty officers must have a minimum of 4 years time in service prior to attendance at phase 2 or be in 1LT(P) status. Enter this information with OBC completion in Item 23 of DA Form 145.

(4) Credit for an AMEDD Officer Advanced Course or equivalent precludes enrollment.

(5) Requests by USAR and ARNG officers for constructive credit for or waiver of the OBC must be supported by evidence of military experience and/or training and must be sent through the Commander, AMEDDC&S, ATTN: MCCS–GRE (if USAR officer) or MCCS–GNG (if ARNG), 2250 Stanley Road Suite 238, Fort Sam Houston, TX 78234–6100.

*c. Curriculum.* 2 phases. The course must be completed within 2 years of initial enrollment. RC students may request a 1–year waiver from AMEDDC&S with justification.

(1) *Phase 1.* Correspondence program consisting of AMEDD branch specific instruction administered by the AMEDDC&S. Application must be sent as shown in paragraph 4–2 above. **STATE CHOICE OF BOOKLETS OR CD**.

*(a)* 17 subcourses.

*(b) Subcourses.* MD0420, MD0482, IS7038, IS8720, MD0446, MD0447, MD0400, MD0478, MD0406, MD0407, MD0405, IS7033, MD0430, MD0431, MD0460, MD0408, MD0424.

(2) *Phase 2.* Upon completion of phase 1, the officer will be awarded a letter of eligibility for phase 2 and the completion will be entered in ATRRS, School Code 081, Course 6–8–C22, Phase 1, Class (determined by FY quarter).

*(a)* Active Component officers send a DA Form 3838 (Application for Professional Training) with a copy of the letter of eligibility to their Career Activities Officer who schedules phase 2 attendance.

*(b)* Reserve Component officers send a copy of the letter of eligibility with application through normal command channels.

*(c)* Phase 2 for AC officers is 10 weeks in residence at AMEDDC&S.

*(d)* Phase 2 for RC officers is 2 weeks in residence at AMEDDC&S.

*(e)* Class dates are shown in AMEDDC&S Circular 350-3 (http://www.amedd.army.mil/schedule/index.htm) and on ATRRS as course 6–8–C22 for AC and as course 6–8–C22RC for RC.

**4–14. AMEDD Officer Branch Qualification Course (Basic)**

*a. Objective.* To provide commissioned officers transferring to the AMEDD with AMEDD–specific instruction normally presented in the resident AMEDD OBC.

*b. Eligibility.* Commissioned officers who have transferred into, or are in the process of transferring into, an AMEDD officer corps and who have completed an officer basic course in a branch other than the AMEDD.

*c. Curriculum.* 5 subcourses. This course must be completed within 1 year from enrollment date.

*d. Subcourses.* MD0002, MD0004, MD0010, MD0029, MD0033.

**4–15. AMEDD Officer Branch Qualification Course (Advanced)**

*a. Objective.* To provide commissioned officers transferring to the AMEDD with AMEDD–specific instruction normally presented in the resident AMEDD OAC.

*b. Eligibility.* Commissioned officers in the rank of first lieutenant or above who have transferred into, or are in the process of transferring into, the AMEDD and who have completed an officer advanced course in a branch other than AMEDD.

*c. Curriculum.* 7 subcourses. This course must be completed within 1 year from enrollment date.

*d. Subcourses.* MD0420, MD0400, MD0407, MD0405, MD0430, MD0460, MD0408.

**4–16. AMEDD Company Grade Precommand Course (E–30)**

*a. Objective.* To provide AMEDD Active Duty and RC officers with necessary administrative skills to function as a company or detachment commander.

*b. Eligibility.* This course is open to AMEDD officers in the rank of major and below who have completed an OBC. Written requests for waiver of either or both of these prerequisites must contain justification for the waiver and accompany the DA Form 145.

*c. Curriculum.* 15 subcourses. A student must complete a minimum of 60 credit hours per enrollment year.

*d. Subcourses.* MD0002, MD0478, MD0420, MD0339, MD0400, MD0406, MD0407, IS0788, IS8718, IS8719, IS1202, IS1803, IS1804, IS1261, RR0003.

**4–17. Reserve Component Patient Administration Course, 7M–F3 (RC)**

*a. Objective.* For AMEDD Medical Service Corps (MSC) RC officers who meet prescribed prerequisites, this course provides a short-course alternative to the resident Patient Administration Course (7M–F3).

*b. Eligibility.* Nonactive duty RC commissioned MSC officers in the rank of major or below whose actual or anticipated assignment is to patient administration duties. Must have completed, or received credit for, the AMEDD MSC OBC, 6–8–C20 MSC, or its equivalent; enter this information on the DA Form 145.

