*(a)* 12 subcourses; 89 credit hours.

*(b) Subcourses.* JA2, JA12, JA20, JA21, JA22, JA23, JA25, JA26, JA36, JA43, JA58, AG0102.

## 4–74. Judge Advocate Officer Advanced Course (55A)

*a. Scope.* This course provides a working knowledge of the duties and responsibilities of field grade Judge Advocate General's Corps officers. This course was completely revised effective 1 October 1992. A 2-week resident phase (phase II) is now required.

*b. Prerequisites.* Individuals who—

(1) are commissioned officers assigned to the Judge Advocate General's Corps (or another Service's equivalent legal branch), and

(2) have completed or received credit for the Judge Advocate Officer Basic Course (or another Service's equivalent course). Active duty Army judge advocates must obtain approval of the Personnel, Plans, and Training Office, OTJAG, before enrolling in the Judge Advocate Officer Advanced Course (JAOAC).

*c. Academic requirements.* Students must complete a minimum of 60 credit hours each enrollment year and must complete the entire correspondence course within 2 years. Students must complete phase I before they are eligible to attend phase II.

*d. Curriculum.* Two phases.

(1) *Phase IA.* Nonresident Legal Subjects.

*(a)* 20 subcourses. 98 credit hours.

*(b) Subcourses.* JA112, JA121, JA122, JA123, JA124, JA125A, JA125B, JA126, JA127, JA128, JA129, JA130, JA131, JA132, JA133, JA134, JA135, JA137, JA142, JA151.

(2) *Phase IB.* Nonresident Military (Common Core) Subjects.

*(a)* 4 subcourses; 19 credit hours.

*(b) Subcourses.* IS7006, IS7038, IS7045, IS8720.

(3) *Phase II.* Resident Legal Military Instruction. Phase II is a 2-week resident course of instruction at The Judge Advocate General's School, and will further develop and apply the knowledge learned in phase I. Officers appointed as Reserve Component judge advocates normally complete this program as their Annual Training. 84 credit hours.

## 4–75. Army Legal Administrators Pre-Appointment Correspondence Course (MOS 71D)

*a. Scope.* This course prepares legal noncommissioned officers for appointment as legal administrators.

*b. Prerequisites.* Military personnel in the rank of SPC(P) or above who have a primary MOS of 71D or equivalent specialties. Civilian employees and other military personnel who meet the minimum grade requirements and are working in a military legal office are also eligible to enroll.

*c. Academic requirements.* Students must complete a minimum of 60 credit hours each enrollment year and must complete the entire course in 2 years.

*d. Curriculum.* 17 subcourses. 108 credit hours.

*e. Subcourses.* AG0102, AG0516, FI2026, FI2028, FI3046, IS0103, IS1262, IS3005, IS7008, IT0110, JA2, JA12, JA23, JA43, JA58, JA125A, JA151.

## 4–76. Pre-Advanced Noncommissioned Officer Nonresident Course (MOS 71D)

*a. Scope.* This course prepares Army personnel to perform duties as senior legal noncommissioned officers in a paralegal capacity. The course provides mandatory prerequisite nonresident instruction for attendance at the resident phase of the Advanced Noncommissioned Officer Course.

*b. Prerequisites.* Military personnel must have completed resident 71D Basic Noncommissioned Officer Course.

*c. Academic requirements.* Students must complete a minimum of 45 credit hours each enrollment year and must complete the entire course within 2 years of enrollment.

*d. Curriculum.* 7 subcourses. 48 credit hours.

*e. Subcourses.* JA126, FI2026, JA151, IS1802, IS1801, FI2028, MP1032.

## 4–77. Pre-Basic Noncommissioned Officer Nonresident Course (MOS 71D)

*a. Scope.* This course prepares Army personnel to perform duties as legal noncommissioned officers in a paralegal capacity. The course provides mandatory prerequisite nonresident instruction for attendance at the resident phase of the Basic Noncommissioned Officer Course.

*b. Prerequisites.* As of 1 October 1997, military personnel must have completed 71D Advanced Individual Training (AIT) and either the Nonresident Post AIT Course or the Administration and Law for Legal Specialist Correspondence Course (both administered by the Judge Advocate General's School). As of 1 October 1999, military personnel must have completed 71D AIT and the Nonresident Post AIT Course.

