# Preface

The U. S. Army exists for one reason—to serve the Nation. From the earliest days of its creation, the Army has embodied and defended the American way of life and its constitutional system of government. It will continue to answer the call to fight and win our Nation's wars, whenever and wherever they may occur. That is the Army's non-negotiable contract with the American people.

The Army will do whatever the Nation asks it to do, from decisively winning wars to promoting and keeping the peace. To this end, the Army must be strategically responsive and ready to be dominant at every point across the full spectrum of military operations.

Today, the Army must meet the challenge of a wider range of threats and a more complex set of operating environments while incorporating new and diverse technology. The Army meets these challenges through its core competencies: Shape the Security Environment, Prompt Response, Mobilize the Army, Forcible Entry Operations, Sustained Land Dominance and Support Civil Authorities. We must maintain combat readiness as our primary focus while transitioning to a more agile, versatile, lethal, and survivable Army.

Doctrine represents a professional army's collective thinking about how it intends to fight, train, equip, and modernize. When the first edition of FM 25-100, Training the Force, was published in 1988, it represented a revolution in the way the Army trains. The doctrine articulated by FMs 25-100, Training the Force, and 25-101, Battle Focused Training, has served the Army well. These enduring principles of training remain sound; much of the content of these manuals remains valid for both today and well into the future. FM 7-0 updates FM 25-100 to our current operational environment and will soon be followed by FM 7-1, which will update FM 25-101.

FM 7-0 is the Army's capstone training doctrine and is applicable to all units, at all levels, and in all components. While the examples in this manual are principally focused at division and below, FM 7-0 provides the essential fundamentals for all individual, leader, and unit training.

Training for warfighting is our number one priority in peace and in war. Warfighting readiness is derived from tactical and technical competence and confidence. Competence relates to the ability to fight our doctrine through tactical and technical execution. Confidence is the individual and collective belief that we can do all things better than the adversary and the unit possesses the trust and will to accomplish the mission.

FM 7-0 provides the training and leader development methodology that forms the foundation for developing competent and confident soldiers and units that will win decisively in any environment. Training is the means to achieve tactical and technical competence for specific tasks, conditions, and standards. Leader Development is the deliberate, continuous, sequential, and progressive process, based on Army values, that develops soldiers and civilians into competent and confident leaders capable of decisive action.

Closing the gap between training, leader development, and battlefield performance has always been the critical challenge for any army. Overcoming this challenge requires achieving the correct balance between training management and training execution. Training management focuses leaders on the science of training in terms of resource efficiencies (such as people, time, and ammunition) measured against tasks and standards. Training execution focuses leaders on the art of leadership to develop trust, will, and teamwork under varying conditions—intangibles that must be developed to win decisively in combat. Leaders integrate this science and art to identify the right tasks, conditions, and standards in training, foster unit will and spirit, and then adapt to the battlefield to win decisively.

## Chapter 1

# How the Army Trains

- *Develop trust soldier-to-soldier, leader to led, unit-to-unit in the Army and grow the warfighting confidence of the force.*
- *Train for decisive warfighting.*
- *Train soldiers now, and grow leaders for the next conflict.*
- *Ensure that our soldiers are physically and mentally prepared to dominate the next battlefield—no soldier goes into harm's way untrained.*
- *Our soldiers must be comfortable and confident in the elements—fieldcraft, fieldcraft, fieldcraft.*

General Eric Shinseki

## THE TRAINING IMPERATIVE

1-1. Every soldier, noncommissioned officer (NCO), warrant officer, and officer has one primary mission—to be trained and ready to fight and win our Nation's wars. Success in battle does not happen by accident; it is a direct result of tough, realistic, and challenging training. The Army exists to deter war, or if deterrence fails, to reestablish peace through victory in combat wherever U.S. interests are challenged. To accomplish this, the Army's forces must be able to perform their assigned strategic, operational, and tactical missions. For deterrence to be effective, potential enemies must know with certainty that the Army has the credible, demonstrable capability to mobilize, deploy, fight, sustain, and win any conflict. Training is the process that melds human and materiel resources into these required capabilities. The Army has an obligation to the American people to ensure its soldiers go into battle with the assurance of success and survival. This is an obligation that only rigorous and realistic training, conducted to standard, can fulfill.

1-2. We train the way we fight because our historical experiences show the direct correlation between realistic training and success on the battlefield. Today's leaders must apply the lessons of history in planning training for tomorrow's battles. We can trace the connection between training and success in battle to our Army's earliest experiences during the American Revolution. General Washington had long sensed the need for uniform training and organization and, during the winter of 1777-1778 while camped at Valley Forge, he secured the appointment of Von Steuben, a Prussian, as inspector general in charge of training. Von Steuben clearly understood the difference between the American citizen-soldier and the European professional. He noted early that American soldiers had to be told why they did things before they would do them well, and he applied this philosophy in his training. It

helped the Continental soldiers understand and endure the rigorous and demanding training he put them through. After Valley Forge, Continentals would fight on equal terms with British Regulars. Von Steuben began the tradition of effective unit level training that today still develops leaders and forges battle-ready units for the Army.

1-3. Over two centuries later, the correlation between tough, realistic training and success on the battlefield remains the same. During Operation Enduring Freedom, and Operation Anaconda in Afghanistan, the U.S. Army deployed a trained and ready force on short notice to a contemporary battlefield fighting against a coalition of rebel forces on difficult terrain.

1-4. These units trained to their wartime mission, and developed company grade officers, NCOs, and soldiers who knew their jobs and were confident they could act boldly and decisively. Their confidence, and technical and tactical competence gave them the ability to adapt to the mission and harsh environment with resounding success. Airmobile infantry quickly perfected methods of routing rebel forces from heavily fortified caves. Special forces teams rode horses with their host nation counterparts—learning to call in tactical air support with devastating accuracy while on the move. Staffs quickly learned how to integrate Special Operations Forces (SOF) and conventional force operations. Engineer units cleared mine fields that were as old as many of their soldiers involved in the clearing process. Again, American soldiers had met the enemy and decisively defeated them.

1-5. The Army's battle-focused training was validated. These soldiers trained as they planned to fight and won. Their success was due to the Army's emphasis on battle focused training which emphasized training essential warfighting tasks to standard and building cohesive combined arms teams able to adapt to the mission. Army units today train, alert, and deploy prepared for combat. Their battle focused training experience gives them the flexibility to continue training and adapting to the mission as it evolves.

## THE STRATEGIC ENVIRONMENT

1-6. In an era of complex national security requirements, the Army's strategic responsibilities now embrace a wider range of missions that present even greater challenges in our training environment. To "train the way we fight," commanders and leaders at all levels must conduct training with respect to a wide variety of operational missions across the full spectrum of operations. These operations may include combined arms, joint, multinational, and interagency considerations, and span the entire breadth of terrain and environmental possibilities. Commanders must strive to set the daily training conditions as closely as possible to those expected for actual operations.

