# Training Requirements and Training Delivery in the Total Army School System

John D. Winkler
John F. Schank
Michael G. Mattock
Rodger A. Madison
L. Diane Green
James C. Crowley
Laurie L. McDonald
Paul S. Steinberg

DISTRIBUTION STATEMENT A
Approved for Public Release
Distribution Unlimited

Prepared for the
United States Army

19991102 055

*Arroyo Center*
RAND

DTIC QUALITY INSPECTED 4

Approved for public release; distribution unlimited

Quotas are also lost when key resources needed to conduct a course are absent. These resources include qualified instructors and the equipment and facilities, identified in the course's program of instruction, necessary for conducting the course to the Army standard. Organizations within the TASS responsible for coordinating training, such as TRADOC's Regional Coordinating Elements (RCEs), can help ensure that these key resources are located and available. And, as discussed elsewhere,[1] the policies that govern instructor certification and management are critically important for ensuring that qualified instructors in sufficient numbers are available throughout the school system.

Another reason why quotas are lost is simply that some soldiers who make reservations do not show up. It should be expected that some RC soldiers will be unable to keep their reservations because of bad health, family problems, and unanticipated conflicts with civilian employment. Others, however, might attend if additional command emphasis and oversight were directed toward making, keeping, and changing initial reservations and ensuring that available quotas are used to the fullest extent possible. And for those who cannot attend, prompt notification can permit other soldiers on wait-list status to use the vacant seats.

Policies governing quota management are also important in this regard. In our interviews, we often heard that soldiers who might have otherwise attended were "locked out" of courses because not enough school seats were allocated to their unit or, in other cases, were reserved by soldiers who did not show up. One possible way to ensure better quota fill is to consider selective overbooking, as is done in the airline industry to ensure that planes fly at full capacity. Another option includes expanded wait-listing (with better notification when wait-lists become reservations), and earlier reassignment of quotas from units who are not filling them to others that will.

In addition to these problems with quota utilization, our analyses emphasize the importance of reducing training requirements, an area that lies outside traditional school system boundaries. The problem is one of both accuracy and size. A key issue for ensuring

[1] See, for example, Winkler et al. (1996).

Case 1:00-cv-00644-NBF Document 109-18 Filed 06/13/2005 Page 3 of 25



# Information For Course 907 D25

**School:** 553
**School Location:** FT EUSTIS, VA
**Course:** 907 D25
**Phase:** 1
**Course Title:** ASSOCIATE LOGISTICS EXECUTIVE DEVELOPMENT

(•) Class Schedule ( ) Nonconducted Classes ( ) Cancelled Classes ( ) Rescheduled Classes

Class Schedule

**FY:** 2001 **School:** 553 **Course:** 907 D25 **Phase:** 1 **Course Length:** 52 Weeks 0.0 Days
**Course Title:** ASSOCIATE LOGISTICS EXECUTIVE DEVELOPMENT
**Class Maximum:** 0 **Class Optimum:** 0 **Class Minimum:** 0

| Class | Report Date | Start Date | End Date | Scheduled | Class Type | City |
|---|---|---|---|---|---|---|
| 001 | 01 Oct 2000 | 02 Oct 2000 | 30 Sep 2001 | 1000 | Correspondence | |

Classes that have been nonconducted or cancelled or rescheduled have been exclude

Course Prerequisite

There is no course prerequisite information for FY: 2001

Course Scope

There is no course scope information for FY: 2001

Information for School 553, Last Updated 27 Aug 2004

DSN 826-5532 COM (757)878-5532 FAX (757)878-3212 POC AL KAHN ATRRS MAILID:KAHNA BLDG 3 Wilson Ave Email kahna@us.army.mil Army Correspondence Course Program (ACCP) Army Institute for F Development (AIPD) TRADOC Educational Data System - Redesign (TREDS-R)

"The Link To A Trained And Ready Force"

ATRRS
Army Training Requirements And Resources System

Search

ATRRS Help Desk • Frequently Asked Questions • ATRRS Comments • TSACS Help Desk

User Information

ATRRS Homepage

New Users:
- ATRRS Info
- System Requirements
- Get Connected

Current Users:
- TSACS Phone Numbers

ATRRS Related Sites
- The Army Homepage

Add To Favorites

Click Here to add the ATRRS Homepage to your Favorites List!

# Information For Course 907 D25

**School:** 553
**School Location:** FT EUSTIS, VA
**Course:** 907 D25
**Phase:** 2
**Course Title:** ASSOCIATE LOGISTICS EXECUTIVE DEVELOPMENT

(•) Class Schedule ( ) Nonconducted Classes ( ) Cancelled Classes ( ) Rescheduled Classes

Class Schedule

**FY:** 2001 **School:** 553 **Course:** 907 D25 **Phase:** 2 **Course Length:** 52 Weeks 0.0 Days
**Course Title:** ASSOCIATE LOGISTICS EXECUTIVE DEVELOPMENT
**Class Maximum:** 0 **Class Optimum:** 0 **Class Minimum:** 0

| Class | Report Date | Start Date | End Date | Scheduled | Class Type | City |
|---|---|---|---|---|---|---|
| 001 | 01 Oct 2000 | 02 Oct 2000 | 30 Sep 2001 | 1000 | Correspondence | |

Classes that have been nonconducted or cancelled or rescheduled have been exclude

Course Prerequisite

There is no course prerequisite information for FY: 2001

Course Scope

There is no course scope information for FY: 2001

Information for School 553, Last Updated 27 Aug 2004

DSN 826-5532 COM (757)878-5532 FAX (757)878-3212 POC AL KAHN ATRRS MAILID:KAHNA BLDG 3 Wilson Ave Email kahna@us.army.mil Army Correspondence Course Program (ACCP) Army Institute for F Development (AIPD) TRADOC Educational Data System - Redesign (TREDS-R)

"The Link To A Trained And Ready Force"

ATRRS
Army Training Requirements And Resources System

Search

ATRRS Help Desk • Frequently Asked Questions • ATRRS Comments • TSACS Help Desk

User Information

ATRRS Homepage

New Users:
- ATRRS Info
- System Requirements
- Get Connected

Current Users:
- TSACS Phone Numbers

ATRRS Related Sites
- The Army Homepage

Add To Favorites

Click Here to add the ATRRS Homepage to your Favorites List!

