Headquarters
Department of the Army Washington, DC 02310-2500 1 March 1997

*National Guard Regulation (AR) 600-200

Personnel - General
Enlisted Personnel Management

By Order of the Secretary of the Army:

EDWARD D. BACA
Lieutenant General, USA
Chief, National Guard Bureau

Official:

DEBORAH GILMORE
Chief
Administrative Services

**Summary**. This regulation prescribes the criteria, policies, procedures and responsibilities to recruit, enlist, reenlist or extend; classify; provide initial entry training; assign; promote, appoint and reduce in grade; bar to extension or immediate reenlistment; select and appoint to and from Command Sergeant Major; and to separate from service enlisted soldiers in the Army National Guard of the United States (ARNGUS). Because the regulation has been extensively revised the changed portions have not been highlighted.

**Applicability**. This regulation applies only to the Army National Guard (ARNG) and Army National Guard of the United States (ARNGUS) when not in the service of the United States. Certain provisions of this regulation may continue in effect after individuals and units are called into active Federal service as may be stated in the call, order, or administrative instructions of the Department of the Army.

**Proponent and Exception Authority**. The proponent of this regulation is the Chief, National Guard Bureau, Army National Guard Deputy Director, Personnel and Manpower. The proponent has the authority to approve exceptions to this regulation that are consistent with controlling law and regulation. Proponents may delegate this approval authority, in writing, to a division chief under their supervision within the proponent agency in the grade of colonel or the civilian equivalent.

**Internal Control Systems**. This regulation is subject in part to the requirements of AR 11-12. The checklist for enlisted promotions, appointments and reductions for chapter 6 was made obsolete when chapter 11 was published in the previous edition of this regulation. When a new checklist is developed for chapter 11, it will be published in appendix B by a change to this regulation.

**Supplementation**. Supplementation of this regulation and establishment of command and local forms are prohibited without prior approval from Chief, National Guard Bureau, ATTN: NGB-ARP-PE, 2500 ARMY PENTAGON, WASHINGTON, DC 20310-2500.

**Suggested Improvements**. Users of this regulation are invited to send comments and suggested improvements on DA Form 2028 (Recommended Changes to Publications and Blank Forms) directly to Chief, National Guard Bureau, NGB-ARP-PE, 2500 ARMY PENTAGON, WASHINGTON, DC 20310-2500.

*This regulation supersedes NGR 600-200, 1 July 1989
Contents (Listed by paragraph title and number with page number)