**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **WILLIAM A. CLARK, et. al.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **No. 00-644** |
| **v.** | ) | **(Chief Judge Damich)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO REPLY TO PLAINTIFFS' RESPONSE TO THE GOVERNMENT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), the United States respectfully requests an enlargement of time of seven days, to and including July 18, 2005, to submit its reply to plaintiffs' response to our motion for summary judgment. Pursuant to the Court's Order dated May 16, 2005, the Government's reply is now due on or before July 11, 2005. This is defendant's first request for an enlargement of time for these purposes. Counsel for defendant has discussed this motion with plaintiffs' counsel, and plaintiffs do not oppose this request.

An brief enlargement of time is necessary because the Government has not received final substantive comments from various agencies throughout the Department of Defense, Department of the Army, Department of the Air Force, and the National Guard Bureau regarding the initial draft of the reply.[1] The agency's substantive comments, which we expect to receive within the

[1] The Department of Justice is obligated to consult with senior officials throughout the Department of Defense in this matter because of the issues in this case are fundamental to military policy regarding training the force. Furthermore, coordination between the various services and agency counsel regarding the initial draft reply has been limited because of the protected nature of some of the information contained in plaintiffs' response.

next few days, will then need to be incorporated into a draft brief that then must undergo the review process within the Department of Justice.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed request for an enlargement of time of four days until July 18, 2005 in which defendant can file its reply to plaintiffs' response to our motion for summary judgement.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/James M. Kinsella by Bryant G. Snee
JAMES M. KINSELLA
Deputy Director

s/Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
National Courts
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Tel. (202) 353-7961
Fax (202) 353-7988

Attorneys for Defendant

OF COUNSEL:
MAJOR CHRIS SOUCIE
MAJOR GARY CORN
United States Army Litigation Division
Arlington, VA 22203-1837

LT. COL. JOSEPH WENDLBERGER
United States Air Force
General Litigation Division

CAPTAIN CHRIS BROWN
National Guard Bureau
Office of Chief Counsel

July 7, 2005

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on July 7, 2005, a copy of the foregoing "**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO REPLY TO PLAINTIFFS' RESPONSE TO THE GOVERNMENT'S MOTION FOR SUMMARY JUDGMENT**" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas K. Mickle
Douglas K. Mickle