Department of Defense
# DIRECTIVE

NUMBER 1035.1
September 9, 2002

USD(P&R)

SUBJECT: Telework Policy for Department of Defense

References: (a) Section 359 of Public Law 106-346, "Department of Transportation and Related Agencies Appropriations Act 2001," October 23, 2000
(b) Sections 101 and 206 of title 37, United States Code
(c) Under Secretary of Defense (P&R) Memorandum, "Department of Defense Telework Policy and Guide for Civilian Employees," October 22, 2001
(d) Title 10, United States Code
(e) Title 5, United States Code

1. PURPOSE

This Directive:

1.1. Establishes an overarching policy governing telework (also known as telecommuting) within the Department of Defense.

1.2. Assigns responsibilities for telework.

1.3. Establishes the supervisors' and/or commanders' authority to assign official duties (including training) that may be performed via telework.

1.4. Implements the provisions of reference (a) and is consistent with references (b), (c), (d), and (e).

2. APPLICABILITY AND SCOPE

This Directive applies to the Office of the Secretary of Defense; the Military Departments; the Chairman of the Joint Chiefs of Staff; the Combatant Commands; the Office of the Inspector General of the Department of Defense; the Defense Agencies; the DoD Field Activities; and all other organizational entities within the Department of Defense (hereafter referred to collectively as "the DoD Components").

3. DEFINITIONS

3.1. Defense Agencies and DoD Field Activities. Organizations specifically designated as Defense Agencies and DoD Field Activities under Section 191 of title 10 U.S.C. (reference (d)).

3.2. Telework. An arrangement that a civilian employee and/or member of the Armed Forces performs assigned official duties at an alternative worksite on either a regular and recurring, or on an ad hoc, basis (not including while on official travel).

3.3. Alternative Worksite. A place away from the traditional worksite that has been approved for the performance of assigned official duties. It may be an employee's and/or member's home, a telecenter, or other approved worksite including a facility established by State, local or county governments, or private facility.

3.4. Armed Forces. The Army, the Navy, the Air Force, the Marine Corps, and their Reserve components.

4. POLICY

It is DoD policy that:

4.1. The Department of Defense is committed to improving workforce efficiency while promoting quality of life for its employees and/or members.

4.2. The DoD Components shall develop, implement, and operate telework programs that are appropriate within their respective organizations.

4.3. Consistent with accomplishing their assigned missions, the DoD Components shall actively promote telework within their organizations, and make every effort to overcome artificial barriers to this program.

4.4. Telework is limited to the conduct of assigned official duties (including training).

4.5. Telework may be appropriate for supervisor and/or commander directed web-based distance and continuous learning, including educational requirements required by law or regulation. Training requested by an employee and/or member is subject to the supervisor's and/or commander's approval and must conform to the provisions of applicable regulations.

4.6. Telework is not a right and may be terminated by the supervisor and/or commander at his/her discretion, or in response to an employee's and/or member's request.

5. RESPONSIBILITIES

5.1. The Under Secretary of Defense (Personnel and Readiness) shall have overall responsibility for the Department's telework policy.

5.2. The Assistant Secretary of Defense (Force Management Policy), under the Under Secretary of Defense (Personnel and Readiness) shall:

5.2.1. Develop DoD policy on civilian and military telework matters.

5.2.2. Provide policy oversight for issues relating to telework and Total Force implementation of telework policies.

5.2.3. Review guidelines for telework policies.

5.3. The Assistant Secretary of Defense (Reserve Affairs), under the Under Secretary of Defense (Personnel and Readiness), shall advise the Assistant Secretary of Defense (Force Management Policy) on Reserve component telework policies.

5.4. The Heads of the DoD Components shall administer appropriate telework programs in accordance with public law and DoD policies on telework.

6. EFFECTIVE DATE

This Directive is effective immediately.

