Department of Defense
# INSTRUCTION

NUMBER 1215.19
December 12, 2000

Administrative Reissuance Incorporating Change 1, March 8, 2001

USD (P&R)

SUBJECT: Uniform Reserve, Training and Retirement Category Administration

References: (a) DoD Instruction 1215.19, "Uniform Reserve, Training and Retirement Category Administration" March 14, 1997 (hereby canceled)
(b) DoD Directive 1215.6, "Uniform Reserve, Training and Retirement Categories," March 14, 1997
(c) DoD Directive 1205.17, "Official National Guard and Reserve Component Personnel Data," June 20, 1985
(d) DoD Instruction 7730.54, "Reserve Components Common Personnel Data System (RCCPDS)," March 15, 1999
(e) through (t), see enclosure 1

1. PURPOSE

This Instruction reissues reference (a) to implement policy, as provided in reference (b), assigns responsibilities, and prescribes procedures that pertain to:

1.1. The designation and use of uniform Reserve component (RC) categories (RCCs) and training and retired categories (TRCs) for the Ready Reserve, Standby Reserve, and Retired Reserve.

1.2. Categorizing, maintaining, and reporting personnel data in accordance with references (c) and (d).

1.3. The use of RC duty for both training and mission support purposes.

1.4. The minimum training criteria for each category of the RCs.

1.5. Capitalizing on RC capabilities to accomplish operational requirements while maintaining mission readiness for overseas and domestic operations.

1.6. Participation in Selective Service System (SSS) activities, civil defense activities, and Continental United States (CONUS) Defense programs by members of the Ready and Standby Reserve.

2. <u>APPLICABILITY AND SCOPE</u>

This Instruction applies to:

2.1. The Office of the Secretary of Defense, the Military Departments (including the Coast Guard when it is not operating as a Military Service in the Department of the Navy by agreement with the Department of Transportation (DoT)), the Chairman of the Joint Chiefs of Staff, the Combatant Commanders, the Defense Agencies, the DoD Field Agencies, and all other organizational entities within the Department of Defense (hereafter referred to collectively as "the DoD Components"). The term "Military Departments," as used herein, refers to the Departments of the Army, the Navy, and the Air Force. The term "Secretary concerned" refers to the Secretaries of the Military Departments and the Secretary of Transportation for the Coast Guard when it is not operating as a Service in the Navy. The term "Military Services" refers to the Army, the Navy, the Air Force, the Marine Corps, and the Coast Guard.

2.2. The requirements for categorizing and recording of RC personnel, and the training requirements for those categories.

2.3. All members of the total RCs to include the Ready Reserve, the Standby Reserve, and the Retired Reserve.

2.4. Use of all inactive duty (ID), inactive duty training (IDT), active duty (AD), and full-time National Guard duty (FTNGD) periods performed by all RC members not counted in Active component (AC) end strengths, in accordance with 10 U.S.C. 115(d) (reference (e)).

2.5. The designation and official recording of all Reserve force personnel data in the Reserve Component Common Personnel Data System (RCCPDS) in accordance with DoD Directive 1205.17 (reference (c)) and DoD Instruction 7730.54 (reference (d)).

2.6. The participation of RC members in approved programs outside the Department of Defense.

3. DEFINITIONS

Terms used, but not defined in the text of this Instruction, and the Uniform Reserve, training, and retirement categories used in this Instruction are defined in enclosure 2.

4. POLICY

It is DoD policy that:

4.1. All RC members are to be placed in the appropriate, authorized RCCs and TRCs.

4.2. All RC members are to be trained in accordance with their assignments and meet minimum, satisfactory training participation requirements.

4.3. RC Utilization be maximized. All training duty planned and performed by RC members should capitalize on RC capabilities to accomplish operational requirements while maintaining their mission readiness for overseas and domestic operations.

4.4. Assignment of RC members outside the United States is restricted to only those RC members qualified for duty outside the United States, and who are in the authorized status.

5. RESPONSIBILITIES

Under the provisions of DoD Directive 1215.6 (reference (b)):

5.1. The Assistant Secretary of Defense for Reserve Affairs, under the Under Secretary of Defense for Personnel and Readiness, shall:

5.1.1. Establish DoD policy guidance for RC training and retirement categories.

5.1.2. Establish policy guidance for the minimum training criteria and the IDT and AD requirements associated with each category.

5.2. The Secretaries of the Military Departments and the Commandant of the Coast Guard shall:

5.2.1. Designate all RC members in a RCC and TRC in accordance with criteria established in enclosures 2 and 4.

5.2.2. Ensure that plans and policies for the management of RCCs are consistent with reference (b) and this Instruction.

5.2.3. Ensure that RC members perform duty in accordance with the minimum criteria established for each RCC in enclosure 4.

5.2.4. Include in the budget for the active component both military personnel and operations and maintenance funds to provide AD tours for RC members on AD in support of AC programs.

5.2.5. Through coordination with supported organizations, ensure that RC members who serve on active duty tours funded by active component resources (i.e., Active Duty for Special Work (ADSW) - AC funded), receive full pay, allowances, and entitlements appropriate for the length of AD tour.

5.2.6. Establish criteria for combining AD and IDT to achieve desired readiness levels and to meet requirements, as necessary.

5.3. The Commanders of the Combatant Commands shall:

5.3.1. Exercise Combatant Command (COCOM) over RC forces when mobilized or ordered to Active Duty Other than for Training (ADOT). COCOM consists of the authority specified in 10 U.S.C. 164(c) (reference (e)), except that, unless otherwise directed by the Secretary of Defense, assigned RC forces on ADOT may not be deployed until validated by the parent Service for deployment.

5.3.2. The degree of authority, short of COCOM, that Commanders-in-Chief (CINC) have over assigned RC forces when not on AD, and when on ADT, is defined as Training Readiness Oversight (TRO). TRO includes specific authority to:

5.3.2.1. Provide guidance to Service component commanders on operational requirements and priorities to be addressed in Military Department training and readiness programs.

5.3.2.2. Comment on Service component program recommendations and budget requests.

5.3.2.3. Coordinate and approve participation by assigned RC forces in joint exercises and other joint training when on ADT or performing IDT.

5.3.2.4. Obtain and review readiness and inspection reports on assigned RC forces.

5.2.3.5. Coordinate and review mobilization plans (including post-mobilization training activities and deployability validation procedures) developed for assigned RC forces.

6. PROCEDURES

6.1. Placement of RC Members in RCCs and TRCs

6.1.1. In accordance with 10 U.S.C. 115(d) (reference (e)), each unit and member of the RCs not counted in AD end strengths pursuant to Section 115 (a)(1) of reference (e) shall be placed in one of the RCCs and TRCs identified. Individuals shall be assigned to RCCs and TRCs based on their RC obligations to meet mission requirements and training requirements.

6.1.2. Table 1 (see enclosure 4) establishes authorized RCCs and TRCs in the RCs for training and accountability purposes. Enclosure 2 describes those categories.

6.2. Guidelines for RC Duty Categories

6.2.1. Enclosure 5 graphically portrays the primary duty categories for RC members. The duty categories and guidelines for their use are provided below.

6.2.2. Inactive Duty Training (IDT). Authorized training performed by members of an RC not on AD, and performed in connection with the prescribed activities of the RC of which they are a member. It consists of regularly scheduled unit training periods, additional IDT periods, and equivalent training. The primary purpose of IDT is to provide individual and/or unit readiness training. IDT may support AC missions and requirements; i.e., operational support, thereby adding substance to the Total Force.

6.2.2.1. Paid IDT periods shall not be under 4 hours. No more than two IDT periods may be performed in any calendar day. In accordance with 37 U.S.C. 206 (reference (f)) and within the guidelines prescribed below, Service Secretaries may prescribe additional standards for IDT.

6.2.2.2. IDT periods for points only (without pay) shall not be less than 2 hours with a maximum of two points authorized in any 1 calendar day.

6.2.2.3. One retirement point in any 1 calendar day may be granted for attendance at a professional or trade convention, with a minimum of 4 hours, in accordance with DoD Instruction 1215.7 (reference (g)).

6.2.2.4. Where practical, multiple IDT periods over consecutive days shall be used to maximize training effectiveness and/or enhance mission support.

6.2.2.5. IDT shall not be performed in designated Imminent Danger Areas.

6.2.2.6. <u>Additional IDT Periods</u>. A sub-category of IDT.

6.2.2.6.1. Additional IDT periods improve readiness by providing for individuals and units the required and necessary training to attain and maintain designated readiness levels. The Secretary concerned shall establish guidance for and approve use of additional IDT periods in accordance with limits in paragraphs 6.2.2.6.3.1. through 6.2.2.6.3.3., below.

6.2.2.6.2. Additional IDT periods are for the use of drilling Reservists who are not military technicians. The RC shall identify additional IDT periods separately from normal unit or individual training periods in budget documents and in internal records so that training period costs and training support costs for each type of additional training clearly may be identified, justified, and audited. If additional IDT periods are approved for use by military technicians, they shall be identified separately in budget documents to monitor compliance with this Instruction.

6.2.2.6.3. Three categories of additional IDT periods are:

6.2.2.6.3.1. Additional training periods (ATPs) for units, components of units, and individuals are for accomplishing additional required training, as defined by post-mobilization mission requirements. The number of those training periods shall not exceed 30 each fiscal year (FY) for any member.

6.2.2.6.3.2. Additional flying and flight training periods (AFTPs) are authorized for primary aircrew members for conducting aircrew training and combat crew qualification training to attain and maintain aircrew flying proficiency and sustain required readiness. These AFTPs shall not be in addition to the ATPs in paragraph 6.2.2.6.3.1., above. The number of these training periods shall not exceed 48 each FY for any aircrew member, unless specifically authorized by the Secretary concerned.

