**SUMMARY OF MAJOR CHANGES TO**
**DOD 7000.14-R, VOLUME 7A, CHAPTER 58**
**"PAY AND ALLOWANCES FOR INACTIVE DUTY TRAINING"**

**Substantive revisions are denoted by a ★ preceding the section, paragraph, table or figure that includes the revision**

| PARA | EXPLANATION OF CHANGE/REVISION | EFFECTIVE DATE |
|---|---|---|
| 580105.B | Interim change 29-00 pertains to foreign language proficiency pay. | April 1, 2000 |
| 580107.D<br>580301<br>Bibliography | Interim change 13-01 extends the authority to December 31, 2001 to designated unit pay and special pay for critically short wartime health specialist in the Selected Reserves. | December 31, 2000 |

## TABLE OF CONTENTS

## PAY AND ALLOWANCES FOR INACTIVE DUTY TRAINING

★ 5801 General Provisions

5802 Incentive Pay

★ 5803 Special Pay for Critically Short Wartime Health Specialist in Selected Reserves

5804 Allowances

5805 Miscellaneous Payments

5806 Deductions and Collections

5807 Servicemembers' Group Life Insurance (SGLI) Program

# CHAPTER 58

# PAY AND ALLOWANCES FOR INACTIVE DUTY TRAINING

## 5801 GENERAL PROVISIONS

580101. Entitlement and Computation of Inactive Duty Training Pay and Special Pay

A. Inactive Duty Training With Pay. A member of a Reserve Component is entitled to compensation at the rate of one-thirtieth of the basic pay prescribed for grade and years of service for the performance of each authorized period of:

1. Regular inactive duty training (drill or unit training assembly (UTA)).

2. Equivalent training, instruction, or duty.

a. Army: For details and exceptions, see AR 140-1 and NGR 350-1 (reference (df)).

b. Navy: See BUPERS Instruction 1001.39(C) Series (reference (dg)).

c. Air Force: See ANGM 50-01 and Table 11-1, AFR 35-41 (reference (dh)).

d. Marine Corps: See MCO P1001R.1j (reference (di)).

3. Appropriate duty.

4. Additional flying training period (AFTP).

5. Additional inactive duty training.

To qualify for pay for a period of inactive duty training, each member shall engage in such duty or training for the period (not less than 2 hours) prescribed by the Secretary of the Military Department concerned (or designee). Compensation will not accrue for periods of inactive duty performed in excess of the number authorized by the appropriate regulations of the Military Service concerned. NOTE: A member cannot qualify for pay for more than two periods of inactive duty training during a single calendar day.

B. Inactive Duty Training Without Pay. Members of the Reserve Components may, with their consent, be ordered to inactive duty training without pay when authorized by the Secretary of the Military Department concerned (or designee).

C. Combination Active Duty and Inactive Duty. A member of a Reserve Component may be paid the equivalent total of pay for more than 360 days in a year, when so directed based on actual entitlement, if this total is based on a combination of active duty pay and inactive duty training compensation.

580102. Limitation. A member cannot accrue compensation for inactive duty training performed on a day on which also entitled to basic pay for active duty or active duty for training or on a day on which entitled to muster duty allowance.

580103. Waiver of Benefits. The provisions of Chapter 57, paragraph 570104, apply to members of the Reserve Components who perform inactive duty training in a pay status.

580104. Allotment of Pay. Except as prescribed in Chapter 57, paragraph 570708, members of the Reserve Components are not authorized to allot inactive duty training compensation.

580105. Special Pays

A. Members of the Reserve Components are not entitled to special pay for periods of inactive duty except as noted in the following subparagraphs.

★ B. A member of a Reserve Component who meets the requirements of Chapter 19, section 1901, of this volume and any additional requirements of the Military Service concerned, is entitled to foreign language proficiency pay for each regular period of instruction or period of appropriate duty at which the member is engaged for at least 2 hours. See paragraph 190103 of this volume for the applicable rates payable. This includes instruction received or duty performed on a Sunday or holiday and each period of performance of such equivalent training, instruction duty, or appropriate duties as the Secretary of the Military Department concerned (or designee) may prescribe.

C. A member under conditions cited in subparagraph 580105.B, above, is entitled to an increase in compensation equal to one-thirtieth of the monthly special pay authorized under Chapter 19, paragraph 190103, of this volume.

D. A member of a Reserve Component who meets the requirements of Chapter 11 of this volume, based on diving duty performed on and after April 1, 1988, is entitled to diving duty pay for each regular period of instruction, or period of appropriate duty at which the member is engaged for at least 2 hours. This includes instruction received or duty performed on a Sunday or holiday and each period of performance of such equivalent training, instruction duty, or appropriate duties as the Secretary of the Military Department concerned (or designee) may prescribe.

E. A member under conditions cited in subparagraph 580105.D, above, is entitled to an increase in compensation equal to one-thirtieth of the monthly special pay authorized for performance of diving duty for the comparable diving classification under Chapter 11, section 1103 of this volume.

580106. Muster Duty Allowance (MDA) for Reservists

A. Entitlement. A member of the Ready Reserve who is not a member of the National Guard or the Selected Reserve is entitled to an MDA for a minimum of 2 hours muster duty performed pursuant to Title10 United States Code (U.S.C.), section 12319 (reference (c)). An MDA is paid once during a calendar year.

B. Amount Payable. Refer to Joint Federal Travel Regulations (JFTR), Volume 1, Chapter 7 (reference (d)), for MDA amount, established yearly, effective January 1 of each year. The MDA amount is payable effective January 1 of each year. The MDA amount is payable regardless of pay grade.

C. Collections. From the MDA, collect:

1. Federal Income Tax Withholdings (FITW) at the rate for one-time payments.

2. State Income Tax Withholdings (SITW) at the rate appropriate for one-time payments.

3. Servicemembers' Group Life Insurance (SGLI) premium of $.50 or $1.00. Members who perform muster duty are covered part-time under the SGLI Program. Coverage is at the maximum basic coverage rate of $100,000 with a $.50 deduction unless the member elects to waive coverage or applies (elects) for SSGLI at the maximum additional rate of $100,000 with a deduction of $1.00. Members may be covered for either $100,000 or $200,000, or may decline coverage. See Table 47-1 for coverage effective dates.

4. Do not collect Federal Insurance Contributions Act (FICA) taxes.

D. Payment. The allowance may be paid to a Ready Reservist before, on, or after the date on which muster duty is performed, but not more than 30 days after that date. The Ready Reservist is not entitled to other payment of any kind, including inactive duty training compensation under paragraph 580101, above, for the performance of a muster duty.

E. Retirement Point Credit. Muster duty shall not be credited in determining entitlement to, nor computing, retired pay under 10 U.S.C., Chapter 1223 (reference (c)).

580107. Designated Unit Pay

A. An enlisted member assigned to a unit designated as a high priority unit of the Selected Reserve by the Secretary of the Military Department concerned (or designee) is, while performing inactive duty training for compensation, entitled to a maximum of $10 designated unit pay for the performance of each authorized period of:

1. Regular inactive duty training (drill or unit training assembly).

2. Equivalent training, instruction, or duty, provided each authorized period is not less than 4-hours duration. Authorized periods may be performed on a Sunday or a legal holiday.

B. An enlisted member of designated unit is entitled to designated unit pay for authorized periods of drill or duty performed with a nondesignated unit, but enlisted members of a nondesignated unit may not receive designated unit pay for authorized periods of drill or duty performed with a designated unit.

C. Designated unit pay is subject to federal and state withholding, but is not subject to FICA taxation.

★ D. No payment of designated unit pay may be made for any period before the date the Secretary of the Military Department concerned designates a unit as a high priority unit, nor may any payment be made for any period of drill or instruction performed after December 31, 2001.

