Headquarters
Department of the Army
Washington, DC 20310-2500
3 June 1991

National Guard Regulation (AR) 350-1

Training

# ARMY NATIONAL GUARD TRAINING

**Summary.** This regulation establishes Army National Guard guidance for the execution of policies and procedures for training units not in active service.

**Applicability.** This regulation applies to the 54 States, Territories, and the District of Columbia who execute policies and procedures for training units of the Army National Guard (ARNG) not in active military service. It does not apply to the Active Army or U.S. Army Reserve (USAR).

**Supplementation.** Supplementation is not authorized without prior approval of the National Guard Bureau (NGB-ARO-M), Washington, DC, 20310-2500.

**Interim changes.** Interim changes to this regulation are not official unless they are authenticated by the Executive, NGB. Users will destroy interim changes on their expiration dates, unless sooner superseded or rescinded.

**Internal control systems.** This regulation is not subject to the requirements of AR 11-2.

**Suggested Improvements.** The proponent for this regulation is the National Guard Bureau (NGB-ARO-M). Users are invited to send comments and suggested improvements on DA Form 2028 (Recommended Changes to Publications and Blank Forms) directly to NGB-ARO-M, Washington, DC 20310-2500.

**Contents** *(Listed by paragraph number)*

| | Para |
|---|---|
| **CHAPTER 1** | |
| **GENERAL** | |
| Purpose | 1-1 |
| References | 1-2 |
| Explanation of abbreviations and terms | 1-3 |
| Responsibilities | 1-4 |
| Mission | 1-5 |
| Training philosophy | 1-6 |
| **CHAPTER 2** | |
| **TRAINING ADMINISTRATION** | |
| Inactive Duty Training | 2-1 |
| Annual Training | 2-2 |
| Schools | 2-3 |
| Minimum personnel and training standards | 2-4 |
| **CHAPTER 3** | |
| **SPECIFIC SUBJECT GUIDANCE** | |
| General | 3-1 |
| Medical | 3-2 |
| Maintenance | 3-3 |
| Training conferences | 3-4 |
| **CHAPTER 4** | |
| **SPECIAL TRAINING PROGRAMS** | |
| General | 4-1 |
| Key Personnel Upgrade Program | 4-2 |
| Selective Service Training | 4-3 |
| National Guard Bureau Biathlon Program | 4-4 |
| Army National Guard Marathon | 4-5 |
| Army National Guard participation in International Ski Championships for Alpine Troops (CaSTA) | 4-6 |
| Army National Guard International parachute Competition (LEAPFEST) | 4-7 |
| Council International Du Sport Militaire (CISM) Ski Championship | 4-8 |
| **CHAPTER 5** | |
| **TRAINING SUPPORT** | |
| General | 5-1 |
| Financial | 5-2 |
| Equipment | 5-3 |
| Maintenance Services | 5-4 |
| Transportation | 5-5 |
| Subsistence | 5-6 |
| Local training sites (LTS) | 5-7 |
| Major training sites (MTS) | 5-8 |
| Topographic products | 5-9 |
| Ammunition | 5-10 |

| | Para |
|---|---|
| Target support for ADA Units (non-missile) | 5-11 |
| Petroleum, oil, and lubricants | 5-12 |
| Other support | 5-13 |


**TABLES**


**1-1.** - Duty Status
**1-2** - Training Status
**2-1** - Phases of Development Annual Training Plans
**2-2** - Non-prior Service Training Program
**2-3** - Minimum Personnel and Training Readiness Standards
**5-1** - Determination of Number of Meals While in Travel Status
**5-2** - Determination of Number of Meals During Assemblies


## Chapter 1
## General

### 1-1. Purpose

This regulation establishes guidance for the execution of policies and procedures for training units of the Army National Guard not in active service. Conflicts in direction between this regulation and others will be referred to the Chief, National Guard Bureau (CNGB), ATTN: NGB-ARO, for resolution.

### 1-2. References

Related references are listed in **appendix A.**

### 1-3. Explanation of abbreviations and terms

Special terms and abbreviations used in this regulation are listed in the **glossary.**

### 1-4. Responsibilities

Training is the responsibility of the commander. Each commander under the supervision of the next higher commander is responsible for technical and tactical proficiency of his/her command. This training responsibility is inseparable from, and exercised in conjunction with, other command responsibilities to ensure the ability of the unit to execute its assigned missions.

*a. FORSCOM.* Commander, FORSCOM, will assist the TAGs in training the ARNG. In this capacity, he will--

*(1)* Oversee all training in the ARNG.

*(2)* Evaluate the training of the ARNG.

*(3)* Manage the advisory structure for Reserve Components of the Army.

*(4)* Budget and fund Active Army support provided to the ARNG.

*(5)* Command the Continental United States Armies (CONUSA). The Army will provide assistance to the ARNG on a geographical basis within CONUS, but will not be in the resource management chain.

*(6)* Prepare and execute plans for mobilization of ARNG units IAW the FORSCOM Mobilization and Deployment Planning System (FORMDEPS).

*b. State Adjutants General.* State Adjutants General will train all ARNG units within their state or territory. As such, TAGs will implement the policies and instructions contained here and ensure that training is conducted according to DA doctrine, NGB directives, and FORSCOM training criteria. In addition, State Adjutants General will plan, program, and budget for AT, IDT, ADSW, AGR, and supplemental training of personnel and units under their jurisdiction. Annual budget (fiscal year) requests will include consideration for all training activities, training conferences, reconnaissances, and other man-day requirements. Funds to support approved State training programs will be allotted on an annual basis by the NGB in the annual funding guidance. State Adjutants General should submit requests for support of training requirements to the CNGB, either on a case-by-case basis or as part of the program and budget review.

*c. ARNG unit/organization commanders.* Training responsibilities of ARNG unit/organization commanders are contained in AR 350-1, FORSCOM/ARNGR 350-2, FM 25-3, and NGB resource management guidance.

### 1-5. Mission

*a. Federal.* To provide units organized, equipped, and trained to fight and win in time of war or national emergency in support of the Army's war plans.

*b. Federal/State.* To provide units organized, equipped, and trained in the protection of life and property and the preservation of peace, order, and public safety, under competent orders of Federal or State authorities.

### 1-6. Training philosophy

*a.* Training to perform the dual mission of the Army National Guard is the primary task of Army National Guard units in peacetime. Unit leaders are directly responsible for training by developing and executing sound and challenging training programs.

*b.* Eighty percent of IDT and AT time will be dedicated to critical soldier, leader, and collective training.

734

*c.* National Guard units are often called upon to provide military support to civilian authorities. Support to civilian authorities should be performed, as much as possible, before the emergency situation exists. Such training allows National Guard units to be more effective by reducing the needed response time and using all available resources within the community to the maximum extent.

*d.* Safety planning will be incorporated at all levels of command for all missions/training and will be adhered to by all members.

**TABLE 1-1**
**Duty Status**

| TYPE | DUTY | AUTHORITY |
|---|---|---|
| ADT | Active duty for training in active military service. | All training is conducted under Title 32 in CONUS, except for certain AGR individual (Title 10), and ADSW (Short tours 2N11, Title 10). All Overseas Deployment Training (ODT) is Title 10. |
| ADSW | Active duty for Special Work in active military service | |
| AGR | Active Guard/Reserve duty for members of the ARNG in State status authorized by Federal Law. | |
| IDT | Duty other than active duty for members of the ARNG in State status authorized by Federal Law. | |
| AT | Training consisting of a minimum of 15 days active duty for members of the ARNG each fiscal year. | |

**TABLE 1-2**
**Training Status**

| Type | No. of training periods | Day(s) of pay | Retirement points | Remarks |
|---|---|---|---|---|
| UTA | 1 | 1 | 1 | Not less than 4 hours duration. |
| MUTA-2 | 2 | 2 | 2 | Two UTAs in 1 calendar day or on two successive days. |
| MUTA-3 | 3 | 3 | 3 | Two UTAs in 1 calendar day with UTA (period 1) performed on preceding day or UTRA (period 3) on succeeding day, or 3 successive days; or any combination. |
| MUTA-4 | 4 | 4 | 4 | Four UTAs conducted on 2 successive days, four successive days, or any combination. |
| MUTA-5 | 5 | 5 | 5 | Four UTAs conducted on 2 successive days with UTA (period 1) performed on preceding day or UTA (period 5) on succeeding day), or any combination of successive days. |
| MUTA-6 | 6 | 6 | 6 | Six UTAs conducted on 3 successive days or any combination of successive days. |
| ATA | 1 | 1 | 1 | Restricted to 1 per day (except AFTP); not less than 4 hours. |
| RMA | 1 | 1 | 1 | Restricted to 1 per day and not less than 4 hours duration. |
| AUTA | 1 | 1 | 1 | Not less than 4 hours duration, 1 per day (except for jump proficiency). |

736

## Chapter 2
## Training Administration

### 2-1. Inactive Duty Training.

***a. Inactive duty training assemblies:***

*(1)* All federally recognized units will conduct at least 48 UTAs each fiscal year in a paid IDT status, except that--

*(a)* Units newly federally recognized and units returned to State control from a period of active duty during the fiscal year will participate in a proportionate share of the required assemblies based on the number of weeks the unit has held Federal recognition or has been under State control during the fiscal year.

*(b)* The Chief, National Guard Bureau may authorize a unit to conduct less than the minimum number of training assemblies. Units requiring such authority will submit requests and justification through command channels to NGB-ARO.

*(2)* An individual may participate in and be paid for more than the maximum number of paid UTAs authorized each unit during the fiscal year when, due to reassignment or attachment, his/her attendance at all ordered assemblies results in his/her individually exceeding the unit's maximum. Rated ARNG aviators, flight surgeons, and non-aviator crewmembers on flying status are authorized additional paid IDT assemblies (Additional Flight Training Periods (AFTP)) according to NGR (AR) 95-210.

*(3)* RMAs, ATAs and AUTAs, as authorized in a pay status above the required 48, or proportionate share for new units, will be announced when authorized by NGB. ATA/RMA will not be performed on the same day as a scheduled UTA/MUTA.

