HEADQUARTERS
DEPARTMENT OF THE ARMY
Washington, D.C.
15 January 1989

*National Guard Regulation
No. 680-2

Effective 1 March 1989

# Personnel Information Systems
# AUTOMATED RETIREMENT POINTS ACCOUNTING SYSTEM

**Summary.** This regulation is a revision of NGR 680-2, 18 Sep 87. It sets responsibilities and procedures for maintaining retirement records, establishes the retirement year ending date, sets notification of eligibility for retired pay at age 60, sets procedures to apply for retired pay at age 60, and includes reference to the statute of limitations on applying for retired pay. Wherever the word "he" is used in this regulation it is intended to include both the masculine and feminine genders, unless otherwise indicated.

**Applicability.** This regulation applies to the Army National Guard. The provisions of AR 135-180 are applicable, except as modified herein.

**Impact on the New Manning System.** This regulation does not contain information that affects the New Manning System.

**Internal Control Systems.** This regulation is subject to the requirements of AR 11-2. It contains internal control provisions and checklists for conducting internal control reviews.

**Supplementation.** Local supplementation of this regulation is prohibited without prior approval of the Chief, NGB.

**Interim Changes.** Interim changes to this regulation are not official unless authenticated by the Executive, NGB. Users will destroy interim changes upon their expiration dates unless sooner superseded or rescinded.

**Suggested Improvements.** The proponent of this regulation is Personnel Data Management Branch, Army National Guard Personnel Center, National Guard Bureau. Users are invited to send comments and suggested improvements on DA Form 2028 (Recommended Changes to Publications and Blank Forms) directly to Chief, NGB, ATTN: NGB-ARP-CS, 4501 Ford Avenue, Alexandria, VA 22302-1450.

Distribution. A, B, and C; 1 - Cdr, ARPERCEN (DARP-PAR)

* This regulation supersedes NGR 680-2, 18 September 1987.

| | Paragraph | Page |
|---|---|---|
| Chapter 1. INTRODUCTION | | |
| Purpose | 1-1 | 1-1 |
| References | 1-2 | 1-1 |
| Explanation of Terms and Definitions | 1-3 | 1-1 |
| Responsibilities | 1-4 | 1-1 |
| Privacy Act Requirements | 1-5 | 1-3 |
| 2. MAINTENANCE OF RETIREMENT POINTS ACCOUNTING SYSTEM (RPAS) RECORDS | | |
| Establishment of RPAS Records | 2-1 | 2-1 |
| Establishment of the Retirement Year | 2-2 | 2-1 |
| Award of Retirement Points for Service Before 1 July 1949 | 2-3 | 2-3 |
| Award of Retirement Points for Service on or After 1 July 1949 | 2-4 | 2-3 |
| Minimum Points Required for a Year of Satisfactory Service for Retired Pay | 2-5 | 2-4 |
| Recording Entries in the RPAS Record | 2-6 | 2-5 |
| Disposition of the RPAS Record | 2-7 | 2-6 |
| 3. NOTIFICATION OF ELIGIBILITY AND APPLICATION FOR RETIRED PAY | | |
| Notification | 3-1 | 3-1 |
| Processing of Application for Retired Pay | 3-2 | 3-1 |
| Statute of Limitations | 3-3 | 3-2 |

Appendixes

| | | Page |
|---|---|---|
| A. | References | A-1 |
| B. | Request for Verification of Service When a Soldier's Existing Service Record is Incomplete | B-1 |
| C. | Sample of NGB Form 23D, ARNG Retirement Points Accounting, Notification of Eligibility for Retired Pay at Age 60 | C-1 |
| D | Internal Control Review Checklist | D-1 |
| E. | Instructions for Completion of Retirement Points Accounting System (RPAS) Capture Worksheet (NGB Form 23E-R) | E-1 |
| F. | Sample of NGB Form 23B, ARNG Retirement Points History Statement | F-1 |
| G. | Sample of NGB Form 23A, ARNG Current Annual Statement | G-1 |
| H. | Sample of NGB Form 23A1, ARNG Retirement Points Statement, Supplemental Detailed Report | H-1 |
| I. | Sample of Memorandum of Transmittal of Supplemental Report of Retirement Points Earned | I-1 |
| J. | Sample of NGB Form 23C, ARNG Retirement Points Statement, Application for Retired Pay | J-1 |
| K. | Sample Memorandum of Transmittal for Application for Retired Benefits | K-1 |

Tables


| | | |
|---|---|---|
| 2-1 | Retirement Points Accounting System (RPAS) Military Membership Status Identifiers (MMSI) | 2-8 |
| 2-2 | Military Membership Status Identifiers Authorized the Award of Retirement Points | 2-10 |
| 2-3 | Establishing a Reserve Retirement Year | 2-12 |
| 2-4 | Minimum Points Required for Satisfactory Portion of Year of Active ARNG Service for Retirement | 2-15 |
| 2-5 | Award of Retirement Points | 2-16 |
| 2-6 | Points for Membership in the Active ARNG for Less Than a Full Retirement Year | 2-20 |

# CHAPTER 1
## Introduction

**1-1. Purpose.** This regulation prescribes Army National Guard (ARNG) procedures for recording retirement points and years of creditable service for retired pay under Chapter 67, Title 10, United States Code (U.S.C.), Retired Pay for Non-Regular Service.

