# National Guard Regulation (AR) 600-200

## Personnel--General

## Enlisted Personnel Management

**Headquarters**
**Department of the Army Washington, DC**
**1 March 1997**

SUMMARY of CHANGE

Implementing Draft

This revision--

o Changes verification of USAR non-unit members in the IRR to use of ARPERCEN gain/loss tape (GPAM-R70) instead of NGB Form 60 (para 2-30d).

o Deletes the Sunset rule (para 2-45).

o Consolidates and renumbers tables 2-1 through table 2-13.

o Adds US Navy and US Marine Corps RE 5, RE6, and RE 7 codes to table 2-6.

o Revises the list of CASP MOSs available and updates the prerequisites for the various CASP MOSs.

o Emphasizes that although soldiers are no longer reduced to enter IADT, their current grade must be verified and documented (para 4-9).

o Adds Glossary NPS to NPS (para 4-4).

o Raises expenses from $25 to $50 (para 4-6(k)).

o Adds requirement for DA Form 4187 for Split Training Option soldiers advanced between phases 1 and 2 (para 4-6(h)(7)).

o Raises expenses from $25 to $50 (para 4-13).

o Changes AR 135-200 to AR 135-381 (para 4-16).

o Deletes authority to award MI & MP criminal investigation MOSs (para 5-12).

o Adds CNGB authority to award MOSs to AGR Title 10 tour personnel (para 5-4d).

o Adds career progression military occupational specialty (CPMOS) (para 5-8).

o Clarifies the meaning of substitutability (para 5-23).

o Adds guidance for uncoordinated interstate transfers (para 5-37).

o Adds CNGB as the authority to grant exceptions to policy for conditional release prior to completing AIT (para 5-46a).

o Deletes chapter 6 which was rescinded on 31 December 1996, and reserves it for future use.

o Clarifies that immediate reenlistment as well as extension is authorized upon ETS (para 7-3).

o States that final waiver disapproval authority is any commander in soldier's chain of command; that waivers disapproved by NGB may be submitted to NGB for reconsideration when new information is provided that was not provided in original request; and that even when a waiver is disapproved for a soldier with eighteen but less than twenty qualifying years of service for retirement the Chief, NGB must approve separation (para 7-10).

o Adds processing requirements for soldiers with 18-20 qualifying years service for retirement (para 8-2).

o Clarifies that ARNGUS soldiers without an MOS will not be transferred to the IRR (para 8-3c).

o Specifies that entry level status discharge will separate soldiers from the ARNGUS and as a Reserve of the Army (para 8-7f).

o Adds procedures for preparing discharge order, reenlistment order, and SIDPERS coding when executing an immediate reenlistment (para 8-13b).

o Changes policy to allow RE 4 if soldier has positive HIV test during entrance physical (para 8-26b).

o Allows RE 3 if soldier does not meet APFT,. height/weight (body composition) standard or has positive urinalysis action pending at ETS and deletes the requirement for a bar to reenlistment or extension to issue RE 3 (para 8-26i).

o States the paragraph to cite for discharge of PS or transfers who test positive for drugs during entrance physical (para 8-26j).

o Allows discharge from ARNGUS and Reserve of the Army as a result of State military code or laws and proceedings (para 8-26j).

o Allows concurrent discharge from the State ARNG and as a Reserve of the Army for several reasons (para 8-27).

o Provides for RE 4 for soldiers the Active Army discharges as a Reserve of the Army with less than honorable characterization (para 8-27z).

o Adds authority for RE 3 for soldiers who are eligible for assignment to the Retired Reserve but who are being separated for misconduct (para 8-27bb).

o Adds guidance for commanders and separation boards to consider when recommending retention of soldiers who test positive for drugs (para 8-29).

o Adds documentary requirements for involuntarily separating a soldier with at least eighteen but less than twenty qualifying years of service for non-regular retirement (chapter 8, section VII).

o Adds requirement for a board for soldiers with eighteen or more years of service creditable for retired pay at age 60 (para 8-31).

o Adds two exceptions where a board is not required for soldiers with 18-20 year: when the soldier is an unsatisfactory participant; and when the soldier is not eligible for reenlistment or extension without a waiver and the waiver has been denied (para 8-32).

o Adds the definition that denial of extension or immediate reenlistment is an involuntary separation; sets waiver denial appeal process and approval authority as the next higher level of a soldiers chain of command than that which denied the waiver; waivers denied by NGB may be submitted for reconsideration if new information is provided which was not in the waiver request which was disapproved by NGB (para 8-33).

o Focuses the CSM selection and nomination process on the State Adjutant General (para 9-1 and 9-5).

o Adds a requirement that 1SG and MSG who are not graduates of the Sergeants Major Course be eligible to attend and complete the course, and describes disqualification (para 9-3b).

o Deletes the age 54 prohibition for selection for promotion to SGM and appointment to CSM, and adds an objective age of 51 for selection for original appointment to CSM (para 9-3e).

o Alters the nomination process and focuses on State-level management (para 9-5).

o Clarifies packet procedures, specifies originals and copies, deletes the requirement for certified true copies, specifies the composition of the packet, requires all Academic Evaluation Reports (DA Form 1059) for NCOES courses, changes APFT requirement from last 6 or 3 tests to all tests in the last 3 years, replaces the requirement to submit a current medical examination with an Initial Medical Review - Annual Medical Certificate (DA Form 7349-R), and includes a new checklist (para 9-6 and figure 9-2).

o Changes convening authority from Chief, National Guard Bureau to Director, Army National Guard (para 9-7).

o Provides for the president of the CSM board to be a major general or brigadier general (para 9-8a).

o Clarifies who may be assigned to CSM positions, sets a limit on details for CSMs and clarifies background for initial CSM assignments (para 9-15).

o Clarifies voluntary and involuntary removals, removal for cause, records entries, and the conditions under which reappointment is allowed (para 9-20, 9-21 and 9-22).

o Provides separate instructions to appoint CSMs under a call or mobilization (para 9-23).

o Reserves chapter 10 for future use.

o Adds a provision to continue chapter 11 in effect for soldiers called or ordered to active Federal service for less than one year (para 11-1e).

o Clarifies that retroactive effective dates are used primarily to correct errors in lieu of corrective board action (para 11-7).

o Adds the requirement to have the USPFO make the final determination of de facto status for the purpose of retaining pay and allowances after revocation of promotion orders (para 11-11).

o Provides for special advancement and promotion during and after training programs (para 11-18.1).

o Clarifies the basic computation date for advancement to PV2 through SPC for prior service soldiers (para 11-23).

o Clarifies eligibility and disqualification for soldiers removed from promotion lists through adverse action, and for soldiers enrolled in officer and warrant officer producing programs (para 11-27).

o Encourages states that share elements of organizations to coordinate policies and procedures (para 12-27e).

o Deletes the age 54 prohibition for selection for promotion to SGM and appointment to CSM; adds an objective age of 51 for selection for original appointment to CSM; and establishes disqualification from the U.S. Army Sergeants Major Course as a disqualification from consideration for SGM or CSM (para 9-27f and g).

o Incorporates forms and procedures to use DA Form 4187 to enroll MSG and 1SG who are not graduates in the U.S. Army Sergeants Major Course based on selection for promotion (para 11-28a(12)) and for CSM (para 9-6).

o Allows AGR soldiers who started NCOES courses in M-Day status to complete those courses (para 11-28b).

o Clarifies that CSM nominees and selectees may be conditionally promoted only after selection by the DA(NGB) ARNG CSM Selection Board (para 11-28c(2)).

o Adds certain USMC courses to the primary level for NCOES credit (Para 11-29).

o Clarifies the Personnel Officer's responsibility to determine credit, availability, and equivalency for NCOES courses (para 11-29 through 11-30).

o Changes the application of prior NCOES credit for soldiers reduced (para 11-31b).

o Clarifies the discussion of the requirements for, and relationships between, phases I and II of the BNCOC and ANCOC (para 11-28b and 11-31f).

o Clarifies the policy that the Promotion List is the only means to determine which soldiers will attend NCOES courses (para 11-33c).

o Clarifies that all eligible soldiers will be considered, that those formally denied consideration will not be, and the prohibition on local standards to recommend or not otherwise eligible soldiers (para 11-33).

o Explains the role of the CPMOS and its application (para 11-33c(2)(a)).

o Clarifies that the CSM portion of the sergeants major list is in MOS OOZ and that individuals are listed by the type of organization or specific organization for which nominated and selected (para 11-43e).

o Allows, but does not require, MPMOs to publish periodic updated promotion lists (para 11-43f).

o Clarifies the eligibility and availability of soldiers with a service requirement (para 11-45b).

o Restricts assignment and promotion against projected losses until the incumbent actually is reassigned (para 7-45c).

o Directs administrative removal from promotion lists soldiers who enroll in a commissioned or warrant officer producing program (para 11-48j).

o Clarifies the effective date of reduction from grades to which conditionally promoted (para 11-56e).

o Adds authority to reduce soldiers so they may enter training programs that require a lower entry grade, and for failure to meet a criterion of a conditional promotion other than NCOES training (para 11-58e and f).

o Clarifies certain rights to counsel for soldiers being considered for reduction (para 11-64).

o Makes minor revisions to figure 11-2: in section III, deletes Good Conduct Medals and RC equivalents; in field 24, describes the training year; in field 25b describes scoring for waived events; in field 26d clarifies credit for certain NCOES courses; in field 27b clarifies eligibility for the 5 bonus points; in field 28 clarifies that AGR soldiers must count AC courses in the NCOES field versus field 26; and, in field 29 recording of civilian education and duplicate credit.

