## Chapter 11
## Transitional Promotion and Reduction Policy

**Transition guidance.** Implement the policies and procedures in this chapter one or more grades at a time from CSM through SGT on the schedule set by each state with full implementation in 1996. Publication of each promotion list sets the implementation date for all soldiers in the state in that grade. States may use chapter 6 until the day before implementation to select soldiers for promotion into actual vacancies. At the same time, prepare soldiers for consideration using this chapter to allow continuous fill of vacancies. The date of the SGT promotion list also marks the date of transition for all lower grades in the state, and implementation of the remaining provisions of this chapter, completely replacing chapter 6 for use in that state. Authority to use chapter 6 will expire with its rescission on 31 December 1996. Selections, assignments and promotions made using policies and procedures from the test program development phase through the implementation date of this chapter in a state are valid. This includes guidance in state memoranda of instructions for boards being processed, provided that all soldiers in the state in that grade are treated the same.

### Section I
### General

**11-1. Purpose**

*a.* This chapter prescribes policy and procedures for advancement, promotion, lateral appointment, reduction and restoration for all Army National Guard of the United States (ARNGUS) enlisted soldiers. A soldier who is advanced, promoted, laterally appointed, or reduced in the ARNGUS is concurrently advanced, promoted, laterally appointed, or reduced in the Reserve of the Army.

*b.* This system is designed to help fill authorized enlisted vacancies with the best-qualified enlisted soldiers who have demonstrated the potential to serve at the next higher grade. It provides for career progression and grade in line with each soldier's potential.

*c.* For the noncommissioned officer grades, it prescribes the Noncommissioned Officer Education System (NCOES) requirements for promotion and that soldiers on a promotion list will attend the course required for promotion to that grade.

*d.* Use this chapter in concert with NGR 600-5 and NGR 600-10 for AGR soldiers, and with regulations that govern Military Technicians.

*e.* Use this chapter to administer advancements, promotions, lateral appointments and reductions for soldiers called or ordered to active Federal service for less than one year as described in instructions issued for the call or order.

*f.* This chapter grants formal promotion selection boards the authority to recommend unproductive soldiers for removal from active status.

**11-2. Convening and promotion authorities**

*a.* Chief, National Guard Bureau (CNGB) is convening and promotion authority for AGR Title 10 enlisted tour soldiers attached to NGB and active duty installations per NGR 600-10. The Deputy Director, ARNG (DDARNG) is delegated the authority to administer this program for the NGB AGR Title 10 Tour Management Program.

*b.* State AGs are convening and promotion authorities for all promotion boards to SGT through SGM. They may delegate their authority to their Assistant State AG (Army) or Deputy STARC commander. They also may delegate promotion authority to subordinate commanders as follows:

*(1)* Commanders in command positions authorized grade of MG for promotion to SGM.
*(2)* Commanders in command positions authorized grade of COL or higher for promotion to SFC and MSG.
*(3)* Commanders in command positions authorized grade of LTC or higher for promotion to SGT and SSG.
*(4)* AR other commanders for advancement to PV2 through SPC.

*c.* All convening and promotion authorities may delegate the conduct, management and signature authority for this program to their Director of Personnel, Military Personnel Management Officer (MPMO) or comparable officer.

*d.* Commanders of active Army units to which soldiers are attached for training may advance and promote ARNGUS soldiers per AR 600-8-19.

**11-3. Promotable and non-promotable status**

Soldiers may be advanced or promoted only while in a promotable status. Soldiers under suspension of favorable personnel actions may be considered for promotion as discussed in paragraph 11-27a. If a soldier is accidentally or intentionally promoted when not in a promotable status, the promotion lacks an original basis of authority and, therefore, is voided. Revoke orders effective on the day the error is detected. The rules in paragraph 11-11 below may apply. A soldier is in a non-promotable status and will not be promoted, advanced, appointed to a higher grade, or laterally appointed to CPL, 1SG or CSM when:

*a.* The subject of proceedings that may result in administrative elimination.

*b.* A written recommendation has been sent to the promotion authority to reclassify the soldier for inefficiency or disciplinary reasons.

*c.* The soldier does not have the security clearance or favorable security investigation for promotion to the grade and MOS.

*d.* Ineligible for immediate reenlistment or extension of enlistment per chapter 7.

*e.* A Bar to Reenlistment or Extension of Enlistment has been approved or initiated per chapter 7.

*f.* Ineligible to reenlist or extend to meet the remaining service obligation for advancement or promotion in paragraph 11-10.

*g.* A written recommendation has been submitted to remove the soldier from a promotion list.

*h.* A State Medical Duty Review Board (MDRB) per NGR 40-501 or a Physical Evaluation Board (PEB) determines that a soldier is no longer qualified for service.

*i.* Declared an unsatisfactory participant per AR 135-91:

*(1)* Paragraph 4-9, for 9 or more unexcused absences from scheduled training assemblies.

*(2)* Paragraph 4-13, for unexcused absence from annual training or AWOL during other period of active duty (AD) or full-time National Guard (FTNGD) duty of less than 30 days. NOTE: If retained in service, promotable status is regained, provided otherwise eligible, when the soldier has fewer than 9 unexcused absences per paragraph 411, punishment is completed and suspension of favorable personnel action is removed.

*j.* Absent without leave (AWOL) per AR 6008-10 until punishment is completed and suspension of favorable personnel action is removed or the soldier is separated from service.

*k.* Selected for elimination by Enlisted Qualitative Retention Board (EQRB) per AR 135205, chapter 4 or NGR 600-200, chapter 10.

*l.* The soldier is a Military Technician selected for mandatory removal for maximum age or by EQRB, but allowed by law to remain to qualify for civil service retirement.

*m.* Failure to qualify or apply for, be entered into, or to successfully complete required NCOES training due to Wore to meet standards for entrance, failure of standards to complete, or through voluntary withdrawal. This does not apply for hardship, emergency or cases in which the soldier is ill or injured.

*n.* Under a suspension of favorable personnel actions (SFPA) (flagged) per AR 600-8-2 or have a circumstance that requires an SFPA whether or not it is actually initiated and completed, such as failure of APFT, body composition standard, completion of processing and punishment under Article 15, UCMJ (except for summarized proceedings imposed according to AR 27-10, paragraph 3-16) or comparable state law, etc. See also figure 11-2.

*o.* Assigned to the Inactive National Guard (ING).

**11-4. Delay of promotion due to suspension of favorable personnel actions**

When a soldier's promotion or advancement was delayed because of suspension of favorable personnel actions per AR 600-8-2, and the final DA Form 268 has been prepared, use the following rules to determine the soldier's promotion status. When the final report is closed --

*a.* "Favorable", when the soldier would have been promoted while the suspension was in effect, and the soldier has been assigned, promote the soldier. Establish effective date and DOR as if no delay in promotion had occurred. The earlier effective date must be approved before the promotion and under the procedures in paragraph 11-6c.

*b.* "Unfavorable", and the soldier would have been promoted while the suspension was in effect, provided otherwise eligible, promote the soldier with effective date and DOR of the date of removal of SFPA unless action has been initiated to remove the soldier from the promotion list before the closing date of the DA Form 268.

*c.* "Other" (applies to the Army Weight Control Program and the APFT, and the soldier would have been promoted while the suspension was in effect, provided otherwise eligible, promote the soldier with an effective date and DOR of the date of removal of the suspension of favorable personnel action or date of assignment and qualification, whichever is later.

**11-5. Precedence of rank**

Among enlisted soldiers of the same grade in active status (paid drill status, AD, or FINGD, precedence of rank will be determined:

*a.* According to DOR --

*b.* By length of total active status regardless of component, when dates of rank are the same.

*c.* By date of birth when a and b are the same, older is more senior.

**11-6. Date of rank (DOR) and effective date**

*a.* The DOR is the date specified in the advancement, promotion or reduction instrument.

*b.* The DOR and effective date are normally the same. The effective date of an order or DA Form 4187 cannot be earlier than the first day the soldier becomes fully qualified. The effective date is always the same as the date of the order or the authentication officer's signature respectively unless:

*(1)* A future date is specified for a valid reason.

*(2)* It confirms verbal orders previously issued under rare and unusual circumstances.

*c.* An earlier effective date normally must be approved by a higher promotion authority unless the State AG has retained promotion authority. However, DOR may be earlier than the effective date because of flagging action per AR 600-8-2, after completion of training per paragraph 11-45c, restoration of grade, or when earlier effective date is approved.

*d.* See NGR 614-1 for DOR on transfers from the ING.

*e.* DOR remains unchanged upon lateral appointment but will be specified in the orders.

*f.* Soldiers promoted to formerly held enlisted grades, after having been reduced one or more grades under paragraph 11-57, 11-58b or 11-58c, receive an adjusted DOR that gives credit for time previously served in the grade, or a higher grade, to which promoted.

*g.* Soldiers reduced involuntarily for lack of grade vacancy when leadership or compatibility waivers expire will receive an adjusted DOR when promoted to their formerly held pay grades.

*h.* Soldiers reduced for inefficiency per paragraph 11-60 do not receive adjusted DOR if later promoted to higher grades.

*i.* Soldiers reduced voluntarily per paragraph 11-55 will not receive an adjusted DOR when promoted again to their formerly held grades.

