*BY ORDER OF THE CHIEF,*
*NATIONAL GUARD BUREAU*

*AIR NATIONAL GUARD*
*INSTRUCTION 36-2002*

*1 MARCH 2004*

*Personnel*

# *ENLISTMENT AND REENLISTMENT IN THE AIR NATIONAL GUARD AND AS A RESERVE OF THE AIR FORCE*

**COMPLIANCE WITH THIS PUBLICATION IS MANDATORY**

**NOTICE:** This publication is available digitally on the AFDPO WWW site at: **http://www.e-publishing.af.mil.**

OPR: ANG/DPFOM (SMSgt Thomas Pague)
Supersedes ANGI 36-2002, 2 November 2003

Certified by: ANGRC/CV (Col D. Larrabee)
Pages: 126
Distribution: F

This instruction implements Air Force Policy Directive (AFPD) 36-20, *Accession of Air Force Military Personnel.* This instruction prescribes the eligibility requirements and procedures for enlisting and reenlisting in the Air National Guard (ANG) and as a Reserve of the Air Force. The records established by this instruction are to be included in the Air Force Military Personnel Records system that is authorized under Title 44 United States Code (USC) 3101. Use of the social security number (SSN) is authorized by Executive Order (EO) 9379, 27 November 1943. The Privacy Act of 1974 affects this instruction. Each form that is required by this instruction contains a Privacy Act statement, either incorporated in the body of the document or in a separate statement accompanying it.

## *SUMMARY OF REVISIONS*

**This document is substantially revised and must be completely reviewed.**

Changes were made to **Table 1.6.**. Grade Determination for Non-Prior Service Enlistees., Rule 5., paragraph **A2.1.5.**, and paragraph **A7.2.4.**, to reflect proper information. Also, Air Force Forms and National Guard Bureau (NGB) Forms have been changed to reflect that they are now Information Management Tools (IMTs).

**Chapter 1—QUALIFICATIONS AND CRITERIA FOR ENLISTMENT** 5

1.1. Preliminary Screening. .......... 5
1.2. Air National Guard Enlistment Authority. .......... 6
1.3. Enlistment/Reenlistment Waiver Authority. .......... 6
1.4. Citizenship Requirement. .......... 6
1.5. Physical Standards. .......... 7
1.6. Age Requirements for Enlistment. .......... 8

1.7. Aptitude and Educational Requirements. .......... 8

1.8. Applicants with Dependents. .......... 8

1.9. Other Requirements for Enlistment. .......... 8

1.10. Applicants Ineligible to Enlist. .......... 9

1.11. Personnel Security Investigations. .......... 9

1.12. Terms of Enlistment. .......... 9

1.13. Grade Determination, Non-Prior Service Personnel (NPS) and Prior Service (PS) Enlisted Personnel. .......... 10

1.14. Grade Determination, Former Commissioned Officers: .......... 10

1.15. Date of Rank. For determining the appropriate date of rank for enlistment into the Air National Guard (ANG) use Table 1.8. .......... 10

1.16. Enlistment of Applicants with Prior Service: .......... 10

1.17. Key Employee Certificate of Availability: .......... 10

Table 1.1. APTITUDE REQUIREMENTS FOR ENLISTMENT .......... 13

Table 1.2. EDUCATIONAL REQUIREMENTS FOR ENLISTMENT .......... 14

Table 1.3. ENLISTMENT INELIGIBILITY FACTORS .......... 15

Table 1.4. Enlistment Eligibility Based Upon Dependency Status Of Applicants .......... 26

Table 1.5. Terms of Enlistment .......... 27

Table 1.6. Grade Determination for Non-Prior Service Enlistees .......... 28

Table 1.7. Grade Determination for Prior Service Enlistees. (Note 8.) .......... 30

Table 1.8. Date of Rank Adjustment. (Note 5.) .......... 32

Table 1.9. Acceptability Of Applicants With Previous Military Service. (Note 11.) .......... 33

Figure 1.1. Enlistment Questionnaire. .......... 36

Figure 1.2. Certificate of Availability of Key Employees. .......... 38

Figure 1.3. Military Status of Key Employee. .......... 39

Figure 1.4. Dependency Statement for Enlistment. .......... 40

**Chapter 2—PROCESSING PROCEDURES** **41**

2.1. Pre-qualifying Applicants: .......... 41

2.2. Military Service Obligation (MSO) and Participation Requirements: .......... 43

2.3. Service Numbers. .......... 43

2.4. Categories of Personnel Whose Enlistment Requires Special Authority Prior to Enlistment. .......... 44

2.5. Split Training Option (STO) Program. .......... 44
2.6. Waiver or Exception to Policy (ETP) Processing for Enlistment: .......... 46
2.7. Completing Forms and Documents. .......... 48
2.8. Administering the Oath of Enlistment. .......... 49
2.9. Non-Prior Service Enlistment Guidance – Establishment of Pay Date. .......... 49
2.10. Distribution of Records. .......... 49
2.11. Applicants Who Decline or Are Found Not Qualified for Enlistment. .......... 50
Figure 2.1. Reemployment Rights Information. .......... 51

**Chapter 3—ENLISTMENT FOR SPECIFIC OPERATIONS AND OF SPECIAL CATEGORY PERSONNEL 52**

3.1. Flying and Officer Training Applicants. .......... 52
3.2. Applicants Drawing Certain Other Compensation from the United States Government. .......... 52
3.3. NPS Applicants for Air National Guard Bands. .......... 52
3.4. Enlistment of Ex-Military Service Academy Students. .......... 52
3.5. ROTC Participants. .......... 52
Figure 3.1. Enlistment Application for Air National Guard Bands (NPS) .......... 53

**Chapter 4—REENLISTMENT, EXTENSION AND STATE-TO-STATE TRANSFERS 54**

4.1. Voluntary Reenlistment or Extension of Enlistment. .......... 54
4.2. ANG State-to-State Transfers. .......... 55
4.3. Separation from the ANG and Assignment to Air Reserve Personnel Center (ARPC), Non-Affiliated Reserve Section (NARS). .......... 55
4.4. Involuntary Extension of Enlistment. .......... 55
4.5. NGB 66, Extension of Enlistment in the Air National Guard and as a Reserve of the Air Force. .......... 56
4.6. NGB 17, Statement for Reenlistment/Extension in the Air National Guard .......... 56
4.7. AF 2030, USAF Drug and Alcohol Abuse Certificate: .......... 56
4.8. DD Form 4, Enlistment or Reenlistment Agreement - Armed Forces of the United States. .......... 56
4.9. Terms of Reenlistment. .......... 56
4.10. NGB 22, Report of Separation and Record of Service. .......... 56
4.11. Reenlistment/Extension Questionnaire (Figure 4.1.). .......... 56
Table 4.1. Reenlistment and Extension Ineligibility Factors .......... 57

