**Table 1.6. Grade Determination for Non-Prior Service Enlistees**

| R U L E | A | B |
|---|---|---|
| | **If applicant: (Note 1)** | **The enlistment grade authorized is:** |
| 1. | Presents General Billy Mitchell Award certificate showing successful completion of the CAP training program. (Note 2.) | E-3 |
| 2. | Has completed one or more years of college ROTC and possesses a letter of recommendation from the ROTC detachment commander. | |
| 3 | Has satisfactorily completed the entire 3-year high school junior ROTC program, is a high school graduate, presents official certificate of completion from the service component or the school conducting the program. (Note 2.) | |
| 4. | Is a former service academy student with at least one year of service. | |
| 5. | Enlists into an AFSC listed in AFI 10-201, *Status of Resources and Training System*, Table 3.1. (Notes 2.) | |
| 6. | Has at least 45 semester hours or at least 67-quarter hours of accredited junior college/college credits. (Note 4.) | |
| 7. | Has satisfactorily completed at least two years of high school ROTC program, is a high school graduate, and presents written evidence of program participation from the service component or the school conducting the program. (Note 2.) | E-2 |
| 8. | Is a former service academy student with over 90 days of service but less than one year. (Note 3.) | |
| 9. | Has at least 20 but less than 45 semester hours or at least 30 but less than 67 quarter hours of accredited junior college/ college credits. (Note 4.) | |
| 10. | Recipients of the Boy Scout Eagle Award or the Girl Scout Gold Palm. (Note 2.) | |
| 11. | Other than above. | E-1 |

*NOTES:*

1. Documents presented after enlistment processing is completed may not be used as a basis for changing the enlistment grade, except as specifically authorized in Note 2. (NO WAIVERS WILL BE CONSIDERED) Every effort must be made to ensure the applicant is enlisted into the appropriate grade at the time of the enlistment process. Advise appli-

cants who present documents for a higher enlistment grade after enlistment to submit a request to the Air Force Board for Correction of Military Records.

2. An individual enlisted in the senior year of high school will be enlisted in grade E-1. A high school senior will not enlist into any grade higher than E-1, there will be no exceptions. Immediately upon graduation from high school and upon receipt of the required documents, the individual may be promoted to the grade reflected in Column B, with an effective date of graduation. These actions must be completed prior to entry into Basic Military Training. This process will be incorporated as part of the out-processing procedures for attendance at BMT. ANG recruiters will brief the new member that it is the new member's responsibility to bring their high school diploma or acceptable high school credential in upon graduation/completion of high school. The recruiter will ensure an MPF Career Enhancement representative receives a copy of the diploma/credential. Failure to complete this action will result in the individual appealing to the Air Force Board for Correction of Military Records using DD Form 149, Application for Correction of Military Records.
3. Unless separated for cause or highest grade held was E-1.
4. Certification of completed college semester hours is required. Examples are a certified college transcript or a validated letter from the college.

**Table 1.7. Grade Determination for Prior Service Enlistees. (Note 8.)**

| R U L E | A | B | C |
|---|---|---|---|
| | **If applicant enlists;** | **and last served in** | **Highest enlisted grade** |
| 1. | Prior to sixth anniversary of Date of Separation (DOS) | Air Force component | Grade held on separation (Notes 1., 2., 4. through 7.) |
| 2. | Prior to sixth anniversary of Date of Separation (DOS) | Other than an Air Force component | Maximum Grade: SSgt/E5 (Notes 1. through 7.) |
| 3. | After sixth anniversary of Date of Separation (DOS) | Any component | Maximum Grade: SSgt/E-5 (Notes 2. through 7.) |

*NOTES:*

1. The grades listed in Column C are highest grades authorized for enlistment, provided all other provisions of this instruction, ANGI 36-2502, *Promotion of Airmen*, and ANGI 36-2101, such as the requirement for an authorized UMD vacancy (sole occupant) prior to enlistment of an individual in the grades of E-6, E-7, E-8, and E-9. Enlistments at the grade of E-6 and above into a valid unit vacancy, will require a written recommendation from the gaining Unit/Squadron Commander. The recommendation will be forwarded to the Wing/CC for final approval before enlistment.
2. Individuals up through the grade of E-5 may be enlisted regardless of UMD vacancy.
3. These are maximum grades for enlistment; lower grade determination is at the commander's discretion.
4. Prior service applicants who qualify for enlistment in pay grade E-4 will be enlisted as senior airmen, even if the applicant previously held NCO status in an Air Force component.
5. Refer to **Table 1.8.**, to determine time-in-grade/date of rank/grade effective date.
6. Former commissioned officers with no prior enlisted time may be enlisted up to E-5/Staff Sergeants. Those with prior enlisted service may be enlisted in highest enlisted grade held or E-5/Staff Sergeant; whichever is higher, see paragraph **1.14.**, Refer to **Table 1.8.**, to determine date of rank. Warrant officers are considered commissioned officers for enlistment purposes.
7. For PS Naval Reservist or United States Coast Guard applicants see paragraph **1.16.4.**
8. If the individual holds or has held a grade higher than the Unit Manning Document (UMD) position authorized, enlist the member at that higher grade, and then immediately demote to the grade authorized on the UMD under the provision of ANGI 36-2503, *Administrative Demotion of Airmen*. The higher grade held at the time of enlistment will not be updated in MILPDS, only the grade to which the individual was demoted. All time in grade at the higher grade held prior to the demotion action will be documented on the DD Form 4, Section 8b. Example: MSgt (E-7) with a date of rank of 1 January 1990 enlisted on 30 August 2002, then demoted to TSgt (E-6). Entry in section 8b: Time in

Grade as MSgt (E-7) 1 January 1990 to 29 August 2002. This procedure will allow the adjustment of DOR, when the member is subsequently promoted back to the grade previously held.

