14

*BY ORDER OF CHIEF,*
*NATIONAL GUARD BUREAU*

*ANGI 36-2502*
*25 August 2000*

*Personnel*

*PROMOTION OF AIRMEN*

This instruction provides guidelines and establishes rules for the promotion of airmen in the Air National Guard (ANG), applies to all ANG enlisted members, and proposed supplements are to be submitted to ANG/DP for review.

*SUMMARY OF REVISIONS*

This is the second publication of ANGI 36-2502, and supersedes ANGI 36-2502, 15 October 1993. It reorganizes the instruction in a chapter format and updates references to law, instructions, office symbols and AFSCs. Provides clarification under the Deserving Airman Promotion Program, that airmen in retraining status are not eligible for promotion under this provision. Incorporates Active Guard/Reserve (AGR) promotion criteria to include guidance on promotion of category one AGR members. Provides clarification on promotions of recruiters. Changes Table "Requirements for Promotion," Table 2.1. in this publication, and Notes to accommodate those seeking promotions to SrA who are attending lengthy formal training and have not had sufficient time or training to upgrade to the appropriate skill level. Modifies Note "Time-in-service computations...," Note 2 in this publication, to include time frames when USAF delayed enlistment program is considered to be creditable service. Changed requirements in Table "Supplemental Mandatory Requirements for Deserving Airman Promotions," Table 2.2. in this publication, for MSgt from 240 months (20 years of satisfactory service) to 216 months (18 years of satisfactory service). The attachment changes grade ceilings to 125% for TSgts and 120% for MSgts. A * indicates revision from the previous edition.

# Chapter 1

# PROMOTION CRITERIA

**1.1. Who May Promote Airmen.** The authority to promote ANG airmen as Reserves of the Air Force is delegated to the State Adjutant General IAW policies and procedures established by this instruction and its supplements. Each State Headquarters must monitor unit promotions to the grades of TSgt through CMSgt (see attachment) to ensure that the State does not exceed the manning percentages prescribed in ANGI 36-2101, *Assignments Within the Air National Guard*. The authority to promote airmen serving under 10 USC 12310 (Statutory Tour) rests with the Director, ANG and may be further delegated, in conjunction with state approval.

1.1.1. The authority to promote through the grade of TSgt may be delegated to subordinate unit commanders.

Supersedes: ANGI 36-2502, 15 October 1993
OPR: ANG/DP (CMSgt R. VanSciver)

Certified by: NGB/CF
Pages 10/Distribution: F

1.1.2. Prior to promotion to any grade, the immediate commander must first recommend the airman. This recommendation must be based on a period of time sufficient to permit a substantive evaluation of the airman's total performance. An essential part of this evaluation includes the airman's attendance at Unit Training Assemblies (UTA) and annual training. Before recommending promotion, the commander must also ensure that the airman's duty performance and training progress clearly warrant the promotion. In the Noncommissioned Officer (NCO) grades, particular emphasis must be placed on supervisory and leadership potential as well as previously demonstrated technical skills.

1.1.3. Commanders should hold ceremonies appropriate to the grade to which the airman has been promoted. Such activities will not be conducted prior to the effective date of the promotion.

**1.2. Eligibility Factors:**

1.2.1. Table 2.1. provides objective criteria that must be satisfied before the airman is recommended for promotion. To assist commanders in selecting nominees for promotion, each Adjutant General may expand this criteria to provide an additional basis for comparison and evaluation.

1.2.2. Airmen may not be promoted more than one grade at a time, except if promoted to SSgt to attend a commissioning program or as authorized upon graduation from high school IAW ANGI 36-2002, *Enlistment and Reenlistment in the ANG and as a Reserve of the Air Force.*

1.2.3. In each state, promotions are limited to the grade ceilings specified in ANGI 36-2101. A promotion that will cause a state to exceed the grade ceiling is not authorized. Care must be exercised so that promotions under the Deserving Airman Promotion Program (paragraph 2.2.) do not prevent the promotion of deserving NCOs occupying valid vacancies. A well-conceived and carefully executed force management plan is essential, if promotion opportunities are to be equitably distributed.

1.2.3.1. The individual must possess an awarded PAFSC at the appropriate skill level (Table 2.1., Column B). This requirement does not apply to members assigned to First Sergeant positions, AFSC 8F000.

1.2.3.2. The manning levels for CMSgt and SMSgt, as defined in ANGI 36-2101, are designed to accommodate individuals who were promoted under the unit vacancy promotion system and whose UMD position grades were later reduced by unit reorganization or other UMD change.

1.2.4. Military duty personnel (Title 32 USC 502(f)) may not be promoted above the maximum Unit Manpower Document Active authorized grade or the military duty grade authorized using the AGR/Military Technician Grade Comparability Table in ANGI 36-101, *The Active Guard(AGR)/Reserve Program,* Atch 3. In addition, the State must have an AGR grade ceiling authorization available to accommodate promotions to SMSgt and CMSgt.

1.2.5. ANGI 36-2101 establishes service commitments, which are incurred upon promotion to one of the top three enlisted grades. Airmen promoted to a grade below MSgt do not incur service commitments. (See Table 2.1., Notes 6 & 7.)

**1.3. Conditions Which Make Airmen Ineligible for Promotion.** An airman is not eligible for promotion if he/she:

1.3.1. Fails to meet the weight/body fat standards prescribed in ANGI 40-502, *The Weight and Body Fat Management Program.*

1.3.2. Has a medical profile of 4P and is not qualified for worldwide duty. However, members who have been found fit for duty, but non-deployable (DAC 42) are eligible for promotion.

1.3.3. Is not recommended for retention by the unit commander.

1.3.4. Declines in writing to reenlist or extend.

1.3.5. Is an unsatisfactory participant as defined in AFI 36-3209, *Separation and Retirement Procedures for Air National Guard and Air Force Reserve Members.*

1.3.6. Is undergoing administrative demotion action under ANGI 36-2503, *Administrative Demotion of Airmen.*

1.3.7. Has requested voluntary retirement or separation (including joining another military component).

1.3.8. Is in an excess status. Members in an excess status may not be promoted above the grade of SSgt (E-5).

1.3.9. Is being processed or considered for involuntary separation under AFI 36-3209.

**1.4. Administrative Procedures:**

1.4.1. Unit commanders will forward their recommendation through their servicing Military Personnel Flight (MPF) to the promotion authority. This allows sufficient lead-time for administrative processing for promotion recommendation.

1.4.2. Promotions are announced via AF Form 2096, *Classification/On-The-Job Training Action,* or composed special orders published by the MPF or other orders issuing authority.

1.4.3. The effective date of promotion is the date of the promotion order or AF Form 2096.

1.4.4. The date of rank (DOR) of an airman promoted to a grade not previously held is the effective date of the promotion.

1.4.5. The DOR of airmen previously demoted as a result of a voluntary change of assignment will be adjusted upon promotion to give credit for previous time satisfactorily served in that grade. For example, a prior MSgt who voluntarily accepted demotion to SSgt would have his or her date of rank adjusted to give credit for previous time upon promotion again to TSgt and MSgt.

1.4.6. Promotion orders authorized by a commander without promotion authority or for a member who is later found to be ineligible for the promotion will be revoked only upon specific approval by the Adjutant General. In such cases, determination must be made that the facts clearly and unmistakably show the original promotion order was without basis of authority. The revocation order will be worded as follows:

> Paragraph ___________, Special Order _________________, this headquarters, dated __________, purporting to promote (name and service number of the airman concerned) has been determined by the Adjutant General of (State/Territory) to be without original basis of authority, is null and void, and is hereby revoked.

1.4.7. Administrative procedures for effecting the promotion of ANG airmen will be as prescribed by the Adjutant General. As a minimum, these procedures will include verification of eligibility by the servicing MPF, review of Unit Personnel Management Roster (UPMR) to identify positions being downgraded or deleted, and verification of adjusted effective manning percentage as prescribed in the attachment. Promotion records will be maintained in accordance with AFMAN 37-139, *Records Disposition Schedule.*

1.4.8. Promotions are effective on a stated date (usually the date of the promotion order or AF Form 2096) and may not be retroactively granted. Every caution must be taken to prevent administrative errors. If an error/oversight occurs, the only means available to correct the effective date of the promotion is an appeal to the USAF Board for Correction of Military Records (per AFI 36-2603).

# CHAPTER 2

## ANG Promotion Programs

**2.1. Unit Vacancy Promotion.** A unit vacancy must exist in the specific AFSC in the grade to which promotion is contemplated, and the individual must be the sole occupant of that valid manpower position. For the purpose of this instruction, a unit vacancy is a personnel assignment condition in which the total number of valid manpower positions in a unit (by AFSC and grade) does not exceed the number of personnel assigned to a unit in the same AFSC and grade (to include overgrade assignments in a higher grade in the same AFSC).

