Army Regulation 350–1

(21)

Training

# Army Training and Education

Headquarters
Department of the Army
Washington, DC
9 April 2003

UNCLASSIFIED

# SUMMARY of CHANGE

AR 350-1
Army Training and Education

This Department of the Army regulation contains information on Army training and education programs and incorporates changes directed by previous interim changes and messages. This regulation--

- o Consolidates and supersedes AR 350-1; AR 350-35; AR 350-41; and AR 351-1.
- o Prescribes DA Forms 5286 and 5286-1.
- o Rescinds DA Forms 5316-R; 5317-R; 5794-E; and DA Form 5540-R.
- o Establishes an annual training requirement for soldiers on the Army's homosexual conduct policy and fraternization policy (chap 1) and establishes the responsibilities for implementing this training (chap 2).
- o Institutionalizes The Army School System and the roles and missions of its three components (chap 1).
- o Provides revised guidance concerning Army Modernization Training (chaps 1, 2, 5).
- o Implements the policy for Antiterrorism and Force Protection training (chaps 1, 4).
- o Establishes responsibilities for the Assistant Secretary of the Army (Acquisition, Logistics, and Technology), Assistant Secretary of the Army (Manpower and Reserve Affairs), and the Assistant Secretary of the Army (Installations and Environment) (chap 2).
- o Provides implementation guidance for the Training and Leader Development General Officer Steering Committee that combines and assumes responsibility for issues addressed in three previously separate steering committees (chapter 2).
- o Changes funding responsibility for the Army Learning Centers and the Army Personnel Testing programs from Deputy Chief of Staff for Personnel to the Deputy Chief of Staff for Operations and Plans(chap 2).
- o Allows soldiers to attend Active Army or Reserve Component schools under The Army School System and receive equal credit (provided the school is accredited by its affiliated training proponent)(chap 3).
- o Provides guidance for civilian training and education (chap 3).
- o Expands information on the officer education system, warrant officer education system, noncommissioned officer education system, and training and education for Department of the Army civilian employees (chap 3).

- o Establishes Army physical fitness policy (chap 1); defines Army physical fitness test and height and weight standards as enrollment and graduation requirements for professional development schools (chap 3); and provides guidance for physical fitness training in units (chap 4).

Headquarters
Department of the Army
Washington, DC
9 April 2003

***Army Regulation 350–1**

**Effective 9 May 2003**

**Training**

# Army Training and Education

By Order of the Secretary of the Army:

ERIC K. SHINSEKI
*General, United States Army*
*Chief of Staff*

Official:

JOEL B. HUDSON
*Administrative Assistant to the Secretary of the Army*

**History.** This publication is a major revision.

**Summary.** This regulation is a consolidation of several regulations that provide policy and guidance concerning Army training and education. This regulation updates policies, objectives, and programs; aligns doctrine for the management of Army training and education programs in support of a force-projection Army; defines responsibilities of commanders to conduct and manage Army training and education; and provides new guidance concerning The Army School System, Army modernization training, and selected soldier, civilian, and leader training and education programs.

**Applicability.** This regulation applies to the Active Army, the Army National Guard of the United States, the U.S. Army Reserve, and Department of the Army civilians. During mobilization the proponent may modify the policies and procedures contained in this regulation.

**Proponent and exception authority.** The proponent of this regulation is the Deputy Chief of Staff, G–3. The proponent has authority to approve exceptions to this regulation that are consistent with controlling law and regulation. The proponent may delegate this approval authority, in writing, to a division chief within the proponent agency in the grade of colonel or the civilian equivalent.

**Army management control process.** This regulation contains management control provisions, but does not identify key management controls that must be evaluated.

**Supplementation.** Supplementation of this regulation and establishment of command and local forms are prohibited without approval from Headquarters, Department of the Army, Office of the Deputy Chief of Staff, G–3: DAMO-TR, WASH DC 20310–0400.

**Suggested improvements.** Users are invited to send comments on DA Form 2028 (Recommended Changes to Publications and Blank Forms) to Headquarters, Department of the Army, Office of the Deputy Chief of Staff, G–3, ATTN: DAMO-TR, WASH DC 20310–0450.

**Distribution.** This publication is available in electronic media only and is intended for command levels A, B, C, D, and E for the Active Army, the Army National Guard of the United States, and the U.S. Army Reserve.

**Contents** (Listed by paragraph and page number)

**Chapter 1**
**Introduction,** *page 1*

*Section I*
*Overview, page 1*
Purpose • 1–1, *page 1*
References • 1–2, *page 1*
Explanation of abbreviations and terms • 1–3, *page 1*

*Section II*
*Goals and Objectives of the Army Training and Education System, page 1*
Army mission and the national military strategy • 1–4, *page 1*
The training vision • 1–5, *page 1*

*This regulation supersedes AR 350–1, 1 August 1983; AR 351–1, 15 October 1987; AR 350–35, 30 May 1990; and AR 350–41, 19 March 1993, and rescinds DA Forms 5316–R, May 1984; 5317–R, May 1984; 5794–E, July 1989; and 5540–R, July 1986.

**Contents—Continued**

Army training and education goals • 1–6, *page 2*
Army training and education objectives • 1–7, *page 2*

*Section III*
*Army Training and Education Strategy, page 2*
Training principles and doctrine • 1–8, *page 2*
The Army training and education system • 1–9, *page 4*
The combined arms training strategy • 1–10, *page 5*
Leader development • 1–11, *page 6*
Antiterrorism and force protection • 1–12, *page 8*
Integration of risk management and environmental considerations into training • 1–13, *page 8*
Training development • 1–14, *page 9*
Mobilization policy • 1–15, *page 9*

*Section IV*
*Military Training Management, page 9*
Management of military training and education programs • 1–16, *page 9*
Management of military individual training • 1–17, *page 9*
Management of military collective training • 1–18, *page 10*
Management of Army modernization training • 1–19, *page 10*

*Section V*
*Army Training Programs, page 11*
Training research and simulation programs • 1–20, *page 11*
Army Physical Fitness Training Program • 1–21, *page 11*
The combat training center program • 1–22, *page 13*
The Army Distance Learning Program • 1–23, *page 13*
The Army-wide Doctrinal And Training Literature Program • 1–24, *page 14*
On-the-job training programs • 1–25, *page 14*

*Section VI*
*Training Support and Training Support Products, page 14*
Training support • 1–26, *page 14*
Training support products • 1–27, *page 15*

*Section VII*
*Training and Education Schools, page 15*
The Army School System • 1–28, *page 15*
Schools of other services • 1–29, *page 17*
Joint colleges • 1–30, *page 17*
Interservice training • 1–31, *page 17*
Civilian institutions • 1–32, *page 17*
Contract training courses • 1–33, *page 17*

**Chapter 2**
**Responsibilities,** *page 18*

*Section I*
*Headquarters, Department of the Army, page 18*
Assistant Secretary of the Army (Acquisition, Logistics, and Technology) • 2–1, *page 18*
The Assistant Secretary of the Army (Installations and Environment) • 2–2, *page 18*
Assistant Secretary of the Army (Manpower and Reserve Affairs) • 2–3, *page 18*
Deputy Under Secretary of the Army (International Affairs) • 2–4, *page 19*
Deputy Chief of Staff, G–3 • 2–5, *page 19*
Deputy Chief of Staff, G–1 • 2–6, *page 21*
Assistant Chief of Staff for Installation Management • 2–7, *page 21*

**Contents—Continued**

Deputy Chief of Staff, G–4 • 2–8, *page 22*
Deputy Chief of Staff, G–2 • 2–9, *page 22*
Chief Information Officer, G–6 • 2–10, *page 22*
The Inspector General • 2–11, *page 22*
Chief of Public Affairs • 2–12, *page 22*
The Surgeon General • 2–13, *page 23*
Chief, National Guard Bureau • 2–14, *page 23*
Chief, Army Reserve • 2–15, *page 24*
The Judge Advocate General • 2–16, *page 25*
Chief of Chaplains • 2–17, *page 25*

*Section II*
*Major Army Commanders, page 25*
Commanders of Major Army Commands • 2–18, *page 25*
Commanding General, U.S. Army Forces Command • 2–19, *page 27*
Commanding General, U.S. Army Training and Doctrine Command • 2–20, *page 27*
Commanding General, U.S. Army Materiel Command • 2–21, *page 31*
Commanding General, U.S. Army, Europe, and Seventh Army • 2–22, *page 32*
Commanding General, Eighth U.S. Army • 2–23, *page 32*
Commanding General, U.S. Army, Pacific • 2–24, *page 32*
Commanding General, U.S. Army, South • 2–25, *page 32*
Chief of Engineers and Headquarters, U.S. Army Corps of Engineers • 2–26, *page 33*
Commanding General, U.S. Army Medical Command • 2–27, *page 33*
Commanding General, U.S. Army Intelligence and Security Command • 2–28, *page 33*
Commanding General, U.S. Army Criminal Investigation Command; Commanding General, U.S. Military District of Washington and Commanding General, Military Traffic Management Command • 2–29, *page 33*
Commanding General, U.S. Army Special Operations Command • 2–30, *page 34*
Commanding General, U.S. Total Army Personnel Command • 2–31, *page 34*

*Section III*
*Proponent School Commandants and Commanders, page 34*
Commandants and commanders of major Army command schools • 2–32, *page 34*
Approval responsibilities for programs of instruction at special schools • 2–33, *page 35*
Other major commanders, unit commanders, and leaders • 2–34, *page 36*

**Chapter 3**
**The Army Institutional Training and Education System,** *page 37*

*Section I*
*Introduction, page 37*
Description • 3–1, *page 37*
Training proponents • 3–2, *page 37*

*Section II*
*Administration, page 37*
Course information • 3–3, *page 37*
Training locations • 3–4, *page 37*
Conduct of instruction • 3–5, *page 37*
Eligibility • 3–6, *page 38*
Incurred obligations • 3–7, *page 39*
Selection of soldiers and civilian personnel for training and education • 3–8, *page 40*
Physical fitness and height and weight requirements for military institutional training • 3–9, *page 41*
Enrollment denials for failure to meet height and weight requirements and nonacademic dismissal for failure to meet APFT standards • 3–10, *page 42*
Physical profiles • 3–11, *page 43*
Course credit • 3–12, *page 43*

**Contents—Continued**

Training evaluation and quality assurance • 3–13, *page 44*
Accreditation programs • 3–14, *page 44*
Postcourse evaluation and training records • 3–15, *page 44*
Student recognition • 3–16, *page 44*
Academic Evaluation Report • 3–17, *page 45*
Student dismissal • 3–18, *page 45*
Removal from selection lists • 3–19, *page 48*
Deferment • 3–20, *page 48*
Declinations • 3–21, *page 49*
Initial entry training • 3–22, *page 49*

*Section III*
*Officer Training and Education, page 49*
The Officer Education System • 3–23, *page 49*
Officer education requirements • 3–24, *page 50*
Commissioning programs • 3–25, *page 50*
Officer basic courses • 3–26, *page 50*
Captains career courses • 3–27, *page 51*
Command and General Staff Officer Course • 3–28, *page 52*
Advanced Military Studies Program • 3–29, *page 53*
Advanced Operational Arts Studies Fellowship • 3–30, *page 53*
Precommand courses • 3–31, *page 53*
Senior Service colleges • 3–32, *page 54*
U.S. Army War College • 3–33, *page 54*
Schools of other nations • 3–34, *page 55*
General officer training • 3–35, *page 55*

