of Engineers (USACE), USASOC, and the U.S. Army Criminal Investigation Command (USACIDC) have authority to approve the use of contractor training in occupational skills for which they are responsible.

# Chapter 2
# Responsibilities

## Section 1
## Headquarters, Department of the Army

### 2–1. Assistant Secretary of the Army (Acquisition, Logistics, and Technology)

The Assistant Secretary of the Army (Acquisition, Logistics, and Technology) (ASA (AL&T)) will provide policy and guidance to research, develop, and procure system and nonsystem TADSS and other training materials to support unit training as envisioned in long-range CATS. In addition, as the Army Acquisition Executive, the ASA (AL&T) will—

*a.* Through assigned PEO/PMs—

(1) Provide NET funding for each assigned system in accordance with the approved operational requirements document, approved Program Baseline, and decisions made during the milestone reviews governed by AR 70–1.

(2) Coordinate NET strategies, management, and the conduct of the NET with AMC NET Managers.

(3) Coordinate AMT policy issues with HQDA, ODCS, G–3 (DAMO-TR), WASH DC 20310–0450.

*b.* Formulate and manage policies governing the training and education programs for Army Acquisition Corps (AAC) and Army Acquisition Workforce (AAW) personnel.

*c.* Coordinate with the Assistant Secretary of the Army (Manpower and Reserve Affairs); DCS, G–3; DCS, G–1; Chief, National Guard Bureau (CNGB); Chief, Army Reserve (CAR); and Commander, PERSCOM, on policy issues governing AAC/AAW military and civilian training and education.

*d.* Coordinate with PERSCOM, U.S. Army Reserve Personnel Command (ARPERSCOM), and CNGB for administration of quotas for leader development, certification, and functional area training courses for active Army and civilian AAC/AAW personnel.

*e.* Act as HQDA point of contact for career development of AAC/AAW personnel.

*f.* Through the Director, Army Acquisition Career Management:

(1) Assist the Army Acquisition Executive in implementing Defense Acquisition Workforce Improvement Act (DAWIA) provisions. This includes high-quality education, training, and other career broadening programs to enhance technical competencies and leadership skills.

(2) In coordination with the Office of the Secretary of Defense (OSD), Director of Acquisition Education, Training, and Career Development Policy, manage and implement the Army Career Development Program for AAC/AAW personnel.

(3) In conjunction with OSD functional boards and functional advisors, establish and publish education, training, and experience standards for each acquisition position category and career field. Standards will be designated either mandatory or desired.

(4) Identify and publish career paths for Army military and civilian acquisition personnel. Career paths will include the mandatory and desired education, training, experience, and recommended assignments necessary for progression to the most senior acquisition positions.

### 2–2. The Assistant Secretary of the Army (Installations and Environment)

The Assistant Secretary of the Army (Installations and Environment) will provide secretariat management for the formulation, execution, and review of policies, plans, and programs relating to the Range and Training Land Program (RTLP); environment, safety and occupational health; the National Environmental Policy Act; and Land Use Requirements Studies.

### 2–3. Assistant Secretary of the Army (Manpower and Reserve Affairs)

The Assistant Secretary of the Army (Manpower and Reserve Affairs) (ASA (M&RA)) oversees training requirements, personnel, training, and structural considerations required to support new materiel systems. This oversight includes system and nonsystem TADSS. In addition, the ASA (M&RA) will serve as the HQDA proponent for civilian education and training policy, and through the Deputy Assistant Secretary of the Army for Civilian Personnel Policy will—

*a.* Formulate policies and plans governing development and operation of the ACTEDS and related resources for Army civilian training and education , to include—

(1) Training, training readiness, and training resource issues.

*(a)* Provide operational program guidance to field units and serve as the HQDA proponent for AR 690–400, chapters 410 and 412.

(11) Implement CMT within their commands.

# Chapter 3
# The Army Institutional Training and Education System

## Section I
## Introduction

### 3–1. Description
ALCs are the principal sources of training and education for all Army personnel.

### 3–2. Training proponents
These would include TRADOC schools and colleges, USAJFKSWC&S, and AMEDDC&S) and would perform the following:

*a.* Develop courses based on established training and education goals and objectives as well as the duties, responsibilities, and missions their graduates will be assigned.

*b.* Develop, evaluate, and train leader, technical, and tactical tasks that focus on missions for the size or type units to which graduates will be assigned.

*c.* Provide progressive and sequential training.

*d.* Provide personnel serving at the same organizational level with training consisting of the same tasks, conditions, and standards.

*e.* Provide leader, technical, and tactical training that affords soldiers and DA civilians an opportunity to acquire the skills and knowledge needed to perform more complex duties and missions of greater responsibility.

## Section II
## Administration

### 3–3. Course information
*a.* Information concerning Army training courses is available through the ATRRS, established by AR 350–10 under direction of the HQDA, ODCS, G–1. ATRRS is a centralized management database of individual training courses taught by and for Army personnel. It is available through interactive terminals at Army training MACOMs, agencies, and schools. ATRRS provides the capability to monitor the individual training program for all courses taught by Army schools.

*b.* ARPRINT generated by ATRRS provides all formal courses of instruction conducted by or for Army military personnel. ARPRINT includes training courses conducted by MACOMs, other services, nonmilitary schools, and foreign military services.

*c.* Department of the Army Pam 351–4 is an ATRRS-based catalog of formal courses offered by -Army schools and training centers. The pamphlet provides—

(1) General course descriptions and information concerning course prerequisites, special administrative requirements, frequency of training, and training locations.

(2) Descriptions of interservice training courses and DOD courses for Army personnel.

### 3–4. Training locations
*a.* Resident training will be conducted at centralized training sites that have the necessary facilities and equipment to support all TASS training requirements (for example, active duty Army schools and training centers). Priority for conducting resident training will be determined by the training proponent.

*b.* To minimize resident training, off-site training (distance learning) will be conducted at locations that have the resources needed to support the target population for the training. Off-site training may be delivered in distance-learning classrooms, at the unit, at the organization, in ALCs, or at home.

*c.* The Army School System training battalions are authorized to teach courses which are supported by TATS courseware.

*d.* Proponent schools or responsible HQDA officials approve all waivers for class size, instructor-to-student ratios, and instructor qualification requirements. Telephonic coordination followed up by a memorandum requesting a waiver is required for all waiver requests.

### 3–5. Conduct of instruction
*a.* Small group instruction (SGI) is the preferred method of conducting resident training in all leader development courses except OBC.

(1) Officer Candidate School and WOCS commandants may use SGI methodology as permitted by local resources.

(2) Small group leader-to-student ratios range from 1:12 to 1:16, with the exception of PLDC that is conducted at 1:6 to 1:8. As an exception, manpower survey data may validate a larger or smaller group size because of equipment, facilities, availability of certified instructors, or other factors.

*b.* Small group instruction shifts the teaching methodology from "what to think" to "how to think." This type of instruction places responsibility on the student through group participation and assignments as discussion leaders. Small group instruction—

(1) Improves the learning environment by increasing interaction between and among students and the small group leader who serves as a leadership mentor, role model, and training facilitator for students throughout the course.

(2) Facilitates counseling, coaching, and team building.

(3) Enables instructors and students to share experiences and lessons learned.

(4) Fosters long-term professional relationships.

(5) Encourages instructor tactical and technical competence.

(6) Fosters self-learning through group participation.

(7) Improves student communicative skills.

*c.* Courses comprise leader, technical, and tactical tasks and supporting skills and knowledge that soldiers or civilians must perform to accomplish their duty position requirements. Training and education tasks will reflect the reality of operational environments.

*d.* Conditions for conducting and evaluating training will approximate operational environments for projected peacetime and wartime missions.

*e.* Performance standards will equal requirements for successful performance of tasks and related missions in projected operational environments. Standards will include requirements for students to recognize and respond to situational and condition changes by planning and executing doctrine-based initiatives within the commander's intent to accomplish the assigned mission.

*f.* Training environments will enhance learning, encourage student initiative, and require students to demonstrate high levels of discipline. The environment must be well defined, enforce standards, and maintain a steady focus on preparing students to lead subordinates during training, maintenance, deployment, sustained operations, and redeployment.

*g.* Instructional materials, facilities, and equipment will be used to support realistic training scenarios. When used, TADSS will be up-to-date, available in adequate quantities, and maintained in safe and fully operable condition. Training facilities will be maintained to ensure proper training occurs under safe conditions. Tasks that must be performed in the field should be trained in the field, or in a simulated field environment.

*h.* Requests for exceptions to policy or for changes in training standards established by the training proponent will be addressed to the proponent.

*i.* Graduation or course-completion requirements will comply with the student evaluation plan prepared for each course.

### 3–6. Eligibility

*a.* The following categories of personnel are eligible to attend Army schools and DOD schools operated by the Army:

(1) Army military and civilian personnel who meet course criteria and prerequisites.

(2) Military personnel of other services and civilian personnel of other military departments who meet course criteria and prerequisites.

(3) Military and civilian personnel from other nations—

*(a)* When taking part in the security assistance program.

*(b)* When such training is determined to be in the best interest of the United States.

(4) Personnel employed by non-DOD government agencies and local and State government agencies, on a space available and reimbursable basis, unless otherwise specified by formal agreement or directive.

(5) Industrial or research organization personnel under contract to the Government when such training—

*(a)* Is not otherwise available.

*(b)* Is essential for fulfillment of the contract.

(6) Qualified service academy and ROTC cadets and midshipmen.

(7) Foreign civilian personnel by special arrangement.

(8) Family members may attend or audit Army courses of instruction on a space available basis. Approval must be obtained from the school commandant and will be based on the following conditions—

*(a)* Family members being assigned to high terrorist threat areas may attend the USAJFKSWC&S Individual Terrorism Awareness Course. Spouses of commander and command sergeant major designees selected for attendance at the Precommand Course (PCC) or the Command Sergeants Major Course (CSMC), respectively, may attend courses with their spouses at HQDA expense.

*(b)* No additional expense will be incurred by the Army because the family member is in attendance, except as stated above.

*(c)* The training or education is not available at a civilian training or education facility within a reasonable commuting distance (50 miles or less) of the family member's residence.

*(d)* Family members of another service student attending Army schools will be charged user fees consistent with the provisions of DFAS-IN REG 37–1.

*b.* The PERSCOM will maintain a list of active duty officers eligible for attendance at Army, joint, and other services' schools and colleges for which they may not apply personally. Assignments to these schools will be monitored to ensure an order of precedence for attendance is maintained and the most highly qualified officers attend in the proper sequence of their career pattern.

*c.* Army officers will be selected for attendance at the following institutions—

(1) Joint colleges, including—

*(a)* NWC.

*(b)* The Industrial College of the Armed Forces (ICAF).

*(c)* Armed Forces Staff College.

(2) Army service colleges, including—

*(a)* USAWC.

*(b)* Command and General Staff College (CGSC).

*(c)* AMSC.

(3) Other courses, including—

*(a)* Inter-American Defense College.

*(b)* Basic courses.

*(c)* Captains Career Course.

*(d)* Certain functional courses.

*(e)* Schools and colleges of other services.

*(f)* SONs.

*(g)* Selected DOD schools.

*d.* Officers will complete CCC Phase II as a prerequisite for attendance at any course that produces a military education level (MEL) code 4.

*e.* Graduates of one resident U.S. service college are not eligible to attend an equivalent-level resident course at another U.S. service college.

*f.* Army graduates of the resident Air Command and Staff College, the Naval College of Command and Staff, or the Marine Corps Command and Staff College will not be selected to attend any of the following—

(1) Air War College.

(2) College of Naval Warfare.

(3) Marine Corps War College.

(4) Equal-level foreign military schools.

*g.* Students normally enroll in school courses through the ATRRS. Schools will not enroll soldiers outside the ATRRS process without the approval of appropriate authorities in the soldiers' chain of command. School commandants and commanders will ensure that soldiers enrolled in training meet all course prerequisites, are in compliance with Army standards, and are provided a school welcome packet that identifies individual equipment and materials needed for course attendance. Soldiers who report for training and have not met all course prerequisites will be returned to their units.

*h.* Students must satisfactorily complete all mandatory requirements identified in the student evaluation plan to graduate from the course. Commanders will ensure students are exempt from all other duties.

**3–7. Incurred obligations**

*a.* Attendance at service schools will conform with stability guidelines. The PERSCOM may direct early termination or extension of military duty tours to accommodate school assignments.

*b.* Graduates of service schools and colleges normally will complete an intervening tour of non-student duty before attending another service school or college.

*c.* Officers attending military schooling incur service obligations in accordance with AR 135–91 and AR 350–100.

*d.* Warrant officer obligations are governed by AR 350–100.

*e.* The following are service obligations for NCOES graduates:

(1) Active Army soldiers who attend an NCOES course incur service obligations in accordance with AR 614–200. Soldiers selected to attend an NCOES course who do not have sufficient time in service (TIS) remaining on their enlistment must extend their term of enlistment or reenlist in accordance with AR 614–200 prior to departure for the course.

(2) Soldiers serving on their second or subsequent enlistment who are selected for an NCOES course but who do not have sufficient TIS remaining and decide neither to extend their term of enlistment nor reenlist to meet the TIS criteria will be required to complete a Declination of Continued Service Statement (DA Form 4991–R) in accordance with AR 601–280.

(3) Personnel in the USAR must reenlist or extend their current enlistment to satisfy the 2-year service-remaining obligation in accordance with AR 135–200.

(4) Personnel in the ARNG must reenlist or extend their current enlistment to satisfy the two-year service-remaining obligation.

*f.* Active Army soldiers must have a minimum of 12 months TIS remaining after graduation to attend the First Sergeant Course (FSC) and the Battle Staff Noncommissioned Officers Course (BSNCOC). Army National Guard soldiers must have a minimum of 24 months in service remaining after graduation to attend the FSC and BSNCOC courses.

*g.* Civilian personnel attending Army or other DOD component military and civilian training or civil schooling incur continued service obligations in accordance with AR 690–400.

**3–8. Selection of soldiers and civilian personnel for training and education**

Selection of soldiers for leader training and education courses is linked to promotions, future assignments, and career management models. Selection of civilian personnel for leader development and education courses is linked to performance in current assignments, to professional and career development and progression, to ACTEDS plans and career management models, and to future assignments. Selection for functional and specialty courses is linked to operational assignments that require skills and knowledge not trained in the OES, Warrant Officer Education System (WOES), NCOES, or ACTEDS courses, as applicable. Prerequisites for TASS courses are in DA Pam 351–4 and DA Pam 351–20, the ATRRS, and the RDL, and frequently on the respective school's homepage.

*a.* Personnel centers automatically consider officers for leader training, education, and development courses as they reach appropriate grade-based career phases of their career management models.

*b.* Except as stated otherwise, selection boards convened by HQDA will select active duty officers to attend the intermediate-level schools and colleges listed below. The respective branches will nominate officers of the AMEDD, Chaplain Corps, and JAGC to attend these schools and colleges based on quotas determined by HQDA. The CNGB will select ARNG officers and the CAR will select USAR officers not included in the active Army end-strength to attend the schools and colleges based on quotas provided by HQDA. Intermediate-level schools and colleges are—

(1) U.S. Army, Command and General Staff College.

(2) Air Command and Staff College.

(3) Marine Corps Command and Staff College.

(4) Naval College of Command and Staff.

(5) U.S. Army School of the Americas.

