22

Army Regulation 351–1

Schools

# Individual Military Education and Training

Headquarters
Department of the Army
Washington, DC
15 October 1987

UNCLASSIFIED

1096

# SUMMARY of CHANGE

AR 351-1
Individual Military Education and Training

Not applicable.

o

o

Headquarters
Department of the Army
Washington, DC
15 October 1987

***Army Regulation 351–1**

**Effective 16 November 1987**

Schools

# Individual Military Education and Training

By Order of the Secretary of the Army:

CARL E. VUONO
*General, United States Army*
*Chief of Staff*

Official:

R. L. DILWORTH
*Brigadier General, United States Army*
*The Adjutant General*

**History.** This UPDATE printing publishes a revision that is effective 16 November 1987. Because the structure of the entire revised text has been reorganized, no attempt has been made to highlight changes from the earlier regulation dated 3 December 1986. This publication has been reorganized to make it compatible with the Army electronic publishing database. No content has been changed.

**Summary.** This regulation prescribes policies and procedures for individual military education and training of Army personnel.

**Applicability.** This regulation applies to the Active Army, the Army National Guard, and the U.S. Army Reserve except where otherwise stated.

**Proponent and exception authority.** The proponent agency of this regulation is the Office of the Deputy Chief of Staff for Operations and Plans.

**Impact on New Manning System.** This regulation does not contain information that affects the New Manning System.

**Army management control process.** This regulation is subject to the requirements of AR 11-2. It contains internal control provisions but does not contain checklists, for conducting internal control reviews. These checklists are contained in DA Circular 11-87-2.

**Supplementation.** Supplementation of this regulation and establishment of command and local forms are prohibited without prior approval from HQDA (DAMO-TRI), WASH DC 20310-0450.

**Interim changes.** Interim changes to this regulation are not official unless they are authenticated by The Adjutant General. Users will destroy interim changes on their expiration dates unless sooner superseded or rescinded.

**Suggested Improvements.** Users are invited to send comments and suggested improvements on DA Form 2028 (Recommended Changes to Publications and Blank Forms) directly to HQDA (DAMO-TRI), WASH DC 20310-0450.

**Distribution.** Distribution of this publication is made in accordance with DA Form 12-9A-R requirements for 351-series publications. The number of copies distributed to a given subscriber is the number of copies requested in Blocks 311 and 312 of the subscriber's DA Form 12-9A-R. AR 351-1 distribution is B for the Active Army, A for the ARNG, and A for the USAR. Existing account quantities will be adjusted and new account quantities will be established upon receipt of a signed DA Form 12-9U-R (Subscription for Army UPDATE Publications Requirements) from the publications account holder.

**Contents** (Listed by paragraph and page number)

**Chapter 1**
**Introduction,** *page 1*
Purpose • 1–1, *page 1*
References • 1–2, *page 1*
Explanation of abbreviations and terms • 1–3, *page 1*
The Army School System • 1–4, *page 1*
Mission • 1–5, *page 1*
Scope • 1–6, *page 1*
Functions • 1–7, *page 1*
Eligibility • 1–8, *page 2*
Student recognition • 1–9, *page 3*
Student dismissal • 1–10, *page 3*
Course information • 1–11, *page 4*

**1098**

*This regulation supersedes AR 351-1, 3 December 1986; AR 351-11, 1 January 1983; and AR 351-20, 15 November 1980.



UNCLASSIFIED

**Contents—Continued**

Student evaluation. • 1–12, *page 4*
Physical fitness and weight standards • 1–13, *page 4*
Selection for professional development courses • 1–14, *page 5*

**Chapter 2**
**Responsibilities,** *page 5*

*Section I*
*Army Staff Responsibilities, page 5*
General • 2–1, *page 5*
Deputy Chief of Staff for Operations and Plans (DCSOPS) • 2–2, *page 5*
Deputy Chief of Staff for Personnel (DCSPER) • 2–3, *page 6*
Deputy Chief of Staff for Intelligence (DCSI) • 2–4, *page 6*
The Surgeon General (TSG) • 2–5, *page 7*
The Judge Advocate General (TJAG) • 2–6, *page 7*
Chief of Engineers (COE) • 2–7, *page 7*
Chief, National Guard Bureau (CNGB) • 2–8, *page 7*
Chief, Army Reserve (CAR) The CAR will— • 2–9, *page 7*
Heads of other Army Staff agencies • 2–10, *page 8*

*Section II*
*Command Responsibilities, page 8*
Commanding General, U.S. Army Training and Doctrine Command • 2–11, *page 8*
School commandants • 2–12, *page 9*
Commanding General, U.S. Army Materiel Command (AMC) • 2–13, *page 10*
Commanding General, Forces Command (FORSCOM) • 2–14, *page 11*
Commanding General, U.S. Army Health Services Command (CG, HSC) • 2–15, *page 11*
Commanding General, U.S. Army Information Systems Command (USAISC) • 2–16, *page 11*
Commanding General, U.S. Army Military Personnel Center (MILPERCEN) • 2–17, *page 11*
Commander, U.S. Army Reserve Personnel Center (ARPERCEN) • 2–18, *page 12*
Commanding General, U.S. Army Intelligence and Security Command (INSCOM) • 2–19, *page 12*
Commanding General, U.S. Army South (USARSO) • 2–20, *page 12*
Commanding General, U.S. Army Pacific Command (USARPAC) • 2–21, *page 12*
Commander In Chief, U.S. Army, Europe, and seventh Army (USAREUR) • 2–22, *page 12*
Commanding General, Eighth United States Army (EUSA) • 2–23, *page 12*
Commanding General, U.S. Army Criminal Investigation Command (USACIDC) • 2–24, *page 12*

**Chapter 3**
**Commissioned Officer Education System,** *page 12*
General • 3–1, *page 12*
Precommission • 3–2, *page 13*
Branch and functional area schools • 3–3, *page 13*
Branch training • 3–4, *page 14*
Functional area/skill training • 3–5, *page 15*
Professional development education and training • 3–6, *page 15*
General officer training • 3–7, *page 19*
Constructive or equivalent credit for courses • 3–8, *page 20*
Schools of other Services • 3–9, *page 21*
Joint colleges • 3–10, *page 21*
ARNG academies and USARF schools • 3–11, *page 21*
Schools of foreign nations • 3–12, *page 21*
Civil Institutions • 3–13, *page 21*

**Contents—Continued**

**Chapter 4**
**Warrant Officer Training and Education,** *page 21*
The Warrant Officer Training System • 4–1, *page 21*
Entry level training • 4–2, *page 21*
Warrant officer appointment • 4–3, *page 22*
Senior warrant officer training • 4–4, *page 22*
Master warrant officer training • 4–5, *page 22*
Functional training • 4–6, *page 22*
Constructive/equivalent credit for courses • 4–7, *page 22*
Physical fitness and weight standards • 4–8, *page 23*
Civilian education • 4–9, *page 23*

