*c.* Prerequisites for attendance at or enrollment in appropriate resident, or nonresident courses by ARNG or USAR officers will approximate those for Active Army officers. However, prerequisites may be modified or waived by the CNGB or the CAR, in coordination with the DCSPER and the DCSOPS.

**3–2. Precommission**
Precommissioning programs are varied and complementary. Responsibility for administration of these programs is reviewed in chapter 2.

*a. U.S. Military Academy Preparatory School (USMAPS).* The mission of USMAPS is to provide instruction and training to qualify active duty candidates for entrance to the USMA. The USMAPS is under the jurisdiction of the DCSPER and coordinates directly with the Superintendent, USMA.

*b. JROTC and NDCC programs.*

(1) The JROTC and NDCC programs are operated at public and private secondary educational institutions. These programs are designed—

*(a)* For physically fit students attending participating education institutions.

*(b)* To enhance citizenship traits.

(2) These programs provide unique educational opportunities for young citizens through participation in a federally supported course of instruction, while simultaneously pursuing a normal civilian education. Both courses of instruction are structured identically.

(3) Completion of JROTC permits the student to be granted advanced standing in the Active Army, ARNG, or USAR. The JROTC Program has an added benefit in that the student may be given advanced placement in SROTC.

(4) For the NDCC, cost of uniforms is borne by the cadet or host institution, with instructor salaries being paid by the institution.

*c. U.S. Army ROTC Cadet Command (USAROTCCC).* The mission of USAROTCCC is to commission the future officer leadership of the U.S. Army via 2-, 3-, and 4-year curriculums. USAROTCCC affords college students the opportunity to serve the Nation as commissioned officers in the Active Army, National Guard and Army Reserve components.

*d. U.S. Military Academy (USMA).* The mission of the USMA is to educate, train, and motivate the corps of cadets so that each graduate will have the character, leadership, and other attributes essential to progressive and continuing development through a career of exemplary service to the Nation as an officer of the Regular Army.

*e. Officer Candidate School (OCS).* The Branch Immaterial Officer Candidate Course is conducted by the Commandant, U.S. Army Infantry School, Fort Benning, GA. The school trains selected personnel in the fundamentals of leadership and basic military skills, instills in them the professional ethic, evaluates their leadership potential, and commissions those who qualify as second lieutenants in the Active Army, National Guard, and Army Reserve components. OCS also serves as a basis for expansion of officer candidate training if mobilization occurs.

*f. Military Qualification Standards (MQS) I.*

(1) USMA cadets, SROTC cadets, and officer candidates will satisfactorily perform to standards all tasks contained in the Military Qualification Standards I manual prior to commissioning.

(2) MQS I is composed of a Military Tasks Component and a Professional Military Education Component.

(3) The Military Tasks Component presents basic soldiering skills that cadets and candidates must master before they are commissioned. These tasks which consist of knowledge and skills are fundamental to the military profession and are the basis for future professional growth in the Army.

(4) The Professional Military Education Component requires the candidate for commissioning to—

*(a)* Possess a baccalaureate degree (may be deferred for OCS candidates to 10th year of commissioned service).

*(b)* Complete, prior to commissioning, required college courses in written communications, human behavior, and military history.

(5) MQS I training is supported by an MQS I manual which describes these requirements. Cadets and candidates will receive the MQS I manual during precommissioning training. MQS I is also supported by Training Support Packages which are developed for use by instructors to present standardized instruction.

*g. ARNG officer candidate training.* Operation of ARNG officer candidate programs is governed by regulations issued by the CNGB.

**3–3. Branch and functional area schools**
Missions of Army branch and functional area schools are to—

*a.* Prepare commissioned officers and WOs to perform the principal functions associated with their basic branch, functional area, and/or area of concentration.

*b.* Develop and stimulate standards of performance for instruction and training in all administrative, technical, managerial staff, or command functions.

*c.* Support the conduct of research.

*d.* Take part in the following:

(1) Formulation of doctrine.

(2) Development of procedures, tactics, and techniques for application of approved doctrine in operation and training of units and organizations as directed.

*e.* Support the training goals outlined in Military Qualification Standards II.

### 3–4. Branch training

Branch schools are designed to develop doctrine and training literature. They produce branch-specific task lists in supporting MQS II and write training support packages for MQS II. They also serve as repositories for historical awards, trophies, memorabilia, and other artifacts and recognitions pertaining to the school's arm or Service when designated as the "home" of an arm or Service. These schools also provide the courses discussed below.

*a. Officer Basic Courses (OBC)*

(1) Basic courses prepare newly commissioned officers for their first duty assignments at the section or platoon level. Focus of instruction must be provided at the platoon level, including an emphasis on training and employing individuals, teams, squads, and crews. The courses also include sufficient instruction at the company level to provide officers with an understanding of the environment of the company, including its tactics, organization, and administration.

(2) RC Officer Basic Courses—

*(a)* Prepare RC officers not on active duty for assignment at platoon level.

*(b)* Provide an understanding of company tactics, organization, and administration.

(3) As soon as possible after entry on active duty, newly commissioned officers will attend the OBC. ARNG and USAR officers will attend the OBC as prescribed by the CNGB or the CAR.

*(a)* The CG, MILPERCEN may waive the requirement for attendance at the OBC for Active Army personnel based on any of the following:

*(b)* Waivers will be processed in accord with procedures explained in paragraph 3-8.

*b. Military Qualification Standards (MQS) II.*

(1) MQS II guides the professional training and education of officers in the grade of lieutenant.

(2) MQS II begins when an officer is commissioned and enters a branch officer basic course. The curriculum for MQS II concentrates on the military tasks lieutenants must master in order to effectively lead, train, maintain, fight and deploy their units in combat.

(3) MQS II is supported by an MQS II Manual of Common Tasks, MQS II branch manuals, and a Commander's and Supervisor's guide. These manuals provide both common and branch-specific knowledge and skills that qualify lieutenants for service in their branch. Lieutenants will receive these manuals at OBC.

(4) MQS II consists of—

*(a)* Military Tasks Component of both common and branch-specific knowledge and skills.

*(b)* Professional Military Education Component that includes a directed professional reading program.

(5) MQS II furnishes a blueprint for lieutenants' training in both the OBC and the unit. The Commander's and Supervisor's Guide serves as a tool for commanders and supervisors to use in administering a professional training and development program. There is no requirement for formal certification of MQS II task performance. The MQS II program provides standardized training guidance for lieutenants' professional development.

*c. Officer Advanced Courses (OACs).*

(1) OACs—

*(a)* Produce a tactically and administratively competent company, troop, or battery commander who can train as well as command a unit.

