Department of the Army
Pamphlet 350–58

23

The Enduring Legacy

# LEADER DEVELOPMENT FOR AMERICA'S ARMY

Headquarters
Department of the Army
Washington, DC
13 October 1994

Unclassified

# SUMMARY of CHANGE

DA PAM 350-58
LEADER DEVELOPMENT FOR AMERICA'S ARMY

This revision--

- o Includes background information on the beginning of leader development (Chapter 1).
- o Clearly defines the leader development process (Chapter 1).
- o Formalizes the leader development principles and imperatives (Chapter 1).
- o Describes vertical and horizontal integration of the leader development pillars (Chapter 1).
- o Incorporates a better description of the self-development program and Leader Development support System (LDSS) (Chapter 1).
- o Defines progressive and sequential development (Chapter 1).
- o Changes Skills, Knowledge, and Attitudes (SKAs) to Skills, Knowledge, and Behaviors (SKBs) (Chapter 1).
- o Changes Institutional Training to Institutional Training and Education (Chapter 1).
- o Integrates Total Army Quality into the leader development process (Chapter 1).
- o Integrates the reserve component environment throughout the pamphlet (Chapters 1 thru 9).
- o Defines mentoring (Chapter 3).
- o Address Joint education and assignments (Chapter 5).
- o Changes Military Qualification Standards (MQS) to Officer Foundation Standards (OFS) (Chapter 5).
- o Defines the Army Civilian Training, Education and Development System (ACTEDS) (Chapter 8).
- o Adds leader development matrices for officers, warrant officers, noncommissioned officers, and civilians(Appendix B).

Headquarters
Department of the Army
Washington, DC
13 October 1994

*Department of the Army
Pamphlet 350–58

The Enduring Legacy

# LEADER DEVELOPMENT FOR AMERICA'S ARMY

By Order of the Secretary of the Army:

GORDON R. SULLIVAN
*General, United States Army*
*Chief of Staff*

Official:

MILTON H. HAMILTON
*Administrative Assistant to the*
*Secretary of the Army*

**History.** This printing publishes a revision of this publication. Because the publication has been extensively revised, the changed portions have not been highlighted.

**Summary.** This pamphlet outlines Army leader development doctrine: what it is and how it is executed for both Active and Reserve Component officers, warrant officers, noncommissioned officers, and Department of the Army civilians. The concepts and procedures associated with this doctrine form the foundation upon which commanders and supervisors can establish leader development policy and guidelines.

**Applicability.** This pamphlet applies to the Active Component, Army National Guard, U. S. Army Reserve, and Department of the Army Civilians. This publication applies during partial and full mobilization.

**Proponent and exception authority.** The proponent of this pamphlet is the The Deputy Chief of Staff, Operations and Plans. The proponent has the authority to approve exceptions to this publication which are consistent with controlling law and regulation. The proponent may delegate this authority in writing to a division chief within the proponent agency who holds the rank of colonel or the civilian equivalent.

**Interim changes.** Interim changes to this pamphlet are not official unless authenticated by the Administration Assistant to the Secretary of the Army. Users will destroy interim changes on their expiration date unless sooner superseded or rescinded.

**Suggested Improvements.** Users are invited to send comments and suggested improvements on DA Form 2028 (Recommended Changes to Publications and Blank Forms) directly to Commander, Combined Arms Command, ATTN: ATZL–SWC–LD, Fort Leavenworth, KS 66027–6900.

**Distribution.** Distribution of this publication is made according to the requirements on DA Form 12–09–E, block number 5315, intended for command levels B, C, and D for Active Army, Army National Guard, and U. S. Army Reserve.

**Contents** (Listed by paragraph and page number)

Chapter 1
**INTRODUCTION,** *page 1*

Chapter 2
**INSTITUTIONAL TRAINING AND EDUCATION,** *page 9*

Chapter 3
**OPERATIONAL ASSIGNMENTS,** *page 12*

Chapter 4
**SELF–DEVELOPMENT,** *page 14*

Chapter 5
**OFFICER LEADER DEVELOPMENT,** *page 16*

Chapter 6
**WARRANT OFFICER LEADER DEVELOPMENT,** *page 19*

Chapter 7
**NONCOMMISSIONED OFFICER LEADER DEVELOPMENT,** *page 23*

Chapter 8
**CIVILIAN LEADER DEVELOPMENT,** *page 27*

Chapter 9
**LEADER DEVELOPMENT SUPPORT SYSTEM,** *page 30*

Chapter 10
**CONCLUSION,** *page 33*

**Appendixes**

A. References, *page 35*

B. , *page 35*

**Table List**

Table 1: OFFICER LEADER DEVELOPMENT MATRIX, *page 36*
Table ERR: [COMMON REQUIREMENTS/RECOMMENDATIONS], *page 36*
Table 2: OFFICER LEADER DEVELOPMENT MATRIX, *page 37*
Table ERR: [LEVEL SPECIFIC REQUIREMENTS/RECOMMENDATIONS], *page 37*
Table 3: OFFICER LEADER DEVELOPMENT MATRIX, *page 38*
Table ERR:, *page 38*
Table 4: WARRANT OFFICER LEADER DEVELOPMENT MATRIX, *page 39*
Table ERR: [Common Requirements/Recommendations], *page 39*
Table 5: WARRANT OFFICER LEADER DEVELOPMENT MATRIX, *page 40*

*This pamphlet supersedes DoD Pamphlet 600–32, 31 May 1991.