*c. Administration.*

(1) Application for the correspondence phase 1 is made by DA Form 145.

(2) On completion of instruction comprising phase 1, the student is issued a letter of eligibility for use in applying, through normal command channels, for active duty for the purpose of attending phase 2. The completion is entered in ATRRS, School Code 081, Course 7M–F3(RC), Phase 1.

(3) On completion of phase 2, a diploma for the 7M–F3(RC) Course is awarded.

(4) Award of AOC 70E67 is authorized on completion of phase 2 and 12 months on-the-job experience (OJE) as a 70E67, patient administrator. OJE will consist of a minimum of 48 unit training assemblies and a 14–day annual training (AT) period in a normal training year. The AT period may be unit training or counterpart training in a 70E67 position. On completion of this OJE period, application for award of 70E67 may be made under AR 611–101. USAR should write to Commander, ARPERCEN, ATTN: DARP–OPM–P, 9700 Page Avenue, St. Louis, MO 63132–5260. ARNG should go through the appropriate State Adjutant General.

*d. Curriculum.* 2 phases. Phase 1 must be completed before attending phase 2.

(1) *Phase 1.* Correspondence. Must be completed within 1 year from enrollment date.

*(a)* 8 subcourses.

**Table 4–1**
**Individual subcourses for the U.S. Army Medical Department Center and School—Continued**

Procedures for completing a calorie-nutrient estimate worksheet, updating the Dietary History Record, and completing menu mats for nonstandard caloric-restricted diets. Procedures for instructing patients on calorie-restricted diets. MOS: 91M30. Crd hrs: 8.

**Subcourse:** MD0973

**Title:** Nonstandard Diabetic Diets.

**Description:** The disease process in diabetes mellitus and the goals of dietary treatment; the diabetic exchange system; calculating the diet distribution; determining exchanges and selecting and completing appropriate menu mats for the nonstandard diabetic diet. Procedures for instructing patients on the diabetic diet. MOS: 91M30. Crd hrs: 16.

**Subcourse:** MD0978

**Title:** Nutrition Care Administration I.

**Description:** Planning and preparing a hospital food service budget; use of the staffing guide and preparation of Schedule X; cost control and accounting procedures within the hospital food service division; processing subsistence and subsistence security; inspecting subsistence; storage of subsistence. MOS: 91M30. Crd hrs: 8.

**Subcourse:** MD0979

**Title:** Nutrition Care Administration II.

**Description:** Layout of hospital food service facilities; selection and placement of equipment; types and use of equipment specifications; and physical facility requirements. Basic supply principles; procurement of expendable and nonexpendable supplies and equipment; accounting for lost, damaged, or destroyed property; preparation of maintenance and job order requests. MOS: 91M30. Crd hrs: 9.

**Subcourse:** MD0980

**Title:** Nutrition Care Administration III.

**Description:** Career enlisted MOS: pattern, civilian personnel administration; modern techniques of supervision; and work simplification techniques. Military publications, correspondence, and maintenance of functional files; techniques for the conduct of food service sanitation inspections. MOS: 91M30. Crd hrs: 8.

## Section II
## U.S. Army Command and General Staff College

### 4–60. Command and General Staff Officer Course, Nonresident (1–250–C3)

*a. Objective.* The objective of the Command and General Staff College's nonresident program is to prepare Active Army, ARNG, and USAR officers for duty as field grade commanders and staff officers at division and higher echelons. The course educates officers in the values and practice of the profession of arms as well as the Army's Leader Development Program. The nonresident course is administered by the Directorate of Nonresident Studies (DNRS), Fort Leavenworth, KS. Inquiries may be addressed to Commandant, USA CGSC DNRS, Eisenhower Hall, Building 120, Room 273N, Fort Leavenworth, KS 66027–2314. For e-mail address, access the DNRS home page at http://www-cgsc.army.mil/nrs.

*b. Curriculum.* Over 400 credit hours in 17 subcourses with approximately 12 subjective and 13 objective requirements. The nonresident course parallels, as closely as possible, the core curriculum of the 40-week resident course.

*c. Structure.* The 17 subcourses are organized into four sequential phases (I, II, III, IV). All subcourses of a phase must be satisfactorily completed before receipt of the next phase. Completion of all requirements within 36 months of the enrollment date is required or the student may be permanently disenrolled. No voluntary disenrollments are allowed. The nonresident CGSOC is offered in three options.