*c. Academic requirements.* Students must complete a minimum of 60 credit hours each enrollment year and must complete the entire course within 2 years of enrollment.

*d. Curriculum.* 11 subcourses. 110 credit hours.

*e. Subcourses.* AG0354, AG0356, AG0353, AG0352, IN0752, AG0516, AG0350, AG0344, AG0346, AG0348, JA43.

### 4–78. Post Advanced Individual Training Nonresident Course (MOS 71D)

*a. Scope.* This course prepares Army personnel to perform critical tasks as legal specialists and improves the technical knowledge of personnel in this capacity. The course provides mandatory prerequisite nonresident instruction for enrollment in the Pre-Basic Noncommissioned Officer Nonresident Course.

*b. Prerequisites.* As of 1 October 1997, military personnel must have completed 71D Advanced Individual Training (AIT).

*c. Academic requirements.* Students must complete a minimum of 30 credit hours each enrollment year and must complete the entire course within 2 years of enrollment.

*d. Curriculum.* 4 subcourses. 33 credit hours.

*e. Subcourses.* JA36, AG0404, AG1058, AG1064.

### 4–79. Phase I Reserve Component Nonresident Advanced Individual Training Course (MOS 71D)

*a. Scope.* This course serves as the first phase of MOS qualification for Reserve Component soldiers reclassifying into MOS 71D)

*b. Prerequisites.* Soldiers must be non-promotable SSG (E6) or below and must meet all other prerequisites as stated in AR 611–201. Upon arrival at the resident phase II, soldiers will be administered a typing test. Soldiers must type 30 net words per minute to enter phase II. Failure to meet the typing requirement will result in disenrollment from phase II.

*c. Academic requirements.* Students must complete a minimum of 60 credit hours each enrollment year and must complete the entire course within 2 years of enrollment. As an exception to the reenrollment rule, soldiers who fail three tests in any one subject area will be barred from reenrolling in this course.

*d. Curriculum.* 7 subcourses. 90 credit hours.

*e. Subcourses.* JA202, JA306, JA307, JA308, JA309, JA310, JA902.

### 4–80. Individual subcourses for The Judge Advocate General's School

Individual subcourses for The Judge Advocate General's School are listed in table 4-5.

**Table 4–5**
**Individual subcourses for The Judge Advocate General's School**

**Subcourse:** JA2
**Title:** Professional Responsibility.
**Description:** Familiarizes officers with the standards of conduct pertaining to DA personnel, with emphasis on Reserve Components and examination of the Rules of Professional Conduct for lawyers as they have been applied in the Judge Advocate General's Corps. Crd hrs: 3.

**Subcourse:** JA12
**Title:** Government Contracts.
**Description:** An introduction to fundamental aspects of Department of Defense acquisition policies and practices, including formation and type of contracts, methods of acquisition, parties, the contracting officer's team, performance, termination, and disputes resolution. Crd hrs: 6.

**Subcourse:** JA20
**Title:** Military Legal Bibliography.
**Description:** Covers military administrative law, its legal basis, and primary sources of authority for military administrative decisions, as well as military legal research. Crd hrs: 3.

**Subcourse:** JA21
**Title:** Law of Military Installations.
**Description:** Covers ownership of military installations; legislative jurisdiction; substantive law on military installations; the commander's authority to control installation activities; the federal magistrate court system on a military installation; nonappropriated fund activities on a military installation; restrictions on military aid to law enforcement authorities; and environmental law considerations in planning and executing activities. Crd hrs: 15.

**Subcourse:** JA22
**Title:** Military Personnel Law and Boards of Officers.
**Description:** Focuses on the composition of the Army; officer appointment, promotion, and separation; enlistment and induction; and enlisted grades, reduction, and separation. Crd hrs: 6.

**Subcourse:** JA23
**Title:** Civilian Personnel Law and Labor-Management Relations.

## Section X
## U.S. Army War College

### 4–93. Introduction

The prescribing directive for the U.S. Army War College Distance Education Course is AR 351–1, paragraph 3–6*c*. Department of the Army selection boards meet annually to select officers who have applied for enrollment in the U.S. Army War College Distance Education Course. All communications concerning enrollment in the program should be addressed as follows:

*a. Active Army.* A board considers all eligible officers and develops a single Order of Merit List (OML) for both Army War College resident and Distance Education Course selection. Resident course attendees will be selected from the top of the OML. Officers not selected for the resident course will then have about 6 weeks to consider applying for Army War College Distance Education Course (AWCDEC) if they have not already done so. Application should be made directly to the Officers Career Management Branch (cutoff date for application will be made from the applicants in accord with single OML sequence).