1-7. The operational missions of the Army include not only war, but also military operations other than war (MOOTW). Operations may be conducted as major combat operations, a small-scale contingency, or a peacetime military engagement. Offensive and defensive operations normally dominate military operations in war along with some small-scale contingencies. Stability operations and support operations dominate in MOOTW. Commanders at all echelons may combine different types of operations simultaneously and

1-12. Responsibility for success on the future battlefield rests on the shoulders of today's Army leaders at all levels. To ensure this success, all leaders must focus training on warfighting skills, and make that training the priority.

## JOINT, INTERAGENCY, MULTINATIONAL (JIM) TRAINING

1-13. The purpose of joint training is to prepare the Army to execute missions as a part of a joint force in the conduct of joint military operations and across the full spectrum of conflict. Employing Army forces at the right place and time allows combatant commanders to conduct decisive land operations along with air, sea, and space-based operations. The Army provides to a joint force commander (JFC) trained and ready forces that expand the commander's range of military options. Army commanders tailor and train forces to react quickly to any crisis.

1-14. Commanders of major Army headquarters may serve as the joint force land component commander (JFLCC), a combined forces commander (CFC), or as the joint task force commander (JTFC). To perform these assignments organizations conduct joint training.

1-15. Joint training uses joint doctrine, tactics, techniques, and procedures, and the training involves more than one Service component. However, two or more Services training together using their respective service doctrine, tactics, techniques, and procedures are Service-sponsored interoperability training. Although, not classified as joint training, Service sponsored interoperability is a vital component of joint proficiency and readiness.

1-16. Multinational training is based on applicable multinational, joint and/or service doctrine and is designed to prepare organizations for combined operations with allied nations.

1-17. Interagency training is based on applicable standard operating procedures; and, is designed to prepare the Army to operate in conjunction with government agencies.

1-18. The Army training doctrine contained in this manual provides Army commanders the tools to develop experienced leaders and adaptive organizations prepared to exercise command and control of joint and multinational forces, and to provide interagency unity of effort.

## HOW THE ARMY TRAINS THE ARMY

1-19. Training is a team effort and the entire Army—Department of the Army, major Army commands (MACOMs), the institutional training base, units, the combat training centers (CTC), each individual soldier and the civilian work force—has a role that contributes to force readiness. Department of the Army and MACOMs are responsible for resourcing the Army to train. The institutional Army including schools, training centers, and NCO academies, for example, train soldiers and leaders to take their place in units in the Army by teaching the doctrine and tactics, techniques, and procedures (TTP). Units, leaders, and individuals train to standard on their assigned missions, first as an organic unit and then as an integrated component of a

team. Operational deployments, and major training opportunities such as major training exercises, CTCs, CTC-like training, and external evaluations (EXEVAL) provide rigorous, realistic, and stressful training and operational experience under actual or simulated combat and operational conditions to enhance unit readiness and produce bold, innovative leaders. Simultaneously, individual soldiers, NCOs, warrant officers, officers, and the civilian work force are responsible for training themselves through personal self-development. Training is a continuous, lifelong endeavor that produces competent, confident, disciplined, and adaptive soldiers and leaders with the warrior ethos in our Army. Commanders have the ultimate responsibility to train soldiers and develop leaders who can adjust to change with confidence and exploit new situations, technology, and developments to their advantage. The result of this Army-wide team effort is a training and leader development system that is unrivaled in the world. Effective training produces the force—soldiers, leaders, and units—that can successfully execute any assigned mission.

1-20. The Army Training and Leader Development Model (figure 1-1) centers on developing trained and ready units led by competent and confident leaders. The model identifies an important interaction that trains soldiers now and develops leaders for the future. Leader Development is a lifelong learning process. The three core domains that shape the critical learning experiences throughout a soldier's and leader's career are the operational, institutional, and self-development domains. Together, these domains interact using feedback and assessment from various sources and methods to maximize warfighting readiness. Each domain has specific, measurable actions that must occur to develop our leaders. The operational domain includes home station training, combat training center rotations, joint training exercises, and operational deployments that satisfy national objectives. Each of these actions provides foundational experiences for soldiers, leaders, and unit development. The institutional domain focuses on educating and training soldiers and leaders on the key knowledge, skills, and attributes required to operate in any environment. It includes individual, unit and joint schools, and advanced education. The self-development domain, both structured and informal, focuses on taking those actions necessary to reduce or eliminate the gap between operational and institutional experiences. Throughout this lifelong learning and experience process, there is formal and informal assessment and feedback of performance to prepare leaders for their next level of responsibility. Assessment is the method used to determine the proficiency and potential of leaders against a known standard. Feedback must be clear, formative guidance directly related to the outcome of training events measured against standards.

emphasis on not only what is to be accomplished, but how it is accomplished and with the full realization that the profession of arms may require of its members, the supreme sacrifice. Professional development extends to inculcating the Army values of Loyalty, Duty, Respect, Selfless Service, Integrity, Honor, and Personal Courage in every soldier to create a warrior ethos based on camaraderie and service to our Nation. Professional education provides the foundation involving a variety of training domains ranging from institutional schooling, self-study, and operational experience to personal interaction with superiors, peers, and subordinates. All of these interactions are essential in developing and understanding training and leader development for warfighting.

1-24. Competent and confident leaders are a prerequisite to the successful training of ready units. It is important to understand that leader training and leader development are integral parts of unit readiness. Leaders are inherently soldiers first and should be technically and tactically proficient in basic soldier skills. They are also adaptive, capable of sensing their environment, adjusting the plan when appropriate, and properly applying the proficiency acquired through training.

1-25. Leader training is an expansion of these skills that qualifies them to lead other soldiers. As such, the doctrine and principles of training leader tasks is the same as that for any other task set forth in FM 7-0 and requires the same level of attention of senior commanders. Leader training occurs in the institutional Army, the unit, the combat training centers, and through self-development. Leader training is just one portion of leader development.

1-26. Leader development is the deliberate, continuous, sequential, and progressive process, grounded in Army values, that grows soldiers and civilians into competent and confident leaders capable of decisive action. Leader development is achieved through the lifelong synthesis of the knowledge, skills, and experiences gained through institutional training and education, organizational training, operational experience, and self-development. Commanders play the key role in leader development that ideally produces tactically and technically competent, confident, and adaptive leaders who act with boldness and initiative in dynamic, complex situations to execute mission-type orders achieving the commander's intent.