# Information For Course 907 D25

**School:** 553
**School Location:** FT EUSTIS, VA
**Course:** 907 D25
**Phase:** 3
**Course Title:** ASSOCIATE LOGISTICS EXECUTIVE DEVELOPMENT

(•) Class Schedule ( ) Nonconducted Classes ( ) Cancelled Classes ( ) Rescheduled Classes

Class Schedule

**FY:** 2001 **School:** 553 **Course:** 907 D25 **Phase:** 3 **Course Length:** 52 Weeks 0.0 Days
**Course Title:** ASSOCIATE LOGISTICS EXECUTIVE DEVELOPMENT
**Class Maximum:** 0 **Class Optimum:** 0 **Class Minimum:** 0

| Class | Report Date | Start Date | End Date | Scheduled | Class Type | City |
|---|---|---|---|---|---|---|
| 001 | 01 Oct 2000 | 02 Oct 2000 | 30 Sep 2001 | 1000 | Correspondence | |

Classes that have been nonconducted or cancelled or rescheduled have been exclude

Course Prerequisite

There is no course prerequisite information for FY: 2001

Course Scope

There is no course scope information for FY: 2001

Information for School 553, Last Updated 27 Aug 2004

DSN 826-5532 COM (757)878-5532 FAX (757)878-3212 POC AL KAHN ATRRS MAILID:KAHNA BLDG 3 Wilson Ave Email kahna@us.army.mil Army Correspondence Course Program (ACCP) Army Institute for F Development (AIPD) TRADOC Educational Data System - Redesign (TREDS-R)

"The Link To A Trained And Ready Force"

ATRRS
Army Training Requirements And Resources System

Search

ATRRS Help Desk • Frequently Asked Questions • ATRRS Comments • TSACS Help Desk

User Information

ATRRS Homepage

New Users:

- ATRRS Info
- System Requirements
- Get Connected

Current Users:

- TSACS Phone Numbers

ATRRS Related Sites

- The Army Homepage

Add To Favorites

Click Here to add the ATRRS Homepage to your Favorites List!

# Information For Course 907 D25

**School:** 553
**School Location:** FT EUSTIS, VA
**Course:** 907 D25
**Phase:** 4
**Course Title:** ASSOCIATE LOGISTICS EXECUTIVE DEVELOPMENT

Class Schedule   Nonconducted Classes   Cancelled Classes   Rescheduled Classes

Class Schedule

**FY:** 2001 **School:** 553 **Course:** 907 D25 **Phase:** 4 **Course Length:** 52 Weeks 0.0 Days
**Course Title:** ASSOCIATE LOGISTICS EXECUTIVE DEVELOPMENT
**Class Maximum:** 0 **Class Optimum:** 0 **Class Minimum:** 0

| Class | Report Date | Start Date | End Date | Scheduled | Class Type | City |
|---|---|---|---|---|---|---|
| 001 | 01 Oct 2000 | 02 Oct 2000 | 30 Sep 2001 | 1000 | Correspondence | |

Classes that have been nonconducted or cancelled or rescheduled have been exclude

Course Prerequisite

There is no course prerequisite information for FY: 2001

Course Scope

There is no course scope information for FY: 2001

Information for School 553, Last Updated 27 Aug 2004

DSN 826-5532 COM (757)878-5532 FAX (757)878-3212 POC AL KAHN ATRRS MAILID:KAHNA BLDG 3 Wilson Ave Email kahna@us.army.mil Army Correspondence Course Program (ACCP) Army Institute for F Development (AIPD) TRADOC Educational Data System - Redesign (TREDS-R)

"The Link To A Trained And Ready Force"

ATRRS Army Training Requirements And Resources System

Search

ATRRS Help Desk • Frequently Asked Questions • ATRRS Comments • TSACS Help Desk

User Information

ATRRS Homepage

New Users:
- ATRRS Info
- System Requirements
- Get Connected

Current Users:
- TSACS Phone Numbers

ATRRS Related Sites
- The Army Homepage

Add To Favorites

Click Here to add the ATRRS Homepage to your Favorites List!

# Information For Course 907 D25

**School:** 553
**School Location:** FT EUSTIS, VA
**Course:** 907 D25
**Phase:** 5
**Course Title:** ASSOCIATE LOGISTICS EXECUTIVE DEVELOPMENT

(•) Class Schedule ( ) Nonconducted Classes ( ) Cancelled Classes ( ) Rescheduled Classes

Class Schedule

**FY:** 2001 **School:** 553 **Course:** 907 D25 **Phase:** 5 **Course Length:** 52 Weeks 0.0 Days
**Course Title:** ASSOCIATE LOGISTICS EXECUTIVE DEVELOPMENT
**Class Maximum:** 0 **Class Optimum:** 0 **Class Minimum:** 0

| Class | Report Date | Start Date | End Date | Scheduled | Class Type | City |
|---|---|---|---|---|---|---|
| 001 | 01 Oct 2000 | 02 Oct 2000 | 30 Sep 2001 | 1000 | Correspondence | |

Classes that have been nonconducted or cancelled or rescheduled have been exclude

Course Prerequisite

There is no course prerequisite information for FY: 2001

Course Scope

There is no course scope information for FY: 2001

Information for School 553, Last Updated 27 Aug 2004

DSN 826-5532 COM (757)878-5532 FAX (757)878-3212 POC AL KAHN ATRRS MAILID:KAHNA BLDG 3 Wilson Ave Email kahna@us.army.mil Army Correspondence Course Program (ACCP) Army Institute for F Development (AIPD) TRADOC Educational Data System - Redesign (TREDS-R)

"The Link To A Trained And Ready Force"

ATRRS
Army Training Requirements And Resources System

Search

ATRRS Help Desk • Frequently Asked Questions • ATRRS Comments • TSACS Help Desk

User Information

ATRRS Homepage

New Users:
- ATRRS Info
- System Requirements
- Get Connected

Current Users:
- TSACS Phone Numbers

ATRRS Related Sites
- The Army Homepage

Add To Favorites

Click Here to add the ATRRS Homepage to your Favorites List!

# Information For Course 6-8-C22(DL)

**School:** 081
**School Location:** FT SAM HOUSTON, TX
**Course:** 6-8-C22(DL)
**Phase:** 1
**Course Title:** AMEDD OFFICER ADVANCED

(•) Class Schedule ( ) Nonconducted Classes ( ) Cancelled Classes ( ) Rescheduled Classes

Class Schedule

**FY:** 2000 **School:** 081 **Course:** 6-8-C22(DL) **Phase:** 1 **Course Length:** 52 Weeks 0.0 Da
**Course Title:** AMEDD OFFICER ADVANCED
**Class Maximum:** 0 **Class Optimum:** 0 **Class Minimum:** 0

| Class | Report Date | Start Date | End Date | Scheduled | Class Type | City |
|---|---|---|---|---|---|---|
| 010 | 01 Oct 1999 | 01 Oct 1999 | 31 Dec 1999 | 0 | Correspondence | |
| 020 | 02 Jan 2000 | 05 Jan 2000 | 31 Mar 2000 | 0 | Correspondence | |
| 030 | 01 Apr 2000 | 03 Apr 2000 | 30 Jun 2000 | 0 | Correspondence | |
| 040 | 01 Jul 2000 | 05 Jul 2000 | 30 Sep 2000 | 0 | Correspondence | |

Classes that have been nonconducted or cancelled or rescheduled have been exclude

Course Prerequisite, Effective as of 11 Jun 1999

Course Title: AMEDD OFFICER ADVANCED

Active Component commissioned officers (1LT(P) or above), Reserve Component commissioned officers ( above), and warrant officers (CW2 or above) in any AMEDD branch. Active Component (other than Medic Dental Corps, or Veterinary Corps personnel) must have a minimum of 4 years with preferably no more th commissioned or warrant service prior to attending Phase 2; waiver of rank or minimum service (excluding VC officers) must be sent via e-mail to ACCP@amedd.army.mil Must have credit for the AMEDD Officer B or the equivalent branch qualifying course. Credit for the AMEDD Officer Advanced Course or equivalent p enrollment.