Paul Wolfowitz
Deputy Secretary of Defense

Department of Defense
# DIRECTIVE

NUMBER 1215.6
March 14, 1997

ASD(RA)

SUBJECT: Uniform Reserve, Training and Retirement Categories

References: (a) DoD Directive 1215.6, subject as above, December 18, 1990 (hereby canceled)
(b) DoD Directive 1205.17, "Official National Guard and Reserve Component Personnel Data," June 20, 1985
(c) DoD Instruction 7730.54, "Reserve Components Common Personnel Data System (RCCPDS)," January 17, 1995
(d) Title 10, United States Code, "Armed Forces"
(e) DoD Instruction 1215.19, "Uniform Reserve, Training and Retirement Category Administration," March 14, 1997
(f) Title 14, United States Code, "United States Coast Guard"

1. REISSUANCE AND PURPOSE

This Directive reissues reference (a) to:

1.1. Update DoD policy guidance regarding the use of Reserve component (RC) duty to capitalize on RC capabilities and accomplish operational requirements while maintaining RC mission readiness for overseas and domestic operations.

1.2. Provide DoD policy guidance for maintaining and reporting personnel data in accordance with (IAW) references (b) and (c).

1.3. Update uniform RC categories (RCCs), and training and retired categories (TRCs) for the Ready Reserve, Standby Reserve, and Retired Reserve of the Armed Forces provided for in Sections 10141, 10142, 10147, 10149, 10151, 10154, and 12774 of reference (d).

2. APPLICABILITY

This Directive applies to the Office of the Secretary of Defense, the Military Departments (including the Coast Guard when it is not operating as a Military Service in the Department of the Navy by agreement with the Department of Transportation), the Chairman of the Joint Chiefs of Staff, the Combatant Commands, and the Defense Agencies. The term "Military Departments," as used herein, refers to the Departments of the Army, the Navy, and the Air Force. The term "Secretary concerned" refers to the Secretaries of the Military Departments and the Secretary of Transportation for the Coast Guard when it is not operating as a Service in the Navy. The term "Military Services" refers to the Army, the Navy, the Air Force, the Marine Corps, and the Coast Guard.

3. DEFINITIONS

Terms used in this Directive are defined in enclosure 1.

4. POLICY

4.1. All RC members not counted in Active component (AC) end strengths, IAW 10 U.S.C. 115 (reference (d)), shall be placed in one of the RCCs and TRCs described in DoD Instruction 1215.19 (reference (e)). Individuals shall be assigned to RCCs and TRCs based on their obligations to meet mission requirements and training requirements. All RC members will be reported by Service in the RCCs and TRCs IAW DoD Directive 1205.17 and DoD Instruction 7730.54 (references (b) and (c)).

4.2. When performing training or support duty, all RC members shall be on inactive duty training (IDT), active duty (AD), or full-time National Guard duty (FTNGD) status.

4.3. Training. All RC members shall receive training IAW assignments and required readiness levels. Training programs shall provide for the minimum number of training periods required for attaining the prescribed unit readiness status and maintaining individual proficiency. The primary purpose of all training is the enhancement of individual skills and/or unit effectiveness. Training may be conducted in IDT, AD, or FTNGD status. Mission and operational support may occur in the conduct of training.

4.3.1. IDT shall be used to provide structured individual and/or unit training, or educational courses to RC members. Included in the IDT category are regularly scheduled training periods, additional training periods, and equivalent training, as defined in reference (e). Muster duty, established in Section 12319 of reference (d), shall be considered a special category of IDT.

4.3.2. AD for training (ADT) shall be used to provide structured individual and/or unit training, including on-the-job-training, or educational courses to RC members. Included in the ADT category are annual training, initial ADT, and other training duty (OTD).

4.4. <u>Support</u>. All RC members may be placed on Active Duty Other than for Training (ADOT), which includes the categories of active duty for special work, Active Guard and Reserve (AGR) duty, and involuntary AD IAW Sections 12301, 12302, and 12304 of reference (d), and 14 U.S.C. 712 (reference (f)). Support may also be provided during FTNGD. Training may occur in the conduct of ADOT.

4.5. Terminology used in this Directive and in reference (e) to describe RC training and retirement categories and duty statuses shall apply to all Services.

4.6. A member of an RC shall not be assigned to AD on land outside the United States, its territories and possessions, until the member has completed the basic training requirements of the member's Armed Force IAW 10 U.S.C. 671 (reference (d)).

4.7. FTNGD shall not be performed on land outside the United States, its territories or possessions, because a member of the RCs must be in a status provided for in reference (d).

4.8. Members of the RCs, not subject to mandatory training, shall be encouraged to participate on a voluntary basis to maintain his or her mobilization readiness. However, the opportunity to participate voluntarily in training, without pay, is subject to manpower and other resource limitations as determined by the Secretary concerned.