6.2.2.6.3.3. Readiness management periods (RMPs) are used to support the following functions in preparing units for training: the ongoing day-to-day operation of the unit, accomplishing unit administration, training preparation, support activities, and maintenance functions. The number of RMPs shall not exceed 30 each FY for any member. Those training periods shall be used only where sufficient full-time support (FTS) personnel are not available to accomplish those duties. These RMPs shall not be performed on the same day another training period (IDT, ATP, or AFTP) is being performed and not more than one RMP shall be performed by an individual in 1 calendar day.

6.2.2.6.4. Notwithstanding the limitations in subparagraphs 6.2.2.6.3.1. and 6.2.2.6.3.3., above, the Secretary concerned may authorize ATPs or RMPs in excess of those specified on an exception basis. Exceptions shall be strictly limited to specific skills and missions requiring training in excess of that authorized in subparagraphs 6.2.2.6.3.1. and 6.2.2.6.3.3., above. In no case shall either ATPs or RMPs, or a combination of those additional IDT periods, exceed 54 in each FY for each person. Those training periods shall not be used for augmenting missions, and must provide bona fide training opportunities required to meet readiness levels. This authority may not be delegated below the Secretaries of the Military Departments.

6.2.3. Inactive Duty (ID). Authorized duty, other than training, performed by members of an RC not on AD. It consists of Muster Duty and Funeral Honors Duty.

6.2.3.1. Muster Duty (MD). A special category of ID. Meets the continuous screening requirement established by 10 U.S.C. 10149 (reference (e)). A member of the Ready Reserve may be ordered without his consent to MD one time a year by an authority designated by the Secretary concerned in accordance with Section 12319 of reference (e).

6.2.3.1.1. MD shall be considered equivalent to IDT, except for pay, and shall include a minimum of 2 hours at the muster site. MD shall not be performed for more than 1 day, including travel, each calendar year. An allowance for MD shall be paid in accordance with 37 U.S.C. 433 and DoD Instruction 1215.7 (references (f) and (g)) at the rate determined by the DoD Per Diem Committee and included in the DoD 7000.14-R (reference (h)).

6.2.3.1.2. In cases where a total of more than 1 day is required to meet the MD requirement, or in other specific circumstances approved under regulations issued by the Secretary concerned, ADT may be used instead of MD.

6.2.3.2. Funeral Honors Duty (FHD). The rendering of military funeral honors is the ceremonial paying of respect and the final demonstration of the country's gratitude to those who, in times of war and peace, have faithfully defended our Nation. Funeral Honors Duty includes both the preparation for and the actual performance of funeral honors functions at the funeral of a veteran as defined in Section 1491 of reference (e).

6.2.3.2.1. Members of the Ready Reserve may perform FHD in a voluntary status in accordance with the provisions of Section 12503 of reference (e) or 32 U.S.C. 115 (reference (i)). No more than one FHD period shall be performed in a day. FHD shall include a minimum of 2 hours of duty during a day, including travel, for the performance of duty and/or preparation/training for duty. Service credit for this duty shall be in accordance with Section 12732(a)(2)(E) of reference (e). This duty may be performed in either a pay or non-pay status. If in a pay status, an allowance for FHD shall be paid in accordance with either Section 435 or 206 of reference (f), as authorized by the Secretary concerned.

6.2.3.2.2. Though other AD categories may be used to provide funeral honors support, the duty category in which funeral honors and the preparation for funeral honors are performed shall be determined by the Secretary concerned, and in no case may the performance of funeral honors or the preparation for such honors be considered a period of drill or training.

6.2.4. Active Duty. Full-time duty in the active Military Service of the United States. It includes full-time training duty, annual training duty, and attendance, while in active Military Service, at a school designated as a Service school by law and the Secretary of the Military Department concerned. It does not include full-time National Guard duty. For the RC, AD is comprised of the categories ADT and ADOT.

6.2.4.1. At any time, an authority designated by the Secretary concerned may order a member of the RC under his or her jurisdiction to AD or retain him or her on AD with the consent of the member under the authority of 10 U.S.C. 12301(d), 12301(h) and 12322 (reference (e)). However, a member of the Army National Guard of the United States (ARNGUS) or Air National Guard of the United States (ANGUS) may not be ordered to AD under that authority without the consent of the Governor or other appropriate authority of the State or territory, the Commonwealth of Puerto Rico, or the District of Columbia. The categories of AD for RC members serving with RC are depicted at enclosure 5 and described in paragraphs 6.2.4.2. and 6.2.4.3., below.

6.2.4.2. Active Duty for Training (ADT). A category of AD used to provide structured individual and/or unit training, or educational courses to RC members. Included in the ADT category are AT, IADT, and OTD. The primary purpose of ADT is to provide individual and/or unit readiness training. ADT may support AC missions and requirements; i.e., operational support, thereby adding substance to the Total Force.

6.2.4.2.1. Initial AD training (IADT), which includes basic military training and technical skill training, is required for all enlisted accessions. Paragraph 6.5.4.1.4.1., below, provides specific guidance on IADT.

6.2.4.2.2. Annual Training (AT) is the minimum period of AD training that Reserve members must perform each year to satisfy the training requirements associated with their RC assignment. The primary purpose of AT is to provide individual and/or unit readiness training. AT may support AC missions and requirements; i.e., operational support, thereby adding substance to the Total Force. AT may be required for all members of the Ready Reserve. By DoD policy, members of the Selected Reserve shall perform AT. For all members of Selected Reserve units, except for those in the National Guard, that training shall be for not less than 14 days (exclusive of travel time) each year in accordance with Section 10147 of reference (e), and not less than 12 days (exclusive of travel time) for the Coast Guard Reserve. National Guard units are required to perform full-time military training (in AD/full-time National Guard duty status) for at least 15 days each year including travel time in accordance with 32 U.S.C. 502 (reference (i)). Individual Mobilization Augmentees (IMAs) are members of the Selected Reserve, not assigned to a Reserve unit organized to serve as a unit. IMAs are required to perform a minimum of 12 days of AT each year in accordance with DoD Directive 1235.11 (reference (j)). Accomplishing AC operational requirements or mission support, as a consequence of

conducting unit or individual training, may be a key element in planning and conducting AT.

6.2.4.2.3. Other Training Duty (OTD) is authorized training, other than IADT or AT, that provides all other structured training, to include on the job training, for individuals or units to enhance proficiency. OTD is authorized to provide for full-time attendance at organized and planned specialized skill training, refresher and proficiency training, and professional development education programs. It shall be used to support RC members in obtaining the necessary skills and disciplines to achieve required readiness standards. The primary purpose of OTD is to provide individual and/or unit readiness training. OTD may support AC missions and requirements; i.e., operational support, thereby adding substance to the Total Force. Authorization for ADT shall be managed in accordance with directives established by the Secretaries concerned. Non-military technician personnel shall receive priority consideration for such training. OTD may support active component (AC) missions and requirements, when it also provides individual and/or unit readiness training.

6.2.4.3. <u>Active Duty Other than for Training (ADOT)</u>. A category of AD used to provide RC support to either AC or RC missions. It includes the categories of ADSW, AGR Duty, and involuntary AD in accordance with 10 U.S.C. 12301, 12302, and 12304 (reference (e)), and 14 U.S.C. 712 (reference (k)). Training may occur in the conduct of ADOT.

6.2.4.3.1. AD for special work (ADSW) is an authorized tour of AD for RC personnel from applicable military or Reserve personnel appropriations (ADSW-AC funded or ADSW-RC funded) to support AC or RC programs, respectively. The purpose of ADSW is to provide the necessary skilled manpower assets to support existing or emerging requirements. Training may occur in the conduct of ADSW. Authorization of ADSW shall be managed in accordance with Directives established by the Secretary concerned. To assist the Military Services in managing these tours the following guidelines are provided.

6.2.4.3.1.1. Consistent with the purpose of ADSW, which is to provide temporary support, these tours are normally limited to 139 days, or fewer, in one FY by DoD policy. However, the Secretary concerned may grant exceptions to this policy on an individual basis for specific mission requirements.

6.2.4.3.1.2. ADSW tours exceeding 180 days are accountable against AD strengths (active component, or AGR end strengths, consistent with pay appropriations) in accordance with Section 115 of reference (e) unless specifically

provided for in public law. Short breaks in tours; i.e., 30 days or fewer, to circumvent this accountability requirement, are not authorized.

6.2.4.3.1.3. Non-military technician personnel shall receive priority consideration for those tours. Training may occur in the conduct of ADSW.

6.2.4.3.2. AGR duty is AD performed by a member of an RC of the Army, Navy, Air Force, or Marine Corps, Coast Guard, or FTNGD performed by a member of the National Guard under an order to AD or FTNGD for a period of 180 consecutive days or more for organizing, administering, recruiting, instructing, or training the Reserve components, or to perform other duties as prescribed in Section 12310 of reference (e). Personnel performing such duty are included in the FTS numbers for each RC under the collective title of Active Guard and Reserve (AGR). This includes Naval Reserve Training and Administration of Reserves (TARs) and canvasser recruiters, Marine Corps Reserve Active Reserves (ARs), and Coast Guard Reserve, Reserve Program Administrators (RPAs).

6.2.4.3.3. Involuntary AD is used in support of military operations when the President or the Congress determines that RC forces are required to augment the AC. It is provided for within the provisions of 10 U.S.C. 12301 and 12302 (reference (e)) for full and partial mobilization, respectively, Section 12304 of reference (e) for Presidential Reserve Call-Up authority, and 14 U.S.C. 712 (reference (k)) for Secretary of Transportation Coast Guard Reserve call-ups for domestic emergencies. For other purposes, Secretaries concerned may order members involuntarily to AD in accordance with provisions of Sections 12301(b) or 12303 of reference (e) and Section 712 of reference (k). Involuntary duty also includes RC members in a captive status, in accordance with Section 12301(g) of reference (e) and members ordered to AD for disciplinary purposes in accordance with Section 802(d) of reference (e).