580108. Funeral Honors Duty Allowance (FHDA)

A. Entitlement. A member of the Ready Reserves, Individual Ready Reserves, or at the discretion of the Secretary concerned, a member of the Retired Reserves without pay, is entitled to a FHDA for a minimum of 2 hours funeral honors duty. A maximum of 1 FHDA may be earned and paid in 1 calendar day.

B. Amount Payable. Pay the member $50 regardless of pay grade for each funeral honor duty period.

C. Collections. From the FHDA, collect:

1. FITW and SITW at the rate claimed on the member's W-4 or if a W-4 is not submitted, at the rate using the daily rate table for a single member with no dependent.

2. Individual Ready Reserve and Retired Reserve members who do not have SGLI coverage may elect part-time SGLI coverage when performing funeral honors duty. Coverage is at the maximum basic coverage rate of $100,000 with a $.50 deduction unless

the member elects to waive coverage or applies (elects) for SGLI at the maximum additional rate of $100,000 with a deduction of $1. Members may be covered for either $100,000 or $200,000, or may decline coverage. See Table 47-1 for coverage effective dates.

3. Do not collect FICA.

D. Restriction. Except for expenses reimbursed for travel and transportation incident to funeral honors duty, the FHDA is the only monetary compensation authorized to be paid to a member for the performance of funeral honors duty and shall constitute full payment to the member.

5802 INCENTIVE PAY

580201. Entitlement. Members of the Reserve Components who are in a pay status are entitled to incentive pay for hazardous duty performed during periods of inactive duty training if serving under competent orders and otherwise meeting the requirements of this section. Members entitled to incentive pay for hazardous duty are entitled to an increase in compensation equal to one-thirtieth the applicable monthly rate for each authorized period of inactive duty training of not less than 2 hours.

580202. Aviation Career Incentive Pay (ACIP), Continuous or Conditional, or Hazardous Duty Incentive Pay (HDIP). Members of the Reserve Components who perform inactive duty training in a pay status are entitled to ACIP or incentive pay for flying under the conditions of Chapter 22, sections 2201 or 2202 of this volume. Effective July 12, 1973, the provision of Chapter 22, subparagraphs 220103.A.1 or 220203.A.1, regarding the use of hours flown during the preceding 5 months not already used to qualify for flight pay, are equally applicable to members otherwise eligible who are performing inactive duty training. Exception: Minimum flight requirements are one-half of those prescribed for a member on active duty, that is, 2 hours per month when the calendar month is the unit period. If a fraction of a calendar month is the unit period, flying time required for such period will be as shown in Table 22-2 under "Inactive Duty." A member who has performed less than the total number of regularly scheduled drills or unit training assemblies during a month or a fractional part of a month shall meet the minimum flight requirements for the month, or fraction thereof, in order to be entitled to any flying pay for the drills or unit training assemblies actually performed. When scheduled inactive duty training was not attended and performed in a subsequent month, flying pay for such period(s) is payable, provided the member met minimum flight requirements for each period involved.

A. Combined Flight Requirements. When a member performs both active and inactive duty with pay in the same month, designated flying time earned in that month may be combined to satisfy any ACIP or HDIP flight requirements for that month.

1. Active and inactive duty flying time may be combined for application to flight requirements only in the month in which the flying is performed. Combined flying time that is in excess of the requirements of the month in which actually performed, or that

**Departments of the Army and the Air Force**
**National Guard Bureau**
**Arlington, VA 22202-3231**
**24 October 2003**

***NGR 37-104-3**

**Financial Administration**

# MILITARY PAY AND ALLOWANCES POLICY AND PROCEDURES-ARMY NATIONAL GUARD

---

**By Order of the Secretaries of the Army and the Air Force:**

**H STEVEN BLUM**
**Lieutenant General, USA**
**Chief, National Guard Bureau**

**Official:**
**KELLY K. MCKEAGUE**
**Colonel, USAF**
**Chief, Office of Policy and Liaison**

---

**History.** This printing publishes a revision of NGR (AR) 37-104-3, Military Pay and Allowances – Army National Guard, 1 May 1991.

**Summary.** This regulation is an update to the policies and procedures for the payment of Army National Guard (ARNG) soldiers. It includes both active and inactive duty performance.

**Applicability.** This regulation applies to the ARNG finance offices that process pay actions for ARNG soldiers. Unless otherwise indicated, the term "State" includes the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands and Guam. During mobilization or national emergency, this regulation remains in effect, with changes as necessary, for non-mobilized ARNG soldiers.

**Proponent and exception authority.** The proponent of this regulation is the Chief, Comptroller Division. The proponent has the authority to approve exceptions to this regulation that are consistent with governing law and regulation.

**Management Control Process.** This regulation is subject to the requirements of AR 11-2. It contains management control provisions.

**Supplementation.** Supplementation of this regulation is prohibited without prior written approval from the Chief, National Guard Bureau, ATTN: NGB-ARC-F, Column 118D, 8899 East 56th Street, Indianapolis, Indiana 46249-5100. Submit requests for supplementation to the Army National Guard Financial Services Center, ATTN: NGB-ARC-F, Column 118D, 8899 East 56th Street, Indianapolis, Indiana 46249-5100.

**Suggested improvements.** Users of this regulation are invited to send comments and suggested improvements on DA Form 2028 (Recommended Changes to Publications and Blank Forms) directly to Chief, National Guard Bureau, Army National Guard Financial Services Center, ATTN: NGB-ARC-F, Column 118D, 8899 East 56th Street, Indianapolis, Indiana 46249-5100.

**Distribution:** A

**716**

---

* This regulation supersedes NGR (AR) 37-104-3, 1 May 1991.

Contents

**Chapter 1**
**Introduction**

Purpose • 1-1
References • 1-2
Explanation of Abbreviations and Terms • 1-3
Responsibilities • 1-4
Payment of Soldiers • 1-5
Freedom of Information Act and Privacy Act • 1-6
Management controls • 1-7
Documentation • 1-8
Forms • 1-9
Deviations from Policy • 1-10

**Chapter 2**
**ARNG Pay Policy**

Scope • 2-1
Pay Pending Permanent Federal Recognition • 2-2
Federal Oath Required • 2-3
Involuntary Extension of Enlistment • 2-4
Enlisted Promotions and Reductions • 2-5
Declaration of Benefits Received and Waivers • 2-6
Treasury Department Form W-2 • 2-7
Leave and Earnings Statement (LES) • 2-8
Master Military Pay Account (MMPA) • 2-9
Active/Reserve Component Pay System Bump • 2-10
Unit Commander's Finance Report (UCFR) • 2-11
Unit Commander's Pay Management Report (UCPMR) • 2-12
Allotments of Pay • 2-13
RC Personnel/Pay Match Report • 2-14
Records Retention • 2-15
Student Loan Repayment Program and Selective Reserve Incentive Program • 2-16
Incapacitation Pay • 2-17
Disability Severance Pay •2-18
Payments to or Collections from the Accounts of Transferred ARNG Soldiers • 2-19
Clothing and Uniform Allowances • 2-20
State Sponsored Life Insurance • 2-21
Direct Deposit/Electronic Funds Transfer • 2-22
Split Pay Option • 2-23
Meal Collections • 2-24
Attachments • 2-25
Documentation of Changes to Attendance Status • 2-26
IRS Levies • 2-27
Garnishment of Pay and Allowances for Enforcement of Child Support and Alimony Obligations • 2-28
ARNG Personnel/Pay Interface Procedure •2-29
Joint Operations • 2-30
Change of Organizational Data or Status • 2-31
Under- and Overpayments • 2-32
Transfers • 2-33
Certification of Pay Documents • 2-34
Undeliverable Payments and Checks • 2-35
Lost, Stolen, Mutilated, or Destroyed Checks • 2-36
Non-Receipt of EFT Payment • 2-37
Check Control • 2-38