*(4)* All units are authorized and encouraged to develop training programs using any combination of training assemblies defined in **table 1-2.** No more than two UTAs may be credited for pay purposes in any one calendar day. Programs will be developed to take maximum advantage of all available outdoor training areas, should strive to train in an environment similar to their CAPSTONE assignment area, and should stress unit training at the highest level the unit is capable of conducting.

*(5)* When units conduct training on Sunday or the Sabbath, unit commanders are authorized to schedule religious services (maximum of 1 hour) as a part of such assemblies.

*(6)* Unit formations will be conducted at the beginning and end of each training day. The primary purposes of these formations is to verify attendance and make necessary announcements. Attendance will be verified by the chain of command and recorded on DA Form 1379. Constructive credit will be granted to those soldiers with other official duties.Though formations are not required in a field environment, the chain of command will account for all personnel.

*(7)* Funeral details are not authorized to be performed in a paid UTA status. IDT without pay is the appropriate status for units.

*(8)* Except for Army Bands, not more than one paid UTA will be used each fiscal year for participation in parades and ceremonies of a civic nature.

*(9)* The State Adjutant General may approve participation in Military Support to Civilian Authorities (MSCA) programs for ARNG units, elements, or individuals in a paid drill status or nonpay duty status according to AR 135-200 and as outlined below:

*(a)* MSCA projects may be performed by entire units in conjunction with unit training when appropriate training is derived for the entire unit and such training contributes to Federal mission readiness.

*(b)* MSCA projects may be performed by elements of a unit when the element represents an organized group (platoon, squad, or section) that normally trains together. The training must contribute to the skill enhancement of all group members and to the readiness of their unit.

*(c)* MSCA projects may be performed by individuals when the project has a training benefit toward the unit's MTOE/TDA mission; e.g., medical service support.

*(d)* Constructive credit for participation in the MSCA program, as outlined above, may be granted according to paragraph 2-1c.

*(10)* When determined appropriate by the unit commander, a maximum of one UTA before and one UTA after AT may be utilized for preparation for loading, unloading, care and cleaning, maintaining, inventory, etc., of the unit's equipment.

*(11)* AUTAs are authorized for officers and enlisted personnel in airborne positions assigned to airborne units, pathfinder detachments, special forces units, infantry ranger companies, long range surveillance units, or TOE/TDA positions requiring the maintenance of parachute proficiency. These are in addition to the normal 48 UTAs and will be allocated by NGB-ARO annually based on funding availability. The use of AUTAs for parachute proficiency should emphasize night tactical operations with combat equipment followed by tactical assembly of troops. Two AUTAs may be performed on the same day if necessary for safety reasons. This is an exception to policy which restricts all other AUTAs to one per day.

*(12)* Other AUTAs may be performed for special mission, projects, or assignments authorized in advance by CNGB.

***b. Attachment of Individuals.***

*(1)* The State Adjutant General may attach

individuals (NGR 600-100, NGR 600-101, and NGR 600-200) as follows:

*(a)* For training administration, and/or pay with or without military justice authority.

*1.* To attend USAR schools, State military academy, or other special training.

*2.* To attend college-level institutions at another location.

*3.* For individuals whose place of duty differs from the place of duty for which the position is authorized (e.g., division surgeon assigned to a medical battalion; place of duty-division headquarters).

*4.* Individuals attached to a State military academy staff and faculty.

*5.* Individuals absent from the vicinity of the parent unit for an extended time.

*6.* Members of the ARNG full-time recruiting force serving on AD or AGR tours.

*(b)* If the period of attachment is for 30 days or more, the attachment must include attachment for pay.

*(c)* If the period of attachment is less than 30 days, the attachment will not include pay.

*(d)* The use of attachment procedures will not be used to circumvent the unit IDT attendance procedures for participation in special unit training programs.

*(2)* For training and/or administration in another State.

*(a)* Students attending college-level institutions in another State may be attached to a unit of another State during the academic year only with the concurrence of the State Adjutant General concerned. Individuals so attached will train in accordance with the training program of the unit to which attached.

*(b)* Individuals attached to a unit in another State will process their pay entitlements through their parent unit (NG Pam (AR) 37-104-3).

***c. Training authorization.*** Authorization of pay, entitlement to retirement points, and any claims or benefits arising as a result of military service require documentary evidence that the individual was in a duty status as authorized by Federal law or regulations. Accordingly, to protect the interests of the individual and those of the government commanders will issue written orders or letters of authority governing training in a pay or nonpay duty status in advance of such training.

*(1)* The issuance of the training schedule in advance satisfies the requirements for adequate written authorization, provided the date, time, and place of each UTA is indicated thereon and such schedules are issued in the form of an order containing a phrase worded essentially as follows: "All members of Company X, 1st Bn, 380th Infantry are hereby ordered to attend all periods of training shown on this training schedule."

*(2)* The schedule will be posted in a conspicuous place so all members of the unit may be informed in advance of the necessary details pertaining to unit training.

***d. Unit Training Assembly, Scheduled Training Assembly, and Rescheduled Training Assembly.***

*(1)* All ARNG members will participate in at least 48 Unit Training Assemblies (UTA) each fiscal year. All training activities of a unit will be scheduled into a comprehensive plan that will depict all training activities actually taking place. When possible, training will be conducted with complete entities to emphasize teamwork and unit integrity. Unit commanders are specifically encouraged to ensure that the maximum number of personnel are present for scheduled mandatory training (weapons qualification, physical fitness training, field training exercise, etc.). All elements of the unit must be included in the series within 30 consecutive days from the date the first element performs duty. This procedure will provide the accountability of personnel according to NGR (AR) 680-1. Attendance may be substituted as outlined herein.

*(2)* Scheduled Training Assemblies. Training can be conducted at times and or places other than at the Unit Training Assembly by individuals or parts of the unit. The unit has 30 consecutive days to have all parts or individuals complete the assembly. The time starts when the 1st individual or part performs a Scheduled Training Assembly. The minimum period of training for a Scheduled Training Assembly is 4 hours. Scheduled Training Assemblies may be authorized by the unit commander to facilitate training and the accountability of individuals who perform duty as directed by the commander. Personnel will be accounted for IAW NGR (AR) 680-1.

*(3)* Rescheduled Training Assemblies. Scheduled training that cannot be conducted due to changing circumstances and requirements will be cancelled and/or rescheduled. Examples are--

*(a)* When a soldier's regular scheduled training assembly is preempted by higher headquarters demands, e.g., conferences or special work.

*(b)* A training resource is not available as planned; e.g., equipment, training area, supported unit, or training assistance team.

*(c)* Training that cannot be conducted due to an act of God, civil disturbance, or other compelling reason.

Rescheduled Training Assemblies must be accomplished within the 30 consecutive days established by law. If this is not possible or if there is funding

constraints, the soldier or soldiers affected will be given constructive attendance for the drill that is missed.

**NOTE:** This policy on Scheduled Training Assemblies and Rescheduled Training Assemblies does not effect the current policy covering Equivalent Training (ET). (Refer to para 2-1d(7).

*(4)* Excused absence includes failure to attend scheduled assemblies or training periods due to unforeseen emergency situations of a personal nature. The authority to grant an excused absence rests with the unit commander or acting commander and will not be delegated. Certification and/or affidavits may be required as deemed appropriate by the State Adjutant General.

*(5)* Leave of absence during pregnancy and postnatal periods of pregnancy will be according to AR 135-91.

*(6)* Unannounced training and strength validation visits will be made by higher headquarters to each company/battery/troop size unit. The purpose of these visits is to evaluate training, assure that proper attendance taking procedures are being followed, and to provide any assistance needed.

***(7) Equivalent Training (ET).*** When an individual misses the regularly scheduled period of instruction or duty due to unforeseen emergency situations of a personal nature, the training may be made up with pay according to the following guidance:

*(a)* No more than four periods may be made up with pay during the fiscal year.

*(b)* ET will be of a similar nature and quality to that which was missed. ET will be appropriate to and enhance the ability of the individual to accomplish the duties of the position to which assigned.

*(c)* ET must be performed in uniform within 60 calendar days after the missed period of instruction.

*(d)* ET must be at least equal in duration to that which was missed.

*(e)* Accounting for personnel performing ET will be according to NGR (AR) 680-1.

*(f)* ET will not be granted for assemblies missed due to ADT.

*(8)* Members of the ARNG are required to attend IDT assemblies with their units unless excused as outlined above or granted constructive attendance under this regulation by the State Adjutant General, or his/her designated commander. Constructive attendance may be used to satisfy unit attendance and strength requirements. An individual may be credited with constructive attendance as provided below:

*(a)* When away from his/her unit attending a course of instruction at any Army service school, Army area school, or other special military training or duty that enhances his/her value to military service; e.g., ADT with or without pay and allowances, IDT with pay and special tours, or military occupational specialty/specialty skill identifier (MOS/SSI) related training courses conducted by civilian instruction/organizations as determined appropriate by the State Adjutant General.

*(b)* When hospitalized or incapacitated as a result of line of duty injury/illness.

*(c)* When appointed a candidate for admission to one of the service academies, when preparing for the examination for entrance to the service academy, or when in attendance at a recognized civilian preparatory school.

*(d)* When away from the unit participating in IDT assemblies as a student, staff, or faculty member of the State military academy of the same State in lieu of training with the unit of assignment. Such members are entitled to pay only as prescribed for the State military academy (NGR (AR) 37-104-3). Personnel participating with a State military academy of another State may be attached, but not for pay purposes.

*(e)* When awaiting IADT or conditional release from the ARNG.

***e. Training in nonpay duty status.***

*(1)* Battalion and higher commanders are authorized to order IDT nonpay assemblies to conduct appropriate training as listed in Army training and evaluation programs and special schools such as noncommissioned officer and junior leadership schools.

*(2)* State Adjutants General may authorize issuance of written orders or other authorization governing an IDT nonpay duty status for individuals or units volunteering to participate in MSCA programs under the provisions of AR 135-200, if participation is determined to contribute to the training experience of individuals or units.