**1-2. References.** Required and related publications are listed in Appendix A.

**1-3. Explanation of Terms and Definitions.** In addition to the terms and definitions contained in AR 135-200, AR 310-25, AR 310-50, and NGR 350-1 the following definitions will apply:

a. Active Service. Service on active duty or full-time National Guard Duty. Active duty does not include attendance at service schools on invitational orders, or in a technician status.

b. Active Status. The status of a reserve component member who is not in the Inactive Army National Guard (ING), in an inactive status with another reserve component, or in the Retired Reserve of the Armed Forces.

c. Full-Time Training Duty (FTTD). This is an obsolete term. Effective 1 March 1988 the duties were divided under Active Duty for Special Work (ADSW) or Active Duty for Training (ADT). For historical purposes the term FTTD will be used in this publication.

d. Retirement Points Accounting System (RPAS). The automated method used to ensure timely recording and verifying of all retirement points earned during an ARNG soldier's career.

**1-4. Responsibilities.**

a. Chief, NGB will:

(1) Prescribe procedures and regulations for recording and verifying the award of retirement points for all ARNG soldiers.

(2) Verify service when a soldier's existing service records are incomplete and mandatory removal from an active status is imminent. Appendix B lists procedures for requesting verification of incomplete service.

b. The State Adjutants General will:

(1) Issue NGB Form 23D (Army National Guard Retirement Points Accounting, Notification of Eligibility for Retired Pay at Age 60) (see Appendix C for sample) in the name of the Chief, National Guard Bureau (NGB). Authentication of this letter will be by the official immediately

responsible for the determination of the eligibility of the soldier being notified. The State Military Personnel Management Officer is designated that official. This authority may not be further delegated. A reproduced copy of the NGB Form 23D for all commissioned officers and warrant officers will be forwarded to the Chief, NGB, ATTN: NGB-ARP-CA, 4501 Ford Avenue. Alexandria, VA 22302-1450.

(2) Monitor the recording and verification of retirement points and specify the procedures for the correction of officially established retirement records.

(3) Submit to the Chief, NGB all requests for verification of service when a soldier's existing service records are incomplete and mandatory removal from an active status is imminent.

(4) Maintain an automated history file of all retirement points earned during an ARNG soldier's career.

(5) Ensure RPAS records are forwarded to the gaining State upon interstate transfer of a soldier.

c. Major commands and organizational commanders will:

(1) Ensure subordinate units implement and comply with this regulation and provide guidance and assistance when necessary.

(2) Ensure subordinate commanders and unit administrators and/or unit clerks are maintaining records that affect RPAS as directed by this regulation.

(3) Monitor RPAS records and procedures to ensure errors are detected and promptly submitted for correction.

d. ARNG unit commanders will:

(1) Ensure accurate and timely reporting of data pertaining to credit for retirement points earned by all soldiers under their administrative control.

(2) Ensure all soldiers review the automated RPAS record at the end of their retirement year. At this time the soldier will initial and date, in ink, the NGB Forms 23A and 23A1 in the space provided.

(3) Ensure reviewed/verified copies of NGB Forms 23A and 23A1 are forwarded to the records custodian for inclusion in the DA Form 201, Military Personnel Records Jacket (MPRJ).

(4) Submit documents to the State AG to support correction of any errors found in the RPAS record.

e. All managers down to company level will ensure adequate internal control systems are implemented in accordance with AR 11-2 and DA Pamphlet 11-6 to protect the Government against fraud, waste, and abuse. Internal control checklists developed by NGB may be used and expanded at State level to meet these requirements. Internal control review checklists are at Appendix D.

1-5. **Privacy Act Requirements.** All managers and users of the automated system will ensure all records are protected in accordance with DOD 5400.11-R, The Privacy Act, and AR 340-21, The Army Privacy Act.

## CHAPTER 2
## Maintenance of Retirement Points Accounting System (RPAS) Records

2-1. **Establishment of RPAS Record.** State AGs will ensure an automated RPAS record is established using the software provided and approved by NGB/Army National Guard Personnel Center (Systems Development) upon:

a. Enlistment, or appointment of commissioned or warrant officers with prior service:

(1) An NGB Form 23E-R (Retirement Points Accounting System (RPAS) capture worksheet) will be prepared for all prior service (PS) soldiers. Instructions for completing NGB Form 23E-R are at Appendix E. A copy of NGB Form 23E-R is located at the end of this regulation and may be used for local reproduction.

(2) If documentation is missing for periods of service and/or retirement points, send a Standard Form (SF) 180 (Request Pertaining to Military Records) to the appropriate branch of service. Current addresses are listed on the reverse side of the form. An SF 180 or State approved form may be used to request verification of National Guard service from the appropriate State AG. State approved forms must be in compliance with AR 310-1 and/or AR 340-15.

b. Initial commissioning or appointment of commissioned or warrant officers in the ARNG. If commission or appointment was from an enlisted status in the same State, the RPAS record previously established will be continued in use.

c. Enlistment of a non-prior service (NPS) soldier.

2-2. **Establishment of the Retirement Year.** The procedures to establish the retirement year are explained in Table 2-3 and as follows:

a. Service before 1 July 1949. For a soldier who was in an active status in a reserve component (ready or active standby) before 1 July 1949, the retirement year will begin on 1 July of each year and end on 30 June of the following year, provided there was no break in service.

b. Service on or after 1 July 1949. On or after 1 July 1949, retirement year begins on the date one of the following events occurs and ends on the day preceding the anniversary of that date:

(1) Date the soldier first attains an active status in any reserve component, to include USAR Control Group (Delayed Entry Program) (DEP) before 1 January 1985, and has continuous military service in any active or reserve component.

(2) Date of enlistment for soldiers enlisted in the Delayed Entry Program (DEP) before 1 January 1985. Retirement points cannot be earned for time served in the DEP. Even though DEP service before 1 January 1985 is used to establish the RYE date, it is creditable for longevity only (not retirement).