- Adds sample DA Form 4187 to apply for the U.S. Army Sergeants Major Course as figure 11-6.

Headquarters
Department of the Army Washington, DC 02310-2500 1 March 1997

*National Guard Regulation (AR) 600-200

Personnel - General
Enlisted Personnel Management

By Order of the Secretary of the Army:

EDWARD D. BACA
Lieutenant General, USA
Chief, National Guard Bureau

Official:

DEBORAH GILMORE
Chief
Administrative Services

**Summary**. This regulation prescribes the criteria, policies, procedures and responsibilities to recruit, enlist, reenlist or extend; classify; provide initial entry training; assign; promote, appoint and reduce in grade; bar to extension or immediate reenlistment; select and appoint to and from Command Sergeant Major; and to separate from service enlisted soldiers in the Army National Guard of the United States (ARNGUS). Because the regulation has been extensively revised the changed portions have not been highlighted.

**Applicability**. This regulation applies only to the Army National Guard (ARNG) and Army National Guard of the United States (ARNGUS) when not in the service of the United States. Certain provisions of this regulation may continue in effect after individuals and units are called into active Federal service as may be stated in the call, order, or administrative instructions of the Department of the Army.

**Proponent and Exception Authority**. The proponent of this regulation is the Chief, National Guard Bureau, Army National Guard Deputy Director, Personnel and Manpower. The proponent has the authority to approve exceptions to this regulation that are consistent with controlling law and regulation. Proponents may delegate this approval authority, in writing, to a division chief under their supervision within the proponent agency in the grade of colonel or the civilian equivalent.

**Internal Control Systems**. This regulation is subject in part to the requirements of AR 11-12. The checklist for enlisted promotions, appointments and reductions for chapter 6 was made obsolete when chapter 11 was published in the previous edition of this regulation. When a new checklist is developed for chapter 11, it will be published in appendix B by a change to this regulation.

**Supplementation**. Supplementation of this regulation and establishment of command and local forms are prohibited without prior approval from Chief, National Guard Bureau, ATTN: NGB-ARP-PE, 2500 ARMY PENTAGON, WASHINGTON, DC 20310-2500.

**Suggested Improvements**. Users of this regulation are invited to send comments and suggested improvements on DA Form 2028 (Recommended Changes to Publications and Blank Forms) directly to Chief, National Guard Bureau, NGB-ARP-PE, 2500 ARMY PENTAGON, WASHINGTON, DC 20310-2500.

*This regulation supersedes NGR 600-200, 1 July 1989
Contents (Listed by paragraph title and number with page number)

**Chapter 1**
**Introduction**

Purpose, 1-1, page 1-1
References, 1-2, page 1-1
Abbreviations and terms, 1-3, page 1-1
Statutory authority, 1-4, page 1-1
Equal opportunity, 1-5, page 1-1
Responsibilities, 1-6, page 1-2

**Chapter 2**
**ARNG Enlistment Program**

**Section I**
**Introduction**
Purpose, 2-1, page 2-1
Forms, 2-2, page 2-1
Explanation of terms, 2-3, page 2-1
Responsibilities, 2-4, page 2-1
Recruiting objectives, 2-5, page 2-1
Authority, 2-6, page 2-1
Penalties for violating this chapter, 2-7, page 2-1
Eligibility, 2-8, page 2-1
Determination of eligibility, 2-9, page 2-2
Enlistment eligibility for special units or branches, 2-10, page 2-2
Position vacancy, 2-11, page 2-2
Assignment restrictions, 2-12, page 2-2
Definition of ARNGUS service and valid enlistment agreement, 2-13, page 2-2
Statutory and contractual obligations, 2-14, page 2-3
Referral of applicants to higher headquarters, 2-15, page 2-3
Persons receiving disability pensions or compensation from Department of Administrative instructions for Veterans Affairs, 2-16, page 2-3
Persons requiring special authority for enlistment, 2-17, page 2-3
Special programs and procedures, 2-18, page 2-4

**Section II**
**Basic Qualifications and Verification for Enlistment, Nonprior Service (NPS) Applicants**
General, 2-19, page 2-4
Basic eligibility standards for all NPS service applicants, 2-20, page 2-4
NPS authorized enlistment periods, 2-21, 2-4
NPS pay grade and date of rank (DOR), 2-22, page 2-5
NPS paid drill status eligibility, 2-23, page 2-5
Split Training Option, 2-24, page 2-5

**Section III**
**Basic Qualifications for Enlistment, PS Applicants**
General, 2-25, page 2-6
Try One in the Guard, 2-26, page 2-6
PS authorized enlistment periods (applies to GNPS), 2-27, page 2-7
PS authorized enlistment pay grades and DOR, 2-28, page 2-7

**Section IV**
**Verification and Qualification of PS Applicants**
General, 2-29, page 2-7

Verification of PS, 2-30, page 2-7
RE codes, 2-31, page 28
Determination of prior service eligibility, 2-32, page 2-8

**Section V**
**Enlistment Waivers (NPS and PS)**
Moral and administrative disqualification waivers, 2-33, page 2-8
Listings of disqualifications, 2-34, page 2-9
PS applicants with disqualifications, 2-35, page 2-9
Submission of requests for waivers, 2-36, page 2-9
Waiver disapproval authority, 2-37, page 2-9
Validity periods of waivers, 2-38, page 2-9
Administrative instructions for requesting waiver approval, 2-39, page 2-9
Waiver approval procedures, 2-40, page 2-10
Exceptions to policy, 2-41, page 2-10

**Section VI**
**Waivers for Civil Offenses**
Standards, 2-42, page 2-10
Waivers of moral disqualification, 2-43, page 2-10
Rules governing processing of moral waivers, 2-44, page 2-10
Waiting period, 2-45, page 2-12
Required investigations, 2-46, page 12
Pending charges -- civil restraint
NGB Form 22-3, Request for Waiver, 2-48, page 2-13

**Section VII**
**Processing Applicants**
Importance of applicant processing, 2-49, page 2-13
Processing elements, 2-50, page 2-13
Orientation of applicants, 2-51, page 2-14
Prohibitions, 2-52, page 2-14
Shared responsibilities, 2-53, page 14
Preparation of records and forms, 2-54, page 15
Required forms and documents and responsibilities for initiation, 2-55, page 2-15
Composition and number of enlistment packets and disposition instructions, 2-56, page 2-15
Verification documents, 2-57, page 2-15
DD Form 1966/1 through DD Form 1966/6 (Application for Enlistment -- Armed Forces of the United States), 2-58, page 2-15

**Section VIII**
**Mental and Physical Testing**

**Part 1. Administration of Mental Test**
General, 2-59, page 16
Retesting with ASVAB series and use of PS ASVAB or ACB-73 scores, 2-60, page 2-16

**Part 2. Administration of Medical Examination**

General, 2-61, page 2-18
DA Form 1811 in lieu of additional medical examination when there has been no change in physical condition, 2-63, page 2-19

**Section IX**

**Processing of Special Personnel**

**Part 1. Enlistment Processing of Former Army Prisoners of War**
General, 2-64, page 2-19
Processing applications for former Army PWs, 2-65, page 2-19

**Part 2. Special Processing for Members of Reserve Armed Forces of the United States (does not include USAR) and Members of Delayed Entry/Enlistment Program (DEP)**
Policy, 2-66, page 2-19
Request for discharge or clearance from an RC (ANG, USAR, USNR, USMCR, USAFR), 2-67, page 2-19
Notice of enlistment, 2-68, page 2-20

**Part 3. Special Processing for Enlistment of USAR Soldiers into the ARNGUS**
General, 2-69, page 2-20
Basic eligibility standard, 2-70, page 2-20
Enlistment periods, 2-71, page 2-20
Processing procedures, 2-72, page 2-21

**Section X**
**Injuries, Illness or Death of Applicants, Movement of Applicants, and Processing Procedures for Applicants Found Positive HIV**

**Part 1. Applicants Injured or Ill During Processing**
General, 2-73, page 2-21
Determination of entitlements, 2-74, page 2-21
Casualty reports, 2-75, page 2-21
Instructions to recruiters, 2-76, page 2-21