*j.* DOR for soldiers reduced -

*(1)* For inefficiency, at their own request, for failure to complete a course, to accept a commission or warrant appointment for which they were promoted to a higher grade, and involuntarily reduced for loss of a position vacancy, is the same as that held in the grade to which reduced. If reduction is to a grade higher than held before appointment to a special grade, DOR is the date the soldier would have been eligible for promotion to that grade under this regulation.

*(2)* For action per Article 15, UCMJ, or comparable State code, will be established according to AR 27-10, chapter 3.

*(3)* For any reason other than in (1) and (2) above will be the same as the date of the order announcing the reduction.

*(4)* Upon promotion to formerly held grades will be the new date of promotion unless an adjusted DOR is specifically authorized in this chapter.

*k.* DOR for soldiers restored to higher grade is the DOR before reduction for --

*(1)* Successful appeal of reduction.

*(2)* Successful appeal, setting aside, mitigation, or suspension of punishment under UCMJ or State code.

*(3)* Entry on IADT.

*(4)* Entry on ADT, or any combination of IDT and ADT, for qualification training.

*l.* Adjust DOR for soldiers voluntarily reduced to enter active duty in contingency operations:

*(1)* To include all service in the grade to which reduced and any higher enlisted grade.

*(2)* Who were not promoted to their previously held grade while on active duty, as of the day after release from active duty plus all previous time served in the same or a higher enlisted pay grade.

*m.* For former officers who enlist or reenlist in a grade determined per chapter 2 of this regulation, adjust the DOR that they had in prior enlisted service in the same or a higher enlisted grade to exclude all officer service and periods during which they did not have military status. For those awarded a higher grade than they held during prior enlisted service, DOR is the date of enlistment or reenlistment

*n.* Use the following procedures to establish effective dates and to correct erroneous effective dates of previously completed promotion actions. Promotion actions that were denied or not favorably considered are excluded.

*(1)* The effective date of promotion is normally the same date as the approving authority's signature on the DA Form 4187 or the date of the orders.

*(2)* An effective date cannot be established earlier than the date a soldier becomes fully qualified for advancement or best qualified for promotion. For promotions to SGT through SGM an effective date cannot be earlier than the date the selection board proceedings were approved by the convening authority.

*(3)* When the promotion authority's investigation determines that, had certain facts been known or if a promotion action had been processed correctly, the soldier would have been promoted on an earlier date, and the oversight was not due to the fault of the soldier, then the procedures in paragraph 11-7 below apply.

*o.* For soldiers selected and assigned, but who have not yet completed required NCOES training, promote them with effective date and DOR as of the day after graduation. See also paragraph 11-45c.

**11-7. Establishing retroactive effective dates**

These procedures have been developed for cases that previously were submitted to the Army Board for Correction of Military Records (ABCMR). These policies and procedures apply generally to cases for soldiers in service, and specifically to cases of soldiers with situations that occur while governed by Title 32, U.S. Code. The ABCMR has directed that these issues be handled by States with the guidance of the National Guard Bureau. Use the following policies and procedures to establish retroactive effective dates. These procedures apply to all current, former and pending cases since the effective date of 1 Oct 90 when implemented through NGB policy memorandum.

*a.* Promotion authority for the affected soldier submits DA Form 4187 through channels to the next higher promotion authority, requesting that the soldier be advanced or promoted with a retroactive effective date, or if already promoted, that the current effective date be corrected. Since retroactive promotions affect receipt of back pay and allowances, a detailed explanation of the specific reasons for the delay or correction must be shown in the request. Documentation supporting the basis for the request should be enclosed with DA Form 4187.

*b.* The next higher promotion authority approves or disapproves the request by first endorsement citing this paragraph as the regulatory authority, and indicates the approved retroactive effective date. Return a copy of the DA Form 4187 with first endorsement through promotion authority channels to the unit commander, and file a copy in the soldier's MPRJ.

*c.* The promotion authority publishes or amends the promotion instrument showing the DOR and approved retroactive effective date. The new orders or amendment must state that the earlier or corrected effective date of promotion has been approved by the next higher promotion authority per paragraph 11-2b.

*d.* The promotion authority forwards the DA Form 4187 or orders with the supporting documentation to the SIDPERS Interface Branch (SIB). The SIB completes a Grade Change (GRCH) transaction that indicates the retroactive effective date of grade. In cases where the soldier has already been promoted and the effective date, DOR, or both, are being corrected, the SIB completes a Grade Abbreviation and Code (GRCD) transaction to correct the effective date, and a DOR transaction to correct the DOR--

*e.* The SIB forwards the completed action to the Military Pay Branch, USPFO to process back pay and allowances.

*f.* To complete the following procedures, the promotion authority must, except for promotions after completing NCOES courses or obtaining an AGR controlled grade (E8 or E9) allocation, obtain approval from the next higher promotion authority which may include CNGB (NGB-ARP-PE), for example, when establishing a retroactive effective date for promotion to SGM. The approval authority establishes the official retroactive effective date to be used for promotion, for correcting military records, and for computation of back pay and allowances.

*g.* CNGB (NGB-ARP-PE) is the approving authority for cases for which the State AG is the promotion authority and which are not otherwise provided for in this paragraph.

*h.* Forward questionable cases, with supporting documents and recommendations, through channels to CNGB (NGB-ARP-PE) for evaluation and determination of entitlement

*i.* CNGB (NGB-ARP-PE) is the approval authority for all actions for Title 10 soldiers.

**11-8. Computing time in grade (TIMIG), time in service (TIS) and cumulative enlisted service (CES)**

*a.* Compute TIMIG from the soldier's DOR in the current grade.

*b.* Compute TIS from the soldier's pay entry basic date (PEBD). Include all service for pay computed under DOD Military Pay and Allowances Entitlements Manual (DODPM), part 1, chapter 1. Compute TIS for personnel who entered ARNGUS under the Civilian Acquired Skills Program (CASP) or who were promoted under the Stripes for Buddies Program from Basic Enlisted Service Date (BESD). Use AR 600-8-104, table 5-2, item 20, to establish BESD. See section III of this chapter for rules on nonprior service enlistees to compute TIS from date of original entry on active duty.

*c.* To qualify for promotions to SFC, MSG and SGM soldiers require specific amounts of cumulative enlisted service (CES) computed from BESD which excludes time served as warrant and commissioned officer. If all service has been in enlisted status without a break in service (to the ING or complete discharge from military status), the BESD is the same as PEBD.

**11-9. Security clearance requirements**

The following security requirements are prerequisite for advancement and promotion:

*a.* Promotion to MSG and SGM requires at least a favorable National Agency Check (NAC) unless the promotion MOS requires a final security clearance of Secret or higher per AR 611-201.

*b.* Promotion to SFC requires the clearance for the promotion MOS when required in AR 611-201.

*c.* Advancement to SPC and promotion through SSG requires the clearance required by AR 611-201 for the promotion MOS or an interim clearance at the same level.

**11-10. Service remaining obligation**

*a.* The following service remaining obligations from date of promotion are required for promotion to SGT through SGM:

*(1)* To SGT and SSG, 1 year.

*(2)* To SFC through SGM, 2 years.

*b.* Service will be obligated from the effective date of promotion and soldiers must extend or reenlist in order to accept the promotion. However, soldiers are exempt from this requirement if they are:

*(1)* Eligible through prior service for a higher pay grade at time of retirement.

*(2)* Able to serve at least 6 months in the grade but will be involuntarily separated due to reaching their maximum years of service by grade or maximum age.

*c.* Individuals who accept promotions will fulfill the service remaining requirement before transfer to the Retired Reserve, voluntary retirement for active duty length of service, or ETS. If they do not they will be separated in the next lower grade unless granted an exception to policy by CNGB (NGB-ARP-PE) for the good of the service. NOTE: When a soldier incurs more than one obligation, such as one for training and one for promotion, set the date as the one farthest in the future; do not add them.

*d.* Soldiers who are otherwise eligible for promotion, but if they extend or immediately reenlist would lose their SRIP entitlements such as a Retention Bonus, may defer extension or reenlistment and accept a conditional promotion per paragraph 11-14e until they are in the three months before their currently scheduled ETSs as required by AR 135-18. Soldiers in this category who fail to extend or reenlist as a condition of the promotion will be reduced upon such failure without board action or appeal per paragraph 11-58d.

**11-11. Erroneous promotion and defacto status**

A promotion is erroneous when the soldier was not legally or administratively eligible for the promotion. When the soldier was not in a promotable status on the effective date of the orders or DA Form 4187, the unit commander or the promotion authority will immediately revoke the order or DA Form 4187. This does not apply to conditional promotions where the soldier is reduced for failure to complete training (paragraph 11-56e).

*a.* When an erroneous advancement or promotion is detected, service in the higher grade may have been in de facto status when the soldier was not at fault, but the promotion was erroneously accomplished. Even though the promotion order is revoked, the promotion authority or higher commander, after legal review by the servicing SJA, may determine de facto status exists when:

*(1)* The soldier accepted the promotion or advancement in good faith.

*(2)* A promotion order or DA Form 4187 was issued.

*(3)* The soldier received pay at the higher grade.

*(4)* There was no absolute statutory bar to receipt of military pay.