Table 4.2. Terms of Extension/Exceptions/Categories ........ 60

Table 4.3. Terms of Reenlistment ........ 62

Figure 4.1. Reenlistment/Extension Questionnaire ........ 63

**Chapter 5—ROUTING OF WAIVER REQUESTS/EXCEPTIONS TO POLICY** **65**

5.1. Procedures for submitting a Waiver Request or an Exception to Policy (ETP). ....... 65

5.2. Offices of Primary Responsibility - OPRs: ........ 65

5.3. Documentation required for Waiver/Exception to Policy (ETP) Submittal. ........ 66

Figure 5.1. Mandatory Format for Requesting Enlistment/Reenlistment/Extension Waivers or Exceptions to Policy ........ 67

Figure 5.2. Statement of Incident/Reason ........ 69

Figure 5.3. Letter of Recommendation (Other Than Relatives) ........ 70

Figure 5.4. Letter of Recommendation (School) ........ 71

Figure 5.5. Letter of Recommendation (Employer) ........ 72

Figure 5.6. Letter of Civilian Counseling ........ 73

Figure 5.7. Letter of Evaluation (Use of Illegal Drug/Substance or Alcohol) ........ 74

**Attachment 1—GLOSSARY OF REFERENCES AND SUPPORTING INFORMATION** **75**

**Attachment 2—UNIFORM GUIDE LIST FOR TYPICAL OFFENSES** **89**

**Attachment 3—INSTRUCTIONS FOR USE AND PREPARATION OF DD FORM 4, ENLISTMENT OR REENLISTMENT AGREEMENT ARMED FORCES OF THE UNITED STATES** **99**

**Attachment 4—DD FORM 1966, RECORD OF MILITARY PROCESSING - ARMED FORCES OF THE UNITED STATES** **103**

**Attachment 5—APPLICANT BRIEFING ITEM ON SEPARATION POLICY** **119**

**Attachment 6—AIR NATIONAL GUARD POLICY FOR IMPLEMENTATION OF DOMESTIC VIOLENCE MISDEMEANOR AMENDMENT TO THE GUN CONTROL ACT (LAUTENBERG AMENDMENT)** **121**

**Attachment 7—AIR NATIONAL GUARD POLICY FOR PRE-SERVICE DRUG USE** **124**

# Chapter 1

## QUALIFICATIONS AND CRITERIA FOR ENLISTMENT

**1.1. Preliminary Screening.** Before being processed for enlistment, each applicant will be advised that they will be applying for enlistment into an Air Reserve Component of the United States Armed Forces. As a member of a ready reserve unit, they must be briefed and fully understand, they will be considered immediately available for active federal service in the event of mobilization. Both recruiters and applicants alike must understand that the enlistment of any applicant who is not immediately available for federal active service when called upon is not compatible with the worldwide mission of the Air National Guard of the United States (ANGUS). Each applicant will be thoroughly screened and every effort made to ensure that only the most capable, dedicated and conscientious persons are selected for enlistment under the established enlistment priority programs. It is imperative that only the most qualified applicants be enlisted to achieve and maintain the highest possible skill level, consistent with Unit Manpower Document Active (UMDA) requirements. For the required Enlistment Questionnaire See **Figure 1.1.**

1.1.1. The military records of a Prior Service (PS) applicant (**Attachment 1**, Terms) must be closely examined to determine the manner in which the service was performed and progression within their previous skill. When considering a PS applicant for enlistment, all prior service documents will be reviewed to determine the reason for discharge or separation. An applicant's eligibility will be determined only after an overall view of previous service (see paragraph **1.16.**). Each of the following criteria will be considered; Type of Separation, Character of Service, Separation Program Designator (SPD), Reentry Code (RE Code), and Narrative Reason for Separation. To obtain prior military service records, use SF Form 180, Request Pertaining to Military Records, see paragraph **2.1.8.** An obvious need for further training or the necessity to train in an entirely new career field should be carefully weighed along with any other factors that have a bearing on the individual's potential value to the unit in light of the criteria specified in this and other governing directives.

1.1.2. Recruiters are the only authorized personnel able to conduct pre-enlistment interviews of all applicants in order to determine their qualifications for enlistment. Recruiters will not process an individual believed to be mentally, morally, or physically unacceptable for the service as outlined in this instruction. If an individual insists on being processed, and the recruiter believes that refusal may embarrass the ANG, they will suspend all preliminary screening and seek guidance from their supervisor.

1.1.3. Under no circumstances will job interviews be conducted at unit level. The Adjutant General (TAG) will authorize in writing whether unit orientation briefings for new applicants will be conducted. If authorized, these briefings will consist of informing the applicant of squadron/flight unique requirements. If during the briefing, the briefer discovers information they feel may be disqualifying for enlistment, or the applicant declines to accept requirements of the Air Force Specialty Code (AFSC), the Director of Personnel should be notified immediately to verify whether or not such information is in fact disqualifying. If the Adjutant General chooses to utilize unit orientation briefings, it is incumbent upon the state to ensure that the briefings are accomplished for all applicants, information covered in the briefings are not discriminatory, and the orientation is presented in a fair and equitable manner.

1.1.4. The Air National Guard policy for Pre-service Drug Abuse, including Pre-service Marijuana usage and self-admission to drug involvement is outlined in **Attachment 7**.

1.1.5. Applicants will not be processed at any United States Military Entrance Processing Command (USMEPCOM) Military Entrance Processing Station (MEPS) (This applies to the physical portion only) or ANG Medical Squadron whose last admitted Pre-Service Marijuana use is within 45 days of application. Processing may continue after 46 days or more have elapsed and the requirements of paragraph **2.7.6.**, have been met.

1.1.6. After the initial screening process, applicants testing positive for any illegal substance at MEPS or ANG Medical squadron will be permanently barred from enlistment into the ANG, NO WAIVER OR EXCEPTION TO POLICY WILL BE GRANTED.

**1.2. Air National Guard Enlistment Authority.** The Secretary of the Air Force (SAF) under Title 10 USC 12102(b) may approve or deny the enlistment of qualified, effective, and able-bodied persons into the Air National Guard.

1.2.1. When the term "State" or "States" is addressed, this term includes all 50 states and territories; Puerto Rico, the Virgin Islands, Guam, and the District of Columbia.

**1.3. Enlistment/Reenlistment Waiver Authority.** The Chief, National Guard Bureau may waive disqualifying factors not set by statute or otherwise stated in this instruction. The Chief, National Guard Bureau has delegated the enlistment/reenlistment waiver authorities for the Air National Guard as indicated in **Chapter 1, Chapter 2**, and **Chapter 4** of this instruction.

1.3.1. The Air National Guard Surgeon General may waive physical standards for enlistment in accordance with AFI 48-123, *Medical Examination and Standards*, and Attachment 10.

**1.4. Citizenship Requirement.** All documents must be original, notarized true copies of the source document, or certified true copies by the issuing agency. The burden of proof of United States (US) citizenship rests with the applicant.