**Table 1.8. Date of Rank Adjustment. (Note 5.)**

| RULE | A | B |
|---|---|---|
| | **If applicant is:** | **Then Date of Rank (DOR) will be:** |
| 1. | Currently an enlisted member of United States Air Force, Air Force Reserve, or Air National Guard | The same as that currently held. |
| 2. | A former enlisted member of the AF, USAFR, or ANG | The same DOR as held adjusted to deduct breaks in regular or reserve service. (Notes 1. through 4.) |
| 3. | Former commissioned officer (any branch) | Date of enlistment. (Note 4.) |
| 4. | All other US services | The same DOR as held adjusted to deduct breaks in regular or reserve service. (Notes 1. through 4.) |

*NOTES:*

1. The date of rank adjustment will be accomplished and entered into MILPDS within 5 workdays of the enlistment. No date of rank adjustment will be permitted after the date of enlistment (NO WAIVERS WILL BE CONSIDERED).
2. If a date of rank adjustment is not accomplished on the date of enlistment, the member will be required to submit an appeal to the Air Force Board for Correction of Military Records using DD Form 149, Application for Correction of Military Records using DD Form 149.
3. The Date of Rank adjustment will be documented on the DD Form 4, Section 8b.
4. The Current Grade Effective Date will be the Date of Enlistment (DOE).
5. All telephone or e-mail inquires/ questions concerning **Table 1.8.**, will be addressed to the State or Territory RRS. The RRS in turn may call ANG/DPFOM for further information or clarification.

**Table 1.9. Acceptability Of Applicants With Previous Military Service. (Note 11.)**

| (NOTE: This table must be used in conjunction with paragraph 1.1.1.) | | | |
|---|---|---|---|
| R U L E | A | B | C |
| | **If last period of documented service was in the** | **and entry in RE Code on DD Form 214 is: (Notes 1., 2., and 3)** | **Then, if otherwise qualified, applicant may** |
| 1. | Air Force | 1, 1J, IT, 3A, 3C, 3D, 3E, 3I, 3J, 3S, 3V, 4M | Enlist (Notes 1., 2., 3., 4., 6., 7., 8., and 10.) |
| 2. | Army | 1, 1A, 1B, 1C, 2, 2A, 2B, 3, 3A, 3S, 3V | Enlist (Notes 1., 2., 3., 4., 9., and 10.) |
| 3. | Marines | Recommended for reenlistment: 1A,1B, 3S, 3V | Enlist (Notes 1., 2., 3., 4., and 10.) |
| 4. | Navy | Recommend for reenlistment: 1, 3K, 3E, 3S, 3R, 3T, 3U, 3X, 5, 7, R1 | Enlist (Notes 1., 2., 3., 4., and 10.) |
| 5. | Coast Guard | Recommend or eligible for reenlistment: R1, 1, 3J, 3X | Enlist (Notes 1., 2., 3., 4., and 10.) |
| 6. | Other than Air Force | Other than Rules 3., 4., 5., and 6., or no entry | Not enlist (Notes 1., 2., 3., 4., 5., 7., and 10.) |
| 7. | Any Reserve component of the US. | | (Notes 1., 2., 3., 4., 5., 7., and 10.) |
| 8. | Air National Guard or Army National Guard | and entry on the last issued NGB 22 is a bar to enlistment/reenlistment or no entry, then see notes 1., 2., 3., 4., 5., 7., 8., 9., 10., and **Table 1.3.** | |

*NOTES:*

1. If unable to verify reason for separation, ask applicant what they believe was the reason for separation and forward eligibility verification request to the ANG Liaison Office, ATTN: DARP-PPR-L, St. Louis MO 63132-5200. If response from the ANG Liaison Office confirms a bar to enlistment, see Note 2. If unable to verify reason for discharge after checking with ANG Liaison Office, discontinue enlistment. Applicants last separated from a Delayed Enlistment Program (DEP) for failure to enlist in the Regular Component are NPS and may be enlisted if otherwise qualified.

2. An entry in RE code block other than those identified in Column B is a bar to enlistment. Waivers should be considered only when there is very clear evidence that the RE code was issued in error, member was discharged under hardship, insufficient retainability, or other similar non-misconduct type situation. Forward waivers as necessary. Otherwise, advise applicant of procedures in Note 3.