**2.2. Deserving Airman Promotion Program.** Qualified deserving airmen may be promoted to MSgt or TSgt without regard to position vacancy. However, promotions resulting from this program must be within the manning constraints of ANGI 36-2101. Only airmen who have demonstrated their potential to perform in the higher grade based on criteria outlined in Chapter 1 may be promoted. A deserving airman promotion is not a reward for past service, nor is it authorized solely due to an airman's attainment of the minimum eligibility requirements. The limited number of opportunities available under this program requires each commander to objectively evaluate and rank order all nominees so that only truly deserving airmen are promoted. All of the following non-waiverable criteria must be met:

2.2.1. The airman must be the sole occupant of a UMD position with an authorized grade identical to their current grade (e.g., a TSgt being considered for deserving airman promotion to MSgt must be the sole occupant of the TSgt position). Upon promotion, the airman must be assigned to the first available position that will resolve the overgrade status.

2.2.2. The airman must be fully qualified in the DAFSC to which assigned.

2.2.3. The promotion must not result in the airman becoming senior in grade to their immediate supervisor.

2.2.4. The airman must meet the requirements listed in Table 2.2. in addition to those in Table 2.1.

*2.2.5. Airman in retraining status are ineligible for promotion under this program.

***2.3. AGR Deserving Airman Promotion Program Criteria.**

*2.3.1. The AGR members must meet the minimum deserving airman promotion program criteria.

*2.3.2. Airmen promoted to MSgt must have a minimum of 18 years of total active federal military service (TAFMS).

*2.3.3. Airmen promoted to MSgt will be overgrade for a period not to exceed 24 months from the date of promotion. At the end of this 24-month period, they must be reassigned to both a full-time and military position commensurate with their grade. Exceptions or waivers to this will not be considered.

*2.3.4. Airmen promoted to TSgt must have minimum of 12 years of TAFMS.

*2.3.5. AGR personnel who are unable to be reassigned to both a full-time and military position commensurate with their grade, are either voluntarily demoted or separation/retirement action will be required. Exceptions or waivers will not be considered.

**2.4. Officer Training Program Promotions.**

2.4.1. Airmen accepted for the Academy of Military Science (AMS) or the Initial Flight Training (IFT) will be promoted to SSgt without regard to Table 2.1. requirements or UMD authorization. Such promotion will be effected 15 days before class entry date. An airman who is not commissioned will be demoted to their previously held grade concurrent with termination of student status IAW ANGI 36-2503.

2.4.2. Airmen entering the AFROTC Professional Officer Course (POC) phase of training in the junior year of college will be promoted to SSgt effective on the date of their enrollment in POC. An airman who is disenrolled from the AFROTC will be demoted as in 2.4.1.

**2.5. Retraining Promotion Program.** An airman who is retraining may be promoted on the basis of their currently held PAFSC, subject to the following:

2.5.1. The airman must be fully qualified for retraining and be accepted by the unit commander into a valid vacant UMD position and the airman must be the sole occupant of the position. In addition, the overall unit manning in the Air Force Specialty into which retraining, must not exceed 100 percent, including the airman.

2.5.2. The airman must sign the following statement that will be attached to the commander's promotion recommendation. A copy of the statement must be furnished for OJT and personnel records.

> I acknowledge that I must qualify for award of the AFSC skill level which is necessary to support my grade in the career field into which I am retraining. If I fail to qualify for award of the AFSC within the time limits established by the commander, I will be demoted to my previously held grade.

2.5.3. Airmen promoted under this provision will retain the grade if, for reasons beyond their control, (e.g., unit reorganization or conversion) the AFSC into which they have retrained is deleted. If an airman voluntarily leaves the AFSC in which being retrained, is reassigned by a commander for performance related reasons, or is separated before attaining the required grade/skill relationship; the member will be demoted to the previously held grade in accordance with ANGI 36-2503.

**2.6. Promotion to CMSgt and SMSgt.** NCOs will not be promoted to CMSgt or SMSgt unless assigned to a position in which a valid unit vacancy exists, with the following exception. Commanders may assign and promote replacements for traditional guard members and full-time personnel up to 24 months prior to separation under the following conditions:

2.6.1. This policy applies only to E-8/E-9 positions and the original incumbent must hold the requisite grade.

2.6.2. The original incumbent will become excess immediately upon the assignment of the replacement; the length of excess condition will be established by the commander but will not exceed 24 months.

2.6.3. The excess member may not be a full-time employee (the replacement may be).

2.6.4. Promotion of the replacement to SMSgt or CMSgt is authorized provided the member meets all other criteria for promotion and the promotion will not cause the state to exceed 100% in that grade.

2.6.5. The excess member must acknowledge, in writing, that the excess condition is limited to 24 months and that further retention is contingent upon assignment to a vacant position commensurate with his or her grade.

2.6.6. Entry and update of excess codes will be managed by ANG/DP in conjunction with review of the statement of understanding provided by the excess member and promotion eligibility of the replacement. Requests for update should be forwarded to ANG/DP with the signed statement of understanding and the replacement member's name and SSAN.

2.6.7. States are to maintain CMSgt and SMSgt manning levels at or below the authorized grade ceiling regardless of the assignment status of personnel in these grades.

**2.7. Recruiter Promotion Criteria.**

2.7.1. Because of the various ranks eligible to serve in Special Duty Identifier (SDI) 8R000, it is possible to promote a recruiter without regard to the PAFSC skill level, from SSgt to TSgt or above, while they are assigned to the SDI.

*2.7.2. The member's unit commander which recommends the recruiter for promotion to TSgt, MSgt, SMSgt, will certify that the member is 7-skill level (9 level in the case of SMSgt) equivalent qualified in the SDI. Completion of 8R000 CFETP and applicable STS will serve as certifying documents for member's skill level.

2.7.3. Future assignment actions regarding a recruiter, or former recruiter promoted under these circumstances, should not hinder promotion opportunities.

2.7.4. Once reassigned, the promotability of the member may be considered under the Retraining Promotion Program outlined in paragraph 2.5.

***Table 2.1. Requirements for Promotion.**

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| RULE | AT TIME OF RECOMMENDATION FOR PROMOTION TO (Note 7) | REQUIRED PAFSC (Note 1) | TIS OF AT LEAST (Note 2) | TIG OF AT LEAST (Notes 3 and 4) | MUST HAVE SATISFACTORILY COMPLETED THE FOLLOWING PME REQUIREMENTS (Note 5) | ON THE EFFECTIVE DATE OF PROMOTION MET THE FOLLOWING RETAINABILITY REQUIREMENTS FOR SERVICE IN THE ANG (Note 6) |
| 1 | E-2 (AMN) (Note 4) | 3-skill level | 6 months | 6 months (Note 4) BMT | None | None |
| 2 | E-3 (A1C) (Note 4) | 3-skill level | 6 months | 6 months (Note 4) | None | None |
| 3 | E-4 (SrA) | 3-skill level | 6 months (Note 4) | 6 months | None | None |
| 4 | E-5 (SSgt) | 5-skill level (or 3-level when no level exists in the AFS) | 48 months (4 years) | 24 months | Mandatory: Airman Leadership School by correspondence or in residence. (The NCO Preparatory Course or NCO Leadership School meets this PME requirement) | None |
| 5 | E-6 (TSgt) | 7-skill level | 72 months (6 years) | 24 months | None | None |
| 6 | E-7 (MSgt) | 7-skill level | 108 months (9 years) | 24 months | Mandatory: In residence NCO Academy or by ECI Course 6 | AGR – 24 months<br><br>All others – 12 months |
| 7 | E-8 (SMSgt) | 7-skill level | 156 months (13 years) | 24 months | Mandatory: In residence Sr NCOA or by ECI Course 5 or 8 | 24 months |
| 8 | E-9 (CMSgt) | 9-skill level | 204 months (17 years) | 24 months | | 24 months |

*NOTES:*

1. Before being recommended for promotion, the airman must hold a PAFSC at the skill level appropriate for the grade to which being promoted. The only exceptions are as follows:

1.1. AFI 36-2113, *The First Sergeant*, limits First Sergeant assignments to MSgt and above or MSgt selectees. TSgts selected as First Sergeants will be promoted to MSgt under the provisions of paragraph 2.5., Retraining Promotion Program, before attending the First Sergeant Academy. They must attend and successfully complete the First Sergeant Academy within one year of appointment as First Sergeant. Failure to meet this requirement will result in demotion IAW ANGI 36-2503.

1.2. The Adjutant General may grant a grade/skill level waiver for an Amn, AIC, or SrA when all requirements for award of an AFSC have been met, with the exception of the appropriate security clearance. The necessary request for an investigation must have been initiated at the Defense Investigative Agency (DIA), as evidenced by the appropriate Automated Security Clearance Accounting System notice.