*Section IV*
*Warrant Officer Training and Education, page 56*
The Warrant Officer Education System • 3–36, *page 56*
Warrant officer education requirements • 3–37, *page 57*
Warrant officer preappointment training • 3–38, *page 57*
Warrant Officer Basic Course • 3–39, *page 57*
Warrant Officer Advanced Course • 3–40, *page 57*
Warrant Officer Staff Course • 3–41, *page 58*
Warrant Officer Senior Staff Course • 3–42, *page 58*

*Section V*
*Noncommissioned Officer Training and Education, page 58*
The Noncommissioned Officer Education System • 3–43, *page 58*
Noncommissioned Officer Education System administration • 3–44, *page 58*
Noncommissioned officer academies • 3–45, *page 59*
Primary Leadership Development Course • 3–46, *page 59*
Basic Noncommissioned Officer Course • 3–47, *page 59*
Advanced Noncommissioned Officer Course • 3–48, *page 60*
Sergeants Major Course • 3–49, *page 60*

*Section VI*
*Civilian Training, page 61*
The Army Civilian Training, Education, and Development System • 3–50, *page 61*
Civilian Career Intern Program • 3–51, *page 61*
The Army's civilian leadership training common core courses • 3–52, *page 62*
Intern Leadership Development Course • 3–53, *page 62*
Action Officer Development Course • 3–54, *page 62*
Supervisor Development Course • 3–55, *page 62*

**Contents—Continued**

Leadership Education and Development Course • 3–56, *page 62*
Manager Development Course • 3–57, *page 62*
Organizational Leadership for Executives • 3–58, *page 62*
Personnel Management for Executives I and II • 3–59, *page 63*
Army Management Staff College • 3–60, *page 63*
Attendance at senior service colleges • 3–61, *page 63*
Senior Executive Service members training and development • 3–62, *page 63*
Army-wide civilian long-term training programs • 3–63, *page 64*
Competitive Professional Development Program • 3–64, *page 64*

*Section VII*
*Specialty, Functional, and Other Training, page 64*
Functional area and skill training • 3–65, *page 64*
Army Civilian Training and Education Development System specialty training • 3–66, *page 65*
Ranger training • 3–67, *page 65*
Airborne training • 3–68, *page 66*
Language training • 3–69, *page 66*
Consideration of Others training • 3–70, *page 66*
First Sergeant Course • 3–71, *page 67*
Battle Staff Noncommissioned Officer Course • 3–72, *page 67*
Command Sergeants Major Course • 3–73, *page 67*
Common military training in institutions • 3–74, *page 67*

**Chapter 4**
**Training in Units and Organization,** *page 68*

*Section I*
*Planning Unit Training, page 68*
The command climate and leadership • 4–1, *page 68*
Training standardization • 4–2, *page 68*
Training assessments and evaluations • 4–3, *page 69*
Recording military and civilian training • 4–4, *page 69*
Common military training and common task test training • 4–5, *page 69*

*Section II*
*Military Training Programs, page 70*
Soldier training courses • 4–6, *page 70*
Unit leader development and training • 4–7, *page 71*
Sergeant's time training • 4–8, *page 71*
Army physical fitness training in units • 4–9, *page 72*
Weapons qualification training • 4–10, *page 74*
Nuclear, biological, and chemical defense training • 4–11, *page 75*
Combat lifesaver training • 4–12, *page 76*
Code of conduct and survival, evasion, resistance, and escape training • 4–13, *page 76*
Law of war training • 4–14, *page 77*
Joint Airborne/Air Transportability Training • 4–15, *page 77*
Amphibious training • 4–16, *page 78*
Antiterrorism and force protection • 4–17, *page 78*
Postmobilization training • 4–18, *page 79*

**Chapter 5**
**Army Modernization Training,** *page 80*

*Section I*
*Introduction, page 80*
Policies and procedures • 5–1, *page 80*

**Contents—Continued**

Army modernization training process • 5–2, *page 80*

*Section II*
*New Equipment Training, page 81*
New equipment training objective • 5–3, *page 81*
New equipment training policy • 5–4, *page 81*
Planning for new-equipment training • 5–5, *page 81*
Requirements and planning documents • 5–6, *page 81*
Contractual requirements • 5–7, *page 82*
Training support package • 5–8, *page 82*
New equipment training planning considerations • 5–9, *page 83*
Conducting new equipment training • 5–10, *page 83*
Termination of NET • 5–11, *page 84*
Funding for new equipment training • 5–12, *page 84*
New equipment training documentation • 5–13, *page 84*
New equipment training courses of instruction • 5–14, *page 85*
Reserve Component considerations • 5–15, *page 86*

*Section III*
*Displaced Equipment Training, page 86*
Displaced equipment training objective • 5–16, *page 86*
Displaced equipment training policy • 5–17, *page 86*
Planning and executing displaced equipment training • 5–18, *page 87*

*Section IV*
*Doctrine and Tactics Training, page 87*
Doctrine and tactics training summary • 5–19, *page 87*
Doctrine and tactics training policy • 5–20, *page 87*
Doctrine and tactics training planning • 5–21, *page 87*

*Section V*
*Sustainment Training, page 88*
Sustainment training coordination • 5–22, *page 88*
Sustainment training policy • 5–23, *page 88*
Sustainment training planning and execution • 5–24, *page 88*

**Appendixes**

**A.** References, *page 89*

**B.** Training Development, *page 98*

**C.** Military Schools, Colleges, and Training Centers, *page 100*

**D.** Prerequisites and Service Obligation Incurred by Attendance at Foreign Military Schools, *page 102*

**E.** Noncommissioned Officer Academy Designations and Regions and Active Army Regional Quota Managers, *page 104*

**F.** Training Records, *page 106*

**G.** Common Military Training, *page 108*

**H.** Joint Airborne/Air Transportability Training (JA/ATT), *page 110*

**I.** Constructive or Equivalent Course Credit for Officers, *page 111*

**J.** Reimbursable Matrix Support for NET Support and Services, *page 115*

**Contents—Continued**

## Table List

Table 1–1: The risk management process[1], *page 8*
Table 3–1: Common military training subjects taught in training institutions, *page 67*
Table B–1: Systems approach to training process, *page 99*
Table D–1: Schools that equate to U.S. senior service colleges, *page 103*
Table D–2: Schools that equate to U.S. Army Command and General Staff College, *page 103*
Table D–3: Schools That Require Senior Service College or USACGSC Prior to Attendance., *page 104*
Table E–1: Noncommissioned officer academy regions active—Army, *page 105*
Table E–2: Noncommissioned Officer Academy Regions - Reserve Component, *page 105*
Table E–3: Addresses of regional quota managers-active Army, *page 106*
Table G–1: Common military training requirements in units, *page 109*
Table I–1: Constructive or equivalent course credit for OPMD-managed Active Army commissioned officers, *page 112*
Table I–2: Constructive or equivalent course credit for chaplains, *page 113*
Table I–3: Constructive or equivalent course credit for MC Officers, *page 113*
Table I–4: Constructive or equivalent course credit for JAGC Officers, *page 114*

## Figure List

Figure H–1: Message format for JA/ATT request, *page 111*

## Glossary

## Index

# Chapter 1
# Introduction

## Section I
## Overview

### 1–1. Purpose
This regulation prescribes policies, procedures, and responsibilities for developing, managing, and conducting Army training and education programs.

### 1–2. References
Required and related publications and prescribed and referenced forms are listed in appendix A.

### 1–3. Explanation of abbreviations and terms
Abbreviations and special terms used in this regulation are defined in the glossary.

## Section II
## Goals and Objectives of the Army Training and Education System

### 1–4. Army mission and the national military strategy
*a.* The primary mission of the Department of the Army (DA) is to organize, train, equip, and provide forces for prompt and sustained combat on land, air and in Space. In addition to compelling enemies, the Army deters potential adversaries, reassures allies and friends, and supports the nation at home.

*b.* The Army's unique contributions to joint military operations are its soldiers, and those who support them. They are prepared to conduct prompt and sustained operations throughout the wide range of military operations in any environment that requires land-force capabilities. At the opposite end of the military operations spectrum, the Army must provide relief at home and abroad in times of natural disaster. The Army must maintain this range of capabilities as an integral element of joint forces for implementing the nation's military strategy. The Army provides national leaders the ability to shape the environment and respond to crises with forces trained and tailored to the mission.

*c.* Responsibilities for these activities are found in chapter 2.

### 1–5. The training vision
*a.* The doctrine of Field Manual (FM) 3–0 focuses on decisive land combat through greater operational flexibility, improved force projection, and incorporation of technological advances. This doctrine also recognizes the Army's role in joint and coalition operations worldwide.

*b.* The Army is changing its training and education methods as it prepares for the 21st century. The Army will reengineer individual, collective, and modernization training to support units to achieve readiness in battle-focused, mission-essential tasks using information-age technology. Department of Defense (DOD) high-level architecture (HLA); training aids, devices, simulators, and simulations (TADSS) using standard terrain, threat, and icon databases embedded in materiel systems; synthetic environments; mission rehearsal capabilities; and distance learning will revolutionize the Army's individual, collective, and modernization training.

*c.* HLA will provide a common framework of functional elements, design rules, and interfaces for DOD simulations and build on and supersede the distributed interactive simulation program. Institutional and self-development strategies will support individual soldier and unit collective training needs. Unit commanders will use Standard Army Training System (SATS) and other authorized SATS derived automated unit training management tools that support the training management foundation described in FM 7–0 and FM 25–101. SATS-supported programs will assist Army trainers to develop training requirements and strategies, identify resources, manage training, and assess training readiness.

*d.* Virtual simulation will use computer-generated battlefields and networked simulators with the approximate physical layout of tactical weapons and vehicles. Virtual simulation training will permit units to experience maneuvering over much larger areas and to train for new and different terrain and climates with minimal environmental and safety restrictions. Constructive simulations will use computer models to exercise command and staff functions from platoon to Joint Task Force (JTF) level. Live simulation employing real tactical systems and using the Tactical Engagement Simulation (TES) training system will be executed during advanced individual and collective training at training institutions, home station, live-fire ranges, and combat training centers (CTC) and while deployed in support of military operations. The TES training system is an advanced collective training methodology supported by a family of sophisticated TADSS. It will teach FM 3–0 doctrine and supporting tactics, techniques, and procedures in tough, realistic, free-play, force-on-force, field training exercises. Deployable training support packages (TSP) and distance learning will support training and education for soldiers and DA civilian employees at their home stations and while deployed throughout the world.

*e.* The vision of the 2010 training end state is a networked organization engineered to meet institutional, unit, and modernization training needs for the Army. Training will remain focused on wartime missions. Realistic, sustained,

multiechelon, and totally integrated training will be stressed at all levels. Virtual and constructive simulations and simulators will support the achievement and sustainment of training readiness in units, while live simulation will validate training proficiency. The vision is to build synthetic environment battlefields, integrate them with live training, and use automated training management tools to provide trainers with a menu of structured exercises, to include mission-rehearsal capabilities, driven by a flexible, mission essential task list (METL). The Army will rely heavily on information-age technologies to conduct unit and institutional training and to develop strategies for self-development training, modernized classrooms, distance learning, training development, automated testing, and Army modernization training (AMT).