(6) Foreign equivalent schools approved by HQDA, ODCS, G–3 (DAMO-SS).

*c.* The HQDA Senior Service College (SSC) Selection Board will select active duty officers and civilian employees to attend SSCs and fellowships on a best-qualified basis. The CNGB and the CAR will select ARNG and USAR officers, respectively. The DOD SSCs are—

(1) USAWC.

(2) NWC.

(3) ICAF.

(4) Air War College.

(5) College of Naval Warfare.

(6) Marine Corps War College.

(7) SSC Fellowships.

(8) Foreign equivalent schools approved by HQDA, ODCS, G–3 (DAMO-SS).

*d.* Officers may apply for either of the following:

(1) Specialized schools when interest or aptitude is a factor in selection or when attendance is restricted to volunteers.

(2) Courses that provide training on tasks and the supporting knowledge, skills, and experience require for a duty assignment or specialty under provisions of the Officer Personnel Management System.

*e.* Upon announcement of a change in assignment, general officers (GO) will be scheduled for a series of transitional briefings at the HQDA and MACOM levels. The briefing schedule will provide newly assigned GOs with insights into their new positions. The General Officer Management Office (GOMO), schedules the briefings and provides the coordination necessary to effect this training.

*f.* Upon completion of WOCS, new warrant officers are contingently appointed to WO1 and attend WOBC as a final part of the warrant officer certification process. Personnel centers schedule warrant officers to attend the WOAC,

WOSC, and WOSSC in the same fiscal year that they are selected for promotion to Chief Warrant Officer (CW) CW3, CW4, and CW5, respectively.

*g.* The NCOES is a functional component of the EPMS. Under the EPMS, the training of qualified NCOs is ensured through a combination of centralized management by PERSCOM (TAPC-EPT-FN) and decentralized management by field commands. Selection for NCOES leader development courses represents a considerable resource investment by the Army. It is an excellent career opportunity and advantage for selected individuals. Therefore, individuals will be selected for these courses in accordance with the following guidelines:

(1) Individuals must meet course prerequisites and have demonstrated high levels of performance, mental capacity, aptitude, and self-discipline that clearly indicate potential for continued development.

(2) Individuals must be fully qualified to perform tasks at their current skill level, be recommended by their chain of command, have their personal and financial affairs in order, have required clothing and equipment, and be mentally and physically prepared for all course requirements.

*h.* Enlisted soldiers who have been selected for promotion and are performing in, or pending assignment to, duty positions for which the training is designed will be scheduled to attend NCOES courses. Attendance will be on a priority basis as allocations become available. The following training priorities ensure that the NCOES meets the needs of the Army and the development needs of the NCO:

(1) The first priority is for soldiers who have been selected for promotion and are performing in duty positions for which the training is established.

(2) The second priority is for soldiers who have been selected for promotion and are pending assignment to a duty position in their primary MOS for which the training is established.

*i.* Unit commanders select specialists (SPC) for promotion to sergeant (SGT). This selection serves as notification for attendance at PLDC. Individuals are placed on the Order Of Merit List (OML), which governs the timing for course attendance in accordance with the priorities described in paragraph 3–45b of this regulation.

*j.* Soldiers recommended for promotion to staff sergeant (SSG) will be automatically added to the BNCOC Automated Reservation System to be considered for attendance to BNCOC. The Commander, PERSCOM will maintain a worldwide OML and schedule these soldiers for BNCOC.

*k.* A math pretest (commonly known as the BNCOC math test) must be successfully completed before attending courses 11C and 12B. The pretest should be administered at the soldier's home station by the servicing AEC with geographic responsibility. Tests should be administered early enough to allow those that fail sufficient time to enroll in math-related remedial instruction at the AEC.

*l.* The PERSCOM centrally manages Active Army soldier selection for, and schedules attendance at, the ANCOCs and the SMC.

*m.* Unit commanders select and submit requests through command channels for soldiers to attend FSC and BSNCOC. Centralized school managers at the installation, division, or MACOM approve requests and input information into ATRRS for the classes for which their headquarters have received allocations from HQDA.

*n.* Reserve Component commanders use the same criteria as the Active Army to select and schedule soldiers to attend NCOES courses.

(1) Within ARNG, only soldiers selected for promotion, or those who must become qualified at their current grade to be eligible to attend the next level of NCOES will attend NCOES courses. Priorities are established by DA Pam 351–4 and selectees must meet the course prerequisites and standards outlined in the pamphlet.

(2) The CNGB selects and schedules ARNG soldiers to attend the SMC. The Director, Full Time Support Management Directorate selects and schedules USAR AGR soldiers. The Commander, ARPERSCOM, selects and sche

(3) The HQDA central selection board also selects USAR soldiers to attend BNCOC and ANCOC.

(4) State Adjutants General; commanders of major subordinate commands; and the Commander, ARPERSCOM, will select and schedule RC soldiers for all other NCOES dules IMA and IRR soldiers. A HQDA central selection board selects all other USAR soldiers. courses.

### 3–9. Physical fitness and height and weight requirements for military institutional training

Policy governing the Army Physical Fitness Program is in chapter 1. Chapter 4 provides guidance for physical fitness training in units. This paragraph provides policy concerning physical fitness and height and weight standards applicable to institutional training.

*a.* Soldiers attending institutional training courses must meet the height and weight standards in AR 600–9 and the physical fitness standards of this regulation.

*b.* Within 72 hours of enrollment, soldiers must take and pass a APFT (standard or approved alternate) administered at the schools for the following functional and professional development courses: PLDC, BNCOC, ANCOC, (for RC BNCOC/ANCOC Phase I Common Leader Training only), BSNCOC, FSC, Sergeants Major Non Resident Course, CSMC, WOCS, WOAC, WOSC, and OCS. Soldiers enrolling in WOCS or OCS must take and pass the standard three-event APFT as an enrollment requirement; the alternate APFT is not authorized. Soldiers failing this initial APFT will be considered ineligible for enrollment in OCS and WOCS training. For OCS, soldiers will be allowed one retest with a subsequent class. Soldiers failing the second APFT will be considered ineligible and must reapply for OCS selection.

For WOCS, one retest will be provided within 7 days after the failure. Soldiers failing the retest will be considered disqualified for enrollment and will receive a nonacademic dismissal for failure to meet APFT standards.

*c.* The CG, TRADOC, will recommend physical fitness standards for entry into drill sergeant, airborne, and ranger courses; Special Forces assessment and selection, and other schools requiring separate physical fitness standards to HQDA, ODCS, G–3, for review and approval. Soldiers who fail to meet these standards will be denied enrollment and returned to their unit of assignment.

*d.* Soldiers attending other professional development courses not mentioned in paragraph 3–8*b* of this regulation, in either a PCS or TDY status (for example: the SMC, CCC, CGSC, USAWC, and any other resident courses 8 weeks or longer) must take and pass the APFT to graduate. This includes RC in AT, ADT, and/or IDT status. Those who fail to pass the standard or approved alternate APFT will not graduate. Other courses and all resident courses not mentioned that are fewer than 8 weeks may require passing the APFT for graduation with HQDA, ODCS, G–3 (DAMO-TR), approval. The APFT requirement is waived for personnel whose profile prevents them from taking the APFT or alternate APFT during the course (for example, pregnant soldiers). The requirements outlined in paragraph 3–8*b* and this paragraph do not apply to schools conducting MOS reclassification courses. The MOS reclassification courses are designed for reclassification purposes only and have non-MOS specific common core tasks deleted by the proponent. Soldiers attending reclassification courses have completed IET and do not need to repeat basic soldier training.

*e.* Members of other military departments must meet their service's physical fitness standards when attending an Army course of instruction, except for specialized courses such as airborne, ranger, and Special Forces courses where they will be required to meet the same standard as soldiers attending those courses.

*f.* Physical fitness and weight standards do not apply to civilian personnel and foreign students. These students may participate in physical fitness programs on a voluntary basis. Failure to achieve the minimum passing score on the physical fitness test will not be noted on the academic report, but voluntary participation and passing test scores may be noted.

*g.* Personnel who do not meet height and weight standards are not authorized to attend professional development schools. Soldiers who do not meet fitness standards are not eligible to attend courses identified in paragraph 3–8*b*. Soldiers scheduled to attend professional development schools will be screened prior to departing their home stations or losing commands. The soldiers' height and weight, the word "pass" if they are within standards, and the date of the last successful APFT will be recorded on their TDY orders or on their PCS packet. Soldiers who exceed established weight standards or who failed to achieve minimum passing standards on their last APFT will not be allowed to depart their command until the unit commander determines they meet height and weight and physical fitness standards.

*h.* When soldiers attend other professional development courses not mentioned in paragraph 3–8*b*, in either a PCS or TDY status (for example, SMC, CCC, CGSC, USAWC, and any other resident courses) school commandants and commanders will weight students prior to course enrollment. Students who exceed established body composition standards will not be enrolled and will be processed in accordance with AR 600–9 and paragraph 3–9 of this regulation.

*i.* Reserve Component soldiers attending training during the inactive duty phase will take the initial APFT within 72 hours of enrollment. If the soldier fails this initial APFT, then the soldier will be provided one retest not earlier than day six nor later than day seven of the POI after the initial APFT. If the soldier fails the retest, then the soldier will receive nonacademic dismissal for failure to meet APFT standards.

### 3–10. Enrollment denials for failure to meet height and weight requirements and nonacademic dismissal for failure to meet APFT standards

School commandants and commanders will take the following actions for soldiers denied enrollment for failing to meet height and weight standards and nonacademic dismissal for failure to meet APFT standards:

*a.* Active Army soldiers.

(1) Soldiers in TDY and return status will be returned immediately to their unit of assignment. Commandants and commanders will immediately send a memorandum to the soldier's unit commander that addresses the soldier's denied enrollment or nonacademic dismissal. The unit commander will initiate actions to include flagging and removing the soldier from HQDA selection lists and local order of merit lists, as applicable.

(2) Soldiers in a TDY enroute status will be attached to the installation pending clarification of assignment instructions for the follow-on assignment. The school commandant will notify PERSCOM of the soldier's ineligibility for schooling and request clarification of assignment instructions. The gaining unit commander will initiate actions to include flagging and removing the soldier from HQDA selection lists and local order of merit lists, as applicable. The losing command will reimburse the gaining command for all travel related costs incurred for the purpose of training in conjunction with a PCS.

(3) Soldiers in a PCS status will be attached to the installation pending assignment instructions. The school commandant or commander will notify PERSCOM of the soldier's ineligibility for training and request assignment instructions. The school commandant or commander will initiate actions to include flagging and removing the soldier from HQDA selection lists and local order of merit lists, as applicable.

*b.* Army National Guard.

(1) Title 32 and Title 10 AGR soldiers in TDY and return status will return to their home stations. School commandants and commanders will forward a memorandum addressing all Title 32 soldiers' enrollment denial or nonacademic dismissal to the Adjutants General of the states concerned. Commandants and commanders will forward a memorandum for Title 10 AGR soldiers, to the CNGB, ATTN: NGB-ARZ-T.

(2) Title 32 soldiers in a TDY enroute status will immediately return to their home stations. School commandants and commanders will forward a memorandum addressing the soldiers' enrollment denial or non-academic dismissal to the Adjutants General of the states concerned. Title 10 AGR soldiers will proceed to their next permanent duty station. School commandants and commanders will forward a memorandum to the CNGB, ATTN: NGB-ARP-T.

(3) Title 32 AGR soldiers in PCS status will return immediately to their home stations. School commandants and commanders will forward a memorandum addressing the soldiers' enrollment denial or non-academic dismissal to the Adjutants General of the states concerned. Title 10 AGR soldiers will be attached to the Office of the Senior ARNG Advisor at the installation pending receipt of assignment instructions from NGB-ARZ-T.

*c.* U.S. Army Reserve.

(1) Soldiers in TDY and return status will return to their home stations. School commandants and commanders will forward memorandums addressing enrollment denial or non-academic dismissal of USAR Title 10 AGR soldiers, to the Commander, ARPERSCOM, ATTN: ARPC-ARO (for officers) or ARPC-ARE (for enlisted soldiers) and to the first general officer in the soldier's chain of command. Commandants and commanders will forward a memorandum to the first general officer in the chain of command of USAR TPU soldiers. Commandants and commanders will forward the memorandum to the Commander, ARPERSCOM, ATTN: ARPC-OP (officers) or ARPC-EP (enlisted soldiers), for IMA and IRR soldiers.

(2) Those Title 10 AGR soldiers in a TDY en route status will proceed to their next permanent duty station. Commandants and commanders will forward a memorandum to the Commander, ARPERSCOM, ATTN: ARPC-ARO (officers) or ARPC-ARE (enlisted soldiers). In addition, commandants and commanders will immediately notify the soldier's gaining organization.

(3) Commandants and commanders will immediately report soldiers in PCS status who are denied enrollment to the Commander, ARPERSCOM, ATTN: ARPC-ARO (officers) or ARPC-ARE (enlisted soldiers), as available for assignment. Soldiers will be attached to the Office of the Senior USAR Advisor at the installation pending receipt of assignment instructions.

*d.* School commandants and commanders will report all Active Army, except JAGC and AMEDD, enrollment denials and removal actions electronically to Commander, PERSCOM, ATTN: TAPC-(appropriate career branch). Enrollment denials for JAGC and AMEDD courses will be reported to TJAG and TSG, respectively. Provide the following information for all denials:

(1) Name and grade.

(2) Social Security number.

(3) Date of denial or removal.

(4) A brief synopsis of the reason for denial or removal.

### 3–11. Physical profiles

*a.* Soldiers with temporary profiles that prevent full participation in a TDY course will be removed from school attendance consideration by their immediate commander until the temporary profile is removed.

*b.* Soldiers with a permanent designator of "2" in the physical profile must include a copy of DA Form 3349 (Physical Profile) as part of the course application. They will be eligible to attend appropriate courses and train within the limits of their profile provided they can meet course graduation requirements.

*c.* Soldiers with a permanent designator of "3" or "4" in their physical profile must include a copy of DA Form 3349 and the results of their Military Medical Review Board (MMRB) as part of the course application. Soldiers who have been before a MMRB, awarded medical limitations, and allowed to retain their occupational classification will be eligible to attend appropriate courses and train within the limits of their profile provided they can meet course graduation requirements.

*d.* Soldiers receiving temporary or permanent physical profiles limitations after enrolling in resident training courses will be evaluated by school commandants and commanders for continued enrollment. Soldiers who—

(1) Have met, or will be able to meet graduation requirements, will continue to be trained within the limits of their profile.

(2) Are unable to meet graduation requirements will be returned to their units and may, if eligible, be enrolled in a later course.

### 3–12. Course credit

*a.* Individuals may qualify for the following types of course credit:

(1) Constructive credit may be granted in lieu of course attendance based on duty-assignment history and past academic experiences. Individuals must possess the same skills and qualifications as course graduates.

(2) Equivalent credit may be granted in lieu of course attendance based on assignment as a course faculty member. Individuals must possess the same skills and qualifications as course graduates.

*b.* Personnel awarded constructive or equivalent course credit will be considered for promotion, assignment, or other personnel actions on the same basis as graduates of the course concerned.