**Chapter 5**
**Noncommissioned Officer Education System,** *page 23*

*Section I*
*General, page 23*
Concept • 5–1, *page 23*
NCOES objectives • 5–2, *page 23*
Training concept • 5–3, *page 24*

*Section II*
*NCOES Responsibilities, page 26*
Deputy Chief of Staff for Operations and Plans • 5–4, *page 26*
Commanding General, U.S. Army Military Personnel Center (MILPERCEN) • 5–5, *page 26*
Commanding General, U.S. Army Training and Doctrine Command • 5–6, *page 26*
Commanding General, U.S. Army Health Services Command • 5–7, *page 27*
Commanding General, Forces Command • 5–8, *page 27*
Commander In Chief, U.S. Army, Europe, and Seventh Army (CINCUSAREUR) • 5–9, *page 27*
Commanding General, Eighth United States Army • 5–10, *page 27*
Commanding General, U.S. Army Pacific Command • 5–11, *page 27*
MACOM commanders • 5–12, *page 27*
Chief, National Guard Bureau and Chief, Army Reserve • 5–13, *page 28*
Battalion commanders and command sergeants major • 5–14, *page 28*

*Section III*
*Primary Level Training, page 28*
General • 5–15, *page 28*
Primary leadership development course • 5–16, *page 28*

*Section IV*
*Basic Level Training, page 29*
General • 5–17, *page 29*
Basic Noncommissioned Officer. Course (BNCOC) • 5–18, *page 29*

*Section V*
*Advanced Level Training, page 30*
General • 5–19, *page 30*
Advanced Noncommissioned Officer Courses • 5–20, *page 30*

*Section VI*
*Senior Level Training, page 30*
General • 5–21, *page 30*
U.S. Army Sergeants Major Course (USASMC) • 5–22, *page 31*
USASMC Corresponding Studies Program • 5–23, *page 32*

**Contents—Continued**

*Section VII*
*Nonresident Training Program, page 33*
Extension training programs • 5–24, *page 33*
ACCP enrollment/resident course credit • 5–25, *page 34*

*Section VIII*
*Administration, page 34*
Resident NCOES course credit for prior military education and/or training • 5–26, *page 34*
Recognition of students • 5–27, *page 35*
Deferrals • 5–28, *page 35*
Declinations • 5–29, *page 35*
Student elimination from NCOES courses • 5–30, *page 35*
Promotion points • 5–31, *page 37*
Physical fitness and weight standards • 5–32, *page 37*
Profiles • 5–33, *page 37*
Assignment and utilization of NCOES graduates • 5–34, *page 37*

*Section IX*
*Programming, Budgeting, and Funding, page 37*
Programming and budgeting • 5–35, *page 37*
Funding • 5–36, *page 38*

*Section X*
*NCO Accreditation Program, page 38*
General • 5–37, *page 38*
Authority • 5–38, *page 38*
Accredition procedures • 5–39, *page 38*
Accreditation guidelines • 5–40, *page 38*
Accreditation visit findings and actions required • 5–41, *page 38*

**Chapter 6**
**Noncommissioned Officer,** *page 39*

*Section I*
*General, page 39*
Mission • 6–1, *page 39*
Objectives • 6–2, *page 39*
Establishment of NCOAs • 6–3, *page 39*

*Section II*
*Responsibilities Concerning NCOAs, page 39*
Deputy Chief of Staff for Operations and Plans • 6–4, *page 39*
Commanding General, U.S. Army Training and Doctrine Command • 6–5, *page 39*
Commanding General, U.S. Army Health Services Command • 6–6, *page 40*
Other MACOM commanders • 6–7, *page 40*
Chief, National Guard Bureau • 6–8, *page 40*

*Section III*
*NCOA Training, page 40*
NCOA regions • 6–9, *page 40*
Programs of Instruction • 6–10, *page 40*
Standards • 6–11, *page 41*

*Section IV*
*NCOA Administration, page 41*
Conduct of instruction • 6–12, *page 41*

**Contents—Continued**

Designation of academies • 6–13, *page 41*
NCOA quota management • 6–14, *page 42*
Student evaluation • 6–15, *page 42*
Accreditation of the NCOA training program • 6–16, *page 42*
Recognition of students • 6–17, *page 42*
Training reports • 6–18, *page 42*
Programming and budgeting • 6–19, *page 42*

**Chapter 7**
**Selected Additional Qualification Training Courses,** *page 43*
Ranger training • 7–1, *page 43*
Airborne training • 7–2, *page 43*
Intelligence training • 7–3, *page 43*
Language training • 7–4, *page 44*
Equal opportunity training • 7–5, *page 45*
Nonresident Instruction • 7–6, *page 45*
Individual study • 7–7, *page 45*
Retiree training • 7–8, *page 45*
First Sergeant (1SG) course • 7–9, *page 45*
Noncommissioned Officer Logistics Program training • 7–10, *page 46*
Senior NCO Operations and Intelligence Course • 7–11, *page 46*
Additional training to support ASI and SQI • 7–12, *page 46*
Other courses • 7–13, *page 47*

**Chapter 8**
**Selection, Administration, and Assignments for Commissioned Officer Students,** *page 47*

*Section I*
*General, page 47*
Procedural guidance • 8–1, *page 47*
Application for schools • 8–2, *page 47*

*Section II*
*Service Schools and Colleges, page 47*
Eligibility and Incurred obligations • 8–3, *page 47*
Selection for joint, Army, and other equated Service colleges • 8–4, *page 48*
Officer basic and advanced courses • 8–5, *page 48*
Specialist courses (20 or more weeks' duration) • 8–6, *page 48*
Short courses (less than 20 weeks' duration) • 8–7, *page 49*
U.S. Air Force, U.S. Marine Corps, and U.S. Naval Schools other than Service colleges, • 8–8, *page 49*

*Section III*
*Foreign Military Schools, page 49*
General • 8–9, *page 49*
Selection • 8–10, *page 49*
Orders • 8–11, *page 49*
Student detachments • 8–12, *page 49*
Strength accounting • 8–13, *page 50*
Students at foreign military schools • 8–14, *page 50*
Dependents • 8–15, *page 50*
Passport Instructions • 8–16, *page 50*
North Atlantic Treaty Organization travel orders • 8–17, *page 50*
Administrative responsibility • 8–18, *page 50*
Funding responsibility • 8–19, *page 50*

**Contents—Continued**

**Chapter 9**
**MOS Improvement Training,** *page 50*
General • 9–1, *page 50*
Responsibilities • 9–2, *page 51*
Policies • 9–3, *page 51*
Resource management • 9–4, *page 52*