*(b)* Prepare officers for duty at the battalion or squadron level and familiarize them with duties at the brigade level.

(2) Advanced courses are offered in resident and non-resident USARF modes except for TJAGSA, Chaplain School, and AHS. Courses include a refresher on platoon and squad level and ample instruction at company/battalion level. Combat support (CS) and combat service support (CSS) schools will include instruction designed specifically to prepare officers to perform specialty duties at battalion through brigade or comparable levels.

(3) Career officers normally will attend a resident OAC—

*(a)* As soon as practicable after promotion to captain.

*(b)* As soon as possible after completing 4 years of active Federal commissioned service.

(4) Qualified ARNG or USAR officers may enroll in the OAC upon completion of OBC, but must enroll prior to completing 8 years' total commissioned service.

(5) ARNG and USAR officers who enroll subsequent to the time frames in (4) above must have a waiver. This waiver must be granted by the unit commander, or by the CG, ARPERCEN for IRR members. Officers in these categories may be considered for constructive credit by HQDA (DAAR-TRS).

(6) The DCSOPS reserves the right to waive completion of resident OAC.

### 3–5. Functional area/skill training

*a.* Functional training is designed to supplement institutional and unit training. The purpose of functional training is to—

(1) Prepare officers for a special unit.

(2) Provide officers with the knowledge and skills for a specific duty position.

(3) Increase the officer's value to the Army.

*b.* Such training may be accomplished at either military or civilian institutions.

### 3–6. Professional development education and training

*a.* U.S. Army Command and General Staff College.

(1) *Mission.* The mission of the USACGSC is to develop leaders who will train and fight units at the tactical and operational level, develop combined arms doctrine, and assist in doctrine promulgation. The college educates and trains selected officers of the Active Army, ARNG, and USAR to prepare them for duty as commanders and staff officers at brigade and higher echelons. The college also develops, integrates, and assesses implementation of combined arms doctrine for all levels of the Army.

(2) *Functions.* The college manages the full life cycle of combined arms proficiency to ensure that the Army is prepared for war. This cycle includes doctrine development, education and training, integration of doctrine into service schools and units, and assessment of doctrine implementation.

*(a) Doctrine development.* The college develops the integrated concepts to win future wars as the first step in the cycle. Doctrine is the tactical and operational basis of military actions. It is a driving force of the education and training function of the college and TRADOC service schools in the combined arms area. In addition, the college also is the Army's doctrinal proponent for, leadership and ethics and for terrorism counteraction.

*(b) Integration of combined arms doctrine.* The college coordinates with TRADOC service schools, integrating centers, and MACOMs to ensure the integration of combined arms doctrine. This action is addressed through education, training, simulations, Army Training and Evaluation Program (ARTEPS), and manuals written as part of the Army Training Literature Program. Additionally, the college coordinates with equipment and force developers across the Army to ensure integration of existing and future doctrinal needs in the development process.

*(c) Assessment of combined arms doctrine implementation.* The college assesses the accomplishment of staff officers, commanders, and mission performance requirements as they pertain to doctrine and education and training in the combined arms area. This assessment is based on input from the Army at large through lessons learned from worldwide exercises and NTC evaluations; visits to service schools, integrating centers, and MACOMs; and surveys to the field. This function provides the necessary information to update emerging doctrine, amend curriculums as needed, and assist the Army in the field in improving systemic training weaknesses.

*(d) Education and training.* The college educates and trains Army leaders in the concepts of combined arms through various courses and training materials and packages. Focus of this effort is the synchronization of the elements of combat power through integrated staff planning. The courses and materials enable the officer to understand the complementary nature of all the combined arms. Staff training based on that understanding produces a combat multiplier to optimize the use of capabilities available for mission accomplishment.

(3) *Courses conducted.* The college conducts the following:

*(a) Combined Arms and Services Staff School ($CAS^3$).*

*1.* The mission of $CAS^3$ is to train officers in the active and reserve components to function as staff officers in battalion-, brigade-, and division-level organizations. Attendance is required for all AC OPMS managed officers in Year Group 1979 and later to include selected special branches. USAR and ARNG officers will attend as directed by CNGB and CAR.

*2.* The $CAS^3$ curriculum consists of a 140-hour prerequisite nonresident phase and a 9-week resident course at Fort Leaven-worth, KS. AC officers will complete $CAS^3$ during a period that extends from completion of the advanced course through the ninth year of commissioned service. Active Guard/Reserve (AGR) officers will complete $CAS^3$ prior to promotion to major.

*3.* Under development is an alternative to the 9-week resident course for RC officers. In a pilot course currently being assessed, RC officers complete a $CAS^3$ that is conducted at selected USARF schools. Students complete a 140-hour prerequisite Phase I, then attend two 2-week, and 6 weekend resident training sessions.

*(b) Command and General Staff Officer Course (CGSOC).* This course educates and trains officers for duty as staff officers and field grade commanders primarily at division and corps level. Skill qualification as strategist, joint planner, or historian is available through the electives program. An officer also has the opportunity to further develop his or her intellectual depth and analytic ability through intensive research which leads to the Master of Military Arts and Sciences degree.

*(c) CGSOC equivalent level courses.* Resident command and staff courses listed below equate to the CGSOC for career schooling purposes. Officers will not attend more than one of these courses in residence. AC officers are considered for selection during an eligibility window that opens upon an officers' selection for major and extends through four subsequent, consecutive selection board considerations. Officer attendance usually occurs between the

10th and 15th year based on stability. Qualified ARNG or USAR officers must enroll in the CGSOC or equivalent level courses before completing 18 years' total commissioned service.

*1.* Naval College of Command and Staff

*2.* Air Command and Staff College course

*3.* Marine Corps Command and Staff College course

*4.* School of the Americas course

*5.* Armed Forces Staff College.

*(d) Preparatory Course for CGSO equivalent courses.* Army officers attending these courses will be scheduled by MILPERCEN to complete a 10-day Army Preparatory Course (APC) that provides them with necessary updates on Army doctrine; specifically AirLand Battle doctrine.

*(e) Command and General Staff Officer Non-resident (correspondence and USARF School) course.* This course is equivalent to the resident CGSOC for Army officer career schooling purposes.

*(f) CGSOC-RC.* The college conducts an abbreviated, basic-curriculum-only 19-week resident course tailored for RC officers.

*(g) Pre-command course (PCC).* The college conducts phase II (Leavenworth Phase) of the brigade and battalion PCC and comanages all other phases of the PCC with TRADOC and MILPERCEN. Additionally, individual orientations are conducted for general officers designated for command positions.

*(h) RC refresher courses.* The college conducts refresher courses for the staffs of RC divisional combat service support commands, support commands, and armor or mechanized infantry divisions.