Unclassified

1131

**Contents—Continued**

Table ERR: [LEVEL REQUIREMENTS/RECOMMENDATIONS], *page 40*
Table 6: NCO LEADER DEVELOPMENT MATRIX, *page 41*
Table ERR: [COMMON REQUIREMENTS/ RECOMMENDATIONS], *page 41*
Table 7: NCO LEADER DEVELOPMENT MATRIX, *page 42*
Table ERR: [LEVEL SPECIFIC REQUIREMENTS/ RECOMMENDATIONS], *page 42*
Table 8: CIVILIAN LEADER DEVELOPMENT MATRIX, *page 43*
Table ERR: [COMMON REQUIREMENTS/ RECOMMENDATIONS], *page 43*
Table 9: CIVILIAN LEADER DEVELOPMENT MATRIX, *page 44*
Table ERR: In addition to the common requirements/ recommendations, there are: [LEVEL SPECIFIC REQUIREMENTS/RECOMMENDATIONS] , *page 44*
Table 10: CIVILIAN LEADER DEVELOPMENT MATRIX, *page 45*
Table ERR: In addition to the common requirements/ recommendations, there are: [LEVEL SPECIFIC REQUIREMENTS/RECOMMENDATIONS] , *page 45*

**Figure List**

Figure 1: Army Leader Development Model, *page 2*
Figure 2: Leader Development Principles and Imperatives, *page 4*
Figure 3: Leader Development Responsibilities, *page 6*
Figure 4: Leader Development Process, *page 8*
Figure 5: Professional Development Courses, *page 10*
Figure 6: Generic Officer Career Development Model, *page 11*
Figure 7: Operational Assignments, *page 13*
Figure 8: Self-Development, *page 15*
Figure 9: Officer Education System, *page 18*
Figure 10: Warrant Officer Leader Development Model, *page 20*
Figure 11: Warrant Officer Education System, *page 22*
Figure 12: NCO Institutional Training & Education, *page 25*
Figure 13: Civilian Leadership Training Common Core, *page 29*
Figure 14: Leader Development Support System, *page 31*
Figure 15: The Leader Development Decision Network Process, *page 32*
Figure 16: Army Fundamental Imperatives, *page 34*
Figure B: LEADER DEVELOPMENT MATRICES, *page 35*

**Glossary**

**Index**

## Chapter 1
## INTRODUCTION
### Purpose.
This pamphlet describes the Army's approach to leader development for all leaders. It serves as a guide for officers, warrant officers, noncommissioned officers, and civilian leaders of the Active Army, the Army National Guard, and the Army Reserves. It institutionalizes the leader development process, the three pillars of leader development, and the Leader Development Support System (LDSS).

References.
Related publications are listed in Appendix A.

Explanations of abbreviations and terms.
Abbreviations and terms used in this pamphlet are explained in the glossary.

Overview.
.. Throughout the Army's history, leadership and leader development have received continuous attention. The development of competent and confident military and civilian leaders in the Army — from corporal to sergeant major, from lieutenant to general officer, and from civilian intern to senior executive service — is our most enduring legacy to the future of the Army and the nation. Developing these future leaders in light of decreasing resources and a smaller force challenges us to maximize ever developmental opportunity. A trained and ready Army will always require leaders who are professionals in every way — leaders who exemplify traditional Army values and professional ethics.

.. Values are the bedrock of professionals. They influence leader attitudes, behavior, and decisions. History shows successful leaders are competent in and committed to the profession of arms; uphold the dignity and respect of all individuals; are physically and morally courageous; candidly and forthrightly deal with others; and are willingly responsible for the performance of their unit/organization and every individual entrusted to their care.

.. Professional ethics set the moral context for service to the nation and inspires the sense of purpose necessary to preserve our nation and protect our worldwide national interest. Army ethics contain the values that guide leaders. When taking the oath of service, leaders must embody loyalty to the nation, the Army, and the unit and each individual in it. By their actions, leaders must display uninhibited loyalty, selfless service, unquestionable integrity, and a total commitment to fully performing assigned and implied duties.

.. As we shape a smaller Army to meet the expanding challenges of the 1990s and beyond, we also must develop leaders who understand and can exploit the full potential of present and future Army doctrine. In a world undergoing unprecedented and accelerating change, we must ensure the Army can fulfill its vital roles in all aspects of our national security and national military strategies. Our leaders must be versatile to ensure success in war and operations other than war — in the combined arms, joint, combined, and coalition arenas. This need demands leaders who —

(..) anticipate, manage, and exploit change.

(..) are versatile enough to operate successfully in war and operations other than war.

(..) exemplify the highest professional and ethical standards.

(..) uphold the dignity of each individual.

(..) display technical and tactical proficiency, while exploiting the full potential of advanced technology and accounting for the human dimension.

(..) possess teaching, coaching and counseling skills.

(..) can build cohesive teams.

(..) communicate effectively while stimulating confidence, enthusiasm and trust.

(..) accurately assess situations, solve problems, and act decisively under pressure.

(..) show initiative, plan thoughtfully, and take reasoned, measured risks to exploit opportunities.

(..) clearly provide purpose, direction, motivation, and vision to their subordinates while executing operations following their superior's intent.

*Background.* Prior to 1987, the Army conducted several noteworth leader development studies — Officers Personnel Management System (OPMS) I in 1971, Review of Education and Training for Officers (RETO) in 1978, the Professional Development of Officers Study (PDOS) and OPMS II in 1984, Total Warrant Officer Study (TWOS) in 1985, and the Noncommissioned Officer Professional Development Study (NCOPDS) in 1986. In 1987, the Chief of Staff, Army, directed the Deputy Commandant, Command and General Staff College (CGSC), to conduct a comprehensive leader development study. That study produced the current leader development system and process; a support system to monitor and adapt to the effects of change on Army leader development; and leader development action plans for officers, warrant officers, noncommissioned officers, DA civilian, and the Reserve Component. In 1991, the Leader Development Investment Strategy study developed principles and imperatives to synchronize leader development initiatives as the Army downsized. Additionally, committees recommended investments and divestment's, as appropriate, to offset the impact of dwindling resources.

*The Army's Commitment* .. The Army of tomorrow relies on the Army of today to accept the challenge and responsibility for the development of leaders for the future.

.. The Army is committed to the development of its leaders at all levels. This commitment extends equally to all officers, warrant officers, noncommissioned officers, and DS civilian of the Active Army, the Army National Guard, and the US Army Reserves. Leaders must be appropriately developed before assuming and while occupying leadership positions — to ensure they are competent in and confident of their ability to lead at the level assigned. In short, the goal is to develop competent, confident leaders who can exploit the full potential of present and future doctrine.