(1) The correspondence option (phases I, II, III, and IV) is conducted by the individual student through self study. Instructional materials are mailed or viewed on the WEB sequentially by phases to the student. Course requirements are returned to DNRS, Fort Leavenworth, KS, for grading.

(2) The extension course option (phases I, II, III, and IV) is taught through the Professional Development Education Brigade School System. The brigade school year begins on 1 October of each year and ends 30 September of the following year. The year is divided into two instructional periods—Inactive Duty Training and Active Duty Training. Phases I and III are taught from October through May during IDT assemblies. Phases II and IV are taught in 2-week sessions from June through August during periods of ADT. ATRRS course number for CGSOC is 701–1–250–C3 (New–IDT)(F), phase I or III or (New–ADT)(F), phase II or IV. Students need to contact their unit operator or ARPERCEN team manager to determine the closest class location. Attending a brigade school does not itself constitute automatic enrollment in the CGSOC. Until the student's eligibility is determined by DNRS, the student is not officially enrolled in this option.

(3) Students may also complete the nonresident CGSOC by participating in a combination of both the correspondence and extension course options. Any student who wants to transfer from the correspondence option to the extension course option must confer with DNRS to determine their eligibility.

*d. Criteria for enrollment.*

(1) All officers should become familiar with CGSC Circular 351–3, the nonresident catalog which is on the WEB (http://www-cgsc.army.mil/nrs) before submitting a paper enrollment form (CGSC Form 59–R (Application for Enrollment)) or the electronic application on the WEB. All officers should understand the curriculum requirements, the academic and ethical standards, the phase eligibility requirements, and the time limits of the course before enrollment.

(2) All officers must meet the height and weight standards prescribed by AR 600–9 and will submit a current copy of their APFT card with their application.

(3) Officers in the rank of promotable captain or major who have completed an OAC and Staff Process Course are eligible for enrollment. CPT(P) are required to submit their sequence number or a copy of their selection letter. Depending on the major's date of rank as a captain, the officer will be required to have $CAS^3$ as a prerequisite to CGSOC.

(4) DA civilian employees, GS–11 or above, whose duties require knowledge of the subject matter in the curriculum, may enroll in the correspondence option. The application for enrollment must be accompanied by a letter of recommendation from the person (military or civilian) in charge of the activity where the applicant is employed. A person's civilian status does not take precedence over his military status. Defense contractors are not eligible to enroll.

(5) Commissioned officers, Active or RC of the Navy, Marine Corps, or Air Force may enroll in the nonresident CGSOC if they possess qualifications equivalent to those of Army officers and if they are eligible to enroll in their own service course. They must obtain approval through their command channels to enroll.

(6) Officers who have already graduated from CGSOC are not eligible. However, a student who has completed a command and staff course equivalent from another Service, either resident or nonresident, is eligible to enroll in CGSOC.

(7) No warrant or noncommissioned officers are eligible to enroll in CGSOC.

(8) No retired military personnel are eligible to enroll in CGSOC.

(9) International military personnel must obtain prior approval from their own military service and through the U.S. Army Training and Doctrine Command (TRADOC).

*(a)* Applications from international military personnel are submitted through the U.S. Military Assistance Advisory Group (MAAG) or through the Defense Attache to the U.S. Embassy in their countries. These activities will forward requests to Commander, ATTN: Security Assistance Training Field Activity (ATFA R), TRADOC, Fort Monroe, VA 23651–5267.

*(b)* TRADOC determines whether the course is critical to the officer's function in his or her military position. If determined critical, funds are approved. If determined noncritical, then the country of origin must fund the course.

*e. Application procedures.*

(1) To obtain information and an enrollment application, submit a written request to Commandant, USA CGSC DNRS, Eisenhower Hall, Building 120, Room 273N, Fort Leavenworth, KS 66027–2314; or find telephone numbers or e-mail addresses on the DNRS home page (http://www-cgsc.army.mil/nrs).

(2) Administrative processing and information is provided by academic counselors from the DNRS. Students desiring information about their academic status, receipt or nonreceipt of student material, additional material required, etc., may e-mail or write DNRS. All inquiries should include the student's name, rank, social security number, and current mailing address.

## Section III
## Emergency Management Institute

### 4–61. General information

*a. Introduction.* The Federal Emergency Management Agency (FEMA) offers independent study courses which are pertinent to the instruction of military personnel. The Emergency Management Institute (EMI) administers the independent study program for the agency.

*b. Administration.*

(1) FEMA presently offers 18 independent study courses designed for the general public. (Refer to the specific course description prerequisites identified for each course for exceptions to this standard.)