*b. National Guard.* Make application in accordance with NGR 351–21 on NGB Form 64 (Application for School Training) and send it through appropriate channels to ARNG Readiness Center, ATTN: NGB–ARO–TI, 111 South George Mason Drive, Arlington, VA 22204–1382 before 7 October each year.

*c. USAR.* Make application in accordance with AR 351–1 and guidance issued by U.S. Army Reserve Personnel Center (ARPERCEN) in annual memorandum, subject: USAR Professional Development Education (PDE) Courses. Chief, Army Reserve, will issue supplemental information, as required, to accompany the application.

### 4–94. Selection procedures

A maximum of 400 highly qualified officers may be selected for the course. The course begins on or about 1 July each year. Selection responsibilities rest with the following: Chief, National Guard Bureau; Chief, Army Reserve; The Surgeon General; The Judge Advocate General; Chief of Chaplains; and Commanding General, U.S. Army Military Personnel Center. Officers are notified of selection through channels.

### 4–95. Course content

The content of the Distance Education Course is described in the next two sections. Changes to the structure of courses and course content are made annually to ensure the material remains current and applicable. All communications concerning the content of the course of instruction should be addressed to the Commandant, U.S. Army War College, ATTN: DDE (AWC-ACS), 122 Forbes Avenue, Carlisle, PA 17013–5243.

### 4–96. U.S. Army War College Distance Education Course

*a. Objective.*

(1) Focuses attention on military leadership at high echelons, contemporary management theory and philosophy, ethics and professionalism, human dimension in combat, and on major issues involved in leading and managing the Army. Problems of communication, incentives, assessment and evaluation, and new technology as they impact on people in the Department of Defense are examined. This area of study takes place during the first year of correspondence work and during the Midcourse Resident Phase.

(2) Focuses on the national security policy process and an examination of the domestic and international factors that shape the US policies. The focus is then narrowed to an examination of war ethics and morality in society, followed by an analysis of the elements of power, fundamentals of strategy, and strategic thought. Military strategy in the 20th century is examined through readings of World War I, World War II, Korea, and Vietnam military operations. There is an opportunity to explore the spectrum of conflict, with special attention being devoted to terrorism and the problem of nuclear weapons. The student is required to examine the US national strategy in the various regions of the world and to be able to develop a regional military strategic appraisal for any given region.

(3) Examines the resource allocations through the planning, programming, and budgeting system, the Joint Strategic Planning System, and the Joint Operations Planning System that are used at the highest levels of the armed forces of the United States in order to ensure that those forces can be responsive to threats to worldwide vital interests of the United States. To that end, the student will examine operational concepts using current doctrine and capabilities for employing U.S. and allied forces in a theater of war. There is also the opportunity to examine the nature of the interdependence between strategy, forces, and doctrine. This area of study takes place mainly during the second year of instruction and during the End-of-Course Resident Phase by case studies and exercises and practice in the techniques of ground force operational planning at echelons above corps.

*b. Eligibility.* Commissioned officers in the rank of lieutenant colonel or colonel and of any component of the Army; have completed at least 15 but not more than 25 years of service as of course starting date (1 July); have completed the U.S. Army Command and General Staff College Resident or Nonresident Course, or equivalent; have a final Top Secret security clearance; and a civilian baccalaureate degree is highly desirable, but is not required. The years of service and military education prerequisites may be waived for deserving officers (AR 351–1).

*c. Curriculum.* Ten courses; 270 credit hours. The course includes two 2-week resident phases of study and

instruction and is organized into three primary areas of study: Command, Leadership, and Management; National Policy, War, and Strategy; and Military Planning, Doctrine, and Operations.

*d. Courses.*

(1) Courses 1 and 5 focus on command, leadership, and management.

(2) Courses 2, 3, 4, and 10 focus on national policy, war, and strategy, .

(3) Courses 6, 7, 8, and 9 focus on military planning, doctrine and operations.