## THE INSTITUTIONAL DOMAIN

1-27. The institutional Army (schools and training centers) is the foundation for lifelong learning. The institution is a key enabler for unit readiness. It develops competent, confident, disciplined, and adaptive leaders and soldiers able to succeed in situations of great uncertainty. The institution provides the framework to develop future leadership characteristics that produce critical thinkers capable of full spectrum visualization, systems understanding, and mental agility. Institutional training and education enhances military knowledge, individual potential, initiative, and competence in warfighting skills. It infuses an ethos of service to the Nation and the Army, and provides the educational, intellectual, and experiential foundation for success on the battlefield. The institution teaches Army doctrine and provides the experiences that train leaders and soldiers. It trains them to adapt to uncer-

tainty and be creative and innovative problem solvers as members of lethal units and battle staffs in combined arms, and JIM operations. Institutions provide training on common tasks and a selected portion of occupation-related critical tasks, and continue to provide lifelong, through mutual reach, access to training materials for individual soldier or unit use. The elements of institutional training and education include—

## INITIAL MILITARY TRAINING (IMT)

1-28. This training provides the basic skills, knowledge, and task proficiency to become a soldier and subsequently to succeed as members of a small Army unit, contribute to unit mission accomplishment, and survive on the battlefield. IMT is the foundation training given to all personnel upon entering the Army. It provides an ordered transition from being a civilian to becoming a soldier, motivation to become a dedicated and productive member of the Army, and qualification on basic critical soldier skills and knowledge. IMT instills an appreciation for the Army in a democratic society, inspires the Army warrior ethos, and establishes Army values of loyalty, duty, respect, selfless service, honor, integrity, and personal courage. Newly commissioned officers will be competent and confident small unit leaders trained in fieldcraft. Warrant officers will be technically proficient in the systems associated with their functional specialty. Enlisted soldiers will be qualified in the critical military occupational specialty tasks and standards defined by their branch proponent. The soldierization and professional development process continues under the leadership of NCOs when these new soldiers arrive in their first unit.

## PROFESSIONAL MILITARY EDUCATION (PME)

1-29. PME develops Army leaders. Officer, warrant officer, and NCO training and education is a continuous, career-long, learning process that integrates structured programs of instruction—resident at the institution and non-resident via distributed learning at home station. PME is progressive and sequential, provides a doctrinal foundation, and builds on previous training, education and operational experiences. PME provides hands-on technical, tactical, and leader training focused to ensure leaders are prepared for success in their next assignment and higher-level responsibility.

- Officer Education System (OES). Army officers must lead and fight; be tactically and technically competent; possess leader skills; understand how the Army operates as a service, as well as a component of a joint, multinational, or interagency organization; demonstrate confidence, integrity, critical judgment, and responsibility; operate in a complex, uncertain, and rapidly changing environment; build effective teams amid continuous organizational and technological change; and solve problems creatively. OES develops officers who are self-aware and adaptive to lead Army units to mission success.
- Warrant Officer Education System (WOES). Warrant officers are the Army's technical experts. WOES develops a corps of highly specialized experts and trainers who are fully competent and proficient operators, maintainers, administrators, and managers of the Army's equipment, support activities, and technical systems.

- NCO Education System (NCOES). NCOES trains NCOs to lead and train soldiers, crews, and subordinate leaders who work and fight under their leadership. NCOES provides hands-on technical, tactical, and leader training focused to ensure that NCOs are prepared for success in their next assignment and higher-level responsibility.
- Functional Training. In addition to the preceding PME courses, there are functional courses available in both resident and non-resident distributed learning modes that enhance functional skills for specific duty positions. Examples are Battalion S2, Battalion Motor Officer, First Sergeant, Battle Staff NCO, and Airborne courses.

## THE OPERATIONAL DOMAIN

1-30. Soldier and leader training and development continue in the unit. Using the institutional foundation, training in organizations and units focuses and hones individual and team skills and knowledge.

### COMMANDER'S RESPONSIBILITY

1-31. The unit commander is responsible for the wartime readiness of all elements in the formation. The commander is, therefore, the primary trainer of the organization, responsible for ensuring that all training is conducted in accordance with the unit's mission essential task list (METL) to the Army standard. This is the commander's number one priority. The command climate must reflect this priority. The commander analyzes the unit's wartime mission and develops the unit's METL. Using appropriate doctrine and mission training plans (MTPs), the commander plans training and briefs the training plan to the senior commander. The senior commander is responsible for resourcing, ensuring stability and predictability, protecting training from interference, and executing and assessing training. Commanders ensure MTP standards are met during all training. If they are not, the unit must retrain until the tasks are performed to standard. Train to standard, not to time.

1-32. Key to effective unit training is the commander's involvement and presence in planning, preparing, executing, and assessing unit training to standard. Commanders ensure MTP standards are met during all training. If a squad, platoon, or company fails to meet established standards for identified METL tasks, the unit must retrain until the tasks are performed to standard. Training to standard on METL tasks is more important than completion of an event such as an EXEVAL. Focus on sustaining METL proficiency—this is the critical factor commanders must adhere to when training small units.

### NCO RESPONSIBILITY

1-33. A great strength of the U.S. Army is its professional NCO Corps who take pride in being responsible for the individual training of soldiers, crews, and small teams. They ensure the continuation of the soldierization process of new soldiers when they arrive in the unit. Within the unit, the NCO support channel (leadership chain) parallels and complements the chain of command. It is a channel of communication and supervision from the command

as the guidance and decisions they provide brigade and battalion commanders directly affect the planning and execution of training at the company level.

1-46. The MACOMs, corps, and divisions ensure that competencies are trained to standard. When commanders do this they make their greatest contribution to leader development and unit readiness.

## RESERVE COMPONENT TRAINING

1-47. The Army consists of the active component (AC) and the Reserve Components (RC). The AC is a federal force of full-time soldiers and Department of the Army civilians. The RC consists of the ARNG, the USAR, and their civilian support personnel. Each component is established under different statutes and has unique and discrete characteristics, but all share the same doctrine and training process, and train to the same standard. Availability of training support system (TSS) capabilities, however, varies between components. All train to the same standard; however, the RC trains at lower echelons. The number of tasks trained will usually differ as a result of the training time available; the conditions may vary based on the RC unique environment.

1-48. The RC represent a large portion of the Army's deterrence and warfighting power. They are an integral part of the force. However, available training time has a significant impact on RC training. RC units have a limited number of available training days. Geographic dispersion of units also impacts RC training. An average reserve battalion is spread over a 150- to 300-mile radius. Additionally, most reserve units travel an average of 150 miles to the nearest training area. Individual soldiers often travel an average of 40 miles to their training sites.

1-49. RC units recruit many of their own soldiers. Since these new recruits may be assigned to the RC unit prior to completion of IMT, the RC may have fewer military occupational specialty (MOS) qualified personnel assigned than their AC counterparts. Additionally, even though doctrine requires trained leaders to train units and soldiers, RC leaders may be unable to attend professional military education until after assigned to their units. Priority of training for RC units will go to individual duty military occupational specialty qualification (DMOSQ) and professional development to produce qualified soldiers and leaders.

1-50. RC units have premobilization readiness and postmobilization training requirements. Premobilization readiness plans must be developed and approved for the current fiscal and training year. Similarly, postmobilization plans must be developed and approved for units with deployment missions. For example, the RC focuses premobilization training for infantry, armor and cavalry units on platoon and lower level maneuver and collective tasks and drills. Postmobilization training focuses on platoon gunnery, company team, and higher-level collective tasks. IMT and professional military education requirements for individual reserve officers and soldiers approximate that of the active Army with training provided by the institution. In sum, RC units focus on fewer tasks done to standard during premobilization training.