SPECIAL INFORMATION: Phase 1 consists of 17 modules presnted in interactive CD ROM format. Applic electronically at Internet site: atrrs.army.mil. Open the SELF DEVELOPMENT training application and follo instructions to enroll in course number 6-8-C22 (DL). Direct inquiries regarding Phase 1 to DSN 471-5877 800-344-2380. Phase 1 should be completed within 1 year. Both phases must be completed within 2 years enrollment in Phase 1. The course is mandatory for AMEDD Active Component officers and Medical Servi Reserve Component officers.

Course Scope, Effective as of 11 Jun 1999

This course is designed to enhance an officer's military frame of reference and to provide training in milita service support operations with an overall working knowledge regarding the duties and responsibilities of A officers during periods of peace and hostilities. This phase provides officers with a common knowledge ba preparation for the resident Phase 2.

Information for School 081, Last Updated 24 Aug 2004

SEE MILITARY TRAINING SERVICE SUPPORT (MTSS) INFORMATION AT PARAGRAPH I BELOW.

a. Transportation Information is as follows: 1) Fort Sam Houston is located in the heart of San Antonio TX. International Airport is located approximately 10 miles from the post. A Military Assistance booth is located terminal and staffed from 0530 through the last arriving flight of the day, seven days a week. Taxi service i and from the post. 2) Commercial bus terminal is located in downtown San Antonio with taxi service availa from the post. 3) Commercial taxi service is available on a 24-hour basis on and around post. 4) Governm transportation is provided to all students to and from classes when housed in Government or contracted q

b. Billeting - Soldiers attending MOS training are housed in company barracks; trainees are not permitted t
except in hardship cases as approved by the Battalion Commander. Government, on-post billets are gener
for all student personnel. When students cannot be housed in government facilities, commercial facilities w

c. Messing - Adequate dining facilities are available for all student personnel. All IET trainees are issued m
are required to use the dining facilities. Separate rations are not issued.

d. Uniforms - The Battle Dress Uniform (BDU) is the normal prescribed duty uniform for all classes. Basic i
required (Class A/B and BDU). The Army PT uniform with running shoes is required for all Army personnel
whites, if required, are issued at Ft Sam Houston. The optional period is 1 January through 31 December. .
must have a field jacket with liner during the period 1 October through 31 March. Cold weather clothing is r
authorized. All TDY personnel must have the appropriate combinations 1 and 4 with service cap and BDUs
538 must accompany Air Force personnel.

e. Reporting: 1) Orders - Bring at least seven (7) copies unless otherwise stated in individual course descri
personnel are cautioned to carefully read their orders prior to reporting with dependents, privately owned v
(POV), or household goods (HHG). Failure to do so may result in personal inconvenience and/or hardships
students (a) with orders to 187th Medical Battalion should review welcome information at
http://www.cs.amedd.army.mil/187medbn/ and to assigned Company; call (210) 221-1696 or 1697; (b) with
232nd Medical Battalion report to Bldg 1350, call (210) 221-4263. 3) Officers/warrant officers/DOD civilians
Company, 187th Medical Battalion, Bldg 1002, call (210) 221-8427. 4) TDY officer, enlisted and civilians re
592 to sign-in for billeting and further instructions NET 0800 and NLT 1600 on the report day, 1 day before
date. Call (210) 357-2705 (24 hour Operation ext 5010). 5) International Military Students (IMS) are met at
the Chief, IMS and escorted to designated areas.

f. Academic Recognition - The American Council on Education (ACE) evaluates military education, training
experience and makes credit recommendations. All Army Medical Deparment (AMEDD) courses are evalu
and receive a recommendation for academic credit. The Education Services Officer at the Army Education
assist enlisted members in completing DA Form 5454-5,Request for Army/American Council on Education
Transcript System (AARTS). The Education Officer will explain how to use the transcript, it's content and b
Soldiers may also visit the AARTS home page at https://aarts.leavenworth.army.mil/.

g. Course Information and Class Schedules - Course scopes and prerequisites are available at the Army T
Requirements and Resources System (ATRRS) home page at https://www.atrrs.army.mil/ under the headi
Catalog.

h. Fund Cites - For courses of less than 20 weeks duration (TDY and return), fund cites are normally provi
students approximately 30 days prior to start date of course. Further assistance can be obtained from the (
Training Program Branch, Department of Health Education and Training, AMEDDC&S,at (210) 221-9113 o
9113, FAX (210) 221-2823.

i. For information pertaining to courses conducted at training sites other than Academy of Health Sciences
please refer to the appropriate school codes: 1) AMEDD NCO Academy, Ft Sam Houston TX, School Cod
Brooke Army Medical Center, Ft Sam Houston TX, School Code 830. 3) Dwight D. Eisenhower Army Medi
Augusta GA, School Code 831. 4) Madigan Army Medical Center, Tacoma WA, School Code 834. 5) Tripl
Medical Center, Honolulu HI, School Code 835. 6) Walter Reed Army Medical Center, Washington DC, Sc
836. 7) William Beaumont Army Medical Center, El Paso TX, School Code 837. 8) Darnall Army Communi
Hood TX, School Code 839. 9) General Leonard Wood Army Community Hospital, Ft Leonard Wood MO, :
842. 10) Ireland Army Community Hospital, FT Knox KY, School Code 843. 11) Irwin Army Community Ho
KS, School Code 844. 12) Keller Army Community Hospital, West Point NY, School Code 845. 13) Martin
Community Hospital, Ft Benning GA, School Code 849. 14) Moncrief Army Community Hospital, Ft Jackso
Code 851. 15) Reynolds Army Community Hospital, Ft Sill OK, School Code 857. 16) Womack Army Medi
Bragg NC, School Code 860. 17) Blanchfield Army Community Hospital, Ft Campbell KY, School Code 86
Army Community Hospital, Ft Carson CO, School Code 862. 19) Bayne-Jones Army Community Hospital,
School Code 863. 20) Winn Army Community Hospital, Ft Stewart GA, School Code 864. 21) National Nav
Center, Bethesda MD, School Code 867. 22) Walter Reed Army Institute of Research, Washington DC, Sc
870. 23) U.S. Army School of Aviation Medicine, Ft Rucker AL, School Code 871. 24) Naval Medical Cente
CA, School Code 872. 25) Naval Medical Center, Portsmouth VA, School Code 873.

j. For specific information pertaining to any AMEDD numbered course, contact the Commanding General,
MCCS-HST (Registrar Services and Training Management Branch), 2250 Stanley Road, Suite 235, Ft San
78234-6150.Call (210) 221-7349 or 8441 or DSN 471-7349/8441.

k. Phone Numbers: 1) Fort Sam Houston Billeting: (210) 357-2705 (24hr Operation ext 5010). 2) 187th Me
(210) 221-1696 or 1697. 3) 232d Medical Battalion (210) 221-4263. 4) International Military student Detach
221-8838. 5) Officer Basic Course (210) 221-7442 and Officer Advanced Course (210) 221-7427 6) Nonco
Officer Academy (210) 221-3416 or 5173. 7) Army National Guard Liaison NCO (210) 221-5050; ARNG Li
(210) 221-7320. 8) US Army Reserve Liaison NCO (210) 221-4864; USAR Liaison Officer (210) 221-6342.