4.9. Funding for personnel in uniform Reserve, training and retirement categories shall be IAW procedures established in DoD Instruction 1215.19 (reference (e)). The Secretary concerned is authorized to include in the budget for the active component both military personnel and operations and maintenance funds to provide AD tours for RC members on temporary AD in support of AC programs.

4.10. Individual RC members are exempt from participating in ADT during the

last 120 days of their military service obligation if they have served on AD for 1 year or longer IAW Section 10147(b) of reference (d).

5. RESPONSIBILITIES

5.1. The Assistant Secretary of Defense for Reserve Affairs, under the Under Secretary of Defense for Personnel and Readiness, shall:

5.1.1. Establish DoD policy guidance for RC training and retirement categories.

5.1.2. Establish policy guidance for the minimum training criteria and the AD requirements associated with each category.

5.2. The Secretaries of the Military Departments and the Commandant of the Coast Guard shall:

5.2.1. Place all RC members in the appropriate RCC and TRC IAW reference (e).

5.2.2. Ensure all implementing directives or regulations are consistent with this Directive and reference (e).

5.2.3. Establish necessary criteria and procedures to ensure trained and qualified RC units and individuals are available for AD throughout the entire spectrum of requirements, including war or national emergency, contingency operations, military operations other than war, contributory support, humanitarian operations, and at such other times as the national security may require, and that funding for RC training and operations is programmed and budgeted to adequately support these requirements.

5.2.4. Approve any additional IDT periods, as necessary and consistent with law. Authorizing and using additional training is subject to the categories, limitations, and controls in DoD Instruction 1215.19 (reference (e)).

5.2.5. Ensure RC members receive required training and serve on AD IAW the minimum criteria established for each RCC in reference (e).

5.2.6. Establish minimum standards for satisfactory participation at required training periods, which shall include the number and percentages of training periods for meeting the minimum standards. Individuals attending IDT periods are required to

meet those minimum training standards. Those standards shall contain procedures for accounting for absences and excused drills, as necessary. Individuals may voluntarily attend extra IDT periods for points, IAW procedures in reference (e).

5.2.7. Through coordination with supported organizations, ensure that RC members who serve on AD tours funded by AC resources receive full pay, allowances, and entitlements; e.g., travel and per diem, as described in reference (e).

5.3. <u>The Commanders of Combatant Commands</u> shall:

5.3.1. Exercise combatant command (COCOM) over RC forces when mobilized or ordered to ADOT. COCOM consists of the authority specified 10 U.S.C. 164(c) (reference (d)), except that, unless otherwise directed by the Secretary of Defense, assigned RC forces on ADOT may not be deployed until validated by the parent Service for deployment.

5.3.2. Exercise Training Readiness Oversight (TRO) over assigned RC forces when those RC forces are on ADT. TRO is the degree of authority, short of COCOM, that Commanders of Combatant Commands may exercise over RC forces. Specific TRO authority is outlined in reference (e).

6. <u>EFFECTIVE DATE</u>

This Directive is effective immediately.

John P. White
Deputy Secretary of Defense

Enclosures - 1
1. Definitions

# E1. ENCLOSURE 1

## DEFINITIONS

E1.1.1. Active Duty (AD). Full-time duty in the active military service of the United States. It includes full-time training duty, annual training duty, and attendance, while in active military service, at a school designated as a service school by law and the Secretary of the Military Department concerned. It does not include full-time National Guard duty. For the RC, AD is comprised of the categories ADT and ADOT.

E1.1.2. Active Duty for Special Work (ADSW). A tour of AD for Reserve personnel authorized from military or Reserve personnel appropriations for work on AC or RC programs (ADSW-AC funded or ADSW-RC funded). The purpose of ADSW is to provide the necessary skilled manpower assets to support existing or emerging requirements. By policy, ADSW tours are normally limited to 139 days, or less, in one fiscal year. Tours exceeding 180 days are accountable against AC or AGR end strength IAW 10 U.S.C. 115 (reference (d)), unless specifically provided for in public law. Training may occur in the conduct of ADSW.

E1.1.3. Active Duty for Training (ADT). A category of AD used to provide structured individual and/or unit training, or educational courses to RC members. Included in the ADT category are AT, IADT, and OTD. The primary purpose of ADT is to provide individual and/or unit readiness training, but ADT may support AC missions and requirements; i.e., operational support, thereby adding substance to the Total Force.