6.3. Maximize RC Utilization

6.3.1. All training duty planned and performed by RC members should capitalize on RC capabilities to accomplish operational requirements while maintaining their mission readiness for overseas and domestic operations. RC members may be employed to accomplish operational requirements and mission support as part of conducting training duty. Enclosure 5 depicts the structure and relationships of RC duty categories for ID, AD, and FTNGD.

6.3.2. Training programs shall provide for the minimum training time or number of training periods required for attaining the prescribed unit readiness status and

maintaining individual proficiency. Mission support may be a key element in developing training programs, but training shall be the paramount consideration.

6.3.3. Combinations of AD, ID, and FTNGD may be used to achieve desired readiness levels and mission requirements. However, the specific criteria established for each type of AD, ID, and FTNGD must be considered when combining various types of duty.

6.4. Assignment Restrictions Outside the United States

6.4.1. A member of the RCs shall not be assigned to AD on land outside the United States, its territories and possessions, until the member has completed the basic training requirements of the member's Armed Force in accordance with Section 671(a) of reference (e).

6.4.2. FTNGD shall not be performed on land outside the United States, its territories or possessions, because a member of the RCs must be in a status provided for in reference (e).

6.5. Training Participation Requirements

6.5.1. The Secretaries concerned shall establish standards for satisfactory participation at required training periods, which shall include the number and percentages of training periods for meeting the minimum standards, in accordance with DoD Directive 1215.13 (reference (l)). Individuals attending IDT periods are required to meet those minimum training standards. Those standards shall contain procedures for accounting for absences and excused drills, as necessary. Individuals may voluntarily attend extra IDT periods for points.

6.5.2. There is no statutory maximum annual limit on required training for members of the National Guard.

6.5.3. To ensure that trained and qualified RC units and individuals are available for AD throughout the entire spectrum of requirements, including war or national emergency, contingency operations, military operations other than war, contributory support, and at such other times as the national security may require, and that funds appropriated annually for RC training and operations are adequate for meeting these requirements, the Secretary concerned shall establish necessary criteria and procedures to do the following:

6.5.3.1. Approve any additional IDT as necessary and consistent with law. Authorizing and utilizing additional training is subject to the categories, limitations, and controls in subparagraph 6.2.2.6., above.

6.5.3.2. Ensure that all RC members receive training in accordance with assignments and required readiness levels. Minimum training requirements are provided for in 10 U.S.C. 10147 (reference (e)) and further prescribed in paragraphs 6.2.2., 6.2.4., and 6.5.4.

6.5.3.3. Provide for training for the Individual Ready Reserve (IRR), Standby Reserve, and Retired Reserve in a voluntarily status in accordance with DoD procedures described below.

6.5.4. Training Requirements by Personnel Category

6.5.4.1. Selected Reserve

6.5.4.1.1. IDT. Except as specifically provided in paragraph 6.5.4.2., below, members of the Ready Reserve shall participate in 48 scheduled drills or training periods each year. By DoD policy, that requirement applies to all members of Selected Reserve units; however, the Secretary concerned may, except in the case of the ARNGUS or the ANGUS, reallocate the number of scheduled drills within a Reserve component where warranted to achieve readiness requirements. The Secretary concerned may reduce the number of scheduled drills of selected lower priority units and increase the scheduled drills of higher priority units by not more than 10 percent, rounded to the nearest whole number. The aggregate number of scheduled drills within a component shall not be reduced by this reallocation (Section 10147 of reference (e) and 32 U.S.C. 502 (reference (i))). IDT requirements for individual Selected Reserve members not assigned to a unit organized to serve as a unit, or Individual Mobilization Augmentees (IMAs), shall be determined by the organization to which assigned and resourced by the appropriate Service component in accordance with DoD Directive 1235.11 (reference (j)).

6.5.4.1.2. AT. Except as specifically provided in paragraph 6.5.4.2., below, AT is required for all members of the Ready Reserve. By DoD policy, the requirement for ADT for purposes of AT is limited to members of the Selected Reserve. For members of the Reserves, ADT for purposes of AT shall be for not less than 14 days, 12 days for the Coast Guard Reserve, (exclusive of travel time) each year, except as provided in paragraph 6.5.4.1.2.1., below. Units of the National Guard are

required to perform full-time military training for at least 15 days each year, including travel time in accordance with 32 U.S.C. 502 (reference (i)).

6.5.4.1.2.1. AT for IMAs or other Selected Reserve members not assigned to a unit organized to serve as a unit, and in training categories ordered to AD for AT at headquarters, support organizations, or to activities not operating on Saturday, Sunday, or Federal holidays, normally is limited by DoD policy to 12 days excluding travel time (i.e., from Monday of the first week through Friday of the second week). Such training may begin on any day of the week to maximize training opportunities, or to support a training event or activity.

6.5.4.1.2.2. When required, members may be ordered to AT for longer periods than those minimum periods established in paragraphs 6.5.4.1.2. and 6.5.4.1.2.1., above, up to a maximum of 30 days each FY, for activities that enhance readiness or provide support to operational missions that results from the required training. Training may begin on any day of the week to maximize training opportunities, or support a training event or activity.

6.5.4.1.2.3. Annual training normally is performed during one consecutive period. Split tours may be authorized for selected units or individuals, if required to meet training missions or enhance mission support associated with required training. Any additional costs must be justified fully. Authorization for variations in AT lengths shall be managed in accordance with Directives established by the Secretary concerned.

6.5.4.1.3. Periods of AD Performed by Members of the Selected Reserve. AD performed under 10 U.S.C. 12301(d), 12302, 12304, and 12406 (reference (e)), may not be substituted for training required by Section 10147 of reference (e) and by subparagraph 6.5.4.1.2., above, unless in the judgment of the Secretary concerned:

6.5.4.1.3.1. AD performed under Sections 12301(d), 12302, 12304, or 12406 of reference (e) is equivalent to the training that might have been performed under the authority of Section 10147 of reference (e) and paragraph 6.5.4.1.2., above.

6.5.4.1.3.2. AD performed under Sections 12301(d), 12302, 12304, or 12406 of reference (e) when combined with training required by Section 10147 of reference (e) and paragraph 6.5.4.1.2., above, constitutes an undue personal hardship.

6.5.4.1.4. Initial Active Duty Training

6.5.4.1.4.1. Initial AD training (IADT) is a sub-category of ADT used to provide basic military training and technical skill training required for all enlisted accessions. For non-prior service (NPS) persons who are qualified for induction for active duty in an Armed Force (generally male citizens and resident aliens between the ages of 18 1/2 and 26 years of age) and who are not under orders to report for induction under the Military Selective Service Act (50 U.S.C. App 451 et seq., reference (m)), IADT shall be for a period of not less than 12 weeks, to commence, insofar as practical, within 270 days after the date of enlistment in accordance with 10 U.S.C. 12103 (reference (e)). For all other enlistees and inductees, the period of IADT shall be prescribed by the Secretary concerned to commence, insofar as practical, within 360 days after entry into Service, except that in time of war or national emergency declared by Congress or the President, basic training (or its equivalent) shall be for a period of not less than 12 weeks in accordance with Section 671(b) of (reference (e). Periods of basic training or equivalent training shorter than 12 weeks may also be established by the Secretary concerned for members who have been credentialed in a medical profession or occupation and are serving in a healthcare occupational specialty in accordance with Section 671(c) of reference (e). Enlisted members receiving stipends under the Armed Forces Health Professions Scholarship Program (AFHPSP) for Reserve Service are not required to participate in Ready Reserve training until they have completed their educational training in accordance with Sections 671(b), 12103, and 16201 of reference (e).

6.5.4.1.5. The Secretaries concerned may require members enlisted for service in the Selected Reserve to participate in IDT periods before completing IADT. Those training periods shall be with pay. Voluntary participation in IDT before completing IADT may be authorized in either a pay or non-pay status.

6.5.4.1.6. In accordance with Section 10147(b) of reference (e), an individual Reservist may not be required to perform a period of ADT if the first day of that period falls during the last 120 days of the member's required membership in the Ready Reserve if the member has served on AD for one year or longer.

6.5.4.2. Individual Ready Reserve and Inactive National Guard (IRR/ING)

6.5.4.2.1. Members of the IRR, not scheduled for mandatory or voluntary training, may be required to serve one day of MD each year to accomplish continuous screening requirements in accordance with Sections 10149, 10204, 10205, 10206, 12319, and 12644 of reference (e). Exemptions from IRR screening during

one FY are authorized for members who served on AD during the FY; who reside outside geographical limitations established by the Secretaries concerned, or the Commandant of the Coast Guard when not operating as a Service in the Navy; who are in the grade of O-4 or higher, and have no remaining required period of membership in the Ready Reserve, or, who were successfully screened in the preceding FY. Under no circumstances should a member serve an initial period in the IRR of more than 18 months without participating in a screening either during an annual muster day, during a period of training, or through some other means. The Services are required to maintain records on the current status of each member's physical condition, dependency status, military qualifications, civilian occupational skills, availability for service, present address, and other necessary information to facilitate a call-up to active duty, as prescribed.

6.5.4.2.2. Members of the IRR, including individuals enlisting directly into the IRR, may participate voluntarily in IDT, for points only, in accordance with the regulations of the Military Services. Those IRR members participating in approved programs outside the Department of Defense (enclosure 3) may participate in IDT, with pay, if that pay is reimbursable from the supported non-DoD organization to the Department of Defense.

6.5.4.2.3. Members of the ING shall muster with their assigned unit once a year to maintain their ING status and unit affiliation. They may not participate in any training activities in either a pay or points only status, and are not eligible for promotion.

6.5.4.3. Standby Reserve. The Standby Reserve consists of personnel who maintain their military affiliation without being in the Ready Reserve in accordance with 10 U.S.C. 10141, 10150, 10151, 10152, and 10153 (reference (e)) and DoD Directive 1235.9 (reference (n)).