**Chapter 3**
**Basic Pay and Compensation**
Authority • 3-1
Creditable Service • 3-2
Establishing and Maintaining a Pay Account • 3-3
Saved Pay • 3-4

**Chapter 4**
**Active Duty Payments**
Scope • 4-1
Method of Payment • 4-2
AGR Pay Processing • 4-3
Non-AGR Pay Processing • 4-4
Military Technicians • 4-5
Advance and Casual Payments • 4-6

**Chapter 5**
**Active Duty Separation Pay**
Scope • 5-1
Policy • 5-2
Procedures • 5-3

**Chapter 6**
**Mobilization and Demobilization**
Scope • 6-1
Policy • 6-2
Procedures • 6-3

**Chapter 7**
**Claims, Collections, Debt Waivers, and Stoppages**
Scope • 7-1
Claims • 7-2
Collections • 7-3
Debt Waivers • 7-4
Stoppages • 7-5
Collections - Nonappropriated Funds • 7-6
Courts-Martial Fines, Forfeitures, and Detentions of Military Pay • 7-7

**Chapter 8**
**Deceased Soldier's Pay Actions**
Scope • 8-1
Notification • 8-2
Death Gratuity Payments • 8-3
Servicemen's Group Life Insurance • 8-4
Unpaid Pay and Allowances • 8-5
Funeral and Burial Expenses • 8-6
Allowance for Quarters to Surviving Dependents • 8-7

**Chapter 9**
**Simultaneous Membership Program**
Scope • 9-1
Policy • 9-2

**Appendix**

A. References, pg 23

**Figure List**

Figure 5-1: Separation Pay Worksheet, pg 16
Figure 7-1: Sample Notification of Indebtedness, pg 19
Figure 7-2: Sample Endorsement to Notification of Indebtedness, pg 20

**Glossary**, pg 27

## Chapter 1
## Introduction

**1-1. Purpose**
This regulation provides National Guard Bureau policies and procedures for the payment and collection of Federal active and inactive duty military pay entitlements and allowances for ARNG soldiers. It is to be used with applicable Department of Defense Financial Management regulations (DODFMR), Army regulations (AR), Department of the Army pamphlets (DA Pam), National Guard regulations (NGR), NGB pamphlets (NGB Pam), and the pay systems' user manuals. It does not supersede or supplement these references.

**1-2. References**
Required and related publications, as well as prescribed and referenced forms, are listed in Appendix A.

**1-3. Explanation of abbreviations and terms**
Abbreviations and special terms used in this regulation are explained in the glossary.

**1-4. Responsibilities**
a. Director, ARNG, will:
(1) Establish, coordinate, and implement guidance in accordance with Department of Defense (DOD), DFAS-IN, and DA military pay policies and procedures to ensure ARNG soldiers are paid correctly and on time.
(2) Develop and maintain management controls and procedures to prevent fraud, waste, and abuse of military manpower and funds used to pay ARNG soldiers.
(3) Evaluate management reports and pay service provided ARNG soldiers to identify areas that require command attention.
(4) Assist DFAS, Office of the Chief, Army Reserve (OCAR ), and NGB to develop, coordinate, implement, maintain, and enhance hardware and software systems used to pay ARNG soldiers.
b. Chief, ARNG Financial Services Center (NGB-ARC-F) will:
(1) Represent the Director, ARNG and Comptroller, as the ARNG liaison to the DOD, DFAS-IN, NGB, OCAR, and the United States Property and Fiscal Officers (USPFO) for all matters involving military pay to ARNG soldiers.
(2) Develop and sustain the ARNG personnel/pay interface capability identified as JUSTIS (JUMPS Standard Terminal Input Subsystem) and to support all ARNG AGR soldiers on the active component pay system and all ARNG M-day soldiers on the reserve component pay system.
(3) Maintain and enhance the ARNG AFCOS (Automated Funds Control Order System).
(4) Draft and implement approved ARNG military pay policies, procedures, and guidance.
(5) Represent the ARNG in the development and implementation of DFAS-IN and DA military pay policies, procedures, and systems used to pay ARNG soldiers.
(6) Provide military pay functional and technical assistance to USPFOs.
(7) Provide military pay inquiry assistance.
(8) Perform the NGB Operational Review Program (ORP) as it pertains to military pay.
(9) Train, advise, and assist USPFO military pay personnel.
(10) Provide functional and technical assistance to NGB automated data processing personnel in the development, testing, and fielding of systems involving military pay of ARNG soldiers.
(11) Provide mobilization advice and assistance to DFAS, NGB, and the USPFOs.
c. United States Property and Fiscal Officers will:
(1) Serve as the point of contact for all matters involving the military pay of their State.
(2) Process military pay transactions to ensure accurate and timely pay.
(3) Resolve pay and/or pay-related administrative discrepancies.
(4) Ensure that discrepancies reflected on the monthly pay/personnel mismatch report are resolved prior to the next RC end of month (EOM) update.
(5) Respond to military pay inquiries.
(6) Advise, assist, and train ARNG commanders and unit personnel responsible for actions affecting their soldiers' military pay.
(7) Implement internal controls to manage military pay processing and deter fraud, waste and abuse.
(8) Perform the finance portion of Soldier Readiness Processing (SRP) of mobilizing and demobilizing ARNG soldiers assigned to units in their State, Territory, or District of Columbia.

(9) Process debt waiver and claims requests to the appropriate DFAS office for action.

(10) Maintain substantiating documents as required by appropriate regulation.

d. Human Resource Officers or Military Personnel Management Officers, as applicable, will:

(1) Review and certify the Unit Commander's Finance Report (UCFR) for assigned AGR soldiers on a monthly basis and report any discrepancies to the USPFO immediately.

(2) Process personnel changes on receipt that affect AGR soldiers' military pay and allowances.

(3) Assist the USPFO to resolve AGR pay-related inquiries.

(4) Assist AGR soldiers to prepare pay-related documents.

(5) Ensure that undeliverable LESs are returned to the USPFO within 3 working days after payday with the reason for non-delivery annotated on each LES. Undeliverable LESs are due to AGR soldiers who are no longer assigned or are in an unauthorized absence status.

(6) Ensure that each AGR soldier under State control completes the finance portion of the Army separation checklist (DFAS-IN Form 27-190-R) prior to release from active duty.

(7) Maintain substantiating documents as required by appropriate regulation.

e. Military Personnel Management Officers (MPMO) will:

(1) Process personnel changes that affect military pay and allowances.

(2) Assist the USPFO to ensure that discrepancies reflected on the monthly pay/personnel mismatch report are resolved prior to the next RC EOM update.

(3) Assist the USPFO to resolve pay-related inquiries.

(4) Ensure that the State incentive program manager properly and promptly processes all actions affecting the incentive and student loan repayment programs.

(5) Take proper and prompt actions involving incapacitation pay, to include reservation of funds.

(6) Ensure that ARNG soldiers on AGR (Title 32) assigned to the State, completing active duty in excess of 90 days, complete the finance portion of the Army separation checklist (DFAS-IN Form 27-190-R) prior to release from active duty.

f. Commanders will:

(1) Ensure that documents and actions affecting their soldiers' military pay are accurate and forwarded promptly to their supporting USPFO and/or Military Personnel Management Office, as appropriate.

(2) Review the Unit Commander's Pay Management Report (UCPMR) for their unit's non-AGR soldiers on a monthly basis and report any discrepancies to their USPFO immediately.

(3) Review the monthly Master Military Pay Account (MMPA) of their unit's soldiers to ensure that previously submitted changes have been posted.

(4) Annually perform a joint review of each soldier's MMPA with the soldier to ensure accuracy. Submit changes to the Military Personnel Management Office for updating the MMPA.

g. Soldiers will review their LES and promptly notify their unit commander of changes in their personal circumstances, to include changes in their mailing address, that affect their entitlement to pay and allowances.