*(3)* State Adjutants General may authorize participation in sport parachute demonstrations for recruiting purposes provided:

*(a)* The State has a unit with a TOE that includes airborne status,
and participants are members of that unit or on jump status, and

*(b)* Participants are graduates of a US Army airborne school,

*(c)* Participants possess a valid United States Parachute Association class "C" (advanced) or class "B" (intermediate) certificate, and

*(d)* Participants are associate members of an established sport parachute club IAW AR 215-2.

*(e)* Participation is limited to ADSW without pay and allowances IAW title 32, U.S.C. 502f and NGR (AR) 601-1.

*(f)* Demonstrations are approved by CNGB and conducted IAW AR 215-2, AR 360-6, AR 360-61, AR 385-10 and NGB Pam 360-5. Active recruiting must also be performed during and after the demonstration.

*(4)* State Adjutants General may authorize ADSW without pay and allowances for individuals volunteering to participate in the marathon that will serve to select the State's marathon team or other running events officially sanctioned by the State for participation by the State marathon team.

*(5)* State Adjutant Generals may authorize ADSW without pay and allowances, but with travel and per diem with the soldiers consent. Examples are individuals required to physical examinations, HIV screening, administrative boards associated with drug testing, retention, federal recognition, UCMJ, and other administrative requirements not otherwise covered herein, and volunteering for marksmanship activities under the provision of NGR 350-6. (32 USC 318 and 319).

*(6)* Written authorization or orders for nonpaid assemblies or ADSW without pay and allowances issued under the provisions of this paragraph will--

*(a)* Be issued in advance.

*(b)* Indicate the unit designation and location. If only a portion of the unit is to attend, only the name, grade, and SSAN of each individual to be trained will be shown.

*(c)* Reference authorization by appropriate higher commander.

*(d)* Include the time, date, place, and duration of training. If the exact date is not known, the date on or about which the training is to be conducted will be shown. In such cases, an amendment will be issued to clarify the date sufficiently in advance for timely notification of personnel concerned.

*(e)* Be signed by or under authority of the commander.

***f. RMAs, ATAs, AUTAs.*** ATAs, RMAs, and AUTAs are authorized by NGB letter annually. Guidance on authorizations and use of these will be contained in NGB memorandum.

***g. Nonprior service personnel training program.***

*(1)* This training program is designed for nonprior service personnel (NPS) who have not yet departed for their IADT. This training is intended to introduce them to the military environment and ease their adjustment to active duty. Once NPS personnel have completed the training program, they should be used in their requested MOS as much as possible until departure for their IADT.

*(2)* NPS personnel are limited to the following paid IDT assemblies before reporting to IADT:

*(a)* High school graduates, or bonafide high school seniors - 36 IDT assemblies or 270 consecutive days prior to entry on IADT.

*(b)* Non-high school graduates (other than bonafide high school seniors), GED holders or HS juniors - 12 IDT assemblies or 90 days prior to entry on IADT.

*(c)* Once an individual enters into an IDT pay status, he/she will remain in that status until one of the limits in (a) or (b) above, as applicable, is reached.

*(3)* The program should be conducted on a consolidated basis where practical. The 36-hour training program shown in **table 2-2** is a guide with suggested references designed to be presented on 3 weekends, scheduling 12 hours of instruction on each MUTA-4. Flexibility and imagination are encouraged in adopting the training program to local training conditions. Maximum use should be made of integrated and concurrent training.

**2-2. Annual Training**

***a. Planning for annual training (AT).*** Planning for AT, to include all administrative and logistical support, is the responsibility of the State Adjutants General. NGB Pam 350-1 contains detailed instructions for preparing the State AT plan. Implementation of the AT plan for each training year will start 1 October annually or upon receipt of approval by the CNGB.

***b. Training Authority.*** Each ARNG unit or group of units in a State will be assigned a training authority number to identify it in the State AT plan in accordance with NGB Pam 350-1. The assigned training authority number, when approved by NGB, is the authority for the State Adjutant General to publish the necessary orders to place the units and personnel assigned or attached to those units in an AT status. This training will normally be conducted as unit training; however, this authority includes those individuals who must be ordered to duty at a time and place other than that of the unit in order to receive specialized training; e.g., State Officer Candidate/NCO programs, Nuclear, Biological and Chemical (NBC) training, and Communication Security (COMSEC) training. The authority number will be cited in all permanent orders as applicable.

***c. Attendance-units.*** All federally recognized units will conduct at least 15 days of AT each year, except as indicated below:

*(1)* Upon written request citing exceptional circumstances, units may be excused from participation in AT by the CNGB acting for the Secretary of the Army.

*(2)* When units are returned to State control from active Federal service, required participation in

AT during the 12-month period after the date of return will be determined by the CNGB in coordination with other interested agencies.

*(3)* Units, such as the Division Support Command, that normally provide support to several other units during AT, are authorized to conduct incremented AT in order to provide the required support. Units or individuals will not be authorized a second AT period for this purpose except when sufficiently justified or when an incremented AT period cannot provide the required support, and the second period is approved in the State's AT plan

*(4)* ARNG units split between two or more States should, where feasible, conduct AT as an entire unit at least once every three years.

*(5)* All units exceeding 15 days AT will require NGB approval.

*d. **Attendance-Individual.*** All personnel will participate in at least 15 days of AT, including necessary travel time, each year except as indicated below:

*(1)* Guardsmen who are in the final year of ready reserve obligation may be exempt from participation in annual training under the provisions of U.S.C. 270(A), 32 U.S.C. 502(A), and public law 82-156.

*(2)* Enlisted personnel who are waiting to begin or who have not completed IADT will not be required to attend AT. Individuals who have completed phase I of the split training option may, with the consent of the individual and the unit commander, attend AT provided that it does not interfere with phase II split training option. Individuals returning from IADT within 30 days of the start of AT may be granted constructive credit if excused by proper authority.

*(3)* Personnel whose ETS occurs during AT who definitely are not extending their enlistment will be excused from AT. They will be discharged on their scheduled ETS date.

*(4)* All full-time recruiting force personnel (FTRF) are exempt from attending AT with their units. Constructive Attendance (CA) will be authorized.

*(5)* Authorized absence may only be granted to those personnel certified by a medical doctor as temporarily medically unfit to attend AT or to those with substantially documented personal short-term hardships when approved by the State Adjutant General. No CA is authorized.

*(6)* Federally recognized State Adjutants General and their staffs may attend AT with the Army organization of their respective States in a year-round or incremented AT status during dates specified in published orders, provided the total time for pay purposes, including travel, does not exceed the number of days authorized. This provision also applies to Commanders and staff members of organizations that train at different sites or during different training periods in visiting the AT sites of their subordinate units.

*(7)* ARNG technicians/AGR personnel will attend AT with the unit to which they are assigned or attached, in their MTOE/TDA military capacity.

*(8)* With the concurrence of the State Adjutant General, Inactive National Guard (ING) personnel may attend AT on a voluntary basis, and are encouraged to do so. They must be placed in an active status IAW NGR 614-1 while attending AT. Pay for ING personnel will be from AT funds authorized the State. Additional AT funds or man-days are not authorized for ING AT pay. USAR Ready Reserve Mobilization Reinforcement Pool (RRMRP) personnel and ROTC cadets participating in the Simultaneous Membership Program (SMP) may be ordered to AT with the ARNG units by the Commander, RCPAC, or other appropriate commander concerned.

*(9)* While in AT status, personnel may be ordered to special duty, attend service schools or may be attached to units other than their own. Unit commanders are responsible for the maintenance of appropriate records to ensure that all assigned personnel participate in 15 days of AT each fiscal year, except those authorized constructive attendance or excused by proper authority. Constructive attendance may include:

*(a)* When a minimum of 15 days training is served with State Military Academies, USAR schools, an element approved by CNGB, ROTC cadet attending advance camp (SMP), Army service school, and special training activity that enhances the member's value to the military service.

*(b)* When hospitalized or incapacitated as a result of line-of-duty (LOD) injury or illness. These individuals will not attend AT unless fully returned to duty by certificate of competent medical authority.

*(c)* When an individual has been appointed a candidate for admission to one of the service academies and is preparing for admittance to the academy by attending a recognized civilian or military preparatory school.

*(d)* When an individual attends a course of instruction at an Army service school, Army area school, or USAR school at a time other than the regular AT period of the student's parent unit. The course of instruction must be at least 15 days duration and enhance the individual's value to the military service.

*(e)* When attending AT with other than an individual's assigned unit subject to the assurance by the receiving unit that the individual will be training in his/her duty MOS.

*(10)* Personnel, except those participating with the State Military Academy (SMA), will normally attend AT with their unit of assignment. Each member of the ARNG is authorized to attend only one AT period, except when otherwise specifically approved

in advance by NGB. As an exception, additional periods of AT are authorized in the following instances:

*(a)* Enlisted personnel and warrant officers who are qualified and accepted as officer candidates may attend AT with their unit of assignment before starting the SMA AT periods and then the SMA during the same fiscal year. They may not attend their unit AT periods after first attending SMA AT periods, except SMA graduates who have been commissions or awarded certificates of eligibility may attend AT with their new unit and the SMA during the same fiscal year.

*(b)* Individuals who have attended AT with their unit and are later reassigned to another unit that has not attended AT may attend with the new unit of assignment when approved by the State Adjutant General.

*(c)* Individuals may participate in Overseas Deployment Training (ODT) (Title 10) status as part of a unit cell (element) upon approval of NGB. Participation by unit cells in ODT/readiness exercises, and/or in performance of contingency mission training with CAPSTONE gaining commands, IAW AR 350-9, must be approved by NGB.

*(d)* Individuals may attend an additional AT period, when authorized by NGB, to participate in special training programs designed to contribute to the improvement of unit readiness.

*(e)* All AMEDD personnel assigned to temporary TDA positions in State headquarters will be placed in year-round training status and will attend AT at the discretion of the State Adjutant General.

*e. **Year-Round Annual Training.*** Year-round AT should be performed by units that require personnel to conduct AT from time to time throughout the year in varying time periods that will total 15 days for the fiscal year. Safety briefings should be held at least quarterly for units performing year round AT IAW AR 385-10.