(3) Date of assignment to a reserve component after the period of active duty for DEP service on or after 1 January 1985. Retirement points cannot be earned for time served in the DEP.

(4) Date of initial commissioning or appointment as a warrant officer, provided the retirement year has not been previously established. If the soldier had continuous reserve service in an active status before the date of commission or appointment the retirement year does not change. If commissioned from a Reserve Officer Training Corps/Simultaneous Membership Program (ROTC/SMP) or other Reserve Officer Training Corps (ROTC) program, a new retirement year will be established on the date commissioned. The time spent in either of those programs is not creditable toward retirement. Soldiers who had ROTC service with concurrent reserve status (not SMP) before 13 October 1964 will have that time credited for retirement. Any enlisted service before entry into any of these programs is creditable for retirement; and if the commission is declined, the time spent in these programs is creditable. For further information on ROTC, see AR 601-210 and the DOD Military Pay and Allowances Entitlements Manual.

(5) Date of enlistment, reenlistment, or appointment in a reserve component after a break in service.

(6) Date of transfer to an active status from the ING. (For reporting purposes, the retirement year ending date is changed to code 9999 in SIDPERS-ARNG) upon assignment to the ING.

(7) Date of assignment to the USAR (except for assignment to an inactive status) after release from active duty, for those who were inducted into any component before 1 January 1969 and released from active duty before that date. This service is not used towards the establishment of the retirement year, even though it is creditable toward retirement.

(8) Date of induction for those who were inducted before 1 January 1969, remained on active duty, and later enter into an active reserve status on or after that date, without a break in service.

(9) Date of induction for those inducted on or after 1 January 1969.

(10) If a soldier enlists on 29 February or 1 March of a leap year, his retirement year will begin on the date of enlistment. His Retirement Year Ending (RYE) date will be 28 February of each year, whether it is a leap year or not. The programs written at NGB will make the necessary adjustments to insure retirement points are properly credited.

c. Once correctly established, the retirement year will not change as long as the soldier remains in an active status in any active or reserve component. Only a subsequent break in military service, or assignment to the ING or any other inactive list, will cause a change in the retirement year.

d. The unit commander is responsible to ensure the correct retirement year has been established for the soldiers under his administrative control. When an incorrectly established retirement year is discovered, report it in writing, through channels with supporting documents, to the State AG for correction of the RPAS record.

**2-3. Award of Retirement Points for Service Before 1 July 1949.** Retirement points will be awarded as follows:

a. Active Duty (AD), Active Duty for Special Work (ADSW), Active Duty for Training (ADT), Annual Training (AT), and Full Time Training Duty (FTTD). Retirement points will be awarded at the rate of one per day, not to exceed 365 points per year (or 366 in a leap year).

b. For active status in a reserve component, a total of 50 retirement points per year will be awarded for all Inactive Duty Training (IDT) and/or membership, without regard to the number of assemblies actually performed. Award of points for IDT and/or membership of less than a full year of service will be IAW Table 2-4.

c. Service considered qualifying is listed in AR 135-180.

**2-4. Award of Retirement Points for Service on or After 1 July 1949.** Retirement points will be awarded as follows:

a. Retirement points will be awarded on the basis of not more than one per day except as authorized in Table 2-5. Soldiers will not perform duties under any of the rules listed in Table 2-5 in lieu of a scheduled unit training assembly (UTA). In no case will a soldier receive more than one point per day, except for the performance of a multiple unit training assembly (MUTA), or equivalent training performed in lieu thereof.

b. Membership points will be awarded at the rate of 15 points per year of active reserve status. Points will be awarded IAW Table 2-6 for less than a full year of service. If the soldier is on active duty for the entire retirement year, membership points awarded will be recorded accordingly, even though total points creditable for retired pay will not exceed the maximum points allowed per year.

c. Retirement points for AD, ADSW, ADT, or FTTD may be awarded from DD Form 214 or DD Form 220. Retirement points for membership only may be awarded using discharge certificates, reassignment orders, or other documents indicating an ending date and verifying assignment to one of the active reserve components.

d. When an enlisted soldier formally enters ROTC/SMP, the automated RPAS system will record all retirement points earned through the day before entry. Upon entry his MMSI will be changed to B6. The automated RPAS system will then award all retirement points earned, except membership. If he discontinues his service in ROTC, his MMSI must be manually changed back to B1. The automated RPAS system will then recalculate all retirement points. If not commissioned, he is entitled to all retirement points earned while a member of this program, and all the service is creditable for retired pay. If later commissioned through any source, the period of service and retirement points are not creditable toward retirement.

e. When a soldier assigned to the ING attends a muster assembly or AT, award retirement points for that attendance. If the attendance extends over 12 consecutive days, membership points will be automatically awarded in accordance with Table 2-6. Other than attendance indicated above, soldiers cannot earn retirement points while assigned to the ING. The ING retirement year ending date will not change except under the provisions of paragraph 2-2b(4) above. See NGR 614-1 for further instructions on administration of soldiers assigned to the ING.

f. Only 60 points for IDT, membership, and other training activities listed in Table 2-5 (other than AD, ADSW, ADT, AGR, AT, FTTD, or other active service) can be credited toward retired pay for each retirement year.

g. All retirement points earned will be entered in the RPAS record. Total points creditable for retired pay will not exceed 365 (or 366 in a leap year) for each retirement year, subject to other limitations in this regulation.

h. Table 2-2 and AR 140-1 list all USAR Control Groups authorized the award of retirement points.