**Part 2. Movement of Applicants or Enlistees to and from MEPS Processing**
General, 2-77, page 2-22
Forwarding of enlistees, 2-78, page 2-22

**Part 3. Applicants Found Positive HIV**
Procedures, 2-79, page 2-22

**Section XI**
**Pre-MEPS Processing Phase**

**Part 1. General Information**
Actions required of the recruiter before sending an applicant to the MEPS or MET, 2-80, page 2-23
Actions required of MEPCOM personnel before applicant has seen the ARNGUS Guidance Counselor (GC), 2-81, page 2-23

**Part 2. Guidance Counselor (GC) or State Representative Processing Phase**
General, 2-82, page 2-23
Procedures, 2-83, page 2-23

**Part 3. MEPS Administrative Processing Phase**
Responsibilities of MEPCOM personnel, 2-84, page 2-25

**Part 4. DD Form 4-Series**
Preparation of DD Form 4 Series, 2-85, page 2-25
Actions before signature, DD Form 4-Series, 2-86 page 2-25
Correction of errors on enlistment/extension forms, 2-87, page 2-25

Correction of enlistment grade, 2-88, page 2-26
Claims of erroneous entries, 2-89, page 2-26

**Part 5. Administration of Oath of Enlistment and Related Matters**
Orientation before administration of oath, 2-90, page 2-26
Administration of Oath of Enlistment, 2-91, page 2-26
Actions required after administration of the oath, 2-92, page 2-27
Predating and postdating an enlistment, 2-93, page 2-27
NGB Form 21 (Annex A-DD Form 4 Enlistment/ Reenlistment Agreement--Army National Guard), 2-94, page 2-27
Return to recruiter, 2-95, 2-27
Post MEPS processing, 2-96, 2-27

**Section XII**
**Reserve Component Transition (RCT)**
Policy, 2-97, page 2-27
Procedures, 2-98, page 2-27
Enlistment, 2-99, page 2-28
Distribution of DD Form 4-Series, 2-100, page 2-28
Disposition of enlistment packet and soldier's MPRJ, 2-101, page 2-28
Dual Component Enlistment Option (In service Recruiting), 2-102, page 2-28
Failure to Report, 2-103, page 2-29
Simultaneous Membership Program (SMP), 2-104, page 2-29

**Table 2-1. Basic eligibility standards and verification procedures for enlistment or reenlistment**, page 2-30
**Table 2-2. Trainability and minimum ASVAB requirements (NPS)**, page 2-62
**Table 2-3. Enlistment pay grades for NPS personnel**, page 2-63
**Table 2-4. Enlistment pay grades and DOR for PS personnel**, page 2-66
**Table 2-5. Accessing DMDC Information**, page 2-68
**Table 2-6. Armed Forces RE Codes**, page 2-66
**Regular Army RE codes**, page 2-72
**US Navy and US Coast Guard RE codes**, page 2-73
**US Air Force RE codes**, page 2-75
**US Marine Corps RE codes**, page 2-77
**Table 2-7A. Typical minor traffic offenses**, 2-80
**Table 2-7B. Typical minor non-traffic offenses**, page 2-81
**Table 2-7C. Typical misdemeanors**, page 2-82
**Table 2-7D. Typical felony offenses**, page 2-84
**Table 2-8. Preparation instructions for NGB Form 22-3 (Request for Waiver)**, page 2-85
**Table 2-9. Instructions for completing the DD Form 1966-Series**, page 2-87
**Table 2-10. Instructions for completing the DD Form 4-Series**, page 2-106
**Table 2-11. Forms used in enlistment processing and activities/personnel responsible for preparation**, page 2-107
**Table 2-12. Composition of enlistment packet and distribution**, page 2-113
**Table 2-13. Personnel Security Investigations and Security Clearances**, page 2-116

**Figure 2-1. Information about reinstatement rights**, page 2-121
**Figure 2-2. Referral to local State Employment Office for training and job assistance**, page 2-122
**Figure 2-3. Sample letter requesting documents from applicant's physician**, page 2-123
**Figure 2-4. Sample format for request for approval of enlistment waivers, dependents**, page 2-124
**Figure 2-5. Instructions for use and preparation of DD Form 2246**, page 2-125
**Figure 2-6. Sample PMS (ROTC) certification**, page 2-129

**CHAPTER 3**

**Civilian Acquired Skills Program**

**Section I**
**Introduction**
Purpose, 3-1, page 3-1
Objectives, 3-2, page 3-1
Responsibilities, 3-3, page 3-1
Eligibility, 3-4, page 3-1
Enlistment periods, 3-5, page 3-1

**Table 3-1, Skills and criteria to qualify for CASP**, page 3-2

**Section II**
**Training Requirements**
Enlistment training options available under CASP, 3-6, page 3-17
BT requirement, 3-7, page 3-17
Requirement for prerequisite training, 3-8, page 3-17
Requirement for unit proficiency training, 3-9, page 3-17

**Section III**
**CASP Personnel Management**
Determination of qualifications and enlistment grades, 3-10, page 3-17
Award of MOS and accelerated promotion, 3-11, page 3-17
CASP enlistment control, 3-12, page 3-18
AT restrictions, 3-13, page 3-18
Mobilization readiness and deployability, 3-14, page 3-18

**Section IV**
**Enlistment Processing Procedures**
Processing procedures, 3-15, page 3-18
Record entries, 3-16, page 3-19

**Table 3-2, Army Bands Enlistment Option**, page 3-19
**Table 3-3, ARNGUS CASP Enlistment Training Options**, page 3-22
**Figure 3-1, Sample Memorandum**, page 3-24

**CHAPTER**
**Initial Active Duty for Training (IADT)/Initial Entry Training (IET)**

**Section I**
**General**
Scope, 4-1, page 4-1
Responsibilities, 4-2, page 4-1

**Section II**
**Policy**
Personnel ordered to IADT, 4-3, page 4-1
Required entry period, 4-4, page 4-2
Failure to report for or complete IADT, 4-5, page 4-2

**Section III**
**Special Programs**
Split training option, 4-6, page 4-2
Buddy platoon policy and procedures, 4-7, page 4-3

**Section IV**
**Processing**
Orders and related details, 4-8, page 4-4
Pay grade upon entry on IADT, 4-9, page 4-4
Records screening, 4-10, page 4-5
Physical and moral screening (prior to departing for IADT), 4-11, page 4-5
Composition of enlistment packet, 4-12, page 4-5
Soldier information, 4-13, page 4-5
DD Form 220, 4-19, page 4-6

**Section V**
**Processing During IADT**
Processing defects, 4-14, page 4-6
Complaints, 4-15, page 4-6
Hospitalization and/or medical care, 4-16, page 4-6
Uniform Code of Military Justice (UCMJ), 4-17, page 4-6
Rights and benefits, 4-18, page 4-6
DD Form 220, 4-19, page 4-6
DD Form 214, 4-20, page 4-6

**Chapter 5**
**Personnel Management**

**Section I**
**Introduction**
Purpose, 5-1, page 5-1
Effective management, 5-2, page 5-1

**Section II**
**Classification and Reclassification in MOS Code (MOSC)**
General, 5-3, page 5-1
Authority to award and redesignate MOS, 5-4, page 5-1
Initial class and utilization, 5-5, page 5-1
Award of MOS, 5-6, page 5-2
Award of SMOS and AMOS, 5-7, page 5-3
Award of 3-character career progression MOS (CPMOS), 5-8, page 5-3
Determination and award of skill level, 5-9, page 5-4
Special qualification identifier (SQI), 5-10, page 5-4
Additional skill identifier (ASI), 5-11, 5-4
Language identification codes (LIC), 5-12, page 5-5
Reclassification of MOS, 5-13, page 5-5
Reclassification due to physical profile, 5-14, page 5-6
Orders and records, 5-15, page 5-7

**Section III**
**Reclassification Boards**
Appointing authority, 5-16, page 5-7
Membership, 5-17, page 5-7
Waivers, 5-18, 5-7
Procedures for reclassification boards, 5-19, page 5-7
Action by appointing authority, 5-20, page 5-8

**Section IV**

**Personnel Utilization**
Objectives, 5-21, 5-8
Responsibility for personnel utilization, 5-22, page 5-8
Substitutability, 5-23, page 5-9
Utilization controls, 5-24, 5-9
Utilization of certain designated personnel, 5-25, page 5-27

**Section V**
**RC Overstrength**
Policy (Rescinded), 5-26, page 5-11
Wartime required strength (125, 110 and 100 percent) (rescinded) 5-27, page 5-11

**Section VI**
**Assignment and Transfer**
General, 5-28, page 5-11
Assignment of female soldiers, 5-29, page 5-11
Assignment to CSM, SGM, 1SG and MSG positions, 5-30, page 5-12
Reassignment and position vacancies, 5-31, page 5-12
Mandatory assignment, 5-32, page 5-12
Change of residence to a bordering State or foreign country, 5-33, page 5-12