*(5)* The soldier actually discharged the functions of the higher grade.

*b.* If the soldier attained promotion eligibility prior to determination that the promotion was invalid, and is in promotable status, advancement or promotion to current rank may be made, and DOR administratively adjusted to the date the soldier first became eligible for promotion. Effective date will not be earlier than the date of the orders or DA Form 4187 unless an earlier date is approved per paragraph 11-6c.

*c.* The final determination of whether the soldier served in a de facto status for the purposes of retaining pay and allowances received must be made by the USP&FO, on receipt of the reduction order.

*d.* De facto status will be documented by memorandum filed permanently in the soldiers OMPF with a copy processed to the State MPMO to support pay entitlements.

**11-12. Acting noncommissioned officers**

ARNGUS does not appoint acting noncommissioned officers.

**11-13. Frocking**

ARNGUS soldiers on promotion lists who are assigned to SFC Detachment Sergeant positions, 1SG or SGM positions before they can be promoted (generally due to lack of controlled grade allocations for AGR soldiers) may be frocked. State AGs may authorize frocking by informal memorandum when the soldier is assigned to the position and CNGB (NGB-ARP-F) has denied allocation of a controlled grade for that soldier. Frocking will not be approved to provide an interim fill for these positions. Do not issue orders or new identification cards, nor change official records to show a frocked rank. Do not issue DA Form 4872 until the soldier is actually promoted to MSG, 1SG or SGM. Frocking to CSM is authorized only after selection by the ARNGUS CSM board per paragraph 9-15a: contact CNGB (NGB-ARP-PE) for issue of DA Form 4873 (Certificate of Appointment to Command Sergeant Major) for presentation at an appropriate ceremony on the effective date of frocking. NCOs will remove their frocked insignia of grade upon reassignment from these positions when they are not yet promoted. Frocking does not entitle the soldier to time in grade, pay in the grade to which frocked, or credit for the grade on the retired list until actually promoted to the grade.

**11-14. Promotion instruments**

*a.* Normal advancements to PV2, PFC and SPC with effective date the first day of eligibility, except for soldiers flagged or barred from reenlistment, will be executed automatically by automated advancement eligibility reports. Reports will list all soldiers eligible for advancement to PV2, PFC and SPC. When possible, soldiers should be listed on the report 30 days prior to their dates of advancement eligibility. Do not use DA Form 4187 for automatic advancements unless required to document the action for soldiers advanced while awaiting IET (special advancements and Split Training Option - Phase II.) The commander must annotate on automated advancement reports by each name whether "yes" to advance or "no" to deny advancement. The commander will verify the effective date of advancement and sign the report. The MPMO may advance soldiers based on this report. Soldiers not advanced based on this report will be monitored until advanced. See paragraph 11-23f for actions on soldiers not recommended for advancement.

*b.* DA Form 4187 may be prepared up to 30 days before date the soldier is eligible for advancement to ensure prompt processing of pay and allowances.

*c.* Promotions to SGT through SGM are announced only on orders. For conditional promotions, see paragraph 11-28c and 11-14e(l) and (2) below for additional required remarks.

*d.* Orders and DA Forms 4187 will cite the appropriate paragraph of this regulation for advancement and promotion. If a retroactive effective date is approved by a higher promotion authority, cite paragraph 11-7 also.

*e.* Additional Instructions: Include in promotion orders and DA Forms 4187 one or more the following statements as additional instructions as required:

*(1)* "Promotion is not valid and is not effective if the soldier is not in a promotable status on the effective date of promotion."

*(2)* "An earlier effective date has been approved per NGR 600-200, paragraph 11-6c", if an earlier effective date is approved under paragraph 11-6c.

*(3)* Include in orders one of the following remarks for conditional promotions: For conditional promotion to SGM enter "The soldier must complete the U.S. Army Sergeants Major Course as a condition of this promotion. Failure to meet the condition will cause reduction per NGR 600-200, paragraph 11-56e." For all other conditional promotions, enter "The soldier must complete the NCOES course prescribed for the grade to which promoted as a

condition of this promotion. Failure to meet the condition will cause reduction per NGR 600-200, paragraph 11-56e."

**11-15. Promotion ceremonies and certificates**

*a.* Promotion ceremonies should be held on the effective date of promotion. Early promotion ceremonies may be held when the effective date of the promotion is on:

*(1)* A weekend or holiday.

*(2)* The last duty day or training assembly prior to the soldier's transfer to a new unit in conjunction with promotion.

*b.* The promotion order is the official instrument for promotion. It also is the source for grade, effective date, and DOR for all record and pay purposes. The promotion certificate, DA Form 4872 or 4874, is not the official instrument of promotion, DA Form 4873 (Certificate of Appointment) for CSM is discussed in paragraph 9-14 of this regulation.

*c.* Promotion certificates will not be retroactively issued for promotions before 1 November 1980. Promotion authorities may issue DA Forms 4872 and 4874 to soldiers only for their current grades.

*d.* Promotion authorities may sign promotion certificates or higher level authorities may reserve signature authority.

*e.* Soldiers reduced one or more grades will receive a promotion certificate when again promoted to a higher grade.

*f.* Commanders will make every effort to promote soldiers in formal ceremonies (in an office or a military formation) and should involve family members when practicable.

*g.* Ceremonies may be hosted by noncommissioned officers for promotions to a grade junior to themselves when authorized by the State AG or commander. Soldiers may choose who will help pin on their new grade during promotion ceremonies.

*h.* The following phraseology is recommended for promotion ceremonies: "Attention to Orders: Headquarters (use designation of state or unit issuing orders), dated (use effective date of promotion). The Adjutant General of (state) has reposed special trust and confidence in the patriotism, valor, fidelity and professional excellence of (name). In view of these qualities and demonstrated leadership potential and dedicated service to the Army National Guard, (name) is promoted to (grade) with date of rank of (day, month, year). By order of The Adjutant General: (the local promotion authority is announced as the authenticating officer).'

**11-16. Lateral appointments**

The State AG will specify which if any commanders listed in paragraph 11-2b are authorized to laterally appoint soldiers.

*a.* Authorized commanders will laterally appoint SPC to or from CPL, MSG to or from 1SG and SGM to or from CSM on DA Form 4187 or orders using the information in NGR 310-10, format 304.

*b.* Appoint SPC to CPL when:

*(1)* Soldier is assigned to and works in, for at least two months, a SGT position authorized the soldier's PMOS or CPMOS.

*(2)* A SPC who is a PLDC graduate occupies a SGT or higher position, but cannot otherwise be promoted.

*c.* Soldiers will normally retain the grade of CPL. However, a unit commander may laterally appoint CPL to SPC without the individual's consent for:

*(1)* Demonstrated inefficiency in technical, supervisory or other requirements of the MOS.

*(2)* Significant loss of qualifications, including medical inability to perform the duties of CPL in that MOS as required in AR 611-201.

*(3)* Disciplinary action under UCMJ or state code that adversely affects the soldier's ability to perform the duties of a CPL.

*d.* Appoint MSG to 1SG concurrent with assignment or attachment to a 1SG position authorized in MTOE/TDA.

*e.* Appoint SGM to CSM when authorized by chapter 9 of this regulation and appointment authority is not restricted by the state.

*f.* Appoint 1SG to MSG and CSM to SGM when:

*(1)* Detailed or attached to duties that do not require SQI M or a CSM on other than a very short interim basis.

*(2)* Assigned or attached to positions not authorized a 1SG or CSM including assignment to the resident U.S. Army Sergeants Major Course. Laterally appoint them to 1SG or CSM when reassigned to 1SG or CSM positions upon graduation from the course.

*g.* Certain NCOs who apply for transfer to the Retired Reserve (AR 140-10, chapter 6) before age 60, may be laterally appointed to their formerly held grades concurrent with the assignment. Former 1SG who are currently MSG will be reappointed and assigned to the Retired Reserve as 1SG provided they were not relieved for cause or the promotion was not revoked due to failure to meet a requirement of this chapter as a condition of a promotion. Former CSMs who are currently SGM eligible for reappointment to CSM per chapter 9 of this regulation will be reappointed to CSM and assigned to the Retired Reserve. State Adjutants General are the appointment authorities for these actions. Retirement orders and all related documents will show 1SG or CSM.

**Section II**
**Special Advancements, Promotions, Appointments and Restorations**

**11-17. General**
This section provides for special advancements, appointments, promotions, and restorations to PV2 through SGM. They are used in special circumstances and are made without regard for regular promotion criteria. When a soldier is eligible for more than one special promotion or advancement (or higher enlistment grade per chapter 2 of this regulation), award the soldier the highest grade for which eligible.

*a.* Advance or promote soldiers to higher grades when verified that they enlisted or reenlisted in a grade lower than that authorized in chapter 2 of this regulation, or claimed eligibility for enlistment in a higher grade, but did not have the required supporting documentation. Documents must be presented within one year after the enlistment date to validate entitlement to the higher grade. The entitlement must have existed prior to the day of enlistment. DOR will be the same as the date of enlistment. The advancement is not effective earlier than the date of signature by the authenticating officer, except when a retroactive date is approved by the next higher promotion authority per paragraph 11-7. This provision does not apply if the soldier is reduced after the date of enlistment or reenlistment.