1.4.1. Definition of citizenship:

1.4.1.1. Derived: Anyone born abroad from US citizen parents. Valid source documents:

1.4.1.1.1. FS Form 240, *Report of Birth Abroad of a Citizen of the United States of America (Consular Report of Birth)*;

1.4.1.1.2. A full validity (nontemporary) US Passport (five years for minors - ten years for adults);

1.4.1.1.3. DS Form 1350, *Certification of Birth.*

1.4.1.2. US Born (Title 8 USC 1401):

1.4.1.2.1. Anyone born in the US and subject to its jurisdiction;

1.4.1.2.2. American Indians and other aboriginal people born in the US.

1.4.1.2.3. Anyone born outside the US, if at least one parent is a US citizen and certain residency or physical presence requirements were fulfilled by the citizen parent or parents prior to the child's birth;

1.4.1.2.4. Anyone who is found in the US while under five years of age, whose parents cannot be identified, and who is not shown prior to his or her 21st birthday to have been born outside the US.

1.4.1.3. Naturalized: Anyone renouncing their former citizenship and obtaining US American citizenship via naturalization process and obtaining one or the other of the following forms: (see **Table 1.3.**, Rule 23)

1.4.1.3.1. Immigration and Naturalization Service (INS) Form N-550, *Certification of Naturalization,* or

1.4.1.3.2. INS Form N-570, *Certificate of Naturalization*, (replacement to the INS Form N-550).

1.4.2. Applicants must be a:

1.4.2.1. US citizen or possess a valid INS Form I-551/I-151, *Alien Registration Card*, which does not expire within two years from the date of enlistment, or

1.4.2.2. US national born in American Samoa or Swains Island, or

1.4.2.3. Lawfully admitted resident alien who possesses an alien registration form (I-551) issued for a period of ten years, or

1.4.2.4. Foreign national citizen of the Federated States of Micronesia or the Republic of the Marshall Islands.

1.4.3. Treat American Indians born in Canada as immigrant aliens; they must present a birth certificate. (**NOTE**: Type the following in the Remarks (Section VI) of the DD Form 1966, *Record of Military Processing - Armed Forces of the United States*, and have the applicant initial, "I am an American Indian born in Canada as defined in Immigration and Naturalization Service Regulation 8 Code of Federal Regulation (CFR) 289.1.")

1.4.4. Do not process in any way (including preliminary qualifications testing) aliens who do not possess one of these forms, since they are ineligible for enlistment. Advise them to contact the INS and to obtain the applicable form.

1.4.5. Reproduction of any INS form except for official use is prohibited.

1.4.6. Non-prior service (NPS) applicants who are not US citizens but maintain an INS Form I-551/ I-151 without an expiration date may be enlisted, but will not receive a security clearance until they become US citizens.

1.4.7. PS applicants who are not US citizens will not be enlisted.

1.4.8. Individuals who have dual citizenship may be enlisted into the Air National Guard, however they will not be placed into an Air Force Specialty Code (AFSC) that is identified as "Alien Ineligible". Also, they will not be eligible for a security clearance until they denounce their citizenship of the other country.

**1.5. Physical Standards.** All applicants will meet the medical standards contained in AFI 48-123 and Weight/Body Fat Program standards in accordance with ANGI 40-502, *The Weight and Body Fat Management Program*.

1.5.1. All Prior Service applicants are subject to the retention standards of AFI 48-123, Attachment 2, provided they have been separated 180 days or less and have a current physical (within last five years), and a Standard Form (SF) 93, *Report of Medical History*, with complete documented medical history, which has been completed within the last six months or, if separated from the Air Force, active or reserve component, a current Preventive Health Assessment (PHA)/Reserve Component Periodic Health Assessment (RCPHA) within 12 months; a current AF 422, *Physical Profile Serial Report*, must be within 12 months; and a current health history, SF 507, Medical Record - Report on ______ or Continuation of SF overprint or RCHRA. Applicants separated for more than 180 days are subject to enlistment standards as indicated in AFI 48-123, Attachment 3.

1.5.2. Any applicants not meeting continued military service or enlistment standards will not be enlisted. Waivers may only be requested by military physicians supporting the enlistment of the individual with a narrative summary. Signed SF 88, *Report of Medical Examination*; SF 93; or completed MEPS physicals, DD Form 2807, *Report of Medical History*, DD Form 2808, *Report of Medical Examination*, are acceptable for evaluation of physical qualification. When physical qualification in accordance with AFI 48-123 is in question, supporting medical documents must be submitted. (Paragraph **2.1.7.**)

**1.6. Age Requirements for Enlistment.** All applicants, except where otherwise specified in this chapter, are required to meet the following standards:

1.6.1. Non-Prior Service (NPS). Applicant must be at least 17 years old, but not have reached age 35 on date of enlistment. Parental consent is required for those persons who are 17, but less than 18 years of age, unless married. (See DD Form 1966, Section VII, Items 39 and 40) WAIVERS OF THIS PROVISION WILL NOT BE GRANTED.

1.6.2. Prior Service (PS). Applicants will not be enlisted unless they have sufficient, documented, creditable PS for retirement purposes to enable them to accrue 20 years of creditable service for retirement upon reaching age 60 in accordance with Title 10 USC 12731. WAIVERS OF THIS PROVISION WILL NOT BE GRANTED.

**1.7. Aptitude and Educational Requirements.** All Aptitude and Educational Requirements for entry into the ANG are listed in **Table 1.1.** and **Table 1.2.**

**1.8. Applicants with Dependents.** Service in the ANG and the USAF entails potential sacrifice in the form of frequent training periods, duty away from family members in the event of Mobilization, the demands of shift work, and 24-hour availability to accomplish the mission. For applicants (PS or NPS) use **Table 1.4.**, to determine eligibility. Prior service personnel enlisting from another service component, and no break in service, do not require a waiver.

**1.9. Other Requirements for Enlistment.** All applicants must agree in writing to a Military Service Obligation (MSO), ANG Service Commitments in accordance with ANGI 36-2101, *Assignments within the Air National Guard,* (see Chapter 5, Table 5.1.), training requirements (if applicable), satisfactory participation requirements, and status as a member of the ready reserve. NPS members enlisting in the ANG will commence Initial Active Duty Training (IADT) within 270 days of enlistment, will not exceed 365 days. Extensions beyond this period will not be granted. The provisions of this paragraph do not apply to those who enlist with the intent of going to Academy of Military Science (AMS) rather than Basic Military Training (BMT).

**1.10. Applicants Ineligible to Enlist.** The criteria for determining ineligibility of applicants, or conditions that require specific authority for enlistment are contained in **Table 1.3.** All telephone or e-mail inquires/questions concerning ineligibility criteria for enlistment will be addressed to the State or Territory Recruiting and Retention Superintendent (RRS). The Recruiting and Retention Superintendent in turn may call Air National Guard, Personnel Management Section (ANG/DPFOM) for further information or clarification.

**1.11. Personnel Security Investigations.** Security clearance investigations will be submitted in accordance with AFI 31-501, *Personnel Security Program Management*, Attachment 3. The processing of all security clearances will be a coordinated effort between the Recruiter, the Military Personnel Flight (MPF), the projected Unit Security Manager and Security Forces Squadron.