3. Persons who were last separated from the US Armed Forces with a characterization of discharge or condition of separation that is a bar to enlistment should be advised of the procedure for review of discharge (AFI 36-3202, *Separation Documents*, Attachment 5). Favorable action by a discharge review board may make the applicant eligible for enlistment if otherwise qualified. Applicant may obtain DD Form 293, *Application for Review of Discharge or Dismissal from the Armed Forces of the United States*, from any armed forces installation or the Federal Records Center (MPF-AF), 9700 Page Boulevard, St Louis, Missouri, 63132.
4. If separated for hardship, see **Table 1.3.**, rule 29.
5. If last period of documented service was in any reserve component, eligibility determination will be verified through appropriate component or through appropriate separation documentation. If eligibility determination cannot be made at the local level, forward all available information and documents to ANG/DPFOM for final determination.
6. A waiver may be requested if an individual was separated with an Honorable Discharge and a DD Form 214 or DD Form 215, *Correction to DD Form 214, Certificate of Release or Discharge from Active Duty*, RE Code of 2/91, 3/91, 4, 15, 20, which was issued under the authority of AFI 36-3208, *Administrative Separation of Airmen*, AFI 36-3209 and AFI 36-3017, *Special Duty Assignment Pay (SDAP) Program.*
7. If the individual has an RE Code 2 Series and were discharged:
   7.1. Voluntarily (e.g., expiration of term of service, early release program, and similar releases), then the individual must appeal to the Air Force Board for Correction of Military Records using DD Form 149, Application for Correction of Military Records, under the provisions of Title 10 US Code, Section 1552.
   7.2. Involuntary separated with RE Code 2 Series member must appeal to the appropriate discharge review board using DD Form 293. Normally, these individuals have RE Code 2B or 2C, or 2P if separated prior to 14 Jan 83.
8. RE Code 4D and 4E can be waived by The Adjutant General after complete review of the applicant's records. Also, the member's file must not reflect any derogatory information on his/her records, e.g., UIF, Article 15, Control Roster action, etc. Applicants who received separation pay of any type, require TAG waiver and must be briefed by MPF personnel that when/if member becomes retirement eligible; separation pay may be collected from the member's retirement pay.
9. RE Code 3 is only valid if the following SPD codes are used (applies to single digit RE 3 ONLY):
   9.1. JCC/KCC/LCC/MCC - Reduction in Force
   9.2. KCA/MCA - Voluntary Separation
   9.3. MCF/KCF - Early release for Schooling
   9.4. MDF - Pregnancy
   9.5. KDS - Defective enlistment
   9.6. LBK - Voluntary / Expiration of Term of Service.
10. PS applicants discharged regardless of RE code for "Failure to obtain citizenship" may be considered for enlistment, if they are able to meet the following requirements:
   10.1. Applicant possesses a valid INS document indicating current approved residency

does not expire within the proposed period of enlistment.
10.2. Applicant applies for citizenship prior to enlistment.
10.3. Applicant must obtain citizenship during initial enlistment.
10.4. Applicant must possess or be eligible for a secret clearance.

11. All telephone or e-mail inquires/ questions concerning **Table 1.3.**. through **Table 1.9.**, will be addressed to the State or Territory RRS. The RRS in turn may call ANG/DPFOM for further information or clarification.

**Figure 1.1. Enlistment Questionnaire.**

In connection with my enlistment in the (State/Territory) Air National Guard, I certify that the following is a true and correct statement of eligibility for enlistment in accordance with current requirements of ANGI 36-2002.

1. Have you ever been involved, arrested, indicted, or convicted for any violation of civil or military law, including nonjudical punishment pursuant to Article 15 of the Uniform Code of Military Justice (UCMJ) or minor traffic violations?
Yes______ No _______ (Initials)

2. Are you a conscientious objector? (A conscientious objector is defined as one who refuses to serve in the Armed Forces or bear arms on the grounds of moral or religious principles.) Yes______ No______ (Initials)

3. Are you a sole survivor? Yes______ No______ (Initials)

4. If you are an immigrant alien who enlisted on or after 1 June 1983, have you since that time acquired US citizenship status? Yes______ No______ (Initials)

5. Are you currently enrolled in the advanced course of Air Force ROTC, Army ROTC, or Naval ROTC, or are you a scholarship student in these programs?

Yes______ No______ (Initials)

6. Have you ever been separated or are you pending separation from any branch of the uniformed services for cause? Yes_______ No_______ (Initials)

7. Have you engaged in any act or acts designed to destroy or weaken the United States? Yes______ No______ (Initials)

8. Are you under investigation by military or civilian authorities?

Yes______ No______ (Initials)

9. Are you under the influence of drugs or alcohol? Yes____ No_____ (Initials)

10. Have you ever tested positive for an illegal drug/substance?
Yes _____ No_____(Initials)

11. Are you an alcoholic? Yes______ No______ (Initials)

12. If you are an alcoholic, are you in a rehabilitation program?
Yes______ No______ (Initials)

13. Have you ever completed a drug and/or alcohol rehabilitation program?
Yes______ No______ (Initials)

14. Do you have a history of mental illness? Yes______No______ (Initials)

___________________________________

Signature of Applicant/Date

___________________________________

Signature of ANG Recruiter/Date

*NOTE:* Giving false or misleading information which may affect your eligibility for enlistment and may result in separation from the (State) Air National Guard on the basis of fraudulent/erroneous enlistment.

Distribution: (Original) UPRG (1) Applicant (1) State File

**Figure 1.2. Certificate of Availability of Key Employees.**

**(Appropriate Letterhead)**

Date:

MEMORANDUM FOR (Guard Unit /Address)

FROM: (Agency)

SUBJECT: Certificate of Availability of Key Employee

I concur in the Ready Reserve assignment of (name/military grade/SSN) who is employed as (job title of civilian position GS grade, etc., at (location of civilian employment).

In the event of a partial or full mobilization, the member will be available for active military duty. I certify that this agency will not request a delay in the entry on active military duty with the Air National Guard if alerted or ordered to AD/IADT during a period of national emergency as declared and authorized under current law.

I understand that this certificate remains effective for the period the above named person maintains their membership in the Air National Guard unless withdrawn by this agency by letter of notification to the Commander of the Air National Guard unit of assignment.

I further understand that this letter cannot be withdrawn if the member is either alerted or involuntarily ordered to AD as a result of an emergency proclaimed by the President or declared by Congress or as a result of any involuntary call to AD ordered by the President under provisions of law.