*2. Time-in-service computations for all promotions will be based on satisfactory years of service for retirement. This may include active duty, active duty enlisted service in a reserve component, or inactive duty in a reserve component. Inactive service in a regular component (USAF delayed enlistment program) is creditable service during the following periods, anything prior to 1 Jan 85, and anything after 31 Dec 92 is creditable. Periods of service in the USAF delayed enlistment program from 1 Jan 85 thru 31 Dec 92 is not creditable service. Service in a commissioned or warrant officer status will not be used to satisfy this requirement for promotion to SMSgt and CMSgt. Promotion to these grades requires eight years and ten years, respectively, of cumulative, satisfactory enlisted service (TEMSD) in addition to total TIS requirements (37 USC 201(e), 38 Comptroller General 598).

3. Only satisfactory years of service for retirement may be used to meet time-in-grade requirements. Time-in-grade requirements for airmen who have been demoted will be computed from the date of rank established at the time of demotion.

*4. Compute all time-in-grade from date of entry on Initial Active Duty Training (IADT). An ANG unit commander may promote an ANG airman on IADT through the grade of AlC without a 3-level AFSC. Additionally, A1C assigned to a specialty requiring lengthy formal training and who have not had sufficient time or training to upgrade to the appropriate skill level due to the length of the formal school, may be promoted without a 3-level AFSC. Furthermore, the individual's military and scholastic records must be satisfactory. A lengthy formal school is defined as technical training that is in excess of 139 days.

5. Relationship between Air Force Enlisted PME and other PME.

5.1. Before 1970, MAJCOMS were given the authority to award PME credit to graduates of certain other services schools. The MAJCOM was to ensure that the course met Air Force content and length standards. PME credit awarded for other service resident schools before 1970 is valid and should be retained in member's records.

5.2. Since 1970, PME credit is authorized only for graduation from a certified Air Force NCO Preparatory course, Airman Leadership School or NCO Academy.

5.3. Senior NCOs who complete the US Army Sergeants Major Academy or the US Navy Senior Enlisted Academy are credited with completion of senior level enlisted PME.

5.4. Enlisted personnel who were formerly officers are not exempt from any enlisted PME course.

6. On promotion to CMSgt, SMSgt, or MSgt, members incur a service commitment as prescribed in ANGI 36-2101. Extend the member's enlistment IAW ANGI 36-2002. This action will coincide with the effective date of promotion. Members, who are unable to extend for the required period of time, or refuse to extend for any reason, are disqualified for promotion.

7. If the member is on AGR status, see ANGI 36-101 for further guidance.

*Table 2.2. SUPPLEMENTAL MANDATORY REQUIREMENTS FOR DESERVING AIRMAN PROMOTIONS.

| For promotion to the grade of | The minimum time in service is | and the minimum current ANG service is |
|---|---|---|
| TSgt | 144 months (12 satisfactory years) | 24 months |
| MSgt | 216 months (18 satisfactory years) | 36 months |

*NOTE:*

The term "satisfactory year" means a year in which the airman has earned a minimum of 50 points to qualify as a satisfactory year for retirement.

**PAUL A. WEAVER, JR.**
**Major General, USAF**
**Director, Air National Guard**

**OFFICIAL**

**DEBORAH GILMORE**
**Chief**
**Support Services**

**Attachment**
**Instructions for Computing Top Four NCO Promotion Opportunities**

**Attachment**

**INSTRUCTIONS FOR COMPUTING TOP FOUR NCO PROMOTION OPPORTUNITIES**

Use the following matrix to compute the promotion opportunities for your State. The authorized/assigned figures below are for example only and simply demonstrate the arithmetic process. Replace these figures with current authorized/assigned strengths by grade in your State, including all overgrades and excesses.

***Table. Sample Matrix for State.**

| GRADE | AUTHORIZED | ASSIGNED | ALLOWABLE % (ANGI 36-2101) | ADJUSTED EFFECTIVE MANNING PERCENTAGES |
|---|---|---|---|---|
| CMSgt | 10(a) | 8(b) | 110 | 80% (b divided by a) |
| SMSgt | 15(c) | 18(d) | 110 | 104% total of b+d (26) divided by total of a+c (25) |
| MSgt | 25(e) | 30(f) | 120 | 112% total of b+d+f (56) divided by total of a+c+e (50) |
| TSgt | 40(g) | 56(h) | 125 | 124% total of b+d+f+h+(112) divided by total of a+c+e+g (90) |

To determine if the State in this example can promote a member to MSgt, divide the total number assigned in grades MSgt, SMSgt, and CMSgt by the total authorized in grades MSgt, SMSgt, and CMSgt. In the above example, 56 divided by 50 equals 112%. Since this is below the 120% maximum allowable for MSgt, this member may be promoted. To determine if this State can promote a member to TSgt, we total the authorized and assigned figures for TSgt through CMSgt and then divide the total assigned (112) by the total authorized (90). The adjusted effective manning percentage is 124%. Since this is below the 125% maximum allowable for TSgt, this member may be promoted. These percentages must be recomputed with each promotion or demotion, each change in assigned strength, and each change in authorized strength.

*BY ORDER OF THE CHIEF, NATIONAL GUARD BUREAU*

*AIR NATIONAL GUARD INSTRUCTION 36-2504*

*28 JULY 2004*

*PERSONNEL*

# *FEDERAL RECOGNITION OF PROMOTION IN THE AIR NATIONAL GUARD (ANG) AND AS A RESERVE OF THE AIR FORCE BELOW THE GRADE OF GENERAL OFFICER*

**COMPLIANCE WITH THIS PUBLICATION IS MANDATORY**

---

**NOTICE:** This publication is available digitally on the AFDPO WWW site at: **http://www.e-publishing.af.mil.**

---

OPR: ANG/DPFOO (Maj M. Law)
Supersedes NGRAF 36-4, 1 February 1992

Certified by: ANGRC/CV (Lt Col S. Wassermann)
Pages: 44
Distribution: F

---

This instruction prescribes policies and eligibility requirements for Federal recognition of officer promotions in the Air National Guard (ANG) and as a Reserve of the Air Force below the grade of brigadier general. It implements appropriate provisions of Title 10 and 32 United States Code (USC), The Reserve Officer Personnel Management Act (ROPMA), and AFI 36-2504, *Officer Promotion, Continuation and Selective Early Removal in the Reserve of the Air Force*, as applicable to the ANG. Requests for changes to this instruction must be sent to ANG, Directorate of Diversity, Personnel, and Training (ANG/DP), 1411 Jefferson Davis Highway, Arlington, VA, 22202-3231. Copies of state supplements to this instruction must be provided to ANG/DP.

## *SUMMARY OF REVISIONS*

This instruction is a complete revision of NGR (AF) 36-4, and incorporates significant statutory changes as a result of ROPMA, as well as policy changes directed by the Chief, National Guard Bureau (CNGB), in order to enhance officer promotion processes for members of the ANG. This revision establishes Date of Rank as the statutory terminology synonymous with Promotion Service Date, Effective Date of Rank as synonymous with Promotion Effective Date, voluntary and involuntary promotion delay process, Certificate of Eligibility process for promotion to the rank of colonel, Time-in-Grade as the sole years of service indicator for mandatory Reserve Officer Promotion Board (ROPB) promotions, automated promotion requests, and Squadron Officer School in-residence professional military education (PME) equivalents. Abolishes Total Years Service Date as a mandatory eligibility requirement for mandatory ROPB.This document is substantially revised and must be completely reviewed