### 1–6. Army training and education goals

The Army's peacetime mission is to prepare to fight and win in war and to support other ongoing operational requirements. The Army meets this mission by providing realistic, mission-focused individual, unit, and leader training. The Army must be trained to succeed across the wide range of military operations. It must be a capabilities-based force that provides options for our nation, under a wide variety of contingencies. The goals of Army training and supporting education are to—

*a.* Develop a combat-ready force that is physically and psychologically prepared to mobilize, deploy, fight, and win wars and conduct peacekeeping operations anywhere in the world as part of a joint, combined, or interagency force.

*b.* Ensure its units, organizations, soldiers, and leaders are trained to accomplish their missions and supporting tasks, and survive.

*c.* Provide tough, realistic, training that is focused on current and projected operational missions.

*d.* Apply advanced technologies to provide realistic and safe training within resource constraints.

*e.* Develop competent, confident, and professional military and civilian leaders to meet the Army's current and future needs.

### 1–7. Army training and education objectives

*a.* The principal objective of Army training and supporting education is to develop and maintain unit combat readiness.

*b.* The three pillars of the Army's training and education system are: individual training and education (training in schools and through distance learning), operational assignments, and self-development training. Each of the pillars attempts to enhance the ability of Army units, organizations, and individuals to perform their missions. The Army must—

(1) Develop and maintain a motivated, disciplined, and physically tough force capable of accomplishing worldwide operational missions.

(2) Exploit emerging technology and live, virtual, and constructive simulation to offset the restrictions imposed upon live training and use of high-technology weapons systems that result from safety considerations, environmental sensitivities, and higher training costs.

(3) Provide cost-effective and efficient individual, unit, organizational, and leader training.

(4) Improve training efficiency and effectiveness through distance learning, through HLA, and by reducing training distracters.

(5) Develop and institutionalize embedded training by building into or adding onto operational systems integral training aids, devices, simulators, and simulations.

*c.* Treating soldiers with dignity and respect is an Army bedrock value. Soldiers will be treated with dignity and respect. They will be afforded a challenging and rewarding environment in which to live and work:

(1) Harassment of soldiers for any reason, to include race, religion, national origin, sex, and perceived sexual orientation, will not be tolerated.

(2) Commanders at all levels will take appropriate action to prevent harassment and/or threats against any soldier.

(3) Soldiers will receive annual training on the Army's homosexual conduct policy.

(4) Soldiers will not be subjected to improper fraternization relationships between: officers (commissioned and warrant) and enlisted; permanent party personnal and initial entry training (IET) trainees; or United States (U.S.)Army Recruiting Command permanent party personnel (assigned or attached) and potential prospects, applicants, members of the Delayed Entry Program, or Members of the Delayed Training Program not required by the recuiting mission.

(5) Soldiers will receive annual training on the Army's fraternization policy.

## Section III
## Army Training and Education Strategy

### 1–8. Training principles and doctrine

*a.* Army training and education programs cultivate individuals, units, and organizations with professional military and civilian competence. The Army develops—

(1) Quality units and organizations by developing and executing training and by providing mission specific training

programs that use training products provided by the training proponents. The quality of training that units or organizations receive flows directly from emphasis by commanders on the principles of training described in FM 7–0 and FM 25–101. Leaders create a climate that demands training-to-standard and rewards subordinates who are efficient and effective trainers. The freedom to exercise initiative and exchange ideas creates a healthy command and training climate.

(2) Individual training and education programs for soldiers and DA civilian employees. These programs provide sequential and progressive training that assures individuals are qualified for assignment to their duty position. The Army Study System (TASS) is the principal source of individual training and education for Army personnel. Civilian institutions also provide training and education that support professional development.

*b.* Doctrine contained in FM 3–0, FM 7–0, and FM 25–101 is the centerpiece for unit training. The mastery of FM 3–0 doctrine and tactics, techniques, and procedures is the central objective of military training. Leaders must possess and be capable of using the doctrinal skills, knowledge, and experience required to train and prepare their subordinates for assigned missions.

*c.* Most future military operations will involve elements of other military services and nations. Consequently, the Army conducts combined, joint, and multinational military training exercises in a battle-focused setting designed to train commanders, leaders, military and civilian staffs, soldiers, and units for future operational missions. Joint exercises are normally conducted as part of the Joint Chiefs of Staff (JCS) Exercise Program. Unit commanders involved with JTF operations will establish training programs in accordance with Chairman of the Joint Chiefs of Staff Memorandum 3500.03.

*d.* Training will be the top priority for all commanders. To prepare individuals and units for immediate deployment and organizations for employment in support of operational missions, Army individual, collective, and modernization training provides for—

(1) Unit training that develops the critical components of combat readiness. These include development of—

*(a)* Soldiers, leaders, and units capable of deploying, executing assigned missions, and redeploying.

*(b)* Effective combined arms teams consisting of integrated combat, combat support (CS), combat service support, and close air support.

(2) An individual training system that—

*(a)* Produces initial entry soldiers who are highly motivated, disciplined, physically fit, and skilled in common soldier and basic branch tasks.

*(b)* Provides a training base of Army schools that prepares soldiers and DA civilian employees for more complex duties and progressively higher positions of responsibility.

*(c)* Produces soldiers capable of performing military occupational specialty (MOS), Area of Concentration (AOC), additional skill identifier (ASI), skill identifier (SI), special qualification identifier (SQI), and language identification code (LIC) tasks. Prior service Reserve Component (RC) and Active Army personnel receive required training through The Army Training System courses (TATS-C) or proponent-approved formal on-the-job training (OJT). TATS courses are designed to train the same MOS, AOC, skill level, SQI, ASI, LIC, and SI within the Army. TATS also includes MOS qualification (reclassification), Army leadership, and professional development courses.

*(d)* Provides reclassification training for changing an enlisted or warrant officer MOS, or to qualify an officer in a new branch. Reclassification training will be accomplished in accordance with Army Regulation (AR) 140–1, AR 614–200, and AR 611–1.

(3) Active Army, Department of the Army civilians, and RC forces able to mobilize rapidly, deploy, and perform their operational missions.

(4) Standardization of tasks and performance standards across the Army. Units and soldiers performing the same tasks will be trained to the same standard.

(5) Efficient and effective internal and external evaluation procedures that improve training, sustain required readiness levels, and control or reduce costs.

(6) A training system that supports peacetime requirements and transitions smoothly at mobilization.

(7) A full review of force protection, safety and risk management, and environmental protection considerations during planning for individual, unit, and organizational training events. In addition, installation commanders must implement an Integrated Training Area Management (ITAM) Program to address current and future land management needs. (See AR 350–4.) The ITAM program must include—

*(a)* Assessment and monitoring of current and future land capabilities and conditions.

*(b)* Rehabilitation and maintenance of training land.

*(c)* Management scheduling systems that integrate training requirements with land capabilities and maintenance practices.

*(d)* Environmental awareness.

(8) Individual and self-development training strategies that support individual, collective, and leader development training in units and organizations.

(9) User training on operating, maintaining, and employing new or improved systems, and ensures an orderly

transfer of knowledge on the operation and maintenance of equipment from the materiel developer or provider to the tester, trainer, supporter, and user.

### 1–9. The Army training and education system

*a.* The three pillars of training, *individual training and education (training and education in schools and through distance learning), operational assignments,* and *self-development training* support the Army's training and education system and leader development. Individual training and education courses provide soldiers and civilian employees an opportunity to gain the skills, knowledge, and experience needed to perform the duty position requirements of their operational assignment. Operational assignments provide unit and organization training and experience that refine skills and broaden knowledge. Self-development is a planned (competency-based) process that individuals use to enhance previously acquired skills, knowledge, and experience. The process enhances readiness and the potential for progressively more complex and higher level assignments. Self-development focuses on maximizing individual strengths, minimizing individual weaknesses, and achieving individual goals. Self-development is a joint effort that involves the commander or supervisor and the individual. Self-development actions are structured to meet specific individual goals and needs. The three pillars of training adapt to changes in force structure; constrained resources; advances in doctrine, technology, and policy; and individual professional development needs.

*b.* The Army accomplishes its principal peacetime mission through individual training, collective training, and Army Modernization Training (AMT).

(1) *Individual training* (including leader development) provides the soldier or DA civilian employee the knowledge and skills to improve individual and organizational performance and assist in achieving the Army's mission and performance goals. Individual training prepares the soldier or DA civilian employee to improve performance of current and future operational assignments. The training proponents support individual training by identifying individual tasks and supporting skills and knowledge, establishing performance standards, and producing individual training products. These training products include, but are not limited to, combined arms training strategies (CATS), training courses, TSPs, and TADSS. Individual training includes—

*(a)* Training and education presented in residence and by distance learning.

*(b)* Initial entry training (IET) and officer, warrant officer (WO), noncommissioned officer (NCO), and DA civilian employee training and education.

*(c)* The Army School System, commercial firms, specialized Army activities at civilian institutions, and units in the field conduct this training. The Army training proponents (for example, U.S. Army Training and Doctrine Command (TRADOC), U.S. Army Medical Department Center and School (AMEDDC&S), and the U.S. Army John F. Kennedy Special Warfare Center and School (USAJFKSWC&S)) support individual training and education by identifying individual tasks, establishing performance standards, and designing and developing individual training products. The career program functional chiefs, career field personnel proponents, or others develop Army civilian individual training requirements as described in chapter 3 of this regulation. The Army's individual training component includes formal resident and nonresident training sites, individual training in units and organizations, and self-development training. Training proponents provide guidance and training products to the soldier. Technological advances now allow and require (through goals and incentives) Army personnel to learn on their own time in a number of ways (for example, interactive multimedia courseware for use with a personal computer and videotapes).

*(d)* TASS includes all Army individual training and education institutions (schools, colleges, and academies) and courses. The Army School System institutions must be accredited to teach courses. The critical components of TASS are The Army Training System (TATS) courseware. These courses train the entire population of a specific job throughout all components of the Army to the same standard. Training is designed in recognition of RC time, facility, and resource constraints.

*(e)* Installation Army Education Centers (AEC) and Army Learning Centers (ALC), which are multi-use facilities that support individual training, leader development, and self-development training and education through a wide range of programs and services. These programs and services are available to all soldiers, DA civilian employees, and adult family members. They include—

1. Training and education materials including distance learning and self-development training products.
2. Language and computer laboratories.
3. Tutorial assistance.
4. Occupational libraries.
5. Army and civilian personnel testing.

*(f)* Army training institutions provide support to the Reserve Officer Training Corps (ROTC), National Defense Cadet Corps (NDCC), Army National Guard (ARNG), U.S. Army Reserve (USAR), and active Army units, and other training activities as directed. They provide administrative and logistical support of staff, faculty, units, and personnel assigned or attached to the school for duty. Additionally, they establish requirements for procurement, maintenance, and operation of adequate housing and academic buildings. These institutions also provide training to students of other

nations in accordance with AR 12–15, and maintain security of training information in accordance with AR 380–5, AR 380–10, and AR 380–19.