*c.* Requests for credit will include an outline of the individual's prior leadership and technical training and experiences with supporting documentation attached to DA Form 4187 (Personnel Action). Individuals will submit the request through command channels and through the course proponent for approval by the appropriate personnel command, as follows:

(1) Active Army: Commander, PERSCOM, ATTN: TAPC-OPB-D (officer and warrant officer courses) or TAPC-EPT-FN (NCOES courses).

(2) U.S. Army Reserve: CAR, ATTN: DAAR-OP-T.

(3) Army National Guard: CNGB, ATTN: NGB-ART-I (officer and warrant officer courses) or NGB-ARP-E (NCOES courses).

*d.* Noncommissioned officers promoted to their current rank prior to 1 October 1992 are considered qualified in the NCOES course commensurate with that rank. Soldiers promoted to the rank of Sergeant Major before 1 October 1992 and appointed as Command Sergeants Major after 1 October 1992 must complete SMC.

*e.* Individuals will be granted credit for successfully completing institutional training conducted either through a TASS training battalion, a proponent resident school, or distance learning when the conditions listed below are met. Course-completion documentation in individuals' records will not identify how instruction is presented or learning acquired.

(1) Instructors are proponent certified.

(2) Proponent-developed, -certified, and -approved TATS courseware is used. Reserve Component soldiers will receive credit for successfully completing proponent developed, certified, and approved courses using Reserve Component Configured Courseware until TATS courseware is fielded.

### 3–13. Training evaluation and quality assurance

*a.* Army training and education evaluation and quality-assurance programs apply to training courses, products, and institutions. Through the systematic collection and analysis of user feedback concerning the effectiveness of training, these programs provide a foundation for assessing performance deficiencies and identifying successful initiatives.

*b.* Training and training development proponents will conduct evaluations to:

(1) Verify that the training development process results in training materials that reflect current doctrine, organizational structures, and materiel systems.

(2) Assess the capabilities of course graduates to do the tasks they were trained to do.

(3) Evaluate the effectiveness of their training products.

### 3–14. Accreditation programs

Army schools will be accredited in accordance with this regulation, CJSI 1800.01, and accreditations provided by civilian educational institutions.

### 3–15. Postcourse evaluation and training records

*a.* Each student will be afforded the opportunity to submit an evaluation of the course upon completing the training.

*b.* Individual-student training records will be maintained for at least 12 months after the completion of training. These records will include—

(1) Academic evaluation sheets.

(2) Student observation reports.

(3) Counseling records.

(4) Leadership position evaluations.

(5) APFT results.

(6) Other student performance evaluations.

(7) Academic Evaluation Report (AER) (DA Form 1059/–1/–2).

*c.* No entry will be made on student training records that indicates the course was taken in residence or by distance learning.

### 3–16. Student recognition

Student recognition, other than for precommissioning training where policy is prescribed by AR 1451, will be governed as follows:

*a.* Diplomas or certificates of completion will be issued to all students on successful completion of courses listed in the ATRRS. The issuance of diplomas to ROTC cadets is governed by policies of the respective colleges and universities.



1072

(1) Diplomas and certificates will include the student's full name, grade, and complete course or phase title.

(2) Diplomas and certificates issued will not reflect "nonresident," "Reserve Component," or other similar remarks, to preclude resident courses or courses taught at Active Army schools from being recognized more favorably than other courses.

(3) Certificates of equivalent knowledge may be issued, at the discretion of the appropriate school commandant or commander, to other military personnel when the required level of knowledge has been demonstrated based on tests or other appropriate means.

(4) Course completion will be recorded in military and civilian personnel records in accordance with AR 600–8–104 and AR 690–400.

(5) DA Form 87 (Certificate of Training) will be issued in original copy only to soldiers who successfully complete BNCOC (Phase I), ANCOC (Phase I), and CCC (Phase I). Soldiers who complete BNCOC (Phase II), ANCOC (Phase II), and CCC (Phase II) will be issued diplomas. (See para 3–26 for CCC exceptions.)

(6) No certificate will be issued for individuals failing to achieve course completion requirements.

(7) Certificates of completion may be awarded to military and civilian students of other nations receiving training in accordance with AR 12–15.

*b.* For AMEDD functional and NCOES courses, the TASS regions will report graduation data in accordance with the timelines established in ATRRS policies and regulations. The AMEDDC&S will determine the modules, sub-courses, and tasks completed and prepare diplomas or certificates of completion, as appropriate.

*c.* Schools conducting AIT, OSUT, or occupational reclassification training will certify those tasks successfully completed by the student using DA Form 5286 (Individual Training Record, Basic Training (BT), Advanced Individual Training (AIT), One Station Unit Training (OSUT).

*d.* Course credit and retirement points, as established by AR 140–1 and AR 140–185, will be awarded RC personnel for successful course completion.

*e.* The American Council on Education (ACE) evaluates resident and nonresident service school courses in terms of academic credit. Soldiers (in accordance with AR 621–5) and civilian employees seeking academic recognition for service school courses will furnish documents specified in the ACE guide to the civilian school from which they want credit. AR 621–5 also requires that eligible soldiers receive transcripts documenting their military training and experience, along with the recommended college credit, in accordance with the Army/American Council on Education Registry Transcript System. Army Education Center personnel will assist soldiers in obtaining recognition for non-traditional learning from civilian schools. Civilian schools determine ACE credit recommendations and the number of hours to be credited.

### 3–17. Academic Evaluation Report

*a.* Army students completing leader training, education, and development courses will be evaluated in accordance with AR 623–1, using the appropriate AER form for service school, civilian institution, or SSC (DA Form 1059 (Service School Academic Evaluation Report), DA Form 1059–1 (Civilian Institution Academic Evaluation Report), or DA Form 1059–2 (Senior Service College Academic Evaluation Report), respectively).

(1) The AER provides a qualitative and quantitative assessment of student's abilities. Therefore, input is required from all instructors and evaluators who have had professional contact with the student.

(2) Entries will reflect the student's performance and potential for absorbing higher levels of training, education, and development and performing more complex duties with greater responsibilities. School commandants and commanders will ensure the objectivity and accuracy of AER ratings and supporting comments. Standard computer generated entries are not authorized. Comments on DA Form 1059s will match those found on the soldier's developmental counseling form.

(3) Graduates will be provided a copy of their AER.

*b.* Military students of other nations will be evaluated in accordance with AR 12–15.

*c.* The AER will not be issued to CCC students until completion of both phases. (See para 3–26 for exceptions.)

*d.* Civilian students completing course work and programs other than leader development courses will be evaluated on forms and by methods approved by each institution. Evaluations will be used as input to the student's official performance rating in accordance with approved performance plan objectives during the rating period that the training occurred.

### 3–18. Student dismissal

*a.* Under certain conditions, students may be dismissed from courses before course completion. To protect students from unfair, illegal, or prejudicial practices, school commandants and commanders will publish policies and establish procedures to determine if students should be dismissed from training.

*b.* Students may be considered for dismissal from courses for the following reasons:

(1) Personal conduct is such that continuance in the course is not appropriate (for example, if a student violates regulations, policies, or established discipline standards). No formal adjudication of guilt by a military or civilian court

or by a commander under Article 15 of the Uniform Code of Military Justice (UCMJ) is necessary to support dismissal under this paragraph.

(2) Negative attitude or lack of motivation is prejudicial to the interests of other students in the class.

(3) Academic deficiency demonstrated by failure to meet course standards or lack of academic progress that makes it unlikely that the student can successfully meet the standards established for graduation.

(4) Failure to pass the APFT or maintain body composition fat standards.

(5) Illness or injury (as determined by a physician), or added physical profile limitation.

(6) Compassionate reasons.

*c.* In establishing student dismissal procedures:

(1) Ensure fair and equitable processes to adjudicate individual cases.

(2) Adhere to Army policies and standards.

(3) Inform students of the course and training completion requirements prior to the start of the training and education.

(4) Obtain servicing OSJA review of dismissal procedures prior to promulgation.

*d.* Students being considered for dismissal must be counseled by the chain of command (usually the assigned trainer or small group leader, the course manager, and the school commandant or commander, or a designated representative who has direct responsibility for the course) prior to dismissal. Counseling sessions will be documented and signed by all counselors and acknowledged by the student. All counseling forms will be maintained with the student's records. Additionally, the school commandant or designated representative will notify the commander of the student's parent unit or parent organization, when possible.

*e.* The following procedures apply in cases where dismissal is considered for motivational, disciplinary, or academic reasons:

(1) The training supervisor will notify the student in writing of the proposed action, the basis for the action, the consequences of disenrollment, and the right to appeal. The supervisor will advise the student that any appeal must be submitted within 7 duty days after receipt of the written notification of the dismissal action. Appeals will be submitted to the school commandant or commander.

(2) The student will acknowledge by endorsement within 2 duty days receipt of the written notification of dismissal action. The endorsement must indicate whether or not the student intends to appeal the dismissal action.

*(a)* Appeals will be forwarded to the school commandant or commander who will refer the proposed action and the appeal to the Judge Advocate to determine legal sufficiency of the dismissal decision. All appellate actions will become part of the student's case file. Commandants and commanders will make their final decision on dismissals after considering the supporting staff Judge Advocate's recommendation. In cases where a Judge Advocate is not available, the commandant or commander will forward appeals to the commander who has General Court Martial Convening Authority (GCMCA) for review and final decision.

*(b)* Students who elect to appeal will remain actively enrolled in the course pending disposition of their appeals.

*f.* Dismissals for misconduct, lack of motivation, academic deficiency, or failure to maintain physical fitness or height and weight standards will be recorded on the individual's AER, if applicable, in accordance with AR 623–1.

(1) In accordance with AR 600–8–2, officers, warrant officers, and enlisted soldiers disenrolled for disciplinary reasons may be flagged. Enlisted soldiers disenrolled for misconduct may be barred from reenlistment in accordance with AR 601–280 and AR 140–111. Commanders may initiate separation proceedings in accordance with AR 635–200, AR 600–8–24, AR 135–175, and AR 135–178.

(2) Disenrollment for illness, injury, compassionate transfer, or other reasons beyond the control of the individual will be made without prejudice. The school commandant or commander will provide a written statement to the student's unit or organization stating the reason for termination and that the student will be eligible to re-enroll as soon as conditions that led to disenrollment no longer exist.

(3) Soldiers disenrolled from PLDC for disciplinary or motivational reasons will not be eligible for further NCOES training for a period of 6 months. Soldiers dismissed for failure to meet APFT standards or denied enrollment for failure to meet body composition standards may not reenter the course for a period of 6 months from the date of the dismissal or enrollment denial.

(4) Soldiers disenrolled from PLDC for academic deficiency may apply to reenter the course when both the unit commander and the school commandant determine that the student is prepared to complete the course. Soldiers disenrolled from BNCOC for other than compassionate or medical reasons may be reconsidered for course attendance once they reappear before the local promotion board. Soldiers disenrolled from ANCOC for other than compassionate or medical reasons may be reconsidered for course attendance by the HQDA selection board. Soldiers disenrolled from the U.S. Army Sergeants Major Academy (USASMA) for any reason other than compassionate or medical reasons will not be eligible to re-enter the course. The school commandant will notify the soldier's career management branch of the recommendation that the soldier be rescheduled for training for those courses where scheduling is accomplished by PERSCOM.

(5) Soldiers eliminated from NCOES who later re-enroll must take the complete course.

(6) Students dismissed from training for academic deficiency may be considered by their chain of command for retraining in their present occupational specialty or training for reclassification in another occupational specialty.

(7) Army National Guard soldiers eliminated from NCOES courses for other than compassionate or medical reasons may not attend another NCOES course unless selected by a subsequent promotion selection board.

(8) Army National Guard soldiers disenrolled from SMC may not re-enter the course.

*g.* The UCMJ does not apply to ARNG soldiers on full-time training duty under Title 32, U.S. Code. Accordingly, school commandants and commanders will forward an ARNG soldier's case to the state Adjutant General for appropriate disposition.

*h.* School commandants and commanders will ensure student records are complete and audit trails are maintained for all personnel actions.

*i.* School commandants and commanders will ensure student records are complete and that audit trails for all personnel actions are maintained.

*j.* School commandants and commanders will report all active duty Army NCO dismissals and enrollment denials to: CG, PERSCOM, ATTN: TAPC-EPT-FN, 200 Stovall Street, Alexandria, VA 22332–0400. Upon completion of the DA Form 1059, commandants and commanders will forward a copy electronically to the NCOES Branch, PERSCOM. The following information will be provided:

(1) Full name and current grade.

(2) Social Security Number.

(3) Date of enrollment denial or dismissal.

(4) Complete address of the student's unit of assignment.

(5) A brief synopsis of the reason(s) for enrollment denial/dismissal.

*k.* The school will make an appropriate ATRRS entry on all students dismissed from courses within three duty days of the day the dismissal is approved.

*l.* Dismissal of RC soldiers in IADT, ADT, and AGR status will be reported to the CAR for USAR soldiers, the CNGB for ARNG AGR Title 10 soldiers, and the appropriate state Adjutant General for other ARNG soldiers. If appropriate, school commandants and commanders shall coordinate with the CAR or the relevant state Adjutant General to ensure that the dismissed RC soldiers are properly released from active duty or full-time National Guard duty, as appropriate.

*m.* The Commandant, CGSC, will disenroll students from the nonresident CGSOC under the following conditions:

(1) Students transferred to inactive status unless they voluntarily request to continue participation in the course in accordance with AR 140–10.

(2) Students who resign or are discharged from the service.

(3) Students who become academic failures or who fail to complete the academic requirements of the course within 36 months. These students will be permanently disenrolled.

(4) Students found to have been enrolled based on false information regarding eligibility criteria.

(5) Students who fail to comply with the college's published ethical standards.

(6) Students who request disenrollment for compassionate reasons.

(7) Students who request disenrollment.

*n.* Students enrolled in the USAWC Distance Education Course may be disenrolled by the Commandant, USAWC. Normally, disenrolled students may not apply for re-enrollment or reinstatement, except as stated below. Students may be disenrolled—

(1) For cause.

(2) For academic failure or lack of academic progress. When a student falls behind in the course to the extent that, in the judgment of the commandant, there is insufficient time remaining before each summer resident phase to complete the year's work.

(3) At the student's request. Students will send requests for voluntary disenrollment directly to the Commandant, USAWC, Carlisle Barracks, PA 17013–5050.

*o.* A student who has been disenrolled from the USAWC Distance Education Course may be enrolled into another SSC program or may be reinstated at the USAWC Department of Distance Education only under the following circumstances:

(1) The student is applying for enrollment in another status, such as a civilian employee versus a military member.

(2) The student's original disenrollment was voluntary and not the result of a lack of academic progress, failure to maintain academic standards, or misconduct.

(3) The student receives no constructive credit for any previously completed work.

*p.* When dismissal of a military student of another nation is contemplated, a complete report will be submitted to the TRADOC Security Assistance Training Field Activity, Fort Monroe, VA 23651–5000. Final authority for dismissal of military students of other nations rests with the CG, TRADOC in accordance with AR 12–15.

### 3–19. Removal from selection lists

Soldiers and civilians may be removed from course selection lists for disciplinary reasons or substandard performance of duty. The following procedures apply :

*a.* Removal action may be initiated by any commander in the individual's chain of command.

*b.* A removal action must contain a statement that the individual has been—

(1) Notified in writing of the proposed action.

(2) Informed of the consequences of removal.

(3) Afforded a reasonable period of time (generally not fewer than 5 duty days after receipt of the notification) in which to submit a rebuttal.