**Chapter 10**
**Individual Training Records,** *page 52*
General • 10–1, *page 52*
Procedures for maintaining training records • 10–2, *page 52*
DA Form 5286-R • 10–3, *page 52*
DA Form 5287 • 10–4, *page 52*
Minimum training record • 10–5, *page 53*

**Chapter 11**
**Troop School Training,** *page 53*
General • 11–1, *page 53*
Policies • 11–2, *page 53*
Responsibilities involving troop school training • 11–3, *page 53*
Resource management • 11–4, *page 54*

**Chapter 12**
**Mobilization Policy for the NCO Education System and NCO Academies,** *page 54*
Overview • 12–1, *page 54*
Policy • 12–2, *page 54*
BNCOC at mobilization • 12–3, *page 55*
IET graduates • 12–4, *page 55*
Reserve Component students • 12–5, *page 55*
TRADOC Drill Sergeant School (DSS)/Cadre Training Course (CTC) • 12–6, *page 55*

**Appendixes**

**A.** References, *page 56*

**B.** Military Schools and Colleges, *page 61*

**C.** Prerequisites and Service Obligation Incurred by Attendance at Foreign Military Schools, *page 62*

**D.** Noncommissioned Officer Academy Regions (Combat Arms Only), *page 65*

**Table List**

Table 5–1: Generalized NCOES structure, *page 25*
Table C–1: Schools that equate to U.S. Senior Service Colleges, *page 62*
Table C–2: Schools that USACGSC-graduate-nominees desire to attend, *page 63*
Table D–1: Noncommissioned Officer Academy regions, *page 65*
Table D–2: Addresses of Regional Quota Managers, *page 67*
Table D–3: NCOA BNCOC Training Matrix, *page 70*
Table 3–1: Constructive or equivalent credit for commissioned officers, *page 71*
Table 3–2: Constructive credit for chaplains, *page 71*
Table 3–3: Constructive credit for AMEDD Officers, *page 72*
Table 3–4: Constructive or equivalent credit for JAGC Officers, *page 73*

**Glossary**

**Reproducible Forms**

# Chapter 1
# Introduction

## 1–1. Purpose

This regulation—

*a.* Describes the U.S Army School System.

*b.* Establishes general provisions for the military education and individual training of all components of the Army in—

(1) Army, Joint, and Department of Defense schools.

(2) Schools of other Services and foreign countries.

(3) Civilian institutions.

## 1–2. References

Required and related publications and prescribed and referenced forms are listed in appendix A.

## 1–3. Explanation of abbreviations and terms

Abbreviations and special terms used in this regulation are explained in the glossary.

## 1–4. The Army School System

The Army School System is the principal source of individual military training and education for all Army personnel. Although most individual training is conducted in units, the majority of formal and resident training takes place in Army schools. A list of military schools and colleges is shown in appendix B. Proponent schools develop the following:

*a.* Programs of instruction (POIs).

*b.* Materials to cover resident and unit or extension training.

## 1–5. Mission

The mission of the Army School System is to—

*a.* Provide progressive and sequential leader training which prepares those leaders to execute the Army's operational doctrine in war or peace.

*b.* Support training research and system development.

*c.* Take part in the formulation of military doctrine.

*d.* Develop individual proficiency training which results in the award of a special skill identifier (SSI), a military occupational specialty (MOS), or an additional skill identifier (ASI).

*e.* Develop strategy for export of training programs to the unit level.

*f.* Promote the highest standard of professional military competence.

## 1–6. Scope

Army schools and colleges develop and execute education and training programs which assure that individuals are qualified for assignment to the duty position for which they may receive further training to full proficiency.

*a.* Army schools complete an individual training plan for the branch functional area (SSI, MOS, ASI) for which they are the Proponent. This training plan describes the critical tasks and the training/learning objectives that are needed to develop proficiency.

*b.* Army colleges are discussed in paragraph 3-6.

## 1–7. Functions

The functions of the Army service schools are as follows:

*a.* Develop training for soldiers and leaders which is progressive and sequential and is based upon the operational doctrine of the Army. In this capacity, the service schools generate—

(1) Doctrine and instruction in assigned areas of responsibility applicable to peacetime and mobilization training operations.

(2) Procedures and techniques for instruction of newly approved doctrine.

*b.* Develop training strategy and products needed to support the commandant's individual training plan (ITP). These include extension training materials (ETM), trainer's guides (TGs), soldier's manuals (SMs), military qualification standards (MQS) manuals, job books, and training support packages (TSP).

*c.* Provide training support to the Reserve Officers' Training Corps (ROTC), the National Defense Cadet Corps (NDCC) programs, Active Army units, the Army National Guard (ARNG) and U.S. Army Reserve (USAR), and other training activities as directed.

*d.* Provide training that is not available elsewhere, or that can be accomplished more economically than in units,

other Army installations, or civilian institutions. Such training will primarily be designed for teaching combat critical tasks.

*e.* Establish requirements for administrative and logistical support of a staff, faculty, or unit, or personnel assigned or attached to the school for duty.

*f.* Establish requirements for procurement, maintenance, and operation of adequate housing, academic buildings, equipment, training areas, training aids, training devices, and other authorized facilities.

*g.* Take part in the review of doctrine, organization, and equipment for which training responsibility has been assigned. This review will include developing training plans to support new items of materiel, new organizations, or new tactical and technical concepts.

*h.* Review and evaluate new or revised doctrine, tactics, and techniques prepared by other Army agencies or other Services.

*i.* Develop, distribute, review, and update pertinent instructional packets for other schools, when designated as the proponent school in a functional area.

*j.* Provide effective public and internal information programs. This includes publication of periodicals when authorized by AR 310-1.

*k.* Prepare and maintain long-range emergency mobilization plans.

*l.* Prepare and review Army-wide literature as prescribed in AR 310-3.

*m.* Provide training to authorized foreign students under AR 12-15.

*n.* Develop enlisted Individual Training Evaluation Program (ITEP) products, such as task tests in skill qualification tests (SQT) or common task tests (CTT) for MOS proponent.

*o.* Prepare, individual training plans (ITPs), course administrative data, and POIs as prescribed by TRADOC; update them as needed, and submit them to Commander, TRADOC, ATTN: ATTG-T, Fort Monroe, VA 23651-5000, for review or approval.

*p.* Provide POI, course lesson plans, outlines and other training materials for implementation in appropriate TRADOC schools, Army Training Centers, noncommissioned officer academies, U.S. Army Reserve Forces (USARF) schools, and USAR training divisions and brigades.

*q.* Support the conduct of research in training and leadership.

### 1–8. Eligibility

*a.* The following categories of personnel are eligible to attend Army schools and Defense schools operated by the Army:

(1) All Army military and civilian personnel.

(2) Active duty military and civilian personnel of the other Services.

(3) Reserve Component (RC) personnel of all Services.

(4) Military personnel—

*(a)* From foreign countries taking part in the Security Assistance Program.