*(i) Advanced Military Studies Program (AMSP).* This program is executed by the School of Advanced Military Studies (SAMS). It provides carefully selected CGSOC course graduates from the previous class with a broad, deep military education in the tactical and operational levels of the art and science of war beyond the level of the CGSOC. This is followed by an 18-month internship as a division or corps staff officer.

*(j) Army Management Staff College (AMSC).* This course is designed to provide professional development education for Department of the Army civilian professionals and selected Army officers who are graduates of the resident or non-resident CGSO course and are being assigned to positions within the Army's sustaining base. The Army officers play a key role as students and as a source of information on current Army doctrine.

*b. U.S. Army War College.*

(1) *Mission.* The mission of the U.S. Army War College (USAWC) is to provide professional military education in land warfare that will prepare graduates for senior command and staff positions in the Army and in the DOD.

(2) *Functions.* To achieve its educational mission, USAWC will perform the functions listed below:

*(a)* Conduct resident and nonresident courses to develop the competence of AC and RC officers to—

*1.* Assume senior command responsibilities, perform key staff assignments, and serve in planning and policy making positions in major Army, joint, and combined headquarters.

*2.* Update and refine knowledge, skills, and insight required to deal with contemporary and prospective professional military problems and issues.

*3.* Develop a broad perspective and understanding of the considerations influencing national security affairs and Army doctrine.

*4.* Employ Army forces in the context of national strategy and joint and international environment.

*5.* Exhibit independent judgment, objectivity, and adaptability to change.

*6.* Employ self-analysis and enhance desire for continued self-development.

*7.* Respond to intellectual challenges and exploit the opportunity for individual contribution to the advancement of the art and science of land warfare.

*(b)* Conduct an orientation course for selected senior RC officers.

*(c)* Conduct an International Fellows Program for selected senior officers of foreign countries.

*(d)* Conduct student and faculty research and study in support of the Army regarding military issues, warfare, Army programs and policies, and the military profession.

*(e)* Maintain close and continuing working relationships with TRADOC.

*(f)* Maintain liaison with other elements of the military educational system and civilian educators.

*c. U.S. Army War College Corresponding Studies Course.*

(1) Responsibilities. The Commandant, USAWC will be responsible for the instruction and content of the Corresponding Studies Course. The following have responsibilities for selecting officers for the USAWC Corresponding Studies Course:

*(a)* The Chief, National Guard Bureau (CNGB) will select all National Guard officers, including those officers serving on active Guard and Reserve tours (see section 672(d), title 10 USC 265, and 3033).

*(b)* The Chief, Army Reserve will select all USAR officers not on extended active duty and those USAR officers serving on statutory tours (see 10 USC 265, and 3033).

*(c)* The Senior Service College Selection Board is responsible for selection of all active duty MILPERCEN-

managed officers; Army Medical Department (AMEDD) officers; Judge Advocate General's Corps (JAGC) officers; and Army Chaplains for participation in the USAWC Corresponding Studies Courses.

(2) Curriculum.

*(a)* The Corresponding Studies Course curriculum closely parallels the content of the Resident Course. The curriculum is designed to be completed in 2 years and consists of correspondence work plus two 2-week periods of resident study and instruction. The course is organized into three primary areas of study—

*1.* Command, Leadership, and Management.

*2.* National Policy, War, and Strategy.

*3.* Military Planning, Doctrine, and Operations.

*(b)* Each area of study (above) is divided into functional courses and each course is composed of several lessons. The lesson is the basic unit of instruction and consists of selected readings that support accomplishment of the course objectives.

*(c)* Individual student requirements are subjective in nature, based on required readings, and designed to ensure that course objectives are attained. The average corresponding student will spend 8 to 10 hours weekly in study and should complete a course every 6 to 8 weeks. Reading and writing requirements are challenging and compare to requirements of graduate-level courses.

*(d)* A more comprehensive explanation of the Corresponding Studies Course curriculum is in DA Pam 351-20, section III-6.

(3) Resident phases.

*(a)* Two 2-week resident phases are conducted in the summer months at Carlisle Barracks, PA: the Midcourse Resident Phase in June and the End-of-Course Resident Phase in July. Exact dates are set by the USAWC.

*(b)* In May of each year, MILPERCEN produces a list of all officers academically eligible to attend the resident phases. This list will be sent to major Army commanders so that orders can be issued. Parent organizations will program and budget funds to provide travel and per diem for students enrolled in this course to attend the resident phases at Carlisle Barracks. The Army Reserve will include man-day spaces. The officers assigned to the Office of the Secretary of Defense and Joint agencies where funds are not available should contact their career branches.

*(c)* A student may be deferred one time from attending a resident phase for exceptional reasons. However, the student will be required to attend both resident phases the following year. Requests for deferral will be forwarded through command channels to—

*1.* The Commander, U.S. Army Military Personnel Center, ATTN: DAPC-OPB-D, 200 Stovall Street, Alexandria, VA 22332-0400 for Active Army officers.

*2.* HQDA (DAAR-TRS), WASH DC 20310-2418 for USAR officers.

*3.* NGB Military Education Branch, ARNG Operating Activity Center, Bldg 6814, Edgewood Arsenal, Aberdeen Proving Ground, MD 21010-5420 for ARNG officers.

(4) *Prerequisites for enrollment.* The prerequisites for enrollment are as follows:

*(a) Component.* The applicant will be from one of the following categories:

*1.* Regular Army officer in an active status.

*2.* Reserve Component officer on extended active duty. Included are those officers serving on Active Guard and Active Reserve tours (see 10 USC 672(d)) and on statutory tours (see 10 USC 265, 3033 and 3496).

*3.* Reserve Component officer not on extended active duty.

*4.* Department of the Army civilian employee in the grade of GS/GM 13 or higher. (See DA Pam 690-23 for details).

*(b) Grade.* The applicant will be a serving lieutenant colonel or colonel.

*(c) Years of service.* The applicant must have completed at least 16 but not more than 23 years of service as of the course starting date.

*1.* The years-of-service is the promotion list service for Regular Army (RA) officers.

*2.* The years-of-service for other than RA (OTRA) is—

*a.* Active Federal commissioned service for the AMEDD, JAGC, and Chaplain officers.

*b.* Active Federal commissioned service for Reserve Component officers on extended active duty.

*c.* Total commissioned service for Reserve Component officers not on active duty.

*3.* The years-of-service prerequisite may be waived for deserving officers by the CNGB, the CAR, the CG, MILPERCEN, TSG, the CCH, or TJAG. The applicant will submit a request for waiver, if required with his or her application for enrollment. This request will be endorsed by the applicant's immediate commander.