.. Army leaders gain their skills, knowledge, and behavior (SKBs) through a combination of schooling, assignments, and self–development. Behavior refers to actions or reactions to specific situations based on attitude, beliefs, and values. Unlike attitudes, behavior is easily measured and influenced through positive and negative reinforcement.

.. The Army's formal leader development system is progressive — prepares leaders for increased levels of responsibility, complexity, and difficulty; and sequential — the next logical step in the education/training or assignment process builds upon the previous level — without large gaps. Three strong pillars support Army leader development (figure 1).




Figure 1. Army Leader Development Model

*The Pillars* Lessons learned from recent wars, humanitarian relief operations, and exercise suggest the Army's progressive, sequential, and three–pillar approach to leader development is sound and produces the quality leaders our nation requires. The three pillars of leader development — institutional training and education, operation assignments, and self–development — are dynamics and interconnected. The individual gains SKBs at the institution and practices them during operational assignments to refine skills, broaden knowledge, and shape behavior. Meanwhile, these experiences are shared during institutional training and education. Self–development enhances, sustains, and expands SKBs assignments. The pillars adapt to force structure reductions; constrained resources; and advances and changes in doctrine, technology, and policy — as well as individual professional objectives.

.. *Institutional Training and Education.* The Army's school system provides leaders training (what to know) and education (how to do) and the opportunity to acquire SKBs needed to perform duty positions requirements. Training and education usually precede significant new levels of operational assignments. In each case, the institutional base is the foundation upon which we develop leaders to realize their maximum potential. To foster this transition, leaders attend institutional training courses following appropriate career development models. Training and education provides the theoretical base.

.. *Operational Assignments.* Operational assignments translate the theory into practice by placing leaders in positions to apply those SKBs acquired during institutional training and education. Repetitive performance of duty position requirements (practice) refines the leader's skills, broadens his knowledge, and shapes his behavior and attitudes. Through experience gained during operational assignments, leaders acquire the confidence and competence needed for more complex and higher level assignments. Commanders enhance leader development by:

(..) assigning individuals progressively more complex and demanding duties;

(..) assessing their performance against standards, and providing information on strengths, weaknesses, and developmental needs;

(..) counseling and coaching regularly; and

(..) helping them prepare and execute developmental action plans to achieve maximum growth.

.. *Self–Development.* Self–development initiatives focus on maximizing leader strengths, minimizing weaknesses, and achieving individual leader development goals. The concept is more than fixing weaknesses or reinforcing strengths. Self–development is a continuous process — taking place during institutional training and education, and during operational assignments — that should also stretch and broaden the individual beyond the job or training. It's a joint effort involving commanders, leaders, supervisors, and subordinates. The individual and his leader structure self–development actions to meed specific individual goals and needs. Initial self–development is generally narrow in scope. The focus broadens as individuals learn their strengths and weaknesses, determine needs, and become more independent. Leaders prepare developmental action plans to map self–development efforts and set priorities for improving performance and achieving maximum potential. Self–development actions may include self–study, reading programs, and civilian education courses that support development goals.

*Total Army Quality* The Army management philosophy (Total Army Quality) — do the right things, the right way, for the right reasons (the first time), and constantly strive for improvement (AR 5–1) — focuses on increasing productivity, encouraging behavior, and implementing management systems for improving work processes. Total Army Quality (TAQ) reinforces the relationship between leadership (philosophy) and management (approach). All leaders are managers. They must know and understand the TAQ concept; how TAQ contributes to unit readiness, combat effectiveness, and mission accomplishment (discussed in this pamphlet Leadership for Total Army Quality and AR 5–1); and the phases of implementing the system; awareness, assessment, team building and action. TAQ is an integral part of the leader development process. The implementation phases are aligned with the three pillar leader development model as follows:

.. *Institutional Training and Education.* During the awareness phase of TAQ, institutions teach leaders the importance of TAQ and how it works. They also provide the skills, knowledge, and behavior (SKBs) necessary for leaders to coach and train the SKBs required to accomplish improvement projects during operational assignments.

.. *Operational Assignments.* The awareness process continues as leaders prove their commitment to TAQ through personal example and instructions in their organizations. They also assess the behavior of the organization's members and the value of products they produce and services they provide. Leaders then task organize (team building) as necessary to carry out and sustain the TAQ effort. Implementation (action) involves changes in behavior and draws upon many attributes associated with quality leadership and leader development (e.g., training, coaching, counseling, reinforcement.)

.. *Self–Development.* Leaders enhance their knowledge of TAQ and maintain proficiency in the SKBs acquired during institutional training and education through aggressive individual and unit structured self–development programs. These programs can include reviewing the lessons learned from successful TAQ activities, short–term unit projects, and reading Total Quality Management literature by authors such as Edward W. Deming, Joseph M. Juran, and David K. Carr.

*Principles and Imperatives* Our leader development system is anchored in two principles and twelve imperatives (figure 2). All leader development actions are considered within the realm of these principles and imperatives. The two principles — properly sequence institutional training and education, operational assignments, and self–development; and retain progressive and sequential career development models for all leaders in their respective developmental areas — provide the broad foundation upon which the rest of the system is built. The twelve imperatives are aligned with the pillars as follows:

*Institutional Training and Education* .. Retain progressive and sequential education systems. Ensure that leaders successfully complete the proper education and training to prepare them for subsequent operational assignments. Reduce unnecessary redundancies in courses of instruction. Incrementally develop challenging, more complex SKBs.

.. Train leaders in critical tasks they will need as future leaders. Don't waste time on courses that do not support an operational need.

.. Develop leaders according to the total Army concept. Soldiers and civilians of the Active Army and Reserve components are equally essential to the success of our national security.

.. Keep quality instructors — with experience — in the training base. Ensure that career development models support instruction duty as an important developmental opportunity.