*Note.* EMI field (G-coded) courses are offered and delivered by the states. For application and enrollment information students should contact their respective state Emergency Management Agency and speak with the state training officer.

(2) Each independent study course includes a final examination, and those who score 75 percent or better are issued a certificate of achievement by EMI. Individual and group enrollments are available at no charge. Group enrollments should be coordinated with local or State Offices of Emergency Management. Course materials may be obtained by writing (include name, address, social security number, and the course title) to the following address: FEMA Independent Study Program, Administrative Office, Emergency Management Institute, 16825 South Seton Avenue, Emmitsburg,

**Table 4–3**
**Individual subcourses for the U.S. Army John F. Kennedy Special Warfare Center and School—Continued**

**Subcourse:** PO0212
**Title:** Psychological Operations and the Law.
**Description:** Presents the legal status of military deployed personnel and the major legal systems currently prevalent in the world. Crd hrs: 3.

**Subcourse:** PO0213
**Title:** Psychological Operations and Terrorism.
**Description:** Presents psychological operations used in terrorism, anti terrorism, and counter terrorism. Crd hrs: 6.

**Subcourse:** PO0214
**Title:** Psychological Operations and the U.S. Country Team.
**Description:** Presents a basic knowledge of the organization and functions of subject matter. Crd hrs: 2.

## Section V
## The Judge Advocate General's School

### 4–66. General information

*a.* The Nonresident Instruction Program is patterned after resident instruction and provides a means for students to increase their knowledge, acquire new skills, meet military education requirements, and improve job proficiency.

*b.* A course consists of a series of subcourses or separate lessons designed to provide comprehensive instruction at a particular level or in a particular job-oriented subject area.

*c.* A subcourse consists of one or more lessons pertaining to a specific subject. Each lesson contains a practical exercise or study assignment in texts provided with the subcourse. When the student has completed all lessons, the examination (which is also furnished with the subcourse materials) is taken.

*d.* An initial shipment of subcourses is sent upon enrollment in a particular course. Additional subcourses are mailed to a student automatically as he or she progresses through the course.

*e.* The nonresident program includes the Judge Advocate Officer Basic Course, The Judge Advocate Officer Advanced Course, phase I Advanced Individual Training (Reserve Component Reclassification soldiers only), Post Advanced Individual Training, Pre-Basic Noncommissioned Officers Nonresident Course, Pre-Advanced Noncommissioned Officers Nonresident Course, and an elective program for officers who have completed the Advanced Course. The detailed structure of each course and description of individual subcourses follows.

### 4–67. Enrollment and application

*a.* Enrollment in the Nonresident Instruction Program of The Judge Advocate General's School is limited to judge advocates, persons employed as attorneys by the Federal Government, or administrative support personnel employed in military legal offices or other legal offices of the Federal Government. Eligibility requirements and prerequisites for specific courses are listed with the course descriptions. Application for enrollment may be submitted on a TJAGSA Form 145, which is available from the Judge Advocate General's School, or on a DA Form 145, which is available through normal military distribution. The form should be submitted to the Commandant, The Judge Advocate General's School, U.S. Army, ATTN: JAG–OD–C, Charlottesville, VA 22903–1781 through one of the following channels:

(1) Military personnel on extended active duty with the U.S. Army may submit applications through the first judge advocate in either the rating or technical chain, Legal Administrator or Chief Legal NCO. Judge advocates on extended active duty applying for enrollment in the Judge Advocate Officer Advanced Course must route their application through the Chief, Personnel, Plans and Training Office, Office of the Judge Advocate General to The Judge Advocate General's School.

(2) Unit members of the USAR not on extended active duty should send applications through the commanding officer who is the custodian of their military personnel records jacket.

(3) Non-unit reservists should send applications through their Personnel Management Officer, U.S. Army Reserve Personnel Center, ATTN: DARO–OPS–JA, 9700 Page Boulevard, St. Louis, MO 63132.

(4) Members of the Army National Guard not on extended active duty should submit applications through their commanding officer and through the Army National Guard Operating Activities Center, Military Education Branch, ATTN: NGB–ARO–ME, Aberdeen Proving Ground, MD 21001–5470.

(5) Members of any component of the Armed Forces of the United States, other than a component of the U.S. Army, should submit applications as prescribed by the individual's branch of Service.

(6) Civilian employees of the U.S. Government should submit applications through their supervisors. A copy of the employee's current job description must be attached to the enrollment application.

*b.* Enrollment applications must be complete and approved by the appropriate official. Applications that are incomplete or that do not indicate that a student meets all prerequisites for enrollment will be returned.