### 4–97. Defense Strategy Course

*a. Purpose.* The Defense Strategy Course is a 5–month correspondence course designed to examine the spectrum of issues that may influence national security strategy, and the use of military force. It provides selected U.S. Army Active and Reserve Component officers an innovative course of study concentrating on fundamental concepts and contemporary issues affecting the development and character of national security strategy. The course increases student appreciation and understanding of how primarily nonmilitary forces influence the key players and decision process at the national level. Upon completion of this course, graduates will have a broader perspective for analyzing and explaining the military's role in national security.

*b. Eligibility.* Fifty Active and fifty Reserve Component field grade officers can be accepted for each course. Officers enrolling must have completed CGSC or equivalent schooling and must not have attained, or been selected to attend school awarding, Military Education Level–1.

*c. Curriculum.* The Defense Strategy Course curriculum consists of three subcourses. These subcourses provide an overview of the development and execution of national security strategy by examining the historical and theoretical fundamentals of strategy, reviewing how the United States develops its national security strategy and developing an awareness of the impact of domestic, regional and international events on the execution of that strategy. The course will require three written assignments and approximately 6 hours of reading per week. Upon completion of the course, graduates will be awarded a certificate for the course by the U.S. Army War College. Reserve officers can earn up to 105 credit hours.

### 4–98. Strategic Leader Refresher Course (SLRC)

*a. Purpose.* The SLRC refreshes students with the broad spectrum of strategic thought and development relative to national security and military strategy. Though not inclusive of all aspects of strategy, it provides the basis for stimulating more advanced thought and subsequent research. The course is administered almost exclusively on the Internet and by e-mail.

*b. Eligibility.* Students must carry credit as a War College or equivalent (MEL–1) graduate for at least 3 years.

*c. Curriculum.* The course reviews the theoretical fundamentals of strategic thought, the United States national security decision-making process, and current strategies and critiques. Students must demonstrate an understanding of the integrated U.S. National Security and Military Strategies through rigorous thought and analysis. Upon completion students receive a certificate for the course from the U.S. Army War College and may have their Officer Record Brief annotated.

*d. Course structure.* The course has three component parts: required readings, elective study, and submission of a 1500–1750 word analytical essay.

## Section XI
## U.S. Army Warrant Officer Career Center

### 4–99. Warrant Officer Advanced Course prerequisites

*a. Objective.* The Warrant Officer Advanced Course (WOAC) Prerequisite Studies Phase is the nonresident training phase of level three of the five-level Warrant Officer Education System. The course is designed to present the newly promoted CW2 the common leader development tools necessary to function within their operational environment. Also, the course is the foundation to the follow-on branch resident phase of the WOAC.

*b. Eligibility.* This is a mandatory nonresident course that must be completed prior to attending resident WOAC training. Effective 1 October 1998, the *Action Officer Development Course (ST7000)* was adopted as the resource for this distance learning course. It can be completed online via the Internet, and provides warrant officers serving in CW2 or higher duty positions relevant training in topics such as management techniques, communication skills, preparing and staffing documents, meetings and interviews, problem solving, writing, coordinating, briefings, and ethics. In keeping with the Warrant Officer Education System model, enrollment must occur *after* promotion to CW2 in order to qualify for WOAC Prerequisite Studies credit. The course must be completed within one year of enrollment, however, CW2s now have the flexibility to enroll at any convenient time between 24 and 48 months of total warrant officer service.

*c. Curriculum.* ST 7000 (131 F41) Action Officer Development Course (AODC). Ten lessons and five appendices, 21 credit hours. Lessons cover management techniques and communication skills including preparing documents for staffing, meetings and interviews, problem solving, writing, coordinating, briefings, and ethics. Appendices are job aids for preparing documents, managing time, and creating ideas.

*d. Administration.* The WOAC Prerequisite Studies Phase/AODC is available in both paper and interactive online versions. Enroll in the version you prefer through AIPD's web site at http://www.atsc.army.mil/accp/aipd.htm.

# Department of Defense
# DIRECTIVE

NUMBER 1035.1
September 9, 2002
Certified Current as of December 1, 2003

USD(P&R)

SUBJECT: Telework Policy for Department of Defense

References: (a) Section 359 of Public Law 106-346, "Department of Transportation and Related Agencies Appropriations Act 2001," October 23, 2000
(b) Sections 101 and 206 of title 37, United States Code
(c) Under Secretary of Defense (P&R) Memorandum, "Department of Defense Telework Policy and Guide for Civilian Employees," October 22, 2001
(d) Title 10, United States Code
(e) Title 5, United States Code

## 1. PURPOSE

This Directive:

1.1. Establishes an overarching policy governing telework (also known as telecommuting) within the Department of Defense.