## SUMMARY

1-51. Army training has one purpose—to produce competent, confident, adaptive soldiers, leaders and units, trained and ready to fight and win our Nation's battles. The Army training and leader development model integrates institutional, operational, and individual self-development into a training management system. The commander is responsible for unit training and integrates the institutional, operational, as well as individual self-development resources to train combat ready units. Commanders are responsible for the wartime readiness of every aspect of their unit, while NCOs train individual soldiers, crews, and teams. All training focuses on the METL and all factors involved in training lead to unit readiness. Training is the Army's number one priority. Training is WHAT we do, not SOMETHING we do.

## COMMANDERS ARE RESPONSIBLE FOR TRAINING

2-2. Commanders are responsible for the training and performance of their soldiers and units. They are the primary training managers and trainers for their organization, are actively engaged in the training process, and adhere to the 10 principles of training in figure 2-1. To accomplish their training responsibility, commanders must—

- Be present at training to maximum extent possible.
- Base training on mission requirements.
- Train to applicable Army standards.
- Assess current levels of proficiency.
- Provide the required resources.
- Develop and execute training plans that result in proficient individuals, leaders, and units.

2-3. Commanders delegate authority to NCOs in the support channel as the primary trainers of individuals, crews, and small teams. Commanders hold NCOs responsible for conducting standards-based, performance-oriented, battle-focused training and provide feedback on individual, crew, and team proficiency.

## NCOS TRAIN INDIVIDUALS, CREWS, AND SMALL TEAMS

2-4. NCOs continue the soldierization process of newly assigned enlisted soldiers, and begin their professional development. NCOs are responsible for conducting standards-based, performance-oriented, battle-focused training. They–

- Identify specific individual, crew, and small team tasks that support the unit's collective mission essential tasks.
- Plan, prepare, rehearse, and execute training.
- Evaluate training and conduct AARs to provide feedback to the commander on individual, crew, and small team proficiency.

2-5. Senior NCOs coach junior NCOs to master a wide range of individual tasks.

## TRAIN AS A COMBINED ARMS AND JOINT TEAM

2-6. The Army provides a JFC with trained and ready forces that expand the command's range of military options in full spectrum operations. Army commanders tailor and train forces to react quickly to any crisis. Army forces provide a JFC the capability to—

- Seize areas previously denied by the enemy.
- Dominate land operations.
- Provide support to civil authorities.

2-7. Army forces seldom operate unilaterally. Joint interdependence from the individual, crew, and small team to the operational level requires training to develop experienced, adaptive leaders, soldiers, and organizations prepared to operate with joint, and multinational forces and to provide interagency unity of effort.

## METL

3-1. A mission essential task is a collective task in which an organization has to be proficient to accomplish an appropriate portion of its wartime operational mission. Army organizations, whether they are AC or RC, Modification Table of Organization and Equipment (MTOE) or Table of Distribution and Allowances (TDA), cannot achieve and sustain proficiency on every possible training task. The commander must identify those tasks that are essential to accomplishing the organization's wartime operational mission. Battle-focused METL identifies those tasks that are essential to the accomplishment of the unit's wartime operational mission and provides the foundation for the unit's training program.

3-2. All company level and above units develop a METL that is approved by its designated wartime commander. Detachments, organized with a commander and under a distinct MTOE or TDA, also develop a METL. Explosive ordnance detachments, transportation port operation cargo detachments and preventive medicine medical detachments are examples of these type units.

## METL DEVELOPMENT PROCESS

3-3. The METL development process reduces the number of tasks the organization must train and focuses the organization's training efforts on the most important collective training tasks required to accomplish the mission.

3-4. METL development is the catalyst that keeps Army training focused on wartime operational missions. Applying the METL development—

- Focuses the unit's training on essential tasks.
- Provides a forum for professional discussion and leader development among senior, subordinate and adjacent (peer) commanders concerning the linkage between mission and training.
- Enables subordinate commanders and key NCOs to crosswalk collective, leader and individual tasks to the mission.
- Leads to "buy-in" and commitment of unit leaders to the organization's training plan.

3-5. Figure 3-1 depicts the process that commanders use to identify and select mission essential tasks.

| *Element/Section* | *Staff Mission Essential Task* |
|---|---|
| S1 | Provide Personnel Services Support |
| S2 | Conduct Intelligence Preparation of the Battlefield<br>Develop a Reconnaissance and Surveillance (R&S) Plan |
| S3 | Plan Operations using Military Decision Making Process (MDMP)<br>Prepare OPLAN/OPORD<br>Develop Task Organization Annex and Operations Overlay |
| S4 | Develop Logistics Estimate |
| S5 | Coordinate Host Nation Support |
| S6 | Establish Information Network |
| DECOORD | Coordinate Fire Support |
| ENGR | Conduct M/CM/S Operations |
| ADA LNO | Conduct ADA Planning and Coordination |
| AVN LNO | Conduct Army Aviation Planning and Coordination |
| USAF ALO | Conduct A2C2 Management and Control Activities |

**Figure 3-7. Example of Brigade Staff METL**

3-28. Organizations that conduct daily support functions also prepare a METL. The METL for these support organizations must address the differences between peacetime and wartime operating conditions. For example, a CSS unit may operate during peacetime from a permanent facility with some major supplies provided via contract transportation and automation systems operated using commercial telephone systems. A wartime environment, however, may require support missions to be accomplished under austere conditions on an active battlefield.

3-29. The METL for units habitually task organized must be coordinated during the development process. This requirement reinforces the training fundamental that combined arms teams will train as they fight. A key component of the senior commander's METL approval process is determining if each subordinate organization has properly coordinated its METL. A support organization's METL must identify these wartime requirements and include them in their training plans.

## METL LINKED TRAINING STRATEGY

3-30. The METL provides the foundation for the organization's training plans. The METL is stabilized once approved. The commander is responsible for developing a training strategy that will maintain unit proficiency for all tasks designated as mission essential.

3-31. Commanders involve subordinate commanders and their CSM/1SG in METL development to create a team approach to battle focused training. Subordinate participation develops a common understanding of the organization's critical wartime requirements so METLs throughout the organization are mutually supporting. Subordinate commanders can subsequently apply insights gained during preparation of the next higher headquarters' METL to the development of their own METL. The CSM/1SG and key NCOs must un-

- "T" (trained)—The unit is trained and has demonstrated its proficiency in accomplishing the task to wartime standards.
- "P" (needs practice)—The unit needs to practice the task. Performance has demonstrated that the unit does not achieve the standard without some difficulty or has failed to perform some task steps to standard.
- "U" (untrained)—The unit cannot demonstrate an ability to achieve wartime proficiency.

| | Current Training Status | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | INT | MAN | FS | ADA | M/CM/S | CSS | C2 | | |
| | | | | | | | | | • Exercise unit emergency deployment and readiness procedures during division quarterly EDRE.<br>• Exercise unit alert recall procedures monthly.<br>• Continue semi-annual leader's reconnaissance of the installation's rail, convoy, air and sea deployment facilities.<br>• Continue semi-annual TEWT of installation ammunition supply point (ASP) upload procedures. |
| | | | | | | | | | • Train quarterly during Division CPX or MAPEX<br>• Request corps response cell for each Division exercise to improve C2<br>• Train annually during division CPX<br>• More emphasis on intelligence and CSS |

LEGEND
T Trained U Untrained
P Needs Practice

**Figure 4-2. Extract from Commander's Training Assessment**

4-5. The training requirement is the training necessary to achieve and sustain METL task proficiency within the Band of Excellence.