Case 1:00-cv-00644-NBF Document 109-18 Filed 06/13/2005 Page 10 of 25

l. THE MILITARY TRAINING SERVICE SUPPORT (MTSS) PROGRAM IS IN USE AT FT SAM HOUSTON FOLLOWING RESIDENT COURSES: 1) All AMEDD Officer Basic Courses except 6-8-C20(USUHS). 2) Al Officer Advanced Courses. 3) All Warrant Officer Basic and Advanced Courses. 4) AMEDD Pre-Command All BNCOC and ANCOC phases.

m. Temporary Duty/Active Duty for Training (TDY/ADT) orders will direct government quarters at no cost tc Sam Houston requires that all resident MTSS Soldiers report to Ft Sam Houston Lodging, Bldg 592 for roo assignments except BNCOC students who report to BLDG 2265 for barrack housing.

n. Soldiers that must travel by air are encouraged to call the Ft Sam Houston Lodging (210)357-2705 ext 5 before leaving home station for arrangements for on-post government lodging except for courses listed abo

o. MTSS students will have meals directed as follows: 1) BNCOC students will subsist at the installation dii no cost to the Soldier, seven days a week. 2) Other MTSS students trained on the installation will subsist a installation dining facility, five days per week at no cost to student with full meal per diem on weekends anc Holidays. 3) Students trained at Trinity University will subsist at Trinity University seven days per week at n Soldier. 4) Student trained at local contracted hotels will have weekday meals directed at no cost with full n on weekends and Federal holidays.

p. On-post shuttle bus is available weekdays only. Soldiers that must travel by air will be authorized taxi fa excee $30 a week. A daily log of taxi expenses is required for travel reimbursement. In and around mileage that travel by POV may be authorized by the order issuing official as follows: 1) 10 miles a day if assigned lodging. 2) 25 miles a day if assigned to off-post lodging and trained at Ft Sam Houston. 3) Students traine fed in contracted hotels or at Trinity

q. It is the sending commands responsibility to educate/brief student travelers on MTSS. TDY/ADT orders government lodging at no cost to the Soldier. Government deductible meals will be directed at no cost to th in para o above.

r. Soldiers are not authorized per diem at their permanent duty station (PDS). When institutional training is the new PDS site (Ft Sam Houston), Soldiers must PCS and sign into the installation before reporting to cc cases, TDY orders are not generated by the losing command/order issuing official.

s. Sample TDY/ADT orders and a Fact Sheet can be found at http://www/hqda-odcsops.army.pentagon.mi Formats must be followed to reduce excessive obligations and ensure students are reimbursed appropriate Commands that cannot verbally brief students should attach a copy of the Fact Sheet to each order so the knows what to expect upon arrival at Ft Sam

t. Travel Settlement vouchers must be carefully reviewed to preclude erroneous payments. There should b for lodging for training conducted on- or off-post. There should be no claims for meal reimbursement excep authorized. There should be no claims for in and around mileage or reimbursement for taxi fares unless au original travel order.

"The Link To A Trained And Ready Force"

ATRRS
Army Training Requirements And Resources System

Search

ATRRS Help Desk • Frequently Asked Questions • ATRRS Comments • TSACS Help Desk

User Information

ATRRS Homepage

New Users:
- ATRRS Info
- System Requirements
- Get Connected

Current Users:
- TSACS Phone Numbers

ATRRS Related Sites
- The Army Homepage

Add To Favorites

Click Here to add the ATRRS Homepage to your Favorites List!

# Information For Course 081-C22MS

**School:** 555
**School Location:** FT SAM HOUSTON, TX
**Course:** 081-C22MS
**Phase:**
**Course Title:** AMEDD OFFICER BRANCH QUAL ADVANCED

Class Schedule / Nonconducted Classes / Cancelled Classes / Rescheduled Classes

Class Schedule

**FY:** 2000 **School:** 555 **Course:** 081-C22MS **Phase:** **Course Length:** 52 Weeks 0.0 Day
**Course Title:** AMEDD OFFICER BRANCH QUAL ADVANCED
**Class Maximum:** 100 **Class Optimum:** 50 **Class Minimum:** 1

| Class | Report Date | Start Date | End Date | Scheduled | Class Type | City |
|---|---|---|---|---|---|---|
| 001 | 01 Apr 2000 | 03 Apr 2000 | 01 Feb 2001 | 1000 | Correspondence | |

Classes that have been nonconducted or cancelled or rescheduled have been exclude

Course Prerequisite, Effective as of 01 Apr 2000

**Course Title: AMEDD OFFICER BRANCH QUAL**

Commissioned officers in the rank of first lieutenant or above who have transferred into or are in the proce transferring into the AMEDD and who have completed an officer advanced course in a branch other than A is NOT phase 1 of the two-phase course.

Course Scope, Effective as of 01 Apr 2000

To provide commissioned officers transferring to the AMEDD with AMEDD-specific instruction normally pre resident AMEDD OAC. THIS IS A CORRESPONDENCE COURSE.

Information for School 555, Last Updated 10 Jan 2003

2105 11TH STREET, BLDG 4191, BAY A, FT SAM HOUSTON TX 78234-5064 COMMERCIAL 210-221-5 471-5877 TOLL FREE 1-800-344-2380

*"The Link To A Trained And Ready Force"*

ATRRS
Army Training Requirements And Resources System

Search

ATRRS Help Desk • Frequently Asked Questions • ATRRS Comments • TSACS Help Desk

User Information

ATRRS Homepage

New Users:
- ATRRS Info
- System Requirements
- Get Connected

Current Users:
- TSACS Phone Numbers

ATRRS Related Sites
- The Army Homepage

Add To Favorites

Click Here to add the ATRRS Homepage to your Favorites List!