E1.1.4. Active Duty Other than for Training (ADOT). A category of AD used to provide RC support to either AC or RC missions. It includes the categories of ADSW, AGR duty, and involuntary AD IAW Sections 12301, 12302, and 12304 of reference (d) and 14 U.S.C. 712 (reference (f)). Training may occur in the conduct of ADOT.

E1.1.5. Active Guard and Reserve (AGR) Duty. AD performed by a member of an RC of the Army, Navy, Air Force, or Marine Corps, Coast Guard, or FTNGD performed by a member of the National Guard under an order to AD or FTNGD for a period of 180 consecutive days or more for organizing, administering, recruiting, instructing, or training the Reserve components. Personnel performing such duty are included in the Full Time Support numbers for each RC under the collective title of AGR. This includes Navy Training and Administration of Reserves, Marine Corps Active Reserves, and Coast Guard Reserve Reserve Program Administrators.

E1.1.6. Annual Training (AT). It is the minimum period of training that Reserve members must perform each year to satisfy the training requirements associated with their RC's assignment. The primary purpose of AT is to provide individual and/or unit readiness training, but AT may support AC missions and requirements; i.e., operational support, thereby adding substance to the Total Force.

E1.1.7. Contributory Support. Support to military operations or missions, other than war or contingency operations, provided by members or units of the RCs.

E1.1.8. Full-Time National Guard Duty (FTNGD). Training or other duty, other than inactive duty, performed by a member of the ARNGUS or the ANGUS in a member's status as a member of the National Guard of a State or territory, the Commonwealth or Puerto Rico, or the District of Columbia as described in 10 U.S.C. 101(d)(5) of reference (d). FTNGD is active service IAW Section 101(d)(3) of reference (d).

E1.1.9. Inactive Duty Training (IDT). Authorized training performed by members of an RC not on AD, and performed in connection with the prescribed activities of the RC, of which they are a member. It consists of regularly scheduled unit training periods, ATPs, and equivalent training as defined in DoD Instruction 1215.19 (reference (e)). The primary purpose of IDT is to provide individual and/or unit readiness training, but IDT may support AC missions and requirements; i.e., operational support, thereby adding substance to the Total Force. IDT also encompasses muster duty, in the performance of the annual screening program.

E1.1.10. Initial Active Duty Training (IADT). Training that provides basic military training and technical skill training required for all enlisted accessions. Provisions regarding IADT for non-prior Service persons, enlisted members receiving stipends under the Armed Forces Health Professions Stipend Program for Reserve Service, and all other enlistees and/or inductees are provided in reference (e).

E1.1.11. Involuntary Active Duty. Duty used in support of military operations when it is determined by the President or the Congress that RC forces are required to augment the AC. It is provided for within the provisions of Sections 12301 and 12302 of reference (d) for full and partial mobilization, respectively, Section 12304 of reference (d) for Presidential Selected Reserve Call-Up authority, and 14 U.S.C. 712 (reference (f)) for Secretary of Transportation Coast Guard Reserve call-ups for domestic emergencies. For other purposes, Secretaries concerned may order members involuntarily to AD IAW provisions of Section 12301(b) or 12303 of reference (d).

E1.1.12. Muster Duty (MD). A special category of IDT. Meets the continuous screening requirement established by Section 10149 of reference (d). A member of the Ready Reserve may be ordered without his consent to MD one time a year by an authority designated by the Secretary concerned IAW Section 12319 of reference (d).

E1.1.13. Other Training Duty (OTD). Training, other than IADT or AT, that provides all other structured training, to include on the job training, for individuals or units to enhance proficiency. OTD is authorized to provide for full-time attendance at organized and planned specialized skill training, refresher and proficiency training, and professional development education programs. It provides RC members with necessary skills and disciplines supporting RC missions. It should provide a primary training content to the recipient. The primary purpose of ODT is to provide individual and/or unit readiness training, but ODT may support AC missions and requirements; i.e., operational support, thereby adding substance to the Total Force.

E1.1.14. Reserve Component Categories (RCC). Categories identifying an individual's status in an RC. The three RCCs are Ready Reserve, Standby Reserve, and Retired Reserve. Each RC member is identified by a specific RCC designation.