6.5.4.3.1. Active Status List. By DoD policy, members of the Standby Reserve in an active status may participate voluntarily without pay in RC training for retirement points only. These members may be considered for promotion and, if selected, be promoted. The following members of the Standby Reserve are in an active status:

6.5.4.3.1.1. Personnel who have not fulfilled their statutory MSO.

6.5.4.3.1.2. Personnel temporarily assigned to the Standby Reserve because of hardship, or other cogent reason, who intend to return to the Ready Reserve.

6.5.4.3.1.3. Personnel retained in an active RC status under Section 12646 of reference (e).

6.5.4.3.1.4. Members transferred from the Ready Reserve to the Standby Reserve, after being designated as "key personnel" by their employers, may volunteer for assignment to the Standby Reserve Active Status List for the period they remain designated as key personnel. Individuals desiring to be transferred shall apply directly to the RC concerned.

6.5.4.3.2. Inactive Status List. The following members of the Standby Reserve are in an inactive status (they may not participate for points, pay, or promotion credit and may not be considered for promotion, or be promoted):

6.5.4.3.2.1. Members transferred to the Inactive Status List instead of separating in accordance with Section 1209 of reference (e).

6.5.4.3.2.2. All other members transferred to the Inactive Status List in accordance with DoD Directive 1235.9 (reference (n)). Personnel enrolled in a military school course, including correspondence courses, when transferred from the Ready Reserve to the Standby Reserve Inactive Status List may continue voluntary participation in the course until completion. Those personnel shall not be entitled to pay and allowances, travel and transportation, or earn retirement points for that training.

6.5.4.4. Retired Reserve. Consists of all personnel transferred to the Retired Reserve and subject to mobilization in accordance with DoD Directive 1352.1 (reference (o)). Retired Reservists may voluntarily train, with or without pay. The Retired Reserve consists of the following categories:

6.5.4.4.1. Reserve members receiving retired pay under Chapter 1223 of reference (e).

6.5.4.4.2. Reserve members who have transferred to the Retired Reserve after completing the requisite qualifying years creditable for retired pay under 10 U.S.C. Chapter 1223 (reference (e)), but who are not yet 60 years of age, or are age 60 and have not applied for retired pay.

6.5.4.4.3. Reserve members retired for physical disability under Sections 1201, 1202, 1204, or 1205 of reference (e). Members who have completed the requisite years of Military Service creditable for non-regular retired pay under Chapter 1223 of reference (e) or are 30-percent or more disabled and otherwise qualified under Section 1201 of (reference (e)).

6.5.4.4.4. Reserve officers and enlisted members who have retired after completion of 20, or more, years of active Military Service. This does not include Regular enlisted members of the Navy or the Marine Corps, with 20 to 30 years of active Military Service, who are transferred to the Fleet Reserve (Navy) or the Fleet Marine Corps Reserve.

6.5.4.4.5. Reserve personnel drawing retired pay based on retirement for reasons other than age, service requirements, or physical disability. This category is restricted to those who are retired under special conditions, as authorized by the Assistant Secretary of Defense for Reserve Affairs under legislation.

6.6. Voluntary Training. Members of the RCs, not subject to mandatory training, shall be encouraged to participate to maintain their mobilization readiness. The opportunity to participate voluntarily without pay in training shall be limited by the manpower and resources authorized by the Secretary concerned.

6.7. Funds. Funds for personnel in uniform Reserve, training and retirement categories shall be in accordance with DoD 7000.14-R (reference (p)). The Secretary concerned should include in the military personnel and operations and maintenance budgets for the AC, funds to provide AD tours for Reserves on active duty, including temporary duty, in support of AC and RC programs.

7. EFFECTIVE DATE

This Instruction is effective immediately.

Bernard D. Rostker
Under Secretary of Defense
(Personnel and Readiness)

Enclosures - 5
- E1. References, continued
- E2. Definitions and Uniform Reserve, Training and Retirement Categories
- E3. Members Participating In Approved Programs Outside the Department of Defense
- E4. Table 1, "Authorized Reserve, Training and Retirement Categories"
- E5. Chart, "Reserve Component Duty Categories"

E1. ENCLOSURE 1

REFERENCES, continued

(e) Title 10, United States Code, "Armed Forces"
(f) Sections 206, 433, and 435 of title 37, United States Code, "Pay and Allowances of the Uniformed Services"
(g) DoD Instruction 1215.7, "Service Credit for Reserve Retirement," October 15, 1993
(h) DoD 7000.14-R, "Department of Defense Financial Management Regulation," Volume 7A, "Military Pay Policy and Procedures for Active Duty and Reserve Pay," April 2000
(i) Title 32, United States Code, "National Guard"
(j) DoD Directive 1235.11, "Management of Individual Mobilization Augmentees (IMAs)," May 6, 1996
(k) Sections 276, 291, and 712 of title 14, United States Code, "Coast Guard"
(l) DoD Directive 1215.13, "Reserve Component Member Participation Policy," December 14, 1995
(m) Sections 451 to 500 and the Appendix of title 50, United States Code, "Military Selective Service Act"
(n) DoD Directive 1235.9, "Management of the Standby Reserve," February 10, 1998
(o) DoD Directive 1352.1, "Management and Mobilization of Regular and Reserve Retired Military Members," March 2, 1990
(p) DoD 7000.14-R, "Department of Defense Financial Management Regulation," Volume 2A, "Presentation and Formulation," June 2000
(q) DoD Directive 1200.7, "Screening the Ready Reserve," November 18, 1999
(r) Section 3101 of title 5, United States Code, "Government Organization and Employees"
(s) DoD Directive 1000.17, "Detail of DoD Personnel to Duty Outside the Department of Defense," February 24, 1997
(t) DoD Directive 3025.1, "Military Support to Civil Authorities," January 15, 1993

# E2. ENCLOSURE 2

## DEFINITIONS
## AND
## UNIFORM RESERVE, TRAINING AND RETIREMENT CATEGORIES

E2.1. DEFINITIONS

E2.1.1. Active Status. Status of all Reserves, except those on an inactive status list, assigned to the Inactive National Guard, or in the Retired Reserve. Reserve members in an active status may train with or without pay, earn retirement points, and may earn credit, and be considered, for promotion.

E2.1.2. Annual Screening. One-day ADT or MD each year for IRR members that enables the Armed Forces to maintain the current status of each member's physical condition, dependency status, military qualifications, civilian occupation skills, availability for service, and other information in accordance with 10 U.S.C.10149 (reference (e)).

E2.1.3. Contributory Support. Support to military operations or missions, other than war or contingency operations, provided by members or units of the RCs.

E2.1.4. Equivalent Training (ET). A sub-category of IDT. It is IDT performed instead of regularly scheduled IDT.

E2.1.5. Full-Time National Guard Duty (FTNGD). Training or other duty, other than inactive duty, performed by a member of the ARNGUS or the ANGUS in a member's status as a member of the National Guard of a state or territory, the Commonwealth or Puerto Rico, or the District of Columbia under 32 U.S.C. 316, 502, 503, 504, or 505 (reference (i)) for which the member is entitled to pay from the United States, or for which the member has waived pay from the United States. FTNGD is active service in accordance with Section 101(d)(3) of reference (e).

E2.1.6. IMA Detachments. An administrative organization of IMAs designed to assist in the training and management of those IMAs.

E2.1.7. Inactive Status. Status of Reserve members on an inactive status list of RC, or assigned to the ING. Those in an inactive status may not train for retirement points or pay, and may not receive credit for or be considered for promotion, or be promoted.

# E2. ENCLOSURE 2

## DEFINITIONS
## AND
## UNIFORM RESERVE, TRAINING AND RETIREMENT CATEGORIES

### E2.1. DEFINITIONS

E2.1.1. Active Status. Status of all Reserves, except those on an inactive status list, assigned to the Inactive National Guard, or in the Retired Reserve. Reserve members in an active status may train with or without pay, earn retirement points, and may earn credit, and be considered, for promotion.

E2.1.2. Annual Screening. One-day ADT or MD each year for IRR members that enables the Armed Forces to maintain the current status of each member's physical condition, dependency status, military qualifications, civilian occupation skills, availability for service, and other information in accordance with 10 U.S.C.10149 (reference (e)).

E2.1.3. Contributory Support. Support to military operations or missions, other than war or contingency operations, provided by members or units of the RCs.

E2.1.4. Equivalent Training (ET). A sub-category of IDT. It is IDT performed instead of regularly scheduled IDT.

E2.1.5. Full-Time National Guard Duty (FTNGD). Training or other duty, other than inactive duty, performed by a member of the ARNGUS or the ANGUS in a member's status as a member of the National Guard of a state or territory, the Commonwealth or Puerto Rico, or the District of Columbia under 32 U.S.C. 316, 502, 503, 504, or 505 (reference (i)) for which the member is entitled to pay from the United States, or for which the member has waived pay from the United States. FTNGD is active service in accordance with Section 101(d)(3) of reference (e).

E2.1.6. IMA Detachments. An administrative organization of IMAs designed to assist in the training and management of those IMAs.

E2.1.7. Inactive Status. Status of Reserve members on an inactive status list of RC, or assigned to the ING. Those in an inactive status may not train for retirement points or pay, and may not receive credit for or be considered for promotion, or be promoted.

E2.1.8. Key Employee. Any Reservist identified by his or her employer, private or public, as filling a key position.

E2.1.9. Key Position. A civilian position, public or private (designated by the employer in accordance with DoD Directive 1200.7 (reference (q)) that cannot be vacated during war or national emergency.

E2.1.10. Multiple IDT Periods (MIDTPs). Two scheduled IDT periods performed in one calendar day, each at least four hours in duration. No more than two IDT periods may be performed in one day.

E2.1.11. Non-Deployable Account. An account where Reservists (officer and enlisted) either in units or as individuals are assigned to a RCC and TRC, when the individual has not completed IADT or its equivalent. Reservists in a non-deployable account are not considered as trained strength assigned to units or mobilization positions and are not deployable overseas on land with those units or mobilization positions. See also "training pipeline," paragraph E2.2.1.1.6., below.