**1-5. Payment of Soldiers**

a. Scheduled paydays will be per DODFMR Vol 7A and as announced by DFAS-IN.

b. ARNG AGR (Active Guard and Reserve) soldiers will have payments and deductions via the active component pay system (DJMS-AC).

c. All ARNG M-day soldiers will have payments and deductions via the reserve component pay system (DJMS-RC).

d. All payments will be through electronic funds transfer (known also as direct deposit or SURE PAY).

**1-6. Freedom of Information Act and Privacy Act**

a. The solicitation and release of personal information is governed by The Freedom of Information Reform Act (5 U.S.C. 552) and The Privacy Act (5 U.S.C. 552a). These acts apply to the ARNG.

b. AR 25-55 provides the conditions for the release of information under the Freedom of Information Act (FOIA).

c. AR 340-21 provides the conditions for the release of information under the Privacy Act.

**1-7. Management Controls**

a. AR 11-2 provides the conditions for establishing and using management controls.

b. The USPFO will design and implement management controls to prevent fraud, waste, and abuse of Federal funds used to pay ARNG soldiers. Pecuniary liability for erroneous payments is established, in part, based on such controls.

**1-8. Documentation**

a. A written record of a transaction shall consist of:

(1) A signed document or series of documents supporting each transaction that requires payment of funds from the U.S. Treasury by an officer, agent, or employee of the U.S. Government, authorized to make such payments (31 U.S.C. 1501). These documents contain a complete record of the transaction.

(2) A person who, in the regular line of duty, has personal knowledge of the fact or facts, certifies or otherwise verifies each statement of fact contained in such documents. Appropriate certification or substantiating documents supporting each item of pay and allowances due a soldier and each charge against a soldier.

b. The USPFO or DFAS may require additional evidence prior to processing pay and/or collection action. An officer, agent, or employee of the U.S. Government authorized to make payments is not required to authorize pay on merely formal evidence if, in his or her opinion, the facts do not justify the payment. Such an individual will identify the additional evidence or reasonable explanation to justify the payment since this individual authorizes payments at his or her own risk.

c. Types of documents. There are three types of documents used to effect payment and collection actions.

(1) Substantiating documents are either written or electronic records of a transaction that provide for an entitlement or collection action. An example is a promotion order.

(2) Supporting documents are requests for an entitlement or collection action. An example is a DD Form 827 (Application for Arrears in Pay).

(3) Source documents are official documents for entitlement or collection action, such as an official pay table.

d. Document retention is prescribed in AR 25-400-2 or Table 1-1, DJMS-RC ADSM Book III (JUSTIS End Users Manual). AR 25-400-2 requires retention of substantiating documents for payments of Inactive Duty Training (IDT) and Active Duty (AD) for 6 years and 3 months. If the State Records Holding Area is unable to store the documents, the USPFO will forward them to its supporting Federal Records Center.

**1-9. Forms**

Various forms are required to maintain the accuracy and timeliness of pay processing. These forms may be pre-printed numbered forms, reproducible numbered forms, and electronic numbered forms. Where specified in DOD, DFAS, Army, and NGB regulations, pamphlets, and user manuals, the appropriate numbered form will be used to process pay actions. Overprinting of specific data on the numbered forms, as well as the development and use of locally devised versions, is authorized in accordance with AR 25-30, paragraph 3-19.

**1-10. Deviations from Policy**

The Director, ARNG, is the approval authority for requests for deviations from the prescribed ARNG policies in this regulation. Forward requests, with justification for deviation, through command channels to the Chief, ARNG Financial Services Center, ATTN: NGB-ARC-F, Column 118D, 8899 East 56th Street, Indianapolis, Indiana 46249-5100.

## Chapter 2
## ARNG Pay Policy

**2-1. Scope**

This chapter addresses specific military pay policies applicable to the ARNG.

**2-2. Pay Pending Permanent Federal Recognition**

a. An ARNG officer granted temporary Federal recognition is entitled to pay in the appropriate grade for all duty performed for 6 months after the effective date of the temporary recognition unless the recognition is sooner withdrawn by the CNGB.

b. An ARNG officer cannot be paid a uniform allowance until receipt of permanent Federal recognition.

c. An officer appointed in the ARNG from the Retired Reserve or the Retired List of the Army or other service is not entitled to pay until receipt of permanent Federal recognition.

d. An officer appointed to the ARNG from another State is entitled to pay based on the permanent Federal recognition granted to the officer in the losing State.

e. An ARNG officer promoted to a higher grade will not be paid in that grade until receipt of permanent Federal recognition.

**2-3. Federal Oath Required**

A military pay account will not be established nor a military pay voucher prepared for an ARNG soldier unless he/she has subscribed previously to the oath prescribed by 32 U.S.C. 312 (officers) or 32 U.S.C. 304 (enlisted soldiers). In the case of an officer extended temporary Federal recognition, a military pay account will not be established nor military pay vouchers prepared unless he/she shall have subscribed previously to the oath for temporary Federal recognition of ARNG personnel as prescribed by NGR 600-100 and NGR 600-101.

**2-4. Involuntary Extension of Enlistment**

An ARNG enlisted soldier whose term of service is involuntarily extended is entitled to full pay and allowances for any duty performed while on extended enlistment.

**2-5. Enlisted Promotions and Reductions**

ARNG enlisted soldiers will be paid based on their current grade and years of service pending receipt of promotion or reduction orders.

**2-6. Declaration of Benefits Received and Waivers**

a. Entitlement. ARNG soldiers are not entitled to Federal military pay and allowances for the same period in which they are in receipt of a pension, retainer pay, disability compensation, or retired pay from the U.S. Government by virtue of prior military or other uniformed service. However, applicants for appointment and enlistment, who are otherwise eligible under appointment and enlistment regulations, may elect to receive such benefits and waive their ARNG pay and allowances; or receive their ARNG pay and allowances and waive that portion of such benefits for the days or drill periods for which they receive Federal pay and allowances.

b. Identification. A DA Form 3053 (Declaration of Benefits Received and Waivers) or VA Form 29-8951-1(NR) (Notice of Waiver of VA Compensation of Pension to Receive Military Pay and Allowances) will be completed by each officer or enlisted soldier claiming prior Federal military service upon entry, or reentry following a break in service, into the ARNG of the same or a different State, or from another service or component.

c. Waiver of benefits. Any officer or enlisted soldier in receipt of retired benefits identified above will also be required to complete a new DA Form 3053 on 1 October of each year for the fiscal year just beginning; when needed to supplement or change the waiver; or when needed to recover benefits previously waived. Once a declaration of receipt of VA benefits has been filed on VA Form 29-8951-1 (NR), the annual performance of all IDT and AD will be reported to the Department of Veterans Affairs (DVA). DVA will make necessary adjustments to the soldier's VA compensation based on the data received.

d. Effective period of waiver. DVA waivers filed on VA Form 29-8951-1 (NR) remain in effect until superseded by a new form. The DA Form 3053 waiver for retired pay remains in effect for the fiscal year indicated therein. No additional retired pay declaration of waiver will be required upon reassignments or transfer of an ARNG soldier during the same fiscal year within the same State.

e. Commander's annual review of retired pay waiver. An annual review of the pay account of each soldier eligible for retired pay who has elected to receive military pay and allowances will be made in October of each year for the prior fiscal year by the soldier's commander. Necessary adjustments to the waiver will be made by completion of the appropriate sections of the prior fiscal year's DA Form 3053. A listing of each day duty was performed, indicating type of duty (e.g. AD or IDT), will be certified and attached to the DA Form 3053 and forwarded with it to the appropriate office.

f. Disposition.

(1) A soldier receiving a DVA disability compensation or pension, or uniformed services retired pay or retainer pay will prepare a VA Form 29-8951-1(NR) or DA Form 3053, based on type of compensation to be waived. The waiver will be verified by the commander or organization personnel officer of the soldier's unit.