*(1)* Units that normally may conduct year-round training are--

*(a)* State HHD, and STARC.
*(b)* Training Site units.
*(c)* Public Affairs Detachments.
*(d)* Army Bands.

*(2)* The following units may perform incremented AT in order to provide maximum on-the-job training for hard-skill MOS personnel and to provide support for the overall ARNG program:

*(a)* Combat service support units and organizations such as the Aviation Classification and Repair Activity Depot, Army Aviation Support Facility, Army Flight Activity, Mobilization and Training Equipment Site, and Consolidated State Maintenance Shop.

*(b)* ADP units.
*(c)* Military Intelligence units.
*(d)* Rear Operations Centers (RAOC).
*(e)* Medical units.
*(f)* Special forces units.

***f. Responsibility of the unit commander.*** Unit commanders will be responsible for individual or group inspection of all personnel under their command immediately before departure for AT. ARNG individuals exhibiting signs of obvious medical, mental, or physical conditions that are likely to interfere with or be aggravated by attendance at AT will be referred to a military medical officer for a determination of fitness to perform AT.

***g. Additional man-day support for AT.***

*(1)* All man-days required for support of AT must be justified in the State's AT plan.

*(2)* Guidelines for ARNG annual training support man-days are provided in NGB Pam 350-1. The number of support man-days utilized will not exceed total allocation.

*(3)* Pre-camp/site reconnaissance, advance/rear detachment, and administrative/logistical support man-days are not authorized for units conducting year-round training.

*(4)* Man-days required for travel. Units or cells moving to and from the AT site may be authorized by CNGB to exceed the 15 day AT period as follows:

*(a)* Units that require 12 hours or less actual travel time during a given 24-hour period, exclusive of meal stops, to reach the TS will be authorized the normal 15 days AT period.

*(b)* Units that require more than 12 hours travel time and will bivouac overnight will be authorized one additional man-day for each 12 hours of travel time per 24 hour period and night bivouac; e.g., if a unit requires 30 hours driving time to reach the TS and bivouacs 2 nights enroute, 2 additional days would be authorized.

**2-3. Schools**

In addition to IDT and AT, personnel may participate in additional training by attending schools and other training programs. NGR 351-1 sets policies and procedures for ARNG personnel for Individual Military Education and Training (IMET). This regulation should be consulted for information on Service, Army Area, USARF, DoD, USAF, Vo-Tech, and Individual Readiness Training Schools, as well qualification training courses.

**2-4. Minimum personnel and training standards**

All ARNG unit (except State headquarters and headquarters detachments, Alaska ARNG arctic reconnaissance and scout units, and training site

TDAs) must attain and thereafter maintain the minimum personnel training readiness standards outlined in **table 2-3.** The status of each unit relative to these minimum standards will be determined by the Adjutants General at the end of the first complete training year (TY) after organization, conversion, major reorganization, or major relocation as an MTOE/TDA troop program unit and at the end of each training year thereafter. Units failing to attain or maintain one or more of the standards will be considered deficient and are subject to the actions in paragraph 2-4c.

*a.* As a result of the initial determination, unit status will be established as first, second, or third year level as appropriate. For example, a unit that has attained each of the minimum standards applicable to the first year level will be placed in the first year level and will be required to progress through successive year levels until it has attained third year level, which it will maintain in subsequent years.

*b.* FORSCOM or overseas commander, upon determining that an ARNG unit does not meet minimum standards set forth in this regulation, may recommend that the Chief, National Guard Bureau take one of the actions in paragraph 2-4c applicable to deficient units. This recommendation will be forwarded through appropriate channels with an information copy to the State Adjutant General.

*c.* Unit failing to maintain minimum standards. When it is determined that a unit is deficient in maintaining minimum standards, the Chief, National Guard Bureau may take one of the following actions in (1) below:

*(1)* Letter of deficiency at the end of the training year. If the Chief, National Guard Bureau does not consider probation appropriate, a letter will be forwarded to the Adjutant General of the State concerned with information copy to the appropriate CONUSA or overseas commander recommending the responsible general officer send a letter of deficiency to the commander of the deficient unit with an information copy to NGB-ARR.

*(a)* Letter of deficiency will specify each area in which the unit has failed to meet minimum standards, and corrective actions to be taken.

*(b)* When a unit has received a letter of deficiency and, in the opinion of the Chief, National Guard, based on Inspector General reports, annual training evaluations, or other valid inspections, no significant improvement is made in the succeeding year, that unit may be placed on probation.

*(2)* Place unit on probation.

*(a)* Letters placing units on probation will include--

*1.* Standards that the unit has not attained or maintained.

*2.* Effective date of probation and duration of probation.

*3.* Date that further action will be taken if the deficiency is not corrected.

*(b)* Letters placing units on probation will be forwarded as follows--

*1.* Two copies to the State Adjutant General.

*2.* Two copies to FORSCOM or overseas commander concerned.

*(c)* At least 60 days before the end of the probation period, the Chief, National Guard Bureau will review the current status of the unit in coordination with the State Adjutant General concerned. If the review indicates that the unit is no longer deficient, it will be recommended for removal from probation. If the review indicates the unit has not attained prescribed standards, consideration will be given to recommending one or more of the following actions:

*1.* Extension of the probation up to 1 additional year.

*2.* Reorganization or conversion.

*3.* Relocation.

*4.* Withdrawal of Federal recognition.

*(d)* The State Adjutant General, within 30 days after receipt of recommendations for action in (e) above, will submit to the Chief, National Guard Bureau, his/her recommendations for the course of action to be followed. Recommendations will include--

*1.* The standard(s) in which the unit is deficient.

*2.* Detailed justification and, when appropriate, a statement concerning impact on overall occupancy of a Government-owned facility if unit is relocated or if Federal recognition is withdrawn.

*3.* Date action should be effective.

*(e)* Final determination will be made by the Chief, National Guard Bureau.

**TABLE 2-1**
**Phases of the Development**
**Annual Training Plan**

| Phase | Responsibility | Action |
|---|---|---|
| I | State Adjutant General | **1.** Determines training needs of each unit within the State based on:<br>*a.* Wartime mission.<br>*b.* Premobilization Objectives.<br>*c.* Present training status.<br>*d.* Specific training requirements.<br>*e.* Priority of unit.<br><br>**2.** Develops tentative training site and date schedule for each unit within the State based on--<br>*a.* Training and logistical needs of each unit within the State.<br>*b.* Coordination with appropriate TS commanders, installation commanders, and other Reserve Component and Active Army agencies.<br><br>**3.** Submits AT schedule plan to the appropriate CONUSA/ WESTCOM/6th INF Div (Lt) for review and coordination. |
| II | CONUSA/WESTCOM<br>6th Inf Div (Lt) | **1.** Should conduct AT scheduling conference which all interested headquarters and agencies attend.<br><br>**2.** Publishes TS and dates for all ARNG units scheduled as a result of the AT scheduling conference.<br><br>**3.** Conducts evaluation requirements<br><br>**4.** Assures AC support for ARNG units. |
| III | Training Site Commanders | **1.** Conduct a precamp Commanders conference at which:<br>*a.* All interested headquarters and agencies attend.<br>*b.* Training site support requirements that will support the programmed training and accomplish AT objectives are determined. |
| IV | State Adjutant General | **1.** Develops AT plan based on guidance contained in this regulation, FORSCOM/ARNG Reg 350-2, and NGB Pam 350-1<br><br>**2.** Ensures all AT training sites and dates are coordinated with CONUSA/WESTCOM/6th Inf Div (Lt).<br><br>**3.** Submits AT support plan to NGB-ARO-Y. |
| V | Chief, National Guard Bureau | **1.** Approves, disapproves, or modifies AT support plan based on-- |

**TABLE 2-1 -- Continued**
**Phases of the Development**
**Annual Training Plan**

| Phase | Responsibility | Action |
|---|---|---|
| | | *a.* Appropriateness of training IAW current policy, programs, regulations (e.g., partnership program) funding availability, and transportation requirements.<br>*b.* Compliance with current programs, directives, and requirements. (See phase I above).<br><br>**2.** Coordinates appropriate administrative support and transportation requirements based on availability of funds.<br><br>**3.** Returns approved/modified AT plan to State Adjutant General<br><br>**4.** Monitors AT performance. |
| VI | State Adjutant General | **1.** Supervises AT execution as approved.<br><br>**2.** Manages funds to ensure that sufficient funds are available to support the approved AT support plan. (Requests additional funds from NGB or reports unused funds to NGB.)<br><br>**3.** Implements AT support plans.<br><br>**4.** Submits necessary changes to AT support plan to NGB or approval after coordination with the CONUSA/ WESTCOM/6th Inf Div (Lt).<br><br>**5.** Ensures approval transportation requests are coordinated with NGB-ARO-Y prior to execution. |

**TABLE 2-2**
**Nonprior Service Training Program**

| Subject | Hours | Reference |
|---|---|---|
| Troop Information and Indoctrination | 10 | |
| Achievements & Traditions of the Army and the National Guard | (2) | DA Pam 130-2 "Always Ready Always There" (1/) National Guard Almanac TRADOC BCT POI 21-114 annex C, app 5 (2/). |
| The Role and Purpose of Disturbances, Guard as a Civil Disaster Relief Force | (2) | AR 500-50 and AR 500-60. |
| Military Courtesy & Customs | (2) | "Our Heritage in Pride" Commander's Briefing #3 (note 3) TRADOC BCT POI 21-114 annex C, app 1. |
| Military Justice (Federal and State | (2) | TRADOC BCT POI 21-114, annex C, app 10 State Military Code |
| Troop Information Education | (1) | "Beyond the Army Door-ARNG Educational System", Commander's Briefing #4 (3/).) "You'll only miss me when I'm Gone - Benefits" Commander's Briefing #7 (3/). |
| Commanders Time (Used for Admin Processing, etc.) | (1) | None |
| General Military Subjects | 26 | |
| Drill and Ceremonies | (10) | FM 22-5 TRADOC BCT, POI 21-114, annex C, app 1, periods 1 thru 8. |
| First Aid | (2) | TC 21-11, Pocket Medic Emergency First Aid for Soldiers DA Cir 40-80-1 TBMED 175 FM 21-11, First Aid for Soldiers TRADOC BCT POI 21-114 annex C, app 16. |
| Field Hygiene & Sanitation | (1) | FM 21-3, Field Hygiene |
| Interior Guard Duty | (2) | FM 21-5, Guard Duty |
| Recruiting and Retention | (1) | NGR 600-200 (4/) and NGR (AR) 601-1 |
| Physical Security of Weapons and Sensitive Items | (1) | NGR 190-11, FM 19-30, Physical Security |