**2-5. Minimum Points Required for a Year of Satisfactory Service for Non-Regular Retired Pay.** Soldiers must earn a minimum of 50 points from all sources in a retirement year to have that year creditable towards verification of 20 years qualifying service for retired pay. If the soldier serves less than a full year, he must earn the minimum number of points indicated in Table 2-4 for that period to be creditable for retirement. All retirement points awarded will be entered in the RPAS record, whether the period is creditable or not.

2-6. **Recording Entries in the RPAS Record.** Upon establishment of the automated RPAS record the following procedures will be followed:

a. Programs have been developed to extract information from SIDPERS-ARNG to establish an RPAS master record on each new accession into the ARNG. If the new soldier has PS, the information for that PS must be recorded IAW paragraph 2-1a(1) above. The same programs will update the RPAS master record for any changes recorded since the previous update.

b. Interfaces between Active Duty Automated Pay System (ADAPS), Joint Uniform Military Pay System - Reserve Components (JUMPS-RC), and US Army Training Support Center (USATSC) Army Correspondence Course Program (ACCP) have been developed for the automated input of retirement points earned through the performance of training as prescribed. Edit programs have been developed to ensure the accuracy of this information. Any error listings produced must be reviewed for necessary action and correction.

c. Any AD performed and not paid through ADAPS will have to be reviewed, and if necessary, manually recorded. Software developed by NGB will automatically calculate retirement points through the performance of AD, ADSW, ADT, or FTTD when the MMSI has been changed from B1 to B3, B4, or B7 through SIDPERS-ARNG.

d. Active Guard/Reserve (AGR) Personnel. Once an RPAS record has been established for a soldier serving under AGR Title 10 or Title 32, U.S.C., entries will be automatic at the end of each retirement year, or at the end of the soldier's tour. The entries will include membership points. The total points creditable for retired pay will not exceed the maximum allowed in paragraph 2-4 above.

e. When an enlisted soldier formally enters ROTC/SMP, a closing entry will be made in the RPAS record and a new line entry opened. This entry will be through automated interfaces with SIDPERS-ARNG and will enable an accurate recording of retirement points earned if he is commissioned from ROTC. If not commissioned, all retirement points earned while assigned to this program will be creditable for retired pay.

f. Advisory messages concerning non-paid duty performance provided by JUMPS-RC must be reviewed. All non-paid retirement points earned under the rules shown in Table 2-5 and correspondence course programs not serviced by USATSC must be manually recorded. DA Pamphlet 351-20 lists all schools not serviced by USATSC. A remark will be made on DA Form 1379 in accordance with NGR 680-1 indicating all non-paid retirement points earned, except those earned through correspondence course completion. Monthly, commanders will provide a certificate to the SIB, listing all non-paid retirement points earned, for entry into the RPAS record. This certificate will be as directed by the MPMO. Documentation will be provided in accordance with NGB Pamphlets 600-8-1 and 600-8-3 to verify retirement points earned through those correspondence course programs not serviced by USATSC.

**2-7. Disposition of the RPAS Record.**

a. RPAS capture worksheets, NGB Forms 23, and other supporting documents used in the establishment of the RPAS record will be placed in an envelope marked "RPAS RECORDS" and filed in the permanent section of the MPRJ. These documents will be filed chronologically in the envelope. The envelope will be filed as the first document below the SGLV Form 8286 (Servicemans Group Life Insurance Election). As an alternative, policies may be developed by the Military Personnel Management Officer or the records custodian to file the RPAS documents in a location other than with the MPRJ when the RPAS NCO is not collocated with the MPRJ, or the size of the envelope makes it impracticable to file it in the MPRJ. Upon transfer of the MPRJ from one records custodian to another the RPAS records envelope will be filed in the permanent section of the MPRJ.

b. NGB Form 23B (Army National Guard Retirement Points History Statement) will be provided the soldier when the RPAS record is initially established, or upon request. A sample NGB Form 23B is at Appendix F.

c. Annually, at the end of the soldier's retirement year, NGB Form 23A (Army National Guard Current Annual Statement) and NGB Form 23A1 (Army National Guard Retirement Points Statement, Supplemental Detailed Report) will be produced in original and two copies. A sample NGB Form 23A is at Appendix G. A sample NGB Form 23A1 is at Appendix H.

(1) The original and first carbon copy of each form will be forwarded through the chain of command to the soldier.

(2) The original will be retained by the soldier for his use.

(3) The first carbon copy of the current forms will be reviewed and initialed by the soldier, then filed in the MPRJ (RPAS records) IAW paragraph 2-7a, above. Only the most current NGB Form 23A will be filed in the MPRJ. Each NGB Form 23A1 will become a permanent document.

(4) The second carbon copy of each form will be for State use.