**Section VII**
**Interstate Transfer**
General, 5-34, page 5-13
Losing State actions, 5-35, page 5-13
Gaining State actions, 5-36, page 5-13
Uncoordinated interstate transfer, 5-37, page 5-14
Conditional release, 5-38, page 5-15
Failure to report, 5-39, page 5-15
Transfer between the ARNG and USAR, 5-40, page 5-15

**Section VIII**
**Attachments**
General, 5-42, page 5-15
Authority, 5-43, page 5-15
Administration, 5-44, page 5-15
Relief from attachment, 5-45, page 5-16

**Section IX**
**Enlistment in other Armed Forces and Order to Active Military Service**
Enlistment in another US Armed Force, 5-46, page 5-16
Order to special tours for training and special work, 5-47, page 5-16
Active Guard Reserve (AGR) status, 5-48, page 5-16
Order to active duty as individuals, 5-49, page 5-16
Assigning soldiers to units being called or ordered to active duty, 5-50, page 5-17

**Section X**
**Armed Forces Classification Test (AFCT)**
Use of AFCT, 5-51, page 5-17
AFCT administration, 5-52, page 5-17
AFCT retesting, 5-53, page 5-18

**CHAPTER 6**
**Reserved for future use.**

**CHAPTER 7**
**Extension, Immediate Reenlistment, and Bar to Reenlistment/Immediate Reenlistment/Extension**


**Section I**
**Introduction**
Purpose, 7-1, page 7-1
Objectives, 7-2, page 7-1
Terms, 7-3, page 7-1

**Section II**
**Reserved**

**Section III**
**Extension of enlistment**
General, 7-5, page 7-1
Date of execution of extension of enlistment, 7-6, page 7-1
Periods of extension of enlistment, 7-7, page 7-2

**Table 7-1, Authorized periods of extension**, page 7-2

Retention beyond ETS, 7-8, page 7-3
Dependency and marital status, 7-9, page 7-4

**Table 7-2, Basic eligibility standards and waiver authority**, page 7-4

Extension document, 7-11, page 7-5

**Table 7-3, Preparation Instructions for DA Form 4836 (Oath of Extension of Enlistment or Reenlistment),** page 7-5

Disposition instructions for DA Form 4836, 7-12, page 7-7
Corrections of errors on extension forms, 7-13, page 7-7

**Section IV**
**Immediate Reenlistment**
General, 7-14, page 7-7
Periods of immediate reenlistment, 7-15, page 7-7
Preparation of records, 7-16, page 7-7

**Table 7-4, Instructions for completing the DD Form 4-series for immediate reenlistment**, page 7-7.

Disposition of the DD Form 4-series, 7-17, page 7-9
Certificate of Appreciation, 7-18, page 7-9
Ceremonies, 7-19, page 7-10

**Section V**
**Bar to Reenlistment/Immediate Reenlistment or Extension**
General, 7-20, page 7-10
Standards and guidelines for bar to reenlistment, immediate reenlistment or extension, 7-21, page 7-10
Criteria, 7-22, page 7-10
Procedures, 7-23, page 7-11
Discharge, 7-24, page 7-13

**CHAPTER 8**
**Discharge**

**Section I**
**Introduction**
General, 8-1, page 8-1
Authority, 8-2, page 8-1
Guidelines for discharge, 8-3, page 8-1
Notification action and administrative discharge boards, 8-4, page 8-1
Dropped from the Rolls (DFR) of the Army, 8-5, page 8-2

**Section II**
**Characterization of Service, Description of Service Discharge Certificate, and Order**
Types of characterization or description, 8-6, page 8-2
Types of administrative discharges and character of service, 8-7, page 8-2
Character of service upon discharge from the ARNG and transfer to the IRR, 8-8, page 8-3
Reduction in grade, 8-9, page 8-3
Recoupment of unearned Selected Reserve Incentive Program payments, 8-10, page 8-3
Preparation of discharge certificates, 8-11, page 8-4
Amendments and corrections to NGB discharge certificates, 9-12, page 8-4
Discharge order, 8-13, page 8-4
Amendments, revocations, rescissions, and corrections to discharge orders, 8-14, page 8-4
Effective date of discharge, 8-15, page 8-4
Disposition of proceedings and records, 8-16, page 8-5

**Section II.1**
**Transfer to the Retired Reserve and Retirement**
Eligibility, 8-16.1, page 8-5
Application, 8-16.2, page 8-6
Retired grade, 8-16.3, page 8-6
Orders, 8-16.4, page 8-6

**Section III**
**Report of Discharge and Record of Service (NGB Form 22 and 22A)**
Preparation and distribution of NGB Form 22 (Report of Discharge and Record of Service), 8-17, page 8-6
Amendments and corrections to NGB Form 22, 8-18, page 8-7

**Section IV**
**Security of Forms, Lost or Destroyed Records, and Notification of Discharge**
Security of forms, 8-19, page 8-7
Lost or destroyed discharge records, 8-20, page 8-7
Notification of discharge, 8-21, page 8-7

**Section V**
**Appeals and Application for Review**
Appeals to a denied request for discharge, 8-22, page 8-7
Appeal of discharge, 8-23, page 8-8
Army Board for Correction of Military Records, 8-24, page 8-8

**Section VI**
**Codes, Reasons and Procedures for Discharge**
Reenlistment codes, 8-25, page 8-8

**Table 8-1, Definition of the reenlistment code**, page 8-8

Discharge from the State ARNGUS and/or Reserve of the Army, 8-26, page 8-8
State ARNG discharge, 8-27, page 8-11
Drug abuse processing procedures, 8-28, page 8-12

**Section VII**
**Involuntary Separation of Army National Guard of the United States Soldiers with Over 18 but less than 20 Qualifying Years of Service for Retirement**
Authority, 8-29, page 8-13
Requirements, 8-30, page 8-13
Separation boards, 8-31, page 8-13
Exceptions to board policy, 8-32, page 8-14
Involuntary separation, 8-33, page 8-14

**Figure 8-2, Preparation of NGB Form 22, Report of Discharge and Record of Service**, page 8-15

**Chapter 9**
**ARNG Command Sergeant Major Program**

**Section I**
**General**
Objective, 9-1, page 9-1
Special terms, 9-2, page 9-1
Prerequisites, 9-3, page 9-1

**Section II-4**
**Nomination**
General, 9-4, page 9-1
Nominations, 9-5, page 9-2
Packet procedures, 9-6, page 9-2

**Section III**
**Selection Board**
Appointment, 9-7, page 9-3
Composition, 9-8, page 9-3
Instructions, 9-9, page 9-3
Communications, 9-10, page 9-3
Evaluation, 9-11, page 9-3
Selection, 9-12, page 9-3
Announcement, 9-13, page 9-3

**Section IV**
**Appointment and Assignment**
Appointment, 9-14, page 9-3
Assignment and utilization, 9-15, page 9-4
Reappointment, 9-16, page 9-4
Posthumous appointment, 9-17, page 9-4
Active duty reporting, 9-18, page 9-4

**Section V**
**Termination**
Notification, 9-19, page 9-5
Voluntary removal, 9-20, page 9-5
Involuntary removal, 9-21, page 9-5

Removal for cause, 9-22, page 9-5
Mobilization or Presidential Call, 9-23, page 9-5

**Figure 9-1, Nominating Memorandum**, page 9-6
**Figure 9-2, Nominee Checklist**, page 9-7
**Figure 9-3, Biographical sketch**, page 9-8

**CHAPTER 10**
**Reserved for Future Use**

**CHAPTER 11**
**Transitional Promotion and Reduction Policy**

**Section I**
**General**
Purpose, 11-1, page 11-1
Convening and promotion authorities, 11-2, page 11-1
Promotable and nonpromotable status, 11-3, page 11-1
Delay of promotion due to suspension of favorable personnel actions, 11-4, page 11-2
Precedence of rank, 11-5, page 11-2
Date of rank (DOR) and effective date, 11-6, page 11-3
Establishing retroactive effective dates, 11-7, page 11-4
Computing time in grade (TIMIG), time in service (TIS), and cumulative enlisted service (CES), 11-8, page 11-4
Security clearance requirements, 11-9, page 11-5
Service remaining obligation, 11-10, page 11-5
Erroneous promotion and de facto status, 11-11, page 11-5
Acting noncommissioned officers, 11-12, page 11-6
Frocking, 11-13, page 11-6
Promotion instruments, 11-14, page 11-6
Promotion ceremonies and certificates, 11-15, page 11-7
Lateral appointments, 11-16, page 11-7

**Section II**
**Special Advancements, Promotions, Appointments, and Restorations**
General, 11-17, page 11-8
Promotion to enter training programs, 11-18, page 11-8
Advancement and promotion as a part of training programs, 11-18.1, page 11-8
Advancement based on Civilian Acquired Skills Program, 11-19, page 11-9
Advancement based on Stripes for Buddies, 11-20, page 11-9
Promotion of critically ill soldiers, 11-21, page 11-9
Posthumous promotions, 11-22, page 11-10