*b.* Advance or promote soldiers to higher grades authorized by programs in chapter 2 of this regulation when all conditions are met. Cite all authorities including this paragraph and the basic paragraph authorizing the grade.

*c.* Advance soldiers enlisted while in Junior or Senior ROTC or the National Defense Cadet Corps to PV2 or PFC when they complete one or more years in that program after date of enlistment, but before departure for IADT. Use the criteria in table 2-3, rule B or C, of this regulation (Annual NGB Enlistment Criteria).

*d.* Promote soldiers to the grade held on the day before entering voluntary tours for contingency operations with a concurrent reduction to enter the tour, unless they were promoted to that or a higher grade while on that period of active duty, or if they were reduced while on the period of active duty. These promotions are effective on the day after release from active duty and are done without board action or other qualification requirements, including NCOES, as long as the soldier is in a promotable status. Adjust DOR as shown in paragraph 11-6j.

*e.* Concurrent with discharge from the ARNG for transfer to the Retired Reserve or placement on the Retired List, promote soldiers to the highest enlisted satisfactorily held provided they were not reduced for misconduct. These promotions do not require promotion board action. Promotion under this authority is not authorized for soldiers who requested reduction or separation, including transfer to the Retired Reserve or placement on the Retired List, in lieu of separation action or prosecution under the UCMJ or comparable state code.

**11-18. Promotion to enter training programs**
The following promotions and advancements are authorized without regard to NCOES course requirements. Announce them on DA Form 4187 or orders, but do not issue promotion certificates. Remove soldiers promoted under these provisions from SGT or SSG promotion lists. Subsequent promotion boards will not consider them while they remain in any status under this paragraph. If not commissioned, they are not eligible for promotion consideration again until the next regularly scheduled promotion board for the next higher grade based on the grade held before this special promotion.

*a.* Promote soldiers CPL or SPC and below to SGT (with a title of Candidate) one day before they enter the active Army OCS or, effective 1 October 1997, the Interservice Physician's Assistant Program. Promote soldiers ordered to the Warrant Officer Candidate School (WOCS) effective on the date travel begins per NGR 600-101, paragraph 2-11c.

*(1)* Applicants or warrant officer candidacy, when required, will attend BNCOC without regard to promotion list status as soon as they receive their proponent determinations per NGR 600-101, chapter 2, as an exception to paragraph 11-28a(3) and (4) of this regulation.

*(2)* Applicants for Special Forces Warrant Officer (MOS 180A) who are not Special Forces Operations and Intelligence (SF O&!) Course graduates (either resident or nonresident course) or of the SF Advanced NCO Course

after October 1994 will be notified upon approval by the proponent to attend the O&I portion of the SF ANCOC without regard to promotion status. Those who are SFC and not SF ANCOC graduates also must complete the O&I portion of the SF ANCOC.

*b.* Promote soldiers SGT and below to SSG (with a title of Candidate) one day before they enter candidate status upon enrolling in ARNGUS State Officer Candidate School. However, do not exceed the maximum Support Personnel Management Document (SPMD) position gradefor AGR soldiers per NGR 600-5 and AR 135-18.

*c.* Promote soldiers CPL or SPC and below to SGT as cadets effective the date the soldier is contracted in both the ARNGUS and the ROTC Advanced Course, and assigned the reporting code 09R20 per NGR 600-100, paragraph 13-5.

*d.* Promote eligible soldiers PV1 and PV2 to PFC effective on their reporting dates to the U.S. Military Academy Preparatory School (USMAPS).

*e.* Promotions under *a* through *c* above are valid only for the purpose for which they were awarded. Soldiers released from any of these statuses will be administratively returned to their pre-appointment grades upon release from such status. These grades are not valid for future determinations of grade upon release from candidate or cadet status, grade to be held after release from either status, highest grade held for reenlistment upon return to enlisted status after loss of commission or appointment for any reason, or highest grade satisfactorily held for retirement purposes.

**11-18.1. Advancement and promotion as a part of training programs**

Advance or promote soldiers to higher grades as a prerequisite to attend, during and after training programs that provide for the higher grades as prescribed. Soldiers who do not complete the training program for which promoted to the special grade, will be reduced to the grade from which promoted per paragraph 11-56 of this regulation.

*a.* After reduction to enter a training program per paragraph 11-58e of this regulation, promote the soldier without promotion board action to the higher grade when the time requirement is met. Date of rank will be the soldier's original date of rank in the grade to which promoted. The effective date will be the date of the promotion. For example, when the soldier must serve one year at that skill level after completion of training and award of the MOS to qualify to serve at the next higher skill level.

*b.* After completion of required phases of courses that are part of Special Forces training programs as shown in the following subparagraphs. These are conditional advancements and promotions based on successful completion of the training or training phase. Show the soldier's feeder MOS as primary with the CMF 18 MOS as CPMOS. These actions are authorized only when recommended by the soldier's active Amy training unit commanders while these soldiers are in training. ARNG commanders will not use this authority without the recommendation of the active Army training unit commander and its promotion board. Cite this paragraph and the paragraph for the grade to which advanced or promoted as authority. Failure to complete the training may result in reduction as stated in paragraphs 11-56e and 11-14e.

*(1)* Promote PV1, PV2, or PFC not previously advanced or promoted per this regulation or AR 600-8-19, paragraph 2-5a, to SPC without regard to TIMIG and TIS with effective date and DOR the day before they start PLDC.

*(2)* Promote SPC to SGT when they have at least 18 months time in service and have been recommended by a promotion board at the active Army training unit per AR 600-8-19, chapter 3. The effective date of promotion and DOR will be the first day of the second month after the active Army training unit promotion board results are approved.

*(3)* Promote SGT to SSG when they have at least 28 months TIS, 8 months TIMIG, have completed Phase I of their SFQC (which gains them equivalent credit for BNCOC), and have been recommended by the promotion board at the active Army training unit per AR 600-8-19, chapter 3, and this paragraph. The effective date and DOR will be the first day of the second month after the active Army training unit promotion board results are approved.

*(4)* For soldiers who entered the SFQC as SGT, and who are BNCOC graduates, promote them to SSG when they have been recommended by the active Army training unit promotion board per AR 600-8-19, chapter 3. The effective date of promotion and DOR will be the first day of the second month after the active Army training unit promotion board results are approved.

*(5)* The promotions in *(3)* and *(4)* above are conditioned upon successful completion of the entire SFQC (MOS 18b, 18C, 18D or 18E course), but not the language-training phase.

*(6)* IADT soldiers will not be considered for promotion to SSG while in SFQC or language training courses.

**11-19. Advancement based on Civilian Acquired Skills Program**

*a.* Authority to advance soldiers using the ARNGUS Civilian Acquired Skills Program (CASP) is in chapters 2 and 4 of this regulation.

*b.* Unit commander or training commander may authorize accelerated advancement and award of the CASP MOS when the soldier meets all criteria. Soldiers in MOSs eligible for SGT under this program may be conditionally promoted without PLDC (paragraph 11-28a). If not required to complete the PLDC as part of their training program, they must complete PLDC within 12 months after date of promotion and before consideration by a promotion board for SSG.

*c.* Commanders may defer or deny accelerated advancement for lack of skill, failure to demonstrate the minimum required level of performance in the MOS or soldier skills, or misconduct. Commanders will counsel their soldiers in writing on DA Form 4856 with the reasons for deferral or denial, and file copies of counseling statements as Action Pending documents in the MPRJ until advanced or promoted to a higher grade, or separated, whichever is first.

*d.* On DA Form 4187, cite this paragraph as well as the basic paragraph for the grade to which advanced. On orders for promotion to SGT, include any comment required by paragraph 11-14e.

**11-20. Advancement based on Stripes for Buddies**

Soldiers who refer qualified applicants who subsequently enlist in the ARNGUS, Active Army or USAR may be advanced, without regard to other promotion criteria, to PV2 or PFC. The State MPMO will verify enlistment of applicants. The applicants must enlist before the soldier leaves for BT, while the soldier is between phases I and II of the STO, or after the soldier completes IADT. Applicants who enlist while the soldier is in IADT will be used to determine advancement after the soldier returns to the ARNGUS unit; they will not be promoted or advanced under this program while on IADT. This authority allows advancement based on any combination of enlistment before or after the referring soldier's enlistment or service in IADT per paragraph 2-12 of this regulation and this paragraph. Unit commanders will advance soldiers:

*a.* Who enlisted as PV1:

*(1)* From PV1 to PV2, upon enlistment of 2 qualified NPS applicants.

*(2)* From PV2 to PFC, upon enlistment of a total of 3 NPS applicants (may include the 2 in a(1) above.)

*b.* For soldiers who enlisted as PV2, to PFC upon enlistment of 3 qualified NPS applicants.

*c.* On DA Form 4187, cite this paragraph as well as the basic paragraph for the grade to which advanced.

**11-21. Promotion of critically ill soldiers**

Terminally ill soldiers may be advanced or promoted by State AGs as follows:

*a.* Soldier must be eligible for advancement or on a current promotion selection list.

*b.* Critical illness or injury cannot have been caused by soldier's misconduct whether on duty or not. If incurred during any form of military duty, regardless of pay status, including travel directly to and from duty, illness or injury must have been incurred in line of duty.