1.11.1. Security Clearance Requirements. Recruiters are responsible for providing enlistees with the appropriate Electronic Personnel Security Questionnaires (EPSQ).

1.11.1.1. A National Agency Check, Local Agency Checks and Credit Check (NACLC), or Single Scope Background Investigation (SSBI) will need to be initiated on all NPS members. The type of security clearance will be based on individual career field classification. All first time NPS military accessions require a NACLC, and the NACLC will be used to access secret information. An SSBI will be initiated if the member is going to require access to Top Secret information (A NACLC will not be initiated if Top Secret access is required). The projected Unit Security Manager will ensure the completed EPSQ is submitted to the Security Forces Squadron, with notification of the submission to the MPF no later than 3 working days after enlistment. The member should not report to basic training without a completed EPSQ, which has been validated and submitted by Security Forces. Check with the Security Forces Squadron for EPSQ status.

1.11.1.2. A National Agency Check, Local Agency Checks and Credit Check (NACLC), a Single Scope Background Investigation (SSBI) or a Periodic Re-investigation will be initiated on all PS members. PS applicants, who previously held a security clearance, will need to have the security clearance verified by Security Forces Squadron prior to initiating the paperwork. If the PS applicant has not had a break in service longer than 24 months, Security Forces will research and determine if the clearance can be reinstated. If the break is longer than 24 months, the member must initiate the appropriate paperwork. The projected Unit Security Manager will ensure the completed paperwork is submitted to Security Forces Squadron, with notification of the submission to the MPF no later than 3 working days after enlistment. Check with the Security Forces Squadron on the status on prior clearance and EPSQ status.

1.11.2. Security clearance processing. MPF enlistment representatives are responsible for ensuring members initiate their EPSQ, with the projected Unit Security Manager as part of their in processing. The projected Unit Security Manager must ensure the completed forms are forwarded to the Security Forces Squadron no later than 3 workdays after enlistment. Security Forces will track progression of submitted forms until the investigation has been completed.

**1.12.** Terms of Enlistment. An individual who enlists in the ANG must concurrently enlist as a Reserve of the Air Force in the same grade for a period equal to his/her ANG enlistment. The term of enlistment for all NPS applicants will be for a period of not less that 6 years see **Table 1.5.**

**1.13. Grade Determination, Non-Prior Service Personnel (NPS) and Prior Service (PS) Enlisted Personnel.** For NPS personnel, use **Table 1.6.**, for PS personnel, use **Table 1.7.**

**1.14. Grade Determination, Former Commissioned Officers:**

1.14.1. Former commissioned officers with no prior enlisted service may be enlisted in the ANG and as a Reserve of the Air Force up to the grade of E-5, lower grade is at the discretion of the commander.

1.14.2. Former commissioned officers with prior enlisted service may be enlisted in the highest permanent enlisted grade held or E-5, whichever is higher, lower grade is at the discretion of the commander. (See **Table 1.7.**, Note 6.)

**1.15.** Date of Rank. For determining the appropriate date of rank for enlistment into the Air National Guard (ANG) use **Table 1.8.**

**1.16. Enlistment of Applicants with Prior Service:**

1.16.1. Normally, applicants who can substantiate satisfactory PS may be enlisted. Refer to **Table 1.9.**, to determine the qualifying or disqualifying reentry code (RE). The purpose of this table is to allow the enlistment of members who have previously served satisfactorily as a member of the United States Armed Forces. Enlistment waivers should not be processed unless specifically authorized by the table or there are extenuating circumstances (e.g., RE codes obviously issued in error). When considering an applicant for a waiver, you must consider their overall service record and the manner in which this service was performed.

1.16.2. An applicant whose NGB 22, *Report of Separation and Record of Service*, shows no positive statement indicating he/she is eligible for reenlistment will not be enlisted until the reason for discharge/separation is verified. If the reason for discharge was for cause, the applicant will not be enlisted unless a waiver is authorized under **Table 1.3.** If a waiver is not authorized, applicants should be encouraged to submit requests for correction of military records as indicated in **Table 1.9.**, Note 3 in order to qualify for enlistment. All telephone or e-mail inquires/questions concerning **Table 1.3.** and **Table 1.9.**, will be addressed to the State or Territory RRS. The RRS in turn may call ANG/DPFOM for further information or clarification.

1.16.3. Applicants who do not have 84 days of AD/IADT and who have completed a recognized BMT course, may be enlisted and immediately placed on AD/IADT for the balance of the 84 day period when approved by The Adjutant General (TAG). A 2-week military orientation course will not be considered as a recognized BMT. All applicants who have not completed a recognized BMT course will be required to attend USAF BMT. Unit Training Assembly (UTA) will not be considered as qualified duty time.

1.16.4. PS Navy Reserve or United States Coast Guard applicants who attended an orientation course and have completed 5 or more consecutive years of satisfactory service, are eligible for enlistment up to the grade of E-5, lower grade is at the discretion of the commander.

**1.17. Key Employee Certificate of Availability:**

1.17.1. There is no requirement to obtain a Certificate of Availability from all members who are federal employees. A key position is a government or statutory civilian position, which requires at least 90 days of specialized training or experience in a federal, state, or local government agency or

defense-supporting industry. There is a requirement to obtain a Certificate of Availability of Key Employees (**Figure 1.2.**) on those applicants who have been designated in a category as a key federal employee. A key employee is a civilian employee of a federal, state, or local government agency or defense-supporting industry who is in a key position for which no qualified replacement is immediately available, and whose duties cannot be reassigned to other employees. A Certificate of Availability is required to verify that recall to military duty would not seriously impair the functioning and continuity of the employing agency or industry with regard to:

1.17.1.1. Production and research vital to the national defense effort.

1.17.1.2. Activities necessary to the maintenance of the national health, safety, or interest.

1.17.2. Key employee status is determined by the employer. If an employer notifies a unit that a member is a key employee, the member must be reassigned to the appropriate section at the Air Reserve Personnel Center (ARPC) in accordance with AFI 36-3209, *Separation and Retirement Procedures for Air National Guard and Air Force Reserve Members*, within 90 days unless the employer rescinds the designation or an appeal is approved.

1.17.3. If designated a key employee (**Figure 1.3.**) by their employer, a member who wants to stay in the unit may:

1.17.3.1. Ask the commander for help in resolving the matter with the employer.

1.17.3.2. Ask the commander to file an appeal based on military needs. The appeal will be processed only if the commander can be assured that the member will be a usable resource at mobilization. This appeal must be filed within 30 days after the receipt of the employer's notification that the individual is a key employee, and sent to the TAG for approval/disapproval.

1.17.4. The commander's endorsement must verify the information that has been provided by the member. Each higher commander should either:

1.17.4.1. Recommend approval based on overriding military need and forward the appeal to the next higher headquarters, or:

1.17.4.2. Disapprove the appeal and send it back through channels to the unit commander who must then inform the member.

1.17.5. An appeal is filed by the member within 30 days after receipt of the employer's notification. The member must recognize that an appeal is to maintain membership in the Guard and not to challenge an employer's decision that a position is key. The member's civilian employment must not be placed in jeopardy. An appeal must include but is not limited to:

1.17.5.1. A statement of the member's desire to remain in the Air National Guard.

1.17.5.2. A statement that the matter could not be resolved with the employer.

1.17.5.3. A summary of the actions which have been taken to resolve the matter with the employer. If the member prefers that the agency not be contacted, the member should so state.