________________________________________

(Signature of supervisor or other designated official)

Type name of supervisor and title of position

**NOTES:**

1. This certificate is prepared in a single copy on official letterhead stationery and signed by the member's supervisor or other designated official authorized to certify to the availability of the employee.
2. Properly completed and signed, the letter is forwarded to the Air National Guard unit of assignment and filed in the member's UPRG.
3. Member must obtain a new certificate each time their position as a Key Employee changes.

Distribution: (1) UPRG (1) Commander (1) Member (1) Employer

**Figure 1.3. Military Status of Key Employee.**

**(Appropriate Letterhead)**

Date:

MEMORANDUM FOR (Appropriate ANG Unit Commander)

FROM: (Agency)

SUBJECT: Military Status of Key Employee

This is to certify that the employee named below occupies a key position requiring a minimum of 90 days of specialized training or experience and which:

a. Is necessary to the mobilization or emergency functions of this agency or firm; or,
b. Is essential to the continuity of operations or the leadership of this agency or firm.

There is a current shortage of qualified personnel within this agency or firm to the extent that no adequate replacement exists for this employee and the duties cannot be reassigned to other employees. It is therefore recommended that they not be considered available for active military duty in a national emergency under the provisions pertaining to Key Employees contained in your ANGI 36-2002.

Pertinent data as to the employee is as follows:

a. Name of employee (last, first, middle initial).
b. Social Security Number.
c. Military grade.
d. Military unit to which assigned.
e. Title of employee's civilian position.
f. Salary level (rounded to nearest whole) of civilian position.
g. Date hired or assigned to position.
h. Statement if employee has or has not been notified of this action.

________________________________________

(Signature, Typed name and title of department chief, agency, office or director of personnel office of defense supporting industry)

Distribution: (1) UPRG (1) Member (1) Commander (1) Employer

**Figure 1.4. Dependency Statement for Enlistment.**

I hereby acknowledge that no representative or agent including any recruiter of the (state's name) Air National Guard has in any way convinced me to give up custody of my minor dependents in order to qualify for Air National Guard membership. I have been advised that in addition to meeting the enlistment requirements as they pertain to dependency, I must meet all other requirements which include, but are not limited to: physical condition, test scores, background, qualifications for a specific job, tenure on a waiting list as maintained by the unit of application, availability of a quota to allow me to attend Basic Military Training and Technical Training School (if applicable) along with other governing enlistment criteria.

I realize that if I am required to give up custody of minor dependents that does not assure my enlistment in the (State's name) Air National Guard. I understand that, in order to enlist, I may not now or in the future, have other disqualifications, which would prevent my enlistment.

The recruiters have advised me against giving up custody of my minor dependents. I realize that once I give up custody, the possibility exists that another person or persons may attempt to gain (or regain) custody of said dependents.

I hereby waive any claim I now have or may hereafter acquire against the (State's name) Air National Guard, its agents or representatives including any recruiters by reason of foregoing, and hereby release the (state's name) Air National Guard, its agents and representatives including recruiters, from any and all liabilities which may arise from any advice given to me concerning my decision and options involving custody of my minor dependents.

TYPED NAME OF APPLICANT AND SSN ________________________________________

________________________________ ________________________

(Signature) (Date)

NAME OF WITNESS ________________________________________

(Signature)______________________________

I certify that the above individual signed this of his/her own free will.

TYPED NAME OF WITNESS ________________________________________

(Signature)______________________________

DATE

THIS FORM ONLY TO BE USED FOR MEMBERS REQUIRED TO OBTAIN COURT ORDER in accordance with **Table 1.4.**

## Chapter 4

## REENLISTMENT, EXTENSION AND STATE-TO-STATE TRANSFERS

**4.1. Voluntary Reenlistment or Extension of Enlistment.** When an individual desires to continue in his/her ANG status without a break in service, they may request to reenlist or extend their current enlistment. This request will be initiated by the member to their commander. No individual will be reenlisted or extended without the concurrence of the commander. A commander may approve or deny reenlistment or extension to any member of their command. Continued retention in the ANG is a command prerogative and is not an inherent right of any individual.

4.1.1. Extensions will be for a minimum period of 6 months and a maximum period of 4 years per extension. More than one extension is authorized on a current enlistment contract. However, the total of all such extensions on the current enlistment contract will not exceed four years. (Title 10 USC 509) Exceptions to this rule not listed in **Table 4.2.**, require approval by ANG/DPFOM. Retention beyond age 60 is not authorized except under paragraphs **4.1.3.** or **4.1.4.**, below. Extensions will be accomplished in four copies using the NGB 66, *Extension of Enlistment in the Air National Guard and as a Reserve of the Air Force.*

4.1.2. The terms of reenlistment within the ANG may be for a period of 3, 4, 5, or 6 years. (see **Table 4.3.**)

4.1.3. A member may not extend an enlistment/reenlistment to qualify for the ANG Incentive Program.

4.1.4. An individual who will not be qualified for retirement under Chapter 67, Title 10, USC upon reaching age 60, but will qualify before attaining age 62, and is otherwise qualified for retention, may be extended for the number of years, months, and days required to qualify for retirement. This provision applies only when a waiver for retention beyond age 60 in accordance with this instruction was granted by ANG at the time of enlistment. Otherwise action will be taken to affect the discharge of the member at the end of their current enlistment. This type of extension request will be forwarded to ANG/DPFOM for final action.

4.1.5. Retention beyond age 60 is not authorized if a member is then qualified for retired pay under Chapter 67, Title 10, USC Exceptions for extensions beyond age 60 for retirement eligible members for the purpose of qualifying for a technician annuity will be approved on a case by case basis by ANG/DPFOM. The Human Resources Office (HRO) at State Headquarters will indorse waivers of this nature.