**Chapter 1—GENERAL INFORMATION/POLICY** 4

1.1. Promotion Program Objectives. .......... 4

1.2. Promotion Policies. .......... 4

1.3. Promotion Recognition. .......... 5

**Chapter 2—MANDATORY PROMOTION** **6**

2.1. Promotion to First Lieutenant. .......... 6

2.2. Promotion to Captain, Major, or Lieutenant Colonel: .......... 6

Table 2.1. Promotion Service .......... 6

2.3. Actions Upon Selection for Promotion. .......... 8

2.4. Promotion Dates. .......... 9

2.5. Failure of Selection for Promotion. .......... 9

2.6. Voluntary Delay of Promotion. .......... 10

2.7. Involuntary Promotion Delay. .......... 10

2.8. Overgrade Promotion Processing. .......... 11

**Chapter 3—POSITION VACANCY PROMOTION** **12**

3.1. General. .......... 12

3.2. Position Vacancy Determination. .......... 12

3.3. Eligibility Requirements. .......... 13

Table 3.1. Required Officer Performance Reports .......... 14

Table 3.2. Professional Military Education for Promotion .......... 15

Table 3.3. Promotion Service .......... 16

3.4. Promotion Effective Dates. .......... 17

3.5. Position Vacancy Promotion to Colonel. .......... 17

3.6. Certificate of Eligibility (COE) for Promotion to Colonel .......... 17

**Chapter 4—FEDERAL RECOGNITION** **20**

4.1. General. .......... 20

4.2. Promotion as a Result of Mandatory Consideration for Promotion to First Lieutenant. .......... 20

4.3. Promotions Below Colonel. .......... 20

4.4. Required Documents. .......... 20

4.5. Promotion Propriety Actions. .......... 21

4.6. Automated Promotion Request System. .......... 21

**Chapter 5—PROMOTION AND FEDERAL RECOGNITION OF STATUTORY TOUR OFFICERS** 22

5.1. General. .................... 22

5.2. Position Vacancy Promotion. .................... 22

5.3. Promotion as a Result of Reserve Officer Promotion Board Consideration. ........... 22

**Attachment 1—GLOSSARY OF REFERENCES AND SUPPORTING INFORMATION** 24

**Attachment 2—NOTIFICATION TO ONCE FAILED OF SELECTION FOR PROMOTION OFFICER** 29

**Attachment 3—NOTIFICATION TO TWICE FAILED OF SELECTION FOR PROMOTION OFFICER** 31

**Attachment 4—NOTIFICATION OF SELECTION FOR PROMOTION LETTER** 33

**Attachment 5—INFORMING EMPLOYER OF MEMBER'S PROMOTION SELECTION** 34

**Attachment 6—IMMEDIATE COMMANDER'S LETTER FORWARDING RECOMMENDATION FOR PROMOTION (SAMPLE LETTER)** 35

**Attachment 7—AUTOMATED PROMOTION RECOMMENDATION FORMAT FOR OFFICER PROMOTION REQUEST (1LT – LT COL)** 37

**Attachment 8—EQUIVALENT RESIDENT PRIMARY PME – SOS COURSES** 40

**Attachment 9—AUTOMATED PROMOTION REQUEST PROCESS** 41

**Attachment 10—ADJUTANT GENERAL LETTER FORWARDING RECOMMENDATION TO FEDERAL RECOGNITION EXAMINATION BOARD** 42

**Attachment 11—TAG INVESTIGATIVE FILE LETTER** 44

# Chapter 1

## GENERAL INFORMATION/POLICY

**1.1. Promotion Program Objectives.** A promotion is not a reward for past performance or years of service. Only those officers who clearly show potential for increased responsibility should be promoted. Specific promotion program objectives are to:

1.1.1. Promote officers through a fair and equitable selection system that will satisfy the needs of the ANG for a viable officer force.

1.1.2. Provide the necessary career incentive to attract and maintain a high quality officer force.

1.1.3. Provide reasonably stable, consistent, and visible career progression patterns for ANG officers.

1.1.4. Maintain the proper balance between mandatory and position vacancy promotions that clearly identifies the position vacancy promotees as officers with potential above that of his/her peers.

**1.2. Promotion Policies.** This instruction is applicable to all ANG officers regardless of status (traditional, technician, military duty, and statutory tour).

1.2.1. The promotion of officers in the ANG is a function of the State, as distinguished from Federal recognition of such promotions in accordance with (IAW) NGR (AF) 36-3, *Federal Recognition Boards for Appointment or Promotions in the Air National Guard below General Officer*.

1.2.2. Federal recognition of a promotion will be at the discretion of the CNGB, acting for the Secretary of the Air Force (SAF). Federal recognition is extended upon receipt of an order announcing Federal recognition. An officer will not wear the insignia of a higher grade prior to Federal recognition.

1.2.3. A lieutenant colonel failing to be recommended for promotion to colonel by the ANG Colonel Review Board will not be recommended again for promotion to colonel against a position vacancy for at least nine months after the date of notification from the Director, Air National Guard (NGB/CF).

1.2.4. An officer will be promoted as a Reserve of the Air Force effective on the date upon which Federal recognition in the higher grade is extended.

1.2.5. The results of a Federal Recognition Examination Board are good for only 60 days. If Federal recognition has not been requested by the Adjutant General within 60 days of a Federal Recognition Examination Board, then a new board must be convened. Nominations returned without action by ANG/DP for any reason (e.g., a waiver request was denied, eligibility criteria not met) cannot be resubmitted without a new Federal Recognition Examination Board.

1.2.6. Posthumous Promotions. A posthumous promotion may be extended provided the member was on active duty or in a training status at the time of death and was either on a recommended list for ROPB promotion, or previously recommended for position vacancy promotion by a Federal Recognition Examination Board.

1.2.6.1. The immediate commander submits the request for posthumous promotion through the Military Personnel Flight (MPF) and State headquarters to ANG/DP. (***NOTE***: A posthumous promotion must be processed as soon as possible after death. Immediate telephone contact from the State Headquarters with ANG/DP is desirable.)

1.2.6.2. The request must include the date of death, the circumstances of death, and a statement that the commander had not initiated and did not plan to initiate a promotion propriety action against the officer. ANG/DP processes the promotion order.

1.2.6.3. No financial benefits accrue as a result of a posthumous promotion.

1.2.6.4. The effective date of promotion will be the day of death.

**1.3. Promotion Recognition.** Appropriate recognition of an officer upon promotion is an integral part of military customs and traditions. It signifies leadership's faith in the officer's loyalty, integrity, and professionalism. Additionally, such recognition serves to remind the officer of increased responsibilities required from advancement.

1.3.1. Promotion Ceremonies. Appropriate ceremonies to publicly recognize the importance of promotions are highly encouraged. Such ceremonies will not be held prior to the effective date of promotion. EXCEPTION: Promotion pin-on ceremonies may be held on the last duty day before the effective date of promotion if the effective date falls on a non-duty day. The officer being recognized is to be advised that although the pin-on ceremony is being held early, the promotion does not affect the member's pay, seniority, or entitlements. Promotion propriety actions may be initiated subsequent to the early pin-on ceremony but before the effective date of promotion. Promotion ceremonies must not be held prior to Federal Recognition being extended by ANG/DP.

1.3.2. It is recommended the following be read during the ceremony:

"ATTENTION TO ORDERS. SPECIAL ORDER (Number of Federal Recognition Order), DATED (Date of Order). THE PRESIDENT OF THE UNITED STATES, ACTING UPON THE RECOMMENDATION OF THE CHIEF, NATIONAL GUARD BUREAU, AND THE SECRETARY OF THE AIR FORCE HAS PLACED SPECIAL TRUST AND CONFIDENCE IN THE PATRIOTISM, INTEGRITY AND ABILITIES OF (Current Grade and Name). IN VIEW OF THE SPECIAL QUALITIES AND HIS/HER DEMONSTRATED POTENTIAL TO SERVE IN THE HIGHER GRADE (Current Grade and Name) IS PROMOTED AND FEDERALLY RECOGNIZED IN THE PERMANENT GRADE OF (New Grade), (State) AIR NATIONAL GUARD, EFFECTIVE (Effective Date Specified in Federal Recognition Order). BY ORDER OF THE SECRETARY OF THE AIR FORCE."

1.3.3. Oath of Office. Although not required by law, restating the Oath of Office provides the officer an opportunity to express his/her commitment to professionalism and officer-ship. Each officer should be given the opportunity to restate the Oath of Office using NGB 337, Oaths of Office, prepared to reflect the new grade. NGB 337 forms executed for this reason will be filed in the Unit Personnel Records Group (UPRG). Individuals promoted in the ANG may take the oath before an officer of any component of an Armed Force of the United States (includes Reserve components), whether on active service or retired.

## Chapter 2

## MANDATORY PROMOTION

**2.1. Promotion to First Lieutenant.** A second lieutenant must be promoted to first lieutenant on the date when two years of promotion service is completed, or the officer must be found Not Qualified for Promotion (NQP). NQP request must be processed IAW AFI 36-2504, Chapter 7. A finding of NQP approved by the SAF must be accomplished prior to separation/discharge of the officer. An officer promoted to first lieutenant may be extended Federal recognition without examination by a Federal Recognition Examination Board.

2.1.1. Prior to the date on which the officer reaches two years service, the unit commander informs the officer of the NQP recommendation in writing and places the member on a six-month probation period. If the officer is found qualified for promotion during, or at the completion of the probation period, the officer will be promoted.

2.1.2. At the end of the six-month probation period, the unit commander has the following options:

2.1.2.1. Promote the officer to first lieutenant, if not promoted earlier.

2.1.2.2. Request, through command channels, SAF approval to extend the probation period IAW AFI 36-2504, Chapter 7.

2.1.2.3. Request SAF approval to separate the officer for being NQP IAW AFI 36-2504, Chapter 7. Refer to AFI 36-3209, *Separation Procedures for Air National Guard and Air Force Reserve Officers* for guidance on how to separate such officers.