(2) *Collective training* includes training in units and organizations that prepares crews, teams, and units to accomplish their operational missions. Training in units consists of performance-oriented individual and collective training leading to participation in combined arms, joint, and multinational exercises. Unit commanders and leaders follow the principles and procedures in FM 7–0 and FM 25–101 to develop their METL, which supports their wartime mission, and implement training based on those tasks. The training proponents support collective training by identifying collective tasks and supporting individual tasks, establishing performance standards, and producing collective training products. These training products include, but are not limited to, CATS, mission-training plans (MTPs), drills, exercises, TSPs, and simulations.

(3) *Army modernization training* supports Army modernization programs. This training includes new equipment training (NET), doctrine and tactics training (DTT), displaced equipment training (DET), and sustainment training (ST).

*(a)* New equipment training is the transfer of knowledge on the operation and maintenance of new or improved systems from the materiel developer (MATDEV) to testers, trainers, supporters, and users.

*(b)* Doctrine and tactics training is training provided by proponent schools to soldiers and commanders on how to employ the capabilities of new or improved systems in combat.

*(c)* Displaced equipment training is provided by the proponent school or losing major command (MACOM) on equipment currently in the inventory that is scheduled for redistribution from one organization to another.

*(d)* Sustainment training includes individual and collective training that is conducted within a unit, organization, or school after completion of NET or DET and DTT to ensure the continued capability to operate, maintain, and employ the materiel system. The major Army command (MACOM), combat developer (CBTDEV), training developer (TNGDEV), MATDEV or provider, and Headquarters, Department of the Army (HQDA), together ensure effective training programs exist or are developed to help sustain unit training.

### 1–10. The combined arms training strategy

*a.* CATS is the Army's overarching strategy for current and future training of the force. It establishes unit, soldier, and leader training requirements and describes how the Army will train and sustain the Army to standard in the institution, units, and through self-development. This includes ensuring that CTCs, which replicate the battlefield with great fidelity, are available to the force-projection Army. CATS also identifies and quantifies the training resources required to execute training. Resources for the CATS are then coordinated and synchronized with Standards in Training Commission (STRAC) programs. Issues between CATS and STRAC resourcing of those strategies will be resolved through the Training General Officer Steering Committee (TGOSC) process.

(1) CATS enables the Army to integrate and manage Army training and to identify the associated training resource requirements. CATS provides direction on how the force trains and identifies a recommended mix of live training and simulation resources to execute the training. The development of training strategies is the first step in designing training.

(2) The Army training proponents design CATS following the principles established in FM 7–0, FM 25–101, and the applicable training analysis data. These proponent-designed training strategies define a sequence of training events for unit and individual training. These strategies serve as a proponent's plan for training required tasks and skills. The strategies reflect the proponent's training strategy by deciding which tasks and skills will be trained in the institution and at the unit and how they will be trained. Proponents consider the implications of joint and combined operations when developing these strategies.

(3) CATS strategies ensure the appropriate integration of training resources for heavy, light, and special operations forces for the Army. CATS is a flexible system that does not limit leaders. It provides leaders with a menu of training tasks, events, and resources from which they can plan and manage training.

(4) CATS also assists training resource development, procurement, and management. This function of CATS requires close coordination between the training development community and the combat development community. This ensures that potential doctrine, training, leader development, organization, materiel, and soldier (DTLOMS) requirements identified within the combat development process are integrated into the appropriate training strategies at an early stage.

*b.* The CATS addresses two different time frames. They are(

(1) Short-range institutional, unit, and self-development strategies are baseline strategies that describe how the Army trains now. These short-range strategies apply the current and the next 2 training years. They provide doctrine-based training strategies including tasks, training events, gates, and training resource options for the institution or unit trainer. Short-range strategies are based on the current threat and capability requirements, missions, doctrine, organization and training resources, operations tempo (OPTEMPO), ammunition, training land, ranges, facilities, and TADSS.

(2) Long-range strategies reflect anticipated changes in technology, budget, force capabilities, and missions three to ten years beyond the current year. They identify projected or planned training resources in addition to those currently available. Long-range strategies forecast changes in the mix and type of training resources needed to execute future

training, ensuring that the Army has a sound acquisition plan for obtaining these training resources. These strategies guide the TNGDEV, CBTDEV, and MATDEV in the development of future training for combat equipment and combat systems.

*c.* CATS currently consists of three integrated strategies:

(1) Training proponents prepare *unit strategies* that describe how units may train and the resources recommended to execute this training. CATS unit strategies depict the recommended training a unit and its soldiers should conduct annually, if properly resourced to maintain combat readiness and sustain trained and ready units. The strategies serve as a training menu. Each commander must compare the unit's training strategy with the unit's METL, training level of readiness, OPTEMPO limitations, time available, and available training resources to determine the best way to manage training for the unit. Proponents prepare unit strategies in the form of matrices. Unit strategies reflect individual soldier skills and tasks that soldiers must accomplish to support the unit mission.

(2) The training proponents prepare individual training strategies.

*(a)* The long-range individual training strategies establish milestones for developing and implementing new or revised TSPs, courses, and training programs. These strategies identify long-range peacetime and mobilization training requirements and provide an estimate of long-range resources required to support training. The long-range training strategies become the individual training plan (ITP) for each occupational specialty and appear as Part 1 of the Career Development Model.

*(b)* The short-range individual training strategies are based on task analysis. They cover the execution and budget years and identify specifically who, what, when, where, and how each individual critical task is trained. They establish peacetime and mobilization training requirements and identify initial and sustainment training requirements for individual and unit critical tasks. In addition, they estimate resource requirements to support training and establish the need to produce individual training products and materials, including TADSS and TSPs. These strategies appear as Part 3 of the Career Development Model.

(3) Self-development strategies enable soldiers and DA civilian employees to supplement their professional growth in the skills and competencies they need as leaders and technical specialists. All individuals are responsible for acquiring and sustaining the skills, knowledge, and experience needed to successfully perform the duty position requirements of current and future assignments. Successful efforts involve participation of the individual and the commander or supervisor to identify, counsel, and monitor development goals and accomplishments. Self-development is a continuous process that takes place during institutional training and the operational assignments. Self-development actions may include self-study, reading programs, advanced civil schooling, or community leadership positions that support the individual's development goals. Self-development is the individual's responsibility. These strategies will be created for each enlisted and warrant officer MOS, officer AOC, or civilian career field. They are published as Part 2 of the Career Development Model. The self-development training strategy consists of directed and self-motivated components.

*d.* CATS is the foundation of the unit-oriented training strategy used by the SATS. CATS and SATS assist trainers to design military training programs, determine unit readiness, plan for mobilization, and develop training budgets.

### 1–11. Leader development

*a.* The Army's formal leader development process promotes the growth of individual leaders through training and education, experience, assessment, counseling and feedback, remedial and reinforcement actions, evaluation, and selection. This integrated, progressive and sequential process occurs in Army schools, units, civilian education institutions, and organizations.

(1) Army schools conduct branch, branch immaterial, and functional training that prepare individuals to lead and command units and organizations or serve as staff members at all levels within the Army. The U.S. Total Army Personnel Command (PERSCOM), unit commanders, and organization heads select individuals to attend these courses in accordance with career development models.

(2) Through experience gained during operational assignments, leaders acquire the confidence, leadership, and the competence needed for more complex and higher level assignments.

(3) The leadership assessment process measures subordinates' leadership values, attributes, skills, knowledge, and potential to lead at specific levels within the Army. The assessment process provides the basis for evaluation (periodic and formal rating of performance) and development (a continuous and informal process aimed at improving leadership potential). For both the evaluation and development assessment processes, the individual's performance is rated against established standards which are understood by both the individual and the commander or supervisor conducting the assessment.

(4) Counseling and feedback provide clear, timely, and accurate information concerning individual performance compared to the established standards. As a part of the counseling and feedback session, the commander or supervisor assists the individual to identify strengths, weaknesses, and developmental needs.

(5) Remedial actions focus on correcting weaknesses that adversely impact on the individual's performance of current duty requirements. Reinforcement actions focus on sustaining and refining existing leadership skills and knowledge.

(6) The evaluation process officially rates an individual's past performance based on established standards. As a formal rating, evaluations are directly linked to selection for promotion, schooling, and various duty assignments.

(7) The selection process identifies individuals for promotion, schooling, and various duty assignments based on established criteria.

*b.* The Army's leader development system is designed to develop leaders of character and competence who understand and are able to exploit the full potential of current and future doctrine. The Army also develops and trains leaders to operate as part of joint and multinational staffs. It enhances relationships with regional partners through combined exercises, continual contacts, and national assistance. The goal is to develop Army leaders who clearly provide purpose, direction, motivation, and vision to their subordinates while executing operational missions in support of their commander's intent. Army leaders gain needed skills, knowledge, and experience through a combination of institutional training and education, operational assignments, and self-development. (See FM 22–100.)

(1) Institutional training and education courses qualify leaders for service in the Army, and provide them with the basic knowledge and skills needed to perform the duty position requirements of future operational assignments. Institutional training and education usually precede a new level of operational assignment. In each case, the institutional training base is the foundation upon which individuals develop their maximum potential.

(2) Operational assignments provide leaders an opportunity to apply the skills and knowledge gained during institutional training to the requirements of their assigned duty position. The value and effectiveness of leader development during operational assignments depend on the organization's or unit's command climate and commander's involvement. Commanders and supervisors enhance leader development by(

*(a)* Creating a command climate and working environment that develops leaders as a primary mission.

*(b)* Ensuring each individual meets training and education requirements.

*(c)* Assigning individuals to progressively more difficult, complex, and demanding duty positions. Duty positions must provide opportunities for soldiers and employees to gain experience from a full range of duties, responsibilities, and missions.

*(d)* Assessing individual performance and providing counseling that identifies strengths, weaknesses, and developmental needs.

*(e)* Coaching individuals on a regular basis.

*(f)* Assisting individuals during the preparation and execution of their self-development action plans.

(3) Self-development is a planned, dimension-based, progressive, and sequential process the individual leader uses to improve performance and achieve developmental goals. Self-development is a continuous process that takes place during institutional training and education and operational assignments. It is a joint effort involving the leaders and the commander or supervisor. Self-development actions are structured to meet specific individual needs and goals. It starts with an assessment of leadership skills, knowledge, and potential. A counseling and feedback session follows each assessment. During the counseling sessions, commanders or supervisors assist the individual to identify strengths, weaknesses, and developmental needs. Additionally, they discuss causes for strengths and weaknesses and courses of action to improve performance.

*(a)* Initial self-development is structured and narrow in focus. Self-development broadens as the individual gets to know himself or herself, determines needs, and becomes more independent. An individual's knowledge and perspective increase with age, experience, and training and education and are accelerated and broadened by specific, goal-oriented self-development.

*(b)* The value of self-development plans depends on the effectiveness of school, organization, or unit leadership assessments and leader development programs.

*(c)* Self-development actions include—

1. Attending military and civilian training and education programs that support developmental goals.

2. Seeking challenging, demanding, and complex assignments that provide opportunities to gain experience for future assignments.

3. Conducting self-study and practicing relevant leadership, technical, tactical, and functional tasks frequently to attain and sustain the required levels of proficiency.

4. Expanding knowledge by studying history, doctrine, and professional manuals and publications.

5. Conducting self-evaluation of performance to identify strengths and weaknesses and to determine their impact on performance.