*c.* The decision concerning removal action will be made by an officer exercising GCMCA over the soldier after that officer has considered any timely submitted rebuttal.

*d.* The unit of assignment will report approved removal actions on active duty personnel to PERSCOM, ATTN: TAPC (appropriate career branch), 2461 Eisenhower Avenue, Alexandria, VA 22331–0400. Report USAR removals to Commander, ARPERSCOM, ATTN: ARPC (appropriate career branch), 9700 Page Ave., St. Louis, MO 63132–5200. Report ARNG removals to CNGB, ATTN: NGB-ARP, 111 S. George Mason Dr., Arlington, VA 20244–1382, and the respective state Adjutant General. The following information will be provided by electronic means:

(1) Name and grade.

(2) Social Security number.

(3) The list from which the soldier is removed and the date of removal.

(4) A brief synopsis of the reason(s) for removal.

*e.* Removal actions for civilians will be decided by the commander of the employee's parent organization.

### 3–20. Deferment

Soldiers and civilian employees selected to attend courses will attend the class for which selected, unless deferred by the selection authority. There are three categories of deferment: compassionate, medical, and operational. Civilians will follow procedures applicable to the specific course and local procedures to request deferment. Soldier requests for deferment under each category will be processed in the following manner:

*a.* Compassionate deferment—

(1) Soldiers selected to attend NCOES courses in a TDY-enroute-to-PCS status who request deferment for compassionate or emergency reasons will submit the request and supporting information through command channels to PERSCOM, ATTN: TAPC (appropriate career branch), 2461 Eisenhower Ave., Alexandria, VA 22331–0400. Warrant officers selected to attend WOES courses will submit requests for deferment to PERSCOM, ATTN: TAPC-OPW-D.

(2) Requests for compassionate deferment for soldiers attending ANCOC or BNCOC courses in TDY-and-return status will be submitted through command channels to PERSCOM, ATTN: TAPC (appropriate career branch) for ANCOC or TAPC-EPT-FN for BNCOC.

(3) Requests for deferment for active duty personnel selected to attend the SMC will be submitted through command channels to PERSCOM, ATTN: TAPC-EPT-FN.

(4) Students enrolled in the Sergeant Major Nonresident Course may request deferment to a later class in the resident phase (see para 3–48) for emergency or medical reasons. Requests for deferment will be forwarded through command channels to the CNGB: NGB-ART-I or the CAR, as appropriate.

(5) Students enrolled in the USAWC Distance Education Course may be deferred for compassionate reasons from participating in the resident phase for exceptional circumstances. However, the student will be required to attend both resident phases the following year. Requests for deferment will be forwarded through command channels and through the Chairman, Department of Distance Education, USAWC, Carlisle Barracks, PA 17013–5050, and to—

*(a)* The Commander, PERSCOM, ATTN: TAPC-OPB-D, 200 Stovall Street, Alexandria, VA 22332–0400, for Active Army officers.

*(b)* Chief, National Guard Bureau (NGB), ATTN: NGB-ART-I, 111 South George Mason Drive, Arlington, VA 22204–1382, for ARNG officers.

*(c)* Chief, Army Reserve, ATTN: DAAR-PE-P, 2400 Army Pentagon Washington, DC 20310–2400, for USAR officers.

(6) Requests for compassionate deferment will be reviewed to determine if they meet the compassionate assignment criteria outlined in AR 614–200.

*b.* Medical deferment—

(7) Deferment for medical reasons may be requested when the individual's physical condition will not allow full participation in the selected course.

(8) Medical deferments will be processed following the procedures for enrollment denials outlined in paragraph 3–9. Soldiers receiving a medical deferment will be eligible for enrollment when the condition leading to the medical deferment no longer exists.

*c.* Operational deferment—

(1) Operational deferment will only be granted for unit deployments. Enlisted soldiers may be deferred one time for operational reasons by any commander in the grade of colonel or higher. The reason for deferment will be provided to PERSCOM, ATTN: TAPC-EPT-FN, 200 Stovall Street, Alexandria, VA 22332–0400, in accordance with instructions on the Standard Trainee Management System Roster Letter of Instruction.

(2) Subsequent requests for operational deferment must be fully justified by the first general officer in the chain of command and submitted directly to PERSCOM, ATTN: TAPC-EPT-FN. The request may be disapproved at any level in the MACOM chain of command.

(3) Officers may request operational deferment from the CGSOC and SSCs. Requests will be submitted through command channels to the CG, PERSCOM, ATTN: TAPC-OPB-D, for approval. The CG, PERSCOM can grant up to a one year deferment.

(4) Deferment requests for USAR personnel will be forwarded through command channels to the CAR, ATTN: DAAR-OE.

(5) Deferment requests for ARNG personnel will be forwarded through command channels to Chief, NGB, ATTN: NGB-ART-I, III South George Mason Drive, Arlington, VA 22204–1382.

### 3–21. Declinations

*a.* Declinations from WOES courses will not be favorably considered.

*b.* Declinations from NCOES courses will not be favorably considered for Active Army soldiers. Soldiers must submit a DA Form 4991–R in lieu of attending NCOES courses. In accordance with AR 635–200, soldiers selected to attend the SMC in conjunction with a PCS who decline to attend and who have more than 19 years and 6 months active Federal service must submit a retirement application within 30 days of notification of selection. The retirement date will be no later than 6 months from the date of notification of selection. Declination statements must be forwarded to PERSCOM, ATTN: TAPC-EPT-FN. Once a declination is received at PERSCOM, conditional promotions to SSG and sergeant first class (SFC) will be revoked. Additionally, the names of soldiers on the standing promotion list or the centralized promotion list who sign a declination statement will be removed from those lists.

*c.* Active Army officers declining the CGSOC or SSCs will forward statements of declination through their respective career branch to the CG, PERSCOM. The officers will be removed from any future consideration for the course.

*d.* Civilian employee, ARNG, and USAR declinations will be processed under procedures established by the ASA(M&RA), CNGB, and CAR, respectively.

### 3–22. Initial entry training

Initial entry training provides an orderly transition from civilian to military life. It is the beginning of the soldierization process and teaches soldiers the tasks and supporting skills and knowledge needed to perform duties at the first unit of assignment. Initial entry training produces technically and tactically competent soldiers who live by the Army's values and are prepared to take their place in the ranks of the Army. Initial entry training includes the OBC, Basic Combat Training (BCT), AIT, and OSUT which includes both BCT and AIT. Graduates of AIT or OSUT will meet the standards of AR 611–1, AR 600–9, and FM 21–20. Nonprior service RC personnel receive IADT as prescribed by AR 611–1.

## Section III
## Officer Training and Education

### 3–23. The Officer Education System

*a.* The goal of the OES is to produce a corps of leaders who are fully competent in technical, tactical, and leadership skills, knowledge, and experience; are knowledgeable of how the Army runs; are prepared to operate in joint, integrated, and multinational environments; demonstrate confidence, integrity, critical judgment, and responsibility; can operate in an environment of complexity, ambiguity, and rapid change; can build effective teams amid organizational and technological change; and can adapt to and solve problems creatively. Officer leader development is a continuous process that begins with precommissioning training and education.

(1) The OES prepares commissioned officers for increased responsibilities and successful performance at the next higher level. It provides precommissioning, branch, functional area, and leader-development training that prepares officers to lead platoon, company, battalion, and higher level organizations.

(2) The OES consists of branch-immaterial and branch-specific courses that provide progressive and sequential training throughout an officer's career. Regardless of branch affiliation or functional area, the common thread which ties all OES courses together is common-core training. Common-core training is approved by TRADOC and incorporated into OES courses.

*b.* The OES includes—

(1) Precommissioning training to qualify individuals to serve as officers.

(2) The OBC to provide officer initial entry and branch qualification training.

(3) The CCC to provide advanced branch-specific and branch-immaterial staff process training.
(4) The CGSOC to provide advanced branch, functional area, and branch-immaterial command and staff training.
(5) The USAWC to provide senior-level professional education and leader- development training.
(6) General officer training described in paragraph 3–34.
(7) Advanced civil schooling in appropriate disciplines and areas of concentration.

### 3–24. Officer education requirements

*a.* No officer above the grade of first lieutenant in the Active Army or Army Reserve, or Federally recognized above the grade of first lieutenant in the Army National Guard may be appointed, unless that person has been awarded a baccalaureate degree.

*b.* Officers are encouraged to earn a graduate degree. Requirements exist for officers with graduate degrees as determined by MACOMs and Army Personnel Proponents using the AERS or the AMEDD Commander's Requirements Review Process. If officers with appropriate degrees are not available to fill these requirements, qualified officers may receive Army-funded, post-graduate education to fill requirements in—

(1) A discipline that supports the officer's designated branch or functional area, or supports universal officer proficiencies.

(2) A discipline determined to be required by the AMEDD Commander's Requirements Review Process.

### 3–25. Commissioning programs

Commissioning programs educate and train cadets and officer candidates, assess their readiness and potential for commissioning as second lieutenants, and prepare them for progressive and continuing development. Precommissioning sources share a common goal that each graduate possess the character, leadership, integrity, and other attributes essential to a career of exemplary service to the nation. Responsibilities for the administration and coordination of programs leading to the commissioning of officers in the U.S. Army and ARNG are established in chapter 2 of this regulation. These programs are as follows—

*a.* The USMA provides a 4-year curriculum leading to a Bachelor of Science degree and commissioning as a second lieutenant. Selection for attendance is through various appointment programs. Policy guidance is contained in AR 351–17.

*b.* The ROTC program offers college students an opportunity for commissioning as second lieutenants through 2–, 3–, and 4–year curricula leading to a baccalaureate–level degree. Policy guidance is contained in AR 145–1.

*c.* The OCS is a branch-immaterial course that provides warrant officers and enlisted soldiers an opportunity to earn commissions as second lieutenants in the Active Army, USAR, and ARNG. Training takes place in a physically and mentally demanding, high-stress environment. The Federal OCS is conducted by the USAIS at Fort Benning, GA. The ARNG State OCS is conducted by the OCS battalion of arng leadership brigades/regiments organized under TASS. The OCS also provides a rapid expansion capability for officer training upon mobilization. The Commandant, USAIS, in coordination with the CNGB, will maintain the OCS POI.

(1) Policy guidance for the Federal OCS is contained in AR 351–5.

(2) Policy guidance for ARNG State OCS is contained in ARNG Regulations.

### 3–26. Officer basic courses

*a.* The OBCs are IET and are branch-specific qualification courses that provide newly commissioned officers an opportunity to learn the leadership, tactical, and technical tasks and supporting skills and knowledge required to lead platoon-sized units. The OBCs train newly commissioned lieutenants to—

(1) Prepare platoons, squads, teams, and their equipment for operational missions.
(2) Control, lead, supervise, discipline, train, and develop subordinate leaders.
(3) Care for subordinate leaders, soldiers, and their families.
(4) Plan, schedule, supervise, execute, assess, and assign responsibility for mission training.
(5) Plan, initiate, supervise, and assign responsibility for platoon-level personnel, administrative, and supply actions.
(6) Plan, supervise, assess, and assign responsibility for the safe use, maintenance, security, storage, and accountability of personal equipment and organizational equipment and materiel.
(7) Advise the commander on the status of platoon and squad training, discipline, equipment maintenance, and personnel readiness.

*b.* Officers will attend their branch OBC as soon as possible after commissioning.

(1) The CG, PERSCOM, the CNGB, and the Commander, ARPERSCOM may waive the requirement to attend the OBC based on either—

*(a)* Completion of similar courses of other services.

*(b)* Prior enlisted or WO experience.

(2) Requests for waivers will include a request for course credit in accordance with procedures explained in paragraph 3–11 of this regulation.

*c.* Graduates will be identified by award of MEL code 7.

### 3–27. Captains career courses

The CCC are two-phased courses providing captains an opportunity to learn the leader, tactical, and technical tasks and supporting skills and knowledge needed to lead company-size units and serve on battalion and brigade staffs. The first CCC phase includes common core and branch-specific tactical and technical instruction. The second phase includes branch-immaterial staff process professional development training.

*a.* During the first phase of CCC instruction, captains learn to—

(1) Establish and maintain a disciplined command climate that—

*(a)* Has defined, publicized, and enforced standards.

*(b)* Has defined duties and fixed responsibilities for all assigned leaders and soldiers.

*(c)* Provides fair and equal treatment and opportunities for leaders and soldiers with different education, experience, proficiency levels, ethnic backgrounds, and gender.

*(d)* Encourages initiative, self-discipline, learning, and individual or team performance.

*(e)* Requires leaders and soldiers to accept responsibilities, accomplish assigned tasks, and perform their duties to standard.

(2) Execute the unit's assigned missions and—

*(a)* Plan, resource, schedule, assign responsibility, supervise, execute, and evaluate short-range, near-term, and long-range actions that progressively accomplish requirements relevant to the company's preparation for known and anticipated missions.

*(b)* Lead, assist, advise, and supervise subordinate leaders as they prepare platoons, squads, teams, and organizational and individual equipment for their defined role in the company's mission.

*(c)* Train and prepare subordinate leaders for mission related duties, protect them from outside interference, and focus their actions and efforts on attaining and sustaining the required levels of mission readiness.

(3) Command, control, lead, supervise, discipline, train, and develop subordinates and care for their families.

(4) Develop the unit METL and training plan. Schedule, resource, supervise, execute, and evaluate company and sub-unit individual and collective training.

(5) Plan, supervise, and evaluate unit leader training and development, and personnel, administration, supply, maintenance, safety, and security actions.

(6) Plan, supervise, and evaluate the safe use, maintenance, security, storage, and accountability of unit equipment and materiel.

(7) Administer the UCMJ at the company level.

(8) Advise the battalion level commander and staff on the status of company, platoon, and squad level training, equipment maintenance, and personnel (readiness, discipline, and needs).

*b.* The second phase of CCC is branch-immaterial staff process training. Using battalion, brigade, division, and installation scenarios involving single service, joint service, and combined environments, captains learn to function as staff officers by analyzing and solving military problems, communicating, and interacting as members of a staff. Through a broadened understanding of Army operations, organizations, and procedures, students complete scenario-based exercises emphasizing the processes of problem analysis, solution development, and staff officer coordination. The CCC exercises involve realistic problems related to training, mobilization, staff planning for unit deployment, and combat operations.

(1) Attendance is mandatory for all officers, except for those in selected branches for whom attendance requirements are determined by their branch proponents.

(2) Students attending this phase of CCC training at the Combined Arms and Services Staff School, Fort Leavenworth, KS, will do so in a TDY status.

(3) Resident attendance is mandatory for AGR captains with fewer than 13 years of commissioned service who were not enrolled in or have not completed CGSOC, or its equivalent, as of 1 October 1986.

*c.* Active Army and AGR officers normally will attend their branch-specific phase of CCC—

(1) As soon as practical after promotion to captain.

(2) As soon as possible after completing 4 years of active Federal commissioned service (AFCS).

*d.* RC officers may enroll in the CCC upon completion of OBC. They must enroll prior to completing eight years of commissioned service. Those who desire to enroll subsequent to this time require a waiver by the unit commander, or by the Commander, ARPERSCOM for IRR members.

(1) RC officers must satisfy the following prerequisites for enrollment into the CCC:

*(a)* Be a commissioned officer in the grade of first lieutenant or captain who has completed or received completion credit for the OBC.