*(b)* From other friendly foreign countries when such training is determined to be in the best interests of the United States.

(5) Personnel employed by non-Department of Defense (DOD) Government agencies and United States local and State government agencies, on a space available reimbursable basis, unless otherwise specified by formal agreement or directive.

(6) Civilian personnel of industrial or research organizations under contract to the U.S. Government when such training—

*(a)* Is not otherwise available.

*(b)* Is essential for fulfillment of the contract.

(7) Foreign civilian personnel (The Judge Advocate General's School, U.S. Army (TJAGSA)), by special arrangement.

(8) Dependents attending or auditing Army courses of instruction on a space-available basis. Permission must be obtained from the school commandant; approval will be based on the following parameters:

*(a)* No additional expense will be incurred by the U.S. Army because the dependent is in attendance. (Exception is spouse of command designee whose attendance at the Pre-command Course (PCC) is funded by Department of the Army (DA)).

*(b)* Training or education provided should not place the Army in a position of competing with a civilian training or education facility.

*(c)* "Non-Army dependents" attending Army schools should be charged user type fees. These fees will be consistent with AR 37-30, paragraph 1-7a(1), and are subject to the exemptions in AR 37-30, paragraph 3-3.

*b.* Policy and guidance for selection and assignment of personnel to Army schools or courses are in the following publications:

(1) AR 12-15.

(2) AR 135-91.
(3) AR 135-200.
(4) AR 351-1.
(5) AR 351-5.
(6) AR 550-51.
(7) AR 351-17.
(8) AR 614-200.
(9) DA Pam 351-4.
(10) DA Pam 351-20.
(11) DA Pam 600-3.
(12) DA Pam 600-11.
(13) AR 350-series and AR 600-series.

### 1–9. Student recognition

Student recognition, other than precommissioning training where policy is prescribed by separate regulation, will be governed as follows:

*a. Diplomas and certificates.*

(1) Diplomas containing complete course title and course identification number will be issued to all students on successful completion of the following:

*(a)* Resident courses of 3 or more weeks in length.

*(b)* Nonresident courses of 120 or more credits hours.

(2) Certificates will be issued for successful completion of courses of less duration than cited in (1) above.

(3) Diplomas and certificates of completion will include beginning and completion dates of the course and the number of class hours.

(4) Certificates may be issued at the discretion of the appropriate school commandant to other military personnel for constructive credit when equivalent knowledge has been demonstrated by tests or other appropriate means.

(5) Personnel awarded constructive or equivalent credit, as authorized by this regulation, will be considered for assignment, promotion, and other personnel actions on the same basis as resident students of the course concerned.

(6) Course completions will be entered in appropriate personnel records under AR 640-2-1, AR 640-10, and NGR 640-2-1.

(7) Diplomas and certificates issued will not reflect nonresident, USARF school, and so forth. They will contain only the title of the course, to preclude resident courses from being recognized more favorably than other courses.

(8) A DA Form 87 (Certificate of Training) will be issued in original copy only, under AR 672-5-1.

(9) No certificate of any sort will be issued for individuals failing to achieve course standards.

(10) Certificates of completion may be awarded to foreign military students under AR 12-15.

*b. Academic recognition.* The American Council on Education (ACE) evaluates resident and nonresident service school courses in terms of academic credit. Under AR 621-5, soldiers seeking academic recognition for service school courses will furnish documents specified in the ACE guide to the civilian school from which they want credit. AR 621-5 also provides for soldiers to receive transcripts documenting their military training and experience, along with the recommended college credit, under the registry transcript system. Civilian schools will decide on acceptance of ACE credit recommendations and hours to be credited. Army Education Center personnel, within the chain of command, will assist soldiers in obtaining recognition from civilian schools.

*c. Recognition of skills training.* Eleven Army service schools sponsor apprenticeship programs. Soldiers who complete all apprenticeship requirements will be awarded a Department of Labor Certificate of Completion of Apprenticeship. Procedures are found in DA Pam 621-200.

### 1–10. Student dismissal

On occasion, certain students must be dismissed from courses for other than academic reasons in order that Army training institutions can conduct efficient training.

*a.* To protect students form unfair or illegal practices, commanders of Army training institutions will establish precise procedures to determine whether students in the following categories should be dismissed from training:

(1) Students whose personal conduct is such that their continuation in the course is not appropriate. No formal adjudication of guilt by a military or civilian court or by a commander under Article 15 of the Uniform Code of Military Justice (UCMJ) is necessary to support dismissal under this paragraph.

(2) Students whose academic progress, demonstrated motivation, attitude, or conduct, although not cause for formal disciplinary action, come under one of the following categories:

*(a)* Prejudicial to the interests of other students in the class.

*(b)* Make it extremely unlikely that the student can successfully meet the standards established for graduation.

*b.* In establishing student dismissal procedures, the following considerations will be addressed:

(1) The right of the individual to due process, sufficient to protect his or her interests, recognizing that a board hearing is not necessary in every case.

(2) The need of the institution to dismiss students who require so much faculty attention to succeed that other students suffer unreasonably as a result.

(3) The needs of the Army to—

*(a)* Safeguard adherence to basic Army policy and standards.

*(b)* Maintain adequate audit trails of important personnel actions.

(4) Dismissal of ARNG personnel on full-time training duty (FTTD) and USAR personnel on initial duty for training (IADT), active duty for training (ADT), and Active Guard/Reserve (AGR) tours to be coordinated with the chief, National Guard Bureau (CNGB) or the Chief, Army Reserve (CAR), as appropriate.

(5) The provisions of this regulation apply as well to foreign military students. However, complete written reports will be submitted to HQ, U.S. Army Training and Doctrine Command (TRADOC), Security Assistance Training Field Activity (SATFA), Fort Monroe, VA 23651-5000 when dismissal of a foreign military student is contemplated. Final authority for dismissal of a foreign military student rests with the Commander, TRADOC in accord with AR 12-15.

### 1–11. Course information

*a.* DA Pam 351-4 is the official reference for formal courses offered at active U.S. Army schools and training centers. It includes the following:

(1) General course descriptions and information concerning course prerequisites, special administrative requirements, and training location.

(2) Descriptions of interservice training courses and DOD courses for Army personnel.

*b.* The Army Training Requirements and Resources System (ATRRS) is supplemented by DA Pam 351-4.

*c.* DOD 5010.16-C is the official reference for formal courses offered under the Defense Management Education and Training (DMET) Program. These courses—

(1) Address common concepts and common skills for management.

(2) Are developed jointly to meet the needs of all DOD agencies.

(3) Are presented at designated schools of all the Services.

*d.* DA Pam 351-20 outlines the correspondence course programs available through the Army Institute for Professional Development (AIPD) as well as the correspondence courses offered by Army and joint DOD schools which administer their programs independent of AIPD.