*(d) Education.*

*1. Military education.* The applicant must have successfully completed a Service command and staff college or foreign military school equivalent resident course or U.S. Army accredited nonresident course. Waivers may be granted for deserving officers if requested by the applicant and with the recommendation of his or her immediate commander. Waivers are granted by the CNGB; the CAR; the CG, MILPERCEN; TSG; the CCH; or TJAG.

*2. Civilian education.* A baccalaureate degree is desired, but not required.

*(e) Security clearance.* A final Top Secret clearance is necessary. (See AR 604-5, para 2-200.)

*(f) Service obligation.* There is no service obligation.

(5) *Application procedures.*

*(a) Active duty Army officers.* Active duty Army officers will apply for enrollment in letter form. The letter must include the officer's name, grade, SSN, branch, and year for which applying. Also show military address, years of commissioned service, and date completed Command and General Staff Officers Course or equivalent (MEL 4 education). Applicants must state that they understand that their selection for USAWC Corresponding Studies Course precludes subsequent selection for a resident Senior Service College Course. Applications must reach HQDA before the date announced annually by MILPERCEN message. Active duty Army officers will submit applications through their immediate commanders to Commander, MILPERCEN. Applications do not require endorsement from the chain of command and should be forwarded to the applicant's career management division at MILPERCEN.

*(b) ARNG officers.* ARNG officers will apply according to NGR 351-21.

*(c) USAR officers.* USAR officers will apply according to AR 140-12 and DA Pam 140-12. The CAR will issue supplemental information annually.

(6) *Selection process.*

*(a)* A maximum of 350 highly qualified officers may be selected for the Corresponding Studies Course, the Course begins on or about 1 July of each year.

*(b)* HQDA agencies will verify eligibility of all applicants within their branches and components after enrollment deadlines have passed for their particular agency. The objective of the selection process is to select the best qualified applicants.

*(c)* MILPERCEN will provide USAWC, by 1 May of each year, with the name, grade, branch, social security number, mailing address, and security clearance of their selected officers.

(7) *Disenrollment and deferral.*

*(a)* A student may be disenrolled by the Commandant, USAWC—

*1.* For academic failure.

*2.* For cause.

*3.* At the student's own request.

*4.* For lack of academic progress. When a student falls behind in the course to the extent that, in the judgment of the Commandant, there is insufficient time remaining before each summer resident phase to complete the year's work, the student may be disenrolled because of lack of academic progress.

*(b)* Request for voluntary disenrollment will be sent directly by the student to the Commandant, USAWC, Carlisle Barracks, PA 17013-5050.

*(c)* A student who has been disenrolled from the course may not apply for reenrollment or reinstatement.

(8) *Credit.* Credit will be awarded as follows:

*(a)* The student will, on completion of the Corresponding Studies Course, be awarded a diploma by the Commandant, USAWC.

*(b)* An appropriate entry will be made on the individual's DA Form 4037 (Officer Record Brief) for active duty officers. For ARNG and Army Reserve officers not on extended active duty, an entry will be made on DA Form 2/2-1 according to AR 640-2-1.

*(c)* Retirement points for ARNG and USAR officers not on extended active duty will be credited at the rate of one point for each three credit hours satisfactorily completed. (See NGR 640-1 or AR 140-185).

*(d)* Once the student has been enrolled (1 July) in the Corresponding Studies Course, the officer is no longer eligible for resident senior service college attendance.

*(e)* Graduates of the Corresponding Studies Course are given equal consideration with Resident Course graduates for assignments.

*(f)* Military Education Level 1 (MEL 1) is awarded to Active Army students upon completion of the Midcourse Resident Phase.

*d. Senior service colleges.*

(1) The resident courses of colleges listed below are considered to be at the same military educational level. Military Education Level 1 (MEL 1) is awarded to Reserve Component students upon graduation.

*(a)* National War College.

*(b)* Industrial College of the Armed Forces.

*(c)* Army War College.

*(d)* Air War College.

*(e)* Naval War College.

*(f)* Inter-American Defense College.

*(g)* Japanese Institute of Defense Studies.

*(h)* India National Defense College.

*(i)* Canadian National Defense College.

*(j)* Italian Center for Higher Defense Studies.

*(k)* Senior Service College Fellowships.

(2) Army officers who attend the colleges/fellowships at *(a)* through *(g)* above are selected by HQDA boards on a best-qualified basis from among eligible officers.

(3) Officers are eligible for attendance for these colleges/fellowships after being promoted to lieutenant colonel, through their 23d year of service.

(4) Selection for, and completion of, the USAWC Corresponding Studies Course for Army officers is considered equivalent to the USAWC resident course.

(5) Promotion list service determines years of service for Regular Army officers (except AMEDD); active Federal commissioned service is the governing factor for AMEDD officers and for other than Regular Army officers. The CAR will select USAR officers under AR 140-12. The CNGB will select ARNG officers to attend these courses.

### 3–7. General officer training

*a.* Promotion to general officer (GO) represents the most selective transition in an officer's career. Approximately 60 colonels Army-wide are centrally selected for promotion to brigadier general yearly. Historically, virtually all brigadier generals have completed a senior service college course of instruction prior to selection for promotion. The scope of responsibilities incurred by promotion and reassignment to general officer positions requires post-War College training and more individualized professional development programs.

*b.* The general officer continuing education program consists of three components:

(1) *Orientation/mandatory training—information on current Army and DOD policies, programs, plans and problems considered by the Army leadership to be of high priority. These include—*

*(a) Brigadier General's Orientation Conference.* Within a few months of selection, all brigadier general designees attend a 1-week Brigadier Generals' Orientation Conference in the Washington area. This conference consists of a series of briefings and discussions by and with senior Army and DOD leaders. There are excursions for a stress management orientation, a visit to Congress, and seminars on generalship.

*(b) Force Integration Training.* Four times a year the Office of the Chief of Staff, Army conducts a Force Integration Course for approximately 40 GOs and Senior Executives Service (SES) personnel. The 3 1/2 day course focuses on "How the Army Runs" with instructors from the Army Staff. The course updates GOs on current policies and high priority programs and provides an overview of the workings of the Army Staff.

*(c) CAPSTONE.* Four times yearly the National Defense University offers the 6-week CAPSTONE course. This course is held at Fort Lesley J. McNair. Small groups of general and flag officers (and selectees) of all Services including Coast Guard and State Department attend. At present, the average class size is 20. The course differs from other senior service schools in a number of ways other than the obvious rank and seniority of its participants, class, size, and duration. First, the course has the primary objective of enhancing student understanding of the employment of U.S. forces in joint and combined warfare. Second, it provides significant personal interaction with commanders-in-chief and other senior U.S. and Allied commanders responsible for the planning and employment of joint and combined military forces. Third, retired four-star general and flag officers are attached to each class as Senior Fellows to provide advice and guidance based on their perspectives and experience. The course is designed to build upon and share the expertise and experience of the course participants. It also broadens their appreciation and understanding of joint and combined operations, and, as a result, prepares them to function more effectively in the joint and combined arena. Not a duplication of senior service schools, CAPSTONE recognizes the unique continuing education requirements of the general officer corps beyond the war college level.