.. Select best qualified leaders for resident courses. Given the costs of education in dollars and TTHS (Trainees, Transients, Holdees, Students) accounts, we must invest wisely to get the greatest payoff for our costs.

.. Produce qualified students and instructors. Schools are just as, if not more, important developmental grounds for instructors as for students. Good instructors continue to teach the right things when they return to operational assignments, and they are more competent in their jobs.

.. Provide the right mix of resident and nonresident instruction. We cannot afford to educate everyone or teach everything in the institution.




Figure 2. Leader Development Principles and Imperatives

*Operational Assignments* .. Provide leaders critical experiences they will need for the future. Commanders, supervisors, and the Department of the Army (DA) should ensure that leaders are developed through challenges in key assignments that prepare them for their next level or responsibility.

.. Provide leaders adequate training opportunities in adequately manned and resourced units. A hollow force with inadequate training resources does not permit leader development in units.

.. Assign leaders based on leader development priorities. Makes assignments to develop leaders and meet unit and DA requirements — should be neither a "fair-share" nor "fill-the-holes" distribution system.

*Self-Development* .. Stress the individual's responsibility for leader development. The best career manager is the individual. Self-assessment and taking appropriate remedial or reinforcing action is critical to a leader's success. Self-development programs should include activities that stretch the individual beyond the job or institutional training, such as a university education.

.. Identify, specify, and refine self-development requirements. The Army can help individuals by outlining appropriate resources that will contribute to self-development.

*The Process* Confident, competent leaders do not just suddenly appear. They are developed. But as Clausewitz said, "there must be a spark within the individual" that is the essence of his leadership capabilities. Some have a brighter spark than others. All leaders; however, develop over time through a carefully designed progression of schools, job experiences, and individual initiated activities. As leader development unfolds in each of the three pillars, a continuing cycle of education and training, experience, assessment, feedback, and reinforcement and remediation occurs. As a leader progresses in his career and faces new challenges (promotions, positions of greater responsibility, additional duties, and schooling), he must be developed to meed those challenges. During this leader development process, the responsibility for a leader's complete development is mutually shared by the leaders of the Army education system, commanders and leaders in the field, and the leaders themselves (figure 3).

# LEADER DEVELOPMENT RESPONSIBILITIES




## SCHOOL COMMANDANTS IN ARMY SCHOOL AND SUSTAINING BASE TRAINING SYSTEM

√ STATE LEARNING OBJECTIVES

√ PROVIDE:

- TRAINING
- TRAINING MATERIAL
- ASSESSMENTS
- FEEDBACK
- COUNCELING
- EVALUATIONS

## COMMANDER/SUPERVISOR

√ PROVIDE SUBORDINATE LEADERS OPPORTUNITY, GUIDANCE, EXAMPLE, INSPIRATION

√ PROVIDE INITIAL ASSESSMENT

√ DEVELOP ASSIGNMENT PLAN (MIL)

√ SET CLEAR ORGANIZATION AND INDIVIDUAL STANDARDS

√ ASSESS, PROVIDE FEEDBACK, AND ASSIST INDIVIDUALS IN PLANNING DEVELOPMENTAL ACTION PLANS

√ PROVIDE COUNSELING, EVALUATION, PROGRESSIVE, AND SEQUENTIAL ASSIGNMENTS

√ PROVIDE METL BASED LEADER TRAINING




√ SELF-ASSESSMENT

√ SELF-STUDY

√ PROFESSIONAL ORGs

√ PROFESSIONAL READING/WRITING

√ JOINT EFFORT, BUT...
PERSONAL RESPONSIBILITY OF EACH LEADER

Figure 3. Leader Development Responsibilities

The leader development process is similar for officers, warrant officers, and noncommissioned officers in the Army. The principles and imperatives apply to developing here leaders in the Active Army, Army National Guard, and US Army Reserves. However, institutional training and education must be configured to meet time and geographical differences peculiar to the Reserve Component (RC) environment. RC leaders must balance their military responsibilities with the demands of their civilian jobs. Although the required number of annual training days per year is 39 (two weeks of annual training and two days inactive-duty training per month), RC leaders traditionally spend far more time than this pursuing their institutional training and education courses and meeting unit operational assignment missions. It is important for Active Army leaders to gain an appreciation and understanding of these RC challenges.

The formal leader development process begins with instruction. For commissioned officers, leader development begins during precommissioning training. Warrant officers attend Warrant Officers Candidate School (WOCS) while sergeants attend the Primary Leadership Development Courses (PLDC). The civilian process usually begins with the Intern Leadership Development Course (ILDC), which precedes graduation to journeyman-level positions. Leader development continues throughout a leader's tenure as he is selected to serve in positions of increasing responsibility and authority; it is a continuous, progressive, and sequential process. Appendix B contains matrices showing the key leader development responsibilities of the institutional commandant, operational unit commander/supervisor, and individual for carrying out this process.

Integrating the training, education and development activities that take place in the three pillars ensures leader growth and development remain focused on the Army's needs, and the individual's needs. Additionally, leader training, education, and assignments, must be aligned horizontally and vertically.

Horizontal integration ensures corresponding training for individuals (regardless of rank) who are assigned to specific leader levels throughout the Army. For example, the Officers Basic Course (OBC), Warrant Officers Basic Course (WOBC) and Advance Non--Commissioned Officer Course (ANCOC) have many common training objectives and critical tasks. Terminal and enabling learning objectives (task, condition, and standards) focus on comparable SKBs needed for duties, responsibilities and missions assigned to leaders in specific size units. Similarly, the branch Officers Advanced Course (OAC), Warrant Officers Advance Course (WOAC), and First Sergeant Course (FSC) should have corresponding training.

Vertical integration, on the other hand, ensures progressive and sequential training, education, and developmental opportunities upward within each system; for officers, WO, NCO, and civilian. Course training objectives and critical tasks are based on SKBs leaders need for future assignments. Current training and education build on previous training and experience. The training and experience qualify individuals for promotion and assignments following career development models.