1.2. Assigns responsibilities for telework.

1.3. Establishes the supervisors' and/or commanders' authority to assign official duties (including training) that may be performed via telework.

1.4. Implements the provisions of reference (a) and is consistent with references (b), (c), (d), and (e).

2. APPLICABILITY AND SCOPE

This Directive applies to the Office of the Secretary of Defense; the Military Departments; the Chairman of the Joint Chiefs of Staff; the Combatant Commands; the Office of the Inspector General of the Department of Defense; the Defense Agencies; the DoD Field Activities; and all other organizational entities within the Department of Defense (hereafter referred to collectively as "the DoD Components").

3. DEFINITIONS

3.1. Defense Agencies and DoD Field Activities. Organizations specifically designated as Defense Agencies and DoD Field Activities under Section 191 of title 10 U.S.C. (reference (d)).

3.2. Telework. An arrangement that a civilian employee and/or member of the Armed Forces performs assigned official duties at an alternative worksite on either a regular and recurring, or on an ad hoc, basis (not including while on official travel).

3.3. Alternative Worksite. Aplace away from the traditional worksite that has been approved for the performance of assigned official duties. It may be an employee's and/or member's home, a telecenter, or other approved worksite including a facility established by State, local or county governments, or private facility.

3.4. Armed Forces. The Army, the Navy, the Air Force, the Marine Corps, and their Reserve components.

4. POLICY

It is DoD policy that:

4.1. The Department of Defense is committed to improving workforce efficiency while promoting quality of life for its employees and/or members.

4.2. The DoD Components shall develop, implement, and operate telework programs that are appropriate within their respective organizations.

4.3. Consistent with accomplishing their assigned missions, the DoD Components shall actively promote telework within their organizations, and make every effort to overcome artificial barriers to this program.

4.4. Telework is limited to the conduct of assigned official duties (including training).

4.5. Telework may be appropriate for supervisor and/or commander directed web-based distance and continuous learning, including educational requirements required by law or regulation. Training requested by an employee and/or member is subject to the supervisor's and/or commander's approval and must conform to the provisions of applicable regulations.

4.6. Telework is not a right and may be terminated by the supervisor and/or commander at his/her discretion, or in response to an employee's and/or member's request.

5. RESPONSIBILITIES

5.1. The Under Secretary of Defense (Personnel and Readiness) shall have overall responsibility for the Department's telework policy.

5.2. The Assistant Secretary of Defense (Force Management Policy), under the Under Secretary of Defense (Personnel and Readiness) shall:

5.2.1. Develop DoD policy on civilian and military telework matters.

5.2.2. Provide policy oversight for issues relating to telework and Total Force implementation of telework policies.

5.2.3. Review guidelines for telework policies.

5.3. The Assistant Secretary of Defense (Reserve Affairs), under the Under Secretary of Defense (Personnel and Readiness), shall advise the Assistant Secretary of Defense (Force Management Policy) on Reserve component telework policies.

5.4. The Heads of the DoD Components shall administer appropriate telework programs in accordance with public law and DoD policies on telework.

USTRANSCOM
Scott Air Force Base, IL
www.transcom.mil

Commercial Customers | Privacy Notice | FOIA | Home | AMC | MSC | SDDC Quick Search

# Defense Transportation Regulations

## Defense Transportation Regulation (DTR) DOD Regulation 4500.9-R-Part II Cargo Movement, Nov 2004

---

**TABLE OF CONTENTS**

PART I PART II PART III PART IV PART V PART VI

**MISSION**

The Defense Transportation Regulations available here are in Adobe Acrobat (PDF) format. In order to view these documents you must have a copy of the Adobe Acrobat Reader. The Reader is freely available from Adobe Systems Incorporated and may be used standalone or as a helper application from within your web browser. For Internet Explorer versions 3.02, 4.0, and 4.01 for Windows 95, Acrobat Reader version 4.0 or later is required to view pdf files.