4-6. The commander, assisted by staff, develops a strategy to accomplish each training requirement. This includes improving proficiency on some tasks and sustaining performance on others. Through the training strategy, the commander establishes training priorities by determining the minimum frequency each mission essential task will be performed during the upcoming planning period. The strategy also includes broad guidance that links the METL with upcoming major training events. The initial training assessment includes the commander's guidance that starts the detailed planning process.

leader, and individual proficiency. Figure 4-7 is an example of a Green-Red time management system.

4-21. Likewise, commanders can utilize the *Green-Amber-Red* or *Green-Red* time management system for internal organizational use. For example, it may be feasible for organizations in *Red* periods to meet all support requirements with only a portion of their subordinate units at any given time. In this case, the remaining subordinate units are free to train. A subordinate unit could be assigned an internal *Green* period. In this manner, organizations can optimize small unit, crew, leader, and individual soldier unit training opportunities.

4-22. RC unit commanders can also use either the Green-Amber-Red or Green-Red time management system. Using the *Green-Amber-Red* system: most of the AT period should be *Green* cycle training on collective tasks, most of the IDT periods should be *Amber* and focused on small unit, crew, leader and individual soldier training, with one or two IDT periods being *Red* for mandatory training/administrative requirements. Using the *Green-Red* system: AT and the preponderance of IDT periods should be *Green*, with only one or two IDT periods being Red for mandatory training/administrative requirements. In all training periods DMOSQ training for soldiers who are not school trained and qualified is the first order of business.

time and identifying selected training tasks for execution during postmobilization training. Virtual and constructive training can complement live training because they are time efficient, and can support sustainment of the RC unit in the Band of Excellence.

## SHORT-RANGE PLANNING

4-43. Short-range training plans define in greater detail the broad guidance on training events and other activities contained in the long-range training guidance and long-range calendar. They refine the allocation of resources to subordinate organizations and provide a common basis for preparing near-term training plans.

### SHORT-RANGE TRAINING GUIDANCE

4-44. Each echelon from division through battalion publishes short-range training guidance that enables the commander and staff to prioritize and refine mission essential training guidance contained in the long-range CTG. Commanders must publish the short-range training guidance with sufficient lead time to ensure subordinate units have time to develop their own short-range training plans. As shown in figure 4-15, the AC division provides quarterly training guidance (QTG) to subordinate commands and installations at least 90 days prior to the start of each quarter. After receiving guidance from higher headquarters, subordinate units down to battalion sequentially publish their QTG. The RC process is conceptually the same as the AC process; except, the guidance normally is published annually as yearly training guidance (YTG) as shown at figure 4-16. Additionally, RC unit commanders are required to develop a postmobilization training plan to complete training to the level organized. This plan should be updated concurrently with the yearly training plan.

| | ***Planning Guidance Publication Date*** | ***Future Planning Horizon*** |
|---|---|---|
| Division, separate brigade, regiment, group, or similar level command publishes QTG | 3 months prior to start of quarter | |
| | 2 months prior to start of quarter | |
| Battalion, squadron, and separate company publish QTG | 6 weeks prior to start of quarter[1] | |
| | Prior to start of quarter | |

[1]To allow sufficient time for near-term planning at company level before the start of the quarter.

**Figure 4-15. Active Component Short-Range Planning Cycle (Quarterly)**

**quarterly training guidance (QTG):** An active component training management document published at each level from battalion to division that addresses a three-month planning period. The QTG adjusts, as required, and further develops the training guidance contained in long-range plans, to include specific training objectives for each major training event.

**risk management:** The process of identifying, assessing, and controlling risks arising from operational factors and making decisions that balance risk costs with mission training benefits.

**reserve component (RC):** Individuals and units assigned to the Army National Guard or the U.S. Army Reserve, who are not in active service, but who are subject to call to active duty.

**round out:** RC units that are designated to fill the organizational structure of AC divisions.

**self-development:** A self-directed, competency-based, progressive, life-long process soldiers use to augment institutional training and unit experience to attain proficiency at their current rank/assignment, and to prepare for promotion and higher-level responsibilities. Self-development is an individual responsibility, assisted by first line leaders and commanders, to identify requirements based on self-assessment and feedback. Development activities are planned to meet specific individual training goals and needs.

**situational training exercise (STX):** A mission-related, limited exercise designed to train one collective task, or a group of related tasks or drills, through practice.

**standard:** The minimum acceptable proficiency required in the performance of a particular training task under a specified set of conditions.

**Standards in Training Commission (STRAC):** Provides coordination and synchronization of resources for CATS. Issues between CATS and STRAC resourcing of strategies are resolved through the Training and Leader Development General Officer Steering Committee (TLGOSC) process.

**tactical exercise without troops (TEWT):** An exercise conducted in the field on actual terrain suitable for training units for specific missions. It is used to train subordinate leaders and battle staffs on terrain analysis, unit and weapons emplacement, and planning the execution of the unit mission.

**training aids, devices, simulators, and simulations (TADSS):** A general term that includes combat training centers and training range instrumentation; tactical engagement simulation (TES); battle simulations; targetry; training-unique ammunition; dummy, drill, and inert munitions; casualty assessment systems; graphic training aids; and other training support devices.

**task:** A clearly defined and measurable activity accomplished by individuals and organizations. Tasks are specific activities that contribute to the accomplishment of encompassing missions or other requirements.

**task organization:** A temporary grouping of forces designed to accomplish a particular mission.

**The Army School System:** The fully accredited and integrated Active Army, Army National Guard, and U.S. Army Reserve schools that provide standard resident and nonresident (distance learning) training and education for the Army.

**training:** The instruction of personnel to increase their capacity to perform specific military functions and associated individual and collective tasks.

**training and evaluation outline (T&EO):** A summary document prepared for each training activity that provides information on collective training objectives, related individual training objectives, resource requirements, and applicable evaluation procedures.

**training assessment:** This is a commander's responsibility. It is the commander's judgment of the organization's ability to accomplish its wartime mission. An analytical process used by the Army. The commander bases the training assessment on an analysis of evaluations and other sources of feedback to determine an organization's current levels of training proficiency on mission essential tasks.

**training evaluation:** The process used to measure the demonstrated ability of individuals and units to accomplish specified training objectives.

**training management:** The process used by Army leaders to identify training requirements and to subsequently plan, resource, execute, and evaluate training.

**training meeting:** A periodic meeting conducted by platoon, company, and battalion key leaders to review past training, plan and prepare future training, and exchange timely training information between participants.