# Information For Course 091 A11 (4-9-C23)

**School:** 553
**School Location:** FT EUSTIS, VA
**Course:** 091 A11 (4-9-C23)
**Phase:** 1
**Course Title:** RC ORDNANCE OFFICER ADVANCED

(•) Class Schedule ( ) Nonconducted Classes ( ) Cancelled Classes ( ) Rescheduled Classes

Class Schedule

**FY:** 2001 **School:** 553 **Course:** 091 A11 (4-9-C23) **Phase:** 1 **Course Length:** 52 Weeks 0.0
**Course Title:** RC ORDNANCE OFFICER ADVANCED
**Class Maximum:** 0 **Class Optimum:** 0 **Class Minimum:** 0

| Class | Report Date | Start Date | End Date | Scheduled | Class Type | City |
|---|---|---|---|---|---|---|
| 001 | 01 Oct 2000 | 02 Oct 2000 | 30 Sep 2001 | 1000 | Correspondence | |

Classes that have been nonconducted or cancelled or rescheduled have been exclude

Course Prerequisite

**Course Title: RC ORDNANCE OFFICER ADVAN**

There is no course prerequisite information for FY: 2001

Course Scope

There is no course scope information for FY: 2001

Information for School 553, Last Updated 27 Aug 2004

DSN 826-5532 COM (757)878-5532 FAX (757)878-3212 POC AL KAHN ATRRS MAILID:KAHNA BLDG 3 Wilson Ave Email kahna@us.army.mil Army Correspondence Course Program (ACCP) Army Institute for F Development (AIPD) TRADOC Educational Data System - Redesign (TREDS-R)

"The Link To A Trained And Ready Force"

ATRRS
Army Training Requirements And Resources System

Search

ATRRS Help Desk • Frequently Asked Questions • ATRRS Comments • TSACS Help Desk

User Information

ATRRS Homepage

New Users:

- ATRRS Info
- System Requirements
- Get Connected

Current Users:

- TSACS Phone Numbers

ATRRS Related Sites

- The Army Homepage

Add To Favorites

Click Here to add the ATRRS Homepage to your Favorites List!

# Information For Course 101 M30 (551-92A40)

**School:** 553
**School Location:** FT EUSTIS, VA
**Course:** 101 M30 (551-92A40)
**Phase:**
**Course Title:** AUTOMATED LOGISTICAL SPECIALIST (MOS 92A40)

(•) Class Schedule ( ) Nonconducted Classes ( ) Cancelled Classes ( ) Rescheduled Classes

Class Schedule

**FY:** 2000 **School:** 553 **Course:** 101 M30 (551-92A40) **Phase:** **Course Length:** 52 Weeks 0.C
**Course Title:** AUTOMATED LOGISTICAL SPECIALIST (MOS 92A40)
**Class Maximum:** 0 **Class Optimum:** 0 **Class Minimum:** 0

| Class | Report Date | Start Date | End Date | Scheduled | Class Type | City |
|---|---|---|---|---|---|---|
| 001 | 01 Oct 1999 | 01 Oct 1999 | 30 Sep 2000 | 1000 | Correspondence | |

Classes that have been nonconducted or cancelled or rescheduled have been exclude

Course Prerequisite

There is no course prerequisite information for FY: 2000

Course Scope

There is no course scope information for FY: 2000

Information for School 553, Last Updated 27 Aug 2004

DSN 826-5532 COM (757)878-5532 FAX (757)878-3212 POC AL KAHN ATRRS MAILID:KAHNA BLDG 3 Wilson Ave Email kahna@us.army.mil Army Correspondence Course Program (ACCP) Army Institute for F Development (AIPD) TRADOC Educational Data System - Redesign (TREDS-R)

"The Link To A Trained And Ready Force"

ATRRS
Army Training Requirements And Resources System

Search

ATRRS Help Desk • Frequently Asked Questions • ATRRS Comments • TSACS Help Desk

User Information

ATRRS Homepage

New Users:
- ATRRS Info
- System Requirements
- Get Connected

Current Users:
- TSACS Phone Numbers

ATRRS Related Sites
- The Army Homepage

Add To Favorites

Click Here to add the ATRRS Homepage to your Favorites List!

# Information For Course 552 D11

**School:** 553
**School Location:** FT EUSTIS, VA
**Course:** 552 D11
**Phase:**
**Course Title:** AVIATION MAINTENANCE MANAGEMENT

(•) Class Schedule ( ) Nonconducted Classes ( ) Cancelled Classes ( ) Rescheduled Classes

Class Schedule

**FY:** 2000 **School:** 553 **Course:** 552 D11 **Phase:** **Course Length:** 52 Weeks 0.0 Days
**Course Title:** AVIATION MAINTENANCE MANAGEMENT
**Class Maximum:** 0 **Class Optimum:** 0 **Class Minimum:** 0

| Class | Report Date | Start Date | End Date | Scheduled | Class Type | City |
|---|---|---|---|---|---|---|
| 001 | 01 Oct 1999 | 01 Oct 1999 | 30 Sep 2000 | 1000 | Correspondence | |

Classes that have been nonconducted or cancelled or rescheduled have been exclude

Course Prerequisite

There is no course prerequisite information for FY: 2000

Course Scope

There is no course scope information for FY: 2000

Information for School 553, Last Updated 27 Aug 2004

DSN 826-5532 COM (757)878-5532 FAX (757)878-3212 POC AL KAHN ATRRS MAILID:KAHNA BLDG 3 Wilson Ave Email kahna@us.army.mil Army Correspondence Course Program (ACCP) Army Institute for F Development (AIPD) TRADOC Educational Data System - Redesign (TREDS-R)

"The Link To A Trained And Ready Force"

ATRRS
Army Training Requirements And Resources System

Search

ATRRS Help Desk • Frequently Asked Questions • ATRRS Comments • TSACS Help Desk

User Information

ATRRS Homepage

New Users:

- ATRRS Info
- System Requirements
- Get Connected

Current Users:

- TSACS Phone Numbers

ATRRS Related Sites

- The Army Homepage

Add To Favorites

Click Here to add the ATRRS Homepage to your Favorites List!

# Information For Course 011 W31 (2-1-C32)

**School:** 553
**School Location:** FT EUSTIS, VA
**Course:** 011 W31 (2-1-C32)
**Phase:**
**Course Title:** RC AVIATION WARRANT OFFICER ADVANCED(MOS 150)

(•) Class Schedule ( ) Nonconducted Classes ( ) Cancelled Classes ( ) Rescheduled Classes

Class Schedule

**FY:** 2000 **School:** 553 **Course:** 011 W31 (2-1-C32) **Phase:** **Course Length:** 52 Weeks 0.0
**Course Title:** RC AVIATION WARRANT OFFICER ADVANCED(MOS 150)
**Class Maximum:** 0 **Class Optimum:** 0 **Class Minimum:** 0

| Class | Report Date | Start Date | End Date | Scheduled | Class Type | City |
|---|---|---|---|---|---|---|
| 001 | 01 Oct 1999 | 01 Oct 1999 | 30 Sep 2000 | 1000 | Correspondence | |

Classes that have been nonconducted or cancelled or rescheduled have been exclude

Course Prerequisite

**Course Title: RC AV SENIOR WARRANT OFFI**

There is no course prerequisite information for FY: 2000

Course Scope

There is no course scope information for FY: 2000

Information for School 553, Last Updated 27 Aug 2004

DSN 826-5532 COM (757)878-5532 FAX (757)878-3212 POC AL KAHN ATRRS MAILID:KAHNA BLDG 3 Wilson Ave Email kahna@us.army.mil Army Correspondence Course Program (ACCP) Army Institute for F Development (AIPD) TRADOC Educational Data System - Redesign (TREDS-R)

"The Link To A Trained And Ready Force"

ATRRS
Army Training Requirements And Resources System

Search

ATRRS Help Desk • Frequently Asked Questions • ATRRS Comments • TSACS Help Desk

User Information

ATRRS Homepage

New Users:
- ATRRS Info
- System Requirements
- Get Connected

Current Users:
- TSACS Phone Numbers

ATRRS Related Sites
- The Army Homepage

Add To Favorites

Click Here to add the ATRRS Homepage to your Favorites List!