E1.1.15. Training and Retired Categories (TRC). Categories identifying (by specific TRC designator) an RC member's training or retirement status in an RCC and an RC.

# Department of Defense
# DIRECTIVE

December 14, 1995
NUMBER 1215.13

ASD(RA)

SUBJECT: Reserve Component Member Participation Policy

References: (a) DoD Directive 1215.13, "Unsatisfactory Performance of Ready Reserve Obligation," June 30, 1979 (hereby canceled)
(b) DoD Directive 1215.5, "Participation in Reserve Training Programs," May 25, 1979 (hereby canceled)
(c) Assistant Secretary of Defense (Manpower, Reserve Affairs, and Logistics) Memorandum, "Equivalent Training for Training Selected Reservists," September 18, 1978 (hereby canceled)
(d) Assistant Secretary of Defense (Manpower, Reserve Affairs, and Logistics) Memorandum, "Policy on Reserve Participation in Training in the Selected Reserve," February 2, 1980 (hereby canceled)
(e) through (m), see enclosure 1

A. REISSUANCE AND PURPOSE

This Directive:

1. Reissues reference (a).

2. Replaces reference (b) and supersedes references (c) through (f) to update policy for satisfactory participation by members of the National Guard and the Reserve components in units and organizations of the Selected Reserve (SELRES) and as members of the Ready Reserve not assigned to the SELRES.

B. APPLICABILITY

This Directive applies to the Office of the Secretary of Defense and the Military Departments. The term "Military Services," as used herein, refers to the Army, the Navy, the Air Force, the Marine Corps and the Coast Guard (by agreement with the Department of Transportation when it is not operating as a Military Service in the Navy). The term "Military Departments," as used herein, refers to the Departments of the Army, the Navy, the Air Force, and the Coast Guard when it is not operating as a Service in the Department of the Navy.

C. POLICY

1. Reserve Participation

a. Minimum Requirements

(1) Each individual inducted, enlisted, or appointed in one of the Reserve components of the United States, who becomes a member of the Ready Reserve (other than through membership in the National Guard of the United States), shall, during the required statutory period in the Ready Reserve, be scheduled to participate as follows, except as provided in DoD Directive 1215.6 (reference (g)):

(a) In at least 48 scheduled inactive duty training (IDT) periods and not less than 14 days (12 days for the Navy and Coast Guard), exclusive of travel time, of active duty training (ADT) each year ; or,

(b) On ADT for no more than 30 days each year, unless otherwise specifically prescribed by the Secretary of Defense.

(2) Subparagraphs C.1.a.(1)(a) and (b), above, do not apply to graduates of the Federal or State Maritime Academies who are commissioned in the Naval Reserve.

b. Training Requirements for Members of the Army and Air National Guard. Members of the Army and Air National Guard shall:

(1) Assemble for IDT and instruction at least 48 times each year.

(2) Participate in training encampments, maneuvers, or other exercises for not less than 15 days a year, unless excused by the Secretary concerned.

c. Other Training Requirements. Additional training requirements for members of the Ready Reserve are established in reference (g).

d. Minimum Periods of Service. All members of the Ready Reserve first appointed, enlisted, or transferred into the SELRES shall agree to serve for a specified period, as determined by the Secretary concerned. In no case shall that service be for a period of less than 1 year. That service shall be agreed to by execution of an enlistment contract or a separate written document. Either document may be used to meet the SELRES service agreement requirements to entitlement for educational assistance under DoD Instruction 1322.17 (reference (h)).

2. Discharges and Transfers. Members may be discharged or transferred, in accordance with section D., of DoD Instruction 1215.18 (reference (i)).

3. Involuntary Assignment

a. General. The Military Departments shall establish procedures to ensure that members of the Individual Ready Reserve (IRR) or members separated from active duty (AD) are afforded an equal opportunity for participation and assignment according to their skills, experience, and desires, and are not involuntarily assigned or transferred to the SELRES unless the respective Military Service's administrative requirements have been met. That requirement is not intended to reduce the obligations in section III of DoD Directive 1205.14 (reference (j)), to give

preference for existing or projected vacancies to fully qualified persons being involuntarily separated from the Military Services or to members who are in receipt of the Special Separation Benefit (SSB) or the Voluntary Separation Incentive (VSI) in accordance with 10 U.S.C. 1174(a) and 1175 (reference (k)).

b. Officers with Obligated Service. At the discretion of the Military Services and with the approval of the losing and gaining commanders, officers with obligated SELRES service may be involuntarily assigned or transferred to units in the SELRES of their Reserve component within the commuting distance defined in definition 1 of enclosure 2 of DoD Instruction 1215.18 (reference (i)).