E2.1.12. Non-Prior Service (NPS) Personnel. Individuals without any prior Military Service, who have not completed IADT or its equivalent, and enlist directly into a U.S. Armed Force.

E2.1.13. Qualifying Years of Creditable Service for Non-Regular Retired Pay. The time National Guard or Reserve members must serve to be eligible for non-regular retired pay at age 60 years. Individuals must have at least 20 years of service, or as otherwise provided for in law, in which they received at least 50 retirement points, and the last eight years of such service (six years during designated drawdown period) must have been served in an RC.

E2.1.14. Reserve Components (RCs). RCs of the U.S. Armed Forces are:

E2.1.14.1. The Army National Guard of the United States (ARNGUS).

E2.1.14.2. The U.S. Army Reserve (USAR).

E2.1.14.3. The U.S. Naval Reserve (USNR).

E2.1.14.4. The U.S. Marine Corps Reserve (USMCR).

E2.1.14.5. The Air National Guard of the United States (ANGUS).

E2.1.14.6. The U.S. Air Force Reserve (USAFR).

E2.1.14.7. The U.S. Coast Guard Reserve (USCGR).

E2.1.15. Secretary Concerned. The Secretaries of the Army, the Navy and the Air Force, or the Secretary of Transportation, when the Coast Guard is operating as a DoT Agency.

E2.1.16. Trained Strength in Units. Personnel (drilling Reserve or National Guard members, AGR, and AC) assigned to Reserve units who, in the case of enlisted members, have completed IADT of 12 weeks, or its equivalent, and are eligible for deployment overseas on land when mobilized under proper authority. Excludes personnel in non-deployable accounts or a training pipeline.

E2.1.17. Training and Retired Categories (TRC). Categories identifying (by specific TRC designator) an RC member's training or retirement status in an RCC and an RC.

E2.1.18. Training Period. An authorized and scheduled regular IDT period. A training period must be at least four hours. The term was previously used interchangeably with other common terms such as drills, drill period, assemblies, periods of instruction, etc.

E2.1.19. Training Unit. A unit established to provide military training to individual Reservists or to RC units.

E2.1.20. Unit. For an RC of the Armed Forces, denotes a Selected Reserve unit organized, equipped, and trained to serve on AD as a unit, or that augments, or shall be augmented by, another unit.

E2.1.21. Voluntary Training. Training in a pay or non-pay status, especially applicable to RC members of the IRR, Standby Reserve active status list, and retirees. Participation in voluntary training may be achieved by training with Selected Reserve or voluntary training units; performing ADT; completing authorized military correspondence courses; attending designated courses of instruction; performing equivalent duty; participating in special military and professional events designated by the Military Department; or participating in authorized civil defense activities. Retirees may voluntarily train with organizations to which they are properly pre-assigned by orders for recall to AD in a national emergency or declaration of war.

Such training shall be limited to that training made available within the resources authorized by the Secretary concerned.

E2.1.22. Voluntary Training Unit. A unit established to provide RC training in a non-pay status for volunteers of the IRR and active status Standby Reserve attached under competent orders and participating in such units for retirement points. Also called "reinforcement training unit" or "mobilization training unit."

E2.2. RESERVE COMPONENT CATEGORIES (RCC)

Categories identifying an individual's status in an RC. There are three RCCs: The Ready Reserve, the Standby Reserve, and the Retired Reserve. Each member of the National Guard and Reserve is assigned within one of those categories. (All National Guard members, including those in the Inactive National Guard (ING), are in the Ready Reserve.)

E2.2.1. READY RESERVE CATEGORIES. The Ready Reserve is comprised of military members of the Reserve and National Guard, organized in units or as individuals, or both, and liable for involuntary order to AD in time of war or national emergency under 10 U.S.C. 12301 and 12302 (reference (e)) and 14 U.S.C. 712 (reference (k)). The Ready Reserve consists of three sub-categories: the Selected Reserve, the IRR, and the ING.

E2.2.1.1. Selected Reserve. The Selected Reserve consists of those units and individuals in the Ready Reserve designated by their respective Services, and approved by the Chairman of the Joint Chiefs of Staff, as so essential to initial wartime missions that they have priority over all other Reserves. All Selected Reservists are in an active status. They are trained as prescribed in Section 10147(a)(1) of reference (e) or 32 U.S.C. 502(a) (reference (i)), as appropriate. In addition to the involuntary call up authorities set out in the previous paragraph, members of the Selected Reserve may also be involuntarily called to AD to augment the active forces for any operational mission under Section 12304 of reference (e). The Selected Reserve includes the following:

E2.2.1.1.1. Selected Reserve Units. Units manned and equipped to serve and/or train either as operational or as augmentation units. Operational units train and serve as units. Augmentation units train together, but when mobilized, lose their unit identity and become part of an AC unit or activity. Selected Reserve units include:

E2.2.1.1.2. Drilling Unit Reservists. Trained unit members participating in unit training activities on a part-time basis shall have the RCC and TRC designator of "SA."

E2.2.1.1.3. Full-Time Members (Special Category). Trained Selected Reserve members who are performing AD or FTNGD for more than 180 days in a fiscal year, but who are exempted from counting against the AD strengths in accordance with 10 U.S.C. 101(d)(6)(B)(i) and (ii) (reference (e)). Specifically, this includes U.S. Property and Fiscal Officers and members performing duty for the purpose of interdiction and counter-drug activities. These personnel shall have the RCC and TRC of "SK."

E2.2.1.1.4. Unit Full-Time Support (FTS) Personnel

E2.2.1.1.4.1. AGR. Guard or Reserve members of the Selected Reserve serving on AGR duty assigned or attached to Selected Reserve units (to include full-time National Guard duty), as defined in Section 101 of reference (e), for the purposes of organizing, administering, recruiting, instructing, or training the RCs, or to perform other duties as prescribed in Section 12310 of reference (e). All such AGR members must be assigned against, or attached to, an authorized mobilization position in the unit they support. This includes Naval Reserve TARs, Marine Corps Reserve ARs, and Coast Guard Reserve RPAs. They shall have the RCC and TRC designator of "SG."

E2.2.1.1.4.2. Military Technician (Dual Status)(MT). A civilian employee of the Military Department concerned who is required as a condition of employment to maintain military membership in a Reserve component and who is assigned to a position as a technician in the administration and training of such Reserve component, or in the maintenance and repair of supplies or equipment issued to such Reserve component. The military and civilian position skills of MTs must be compatible. MTs are not accounted for separately in RCC/TRC categories. Accordingly, these MTs are accounted for in Reserve end strengths as Drilling Unit Reservists (E2.2.1.1.2. of this enclosure, above), and, as such, are accountable under the TRC designator of "SA." NOTE: There are certain technicians providing unit FTS who are not required to maintain military membership (i.e., non-dual status technicians) and others who are not required to hold compatible military and civilian positions.

E2.2.1.1.4.3. Non-Dual Status Technician (NDST). A civilian employee employed as a technician before November 18, 1997, under any of the authorities specified in Section 10217(b) of reference (e) and is not a member of the Selected Reserve or after that date has ceased to be a member of the Selected Reserve or is employed under 32 U.S.C. 709 (reference (i)) in a position designated under subsection (c) of that section and when hired was not required to maintain membership in the Selected Reserve. NDST shall encumber only those technician positions identified by the Secretary concerned as NDST positions.

E2.2.1.1.4.4. AC. AC personnel are not accounted for in RCC/TRC categories. Members of the active forces of the Military Services, paid from AC military personnel appropriations, assigned or attached to National Guard or Reserve units to provide advice, liaison, management, administration, training, and/or maintenance support in the category of FTS in accordance with 10 U.S.C. 12501 (reference (e)). These members are not part of the Selected Reserve, but may deploy with their assigned unit, should it mobilize. AC members performing FTS are counted as part of trained strength in units, but not in the Selected Reserve strengths.

E2.2.1.1.4.5. Civil Service Employees (CIV). CIVs are not accounted for in RCC/TRC categories. Such personnel are hired under 5 U.S.C. 3101 (reference (r)) and 32 U.S.C. 709 (reference (i)) to provide administrative support to RC units. They are in the category of FTS to the RCs, but are not part of the Selected Reserve. This category is exclusive of dual-status MTs and NDSTs.

E2.2.1.1.5. Individual Mobilization Augmentees (IMAs). Individual members of the Selected Reserve assigned to an RC billet in an AC or non-DoD organization. They are trained individuals pre-assigned to an AC or a Selected Service System (SSS) billet that must be filled to support mobilization (pre and/or post mobilization) requirements, contingency operations, operations other than war, or other specialized or technical requirements. IMAs participate in training activities on a part-time basis with an AC unit or SSS preparing for active service, as required. The amount of training required is determined by DoD policy and may vary from 0 to 48 IDT periods per year. All IMAs must perform a minimum of 12 days of AT each year. They have the RCC and TRC designator of "TB."

E2.2.1.1.6. Training Pipeline. An RCC designation "U" that identifies Selected Reserve enlisted members who have not yet completed IADT of 12 weeks, or its equivalent, and officers who are in training for professional categories or in undergraduate flying training. In accordance with Section 671 of reference (e), all Ready Reservists shall receive training commensurate with their intended wartime assignments, and must complete the basic training requirements of the member's Service before assignment on land outside the United States, its territories or possessions. The training pipeline is synonymous with the term "nondeployable account." Personnel in the training pipeline may be mobilized, but may not always be available for deployment with their units. It is DoD policy that, if otherwise eligible for mobilization and deployment, they shall be considered as mobilization assets. Training pipeline personnel are accounted for separately in the following training categories:

E2.2.1.1.6.1. Members Currently on IADT. Includes the second part of split IADT for enlisted members, which has the RCC and TRC designator of "UF."

E2.2.1.1.6.2. Enlisted Members Awaiting Second Part of Split IADT. Those members shall have the RCC and TRC designator of "UQ."