(2) The original VA Form 29-8951-1(NR) prepared at the time of entry into the State ARNG, or a subsequent replacement form, or the original DA Form 3053 for each fiscal year, and the copy showing the annual

review for the previous fiscal year, will be forwarded through the State MPMO to the office having jurisdiction over soldier's claim. One copy of the current fiscal year waiver form will be sent to SIDPERS.

(3) Soldiers executing negative declarations will have the original DA Form 3053 or VA Form 29-8951-1 (NR) filed in the soldier's file relating to pay. No copies are required for other offices.

**2-7. Treasury Department Form W-2**

a. DFAS-IN mails reserve component military pay system-generated W-2s to each soldier's USPFO for distribution to the soldier.

b. DFAS-IN mails active component military pay system-generated W-2s to each AGR soldier's USPFO, HRO, or supporting finance office for distribution to the soldier.

c. ARNG soldiers, regardless of status, who require a replacement W-2, will request it through their unit from their supporting USPFO.

d. ARNG soldiers paid by both the active and reserve component military pay system in a calendar year will receive a W-2 from each system.

e. Soldiers who qualify for student loan repayments will receive a separate W-2 reporting the amount of taxable earnings earned from student loan repayments.

**2-8. Leave and Earnings Statement**

a. DFAS-IN mails reserve component military pay system-generated Leave and Earnings Statement (LES) to each soldier at the mailing address on the soldier's MMPA.

b. DFAS-IN sends active component military pay system-generated LES to each AGR soldier's USPFO, HRO, or supporting finance office for distribution to the soldier. The LES should be reviewed for accuracy prior to distribution.

**2-9. Master Military Pay Account**

a. The reserve component military pay system Master Military Pay Account (MMPA) (2405 Report) is provided monthly by DFAS-IN to each unit for its assigned soldiers.

(1) Unit commanders will ensure that this MMPA is checked against the unit's file of performance certificates and finance-related SIDPERS update transmissions to the MPMO. Discrepancies will be reported to the USPFO and/or MPMO as appropriate.

(2) The soldier will review and verify MMPA data annually with the unit clerk.

(3) MMPA report will be retained in the unit file for 6 months.

(4) The latest MMPA report will be included for documentation once the unit is alerted in preparation for soldier readiness processing (SRP).

b. Active component pay system MMPA reports are not forwarded to the HRO.

**2-10. Active/Reserve Component Pay System Bump**

a. To reduce the potential for fraud, waste, and abuse of Federal funds, DFAS-IN performs a monthly comparison (bump) of the active and reserve component pay systems to identify soldiers in an active pay status on both pay systems.

b. To reduce the potential for ARNG soldiers to be on both pay systems, USPFOs will:

(1) On receipt of orders to access an ARNG soldier entering the AGR program to the active component pay system, separate the soldier from the reserve component pay system effective the day prior to accessing that soldier to the active component pay system. The only AGR soldiers who should be retained on both pay systems are those eligible to receive bonus payments. The orders showing the soldier entering AGR status is sufficient to separate the soldier from the reserve component pay system.

(2) On lear-+ning that an ARNG soldier has entered active duty, check the active component pay system to see if the soldier has been accessed to it. If the ARNG soldier is on the active component pay system, use that system's MMPA as the supporting documentation to separate the soldier from the reserve component pay system, effective the day prior to that soldier being accessed to the active component pay system.

(3) On receipt of Release from Active Duty (REFRAD) orders to access an ARNG soldier to the reserve component pay system who is currently on the active component pay system, use the orders to support separating the soldier from the active component pay system, effective on the day prior to accessing that soldier to the reserve component pay system.

**2-11. Unit Commander's Finance Report (UCFR)**

a. The following policy, which affects ARNG AGR soldiers, is designed to prevent overpayments, reduce the potential for out-of-service debts, and identify fraudulent payments.

b. Each ARNG Human Resources Officer (HRO) will review the monthly Unit Commander's Finance Report (UCFR) per the following procedure:

(1) The HRO will review and certify the accountability and status of all Title 32 AGR soldiers assigned to that State, then enter the following statement on the UCFR:

"I certify that I have reviewed the accountability and duty status of each AGR soldier listed on this UCFR. To the best of my knowledge, the information contained on the UCFR is correct or has been corrected as a result of this report."

(2) The HRO will maintain the certified UCFR with the original signature for one year. A copy will be forwarded to the USPFO, ATTN: Military Pay Supervisor, within 10 days after receipt by the HRO.

(3) The HRO will immediately notify the Military Pay Supervisor of any difference between the AGR soldier's actual duty status and that shown on the UCFR.

c. The following instructions provide guidance to the HRO on the proper processing of the UCFR. Timely notification by the HRO to the Military Pay Supervisor of inconsistencies between the UCFR and the HRO AGR personnel records is essential to ensure that each AGR soldier receives accurate and timely pay.

(1) The UCFR provides the HRO a one line rollup of each assigned AGR soldier's monthly pay account status, making it easier to review the soldier's pay entitlements. The HRO should use all available documents to verify the data on the UCFR. These documents include AGR rosters, SIDPERS rosters, DA Forms 4187, AWOL files, and Article 15 files.

(2) Verify that all assigned AGR soldiers are included on the UCFR.

(a) If a soldier is not an assigned AGR soldier, but appears on the UCFR, draw a line through the name of the UCFR. Annotate, to the left of the grade on the UCFR, the reason the soldier should be deleted. For example: for permanent change of station, enter "PCS and date of PCS"; for REFRAD, enter "REFRAD and date of REFRAD"; for retired, enter "RET and date of RET"; and for never assigned as AGR soldier, enter "NA". Attach a copy of the orders to the certified copy of the UCFR and forward to the Military Pay Supervisor on a TL.

(b) If a soldier is assigned as an AGR soldier, but does not appear on the UCFR, type or write in that soldier's information after the last name on the UCFR. Include the soldier's name, SSN, date the soldier was assigned, and attach a copy of the AGR assignment orders before forwarding it to the Military Pay Supervisor on a TL.

(c) Since accurate personnel accountability is a principal factor in reducing fraud, waste, and abuse, and assists in ensuring readiness, the proper maintenance of personnel records is only as good as the emphasis placed on maintaining these records. The best tool available for the HRO in preventing inaccurate accountability is an evaluation of the Defense Civilian Personnel Data System (DCPDS) and the SIDPERS database.

d. Duty Status.

(1) Review and verify the "STATUS" column on the UCFR.

(a) A good duty status (present for duty, leave, TDY, or hospitalized) is represented on the UCFR by a blank space, except for field duty status which is represented by "FILD."

(b) A bad duty status (non-paying status) shows in this column as "AWOL" (absent without leave), "SNLD" (sick, not in the line of duty), "CONF" (military and civilian confinement), "SUSP" (suspended pay status), and "DEST" (deserter status).

1) Suspended pay status freezes funds issued to a soldier's pay account. It normally indicates a pay account postured for separation or retirement. If this status appears on the UCFR and the soldier is separated, retired, or no longer in an AGR status, take no action. The USPFO is processing the account. It will drop from the UCFR once the process is complete. If this status appears and the soldier is still assigned as an AGR soldier, IMMEDIATELY contact the Military Pay Supervisor for the account to be corrected. The soldier will not be paid until the correction is made. This status is also used for other reasons. If the HRO begins to process a soldier for an early separation or suspects that the soldier is approaching separation or retirement and owes a debt, the HRO should notify the USPFO, in writing, that a pay account should be placed in a suspended pay status and include the reason for the request.

2) Double-check all field duty status (FILD) entries. This status prevents paying rations to enlisted soldiers. Ensure that the USPFO receives a "Return from Field to Duty" DA Form 4187 to remove this status after the soldier returns from the field.