TABLE 2-2--Continued
Nonprior Service Training Program

| Subject | Hours | Reference |
|---|---|---|
| Maintenance, Supply Economy, Cost Consciousness | (2) | NGB Pam 710-1 and MF 21-1152, "The Late Company B" (28 min). |
| Mechanical Training of Individual Weapon (rifle and pistol M1911A-1) 9mm Pistol | (3) | FM 23-9, FM 23-3, FM 23-30 TRADOC BCT POI 21-114, annex M-16 C, app 18, periods 1-3. |
| Physical Fitness Training | (3) | FM 21-20, Physical Readiness Training. |
| Identification and Wearing of Military Uniforms | (1) | TRADOC BCT POI 21-114 annex C, app 3 (5/), AR 670-1. |
| Pre-Airborne School Training (6/) | as | Assignment Details, and transfers to ARNG Airborne and Special Forces Units FM |
| Forces Units FM | | 21-20, Physical Readiness Training TM 57-220, Technical Training of Parachutists Guide for Airborne Students. (Available from Instructional Material Support Branch, ATTN: ATSH-SE-AWT-SD USAIS Fort Benning, GA 31905. |

NOTES:

1/ NGB film (27 minutes) available from the State public affairs officer. States should follow up the film with detailed briefing on specific State units and a tour of the State museum.

2/ The TRADOC Basic Combat Training POI, dated October 1990, contains lesson plans for the indicated subjects. It is available from the State training officer.

3/ Commander's Briefing is a slide script package developed by NGB-PA. With questions and answers, it lasts about 20-30 minutes. It is distributed to each company size unit.

4/ Appropriate State regulations and applicable publications.

5/ Physical fitness training and identification and wearing of military uniforms are identified weaknesses of ARNG personnel at BCT.

6/ Pre-airborne school training is designed to prepare personnel scheduled to attend the basic airborne course (and if required, Special Forces, Ranger, or Pathfinder courses) by rigorous physical and psychological testing and toughening. Units requiring only airborne training should administer to the recruit the Army Physical Fitness Test (APFT) at each paid or nonpaid MUTA-4 he/she attends before departure for IADT. NPS as well as prior service personnel scheduled to attend the Special Forces or Ranger course after BT and/or airborne training should be administered the Ranger/Special Forces Physical Fitness Qualification Test in lieu of the APFT. Testing for the Special Forces applicant should include the 50-meter swim in fatigue shirt, trousers, and combat boots (when possible). Those individuals who cannot pass the swim test should participate in remedial water survival training in accordance with appendix C, FM 21-20.

**TABLE 2-3**
**Minimum Personnel Training Readiness Standards**

| | End of Training Year Following Organization, Reorganization, or Conversion | | |
|---|---|---|---|
| | **1st TY** | **2d TY** | **3d and Subsequent TY** |
| Total Unit Strength | 50% of Auth | 65% of Auth | 80% of Auth |
| OFF/WO Strength | 50% of Auth | 65% of Auth | 80% of Auth |
| Enlisted Strength | 50% of Auth | 65% of Auth | 80% of Auth |
| Enlisted MOS Qual | 60% of Assn | 80% of Assn | 80% of Assn |
| IDT Attendance* | Maintain an average of 85% of assigned strength. | | |
| AT Attendance | Attain 90% attendance of assigned strength. | | |
| Unit Training Standards for Company/Detachment Size Units . | Attain a training REDCON of at least C-3 within 3 years after being organized, reorganized, or converted. | | |

*Constructive attendance included.

Training year effectiveness.

*a.* A unit that receives an unsatisfactory rating in TY effectiveness does not meet minimum standards and should be given a letter of deficiency.

*b.* A unit receiving an unsatisfactory rating in TY effectiveness for 2 consecutive years will be subject to probation by the CNGB.

General Inspection.

*a.* A unit that receives an unsatisfactory General Inspection rating does not meet minimum standards and should be given a letter of deficiency.

*b.* A unit that receives an unsatisfactory General Inspection rating for 2 consecutive inspection cycles will be subject to probation by the CNGB.

## Chapter 3
## Specific Subject Guidance

### 3-1. General
This chapter provides guidance in specific areas of both individual and collective training.

*a. Military Support to Civilian Authorities (MSCA).* (See guidance contained in NGR 500-1)

*b. Civil Disturbance Training (CD TNG).* (See guidance contained in NGR 500-1)

*c. Drug Interdiction and Counter-Drug Operations.* (See guidance contained in NGR 500-1)

*d. Military Support to Civil Defense (MSCD) and Land Defense of CONUS (LDC).* (See guidance contained in NGR 500-1)

*e. Counter-Terriorism Training and Operations.* (See guidance contained in NGR 500-1)

### 3-2. Medical
Mandatory formal training is required for the award for medical MOS and on-the-job training may not be substituted. Medical MOS may be awarded by any agency as specifically authorized by the Commandant, Academy of Health Sciences, or the Commander, MILPERCEN.

### 3-3. Maintenance

*a. Intermediate Direct Support.* Units will provide support to specific systems and their auxiliary equipment during IDT and AT commanders must establish a positive intermediate (DS) maintenance training program to effectively train these units.

*b. Intermediate General Support.* The fundamental purpose of these units is to support the theater supply system through repair of components and DX items. Maintenance at this level will be job or production-line operations, as appropriate, and will be performed by modular units composed of commodity oriented platoons. These units will organize teams to perform an area support role. Training programs for intermediate (GS) units must key on improving individual MOS proficiency and sustainment skills while also enhancing maintenance management and leadership skills in CAPSTONE command and control units. Training opportunities can be enhanced best by assigning live missions to maintenance units during IDT and AT. A new concept, which is the part of the maintenance training programs for the Reserve Components, is the use of Regional Training Sites - Maintenance (RTS-M) at various locations throughout CONUS.

### 3-4. Training Conferences
Training conferences, training seminars, training workshops, or other similar meetings may be conducted as a result of State requirements, CAPSTONE planning requirements, or at the request of Active Army commanders or agencies (FORSCOM, TRADOC, AMC, WESTCOM, CONUSA, NGB, etc). Attendance at each meeting will be supported from available funds allocated to the State. The intent of the event must result in the improvement of training or readiness. State Adjutants General are encouraged to determine the man-day requirements needed to support State requirements and those resulting from Active Army-sponsored conferences. Attendance at such conferences must be approved in advance by the CNGB, either as part of the State operating budget or on a case-by-case basis.

## Chapter 4
## Special Training Programs

### 4-1. General
This chapter briefly describes the more widely used programs to improve ARNG personnel and units proficiency. Except where noted, the basic references for these programs are AR 351-1 and this regulation. The POC will be NGB-ARO-Y, except where noted. This POC should be contacted for new programs needed to meet training objectives.

### 4-2. Key Personnel Upgrade Program (KPUP).
*a.* The goal of KPUP is to enhance the military expertise of ARNG key personnel through practical experience in their duty specialities.

*b.* The objectives of KPUP are to--

*(1)* Contribute to the professional development and build personal confidence of ARNG key personnel.

*(2)* Build, maintain, and demonstrate the tactical and technical individual skills of ARNG key personnel.

*(3)* Foster the Total Army policy through shared training experiences among AC, USAR and ARNG personnel.

*c.* All ARNG individuals are eligible to participate.

*d.* State Adjutants General will determine individuals eligible to participate. Guidelines for participation are:

*(1)* Individuals will participate in their assigned duty MOS.

*(2)* Individuals will train either in place of or alongside a counterpart AC/RC incumbent.

*(3)* Preference is to individuals from combat and combat support units training under tactical field conditions and to individuals with a hard skill or hard-to-train technical MOS training in a nontactical environment.

*(4)* MTOE squads, sections,teams, and crews may participate.

*(5)* KPUP may also be used to increase individual training through a structured on-the-job training(SOJT) program with an AC sponsor.

*(6)* Training under KPUP is subject to manday limitation of NGR 37-111.

*e.* ***Coordination of KPUP*** participation should occur at the lowest practical level. All OCONUS KPUP must be approved by NGB-ARO-Y, prior to any coordination. NGB will establish and coordinate centrally-managed OCONUS KPUP for certain specialties. NGB-ARO-Y will coordinate program structure and management with OCONUS commands and states.

**4-3. Selective Service Training**

*a.* The goal of the Selective Service System is to meet the mobilization manpower requirement of the Department of Defense.

*b.* National Guard personnel assigned to the Selective Service Sections in each STARC contribute to this effort through recruitment and training of uncompensated citizens who constitute the local and appeal boards which are a part of the Selective Service System. Members also participate in a wide variety of media programs in support of the Selective Service System. Guard personnel also train to operate the Selective Service System in the event of mobilization or national emergency. Selective Service programs are conducted during IDT periods and through the use of split annual training and Special Training Tours.

*c.* Special Tour approval for ARNG personnel assigned to the Selective Service Sections is coordinated by NGB-ARO-M. Funding for these tours is through 2G13.0043 which is reimbursed by the Selective Service System. Reimbursement is accomplished only at DA level.

**4-4. National Guard Bureau Biathlon Program**

*a.* The sport of biathlon combines the skill of cross country skiing and shooting. Biathlon events are: 10km sprint, 20km race, 4 man Patrol Team race and 4x7.5km relay team race. These events require participants to ski cross-country trails, while stopping four times to fire at small disk targets on a 50 meter range. For each target missed a biathlete is required to ski a penalty loop before continuing the race. Fastest times determine winners. Awards are given to top individual and team finishers.