(5) Soldiers who disagree with these statements will provide documents to initiate corrections. The commander will provide assistance to obtain missing documents.

d. Upon separation, interstate transfer, or transfer to the ING follow the procedures in subparagraph c above. Personnel responsible for forwarding the MPRJ to ARPERCEN or the gaining State will ensure the first carbon copy of the latest NGB Forms 23A and 23A1 is included. Forwarding of MPRJs will not be held up awaiting receipt of the final RPAS records. Forward supplemental reports to the gaining organization using the sample memorandum of transmittal, with necessary modifications, at Appendix I.

e. Upon application for non-regular retired pay the soldier will be provided a copy of NGB Form 23C (Army National Guard Retirement Points Statement, Application for Retired Pay). The State SIDPERS Interface Branch (SIB) Chief, RPAS NCO, or other designated individual at the State level will sign the certification on the NGB Form 23C. Soldiers will not sign their own retirement summary output reports. A sample of this form is at Appendix J.

f. The soldier's copies of any of the output reports, NGB Forms 23A, 23B, or 23C, will include that part of Table 2-1 listing the military membership status identifiers.

g. Upon mobilization, the soldier's MMSI will be changed to B2 and the RPAS record closed out and filed. Upon return to the State the MMSI will be changed back to B1. This will be done through automated interface with SIDPERS-ARNG. If the soldier is transferred to a USAR Control Group or separated from active duty, no action is required until he returns to the ARNG. At that time follow the procedures in paragraph 2-1a(1) above. The DD Form 214 issued for the mobilized service must be reviewed to ensure the soldier receives credit for the correct amount of retirement points.

h. The automated RPAS record will be retained within the available hardware at the AG's level until the soldier reaches age 64 or for 47 years, whichever comes first, or as specified in AR 25-400-2.

Table 2-1

RETIREMENT POINTS ACCOUNTING SYSTEM (RPAS)
MILITARY MEMBERSHIP STATUS IDENTIFIER (MMSI)

ACTIVE COMPONENT MEMBERSHIP
A1 - United States Army Regular Service
A2 - United States Air Force Regular Service
A3 - United States Marine Corps Regular Service
A4 - United States Navy Regular Service
A5 - United States Coast Guard Regular Service
A6 - Commissioned Corps United States Public Health Service
A7 - Reserve Member on Active Duty (Includes other components)
A8 - Draftee in any component before 1 Jan 69 and entering reserve component before that date
A9 - Draftee in any component after 1 January 1969, or before 1 January 1969 and entering a reserve component after that date with no break in service

ARMY NATIONAL GUARD MEMBERSHIP
B1 - Unit Member
B2 - Mobilized Service
B3 - Active Duty under Title 10 United States Code NGB Controlled
B4 - Active Duty under Title 32 United States Code State Controlled
B5 - Inactive National Guard (Note 1)
B6 - Reserve Officer Training Corps Simultaneous Membership Program (Note 2)
B7 - Unit Member on Initial Entry Training

AIR NATIONAL GUARD MEMBERSHIP
C1 - Unit Member
C2 - Mobilized Service
C3 - Active Duty under Title 10 United States Code
C4 - Active duty under Title 32 United States Code

ARMY RESERVE MEMBERSHIP
RETIREMENT POINTS CREDITABLE
D1 - Troop Program Unit
D2 - Control Group (Annual Training)
D3 - Control Group (Individual Mobilization Augmentee) (Formerly Mobilization Designee)
D4 - Control Group (Reinforcement)
D5 - Control Group (Standby)
D6 - Control Group (Active Guard/Reserve)
D7 - Control Group (Delayed) (Note 3)
D8 - Reserve Officer Training Corps/Simultaneous Membership Program (Note 2)

ARMY RESERVE MEMBERSHIP
RETIREMENT POINTS NOT CREDITABLE
E1 - Control Group (Officer Active Duty Obligor) (Note 4)
E2 - Control Group Standby (Inactive)
E3 - Control Group (Ineligible)
E4 - Control Group (Retired) (Includes Temporary Disability Retired List)
E5 - Control Group (Delayed Entry) (Note 3)
E6 - Control Group (Reserve Officer Training Corps) (Other than Simultaneous Membership Program)
E7 - Control Group (Dual Component)

RESERVE MEMBERSHIP OTHER COMPONENTS RETIREMENT POINTS CREDITABLE
F1 - United States Air Force Reserve
F2 - United States Marine Corps Reserve
F3 - United States Navy Reserve
F4 - United States Coast Guard Reserve

RESERVE MEMBERSHIP OTHER COMPONENTS RETIREMENT POINTS NOT CREDITABLE
G1 - United States Air Force Reserve (Inactive) (Note 5)
G2 - United States Marine Corps Reserve (Inactive) (Note 5)
G3 - United States Navy Reserve (Inactive) (Note 5)
G4 - United States Coast Guard Reserve (Inactive) (Note 5)

OTHER MEMBERSHIP STATUS
H1 - Reserve Officer Training Corps Creditable for Retirement Purposes (Note 6)
H2 - Service as a Cadet at the United States Military, United States Navy, United States Air Force or United States Coast Guard Academies (Note 2)
H3 - Non-Military, Civilian Break
88 - SMP/ROTC (Note 7)
99 - Service prior to 1 July 1949 (Note 7)

Note 1: Retirement points are not creditable except for annual muster and annual training.

Note 2: No retirement points authorized if commissioned through any source. Retirement points are authorized if soldier reverted to an enlisted status, and remained in that status.

Note 3: USAR Control Group (Delayed) is assigned to a Troop Program Unit awaiting to go on Initial Entry Training and soldiers may attend training assemblies with their units of assignment to earn retirement points. This is different from the USAR Control Group (Delayed Entry) which is the pool of soldiers who enlisted into the DEP for later entry into the regular service.

Note 4: Used to establish Retirement Year and award of membership points only.

Note 5: Use MMSI G1 thru G4 for ROTC service with another branch. The same rules as in note 2 apply. Also use MMSI G1 thru G4 for DEP service on or after 1 January 1985. Use MMSI E5 for DEP service before 1 January 1985.

Note 6: Applies to ROTC service before 13 October 1964.

Note 7: Data capture service code 8 (SMP/ROTC) was converted to MMSI 88 for RPAS purposes. A manual edit must be performed to correct the MMSI to B6 or D8, as appropriate. Data capture service code 9 (service prior to 1 July 1949) was converted to MMSI 99 for RPAS purposes.