**Section III**
**Advancement to PV2, PFC and SPC**
General, 11-23, page 11-10
Advancement to PV2, 11-24, page 11-10
Advancement to PFC, 11-25, page 11-11
Advancement to SPC, 11-26, page 11-11

**Section IV**
**Promotion to SGT through SGM**
Criteria, 11-27, page 11-11
NCOES requirements for promotion, 11-28, page 11-12
Courses creditable for NCOES, 11-29, page 11-13

Availability of NCOES Phase II courses, 11-30, page 11-14
Constructive credit for NCOES, 11-31, page 11-14
Promotion actions, 11-32, page 11-15

**Section V**
**Promotion Selection Boards**
General, 11-33, page 11-16
Announcing promotion selection boards, 11-34, page 11-16

**Section VI**
**Processing Soldiers for Promotion Consideration**
Process soldiers for consideration, 11-35, page 11-17
Individual soldier actions, 11-36, page 11-17
Correspondence with the board, 11-37, page 11-18
Denying soldiers consideration for promotion, 11-38, page 11-18

**Section VII**
**The Evaluation Process**
General, 11-39, page 11-19
Evaluate soldiers for promotion, 11-40, page 11-19

**Section VIII**
**Approve and Publish Promotion Lists**
Approve promotion lists, 11-41, page 11-20
Determine promotion status, 11-42, page 11-20
Publish promotion lists, 11-43, page 11-20

**Section IX**
**Select Soldiers from Promotion Lists**
General, 11-44, page 11-21
Selecting soldiers from promotion lists, 11-45, page 11-22
Declining promotion and assignment, 11-46, page 11-2
Hardship affecting promotion and assignment, 11-47, page 11-23

**Section X**
**Removal of Soldiers form Promotion Lists**
Administrative removal, 11-48, page 11-23
Command Initiated removal, 11-49, page 11-23

**Section XI**
**Integrating Soldiers into Promotion Lists**
General, 11-50, page 11-24
Interstate transfers and in-service recruiting, 11-51, page 11-24
Soldiers reclassified while on promotion lists, 11-52, page 11-25
Standby Advisory Board, 11-53, page 11-25

**Section XII**
**Reductions in Grade**
General, 11-54, page 1-26
Voluntary reduction, 11-55, page 11-26
Failure to complete training, 11-56, page 11-26
Reduction upon return from active duty, 11-57, page 11-27
Other reasons for reduction, 11-58, page 11-27
Enlistment in lower grade, 11-59, page 11-28

Reduction for inefficiency, 11-60, page 11-28
Reduction for misconduct or civil conviction, 11-61, page 11-28
Reduction notification procedures, 11-62, page 11-29
Reduction board procedures, 11-63, page 11-29
Rights of the soldier, 11-64, page 11-30
Appeals, 11-65, page 11-30
Restoration of grade, 11-66, page 11-31
Reduction and restoration orders and records, 11-67, page 11-31

**Figure 11-1, Sample Promotion Eligibility Roster (PER)**, page 11-32
**Figure 11-2, Instructions for NGB Form 4100-1-R-E, Enlisted Promotion Point Worksheet**, page 11-33
**Figure 11-3, Sample Board Memorandum of Instructions (MOI)**, page 11-37
**Figure 11-4, NGB Form 4100-1-R-E, Enlisted Promotion Point Worksheet**, page 11-39
**Figure 11-5, NGB Form 4101-1-R, Enlisted Promotion Appraisal Worksheet**, page 11-40
**Figure 11-6, DA Form 4187, Application for U.S. Army Sergeants Major Course**, page 11-41

**Appendix A, References**, page A-1

**Appendix B, Internal Controls Checklist**, page B-1

**Appendix C, Forms**, page C-1

**Glossary**
**Section I - Abbreviations**, page G-1
**Section II - Terms**, page G-4

**Index**, page I-1

DEPARTMENTS OF THE ARMY AND THE AIR FORCE
NATIONAL GUARD BUREAU
1411 JEFFERSON DAVIS HIGHWAY
ARLINGTON, VA 22202-3231

NGB-ARH

8 FEB 2002

MEMORANDUM FOR THE ADJUTANTS GENERAL OF ALL STATES, PUERTO RICO, THE VIRGIN ISLANDS, GUAM, AND THE COMMANDING GENERAL OF THE DISTRICT OF COLUMBIA

SUBJECT: Enlisted Promotion System

1. Reference All States Log Number P00-0082, Redistribution of Promotion Points in the Enlisted Promotion System, dated 26 January 2001.

2. Upon advice from NGB-JA, we have decided to keep National Guard Regulation (NGR) 600-200 as one regulation, and not subdivide it into three. Previously released draft versions dated in July 2001, sent out for staffing as NGRs 600-200, 600-201, 600-202, but never approved nor adopted, must be destroyed. Any state adopted changes or guidance, which were issued based on these three drafts, must be immediately rescinded.

3. Reference 1 above changed the enlisted promotion system found in Chapter 11, NGR 600-200 (March 1997) from a promotion point spread of 750/250 to 600/400. The attached Figure 11-2 (Instructions for NGB Form 4100-1-R-E) is your policy guidance for enlisted promotion boards beginning in 2002. This figure will be incorporated in the updated version of NGR 600-200.

4. The automated versions of NGB Forms 4100-1-R-E and 4101-1-E are under development by NGB-ARP-S in conjunction with contractor support. The fielding of these forms should take place by October 2002. In the interim, states may develop manual or automated systems to conduct 2002 enlisted promotion boards. States that are unable to conduct 2002 boards using the new criteria may submit a request for exception to policy to NGB-ARH-S for consideration.

5. All other regulatory guidance found in NGR 600-200 (March 1997), to include the enlistment criteria in Chapter 2 (Appendix A, ECM 2001), will remain in force until the updated 2002 NGR 600-200 is approved and published.

6. This memorandum will expire 30 September 2002, unless sooner superseded or rescinded.

NGB-ARH-E
SUBJECT: (All States Log Number P02- ) Enlisted Promotion System

7. Point of contact for enlisted policy is SGM Frank Yoakum, DSN 327-3446, 703-607-3446, e-mail: Frank.Yoakum@ngb.army.mil. Point of contact for enlistment criteria and waivers is SFC Paul Grimes, DSN 327-3402, 703-607-3402, e-mail: Paul.Grimes@ngb.army.mil.

FOR THE CHIEF, NATIONAL GUARD BUREAU:

Encl
as

JULIA J. CLECKLEY
Colonel, GS
Chief, Human Resources
Army National Guard

CF:
NGB-IG
NGB-PL
NGB-ARZ-T
Cmdt, NG PEC (NGB-PEC-T)
Cmdt, NG PEC (SMTC)
Each State IG
Each State Command Sergeant Major
Each State Military Personnel Management Officer

**Figure 11-2**
**Instructions for NGB Form 4100-1-R-E, Enlisted Promotion Point Worksheet**

*The field numbers in this table are keyed to the field numbers on NGB Form 4100-1-R-E. This will help complete the form manually and explain entries to soldiers.*

**Section I - Personnel Systems Data (maximum-150 points)**

**Field 1: Last and first names plus middle initial and any suffix.**

**Field 2: Social Security Number.**

**Field 3: Rank title (no pay grades).**

**Field 4: Unit name** (may be short title, UIC, or payroll sequence code).

**Field 5: Promotion MOS** (primary or career progression MOS). If CPMOS is different from PMOS, enter CPMOS in handwriting.

**Field 6: Physical profile (PULHES).** (Enter date in YY/MM/DD sequence).

**Field 7: DOB (date of birth).** (Enter date in YY/MM/DD sequence).

**Field 8: DOR (date of rank).** Use DOR to compute TIMIG at 5 points for each full year up to 15 years in grade (75 points maximum). (Enter date in YY/MM/DD sequence).

**Field 9: PEBD (pay entry basic date).** Use PEBD to compute TIS at 3 points per full year up to 25 years of service (75 points maximum). (Enter date in YY/MM/DD sequence).

**Field 10: BESD (basic enlisted service date - enter for SSG and above).** Use BESD to determine cumulative enlisted service (CES) for eligibility for promotion to senior NCO ranks. (Enter date in YY/MM/DD sequence).

**Field 11: ETS (expiration term of service).** (Enter date in YY/MM/DD sequence).

**Field 12: Active status program code** that shows if the soldier is on any form of active duty or Full-Time National Guard Duty (FTNGD).