*c.* Estimated life expectancy is certified as 12 months or less by attending physician.

*d.* Other provisions of this regulation are waived to permit these promotions, citing this paragraph in the promotion instrument.

*e.* Include in requests:

*(1)* Soldier's name and SSN.

*(2)* Advancement or promotion list status.

*(3)* Attending physician's diagnosis and prognosis.

**11-22.Posthumous promotions**

*a.* Eligibility for posthumous promotions is as follows:

*(1)* Soldier was officially recommended for promotion and the State AG signed the promotion list before the date of death. Soldiers in the ING are eligible for posthumous promotion unless removed from the promotion list for cause.

*(2)* Soldier was unable to accept the promotion because of death which -

*(a)* Was not due to misconduct whether on or off official duty status.

*(b)* Did not occur while on unauthorized absence from active duty or any form of scheduled IDT.

*b.* No person is entitled to additional benefits (such as additional pay and allowances or any other form of compensation) because of a posthumous promotion.

*c.* Commanders may recommend soldiers for posthumous promotions by memorandum to the State AG (MPMO). Include:

*(1)* Soldier's advancement or selection list status.

*(2)* Report of Death or other explanation of the circumstances.

**Section III**
**Advancement to PV2, PFC and SPC**

**11-23. General**

Criteria for advancement to PV2, PFC and SPC are:

*a.* Soldiers must be in a promotable status on the effective date of advancement

*b.* The advancement authority or a higher headquarters may determine a soldier's eligibility to be advanced with a retroactive DOR when the soldier's advancement was delayed due to administrative error.

*c.* Commanders may advance outstanding soldiers with waivers authorized in paragraphs 11-24 through 11-26.

*d.* Use BASD or date of original entry on IADT to determine TIS for advancement to PV2 and higher grades for NPS soldiers. For PS soldiers, compute from date of original enlistment into military service other than the DEP program of an active component of a U.S. Armed Service provided there was no break in military service. This affects general eligibility for soldiers advanced using paragraphs 11-24 and 11-25. It does not affect those advanced or appointed to higher grades using special programs (CASP, Stripes for Buddies, education completion, or other special consideration authorizing a higher grade as part of the enlistment program.)

*e.* Advance soldiers only in their PMOS or CPMOS.

*f.* Unit commanders will ensure that soldiers who are eligible for advancement without waiver, or under one of the special programs in Section II of this chapter, but who are not recommended, are counseled in writing using DA Form 4856 (General Counseling Form).

*(1)* Initially, when the soldier attains eligibility and is not recommended, and:

*(2)* Periodically (at least every three months) until advanced or separated.

*(3)* Commanders who elect not to advance soldiers at normal number of months TIS will submit DA Form 4187 for each soldier prior to the effective date of advancement. In Section III, Other, enter X and "Adv to (grade) Denied"; in Section IV, enter "Soldier denied advancement to (grade) at (number) months TIS per NGR 600-200, paragraph (number)".

*g.* Prepare DA Forms 4187 for all advancements other than automatic advancements.

*(1)* Effective date and DOR will be the same except for soldiers advanced late using the procedures in paragraph 11-6.

*(2)* Unit commander or the S1 will sign all DA Forms 4187 advancing soldiers. The battalion or comparable commander or administrative officer may sign in the unit commander's absence (other than absence which requires an Acting Commander).

*h.* File a copy of each DA Form 4187 affecting the soldier's latest advancement status in the MPRJ, and process a copy to the State MPMO (SIDPERS).

**11-24. Advancement to PV2**

*a.* The eligibility criterion is 6 months TIS waivable to 4 months.

*b.* Advance PV1 to PV2 automatically using automated advancement report at 6 months TIS, except for soldiers who are flagged or not recommended.

*c.* Use DA Form 4187 only to advance soldiers:

*(1)* With a waiver (accelerated advancement.)

*(2)* Who were flagged or not recommended at 6 months TIS.

*(3)* Who were previously reduced to PV1.

*d.* On DA Form 4187 for advancement to PV2, cite paragraph 11-24 as well as any other applicable paragraph.

**11-25. Advancement to PFC**

*a.* The eligibility criteria for PFC are --

*(1)* 12 months TIS waivable to 6 months, and --

*(2)* 4 months TIMIG waivable to 2 months.

*b.* On DA Form 4187 for advancement to PFC, cite paragraph 11-25 as well as any other applicable paragraph.

**11-26. Advancement to SPC**

*a.* The eligibility criteria for SPC are:

*(1)* 26 months TIS waivable to 14 months, and --

*(2)* 6 months TIMIG waivable to 3 months, and --

(3) Qualified in the MOS to which advanced.

b. Commanders may waive the position vacancy requirement for PFC with 26 months TIS who are otherwise fully qualified.

*c.* A PFC may be advanced to SPC, with the concurrence of the unit commander, for soldiers on short tours of active duty not under State control (IADT, TTAD, ADSW or ADT). The advancement may be accomplished by the appropriate Regular Army promotion authority as discussed in AR 600-8-19, paragraph 2-5, for IADT soldiers, or this paragraph for all others.

*d.* For PFC in positions graded for SGT, advance them to SPC and concurrently appoint them to CPL on DA Form 4187.

*e.* On DA Form 4187 for advancement to SPC, cite paragraph 11-26 as well as any other applicable paragraph.

**Section IV**
**Promotion to SGT through SGM**

**11-27. Criteria**

To be eligible for consideration, selection and promotion to SGT through SGM soldiers must:

*a.* Be in promotable status. A soldier with a suspension of favorable personnel action (SFPA) in effect will be considered by the board unless completely ineligible for consideration, but cannot be placed on the promotion list or promoted until the suspension has been removed. This requirement is not waivable. The flagging action will not be seen by the board. Soldiers who have been removed from promotion lists per paragraphs 11-48 and 11-49 and who are pending separation action per AR 135-178 or AR 635-200 will not be considered for promotion. If not separated, they may be considered by the next regularly scheduled promotion board unless they are eligible for a standby advisory board per paragraph 11-53 of this chapter. Soldiers enrolled in officer and warrant officer producing programs (including those attending in a permissive TDY status), although eligible for special advancements or promotions in section II of this chapter, are not eligible for consideration for promotion, NCOES training, assignment, or promotion per the other provisions of this chapter.

*b.* Be participating satisfactorily in the active ARNGUS in the next lower grade.

*c.* Meet the following times by the date announced in the board memorandum of instruction (waivers are not authorized): (See paragraph 11-8 for computation rules.)

| For | TIMIG | TIS | CES |
|---|---|---|---|
| SGT | 6 months | NA | NA |
| SSG | 8 months | NA | NA |
| SFC | 11 months | 9 years | 6 years |
| MSG | 12 months | 13 years | 8 years |
| SGM | 14 months | 16 years | 10 years |

*d.* Have a HS diploma, HS-GED equivalent, alternate credential, or an associate or higher degree. Eskimo Scouts are exempt from this criterion.

*e.* Be qualified in the Career Progression MOS (CPMOS), promotion MOS or a feeder MOS for the position into which assigned and promoted unless another standard is authorized in this chapter, chapter 3, chapter 5, or in a special training program, such as those for CMF 18 and 96, the CASP, or AGR Management Program governed by NGR 600-5 and NGR 600-10. NOTE: Commanders and personnel managers must ensure promotion of SRIP participants only in their primary or CPMOS to avoid violating the terms of incentives contracts. CPMOS must be in the same CMF as the bonus MOS to retain entitlement.

*(1)* SQI, ASI and LIC classified positions on some MTOE/TDA identify additional skills. Unless a soldier cannot perform the duties of the position due to lack of SQI, ASI and or LIC training, such as in certain airborne or

Special Forces positions, this training is not a criterion in determining MOS qualification for promotion. For organizations with units in two or more states, the organization leadership and state MPMOs should coordinate consistent standards to the maximum practical extent.

*(2)* Soldiers being involuntarily reclassified into another MOS due to unit reorganization or inactivation, will be treated according to State reorganization instructions. They may remain MOS qualified for promotion purposes up to 1 year after the effective date of the reorganization or inactivation, or until reclassified into the new MOS, whichever occurs sooner. State reorganization instructions should provide for the selection, assignment, qualification and reclassification. Soldiers promoted under these rules into a new MOS must become qualified in the time required or be reduced per paragraph 11-56g.

*(3)* Soldiers are considered physically qualified in their MOS for promotion purposes when they have been found qualified by a State MDRB, Medical Evaluation Board (MEB), or Physical Evaluation Board (PEB), and will retain promotion status. Currency of the soldier's physical examination is a function of eligibility for immediate reenlistment or extension in chapter 7 of this regulation and of NGR (AR) 40-501.

*f.* For consideration for promotion to SGM with concurrent appointment to CSK individual should not yet be the objective age of 51 as of the last day of the month of the DA (NGB) ARNGUS CSM Selection Board per paragraph 9-3d of this regulation. However, State AGs may nominate individuals above the objective age without waiver or exception when the soldier is clearly the best qualified of all eligible candidates.