1.17.5.4. The member's primary and secondary AFSC, and the authorized grade and AFSC of the position to which assigned.

1.17.5.5. A summary of the member's participation, to include the number of good years service for retirement.

1.17.5.6. An appropriate statement of the essentiality and of the military necessity of remaining a member of the unit. This area should be jointly worked with the military supervisor or commander.

1.17.5.7. A statement on assignment in a mobility position, and if the assignment has appropriate back up with member not currently filling a mobility position number.

*NOTES:*

1. The Federal Emergency Management Agency determines which business firms are defense supporting and surveys members of the Ready Reserve who are in key positions.
2. Key employees of the Federal Aviation Administration will not be approved for continued membership. Members with a statutory participation requirement (MSO) will be processed in accordance with AFI 36-3209.

**Table 1.1. APTITUDE REQUIREMENTS FOR ENLISTMENT**

| RULE | A | B | C |
|---|---|---|---|
| | **If applicant is** | **Then administer** | **For minimum qualifying scores of:** |
| 1. | Non-prior Service | a current version of the ASVAB (Notes 2., 3., and 6.) | 31 or higher on the AFQT. Must meet all AFSC criteria and a minimum aptitude index as shown in AFMAN 36-2108, *Enlisted Classification*, for career field subdivision in which considered for enlistment. |
| 2. | Prior Service | a current version of the ASVAB (Notes 1., 2., 4., 5., and 7.) | |

*NOTES:*

1. Applicants who separated prior to implementation of the automatic ASVAB conversion (Jul 86) must have their scores converted or be retested prior to enlistment. Those who were separated after Jul 86 have already had their scores converted, and their scores are valid for ANG enlistment.
2. A NPS individual who can furnish documentary proof of completion of any version of the ASVAB within the preceding two years and who meets minimum requirements in Column C is exempt from retesting.
3. ASVAB scores attained by junior and senior high school students are valid for two years from date of test.
   3.1. Applicants who fail to qualify for enlistment may retest after 30 days has elapsed. If they fail to qualify again, they may retest 30 days after the second test. Thereafter they may not retest until 6 months from date of the third test.
   3.2. When applicants (PS or NPS) are tested/retested, the resulting scores become the score of record.
4. If there is a break in service, all PS applicants with AFQT scores of 30 or below must retest prior to being enlisted. If they attain a higher score, they may be enlisted. The retest becomes the score of record. A waiver of the minimum AFQT score will not be permitted.
5. The AFQT requirement does not apply to immediate reenlistment/extension of PALACE CHASE applicants, PALACE FRONT applicants, USAFR transfers, current ANG members or ANG members transferring from one state to another in accordance with paragraph **2.1.9.2.**
6. Prior service or non-prior service applicants enlisting for the sole purpose of being commissioned are not required to take an ASVAB, unless they fail to obtain a commission.
7. Prior service ANG/USAFR/USAF personnel enlisting into a previously held AFSC will not be required to retest as long as they qualify with a 3-skill level or higher. Appropriate skill level will be determined in accordance with AFI 36-2101, *Classifying Military Personnel (Officers and Airmen).*

**Table 1.2. EDUCATIONAL REQUIREMENTS FOR ENLISTMENT**

| R U L E | A | B |
|---|---|---|
| | **If applicant is:** | **The minimum education requirement is:** |
| 1. | Non-prior Service (Note 1.) | High school graduate or equivalent |
| 2. | Prior Service; (not currently in the ANG) (Notes 1. and 2.) | |
| 3. | Non-prior Service in high school senior year (Note 3.) | Official statement from school officials that individual has or will obtain sufficient acceptable credits to be awarded a high school diploma |

*NOTES:*

1. Applicants in mental Category 1 (93-99) or mental Category 2 (65-92) may be enlisted without a high school diploma or equivalent. Applicants enlisted without a high school diploma or equivalent must also meet classification requirements in accordance with AFMAN 36-2108.
2. Air Force (AF) prior service or PALACE CHASE/FRONT personnel may be enlisted without a high school diploma or equivalent provided they have obtained a 3-skill level or higher.
3. Prior to departure for BMT, a copy of the high school diploma will be included in the Unit Personnel Record Group (UPRG). The MPF will ensure the high school diploma is updated in MILPDS.

**Table 1.3. ENLISTMENT INELIGIBILITY FACTORS**

| RULE | A | B |
|---|---|---|
| | **INELIGIBILITY FACTOR** | **EXPLANATION/DETERMINATION GUIDELINES** |
| 1. | Morally Unacceptable (Category 1 Offenses) (**Attachment 2**) | (1) A person convicted by civilian court of an offense punishable by death or convicted of one or more Category 1 offenses. (Note 1.)<br><br>(2) A person under restraint (See **Attachment 1** for definition) (Note 1.)<br><br>(3) Has questionable moral character, or with a history of anti-social behavior (including history of psychosis), frequent difficulties with law enforcement agencies, transexualism and other gender identity disorders, exhibitionism, transvestitism, voyeurism, and other paraphilic, or homosexual or bisexual conduct. (See **Attachment 1** for explanation of ANG policy on homosexual conduct and eligibility determination procedures). (Note 1.) |
| 2. | Morally Unacceptable (Category 2, 3, 4, and 5 Offenses) (**Attachment 2**) (Note 4.) | Persons convicted by a civilian court under circumstances as indicated below:<br><br>(1) First Offense, Category 2. (Note 2.)<br><br>(2) First offense DUI/DWI only, Category 2. (Note 3.)<br><br>(3) Two or more offenses in Category 2. (Note 2.)<br><br>(4) One or more offenses in Category 3. (Note 3.)<br><br>(5) Two convictions or adverse adjudications in the last three years, or three or more convictions or adverse adjudications of Category 4, in a lifetime. (Note 3.)<br><br>(6) Conviction or adverse adjudication of 6 or more Category 5 offenses in a 365-day period in the last three years. (Note 5.) |