4.1.6. Members who are hospitalized, temporarily physically disqualified, or pending a medical/physical evaluation board, may be extended beyond age 60. Justification for extension should be submitted through the unit commander to TAG, in letter format. Request must include, as a minimum, synopsis of the problem, prognosis, and anticipated get well/completion date. The synopsis must be from a military provider.

4.1.7. Members enrolled in Phase I (not making satisfactory progress) and while on the 90-Day Health Improvement Period (HIP) in accordance with ANGI 40-502, at ETS will not be permitted to reenlist. Waivers may be granted by TAG for a period not to exceed the time it will take to achieve the maximum allowable weight/body fat measure standard at the established rate of weight loss (mini-

mum extension is 6 months). Members enrolled in Phase II, (making satisfactory progress) may reenlist for a period of 3, 4, 5, or 6 years.

4.1.8. Extensions of enlistment become effective the day following current ETS. Members cannot reenlist any earlier than 90 days prior to their ETS. (Exceptions do exist within the Montgomery G.I. Bill (MGIB) Program as outlined by ANG/DPFOM. Waivers (other than exceptions noted) must be approved by ANG/DPFOM prior to reenlistment.

**4.2. ANG State-to-State Transfers.** When an ANG member indicates a desire to transfer to another ANG unit in a different state, the losing state will supply the gaining state with an affiliation packet containing the following: a list of ANG units in the state the member wishes to transfer to, recruiting points of contact in that state, conditional release form (AF 1288) a copy of the latest record review RIP, last AF 526, *ANG/USAFR Point Credit Summary*, DD Form 93, *Record of Emergency Data*, DD Form 214s and NGB 22s, copies of all promotion orders, most current RCPHA within 12 months, latest physical, latest direct deposit form and any other pertinent or necessary documents. The only enlistment document required to be accomplished by the gaining state is a new DD Form 4. State transferees must meet retention physical standards; if the members RCPHA is due, then a current RCPHA must be completed prior to enlistment. Members may be assessed in accordance with ANGI 36-2101. When the new member transfers, the gaining state will code that member as overgrade or excess (if applicable) in MILPDS.

4.2.1. A State-to-State transfer must meet Weight/Body Fat Management Program (WBFMP) standards. If the member does not meet Weight/Body Fat standards, the applicant will normally not be allowed to enlist under these circumstances, the ANG recruiter will contact the losing unit to determine if the member is enrolled in WBFMP. If the applicant is currently enrolled, the gaining unit commander must be notified of their current status in the WBFMP. The final decision on accepting the member will be that of the gaining unit commander.

4.2.2. Members may be assessed in accordance with ANGI 36-2101.

**4.3. Separation from the ANG and Assignment to Air Reserve Personnel Center (ARPC), Non-Affiliated Reserve Section (NARS).** For the purpose of transfer to the Retired Reserve, the member must have at least six months retainability in the Military Personnel Data System (MILPDS) at time of ANG separation. A person with less retainability may be administratively extended for an appropriate period to affect the transfer to the Retired Reserve. Administrative extensions contracted solely for this purpose may be accomplished without ANG/DPFOM approval. This action will ensure ARPC sufficient time to take the administrative actions required to transfer an ANG airman to the Retired Reserve before the member's ETS. This action is also necessary for members who are over fifty-nine and one-half years of age. Members will not perform any active or inactive duty, with or without pay, after their 60th birthday.

**4.4. Involuntary Extension of Enlistment.** An enlistment may be involuntarily or administratively extended for the purpose of allowing sufficient time for conclusion of a trial or investigation for a violation of the Uniform Code of Military Justice (UCMJ) or the State Military Code (see **Table 4.2.**, Rule 9.), or to allow sufficient time for a member who is hospitalized, temporarily physically disqualified, or pending a medical/physical evaluation board (see **Table 4.2.**, Rule 12.), or when affected by the provisions of "Stop-Loss" or due to Mobilization. (see **Table 4.2.**, Rule 10.)

4.4.1. Members may be extended, at the discretion of The Adjutant General, when a member has been denied reenlistment and has a pending complaint or grievance in their behalf, that will not be adjudicate prior to their ETS. In this instance, the member will be extended for six months or until adjudication is received.

4.4.2. Do not involuntarily retain a member beyond ETS for the processing of an administrative discharge action as outlined in AFI 36-3209.

**4.5. NGB 66, Extension of Enlistment in the Air National Guard and as a Reserve of the Air Force.** Instructions for completing the form are located on the reverse and are self-explanatory, except as follows:

4.5.1. Involuntary administrative extension for the purpose of allowing sufficient retainability under the provisions of "Stop-Loss", for the conclusion of a trial or investigation due to a violation of the Uniform Code of Military Justice (UCMJ) or the State Military Code: If the member is not available for signature or refuses to sign, type the following statement: "NOT AVAILABLE FOR SIGNATURE - SEE REMARKS." In the remarks section type the following explanation: "Administrative extension to accommodate the 6 months' retainability requirement for the purpose of (state reason) in accordance with ANGI 36-2002."

4.5.2. Administrative extensions may be accomplished for the following reasons: hospitalized, temporarily physically disqualified, pending a medical/physical evaluation board or retirement retainability. Have the member sign the completed form, if capable. If the member is unavailable, unable, or refuses to sign, type the following statement: "NOT AVAILABLE FOR SIGNATURE - SEE REMARKS." The Commander or Director of Personnel may sign the form and in the remarks section type the following: "Administrative extension to (state reason)."

**4.6. NGB 17,** ***Statement for Reenlistment/Extension in the Air National Guard:*** Will be completed for all reenlistments and extensions.