**2.2. Promotion to Captain, Major, or Lieutenant Colonel:**

2.2.1. Each ANG first lieutenant, captain, and major, if not promoted under the provisions of position vacancy promotion, will be considered for promotion by a ROPB convened at Headquarters Air Reserve Personnel Center (HQ ARPC). If recommended by the board, the officer will be promoted as a Reserve of the Air Force upon completing the following years of promotion service:

**Table 2.1. Promotion Service**

| ITEM | A | B |
|---|---|---|
| | **For Promotion to:** | **Mandatory Promotion Years in Grade (Date of Rank)** |
| **1.** | Captain | Three years |
| **2.** | Major | Seven years |
| **3.** | Lieutenant Colonel | Seven years |

2.2.2. ROPB dates and promotion eligibility criteria are released well in advance of board convening dates. Approximately five months before each board, HQ ARPC should notify ANG MPFs via Promotion Recommendation and In-board Support Management (PRISM), of eligible officers to be considered by that board as identified by information in the Military Personnel Data System (MILPDS) at the Air Force Personnel Center (AFPC). Upon receipt of the board criteria, MPFs will:

2.2.2.1. Request an Officer Pre-selection Brief (OPB). If not received within 90 days of the board convening date, the MPF will request a Records Review, Report on Individual Personnel (RIP) from the MILPDS. Each eligible officer must be advised that it is his/her responsibility to ensure the data on the OPB or RIP is correct. If an officer has been reassigned, the MPF will forward the OPB to the members gaining MPF.

2.2.2.2. Conduct a record's review with each eligible officer when possible. If a record's review is not possible, forward the OPB or Record's Review RIP to the officer and request it be reviewed, updated if needed, and returned to the MPF with supporting documentation (establish a suspense date that will permit processing of required updates). The MPF must ensure corrections are updated in MILPDS prior to the HQ ARPC suspense date for inclusion in the records reviewed by the ROPB. When this is not possible, MPFs must advise HQ ARPC, Promotion Board Secretariat (HQ ARPC/DPBB) by message, with copy to State Headquarters and ANG/DP, of all data updated after the suspense date. Emphasis must be placed on forwarding documents to HQ ARPC to permit filing in the member's selection folder prior to the ROPB convening date.

2.2.2.3. Inform the officer that a letter may be sent to the board (see Paragraph **2.2.3.**).

2.2.2.4. Require commanders to review the eligibility list received from PRISM through State Headquarters and certify each officer is qualified for promotion or initiate appropriate promotion propriety action IAW AFI 36-2504. (***NOTE:*** Once ANG/DP suspense date is passed, an officer cannot be considered for position vacancy promotion to that grade until after the ROPB results are published. Refer to paragraph **3.3.1.**)

2.2.2.5. Provide ANG/DP, through State Headquarters, a certified listing of eligible officers for each board by the suspense date established in the forwarding letter from ANG/DP. Failure to return the list by the suspense date established by ANG/DP constitutes an automatic certification of the list. ANG/DP will provide HQ ARPC, Reserve of the Air Force Selection Board Secretariat (HQ ARPC/DPB) a consolidated list of all ANGUS officers (captain through lieutenant colonel) eligible/ineligible for promotion board consideration.

2.2.3. Officers eligible for promotion or continuation consideration may send a written communication to the board calling attention to any matter concerning themselves that the officer considers important to the officer's case. The officer must send the written communication to HQ ARPC, Promotion Eligibility Division (HQ ARPC/DPBA). Letters must have original signatures. HQ ARPC/DPBA will not accept FAX copies for presentation to the board.

2.2.3.1. The officer submitting the letter must be able to support any statements made in the letter. The officer must sign the letter and place his/her Social Security Number (SSN) below the signature to ensure filing the letter in the correct selection folder.

2.2.3.2. Letters should arrive at least 30 days before the board convenes. Letters must arrive no later than 0800 the day the board convenes, for consideration by the board.

2.2.3.3. HQ ARPC/DPBA destroys letters after the board adjourns. An officer who requests the letter be returned must provide a stamped, self-addressed envelope.

2.2.3.4. The board will not consider letters written by others on behalf of the officer.

2.2.3.5. Letters may not contain any attachments, criticize any officer, or reflect on the character, conduct, or motives of any officer. Do not attach anything that may become or is already a part of

the officer's record (such as any Promotion Recommendation Form (PRF), Officer Performance Reports (OPR), or decoration narratives).

2.2.4. Notification Procedures:

2.2.4.1. HQ ARPC will provide listings of officers recommended for, or failed of selection for promotion to each MPF via PRISM, which will in-turn furnish unit commanders with the names of officers selected and/or not selected for promotion on the public release date established by HQ ARPC. Officers must not be informed of their status (selection/non-selection) until the public release date. On that day, the immediate commander or their designee will personally notify officers of the board results. MPFs will ensure commanders are aware that they may delay a promotion or remove an individual from a recommended list IAW AFI 36-2504, Chapter 7.

2.2.4.2. Written notification will be provided to officers failed of selection for promotion. **Attachment 2** is a letter format for notifying officers who have failed of selection for promotion for the first time. **Attachment 3** is a letter format for notifying twice failed promotion selection officers. These letters will be prepared by the servicing MPF. The following procedures apply:

2.2.4.2.1. The information contained in the HQ ARPC listing referenced in paragraph **2.2.4.2.**, is "FOR OFFICIAL USE ONLY" and may be seen only by individuals responsible for administrative processing actions. The information will not be released until the public release dates provided by PRISM.

2.2.4.2.2. MPFs will review PRISM to determine if any officers assigned to their organization were failed of selection for promotion. They will prepare the appropriate letter (**Attachment 2.** or **Attachment 3**) for each identified officer IAW the following:

2.2.4.2.2.1. The letter will be typed on wing/wing equivalent organizational letterhead.

2.2.4.2.2.2. The wing/wing equivalent commander will sign the letter.

2.2.4.2.3. Officers having failed selection for promotion will acknowledge receipt of the notification letter in writing. This acknowledgment will be filed in the officer's Unit Personnel Records Group at the MPF.

2.2.4.3. As soon as practical after the public release date of the list, the letter will be sent or provided to the officer failed of selection for promotion by his/her immediate commander or designee.

2.2.5. The sample letters in **Attachment 4** and **Attachment 5**, may be used at the Adjutant General's option to recognize a promoted member and his/her employer. Each letter should be tailored to support recognition of the achievement and appreciation for the employer's support. Letters to employers should be forwarded only with the concurrence of the promoted officer. The Adjutant General or his designated representative must sign the letter. This authority cannot be delegated below the Wing or Group Commander. With some modification, similar letters may be used for position vacancy promotion recognition.

**2.3. Actions Upon Selection for Promotion.**

2.3.1. Request Federal recognition IAW **Chapter 4** of this instruction.

2.3.2. To be eligible for continued Federal recognition as a member of the ANG, an officer placed on a recommended list by the ROPB must be promoted in the ANG of his/her state to the higher grade for which recommended effective no later than the date established on the recommended list.

2.3.3. Technician officers, who are selected for a mandatory promotion to a grade that exceeds their UMDG authorized grade may be retained IAW ANGI 36-2101, *Assignments within the Air National Guard*, Table 4.2.

2.3.4. An officer selected for a Reserve of the Air Force promotion is considered to have accepted it on the effective date unless he/she expressly declines or is granted a voluntary delay of promotion IAW AFI 36-2504, Chapter 8, or is involuntarily delayed under provisions of paragraph **2.7.**, of this instruction.

2.3.5. Promotion Effective Dates for mandatory promotions will consummate on the anniversary of the date of rank (DOR) in the fiscal year following the fiscal year in which the board was conducted, provided the state complies with instructions provided in **Chapter 4** of this instruction. Exceptions: States may process position vacancy promotions prior to the projected effective date; or, granted voluntary promotion delay; or, individual is subjected to involuntary promotion delay.

**2.4. Promotion Dates.** Statutory Tour Officers and Military Duty Personnel who are promoted subsequent to periods of involuntary delay will be granted a retroactive DOR to the original projected promotion effective date, but will not be entitled to retroactive pay IAW AFI 36-2504, *Officer Promotion, Continuation and Selective Early Removal in the Reserve of the Air Force*.

**2.5. Failure of Selection for Promotion.**

2.5.1. Once Failed. An officer on the Reserve Active Status List (RASL), in a grade below lieutenant colonel, in or above the promotion zone established for that officer's grade and competitive category, is considered once failed of selection for promotion if this is the first mandatory consideration and the officer:

2.5.1.1. Is not recommended for promotion by the ROPB

2.5.1.2. Declines a promotion for which selected

2.5.2. Twice Failed. An officer on the RASL, in a grade below lieutenant colonel, in or above the promotion zone established for that officer's grade and competitive category, is considered twice failed of selection for promotion if any of the following applies:

2.5.2.1. The officer is considered but not recommended for promotion a second time by a mandatory promotion board or a Special Selection Board (SSB) in place of a second mandatory board.