6. Seeking guidance from the commander or supervisor and more experienced leaders and peers.

7. Seeking leadership roles in the military and civilian community or other public service activities.

8. Avoiding prolonged assignments outside one's chosen career field.

9. Developing and executing a self-development action plan that provides a clear path for achieving developmental goals. Immediate goals are remedial and focus on correcting weaknesses that adversely impact on the individual's performance in the current duty assignment. Near-term goals focus on attaining and refining the skills, knowledge, and experience needed for the next operational assignment. Long-range goals focus on preparing the individual for career-long service. Goals are supported by progressive and sequential actions to improve performance and achieve maximum

growth and potential.

### 1–12. Antiterrorism and force protection

Specific Army standards for Antiterrorism and Force Protection (AT/FP) training are listed in chapter 5, AR 525–13. Individual AT/FP training is mandatory for all soldiers, DA civilian employees, and DOD contractors and is strongly recommended for family members prior to travel outside the 50 United States and its territories and possessions for any reason, including mobilization, temporary duty (TDY), permanent change of station (PCS), and leave. There is also an AT/FP training requirement for personnel stationed outside the United States. Individual AT/FP training is valid for 1 year and must be documented. (See paras 3–5, 4–4, and 4–17 of this regulation.)

### 1–13. Integration of risk management and environmental considerations into training

*a.* Leaders will include safety and environmental protection considerations during the planning and execution of training events and activities. All leaders will integrate risk management practices that will not unnecessarily expose personnel and equipment to the risk of injury, illness, and accident.

*b.* Safety and risk management training will be task based and performance oriented, presented to all personnel, and structured using the three-tiered approach described below.

(1) Military commanders and military and civilian supervisors and staff will be trained to use the risk management tools and techniques to: identify and control hazards; plan and provide resources for protecting the force; establish and enforce safety and other appropriate standards (such as security) and public law; and ensure subordinate leaders are committed to the protection of their personnel, equipment, and environment. FM 100–14 provide detailed guidance for the application of risk management to protecting the force and the environment.

(2) All leaders will be trained to use the risk management process to identify and control hazards; lead safely by example; minimize the severity and frequency of accidents; plan and conduct safe operations; train individual and unit safety personnel; manage accident risks in unit operations; motivate subordinates to practice safe behavior; apply environmental awareness to daily activities; and plan and conduct environmentally suitable actions and training.

(3) All personnel must practice for safe behavior; safe operations; recognize and report unsafe acts and conditions; and take actions to prevent accidents.

(4) All personnel must to be familiar with environmental restrictions applicable to the training location, and to take responsibility for avoiding unnecessary environmental damage.

*c.* Training safety risk assessments and environmental risk assessments will be conducted during the planning phase of training to ensure that the training is realistic, yet does not cause unnecessary environmental damage, violate environmental legal restrictions, or exceed an acceptable level of risk. Leaders responsible for training will use the five-step risk management process shown in table 1–1.

*d.* Training safety and environmental assessments are continual and will be conducted during all phases of training development, implementation, and evaluation. Risk management will be integrated into the training development process and will be employed in training planning and delivery. Risk assessment codes are required for every lesson plan, both resident and nonresident, in the Active Army and RC.

*e.* The Department of Labor Occupational Safety and Health Act (OSHA), applied by Executive Order, requires job related training for all individuals potentially exposed to workplace hazards. The OSHA and other statutes require appropriate safety and health training for soldiers and DA civilian employees including specialized job safety training appropriate to the work assigned.

**Table 1–1**
**The risk management process[1]**

| Step | Action | Description |
|---|---|---|
| 1 | Identify hazards | Identify hazards to the force. Consider all aspects of current and future situations, environment, and known historical problem areas. |
| 2 | Assess hazards | Assess hazards to determine risks. Assess the impact of each hazard in terms of potential loss and cost based on probability and severity. |
| 3 | Develop controls and make risk decisions | Develop control measures that eliminate the hazard or reduce its risk. As control measures are developed, risks are re-evaluated until all risks are reduced to a level where benefits outweigh potential cost. |
| 4 | Implement controls | Put controls in place that eliminate the hazards or reduce the risk. |

**Table 1–1**
**The risk management process[1]—Continued**

| Step | Action | Description |
|---|---|---|
| 5 | Supervise and evaluate | Enforce standard and controls. Evaluate the effectiveness of controls and adjust and update as necessary. |

Notes:
[1] Detailed explanations of this process may be found in FM 100–14 and FM 101–5.

## 1–14. Training development

The Army's training development process, the Systems Approach to Training (SAT) must be used by all commands and agencies. The process ensures a systematic approach to making individual and unit training decisions. It determines: whether or not training is needed; the content and level of training; how, when, and where the training will be conducted; and the training resources required to produce, distribute, implement, and evaluate the training. The process has five phases: evaluation, analysis, design, development, and implementation. (See appendix B.)

## 1–15. Mobilization policy

Mobilization policies concerning curtailment or cancellation of training and education courses are incorporated into the Army Mobilization Plan, Volume I (Army Mobilization and Operations, Planning, and Execution System), appendixes 2 and 3 to annex T (Training) and Volume III (TRADOC Mobilization and Operations Planning and Execution System), appendix 3 (Concept of Operations) to annex T (Training).

# Section IV
# Military Training Management

## 1–16. Management of military training and education programs

The HQDA, Deputy Chief of Staff, G–3 (DCS, G–3), approves and manages Army military individual, collective, and modernization training and education programs. The HQDA, DCS, G–3, is assisted by the Director of Training, HQDA; a TGOSC; three Councils of Colonels (CoC); and designated HQDA executive agents.

## 1–17. Management of military individual training

The Army manages its requirements for individual training through the Army Training Requirements and Resources System (ATRRS). The ATRRS is a centralized training management real-time database under HQDA, Office of the Deputy Chief of Staff, G–1 (ODCS, G–1), proponency with interactive capability at Army training agencies, schools, training centers, and MACOMs. The ATRRS process consists of three major components: centralized training requirements and resource data, management of the training flow, and evaluation program execution. The training programs operate in accordance with the provisions of AR 350–10.

*a.* The Structure and Manning Decision Review (SMDR) validates training requirements, compares training requirements with school house resource capabilities (manpower, facilities, equipment, and dollars), and reconciles differences into an affordable, acceptable, and executable training program. SMDR is co-chaired by HQDA, Office of the Deputy Chief of Staff for Operations and Plans (ODCS, G–3) and HQDA, ODCS, G–1. HQDA, ODCS, G–1, coordinates the SMDR and verifies and provides the record set of training requirements used at the SMDR. HQDA, ODCS, G–1, provides the manpower program from which the training requirements are derived and ensures that personnel policies supports the training program. HQDA, ODCS, G–3, provides training priorities and addresses resource shortfalls. In coordination with the HQDA, ODCS, G–1, HQDA, ODCS, G–3, provides guidance to resolve course-related issues and develops alternatives to resolve shortfalls between training resource needs or capabilities and required training needs. After general officer approval, both the training requirement and training program are published by HQDA, ODCS, G–1, in the Army Program for Individual Training (ARPRINT). Detailed guidance on SMDR is included in AR 350–10.

*b.* The ARPRINT is the primary Army mission and resource document for individual training. ARPRINT reflects projected individual training requirements and approved training programs for formal instruction. ARPRINT is based on Army manpower requirements, matches as closely as possible the training loads contained within program budget guidance, is used by school systems to allocate resources, and serves as a basis for determining frequency of training. A key byproduct of ARPRINT establishes officer, enlisted, and Army training baselines. These baselines constitute affordable levels of training man-years and incorporate all individual training except IET for both officer and enlisted soldiers. Detailed guidance on the ARPRINT is included in AR 350–10.

*c.* The Training Requirements Analysis System (TRAS) integrates the training development process with the Planning, Programming, Budgeting, and Execution System (PPBES) by documenting training strategies, courses, and related resource requirements. TRAS integrates external resource acquisition systems for students, instructors, equipment and devices, ammunition, dollars, and facilities with the training development and implementation process. TRAS

Table 1–1
The risk management process[1]—Continued

| Step | Action | Description |
|---|---|---|
| 5 | Supervise and evaluate | Enforce standard and controls. Evaluate the effectiveness of controls and adjust and update as necessary. |

Notes:
[1] Detailed explanations of this process may be found in FM 100–14 and FM 101–5.

### 1–14. Training development

The Army's training development process, the Systems Approach to Training (SAT) must be used by all commands and agencies. The process ensures a systematic approach to making individual and unit training decisions. It determines: whether or not training is needed; the content and level of training; how, when, and where the training will be conducted; and the training resources required to produce, distribute, implement, and evaluate the training. The process has five phases: evaluation, analysis, design, development, and implementation. (See appendix B.)

### 1–15. Mobilization policy

Mobilization policies concerning curtailment or cancellation of training and education courses are incorporated into the Army Mobilization Plan, Volume I (Army Mobilization and Operations, Planning, and Execution System), appendixes 2 and 3 to annex T (Training) and Volume III (TRADOC Mobilization and Operations Planning and Execution System), appendix 3 (Concept of Operations) to annex T (Training).

## Section IV
## Military Training Management

### 1–16. Management of military training and education programs

The HQDA, Deputy Chief of Staff, G–3 (DCS, G–3), approves and manages Army military individual, collective, and modernization training and education programs. The HQDA, DCS, G–3, is assisted by the Director of Training, HQDA; a TGOSC; three Councils of Colonels (CoC); and designated HQDA executive agents.

### 1–17. Management of military individual training

The Army manages its requirements for individual training through the Army Training Requirements and Resources System (ATRRS). The ATRRS is a centralized training management real-time database under HQDA, Office of the Deputy Chief of Staff, G–1 (ODCS, G–1), proponency with interactive capability at Army training agencies, schools, training centers, and MACOMs. The ATRRS process consists of three major components: centralized training requirements and resource data, management of the training flow, and evaluation program execution. The training programs operate in accordance with the provisions of AR 350–10.

*a.* The Structure and Manning Decision Review (SMDR) validates training requirements, compares training requirements with school house resource capabilities (manpower, facilities, equipment, and dollars), and reconciles differences into an affordable, acceptable, and executable training program. SMDR is co-chaired by HQDA, Office of the Deputy Chief of Staff for Operations and Plans (ODCS, G–3) and HQDA, ODCS, G–1. HQDA, ODCS, G–1, coordinates the SMDR and verifies and provides the record set of training requirements used at the SMDR. HQDA, ODCS, G–1, provides the manpower program from which the training requirements are derived and ensures that personnel policies supports the training program. HQDA, ODCS, G–3, provides training priorities and addresses resource shortfalls. In coordination with the HQDA, ODCS, G–1, HQDA, ODCS, G–3, provides guidance to resolve course-related issues and develops alternatives to resolve shortfalls between training resource needs or capabilities and required training needs. After general officer approval, both the training requirement and training program are published by HQDA, ODCS, G–1, in the Army Program for Individual Training (ARPRINT). Detailed guidance on SMDR is included in AR 350–10.

*b.* The ARPRINT is the primary Army mission and resource document for individual training. ARPRINT reflects projected individual training requirements and approved training programs for formal instruction. ARPRINT is based on Army manpower requirements, matches as closely as possible the training loads contained within program budget guidance, is used by school systems to allocate resources, and serves as a basis for determining frequency of training. A key byproduct of ARPRINT establishes officer, enlisted, and Army training baselines. These baselines constitute affordable levels of training man-years and incorporate all individual training except IET for both officer and enlisted soldiers. Detailed guidance on the ARPRINT is included in AR 350–10.