*(b)* Meet the standards of AR 140–1, AR 600–9, and this regulation.

*(c)* Must not have completed or received credit for the branch-specific phase of CCC.

(2) The first phase of CCC for RC officers may take up to two TATS training years to complete. The CCC instruction is phased for RC officers to receive—

*(a)* Most common core and some branch-specific instruction, as well as a staff process diagnostic examination in a nonresident mode.

*(b)* Branch-specific training in 2 weeks of ADT.

*(c)* Staff process training in 8 IDT periods and 2 weeks ADT.

*e.* Officers do not receive CCC credit until both phases are successfully completed. Branch commandants will award MEL code 6 upon successful completion of branch-specific CCC training. Upon successful completion of staff process training, branch commandants will award MEL code N to denote CCC completion. This procedure accounts for those students authorized delays between phases, special branch officers not required to attend staff process training to achieve branch qualification, and RC officers who complete the two phases in different training years.

*f.* The CCC diplomas will be awarded upon successful completion of both required phases. As exceptions, the following officers will receive diplomas at the conclusion of branch-specific training:

(1) Special branch officers not required to attend staff process training to achieve branch qualification.

(2) International military students (IMS) and U.S. sister service officers who are not authorized to attend staff process training.

*g.* Because of the small group instruction structure, no more than two IMS will be included in each small group. As an exception, a third IMS may be included if the student is from a HQDA-exempted country. Identification of HQDA-exempted countries may be requested from the TRADOC SATFA.

*h.* Officers who receive constructive completion credit for CCC will not attend the resident course. Such officers may attend a different branch-specific portion of CCC if required for branch transfer. Branch transfers require successful completion of training specified by the proponent school and are approved by the appropriate component's personnel command.

*i.* Officers of branches other than the JAGC who have received credit for completing their branch-specific phase of CCC, are graduates of an accredited law school, have been admitted to the bar of the Federal court or the highest court of a state, and who intend to transfer to the JAGC may enroll in the Reserve Component Judge Advocate Officer Basic Correspondence Course (RCJAOBC). Guidance on these matters is available from the Assistant Chief (Reserve Component Management), Personnel, Plans, and Training Office, 1777 North Kent Street, 10th Floor, Rosslyn, VA 22209–2194, or the Correspondence Course Office, The Judge Advocate General's School, ATTN: JAGS-AON-C, Charlottesville, VA 22903–1781.

*j.* The HQDA, DCS, G–3, may waive completion of CCC if-

(1) The officer's branch commandant certifies the officer's branch technical skills at the captain level.

(2) The PERSCOM awards constructive credit for the branch-immaterial phase of CCC.

*k.* Enrollments in the CCC will be scheduled by and entered into the ATRRS.

### 3–28. Command and General Staff Officer Course

The CGSOC educates and trains selected officers in the values and attitudes of the profession of arms and in the conduct of military operations in peace and war. The CGSOC prepares officers for duty as field grade commanders and staff officers, primarily at brigade, division, and corps echelons. Additional skill qualification as a strategist, joint planner, historian, or space operations officer is available through the advanced application programs. Officers have the opportunity to further develop their intellectual depth and analytic ability through intensive research that leads to the Master of Military Arts and Science degree.

*a.* Active Army officers are considered for attendance at CGSOC in residence at Fort Leavenworth, KS, during an eligibility window that opens upon selection for major and extends through four subsequent, consecutive, selection board considerations. Attendance usually occurs between the 10th and 15th year of commissioned service.

*b.* The nonresident CGSOC is equivalent to the resident course for satisfying career schooling requirements. It is presented in two formats and must be completed within 36 months of enrollment.

(1) The corresponding studies "S" format is organized into four sequential phases consisting of a number of modules or subcourses. Each module or subcourse is a self-contained block of instruction containing one or more examinations graded by the CGSC Directorate of NonResident Studies (DNRS). Several modules or subcourses require submission of written requirements that are graded based on established objective criteria.

(2) The "M" format is presented in TASS training battalions at teaching locations throughout the world. This option is also organized into four sequential phases with modules or subcourses corresponding to those in the "S" format. Each module or subcourse contains written requirements and one or more examinations. Many of the requirements are graded by the TASS training battalions that report grades to the DNRS.

*c.* Requirements for RC officers to enroll in the CGSOC are found in AR 135–155.

*d.* Active Army warrant officers and enlisted soldiers with a reserve commission (dual component control group) may enroll, but must attend the ADT phases either at their own expense or on TDY if their headquarters will fund this training. Enrollment requirements are listed in DA Pams 351–20 and 351–4.

*e.* Department of the Army civilians, GS–11 or above, whose duties require knowledge of the course subject matter may enroll in the nonresident "S" format course. The application for enrollment must be accompanied by a memorandum of recommendation from the applicant's senior rating official. Defense contractors are not eligible to enroll.

*f.* Requests by international military personnel who meet eligibility requirements to enroll in or audit the nonresident course must be processed through the Security Assistance Office of the country concerned to HQ, TRADOC, ATTN: ATFA, Fort Monroe, VA 23651–1047.

*g.* The CGSOC graduates are identified by MEL code 4.

### 3–29. Advanced Military Studies Program

*a.* The Advanced Military Studies Program (AMSP) provides advanced education in military arts and science for selected CGSOC graduates. The school emphasizes planning and executing campaigns at the tactical, operational, and strategic levels of war. This specialized training is followed by a mandatory 18 month internship as a division or corps staff officer.

*b.* The AMSP prepares officers to plan and conduct future operations across the wide range of military operations. Successful completion of the AMSP curriculum leads to award of a Military Arts and Sciences Degree. Following graduation, students complete the final part of the program by serving on a division or corps staff or in an operational staff position designated by the Commander, USASOC.

### 3–30. Advanced Operational Arts Studies Fellowship

AOASF is the capstone School of Advanced Military Studies Course. The AOASF is a 2-year SSC-level course that prepares operational planners for assignment to unified commands. The fellowship includes graduate-level college courses, visits to unified command headquarters, and practical exercises in campaign planning. Graduates of the AOASF are identified by award of MEL code 1.

### 3–31. Precommand courses

Brigade and battalion-level command selectees will attend one or more of the following PCC prior to assuming command.

*a.* The branch-specific PCC provides instruction at the officer's branch school. It focuses on tactical and technical aspects of command. Attendance is mandatory for all command designees of table of organization and equipment and IET units.

*b.* The branch-immaterial PCC is conducted by the CGSC School for Command Preparation. Attendance is mandatory for all Active Army command designees and RC designees on a seat availability basis. The course focuses on providing up-to-date information on Army policies, programs, and the following items of special interest:

(1) Leader development.
(2) Training management.
(3) Doctrine.
(4) Command team seminar.
(5) Equal opportunity.
(6) Safety and risk management.
(7) Antiterrorism and force protection.

*c.* The Tactical Commanders Development Program (TCDP) is attended by selected command designees following branch-immaterial PCC and consists of two courses:

(1) The Tactical Commanders Development Course provides training on the synchronization of combat and combat support functions during offensive and defensive operations. Instruction includes—

*(a)* Battlefield synchronization.
*(b)* Intelligence Preparation of the Battlefield planning.
*(c)* Course of action analysis.
*(d)* Commander's concept.
*(e)* Mission analysis.
*(f)* Computer wargaming.

(2) The Battle Commanders Development Course is attended by maneuver commanders only. It provides situation-based training for—

*(a)* Command decisionmaking process.
*(b)* Commander's estimate.
*(c)* Battle command.
*(d)* Tactical vignettes and simulations.

*d.* The TRADOC PCC prepares IET brigade and battalion command designees and CSM designees for assignments to BCT, AIT, or OSUT organizations. Additionally, IET command designees attend both their branch-specific PCC and the branch-immaterial PCC.

(1) Active Army command designees attend prior to assuming command.

(2) Command designees of the USAR are encouraged to attend within 1 year of assuming command.

(3) Designees assuming non-IET TRADOC commands attend the branch-immaterial and branch-specific PCCs only.

*e.* The Garrison PCC, taught at Ft. Belvoir, VA, is attended by colonels and lieutenant colonels (as well as selected civilian executive assistants) centrally selected to command garrisons, area support groups, and base support battalions. The Garrison PCC focuses on installation, MACOM, and HQDA-level command, leadership, and management issues and relationships. The curriculum focuses on existing and emerging issues affecting and influenced by people, resources, facilities, logistics, organizations, and doctrine. It includes—

(1) Civilian personnel management.

(2) Labor relations and partnerships.

(3) Appropriated and nonappropriated funds financial management.

(4) Facilities and infrastructure management.

(5) Environmental management.

(6) Mobilization and deployment operations.

(7) National, state, and local government interactions.

(8) Media relations.

(9) Application of the army performance improvement criteria.

(10) Morale, welfare, and recreation activities.

*f.* The U. S. Army Corps of Engineers PCC, conducted by HQ, USACE, Washington, DC, prepares officers to command USACE Divisions and Districts. Attendance is mandatory for all District command designees and recommended for all Division command designees who have not commanded in USACE. The curriculum focuses on the business processes key to successful command in USACE. It includes-

(1) USACE Fundamentals of the Organization and its Environment

(2) The project management business process.

(3) Civil works project delivery.

(4) Military programs project delivery.

(5) USACE worldwide operations.

(6) Equal employment opportunity fundamentals.

(7) Civilian personnel management and labor relations.

(8) Resource management in a project-funded organization.

(9) Real estate and regulatory mission overview.

(10) Congressional relations.

(11) Public affairs and media awareness.

(12) USACE contingency operations (includes response to natural disasters).

### 3–32. Senior Service colleges

*a.* The resident SSCs listed in paragraph 3–7*c* are at the same military educational level and lead to award of MEL code 1.

*b.* Officers are eligible for attendance for these colleges and fellowships after being promoted to lieutenant colonel (LTC) through their 23rd year of service. Promotion list service determines years of service for Regular Army (RA) officers (except AMEDD). AFSC is the governing factor for AMEDD officers and for other-than-RA officers.

*c.* Civilians are eligible to request nomination and attend selected SSCs in accordance with requirements in the Army Civilian Training, Education, and Development System Training Catalog, and as part of the Defense Leadership and Management Program.

### 3–33. U.S. Army War College

The capstone of professional military education is offered by the various SSCs. The Army's SSC is the USAWC at Carlisle Barracks, PA. The USAWC prepares selected military, civilian, and international leaders to assume strategic leadership responsibilities in military or national security organizations; educates students on employment of the U.S. Army as part of a unified, joint, or multi-national force in support of the national military strategy; researches operational and strategic issues; and conducts outreach programs that benefit the nation. The USAWC conducts both a resident and a distant education course. Students of the USAWC Distance Education Course are identified by award of MEL code 1 upon completion of the Midcourse Resident Phase. To achieve its objectives, the USAWC—

*a.* Conducts resident, nonresident, and other educational programs to enable military, civilian, and international leaders to—

(1) Distinguish the characteristics of strategic-level leadership.

(2) Manage change by applying resources to the process for translating strategy into force requirements and capabilities.

(3) Advise on the role of the military, in concert with other elements of national power, in formulating national security strategy.

(4) Analyze threats and other factors which affect U.S. interests.

(5) Apply strategic thought to the U.S. national security decision-making process.

(6) Develop theater strategies, estimates, and campaign plans to employ unified and multinational forces.

(7) Synthesize critical elements of warfare at the strategic and operational levels.

*b.* Conducts additional related educational courses, programs, and seminars.

*c.* Conducts an International Fellows Program for selected senior officers of foreign nations.

*d.* Maintains close and continuing working relationships with TRADOC and HQDA, ODCS, G–3, to ensure synchronization of OES goals.

*e.* Maintains liaison with other elements of the military education system and civilian educators.

### 3–34. Schools of other nations

*a.* The HQDA, ODCS, G–3 (DAMO-SS), is the proponent for the SON program. The objective of the SON program is to develop closer U.S. Army/foreign army relationships by placing U.S. Army board-selected officers in foreign command and staff colleges and in war or national defense colleges that have been accredited as equivalent to the CGSOC for MEL code 4 and USAWC for MEL code 1.

*b.* Accreditation of a foreign school is granted by the HQDA, DCS, G–3, based upon review of the school's curriculum by the faculty of CGSOC or USAWC as appropriate. The HQDA, ODCS, G–3, (DAMO-SS) reviews and coordinates requests for accreditation of foreign military schools.

*c.* The annual PERSCOM message announcing the CGSC or SSC selection board will contain a listing of the foreign schools for which the board will select qualified students to. (See appendix D.) The announcement of the CGSC or SSC Selection Board results will list the foreign schools and the officers selected to attend them.

*d.* Officers selected to attend a foreign school will be assigned to the U.S. Army Student Detachment, Fort Jackson, SC, and be attached to the U.S. Army Attaché (ARMA) in the host country for supervision and local administration. The ARMA serves as the country SON administrator.

*e.* Officers attending a school conducted in a foreign language will receive foreign language incentive pay, provided they have taken the foreign language test within the preceding 12 months for the language in which they are studying, and meet FLIP requirements. (See AR 611–6.)

### 3–35. General officer training

*a.* The scope of responsibilities incurred in GO positions requires post-War College training and individualized professional development. The GO continuing education program has three components: orientation and mandatory training, executive development, and interassignment transitions. They are described below .

(1) The orientation and mandatory training component provides information on current high- priority Army and DOD policies, programs, plans and problems. The training includes—

*(a)* The Brigadier General's Orientation Conference is attended by all brigadier general designees within a few months of public announcement of selection by the President. The conference consists of a series of briefings and discussions by and with senior Army and DOD leaders. The agenda includes a tactical decision exercise and seminars on generalship. Spouses are encouraged to attend on a separate agenda.

*(b)* The Force Integration Course is conducted by the Army Force Management School throughout the year for GOs and SES personnel. The course focuses on "how the Army runs." It updates attendees on current policies and high priority programs and provides an overview of the workings of the ARSTAF.

*(c)* The Capstone Course is offered by NDU at Fort Lesley J. McNair, Washington, DC. Classes consist of small groups of Active Army and RC general and flag officers of the Armed Forces and the U.S. Coast Guard, selectees of the Central Intelligence Agency (CIA), and the State Department. The course enhances student understanding of the employment of U.S. forces in joint and combined warfare. It provides opportunities for personal interaction with the combatant commanders of the unified commands and other joint and combined military forces. Retired four-star flag officers assist each class as Senior Fellows to provide advice and guidance based on their perspectives and experience. Students travel throughout the U.S. and selected overseas areas (Pacific, Europe, Western Hemisphere/Central America/ South America). Officers should complete the course within approximately two years from confirmation of selection to brigadier general.

*(d)* An equal opportunity course for newly selected brigadier generals is offered by the Defense Equal Opportunity Management Institute (DEOMI) at Patrick Air Force Base (AFB), FL. The course should be completed within 1 year of confirmation of selection to brigadier general for Active Army general officers or within two years for RC general officers. The course is also mandatory training for every corps, division, and training center commander prior to taking command.

(2) Executive development courses offer education and training in areas of relevance to a wide range of GO and SES positions. These courses are—

*(a)* An executive leadership development course designed for brigadier generals and other selectees. Offered at a

number of civilian institutions in the U.S. and overseas, the course affords attendees an opportunity to interface with contemporaries from the civilian sector. A similar course, Leadership at the Peak, is offered to major generals and above. These courses improve leadership skills, increase self-awareness through regular feedback, develop measurable goals, and stimulate further personal and career growth.