*e.* DA Pam 351-9 contains the schools' MOS training plan for enlisted training (initial entry training (MT) and the Noncommissioned Officer Education System (NCOES)). This plan will include a listing of resident courses by MOS. The courses listed will be those planned and operating, as well as those being developed.

*f.* TRADOC publishes a pamphlet that authorizes the TRADOC approved Reserve Component configured courses that are available to be taught to ARNG academies and USARF schools.

*g.* USAREUR publishes a pamphlet that is the official reference for formal courses offered in the U.S. Army, Europe (USAREUR). It is available from Cdr, 7A CATC, ATTN: AETTV-DPT-TD, Vilseck, GE APO NY 09112. This pamphlet includes NCOES courses offered in USAREUR and Seventh Army Combined Arms Training Center courses designed to supplement TRADOC courses or teach USAREUR-peculiar subjects.

### 1–12. Student evaluation.

*a. Evaluation forms.* In accord with AR 623-1, on completion of resident or nonresident career progression and professional development courses, students will be evaluated on DA Form 1059 (Service School Academic Evaluation Report), DA Form 1059-1 (Civilian Institution Academic Evaluation Report), or DA Form 1059-2 (Senior Service College Academic Evaluation Report) as appropriate. All entries will reflect the actual performance of the students. Students will be provided a copy of the report.

*b. Foreign students.* School personnel responsible for evaluating U.S. Army students will also prepare academic reports on foreign military students. Foreign military students are evaluated under AR 12-13 on DA Form 3288-R (Academic Report--Foreign Students Attending CONUS Service Schools).

### 1–13. Physical fitness and weight standards

*a.* Soldiers attending professional development courses must meet physical fitness and weight standards outlined in AR 350-15 and AR 600-9. Soldiers over 40 will be administered medical screening at local installations.

*b.* Students shown in the categories listed below must undertake remedial training and retesting before completion of the training cycle or course should they fail to attain minimum standards on the initial physical fitness test.

(1) Trainees in an officer candidate course (OCC) or the Warrant Officer Entry Course (WOEC).

(2) Officers undergoing their branch basic courses.

(3) Personnel in resident training courses 8 weeks or longer.

*c.* Individuals who attain the minimum acceptable score on each event and an overall passing test score will be graduated.

*d.* Those who fail to achieve the minimum passing score when retested will be recycled or considered for appropriate administrative action. The Academic Evaluation Report/(DA Form 1059/1059-1/1059-2) cited in paragraph 1-12 will indicate that the soldier is a nongraduate. The reason for the nongraduate status will be annotated as failure to successfully pass the physical training test or meet the weight standards of AR 600-9. USAR personnel, other than those an IADT status, will be governed by AR 140-1.

*e.* Physical fitness and weight standards do not apply to foreign students. These students may participate in physical fitness programs on a voluntary basis. Failure to achieve the minimum passing score on the physical fitness test will not be noted on the academic report. Voluntary participation and passing test score may be noted.

### 1–14. Selection for professional development courses

*a.* Selection of personnel for professional development courses must be done with the utmost care. Enrollment of an individual in a professional development course constitutes the following:

(1) A considerable resource investment by the Army.

(2) An excellent career opportunity and advantage for selected individuals.

*b.* Individuals must be chosen, therefore, on the basis of course prerequisites, demonstrated performance, mental capacity and aptitude, leadership ability (when appropriate to the course), self-discipline, and potential for enhanced professional contribution upon course completion.

*c.* In particular, individuals are expected to report for these courses in full compliance with the Army's standards of appearance, weight control, and physical fitness.

# Chapter 2
# Responsibilities

## Section I
## Army Staff Responsibilities

### 2–1. General

Heads of Army Staff agencies will formulate overall policy governing military education and training of the Army.

### 2–2. Deputy Chief of Staff for Operations and Plans (DCSOPS)

The DCSOPS will—

*a.* Formulate the overall policy governing training for the Army.

*b.* Provide guidance and direction for operation of the U.S. Army War College (USAWC).

*c.* Exercise General Staff responsibility for the following:

(1) Developing and managing policies and programs for individual and unit training for the Active Army, the Army National Guard, and the Army Reserves.

(2) Planning, executing, and managing foreign military training programs under AR 550-51.

(3) Developing and managing policies and programs for individual training and education. This includes implementation and execution of the Military Qualification Standards I and II, ITEP, and physical training conducted in the following:

*(a)* Schools.

*(b)* Colleges.

*(c)* NCOAs.

*(d)* Training centers.

*(e)* Units.

(4) Developing policy for direction of education and training in civilian, industrial, and other institutions.

(5) Developing policy for directing course length and selection for attendance of the Master Warrant Officer Course (MWOC).

(6) Establishing military education and training systems for RC personnel, together with the CNGB and the CAR. ARNG personnel will follow regulations issued by the CNGB.

*d.* Establish Army individual training requirements in those areas for which the DCSOPS is proponent and coordinate requirements of other proponent agencies. The DCSOPS also will monitor, review, and validate all common military education training requirements of proponent agencies.

*e.* Coordinate with the DCSPER on development of Army Continuing Education System (ACES) policies and programs that support military education and training programs. This coordination will ensure the following:



1108

(1) Compatibility.
(2) Logical integration.
(3) Appropriate prioritization.
*f.* Act as DA executive agent for the following:
(1) Defense Foreign Language Program.
(2) Defense Information School (DINFOS).
(3) Defense Systems Management College (DSMC).
(4) National Defense University (NDU).
*g.* Coordinate with the Assistant Secretary of the Army (Manpower and Reserve Affairs), the Deputy Chief of Staff for Intelligence, OCAR, CNGB, and the Commanding General, U.S. Army Military Personnel Center (MILPERCEN) on key policy issues governing military education and training.
*h.* Have General Staff responsibility for the in-country training phase of the Foreign Area Officers (FAO) Program. This includes the following:
(1) Managing, coordinating, reviewing, and monitoring all administrative and operational aspects of FAO training.
(2) Budgeting.
*i.* Act as DA point of contact (POC) for the following:
(1) Defense Computer Institute.
(2) Defense Systems Management College.
(3) Defense Military Education and Training Courses.
(4) National Defense University.
(5) Interservice Training Review Organization (ITRO).
*j.* Represent Headquarters, Department of the Army (HQDA) on school training matters to the Secretary of Defense; this representation will exclude advanced civil schooling.
*k.* Provide DA members for the Defense Management Education and Training Board.
*l.* Act as the DA proponent to manage training issues through the Planning, Programming, Budgeting, and Execution System (PPBES). Exceptions will be made for programs specifically assigned to other agencies for management.
*m.* Act as the HQDA POC for participation in the National Cryptologic School. Technical adequacy of cryptologic training is the responsibility of the Director, National Security Agency/Chief, Central Security Service (DIRNSA/CHCSS) as outlined in DOD 52110.70.