(2) *Executive Development Courses—education and training in areas of increasing relevance to a range of executive responsibilities and GO positions.*

*(a) Executive Self Development Program.* Each brigadier general (and selectee) attends a 1-week executive leadership development course at a civilian institution. These courses have the objective of identifying and improving leadership skills, increasing self-awareness through regular feedback, developing measurable goals, and stimulating further personal and career growth. The courses are offered at a number of locations in CONUS and overseas and offer attendees the opportunity to interface with contemporaries from the civilian sector.

*(b) Executive Management Courses/Advance Management Program.* Selected GOs will attend functional courses at civilian in-stitutions which will further aid in their professional development as GOs in a specific field of study and serve as a means of keeping the general officers abreast of developments in their field. The training is geared toward specific grade levels and corresponds to the civilian sector.

(3) *Inter-assignment Transions—preparation in specific skills and knowledge required by GOs to function effectively from the outset in their next assignment.*

*(a) Functional Technical Courses.* Selected GOs will attend technical courses designed for specific types of positions. Among these courses are the Division Commanders/Assistant Division Commanders Course, Joint Senior



1121

Tactical, Systems Acquisition Management Course, Installation Management, General Officer Legal Orientation, and Evasive Driving Course.

(b) *Transition Briefings*. Upon announcement of a change in assignment, GOs will be scheduled for a series of transitional briefings at Department of the Army and major command level. The briefing schedule will be designed to provide newly assigned general officers with unique insights to their new position. The General Officer Management Office (GOMO), with ODCSPER, will schedule the briefings and provide the coordination necessary to effect this training.

### 3–8. Constructive or equivalent credit for courses

*a.* The granting of constructive or equivalent credit is restricted to courses that generate a change in an officer's military education level (MEL) code.

(1) Constructive or equivalent credit may be awarded to officers who have not attended a specific officer training course.

(2) Persons who receive constructive or equivalent credit for a course are not eligible or required to attend the respective resident or nonresident, or correspondence course.

*b.* Credit may be granted for, but is not limited to, the following reasons:

(1) Active duty service experience.

(2) Service school or college faculty duty.

(3) Attendance at equated schools.

*c.* Constructive/equivalent credit for Senior Service College and Command and Staff College may be recommended by the appropriate authority, but is granted by the DA centralized selection board selecting personnel for MEL 1 and 4 respectively. All other requests will be considered by a Constructive/Equivalent Credit Board with the CG, MILPERCEN retaining approval authority for AC officers, the CNGB for ARNG officers, and CAR for USAR officers. For example, if the applicant seeks equivalent credit for Senior Service College, the DA Senior Service College Selection Board would adjourn and then reconvene as an SSC Constructive/Equivalent Credit Board.

(1) Board deliberations are final.

(2) An officer's manner of performance in the assignment upon which the request for constructive/equivalent credit is based is the major decision criterion.

*d.* Army officers may apply to receive credit from any DA-approved Senior Service College resident, nonresident or fellowship-level training.

*e.* The identification of officers to take part in resident and nonresident courses is rigorously controlled to include selection by a DA board.

*f.* Except through an established resident program, completion of the USAWC corresponding studies course is the sole means by which Army officers receive credit for senior service college training. This includes officers in the SSC Fellowship Program.

(1) This policy stems from the philosophy that only those officers with the greatest potential for service at the highest levels of responsibility receive senior service college level training and credit.

(2) Similarly, curriculums of the other Services' intermediate level nonresident programs are not considered suitable substitutes for the training Army officers receive in either the resident or nonresident USACGSC program. This is not intended to devalue other nonresident programs; it simply recognizes that the Army's nonresident course is the most appropriate nonresident course for Army officers.

(3) Training provided by CGSOC is largely Army-oriented and focuses on the AirLand Battle. Ideally, all Army officers should take part in this training to prepare for duty as field grade officers in command and staff assignments with the Army in the field. To offer equivalent credit for participation in other service nonresident command and staff college courses would, in effect, discourage participation of Army officers in nonresident courses that have been designed to meet their particular needs.

*g.* Eligibility requirements for constructive and equivalent credit are discussed below.

(1) To receive constructive credit, a commissioned officer must—

*(a)* Be beyond eligibility for selection to those courses where attendance is determined by a DA board.

*(b)* Have demonstrated uniquely distinguishing duty or service that encompasses all of the common subject matter areas as listed in the most current curriculum pamphlet pertaining to the course for which credit is requested.

*(c)* Not have failed to complete the course for which credit is requested because of academic or disciplinary reasons.

*(d)* Not have declined to attend those courses where attendance is determined by a DA board.

(2) To receive equivalent credit, a commissioned officer must—

*(a)* Be an instructor at the school or college for which credit is requested.

*(b)* Have completed all requirements expected of a resident course graduate.

*(c)* Have been granted "equivalent knowledge" by a school or college commandant for the course for which credit is requested.



1122

*h.* The senior service and command and staff college correspondence courses of the other Services will not be considered equivalent credit nor accepted in place of the Army's resident or correspondence courses.

### 3–9. Schools of other Services

Military education and training are not limited to courses conducted in the Army school system. Army education and training needs may be met through attendance at the schools discussed in this paragraph. To promote inter-Service understanding, or to acquire a skill or specialty not taught in Army schools, selected commissioned officers, WOs, enlisted personnel, and civilian personnel may attend schools and courses under the control of other Services.

### 3–10. Joint colleges

*a.* Selected commissioned officers may attend joint colleges to prepare them for the following:

(1) Exercise of joint, high-level policy, command, and staff functions.

(2) Performance of strategic planning duties.

*b.* Specialty courses at joint colleges.

(1) Joint colleges present functional courses to officers from the various Services who are preparing for assignments at joint/ combined headquarters.

(2) The NATO Staff Officers Orientation Course (NSOOC) is an example of courses of this type. The 2-week course is conducted 12 times each year by the National Defense University at the Washington Navy Yard, Washington, DC. The NSOOC is mandatory for all officers in the grade of major through colonel who are on orders for their initial assignment to a NATO staff position. The primary objective of the course is to acquaint students with NATO missions, organizations, and procedures. Graduates of the course will be able to interact more effectively with Allied officers, thereby enhancing the credibility of U.S. officers serving within NATO staff organizations.