A phase of vertical integration is merely the next, sequential step up in level of responsibility. Leaders work through the process developing and honing their skills and, when assessed as ready — by commanders, supervisors, instructors, etc. — proceed to that next level.

As an example, company, battery, and troop commanders should have the appropriate developmental leader positions (platoon or section leader, unit executive officers) and education (OAC) before command. Similarly, noncommissioned officers should have served as team and squad level leaders and have already attended PLDC, Basic Noncommissioned Officers Course (BNCOC), and ANCOC before being assigned to platoon sergeant or battle staff positions. Reserve Component personnel should progress through the same or RC-configured courseware (RC3) institutional training and education (within unit type, size, and location constraints). Civilians generally do not progress to key leader positions without the proper sequencing to technical and — for some — supervisory or managerial experience and training.

Throughout the development of a leader, the education and training, experience, assessment, feedback and reinforcement/remediation process occurs in a logical and progressive sequence (figure 4). The mission, the needs of the unit, and the demonstrated potential of the leader are kept sharply in focus and must always be balanced.

**Assessment** is a method used to figure out, from performance, the proficiency and potential of leaders. Ideally, assessment is characterized by an objective judgment against known (criterion-based) standards. These standards can be found in Army Training and Evaluation Programs (ARTEP) manuals, Military Qualifications Standards (MQS) manuals, Officers Foundations Standards (OFS) media, Soldiers Manuals, and Standard Operating Procedures. The senior leader must discuss and, if necessary, clarify these standards and expectation s with subordinate leaders early in the development process. An assessment should be non-threatening, unbiased, and uninflated. It is not an evaluation.

Assessments should provide leaders with useful feedback on performance. At the unit or organizational level, assessments help senior leaders in developing assignment patterns, training plans, and developmental programs for their subordinates. Assessments identify those SKBs that subordinate leaders have performed or failed to perform to standard. Naturally, leaders must conduct self-assessment in their own self-development programs.

**Feedback** is an intermediate step between assessment and evaluation. Useful feedback is clear, formative guidance related to the process, standard, or outcome of an event. It focuses on assessment determinations and is most helpful when presented in a way that is both positive and allows individuals to self-discover strengths and weaknesses.




Figure 4. Leader Development Process

Additionally, this feedback allows the senior and subordinate leaders to design appropriate reinforcement or remediation programs. Reinforcement nurtures continued success. Through the after-action review (ACTIVE AND RESERVE COMPONENT) process, the senior leaders help and guide subordinate leaders to self-discover where they did a good job and what factors contributed to that success. Applied to leadership performance, this process encourages leaders to apply effective actions in similar situations. Leadership AARs can also specify remedial actions for subordinate leaders that should correct their weaknesses and bring them up to stated standards. Throughout this developmental leadership process, subordinate leaders should receive guidance and updates on the status of their progresses.

Assessment feedback can include one-on-one verbal discussions, letters, notes, counseling forms, command inspection reports, certification programs, peer and subordinate comments, and leadership AARs. Ideally, the senior leader will help the subordinate develop an action plan that identifies the SKBs that need reinforcement or remediation and the action needed to enhance or correct leader performance.

After many feedback opportunities, senior leaders should conduct a comprehensive counseling session with the subordinate leader. Counseling should summarize a series of assessments that compare observations about subordinates against known standards. Senior leaders should use these counseling sessions to develop recommendations for overall improvement strategies. Senior leaders should plan these sessions so that they cover no new information, while providing subordinates with a rating. An evaluation usually follows the counseling session.

An evaluation is a document, permanent record of performance, knowledge, and capabilities covering a specified period. It is the formal rating of past performance. The evaluation is the cumulative result of previous assessments, feedback, and reinforcement or remediation efforts. Reinforcement and remediation should continue upon conclusion of the evaluation phase. In contrast with assessments, evaluations are directly linked to a leader's selection for promotion, schooling, and various duty assignment.

Not all leaders will develop at the same rate or to the same level. Thus leaders must be placed in positions of leadership for which they are prepared. A leader should meet the commander's or supervisor's entry minimums for a leadership position before he is thrust into that position.

## Chapter 2
## INSTITUTIONAL TRAINING AND EDUCATION

Institutional training and education are the foundation upon which leaders are developed to realize their maximum potential. It consists of resident and nonresident instruction for officers, warrant officers, noncommissioned officers, and civilian education systems and functional courses.

The education systems — Officers Education System (OES), Warrant Officers Education System (WOES), Noncommissioned Officers Education System (NCOES), and Civilian Training and Education Development System — provide the progressive and sequential training and education that prepares individuals for positions of greater responsibility (figure 5). Functional courses such as Pre-Command, Ranger, Airborne, First Sergeant, Battle Staff NCO, and the TRADOC Training Developers Course provide additional qualification training so leaders can acquire requisite skills, knowledge, and behavior needed for specific assignments.

Institutional training and education provides the foundations for leader development. It is a foundation on which unit commanders and supervisors can build, mold, and shape leaders and on which the developing leaders can base their self-development.

Proponents prepare individual training plans (ITP) to train, develop and evaluate SKBs for leaders at all levels. They develop strategy and products needed to carry out plans. Products include Soldier's Manuals, Military Qualifications Standards (MQS) manuals, extension training material, trainer guides, and Training Support Packages (TSPs). Additionally, branch proponents develop career development models that guide leader growth and development throughout careers. Career development model initiatives encompass the three pillars of the leader development process. An example of a generic officers career development model is shown in figure 6. Similar models exist for warrant officers and NCOs. The Army Civilian Training, Education, and Development System (ACTEDS) serves a similar function for some civilian career fields.

Proponents develop course programs of instruction (PIOs) with learning objectives designed for specific branch missions. Learning objectives consist of leadership and technical and tactical tasks that promote the acquisition of SKBs that the leaders need to successfully fulfill their roles, perform duties, and accomplish missions.