To obtain the Adobe Acrobat Reader, go to this address and follow the instructions:
http://www.adobe.com/acrobat/readstep.html

| Individual DTR chapter and appendix download assistance. If you experience difficulty in downloading an individual DTR Part chapter or appendix, save it to your desktop or download the ZIP file version. Use of Internet Explorer as your browser can also assist the download process. |
|---|

**PDF FORMAT**

Viewable with Adobe Acrobat Reader 4.0 or higher


- Table of Contents
- Chap 201
- Chap 202
- Chap 203- updated March 2005
- Chap 204
- Chap 205
- Chap 206
- Chap 207
- Chap 208
- Chap 209
- Chap 210- updated May 2005
- Chap 211
- Chap 212
- Appendix A
- Appendix B
- Appendix C
- Appendix D
- Appendix E
- Appendix F
- Appendix G
- Appendix G-1
- Appendix G-2
- Appendix G-3
- Appendix G-4
- Appendix H
- Appendix I
- Appendix J
- Appendix K
- Appendix L
- Appendix M
- Appendix N
- Appendix O
- Appendix P
- Appendix Q
- Appendix R
- Appendix S
- Appendix T
- Appendix U
- Appendix V
- Appendix V-1
- Appendix V-2- updated May 2005
- Appendix V-3
- Appendix V-4
- Appendix V-5
- Appendix V-6
- Appendix V-7
- Appendix V-8
- Appendix V-9
- Appendix W
- Appendix X
- Appendix Y
- Appendix Y-1
- Appendix Z
- Appendix AA
- Appendix BB
- Appendix CC
- Appendix DD
- Appendix EE
- Appendix FF
- Appendix GG
- Appendix HH
- Appendix II- updated March 2005
- Appendix JJ
- Appendix KK- updated January 2005
- Appendix LL
- Appendix MM
- Appendix NN
- Appendix OO
- Appendix PP
- Appendix QQ
- Appendix RR
- Appendix SS
- Appendix TT
- Appendix UU
- Appendix VV
- Appendix WW
- Appendix XX
- Appendix YY
- Appendix ZZ


**ZIP (COMPRESSED) FORMAT**

**D. TRAINING**

1. Mandatory Training.

a. All personnel involved with the preparation and shipment of HAZMAT for surface transportation must receive training IAW this regulation, 49 CFR Subpart H, Training Requirements, and DOD Component regulations. Training for military air shipments will be IAW AFMAN 24-204(I)/TM 38-250/MCO P4030.19I/NAVSUP Pub 505/DLAI 4145.3/DCMAD1, CH 3.4 (HM24).

b. Persons who certify HAZMAT on shipping papers by any mode of transportation, military or commercial, with the exception of Technical Specialists (See Paragraph D.1.c.), must successfully complete an initial 80-hour HAZMAT certification course from one of the DOD schools listed below:

(1) Dean, School of Military Packaging Technology
ATTN: ATSL
360 Lanyard Rd
Aberdeen Proving Grounds, MD 21005-5282

DSN: 298-5185, Commercial: 410 278-5185, FAX: 2176/5143

Web address: http://smpt.apg.army.mil/

(2) 345th Training Squadron, Transportation Training Flight
345 TRS/TTTH
1000 Seymoyer
Lackland AFB, TX 78236-5404

DSN: 473-4917, Commercial: 210 671-4917

Web address: https://wwwmil.lackland.af.mil/37TRG/345TRS/index.htm

(3) Navy Supply Corps School
1425 Prince Ave
Athens, GA 30606

DSN: 354-7240/7215, Commercial: 706 354-7240/7215

Web address: https://www.nscs.cnet.navy.mil/

(4) Department of the Army
Defense Ammunition Center (Training Directorate)
Attn: SJMAC-AST
1C Tree Rd
McAlester, OK 74501-9053

DSN: 956-8931, Commercial: 918 420-8931, FAX: 8944

Web address: http://www.dac.army.mil/as

c. Technical specialists are personnel who are trained and qualified to certify specific types of HAZMAT on selected transportation modes as prescribed by each Service. Additionally, technical specialists may certify HAZMAT on DD Form 836, Figure 204-3, for transportation of HAZMAT in military or government-owned vehicles in support of operations needed to

FM 7-0
(FM 25-100)

# TRAINING THE FORCE

OCTOBER 2002

**DISTRIBUTION RESTRICTION:**
Approved for public release, distribution is unlimited

**HEADQUARTERS**
**DEPARTMENT OF THE ARMY**