**training objective:** A statement that describes the desired outcome of a training activity. A training objective consists of the following three parts:

(1) Task. A clearly defined and measurable activity accomplished by individuals or organizations.

(2) Condition(s). Describes the circumstances and environment in which a task is to be performed.

(3) Standard. The minimum acceptable proficiency required in the performance of a particular training task.

**training requirements:** The difference between demonstrated performance and the Army standard of proficiency for mission essential or battle tasks.

**training resources:** Those resources (human, physical, financial, and time) used to support training. They may be internally controlled by an organization or externally controlled by a headquarters that allocates their use to units as required.

**training schedule:** A document prepared at company level that specifies the 'who, what, when, and where' of training to be conducted by the unit.

**training strategy:** The method(s) used to attain the Army standard of training proficiency on mission essential tasks.

**Training Support System (TSS):** A system of systems that include information technologies; training aids, devices, simulations, and simulators (TADSS); and training support products, services, and facilities. These components are linked by architectures and standards that enable their interconnectivity and interoperability to ensure operationally relevant training experiences for warfighters. The TSS employs management, evaluation, and resource processes to ensure the entire system is assessed, funded, and managed for optimum benefit.

**Universal Joint Task List (UJTL):** A structured listing of tasks that describe the functional capabilities that joint force commanders may require to execute their assigned missions.

**Warrant Officer Education System (WOES):** Develops a corps of highly specialized experts and trainers who are fully competent in technical, tactical, and leader skills, knowledge, and behaviors; who are creative problem solvers able to function in highly complex and dynamic environments; and who are proficient operators, maintainers, administrators,

Case 1:00-cv-00644-NBF Document 109-15 Filed 06/13/2005 Page 19 of 30

* FM 22-100

FIELD MANUAL
No. 22-100

Headquarters
Department of the Army
Washington, DC, 31 August 1999

# FM 22-100

# ARMY LEADERSHIP BE, KNOW, DO

## *TABLE OF CONTENTS*


**ELECTRONIC RIGHTS COPYRIGHT PERMISSIONS**

**PREFACE**

**PART ONE** — **THE LEADER, LEADERSHIP, AND THE HUMAN DIMENSION**

**CHAPTER 1** — **THE ARMY LEADERSHIP FRAMEWORK**

Leadership Defined
BE, KNOW, DO
Levels of Leadership
Leaders of Leaders
Leadership and Command
Subordinates
The Payoff: Excellence
Summary

**CHAPTER 2** — **THE LEADER AND LEADERSHIP: WHAT THE LEADER MUST BE, KNOW, AND DO**

**Section I** — **CHARACTER: WHAT A LEADER MUST BE**

Army Values
Leader Attributes
Focus on Character

**Section II** — **COMPETENCE: WHAT A LEADER MUST KNOW**




000383

channel, and DA civilian support.

Appendix B lists performance indicators for Army values and leader attributes, skills, and actions. It provides general examples of what Army leaders must BE, KNOW, and DO.

Appendix C addresses developmental counseling in detail. It begins with a discussion of the characteristics of a good counselor, the skills a counselor requires, and the limitations leaders face when they counsel subordinates. The appendix then examines the types of developmental counseling, counseling approaches, and counseling techniques. Appendix C concludes by describing the counseling process and explaining how to use DA Form 4856-E, the Developmental Counseling Form.

Appendix D explains how to prepare a leader plan of action and provides an example of a direct leader preparing a leader plan of action based on information gathered using an ethical climate assessment survey (ECAS). The example explains how to conduct an ECAS.

Appendix E discusses how Army values contribute to character development and the importance of developing the character of subordinates.

Appendix F contains a copy of the Constitution of the United States. All members of the Army take an oath to "support and defend the Constitution of the United States." It is included so it will be immediately available for Army leaders.

## APPLICABILITY

FM 22-100's primary audience is direct leaders, military leaders serving at battalion level and below and DA civilian leaders in comparable organizations. However, FM 22-100 contains doctrine applicable at all leadership levels, to all military and DA civilian leaders of the Army.

The proponent of this publication is Headquarters (HQ), TRADOC. Send comments and recommendations on DA Form 2028 directly to Commander, US Army Combined Arms Center and Fort Leavenworth, Center for Army Leadership, ATTN: ATZL-SWC, Fort Leavenworth, KS 66027-2300.

Unless this publication states otherwise, masculine nouns and pronouns do not refer exclusively to men.

This publication contains copyrighted material.

## ACKNOWLEDGMENTS

The copyright owners listed here have granted permission to reproduce material from their works. Other sources of quotations and material used in examples are listed in the source notes.

The quotations in Chapters 1 and 2 from Geoffrey C. Ward, *The Civil War: An Illustrated History* (New York: Knopf, 1990) are reprinted with permission of the publisher.

Portions of the example Task Force Kingston are reprinted from *ARMY Magazine*, April 1964. Copyright © 1964 by the Association of the United States Army and reproduced by permission.

The quotation by Thomas J. Jackson in Chapter 2 is reprinted from Robert D. Heinl, *Dictionary of Military and Naval Quotations* (Annapolis: US Naval Institute Press, 1988).

Case 1:00-cv-00644-NBF Document 109-15 Filed 06/13/2005 Page 21 of 30

military authority exist: command and general military.

## Command Authority

A-8. Command is the authority that a commander in the armed forces lawfully exercises over subordinates by virtue of rank or assignment. Command includes the authority and responsibility for effectively using available resources to organize, direct, coordinate, employ, and control military forces so that they accomplish assigned missions. It also includes responsibility for health, welfare, morale, and discipline of assigned personnel.

A-9. Command authority originates with the president and may be supplemented by law or regulation. It is the authority that a commander lawfully exercises over subordinates by virtue of rank or assignment. Only commissioned and warrant officers may command Army units and installations. DA civilians may exercise general supervision over an Army installation or activity; however, they act under the authority of a military supervisor. DA civilians do not command. (AR 600-20 addresses command authority in more detail.)

A-10. Army leaders are granted command authority when they fill command-designated positions. These normally involve the direction and control of other soldiers and DA civilians. Leaders in command-designated positions have the inherent authority to issue orders, carry out the unit mission, and care for both military members and DA civilians within the leader's scope of responsibility.

## General Military Authority

A-11. General military authority originates in oaths of office, law, rank structure, traditions, and regulations. This broad-based authority also allows leaders to take appropriate corrective actions whenever a member of any armed service, anywhere, commits an act involving a breach of good order or discipline. AR 600-20, paragraph 4-5, states this specifically, giving commissioned, warrant, and noncommissioned officers authority to "quell all quarrels, frays, and disorders among persons subject to military law"—in other words, to maintain good order and discipline.

A-12. All enlisted leaders have general military authority. For example, dining facility managers, platoon sergeants, squad leaders, and tank commanders all use general military authority when they issue orders to direct and control their subordinates. Army leaders may exercise general military authority over soldiers from different units.

A-13. For NCOs, another source of general military authority stems from the combination of the chain of command and the NCO support channel. The chain of command passes orders and policies through the NCO support channel to provide authority for NCOs to do their job.