## Information For Course 514 M07

**School:** 553
**School Location:** FT EUSTIS, VA
**Course:** 514 M07
**Phase:**
**Course Title:** ADV ENL PROFESSIONAL DEVELOP (MOS 02B-02U)

Class Schedule · Nonconducted Classes · Cancelled Classes · Rescheduled Classes

Class Schedule

**FY:** 2000 **School:** 553 **Course:** 514 M07 **Phase:** **Course Length:** 52 Weeks 0.0 Days
**Course Title:** ADV ENL PROFESSIONAL DEVELOP (MOS 02B-02U)
**Class Maximum:** 0 **Class Optimum:** 0 **Class Minimum:** 0

| Class | Report Date | Start Date | End Date | Scheduled | Class Type | City |
|---|---|---|---|---|---|---|
| 001 | 01 Oct 1999 | 01 Oct 1999 | 30 Sep 2000 | 1000 | Correspondence | |

Classes that have been nonconducted or cancelled or rescheduled have been exclude

Course Prerequisite

**Course Title: ADV ENL PROFESSIONAL DEVE**

There is no course prerequisite information for FY: 2000

Course Scope

There is no course scope information for FY: 2000

Information for School 553, Last Updated 27 Aug 2004

DSN 826-5532 COM (757)878-5532 FAX (757)878-3212 POC AL KAHN ATRRS MAILID:KAHNA BLDG 3 Wilson Ave Email kahna@us.army.mil Army Correspondence Course Program (ACCP) Army Institute for F Development (AIPD) TRADOC Educational Data System - Redesign (TREDS-R)

"The Link To A Trained And Ready Force"

ATRRS
Army Training Requirements And Resources System

Search

ATRRS Help Desk • Frequently Asked Questions • ATRRS Comments • TSACS Help Desk

User Information

ATRRS Homepage

New Users:
- ATRRS Info
- System Requirements
- Get Connected

Current Users:
- TSACS Phone Numbers

ATRRS Related Sites
- The Army Homepage

Add To Favorites

Click Here to add the ATRRS Homepage to your Favorites List!

# Information For Course 514 M05

**School:** 553
**School Location:** FT EUSTIS, VA
**Course:** 514 M05
**Phase:**
**Course Title:** BASIC ENL PROFESSIONAL DEVELOP (MOS 02B-02U)

(•) Class Schedule ( ) Nonconducted Classes ( ) Cancelled Classes ( ) Rescheduled Classes

Class Schedule

**FY:** 2000 **School:** 553 **Course:** 514 M05 **Phase:** **Course Length:** 52 Weeks 0.0 Days
**Course Title:** BASIC ENL PROFESSIONAL DEVELOP (MOS 02B-02U)
**Class Maximum:** 0 **Class Optimum:** 0 **Class Minimum:** 0

| Class | Report Date | Start Date | End Date | Scheduled | Class Type | City |
|---|---|---|---|---|---|---|
| 001 | 01 Oct 1999 | 01 Oct 1999 | 30 Sep 2000 | 1000 | Correspondence | |

Classes that have been nonconducted or cancelled or rescheduled have been exclude

Course Prerequisite

There is no course prerequisite information for FY: 2000

Course Scope

There is no course scope information for FY: 2000

Information for School 553, Last Updated 27 Aug 2004

DSN 826-5532 COM (757)878-5532 FAX (757)878-3212 POC AL KAHN ATRRS MAILID:KAHNA BLDG 3 Wilson Ave Email kahna@us.army.mil Army Correspondence Course Program (ACCP) Army Institute for F Development (AIPD) TRADOC Educational Data System - Redesign (TREDS-R)

"The Link To A Trained And Ready Force"

ATRRS
Army Training Requirements And Resources System

Search

ATRRS Help Desk • Frequently Asked Questions • ATRRS Comments • TSACS Help Desk

User Information

ATRRS Homepage

New Users:
- ATRRS Info
- System Requirements
- Get Connected

Current Users:
- TSACS Phone Numbers

ATRRS Related Sites
- The Army Homepage

Add To Favorites

Click Here to add the ATRRS Homepage to your Favorites List!

# Information For Course 514 M01 (4-97-C40)

**School:** 553
**School Location:** FT EUSTIS, VA
**Course:** 514 M01 (4-97-C40)
**Phase:** 2
**Course Title:** RC BASIC NCO (MOS 02B-02U)

(•) Class Schedule ( ) Nonconducted Classes ( ) Cancelled Classes ( ) Rescheduled Classes

Class Schedule

**FY:** 2000 **School:** 553 **Course:** 514 M01 (4-97-C40) **Phase:** 2 **Course Length:** 52 Weeks 0.(
**Course Title:** RC BASIC NCO (MOS 02B-02U)
**Class Maximum:** 0 **Class Optimum:** 0 **Class Minimum:** 0

| Class | Report Date | Start Date | End Date | Scheduled | Class Type | City |
|---|---|---|---|---|---|---|
| 001 | 01 Oct 1999 | 01 Oct 1999 | 30 Sep 2000 | 1000 | Correspondence | |

Classes that have been nonconducted or cancelled or rescheduled have been exclude(

Course Prerequisite

There is no course prerequisite information for FY: 2000

Course Scope

There is no course scope information for FY: 2000

Information for School 553, Last Updated 27 Aug 2004

DSN 826-5532 COM (757)878-5532 FAX (757)878-3212 POC AL KAHN ATRRS MAILID:KAHNA BLDG 3 Wilson Ave Email kahna@us.army.mil Army Correspondence Course Program (ACCP) Army Institute for F Development (AIPD) TRADOC Educational Data System - Redesign (TREDS-R)

Case 1:00-cv-00644-NBF Document 109-18 Filed 06/13/2005 Page 19 of 25

"The Link To A Trained And Ready Force"

ATRRS
Army Training Requirements And Resources System

Search

ATRRS Help Desk • Frequently Asked Questions • ATRRS Comments • TSACS Help Desk

User Information

ATRRS Homepage

New Users:
- ATRRS Info
- System Requirements
- Get Connected

Current Users:
- TSACS Phone Numbers

ATRRS Related Sites
- The Army Homepage

Add To Favorites

Click Here to add the ATRRS Homepage to your Favorites List!