4. Members Participating in the VSI or SSB Programs

a. General. The VSI and/or SSB programs offer entitlement benefits and two alternative separation payments and benefit options, each with a requirement for affiliation with the Ready Reserve of a Reserve component. Policy guidance for these two programs is found in the Assistant Secretary of Defense for Force Management and Policy Memorandums (references (l) and (m)). Members electing either the VSI and/or SSB program shall have an equal opportunity to compete for available SELRES billets as do other members of the Ready Reserve.

b. The VSI. For members who elect to participate in the VSI program, the VSI annual payments shall be discontinued if the member is separated from the Ready Reserve, unless one of the following conditions applies:

(1) If the member dies, full VSI annual payments shall continue to beneficiaries that the member has designated for the remaining period of entitlement.

(2) If the member becomes ineligible to continue to serve in the Ready Reserve due to law, regulation, policy, or other reasons determined to be no fault of the member concerned, the member shall be transferred to the Standby Reserve or the Retired Reserve of a Reserve component, as appropriate, but shall retain entitlement to VSI entitlements.

c. The SSB. Members who are approved for the SSB shall enter into a written agreement with the Military Department concerned to serve in the Ready Reserve for a period of not less than 3 years following their separation from AD. If the member has a Military Service Obligation (MSO) under Section 651 of Title 10 U.S.C. (reference (k)) or any other law that is not completed when the member is separated from AD, the 3-year obligation shall begin the day after the day the member completes that MSO. Members who receive the SSB and who subsequently receive compensation for a period of Active or Reserve component service may be required to repay a portion of their SSB if they later receive retired or retainer pay or subsequently become eligible for disability compensation from the Department of Veterans Affairs. (See the Assistant Secretary of Defense for Force Management and Personnel Memorandums (references (l) and (m)).

D. RESPONSIBILITIES

1. The Assistant Secretary of Defense for Reserve Affairs, under the Under Secretary of Defense for Personnel and Readiness, consistent with this Directive, shall:

a. Establish criteria for satisfactory participation by members of the National Guard and Reserve components in units and organizations of the SELRES and as members of the Ready Reserve not assigned to the SELRES; and,

b. Establish administrative procedures for processing members of the National Guard and Reserve components who do not meet the member participation requirements.

2. The Secretaries of the Military Departments, consistent with this Directive, shall:

a. Issue regulations prescribing criteria for "satisfactory and unsatisfactory participation" by members of their respective Reserve components; and,

b. Ensure that applicants understand their MSO before assignment to the Reserve component.

E. EFFECTIVE DATE

This Directive is effective immediately.

John P. White
Deputy Secretary of Defense

Enclosure
References

REFERENCES, continued

(e) Deputy Secretary of Defense Memorandum, "Policy on Reserve Participation in Training in the Selected Reserve," October 18, 1982 (hereby canceled)
(f) Deputy Secretary of Defense Memorandum, "Individual Ready Reserve Mandatory Annual Screening Policy," May 5, 1986 (hereby canceled)
(g) DoD Directive 1215.6, "Uniform Reserve, Training and Retirement Categories," December 18, 1990
(h) DoD Instruction 1322.17, "Montgomery GI Bill for the Selected Reserve," November 21, 1991
(i) DoD Instruction 1215.18, "Reserve Component Member Participation Requirements," January 11, 1996
(j) DoD Directive 1205.14, "Enlistment, Appointment and Assignment of Individuals in Reserve Components," May 24, 1974
(k) Title 10, United States Code
(l) Assistant Secretary of Defense for Force Management and Personnel Memorandum, "Voluntary Separation Incentive (VSI) and Special Separation Benefit (SSB) Policy Guidance," January 3, 1992
(m) Assistant Secretary of Defense for Force Management and Personnel Memorandum, "Policy Guidance for Additional Separation Benefits and Revised Policy for Issuance of Uniformed Services Identification (ID) and Privilege Cards for Voluntary Separation Incentive (VSI) and Special Separation Benefit (SSB) Program Beneficiaries," January 19, 1993