E2.2.1.1.6.3. Members Awaiting IADT Authorized to Perform IDT. Those members in the Selected Reserve serving with pay. Service performed by members while in that status is creditable toward computation of basic pay. Members in this category shall have the RCC TRC designator of "UP." This category also includes National Guard members awaiting IADT and not authorized to perform IDT. See paragraph 6.5.4.1.4.1. of this Instruction for specific criteria regarding this category.

E2.2.1.1.6.4. Other Selected Reserve Untrained Personnel in Training Programs. Includes chaplain candidates, health profession students, and early commissioning program participants with the RCC and TRC designator of "UX."

E2.2.1.1.6.5. AGR Enlisted Members Currently on, or Awaiting, IADT. Includes NPS AGR personnel (Naval Reserve TARs and ADSW) and has the RCC and TRC designator of "US."

E2.2.1.1.6.6. Individuals in a Simultaneous Membership Program. Senior Reserve Officers' Training Corps (ROTC) Cadets, Selected Reserve enlisted members in officer candidate programs, and Marine Corps Platoon Leader Class students who are also permitted to be members of a Selected Reserve unit. These members have the RCC and TRC designator of "UT."

E2.2.1.1.7. AGR not in Selected Reserve Units. Guard or Reserve members of the Selected Reserve, serving on AGR duty (to include full-time National Guard duty) as defined in Chapter 1 of reference (e), and Coast Guard Reserve RPAs, but who are not assigned or attached to Selected Reserve units. They occupy positions in organizations, other than Selected Reserve units, for the purposes of organizing, administering, recruiting, instructing, or training the RCs, or performing other duties as prescribed in Section 10 U.S.C. 12310 (reference (e)). They shall have the same RCC and TRC designator as AGRs in units - "SG."

E2.2.1.1.8. Civil Service Employees (CIV) not in Selected Reserve Units. CIVs are not accounted for in RCC/TRC categories. Such personnel hired under 5 U.S.C. 3101 and 32 U.S.C. 709 (references (r) and (i)) to provide administrative support to the RCs. They are in the category of FTS to the RCs, but are not part of the Selected Reserve.

E2.2.1.2. IRR and ING. The IRR/ING consists of Reservists in the following categories:

E2.2.1.2.1. IRR is a manpower pool comprised principally of individuals who have had training, have previously served in the AC or in the Selected Reserve, and have some period of their MSO or other contractual obligation remaining. Some individuals volunteer to remain in the IRR beyond their Military Service obligation or contractual obligation and participate in programs providing a variety of professional assignments and opportunities for earning retirement points and military benefits. Members may voluntarily participate in training for retirement points and promotion, with or without pay. IRR members shall not be required to meet the same AT and IDT training requirements as Selected Reservists. Exceptions to this training requirement restriction shall be approved by the Under Secretary of Defense for Personnel and Readiness. Required training (involuntary) may not exceed 30 days a year under Section 10147 of reference (e). IRR members may be required to perform MD as described in paragraph 6.5.4.2.1. of the main body of this Instruction. Trained members of the IRR have the RCC and TRC designator of "RE," with the exception of those members in the category described in paragraph E2.2.1.2.2., below.

E2.2.1.2.2. Within the IRR there is a category of members, as designated by the Secretary concerned, who have volunteered to be called to AD under the provisions of 10 U.S.C. 12304 (reference (e)) when needed. This category of the IRR is provided for in Section 10144(b) of reference (e). Members in this mobilization category shall be eligible for benefits (other than pay and training) as normally available to members of the Selected Reserve, as determined by the Secretary of Defense. IRR members in this category have the RCC and TRC designator of "RM."

E2.2.1.2.3. The IRR also includes some personnel participating in officer training programs or in the AFHPSP. The RCC and TRC designator "PJ" is used for officers not in the Selected Reserve but participating in officer training programs. Included within this category are cadets of the Merchant Marine Academy. The RCC and TRC designator "PK" is used for officers not in the Selected Reserve but participating in the AFHPSP. Members in that stipend program are required to perform 45 days of AD for training a year in accordance with Section 2121(c) of reference (e).

E2.2.1.2.4. The IRR also includes enlisted members awaiting IADT (except for members of the National Guard), who are not authorized to perform IDT. These members are assigned to units and are serving without pay. Service performed by members in that status is not creditable toward computation of basic pay and shall have the RCC and TRC designator of "RU." NPS enlistees between the ages of 18 1/2 and

26 years enlisting under Section 12103 of reference (e) shall enter IADT, insofar as practicable, within 270 days after the date of that enlistment. All other enlisted members shall perform IADT, insofar as practicable, within 360 days of their enlistment.

E2.2.1.2.5. The IRR also includes members of the Delayed Entry Program enlisted under Section 513 of reference (e). Currently, there is no requirement to account for those untrained members of the IRR in the RCCPDS. However, these IRR members may be coded with the RCC and TRC designator of "RH."

E2.2.1.2.6. The ING consists of National Guard personnel in an inactive status in the Ready Reserve, not in the Selected Reserve, attached to a specific National Guard unit. To remain ING members, members must muster once a year with their assigned unit, but they do not participate in training activities. On mobilization, ING members may mobilize with their units. Similar to other IRR, some ING members have legal and contractual obligations. ING members may not train for points or pay and are not eligible for promotion. Currently, the ING category is used only by the ARNG and has the RCC and TRC designator of "II."

E2.2.1.3. <u>STANDBY RESERVE CATEGORIES</u>. The Standby Reserve consists of those units or members, or both, of the Reserve components, other than those in the Ready Reserve or Retired Reserve, who are liable for active duty only as provided for in Sections 12301 and 12306 of reference (e). The Standby Reserve consists of personnel who are maintaining their military affiliation without being in the Ready Reserve, but have been designated key civilian employees, or have a temporary hardship or disability. Those individuals are not required to perform training and are not part of units. The Standby Reserve is a pool of trained individuals who may be mobilized as needed to fill manpower needs in specific skills. The Standby Reserve consists of the active status list and the inactive status list categories.

E2.2.1.3.1. <u>Active Status List</u>. The following members of the Standby Reserve are in an active status:

E2.2.1.3.1.1. Members designated as key employees in accordance with DoD Directive 1200.7 (reference (q)) and transferred from the Ready Reserve to the Standby Reserve Active Status List for the period they remain designated as key personnel. Key employees may participate voluntarily without pay in RC training for retirement points only and may be considered for promotion. While there is no statutory prohibition against paying active status Standby Reservists for IDT or AD, by DoD policy members of the Standby Reserve who have been screened out of the Ready Reserve as key employees may not be paid for training. They have the RCC and TRC designator of "YC."

E2.2.1.3.1.2. Personnel not having fulfilled their statutory MSO, or temporarily assigned for a hardship reason intending to return to the Ready Reserve, or retained by an RC in an active status under 10 U.S.C. 12646 (reference (e)). These members may participate voluntarily with or without pay and may receive credit for, and be considered for, promotion. They have the RCC and TRC designator of "YD."

E2.2.1.3.2. Inactive Status List. Members in the Standby Reserve who are not required to remain in an active program, but who retain Reserve affiliation in a non-participating status and whose skill may be of future use to the Armed Force concerned. These members cannot participate in prescribed training. While in an inactive status, Reserve members are not eligible for pay or promotion and do not accrue credit for years of service in accordance with provisions of Chapter 1223 of reference (e).

E2.2.1.3.2.1. Members transferred to the Standby Reserve Inactive Status List under Section 1209 of reference (e) instead of separating. They have the RCC TRC designator of "YL."

E2.2.1.3.2.2. All other members transferred to the Standby Reserve Inactive Status List in accordance with DoD Directive 1235.9 (reference (n)). They have the RCC TRC designator of "YN."

E2.2.1.4. RETIRED RESERVE CATEGORIES

E2.2.1.4.1. All Reserve personnel transferred to the Retired Reserve. Retired Reservists voluntarily may train, with or without pay. The Retired Reserve consists of the following retired categories:

E2.2.1.4.1.1. Reserve members who have completed the requisite qualifying years creditable for non-regular retired pay and are receiving retired pay (at, or after, age 60) under Chapter 1223 of reference (e). Those members shall be assigned the RCC and TRC designator of "V1."

E2.2.1.4.1.2. Reserve members who have completed the requisite qualifying years creditable for non-regular retired pay and are not yet 60 years of age, or are age 60 and have not applied for non-regular retirement pay. Those members shall be assigned the RCC and TRC designator of "V2."

E2.2.1.4.1.3. Reserve members retired for physical disability under 10 U.S.C. 1201, 1202, 1204, or 1205 (reference (e)). Members have completed 20 years of service creditable for regular retired pay, or are 30-percent or more disabled

and otherwise qualified under Section 1201 of reference (e). These members shall be assigned the RCC and TRC designator of "V3."

E2.2.1.4.1.4. Reserve members who have completed the requisite years of active service and are receiving regular retired or retainer pay. These personnel shall be assigned the RCC and TRC designator of "V4." Regular (not RC) enlisted personnel of the Navy and the Marine Corps with 20 to 30 years of active Military Service who are transferred to the Fleet Naval Reserve or the Fleet Marine Corps Reserve on retirement, until they have completed 30 years of total active and retired or retainer service, are NOT included in that category.

E2.2.1.4.1.5. Reserve personnel drawing retired pay under other than age, service requirements, or physical disability. This category is restricted for retirement under special conditions, as authorized by the Office of the Assistant Secretary of Defense for Reserve Affairs under legislation. These personnel shall be assigned the RCC and TRC designator of "V5." Also included in this RCC and TRC will be Voluntary Separation Incentive recipients who become ineligible for retention in an active or inactive status in a Reserve component because of age, years of service, failure to select for promotion, or medical disability, and who request to be placed in this category. These individuals shall be tracked separately by the appropriate Reserve personnel management office.

E2.2.1.4.2. All members retired for having completed the requisite years of active duty service (Regular or Reserve), regardless of the retired list where assigned, may be ordered to AD when required by the Secretary of the Military Department concerned, in accordance with Section 688 of (reference (e)).