3) AWOL and confined AGR soldiers should be represented by the correct codes on the UCFR, otherwise an overpayment of pay and allowances has occurred or will occur.

4) Circle the incorrect duty status on the UCFR and attach a copy of the document verifying the correct duty status to the certified copy of the UCFR.

e. The UCFR contains additional information that should be verified for accuracy not less than annually by the HRO AGR Manager. This information is GR (grade), NAME, SSAN, NET PAY, ALMTS (allotments), BAH, BAS, PAY OPT (option), LV BAL (leave balance), C/M (courts martial) ARTICLE 15, BAL DUE US (debts), INCEN (incentive) PAY, ETS, OHA, and COLA.

**2-12. Unit Commander's Pay Management Report (UCPMR)**

a. This report is produced monthly by DFAS-IN following the final RC paying update.

b. The ARNG Unit Level Finance Procedures Manual describes the procedures for reconciling the items contained in this report.

**2-13. Allotments of Pay**

a. Allotments of pay and allowances for ARNG soldiers paid by the reserve component pay system are prohibited by Title 37 U.S.C. and DODFMR Vol 7A. ARNG soldiers should use the direct payment capabilities of the financial institution that receives their pay. Such action will enhance their personal finance readiness in the event of mobilization.

b. Reserve component pay system deductions for ARNG State-sponsored life insurance are not allotments. They are deductions authorized by 37 U.S.C. 707.

**2-14. RC Personnel/Pay Match Report**

a. It is imperative that the reserve component pay system MMPA and the SIDPERS personnel file in each State reflect the same data. SIDPERS is the driving force for accessions, separations, and administrative changes to the pay system. The two systems must be compared monthly to prevent incorrect payments and to deter fraud. The comparison of the personnel/pay files is a major component of the internal control program.

b. The Personnel/Pay Match Report is produced monthly after the reserve component pay system end of month (EOM) update. This report is composed of two parts:

(1) The MPS requests DPI run Part I of the Personnel/Pay Match Report after the last transmission of SIDPERS data (identified on the SIDPERS Transaction register, the 0440 Report) to DFAS-IN for the EOM update. Part I is the SIDPERS portion of the Personnel/Pay Match Report.

(2) The MPS requests DPI run Part II after the arrival of the EOM RCODS D04 file containing the MMPA data produced by the reserve component pay system. Normally, DPI will run Part II without a request from MPS. Part II will produce the Mismatch Listing. The mismatched information is printed with an asterisk (*) beside or underneath it. The items matched are: pay grade, name, UIC, medical pay, BAH status, SGLI, automated incentive pay, and wage exemption status. If a record is resident in one system, but not the other, the record will appear on the Personnel/Pay Match Report with an indication of the source of data.

c. Both the MPS and SIDPERS personnel must actively participate in resolving the differences in this report. The MPS should review the MMPA and SIDPERS data base; then adjust the MMPA as required, and jointly with SIDPERS, to resolve any remaining mismatches.

d. Table 1-1, DJMS-RC ADSM Book III (JUSTIS End Users Manual), contains the retention requirements for this report.

**2-15. Records Retention**

The ARNG Unit Level Finance Procedures Manual and ADSM Book III contain the records and reports retention requirements.

**2-16. Student Loan Repayment Program and Selective Reserve Incentive Program**

a. The USPFO will assist the MPMO, as necessary, to ensure the accuracy and timeliness of SLRP and SRIP entitlements.

b. Requests for payment will be forwarded to the USPFO by TL from the MPMO for payment processing.

**2-17. Incapacitation Pay**

a. The MPMO, in accordance with the DODFMR, NGR (AR) 135-381 (Management of the Army National Guard Incapacitation System) and the documentation received from the soldier, determines the incapacitation pay entitlement.

b. Requests for payment will be forwarded to the USPFO by TL from the MPMO for payment processing.

c. Quarterly, the MPS will reconcile incapacitation pay accounts with the MPMO.

**2-18. Disability Severance Pay**
Payments for ARNG soldiers entitled to disability severance pay will be processed in accordance with DODFMR Vol 7A and AR 635-40. The soldier's unit will send documents that support this claim to the MPMO. The MPMO will forward documentation to the USPFO by TL for processing.

**2-19. Payments to or Collections from the Accounts of Transferred ARNG Soldiers**
The ARNG Unit Level Procedures Manual and ADSM Book III address the requirements for processing payments to or collections from the accounts of ARNG soldiers who have been discharged and transferred to an active component of a US Armed Force.

**2-20. Clothing and Uniform Allowances**
ARNG officer and enlisted personnel may be entitled to various clothing and uniform allowances if they qualify under the provisions of DODFMR Vol 7A.

**2-21. State Sponsored Life Insurance (SSLI)**
a. Participation in SSLI is limited to the insurance sponsored by the State of current ARNG membership and has no effect on participation in SGLI.
b. ARNG soldiers participating in SSLI will complete a DD Form 2558 (Authorization to Start, Stop, or Change An Allotment for Active Duty or Retired Personnel).
c. RC pay system.
(1) The soldier's unit will submit a copy of the DD Form 2558 by TL to the MPS to begin the deduction for SSLI. During the month prior to the date the soldier desires to terminate or change participation in SSLI, the unit will submit a copy of the new DD Form 2558 by TL to the MPS.
(2) The RC pay system automatically terminates the deduction for any ARNG soldier who has a change of input station (USPFO) or who has no or insufficient pay for 4 consecutive months from which the full amount of the deduction can be made.
(3) Administrative guidelines:
(a) DFAS-IN will only accept input for collection and payment to the sponsor of the State's SSLI program from those states that have executed the required Memorandum of Agreement between the sponsor and the Secretary of Defense.
(b) The RC pay system only accepts transactions to start, change, or stop deductions. To cease or change participation in SSLI, other than by separation from the ARNG of that State or automatic termination resulting from no or insufficient pay, the soldier will have to submit a new DD Form 2558. Premiums will not be deducted in the month in which a stop is effective. A start or change is effective in the month the transaction is accepted by the RC pay system.
(c) If the soldier's MMPA has been erroneously dropped from the RC pay system, the MPS can input a transaction to collect up to 3 months premiums in arrears.
(d) Only one deduction at one rate for SSLI is permitted at a time.
(e) Premium adjustments for over- or under-payments are the responsibility of the individual soldier and the State SSLI sponsor.
(f) States may authorize the SSLI sponsor to receive the DD Forms 2558 and transmit them to the MPS. The sponsor will use the MPS directed TL process when transmitting the DD Forms 2558 to the MPS.
d. AC pay system. ARNG AGR soldiers paid by the AC pay system may establish an allotment to participate in SSLI. The soldier's unit through the HRO or State SSLI sponsor can submit the DD Form 2558 (if so authorized by the State) to the USPFO for processing.

**2-22. Direct Deposit/Electronic Funds Transfer**
All ARNG soldiers are required to participate in the Direct Deposit/Electronic Funds Transfer (DD/EFT) program. The only exception is due to extreme hardship, an individual receives a temporary waiver of DD/EFT participation from their Adjutant General. Waiver authority may not be further delegated. The waiver must be reviewed every six months to determine if continuation of the waiver is warranted.

**2-23. Split Pay Option**
ARNG soldiers in an AT status for three weeks or longer may receive two payments. The USPFO will divide the tour of duty, allowing payment of the soldier during the AT period and the remainder of the pay at the end of the tour.

**2-24. Meal Collections**

a. Inactive duty training. All officers, AGR enlisted soldiers, or other enlisted soldiers receiving BAS will pay for meals consumed during training.

b. Annual Training. Payroll deduction IAW AR30-22 and the Army Field Feeding System (AFFS) is prescribed for field training for meal cost collection for all government meals available to members of the ARNG performing AT and consuming unit prepared meals.

(1) Enlisted soldiers will have a meal deduction from pay based on the order.