*b.* National Guard Bureau Biathlon Championships are conducted annually with Minnesota and Vermont serving as host states on an alternating basis. States hold tryouts/competition to select their team members.

*c.* Training can be conducted year-round. NGB Biathlon Coordinator can schedule NG Biathletes to conduct assistance visits to requesting states. The training benefits achieved by participating in this activity includes excellent physical conditioning and increased marksmanship proficiency. Proper and public affairs coverage at NGB, State and unit level needs to be emphasized.

*d.* Funding for participation in the NGB Championships is provided by NGB through the Biathlon Coordinator.

**4-5. Army National Guard Marathon**

*a.* The purpose of the program is to encourage and enhance physical fitness within the Army and Air National Guard. It also serves as a method for the Army and Air National Guard to select representative teams to participate in other marathon events. It is envisioned that state level running teams will be established on a year round basis to represent the Army and Air National Guard in local competitions. Personnel from the state teams can assist in development of local physical fitness programs and provide instructors knowledgeable in the physical fitness arena. Utilization of Master Fitness Trainers is strongly encouraged.

*b.* The Army National Guard Marathon is conducted annually in May within the framework of the Lincoln Nebraska Marathon.

*c.* The marathon distance is 26 miles and 385 yards. All the marathons are certified and sanctioned by The Athletic Congress (TAC) National Guard Marathon teams (All-Guard) will be selected from the top finishers to participate in other competitions (Marine Corps, Navy and Infantry Marathons in Nov-Jan each year). Teams will be formed for Men, Women and Masters. The Masters is for men and women who are 40 years of age and above who have been medically CV screened. Team members should be selected based upon their fastest times in

a recent marathon or other distance event (at least a half-marathon). Adequate individual training time is required for all team members.

*d.* NGB awards at the Lincoln Marathon will consist of individual and team awards. Individual National Guard runners (Men and Women) will receive first, second, third, fourth, and fifth place awards in age categories up to and including the over 55 category. Team awards will be for the first through third place teams. Team standings are based on cumulative times of the top three runners on each team.

*e.* Funding for participation in the National Guard Marathon and for All-Guard team members is provided by NGB through the Marathon Coordinator.

**4-6. Army National Guard Participation in International Ski Championships for Alpine Troops (CaSTA)**

*a.* The National Guard is invited annually to participate in the International Ski Championships for Alpine Troops (CaSTA) in San Candido, Italy. Nations currently competing include U.S., Italy, West Germany, Great Britain, Spain, France and Switzerland. Approximately 130 competitors participate.

*b.* Try-outs for the National Guard team is conducted in conjunction with the CISM try-outs in January in Vermont. The specific events are a 15km individual biathlon race, giant slalom, five-man patrol race and a 30km cross-country relay (3 member) race. Some team members may also be members of the CISM team and may conduct training in Vermont and Europe prior to the competition.

*c.* Funding for participation in the try-outs and for the National Guard team is provided by NGB through the NGB Biathlon/CaSTA Coordinator.

**4-7. Army National Guard International Parachute Competition (LEAPFEST).**

*a.* The purpose of the competition is to gain international visibility of Army National Guard airborne/parachute capabilities and display the Army National Guard leadership role in the airborne brotherhood. LEAPFEST increases The espirit within the participating units and promotes goodwill with our international allies. It has attracted national and international attention and has placed the Army National Guard in the forefront of airborne organizations.

*b.* Participants in the September event are usually from the Active Army, Army Reserve, Marines, Navy ROTC and the Army National Guard. A team will consist of four (4) jumpers and a minimum of three (3) jumps per team. Awards/trophies are given to the top three (3) teams, top three individual finishers, the top foreign team and the top foreign individual.

*c.* Funding for support of the LEAPFEST competition is provided by NGB through the LEAPFEST Coordinator.

**4-8. Council International Du Sport Militaire (CISM) Ski Championship**

*a.* Council International Du Sport Militaire (CISM) encourages and develops friendly relations among the armed forces of various nations. CISM now has 82 member nations and conducts championships each year in 22 different sports. Normally each sport is hosted by a different country.

*b.* CISM Ski Championships consist of giant slalom, cross country skiing and biathlon events.

*c.* The United States Armed Forces Sports Council has designated the National Guard Bureau as their proponent agency for CISM Ski Championships. Each January the National Guard Bureau hosts tryouts in Vermont/New York to select a U.S. team. National Guard members eligible to tryout are previous year CISM team members, previous year All Guard Biathlon Team members, other talented NG individuals receiving an invitation from the Biathlon Coordinator, and NG individuals selected based upon resume submissions. Nominations/resumes must be received by the NGB Biathlon Coordinator by 1 Dec.

*d.* Upon selection to the U.S. CISM team, team members train in Vermont, New York and Europe prior to the championships in March. Team members have also participated in training programs and competitions in September, November and December.

*e.* Funding for participation on the U.S. CISM team is provided by NGB through the Biathlon Coordinator.

Headquarters
Department of the Army
Washington, DC 20310-2500
1 June 1988

*National Guard Regulation 635-102

Effective: 1 July 1988

Personnel Separations

# OFFICERS AND WARRANT OFFICERS SELECTIVE RETENTION

Summary. This regulation provides guidance and procedures €or conducting the Officer Selective Retention Board. It includes new information on the selection process of officers and warrant officers, clarification in the scheduling of the board, board recommendations, composition of the board, and formats for board results.

Applicability

a. This regulation applies to all ARNG commissioned officers and warrant officers who are not in active Federal service. It is applicable to soldiers in the Inactive National Guard and those on AGR status (Title 32).

b. This regulation does not apply to the following:

(1) Commissioned and warrant officers in active Federal service on an AGR status (Title 10).

(2) General officers.

(3) Voting members of current selective retention boards.

(4) Officers below the grade of LTC who have twice failed selection for promotion and whose Federal recognition has not been withdrawn.

(5) State AGs and Assistant AGs.

(6) Technicians who are pending medical boards.

Impact on Unit Manning System. This regulation does not contain information that affects the Unit Manning System.

Internal Control Systems
This regulation includes requirements warranting internal controls. An internal control review checklist is included.

Supplementation. Supplementation to this regulation is authorized. If supplements are issued, send a copy to NGB-ARP-O.

Interim changes. Interim changes to this regulation are not official unless they are authenticated by the Executive, NGB. Users will destroy interim changes on their expiration dates unless sooner superseded or rescinded.

Suggested improvements. The proponent of this regulation is the National Guard Bureau. Users of this regulation are invited to send comments and suggested improvements on DA Form 2028 (Recommended Changes to Publications and Blank Forms) directly to NGB-ARP-O, Washington, DC 20310-2500.

Contents


| | Paragraph | Page |
|---|---|---|
| Purpose | 1 | 2 |
| Policy | 2 | 2 |
| Program goals | 3 | 2 |
| Zone of consideration | 4 | 2 |
| Responsibilities | 5 | 2 |
| Safeguard against premature removal from an active status | 6 | 3 |
| Status of officers upon termination of Federal recognition | 7 | 3 |
| Selection boards | 8 | 3 |
| Operation of the nine-member board (three-panel system) | 9 | 4 |
| Man-day and funding support | 10 | 5 |

Appendixes
A. Sample Notification of Consideration Letter — A-1
B. Selective Retention Board Checklist — B-1
C. Instructions to Selection Boards — C-1
D. Board Proceedings Format — D-1
E. Sample of Selection Letter — E-1
F. Sample of Nonselection Letter — F-1
G. Report Format — G-1


*This regulation supersedes NGR 635-102, 28 September 1973.

1. Purpose
This regulation prescribes policies and procedures for establishing and conducting selection boards used in the ARNG program for selective retention of officers and warrant officers beyond 20 years of qualifying service for retired pay.

2. Policy

a. Selection consideration will be without regard to race, color, religion, gender, or national origin.

b. Unless clearly applicable to any one gender, the term commissioned officer, officer, warrant officer, individual, and the intentional use of a masculine pronoun applies to both men and women.

3. Program goals
A continuing program of selective retention is essential to provide for progression of qualified officers at proper intervals in their careers. The board goals of the ARNG program for selective retention are--

a. Ensuring that only the most capable officers are retained beyond 20 years of qualifying service for assignment to the comparatively few higher level command and staff positions.

b. Providing career incentive.

c. Ensuring an opportunity for advancement to the higher grades at the peak years of an officer's effectiveness.

4. Zone of consideration
Selection boards will be convened in each State annually to consider officers and warrant officers in the grades of colonel and below for selective retention beyond 20 years of qualifying service for retired pay.

a. Initial consideration. All officers and warrant officers who accrue 20 or more years of qualifying service as of 31 December of the preceding year will be considered by that year's board; e.g., officers accruing 20 years qualifying service in calendar year 1987 would be considered the first time in calendar year 1988. Boards may be convened anytime during the first 6 months of the calendar year.

b. Later consideration. At the discretion of the Adjutant General, all officers will be considered either annually or biennially.

c. Selective retention boards will be conducted independently from AGR tour continuation boards IAW NGR 600-5, para 6-8.

5. Responsibilities
State adjutants general are responsible for--

a. Maintaining necessary records to permit a determination of each officer's eligibility for consideration for selective retention.

b. Announcing the frequency of subsequent consideration of all officers either annually or biennially.

c. Notifying officers to be considered of the purpose, time, and place of the board (appendix A).

d. Requesting designation of Active Army board members from the CONUSA commander.

e. Announcing time and site of annual selection board.

f. Issuing orders placing ARNG board members on full-time training duty.

g. Referring personnel records to the selection board.

h. Providing administrative support to the board.

i. Ensuring that each record has a Selective Retention Board Checklist (appendix B) attached. (The Officer Personnel Management System (OPMS) manager is responsible for preparing and/or verifying the information contained thereon.)

j. Approving or disapproving the board report within 30 days of the board's adjournment date.

(1) The AG may act upon the report in the following manner:

(a) Approve the report in its entirety.

(b) Remove an officer's name from the nonselect list and place it on the select list for retention for 1 or 2 years.

(c) Modify the select list to change an officer from a 1-year retention to a 2-year retention.