VERIFICATION STATUS
B - Missing Documents
C - Incorrect Retirement Year
D - Both B and C Codes
V - Verified Period

Table 2-2

MILITARY MEMBERSHIP STATUS IDENTIFIERS AUTHORIZED
THE AWARD OF RETIREMENT POINTS

The following table lists all military membership status identifiers (MMSI) and the categories of training authorized award of retirement points.

| MMSI | IDT | MEMBER SHIP | ACCP/ MISC | ADT |
|---|---|---|---|---|
| A1 | | | | X |
| A2 | | | | X |
| A3 | | | | X |
| A4 | | | | X |
| A5 | | | | X |
| A6 | | | | X |
| A7 | | X | | X |
| A8 | | | | X |
| A9 | | | | X |
| B1 | X | X | X | X |
| B2 | | X | | X |
| B3 | | X | X | X |
| B4 | | X | X | X |
| B5 SEE (1) | | | | |
| B6 SEE (2) | | | | |
| B7 | | X | X | X |
| C1 | X | X | X | X |
| C2 | | X | | X |
| C3 | | X | X | X |
| C4 | | X | X | X |
| D1 | X | X | X | X |
| D2 | | X | X | X |
| D3 | | X | X | X |
| D4 | | X | X | X |
| D5 | | X | X | X |
| D6 | | X | X | X |
| D7 | X | X | X | |
| D8 SEE (2) | | | | |
| E1 | | X | | |
| E2 | | | | |
| E3 | | | | |
| E4 | | | | |
| E5 | | | | |
| E6 | | | | |
| E7 | | | | |
| F1 | X | X | X | X |
| F2 | X | X | X | X |
| F3 | X | X | X | X |
| F4 | X | X | X | X |

| MMSI | IDT | MEMBER SHIP | ACCP/ MISC | ADT |
|---|---|---|---|---|
| G1 | | | | |
| G2 | | | | |
| G3 | | | | |
| G4 | | | | |
| H1 | | X | | |
| H2 | | | | |
| H3 | | | | |

(1) This MMSI is authorized retirement points for the annual muster assembly and any active duty performed. Retirement points will be entered through the normal update procedures.

(2) These MMSI will require a manual edit by the RPAS NCO. No retirement points authorized if commissioned. Retirement points are authorized if soldier reverted to an enlisted status, and remained in that status.

## Table 2-3

## Establishing a Reserve Retirement Year

| IF INDIVIDUAL ENLISTS, OR IS COMMISSIONED OR APPOINTED | AND SERVICE BEGINS WITH: | WITH LATER SERVICE IN: | AND DATE OF RESERVE ASSIGNMENT WAS: | THEN RETIREMENT YEAR BEGINS: |
|---|---|---|---|---|
| BEFORE 1 JULY 1949 AND HAS CONTINUOUS SERVICE | | | | 1 JULY |
| ON OR AFTER 1 JULY 1949 WITH NO PRIOR SERVICE OR AFTER A BREAK IN SERVICE | | | | DATE OF ENLISTMENT, COMMISSION, OR APPOINTMENT |
| WITH NO BREAK IN SERVICE | A REGULAR COMPONENT | A RESERVE COMPONENT | | DATE OF ASSIGNMENT TO THE RESERVE COMPONENT |
| | A RESERVE COMPONENT | | | DATE OF INITIAL ENLISTMENT IN RESERVE COMPONENT |
| | WITH A SPECIFIC CONTRACT FOR THE SIMULTANEOUS MEMBERSHIP PROGRAM | CONTINUED ENL STATUS | | DATE OF INITIAL ENLISTMENT IN RESERVE COMPONENT |
| | | ACCEPTS COMMISSION | | DATE OF RESERVE COMMISSION |
| | DELAYED ENTRY PROGRAM FOR ACTIVE DUTY | | DEP BEFORE 1 JAN 85 | DATE OF ENLISTMENT IN DEP |
| | | | DEP ON OR AFTER 1 JAN 85 | DATE OF ASSIGNMENT TO RES COMPONENT |
| IF INDIVIDUAL IS INDUCTED INTO ANY COMPONENT (DRAFTEE) | | | BEFORE 1 JAN 69 AND ASGD TO RES COMPONENT BEFORE THAT DATE | DATE OF ASSIGNMENT TO RES COMPONENT |
| | | | STILL ON AD AND ASGD TO RES COMPONENT, OR INDUCTED ON OR AFTER 1 JAN 69 | DATE OF INDUCTION |

| IF INDIVIDUAL ENLISTS, OR IS COMMISSIONED OR APPOINTED | AND SERVICE BEGINS WITH: | WITH LATER SERVICE IN: | AND DATE OF RESERVE ASSIGNMENT WAS: | THEN RETIREMENT YEAR BEGINS: |
|---|---|---|---|---|
| ON 29 FEB OR 1 MAR OF A LEAP YEAR | | | | 1 MAR OR 29 FEB, AS APPROPRIATE |
| IF INDIVIDUAL IS TRANSFERRED FROM THE ING | | | | DATE OF TRANSFER FROM ING |

Examples of Establishment of Retirement Year

Example 1: Soldier joined the ARNG 15 July 1952; transferred to active status in USAR 10 September 1955; discharged from USAR 14 July 1960; reenlisted in the ARNG 5 January 1961. Retirement year is 5 January - 4 January.

Example 2: Soldier was granted a direct commission and appointed a second lieutenant in an active status in the ARNG 25 October 1970 (with no prior military service). Retirement year is 25 October - 24 October.