**Field 13: Technician/Selective Service Code** that shows if the soldier is a Military Technician.

**Section II - Awards (maximum-75 points)**

**Fields 14-23:** Enter each issue of each award, up to a total of 10 entries, in decreasing order, the points for each award, and the total points. This field includes only individual decorations, the POW Medal, and certain badges requiring some form of performance test except for the CIB and CMB. It does not include unit citations of any degree, the Good Conduct or comparable RC equivalent medals, nor Federal or state service or training medals and ribbons, and most badges. The campaign stars in g below are for the KSM, AFEM, VSM and SWASM to recognize service in designated Hostile Fire Pay areas. Determine sequence, point values, and relative value of comparable awards from other services and States. For example, for a soldier with three commendation medals, one from the Army, one Navy and one State, list them in descending order of precedence and award 20 points for each award from the following paragraphs. States may award credit for any or all State awards at equivalent levels as discussed here for other Armed Services' awards. For awards not included here, State MPMO will determine relative precedence, place them in sequence, and award credit to all soldiers in the state with that award. However, this will not include categories or types of awards not listed below (including credit for state awards that are not decorations), such as skill or identification badges, or any other type of service or training awards whether state, federal or foreign. See also section VId at the end of this figure.

*a.* Soldier's Medal and higher awards - 35 points each award.
*b.* Bronze Star Medal and Purple Heart Medal -30 points each award.
*c.* Meritorious Service Medals (DMSM, MSM, State MSM-equivalents - 25 points each award.
*d.* Air Medal Commendation Medals (JSCOM, ARCOM, other services and State commendation-equivalent medals) - 20 points each award.

*e.* Achievement Medals (JAM, AAM, and other Services and State achievement-equivalent medals) - 15 points each award. Do not include award of the Army Reserve Components Achievement Medal (ARCAM).

*f.* POW Medal, CIB, EIB, CMB and EFMB - 10 points each award. Effective with the 1996 board cycle or the first board cycle the state implemented, Good Conduct Medals and RC and state equivalents were deleted from this field for promotion point credit.

*g.* Driver and Mechanic and Tomb Guard ID badges, and campaign stars to service medals - 5 points each award. For the KSM, VSM and SWASM the basic award includes a campaign star; for the AFEM award 5 points for the basic medal and 5 points for each campaign star.

**Section III - Training and Education Data (maximum-375 points)**

**Field 24: Weapon qualification (maximum-75 points)**
Enter the soldier's latest qualification level with individual weapon. Commanders of TDA units, and units with soldiers who must qualify with two or more weapons, may specify which weapon assigned and attached soldiers will use for qualification. For promotion purposes only, effective 1 January 1996, qualification is valid only for two training years. (For this purpose only, a training year is 1 October - 30 September). Use minimum score for Marksman for all re-fires, where the soldier makes an initial attempt at weapons qualification, does not achieve a minimum passing score, and then, after remedial training, re-fires to qualify and is successful on the second attempt.

| Level | Points |
|---|---|
| Marksman | 25 |
| Sharpshooter | 50 |
| Expert | 75 |

**Field 25: Army Physical Fitness Test (APFT) (maximum-75 points)**

*a.* Enter the soldier's latest total score on the most recent APFT current within the last 18 months (8 months for AGR).

*b.* For soldiers with permanent physical profiles for the pushup or sit-up events, grant 60 points for each strength event waived. Use the actual score for each strength event taken. The soldier must qualify on the 2-mile run or alternate aerobic event per FM 21-20 to receive any promotion points. Award soldiers who receive a GO on the alternate aerobic event an administrative score in the aerobic event that is the average of the other events. For example, for a soldier with a profile against pushups, who scores 80 on the sit-ups, and does the 2 1/2-mile walk, enter 60 for the pushups, 80 for the sit-ups, 70 for the aerobic event, and a total of 210, for 23 promotion points. Do not enter any of this administration information on the DA Form 705 under any circumstances per FM 21-20, chapter 14. Record it only on NGB Form 4100-1-R-E.

*c.* For soldiers with temporary physical profiles on DA Form 3349, use the soldier's current APFT score provided it is not more than 18/8 months old (a above). However, for soldiers whose profiles are extended by Army medical officers and signed by the soldier's commander on the DA Form 3349, award promotion points based on their latest APFT beyond these time lines.

*d.* Soldiers who fail to take or pass the latest APFT for other than valid physical profile on a completed DA Form 3349 will not be awarded promotion points in this field.

Table 11-2 APFT

| APFT | | | | | |
|---|---|---|---|---|---|
| SCORE | POINTS | SCORE | POINTS | SCORE | POINTS |
| 0 - 179 | 0 | 220 - 222 | 36 | 262 - 264 | 62 |
| 180 - 183 | 5 | 223 - 225 | 39 | 265 - 267 | 63 |
| 184 - 186 | 6 | 226 - 228 | 42 | 268 - 270 | 64 |
| 187 - 189 | 8 | 229 - 231 | 44 | 271 - 273 | 65 |
| 190 - 192 | 10 | 232 - 234 | 46 | 274 - 276 | 66 |
| 193 - 195 | 12 | 235 - 237 | 48 | 277 - 279 | 67 |
| 196 - 198 | 14 | 238 - 240 | 50 | 280 - 282 | 68 |
| 199 - 201 | 16 | 241 - 243 | 52 | 283 - 285 | 69 |
| 202 - 204 | 18 | 244 - 246 | 54 | 286 - 288 | 70 |
| 205 - 207 | 20 | 247 - 249 | 56 | 289 - 291 | 71 |
| 208 - 210 | 23 | 250 - 252 | 58 | 292 - 294 | 72 |
| 211 - 213 | 27 | 253 - 255 | 59 | 295 - 297 | 73 |
| 214 - 216 | 30 | 256 - 258 | 60 | 298 - 299 | 74 |
| 217 - 219 | 33 | 259 - 261 | 61 | 300 | 75 |

**Field 26: Other resident training (maximum 75 points)**

*a.* Enter 5 points per full week for all other military resident courses, other than the required NCOES courses, or civilian equivalent funded by the Army or ARNG, recorded in DA Form 2-1, item 17. Courses must be successfully completed and be five days, one week or 40 or more hours to be recorded. When a course is listed only with the total academic hours, determine the actual number of days covered. For instance, if a soldier attended the Phase II of an MOS-producing course that contained 132 academic hours, and the DA Form 1059 stated the course was conducted 1-12 May 98, that is a two-week course. Do not divide the total hours by 40 or the total days by 5 to determine course length for promotion points purposes; you must determine the actual days that the course covered to determine promotion points. Do not include in any computation for promotion points purposes the remaining hours or days from basic computations, or one-day, two-day, three-day or four-day courses. These last courses are not authorized for entry on DA Form 2-1, item 17, per AR 600-8-104, table 2-2 and, thus, cannot be used to award promotion points.

*b.* Convert days, and RC courses conducted in IDT mode, into weeks: each day on which training is conducted in IDT mode equals one day. For instance, UTA and MUTA-2 = 1 day; MUTA-3 and MUTA-4 = 2 days; MUTA-5 and MUTA-6 = 3 days; etc. For courses conducted in IDT mode, divide the number of days by 5 for total number of weeks, and count only the full weeks in each course. Do not add the days "left over" from the courses. For example, for a 2-weeks, 4-days course, award 10 promotion points for the two weeks, Do not add the four remaining days to the days from any other course to award promotion points. Also, for promotion points purposes, a course that runs 14 or 17 straight days is a two-week course. One that runs 21 straight days is a three-week course.

*c.* Include MOS reclassification courses after the soldier's first AIT or comparable school in another Armed Service.

*d.* Do not include BT, the first AIT or OSUT, officer basic course, USMA Prep School, any service academy or officer course which earns equivalent credit for NCOES, and the required course for each of the four levels in the NCOES formula.

*e.* When a soldier has completed more than one NCOES course at a level, credit the soldier here with the weeks for the additional NCOES courses at each level. For example, an AGR soldier with a RC-BNCOC and an AC-BNCOC will count the RC course here. Include here other service NCO courses that are not creditable per the policies in paragraphs 11-28 through 11-31 of this regulation. Do not award promotion points for partially completed courses of any type unless that was the soldier's total training requirement at that level. Do not award promotion points for parts of courses from which soldiers are eliminated for any reason other than completion, such as a phase of a course when the soldier failed a required phase of that course.

*f.* When a soldier fails to complete an NCOES course within the prescribed time limits and must start over, do not award credit in any field of this figure for any portion of the incomplete course.

**Field 27. Self-development courses (maximum 75 points)**

*a.* Enter all Army Correspondence Course Program and other service subcourse program credits (including Federal Emergency Management Agency [FEMA] courses through the Emergency Management Institute [EMI]) which are documented in the MPRJ (on DA Form 21, item 17) or through individual course completion notices provided by the soldier, except subcourse hours that an part of AC- or RC-NCOES courses. For example, do not include credit for subcourses in Phase I-B of Army Band RC-BNCOC and RC-ANCOC, or the U.S. Army Sergeants Major Course (USASMC) Nonresident Course.