*g.* For consideration for promotion, including concurrent appointment to CSM, 1SG and MSG who are not graduates of the U.S. Army Sergeants Major Course (USASMC) must be eligible to attend and complete the course. Individuals who were selected to attend but did not complete the course for any reason other than hardship are not eligible to attend the course again and, therefore, are not eligible for consideration or promotion to SGM. This criterion is not waivable and exceptions to policy will not be considered.

**11-28. NCOES requirements for promotion**

NOTE: The promotions in a(2) through (5), (8) and (9) below are conditional promotions. The rules to administer these promotions are in c below.

*a.* Consider soldiers for promotion without regard to their current levels of NCOES. When selected for promotion and listed in the selection objective of the promotion lists, they are eligible for training and, provided they are in or will be concurrently assigned to positions authorized the higher grade, promotion as shown below. See paragraph 11-42 for discussion of the selection objective, who may attend NCOES courses, and when they may attend.

*(1)* SPCs and CPLs with PLDC credit are promotable to SGT.

*(2)* SGTs with PLDC credit are promotable to SSG after they complete BNCOC Phase I. They must start Phase II (or the next resident phase prescribed by the proponent) within two years after the complete Phase I. They must successfully complete all phases before consideration by a SFC promotion board.

*(3)* SGTs without PLDC credit are promotable to SSG after they complete PLDC and BNCOC Phase 1. They must start BNCOC Phase II (or the next resident phase prescribed by the proponent) within two years after they complete Phase I. They must successfully complete all phases before consideration by a SFC promotion board. SGTs with DORs before 1 Oct 92 do not need PLDC to attend BNCOC.

*(4)* SSGs with BNCOC credit (all phases), but without ANCOC credit, are promotable to SFC after they complete ANCOC Phase 1. They must start ANCOC Phase II (or the next resident phase prescribed by the proponent) within two years after they complete Phase I. They must successfully complete all phases before consideration by a MSG promotion board.

*(5)* SSGs without BNCOC or ANCOC credit are promotable to SFC after they complete BNCOC (all phases) and ANCOC Phase I. They must start ANCOC Phase II (or the next resident phase prescribed by the proponent) within two years after they complete Phase I. They must successfully complete all phases before consideration by a MSG promotion board. SSGs with DORs before 1 Oct 92 do not need PLDC or BNCOC to attend ANCOC.

*(6)* SSGs with ANCOC credit are promotable to SFC.

*(7)* SFCs with ANCOC credit (or the USASMC) are promotable to MSG. There is no new training requirement.

*(8)* SFCs without ANCOC credit are promotable to MSG after they complete ANCOC Phase I . They must start Phase II (or the next resident phase prescribed by the proponent) within two years after they complete Phase I. They must successfully complete all phases before consideration by a SGM promotion board. (NOTE: BNCOC is not a factor.)

*(9)* MSGs (this includes 1SGs) with ANCOC credit, but without USASMC credit, and who are in the selection objective of the SGM promotion list or CSM selection list, are only promotable after they are enrolled in the USASMC by CNGB(NGB-ART-I) as follows. This is the only means to enroll in the USASMC.

*(a)* For the nonresident course, State AGS (MPMOs only) will submit to CNGB (NGB-ARH-E) DA Form 4187 (only the original or copy 1) and its enclosed Statements of Agreement and Coordination per the sample at figure 11-6. Receipt of the NGB endorsement is authority to conditionally promote the soldier to SGM then or upon assignment to a SGM or CSM position, whichever is later.

*(b)* For the resident course, State AGs (POTO only) will submit AATAS applications through ATRRS to CNGB(NGB-ART-I), Action Officer 012. Receipt of Code R (Reserved) on ATRRS is authority to conditionally promote the soldier then or upon assignment to a SGM or CSM position, whichever is later.

*(c)* Title 10 AGR Program soldiers will submit their forms through their local chains of command directly to CNGB (NGB-ARZ-T) for action by NGB-ARH-E and NGB-ART-I.

*(d)* Submit forms for SGM selectees immediately upon approval of the board results. Submit forms with CSM nomination packets per paragraph 9-6 of this regulation for CSM nominees.

*(10)* MSGs with USASMC credit are promotable. There is no new training requirement.

*(11)* *SGMs (this includes CSMs) with DORs before 1 Oct 92 will not attend the USASMC.*

*b.* The NCOES courses for promotion are the Army standard. Waivers and exceptions to policy are not authorized. Title XI of the National Defense Authorization Act for Fiscal Year 1993 (P.L. 102-484), as amended, provides in -- *"Sec. 1114. Noncommissioned Officer Education Requirements. (a) Nonwaivability. Any standard prescribed by the Secretary of the Army establishing a military education requirement for noncommissioned officers that must be met as a requirement for promotion to a higher noncommissioned officer grade may be waived only if the Secretary determines that the waiver is necessary in order to preserve unit leadership continuity under combat conditions."*

*c.* All categories of soldiers will complete NCOES courses only in their CPMOS (primary or career progression MOS).

*(1)* Traditional soldiers (this term includes Military Technicians effective 1 Dec 93) may complete any TATS-configured or AC- or RC-NCOES course for their grade.

*(2)* AGR soldiers will complete only AC or TATS-configured NCOES courses prescribed as their promotion requirement unless otherwise authorized in this paragraph or an exception is granted by CNGB (NGB-ARH-E or NGB-ARM-P).. Effective 1 Apr 95, AGR soldiers may complete either AC- or RC- PLDC. Also, soldiers who enter the AGR program fully qualified in the NCOES for their next promotion (for BNCOC and ANCOC, this requires Phases I and II) will retain their qualification. Those selected to enter AGR tours who have started any portion of their required NCOES course may complete it and will be fully qualified. When selected for their next promotions, they must attend the course, and in the manner, prescribed for their grade and duty status (AGR must attend AC courses.) However, SSGs who completed RC-ANCOC in IDT status and entered AGR status, may be promoted to SFC under this position when selected by a SFC promotion board in AGR status and assigned to a SFC position. They are then fully NCOES-qualified for promotion to MSG based on that course when selected by a MSG promotion board in AGR status and assigned to a MSG (this includes 1SG) position. The prior qualification carryover factors in this paragraph who entered AGR status before 5 October 1992 and were required to complete AC-NCOES courses as a condition of continuation in AGR status. nor to the soldiers who are Military Technicians discussed in paragraph 11-31f below.

*(3)* SGTs through SFC who do not have credit for NCOES at the current levels as shown in a above when selected for promotion must complete a double NCOES training requirement, the first as the prerequisite for the second, which is the training required for the promotion. This required for all soldiers with dates of rank of 1 October 1992 and later. Soldiers with dates of rank before that date are considered NCOES-qualified in their current grades for entry to the next higher level NCOES course.

*(4)* Soldiers must start the next resident phase of their NCOES courses as prescribed by the proponent for their promotion requirement within two years after completing Phase I and before they may be considered by promotion boards for their next higher grades. NOTE: The basic premise of RC-NCOES courses is that NCOs complete Phase I and then enter the next resident phase of their NCOES course for their promotion within two years after completing Phase I. Then they must complete all phases of that course to satisfy the conditions of that promotion, and before consideration for promotion to their next higher grades. The Basic and Advanced NCO courses each comprise two or more phases. A one year waiver may be authorized per *d(1)* below. For courses with three or more phases. specific timelines are set in the course prerequisites by the course proponent. Waivers and exceptions to this policy to allow consideration by promotion boards are not authorized. See also paragraph 11-30.

*d.* State AG may conditionally promote soldiers to SSG, SFC, MSG and SGM as authorized in (1) through (3) below. All other conditional promotions require an exception to policy from CNGB (NGB-ARH-E). See paragraph 11-56e for reduction for failure to fulfill the conditions of the promotion. By accepting these promotions soldiers agree to the conditions of the promotions and subsequent reduction without board action or appeal for failure to meet these conditions. Unit leaders will monitor course requirements and soldier scheduling, attendance and completion to ensure soldiers meet the standard.

*(1)* Traditional soldiers may be promoted to SSG after they complete RC-BNCOC Phase I. After they complete all required phases of their BNCOC, and are selected for promotion to SFC by a promotion board, they may be promoted to SFC after they complete RC-ANCOC Phase I. Traditional SFCs selected by MSG promotion boards may be promoted to MSG after they complete Phase I of ANCOC (or the first two weeks of a resident ANCOC). These provisions apply to SGTs, SSGs and SFCs in paragraph 11-28a(3), (4), (5) and (8) above. All soldiers must start their Phase II NCOES courses (or the next resident phase prescribed by the proponent) within two years after completing Phase I and complete all phases of that level of NCOES course before they may be considered by the promotion board for their next higher grades. The first general officer in the chain of command may extend this two-year period up to one year based on extenuating circumstances, and may add an additional 12 months to the 36 months for a reclassification training requirement incurred following completion of phase I. These soldiers must enter the next resident phase of their NCOES course within 48 months after they complete Phase I and before they may be considered for promotion to the next higher grade. Soldiers will not begin travel to schools until waivers are approved and they have the waiver in hand with their orders.

*(2)* All categories of ARNGUS soldiers in the selection objective of the SGM promotion list who are graduates of or enrolled in the USASMC per paragraph 11-28a(9) above (including CSM selectees after approval by the DA (NGB) ARNGUS CSM Selection Board) may be promoted to SGM upon assignment to a SGM or CSM position. Based on their selection by the HQDA (NGB) ARNG CSM Selection Board, CSM nominees will be enrolled in the next available resident or nonresident class of the USASMC by CNGB (NGB-ART-I through NGB-ARH-E) which they must complete as a condition of the promotion.