| RULE | A<br>INELIGIBILITY FACTOR | B<br>EXPLANATION/DETERMINATION GUIDELINES |
|---|---|---|
| 3. | Juvenile Delinquents (No Waivers to Category 1 Moral Offenses, **Attachment 2**) | An adjudication that a person is, or has been a juvenile delinquent, youthful offender, wayward minor, or an equivalent determination by a court having jurisdiction over juvenile is not a bar to enlistment if the applicant is currently eligible.<br><br>Prior to enlistment, all applicants will be asked if they have ever been in custody of juvenile authorities or caused to appear before a court having jurisdiction over juvenile cases. If admitted or suspected, enlistment will be held in abeyance pending complete investigation of the facts of the case. Investigation and request for waiver will be made in accordance with **Chapter 5**.<br><br>Requests for waiver of juvenile delinquency will be submitted to the state Adjutant General, but not until restraint has been terminated, if applicable. (Note 3.) |
| 4 | Without SSN | Self-explanatory. (Note 1.) |
| 5. | High school students | Except those in their senior year at time of application for enlistment. (See **Table 1.2.**, Rule 3.) (Note 1.) |
| 6. | Conscientious objectors | Self-explanatory. (Note 1.) |
| 7. | Persons against whom charges have been filed | If persons have criminal charges filed or pending against them alleging a violation of state or federal statute but whom, as an alternative to further prosecution, indictment, or incarceration for such violation, are granted a release from the charge by a court on condition that they will apply and are accepted for enlistment or continued in their present military status. (Note 3.)<br><br>Unpaid fines are a bar to enlistment. (Note 1.)<br><br>If a fine has been paid in reference to the charge, a waiver is required prior to enlistment. (Note 3.)<br><br>EXCEPTION: Category 1 offenses. (Note 1.) |

| RULE | A<br>INELIGIBILITY FACTOR | B<br>EXPLANATION/DETERMINATION GUIDELINES |
|---|---|---|
| 8. | Willfully/intentionally failed to register with the Selective Service required by law | Self-explanatory. (Note 1.) |
| 9. | Persons under parole, probation, or suspended sentence | Self- explanatory. (Note 1.) (See **Attachment 1**, Terms). |
| 10. | Under the influence of alcohol or drugs (Title 10 USC 504) | Persons who are under the influence of alcohol or drugs any time during the accession process will not be processed. (Note 1.) |
| 11. | Drug/alcohol testing (Title 10 USC 978) | Applicants who refuse to be tested will not be enlisted. (Note 1.) |
| 12. | Positive test for illegal substances | Applicants who test positive are permanently barred from enlistment. (Note 1., paragraph **1.1.6.**, and **Attachment** 7) |
| 13. | Drug users/Drug abusers/ Self-Admission | 1. Pre-Service Marijuana usages. (Paragraphs **1.1.5.**, **2.7.6.**, and **Attachment** 7)<br><br>2. Self-Admission to drug involvement. (**Attachment** 7) |
| 14. | Alcoholics/Alcohol Rehabilitation Program | 1. Persons known to be addicted to alcohol. (Note 1.)<br><br>2. Individuals who have documentation indicating successful completion of rehabilitation program, who have maintained sobriety for a minimum of two years and are medically qualified. (Note 3.) |
| 15. | Human Immuno-deficiency Virus (HIV) Positives | Applicants with serologic evidence of HIV infection as a result of Western Blot Test or medically confirmed HIV Infection. (Note 1.) |
| 16. | Mental illness | A person with a documented history of mental illness. (Note 1.) |

| RULE | A<br>INELIGIBILITY FACTOR | B<br>EXPLANATION/DETERMINATION GUIDELINES |
|---|---|---|
| 17. | Excessive or detracting tattoos/ brands | Applicants who fall under any of the following categories are ineligible for enlistment: (Note 1. applies to each)<br><br>1. Tattoos/brands anywhere on the body that are obscene, advocate any type of sexual, racial, ethnic or religious discrimination.<br>2. Tattoos/brands that are prejudicial to good order and discipline or that are of a nature that tends to bring discredit upon the USAF/ANG are prohibited in and out of uniform. Using uniform items to cover unauthorized tattoos/brands is not an option.<br>3. Any tattoos/brands that are visible above the collarbone and readily visible when wearing an open collar uniform.<br>4. Any combination of tattoos/brands that exceed one fourth or more of the surface of the exposed body part, when exposed from any type of military uniform or detract from a proper military image. |
| | Body Alteration or Modifications | Body Alteration or Modifications. If it is intentional and results in a visible, physical effect that would detract from a professional image. (Notes 1. and 10.)<br><br>In questionable cases, forward digital photograph(s) to ANG/DPFOM for enlistment eligibility determination. (Note 2.) |
| 18. | Separated from last period of service with separation pay | Persons whose last report of separation shows that separation pay was received from other than a physical disability. (Not applicable to Special Separation Benefit (SSB)/Variable Separation Incentive (VSI) (Note 7.) |
| 19. | Any applicant having one or more dependents under age 18 | See **Table 1.4.** and paragraph **1.8.**, for eligibility determination and waiver processing procedures. (Note 3.) |

| R U L E | A<br>INELIGIBILITY FACTOR | B<br>EXPLANATION/DETERMINATION GUIDELINES |
|---|---|---|
| 20. | Separated from last service for physical disability | A person separated by reason of physical disability from a prior period of service with any of the Armed Forces.<br><br>Waiver may be requested by ANG Clinic personnel through TAG to ANG/DPFOM. ANG/DPFOM will forward to ANG, Surgeon General Operations (ANG/SGO). The original copy of the physical plus two copies will accompany each waiver request.<br><br>If approved by ANG/SGO, applicant is eligible to enlist. |
| 21. | Certain family members | For policy governing family members see ANGI 36-2101. (Note 2.) |
| 22. | Deserters | Deserter from any branch of the Armed Forces. (Note 1.) |
| 23. | Non US Citizen | (1) An alien who has not been lawfully admitted to the United States for permanent residence. (Paragraphs **1.4.6.**, **1.4.7.**, and Note 1.)<br><br>(2) Dual citizenship see paragraph **1.4.8.**<br><br>(3) For those who received their naturalized citizenship after discharge from military service see paragraph **1.4.1.3.** (Note 3.)<br><br>(4) For those who have not received their citizenship since their discharge from military service see paragraph **1.4.7.** and **Table 1.9.** (Note 10.) |
| 24. | National security risk | A person who admits or whose available records show engagement in any acts designed to destroy or weaken the United States. In addition, a person will be denied enlistment if their acceptance is not clearly consistent with the interest of the national security in accordance with AFI 31-501. (Note 1.) |
| 25. | Service academy students | Students of any United States military academy. (Note 1.) |

| RULE | A<br>INELIGIBILITY FACTOR | B<br>EXPLANATION/DETERMINATION GUIDELINES |
|---|---|---|
| 26. | Reserve Officer Training Corps (ROTC) students | Students enrolled in the advanced course of Air Force ROTC, Army ROTC, or Naval ROTC or scholarship students in these programs. Does not include those enrolled in AFROTC courses under the sponsorship of a state program that uses Air Force ROTC as a commissioning source. (Note 1.) |
| 27. | Members who have a "4" profile in any area of the PULHESX Criteria or on a AF 422 | Are ineligible for enlistment in the ANG. (Note 1.) Exception: 4T Profile for pregnancy. (Note 3.) |
| 28. | Active service personnel | (1) Any member of the Armed Forces, other than ANG, while in active federal service. (Note 1.)<br><br>(2) Applicants approved for and assessed as Palace Chase in accordance with AFI 36-3205, *Applying for the PALACE CHASE and PALACE FRONT Programs*, are exempt. |
| 29. | Persons previously separated or discharged by reason of dependency or hardship from any of the Armed Forces | Waivers may be requested if the circumstances that caused the hardship discharge have been removed.<br><br>The fact that immediate re-entry on AD would not cause recurrence of the hardship condition must be conclusively established.<br><br>If hardship waiver is approved, the waiver of the RE Code that designates hardship discharge also is waived. (Note 3.) |
| 30. | Persons last separated from extended AD military service or any reserve component | A former member of the US Armed Forces who received any discharge other than an honorable discharge for the last period of service; or whose discharge was due to: Unfitness, Inaptitude, Fraud, Misconduct, or Unsuitability. Source of verification is DD Form 214, *Certificate of Release or Discharge from Active Duty*, or the appropriate separation/discharge documentation issued by the previous service component. (Note 1.).<br><br>See **Table 1.9.**, for eligibility and ineligibility criteria concerning reenlistment codes. |