**4.7. AF 2030, USAF Drug and Alcohol Abuse Certificate:** Will be completed for all reenlistments and extensions in the Air National Guard.

**4.8. DD Form 4, Enlistment or Reenlistment Agreement - Armed Forces of the United States.** This form will be used if member is reenlisting. Type this form for each applicant who reenlists in accordance with **Attachment 3**. Ensure that each entry is accurate and verified by the applicant or by substantiating documents.

**4.9. Terms of Reenlistment.** An individual who reenlists in the ANG must concurrently reenlist as a Reserve of the Air Force in the same grade for a period equal to their ANG reenlistment. (See **Table 4.3.**)

**4.10. NGB 22, Report of Separation and Record of Service.** This form is not mandatory for members who immediately reenlist; therefore a form does not need to be completed unless requested by the member. If an NGB 22 is requested, complete the form in accordance with ANGI 36-3201, *Air National Guard Separation Documents*.

**4.11. Reenlistment/Extension Questionnaire (Figure 4.1.).** This mandatory questionnaire will be completed for all reenlistments and extensions.

**Table 4.1. Reenlistment and Extension Ineligibility Factors**

| RULE | A | B |
|---|---|---|
| | **INELIGIBILITY FACTOR** | **EXPLANATION/DETERMINATION GUIDELINES** |
| 1. | Morally Unacceptable (Category 1 Offenses, see **Attachment 2**) | (1) A person convicted by civilian court of an offense punishable by death or convicted of one or more Category 1 offenses. (Note 1. and 6.)<br><br>(2) A person under restraint. (See **Attachment 1**, Terms) (Note 1. and 6.)<br><br>(3) Has questionable moral character, or with a history of anti-social behavior (including history of psychosis), frequent difficulties with law enforcement agencies, transexualism and other gender identity disorders, exhibitionism, transvestitism, voyeurism, and other paraphilic, or homosexual or bisexual conduct. (See **Attachment 1** for explanation of ANG policy on homosexual conduct and eligibility determination procedures) (Note 1. and 6.) |
| 2. | Morally Unacceptable (Category 2, 3, 4, and 5 Offenses, see **Attachment 2**) (Note 4.) | Persons convicted by a civilian court under circumstances as indicated below:<br>(1) First offense, Category 2. (Note 2.)<br><br>(2) First offense DUI/DWI only, Category 2. (Note 3.)<br><br>(3) Two or more offenses in Category 2.(Note 2.)<br><br>(4) One or more offenses in Category 3. (Note 3.)<br><br>(5) Two convictions or adverse adjudications in the last three years, or three or more convictions or adverse adjudications of Category 4, in a lifetime. (Note 3.)<br><br>(6) Conviction or adverse adjudication of 6 or more Category 5 offenses in a 365-day period in the last three years. (Note 5.)<br><br>**EXCEPTION**: Note 2., applies for waivers on applicants being reenlisted or extended for subsequent appointment. |
| 3. | Persons under parole, probation, or suspended sentence | (See Note 1. and **Attachment 1**, Terms) |

| RULE | A<br>INELIGIBILITY FACTOR | B<br>EXPLANATION/DETERMINATION GUIDELINES |
|---|---|---|
| 4. | Members under investigation by military or civilian authorities (including Office of Special Investigation (OSI)) pending the outcome of which may result in administrative discharge processing | When ETS is imminent, and members are under investigation, they may voluntarily extend their enlistment for 6-month periods using this rule as authority and following the procedures in this instruction to remain as members in the ANG until the case is decided. If they elect not to extend and the commander chooses not to extend them involuntarily, they will be separated on ETS and reenlistment is barred. (Appropriate comment will be made on NGB 22, Remarks). (Note 1.) (**Table 4.2.**, Rule 3.) |
| 5. | Under the influence of alcohol or drugs (Title 10 USC 504) | Persons who are under the influence of alcohol or drugs will not be processed. (Note 1.) |
| 6. | Drug users/Drug abusers | Members identified through the drug identification process are ineligible to extend/reenlist. (Note 1) |
| 7. | Alcoholics/Alcohol Rehabilitation Program | 1. Persons known to be addicted to alcohol. (Note 1.)<br><br>2. Individuals who have documentation indicating successful completion of a rehabilitation program, who have maintained sobriety for at least two years and are medically qualified. (Note 3.) |
| 8. | Mental illness | A person with a documented history of mental illness. (Note 1.) |
| 9. | National security risk | Persons who admit or whose available records show that they have engaged in any act or acts designed to destroy or weaken the United States. In addition, persons will be denied reenlistment if the acceptance is not clearly consistent with the interest of national security in accordance with AFI 31-501. (Note 1.) |
| 10. | Immigrant alien members | Immigrant aliens who enlist in the ANG must acquire US citizenship status during their initial enlistment to be eligible for reenlistment/extension. (Note 1.) |
| 11. | ROTC Students | Students enrolled in the advanced course of Air Force ROTC, Army ROTC, or Naval ROTC or scholarship students in these programs. (Note 1.)<br><br>This does not include those enrolled in Air Force ROTC courses under the sponsorship of a state program that uses Air Force ROTC as a commissioning source. |

| RULE | A<br>INELIGIBILITY FACTOR | B<br>EXPLANATION/DETERMINATION GUIDELINES |
|---|---|---|
| 12. | Not selected for retention | Individuals not selected for retention. (see **Table 1.3.**, Rule 48., Notes 2., 7.) |
| 13. | Members who cannot attain 20 years for retirement purposes by age 60 | PS personnel (Note 1) see **Table 1.3.**, Rule 44., unless otherwise as stated in paragraphs **4.1.3.** or **4.1.4.** |
| 14. | Conviction of "Crime of Domestic Violence"<br>(See **Attachment 1**, Terms) | Individuals with a qualifying conviction of domestic violence, which occurred prior to or after 30 Sep 96. To determine if a particular conviction meets the domestic violence crime criteria, consult with the local Staff Judge Advocate (SJA), who will assist with the determination. (See **Attachment 6**, Part III, Items a, b, d through l) (Note 3) |