2.5.2.2. The officer declines a promotion when recommended by a mandatory promotion board or SSB, after previously failing selection or previously declining a promotion.

2.5.2.3. The President removed the officer's name from the report, or the Secretary of Defense removed the name from a promotion list after recommendation by a mandatory promotion board or by a SSB and:

2.5.2.3.1. The officer is not recommended for promotion by the next mandatory promotion board or SSB or

2.5.2.3.2. The President again removes the officer's name from the report or the Secretary of Defense removes the name from the list.

2.5.3. Effect of Twice Failing Promotion to Captain, Major, or Lieutenant Colonel. ANG State Headquarters separates and reassigns twice-deferred officers according to AFI 36-3209.

2.5.3.1. A first lieutenant, twice deferred for promotion to captain, will be separated from the ANG not later than the first day of the seventh month after the month the President approved the board report of the board that considered the officer for the second time.

2.5.3.2. A captain, twice deferred for promotion to major and not in a continued status, will be separated from the ANG not later than the first day of the seventh month after the month the President approved the board report of the board that considered the officer for the second time.

2.5.3.3. A major, twice deferred for promotion to lieutenant colonel and not in a continued status, will be removed from the RASL on the first day of the month after the month the officer completes 20 years of commissioned service or if the officer already has 20 years of commissioned service, the officer will be separated from the ANG not later than the first day of the seventh month after the month in which the President approved the board report of the board that considered the officer for the second time.

2.5.3.4. Officers, who on the date prescribed for reassignment, separation, or transfer from an active status, as required above, are entitled to be credited with at least 18 but less than 20 years of satisfactory service for Reserve retirement, will not be involuntarily reassigned, separated, or transferred from an active status before meeting the requirements specified in Title 10 USC, Section 12646. Officers who, on the date prescribed for release from active duty (other than for training) as required above, are entitled to be credited with at least 18 but less than 20 years of active duty for retirement, will not be involuntarily released from active duty (other than for training) before becoming eligible for an active duty retirement, or as otherwise specified in Title 10 USC, Section 12686.

**2.6. Voluntary Delay of Promotion.** Due to circumstances beyond an officer's control, the officer may be unable to accept a promotion IAW AFI 36-2504, Chapter 8. An officer may apply for a voluntary delay of promotion in one-year increments for a total of three years from the officer's original DOR. Each one year delay requires separate action and approval. An officer must apply for the voluntary delay of promotion before a delay may be approved. The application must be approved through the appropriate channels before the Date of Rank. The officer must complete an AF IMT 3988, Application for Voluntary Delay, Acceptance, or Declination of Promotion, and submit to unit commander. The unit commander will forward the form through command channels to the State Adjutant General for approval. SAF delegates the authority to CNGB, who, in turn, delegates it to the Adjutant Generals (TAGs). State headquarters must forward the approved application to ANG/DP for update of the MILPDS. ANG/DP will send a copy of the promotion delay request and approval to HQ ARPC/DPJ. Maintain one copy for the UPRG and provide the officer one copy. Refer to AFI 36-2504, Chapter 8 for additional guidance for processing of voluntary delay of promotion applications.

**2.7. Involuntary Promotion Delay.**

2.7.1. An involuntary promotion delay will be processed IAW AFI 36-2504 if an officer is selected for mandatory promotion and assigned as a full-time military duty officer employed against a Unit

Manpower Document, Part A (UMD-A) position that does not support the higher grade. In these cases, the commander must submit an AF IMT 3988 through the servicing MPF and TAG to ANG/DP.

2.7.2. Promotion of an officer on the RASL, serving on active duty, to a grade with strength limitations set by Title 10 USC, Section 10211 and 12310, can be delayed to ensure compliance with those strength limitations. The delay expires when the strength-in-grade limitations no longer apply. If an authorized controlled grade commensurate with the higher graded position is not available for immediate promotion of a full-time military duty officer or statutory tour officer, the officer must complete an AF IMT 3988. The AF IMT 3988 will be processed through the servicing MPF and state HQ to ANG/DP. The DOR is delayed until the officer obtains a controlled grade or the officer completes the tour.

2.7.3. The completed AF IMT 3988 must arrive 30 days prior to the normal promotion effective date in order to prevent inadvertent consummation of the promotion. Upon receipt of the AF IMT 3988, the individual's promotion projection will be adjusted accordingly.

2.7.4. Date of rank for individuals involuntarily delayed under these circumstances will be the date the officer would have originally been promoted, however, the effective date of promotion for pay will be the date of Federal recognition or date controlled grade is received, whichever is latest.

**2.8. Overgrade Promotion Processing.** When promotion results in an overgrade situation, the appropriate overgrade code and expiration date in accordance with ANGI 36-2101 will be entered into the MILPDS by the supporting MPF.

16

*BY ORDER OF THE CHIEF,*
*NATIONAL GUARD BUREAU*

*AIR NATIONAL GUARD INSTRUCTION 36-2606*
*28 FEBRUARY 1997*

*Personnel*

***SELECTIVE RETENTION OF AIR NATIONAL GUARD OFFICER AND ENLISTED PERSONNEL***

---

This instruction implements AFPD 36-26 and describes the responsibilities and provides authority, guidance, and procedures for establishing and conducting the Selective Retention Program (SRP) for Air National Guard officers and enlisted members who are retirement eligible (Reserve and Active Duty) as defined by this instruction. Any supplements to this instruction will be forwarded to ANG/MPP for review and approval.

***SUMMARY OF CHANGES:***

This publication incorporates the requirements, information, and procedures formerly in NGR (AF) 35-6. It reorganizes text, and changes and/or adds new requirements and procedures for the administration and execution of the ANG selective retention program. Updates references to law, regulations and office symbols. Clarifies Selective Retention Review Board (SRRB) eligibility criteria. Empowers State adjutants general to determine the convening of SRRBs. Revises documents to be considered by the SRRB and adds option to prepare NGB Forms 27 on only those individuals not recommended for retention by the immediate commander. Eliminates requirement for MPF to conduct personal records review. Includes provision giving ANG/MP authority to require States to submit SRP reports on an "as needed" basis.

---

**1. References, Abbreviations, Acronyms, and Terms.** See attachment 1.

**1.1. General Instructions.** Membership in the ANG is a privilege and confers upon the individual the obligation to serve in the active military service upon mobilization or emergency, or at such other times as the national security may require. Inherent in this tenet is the obligation for the Air National Guard as a reserve component of the Air Force to develop a force management tool that provides States a vehicle to ensure a quality trained force, stable promotion opportunities for lower grade personnel, and a viable combat ready force in event of mobilization and/or contingency/peacetime commitments.

1.1.1. This instruction provides authority to the State adjutants general (AG) for the conduct of ANG SRRBs to maintain a stable and viable force-structure. Under no circumstance will the convening of SRRBs be for the purpose of accommodating individual financial gain or at the request of the member. Board members will be appointed by the TAG to recommend the retention or non retention of Federal recognition of officers and enlisted members in the ANG of the respective State in accordance with (IAW) the policies and procedures provided in this instruction.

1.1.2. All separations as a result of this instruction will be identified as "other than for cause." Separation from the ANG, withdrawal of Federal recognition, and transfer to the Air Force Reserve for members not selected for retention will be effected no earlier than 1 October and no later than 31 December of the year in which the board considered the member for retention. Any member who does not elect to transfer to Air Reserve Personnel Center (ARPC) or retire will be discharged as a Reserve of the Air Force. If a member initiates a request for reconsideration and it is not approved, separation/discharge will be effected as originally established.

1.1.3. This instruction does not apply to general officers and officers or enlisted members who do not meet the criteria established in paragraph 2.1. of this instruction.

1.1.3.1. Provisions of this instruction do not preclude starting action to separate/discharge an officer or enlisted member as specified in AFI 36-3209 before the established effective date of separation under this instruction. If action is started to separate/discharge a member under any other directive, separation/discharge under this instruction will be delayed until that action is completed.