*c.* The Training Requirements Analysis System (TRAS) integrates the training development process with the Planning, Programming, Budgeting, and Execution System (PPBES) by documenting training strategies, courses, and related resource requirements. TRAS integrates external resource acquisition systems for students, instructors, equipment and devices, ammunition, dollars, and facilities with the training development and implementation process. TRAS

documents enable Army training institutions to plan and support the development and implementation of individual training courses. Proper use of TRAS enables Army schools to convert training strategies from concepts to realities.

### 1–18. Management of military collective training

*a.* Future military combat will likely involve fast-moving forces and unprecedented lethality. On the future battlefield, commanders and their soldiers will have to provide support in many directions under all conceivable conditions, to include contaminated environments. Weapon systems with reduced crew sizes will operate in isolated geographical areas and will be challenged to meet complex and sophisticated threats.

*b.* Battle-focused training is a concept to derive and manage peacetime training requirements from wartime missions. Battle-focused training guides the planning, execution, and assessment of a unit's training program to ensure its members train, as they will fight. A critical aspect of the battle-focused training concept is the relationship between the mission essential collective tasks and the individual tasks that support them. Unit training requirements are derived from the commander's assessment of the unit's proficiency in performing mission essential tasks. An assessment of soldier and leader proficiency in those tasks that support accomplishment of the unit's mission helps determine soldier and leader training requirements. After assessing the unit's proficiency, the commander designs a training strategy based upon that assessment and the unit's METL. (See FM 7–0 and FM 25–101.)

(1) Unit long-range training plans typically identify a series of training exercises and events that will enable the unit to conduct training and sustain desired proficiency.

(2) The unit short-term training plans establish the best sequence of training activities within events or exercises to achieve training objectives.

*c.* CATS and STRAC provide each unit commander a model strategy that can be tailored to build and sustain unit proficiency in soldier, leader, and collective tasks.

*d.* The conditions for training must be as close to the conditions expected in the operational environment as resources, time, risk management, and personnel experience permit. Leaders should encourage innovations to improve battlefield realism. Opposing forces (OPFOR), night training, live fire exercises, active and passive air defense measures, military operations in urbanized terrain, environmental and deployment training, combined arms training, full dimensional operations, and joint and multinational training must be emphasized.

*e.* SATS is the Army's unit training management program. It uses application software and associated databases to facilitate the implementation of training policy, doctrine, and management described in FM 7–0 and FM 25–101. SATS aids commanders in training resources management and provides a situational training template for units. Additionally, it saves the commander time and manpower, and offers both prescriptive and descriptive training guidance. Automated training management provides the commander the ability to develop and integrate these products into training plans, calendars, and schedules. SATS is the program units use to access applicable electronic training information and to report unit specific training execution information.

*f.* The General Dennis J. Reimer Training and Doctrine Digital Library (RDL) is the Army's training archive. It is the repository for training and training support information in electronic format. Users may access the library through the Internet (http://www.adtdl.army.mil).

*g.* Commanders must manage and evaluate the performance of their soldiers and units. The Army Training and Evaluation Program (ARTEP) MTP, drills, lane training exercises, situational training exercises, command post exercises (CPX), and field training exercises (FTX) enable unit commanders to assess training status. Additionally, the training section of the unit status report is an invaluable means to determine unit training status and training constraints.

### 1–19. Management of Army modernization training

As the HQDA proponent for AMT, the DCS, G–3, provides guidance and policy and approves all new equipment training plans (NETP) associated with the acquisition of new, improved, or modified systems. The PERSCOM reviews NETP and provides comments to MATDEV)or provider in accordance with DA Pamphlet (Pam) 350–40.

*a.* CBTDEV and the Training Developer (TNGDEV) determine requirements for warfighting materiel systems and their training subsystems. TNGDEV identifies training requirements and plans and coordinates the conduct of training to support Army modernization. TNGDEV determines the training strategies required to introduce, operate, and sustain the equipment and its software, and training required to teach doctrinal and tactical applications. The use of embedded training to meet these needs is preferred. TNGDEV documents these training requirements in the system Operational Requirements Document (ORD) and the System Training Plan (STRAP). STRAP specifies the strategy and presentation and delivery media options to be used for all aspects of AMT. The selected presentation and delivery media are determined by TNGDEV in coordination with CBTDEV and MATDEV or provider. System managers and TNGDEV plan and execute DET when it is required. Displaced equipment training plans are used to manage the training required on equipment currently in the Army's inventory that is to be redistributed within a MACOM or between MACOMs. The system proponent's TNGDEV develops and presents DTT on how to employ new, improved, or displaced systems.

*b.* MATDEV manages NET programs and develops NETP.

(1) NETP is the primary tool for managing NET in accordance with the approved ORD and STRAP. New

equipment training plans are developed early to permit coordination for personnel and resources. NETP establishes, coordinates, and documents the milestones and resources for executing the NET strategy. In compliance with the acquisition charter, planning for NET covers the spectrum of the life-cycle management model. It addresses all training applicable to the system and its software, to include the use of training devices throughout fielding. All NETPs are maintained on the Army Modernization Training Automation System (AMTAS), the official NET database. The guidelines for completing NETPs are contained in DA Pam 350–40.

(2) Management of NETP is a joint effort among MATDEV, CBTDEV, TNGDEV, gaining MACOMs, and PERSCOM. MATDEV also provides detailed information in NETP pertaining to training courses, locations, NET team (NETT) members, facilities, MOS data, and contractor support. Whenever feasible and cost effective, MATDEV or provider, in coordination with CBTDEV and TNGDEV, will use distance-learning techniques and contractor personnel to conduct NET in order to minimize impacts on Army manpower and funding requirements.

*c.* In compliance with total package fielding, MATDEV plans, funds, develops, and acquires a system TSP necessary to support and execute NET and other AMT requirements as prescribed in NETP, STRAP, and other training documents. Key areas of NET management consist of the evaluation of requirements documents, preparation of the qualitative and quantitative personnel requirements information (QQPRI), contract requirements packages, NET support packages, and identification of the resource requirements to support training development and fielding.

## Section V
## Army Training Programs

### 1–20. Training research and simulation programs

*a.* Historically, the Army has relied on field training exercises to provide the combat training needed for success in wartime. There continues to be a need for live fire gunnery and training exercises, routine deployment exercises, and crew drills. The use of simulators and simulations enhances these training exercises. The goal of the Army's training research and development programs is to improve combat readiness across the full range of Army missions. To ensure affordable training in the future, the Army must capitalize on technology to move toward a seamless, synthetic environment consisting of live, virtual, and constructive simulation. This environment must:

(1) Provide environmentally sensitive, accessible, cost-effective training that provides the necessary fidelity.

(2) Replicate actual operational conditions so soldiers can operate in the synthetic environment as they could expect to operate under wartime conditions.

(3) Ensure leaders have needed technical and tactical skills and knowledge.

(4) Support the Army as it executes operations at the tactical, operational, and strategic levels.

(5) Support training for contingency missions.

*b.* Continuing research into unit training strategies provides an empirical basis for developing unit training strategies for the Army. Validated training methods determine optimal mixes of TADSS, live fire, and field maneuver exercises.

*c.* Escalating OPTEMPO costs and the increased range and lethality of modern weapons systems, coupled with environmental damage, create a demand for simulation-based training to augment field and range training. Simulation-based training is the primary training vehicle for brigades through echelons above corps.

*d.* The synthetic theater of war provides a training environment that networks actual combat systems, manned simulators, and other simulations together on a common, virtual battlefield. The simulated environment replicates geographical, climatic, and threat conditions to meet user training requirements.

*e.* The Army must identify and incorporate training requirements early in the materiel acquisition process. These actions streamline the process for acquiring stand alone training systems and those that are embedded within the combat system design. The emphasis on value engineering, top-down training strategies, and Manpower and Personnel Integration (MANPRINT) requirements also reinforces the need to describe weapons and training systems early in the acquisition process.

### 1–21. Army Physical Fitness Training Program

*a.* The objective of the Army Physical Fitness Training Program is to enhance combat readiness by developing and sustaining a high level of physical fitness in soldiers as measured by:

(1) Cardiorespiratory endurance.

(2) Muscular strength and endurance.

(3) Flexibility.

(4) Body composition standards as prescribed by AR 600–9.

(5) Motor efficiency (coordination, agility, balance, posture, speed, power, and kinesthetic awareness).

(6) Anaerobic conditioning.

(7) Competitive spirit, the will to win, and unit cohesion.

(8) Self-discipline.

(9) A healthy lifestyle that includes good nutrition, excludes smoking, and avoids misuse of alcohol and drugs.

(10) The ability to cope with all types of stress.

*b.* The physical fitness policy applies Army-wide. It includes all soldiers, functional branches, units, and operating agencies. Physical fitness provides a foundation for combat readiness and must be an integral part of every soldier's life. Unit readiness begins with the physical fitness of soldiers and the NCOs and officers who lead them.

(1) Commanders and supervisors will establish physical fitness programs consistent with this regulation, FM 21–20, and unit missions. Exercise periods will be conducted with sufficient intensity, frequency, and duration to maintain adequate cardiorespiratory endurance, muscular strength and endurance, flexibility, and body composition.

(2) Soldiers must meet the physical fitness standards set forth in FM 21–20 and this regulation. Soldiers who are unable to meet these standards or the mission-related physical fitness standards required of their duty assignment may be subject to administrative action.

*c.* Personnel in the active Army, ARNG, and USAR will take part in either collective or individual physical fitness training programs year-round. Active Army units, individuals, and RC soldiers on active duty will conduct regularly scheduled (at least three to five times per week), vigorous physical fitness training during the unit's normal duty day as determined by the commander.

(1) Commanders of ARNG and USAR units incorporate mission and battle-focused physical fitness training into appropriate inactive duty training periods.

(2) Personnel will be excused from physical fitness training only during periods of temporary or permanent medical limitations established in accordance with AR 40–501.

(3) Personnel who cannot take part in physical fitness training because of a profile condition will be placed in rehabilitative programs and, within profile guidelines given by health care personnel, be supervised by the commander.

(4) Soldiers age 40 and over will be evaluated for coronary heart disease risk factors as part of their periodic physical examination. The medical procedures for the cardiovascular screening program (CVSP) are outlined in AR 40–501. It is the soldier's responsibility to ensure that the CVSP is conducted as close to the 40th birthday as possible and as promptly as medical facilities permit.

(5) All soldiers centrally selected for command positions and Command Sergeants Major (CSM) designees, regardless of age, must have a CVSP, meet body composition standards set forth in AR 600–9, and pass the Army Physical Fitness Test (APFT) or an alternate before assuming command or assignment to a CSM position. A CVSP clearance granted during the soldier's last periodic physical examination is sufficient to meet the CVSP requirement.