*(b)* Executive Management Courses and the Advanced Management Program under which selected GOs attend functional courses at civilian institutions. The program aids professional development in specific fields of study and serves as a means of keeping GOs abreast of developments in their fields. The training is geared toward specific grade levels and corresponds to the civilian sector.

(3) Interassignment transitions provide specific skills and knowledge required by GOs to function effectively in their next assignment.

*(a)* Selected GOs attend functional technical courses designed to prepare them for certain positions and include the—

1. Joint Senior Theater Battle Commander Course.
2. Systems Acquisition Management Course.
3. General Officer Legal Orientation.
4. Antiterrorist Driving Course.
5. Defense Institute of Security Assistance Management Executive course.
6. Joint Senior Psychological Operations Course.
7. Joint Forces Air Component Commander Course.
8. Army Communication Workshop.

*(b)* Upon announcement of a change in general officer assignments, the GOMO will contact the individuals concerned to schedule a series of transitional briefings. The briefings are designed to provide general officers with insights into their new positions. The GOMO schedules the briefings and provides the coordination necessary to effect this training. Briefings may be provided by joint and ARSTAF agencies and PERSCOM. Congressional, CIA, and State Department visits and orientations are also available.

*(c)* The General Officer Installation Command Course is mandatory training for installation commanders, deputy installation commanders, and MACOM staff principals with installation responsibilities within 120 days of taking their positions. This course is jointly conducted by the AMSC and the Army Community and Family Support Center. Course topics include: civilian personnel, labor relations, appropriated and nonappropriated funds, relations with civilian governments, media relations, facilities and infrastructure, environment, and morale, welfare, and recreation.

*(d)* The General Officer Update Program provides selected GOs the background and update information necessary to prepare them for pending assignments to international or joint command and staff positions.

*(e)* The Joint Flag Officers Warfighting Course prepares selected general and flag officers for leadership responsibilities in planning and executing joint theater-level and JTF warfare operations. This course is conducted at Maxwell AFB, AL, in conjunction with the College of Naval Warfare, USMC War College, and Air War College. The course is required for division commanders, CTC commanders, and selected assistant division commanders within 6 months of taking their positions.

*b.* The following continuing education programs offered at the USAWC are available to RC GOs:

(1) The adjutants general national security seminar at Carlisle Barracks updates State Adjutants General on national security issues and allows the exchange of ideas with members of the resident USAWC class on issues affecting the Army and those confronting the National Guard senior leadership. It also provides them an opportunity to participate in an executive wellness program.

(2) The senior Reserve Component Officer Course is a resident course held annually at Carlisle Barracks for RC general and flag officers of all services. Full integration with the resident USAWC class affords attendees opportunities to exchange ideas with the resident students on issues affecting the force and the challenges to and capabilities of the RC.

## Section IV
## Warrant Officer Training and Education

### 3–36. The Warrant Officer Education System

*a.* The goal of WOES is to develop a corps of highly specialized experts, trainers, and leaders who are fully competent in technical, tactical, and leadership skills; creative problem solvers able to function in highly complex and dynamic environments; proficient operators, maintainers, administrators; and managers of Army equipment, support activities, and technical systems. Warrant officer leader development is a continual process that begins with preappointment training and education.

*b.* WOES prepares warrant officers to successfully perform in positions with increasing levels of responsibility throughout their careers. WOES provides preappointment, branch MOS-specific, and leader-development training that

produces technically competent warrant officer leaders for assignment to platoon, detachment, company, battalion, and higher-level organizations.

*c.* WOES is a combination of branch-specific and branch-immaterial courses that provide progressive and sequential training throughout an entire career. Regardless of branch affiliation or MOS, the thread that ties all WOES courses together is common core training. Common core training is approved by TRADOC and incorporated into WOES courses.

*d.* WOES includes the following:

(1) WOCS provides preappointment training.

(2) WOBC provides MOS/branch qualification and certification training.

(3) WOAC provides advanced branch training.

(4) WOSC provides branch-immaterial staff level training.

(5) WOSSC provides branch-immaterial senior staff level training.

### 3–37. Warrant officer education requirements

*a.* The educational goal for WOs is an MOS-related associate degree, or its equivalent before entry into career status for Active Army WOs, and prior to completing 8 years of WO service for RC personnel. Warrant officers are encouraged to obtain MOS-related baccalaureate degrees prior to promotion to CW4 and to obtain advanced degrees to further enhance their qualifications and abilities.

*b.* The AMEDD education requirements are determined by the AMEDD Commander's Requirements Review Process.

*c.* The education policy for ARNG WOs is defined in ARNG regulations.

*d.* Education requirements for criminal investigation WO special agents (MOS 311) are addressed in AR 195–3.

### 3–38. Warrant officer preappointment training

Qualified applicants are selected for WOC status by centralized U.S. Army Recruiting Command boards, specified branch proponents, or state Adjutants General. Policy governing warrant officer selection and appointment is contained in AR 135–100.

*a.* All WOCs must attend the resident WOCS at the U.S. Army Warrant Officer Career Center (WOCC), Fort Rucker, AL. Candidates receive training in the performance of basic leader tasks and are assessed on the performance of these tasks and their potential to serve as WOs. Training takes place in a physically and mentally demanding, high stress environment.

*b.* Graduates of the WOCS are appointed to grade WO1 contingent upon certification by the MOS proponent for which they are technically qualified to receive the award of an authorized warrant officer MOS. Certification follows successful completion of the appropriate WOBC or a proponent-prescribed alternative certification method.

### 3–39. Warrant Officer Basic Course

*a.* Warrant officer candidate selectees are designated to attend an MOS-specific WOBC at the same time they are selected to attend WOCS. The WOBC (including the Initial Entry Rotary Wing Qualification Course) conducted by branch proponents supports the MOS training and technical certification process that ensures all warrant officers attain the degree of technical competence needed to perform in their MOS at the platoon through battalion levels. Training is performance-oriented and focuses on technical skills, leadership, effective communication, unit training, maintenance operations, security, property accountability, tactics, ethics, and development of subordinates.

*b.* Branch proponents develop and update WOBC training and technical certification standards. The proponents also develop alternative certification diagnostic tests for RC warrant officers. Tests consist of both written and performance components that measure existing skill and knowledge. The intent is to reduce the length of time needed to train and certify RC warrant officers who possess all or part of the technical skills required for MOS certification.

*c.* Failure to successfully complete the WOBC may result in termination of the WO appointment. (See AR 600–8–24.)

*d.* Graduates of the WOBC are identified by award of MEL code 7.

### 3–40. Warrant Officer Advanced Course

The WOAC is MOS-specific and builds upon the skills, knowledge, and experience developed through previous training and assignments. This course provides grade CW3 chief warrant officers in the leader, tactical, and technical training needed to serve in company and higher level positions. The primary focus is directed toward leadership skill reinforcement, staff skills, and advanced MOS-specific training. Graduates of WOAC are recognized by award of MEL code 6. WOAC consists of two components:

*a.* A mandatory nonresident course that must be completed prior to attending resident WOAC training. The Action Officer Development Course was adopted as the resource for this distance learning course. It provides warrant officers serving in CW2 or higher duty positions relevant training in topics such as management techniques, communication skills, preparing and staffing documents, meetings and interviews, problem solving, writing, coordinating, briefings,

and ethics. The course must be completed within one year of enrollment; however, all CW2s have the flexibility to enroll between 24 and 48 months of total warrant officer service.

*b.* A resident course consisting of branch proponent developed and administered MOS-specific technical training and branch-immaterial training that includes leadership, ethics, communication skills, military law, and personnel management.

### 3–41. Warrant Officer Staff Course

WOSC is a branch-immaterial resident course conducted at the WOCC, Fort Rucker, AL. The course focuses on the staff-officer and leadership skills needed to serve in CW4 positions at battalion and higher levels. Instruction includes decision-making, staff roles and functions, organizational theory, structure of the Army, budget formation and execution, communication skills, training management, personnel management, and special leadership issues. Graduates of the WOSC are recognized by award of MEL code 4.

### 3–42. Warrant Officer Senior Staff Course

WOSSC is the capstone for warrant officer professional military education. This branch-immaterial resident course is conducted at WOCC and provides warrant officers a broader Army perspective required for assignment to CW5 positions as technical, functional, and branch systems integrators and trainers at the highest organizational levels. Instruction focuses on force integration and provides up-to-date information on Army policies, programs, and special items of interest. Graduates are recognized by award of MEL code 1.

## Section V
## Noncommissioned Officer Training and Education

### 3–43. The Noncommissioned Officer Education System

*a.* The goal of NCO training and the NCOES is to prepare noncommissioned officers to lead and train soldiers who work and fight under their supervision, and to assist their leaders to execute unit missions.

*b.* Effective 1 October 1993, the Army linked NCOES to promotion to SSG, SFC, and sergeant major (SGM). Linking NCOES to promotion ensures NCOs have the appropriate skills and knowledge required before assuming the duties and responsibilities of the next higher grade.

*c.* The NCOES provides noncommissioned officers with progressive and sequential leader, technical, and tactical training relevant to the duties, responsibilities, and missions they will perform in operational units after graduation. Training is based on the tasks and supporting skills and knowledge, attitudes, and experience needed.

*d.* Soldiers who have not attended ANCOC or BNCOC prior to their effective date of promotion will be promoted "conditionally." Those who accept a "conditional" promotion do so under the stipulation that they must successfully complete ANCOC or BNCOC to retain the promotion.

*e.* The NCOES includes—

(1) Basic, branch-immaterial, leadership training, provided by PLDC.

(2) Skill level 3 leader training and basic branch-specific, squad-level training, provided by BNOC. Skill level–2 training is provided by MOSs 54B and 88H.

(3) Skill level–4 leader training and advanced, branch specific, platoon-level training, provided by ANCOC.

(4) Senior-level, branch-immaterial, staff training, provided by SMC.

*f.* Noncommissioned officer training also includes functional courses described in Section VII of this chapter:

(1) BSNCOC provides advanced, branch-immaterial, staff training.

(2) FSC provides branch-immaterial training to prepare selected individuals for their initial assignment as first sergeants.

(3) CSMC provides branch-immaterial training for CSM designees.

### 3–44. Noncommissioned Officer Education System administration

*a.* Commandants and commanders of NCOES training schools will enforce the following attendance and completion requirements:

(1) Soldiers in the RC will complete BNCOC and ANCOC Phase I (common core) before attending MOS-specific phases. They will complete both modules satisfactorily before receiving course credit. The CNGB and CAR may waive MOS-specific attendance for soldiers in MOSs that do not have a current TATS-C.

(2) Soldiers in the RC will enroll in BNCOC and ANCOC MOS-specific phases within 2 years of completing Phase I. The 2-year requirement may be extended if the delay is through no fault of the soldier. The soldier's commander must submit a memorandum requesting an extension, with justification for the delay, through command channels to the first GO in the soldier's chain of command for USAR and ARNG soldiers.

(3) All training required by a reclassification action will be accomplished in accordance with AR 614–200 and AR 611–1.

(4) Formal training to the appropriate skill level is mandatory before award of the new MOS, unless OJT or other alternate methods are authorized by AR 611–1.

*b.* School commandants and commanders will complete DA Form 1059 for all students in accordance with AR 623–1.

*c.* Promotion points for completion of NCOES courses will be awarded in accordance with

### 3–45. Noncommissioned officer academies

*a.* NCOAs provide NCOES training at the appropriate skill level to prepare NCOs for future operational assignments.

*b.* MACOMs establish NCOAs in conjunction with CNGB (together with the CG, TRADOC, and State Adjutants General) and CAR (together with CG, FORSCOM; CG, TRADOC; and the HQDA, ODCS, G–3). NCOAs will be established in accordance with CG, TRADOC and HQDA, ODCS, G–3, policies.

*c.* The designation of NCOAs and the division of the training base into NCOA geographic regions are discussed in appendix E.

*d.* The USASMA accredits NCOAs and NCOES courses. Proponent schools assist in the accreditation process of the technical phases for their respective BNCOCs and ANCOCs. Final accreditation is determined jointly by the USASMA and the responsible proponent school.

*e.* Students attending NCOA courses will be placed in a live-in learning environment during the resident portion of the course. Students will maintain high standards of military courtesy, conduct, and physical fitness. However, the level of discipline maintained by NCOAs must not interfere with the learning environment.

*f.* The Army School System Training Regiments (all ARNG and USARC NCOAs) teach BNCOC and ANCOC Phase I and functional courses. Other TASS regiments (such as CA, CS, combat service support (CSS), and Health Services) teach MOS-specific courses, including BNCOC and ANCOC (Phase II). All courses must be accredited and approved by the appropriate branch proponent-school, MACOM, or its designated accrediting authority.

(1) The Army School System training battalions will conduct RC BNCOC and RC ANCOC Phase I in the IDT, AT, and ADT modes. Phase II (MOS specific) will be conducted in the AT or ADT modes only, unless specified otherwise in the applicable POI.

(2) The FSC, BNCOC, and ANCOC are conducted at selected regional academies only.

*g.* The NCOA courses will not award an MOS, ASI, or higher skill level.

### 3–46. Primary Leadership Development Course

*a.* The PLDC is a branch-immaterial course conducted at Regional NCOAs worldwide and TASS training battalions. It provides basic leadership training for soldiers selected for promotion to SGT. The PLDC provides soldiers an opportunity to acquire the leader skills, knowledge, and experience needed to lead team-size units. It is the foundation for further training and development. Training focuses on—

(1) Self-discipline.

(2) Professional ethics.

(3) Leading, disciplining, and developing soldiers.

(4) Planning, executing, and evaluating individual and team training.

(5) Planning and executing missions and tasks assigned to team-size units.

(6) Caring for soldiers and their families.

*b.* Soldiers who qualify for PLDC are placed on an OML by the unit commander as follows:

(1) First priority. Sergeants that are non-PLDC graduates. These sergeants may or may not have a PLDC waiver.

(2) Second priority. SPC promotable (P). These soldiers are prioritized within this category as follows:

*(a)* SPC (P) who have met the cut-off score.

*(b)* SPC (P) in MOSs which would have had additional promotions if more promotable SPCs had been available and identified as "STAR MOS" by monthly PERSCOM Promotion Cut-Off Memorandum.

*(c)* SPC (P) in other MOS serving in an authorized NCO position based on the highest number of promotion points.

*(d)* All other SPC (P) on a recommended list based on the highest number of promotion points.

(3) Third priority. SPC in leadership positions. In order to fill all PLDC training seats, nonpromotable SPC with demonstrated leadership potential may attend PLDC only when all higher OML categories are exhausted.

*c.* The MACOM commanders establish a quota management plan to support PLDC and ensure attendance of fully qualified soldiers. In order to be consistent with established Army training priorities, MACOMs direct that installations manage quotas to ensure that all soldiers in a higher OML category attend PLDC prior to soldiers with a lower priority.

*d.* Graduates of PLDC are identified by award of MEL code 2.

### 3–47. Basic Noncommissioned Officer Course

*a.* The BNCOC is a branch-specific course that provides soldiers selected for promotion to SSG with an opportunity to acquire the leader, technical, and tactical skills, knowledge, and experience needed to lead squad-size units. Training

builds on experience gained in previous training and operational assignments. Branch schools and selected TASS training battalions conduct this course in a live-in learning environment, where possible.