**2–3. Deputy Chief of Staff for Personnel (DCSPER)**
The DCSPER will—
*a.* Exercise General Staff responsibilities for the following:
(1) Developing and administering a personnel management system in coordination with appropriate agencies.
(2) Developing policy for direction, control, and approval of the curriculum of the following:
*(a)* U.S. Military Academy (USMA)
*(b)* U.S. Military Academy Preparatory School (USMAPS).
(3) Developing plans, policies, and programs for the administration of the following:
*(a)* Senior ROTC (SROTC).
*(b)* Junior ROTC (JROTC).
*(c)* National Defense Cadet Corps (NDCC).
(4) Developing policy for direction, control, and operations of ACES and Army learning centers.
*b.* Supervise the MILPERCEN in the following:
(1) Allocation of quotas for professional development and skill progression and training courses for Active Army personnel.
(2) Administration of the Officer Candidate School Program.

**2–4. Deputy Chief of Staff for Intelligence (DCSI)**
The DCSI will—
*a.* Assist the DCSOPS in developing policy and other matters related to Foreign Language, Opposing Force (OPFOR), the Foreign Area Officer Program, the National Cryptologic School, and institutional and forces intelligence training.
*b.* Advise appropriate Army Staff agencies on technical aspects of the following:
(1) Institutional and forces intelligence training.
(2) Intelligence-related matters.
(3) Institutional and Forces Foreign Language Training.
*c.* Monitor the development of the Consolidated Cryptologic Program (CCP) to ensure the submission of requirements for training and training development support of the new Major Force Program 3 CCP Systems.

*d.* Coordinate selected individual intelligence training conducted by other services and Government agencies for the Army.

*e.* Act as the HQDA point of contact for participation in the Defense Intelligence College.

**2–5. The Surgeon General (TSG)**

TSG has Army Staff responsibility for health professional education and training for the Army. In addition, TSG will—

*a.* Exercise overall supervision of clinical and technical training of Army Medical Department (AMEDD) personnel.

*b.* Control quotas and select AC AMEDD officers, warrant officers (WOs), and certain enlisted personnel to attend designated schools and courses.

*c.* Develop other general training requirements for AMEDD personnel in coordination with other Army proponents.

*d.* Develop, coordinate, and monitor programs for training foreign nationals in AMEDD schools and facilities.

*e.* Exercise command and control over the U.S. Army Health Professional Support Agency (USAHPSA) in accomplishing health education and training functions specified in AR 10-54.

*f.* Coordinate with the Office of the Chief, Army Reserve (OCAR) and CNGB for training of RC personnel.

**2–6. The Judge Advocate General (TJAG)**

TJAG is responsible for professional legal training for the Army. In Addition, TJAG will—

*a.* Supervise education and training of commissioned officers and WOs of the Judge Advocate General's Corps (JAGC).

*b.* Supervise The Judge Advocate General's School, U.S. Army and control the flow of personnel into the school.

*c.* Develop, together with the DCSPER, OCAR, CNGB, and the CG, TRADOC, Active Army training requirements in the field of military law.

*d.* Administer the Funded Legal Education Program under AR 351-22.

**2–7. Chief of Engineers (COE)**

The COE will provide for new equipment training (NET) under AR 350-35.

**2–8. Chief, National Guard Bureau (CNGB)**

The CNGB, through the Director of the Army National Guard, is responsible for military education and training concepts, policies, and programs for personnel and units of the ARNG in coordination with HQDA. In addition, the CNGB will—

*a.* Establish peacetime military education prerequisites in appropriate Army National Guard (ARNG) regulations, except for criteria prescribed in AR 135-155.

*b.* Establish peacetime IADT requirements for Army school MOS-producing courses for the ARNG.

*c.* Establish peacetime ARNG training requirements for Army school courses.

*d.* Select ARNG personnel to attend Arm and DOD schools based on National Guard Bureau (NGD) policy.

*e.* Develop NG aviation training policies and procedures with the Army Staff. Develop the NG aviation budget.

**2–9. Chief, Army Reserve (CAR) The CAR will—**

*a.* Participate with heads of other HQDA agencies in developing DA policies, programs, and actions affecting the USAR.

*b.* Advise heads of other Army Staff elements on USAR matters.

*c.* Supervise timely and adequate implementation and execution of approved plans, policies, and programs pertaining to the USAR.

*d.* Coordinate with the Commanding General, Forces Command (CG, FORSCOM), the DCSOPs, and the DCSPER to recommend, establish, and promulgate policies and standards for training USAR—

(1) Troop Program Unit (TPU) members.

(2) Members of the Individual Ready Reserve (IRR).

*e.* Assist in program development and selection of USAR units and personnel for other than continental United States (CONUS) training programs.

*f.* Recommend policies and standards to support the USAR in training media, literature, exhibits, simulators, devices, and training technology.

*g.* Coordinate with the Army Staff in developing USAR aviation training policies and procedures. Develop the USAR aviation budget.

*h.* Plan, program, and conduct DA-approved special training activities of the Reserve, Conseil International du Sport Militaire. These activities include marksmanship, Confederation of Interallied Officers of Reserve, Conseil International de Sport Militaire, modern pentathlon, and triathlon.

*i.* Serve as the proponent for the U.S. Army Reserve Forces (USARF) School Program. Monitor operation of USARF schools in CONUS and outside the continental United States (OCONUS).

*j.* Supervise planning, programming, and budgeting systems aspects of military training and education programs for the USAR.

*k.* Develop service school training requirements for USAR IADT and prior service training (PST).

*l.* Supervise military education and training concepts for the USARF school unit program.

*m.* Provide policy and procedures for the development of in-service training requirements and quota management for USAR personnel.

*n.* Provide policy procedures, and standards for training of USAR, AGR program participants.

*o.* Conduct DA Selection Boards for professional development courses under DA policy for Reserve personnel.

### 2–10. Heads of other Army Staff agencies

Heads of other Army Staff agencies will provide technical guidance and assistance to the training agencies in areas for which they are assigned staff responsibility by AR 10-5.

## Section II
## Command Responsibilities

### 2–11. Commanding General, U.S. Army Training and Doctrine Command

The CG, TRADOC will—

*a.* Be responsible for the following:

(1) U.S. Army Command and General Staff College (USACGSC).

(2) Army training centers and schools listed in appendix B.

(3) Operation of the Army Institute for Professional Development (AIPD) as a consolidated facility to centrally administer and manage the Army Correspondence Program.

*b.* Maintain administrative control over certain DOD schools operated by the Army.

*c.* Conduct and manage Army training of foreign military personnel in CONUS.

*d.* Ensure the development and production of all Enlisted Personnel Management System (EPMS) material required to support training.

*e.* Develop and provide, in coordination with the CG, FORSCOM, training programs, curriculum, and instructional materials to support the following:

(1) ARNG schools.