*c.* Information on joint colleges is found in AR 351-21.

### 3–11. ARNG academies and USARF schools

ARNG, Active Army and USAR officers may pursue courses of instruction taught by the ARNG academies and USARF schools.

### 3–12. Schools of foreign nations

Selected commissioned officers may pursue courses of instruction at schools of foreign allied countries on an invitational basis. These courses will broaden officers' experience by fostering a close relationship with the language, techniques, and staff procedures of foreign armies. See appendix C.

### 3–13. Civil Institutions

*a.* Selected commissioned officers, WOs, enlisted personnel, and civilian personnel may receive training in civilian educational, commercial, or industrial institutions when—

(1) Requirements exist for this training.

(2) The desired training program is not available in Army schools or schools of other Services.

*b.* Academic programs or courses may be available through the following:

(1) Off-duty courses offered by ACES.

(2) Correspondence study offered by the Defense Activity for Non-Traditional Education Support.

## Chapter 4
## Warrant Officer Training and Education

### 4–1. The Warrant Officer Training System

*a.* The purpose of the Warrant Officer Training System (WOTS) is to establish and provide training at the appropriate time to develop warrant officers that are technically and tactically competent for positions in which they will serve.

*b.* WOTS is a three-level system incorporating entry, senior, and master level training. Career development is based on progression through the levels with functional training opportunities provided as needed.

### 4–2. Entry level training

Warrant officer entry level training is divided into three major phases, referred to as the check 3 system, as follows:

*a.* Selection process (check 1).

(1) Selection prerequisites. Accomplishment of specific training and experience is mandatory prior to selection for check 2. These prerequisites are listed in the Warrant Officer Procurement Program (601 Series DA circulars).

(2) Centralized selection. The U.S. Army Recruiting Command (USAREC), with proponent school participation,

(3) Serves as the basis for formulating resource support for NCOA training loads.

## Chapter 7
## Selected Additional Qualification Training Courses

### 7–1. Ranger training

Ranger training is conducted by the U.S. Army Infantry School, Fort Benning, GA. The course purpose is to develop leadership and training skills of small unit leaders in a realistic tactical environment under mental and physical stress. Ranger training also provides practical experience in applying Ranger tactics/techniques (dismounted, airborne, airmobile, waterborne, and squad/platoon size patrolling operations). Commissioned officer graduates will receive a skill identifier; enlisted graduates will receive an SQI.

*a. Eligibility.*

(1) Enlisted personnel. Ranger training is available on a voluntary basis for male en listed personnel who are--

*(a)* Eligible for assignment to Category I units.

*(b)* Scheduled for ranger assignments.

(2) Commissioned officer personnel. Ranger training is available on a voluntary basis for male officers commissioned in selected CA, CS, and CSS branches; these branches are identified by the Army Ranger Coding Study.

*(a)* Male CSS officer volunteers will be accepted for training strictly on a space available basis after all other qualified officer and enlisted personnel have been scheduled.

*(b)* RC soldiers who are not assigned to a Troop Program Unit (TPU) may only attend Ranger training as exceptions to policy as approved by the CAR.

*b. Application.*

(1) Eligible male enlisted personnel volunteering for ranger training will submit applications under AR 614-200.

(2) To attend in a TDY-and-return status, eligible male officer personnel will submit a letter application through channels to the Development Branch, MILPERCEN, DAPC-OPB-D, 200 Stovall Street, ALEX VA 22332-0400, under DA Pam 600-8.

(3) Eligible RC personnel, officer and enlisted, will apply under AR 135-200.

### 7–2. Airborne training

Voluntary airborne training is conducted by the U.S. Army Infantry School, Fort Benning, GA. Its purpose is two-fold: to qualify volunteers in the use of the parachute as a means of deployment; and, through mental and physical training, to develop leadership, self-confidence, and an aggressive spirit. Graduates will receive an appropriate SQI/skill identifier.

*a. Eligibility.*

(1) Enlisted personnel (both AC and RC) who hold an MOS authorized in an airborne unit may volunteer for airborne training. First priority is to the soldier on assignment to an airborne unit.

(2) Commissioned officer personnel (both AC and RC) representing all branches and functional areas are eligible and may volunteer for airborne training.

(3) Limited availability of training spaces makes attendance highly competitive. Space allocations are based on the percentage of authorized parachute positions, by specialty, in the Army.

(4) Additionally, sufficient numbers of IRR volunteers may be selected for airborne training to meet mobilization requirements as determined by the CG, ARPERCEN.

*b. Application.*

(1) Eligible enlisted personnel volunteering for airborne training will apply under AR 614-200.

(2) Eligible commissioned officer personnel desiring to attend in a TDY-and-return status will submit letter applications through channels to the Development Branch, MILPERCEN, ATTN: DAPC-OPB-D, 200 Stovall Street, Alex, VA 22332 under DA Pam 600-8. Submit requests to attend in a TDY en route to PCS status directly to the appropriate carreer management branch, MILPERCEN.

(3) Eligible RC personnel, officer and enlisted, will apply under AR 135-200.

### 7–3. Intelligence training

*a.* General intelligence and cryptologic/signals intelligence training will be managed according to policies and procedures that apply to all Army training. For skills common to two or more services which require similar training, an executive agent for DOD training may be appointed to conduct consolidated training. Normally, CG, TRADOC will be tasked to assume Army training executive agent responsibilities. Policies, procedures, and responsibilities of a training executive agent will be—

(1) In accord with AR 351-9, Interservice Education and Training, and Army training regulations.

(2) Coordinated within existing Army Command structures.

(3) Closely coordinated with other Military Departments, Defense Intelligence Agency (DIA), and/or NSA/CSS to ensure the fulfillment of requirements, the technical adequacy of instruction, and joint service support.

*b.* DOD general intelligence and cryptologic training requirements are provided in DOD Directive 3305.2, DOD General Intelligence Training, and DOD Directive 5210.70, DOD Cryptologic Training.

(1) DOD Directive 3305.2 establishes the General Intelligence Training Council (GITC). The GITC is the senior level DOD body responsible for recommending overall management and direction of the DOD General Intelligence Training System (GITS). GITS supports operations contained in the General Defense Intelligence Program (GDIP) and Tactical Intelligence and Related Activities (TIARA) as further defined in DIA Regulation 24-11, General Intelligence Training System. Chaired by DIA, GITC membership includes representatives of the Services and the Defense Intelligence Agency.

*(a)* This directive provides for the establishment of the General Intelligence Training Advisory Committee (GITAC). Convened by the DIA and the Services, the GITAC provides for an in-depth corporate review and examination of general intelligence training issues. Established by the Training Director, DIA (TDD), GITAC also provides the principal mechanism for reviewing and assessing the technical adequacy and responsiveness of joint and executive agent training.