Institutional training and education are equally essential to the development of all leaders. Trainers are held to TRADOC standards regardless of how or where the training takes place.




Figure 5. Professional Development Courses




Figure 6. Generic Officer Career Development Model

Reserve Component (RC) institutional training and education require careful planning to accomplish the training tasks while adapting to the time and geographic constraints unique to the RC. RC leaders can attend either the Active Army course or usually, an RC version configured for a combination of inactive duty training and active duty training periods. TRADOC has an active affiliation program between its resident schools and US Army Reserve Forces (USARF) schools. This program is being expanded to include the National Guard academies.

To ensure that we develop confident and competent leaders who can carry out their duties today and meet the demands of increased responsibility in the future, institutional training and education programs must use the best teaching and training methods. The increased use of small-group instruction within the Army school system, highly competent instructions and facilitators, improved developmental leadership assessment techniques, and precise definitions of the SKBs expected of leaders at each level of development all contribute to leader development.

## Chapter 3
## OPERATIONAL ASSIGNMENTS

Operational assignments should place leaders in positions that enhance SKBs acquired during institutional training and education. Repetitive performance of duty position requirements (practice) refines skills, broadens knowledge, and shapes behavior — and possibly attitude. During operational assignments, leaders gain the experience needed for more complex and higher-level assignments. Maintaining synchronized leader training, education and development programs in units is a continuing challenge. Commanders, leaders, and supervisors should execute programs that focus on sharpening developing leaders' SKBs and experience. Figure 7 outlines some of these programs.

.. METL-based leader training to enhance and sustain SKBs gained during institutional training and education and prepare leaders for operational missions. By using the METL as a framework or basis, leaders can concentrate on honing those SKBs that support the unit mission.

.. In 1943 Field Marshal Erwin Rommel said "the best form of welfare for the troops is first class training." Tough, realistic training — for military and for appropriate civilians — at home stations and at combat training centers (CTCs) provides battlefield-like demands and stress on leaders at all levels.

.. Leaders need to balance the emphasis they place on the developmental needs of all subordinate unit leaders — officers, WOs, NCOs, and DA civilians. A significant challenge is developing and maintaining the SKB proficiency of those in TDA (tables of distribution and allowances) units. Encouragement of self-development programs can make a significant difference in the development of leaders in TDA organizations.

.. The articulation of clearly defined standards — as outlined in the Officers Foundation Standards (OFS) System, Army Training and Evaluation Programs (ARTEPs), standard operating procedures (SOPs), and soldiers' manuals — help commanders, leaders, and supervisors assess developing leaders' performance and potential.

.. After action review, developmental leadership assignments, and one-on-one feedback provide a mechanism to inform leaders of their strengths and areas needing improvement.

# OPERATIONAL ASSIGNMENTS

## PRACTICE TO HONE SKBs AND GAIN EXPERIENCE



- METL-BASED LEADER TRAINING
- TOUGH, REALISTIC TRAINING ... USE OF CTCs
- BALANCED EMPHASIS: OFFICER, CIVILIAN, WARRANT OFFICER, NCO
- CLEAR STANDARDS ... INDIVIDUAL, UNIT/ORGANIZATION
- AAR PROCESS
- DOCTRINE-BASED ... TACTICS, TECHNIQUES, AND PROCEDURES
- EMPHASIZE BALANCED APPROACH TO LEADER DEVELOPMENT PILLARS
- EMPLOY PROVEN METHODS: CERTIFICATION PROGRAMS, STAFF RIDES, SHARED EXPERIENCES....
- REFINE TO LOCAL CONDITIONS & UNIT/ORGANIZATION TRADITION
- STUDY PROFESSION OF ARMS, MILITARY ATTITUDES, ETHICS...





Figure 7. Operational Assignments

.. Doctrine, since it is not prescriptive, allows leaders the opportunity to grow by exercising judgment under varying conditions. Tactics, techniques, and procedures provide examples of how a mission might be accomplished; but again, the leader must employ judgment in their use.

.. Staff rides, tactical exercises without troops (TEWTs), and professional development classes and seminars reinforce SKBs acquired during institutional training and education, and encourage sustainment of perishable SKBs.

.. Certification and verification programs assess an individual's skills and knowledge against measurable standards.

.. Instruction on the history and traditions of the unit or organization instills esprit and fosters teamwork.

Creating an environment where developing leaders is the priority mission in the command or organization enhances the value and effectiveness of leader development during operational assignments. Commanders, leaders, and supervisors enhance the development of subordinates by assigning them to progressively more complex and demanding duty positions. They should counsel and coach subordinates on a regular basis and ensure necessary education requirements are met. Commanders should establish formal leader development programs that focus on developing individual leaders and teams, and ensure subordinate leaders understand their strengths, weaknesses, and developmental needs.

The commander's or supervisor's direct involvement in the development of leaders during operational assignments, articulated in FM 25–100, Training the Force, is critical. He decides leader assignments, formulates, supervises, and executes collective and individual training, to include professional development programs, and acts as the organization's primary teacher, coach, counselor, and — in special cases — mentor. Mentoring is more personalized and individualized than teaching and coaching. It is an optional, subjective process between a concerned senior leader and a very select few of his subordinates. Mentoring involves candid dialogue, career advise, caring and support, commitment, and assistance with assignments. Because today's training, coaching, and mentoring will guide subordinate development long after today's commanders pass from the scene, commanders and senior staff officers must understand the leader development process and their role in its execution.

Further, they must understand how leader development activities must be an integral part of their unit training program. Senior leaders will often be judged as much by how well their subordinates perform as how they themselves perform.

At division (and comparable organizations) levels and above, senior leaders should provide broad guidance for structuring leader development opportunities for their staffs and subordinate commanders during operational assignments. Subordinate leaders then refine this guidance within the intent of the senior leader. The greatest interaction between leaders occurs at the lower levels of command and staff assignments; therefore, leader development programs should be most active where day–to–day operational challenges are resolved. Commanders and senior leaders at installations, activities, and major Army commands (MACOMs) present programs, often through their civilian personnel offices (CPOs), to orient civilian employees on Army organizations, ethics, and values. Technical training is emphasized at this level. Commanders are responsible for ensuring civilian employees receive effective counseling, coaching, and mentoring, both formal and informal.