## Delegation of Authority

A-14. Just as Congress and the president cannot participate in every aspect of armed forces operations, most leaders cannot handle every action directly. To meet the organization's goals, officers delegate authority to NCOs and, when appropriate, to DA civilians. These leaders, in turn, may further delegate that authority.


000385

Headquarters, U.S. Army Forces Command
1777 Hardee Avenue, SW.
Fort McPherson, Georgia 30330-1062
27 October 1999

*FORSCOM/ARNG/USAR Regulation 350-2
National Guard Bureau
Washington, DC 20310-2500

Training
# RESERVE COMPONENT TRAINING

**History.** This regulation supersedes FORSCOM/ARNG Regulation 350-2, dated 12 June 1998

**Summary.** This regulation prescribes Forces Command (FORSCOM), Army National Guard (ARNG), and United States Army Reserve (USAR) premobilization training requirements, the training proficiency levels Reserve Component (RC) units are expected to achieve, and the training support they can expect to receive. This regulation is effective for planning in FY00 with an effective date of FY01.

**Applicability.** This regulation applies to the Active Component (AC), ARNG, USAR units and installations supporting RC training. Training and Doctrine Command (TRADOC) installations are encouraged to follow the guidance and procedures contained in this regulation to the extent practicable. The ARNG and USAR are collectively referred to as the RC. Special Operations Command (SOCOM) RC units will follow training guidance contained in SOCOM/ARNG Regulation 350-1.

**Supplementation.** Supplements to this regulation will not supersede, change, rescind, or duplicate higher-level command policy.

**Suggested improvements.** The proponents of this regulation are the Commander, FORSCOM, ATTN: AFOP-TRO, 1777 Hardee Avenue, SW., Fort McPherson, GA 30330-1062, Director, ARNG, ATTN: NGB-ART, 111 South George Mason Drive, Arlington, VA 22204-1382 and Commander USARC ATTN: AFRC-OPT-S, 1401 Deshler, SW., Fort McPherson, GA 30330-2000. Users are encouraged to send comments and suggested improvements on DA Form 2028 (Recommended Changes to Publications and Blank Forms).

**Policy.** This regulation may be adopted by U.S. Army, Europe (USAREUR), U.S. Army, Pacific (USARPAC), U.S. Army Forces Southern Command (USARSO), and Special Operations Command (SOCOM) in accordance with (IAW) current guidance outlined in respective Memorandum of Agreement between FORSCOM and these major army commands (MACOMs).

**Restrictions.** Approved for public release, distribution unlimited. Local reproduction is authorized.

**Distribution** for HQ FORSCOM, FORSCOM installations, CONUSA, ARNG and ARNG units, USARC and USAR units, and intended for command levels A, B, C, D, and E.

**Copies furnished:** HQDA (DAMO), HQDA (DAAR), ARNG, HQ TRADOC, TRADOC installations, HSC, AMC, USAREUR & Seventh Army, USARPAC, USARSO, Eighth U.S. Army, Special Ops CMD (Ft Bragg), HQ USARC, HQ FORSCOM (AFCI-A) (record copy).

THOMAS A. SCHWARTZ
General, USA
Commander
U.S. Army Forces Command

ROGER C. SCHULTZ
Major General, USA
Director
Army National Guard

THOMAS J. PLEWES
Major General, USA
Chief
Army Reserve

*This regulation supersedes FORSCOM/ARNG Regulation 350-2, dated 12 June 1998

# CHAPTER 1
## *Reserve Component (RC) Training Mission*

### 1-1. Mission

United States Army Forces Command (FORSCOM) mobilizes, trains, prepares for deployment, and deploys units required to expand the Army to meet CINC requirements. When directed, FORSCOM demobilizes units no longer needed to meet war or other national emergency requirements. This regulation, used in conjunction with FORSCOM Mobilization and Deployment Planning System (FORMDEPS), provides guidance to commanders to accomplish training, mobilization, and deployment, planning and execution.

### 1-2. Purpose

This regulation prescribes FORSCOM, Army National Guard (ARNG), and United States Army Reserve (USAR) guidance for premobilization training. It complements Army Regulation (AR) 350-1, AR 350-41, and reinforces Field Manuals (FM) 25-100 and 25-101 doctrine for training. This regulation provides commanders premobilization training requirements, prescribes training proficiency levels they are expected to achieve, and prioritizes required training support. The premobilization training requirements listed in this regulation will be executed within available resources.

### 1-3. Training Goal and Objective

The goal of Army training is to produce trained units capable of executing wartime or other assigned missions. The objective of Army training is ready units; the foundations of unit readiness are: Duty Military Occupational Specialty Qualified (DMOSQ) soldiers, developed leaders, and unit cohesion.

### 1-4. Training Strategy

a. Army training strategy sets the conditions for achieving the Army's objective of trained and ready units. This strategy is built around unit stability and adherence to the Army's training management doctrine.

b. To achieve and sustain established minimum premobilization training proficiency levels, the commander and key leaders should be stabilized. This will allow the unit continuity needed to develop and execute the short and long range unit training plans.

c. Commanders must ensure their soldiers are trained on the tasks necessary to perform DMOSQ duties; leaders are trained in the skills, knowledge and abilities to train and lead their units; and staffs are trained at the level organized.

d. Training requirements stated in this regulation are the floor level of proficiency for premobilization training. Using multi-echelon-training techniques, coupled with a mix of live, virtual, and constructive training, the commander will be able to efficiently achieve premobilization training requirements within the limited time and resources available. Training will be planned, prepared, executed, and assessed IAW the principles set forth in FM 25-100/101.

e. Training must be Mission Essential Task List (METL) driven and battle-focused concentrating on selected, supporting, collective tasks that meet premobilization requirements.

f. The postmobilization training objective is achieving METL proficiency, meeting the deployment criteria established by the CINC, and deploying as required. The training readiness criteria for deployment will be based on the strategic, operational, and tactical situation and are the same for all components.

(1) Leaders at all levels must work together to plan, prepare, execute, and assess premobilization and postmobilization training. Because premobilization training is inextricably linked to postmobilization training, the premobilization objective is to identify achievable, sustainable training requirements that will produce a predictable start point for postmobilization training. Commanders must narrow the focus of premobilization training in order to create and achieve realistic goals.

(2) The unit commander plans, prepares, executes and assesses training. The commander establishes the unit METL. The commander will select a specific set of METL supporting collective tasks that can be trained to standard during pre-mobilization. Those METL supporting collective tasks not selected will be deferred for post-mobilization training. The CONUSA and associated AC unit will assist as required.