# Information For Course 171 Q11

**School:** 553
**School Location:** FT EUSTIS, VA
**Course:** 171 Q11
**Phase:**
**Course Title:** BATTALION MAINTENANCE OFFICER

(•) Class Schedule ( ) Nonconducted Classes ( ) Cancelled Classes ( ) Rescheduled Classes

Class Schedule

**FY:** 2000 **School:** 553 **Course:** 171 Q11 **Phase:** **Course Length:** 52 Weeks 0.0 Days
**Course Title:** BATTALION MAINTENANCE OFFICER
**Class Maximum:** 0 **Class Optimum:** 0 **Class Minimum:** 0

| Class | Report Date | Start Date | End Date | Scheduled | Class Type | City |
|---|---|---|---|---|---|---|
| 001 | 01 Oct 1999 | 01 Oct 1999 | 30 Sep 2000 | 1000 | Correspondence | |

Classes that have been nonconducted or cancelled or rescheduled have been exclude

Course Prerequisite

There is no course prerequisite information for FY: 2000

Course Scope

There is no course scope information for FY: 2000

Information for School 553, Last Updated 27 Aug 2004

DSN 826-5532 COM (757)878-5532 FAX (757)878-3212 POC AL KAHN ATRRS MAILID:KAHNA BLDG 3 Wilson Ave Email kahna@us.army.mil Army Correspondence Course Program (ACCP) Army Institute for F Development (AIPD) TRADOC Educational Data System - Redesign (TREDS-R)

"The Link To A Trained And Ready Force"

ATRRS
Army Training Requirements And Resources System

Search

ATRRS Help Desk • Frequently Asked Questions • ATRRS Comments • TSACS Help Desk

User Information

ATRRS Homepage

New Users:
- ATRRS Info
- System Requirements
- Get Connected

Current Users:
- TSACS Phone Numbers

ATRRS Related Sites
- The Army Homepage

Add To Favorites

Click Here to add the ATRRS Homepage to your Favorites List!

# Information For Course 012 G12 (2G-F94 (DL))

**School:** 553
**School Location:** FT EUSTIS, VA
**Course:** 012 G12 (2G-F94 (DL))
**Phase:**
**Course Title:** COMMANDERS SAFETY COURSE

(•) Class Schedule ( ) Nonconducted Classes ( ) Cancelled Classes ( ) Rescheduled Classes

Class Schedule

**FY:** 2002 **School:** 553 **Course:** 012 G12 (2G-F94 (DL)) **Phase:** **Course Length:** 52 Weeks 0.
**Course Title:** COMMANDERS SAFETY COURSE
**Class Maximum:** 0 **Class Optimum:** 0 **Class Minimum:** 0

| Class | Report Date | Start Date | End Date | Scheduled | Class Type | City |
|---|---|---|---|---|---|---|
| 001 | 01 Oct 2001 | 01 Oct 2001 | 20 Aug 2002 | 1000 | Correspondence | |

**Classes that have been nonconducted or cancelled or rescheduled have been exclude**

Course Prerequisite

There is no course prerequisite information for FY: 2002

Course Scope

There is no course scope information for FY: 2002

Information for School 553, Last Updated 27 Aug 2004

DSN 826-5532 COM (757)878-5532 FAX (757)878-3212 POC AL KAHN ATRRS MAILID:KAHNA BLDG 3 Wilson Ave Email kahna@us.army.mil Army Correspondence Course Program (ACCP) Army Institute for F Development (AIPD) TRADOC Educational Data System - Redesign (TREDS-R)

"The Link To A Trained And Ready Force"

ATRRS
Army Training Requirements And Resources System

Search

ATRRS Help Desk • Frequently Asked Questions • ATRRS Comments • TSACS Help Desk

User Information

ATRRS Homepage

New Users:
- ATRRS Info
- System Requirements
- Get Connected

Current Users:
- TSACS Phone Numbers

ATRRS Related Sites
- The Army Homepage

Add To Favorites

Click Here to add the ATRRS Homepage to your Favorites List!

## Information For Course 908 F50 (SMPT-5(COR))

**School:** 553
**School Location:** FT EUSTIS, VA
**Course:** 908 F50 (SMPT-5(COR))
**Phase:**
**Course Title:** HAZARDOUS MATERIALS HANDLING

(•) Class Schedule ( ) Nonconducted Classes ( ) Cancelled Classes ( ) Rescheduled Classes

Class Schedule

**FY:** 2001 **School:** 553 **Course:** 908 F50 (SMPT-5(COR)) **Phase:** **Course Length:** 52 Weeks 0
**Course Title:** HAZARDOUS MATERIALS HANDLING
**Class Maximum:** 0 **Class Optimum:** 0 **Class Minimum:** 0

| Class | Report Date | Start Date | End Date | Scheduled | Class Type | City |
|---|---|---|---|---|---|---|
| 001 | 01 Oct 2000 | 02 Oct 2000 | 30 Sep 2001 | 1000 | Correspondence | |

Classes that have been nonconducted or cancelled or rescheduled have been exclude

Course Prerequisite

There is no course prerequisite information for FY: 2001

Course Scope

There is no course scope information for FY: 2001

Information for School 553, Last Updated 27 Aug 2004

DSN 826-5532 COM (757)878-5532 FAX (757)878-3212 POC AL KAHN ATRRS MAILID:KAHNA BLDG 3 Wilson Ave Email kahna@us.army.mil Army Correspondence Course Program (ACCP) Army Institute for F Development (AIPD) TRADOC Educational Data System - Redesign (TREDS-R)

"The Link To A Trained And Ready Force"

ATRRS
Army Training Requirements And Resources System

Search

ATRRS Help Desk • Frequently Asked Questions • ATRRS Comments • TSACS Help Desk

User Information

ATRRS Homepage

New Users:
- ATRRS Info
- System Requirements
- Get Connected

Current Users:
- TSACS Phone Numbers

ATRRS Related Sites
- The Army Homepage

Add To Favorites

Click Here to add the ATRRS Homepage to your Favorites List!