E2.2.1.4.3. Retired Reserve members may be ordered to AD in their status as Retired Reserve members. It is not necessary to place the member in the Ready Reserve for that purpose.

E2.2.1.4.4. Former members having completed 20 satisfactory years of service creditable for non-regular retirement, but electing to be discharged from the RCs, are not a part of the Retired Reserve and have no military status.

# E3. ENCLOSURE 3

## MEMBERS PARTICIPATING IN APPROVED PROGRAMS< OUTSIDE THE DEPARTMENT OF DEFENSE

### E3.1. SELECTIVE SERVICE SYSTEM (SSS)

E31.1.1 The SSS administers the Military Selective Service Act (MSSA) (reference (m)). The MSSA authorizes the Director of Selective Service, by delegation from the President, "...to order to active duty with their consent and to assign to the Selective Service System such officers of the selective-service section of the state headquarters and headquarters detachments and such other officers of the federally recognized National Guard of the United States or other armed forces personnel (including personnel of the reserve components thereof), as may be necessary for the administration of the national and of the several state headquarters of the Selective Service System."

E3.1.2. The Department of Defense and the Office of the Director of Selective Service shall agree on the number of RC members assigned as IMAs to the SSS. The SSS shall reimburse the Department of Defense for total personnel costs for IDT and AT for those members.

E3.1.3. Additionally, agreements between the Department of Defense and the Office of the Director of Selective Service may provide for the use of IRR members of the RCs in an IDT or AD status, in a pay or non-pay status. The SSS shall reimburse the Department of Defense for all associated costs, including IDT and AT pay, for those members.

E3.1.4. Request for assignment to the SSS in a full-time AD status must be approved in accordance with DoD Directive 1000.17 (reference (s)). Costs for those members shall be reimbursed to the Department of Defense. Members shall not be assigned to a RCC or TRC, shall not be counted against RC strengths, and shall not be included in the RCCPDS files.

### E3.2. NATIONAL SECURITY EMERGENCY PREPAREDNESS PROGRAMS

E3.2.1. The National Emergency Preparedness Program (all hazards) is an integral part of U.S. national security. Support of emergency preparedness may be provided through RC members participating with Federal, State, and local civil agencies only when clearly furthering specifically identifiable DoD interests. Participation shall be in an

IDT, ADT, or FTNGD status. The primary basis for RC participation is to meet DoD program requirements and therefore costs of the program are paid by the DoD Component, except when the RC members are supporting a presidentially declared emergency or disaster. In those cases, costs are usually on a reimbursable basis from the Federal Emergency Management Agency (FEMA). Subject to priorities and guidance in DoD 3025.1 (reference (t)), military support of those activities is a proper mission for DoD Components. Military planning and liaison may be provided by RC members at selected civil government and military headquarters, and includes such tasks and responsibilities as military support to civil authorities for CONUS defense, coordinating DoD response to domestic emergencies, and physical security of key assets.

E3.2.2. Assigning Emergency Preparedness Liaison Officers (EPLOs) in a full-time AD (other than for training) or FTNGD status in support of Emergency Preparedness Programs outside the Department of Defense must be approved in accordance with DoD Directive 1000.17 (reference (s)). The following programs are approved for such participation:

E3.2.2.1. Federal EPLOs. Reserve officers performing planning and liaison responsibilities between DoD Components and Federal Agencies, including interface with the civil sector, as directed by their DoD Component through the Military Service planning agent. Federal EPLOs function primarily in support of DoD missions. All costs are paid by the DoD Component. Each Military Department is authorized to assign one or more Federal EPLOs (other than flag or general officer rank) at FEMA national headquarters, at the DoD Director of Military Support, and at military headquarters that serve as the DoD, Military Service, or Regional Planning Agents for domestic emergency support. Federal EPLOs:

E3.2.2.1.1. Provide DoD and Service liaison with Federal organizations and Agencies, and between the Military Services.

E3.2.2.1.2. Facilitate planning, coordination, and training for military support to civil authorities and national security emergency preparedness.

E3.2.2.1.3. Advise Federal Agencies and organizations on DoD and Service capabilities and resources.

E3.2.2.1.4. Advocate mutual support required by the Department of Defense.

E3.2.2.1.5. On order, augment DoD response to domestic emergency operations.

E3.2.2.2. Regional EPLOs. Reserve officers performing planning and liaison responsibilities between DoD Components and Federal regional headquarters, including interface with the civil sector, as directed by their DoD Component through the Military Service planning agent. Regional EPLOs function primarily in support of DoD missions. All costs are paid by the DoD Component. Each Military Department is authorized to assign one or more EPLOs (below flag or general officer rank) at each FEMA region and at military headquarters and locations with key functions as Department of Defense, Military Service, and Regional Planning Agents for domestic emergency support. Regional EPLOs perform the same functions described in E3.2.2.1.1. through E3.2.2.1.5., above, only at the regional level.

E3.2.2.3. State EPLOs. Reserve officers performing planning and liaison responsibilities between their DoD Components and State or U.S. Territory emergency service headquarters including interface with the civil sector, as directed by their DoD Component through the Military Service planning agent. State EPLOs function primarily in support of DoD missions. All costs are paid by the DoD Component. Each Military Department is authorized to assign one or more EPLOs (other than flag or general officer rank) at each State or U.S. territorial headquarters and shall assign such officers to functions supervised by the State Area Command. State EPLOs provide Service representation and liaison to the military and civil authorities within the State, commonwealth, U.S. possession, and other eligible jurisdiction. State EPLOs perform the same functions described in E3.2.2.1.1. through E3.2.2.1.5., above, only at the State level.

E3.2.3. All EPLOs should attend the DoD Emergency Preparedness Course presented at the FEMA Mount Weather Emergency Assistance Center as soon as possible after assignment. This will help to ensure that DoD representatives performing these vital functions are properly trained in this complex environment.

E3.3. Members of the IRR may participate voluntarily in programs outside the Department of Defense in an AD or IDT status, with pay or without pay. Any pay provided shall be reimbursed to the Department of Defense by the supported Agency. Members of the Standby Reserve on the Active Status List, may voluntarily participate, without pay, in approved civil defense activities, and receive retirement points in accordance with DoD Instruction 1215.7 (reference (g)).

E3.4. IRR members participating in Military Support to Civil Authorities (MSCA) training activities may request ADT to attend MSCA courses. If so ordered, those Reservists shall be entitled to pay and allowances including travel allowances for such training.

# E4. ENCLOSURE 4

## E4.T1. TABLE 1. AUTHORIZED RESERVE, TRAINING AND RETIREMENT CATEGORIES

| RCC | RC SUB-CATEGORY | RCC DESIGNATOR | TRC DESIGNATOR | COMPRISED OF | MINIMUM NUMBER OF IDT PERIODS REQUIRED ANNUALLY | MINIMUM NUMBER OF DAYS OF AT REQUIRED ANNUALLY | REMARKS | CURRENTLY USED BY | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ARNG | USAR | USNR | USMCR | ANG | USAFR | USCGR |
| READY RESERVE | SELECTED RESERVE | S<br>TRAINED IN UNITS | A | INDIVIDUALS IN UNITS | 48 | RESERVE, 14 DAYS (EXCLUDE TRAVEL) | 10 U.S.C. 10147 (REFERENCE (d)) REQUIRES 14 DAYS AT. | | X | X | X | | X | X |
| | | | | | | GUARD, 15 DAYS (INCLUDE TRAVEL) | 32 U.S.C. 502 (REFERENCE (f)) REQUIRES 15 DAYS AT. | X | | | | X | | |
| | | | G | AGR | N/A | UNDER 12 DAYS (EXCLUDE TRAVEL) | AGR MAY BE REQUIRED TO ATTEND DRILLS. (INCLUDES USCG EADS, USCGR RPAs (14 U.S.C. 774 (REFERENCE (g)), USMCR ARs, AND ALL STATUTORY TOURS). | X | X | X | X | X | X | X |
| | | | V | USPFO & RC MEMBERS ON AD IN SUPPORT OF COUNTER-DRUG ACTIVITIES | N/A | N/A | MEMBERS ARE ON AD FOR MORE THAN 180 DAYS AND COUNT AGAINST ENDSTR STRENGTH, BUT DO NOT COUNT AGAINST AGR STRENGTH | X | X | X | X | X | X | X |
| | | T<br>TRAINED INDIVIDUALS<br>NON-UNIT | B | IMAs | IDT VARIES BETWEEN 0 AND 48 PERIODS EACH YEAR, AS DETERMINED BY DOD POLICY | RESERVE - 12 TO 14 DAYS (EXCLUDE TRAVEL) | UNLESS TRAINING CAN BE ACCOMPLISHED ON WEEKENDS, AT IS LIMITED TO 12 DAYS BY POLICY. | | X | X | X | | X | X |
| | | U<br>TRAINING PIPELINE,<br>NON-DEPLOYABLE ACCOUNT | P | PERSONNEL CURRENTLY ON IADT | 0 | N/A | INCLUDES SECOND PART OF SPLIT TRAINING AND ARMY ONE-STATION UNIT TRAINING (APPLIES TO TRCs P, F, AND Q). | X | X | X | X | X | X | X |
| | | | F | PERSONNEL AWAITING IADT AND AUTHORIZED TO PERFORM IDT | MINIMUM IDT TO BE DETERMINED BY DoD COMPONENT POLICY | N/A | INCLUDES PERSONNEL WITH OR WITHOUT PAY. | X | X | X | X | X | X | X |
| | | | Q | PERSONNEL AWAITING SECOND PART OF IADT | 48 | N/A | | X | X | X | X | X | X | X |

E4.T1. TABLE 1. AUTHORIZED RESERVE, TRAINING AND RETIREMENT CATEGORIES, Cont.