(2) ARNG AGR enlisted soldiers and officers authorized BAS will be furnished meals without cost. The MPS, on receipt of a DA Form 4187 from the HRO, will input a collection for meals at the discounted meal rate for AGR soldiers. The MPS, on receipt of a DA Form 4187 from the unit commander, will input a collection for meals at the discounted meal rate for M-day officers.

c. Government meals paid through payroll collection, but not available due to mission requirements or related circumstances, are reimbursable to the soldier. The soldier's unit will submit a DD Form 1475 (Basic Allowance for Subsistence Certification) to the MPS for reimbursement.

**2-25. Attachments**

a. Soldiers of the ARNG may be authorized to train with other units. In accordance with NGR 600-200, State AGs may attach soldiers to other units within their jurisdiction and may delegate this authority to commanders. Attachment orders for these soldiers will specify whether attachment is for administration, pay, training and military justice, or a combination of these. Soldiers attached for pay will show the unit of attachment as their unit of assignment in the military pay system. All personnel actions and finance-unique items affecting pay will be processed in accordance with State MPMO policies.

b. ARNG soldiers attached for less than 30 days to a unit in the State of their assigned unit will remain assigned to and receive pay through their assigned unit. The unit of attachment will provide performance certification, not later than 4 workdays after the scheduled training or duty date, to the soldier's assigned unit showing the date(s) duty was performed or failed to be performed, to include reason for absence as applicable. If no training or duty was scheduled, the unit of attachment will provide the assigned unit, not later than the 15th of the month, with a certificate stating that no IDT or duty was scheduled for that month. The attached soldier's assigned unit will report the soldier's duty performance on that month's DA Form 1379.

c. Out-of-state attachments may be executed when agreed to by the State Adjutants General concerned and may include attachment for pay. The attached soldier's MMPA will remain with the soldier's assigned unit. The attached soldier's unit will forward certificates of training and duty performance to the soldier's assigned unit for payment. All personnel actions that affect the attached soldier's pay, to include finance unique items, will be forwarded to the soldier's assigned unit for processing.

**2-26. Documentation of Changes to Attendance Status**
Once an ARNG soldier's attendance status has been determined and reported on a properly authenticated DA Form 1379, any change to that status must be carefully documented.

a. Status changes not affecting pay; such as from "U" (unexcused absence or unsatisfactory performance) to "A" (excused):

(1) This type of change will be submitted in accordance with NGR 680-1, with a copy furnished to the MPS.

(2) Changes may affect incentive entitlements.

b. Status changes that affect pay; such as from "A" (excused) to "P" (present) or "P" to "U":

(1) Obtain approvals, if required, by State MPMO.

(2) Units will submit the change, with justification, in accordance with NGR 680-1 to the MPS, with a copy to the MPMO.

**2-27. Internal Revenue Service (IRS) Levies**
Units and ARNG State/USPFO offices receiving IRS levies against an ARNG soldier's pay will process the levies in accordance with DFAS-IN directives.

**2-28. Garnishment of Pay and Allowances for Enforcement of Child Support and Alimony Obligations**

a. Garnishment actions received from any court, law enforcement agency, or legal office will be annotated with the date of receipt and returned directly to the sender within 2 working days of receipt. Annotate on the garnishment action that it must be sent by the issuing agency directly to DFAS-Cleveland (DFAS-CL).

b. Units and activities of the ARNG will not forward garnishment actions directly to DFAS-CL.

**2-29. ARNG Personnel/Pay Interface Procedure**

a. The ARNG maintains an automated personnel/pay interface. This interface links ARNG SIDPERS data within each State to the RC military pay system. All personnel accessions, changes that affect pay, and separations are electronically converted to RC military pay system transactions within the USPFO Data Processing Activity and passed to the RC military pay system to update the soldier's MMPA. The following SIDPERS data items interface with data items in the RC military pay system:

(1) Social security number.
(2) Name.
(3) State tax location code.
(4) Sex.
(5) Federal income tax withholding (FITW) exemptions.
(6) Pay grade.
(7) Pay entry basic date.
(8) Unit personnel accounting symbol (PAS).
(9) Expiration of term of service (ETS).
(10) Serviceman's Group Life Insurance (SGLI) option.
(11) First and second incentive pay codes.
(12) Additional FITW.
(13) ARNG State/USAR pay group/mobilization augmentee status (ST-PGMA) code.
(14) Marital status.
(15) Attachment code. PAS of the unit to which attached and the reason for attachment.
(16) Military retirement or VA disability benefit/waiver status.
(17) TFOS (OSD) for rated officers and flight surgeons in aviation service.
(18) ASED (ASD) for rated officers and flight surgeons in aviation service.
(19) Mailing address (the actual address used by the postal service for mail delivery to the soldier).
(20) Dependent status (own right, married to another service member, secondary dependents, if for children only - date of birth of youngest child).

b. Finance-unique functions. Report the following finance-unique items direct to the MPS:

(1) Miscellaneous pay, collect, and adjustment actions.
(2) Performance data.
(3) Change in date of gain (once a date has been entered on the MMPA).
(4) State-sponsored life insurance (SSLI) withholding data.
(5) Officer uniform allowance payments.
(6) Enlisted BAS entitlements.
(7) SF1199A - EFT Data and DA Form 3685 - Pay Election form.

c. Route all SRIP, SLRP, and HPLRP data from the unit through the incentive manager to the MPS.

**2-30. Joint Operations**

a. Due to the expansion of joint operations, ARNG soldiers may receive pay support from another finance office, from DFAS-IN or from an Army finance office.

b. Paid military pay vouchers (MPV) received by a unit from any other office than their own USPFO will be sent by TL to the MPS for review and posting to the soldier's MMPA, ARNG Retirement Points Accounting System (RPAS) record, and any other personnel and pay record as necessary.

**2-31. Change of Organizational Data or Status**

When a change in unit data or status occurs, the MPS will notify DFAS-IN of the change within 3 working days after the formal change is received.

**2-32. Under- and Overpayments**

a. The unit will forward a DA Form 2142 or state-approved form with supporting documents or electronic pay messages to the MPS for correction of the under- or overpayments. For AGR soldiers, provide a copy to the HRO.

b. For separated soldiers with overpayments, follow the procedures in paragraph 7-3.

**2-33. Transfers**

a. Within state and interstate. A Non-AGR soldier's personnel data changes that affect pay are electronically passed from SIDPERS to the RC military pay system by the ARNG personnel/pay interface. AGR soldier personnel data changes that affect pay are provided to the MPS by the HRO for processing into the AC military pay system.

b. The gaining unit, on receipt of the first MMPA for a transferred soldier, will compare it against the SIDPERS file.

**2-34. Certification of Pay Documents**

a. All documents received by the MPS that access a soldier to either the AC or RC military pay system; change entitlement data on the MMPA; report, correct, or adjust a soldier's performance data; or separate a soldier from the pay system must be certified by the commander or other appropriate official (e.g., adjutant, MPMO, HRO, or incentive manager (IM)). The unit commander may designate an alternate certifying officer to perform these duties in the commander's absence. The alternate must be a member of the unit's full-time staff under his/her command and be appointed by appointment letter or DD Form 577.

b. Transmittal letters, inquiries, or documents not directly affecting a soldier's entitlement or performance data, and items noted in this regulation or the supporting user's manuals do not require certification.

c. A new DD Form 577 (Signature Card) bearing the signature of the certifying official and the authenticating official must be forwarded for filing in the MPS each time the certifying official changes.

d. Identify a temporary certifying official (e.g., acting commander) by forwarding a copy of the document announcing the appointment or assumption of command to the MPS in lieu of a new DD Form 577.

e. During the absence of the commander/acting commander, and there is no actual temporary assumption of command, the senior soldier present, regardless of grade, will authenticate the DA Form 1379 and related performance data for pay. Include the following remark in Section 3 (remarks) of the DA Form 1379 authentication page: "The undersigned was the senior command member actually present during the period (inclusive dates)." This remark serves as the temporary authority to certify the performance data for that period of duty.

f. Certificates of performance for IDT or AD will be signed by the senior soldier present. Individual soldiers performing duty are authorized to certify their own performance when they are the only soldier present for duty. Signature cards are not required for these documents.