(2) The AG may not remove an officer from the select list and place him or her on the nonselect list. Further, the AG may not change the retention period of a selected officer from 2 years to 1 year.

(3) The AG may disapprove the board report in its entirety and require the board to reconvene and reconsider all cases, if the board report contains substantial administrative errors or procedural deficiencies. The AG will propose supplemental guidance to be given the board to correct the deficiencies.

k. Issuing selection (appendix E) or nonselection (appendix F) letters within 30 days of his or her action on the report of the board.

l. Publishing orders separating nonselect individuals from the ARNG citing this regulation as the authority for termination of State appointment. This action will be effected not later than 60 days from the issuance of the nonselection letter.

m. Establishing controls to see that officer evaluation reports and other documents that have direct bearing on the retention value of an officer are submitted on time.

n. Ensuring that officers who appear to have completed 20 years of qualifying service by 31 December of the preceding year are considered by the board. It is absolutely essential that the AG establish strict controls to ensure that verification of service has been accomplished on time.

6. Safeguard against premature removal from an active status

a. Individuals will not be removed from active status until notification of their eligibility for retired pay at age 60 has been issued, unless sooner removed for cause or physical disability.

b. When officers are not approved for retention and it is later determined that they have not completed the 20 years of qualifying service, the nonselect letter will be removed from all files and destroyed. Further, their names will be stricken from the board proceedings.

7. Status of officers upon termination of Federal recognition

a. When the Federal recognition is withdrawn from officers under provisions of this regulation, they become members of the Army Reserve (10 USC 3352).

b. Unless officers elect in writins to be assigned to the Retired Reserve, they will be transferred to the jurisdiction of the Commander, ARPERCEN with assignment to USAR Control Group (Reinf).

8. Selection boards
State AGs will appoint and convene selection boards subject to the following:

a. Composition. There are two types of boards--a three-member board and a nine-member board organized into three panels. Members may be selected from ARNGUS units within the State concerned and from other components of the Army or from ARNGUS units in other States with the concurrrence of the AGs concerned.

(1) A three-member board will be composed of three commissioned officers. The board will normally be composed of two ARNG officers and one Active Army officer; however, there must be at least one ARNG and one Active Army officer on each board. All members must be of equal or higher grade and, except for the Active Army member(s), must be senior in date of rank to each officer considered by the board. To constitute a quorum, all three members must be present at all sessions of the board. A commissioned or warrant officer may be designated recorder by the appointing authority and shall be without vote. When a recorder is not designated, the junior member of the board will act as the recorder and have a vote.

(2) A nine-member board must be composed of nine commissioned officers, one or more of whom must be an Active Army officer, and all of whom must be of equal or higher grade and, except for the Active Army member or members, senior in rank to each officer whom the board considers for selective retention. A commissioned or warrant officer may be designated recorder by the appointing authority and shall be without vote. When a recorder is not designated, the junior member of the board shall act as the recorder and have a vote.

(3) No ARNG board member will sit as a member of consecutive boards considering the same officers; e.g., if boards are held biennially, an officer may not sit as a member of the 1986 and 1988 boards. If boards are held annually, an officer may not sit on the 1986 and 1987 boards. In addition, if the board is held biennially and officers are identified for consideration by the next year's board, the same ARNG members cannot serve the next year. If a State cannot comply with these provisions or determines that it would be impractical, an exception to policy may be requested from NGB-ARP-O. There is no prohibition to non-voting recorders serving on consecutive boards.

(4) The State AG will request the CONUSA commander to designate an Active Army officer or officers to serve as members of the selection board. The appointment instrument should indicate the concurrence of the CONUSA commander.

b. Letters of instruction. Letters of instruction in the format prescribed in appendix C will be issued by the State AG.

c. Briefings. In addition to letters of instruction, all selection boards will be briefed by the State AG or designated representative. This briefing will amplify the salient features of the letter of instruction and give the board members an opportunity to ask questions.

d. Communications for selection boards.

(1) Individuals are not authorized to appear in person before a selection board on their own behalf or in the interest of another individual.

(2) Individuals being considered for selective retention may write letters to the selection board inviting attention to any matter of record concerning themselves that they feel important in the review of their records.

(3) Unsolicited communications that contain criticism or reflect on the character, conduct, or motives of any officer will not be given to the selection board.

e. Board oath

(1) The following oath will be administered by the recorder to the members of the board: "You (identify each member by grade and name) do solemnly swear (or affirm) that you will, without prejudice or partiality, and having in view both the special fitness of individuals and the efficiency of the Army National Guard, perform duties imposed upon you, and further, that you will not divulge the proceedings or results of this board except to proper authority." (Each member of the board will respond, "I do.")

(2) The president of the board will administer the following oath to the recorder: "You (identify by grade and name), as a recorder of this board, do solemnly swear (or affirm) that you will perform duties imposed upon you by the president of this board, and further, that you will not divulge the proceedings or results of this board except to proper authority." (The recorder of the board will respond, "I do.")

f. Conduct of the board

(1) Selection boards will make an evaluation of the future benefits that can be expected to accrue to the ARNG from the continued service of each individual considered. The board should consider the following factors in arriving at its decision:

(a) Potential for replacing present senior commanders and staff officers or specialists in the case of warrant officers.

(b) Adequacy of civilian and military education for performance of duties associated with higher level command and staff assignments.

(c) Demonstrated performance as attested by evaluation reports, academic reports, and results of inspections and evaluations that cite the manner of performance of the officer.

(d) Medical condition and physical fitness so that no significant assignment limitations are evidenced.

(2) If the vote is not unanimous, the dissenting board member may prepare a minority report to support his or her contrary position. A copy of the minority report will be appended to each copy of the board report.

g. Report format, content, and distribution. Reports will be prepared in the formats prescribed in appendix D. All copies of the report will be forwarded to the AG. After the AG has approved the board proceedings, a report prepared IAW format prescribed in appendix G will be sent to NGB-ARP-O.

h. Protective markings. To ensure against premature disclosures of board recommendations, all copies of the board report will be marked "FOR OFFICIAL USE ONLY." These markings will be removed on receipt by the State AG.

9. Operation of the nine-member board (three-panel system)

a. General. Each panel will be composed of three members, as similarly configured as possible. The board operates in two phases; the first phase has the panels operating independently as three separate "mini-boards" considering each file. The panels are then combined into a single nine-member board to concentrate on and analyze those files that require a revote.

(1) Phase I--three panel phase.

(a) Each panel operates independently of the other two. Three separate vote sheets are used for each file. Vote sheets are not transferred between panels with files.

(b) Files are rotated thru each panel. Panel members vote on each file.

3

(c) To constitute a quorum, all three members must be present at all sessions of the panel.

(2) Phase 11--consideration by nine-member board.

(a) The panels are combined into a single nine-member board.

(b) Those officers recommended by none of the three panels are normally withdrawn from further consideration.

(c) Those officers recommended by all three panels are normally voted for retention without further evaluation.

(d) The combined board examines the remaining officers who were not three-panel selectees or nonselects.

(e) To constitute a quorum, seven members, to include one Active Army member, must be present at all sessions of the board.

b. The board may recommend one of the following:

(1) Select and be reconsidered in 2 years.

(2) Select and be reconsidered in 1 year.

(3) Nonselect.

10. Man-day and funding support. Authority is granted for the issuance of State orders placing ARNG officers in a full-time training duty (FTTD) status, with pay, incident to their serving as members of selection boards established under this regulation. Such authority is subject to the following:

a. The total FTTD authorized Will not exceed 9 man-days per year per State, unless additional man-days are approved by the Chief, National Guard Bureau.

b. Officers ordered to FTTD will be authorized pay and allowances, to include travel, utilizing Program 3100 funds available to the State.

c. Military transportation will be used as much as possible for travel.

## Appendix A

### SAMPLE NOTIFICATION OF CONSIDERATION LETTER

(State Adjutant General Letterhead)

________________
(date)

MEMORANDUM FOR: (Officer concerned)

SUBJECT: Consideration for Selective Retention UP NGR 635-102

1. A Selection Board will convene at ________________ (place) on ____________ (date) to consider commissioned and warrant officers in the grade of colonel and below who have completed at least **20** years of service.

2. The records of this headquarters indicate that you meet the criteria for considera-tion by the ________ (year) selection board. The authority and purpose of the board are contained in NGR 635-102.

3. You are not permitted to appear in person before the selection board on your own behalf or in the interest of another officer. You may, however, write a letter to the selection board inviting attention to any matter of record concerning yourself that you feel important in the review of your records. Communications should be addressed as f01lows:

President, Selective Retention Board
(mailing address)

4. If you have not already done **so,** I suggest that you consult NGR 635-102, which con-tains an explanation of the Army National Guard program for selective retention.

Appendix B

**SELECTIVE RETENTION BOARD CEECKLIST**

Name ______________________________ Rank ______________

DOB ____________ Age ____________ DOR ____________ MRD ____________

Present duty assignment ____________________ Unit ______________

Height ______ Weight ______ Date ______ Date of last APRT passed ________

Date of last physical ____________ Profile P U L H E S ____________

Military education:

Highest course ______________________________

Date completed ____________

Correspondence course(s) ______________________________

Date enrolled ____________

Hours completed ____________

Hours completed last 12 months ____________

Highest civilian education ____________________ Degree ____________

Date last enrolled ____________

Credit hours completed ______

Credit hours completed last 12 months ______

Additional remarks ______________________________

______________________________

______________________________

______________________________

______________________________

Appendix C

INSTRUCTIONS TO SELECTION BOARDS

(commissioned and warrant officers)

C-1. General

a. The program for selective retention is designed to--

(1) Provide maximum career incentive.

(2) Give recognition to sustained excellent or better performance.

(3) Provide a highly motivated officer corps and a high retention rate among the top quality officers.

b. No evaluation of demonstrated performance or potential for future service can be complete or objective without a review of the entire record. The "whole person" concept should govern. An isolated example of excellence or mediocrity should not be used as a determinant for selection or nonselection. The analysis of individual records should include a careful review of all of the following factors:

(1) The degree of efficiency demonstrated in the assignment held; the degree of responsibility and the magnitude of the functions involved: and the type of assignments and the leadership and managerial ability required.