Example 3: Soldier enlisted in the ARNG 12 February 1966 (with no prior service or following a break in service). Retirement year is 12 February - 11 February.

Example 4: Soldier was drafted as AUS without component on 18 March 1964; transferred to active status in USAR on 18 April 1966; and transferred to ARNG on 22 January 1970. Retirement year is 18 April - 17 April.

Example 5: Soldier was drafted as AUS without component on 15 June 1968; transferred to an active status in USAR on 14 June 1970; and transferred to ARNG on 19 July 1970. Retirement year is 15 June - 14 June.

Example 6: Soldier was drafted as AUS without component on 5 November 1969; transferred to active status in USAR 20 September 1971; and transferred to ARNG on 10 January 1972. Retirement year is 5 November - 4 November.

Example 7: Soldier was transferred from the Inactive Army National Guard to an active status in the ARNG on 19 May 1971. Retirement year is 19 May - 18 May.

Example 8: Soldier enlisted in ARNG on 25 October 1974; entered SMP/ROTC 18 September 1976; commissioned in USAR on 14 June 1978. Retirement year is 14 June - 13 June.

Example 9: Soldier enlisted in ARNG on 25 October 1974; entered SMP/ROTC 18 September 1976; did not complete ROTC program and returned to enlisted status on 18 May 1977. Retirement year is 25 October - 24 October.

Example 10: Soldier enlisted in ARNG on 25 October 1974; entered SMP/ROTC 18 September 1976; did not complete ROTC program and returned to enlisted status on 18 May 1977; entered RC-OCS or State OCS program and was commissioned on 30 April 1978. Retirement year is 30 April - 29 April. The period spent in the ROTC/SMP is not creditable.

Example 11: Soldier enlisted in ARNG on 29 February 1980. Retirement year is 29 February - 28 February in leap years and 1 March - 28 February in non-leap years.

Example 12: Soldier enlisted in ARNG on 1 March 1980. Retirement year is 1 March - 28 February in non-leap years and 29 February - 28 February in leap years.

Table 2-4

## MINIMUM POINTS REQUIRED FOR SATISFACTORY PORTION OF YEAR OF ACTIVE ARMY NATIONAL GUARD SERVICE FOR RETIREMENT

| Number of days in Active Army National Guard | | Minimum points required | Number of days in Active Army National Guard | | Minimum points required | Number of days in Active Army National Guard | | Minimum points required |
|---|---|---|---|---|---|---|---|---|
| From | Through | | From | Through | | From | Through | |
| 0 | 7 | 1 | 125 | 131 | 18 | 249 | 255 | 35 |
| 8 | 14 | 2 | 132 | 138 | 19 | 256 | 262 | 36 |
| 15 | 21 | 3 | 139 | 146 | 20 | 263 | 270 | 37 |
| 22 | 29 | 4 | 147 | 153 | 21 | 271 | 277 | 38 |
| 30 | 36 | 5 | 154 | 160 | 22 | 278 | 284 | 39 |
| 37 | 43 | 6 | 161 | 168 | 23 | 285 | 292 | 40 |
| 44 | 51 | 7 | 169 | 175 | 24 | 293 | 299 | 41 |
| 52 | 58 | 8 | 176 | 182 | 25 | 300 | 306 | 42 |
| 59 | 65 | 9 | 183 | 189 | 26 | 307 | 313 | 43 |
| 66 | 73 | 10 | 190 | 197 | 27 | 314 | 321 | 44 |
| 74 | 80 | 11 | 198 | 204 | 28 | 322 | 328 | 45 |
| 81 | 87 | 12 | 205 | 211 | 29 | 329 | 335 | 46 |
| 88 | 94 | 13 | 212 | 219 | 30 | 336 | 343 | 47 |
| 95 | 102 | 14 | 220 | 226 | 31 | 344 | 350 | 48 |
| 103 | 109 | 15 | 227 | 233 | 32 | 351 | 357 | 49 |
| 110 | 116 | 16 | 234 | 240 | 33 | 358 | 366 | 50 |
| 117 | 124 | 17 | 241 | 248 | 34 | | | |

Table 2-5

Award of Retirement Points

| R U L E | A<br>If the training is | B<br>and these requirements are met | C<br>the points awarded are |
|---|---|---|---|
| 1 | Performance of active duty, active duty special work, active duty training, annual training or full time training duty, either paid or non-paid | on authorized orders | 1 point for each day of training (Note 1) |
| 2 | Attendance at unit training assembly (Includes UTA, MUTA, ET, SUTA, ATA, AFTP, RMA, etc) (paid or non-paid). Attendance must be satisfactory | May be assigned or attached in a paid or non-paid status | 1 point for assembly of of a minimum of 4 hours duration<br><br>1 point for each 4 hour period of a MUTA. Maximum of 2 points per calendar day. (NGR 350-1) |
| 3 | Attendance at USAR Schools | a. While in an active status in the Army National Guard.<br>b. Not in lieu of attendance at unit training assemblies | 1 point for each assembly (minimum of 4 hours duration) |
| 4 | Preparation and presentation of instruction by instructors and assistant instructors. (Note 2) | a. Instruction must be military and applicable instruction presented to Armed Forces units, State OCS, ROTC, State Law and Order Organizations, Military, Department seminars, and appropriate civilian groups.<br>b. Preparation time and satisfactory presentation will be verified by the appropriate unit commander. | 1 point for each 2 hours of preparation not to exceed 3 points. 1 points for satisfactory presentation of at least 2 hours of instruction, or for lesser periods with an aggre- of 2 hours (Note 3). |