*b.* Award 1 promotion point for each 5 credit hours (or EMI study hours) completed. Award 5 extra points for each diploma, completion notice, or comparable document that show completion of a subcourse series designed for enlisted soldiers (and those which enlisted soldiers require for their positions), such as an Enlisted Professional Development Course or Basic Level Sustainment Training Technical Course. To be eligible for the extra 5 points, a subcourse series must have at least 5 subcourses or 25 credit hours and be entered in DA Form 2-1, item 17. Absent a diploma, soldiers may prove eligibility for the 5 points through letter or memorandum from the training institution, completion notices of all subcourses listed in a service catalog dated at the time the soldier took the courses showing all the subcourses, similar documents, or Academic Evaluation Report (DA Form 1059) or other service equivalent, including web based systems.

*c.* Do not award extra points for courses designed for officer programs that are closed to enlisted soldiers.

*d.* To determine promotion points when the only available record of subcourse credit hours is the NGB Form 23 from the Retirement Points Accounting System or Model (or comparable records from other Armed Services), multiply the sum of the retirement points for the subcourses by 3 and divide by 5. For example, 18 subcourse retirement points x 3 = 54 divided by 5 equals 10 promotion points. Do not round-up or carry remaining points to other courses, and do not award 5 bonus points for completion of a subcourse series unless the soldier has a document per *b* above.

**Field 28: Post-secondary semester hours (civilian education) (maximum-75 points)**

Enter the total number of creditable post-secondary hours from transcripts accepted by a college or university listed in the Accredited Institutions of Post-secondary Education, which is published annually by the American Council on Education (ACE). See AR 600-8-104, table 5-2, item 17.1.a(4) and NGP 25-10 to determine how to record civilian education.

*a.* Award points as follows:

*(1)* High school diploma, GED or alternate credential is the minimum essential for promotion. Do not award points for this level.

*(2)* For 1 to 60 semester hours, award one point per semester hour at a business or trade school, vocational or technical institute, or college. (The associate degree level, approximately 60 SH, is the Army and ARNG goal for noncommissioned officers.)

*(3)* Award 75 points for a baccalaureate or higher degree. For 61 or more semester hours, but less than a baccalaureate degree, no additional points will be awarded.

*b.* Basis for points:

*(1)* Use transcripts (including student copies), machine-produced grade slips or reports that include the school title or name, the number of hours (such as semester hours) creditable for the hours listed, and final grade. Soldiers who use the evaluation system to gain ACES credit for military education, training and experience may use only one college transcript that includes this credit. Transcripts will not include duplicate credit for any military education, training or experience to compute promotion points under this criterion. For example, the Evaluation Report given with DD Form 295 using the ARNG METEC or METEC-II program may show *"O-3 (L) Note 1: This is a duplicate catalog item. Most schools award credit for only one item."* Do not award promotion points for course recommendations based only on their listing on DD Form 295 or similar documents. These are recommendations for credit based on ACE evaluations, are not official transcripts, must be accepted by an accredited institution, and must be placed on an official transcript with raised seal before they may earn the soldier promotion points. See AR 600-8-104, table 5-2, item 17.1a(4) for entry of post-secondary education in DA Form 2-1, item 17.

*(2)* For business, trade or vocational schools, completion certificates may be used provided the number of course hours are listed.

*(3)* Hour conversions: to award promotion points, one semester hour equals one promotion point.

*(a)* Method 1: One and one-half (1.5) quarter hours equal one semester hour.

*(b)* Method 2: 16 classroom or clock hours equal one semester hour.

*(4)* Examination credits: Award points for any satisfactory examination results obtained under the Defense Activity for Nontraditional Education System (DANTES) sponsored examination program with credit recommendations (College Level Entrance Program [CLEP] general and subject examinations, DANTES Subject Standardized Tests [DSST], American College Test Proficiency Examination Program [ACTPEP], National Institute for Automotive Service Excellence [ASE], etc.) Soldiers who complete all five parts of the CLEP general exam (equivalent to one year of college or 30 semester hours) will be awarded 30 promotion points and considered to have earned the equivalent of 6 semester hours for each of the five parts satisfactorily completed. Soldiers who satisfactorily complete CLEP subject exams, DSSTS, or ACTPEPs will be awarded points based on the number of semester hours recommended by the ACE when put onto a transcript by a college or university listed in the Accredited Institutions of Post-secondary Education. State Education Services Officers and active installation education centers can help determine the number of hours or credits.

*(5)* Business and trade schools: award points for any type of post-secondary school (beyond 12th grade level) accredited by the ACE and listed in Accredited Institutions of Post Secondary Education.

*c.* Foreign schools: award points for credits earned at foreign schools provided their credentials have been evaluated and accepted by one of the following:

*(1)* A state university or recognized university or college listed in Accredited Institutions of Post-secondary Education.

*(2)* International Education Research Foundation, PO Box 66940, Los Angeles, CA 90066.

*(3)* World Education Services, Inc., Old Chelsea Station, PO Box 745, NY, NY 10011.

*(4)* International Consultants, Inc. of Delaware, 107 Barksdale Professional Center, Newark, DE 19711.

*(5)* Education Credentials Evaluation, Inc., PO Box 17499, Milwaukee, WI 53217.

*(6)* Educational Records Evaluation Service, Senator Hotel Office Building, 1121 L Street, Sacramento, CA 95814.

*(7)* Consulting Engineers/Education Specialist, International Transcript Evaluation Division, PO Box 19576, Houston, TX 77224-9576.

*(8)* Center for Educational Documentation, PO Box 325, Boston, MA 02130.

*(9)* Education Evaluators International, Inc., PO Box 5397, Los Alamitos, CA 90721.

*d.* The State MPMO may, at any time, require a soldier to obtain additional information when the validity or legibility of a form or transcript is in question. They also may establish a general rule requiring all soldiers to have an official transcript mailed directly to the State MPMO from the school registrar.

*e.* Do not award promotion points for Basic Skills Education Program (BSEP), Advanced Skills Education Program (ASEP), English as a Second Language (ESL), GT Improvement, or any similar course.

**Section IV - Verification**

The soldier will mark an X in one block in field 29 ("I do[ ] or "I do not [ ]") to verify accuracy of information in sections I through III and to accept or decline consideration for military education and promotion, and sign and date the form. States will include here, or on a supplemental form, the options they devise for their soldiers per paragraphs 11-34a(2) and 11-35c of this regulation. Soldiers who elect consideration for promotion and NCOES training will choose at this time the option or options that will determine their availability for vacancies that occur during the life of the promotion list. When a soldier is not

available to review the form, select or decline consideration, and choose options due to temporary duty or absence, whether military or civilian related, the commander (or delegate) may contact the soldier by telephone, facsimile transmission, or mail (including email), review the form, obtain the soldier's choice of consideration and option(s), and sign, date, and annotate the form on the soldier's behalf.

**Section V - Appraisal**

The Recorder (designated personnel technician, specialist, sergeant or officer) will enter scores from each evaluator's NGB Form 4101-1-R and attach the evaluations to the form. This may be done electronically or manually. Regardless of how it is done, each board member will have 400 points available for each soldier evaluated. Add the scores of all the voting board members' evaluations for each soldier. Divide this sum by the number of voting board or panel members to determine each soldier's board promotion points (0-400). Enter this in the soldier's NGB Form 4100-1-R-E, *field 30-34*. This scoring system will not be altered as is stated in paragraph 11-40a of this regulation.

**Section VI - Total Score and Verification**

*a.* The Recorder will verify field totals, ensure that documents that support changes to preprinted information are attached to the form, if allowed by the state, and sign and date the form.

*b.* The individual designated to verify the form will ensure that it is correct, complete, and will sign and date the form.

*c.* The average leader evaluation score and the total score will be computed at the State MPMO or, for Title 10 AGR soldiers, by NGB-ARZ-T. This may be done electronically and integrated to the NGB Form 4100-1-R-E.

*d.* The State MPMO (or NGB-ARZ-T for Title 10 AGR soldiers) will verify that all promotion points are computed per the instructions in this chapter and the policy document that announced the board. The only option allowed per this figure is to devise points for state decorations that are within the limits for the types of awards and individual award limits as well as the 75 points total for *fields 14-23*. There are no other options, and any other computations will void the board action.

## ENLISTED PROMOTION POINT WORKSHEET

(For use of this form, see NGR 600-200. The proponent agency is NGB-ARH-E)

### Section I – PERSONNEL SYSTEM DATA

1) Name: . . . . . . . . . . . . . . . . . . . . 2) SSN: . . . . . . . . . . . . . . . . 3) Rank: . . . . . . . . . . .

4) Unit name: . . . . . . . . . . . . . . . . . 5) PMOSD: . . . . . . . . . . . . . 6) PULHES: . . . . . . . . .

7) DOB: . . . . . . . . 8) DOR: . . . . . . . . [ ] 9) PEBD: . . . . . [ ] 10) BESD: . . . . . . . . .

11) ETS: . . . . . . . . 12) Active status program: . . . . . . . 13) Tech/Selective Service code: . . . . . .