*(3)* Soldiers in the selection objective of the MSG Promotion List are eligible for assignment, promotion and concurrent appointment to 1SG in authorized positions. See paragraph 5-30d of this regulation.

*(4)* Cite paragraph 11-28c in promotion orders. See paragraph 11-14e(3) for mandatory remarks to include in the orders.

*e.* Recruiting and Retention NCOs (CMF 79):

*(1)* Who are SGTs selected for promotion and NCOES training and who do not have credit for a BNCOC, will attend only RC-BNCOC Phase I.

*(2)* On AGR status who are SSGs selected for promotion and training, and who do not have credit for an ANCOC, will attend AC-ANCOC for CMF 79 at the NGPEC NCO Academy.

*(3)* On AGR status who are SFC who do not have credit for ANCOC and who are selected for promotion will attend AC-ANCOC at the NGPEC NCO Academy.

*(4)* Who are traditional soldiers do not have an RC configured ANCOC or TATS-Configured course Phase II. They need only to attend the RC-ANCOC Phase 1.

*f.* AGR Non-Career Recruiting and Retention NCOs identified with SQI 4 will attend AC-BNCOC and AC-ANCOC in their primary MOSs.

*g.* Applicants for warrant officer candidacy will attend BNCOC (ANCOC for Special Forces soldiers) as soon as they receive their proponent pre-determinations per NGR 600-101, chapter 2, as an exception to the policies in paragraphs 11-28a(3) and (4) above. These soldiers do not require promotion board selection to attend these courses.

**11-29. Courses creditable for NCOES**

Personnel officers will determine credit for NCOES courses from the following list when the courses are listed in DA Form 2-1, item 17, or credited in paragraph 11-31c below. Completion by subcourse is not acceptable for credit unless the course is a TRADOC approved part of the multiphase requirement such as the Army Band NCOES and the USASMC, or the soldier completed the course through this means while in the Regular Army and was credited with completion while on active duty. The four NCOES levels, and the courses and methods for completing or gaining credit for them, are:

*a.* Primary level

*(1)* AC- or RC- PLDC

*(2)* AC- or RC- Primary Leadership Course

*(3)* Primary Technical Course
*(4)* Primary NCO Course
*(5)* USMC Sergeant's Course at the MCCDC
*(6)* USMC NCO Course
*(7)* USMC Leadership Course
*(8)* USMC NCO Leadership Course
*(9)* Basic NCO Course
*(10)* Officer or Warrant Officer Candidate School (State or Federal; Army or Marine Corps)
*(11)* Senior ROTC (any service)
*b.* Basic level
*(1)* AC- or RC- Basic NCO Course
*(2)* Basic Technical Course
*(3)* Basic NCO Course-Combat Arms
*(4)* Basic NCO Course-Combat Support/Combat Service Support
*(5)* Before 1 Oct 91 any RC-BNCOC Phase I only
*(6)* The following technical courses are equivalent to AC-BNCOC: 551-F1; 33142D30; 300-91B20; 300-91B30; 321-91R20; 800-94F30; and all CMF 67 Technical Inspector courses completed between 3 Oct 83 and 1 Jan 90 (must also be MOS qualified).
*(7)* CMF 18 qualification course plus PLDC
*(8)* USMC Career Course at the MCCDC
*(9)* For Military Technicians:
*(a)* Before 1 Oct 87, any basic level course plus ARNG Battle Skills Course (BSC.)
*(b)* 1 Oct 87 through 30 Nov 93 when there was no Phase II available, RC-BNCOC Phase I plus an SQT or SDT score of 70% completed during that time plus the ARNG BSC.
*(10)* For AGR, before 1 Jul 86, RC NCOES basic or higher level course (BNCOC, ANCOC, SNCOC or FSC) plus the ARNG BSC.
*(11)* For soldiers who were credited with completion while in the RA, a nonresident BNCOC.
*c.* Advanced level
*(1)* AC- or RC- Advanced NCO Course
*(2)* Before 1 Oct 87, RC Senior NCO Course including the First Sergeant Course authorized in lieu of the RC-SNCOC.
*(3)* Before 1 Oct 91, any RC-ANCOC Phase I only
*(4)* USMC Advanced Course at the MCCDC
*(5)* For Military Technicians:
*(a)* Before 1 Oct 87, any advanced level course plus ARNG BSC.
*(b)* 1 Oct 87 through 30 Nov 93 when there was no Phase II available, RC-ANCOC Phase I plus an SQT or SDT score of 70% or more completed during that time plus the ARNG BSC.
*(6)* For AGR, before 1 Jul 86, an RC NCOES advanced or higher level course (ANCOC, SNCOC or FSC) plus the ARNG BSC.
*(7)* For soldiers who were credited with completion while in the RA, a nonresident ANCOC.
*d.* Senior level USASMC: resident or nonresident mode. Note: Soldiers with dates of rank before 1 Oct 92 are considered NCOES-qualified in their current grades to enter into the next higher level NCOES course when they are listed in the selection objective of the promotion list of the next higher grade, except the U.S. Army Sergeants Major Course which requires ANCOC credit to attend. In these cases, SGTs may enter BNCOC without PLDC, and SSGs may enter ANCOC with PLDC or BNCOC. None of the soldiers has to attend a prerequisite course when they held their current or higher grades before 1 Oct 92 and have not been reduced to a lower grade for any period since that date. Do not grant course credit on SIDPERS-ARNG or any other formal record, including the NGB Form 4100-1-R-E in either field 26 or 28 that the soldier has not actually attended and completed or for which granted equivalency. Soldiers whose dates of rank are 1 Oct 92 and later must meet tall course prerequisites, including NCOES course completion (of all phases), before they may be considered by promotion boards for their next higher grades and enter higher level NCOES courses.

**11-30. Availability of NCOES Phase II courses**
State MPMOs, in concert with their Plans, Operations and Training Officers (POTO), will determine availability of Phase II courses, for promotion purposes, as follows:

*a.* Check the Course Lists screen on ATRRS (Army Training Resource and Requirements System). Enter the appropriate fiscal year, MOS and phase to determine if a course was available within two years after completion of Phase I. Do this for the year the soldier completed Phase I and for each of the next two fiscal years.

*b.* If a school code (SC) other than 0000 appears, the required course was available and scheduled during the fiscal year.

*c.* Consider the course not available if a Phase II has been configured, but not taught within two years after the soldier completes Phase I. Enter a constructive credit entry per paragraph 11-31 below, and credit the soldier with completion, including updating the SIDPERS-ARNG entry. The soldier is then eligible for consideration for promotion and, if selected, to attend the next level of NCOES.

*d.* Personal, operational and funding conflicts do not constitute nonavailability.

**11-31. Constructive credit for NCOES**

The following rules govern constrictive credit for NCOES which State MPMOs may determine using the guidance in TRADOC Regulation 351-10. State Adjutants General (MPMOs) will determine cases for AGR soldiers in Title 32 AGR status. CNGB(NGB-ARH-E) will determine cases for soldiers in Title 10 AGR status. For cases that do not fit these guidelines, and based on courses not listed in paragraph 11-29 and which are not precluded from credit by this paragraph, soldiers may request determination through command channels to the State AG (MPMO). Requests must include copies of DA Form 2-1, SIDPERS-ARNG Form GPFR-1790 (PQR), diplomas, Academic Evaluation Reports (DA Form 1059), and similar documents to support the request, plus a complete record of the soldier's applications for training, whether a local record, a hard-copy of the applications, or a copy of the ATRRS screens. Do not submit requests based on courses that are specifically excluded from credit in subparagraphs *a* through *f* below. MPMOs who cannot determine credit may send the action to CNGB (NGB-ARH-E) for a decision or for forwarding to HQ, TRADOC, for a final decision. Once credit is granted, record it in DA Form 2-1, item 27, and, if needed, change the soldier's NCO education code to the equivalent level listed in NGP (AR) 25-10, paragraph 2-140. For example, Constructive credit for PLDC granted 2 Jun 95 for ROTC graduation in 1986, NGR 600-200, paragraph 11-31e, and enter in SIDPERS-ARNG the NCO education code.

*a.* Soldiers generally will retain credit for all courses completed for which they have been credited regardless if reduced or reclassified into another MOS. They will retain credit for all AC NCOES courses completed at their current or higher level. They will also retain credit for higher level RC-NCOES courses if they attended them in the grades for which they were intended and they served in that grade after graduation. However, soldiers who begin a level of NCOES with more than one phase and do not complete it within the required time will have to start over.

*b.* Soldiers who are reduced and then considered for promotion will retain credit for any NCOES courses with which they have been credited per this chapter.

*c.* Former officers who, without a break in active unit service, enlist in a PMOS directly related to the basic or advanced branch course they completed, receive credit for BNCOC for OBC and ANCOC for OAC. If the OBC or OAC is not directly related to the MOS in which the soldier reenlists (the PMOS and the MOS required for the position must be the same), or the soldier had more than a 30-days break between periods of service and enlistment into the ARNG, do not grant credit. For instance, for former Infantry officers with PMOS 11B, C, H or M, credit them with BNCOC for Infantry OBC, and ANCOC for Infantry OAC.