| RULE | A<br>INELIGIBILITY FACTOR | B<br>EXPLANATION/DETERMINATION GUIDELINES |
|---|---|---|
| 31. | Officers | Persons who currently hold a commission or warrant in any Armed Forces of the United States. (Note 1.) |
| 32. | Officers removed from Active Duty for cause | Former officer separated from AD for unsuitability, misconduct, in lieu of court-martial/administrative board action, asked to show cause for retention, or other factors that indicates officer left under unfavorable terms. (Note 1.) |
| 33. | Personnel who retired from Active Duty as a member of the US Armed Forces | Person receiving retirement or retainer pay from any branch of the Armed Forces, except that special authority may be extended by the Secretary of the Air Force in certain critical specialties to permit enlistment of airmen retired from the Regular Air Force under the provisions of Title 10 USC 8914 after completion of 20, but less than 30 years service. (See ANGI 36-2101) (Note 2.) |
| 34. | Members assigned to the retired reserve pending attainment of age 60 for Title 10 USC 12731 retirement | Members of retired reserve not receiving pay. (Note 9.) |
| 35. | Certain professional students | Persons without prior service who are enrolled in a course of graduate study or training leading to a doctoral degree in medicine, dentistry, podiatry, veterinary medicine, osteopathy, or optometry. (Note 1.) |
| 36. | BMT eliminees for medical reasons | Persons who were previously eliminated from AF BMT or its equivalent in any other armed force for medical reasons. (See Rule 20.)<br>Waiver may be submitted through TAG to ANG/DPFOM when evaluation shows that the disqualifying medical condition no longer exists. ANG/DPFOM will forward to ANG/SGO. |
| 37. | Eliminees from BMT other than medical | Persons who were previously eliminated from AF BMT or its equivalent in any other armed force for other than medical reasons. (Note 2.) |
| 38. | Former service personnel separated for failure to meet training requirements | Persons previously discharged for failure to meet minimum military, technical, or academic training requirements imposed as conditions of enlistment. Does not include applicants separated from a DEP. (Notes 2., 6., and 8.) |

| R U L E | A<br>INELIGIBILITY FACTOR | B<br>EXPLANATION/DETERMINATION GUIDELINES |
|---|---|---|
| 39. | Former members of the Army or Air National Guard | Persons not recommended for reenlistment by entry on last National Guard Bureau (NGB) Form 22, Report *of Separation and Record of Service.* (Notes 2. and 6.)<br><br>Persons who received an RE-3 <u>from the ARNG</u>, the following will have to be determined:<br><br>(1) If the reason for discharge/separation was within the members control. (Notes 2. and 8.)<br><br>(2) If the reason for discharge/separation was beyond the members control. (Notes 3. and 8.)<br><br>(3) If reason for discharge/separation was due to State Statutes. (Notes 3. and 8.)<br><br>Unsatisfactory Participants see Rule 48. |
| 40. | Prior Service members discharged for drug abuse | Members discharged from any component through drug ID process. (Note 1. and **Attachment 7**, Part I, Item **A7.1.2.6.**) |
| 41. | Members who have previously enlisted in the US Armed Forces, but have not completed full BMT program | Individuals are ineligible to enlist if they have not completed an entire BMT program of at least six weeks in one of the US military services, to include 84 days of AD/IADT for training (does not include UTAs) (Note 3.).<br>Member must be placed on AD/IADT to complete 84 days consecutive training (Title 10 USC 12103.).<br><br>Navy Reserve and Coast Guard members who attended an orientation course and have completed 5 or more years consecutive satisfactory service may be enlisted up to the grade of E-5. (See paragraph **1.16.4.**) |
| 42. | Prior service personnel with lost time | Persons who have 5 days or more lost time during their last period of active federal service under Title 10 USC 972 or prior corresponding provision of the law. (Note 3.) |

| RULE | A<br>INELIGIBILITY FACTOR | B<br>EXPLANATION/DETERMINATION GUIDELINES |
|---|---|---|
| 43. | Prior service personnel in grade of E-4 or below | Prior service applicants in pay grade of E-4 after 10 or more years of AD or active reserve service, or prior service applicants separated in pay grade of E-3 or below after 6 years of AD or active reserve. (Note 3.) |
| 44. | Members who cannot attain 20 years for retirement purposes by age 60 | Members who do not have sufficient, documented, creditable service for retirement purposes to enable them to accrue 20 years of creditable service for 10 USC 12731 retirement upon reaching age 60, unless a waiver was previously granted by ANG/DPFOM. (Note 1.) |
| 45. | Conviction of "Crime of Domestic Violence"<br>(See **Attachment 1**, Terms) | Individuals with a qualifying conviction of domestic violence, which occurred prior to or after 30 Sep 96. To determine if a particular conviction meets the domestic violence crime criteria, consult with the local SJA, who will assist with the determination. (See **Attachment 6**, Part III, Item **A6.3.1.**) (Note 1.) |
| 46. | Served in other country's armed forces | (Note 1.) |
| 47. | Former Members of the Peace Corps | See ANGI 36-2101, paragraph 2.6. |
| 48. | Unsatisfactory participants | (Note 1.) |
| 49. | Individuals not retained under state selective retention programs | Members who are not retained under state selective retention programs. (Notes 2. and 6.) |
| 50. | Individuals discharged/separated due to failure on a Weight/Body Fat Program | Prior Service applicants will be provided the current Weight/Body Fat Standards in accordance with ANGI 40-502. They must provide a signed letter from their private civilian physician/dietician stating they have lost and maintained their weight/body fat for 6 months since being discharged. (Note 3.) |

*NOTES:*

All waivers will be submitted in accordance with **Chapter 5, Figure 5.1.**, and must include all pertinent additional documents. Copies of an approved waiver will be permanently attached to the DD Form 4.