*NOTES:*

1. No waivers will be permitted.
2. A waiver request will be submitted to ANG/DPFOM in accordance with **Chapter 5**. Copies of an approved waiver will be permanently attached to the DD Form 4/NGB 66 to which they pertain and filed in the Unit Personnel Record Group.
3. The waiver authority is TAG or designee, and must be in writing in accordance with **Chapter 5**. Copies of an approved waiver will be permanently attached to the DD Form 4/NGB 66 to which they pertain and filed in the Unit Personnel Record Group.
4. If the incident occurred while the member was in the Air National Guard and punishment was received under Article 15 or other judicial/administrative action and the member is otherwise qualified for reenlistment/extension, no waiver is required.
5. The waiver authority is TAG, who may delegate to installation commander.
6. Category 1 offenses are a bar to reenlistment/extension, no matter when the offense was committed.

**Table 4.2. Terms of Extension/Exceptions/Categories**

| RULE | A | B |
|---|---|---|
| | **If applicant is:** | **Then extend for (Notes 2., 3., 6., 7., and 8.):** |
| 1. | Requesting to continue ANG status without a break, but not reenlisting | The time requested by the member. (see paragraph **4.1.** and Notes 6. and 7.) |
| 2. | Selected for service commitment that requires specific retainability. | See ANGI 36-2101, Table 5.1., for extension requirements. (see Note 6.) |
| 3. | An airman who accepts a Statutory/Active Guard Reserve (AGR) Tour or accepts a subsequent Statutory/AGR Tour. | A period that will coincide with an active duty tour that will not exceed four years. (see Note 6). For AD tours over four years see **Table 4.3.**, Rule 1. |
| 4. | Weight/Body Fat Management Program (ANGI 40-502). | A period not to exceed the time to achieve maximum allowable weight/body fat measure standard. (see paragraph **4.1.7.** and Note 8.) |
| 5. | MGIB-Selected Reserve (SR) | The number of years, months, and days that total a 6 year SR commitment from the date of eligibility. (Note 1.) |
| 6. | MGIB-Selected Reserve (SR) Kicker | The number of years, months, and days that total a 6 year SR commitment from the date of eligibility. (Note 1.) |
| 7. | An individual who will not be qualified for retirement upon reaching age 60, but will qualify before attaining age 62. | Member may be extended for the number of years, months, and days required to qualify for retirement. (see paragraph **4.1.4.**) (Waiver for retention beyond age 60 must have been granted by ANG at the time of enlistment) |
| 8. | An individual who is a technician who is extending for the purpose of qualifying for a technician annuity. | Waiver must be submitted to ANG/DPFOM for consideration. (see paragraph **4.1.5.**) |
| 9. | An airman whose ETS occurs while under investigation or awaiting trial for violation of the UCMJ or State Military Code. | Involuntarily extend for a period sufficient to allow for conclusion of the trial or investigation. (AFI 36-3209, paragraph 3.6. and this instruction, paragraph **4.5.1.** and Note 3.) |
| 10. | Affected by "Stop-loss" Provision (Title 10 USC 12305). | Member will be involuntarily extended. (see paragraph **4.5.1.** and Notes 3., 5., and 9.) |

| R U L E | A<br>If applicant is: | B<br>Then extend for (Notes 2., 3., 6., 7., and 8.): |
|---|---|---|
| 11. | An airman under age 60 separating from the ANG and assigned to ARPC (Non-Affiliated Reserve Section (NARS)) for the purpose of transfer to the retired reserve. | At least six months past the effective date of reassignment. (see paragraph **4.3.** and **4.5.2.**) |
| 12. | An airman who is hospitalized, temporarily physically disqualified, or pending a medical/physical evaluation board (MEB or PEB). | A period that will allow sufficient time for a medical determination. (see paragraph **4.5.2.** and Note 4) |

*NOTES:*

1. Member will be required to complete an Air National Guard Service Commitment Agreement.
2. Member may extend ANG enlistment for a period of at least 6 months to coincide with the MSO.
3. No extensions may be executed for a period of less than 6 months.
4. Documentation must be provided from the servicing Medical Treatment Facility (MTF) to the MPF stating the anticipated date of medical release. For a member whose medical condition will extend beyond their 60th birthday, the extension request must be forwarded through the chain of command to ANG/DPFOM for approval and update in MILPDS.
5. Complete the NGB 66, include in Remarks Section in accordance with the appropriate Title 10 USC and ANGI 36-2002 as the authority for the extension. The following procedures will apply:
   5.1. Ask the member sign form.
   5.2. If the member refuses or is unavailable to sign the form, annotate it accordingly and have the commander sign the NGB 66.
   5.3. Extensions should reflect the duration of the applicable 10 U.S.C Statute directing the order for Selective Mobilization, Presidential Reserve Call-up (PRC), Partial Mobilization, Full Mobilization or Total Mobilization.
6. Extensions will be for a minimum period of six months and a maximum of 4 years per extension.
7. The total of all extensions will not exceed 4 years on the current enlistment contract.
8. Minimum extension period is 6 months and waiver must be submitted in writing to TAG.
9. Members affected by Stop-Loss should be released from an involuntary extension immediately upon the lifting of the Stop-Loss Provision (Title 10 USC 12305).