---

Supersedes NGR (AF) 35-6, May 93, and Change 1, Oct 93 | Certified by NGB/CF (Col W. Foulois)
OPR: ANG/MPPAS (SMSgt R.VanSciver) | Pages: 20/Distribution: F

1.1.4. This instruction will not be used in any case where separation/discharge for cause, to include substandard performance would be more appropriate.
1.1.5. This instruction applies to all members of the ANG who meet the criteria in paragraph 2.1 without regard to race, creed, color, gender, or national origin.
1.1.6. In the event of a partial or full mobilization of the Air National Guard, or in the event members of the Air National Guard of the State concerned have been ordered to active duty under title 10 USC 12302, members will remain in active status until such time the emergency/contingency/mobilization authority is rescinded or revoked.
**1.2. Litigation.** States must immediately advise NGB-JA through ANG/MP whenever litigation is brought against a State for actions that result from this program. When the litigation is completed, a copy of the judgment or final order must be forwarded to ANG/MP.
**1.3. Responsibilities:**
1.3.1. The National Guard Bureau (NGB/CF) has overall responsibility for development and oversight of the ANG SRP.
1.3.2. The Air National Guard Readiness Center, Directorate of Manpower and Personnel (ANG/MP) has the responsibility for monitoring the ANG SRP and providing procedural guidance and staffing exceptions to the States and territories.
1.3.3. State adjutants general (AGs) have authority for implementing the policy and procedures contained herein and for establishing an effective personnel force management program for units under their jurisdiction. The adjutants general must ensure that the conduct of SRRBs under the authority of this instruction are conducted exclusively as a force-management tool to effect needed personnel adjustments to ensure continuing mission viability and career expectation of assigned personnel.
1.3.4. TAGs and commanders are responsible for ensuring personnel subject to consideration under this instruction receive a fair and impartial review based on the needs of the unit, the ANG and the USAF IAW established policy.
1.3.5. Each Military Personnel Flight (MPF) is responsible for providing unit and State administrative support of this instruction.
1.3.6. Each ANG State Headquarters is responsible for implementing this instruction upon TAG authority to include appropriate administrative support for the conduct of the boards.

**2. Program Management:**
**2.1. Criteria for Selective Retention Consideration:**
2.1.1. All ANG officers (except adjutants general, assistant adjutants general, and general officers) and enlisted members will be considered under the SRP if they meet all of the following.
2.1.1.1. Are retirement eligible on or before 1 January of the year in which the board convenes. Members previously selected for retention under any authority, including officers retained under authority of the Secretary of the Air Force for any reason beyond their mandatory separation/discharge date based on maximum years of commissioned service permitted by law, will be included and again considered. Individuals in Air Guard Reserve (AGR) who have completed 20 years' satisfactory service toward a non-regular retirement, but have not completed 20 years of active duty will be considered unless exempt by paragraph 2.1.1.4. below.
2.1.1.2. Are not otherwise scheduled to be separated between 1 January and 31 December of the year of the board's review for such reasons as mandatory separation/discharge date, maximum age, medical disqualification, retirement, promotion deferment, or not selected for reenlistment.
2.1.1.3. As of 1 January, are not serving on a Title 10 statutory tour (e.g. 10 USC 10211, 10 USC 10305, 10 USC 12310, 10 USC 12402) or on extended active duty with the Air Force. Members commencing such tours between 1 January and publication of the board results will be removed from consideration.
2.1.1.4. Members in AGR status who have or will have between 18 and 20 years of active duty (sanctuary zone) toward retirement during the calendar year of the board are exempt from consideration.
2.1.2. Officers who have completed at least 20 years of satisfactory service toward a non-regular retirement, but have not completed the minimum promotion service time to retire in highest grade held are not exempt from consideration (see paragraph 3.1.5.).
*2.1.3. TAG determines an SRB will convene to review retirement eligible officers and enlisted personnel. All members within a State will be reviewed once the TAG directs an SRRB will be conducted.

**2.2. Preparation for ANG SRRBs:**

2.2.1. All personnel actions established by this instruction must be completed within the same calendar year the TAG directs the conduct of SRRBs. The management of the SRP requires that the timelines established in this instruction be followed exactly. If a deadline is not met, the subsequent deadlines may be adjusted; however, once the TAG directs the convening of boards, then the boards must meet in May or June of that year. Regardless of any adjustments, the completion of events must be concluded by 31 December. If the timelines must be adjusted, care will be taken to ensure the rights of the individual are protected. The member must be provided the same response times prescribed in this instruction.

2.2.2. No later than 20 February of the year the SRRBs are convened, each ANG State headquarters will:

2.2.2.1. Establish a list of all members who are eligible for review under this instruction and verify members listed meet the criteria for consideration.

2.2.2.2. Determine the convening dates for the ANG SRRBs.

2.2.2.3. Notify MPFs and Wing/Group commanders of the convening dates of the boards; furnish a listing of individuals to be considered by the boards to the MPFs; and provide a unit list to each commander.

2.2.3. Wing/Group commanders, upon receipt of the lists of those to be considered, will review the lists to determine the expiration of term of service (ETS) of each enlisted member and projected dates of separation (DOS) for officers. In cases where an enlisted member has an ETS on or before 31 December of the year the board is convened, the commander will extend the enlistment and consider the member under the selective retention process. Commanders may also deny extension/reenlistment and separate at ETS and notify the affected enlisted member and the MPF no later than 31 March. Members under consideration may at any time prior to the board, voluntarily transfer to the Retired Reserve or IRR and are removed from consideration.

*2.2.3.1. Members to be considered will be briefed using attachment 3 as a guide. After the briefing, members will initial beside their name on the list, and the commander will sign the bottom certifying that all members on the list have been notified and briefed (see paragraph 2.4.4.).

*2.2.4. In States where the SRRB reviews State personnel records, the State has the option to exclude the Record Review of Individual Personnel (RIP) from board consideration.

*2.2.4.1. Where there are no State personnel records available, the MPF will provide State Headquarters members' RIPs (NLT 5 days prior to board).

*2.2.5. Reference attachment 4, commanders will prepare NGB Forms 27, Federal Retention Evaluation/Recommendation on members to be recommended for non-retention. The NGB Form 27 will be forwarded through command channels to arrive at the board's convening location NLT 30 April. The squadron (or immediate) commander will personally confer with each member to advise them of the retain or non-retain recommendation. When a commander recommends retention, the NGB Form 27 will not be required unless directed by the TAG.

2.2.6. Members may submit a letter to the board. This letter may describe any matter of record concerning the member that is believed important for the board's consideration. The letter may not criticize any individual or reflect on the character, conduct, or motives of any individual. All the information in the letter must be accurate and, if called on to do so, the member must be able to provide evidence to support any questioned information. To be considered by the board, the letter must be addressed to the board and arrive at the board's convening location NLT 30 April.

**2.3. Appointment and Composition of ANG Selective Retention Review Boards:**

2.3.1. The TAG will select and appoint boards by special order (attachment 5) and will provide a copy to each individual appointed NLT 20 April.

2.3.2. Boards will be composed of no less than three and not more than five members with voting authority. Members may be selected from the ANG within the State concerned, from other components of the Air Force with the concurrence of the unit commander concerned, or from ANG units in other States with the concurrence of the TAG concerned. The majority of the members will be from the ANG. The TAG may not serve as a member of the board. All board members will serve in their federally recognized grade.

2.3.3. TAG action to appoint board members serves as approval for retention of those board members who are in the ANG under the AG's jurisdiction. Board members will not be considered by a SRRB during the year in which they serve as board members. Normally, personnel should not be selected to serve on consecutive boards. A rated officer will be appointed to the board when considering members on flying status.

2.3.4. The members of a board should collectively possess wide command, management, and technical experience. The president of the board must be senior in grade to all board members and to all members being considered by the