*d.* Physical fitness standards are developed by TRADOC and approved by HQDA, DCS, G–3. The APFT provides a measure of cardiorespiratory and upper and lower body muscular endurance. It is a performance test that indicates a soldier's ability to perform physically and handle his or her own body weight. Standards are adjusted for age and physiological differences between men and women. The APFT consists of push-ups, sit-ups, and a 2-mile run, done in that order on the same day. (See repetition and time guidelines in FM 21–20.) For soldiers on a permanent profile, a record test must include an aerobic event. The only approved aerobic events are the 2-mile run, 800-yard swim, 6.2-mile bike ride (stationary or track), or the 2.5-mile walk. Testing is prescribed for all soldiers as follows:

(1) The APFT provides an assessment of the physical fitness training program. Physical conditioning or training periods solely devoted toward meeting APFT requirements are discouraged.

(2) Commanders may administer the APFT as often as they wish; however, they must specify beforehand when the results are for record. The Active Army, Active Guard/Reserve (AGR), and USAR Troop Program Unit (TPU) soldiers will take the APFT at least twice each calendar year. A minimum of 4 months will separate record tests if only two record tests are given. The intent is for the Active Army, the AGR, and USAR TPU soldiers to take a record APFT every 6 months. Mission requirements often prevent the even spacing of record tests. Therefore, commanders are encouraged to test soldiers for record as close to the record test window as possible.

(3) Soldiers in the ARNG TPUs will take the APFT at least once each calendar year. A minimum of 8 months will separate record tests if only one test is given. Soldiers that require makeup testing or re-testing for an APFT failure are exempt from the 8-months rule. Soldiers requiring makeup testing will be scheduled in accordance with the unit Standard Operating Procedures (SOP). Soldiers requiring retesting for an APFT failure will be scheduled as prescribed in para 1–21*d*(5) of this regulation

(4) Personnel with permanent medical profiles that preclude participation in the pushup or situp event will take the remaining events if a physician or physician's assistant approves. The 2-mile run event, or an approved alternate test event as outlined in FM 21–20, must be taken if the test is for record. The alternate test is for soldiers with permanent physical profiles that prevent them from running 2 miles. Soldiers with temporary profiles of long duration (more than 3 months) may also take an alternate test if approved by the commander and health care personnel. Soldiers must be given 3 months to prepare for the alternate test from either the date of the profile or the date recommended by health care personnel.

(5) Soldiers who fail a record APFT for the first time or fail to take a record APFT within the required period will be flagged in accordance with AR 600–8–2. In the event of a record test failure, commanders may allow soldiers to retake the test as soon as the soldier and the commander feel the soldier is ready. Soldiers without a medical profile will be retested no later than 90 days following the initial APFT failure. Reserve component soldiers not on active duty and without a medical profile will be tested no later than 180 days following the initial APFT failure.

(6) Personnel who initially fail the CVSP and are subsequently cleared will have no more than 179 days of conditioning before retaking a record APFT.

(7) All soldiers must attain a score of at least 60 points on each test event or receive a "GO" on the alternate aerobic events. If a soldier does not attain a minimum of 60 points in each event or a "GO" on an alternate aerobic event, the soldier is an event failure. When a soldier fails one or more events, the soldier is a test failure. Exceptions are listed below:

*(a)* Soldiers in basic training must attain 50 points on each event or a score as determined by HQDA, DCS, G–3, in coordination with TRADOC. (This exception does not apply to advanced individual training (AIT), one station unit training (OSUT), or leader development schools.)

*(b)* Soldiers awaiting IET may be tested, but no formal record of their score will be maintained.

(8) Soldiers in IET will be tested near the end of the course to qualify for completion of basic training, AIT, and OSUT.

(9) Soldiers in joint, North Atlantic Treaty Organization (NATO), Office of the Secretary of Defense, and other staff assignments will take the APFT. The senior Army soldier in the organization will ensure the APFT is conducted and scores are included in records and performance reports.

(10) Individual Mobilization Augmentee (IMA) and Individual Ready Reserve (IRR) soldiers who are on tours of AT, active duty training, or active duty special work will take the APFT when they are placed on tours of duty for 12 or more consecutive calendar days. No APFT will be administered during those years in which an IMA and IRR soldier does not serve an active duty tour. Those who fail the test will be retested in accordance with the provisions of para 1–21*d*(5). Reserve Component soldiers assigned or attached to active Army units and organizations for 30 consecutive days or more will follow the physical fitness program for that unit or organization.

(11) The TRADOC recommends physical fitness standards for entry into Ranger and Airborne training and into other schools having separate physical fitness standards. The U.S. Army Special Operations Command (USASOC), in conjunction with TRADOC, sets the fitness standards for entry into Special Forces training. The HQDA, ODCS, G–3, reviews and approves these standards.

*e.* Field Manual 21–20 provides guidance for preventing injuries during physical training.

(1) Trainers will be alert to symptoms indicating that a soldier's endurance limits have been reached or exceeded, or a serious medical condition exists.

(2) If a trainer detects any symptoms, exercises will be stopped, and the soldier immediately referred for medical evaluation.

(3) Training intensity should be increased slowly so that the body can adapt to more strenuous training.

(4) Environmental considerations, particularly weather and altitude, are important in planning physical training programs.

(5) If a soldier fails to meet the physical fitness standards in FM 21–20, the unit commander will remove the soldier from parachute, diving, or flight crew status. This action will be taken to ensure the safety of that soldier and other unit members.

*f.* Policy governing military physical fitness standards during institutional training is contained in chapter 3. Guidance concerning physical fitness training in units is provided in chapter 4.

### 1–22. The combat training center program

The CTC program consists of the National Training Center (NTC), Fort Irwin, CA; the Joint Readiness Training Center (JRTC), Fort Polk, LA; the Combat Maneuver Training Center (CMTC), Hohenfels, Germany; and the Battle Command Training Program at Fort Leavenworth, KS. The CTC program objectives are to: increase unit readiness; develop battlefield leaders; embed doctrine, provide feedback on unit tactical effectiveness to participants; and provide data to improve DTLOMS input to the combat and training development processes. Army Regulation 350–50 establishes Army policies for the management of the CTC program.

### 1–23. The Army Distance Learning Program

*a.* The Army Distance Learning Program (TADLP) will enhance the readiness posture of the Army through the delivery of standardized training to soldiers and civilians and units and organizations at the right place and time using technology. Distance-learning applications may be applied to individual, collective, and self-development training; AMT; the Army Correspondence Course Program (ACCP); the Army Civilian Training, Education, and Development System (ACTEDS), civilian academic education, and training in units. The distance learning program is a key tool in facilitating Army Continuing Education System (ACES) programs.

*b.* Distance learning provides the Army with the capability to present standardized individual, collective, and AMT at sites other than in a formal school environment. This includes, but is not limited to, implementing training by way of simulators; simulations; correspondence courses; video teletraining; and interactive multimedia instruction (IMI) completed at home, in a learning center at an installation, or in a unit deployed at an operational site. The requirement for these distance-learning products will be established in materiel requirements documents and detailed in the training development proponent's STRAP and short- and long-range CATS or follow-on course design. All training and

education courses will be designed and developed leveraging distance-learning concepts when cost efficient and effective training will result. Courses may include combinations of resident and distance-learning modules or subcourses.

*c.* Distance learning collective training products, to include simulations, will be designed to provide sequential and progressive training and to assist commanders in training mission essential tasks.

*d.* The ACCP is a part of TADLP and is a nonresident component of TATS. The intent is for all ACCP courses to be produced in paperless formats for delivery through the RDL (http://www.adtdl.army.mil). It encompasses the correspondence course programs of TASS and DOD schools and provides self-study courses. A correspondence course is self-paced and portable instructional material prepared by the training development proponent. The training is presented in a logical, progressive sequence and directed toward the student learning to accomplish specific objectives. Correspondence course products can be used for either individual or group study. Correspondence courses provide relatively low cost learning opportunities. The ACCP offers courses and subcourses free of charge to Active Army and RC members of the U.S. Armed Forces, ROTC and U.S. Military Academy cadets, authorized DA civilian employees, and non-U.S. citizens employed by the DOD. Correspondence materials are available to foreign military students through the Foreign Military Sales Program. Enrollment in courses is in accordance with DA Pam 351–20.

(1) Active Army soldiers in grades E4 and E5 can earn promotion points in accordance with AR 600–8–19.

(2) Reserve Component soldiers can earn promotion and retirement points through the ACCP in accordance with AR 140–1, and AR 140–185.

(3) Army personnel who—

*(a)* Successfully complete training and education requirements through distance learning will receive completion credit for that course, as described in para 3–15 of this regulation.

*(b)* Are enrolled in a formal TASS course through the ACCP and who are selected to attend the resident course will attend the resident course.

(4) Training products required to support distance learning will be distributed worldwide by the most effective and efficient means, to include, but not limited to, U.S. Postal Service (mailed directly to students' homes or units), electronic computer networks, and bulletin board systems.

*e.* The training proponents will help satisfy Army training and readiness requirements by actively seeking ways to employ distance-learning capabilities. Courses will be structured to reach the largest training audience and provide training that meets established performance standards at the most economical cost.

*f.* Training proponents will support materiel system acquisition program executive officers (PEO) and program/project/product managers (PM) in exploiting embedded training and distance-learning capabilities to mitigate reductions in manpower available for AMT.

*g.* The ATRRS will serve as the primary database of record for distance learning program management. Guidance to field commanders and the training base for distance learning implementation will be incorporated into Change 1 to AR 350–1 and AR 350–10.

### 1–24. The Army-wide Doctrinal And Training Literature Program

The Army-wide Doctrinal and Training Literature Program provides field manuals; training circulars; joint multiservice and Army specific key- and capstone field manuals; MTPs; drills; soldier training publications; selected DA pamphlets, posters, and ROTC manuals. These publications support Army training in doctrine; tactics, techniques, and procedures; and unit and individual task based training and education.

### 1–25. On-the-job training programs

OJT is another method of delivering training and a process commanders and supervisors use to train personnel and improve individual skills and knowledge, cross train individuals, or qualify individuals for award of an occupational specialty. OJT programs can be formal or informal.

*a.* Formal OJT is a structured, closely managed training program designed, developed, and closely guided by the training proponent and implemented by the unit commander. Training is based on the critical tasks for the job or duty position being trained. A TATS course can include formal OJT.

*b.* Informal OJT is a unit or organization program designed to prepare soldiers and civilian employees to perform tasks that relate to a specific duty position within the unit or organization. The unit commander or supervisor identifies the tasks, designates trainers, and approves the training materials and performance standards. The first-line supervisor schedules and supervises the training and evaluates the soldier's or civilian employee's performance of tasks.

## Section VI
## Training Support and Training Support Products

### 1–26. Training support

Training support encompasses the products and materials, personnel, services, and facilities needed to implement

training. It includes such functions as design, development, acquisition, production, reproduction, distribution, maintenance, and accountability of training products and materials, training scheduling, and student record maintenance for Army individual and unit training. The Army supports its schools and unit commanders by providing support for the development, fielding, maintenance, and accountability of visual information (VI) and multimedia products, materiel items, and materials that will challenge and motivate leaders and their soldiers to develop and maintain competence and confidence, safely and within resource constraints. Services are provided for centralized oversight and management of the in-house development, production, or contract procurement process. In addition, Visual Information and Training Support Divisions (VI/TSD) or Visual Information and Training Support Centers (VI/TSC) are located at each installation to provide geographic area training support and services to commanders and commandants of proponent schools, units or organizations, and tenant activities. Further, the VI/TSDs or VI/TSCs provide storage, loan and issue, accountability, instruction, and maintenance of TADSS in support of training.