*b.* Training focuses on—

(1) Preparing unit and subordinate elements for peace and wartime missions and contingencies.

(2) Planning, supervising, and executing tasks and missions assigned to squad-size units.

(3) Leading, supervising, disciplining, training, and developing subordinates.

(4) Planning, scheduling, supervising, executing, and assessing the unit's mission essential training.

(5) Planning, initiating, and supervising personnel, administration, and supply actions.

(6) Planning, supervising, and assessing the safe use, maintenance, security, storage, and accountability of personal equipment and organizational materiel.

(7) Caring for subordinates and their families.

*c.* Graduates of BNCOC are identified by award of MEL code 3.

### 3–48. Advanced Noncommissioned Officer Course

*a.* The ANCOC is a branch-specific course that provides an opportunity for soldiers selected for promotion to sergeant first class (SFC) to acquire the leader, technical, and tactical skills, knowledge, and experience needed to lead platoon-size units. Training builds on experience gained in previous training and operational assignments. Branch schools and selected TASS training battalions conduct this course in a live-in learning environment, where possible.

*b.* Training focuses on—

(1) Preparing unit and subordinate elements for peace and war time missions and contingencies.

(2) Planning, supervising, and executing tasks and missions assigned to platoon-size units.

(3) Leading, supervising, disciplining, training, and developing subordinates.

(4) Planning, scheduling, supervising, executing, and assessing the unit's mission essential training.

(5) Planning, initiating, and supervising personnel, administration, and supply actions.

(6) Planning, supervising, and assessing the safe use, maintenance, security, storage, and accountability of personal and unit equipment and organizational material.

(7) Caring for subordinates and their families.

*c.* Graduates of ANCOC are identified by award of MEL code S.

### 3–49. Sergeants Major Course

*a.* The USASMC is the capstone of enlisted training. Master Sergeants (MSG), MSG(Promotable), SGM, and CSM are prepared for both troop and staff assignments throughout the defense establishment. The USASMC is task based and performance oriented. Areas of study include leadership, combat operations, sustainment operations, team building, communication skills, training management, and professional development electives. Successful completion of the USASMC is a requirement for promotion to SGM and appointment to CSM.

*b.* Course objectives are to—

(1) Prepare students to assist in the solution of command problems.

(2) Enhance the senior NCO's ability to develop and maintain discipline in the Army.

(3) Instruct students in tactical, administrative, and training operations.

(4) Update students in contemporary Army problems.

(5) Improve personal communications skills.

(6) Develop intellectual depth and analytical ability.

(7) Enhance the student's understanding of military resource management practices and organizational effectiveness techniques.

(8) Sustain the high level of physical conditioning and standards of appearance for students in accordance with this regulation, AR 40–501, AR 600–9, and FM 21–20.

*c.* Personnel must have reenlisted or extended their current enlistment to satisfy the 24 month service-remaining requirement that begins upon graduation. Failure to take action to meet the service-remaining requirement will result in the initiation of a DA Form 4991–R or retirement in lieu of PCS. (See AR 635–200, chapter 12, para 12–9.) This requirement applies to both primary and alternate selectees.

*d.* Alternate selectees will replace soldiers selected for promotion to SGM who fail to attend the scheduled SMC. Alternates will replace primary attendees on a one-for-one basis by MOS and will incur a 24 month service obligation upon graduation.

*e.* All ARNG personnel apply to and are selected by a board convened by the CNGB.

*f.* All USAR personnel apply to and are selected by a board convened by the CAR. NCOs (except AGR personnel) will use DA Form 1058–R (Application for Active Duty for Training Active Duty for Special Work, Temporary Tour or Active Duty, and Annual Training for Soldiers of the ARNG and USAR) to apply for the resident course. CAR will

furnish acceptance dates annually and issue additional instructions to include application procedures for AGR soldiers. Applications will be processed through USAR command channels.

*g.* The USASMC Corresponding Studies Program is available only to soldiers who are selected by the CSM/SGM/SMC Board. Request for exceptions to policy will be considered for compassionate or medical reasons. The objective of the USASMC Corresponding Studies Program is to make senior-level military education available to selected NCOs.

*h.* The resident phase of USASMC Corresponding Studies Program is outlined below.

(1) The resident phase will be conducted each year during June.

(2) A student must complete all four corresponding studies phases of the course approximately 90 days before the planned resident phase. This will allow sufficient time for administrative processing.

(3) PERSCOM (TAPC-EPT-FN) will provide TDY instructions for all active duty NCOs eligible to attend the resident phase. Instructions concerning attendance of ARNG and USAR personnel in the resident phase will be announced by CNGB and CAR on notification by the Commandant USASMA of student's eligibility to attend.

(4) Noncommissioned officers who decline the resident USASMC after selection are not eligible for the Corresponding Studies Program.

*i.* Procedures for awarding credits are shown below.

(1) Upon completion of the Corresponding Studies Program, the student will be awarded a diploma by the Commandant, USASMA. The soldiers DA Form 2–1 will be updated to reflect NCOES code A.

(2) Retirement point credit for ARNG and USAR NCOs not on extended duty will be credited at the rate of one point for every 3 credit hours of nonresident instruction satisfactorily completed. (See AR 140–185.)

(3) Graduates of the Corresponding Studies Program are given equal consideration with resident course graduates in all personnel management actions.

(4) The American Council on Education's Center for Adult Learning and Educational Credentials recommends that graduates of the Corresponding Studies Program receive 6 semester hours baccalaureate degree college credit in management, psychology or sociology, and international relations, for a total of 18 semester hours.

*j.* International students may be awarded diplomas.

## Section VI
## Civilian Training

Section VI of this regulation (paras 3–49 through 3–63 and 3–65) summarizes information and guidance contained in AR 690–400, chapter 410, AR 690–950, the Army Civilian Training, Education, and Development System Training Catalog, and applicable Civilian Personnel Policy Memorandums. These sources of information and guidance on civilian training can be found on the internet at the Civilian Personnel On-line home page (http://cpol.army.mil). Readers are advised that, in case of conflict between the provisions of Section VI in this regulation and the civilian personnel regulations, the civilian personnel regulations will prevail.

### 3–50. The Army Civilian Training, Education, and Development System

*a.* ACTEDS is designed to build a competent, civilian work-force. This is accomplished through a blend of progressive and sequential work assignments, formal training, and self-development opportunities as individuals progress from entry- to senior-level positions. ACTEDS is patterned after the military education system in providing an orderly, systematic approach to technical, professional, and leadership training. ACTEDS identifies and documents civilian training requirements at three levels: organizational, occupational, and individual. ACTEDS standardizes training to ensure that civilians aspiring to be either technical specialists or leaders acquire required technical and leadership competencies.

*b.* Career Program Functional Chiefs develop ACTEDS plans that document and prioritize competency-based civilian training. Career field personnel proponents develop ACTEDS plans for occupations specific to their career field. ACTEDS plans designate key positions and identify required functional and leader tasks and supporting knowledge, skills, and experience, and, in some cases, mentoring requirements. They also suggest career-progression ladders to enable individuals to enhance their experience. Each ACTEDS plan also lists the five executive core qualifications (ECQ) and their underlying competencies established by the Office of Personnel Management. Managers must strive to develop these ECQs to be competitive for enrollment in the Defense Leadership and Management Program, functional and command executive development programs, and to Senior Executive Service. Each ACTEDS plan contains the Army's civilian leadership training common core courses to ensure appropriate leadership competencies are developed at each level of progression. Headquarters, DA, centrally funds intern, leader-development core, and competitive professional development training. Commanders identify, prioritize, and fund training not centrally funded. This training is managed at installation and organizational level.

### 3–51. Civilian Career Intern Program

*a.* The Civilian Career Intern Program is a leader development program, included in ACTEDS plans, that supports and provides a pipeline into the professional, administrative, and technical civilian work force. This program shapes the

civilian work force through the planned accession of quality employees for civilian leadership positions. It covers all career programs for over 150 professional civilian occupations.

*b.* The Master Intern Training Plan, which defines the POI, supports the Civilian Leadership Development Action Plan and the Senior Executive Service Action Plan. Formal classroom instruction, combined with rotational OJT under close supervision, provides a comprehensive 2- or 3-year program of instruction to carry the intern from entry- to journey-level. Funding for interns is in accordance with AR 690–950.

### 3–52. The Army's civilian leadership training common core courses

Civilian leadership training common core courses support the four phases of training for civilian career progression with—

*a.* Intern/entry-level courses consisting of the Intern Leadership Development Course (ILDC) and the Action Officer Development Course (AODC).

*b.* Supervisory courses consisting of the Supervisor Development Course (SDC) and the Leadership Education and Development (LEAD) Course.

*c.* Managerial courses consisting of the Manager Development Course (MDC), the Organizational Leadership for Executives (OLE), Personnel Management for Executives (PME) I and II, the Sustaining Base Leadership and Management Course (SBLM) at the Army Management Staff College, and the SSCs.

*d.* Executive courses consisting of the GO/SES Orientation Training Conference, GO/SES Force Integration Course, Equal Opportunity/Equal Employment Opportunity (EO/EEO) Orientation, Apex SES Orientation, and the Leadership Development Program.

### 3–53. Intern Leadership Development Course

ILDC trains DA career program interns in leadership doctrine, operational concepts, and the Army structure. It provides practical application in professional ethics, technologies planning, decision-making, technical and tactical competence, team-development, teaching, counseling, supervision, and communications. All interns, whether resourced by ACTEDS or local funding, must successfully complete ILDC to progress beyond their internship. Installation and MACOM career-program intern managers and supervisors will ensure interns enroll in and complete the ILDC.

### 3–54. Action Officer Development Course

AODC is an ACCP distance-learning course available electronically through the Reimer Digital Library . This course is mandatory for all interns and new journey-level employees. The AODC trains staff skills such as problem solving, writing, coordination, briefings, ethics, management techniques, and staff procedures. Supervisors will ensure employees requiring this training enroll in and complete the AODC.

### 3–55. Supervisor Development Course

The SDC is an ACCP distance learning course available electronically through the Reimer Digital Library. This course provides supervisors with civilian personnel administration skills such as, work management and basic supervision. The course constitutes Phase I of mandatory new supervisor training for first-time military and civilian first-line supervisors of civilian employees. It must be completed within 6 months of appointment to a supervisory position. Supervisors will ensure employees requiring this training enroll in and complete the SDC.

### 3–56. Leadership Education and Development Course

The LEAD Course is taught at installation level. It provides leadership skills to new military and civilian supervisors of DA civilian personnel. It constitutes Phase II of mandatory new supervisor training. Selected non-supervisory personnel may also attend. The course focuses on supervisory techniques, improving team performance, and the practical application of Army leadership competencies. The Center for Army Leadership certifies installation and school trainers through the LEAD train-the-trainer course. The MACOMs ensure there are sufficient certified trainers to meet training requirements. Supervisors ensure employees requiring this training enroll in and complete the LEAD Course.

### 3–57. Manager Development Course

MDC is a mandatory distance learning course for management personnel (supervisors of supervisors and managers of programs, policy, or resources). This course is an ACCP distance learning course available electronically through the Reimer Digital Library and by correspondence. The course trains new civilian managers in the supporting skills needed to perform management tasks. It also provides information on Army programs of special concern. Managers must complete the course within 6 months of selection for their positions. The attendance requirement may be waived for graduates of the SBLM course at AMSC. Supervisors will ensure employees requiring this training enroll in and complete the MDC course.

### 3–58. Organizational Leadership for Executives

The OLE course is a 2-week experiential learning course presented by the Civilian Leadership Training Division of the Center for Army Leadership in Kansas City, MO, as well as regionally. This course constitutes the second phase of

new manager training and should be preceded by completion of MDC, which is mandatory. It provides newly selected managers with increased self-awareness and an ability to visualize, communicate, and forge the organization's future. Emphasis is placed on skills and competencies which leaders use to lead their organizations to increasing levels of excellence, influencing subordinate performance, managing innovation and change, increasing self-knowledge, and diagnosing systemic problems. The course is recommended for civilian managers (supervisor of supervisors or managers of programs, resources and/or policy). First priority should be given to civilian employees appointed to a managerial position within the preceding 12 to 18 months. Lieutenant colonels and colonels are also eligible to attend.

### 3–59. Personnel Management for Executives I and II

PME courses provide experienced military and civilian managers the human resource-management skills to build upon OLE training. PME I focuses on each participant as an individual and as a manager of an important segment of the Army's workforce. PME II explores the various dimensions of leadership and human resources management that are primary concerns of HQDA and DOD executives. Both courses are intended for grades GS–13/14, WS–16, and equivalent nonappropriated fund employees. Employees in grades GS–12, GS–15, and WS–15 will be considered by exception. Active Army officers in the rank of major and above may also attend. PME I is a prerequisite for PME II.

### 3–60. Army Management Staff College

AMSC offers the SBLM course. SBLM is a graduate-level, academic program available in residence and by distance learning. The SBLM course prepares high potential Army civilian and military leaders for advancement to key leadership positions in the sustaining base. It focuses on sustaining-base leadership, management, decisionmaking, and team-building; national policy and strategy; force development; doctrine; resources; and combat power.

*a.* Attendees are Army civilian employees in grades GS–12 through GS/GM–14 (GS–11 and 15 may attend by exception), Army majors, and LTCs (MEL code 4-qualified), WOs, and SGMs/CSMs. Civilian attendees are selected by the HQDA secretariat selection board. Officer attendees are selected by the PERSCOM Management Branch for the Active Army, ARPERSCOM for USAR, and CNGB for ARNG.

*b.* CSM designated for installation-level CSM assignments may attend AMSC by exception. Such designees should contact their career branch to apply.

### 3–61. Attendance at senior service colleges

SSCs provide senior civilian leadership in grades GS–4 and GS–15 (or GS–13 for USAWC only) with broad-based knowledge of high-level Army and national issues. Long-term training is available through SSCs at NWC, ICAF, and USAWC. NWC allocates one civilian quota per year; ICAF allocates 10 civilian quotas per year; and USAWC allocates 10 resident and 2 nonresident civilian quotas per year. Attendees are selected by a central board.

### 3–62. Senior Executive Service members training and development

*a.* The SES personnel system includes top managerial, supervisory, and political positions in the Executive Branch of the Federal Government in the grade of GS–15 and above. Department of the Army SES members are the civilian counterparts of general officers. The SES Office of the ASA (M&RA) oversees SES member development. Members require a broad core of executive qualifications or abilities in addition to professional, technical, and program knowledge and skills. The five Executive Core Qualifications are—

(1) Strategic Vision.

(2) Human-Resource Management.

(3) Program Development and Evaluation.

(4) Resource Planning and Management.

(5) Organizational Representation and Liaison.

*b.* The Army Civilian Executive Resources Board plans and manages the SES Development Program. The program is executed by the Army SES Office, ASA (M&RA), and consists of—

(1) Orientation and mandated training courses, which provide information on current Army and DOD policies, programs, plans, and problems identified as high priority by the Army leadership. Newly appointed SES members must attend four courses:

*(a)* The SES training course, which focuses the vision of senior Army leaders on matters of local, national, and international importance, executive leadership, stewardship of resources, and the Congressional outlook.

*(b)* The force integration course for general officers and SES, which trains new gos and SES members in the major processes of Army force integration. It provides a synopsis of how the Army runs.