(2) USARF schools.

(3) Training divisions and brigades.

(4) Other ARNG and USAR units.

*f.* Designate appropriate schools under his or her command as proponents for selected training subjects.

*g.* Approve POIs of all Army schools in CONUS and OCONUS to ensure compliance with established and developing policies. (Exceptions are USAWC, AMC, the Academy of Health Sciences, U.S. Army (AHS), USACIDC, and TJAGSA.) In accomplishing this responsibility, the CG, TRADOC will—

(1) Serve as the Army member of the Interservice Training Review Organization Executive Board.

(2) Approve the Training Requirements Analysis System/Individual Training Plan.

(3) Coordinate changes in course prerequisites and start dates with MILPERCEN, ARPERCEN, and NGB at least 5 months in advance. This will—

*(a)* Ensure personnel availability and distribution.

*(b)* Preclude voiding enlistment contracts.

(4) Review proposed—

*(a)* Changes in course prerequisites, curriculum, and course length.

*(b)* Additions and deletions for training conducted at DOD schools under control of the Army and forward recommendations to HQDA (DAMO-TRI), WASH DC 20310-0450. A 6-month notice is required for course changes.

(5) Monitor the cumulative impact of POI changes to ensure equitable distribution of resources among TRADOC schools and training centers.

(6) Notify the following of significant changes in course length, modifications, and establishments: HQDA, (DAMO-TRI); MILPERCEN (DAPC-OP), 200 Stovall Street, ALEX VA 22332-0400; the NGB; HQDA (DAAR-TRS); and ARPERCEN. In cases where a course change results in a change of status from temporary duty to permanent change of station (PCS), or vice versa, or when the change has a major impact on major Army command (MACOM) funding requirements, the CG, TRADOC will first obtain approval of the change from MILPERCEN for Active Component (AC) personnel, and from ARPERCEN and NGB for RC personnel. The CG, TRADOC also will obtain approval from HQDA (DAMO-TR) for course eliminations that would have Army-wide implication.

*h.* Develop, validate, and verify task lists, training support packages, and support materials for the MQS I (precommissioning training) and MQS II (lieutenants training) systems.



1111

*e.* Develop concurrently with resident training ACCP courses designed to meet the needs and objectives of doctrine, tactics, and new equipment systems. Ensure that these courses are effective, current, and revised as required.

*f.* Develop concurrently with resident training Reserve Components configured courseware (RC3) for presentation by USARF schools, and ARNG/academies to ensure that training for RC personnel reflects current doctrine, tactics, and equipment systems. Ensure that RC3 is effective, current, and revised as required.

*g.* Develop ACCP materials. Schools and activities must have TRADOC Approval before developing ACCP materials for systems and functional subjects outside their area of responsibility. Non-TRADOC school approval must be obtained for use of material for which they are proponent.

*h.* Provide training under approved branch proponent POIs; developed and submitted to Headquarters (HQ) TRADOC (ATTN: ATTG-M), Fort Monroe, VA 23651-5000 for approval. Exceptions to this policy are listed below.

(1) *DINFOS POIs.* Approval authority for DINFOS POIs rests with the Office of the Assistant Secretary of Defense (Public Affairs). These POIs will be sent to the Secretary of the Army (Office of the Chief of Public Affairs).

(2) *AMEDD courses.* Approval authority rests with TSG for--

*(a)* All AMEDD courses.

*(b)* Course changes that would require additional resources or modify course prerequisites, purpose, or length.

(3) *TJAGSA.* The Commandant, TJAGSA approves POIs for legal education courses.

(4) *USAWC curriculum.* The curriculum for the USAWC is developed by the Commandant and forwarded to the Office of the DCSOPS, HQDA (DAMO-SSP), WASH, DC 20310-0420 for review, The Commandant, USAWC and the CG, TRADOC will coordinate the curriculum to ensure that the overall education program and doctrine are consistent within the Army.

(5) *U.S. Army Criminal Investigation Laboratory Center (USACILC).* In accord with AR 195-2, paragraph 6-2, Criminal Investigation Activities, the CG, U.S. Army Criminal Investigation Command executes overall supervision over the Army crime laboratory system. The Commander, USACILC will—

*(a)* Operate the Criminal Investigation Laboratory.

*(b)* In conjunction with USACIDC, approve the POI for courses offered by the laboratory.

*(c)* In coordination with the USACIDC and CG, MILPERCEN process applications for attendance. AR 195-3, Acceptance and Accreditation of Criminal Investigative Personnel, governs acceptance into USCIDC, a prerequisite for crime laboratory training.

(6) *U.S. Army Materiel Command (AMC) schools curriculums.* POIs for AMC schools curriculums are approved by the CG, AMC.

(7) President, NDU, is the final approving authority for curriculum.

(8) Director, DSMC approves POIs and curriculum.

(9) Commandant, DLI approves POIs.

*i.* Report completions of all resident courses outlined in chapters 5, 6, and 7 and resident courses at military schools attended by enlisted soldiers shown in appendix B to the Army/American Council on Education Registry. Transcript System (AARTS) Operations Office, ATTN: ATZL-GPE-A, Fort Leavenworth, KS 66027-5010. Data should be reported for active duty soldier members who successfully completed courses on or after 1 October 1981. Transcripts will be generated showing course completions and the associated recommended college credit. Commandants will obtain the course completion reporting format from the AARTS Operations Office.

*j.* Ensure that copies of all current POIs for resident courses are provided to HQDA, ATTN: DAPE-MPE, ALEX VA 22331-0316 for evaluation of recommended college credit by the Center for Adult Learning and Educational Credentials. All POIs will include the designated Army Training Requirements and Resources System (ATRRS) course numbers.

## 2–13. Commanding General, U.S. Army Materiel Command (AMC)

The CG, AMC will—

*a.* Be responsible for the following:

(1) U.S. Army Logistics Management Center.

(2) U.S. Army Management Engineering Training Activity.

(3) Joint Military Packaging Training Center.

(4) U.S. Army Defense Ammunition Center and School.

*b.* Provide management training in industrial or business type activities of the CONUS Wholesale Logistics System.

*c.* Provide for NET under AR 350-35.

*d.* Function as the quota control agency for Defense Management Education and Training Program courses.

*e.* Ensure that all aspects of new intelligence training requirements are properly addressed and funded according to procedures and policies outlined in AR 1000-1.

*f.* Coordinate with DCSI, INSCOM, and TRADOC to evaluate cryptologic/signal intelligence (SIGINT) training requirements related to tactical cryptologic and national SIGINT systems (when the Army is designated as the system's developer).

*g.* Ensure that curriculum development for new tactical intelligence equipment acquisitions is accomplished in accordance with AR 1000-1.

*h.* Exercise administrative responsibility for supervising, managing, operating, and controlling DSMC.