*(b)* The GITC and the GITAC serve as forums where policy matters and important issues on general intelligence training can be discussed by senior members. The principals on these committees are the TDD and representatives from each of the Services. Army representatives will be designated by HQDA.

(2) DOD Directive 5210.70 establishes a Cryptologic Training Council (CTC). This council serves as a forum where policy matters and important issues on cryptologic/SIGINT training can be discussed by senior members. The CTC principals are the Training Director, NSA/CSS and representatives from each of the Services. Army representatives on the CTC will be designated by HQDA. The Director, NSA/CSS fulfills the responsibility for technical adequacy of all DOD cryptologic/SIGINT training by—

*(a)* Development of cryptologic/SIGINT task and skill standards.

*(b)* Review of major course documents.

*(c)* Periodic reviews of disciplines conducted by the SIGINT Training Advisory Committee (STAC).

*c.* All Army general intelligence and cryptologic/SIGINT training requirements will be incorporated into the Army Program Objectives Memorandum (POM) and budget cycles of the General Defense Intelligence Program, Tactical Intelligence and Related Activities, or NSA Consolidated Cryptologic Program (CCP) as appropriate.

*d.* Procedures outlined in AR 1000-1 will be used to plan for and develop training for Army-acquired cryptologic/ SIGINT systems and for training Army personnel in the support of national cryptologic operations. NSA/CSS training plans for an NSA/CSS-developed system are formulated in accord with an NSA/CSS circular which parallels AR 1000-1.

## 7–4. Language training

*a. Foreign languages.* The Defense Foreign Language Program is designed to provide personnel with essential professional linguistic skills to meet specific Army requirements.

(1) Basic language training is provided through the Defense Language Institute/Foreign Language Center (DLI/ FLC), Presidio of Monterey, CA. Training at the school requires full-time attendance. Courses are designed to provide the student with a minimum level of proficiency in listening, reading, and speaking.

(2) Nonresident training is conducted using DLI/FLC-approved materials at any of the following:

*(a)* Education centers.

*(b)* In units.

*(c)* Established language training facilities.

(3) Details of the management of the Defense Foreign Language Program are set forth in AR 350-20, AR 611-6, and AR 621-5.

(4) SQI "L" and an appropriate Language Identifier Code usually are awarded to graduates of DLI/FLC.

*b. English as a second language (ESL) training.*

(1) ESL training is conducted at the Defense Language Institute English Language Center, Lackland AFB, TX for selected—

*(a)* Allied officer and enlisted personnel under the Security Assistance Program.

*(b)* U.S. enlisted and officer personnel who require ESL training.

(2) ESL instruction (including remedial reading, writing, and speaking courses) is conducted as follows:

*(a)* At the local command level through services offered by the Army Education Center for U.S. military personnel not proficient in English.

*(b)* In overseas commands for allied military personnel at international installations.

(3) ESL instruction at the local command level is provided under AR 621-5. ARNG and USAR personnel are eligible to attend these courses.

### 7–5. Equal opportunity training

The Defense Equal Opportunity Management Institute at Patrick AFB, FL conducts the 16-week equal opportunity (EO) training program and a 3-week Equal Opportunity Staff Course. Selected commissioned officers and qualified enlisted volunteers are provided with the skills and knowledge needed to assist the commander in increasing unit effectiveness and efficiency through improved racial harmony and EO. Personnel who successfully complete this training are awarded the appropriate ASI and SQI.

### 7–6. Nonresident Instruction

*a.* Nonresident (correspondence) programs provide knowledge training in support of SOJT, SQT, and MOSIT, or technological knowledge required in support of work place learning. They are conducted by Army schools through the Army Institute for Professional Development (AIPD), U.S. Army Training Support Center, Fort Eustis, VA. These programs—

(1) Enable personnel of all Army components to obtain or further their military education.

(2) Provide education which must be completed as a prerequisite for promotion of ARNG and USAR personnel not on active duty.

(3) Accommodate and supplement skill progression and MOS functional courses. These courses provide for "training up" of soldiers to support duty position specific skills in career assignments prior to attendance at resident schools or when resident school is not available or feasible.

*b.* The AMEDD Extension Program and the Judge Advocate General Correspondence Course Program are established as separate programs not under the AIPD.

*c.* Successful completion of Army nonresident instruction is considered on an equal level of attainment with resident instruction.

### 7–7. Individual study

*a.* All persons are responsible for improving their professional knowledge. Skills can be updated through the following:

(1) Nonresident instruction.

(2) Seminars.

(3) Group study.

(4) Formal on-duty and off-duty education.

(5) Educational materials that are available through military and civilian institutions.

*b.* The Army's voluntary off-duty education programs are provided through ACES. See AR 621-5.

### 7–8. Retiree training

*a.* Army retirees who have received mobilization preassignment orders are eligible only for nonresident ACCP instruction. Enrollment for retirees in ACCP instruction is voluntary. This instruction will—

(1) Provide needed refresher training.

(2) Enhance performance in mobilization duty assignments.

*b.* A retiree's former active duty grade will not restrict eligibility for courses that are relevant to mobilization duty assignments. Retirees receive neither pay not retirement points for course completion. No fees will be charged for course enrollment.

*c.* Retirees who want to enroll in ACCP courses should visit their serving education center and select courses from DA Pam 351-20. Applications for course enrollment should be made on DA Form 145 and submitted through Commander, ARPERCEN (ATTN: DARC-RAM) 9700 Page Blvd, St. Louis, MO 63132.

*d.* The CG, ARPERCEN will—

(1) Determine that—

*(a)* The applicant is eligible for ACCP.

*(b)* Requested courses support the mobilization duty assignment.

(2) Forward approved applications to AIPD for processing.

*e.* Applications that are disapproved will be returned by ARPERCEN to the applicant with an explanation for the disapproval.

### 7–9. First Sergeant (1SG) course

The 1SG course stresses training in the most critical tasks in the duty position. No priority will be given to MOS or unit status.

*a.* Locations of training for the 1SG course are:

(1) CONUS, at USASMA, Fort Bliss, TX.

(2) OCONUS, Seventh Army Combined Arms Training Center, Vilseck, Germany, USAREUR.

*b.* The 1SG course is an 8-week course conducted in either a TDY-and-return or TDY-en route to PCs mode. MACOM commanders and the CNGB will select soldiers for TDY-and-return. ARPERCEN will select soldiers for ADT, TDY-and-return, or TDY-en route. MILPERCEN will select AC soldiers for TDY-en route to PCS.