The pattern for Army civilian leaders in operational assignments following institutional training and education is similar to their uniformed counterparts. Following internships, in which they are introduced to leadership skills, most civilians begin as functional specialists. During this phase, they are given work and team assignments that broaden and sharpen their leadership abilities, provide assessment opportunity to their supervisors, and prepare them for advancement to supervisory and management positions.

The assignment path along which civilian leaders generally progress consists of four broad phases: intern, supervisory, managerial, and executive. Because of the range of skills and entry positions of first–time hire DA Civilians and their career development models, they are not required, to pass through each phase sequentially. An intern, for example, may progress directly to a non–supervisory managerial position on a headquarters staff without ever being a supervisor. A civilian can be a first–time hire as a supervisor, manager, or executive or could elect to remain at a given grade or phase for an entire career. In key areas such as acquisition management, logistics, and information and installation management, new programs will train generalists capable of performing in leadership positions previously held by military officers.

Geographical availability of units near the RC leader's home often constrains operational assignments opportunities for RC leaders. Commanders play an important role in developing their subordinate leaders by ensuring progressive and sequential assignments. Commanders should make every effort to ensure the tenure of leaders in key command and staff positions is not excessive. Excessive tenure in an assignments stagnates the professional development of many others who are looking to move up and take on more challenging assignments. Special emphasis must be placed on ensuring leaders are fully qualified in terms of schooling and experienced before they are placed in positions of greater responsibility. It is always difficult to choose between keeping someone for annual training or releasing them to go to school. The leader must realize that the short term "lost" is a long term investment.

## Chapter 4
## SELF–DEVELOPMENT

Self–development is a planned, competency–based, progressive and sequential process individual leaders use to enhance previously acquired SKBs and experience, and the enhance readiness and potential for progressively more complex and higher–level assignments. Self–development focuses on maximizing leader strengths, minimizing weaknesses, and achieving individual leader development goals. This, it involves:

.. a continuous process that takes place during institutional training and education and operational assignments.

.. a joint effort involving commanders, leaders, supervisors, and the subordinate.

.. actions structured by the individual and his commander, leader, or supervisor to meet specific individual goals and needs.

Self–development starts with an assessment of individual leadership SKBs and potential (figure 8). Assessment identifies the individual's strengths, weaknesses, and developmental needs. Commanders, leaders, and supervisors provide feedback and assist subordinates in figuring out causes for these strengths and weaknesses and courses of action to improve performance by reinforcing strengths and remediating weaknesses. Together they prepare developmental action plans that map a path for self–development efforts and rank actions for improving performance and achieving maximum potential. Each leader's knowledge and perspective increases with age, level of schooling, institutional training and education, and operational experience and is accelerated and broadened by specific, goal–oriented self–development actions. These actions are categorized into immediate, near–term, and long–range developmental goals that guide self–development actions and efforts:

.. immediate goals focus on correcting weaknesses and reinforcing strengths associated with current duty assignments.

.. near–term goals focus on developing SKBs and experience needed for the next operational assignment.

.. long–range goals focus on preparing a leader for more complex duties beyond his next operational assignment.




Figure 8. Self-Development

*Self-Development Responsibilities* Commanders, leaders, and supervisors should accomplish the following:

.. establish and maintain a command climate and training environment that is conducive to self-development. Lead by example.

.. besides those duties outlined in the section on operational assignments, provide advice, assistance, and support as individual leaders prepare and execute their developmental action plans.

Individual leaders should:

.. take initiative to attend courses that support developmental goals.

.. affiliate with and participate in professional organizations.

.. read professional material, write for self and for professional journals, and take appropriate correspondence courses.

.. understand present and next duty position requirements and prepare for them through reading and practice.

.. seek challenging, high responsibility assignments that provide opportunities to grow in breadth and depth of SKBs. Some assignments are more risky than others, but they also provide greater leader development payoffs.

.. self-evaluate all performances. Identify strengths and weaknesses and figure out how they affect performances.

.. conduct self-study and practice critical leader technical and tactical tasks frequently enough to attain and sustain the required proficiency levels.

.. expand the leader's knowledge base by studying history, doctrine, and professional manuals and publications, and analyzing current events.

.. select immediate, near-term, and long-range developmental goals. Identify and plan courses of action for accomplishing these goals.

.. develop and execute self-development action plans. If appropriate, determine goals, objectives, and tasks.

.. throughout the process, seek assistance and guidance from supervisors and more experienced leaders and peers.

.. seek leadership roles in the military and civilian community or other public service activities.

Self-development programs should be tailored to meed changes in the environment, the unique status of organization missions, and the individual's developmental needs and professional interests. The concept of self-development places responsibility squarely on the leader to do his share to attain and sustain competency. Every leader is responsible for his own professional development. Commanders and supervisors have a responsibility to provide the time and opportunity for a subordinate's self-development if it is to be effective.

## Chapter 5
## OFFICER LEADER DEVELOPMENT

The development of an officer, Active, Army National Guard, or U.S. Army Reserve, is the cumulative result of his military schooling, operational assignments, and self-development. Appendix B contains the key elements of officer leader development in each pillar.

The original 1988 Leader Development Action Plan (LDAP) was the result of the 1987 Leader Development Study (LDS). The LDAP eventually contained 56 recommendations to improve officer development. Almost all recommendations are now complete. Future revisions will adapt officer leader development to the requirements of the changed world and Army environments.

The Defense Officer Personnel Management Act (DOPMA)

The United States Congress enacted DOPMA into law in 1980 to revise the system that governs management of active duty commissioned officers. DOPMA establishes a common frame of reference for career progression planning in all services and affects leader development by:

providing common law for the appointment of Active officers and active-duty service of Reserve Component officers.

establishing statutory limitations on the number of officers that may serve in senior grades below general officer rank.

providing uniform laws for officer promotion procedures.

establishing common provisions governing career expectations at various ranks.