(3) Yearly Training Plan (YTP) is developed to prioritize the METL supporting, collective tasks that will become that year's pre-mobilization training objectives, and schedule them for execution during specific IDT and AT training periods, see **Appendix C.**

MISSISSIPPI ARMY NATIONAL GUARD
66th TROOP COMMAND, HQ STARC
MISSISSIPPI ARMY NATIONAL GUARD
1420 RAYMOND ROAD, BOX D
JACKSON, MISSISSIPPI 39204-4358

25 January 2002

MEMORANDUM FOR SEE DISTRIBUTION

SUBJECT: Yearly Training Guidance (YTG) for Training Year 2003 and Short-Range Planning Calendar for Training Year 2003

1. Purpose.

a. My YTG, combined with the MG Lipscomb's CTG, your wartime mission guidance, the 350 Series Regulations and the FM 25 series, will serve as the centerpiece for developing training plans. It is important that commanders and trainers use these documents as their primary training references when developing training plans.

b. Additionally, it's intended to strengthen and expand on my Command Training Guidance (CTG) issued earlier. In the CTG, I asked you to narrow your training focus through a reassessment of pre and post mobilization tasks to improve individual and collective training by focusing your training on critical wartime tasks and continue to train on those tasks until the Army standard is attained.

2. General. Your wartime mission is the focal point around which your training is planned, conducted and evaluated. The METL, with the supporting soldier, leader, and unit collective tasks, provides the foundation for your training plans. Your primary training objective is to train your units and soldiers to perform wartime missions and survive on the battlefield.

3. Vision Statement. My vision for the 66th Troop Command is to have a 100% strength, combat-ready unit, capable of fulfilling its mission supporting the National Security and Military Strategies of the United States. I also envision our units prepared to respond quickly and effectively to meet the needs of the Governor of Mississippi.

4. Mission Statements.

a. Federal. Command, control, and supervise Army National Guard units attached to the Troop Command so as to provide trained and equipped units capable of immediate expansion to war strength and available for service in time of war or national emergency or when appropriate to augment the active army.

b. State. Command, control, and supervise assigned ARNG units employed in support of civil authorities in the protection of life and property and the preservation of peace, order, and public safety under competent orders of state authorities.

survival on the battlefield. My training philosophy is oriented on the belief that there are four primary ingredients to combat readiness: Force Protection, Leadership, Maintenance, and Training.

a. *Force Protection*. Force Protection is the integration of safety risk management procedures at the outset of the planning phase into your training programs. Risk management assessment must always be executed first in your design of training. The Risk Management Process is the tool used to balance risk with mission needs. You must be familiar with the process. Computing the interface of personal capability, equipment capability and the environment will permit us to make smart decisions before the unit or someone in the unit finds themselves in an incompatible position. Force Protection is assured when we have minimized accidental losses of human and material resources to preserve our warfighting capability.

(1) I want every unit to participate in a Safety Stand-Down Day. Units will use this day to review safety policies, conduct classes on safety training and drivers training, and generally raise the awareness of all soldiers to critical issues of safety.

(2) Units will also establish procedures to expeditiously report all accidents and injuries to this headquarters. Safety must be constantly stressed at all levels, if we are to reduce the number of injuries. Our goal is to maintain a safe training environment. Safety is first in everything we do!

b. *Leadership*. Leaders must enforce performance to specific and known standards. NCO and officer leadership is the crucial ingredient to an effective training program. Effective leadership establishes tough, demanding, and realistic individual and collective performance standards. Proper leadership ensures by-the-book operations are conducted, makes on-the-spot corrections, employs risk management procedures, and doesn't tolerate below standard performances.

c. *Maintenance*. Maintenance is important training. Without effective maintenance performed to specific standards, we would not be trained and ready. We must maintain to FMC standards.

d. *Training*. Our units and soldiers will fight in combat exactly as they are trained in peacetime. Soldiers won't get smarter in combat. They won't practice and can't define the standards if they do not know them. Their good habits won't get better, but their bad habits will always get worse. Effective training to standards is the essential ingredient.

9. Training Objectives.

a. *WARTRACE*. I want each unit to enhance the relationship with its WARTRACE headquarters. Develop your training plan using your WARTRACE guidance. If a unit's WARTRACE is uncertain, contact my S3 for assistance in determining your unit alignment.

b. *Inactive Duty Training (IDT)*. Focus the majority of your IDT training on individual task

proficiency. When developing your drill schedule, keep in mind that Saturdays and Sundays are prime family time; therefore, avoid weekends when you know soldiers may be involved in family activities. Refrain from extended MUTAs when possible, and plan as much home station training as possible. In developing your Yearly Training Plans, ensure they logically ramp up to your Annual Training objectives. Commander's will ensure compliance with TAG Policy Memorandum 01-17 (1 Sep 01) when scheduling IDT periods.

c. *Annual Training*. We must use Annual Training to sharpen our focus on Mission Essential Tasks. To do this, you must create a command climate that provides for realistic and well-planned training, that centers on improving identified METL weaknesses. In formulating your training plans for the next training year, commanders must examine their unit's ability to perform each METL Task. Once this is determined, objectives for the next Annual Training are developed. I expect your AT plans to focus on collective training and leave individual training to IDT periods.

(1) Your AT plans will incorporate night training, NBC, and maintenance operations. Additionally, we must maximize multi-echelon combined arms training opportunities whenever possible, but don't lose sight of emphasizing proficiency to "T" standards at the company level and below on pre-mobilization METL with priority going to battle tasks, this is our "bread and butter".

(2) Our attendance goals should be high but consider soldiers' needs and circumstances. Keep in mind; DMOSQ is the priority even if it must be completed in lieu of Annual Training. Priority for attendance at annual training is: DMOSQ, OES/NCOES, with unit of assignment, support of other annual training; and finally, support other missions.

d. *Individual Training*. Our soldiers' proficiency directly supports our ability to perform wartime tasks. Individual training is the foundation on which we must build and conduct our collective training program. With this in mind, my highest training priority is qualifying our soldiers in their individual Military Occupations Specialty (MOS) skills.

(1) Priorities for individual training are: MOSQ, OES/NCOES, team/crew/section training, participation in collective training, then Annual Training and Specialty Training.

(2) My goal is 85% 3 digit DMOSQ and professional development of assigned enlisted soldiers and 100% initial branch qualification and professional development for officer/warrant officers. Soldiers not MOS qualified will attend MOS-producing courses in-lieu-of Annual Training.

e. *Sergeant's Time*. Sergeants train our soldiers. Therefore, commanders will ensure that at least two hours each IDT day is devoted to sergeant's time. Planning, resourcing, executing, and evaluating Sergeant's Time training receives the same emphasis as unit collective training. Sergeants at the lowest level conduct the training, but I expect leaders at every level to ensure that the training is effective and worthwhile. Again, Sergeant's Time training must be focused on


How to
Succeed in the
ARMY National
Guard
~~Without~~
By Really
Trying

N

# MINIMUM MILITARY EDUCATIONAL REQUIREMENTS






## MANDATORY SELECTION BOARDS

*Officers must advance to the next higher grade within a set number of years or be discharged. Department of the Army Mandatory Selection Boards consider officers for promotion after a specified number of years of total commissioned service and time in grade.*



*Offi*
*of a*
*only*
*to b*
*mee*
*man*

Departments of the Army and the Air Force

**NATIONAL GUARD BUREAU**

Washington, D.C. 20310-2500