# Information For Course 071 A11 (2-7-C23)

**School:** 553
**School Location:** FT EUSTIS, VA
**Course:** 071 A11 (2-7-C23)
**Phase:** 1
**Course Title:** RC INFANTRY OFFICER ADVANCED

(•) Class Schedule ( ) Nonconducted Classes ( ) Cancelled Classes ( ) Rescheduled Classes

Class Schedule

**FY:** 2001 **School:** 553 **Course:** 071 A11 (2-7-C23) **Phase:** 1 **Course Length:** 52 Weeks 0.0
**Course Title:** RC INFANTRY OFFICER ADVANCED
**Class Maximum:** 0 **Class Optimum:** 0 **Class Minimum:** 0

| Class | Report Date | Start Date | End Date | Scheduled | Class Type | City |
|---|---|---|---|---|---|---|
| 001 | 01 Oct 2000 | 02 Oct 2000 | 30 Sep 2001 | 1000 | Correspondence | |

**Classes that have been nonconducted or cancelled or rescheduled have been exclude**

Course Prerequisite

**Course Title: RC INFANTRY OFFICER ADVAN**

There is no course prerequisite information for FY: 2001

Course Scope

There is no course scope information for FY: 2001

**Information for School 553, Last Updated 27 Aug 2004**

DSN 826-5532 COM (757)878-5532 FAX (757)878-3212 POC AL KAHN ATRRS MAILID:KAHNA BLDG 3 Wilson Ave Email kahna@us.army.mil Army Correspondence Course Program (ACCP) Army Institute for F Development (AIPD) TRADOC Educational Data System - Redesign (TREDS-R)

"The Link To A Trained And Ready Force"

ATRRS
Army Training Requirements And Resources System

Search

ATRRS Help Desk • Frequently Asked Questions • ATRRS Comments • TSACS Help Desk

User Information

ATRRS Homepage

New Users:
- ATRRS Info
- System Requirements
- Get Connected

Current Users:
- TSACS Phone Numbers

ATRRS Related Sites
- The Army Homepage

Add To Favorites

Click Here to add the ATRRS Homepage to your Favorites List!

# Information For Course 091 D15

**School:** 553
**School Location:** FT EUSTIS, VA
**Course:** 091 D15
**Phase:**
**Course Title:** MECHANICAL MAINTENANCE SENIOR NCO

(•) Class Schedule ( ) Nonconducted Classes ( ) Cancelled Classes ( ) Rescheduled Classes

Class Schedule

**FY:** 2001 **School:** 553 **Course:** 091 D15 **Phase:** **Course Length:** 52 Weeks 0.0 Days
**Course Title:** MECHANICAL MAINTENANCE SENIOR NCO
**Class Maximum:** 0 **Class Optimum:** 0 **Class Minimum:** 0

| Class | Report Date | Start Date | End Date | Scheduled | Class Type | City |
|---|---|---|---|---|---|---|
| 001 | 01 Oct 2000 | 02 Oct 2000 | 30 Sep 2001 | 1000 | Correspondence | |

Classes that have been nonconducted or cancelled or rescheduled have been exclude

Course Prerequisite

There is no course prerequisite information for FY: 2001

Course Scope

There is no course scope information for FY: 2001

Information for School 553, Last Updated 27 Aug 2004

DSN 826-5532 COM (757)878-5532 FAX (757)878-3212 POC AL KAHN ATRRS MAILID:KAHNA BLDG 3 Wilson Ave Email kahna@us.army.mil Army Correspondence Course Program (ACCP) Army Institute for F Development (AIPD) TRADOC Educational Data System - Redesign (TREDS-R)

"The Link To A Trained And Ready Force"

ATRRS
Army Training Requirements And Resources System

Search

ATRRS Help Desk • Frequently Asked Questions • ATRRS Comments • TSACS Help Desk

User Information

ATRRS Homepage

New Users:

- ATRRS Info
- System Requirements
- Get Connected

Current Users:

- TSACS Phone Numbers

ATRRS Related Sites

- The Army Homepage

Add To Favorites

Click Here to add the ATRRS Homepage to your Favorites List!

# Information For Course 805CQ21

**School:** 553
**School Location:** FT EUSTIS, VA
**Course:** 805CQ21
**Phase:**
**Course Title:** PERSONNEL STAFF OFFICER

(•) Class Schedule ( ) Nonconducted Classes ( ) Cancelled Classes ( ) Rescheduled Classes

Class Schedule

**FY:** 2001 **School:** 553 **Course:** 805CQ21 **Phase:** **Course Length:** 52 Weeks 0.0 Days
**Course Title:** PERSONNEL STAFF OFFICER
**Class Maximum:** 0 **Class Optimum:** 0 **Class Minimum:** 0

| Class | Report Date | Start Date | End Date | Scheduled | Class Type | City |
|---|---|---|---|---|---|---|
| 001 | 01 Oct 2000 | 02 Oct 2000 | 30 Sep 2001 | 1000 | Correspondence | |

Classes that have been nonconducted or cancelled or rescheduled have been exclude

Course Prerequisite

There is no course prerequisite information for FY: 2001

Course Scope

There is no course scope information for FY: 2001

Information for School 553, Last Updated 27 Aug 2004

DSN 826-5532 COM (757)878-5532 FAX (757)878-3212 POC AL KAHN ATRRS MAILID:KAHNA BLDG 3 Wilson Ave Email kahna@us.army.mil Army Correspondence Course Program (ACCP) Army Institute for F Development (AIPD) TRADOC Educational Data System - Redesign (TREDS-R)

"The Link To A Trained And Ready Force"

ATRRS
Army Training Requirements And Resources System

Search

ATRRS Help Desk • Frequently Asked Questions • ATRRS Comments • TSACS Help Desk

User Information

ATRRS Homepage

New Users:
- ATRRS Info
- System Requirements
- Get Connected

Current Users:
- TSACS Phone Numbers

ATRRS Related Sites
- The Army Homepage

Add To Favorites

Click Here to add the ATRRS Homepage to your Favorites List!

# Information For Course 907 F23 (ALMC-SO)

**School:** 553
**School Location:** FT EUSTIS, VA
**Course:** 907 F23 (ALMC-SO)
**Phase:** 1
**Course Title:** SUPPORT OPERATIONS

(•) Class Schedule ( ) Nonconducted Classes ( ) Cancelled Classes ( ) Rescheduled Classes

Class Schedule

**FY:** 2001 **School:** 553 **Course:** 907 F23 (ALMC-SO) **Phase:** 1 **Course Length:** 52 Weeks 0.(
**Course Title:** SUPPORT OPERATIONS
**Class Maximum:** 0 **Class Optimum:** 0 **Class Minimum:** 0

| Class | Report Date | Start Date | End Date | Scheduled | Class Type | City |
|---|---|---|---|---|---|---|
| 001 | 01 Oct 2000 | 02 Oct 2000 | 30 Sep 2001 | 1000 | Correspondence | |

Classes that have been nonconducted or cancelled or rescheduled have been exclude

Course Prerequisite

**Course Title: SUPPORT OPERATIONS**

There is no course prerequisite information for FY: 2001

Course Scope

There is no course scope information for FY: 2001

Information for School 553, Last Updated 27 Aug 2004

DSN 826-5532 COM (757)878-5532 FAX (757)878-3212 POC AL KAHN ATRRS MAILID:KAHNA BLDG 3 Wilson Ave Email kahna@us.army.mil Army Correspondence Course Program (ACCP) Army Institute for F Development (AIPD) TRADOC Educational Data System - Redesign (TREDS-R)