| RCC | RC SUB-CATEGORY | RCC DESIGNATOR | TRC DESIGNATOR | COMPRISED OF | MINIMUM NUMBER OF IDT PERIODS REQUIRED ANNUALLY | MINIMUM NUMBER OF DAYS OF AT REQUIRED ANNUALLY | REMARKS | CURRENTLY USED BY | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ARNG | USAR | USNR | USMCR | ANG | USAFR | USCGR |
| READY RESERVE | SELECTED RESERVE | U TRAINING PIPELINE. NON-DEPLOYABLE ACCOUNT | P | AGR CURRENTLY ON, OR AWAITING IADT | DETERMINED BY DoD COMPONENT POLICY | N/A | INCLUDES NPS AGR (NAVY TAR) PERSONNEL. | | | X | | | | |
| | | | T | INDIVIDUALS IN A SIMULTANEOUS MEMBERSHIP | 48 | SAME AS TRC A | SENIOR ROTC CADETS OR MARINE CORPS PLATOON LEADER CLASS MEMBERS WHO ARE ALSO PERMITTED TO BE MEMBERS OF A SELECTED RESERVE UNIT. | X | X | | X | X | X | |
| | | | X | PERSONNEL IN OTHER TRAINING PROGRAMS | 48 | SAME AS TRC A | SELECTED RESERVE UNTRAINED MEMBER IN OTHER TRAINING PROGRAMS INCLUDING CHAPLAIN, MEDICAL, HEALTH PROFESSIONAL STIPEND, AND EARLY COMMISSIONING. MUST MEET THE SAME TRAINING REQUIREMENTS AS TRC A RESERVISTS. | X | X | | X | | | |
| | IRR and ING | R IRR | E | INDIVIDUAL MEMBERS OF THE READY RESERVE NOT IN SELECTED RESERVE (INCLUDES OFFICERS AWAITING AD OR SELECTED RESERVE ASSIGNMENT) | N/A | I | IRR MEMBERS MAY VOLUNTARILY PARTICIPATE IN TRAINING FOR RETIREMENT POINTS AND PROMOTION WITH OR WITHOUT PAY. REQUIRED TRAINING MAY NOT EXCEED 30 DAYS EACH YEAR. (10 U.S.C. 10147, REFERENCE (e)). | | X | X | X | | X | X |
| | | | M | SPECIAL CATEGORY WITHIN THE IRR SUBJECT TO INVOLUNTARY CALL TO AD IAW 10 USC 12304 (REFERENCE (e)). | N/A | N/A | MEMBERS MUST VOLUNTEER FOR THIS CATEGORY, AND MAY ONLY REMAIN IN THIS CATEGORY FOR 48 MONTHS AFTER LEAVING ACTIVE SERVICE. | | X | X | X | | X | X |
| | | | H | UNTRAINED MEMBERS OF THE IRR. (DEP) 10 U.S.C. 513, REFERENCE (e) | | | | | X | X | X | | X | X |
| | | | U | PERSONNEL AWAITING IADT | NOT AUTHORIZED TO PERFORM IDT | N/A | | | X | X | X | X | X | X |

E4.T1. TABLE 1. AUTHORIZED RESERVE, TRAINING AND RETIREMENT CATEGORIES, Cont.

| RCC | RC SUB-CATEGORY | RCC DESIGNATOR | TRC DESIGNATOR | COMPRISED OF | MINIMUM NUMBER OF IDT PERIODS REQUIRED ANNUALLY | MINIMUM NUMBER OF DAYS OF AT REQUIRED ANNUALLY | REMARKS | CURRENTLY USED BY | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ARNG | USAR | USNR | USMCR | ANG | USAFR | USCGR |
| READY RESERVE | IRR And ING | F READY RESERVE TRAINING | J | PERSONNEL NOT IN THE SELECTED RESERVE - PARTICIPATING IN OFFICER TRAINING PROGRAMS | 0 | AS REQUIRED BY SPECIFIC PROGRAM | CHAPLAIN AND JUDGE ADVOCATE GENERAL (JAG) SCHOOLING, EDUCATION DELAY, ROTC ASSIGNMENT DELAY, ARMY EARLY COMMISSIONING PROGRAM, COAST GUARD DIRECT COMMISSION CANDIDATES, MARINE PLATOON LEADER CLASS, MERCHANT MARINE CADETS (USNR) | | X | X | X | | X | X |
| | | F READY RESERVE TRAINING | K | PERSONNEL NOT IN THE SELECTED RESERVE - PARTICIPATING IN THE AFHPSP | 0 | 45 DAYS | AFHPSP REQUIRES 45 DAYS AD ANNUALLY, 10 U.S.C. 2121(C) (REFERENCE (x)). | | X | X | | | X | |
| | | I ING | I | ING | 0 | 1 | MUST MEET ANNUAL MUSTER WITH ASSIGNED UNIT. MAY NOT TRAIN FOR POINTS OR PAY AND ARE NOT ELIGIBLE FOR PROMOTION. | X | | | | | | |
| STANDBY RESERVE | | T STANDBY | C | ACTIVE STATUS LIST | 0 | 0 | KEY EMPLOYEES ONLY, PER DoD DIRECTIVE 1200.7 (REFERENCE (j)). ACTIVE STANDBY MEMBERS MAY VOLUNTARILY TRAIN FOR POINTS WITHOUT PAY AND ARE ELIGIBLE FOR PROMOTION. | | X | X | X | | X | X |
| | | | D | ACTIVE STATUS LIST PROGRAMS | 0 | 0 | OTHER ACTIVE STATUS MEMBERS. | | X | X | X | | X | X |
| | | | L | INACTIVE STATUS LIST | 0 | 0 | MEMBERS TRANSFERRED TO INACTIVE STATUS LIST INSTEAD OF SEPARATION UNDER 10 U.S.C. 1209, CHAPTER 61 (REFERENCE (e)). INACTIVE STAND-BY MEMBERS MAY NOT TRAIN FOR POINTS WITH OR WITHOUT PAY AND ARE NOT ELIGIBLE FOR PROMOTION. | | X | X | X | | X | X |
| | | | N | INACTIVE STATUS LIST | 0 | 0 | OTHER INACTIVE STATUS MEMBERS | | X | X | X | | X | |

E4.T1. TABLE 1. AUTHORIZED RESERVE, TRAINING AND RETIREMENT CATEGORIES, Cont.

| RCC | RC SUB-CATEGORY | RCC DESIGNATOR | TRC DESIGNATOR | COMPRISED OF | MINIMUM NUMBER OF IDT PERIODS REQUIRED ANNUALLY | MINIMUM NUMBER OF DAYS OF AT REQUIRED ANNUALLY | REMARKS | CURRENTLY USED BY | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ARNG | USAR | USNR | USMCR | ANG | USAFR | USCGR |
| RETIRED RESERVE | | V<br>RETIRED | 1 | DRAWING NON-REGULAR RETIRED PAY UNDER 10 U.S.C. 12731 (REFERENCE (e)) | N/A | N/A | RESERVE MEMBERS WHO HAVE COMPLETED 20 QUALIFYING YEARS CREDITABLE FOR NON-REGULAR RETIRED PAY, ARE 60 YEARS, OR MORE, OF AGE, AND ARE DRAWING NON-REGULAR RETIRED PAY | | X | X | X | | X | X |
| | | | 2 | NOT DRAWING NON-REGULAR RETIRED PAY, BUT ELIGIBLE AT AGE 60, UNDER SECTION 10 U.S.C. 12731 (REFERENCE (e)) | N/A | N/A | RESERVE MEMBERS WHO HAVE COMPLETED 20 QUALIFYING YEARS CREDITABLE FOR NON-REGULAR RETIRED PAY, BUT ARE NOT YET 60 YEARS OF AGE, OR ARE AGE 60 AND HAVE NOT APPLIED FOR NON-REGULAR RETIRED PAY | | X | X | X | | X | X |
| | | | 3 | RESERVE MEMBERS RETIRED FOR PHYSICAL DISABILITY | N/A | N/A | RESERVE MEMBERS RETIRED FOR PHYSICAL DISABILITY UNDER 10 U.S.C. 1201, 1202, 1204, OR 1205 (REFERENCE (e)). MEMBERS WHO HAVE 20 YEARS OF SERVICE CREDITABLE FOR NON-REGULAR RETIRED PAY OR ARE 30-PERCENT OR MORE DISABLED. | | X | X | X | | X | X |
| | | | 4 | RESERVE MEMBERS WHO HAVE COMPLETED 20, OR MORE, YEARS OF AD | N/A | N/A | RESERVE MEMBERS WHO HAVE COMPLETED 20, OR MORE, YEARS OF AD SERVICE AND RETIRED UNDER 10 U.S.C. 3911, 3914, 6323, 6330, 8911, OR 8914 (REFERENCE (e)). DOES NOT INCLUDE REGULAR ARMY AND AIR FORCE ENLISTED PERSONNEL WITH BETWEEN 20 AND 30 YEARS OF MILITARY SERVICE, AND REGULAR AND RESERVE NAVY AND MARINE CORPS ENLISTED PERSONNEL IN THE FLEET RESERVE (NAVY) AND FLEET MARINE CORPS RESERVE WITH BETWEEN 20 AND 30 YEARS OF SERVICE. | | X | X | X | | X | X |
| | | | 5 | DRAWING NON-REGULAR RETIRED PAY UNDER OTHER THAN 10 U.S.C. 12731 (REFERENCE (e)), OR OTHER THAN REASONS OF PHYSICAL DISABILITY | N/A | N/A | RESERVE PERSONNEL, RETIREMENT PAY BASED ON RETIREMENT FOR REASONS OTHER THAN AGE, SERVICE REQUIREMENTS OR PHYSICAL DISABILITY, AS AUTHORIZED BY THE ASD(RA). CERTAIN VSI RECIPIENTS INELIGIBLE FOR RETENTION IN ACTIVE OR INACTIVE RESERVE STATUS | | X | X | X | | X | X |

# E5. ENCLOSURE 5

## CHART. RESERVE COMPONENT DUTY CATEGORIES