**2-35. Undeliverable Payments and Checks**

a. Undeliverable payments and checks will be returned to and held by DFAS-IN pending receipt of correct EFT data and mailing address.

b. Commanders will check their soldiers' monthly MMPAs to ensure that pay due was received by the soldier at the designated location (financial institution or mailing address).

**2-36. Lost, Stolen, Mutilated, or Destroyed Checks**

a. ARNG soldiers will report non-receipt of a pay check (lost, stolen, mutilated, or destroyed) on a DD Form 2660. The unit will forward the form by TL to the MPS with mutilated checks attached if applicable. A copy will be maintained in the unit's suspense file.

(1) The MPS will forward the DD Form 2660 to DFAS-IN, ATTN: Treasury Operations CDS-I, 8899 E. 56th Street, Indianapolis, IN 46249-8672 for follow-up with the U.S. Department of the Treasury regarding the status of the original check.

(a) Following U.S. Treasury instructions, DFAS-IN will issue a replacement check; delays can be expected.

(b) If a lost check is found after the DD Form 2660 is processed, it cannot be given to the soldier. It must be sent to the MPS by TL with the statement that a DD Form 2660 has been submitted. MPS will take action to cancel the DD Form 2660. The check cannot be negotiated until directed to do so by DFAS-IN.

(2) Soldiers reporting lost or stolen checks must be counseled against claiming a check that has been lost or stolen and then cashing both the original check and the reissued check. A soldier negotiating both checks is

subject to legal action by the U.S. Treasury and Justice Departments, and may subject the soldier to action under the UCMJ or the comparable State code.

b. Based on the statutory requirement for 100 percent of all Federal payments disbursed via EFT by 1 January 1999, replacement check problems should be minimal.

**2-37. Non-receipt of EFT Payment**

a. The USPFO MPS will take the following action when notified that a soldier's EFT payment has not been received by the designated financial institution.

(1) Confirm payment by checking soldier's LES.

(2) Query the reporting system for the AC/RC pay system for a Federal Reserve tracer number.

(3) Call the EFT coordinator at the financial institution and provide the Federal Reserve tracer number. If the EFT coordinator is unable to locate the payment, it must notify the Federal Reserve of the discrepancy.

b. Once the soldier has notified the unit of non-receipt of payment at the financial institution, resolution of the missing payment should be accomplished within 48 hours.

**2-38. Check Control**

a. On receipt of a returned government check for unearned military pay, a personal check for unearned military pay, or a nondeliverable check, the USPFO Check Control Officer will forward the check by TL along with a copy of the orders (or pay generating document, e.g., DA Form 1379) to DFAS-IN after notifying the Military Pay Supervisor of the action taken. DFAS-IN will reverse the duty payment. All tax adjustments will be made by DFAS-IN.

b. Do not give checks to MPS; MPS is not authorized to take action to reverse the duty payment.

## Chapter 3
## Basic Pay and Compensation

**3-1. Authority**

a. ARNG soldiers are paid in accordance with United States Code and per DODFMR Vol 7A.

b. Pay is based on grade, years of service, and type of duty, if in a pay status and not prohibited by law from receiving such pay.

c. Performance of active duty with pay for 30 days or more entitles soldiers to monthly basic pay and allowances. Compute monthly pay as 30 days regardless of the number of calendar days in the month.

d. Performance of active duty with pay for less than 30 days entitles soldiers to one-thirtieth of the basic pay and allowances established for their grade and years of service for each day of active duty.

e. Performance of inactive duty training (IDT) with pay entitles soldiers to compensation at the rate of one-thirtieth of their monthly basic pay for each IDT period.

f. Soldiers are not entitled to both active duty pay and IDT compensation for the same day. Active duty takes precedence over IDT.

**3-2. Creditable Service**

The States Adjutant General of each State, Territory, and the District of Columbia verifies creditable service, in accordance with DODFMR Vol 7A, for pay purposes for their ARNG soldiers. Unit commanders will assist as necessary by obtaining documents mis sing from the soldier's file relating to pay.

**3-3. Establishing and Maintaining a Pay Account**

a. Non-AGR pay accounts will be established and maintained on the reserve component military pay system through the ARNG's automated personnel/pay interface system by the MPS supporting the ARNG soldier's assigned unit. During lengthy periods of active duty, the MMPA may be updated by a DFAS military pay office or an Army finance office through the DFAS system that passes pay actions to the RC military pay system.

b. Title 32 AGR soldiers, upon entering AGR status, will be accessed by their supporting USPFO to the active component military pay system per AR 37-104-4, based on documentation provided by the soldier, the MPMO, and the HRO.

(1) The HRO or MPMO who is responsible for AGR personnel actions will ensure that supporting documentation affecting AGR pay is processed on a timely basis to the USPFO which will maintain the MMPA and leave accountability.

(2) The finance portion of the AC Separation Checklist will be completed by the USPFO during the outprocessing of ARNG soldiers separating from AGR status.

c. Title 10 AGR soldiers, upon entering AGR status, will be accessed by their supporting DFAS finance office to the active component military pay system. The same office will maintain the soldier's MMPA, to include leave accountability.

**3-4. Saved Pay**

An enlisted soldier or warrant officer, who accepts a permanent or temporary appointment as a commissioned or warrant officer, may retain those pay and allowances to which previously entitled if they are greater than those authorized for the new grade. DODFMR Vol 7A explains saved pay entitlements and restrictions. The unit, for non-AGR soldiers, and the HRO or MPMO, as applicable, for AGR soldiers, will submit DD Form 114 to the USPFO MPS for processing saved pay.

## Chapter 4
## Active Duty Payments

**4-1. Scope**

This chapter, together with the applicable DFAS, Army, and NGB regulations, pamphlets, and pay systems' user's manuals, provides guidance for active duty payments for ARNG soldiers.

**4-2. Method of Payment**

a. ARNG Active Guard and Reserve (AGR) soldiers will have payments and deductions processed through the AC pay system.

b. ARNG non-AGR soldiers will have all active duty payments and deductions processed through the RC pay system.

**4-3. AGR Pay Processing**

a. ARNG soldiers, upon entering AGR status, will be accessed by their supporting MPS to the active component pay system per AR 37-104-4. This action is based on documentation provided by the soldier, the MPMO, and/or the HRO.

b. The HRO or MPMO responsible for AGR personnel actions will ensure that supporting documentation affecting AGR pay is processed on a timely basis to the MPS.

c. The MPS will receive and provide to the HRO or MPMO, as applicable, the AGR pay management reports and individual AGR soldier leave and earnings statements (LES) for review and action.

d. The HRO or MPMO will forward approved leave actions to the MPS for processing.

e. AGR soldiers are not entitled to and will not receive inactive duty training pay or any other form of active duty pay to which non-AGR soldiers are entitled.

f. The MPS will complete the finance portion of the AC Separation Checklist during the outprocessing of ARNG soldiers separating from AGR status.

(1) A copy of the separation pay worksheet and/or "What-If" LES will be provided to the separating AGR soldier.

(2) The separating AGR soldier will receive an explanation of the separation pay computations during the finance outprocessing.

**4-4. Non-AGR Pay Processing**

a. Certificate of attendance. For active duty tours longer than 8 days, the unit will transmit a certificate of attendance and the AD order to the MPS once it has determined the soldier is present for duty.

b. Certificate of performance.

(1) The unit will transmit a certificate of performance and the AD order to the MPS on completion of the active duty period.