(2) General physical condition and medical fitness standards for retention as prescribed in chapter 3 of AR 40-501, to include height and weight standards (AR 600-9) and Army Physical Fitness Test. The individual should be able to perform without significant limitation in the event of mobilization.

(3) Demonstrated performance as attested by evaluation report, academic reports, and results of inspections and annual field training evaluations that cite the individual's manner of performance.

C-2. Evaluation reports

a. The basic and most important single document in the individual's record is the evaluation report. The manner of performance section in each report must be closely examined. It is here that patterns of strengths and weaknesses over a period of time will appear. These reports should be weighed in light of--

(1) The type of observation on which the report is based: e.g., daily contact, infrequent observation, records, and reports.

(2) Length of time in assignment.

(3) Length of time covered by each report.

(4) Continuity of raters or senior raters.

(5) Trend in efficiency as experience is gained.

b. Rater's and senior rater's comments should be given equal weight.

c. Scores on evaluation reports will not be converted to an overall index or average score. The score of each evaluation report must be considered in conjunction with the narrative portion of the report. While a numerical score is a factor to be considered, it alone is not conclusive.

C-3. Affirmative action
Board members should be aware that past personal and institutional discrimination may have operated to the disadvantage of some minority and female officers. This practice will no longer continue. Past discrimination may have limited assignments and opportunities for improvement for minorities and females.

C-4. Derogatory information
The weight to be given derogatory and/or disciplinary information is a matter for the

collective judgment of the board. The board should give the greatest weight to the most recent years of service and the significance of the information. This is particularly true of junior officers whose worth to the ARNG is improved by their early exposure to heavy responsibility and problem solving. Undue weight should not be given to unfavorable comments of a derogatory nature that are followed by continuous outstanding performance of duty.

Commissioned officers The factors in the following paragraphs pertain only to commissioned officers

**C-5.** General

a. Ensure uniform advancement to the higher grade at the peak years of an officer's effectiveness.

b. Ensure that only the most capable officer is retained beyond 20 years of service for assignment to the comparatively few higher level command and staff positions.

c. Ensure a potential for replacing senior commanders and staff officers.

d. Ensure adequacy of civilian and military education for performance of duties associated with higher level command and staff assignments. Officers will be required to demonstrate continued military educational advancement and refresher training, as appropriate. Attendance at resident courses, satisfactory progress in appropriate level correspondence courses, or attendance at USAR schools is evidence of efforts to improve military educational status.

**C-6.** Command and staff

a. There is no substitute for command. At the same time, it must be realized that the number of command positions is limited and that being placed in such a position is primarily a matter of assignment over which the officer has little control. For officers of the technical and administrative services, such positions are even more limited. For those officers who have not been afforded the opportunity of command, the board must carefully weight other assignments and compare the degree of responsibility, managerial skill, and personal leadership with that found in assignments at the same grade.

b. Proper development of an officer's potential requires assignment to staff positions throughout his or her career at the various grade levels. Officers having experience in both command and staff assignments with a good performance record have high retention value.

**C-7.** Specialization
The specialist has a role and responsibility that is equal to the role of the generalist. The particular assignment and educational pattern followed by a specialist is usually one that will develop the officer's strength and potential in one or more functions. In many specialty areas, specialized education and repetitive assignments are required to achieve a high level of professional proficiency.

warrant officers The factors in the following paragraphs pertain only to warrant officers

**C-8.** General

a. Ensure that only the most capable warrant officers are retained beyond 20 years of service.

b. Examine the extent to which the warrant officers have taken advantage of available means to maintain and improve their professional qualifications. Warrant officers will be required to demonstrate continued military educational advancement and refresher training, as appropriate. Attendance at resident specialty courses, satisfactory progress in appropriate correspondence courses, or enrollment in vocational or other appropriate civilian schooling is evidence of efforts to improve military educational status.

c. Warrant officers who have declined commissioning should be reviewed as refusing to assume future responsibilities commensurate with their rank and grade requirements.

C-9. Specialization
A warrant officer should have had a continuing series of assignments in the same specialized field. Prolonged experience in a single or directly related MOS is desirable. The board may not consider a variety of assignments as a prerequisite for selection.

Appendix D

BOARD PROCEEDINGS FORMAT

(Selection Board Heading)

(Office symbol) ________________ (date)

MEMORANDUM FOR: State Adjutant General

SUBJECT: Report of Board for Selective Retention, CY 19____

1. Pursuant to instructions contained in reference 6a, the Selection Board appointed therein convened at ____________ hours ____________________ (date) at ____________________ (place)

2. The purpose of the Board is to recommend ARNG commissioned and warrant officers in the grades of colonel and below for selective retention in accordance with NGR 635-102.

3. The Board, acting under oath and having in view the special fitness of officers and the efficiency of the Army National Guard, has carefully reviewed the case of every officer submitted to it for consideration. The individuals named on enclosure 2 are recommended for retention. The individuals named in enclosure 3 are not recommended for retention in the Army National Guard.

4. A review of the records of the individuals selected for retention reveals that they can be expected to make significant contributions to the Army National Guard.

5. The Board adjourned at __________ hours, __________________ (date)

6. References:

a. Disposition Form, Subject: Appointment of ________ (year) Officer Selective Retention Board, AGO ________, dated ________. (encl 1)

b. NGR 635-102, dated __________

/s/ROGER E. DINES
ROGER E. DINES
COL, GS, ARNGUS
President

/s/FRANKLIN R. EARLE
FRANKLIN R. EARLE
COL, INF, ARNGUS
Member

/s/JAMES D. ORME
JAMES D. ORME
COL, FA
Member

4 Encls
1. DF__________, AGO__________, dtd________
2. List of officers recommended for selective retention (List Number 1)
3. List of officers not recommended for selective retention (List Number 2)
4. Minority reports

FOR OFFICIAL USE ONLY
(sample marking)
Protective markings will be canceled when enclosures 2 and 3 are removed or upon receipt by the Adjutant General

List Number 1

OFFICERS RECOMMENDED FOR SELECTIVE RETENTION

| Number | **Name | Grade | Service Number | Branch |
|---|---|---|---|---|
| 1. | Jones, Thomas A. | COL | 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 | FA |
| 2. | *Smith, William A. | LTC | 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 | IN |

**List alphabetically by grade

JAMES D. ORME
COL, FA
Recorder

*Officer is recommended for 1 year retention and will be considered again by the ____________ (next year's board) Selective Retention Board. This provision is applicable only to biennial boards.

---

List Number 2

OFFICERS NOT RECOMMENDED FOR SELECTIVE RETENTION

| Number | *Name | Grade | SSN | Branch | **Ntf of Elig for Ret Pay Rec |
|---|---|---|---|---|---|

*List alphabetically by grade.

**Select and enter remarks as appropriate

"yes" Notification of eligibility for retired pay has been received.

"no" (PS) Notification of eligibility not received but application previously submitted.

"no" (NS) Notification of eligibility not received and application not yet submitted.

JAMES D. ORME
COL, FA
Recorder

3

Appendix E

SAMPLE OF SELECTION LETTER

(State Adjutant General Letterhead)

MEMORANDUM THRU: (Command channels)

FOR: (Officer concerned)

SUBJECT: Selection for Retention Under the Provisions of NGR 635-102

1. The ________ (year) Selection Retention Board has adjourned and forwarded its recommendations to me. I am pleased to inform you that you have been selected for retention.

2. As required by paragraph 5, NGR 635-102, you will be considered again in CY________

3. You should take particular pride in the confidence that has been evidenced by your selection. I urge you to continue your education and enhance your effectiveness at every opportunity.

4. The ________________ (State) Army National Guard will continue to rely on you in meeting its objectives.

Appendix G

REPORT FORMAT

(State Adjutant General Letterhead)

MEMORANDUM FOR: Chief, National Guard Bureau, ATTN: NGB-ARP-O, Washington, DC 20310-2500

SUBJECT: Results of ________ Selective Retention Board (ARNG-262)
(year)

1. The approved results of the __________ Selective Retention Board are reflected below:
(year)

| Grade | No. Considered | No. Selected | *No. Nonselected | % Selected |
|---|---|---|---|---|
| COL | | | | |
| LTC | | | | |
| MAJ | | | | |
| CPT | | | | |
| WO | | | | |
| TOTAL | | | | |

*Include in this column those who resign as a result of the board.

FOR THE ADJUTANT GENERAL:

JOHN A. SMITH
CW4, NCARNG
Recorder

By Order of the Secretary of the Army:

HERBERT R. TEMPLE, JR.
Lieutenant General, USA
Chief, National Guard Bureau

Official:

HARRY M. LESLEY
Colonel, USAF
Executive, National Guard Bureau

Distribution: A, B, C

Appendix F

SAMPLE OF NONSELECTION LETTER

(State Adjutant General Letterhead)

MEMORANDUM THRU: (Command channels)

FOR: (Officer concerned)

SUBJECT: Nonselection for Retention

1. NGR 635-102 provides that an officer who is considered for retention and fails to be selected will be separated from the Army National Guard.

2. You have been considered for retention in accordance with the above procedures and have not been selected. Accordingly, you will be separated from the Army National Guard by_______________

3. Upon discharge from the Army National Guard you become a member of the Army Reserves by operation of law. If you desire that the orders indicate you transfer to the Retired Reserve, you must apply in writing to this office within 30 days of receipt of this notification. However, should you not elect such assignment, the orders will indicate transfer to the jurisdiction of Commander, Army Reserve Personnel Center (CDR, ARPERCEN) with assignment to USAR Control Group (Reinf). In the latter instance, CDR, ARPERCEN will correspond with you regarding your status.

4. In determining your eligibility for retention, I can assure you that the selection board discharged its duties in a thorough and impartial manner. The character of your service has been noted to be honorable, and your records so reflect.

5. Your many personal sacrificles to the_______________Army National Guard are sincerely appreciated. You may take just pride in having contributed to the success of the Guard as a viable force capable of meeting the challenges of today.