| RULE | A<br>If the training is | B<br>and these requirements are met | C<br>the points awarded are |
|---|---|---|---|
| 5 | Command, staff and administrative duties, such as supervisor of training of subordinate units, inspections, planning of exercises, staff meetings and liaison visits. (Note 2) | Authorized orders | 1 point for a minimum of 2 hours of duty. (Commanders are not entitled to points for administrative duties, nor are ARNG techs entitled to points for duty performed in civilian status) |
| 6 | Completion of Armed Forces Extension Courses | Application for enrollment must be approved by State AG and the pertinent school | 1 point for each 3 course credit hours satisfactorily completed. (Fraction of 2/3 or more will be credited as 1 point) (Credit each retirement year anniversary date) |
| 7 | Attendance at professional or trade conventions, Armed Forces seminars, or professional meetings, or training conferences. (Note 2) | Training must be of at least 2 hours duration and contain presentation of military importance to the soldier. It also must be indorsed, sponsored, supervised, and/or conducted by one or more of the military departments. | 1 point for instruction of at least 2 hours duration. (Maximum of 1 point is authorized for any one day) |
| 8 | Performance of military medical duties | Duty must be performed without pay (IDT, AT, ADSW, ADT, FTTD, or professional fees) | 1 point for 2 hours of duty with a maximum of 2 points based on 8 hours duty per day |
| 9 | Performance of certain legal duties by ARNG JAGC officers (Note 2) | | 1 point for 2 hours of duty with a maximum of 2 points based on 8 hours duty per day |
| 10 | Performance of pastoral duties by ARNG chaplains | Duty must be performed without remuneration (AT, ADSW, ADT, FTTD) | 1 point for 2 hours of duty with a maximum of 2 points based on 8 hours duty per day |

| R U L E | A<br>If the training is | B<br>and these requirements are met | C<br>the points awarded are |
|---|---|---|---|
| 11 | Duties performed as a member of the Military Affiliated Radio System (MARS)(Note 2) | a. Soldier must be assigned to the Signal Corps branch or pursuing individual training which will qualify soldier for transfer to the Signal Corps.<br>b. Only periods of operation in the official net will be authorized points. Aggregate periods may be used to meet requirements | 1 point for 2 hours of duty with a maximum of 2 points based on 8 hours duty per day |
| 12 | Other services and duties. Duty as a member of board convened by the Army, CONUS Army or Overseas Commander (Note 2) | Necessary coordination between convening authority and State AG is required | 1 point for 2 hours of duty with a maximum of 2 points based on 8 hours duty per day |
| 13 | Recruiting new soldiers for enlistment/reenlistment | a. The officer certifying the enlistment of the new soldier will complete a certificate attesting the action showing name, SSN, and unit of recruiter, and furnish a copy to the custodian of soldier's MPRJ.<br>b. The new enlistee verifies the unit soldier responsible for his enlistment.<br>c. Only one soldier receives credit for any one enlistment.<br>d. No soldier will be permitted to substitute recruiting activities for attendance at a unit training assembly. | 1 point for each new soldier enlisted. (No points will be awarded for recruiting to those soldiers who are full time recruiters) |

| RULE | A<br>If the training is | B<br>and these requirements are met | C<br>the points awarded are |
|---|---|---|---|
| 14 | Other training projects authorized by NGR 350-1 | Projects must have prior approval of the major unit commander and/or the State AG | 1 point for each 2 hour work on the project not to exceed 1 point per day. Points may not be applicable to any day for which points are awarded under any other provision |

NOTES:

1. Retirement points will not be awarded for periods of hospitalization beyond the expiration of AD, ADSW, ADT, AT, or FTTD shown on orders. If a soldier is entitled to incapacitation pay and attends the scheduled training assemblies, he may be awarded retirement points for that attendance. Appropriate remarks and codes will be entered on DA 1379 in accordance with NGR 680-1. Accrued leave for which a cash settlement is made upon termination of these periods is not considered an extension of such periods and cannot be credited for retirement points. Active duty does not include attendance at service schools on invitational orders, or in a technician status.

2. Performance must not be in any paid status and retirement points not awarded under any other provision.

3. Retirement point credit is not authorized for instruction prepared and/or presented during UTA. Credit will be allowed only once for preparation of instruction. If the soldier has previously presented that period of instruction during his current retirement year, he will not receive any more retirement points for the preparation of that instruction.

4. DA Form 1379 and certificates provided by the commander will be used as the primary source documents for accounting of all non-paid retirement points earned. Appropriate remarks and codes will used in accordance with NGR 680-1.

5. Other than attendance at a muster assembly or annual training soldiers cannot earn retirement points while assigned to the ING.

Table 2-6

## POINTS FOR MEMBERSHIP IN THE ACTIVE ARMY NATIONAL GUARD FOR LESS THAN A FULL RETIREMENT YEAR

| Number of days in Active Army National Guard | | Membership points to be credited | Number of days in Active Army National Guard | | Membership points to be credited |
|---|---|---|---|---|---|
| From | Through | | From | Through | |
| 1 | 12 | 0 | 183 | 206 | 8 |
| 13 | 36 | 1 | 207 | 231 | 9 |
| 37 | 60 | 2 | 232 | 255 | 10 |
| 61 | 85 | 3 | 256 | 279 | 11 |
| 86 | 109 | 4 | 280 | 304 | 12 |
| 110 | 133 | 5 | 305 | 328 | 13 |
| 134 | 158 | 6 | 329 | 352 | 14 |
| 159 | 182 | 7 | 353 | 366 | 15 |