### Section II – AWARDS

14) Award . . . . . . . . . . . . [ ]
16) Award . . . . . . . . . . . . [ ]
18) Award . . . . . . . . . . . . [ ]
20) Award . . . . . . . . . . . . [ ]
22) Award . . . . . . . . . . . . [ ]
15) Award . . . . . . . . . . . [ ]
17) Award . . . . . . . . . . . [ ]
19) Award . . . . . . . . . . . [ ]
21) Award . . . . . . . . . . . [ ]
23) Award . . . . . . . . . . . [ ]

### Section III – TRAINING AND EDUCATION DATA

24) Weapons qualification . . . . . . . . . [ ]
26) Other resident training weeks . . . [ ]
28) Post-secondary semester hours . . [ ]
25) APFT score . . . . . . . . . . . . . . . . [ ]
27) Self-development course hours . . [ ]

### Section IV – VERIFICATION

a. I have verified this information. 29) I do [ ] I do not [ ] want to be considered for military education and promotion.
b. (For state use to insert advance declination of positions.)

____________________________
Soldier's signature and date

### Section V - APPRAISAL

30) Board Member . . . . . . . . . . . . . . . [ ]
32) Board Member . . . . . . . . . . . . . . . [ ]
34) Board Member . . . . . . . . . . . . . . . [ ]
31) Board Member . . . . . . . . . . . . . . . . [ ]
33) Board Member. . . . . . . . . . . . . . . . [ ]

### Section VI - TOTAL SCORE AND VERIFICATION

| | | | | |
|---|---|---|---|---|
| a. | Field 8: | Time in grade . . . . . . . . . . . . . . . . . . . . . | [ ] | 75 points maximum |
| b. | Field 9: | Time in service . . . . . . . . . . . . . . . . . . . | [ ] | 75 points maximum |
| c. | Fields 14-23: | Awards . . . . . . . . . . . . . . . . . . . . . . . . | [ ] | 75 points maximum |
| d. | Field 24: | Weapons qualification . . . . . . . . . . . . . . . | [ ] | 75 points maximum |
| e. | Field 25: | APFT . . . . . . . . . . . . . . . . . . . . . . . . . . | [ ] | 75 points maximum |
| f. | Field 26: | Other resident courses . . . . . . . . . . . . | [ ] | 75 points maximum |
| g. | Field 27: | Self-development courses . . . . . . . . . . | [ ] | 75 points maximum |
| h. | Field 28: | Post-secondary courses . . . . . . . . . . . | [ ] | 75 points maximum |
| i. | Fields 30-34: | Promotion Board Score . . . . . . . . . . . . . . . | [ ] | 400 points maximum |
| | | **Total score** . . . . . . . . . . . . . . . . . . . | [ ] | 1000 points maximum |

____________________________
Recorder: signature and date

____________________________
Verifier: signature and date

# ENLISTED PROMOTION APPRAISAL WORKSHEET

(For use of this form, See NGR 600-200. The proponent agency is NGB-ARH-E)

## SOLDIER IDENTIFICATION

Name____________________ SSN__________ Rank__________

PMOSD__________ Unit ____________________

## APPRAISALS

| Areas of Consideration | PERFORMANCE POINTS Allowed | PERFORMANCE POINTS Awarded | POTENTIAL POINTS Allowed | POTENTIAL POINTS Awarded |
|---|---|---|---|---|
| Military appearance and Bearing | 0 - 15 | ______ | NONE | NA |
| Responsibility and Accountability | 0 - 25 | ______ | 0 - 30 | ______ |
| Leadership | 0 - 35 | ______ | 0 - 70 | ______ |
| Communication skills | 0 - 20 | ______ | 0 - 30 | ______ |
| Professional attributes | 0 - 20 | ______ | 0 - 30 | ______ |
| Initiative | 0 - 25 | ______ | 0 - 30 | ______ |
| Technical and tactical proficiency | 0 - 35 | ______ | 0 - 35 | ______ |
| **Totals** | 175 | ______ | 225 | ______ |

____________________ ____________________

Rank and name Signature and date

**NGB Form 4101-1-R/1 Jan 02** **Previous editions of this form are obsolete.**

12



# CHAPTER 1
# Introduction

## Section I
## General

### 1-1. Purpose

*a.* This regulation establishes standards, policies, and procedures for the management of Army National Guard of the United States (ARNGUS) enlisted soldiers in the functional areas of:

*(1)* Accession and retention.

*(2)* Civilian acquired skills.

*(3)* Initial active duty for training and voluntary active duty.

*(4)* Mental Testing, RC Overstrength, Classification and Reclassification, Personnel Utilization and Controls, Assignments, Transfers and Attachments.

*(5)* Promotion, appointment, and reduction.

*(6)* Extensions, bars to reenlistment, immediate reenlistment and extension.

*(7)* Discharge.

*(8)* Command Sergeant Major Program.

*(9)* Qualitative Retention.

*b.* Local supplementation of this regulation is not authorized unless approved by Chief, NGB. State memorandums, pamphlets, SOPS, guides, regulations, etc., may not alter the policies established by this regulation. State supplementation documents will be submitted and approved by NGB-ARP-PE prior to publication.

*c.* Internal Control Systems. This regulation is subject in part to the requirements of AR 11-2. A checklist for conducting internal control reviews on enlisted promotions is included as an appendix. Other checklists are being developed for publication at a later date.

### 1-2. References

Required and related publications are listed in appendix A

### 1-3. Abbreviations and terms

Abbreviations and special terms used in this regulation are defined in the glossary.

### 1-4. Statutory Authority

*a.* Title 10 and 32, United States Code (USC) provides statutory guidance for administering the National Guard of the United States. ARNG soldiers who meet the requirements specified in an appropriate Federal document (act, law, statute, code, order, proclamation, decision, register, opinion), and the standards specified by the Secretary of the Army, will be Federally recognized as Reserves of the Army with assignment to the ARNGUS. Soldiers paid with appropriated Federal funds must meet and follow the requirements, standards, policies, procedures, and actions specified in this regulation.

*b.* Article I of the Constitution of the United States reserves to the States the right and responsibility to raise the militia; the organized militia being the Army and Air National Guard. In this regard, appropriate State laws or codes and regulations may be implemented by each State Adjutant General (AG) to ensure that the National Guard is ready to satisfy its State and Federal missions. States may impose stricter standards and requirements than provided in this regulation, as they affect Reserve of the Army status, provided they are applied uniformly; however, they will not be made less restrictive.

*c.* The authority to deny actions to individuals for which they are qualified by this regulation is reserved to the Secretary of the Army (SA) or delegate (for Reserve of the Army status) and the State AG or delegate (for National Guard (State) status) as stated in the appropriate areas of this regulation.

*d.* The provisions of this regulation apply to ARNGUS individuals and/or units when ordered to active duty under Title 10, United States Code, section 12304 (PSRC) subject to exceptions approved by the proponent and exception authority.

**1-5. Equal Opportunity**
Management actions will be developed to enhance ARNG/ARNGUS readiness for State and Federal missions. All actions will be consistent with the Army's policy on equal opportunity as set forth in AR 600-20, paragraph 6-3.

**Section II**
**Responsibilities**

**1-6. Responsibilities**

*a.* Chief, National Guard Bureau (CNGB). The CNGB has Army General Staff responsibility for ARNG/ARNGUS personnel procurement, management, and sustainment.

*b.* Director, Army National Guard (DARNG). The DARNG exercises Army General Staff supervision over the development and execution of plans, policies, and procedures for all matters that affect ARNG/ARNGUS enlisted personnel procurement, management, and sustainment.

*c.* State Adjutants General. The State AGs will:

*(1)* Develop and implement programs to procure, manage, and sustain the enlisted force that will meet Federal and State objectives and the provisions of this regulation.

*(2)* Provide continuing guidance to subordinate commanders to ensure that all required programs and actions are implemented, supported, and properly conducted within the purview of this regulation.

*d.* Commanders. Commanders at all levels will:

*(1)* Implement and be actively involved with ARNG recruiting and retention programs. Technical guidance and support will be continuously provided to subordinate personnel.

*(2)* Manage the utilization of soldiers in accordance with their military specialties and personal qualities.

*(3)* Foster an environment in which soldiers may attain their full potential while helping to achieve readiness goals and objectives.

*(4)* Ensure the benefits contained in this regulation are provided to soldiers meeting the established criteria outlined herein.

*e.* Officers and noncommissioned officers at every level will:

*(1)* Train, guide, counsel, and advise their soldiers, assisting in their military professional development while simultaneously ensuring that the organization is attaining its readiness goals and objectives.

*(2)* Advise the chain of command and staff section members on all personnel management actions affecting their soldiers.

*(3)* Recommend personnel actions for, and participate in, (to the extent required or authorized by law and Army policy), the decision making processes that affect their soldiers.

*(4)* Be actively involved in and support the recruiting and retention programs of the ARNG.