*d.* Army policy does not allow NCOES credit for professional development courses conducted by the Navy, Air Force or Coast Guard. Do not submit requests for waiver or exception to policy.

*e.* Marine Corps courses conducted under the auspices of the Marine Corps Combat Developments Command (MCCDC), are included in paragraphs 11-29a(5) through (9), 11-29b(8), and 11-29c(4) above. These courses are conducted at the Staff NCO Academies at Marine Corps bases Quantico, Camp Lejeune, Camp Pendleton, Camp Butler, Camp Crowder (USMCR), and selected other Marine Corps bases. Any other Marine Corps NCO School including the Corporal's School, is considered a unit school and is not creditable here. Also, Marine Corps Institute courses are correspondence courses and are not creditable here.

*f.* ARNGUS soldiers credited with courses under prior policies retain credit until promoted. This includes special savings provisions for Military Technicians prescribed in the following extract from the National Defense Authorization Act for Fiscal Year 1994, Public Law 103-160, Sections 523(b) and (c):

*"(b) MILITARY EDUCATION.-The following provisions of law are repealed*

*(1) Section 523 of the National Defense Authorization Act, Fiscal Year 1989 (Public Law 100-456, 102 Stat 1974, 32 U&C 709 note).*

*(2) Section 506 of the National Defense Authorization Act for Fiscal Years 1990 and 1991 Public Law 101-*

*189, 103 Stat. 1438, 32 U.S.C 709 note).*

*(c) SAVINGS PROVISION.--A civilian technician of the Army National Guard serving in an active status on the date of enactment of this Act who under the provisions of law repealed by subsection (b) (or under other Department of the Army policy in effect on the day before such date of enactment) was granted credit on the technician's military record for the completion of certain education and training courses shall retain such credit, notwithstanding the provisions of subsections (a) and (b), for a period determined by the Secretary of the Army. Such period may not terminate, in the case of such civilian technician, before the effective date of such civilian technician's next military promotion."*

**11-32. Promotion actions**

*a.* Soldiers may be promoted only into vacant positions based on being placed in the selection objective of a promotion list by board action except for the actions in section II of this chapter. All documented positions, including those on carrier UICs, are valid for promotion purposes subject to the policies in chapter 5 of this regulation, NGR 600-5, NGR 600-10, and regulations governing the Military Technician Program. State MPMOs will verify questionable cases and coordinate with the State Human Resources Officer (HRO) as needed.

*b.* Soldiers may be considered for assignment and promotion when they are two grades under the authorized grade, there are no authorized positions in the unit or immediate geographic area for the intermediate grade, and their are no other qualified soldiers in the unit or immediate geographic area. For instance, when an Artillery battery has a Supply SGT authorized in grade of SSG and an Armorer/Supply Specialist authorized in grade of SPC, the SPC, if promotable and otherwise eligible for the assignment per section IX of this chapter, may be promoted to SGT against the SSG requirement. The State MPMO will manage these actions with input from the State HRO.

*c.* For SFC being assigned and promoted to 1SG positions, promote them to MSG on orders and concurrently appoint them to 1SG.

*d.* Cite paragraph 11-32 as authority for promotion to SGT through SGM.

**Section V**
**Promotion Selection Boards**

**11-33. General**

The ARNGUS promotion selection process establishes the means to consider all eligible soldiers, select the best-qualified soldiers for promotion, and to prepare them with the training for assignments at the next higher grade.

*a.* States will conduct one board and publish a promotion list for each rank approximately once each year. The selection objective will list in promotion sequence the best qualified soldiers who will be assigned to current and projected vacancies in higher graded positions that go with the promotions per section IX below.

*a.1.* The SGM Promotion Board should be charged first to select eligible SGM, 1SG and MSG who accept consideration for CSM per chapter 9 of this regulation, then consider all remaining eligible 1SG and MSG for SGM. 1SG and MSG selected for CSM are, by this action, selected for promotion to SGM in CPMOS 00Z50, but are subject first to approval for CSM by the HQDA (NGB) ARNG CSM Selection Board per chapter 9 of this regulation. NOTE: Individuals selected for promotion to SGM with concurrent appointment to CSM as listed in the HQDA (NGB) ARNG CSM Selection Board list, will remain eligible for assignment promotion and appointment from that list until assigned and appointed, removed for cause, or until separated from the ARNG

*a.2.* The MSG promotion board also may be charged to select eligible MSGs and SFC in the selection objectives of their MOSs on the MSG promotion list to serve as First Sergeants per paragraph 5-30d(1).

*b.* The promotion list is neither a permanent standing list nor an order of merit list. Each list published by the State AG is a new list and is intended to remain valid until exhausted or, with the exception of soldiers selected and assigned from the list and those approved for CSM by the ARNGUS CSM Board per chapter 9 of this regulation, a subsequent list supersedes it, approximately one year later. Soldiers who have not been selected for assignment and promotion and who remain on a list near its expiration, including those with hardships, will be considered in the next board process with a new ranking relative to all other soldiers being considered. If not assigned and promoted from the old list before it expires, their sequence on the new list will be determined solely by their ranking with their contemporaries; they will not be placed at the top of the list. Once assigned to positions, per paragraph 11-45 below, soldiers are promotable and may be promoted with effective date and DOR on the day after they complete the required training or, for AGR SFC and MSG, receive an AGR controlled grade before the list expires. These AGR soldiers, if not yet promoted, may be considered by the next board as discussed in section VII of this chapter, depending upon the State's program for AGR controlled grade management. However, soldiers who fail to meet any

condition of the assignment and promotion in this chapter, such as applying for and completing a required NCOES course as required by State policy, except through hardship, illness or injury, may be removed from the position and promotable status, will not be placed back on the list, and will not be eligible for promotion unless selected by a subsequent board.

*c.* Once approved, promotion lists are the Priority of Training Lists required by NGR 351-1 and the only means to determine which soldiers will attend NCOES courses. Immediately upon approval of the list, soldiers on these lists will be considered for and, if they are not yet graduates, enrolled in NCOES courses required for the next promotion. Soldiers will initiate applications for training through their units using the Army Automated Training Application System (AATAS).

*d.* The list is also used to select eligible soldiers for assignment to higher graded positions that go with the promotions per section IX below.

**11-34. Announcing promotion selection boards**

*a.* The State MPMO will announce each board using a memorandum of instruction (MOI) patterned on figure 11-3 which will include:

*(1)* The basic criteria for consideration from section IV of this chapter.

*(2)* The standard options set by the state that will apply to all soldiers in a given rank and category, such as[I wish to be considered for assignments] In my current unit; In my Armory; In my city, town or local area; In my battalion (or major subordinate command); In my regiment, brigade, group, Troop Command, etc.; In my current area, zone or region; In areas, zones or regions ___, ___, etc.; Within 50 miles of my residence (based on AR 135-91); Within 75, 100, or any other number or groups of numbers of miles the state sets from which soldiers may choose; Anywhere in the state; For assignment to the Regional Training Institute as an instructor; if soldier is in AGR status, For a leadership waiver (for 1SG and CSM); (Note: this does not affect command-directed reassignments of AGR soldiers regardless of purpose per NGR 600-5),or any reassignment other than those involving assignment in connection with a promotion); if soldier is a Military Technician, To a position that requires a compatibility waiver; for current SGM, 1SG and MSG, To accept or decline consideration for CSM per chapter 9 of this regulation' and for current MSG and SFC in the promotion selection objective of the MSG Promotion List, to accept or decline consideration for 1SG per paragraph 5-30d of this regulation; etc.

*(3)* The criteria used to evaluate soldiers.

*(4)* Special instructions on the evaluation process to ensure complete preparation, counseling, processing and evaluation.

*(5)* Who will evaluate soldiers and the evaluation process.

*(6)* The evaluation, verification and submission processes to safeguard the system.

*b.* A separate memorandum to charge boards and evaluators may also be published.

*c.* SIB will use SIDPERS data to generate Promotion Eligibility Rosters (PER) for each unit and element and a NGB Form 4 100-1-R-E, Enlisted Promotion Point Worksheet, for each soldier on the PER. The NGB Form 4100-1-R-E may be made free-form to allow states to add their options in section IVb. However, the scorable items listed in figure 11-2 will be listed as shown and the values will not be changed. States may print section IVb on a supplemental sheet if they need more room for state options.

*d.* State NTMO will distribute the PERs with enclosed NGB Form 4100-1-R-E to commanders.

*e.* The NGB Form 4100-1-R-E and the NGB Form 4101-1-R, Enlisted Promotion Appraisal Worksheet, are both locally reproducible forms. Reproducible copies are in figures 114 and 11-5.

*f.* The CNGB will announce each board in an MOI and include specific forms, procedures and the process that will apply to the ARNGUS Title 10 AGR Program.

**Section VI**
**Processing Soldiers for Promotion Consideration**

**11-35. Process soldiers for consideration**

*a.* Soldiers must meet the eligibility in this chapter and the MOI. Include in the announcement MOI the date from which to compute eligibility.

*b.* Unit commander will:

*(1)* Verify the PER.

*(2)* Add eligible soldiers.