1. No waiver will be permitted.
2. Submit a waiver request to ANG/DPFOM.

3. The waiver authority is TAG, and must be in writing. This waiver authority will not be delegated below TAG.
4. If the incident occurred while the member was in the Armed Forces and punishment was received under Article 15 or other judicial/administrative action and is otherwise qualified for enlistment under **Table 1.9.**, no waiver required. (RE code must be an enlistable code; no exceptions.)
5. Waiver authority is TAG and may be delegated to the installation commander.
6. Waiver must be submitted through and favorably endorsed by the Commander or Director of Personnel and TAG, to ANG/DPFOM, see **Chapter 5, Figure 5.1.** Waiver requests must include extensive documentation that details extenuating circumstances that lead to their discharge under these categories. The member must also provide documentation that proves those circumstances will not re-occur (this must include three letters of recommendation from reputable citizens in the community (other than relatives), civic leaders, church leaders, etc. Waivers of these categories are exception to policy and will only be approved on an infrequent basis under uncommon circumstances.
7. MPF personnel must brief applicant that when/if retirement eligibility occurs, previous separation payments to applicant may be retrieved from the applicants retirement pay.
8. Those last separated from the ANG or ARNG must first apply for review in accordance with state statutes.
9. An Exception to Policy (ETP) waiver may be submitted to ANG/DPFOM. The following information is provided:
   9.1. Members of the Retired Reserve who have not reached maximum service and are not receiving retired pay may request unit assignments. The member applies by submitting an application (AF 1288, *Application for Ready Reserve Assignment*) to the Air National Guard recruiter who forwards the application through the gaining MPF to the unit and wing commander. This process is not waiver to enlistment, but an exception to policy. ANG/DPFOM must then review for final determination. Former enlisted member must not have exceeded the mandatory age requirement (Age 60).
   9.2. Headquarters Air Reserve Personnel Center, Director of Personnel (HQ ARPC/DP) is the approval authority for the transfer of any member from the retired reserve, in accordance with AFI 36-2115, *Assignments Within the Reserve Components,* Chapter 1, Paragraph 1.18. Processing time is a minimum of two weeks.
   9.3. Members must meet the following criteria:
   9.3.1. Must be assessed to fill a valid vacancy, will not be assigned excess.
   9.3.2. Must be fully qualified in Duty Air Force Specialty Code (DAFSC).
   9.3.3. Must be physically qualified.
   9.3.4. Will not be assessed as overgrade.
   9.3.5. The application will include:
   9.3.5.1. Cover letter. Follow the format in **Chapter 5, Figure 5.1.**, must be titled "Exception to Policy Enlistment of Retired Reserve Member".
   9.3.5.2. A completed AF 1288.
   9.3.5.3. Record of current physical examination.
   9.3.5.4. Copy of member's retirement order.

9.3.5.5. Letter signed by the gaining commander justifying the assignment and manning statistics.
9.3.5.6. Indorsement by State Adjutant General or designated representative.
9.3.5.7. NGB 22.
9.3.5.8. Copies of other documents relevant to the request.
9.3.6. Each request will be forwarded to ANG/DPFOM, 1411 Jefferson Davis Hwy, Arlington, VA 22202-3231. Faxed copies will be accepted. ***NOTE:*** Once HQ ARPC/DP approves the request, the Assignments Section will contact the servicing MPF with the approval and request a copy of the DD Form 4. Upon receipt of the DD Form 4, the record will be projected HQ ARPC in MILPDS.

10. Individuals who intentionally alter or modify any part of their bodies in order to achieve a visible, physical effect that disfigures, deforms, or otherwise detracts from a professional image. Examples include (but are not limited to) tongue splitting or forking, tooth filing, acquiring visible or disfiguring skin implants.

**Table 1.4. Enlistment Eligibility Based Upon Dependency Status Of Applicants**

| R U L E | If applicant is: | A<br>and the | B<br>then member is: |
|---|---|---|---|
| 1. | Divorced/ Separated | applicant has custody of two or more dependents with no prior service | ineligible (Notes 1. and 3.) |
| 2. | | applicant has custody of dependents and has prior service with dependents as a single member | eligible (Notes 2. and 6.) |
| 3. | Married with more than two dependents | spouse is military | ineligible (Notes 1. and 3.) |
| 4. | Single | applicant has no prior service with dependent(s) | ineligible (Notes 1. and 3.) |
| 5. | | applicant has prior service with dependent(s) | eligible (Notes 2., 4., 5., and 6.) |

*NOTES:*

1. Member must be thoroughly briefed on family care responsibilities in accordance with AFI 36-2908, *Family Care Plans,* and complete AF 357, *Family Care Certification.* This will be forwarded to the Wing Commander or their designee for approval.
2. Member must be thoroughly briefed on family care responsibilities in accordance with AFI 36-2908 and complete AF 357. No Wing Commander approval is necessary.
3. Waiver authority is TAG, and must be in writing.
4. Applicants who, upon separation from active status, were single member parents require no waiver if they are:
   4.1. Otherwise qualified for enlistment;
   4.2. Were a single member parent on active status at the time of separation from the armed forces, regardless of how the person became a single parent; and
   4.3. Dependency was not a factor in the person's discharge or release from active status.
5. Single prior service applicants with dependents who, at the time of separation, were married to a military member will qualify for enlistment with a TAG waiver.
6. The need for a court order to release custody of children in order to qualify for enlistment would only apply to prior service applicants who were discharged due to dependency complications. Applicants will be required to complete **Figure 1.4.**, before enlisting. Dependent care arrangement requirements for reenlistment/extension are contained in AFI 36-2908. Completion and verification of dependent care arrangements by personal contact with the care provider will be made prior to enlistment by Unit Commander, First Sergeant or Military Personnel Flight (MPF) Chief.

**Table 1.5. Terms of Enlistment**

| R U L E | A<br>If the applicant is | B<br>Possesses an MSO? | C<br>Then enlist for: |
|---|---|---|---|
| 1. | Non-prior service | Yes | 6 years (Note 1.) |
| 2. | Prior service | Yes/No | 3 or 6 years (Notes 2. thru 6.) |

*NOTES:*

1. The remaining two years of an eight year Military Service Obligation (MSO) will be served as a member of the Obligated Reserve Section (ORS), in accordance with AFI 36-2115, Chapter 5, Paragraph 5.3.1.1, Table 5.1., Rule 38.
2. AFI 36-3205, applies to the enlistment of PALACE CHASE applicants. The term of enlistment is a minimum of twice the length (years, months, and days) of the unfulfilled AD service commitment or term of enlistment, but may neither be less than one nor more than 6 years. Members who physically relocate from another state may enlist for the remaining years, months, and days of the unexpired PALACE CHASE contract, but not less than one year.
3. At the commander's discretion, ANG members from another state may be enlisted for years, months, and days to complete the time remaining on their current enlistment contract, but not less than one year.
4. Member enlisting in an AFSC which requires formal training and in which they are not qualified must enlist for a minimum of three years and agree to attend technical training unless a classification waiver is obtained.
5. Prior service applicants who have never been members of the ANGUS are eligible for a one year enlistment, and this applies only to an initial ANG enlistment. Applicants retraining into a career field with a mandatory technical training school are not eligible for this enlistment.
6. Rules reflect minimum terms required for examples above, and may not apply for other programs such as incentives, Montgomery G.I. Bill (MGIB), etc.