**Table 4.3. Terms of Reenlistment**

| R U L E | A | B |
|---|---|---|
| | **If applicant is:** | **Then reenlist for:** |
| 1. | Participating in Statutory Tour or AGR Program | A period that will coincide with their Active Duty tour. |
| 2. | An airman who is reenlisting within 30 days or less prior to ETS. | A period requested by the member and approved by the unit commander. The effective date of reenlistment will occur the next day after current ETS.<br><br>Example: ETS is 30 Jan 02, member reenlists on 11 Jan 02 for three years; their new Date of Enlistment (DOE) will be 31 Jan 02 and their ETS will become 30 Jan 05.<br><br>Reenlistment documents will not be forwarded to ARPC prior to the effective date of reenlistment. |
| 3. | An airman who is reenlisting within 31 to 90 days prior to ETS.<br><br>Exception: An airman drawing a bonus is ineligible to reenlist/ extend under this rule. | A period requested by the member and approved by the unit commander. The effective date will occur on the date of the reenlistment. (Note 1.)<br><br>Example: ETS is 30 Jan 02; member reenlists on 14 Dec 02 for three years, their new Date of Enlistment (DOE) will be 14 Dec 02 and their ETS will become 13 Dec 05. |

*NOTE:*

1. Persons who are participants in the ANG Incentive Program are ineligible to reenlist until completion of the contract for which they enlisted with the incentive, unless such reenlistment is to qualify for attendance at an in-residence training school or state educational benefits (not MGIB).

**Figure 4.1. Reenlistment/Extension Questionnaire**

In connection with my reenlistment/extension in the (State/Territory) Air National Guard, I certify that the following is a true and correct statement of eligibility for enlistment in accordance with current requirements of ANGI 36-2002, **Attachment 2**.

1. Have you been involved, arrested, indicted, or convicted for any violation of civil or military law, including nonjudical punishment pursuant to Article 15 of the UCMJ or minor traffic violations during your current Term of Enlistment/Extension? Yes______ No _______ (Initials)

2. Are you a conscientious objector? (A conscientious objector is defined as one who refuses to serve in the Armed Forces or bear arms on the grounds of moral or religious principles.)
Yes______ No______ (Initials)

3. Are you a sole survivor? Yes______ No______ (Initials)

4. If you are an immigrant alien who enlisted on or after 1 June 1983, have you since that time acquired US citizenship status? Yes______ No______ (Initials)

5. Are you currently enrolled in the advanced course of Air Force ROTC, Army ROTC, or Naval ROTC, or are you a scholarship student in these programs?

Yes______ No______ (Initials)

6. Have you engaged in any act or acts designed to destroy or weaken the United States?
Yes______ No______ (Initials)

7. Are you under investigation by military or civilian authorities?

Yes______ No______ (Initials)

8. Are you under the influence of drugs or alcohol? Yes____ No_____ (Initials)

9. Are you an alcoholic? Yes______ No______ (Initials)

10. If you are an alcoholic, are you in a rehabilitation program?

Yes______ No______ (Initials)

11. Have you ever completed a drug and/or alcohol rehabilitation program?

Yes______ No______ (Initials)

12. Do you have a history of mental illness? Yes______No______ (Initials)

13. Are you currently on the Weight/Body Fat Management Program?
Yes______No______(Initials)

______________________________

Signature of Member/Date

______________________________

Signature of MPF Representative/Date

***NOTE:*** Giving false or misleading information which may affect your eligibility for reenlistment/extension and may result in separation from the (State) Air National Guard on the basis of fraudulent/erroneous reenlistment/extension.

Distribution: (1) UPRG (1) Member (1) Commander

# Chapter 5

## ROUTING OF WAIVER REQUESTS/EXCEPTIONS TO POLICY

**5.1. Procedures for submitting a Waiver Request or an Exception to Policy (ETP).** In an attempt to avoid excessive delays in processing waivers or exceptions to current ANG policies, it is very important they are processed in the correct manner by the proper offices and that each request is forwarded through the appropriate command echelons as indicated below: (See **Attachment 1**, Terms)

5.1.1. An Enlistment/Reenlistment/Extension waiver request will be submitted in accordance with **Figure 5.1.**

5.1.2. A request for an Exception to ANG policy will be submitted in accordance with **Figure 5.1.** The approving authority for Exceptions to ANG policy is ANG/DPFOM. Exceptions to ANG policies will not be approved at a lower level. A disapproval may be at any level. The Unit Commander and Director of Personnel must sign each request forwarded to ANG/DPFOM.

5.1.3. Each request must be routed through command echelons to the Air Division in the Office of the Adjutant General for a decision, or a written recommendation of approval or disapproval as required by the appropriate Table(s) within this instruction. The Executive Support Staff Officer or Military Personnel Management Officer will ensure each request has been properly routed and contains a written indorsement prior to forwarding the waiver or exception to policy to ANG/DPFOM as required. The failure to comply with these instructions will result in a delay or the request being returned to the appropriate State without action.

5.1.4. All telephone inquires or questions concerning waivers or ETPs will be addressed to the State or Territory RRS, who in turn may call ANG/DPFOM for further information or clarification.

**5.2. Offices of Primary Responsibility - OPRs:**

5.2.1. Personnel Operations Branch:

ANG/DPFOM
1411 Jefferson Davis Highway
Arlington VA 22202-3231

5.2.2. ANG Liaison Office, Federal Records Center (FRC):

Federal Records Center
DARP-PRR-L
9700 Page Blvd.
Saint Louis MO 63132-5200