board. Additionally, all voting board members should be senior in rank (based on date of rank) to individuals being considered by the board. At the discretion of the TAG, the State senior enlisted advisor, regardless of rank, may be appointed as a non-voting member of the enlisted review board.
2.3.5. The senior member of the board (in federally recognized grade) will be appointed president. The junior member will be appointed as the recorder, unless an additional member is appointed without voting authority to act as recorder. The board president should be a member of the ANG.
2.3.6. Separate boards will be appointed to review officers and enlisted members. However, boards may be appointed to review only certain grades within the officer and enlisted grade structure as long as the composition is within these guidelines.
2.3.6.1. Boards appointed to review enlisted members must have at least one field grade officer and at least one senior NCO (master sergeant through chief master sergeant) as voting board members.
2.3.6.2. When a senior NCO who is senior in rank to the highest ranking enlisted member being considered is not available, a separate board will be composed of no less than three nor more than five field grade officers to review those NCOs whose grade or rank is senior to the NCOs appointed to the original enlisted review board. The board president will be a lieutenant colonel or higher; at least one NCO from the original enlisted review board will serve as a nonvoting advisor to this board.
2.3.7. All members being considered by an ANG selective retention review board will receive fair and impartial consideration, and board members will be free from any improper command or other influences in the performances of their duties or as a result of such performance. Accordingly, no person may:
2.3.7.1. Dictate, coerce, or attempt in any manner to dictate or coerce any vote of any member of a board; or
2.3.7.2. Influence, or attempt in any manner to influence, the vote by any member of a board, except as expressly allowed by this regulation; or
2.3.7.3. Censure, reprimand, admonish, or otherwise take any manner of reprisal action against any member of a board with respect to any vote cast or other action taken by the member in the performance of such duties.
***2.4. Documents for Review by an ANG SRRB:**
2.4.1. The board recorder, or an individual designated by the TAG, will review all documents before the board is convened. Any letter submitted by an individual IAW paragraph 2.2.6. of this instruction that criticizes any individual, or reflects on the character, conduct, or motives of any other individual, will be removed with the concurrence of the board president and not furnished to the board. Any letter so removed will be returned to the originator with the board president's explanation of why it was not presented to the board.
2.4.2. The board will be furnished a listing of all members to be considered including as a minimum the following documentation for each member:
2.4.2.1. NGB Form 27 (as required).
2.4.2.2. A records review RIP (see paragraph 2.2.4.).
2.4.2.3. Letter to the board submitted by the individual IAW paragraph 2.2.6.
2.4.2.4. ATLAS products as needed.
2.4.3. Unsolicited communications will not be considered by the board.
2.4.4. Documents prepared or submitted specifically for board use will be disposed of IAW AFI 37-138.
**2.5. Procedures for Conducting ANG SRRBs.** Boards will meet in May or June of each year at the specific time and will proceed as follows:
2.5.1. The order appointing the board will be read by the recorder who will then administer the following oath or affirmation (an affirmation is the same as an oath except in an affirmation the words "So help you God" are omitted). The board members will respond "I do." "Do you (swear) (affirm) that you (identify each member by grade and name) will faithfully, without prejudice or partiality, and having in view both the special fitness of individuals and the efficiency of the (State) Air National Guard and the United States Air Force, perform duties imposed upon you, that you understand that no one may dictate, coerce, or attempt to influence your vote except as allowed by this instruction, and that you will not divulge the proceedings or results of this board except to proper authority, so help you God?"
2.5.2. The following oath or affirmation will be administered to the recorder and any non-voting board members by the president of the board:
"Do you (swear) (affirm) that you (identify by grade and name) will faithfully, without prejudice or partiality, and having in view both the special fitness of individuals and the efficiency of the (State) Air National Guard and the United States Air Force, perform duties imposed upon you, that you understand that no one may dictate, coerce, or

attempt to influence your actions or deliberations except as allowed by this instruction, and that you will not divulge the proceedings or results of this board except to proper authority, so help you God?"

2.5.3. The State Executive Support Staff Officer, personnel officer, or other individual designated by the TAG will present a personnel force management briefing to the board. This briefing will present the personnel force status of the State and a comparison among its units along with an evaluation of what is needed to achieve mission effectiveness. As a minimum, this force management briefing should include the following items: overall State and unit manning with regard to total authorized and assigned strength, grade manning, excess/overgrades, age, retirement eligible personnel, and projected programs affecting UMD changes. The ratio of drill status, military technician, and military duty personnel as it relates to the above topics should also be a part of the briefing.

2.5.4. The board will review all documents IAW paragraph 2.4.2., and determine what future benefits can be expected to accrue to the ANG and the USAF from the continued service of each member it considers. Continued retention must be based on the combination of unit commander's recommendation and organizational force management requirements.

2.5.5. The recommendations of the board are advisory only. Nevertheless, the members' recommendations will largely determine which members are retained.

2.5.6. Other than the following, no record of board proceedings will be prepared:

2.5.6.1. A report of the board's action and recommendation, using attachment 6 as a guide, will be submitted to the TAG by 15 July.

2.5.6.2. Any member of the board who disagrees with the recommendations of the majority of the board may submit a minority report using attachment 7 as a guide. The member will sign both the minority report and the board proceedings, indicating on the board proceedings that a minority report is being submitted as an attachment.

**3. Post Board Actions:**

**3.1. Actions on ANG SRRB Inputs:**

*3.1.1. The TAG will review the recommendations of the board, including minority reports, and approve or disapprove any or all specific recommendations. After the TAG's action, a letter will be sent to the appropriate wing/group commander (or equivalent commander if there is no intervening wing/group commander in the State) and appropriate MPFs or GSU personnel office notifying them of the TAG's decision. This letter of notification will include the date of separation/discharge from the ANG for each member not selected for retention. The adjutant general may direct separation between 1 October and 31 December of the calendar year of the board provided that the member is permitted at least 30 days in which to respond to the notification of non retention.

3.1.2. Each member will be notified of the TAG's decision by letter using attachment 8 or 9 as a guide. These letters may be modified to meet local circumstances. Whenever possible, the letter should be personally delivered to any member who was not selected for retention by the wing/group or equivalent commander. The TAG or a designated representative signs the letter. If personal delivery is not possible, the letter must be sent by certified mail to each member. The deadline for notification, whether in person or by certified mail is 15 August of the year in which the board meets.

*3.1.3. The MPFs will maintain a list of those enlisted members that have been approved for retention to verify the authorization for them to reenlist or extend. The MPF will update the PDS DIN RBL (SEL-RETENT-STAT) for all members as soon as possible after the reenlistment/retention decision but NLT 1 October. The MPF will update the PDS to project the loss of all members non-retained using PTI 977.

*3.1.4. Following the decision of the TAG, separation/discharge orders will be issued IAW AFI 36-3209. Individuals may request that the adjutant general (or a designated representative) approve an earlier date, but not prior to 1 October.

*3.1.5. Commissioned officers who require additional service in order to qualify for non-regular retirement in highest grade held may seek an assignment with the Air Force Reserve to meet their tenure minimums.

*3.1.6. When requested by ANG/MP, State Headquarters will submit a report to ANG/MPP stating that the review required by this regulation was completed. This report consists of the statistics required in attachment 11.

**3.2. Delays in Separation:**

3.2.1. In exceptional circumstances, the TAG may retain a member an additional six months past the 31 December separation/discharge date for the purpose of recruiting and training a replacement.

3.2.2. Individuals who are being processed for disability evaluation IAW AFI 36-3212, *Physical Evaluation for Retention, Retirement, and Separation* must not be discharged or separated until the disability case has been

resolved. However, the individual must be separated or discharged immediately thereafter IAW AFI 36-3212 or this instruction, as appropriate.

**3.3. Request for Reconsideration:**

3.3.1. Upon official written notification of the TAG's decision to non retain, an individual may request reconsideration of the decision. The member must forward the request for reconsideration within 30 days of official written notification but not later than 15 September, whichever is earlier, through the member's immediate commander and chain of command to the TAG. The member will furnish an information copy of the request for reconsideration to the TAG and MPF for the sole purpose of informing them that a request for reconsideration is pending. The MPF will withhold action on the projected separation/discharge pending a final decision on the request for reconsideration. The request for reconsideration must be reviewed by each succeeding echelon of command in a timely manner (3 to 5 days) and a recommendation, with rationale, provided in forwarding endorsements. Requests for reconsideration must arrive in the TAG's office no later than 30 September.

3.3.2. After the TAG has acted, a letter will be sent to the member, the appropriate wing/group commander (or equivalent commander if there is no intervening wing/group in the State), and appropriate MPF, and GSU personnel office (if applicable) advising them of the decision. The TAG's decision on a request for reconsideration is final and will be dispatched to the member no later than 31 October. There is no appeal beyond the adjutant general.

**3.4. Administrative Errors.** If, through administrative error, an eligible member is not considered as required by this instruction, the TAG may waive, for the year in question only, the requirement that the member be considered under this instruction. This action will be taken only when the TAG determines that it is clearly required in the interest of equity or that the passage of time makes it impractical to consider or reconsider the member for the year in question before the member is considered in due course under this instruction.

3.4.1. In the case where a member was considered by the board, but there is substantial evidence this member did not have the necessary qualifying time in service to meet the board, the results pertaining to this individual will be null and void, as if the member was not considered by the board.

**DONALD W. SHEPPERD**
**Major General, USAF**
**Director, Air National Guard**

**OFFICIAL**

**DEBORAH GILMORE**
**Chief**
**Administrative Services**

**11 Attachments**
***1. Glossary of References, Abbreviations, Acronyms, and Terms**
**2. Annual Cycle of Events for ANG Selective Retention Program**
**3. Commander's SRP Briefing Format**
**4. Instructions for Completing NGB Form 27**
**5. Special Order Format to Appoint ANG Selective Retention Review Board**
**6. ANG Selective Retention Review Board Report Format**
**7. Minority Report Format**
**8. Letter Format for Members Selected for Retention**
**9. Letter Format for Members Not Selected for Retention**
**10. List of Atlases for Use by State Headquarters for the Selective Retention Review Boards**
**11. Format for Reporting Year End Statistics**