### 1–27. Training support products

Training support products include a variety of TADSS, ranges, ammunition, publications, visual information, and multimedia products.

*a.* Training aids, devices, simulators, and simulations or "TADSS" is a general term for multidimensional, stand alone, appended, or embedded training hardware and software systems. They are categorized as either system or nonsystem TADSS and include the TES training system; targets and targetry; CTC and range instrumentation systems; training-unique ammunition; and dummy, drill, and inert munitions. They do not include training equipment (tactical or nontactical systems or components of systems used to support training) or permanent or semipermanent training facilities. Army policy concerning training device acquisition and management is established in AR 350–38. It requires the procurement of system TADSS as part of the materiel acquisition package.

(1) System TADSS are used with a family of systems or a single system or item of equipment. Embedding system TADSS into the supported materiel system is the preferred approach whenever practical and cost effective.

(2) Nonsystem TADSS support general military training.

(3) The Combined Arms Tactical Trainers are a network of simulations and simulators replicating vehicles and weapon systems of the combined arms team.

(4) The family of simulations is a group of simulations that provide joint and multinational battlefield environments for commanders and staffs to practice the execution of command, control, synchronization, and employment of combined arms assets without incurring the high cost of field training exercises.

(5) Graphic training aids (GTA) enable trainers to conduct or sustain essential training in lieu of providing a publication or using an expensive piece of equipment. GTAs are produced in a variety of sizes, shapes, and formats (for example, pocket cards, decks of cards, flip charts, and simulated games).

*b.* Training ammunition enables institutions and field units to achieve training standards with individual and crew-served weapons. Unit training ammunition requirements are calculated using DA Pam 350–38 and DA Pam 350–39. Institutions use TRADOC approved programs of instruction (POI). Army-wide requirements and weapon densities are submitted to the U.S. Army Training Support Center (ATSC) by the MACOMs in January of each year. ATSC validates requirements and submits them to HQDA by the end of the 2nd quarter of each fiscal year. (See AR 5–13 for detailed policies and instructions on training ammunition management.)

*c.* The Army Range and Training Land Master Plan identifies the training land, management, operations, and support for range instrumentation, targetry, and device requirements for approved range projects and Army range modernization requirements.

*d.* Integrated Training Area Management is a key element of training support that ensures requirements of the Range and Training Land Master Plan are achievable, given environmental restrictions.

*e.* A publication hierarchy of supporting publications includes a five level structural representation of doctrinal and training publications designed to help trainers and soldiers identify the publication most relevant to their needs.

*f.* Audiovisual and multimedia training support products include a variety of films, television tapes, IMI, CD-ROMS, and other computer, web, and Internet supported and delivered media.

## Section VII
## Training and Education Schools

### 1–28. The Army School System

*a.* The Army School System is a composite school system made up of ARNG, USAR, and Active Army institutional training systems. The Army School System conducts IET; functional (MOS, AOC, ASI, SI, LIC); reclassification; and officer, warrant officer, NCO, and DA civilian professional development training and education through both standard resident and distance-learning courses. RC TASS battalions are functionally aligned and linked to appropriate training proponents.

*b.* The Army training proponents, ARNG, and the USAR provide the structure to establish, maintain, and operate TASS education system from a common automated management system. The Active Army training proponents provide

operational links to the RC instructor groups. This ensures quality assurance, instructor certification, TATS courseware, use of SAT, and a distance-learning strategy. Reserve Component Configured Courseware may be used until TATS courseware is fully available.

*c.* The ARNG and USAR provide component infrastructure organized into TASS divisions (Institutional Training), brigades/regiments, and functionally-aligned battalions. These elements deliver institutional training at distance-learning locations using TATS courseware approved and distributed by TRADOC.

*d.* The U.S. Army Forces Command (FORSCOM), through the U.S. Army Reserve Command (USARC), USASOC, AMEDD, U.S. Army Europe (USAREUR), Eighth U.S. Army (EUSA), and the U.S. Army Pacific (USARPAC) assist USAR units to coordinate and translate priorities into individual training requirements for the SMDR to be documented on ATRRS.

*e.* The Army School System training battalions are organized under the regional schools concept. The Army School System divides the continental United States (CONUS) and territories into seven regions based on geographic and demographic data and the Active Army and RC force structure. Each region includes six training brigades/regiments that oversee instruction in leadership, officer education, health services, combat arms, CS, and combat service support. The Army School System training battalions, subordinate to the brigades/regiments, align with the proponents for each career management field (CMF). Battalions manage instructor groups. Each instructor group has multiple teaching sites that ensure the availability of decentralized instruction for all soldiers.

*f.* All TASS training battalions and Active Army institutions teach courses to the same standards. All Active Army, RC, and DA civilian employee training requirements are solicited for TASS training battalions during The Army Centralized Individual Training Solicitation process and are established during the SMDR. Whenever possible, attendance by soldiers and DA civilian employees at specific TASS training locations will be determined by the commuting distance from their duty station to the teaching location.

*g.* The Army School System training battalion training missions are validated during the SMDR process, reflected in the ARPRINT, and documented in the ATRRS. All TASS training battalion missions are fully resourced (personnel, facilities, equipment including OPTEMPO, supplies (less training ammunition), and training support) through a deliberate cross component (TRADOC, ARNG, and USAR) affiliation program. Prior to the execution year of training, training program changes are finalized through the Training Resources Arbitration Panel, chaired by HQDA, ODCS, G–1. All training program changes are reflected in ATRRS. The Army School System training battalions provide training on a nonreimbursable basis. They will not cancel scheduled classes resulting from resource constraints, unless all commands with quotas agree to the cancellation, or HQDA, ODCS, G–3 (DAMO-TR), determines that necessary resources cannot be made available. Approved class cancellations will be announced no later than 46 days before the class start date and posted in ATRRS.

(1) Staff and faculty personnel with the required skills are provided by the Active Army and the Reserve Components. When reimbursement is required, commands resource pay and allowances for personnel provided by another command by executing a Military Interdepartmental Purchase Request (MIPR). Reimbursement is not mandatory. Travel and per diem costs for personnel borrowed from another command are paid using either Operations and Maintenance, Army (OMA); Operations and Maintenance Army National Guard (OMARNG); or Operations and Maintenance, Army Reserve (OMAR) funds. On a limited basis, TASS training battalions may also contract civilian personnel using OMA, OMARNG, or OMAR funds when determined to be cost effective.

(2) The command scheduled to provide ATRRS approved training provides all necessary training facilities, to include billeting and government meals without reimbursement. Billeting is provided to all students from all commands on an equal basis regardless of training status (for example, inactive duty training (IDT), annual training (AT), Active Duty for Training (ADT), TDY enroute, or TDY and return). When TASS training battalions desire to use facilities owned by another command, reimbursement costs are made through a MIPR. The use of non-government facilities follows established contracting guidelines.

(3) Procedures for short- and long-term equipment loans required for TASS support are negotiated by the respective command in accordance with AR 350–10 and AR 700–131. All issue, turn-in, transportation, OPTEMPO, and repair costs are paid by the borrowing command.

*(a)* Prior to shipment, borrowed equipment must pass a joint technical inspection (TI) at the organizational level. In cases where joint TIs are not possible, a memorandum of acceptance between the commands is required. The Army School System training battalions may agree to terms and conditions that differ from normal inspection standards when it is beneficial to do so.

*(b)* Lowering of standards for return of borrowed equipment is not authorized. Borrowed equipment is to be returned in the same condition as received. Funds may be transferred between commands by MIPR if the borrower does not have a repair capability.

(4) The Army School System training battalions fund all classes of supply for each ATRRS approved course, except:

*(a)* Unit and organization commanders and supervisors must ensure that soldiers and DA civilian employees reporting for training have the required personal clothing requirements as shown in the ATRRS.

*(b)* TRADOC will identify training ammunition (Class V) requirements for TASS and submit to HQDA, ODCS,

G–3 (DAMO-TR), for approval and authorization. All Class V requirements are based upon proponent-approved POIs and student loads listed in the ATRRS.

(5) Except for certain classified instructional materials provided by the U. S. Army Intelligence Center, all TATS courseware and instructional materials are furnished to TASS training battalions by TRADOC for local reproduction.

### 1–29. Schools of other services

Army education and training needs may be met through attendance at schools operated by the other military departments of DOD. Selected personnel may attend schools and courses under the control of the other services and other Defense components such as the Defense Logistics Agency to promote interservice understanding and operations knowledge, or to acquire a skill or specialty not taught in Army schools. Eligibility and selection criteria for attendance at schools operated by the other military departments of the DOD are discussed in chapter 3.

### 1–30. Joint colleges

*a.* Joint colleges prepare officers of all services for assignments at joint or combined headquarters or commands. This training prepares students to accomplish joint command and staff functions and to perform strategic planning duties.

*b.* Joint colleges may offer specialized courses focused on particular joint or combined assignments. The NATO Staff Officers Orientation Course (NSOOC) is an example of this type of course. The National Defense University (NDU) at Fort McNair, DC, presents the course various times throughout the year. Attendance at the NSOOC is mandatory for all Active Army and AGR officers in the grade of major through colonel selected for an initial assignment to a NATO staff position. The course acquaints students with NATO missions, organizations, and procedures, preparing graduates prepared for their NATO assignments and ensuring effective interaction with their allied colleagues.

### 1–31. Interservice training

*a.* The Interservice Training Review Organization (ITRO) is an organization of the military services and was established to improve the cost effectiveness and efficiency of service training consistent with individual service requirements.

*b.* The ITRO reviews training and related activity to increase effectiveness and efficiency through—

(1) Course or curricular realignments.

(2) Standardization.

(3) Administrative or management improvement.

*c.* The ITRO assists the military departments by performing special studies directed toward improving common training needs among the services, and it acts as a forum for the free exchange of ideas, information, and new technology related to interservice training.

### 1–32. Civilian institutions

*a.* Selected personnel may receive training in civilian educational, commercial, or industrial institutions when requirements exist for this training and the desired training program is not available in Army schools or schools of other services.

*b.* Civilian academic programs or courses are available through the following—

(1) Courses offered by ACES.

(2) Distance learning courses offered by the Defense Activity for Non-Traditional Education Support.

(3) Degree Completion, Fully Funded, Cooperative Degree, and other programs defined in AR 621–1.

(4) Precommissioning training under the ROTC program.

### 1–33. Contract training courses

*a.* When approved by the appropriate training proponent, soldiers and DA civilians may attend vocational or technical courses at civilian institutions. Schools may submit requests through their appropriate chain of command to lease facilities and equipment from civilian institutions. Alternatively, civilian institutions may provide institutional services at the school. The following conditions must exist to use contract training.

(1) The occupational specialty is determined to be appropriate for contract training by the training proponent.

(2) The course will train all, or a significant portion of, the tasks and supporting skills and knowledge necessary to qualify the student in the occupational specialty for which training is required.

(3) The requesting agency will ensure that the POI offered by the contractor is consistent with Army standards.

*b.* Development of NET course materials and the presentation of NET courses may be accomplished through the use of contractors. The materiel developer's NET managers, in coordination with program executive officers (PEO) and PM, have the authority to approve use of contractor training for new, improved, or modified systems.

*c.* TRADOC, U.S. Army Medical Command (MEDCOM), U.S. Army Materiel Command (AMC), U.S. Army Corps