*(c)* The DOD equal opportunity/equal employment opportunity course for GO and SES, which focuses on EO/EEO aspects and issues.

*(d)* The leader development program, which is conducted in both CONUS and outside the continental United States (OCONUS) by the Center for Creative Leadership. Training stimulates personal and professional growth and increases effectiveness in the organization by providing participants an opportunity to assess their abilities and attitudes.

(2) The SES development program includes the following courses and seminars for newly appointed SES members:

*(a)* The DOD APEX orientation course, which enhances participants' knowledge of the joint military environment, increases leadership skills, and addresses the roles and responsibilities of senior executives.

*(b)* The Office of Personnel Management briefing, which focuses on how the public mandate of the President is transformed into policies and actions of the Federal Government.

*(c)* Department of Defense-sponsored APEX executive development seminars and competitive development opportunities, held at government and private institutions and which provide continuing executive development opportunities. Career SES members may also apply for sabbaticals and assignments under the provisions of the Intergovernmental Personnel Act.

### 3–63. Army-wide civilian long-term training programs

Civilian long-term training programs, although not mandatory, provide participants valuable learning experiences, professional development, and a competitive edge for future advancement. Commanders determine nominees for ACTEDS centrally funded programs, and selectees for locally funded programs based on organizational priorities. Military and civilian organization leaders and managers should ensure nominations support HQDA Affirmative Action policy. These programs are centrally administered by HQDA, proponents, and Career Program Functional Chiefs.

### 3–64. Competitive Professional Development Program

*a.* The Competitive Professional Development Program provides training opportunities to develop, enrich, and retain top quality middle managers and maintain the Army's image as a premier employer. The target audience is GS–11 and above.

*b.* Training includes functionally oriented, significant developmental opportunities that occur in university programs, training-with-industry assignments, and planned developmental assignments in accordance with respective ACTEDS plans. Individual career program FCRs or proponents working together with Commanders identify these opportunities and forward them to the ASA (M&RA), Civilian Personnel Policy, Central Program Operations Division, for final fiscal year approval. Each career program FCR or proponent selects participants through an Army-wide competitive process.

*c.* A variety of long-term and part-time programs and seminars is available to civilian members of the AAC. These graduate-level opportunities are offered in acquisition-related disciplines. Additional information can be found in the annual Army Acquisition Corps/ Army Acquisition Workforce Civilian Training Opportunities Catalog.

*d.* Chapter 41 of Title 5 U.S. Code, Section 4107 allows, but does not require, agencies to pay for training that may lead to an academic degree when necessary to assist in the recruitment or retention of employees in shortage occupations, especially those with critical skills. Pre-determined shortage categories include members of the Army acquisition work force, special salary rate positions, positions stipulated by public laws and other authorities, and positions covered by direct hire authority from the Office of Personnel Management. The policy also covers positions determined by local installation commanders to be in a shortage category to alleviate recruitment and orientation problems.

*e.* A continued service agreement is required of all employees participating in academic-degree training programs. The policy prohibits agency training assistance for the sole purpose of enabling an employee to obtain an academic degree to qualify for or increase a competitive edge for selection into positions or occupations where no documented shortage exists.

## Section VII
## Specialty, Functional, and Other Training

### 3–65. Functional area and skill training

*a.* Functional courses prepare Army personnel for assignment to special units or specific duty positions and increase their value to the Army. These courses provide soldiers and civilians an opportunity to acquire duty position-required skills and knowledge that cannot be obtained by attending other institutional courses. The courses may provide training which qualifies soldiers for award of an ASI, SQI, or SI. Department of the Army Pam 351–4 has a complete listing of functional and skill-qualification courses.

*b.* The CG, PERSCOM, Officer Directorate, will assign Active Army officers (other than chaplains, AMEDD, and JAGC) to schools to attend specialist courses and reassign them upon completion of the courses. Courses, or a combination of courses, totalling 20 weeks at one location will be attended on a PCS basis. Prerequisite qualifications are developed by each agency with training responsibilities and are specified in DA Pam 351–4.

*c.* Organizational commanders will place Active Army officers on orders to attend courses of less than 20 weeks duration in a TDY status. The CG, PERSCOM, will provide instructions for officers (less chaplains, AMEDD, and JAGC) to attend short courses in conjunction with a PCS movement.

*d.* The HQDA, ODCS, G–3 (DAMO-TR), will provide quotas to PERSCOM, CNGB, and CAR for Army students to attend U.S. Air Force (USAF), USN, or USMC specialist schools in a PCS status. The HQDA, ODCS, G–3, will

provide quotas to MACOM commanders, PERSCOM, CNGB, and CAR for Army students to attend sister services' specialist schools in TDY status.

*e.* The Defense Acquisition University (DAU) Mandatory Training Program is the vehicle for Army personnel to accomplish their levels I, II, and III mandatory training prescribed for retention in an acquisition position. DAU also provides assignment specific training. These courses are funded by DAU. Reservations are made through the ATRRS.

*f.* The Army Acquisition Tuition Assistance Program (ATAP) is available to all AAC/AAW members for completion of their mandatory 12 or 24 semester hours. For AAC members, ATAP funds undergraduate and graduate degree programs. For AAW members, ATAP funds only undergraduate programs. For Corps Eligible and Competitive Development Group employees, ATAP funds both undergraduate and graduate degree programs. Further information is available on this program in the annual AAC/AAW Civilian Training Opportunities Catalog.

### 3–66. Army Civilian Training and Education Development System specialty training

Many courses intended for civilian employees in career management or career field positions may or may not be included in official ACTEDS plans. These courses normally address topics for which functional proponents have identified and validated a training requirement. They are offered by Army schools and other Army organizations and address a large variety of topics in categories such as environmental protection and enhancement, logistics, ammunition operations, housing management, engineering, and medical training. These courses may fit the description of functional area or skill training or they may be provided for professional development. The functional proponents, which include ACTEDS career program managers, career field managers, and organizations with functional responsibility, review course content and POIs with the respective schools.

### 3–67. Ranger training

*a.* Ranger training, conducted at the USAIS, Fort Benning, GA, further develops leadership and CA-related skills of soldiers eligible for assignment to units that primarily engage in the close-combat, direct-fire battle. The course requires soldiers to perform individual and collective tasks and missions in a realistic environment under mental and physical stress that approaches that found in combat. Training emphasizes the development of individual abilities to apply established doctrine and to plan and conduct infantry, airborne, air assault, and amphibious squad and platoon operations. Officer graduates will receive an SI of 3R for Ranger and 5S for Airborne ranger training. Enlisted graduates will receive an SQI of G for ranger and V for ranger parachutist training.

*b.* Enlisted soldiers in the following MOS may volunteer for ranger training—

(1) 11B - Infantryman.

(2) 11C - Indirect fire infantryman.

(3) 11H - Heavy anti-armor weapons infantryman.

(4) 11M - Fighting vehicle infantryman.

(5) 12B - Combat engineer, in companies that directly support infantry battalions.

(6) 13F - Fire support sergeant, associated in direct support to infantry battalions.

(7) 18-series- Special Forces.

(8) 19D - cavalry scout.

(9) 19K - armor crewman.

(10) 14S - stinger sergeant, in direct support of infantry battalions.

*c.* Enlisted soldiers, of any MOS or specialty, assigned to ranger-coded positions in the 75th Ranger Regiment or Ranger Training Brigade must complete ranger training.

*d.* Ranger training is available, on a voluntary basis, for commissioned officers in the following CMFs—

(1) 11A - Infantry officer.

(2) 12A - Armor officers allocated against authorized 12C positions.

(3) 12C - Cavalry officers.

(4) 13A - Battalion and company fire support officers in direct support of infantry battalions.

(5) 18A - Special Forces officers.

(6) 21B - Combat engineer officers in companies in direct support of infantry battalions.

(7) 14B - Short range air defense officers in direct support of infantry battalions.

*e.* Officers, of any branch or specialty, assigned to ranger-coded positions in the 75th Ranger Regiment or Ranger Training Brigade, must complete ranger training.

*f.* Ranger-coding is limited to selected positions in the following units and schools:

(1) Ranger regiment positions.

(2) Positions in infantry battalions, companies, platoons, and long-range surveillance units.

(3) Selected USAIS instructors.

(4) Selected CTC observer-controllers.

(5) Selected instructors from the Western Hemisphere Institute for Security Cooperation.

(6) Positions in cavalry scout troops assigned to infantry and armor battalions and armored cavalry regiments.

(7) Positions in Special Forces A-teams.
(8) Positions in engineer companies in direct support of infantry battalions.
(9) Selected positions in air defense batteries in direct support of infantry battalions.
*g.* Volunteers for ranger training who are not in ranger-coded positions will only be accepted on a space-available basis after all personnel who require the training have been scheduled.
*h.* Cadets are not authorized to attend ranger training.

### 3–68. Airborne training

*a.* Voluntary airborne training is conducted at the USAIS. The training qualifies soldiers in the use of the parachute as a means of deployment. Training takes place in a mentally and physically demanding environment. Airborne training, develops leadership skills, self-confidence, and an aggressive spirit. Graduates will receive an SQI of "P" for enlisted soldiers and an SI of "5P" for officers.
*b.* Enlisted soldiers who hold an MOS authorized in an airborne unit may volunteer for airborne training.
*c.* Officers of all components, branches, and functional areas may volunteer for airborne training.
*d.* Limited availability of training spaces makes attendance highly competitive. Space allocations are based on the percentage of authorized parachute positions, by specialty, Army-wide.
*e.* IRR volunteers will be selected for airborne training by the Commander, ARPERSCOM, to meet mobilization requirements.
*f.* Airborne training priorities are—
(1) Priority 1: Active Army, USN, USMC, and USAF and Army RC personnel assigned to Airborne, Ranger, or Special Operations Force units. Also included are foreign military personnel regardless of assignment.
(2) Priority 2: Soldiers under Airborne contract (enlistment incentive) not assigned to Airborne, Ranger, or Special Operations Force units.
(3) Priority 3: Active Army Airborne volunteers.
(4) Priority 4: All other Army (Active Army, ARNG, USAR).
(5) Priority 5: Service academy and ROTC cadets with service commitments.
(6) All other services.

### 3–69. Language training

*a.* Basic-acquisition language training is provided through the DLIFLC, Presidio of Monterey, CA. Training at the school requires full-time attendance. Courses provide the student with a limited working proficiency in listening, reading, and speaking. The DLIFLC also provides full-time resident intermediate, advanced, remedial, refresher, and cross-training language instruction in accordance with programmed requirements. Unprogrammed requirements are handled case-by-case.
*b.* Commanders of units that require foreign language skills establish command language programs (CLP). They will arrange for nonresident remedial, refresher, sustainment, familiarization, or job-specific foreign language training within their units. The DLIFLC exercises technical control of the training in accordance with DOD directives, and advises unit commanders and CLP managers concerning resources available to assist them. Information concerning management of the Defense Foreign Language Program is found in AR 350–20, AR 611–6, and AR 621–5.
*c.* An SQI L and an appropriate LIC are normally awarded to graduates of the DLIFLC.
*d.* English-as-a-second-language training is conducted at the Defense Language Institute English Language Center (DLIELC), Lackland AFB, TX 78236–5259. The mission of DLIELC is to give entry level soldiers and allied military personnel those English language skills necessary for success.
(1) Resident training is provided for selected—
*(a)* Soldiers whose first language is other than English and who require ESL training prior to entering IET or a branch OBC, or before appointment as a warrant officer.
*(b)* Allied military personnel under the Security Assistance Program.
(2) Nonresident ESL instruction and remedial reading, writing, and speaking courses are provided for Active Army soldiers whose native language is other than English and who have been identified by their commanders as having difficulty speaking or understanding English. Reserve Component personnel are eligible to attend these courses. The training is conducted—
*(a)* At the local AEC through services provided in accordance with AR 621–5.
*(b)* In overseas commands for allied military personnel at international installations.

### 3–70. Consideration of Others training

The DEOMI at Patrick AFB, FL, conducts the EO Training Program and EO Staff Course. Selected soldiers assigned

to EO advisor positions are provided necessary skills and knowledge to assist commanders in increasing unit effectiveness and efficiency through improved human relations and equal treatment. Personnel who successfully complete this training are awarded the appropriate ASI and SQI.

### 3–71. First Sergeant Course

*a.* The FSC is a branch-immaterial course conducted at the USASMA and selected TASS Battalions for soldiers selected as first sergeants (1SG). Training focuses on leader, technical and tactical tasks relevant to the duties, responsibilities, and missions assigned to leaders of company sized units. The course expands previously acquired skills, knowledge, and experience by adding training in company-level functional areas such as personnel, administration, maintenance, training, supply, security, and the UCMJ. Graduates of the FSC are identified by award of SQI "M" after successful completion of 6 months as a 1SG.

*b.* Active Army first-time 1SGs will attend the FSC prior to assuming their duties. No priority will be given to MOS or unit status. All RC first-time 1SGs will attend FSC within 6 months of assuming 1SG duties.

*c.* When conditions preclude sending a soldier to the FSC prior to assuming 1SG duties, the soldier must attend the FSC within six months of assuming those duties. Waiver authority for deferring school attendance is delegated to the first GO in the soldier's chain of command.

*d.* Short-tour commands, while not exempt from the first-time 1SG policy, are given latitude in complying with the policy for positions of 13 months or less. Soldiers serving such tours who are not school trained when selected to fill a valid 1SG position will not be required to attend the FSC while in the short-tour command. Every effort will be made by PERSCOM to provide a sufficient number of FSC-qualified soldiers for positions in short-tour commands.

### 3–72. Battle Staff Noncommissioned Officer Course

The BSNCOC is a branch-immaterial functional course for SSG through SGM selected for staff assignments. The course provides technical and tactical training that is relevant to missions, duties, and responsibilities assigned to staff members in battalion and higher units. Graduates of the BSNCOC are identified by award of ASI 2S.

### 3–73. Command Sergeants Major Course

The CSMC is a branch-immaterial course conducted at the USASMA for newly appointed CSM. The course prepares individuals for battalion-level CSM assignment. It includes a program for their spouses.

### 3–74. Common military training in institutions

*a.* The CMT program consists of HQDA-selected general subject areas in which individual soldiers and DA civilians must be proficient to perform satisfactorily in a military organization. Training conducted in institutions and units is based on validated needs. This training is common to all members at specified organizational levels regardless of branch, career field, or grade.

*b.* The HQDA, ODCS, G–3, validates the need for and publishes a list of general subject areas in which Army personnel require knowledge and skill. The HQDA, ODCS, G–3, approves and adds to the CMT list all training requirements that are directed by law, DOD, the Secretary of the Army, the ARSTAF, and agencies that have the authority to publish directives that include training requirements.

*c.* School commandants and commanders assess unit staff and faculty members' proficiency in CMT subjects and provide the training needed to achieve and sustain required levels of proficiency in accordance with paragraph 4–5 of this regulation. A complete list of subjects taught in units is at appendix G.

*d.* The CMT subjects taught to students in training institutions are shown in table 3–1.

**Table 3–1**
**Common military training subjects taught in training institutions**

| Subject | Reference | Proponent |
|---|---|---|
| Weapons qualification | AR 350–1 | DCS, G–3 |
| Physical fitness | AR 350–1 | DCS, G–3 |
| First aid | AR 40–3 | TSG |
| Antiterrorism | AR 525–13 | DCS, G–3 |



1095