*i.* Provide materiel acquisition review and analysis of the Project Management Development Program.

### 2–14. Commanding General, Forces Command (FORSCOM)

The CG, FORSCOM will—

*a.* Participate with CAR and Director, ARNG National Guard Bureau in developing in-service training requirements for all formal school training for RC personnel assigned to RC units.

*b.* Assist the CG, TRADOC, as required, in identifying sufficient capacity to accomplish the OJT requirement.

*c.* Provide instructional equipment and materiel support to RC units through Training Support Centers (TSC).

*d.* Supervise training of the Reserve Components.

*e.* Supervise military education and individual training for RC unit members, together with the CAR and Director, ARNG National Guard Bureau.

*f.* Serve as quota manager for selected school courses at FORSCOM installations.

*g.* Supervise assigned NCOAs.

*h.* Monitor cumulative impact of POI changes to ensure equitable distribution of resources among FORSCOM NCOAs.

### 2–15. Commanding General, U.S. Army Health Services Command (CG, HSC)

The CG, HSC has command and control of the Academy of Health Sciences. The Army Health Services Command executes the systematic and progressive education of AMEDD officers, WOs, NCOs, and enlisted personnel in the field of health science.

### 2–16. Commanding General, U.S. Army Information Systems Command (USAISC)

The CG, USAISC will—

*a.* Provide for NET under AR 305-35.

*b.* Coordinate with the DCSOPS, the DCSPER, the CG, TRADOC, and the Commander, U.S. Army Signal School in providing individual training to meet special needs unique toe USACC.

### 2–17. Commanding General, U.S. Army Military Personnel Center (MILPERCEN)

Under the General Staff supervision of the DCSPER, the CG, MILPERCEN will—

*a.* Control the flow of selected personnel into Army schools and training centers.

*b.* Select personnel for attendance at certain Army schools, non-Army schools, and training centers.

*c.* Administer the Civil Schooling Program.

*d.* Develop Active Army training requirements for Army school specialized skill and professional military education courses, together with the DCSOPS, the DCSPER, and MACOM commanders.

*e.* Administer the Active Component (AC) Officer Candidate School (OCS) Program.

*f.* Provide administrative support for the ROTC and NDCC programs; administers branch and basic entry specialty selection and ADT selection programs for ROTC graduates.

*g.* Host the annual Branch Officer Basic Course (BOBC) Scheduling Conference, together with the Office of the Deputy Chief of Staff for Operations and Plans (ODCSOPS), the ODCSPER, the Office of the CNGB, Army Reserve Personnel Center (ARPERCEN) and TRADOC.

*h.* Validate training requirements for ASIs, special qualification identifiers (SQI), NCOES, and functional training courses for Active Army personnel.

*i.* Formulate policy governing the Academic Evaluation Reporting System (see AR 623-1) for officer and enlisted students.

*j.* Serve as proponent for AR 611-6 carrying out the following:

(1) Developing personnel management systems and procedures for the operation of the Army Linguist Program.

(2) Coordinating with ODCSPER, OACSI, and users in developing and managing a career program, based on Army-wide requirements, for WOs and enlisted linguist personnel. This program will allow individual progression to grade CW4 and SGM.

(3) Evaluating operation of the Army Linguist Program and use of language tests.

(4) Coordinating and providing information to the Services on the introduction and use of new foreign language tests and testing procedures.

(5) Programming and budgeting for all expenses for printing and publishing language aptitude and proficiency tests to be used throughout DOD.

### 2–18. Commander, U.S. Army Reserve Personnel Center (ARPERCEN)

Under the supervision of the CAR, the Commander, ARPERCEN will—

*a.* Develop USAR in-service training requirements for all formal school training for USAR personnel assigned to the IRR or Active Guard/Reserve programs.

*b.* Coordinate with FORSCOM in developing USAR in-service training requirements for USAR personnel assigned to TPU units.

*c.* Supervise military education and training for IRR members.

*d.* Serve as the USAR quota manager for selected school courses.

### 2–19. Commanding General, U.S. Army Intelligence and Security Command (INSCOM)

The CG, INSCOM will—

*a.* Provide management of, and liaison for, the U.S. Army Russian Institute.

*b.* Maintain liaison with and assist TRADOC to ensure effective technical proficiency of initial entry training (IET) graduates.

*c.* Provide the necessary interface between HQDA and NSA/CSS to identify the training requirements generated by NSA-developed strategic cryptologic/signals intelligence systems.

*d.* Coordinate with TRADOC to identify training developments that are necessary for the support of new Program III systems. This training information will be included in the Army's annual CCP submissions.

### 2–20. Commanding General, U.S. Army South (USARSO)

The CG, USARSO will supervise assigned NCOAs.

### 2–21. Commanding General, U.S. Army Pacific Command (USARPAC)

The CG, USARPAC will supervise assigned NCOAs.

### 2–22. Commander In Chief, U.S. Army, Europe, and seventh Army (USAREUR)

The CINCUSAREUR will supervise assigned NCOAs, and the USAREUR First Sergeant (1SG) course.

### 2–23. Commanding General, Eighth United States Army (EUSA)

The CG, EUSA will supervise assigned NCOAs.

### 2–24. Commanding General, U.S. Army Criminal Investigation Command (USACIDC)

The CG, USACIDC will operate the U.S. Army Criminal Investigation Laboratory at Fort Gillem, GA to administer and manage the training and professional development of all USACIL Laboratory technicians.

## Chapter 3
## Commissioned Officer Education System

### 3–1. General

*a.* During normal career progression, commissioned officers will be required to attend military schools and courses of instruction, and to complete required correspondence studies. Officer schooling normally is sequential, with successful completion at one level of schooling a prerequisite for attendance at the next higher level. However, this requirement may be waived in special cases.

(1) The Army minimum educational goal for commissioned officers is to attain an undergraduate degree. Officers are encouraged to get a graduate degree. The graduate degree may be in either of the following:

*(a)* A discipline that supports their branch and/or functional areas or supports universal officer proficiencies.

*(b)* A discipline determined by the AMEDD Educational Requirements Review Committee (AR 351-3).

(2) Requirements exist for officers with degrees above the baccalaureate level as determined by the AMEDD Educational Requirements Board (AERB) or the AMEDD Educational Requirements Review Committee. If officers with appropriate degrees are unavailable to fill these requirements, qualified officers may be educated at the graduate level to fill the established requirements.

*b.* Officers are automatically considered for assignment to skill progression courses in their designated specialties and to staff colleges and senior service colleges as they reach the appropriate zone of eligibility. Officers may apply for either of the following:

(1) Specialized schooling when interest or aptitude is a factor in selection or when attendance is restricted to volunteers.

(2) Attendance at courses conducted to provide knowledge or skills required for a specific assignment or specialty under provision of the Officer Professional Management Systems (OPMS).