*c.* MACOM commanders, the CNGB, ARPERCEN, and the CG, MILPERCEN (DAPC-EPT-FN) will select personnel to attend as follows:

(1) All 1SG designees (E8, E7(P), and E7).

(2) Incumbent, with 18 months or less in 1SG positions (as of class start date).

*d.* 1SG course graduates will be used in the position for which they are trained.

*e.* Soldiers must meet the physical fitness and weight standards outlined in AR 350-15 and AR 600-9. Soldiers over 40 will have completed medical screening at the local installation before attendance.

*f.* MILPERCEN (DAPC-EPT-FN) will establish and announce quotas for each MACOM and for the ARNG. The CAR will establish and announce quotas for the USAR. USAR TPU member requests for quotas will be submitted through channels to the CG, FORSCOM USAR AGR requests for quotas will be submitted through channels to Cdr, ARPERCEN (ATTN: ARP-ART-T), 9700 Page Blvd, St. Louis, MO 63132-5000. ARNG requests will be submitted through the ARNG Operating Activity Center (ATTN: OAC-ARO-ME), Bldg E6812 Edgewood Area, Aberdeen Proving Ground, MD 21010.

### 7–10. Noncommissioned Officer Logistics Program training

Noncommissioned Officer Logistics Program (NCOLP) training is conducted at the U.S. Army Quartermaster School, Fort Lee, VA. Its purpose is to provide program members with a broad overview of logistics operations. Graduates will be qualified for assignment to key logistics management positions which require technical knowledge in two or more logistics functions.

*a.* NCOLP training is available for enlisted personnel in grades E6 through E9 who possess SQI "K" indicating NCOLP membership. Attendees must have at least 9 months of service remaining on completion of the course.

*b.* Procedures for NCOLP application are in AR 614-200. Eligible NCOLP members will submit applications through channels to MACOM commanders. Quotas for the course will be requested under AR 614-200.

*c.* Eligible RC personnel will apply under AR 135-200.

### 7–11. Senior NCO Operations and Intelligence Course

The Senior NCO Operations and Intelligence (O&I) Course is conducted at the U.S. Army Sergeants Major Academy (USASMA), Fort Bliss, TX. Attendees will be senior NCOs serving in battalion, division, and corps level operations/intelligence positions, or those programmed for assignment into a TOE O&I position. Subjects taught will cover production of intelligence, counterintelligence, intelligence training, and operations organization and training, as well as instruction on how to operate in an automated battlefield environment.

*a.* The O&I Course is conducted in either a TDY-and-return or TDY-en route to PCS mode. MACOM commanders, the CNGB, and the CAR will select soldiers for the TDY-and-return mode. MILPERCEN will select soldiers for the TDY-en route to PCS mode.

*b.* The following prerequisites apply:

(1) Graduate of an advanced NCO course.

(2) In pay grade E7, E8, or E9.

(3) A minimum of 10 months of active duty service remaining after completion of the course for active Army personnel.

(4) A SECRET security clearance.

*c.* Attendees must be assigned, on orders to, or programmed for assignment to an O&I TOE position.

*d.* Soldiers must meet the physical fitness and weight standards outlined in AR 350-15 and AR 600-9. Soldiers over 40 will have completed medical screening at the local installation before attendance.

*e.* HQ, TRADOC (ATTG-I) manages and announces quotas for each MACOM and the ARNG. The CAR manages and announces quotas for the USAR. USAR requests for quotas will be submitted through channels to Cdr, ARPERCEN (ATTN, ARP-ART-T), 9700 Page Blvd, St. Louis, MO 63132-5000. ARNG requests will be submitted through ARNG Operating Activity Center (ATTN: OAC-ARO-ME), Bldg E6812 Edgewood Area, Aberdeen Proving Ground, MD 21010-5420.

### 7–12. Additional training to support ASI and SQI

*a.* TRADOC will develop training materials to support ASI- and SQI-producing courses when required. The MOS SMs and TGs will provide the necessary training information for these ASIs and SQIs.

*b.* The AHS will develop similar training support materials for AMEDD ASI- and SQI-producing courses when required.

### 7–13. Other courses
A detailed listing of additional qualification courses is in DA Pam 351-4.

## Chapter 8
## Selection, Administration, and Assignments for Commissioned Officer Students

### Section I
### General

### 8–1. Procedural guidance
*a.* Procedures for selecting, administering and assigning commissioned officer students apply to active duty, ARNG, and USAR officers.

*b.* Procedures do not apply to officer students within the U.S. Army Attache System as administered by the DCSI, HQDA. (See AR 611-60.)

### 8–2. Application for schools
*a. Active duty officers.* Selection will be made by a DA centralized selection board or the CG, MILPERCEN for the following:

(1) Resident officer basic courses.

(2) Advanced courses.

(3) Officers attending the Combined Arms and Services Staff School ($CAS^3$) in conjunction with PCS.

(4) Command and staff level courses.

(5) Senior service college-level courses.

*b. ARNG and USAR officers.* The following officers will apply personally to attend courses in a above.

(1) ARNG and USAR officers not on active duty.

(2) Those serving statutory tours under section 265, 3033, and 3496, title 10, United States Code.

(3) Those serving on special active duty for training tours for more than 179 days.

*c. Other schools.*

(1) Eligible officers may apply by letter to attend either of the following:

*(a)* Other schools, including those where special interest or aptitude is a determining factor.

*(b)* Schools of other Services.

(2) Officers stationed in CONUS may apply through channels to Cdr, MILPERCEN, DAPC-OPB-D, or other HQ as appropriate for attendance at courses on a TDY basis, except those cited in a. above.

*d. Physical fitness and weight standards.* Officers selected for attendance at Service schools must meet physical fitness and weight standards outlined in AR 350-15 and AR 600-9.

### Section II
### Service Schools and Colleges

### 8–3. Eligibility and Incurred obligations
*a.* A list of active duty officers who are eligible for attendance at Army, Joint, and other Service schools and colleges for which they may not apply personally will be maintained at MILPERCEN. Assignment of officers so listed will be carefully coordinated to ensure attendance of those eligible and most highly qualified in the proper sequence of career pattern.

*b.* Army officers will be selected for attendance at the institutions listed below:

(1) *Joint Service colleges.* Joint Service colleges include the following:

*(a)* The National War College (NWC).

*(b)* The Industrial College of the Armed Forces (ICAF).

*(c)* The Armed Forces Staff College (AFSC).

(2) *Army service colleges.* Army service colleges include the following:

*(a)* The USAWC.

*(b)* The USACGSC.

(3) *Other.* Other courses include the following:

*(a)* Basic and advanced courses.

*(b)* $CAS^3$.

*(c)* Certain specialty courses.



1128