Joint Education and Assignments

The DoD Reorganization Act of 1986 (Title IV, Goldwater-Nichols Act) includes specific requirements to improve the quality, education, and experience of all officers, and specifically field grade and general officers assigned to joint duty positions. The military needs officers assigned to joint duty positions. The military needs officers who are well schooled in their service and knowledgeable about how the land, air, sea, space, and special operations forces work together in modern warfare.

All officers attending either a command and staff or senior-level service college receive instructions on joint matters as part of the core curriculum. This is referred to as phase I of a two-phased Program for Joint Education (PJE). PJE phase II is a follow-on the PJE phase I and consists solely of a joint curriculum taught at the Armed Forces Staff College for officers expected to be selected as Joint Specialty Officers (JSOs). Completion of phases I and II is the education prerequisite for officers later considered for designation as JSOs. The National War College and the Industrial College of the Armed Forces curriculums fully incorporate PJE phases I and II for the purposes of JSO qualification.

This act also mandates joint duty assignment experience and tour-length requirements. The qualifying tour length is 36 months. Some combat arms officers may be released after 24 months if they are returning to an Army operational assignments. By law, and Active officer may not be appointed to the grade of 0-7 unless he has completed a full tour of duty in a joint duty assignment. The Secretary of Defense may waive, on a case-by-case basis, the joint duty requirements for general/flag officers under certain circumstances. Some scientific and technical fields — including chemical and military police branches — may be reason for waivers.

With few exceptions, JSOs are selected based on a complete joint education and duty assignment(s). These officers become the pool of joint experts from which "critical joint duty assignment billets" must be filled.

There are many other personnel management provisions of the law that ensure that the services provide the joint community with highly qualified officers. More information is contained in JCS Administrative Pub 1.2, Joint Officer Management, and the DoD Reorganization Act of 1986.

The Officer Foundation Standards (OFS) System

The OFS system replaces the Military Qualification Standards (MQS) System and provides the foundation for progressive and sequential training within the institutional pillar. OFS is linked to leader development through the efforts of school commandants.

During institutional training and education, commandants ensure that the schools' programs of instruction (POIs) include the right mix of common and branch specific tasks and that officers can perform those tasks to standard. Commanders in operational assignments reinforce OFS tasks by adding METL based tasks to prepare leaders for operational missions.

Level I of the OFS System (OFS I) prescribes training requirements for cadets and candidates undergoing precommissioning training. It also addresses the professional military education requirements which cadets must meet before commissioning. Officer Candidate School (OCS) candidates may defer the baccalaureate degree requirement of the professional military education component of OFS

I to the tenth year of commissioned service. Officer basic course and unit certification programs verify selected task proficiency.

Level II of the OFS System (OFS II) is the basis for developing company grade officers. OFS II has two passage points that company grade officers must negotiate. The first includes requiring lieutenants to complete required schools and a branch assignment, and be proficient on critical lieutenant tasks before attending their advance courses. Similarly, captains must be proficient in their critical tasks before attending CSC–level schooling or promotion to major.

Institutional Training and Education

The officer education system consists of branch Officer Basic Course (OBC) and Officer Advanced Course (OAC), the Combined Arms and Services Staff School (CAS3), Command and Staff College (CSC), and, for selected officers, completion of a senior service college course or equivalent.

There are other courses available that officers attend based on a specialized need. For example, individuals in the Army Acquisition corps are required to complete an advanced civilian degree in a scientific, technical, or managerial program and attend other specialized acquisition–related courses leading to certification.

The progressive and sequential process of institutional training and education is the same for Active and Reserve Component (RC) officers (figure 9). However, the timing and attendance requirements may vary. All officers must attend their basic courses in residence; if they do not, they cannot assigned to early deploying units. After that, most Active officers attend TRADOC resident schools, while RC leaders have their institutional training and education needs met by TRADOC resident schools, USARF schools, or state academies. They attend on Active Duty for Training (ADT), or Inactive Duty for Training (IDT) on weekends or evenings. Individuals can take the Command and General Staff Officer Course (CGSOC) by correspondence. Officers must be selected to take the Army War College Course by correspondence.

CAS3, for the RC, consists of the same Phase I correspondence course as the Active officer. Phase II consists of the Active Army resident course at Fort Leavenworth, or 8 periods of IDT and one ADT period with a USARF school. Promotion for RC officers is tied to military schooling. RC majors must complete half of CGSOC to be eligible for lieutenant colonel, and RC lieutenant colonels must complete CGSOC to be eligible for colonel. Starting in the FY 95, RC captains must complete CAS3 to be eligible for major. This does not apply to Chaplains, Judge Advocate General Corps (JAGC) officers, or Army Medical Department (AMEDD) officers other than Medical Service Corps (MSC) officers with primary specialty 67.

Active officers selected for battalion and brigade level command must attend a branch–specific pre–command course at the proponent's school and a common core pre–command course at the Command and General Staff College (CGSC). RC officers must attend their branch pre–command course and are encouraged to attend the common core course at Fort Leavenworth. As appropriate, command designees attend assignment–unique functional courses (e.g., Tactical Commanders Development Course, Contracting Officer Course, Senior Officer Legal Orientation, etc.) before assuming command.

Upon selection of general officer, Active officers are required to attend four functional courses: the General Officer Orientation Course, the Force Integration Curse, the Leadership Development Course at the Center for Creative Leadership, and the Capstone Course. RC general officers are only required to take the General Officer Orientation Course. The other courses are recommend dependent upon available funding and vacancies. In addition, there are many functional courses available, based on assignment, such as a Joint Flag Officer Warfighting Course, the Division Commander/ Assistant Division Commander Course, and several programs at universities.




NOTE: ALSO INCLUDES FUNCTIONAL COURSES DEFINED IN AR 351-1

Figure 9. Officer Education System