24

Department of the Army
Pamphlet 350–59

Schools

# Army Correspondence Course Program Catalog

Appli & Answ

Headquarters
Department of the Army
Washington, DC
26 October 2001

UNCLASSIFIED

# SUMMARY of CHANGE

DA PAM 350–59
Army Correspondence Course Program Catalog

The transfer of Army Correspondence Course Program material from paper-based format to electronic format is ongoing.

o Visit the General Dennis J. Reimer Training & Doctrine Digital Library at http://www.adtdl.army.mil to view courses and subcourses that are available only in electronic format (chapter 2, chapter 3, paragraph 3-3).

o The numerous forms referenced throughout this publication are not listed in appendix A.

# PREFACE

See your ACCP EXAMINATION SHEET for your school code.

| Code | School | Student services contact |
|---|---|---|
| 011 | Aviation | |
| 031 | Chemical | |
| 052 | Engineer | |
| 061 | Field Artillery | |
| 081 | Combat Lifesaver | |
| 091 | Ordnance | Team A |
| 101 | Quartermaster | DSN 927-2127/3322 |
| 113 | Signal | COML (757) 878-2127/3322 |
| 171 | Armor | E-mail: teama@atsc.army.mil |
| 191 | Military Police | |
| 301 | Intelligence | |
| 441 | Air Defense | |
| 552 | Aviation Logistics | |
| 553B | AIPD | |
| 071 | Infantry | |
| 093 | Missile & Munitions | |
| 131 | Civilian Personnel | |
| 181 | Judge Advocate General | |
| 212 | American Forces Information Service | Team B |
| 215 | Defense Language | DSN 927-2079/5715 |
| 212/224 | Public Affairs | COML (757) 878-2079/5715 |
| 400 | SGT MAJ Academy | E-mail: teamb@atsc.army.mil |
| 514 | Music | |
| 551 | Transportation | |
| 553A | ACETS | |
| 553C | STRAC | |
| 553E | Delay Entry Program (DEP) | |
| 805A | Finance | |
| 805B | Recruiting & Retention | |
| 805C | Adjutant General | |
| 805D | Chaplain | |
| 887 | Human Engineering | |
| 908 | School of Military Packaging Technology | |
| 553D | Defense Security Program | Team C |
| 907 | ALMC | DSN 927-2169/3335 |
| 999 | Individual Enrollment | COML (757) 878-2169/3335 |
| | | E-mail: teamc@atsc.army.mil |

Revised Sep 2001

# FOREWORD

## HOW TO USE THIS CATALOG

Go to chapter 1, paragraph 1–7, for guidance on how to enroll in courses administered by the Army Institute for Professional Development (AIPD) (listed in chapter 2) or individual subcourses (chapter 3). If you are enrolling in a course listed in chapter 4, follow the instructions specified in the course description. In any case, make sure you are eligible for enrollment and meet any prerequisites.

If you have selected a course administered by AIPD, go to chapter 3 for a description of the individual subcourses within the course. The description includes the number of credit hours awarded for completion of each subcourse.

Telephone extensions and e-mail addresses for student services teams at AIPD are provided in the preface of this publication.

Headquarters
Department of the Army
Washington, DC
26 October 2001

*Department of the Army
Pamphlet 350–59

Schools

# Army Correspondence Course Program Catalog

By Order of the Secretary of the Army:

ERIC K. SHINSEKI
*General, United States Army*
*Chief of Staff*

Official:

JOEL B. HUDSON
*Administrative Assistant to the*
*Secretary of the Army*

**History.** This is a revised publication. Because the publication has been extensively revised, the changed portions have not been highlighted.

**Summary.** The Army Correspondence Course Program is the formal nonresident extension of the U.S. Army Training and Doctrine Command service schools' curriculums that are centrally administered by the Army Institute for Professional Development, U.S. Army Training Support Center, Fort Eustis, VA 23604–5121. This pamphlet lists the courses and subcourses administered by the Army Institute for Professional Development and outlines procedures and administrative functions that affect student enrollment. This publication also includes correspondence courses offered by Army schools and agencies and selected Department of Defense agencies that administer their own programs independently of the Army Institute for Professional Development. The Army Institute for Professional Development is accredited by the Distance Education and Training Council. This accreditation signifies the achievement of the Distance Education and Training Council's standards involving the development, production, and administration of home study programs.

**Applicability.** This pamphlet applies to active duty military of all branches, foreign military, Army National Guard of the United States, Reserve personnel, and Department of Defense civilians. During mobilization, procedures in this publication may be modified by the proponent.

**Proponent and exception authority.** The proponent for this pamphlet is the Commanding General, U.S. Army Training and Doctrine Command. The proponent has the authority to approve exceptions to this pamphlet that are consistent with controlling law and regulation. The proponent may delegate this approval authority, in writing, to a division chief in the proponent agency in the grade of colonel or the civilian equivalent.

**Suggested Improvements.** Users are invited to send comments and suggested improvements on DA Form 2028 (Recommended Changes to Publications and Blank Forms) directly to Commander, U.S. Army Training Support Center, ATTN: ATIC–DLC–D, Fort Eustis, VA 23604–5166.

**Distribution.** Distribution of this publication is available in electronic media only and is intended for command levels A, B, C, D, and E for Active Army, Army National Guard of the U.S., and U.S. Army Reserve.

**Contents** (Listed by paragraph and page number)

**Chapter 1**
**Introduction,** *page 1*

*Section I*
*General, page 1*
Purpose • 1–1, *page 1*
References • 1–2, *page 1*
Explanation of abbreviations and terms • 1–3, *page 1*
Programs administered by the Army Institute for Professional Development (consolidated ACCP) • 1–4, *page 1*
Correspondence course programs offered by other activities (not administered by AIPD) • 1–5, *page 2*

*Section II*
*Enrollment, page 2*
Eligibility • 1–6, *page 2*

*This pamphlet supersedes DA Pam 350–59, dated 1 October 2000.



UNCLASSIFIED 1155

**Contents—Continued**

Enrollment • 1–7, *page 2*
Rate of subcourse issue • 1–8, *page 3*
Transcripts and copies of records • 1–9, *page 3*
Voluntary withdrawal • 1–10, *page 3*
Cancellation of enrollment • 1–11, *page 3*
Reinstatement • 1–12, *page 3*

*Section III*
*Administrative Terms, page 3*
Subcourse • 1–13, *page 3*
Course • 1–14, *page 3*
Credit hour • 1–15, *page 3*
Methods of completing examinations • 1–16, *page 3*
ATSC Form 157 (Data Mailer) • 1–17, *page 3*
Exempt credit • 1–18, *page 4*
Promotion points • 1–19, *page 4*
Enrollment year • 1–20, *page 4*
Retirement point • 1–21, *page 4*
Subcourse completion notice • 1–22, *page 4*
Phase completion notice • 1–23, *page 4*
Course completion notice • 1–24, *page 4*
Certificate of Completion • 1–25, *page 4*
Diplomas • 1–26, *page 4*

*Section IV*
*Administrative Procedures for Programs Administered by AIPD, page 4*
Required progress • 1–27, *page 4*
Grading system and reexamination • 1–28, *page 5*
Certifying your work • 1–29, *page 5*
Award of MOS/branch qualification • 1–30, *page 5*
Student records • 1–31, *page 5*
Change of address • 1–32, *page 5*
Communication with AIPD • 1–33, *page 5*
ACCP catalog availability • 1–34, *page 5*

**Chapter 2**
**Consolidated Army Correspondence Course Program (ACCP),** *page 6*

*Section I*
*Adjutant General School (U.S. Army Soldier Support Institute), page 6*
RC Adjutant General Officer Advanced Course (AOC 42) (Course Number: 805C A11) • 2–1, *page 6*
S1/Personnel Officer Course (Course Number: 805C Q19) • 2–2, *page 6*
Personnel Staff Officer Course (Course Number: 805C Q21) • 2–3, *page 6*
Military Personnel Officer Course (Course Number: 805C D23) • 2–4, *page 6*
Advanced Level Sustainment Training Technical Course • 2–5, *page 7*
Basic Level Sustainment Training Technical Course • 2–6, *page 7*
Administrative Course (MOS 71L20) (Course Number: 805C M15) • 2–7, *page 7*
Personnel Administration Course (MOS 75B20) (Course Number: 805C M17) • 2–8, *page 7*
Personnel Services Specialist Course (MOS 75H20) (Course Number: 805C M25) • 2–9, *page 7*

*Section II*
*U.S. Army Air Defense Artillery School, page 8*
RC ADA Officer Advanced Course (Course Number: 441 A11) • 2–10, *page 8*
RC SHORAD Officer Reclassification Course (Course Number: 441 Q21) • 2–11, *page 8*
RC WOAC Air Defense Systems Technician (MOS 140A) (Course Number: 441 W31) • 2–12, *page 8*

**Contents—Continued**

Common Military Subjects for Skill Level 4 (all ADA MOSs) (Course Number: 441 D17) • 2–13, *page 8*
Common Military Subjects for Skill Level 3 (all ADA MOSs) (Course Number: 441 D15) • 2–14, *page 8*
Common Military Subjects for Skill Level 2 (all ADA MOSs) (Course Number: 441 D13) • 2–15, *page 9*
Common Military Subjects for Skill Level 1 (all ADA MOSs) (Course Number: 441 D11) • 2–16, *page 9*
Operations and Intelligence Assistant (Course Number: 441 M15) • 2–17, *page 9*
Patriot Fire Control Enhanced Operator/Maintainer Course (MOS 14E) (Course Number: 441 M33) • 2–18, *page 9*
Patriot Launching Station Enhanced Operator/Maintainer Course (MOS 14T) (Course Number: 441 M35) • 2–19, *page 9*
MANPAD System Training (MOS 14S/14M) (Course Number: 441 M23) • 2–20, *page 9*
ADA Senior Sergeant (MOS 14Z) (Course Number: 441 M51) • 2–21, *page 9*
ADA Command and Control System AN/TSQ–73 Missile Minder (MOS 14L) (Course Number: 441 M31) • 2–22, *page 10*

*Section III*
*U.S. Army Armor School, page 10*
Requirements for branch transfer • 2–23, *page 10*
Armor Captains Career Course • 2–24, *page 10*
Maintenance Leader Course (MLC) (Course Number: 171 Q12) • 2–25, *page 11*

*Section IV*
*U.S. Army Aviation Center, page 11*
Aviation Accident Prevention Management Course (Course Number: 011 D21) • 2–26, *page 11*
Aviation Logistics Manager Course (Course Number: 011 Q13) • 2–27, *page 11*
Aviation Safety Officer Course (Course Number: 011 Q11) • 2–28, *page 11*
Avionic Mechanic (MOS 68N) (Course Number: 011 M10) • 2–29, *page 12*
Air Traffic Control Operator Course (MOS 93C) (Course Number: 011 M20) • 2–30, *page 12*
Air Traffic Control Preparatory Course (Course Number: 011 D11) • 2–31, *page 12*
Aviation Operations Specialist Course (MOS 93P) (Course Number: 011 M24) • 2–32, *page 12*
Aviation Survival Course (Course Number: 011 D23) • 2–33, *page 12*
Special Course for Safety Management (Basic) (Course Number: 011 D13) • 2–34, *page 12*

*Section V*
*U.S. Army Aviation Logistics School, page 12*
Aviation Maintenance Management Course (Course Number: 552 D11) • 2–35, *page 12*
Basic Aircraft Maintenance Course (Course Number: 552 D13) • 2–36, *page 13*
Aircraft Structural Maintenance Technician (Course Number: CDC 2A 753) • 2–37, *page 13*

*Section VI*
*U.S. Army Chaplain Center and School, page 13*
RC Chaplain Officer Advanced Course (Course Number: 805D A11) • 2–38, *page 13*
RC Chaplain Officer Basic Course (Course Number: 805D B11) • 2–39, *page 13*
Chaplain Assistant Senior Supervisor Sustainment Training Course (MOS 56M50) (Course Number: 805D M51) • 2–40, *page 14*
Chaplain Assistant Advanced Sustainment Training Course (MOS 56M40) (Course Number: 805D M41) • 2–41, *page 14*
Chaplain Assistant Reserve Component Reclassification Course (MOS 56M10) (Course Number: 805D M35) • 2–42, *page 14*
Chaplain Assistant Initial Sustainment Training Course (MOS 56M) (Course Number: 805D M31) • 2–43, *page 14*

*Section VII*
*U.S. Army Chemical School, page 15*
RC Chemical Officer Advanced Course (Course Number: 031 A11) • 2–44, *page 15*
RC Chemical Senior Leader Qualification Course (Course Number: 031 Q11) • 2–45, *page 15*
Unit NBC Defense Officer/NCO Refresher Course (Course Number: 031 F11) • 2–46, *page 15*
Chemical Advanced Refresher Course (Course Number: 031 D11) • 2–47, *page 15*
Chemical Specialist Refresher Course (MOS 54B30) (Course Number: 031 M30) • 2–48, *page 16*

**Contents—Continued**

Decontamination Course (Course Number: 031 M32) • 2–49, *page 16*
Smoke Course (Course Number: 031 M34) • 2–50, *page 16*

*Section VIII*
*Combat Lifesaver Course (U.S. Army Medical Department Center and School), page 16*
Combat Lifesaver Correspondence Course (Course Number: 081 F11) • 2–51, *page 16*

*Section IX*
*Defense Language Institute, page 17*
General • 2–52, *page 17*
Russian Proficiency Improvement Course (Course Number: 215 F11) • 2–53, *page 17*
Polish Proficiency Improvement Course (Course Number: 215 F21) • 2–54, *page 17*
Czech Proficiency Improvement Course (Course Number: 215 F31) • 2–55, *page 17*

*Section X*
*U.S. Army Engineer School, page 17*
Courses for officers • 2–56, *page 17*
RC Engineer Officer Advanced Course (Course Number: 052 A11) • 2–57, *page 18*
RC WOAC Utilities Operations and Maintenance Technician (MOS 210A) (Course Number: 052 W31) • 2–58, *page 18*
RC WOAC Engineer Equipment Repair Technician (MOS 919A) (Course Number: 052 W33) • 2–59, *page 19*
RC WOBC Utilities Operations and Maintenance Technician (MOS 210A) (Course Number: 052 W11) • 2–60, *page 19*
RC WOBC Engineer Equipment Repair Technician (MOS 919A) (Course Number: 052 W13) • 2–61, *page 19*
Terrain Analysis Technician Refresher Course (MOS 215D) (Course Number: 052 W37) • 2–62, *page 20*
Combat Engineering Advanced Refresher Course (CMF 12) (Course Number: 052 D11) • 2–63, *page 20*
Combat Engineering Basic Refresher Course (CMF 12) • 2–64, *page 20*
Combat Engineer Course (MOS 12B) (Course Number: 052 M17) • 2–65, *page 20*
Bridge Crewman Course (MOS 12C) (Course Number: 052 M19) • 2–66, *page 20*
General Engineering Advanced Refresher Course (CMF 51) (Course Number: 052 D13) • 2–67, *page 21*
General Engineering Basic Refresher Course (CMF 51) • 2–68, *page 21*
Diver General Engineering Course (MOS 00B) (Course Number: 052 M38) • 2–69, *page 21*
Carpentry and Masonry Specialist Course (MOS 51B) (Course Number: 052 M40) • 2–70, *page 21*
Construction Engineer Supervisor Course (MOS 51H) (Course Number: 052 M42) • 2–71, *page 21*
Plumber Course (MOS 51K) (Course Number: 052 M44) • 2–72, *page 21*
Electrician Course (MOS 51R) (Course Number: 052 M46) • 2–73, *page 22*
Construction Equipment Repair Course (MOS 62B) (Course Number: 052 M50) • 2–74, *page 22*
Cartographer Course (MOS 81T) (Course Number: 052 M52) • 2–75, *page 22*
Topographic Surveyor Course (MOS 82D) (Course Number: 052 M56) • 2–76, *page 22*
Engineer Construction Course (Course Number: 052 D55) • 2–77, *page 22*
Engineer Combat Support Course (Course Number: 052 D57) • 2–78, *page 22*

*Section XI*
*U.S. Army Field Artillery School, page 22*
Senior Officer Field Artillery Refresher Course (Course Number: 061 Q11) • 2–79, *page 22*
RC Field Artillery Officer Advanced Course (Course Number: 061 A11) • 2–80, *page 23*
RC Field Artillery Officer Advanced Course for Branch Transfers (Course Number: 061 A12) • 2–81, *page 23*
Field Artillery Officer Preparatory Advanced Course (Course Number: 061 Q13) • 2–82, *page 23*
FA Officer Branch Orientation Course (Course Number: 061 Q23) • 2–83, *page 23*
RC WOBC Field Artillery Targeting Technician Course (MOS 131A) (Course Number: 061 W11) • 2–84, *page 23*
Field Artillery Senior NCO Targeting Course (Course Number: 061 M50) • 2–85, *page 24*
Field Artillery Cannon Advanced Studies • 2–86, *page 24*
Field Artillery Cannon Basic Studies • 2–87, *page 24*
Radar Repairer Course (MOS 39M) (Course Number: 061 M80) • 2–88, *page 25*
Cannon Firing Battery Course (MOS 13B/E) (Course Number: 061 M70) • 2–89, *page 25*

**Contents—Continued**


Field Artillery Meteorology Course (MOS 93F) (Course Number: 061 M84) • 2–90, *page 25*
Field Artillery Radar Crew Member Course (Course Number: 061 M76) • 2–91, *page 25*
Field Artillery Surveyor Course, Level I (MOS 82C) (Course Number: 061 M78) • 2–92, *page 25*
Fire Direction Course, Level I (MOS 13E) (Course Number: 061 M82) • 2–93, *page 25*
Fire Support Team (FIST) Chief/Member Course (MOS 13F) (Course Number: 061 G11) • 2–94, *page 25*
Fire Support Element (FSE) Member Course (MOS 13F) (Course Number: 061 D11) • 2–95, *page 25*
Division Artillery Tactical Operations Center Course (Course Number: 061 D13) • 2–96, *page 26*

*Section XII*
*Finance School (U.S. Army Soldier Support Institute), page 26*
RC Finance Officer Advanced Course (AOC 44) (Course Number: 805A A11) • 2–97, *page 26*
Finance Officer Branch Qualification Course (Course Number: 805A Q11) • 2–98, *page 26*
Nonappropriated Funds Management Course (previously Central Accounting Officer Course) (Course Number: 805A Q13) • 2–99, *page 26*
Advanced Level Sustainment Training Technical Course (MOS 73C40/73D40) (Course Number: 805A M27) • 2–100, *page 26*
Basic Level Sustainment Training Technical Course (MOS 73C/73D) (Course Number: 805A M25) • 2–101, *page 27*
Military Accounting Supervisor/Technician Course (Course Number: 805A D22) • 2–102, *page 27*
Disbursing Operations Management Course (Course Number: 805A D15) • 2–103, *page 27*
Planning, Programing, Budgeting, and Execution System Course (Course Number: 805A D52) • 2–104, *page 27*
Resource Management Budget Course (Course Number: 805A D50) • 2–105, *page 27*
Military Pay Introductory Finance Course (Course Number: 805A D24) • 2–106, *page 27*

*Section XIII*
*U.S. Army Infantry School, page 28*
Infantry Field Grade Officer Refresher Training Course (Course Number: 071 Q11) • 2–107, *page 28*
RC Infantry Officer Advanced Course (Course Number: 071 A11) • 2–108, *page 28*
Primary Leadership Development Preparatory Course (Course Number: 071 D21) • 2–109, *page 28*
Basic Leadership Preparatory Course (Course Number: 071 D23) • 2–110, *page 28*
RC Long-Range Surveillance Leader Course (LRSLC) (Course Number: 071 F11) • 2–111, *page 28*
Battalion Intelligence and Operation Sergeant's Course (Course Number: 071 F13) • 2–112, *page 29*
Infantry Advanced Refresher Training Course (MOS 11B) (Course Number: 071 M50) • 2–113, *page 29*
Infantry Advanced Refresher Training Course (MOS 11C) (Course Number: 071 M52) • 2–114, *page 29*
Infantry Advanced Refresher Training Course (MOS 11H) (Course Number: 071 M54) • 2–115, *page 29*
Infantry Advanced Refresher Training Course (MOS 11M) (Course Number: 071 M56) • 2–116, *page 29*
Infantry Basic NCO Common Core Subjects (Course Number: 071 D13) • 2–117, *page 29*
Infantry Basic Refresher Training Course (MOS 11B) (Course Number: 071 M20) • 2–118, *page 29*
Infantry Basic Refresher Training Course (MOS 11C) (Course Number: 071 M22) • 2–119, *page 30*
Infantry Basic Refresher Training Course (MOS 11H) (Course Number: 071 M24) • 2–120, *page 30*
Infantry Basic Refresher Training Course (MOS 11M) (Course Number: 071 M26) • 2–121, *page 30*
TOW Unit Training Course (MOS 11H) (Course Number: 071 D15) • 2–122, *page 30*
RC Military Observer Controller Course (Course Number: 071 F15) • 2–123, *page 30*

*Section XIV*
*U.S. Army Intelligence Center and Fort Huachuca, page 30*
Total Army Training System (TATS) Military Intelligence Officer Transition Course (MIOTC) (Course Number: 301 T23) • 2–124, *page 30*
RC Military Intelligence Career Captain's Course (RC–MICC) (Course Number: 301 A12) • 2–125, *page 31*
RC Imagery Exploitation Course (AOC 35C) (Course Number: 301 Q13) • 2–126, *page 31*
CI Familiarization Course (Course Number: 301 Q19) • 2–127, *page 32*
Tactical Intelligence Familiarization Course (Course Number: 301 Q21) • 2–128, *page 32*
Advanced Imagery Analyst Course (96D/350D/35C) (Course Number: 301 D11) • 2–129, *page 32*
Basic Imagery Analyst Course (96D/350D/35C) (Course Number: 301 D13) • 2–130, *page 32*
RC Military Intelligence Warrant Officer Reclassification Course (Course Number: 301 W10) • 2–131, *page 33*

**Contents—Continued**

RC WOBC Military Intelligence (MOS 350D/B, 351B/E, 352C/D/G/H/J/K and 353A) (Course Number: 301 W11) • 2–132, *page 33*
Advanced Intelligence Analyst Course (AOC 35D/MOS 350B/D/L and 96B) (Course Number: 301 D17) • 2–133, *page 34*
Basic Intelligence Analyst Course (AOC 35D/MOS 350B/D/L and 96B) (Course Number: 301 D15) • 2–134, *page 34*
RC Imagery Analyst Interim Total Army Training System (TATS) Course (MOS 96D10) (Course Number 301 T20) • 2–135, *page 34*
Aerial Sensor Specialist Course (MOS 96H) (Course Number: 301 M11) • 2–136, *page 34*
Ground Surveillance Radar Systems Operator Refresher Course (MOS 96R) (Course Number: 301 M13) • 2–137, *page 35*
RC Ground Surveillance Systems Operator Total Army Training System (TATS) Course (MOS 96R10) (Course Number 301 T10) • 2–138, *page 35*
Advanced Unmanned Aerial Vehicle (UAV) Operator Course (MOS 96U) (Course Number 301 M42) • 2–139, *page 35*
Basic Unmanned Aerial Vehicle (UAV) Operator Course (MOS 96U) (Course Number 301 M40) • 2–140, *page 35*
Counterintelligence Agent Course (MOS 97B) (Course Number: 301 M15) • 2–141, *page 36*
Human Intelligence Collector Course (MOS 97E) (Course Number: 301 M27) • 2–142, *page 36*
Basic Electricity and Electronics Special Course (CMF 33) (Course Number: 301 D19) • 2–143, *page 36*
RC IEW/Intercept Systems Repairer (MOS 33W10–RC) (Course Number: 301 M23) • 2–144, *page 36*
Basic Cryptanalysis Course (MOS 98C) (Course Number: 301 M25) • 2–145, *page 36*
Communications Interceptor/Locator Course (MOS 98H) (Course Number: 301 M33) • 2–146, *page 36*
RC Non-Communications Interceptor/Analyst Course (MOS 98J10-RC) (Course Number: 301 M35) • 2–147, *page 36*
Non-Morse Interceptor Analyst Course (MOS 98K) (Course Number: 301 M37) • 2–148, *page 37*
Journeyman Signals Intelligence Analyst Course • 2–149, *page 37*
Master Signals Intelligence Analyst Course • 2–150, *page 37*

*Section XV*
*The Judge Advocate General's School, page 37*
Equivalent and constructive credit • 2–151, *page 37*
Reserve Component Judge Advocate Officer Basic Course (55A) (Course Number: 181 B11) • 2–152, *page 38*
Reserve Component Judge Advocate Officer Advanced Course (55A) (Course Number: 181 A11) • 2–153, *page 38*
Army Legal Administrators Pre-Appointment Course (MOS 71D) (Course Number: 181 M10) • 2–154, *page 39*
Pre-Advanced Noncommissioned Officer Course (MOS 71D) (Course Number: 181 M30) • 2–155, *page 39*
Pre-Basic Noncommissioned Officer Course (MOS 71D) (Course Number: 181 M20) • 2–156, *page 39*
Phase I Reserve Component Advanced Individual Training Course (MOS 71D) • 2–157, *page 39*

*Section XVI*
*U.S. Army Logistics Management College, page 39*
General • 2–158, *page 39*
Army Maintenance Management Course (Course Number: 907 D21) • 2–159, *page 40*
Associate Logistics Executive Development Course (Course Number: 907 D25) • 2–160, *page 40*
Defense Hazardous Materials/Waste Handling Course (Course Number: 907 D17) • 2–161, *page 41*
Defense Reutilization and Marketing System—an Introduction (Course Number: 907 D15) • 2–162, *page 41*
Defense Distribution Management Course (Course Number: 907 D23) • 2–163, *page 41*
Introduction to Defense Financial Management (Course Number: 907 D11) • 2–164, *page 42*
Introduction to Operations Research Systems Analysis Course (Course Number: 907 D13) • 2–165, *page 42*
Logistics Management Development Course (Course Number: 907 D19) • 2–166, *page 42*
Support Operations Course (Phase I) (Course Number: 907 F23) • 2–167, *page 42*

*Section XVII*
*School of Military Packaging Technology, page 43*
Administrative information • 2–168, *page 43*
Packaging and Handling of Electrostatic Discharge Sensitive (ESDS) Items Course (Course Number: 908 F60) • 2–169, *page 43*

**Contents—Continued**

Defense Basic Preservation and Packing Course (Course Number: 908 F13) • 2–170, *page 43*
Defense Marking for Shipment and Storage Course (Course Number: 908 F32) • 2–171, *page 43*
Defense Packaging Data Systems Course (Course Number: 908 F40) • 2–172, *page 43*
Hazardous Materials Handling Course (Course Number: 908 F50) • 2–173, *page 43*

*Section XVIII*
*U.S. Army Military Police School, page 44*
Advanced Military Police Branch Orientation Course (Course Number: 191 Q11) • 2–174, *page 44*
Basic Military Police Branch Orientation Course (Course Number: 191 Q13) • 2–175, *page 44*
CID Warrant Officer Refresher Course (Course Number: 191 W11) • 2–176, *page 44*
Enemy Prisoner of War/Civilian Internee Refresher Course) (Course Number: 191 D11) • 2–177, *page 44*
Advanced NCO Refresher Course (MOS 95B) (Course Number: 191 M11) • 2–178, *page 44*
Basic NCO Refresher Course (CMF 95) (Course Number: 191 M15) • 2–179, *page 44*
Internment/Resettlement Specialist Course (Conversion) (Course Number: 191 M31) • 2–180, *page 45*
RC Apprentice Criminal Investigation Division (CID) Special Agent Course (MOS 95D) (Course Number: 191 M21) • 2–181, *page 45*
Physical Security Course (Course Number: 191 G11) • 2–182, *page 45*
Civil Disturbance Course (Course Number: 191 G13) • 2–183, *page 46*

*Section XIX*
*Ordnance Branch Courses (Combined Arms Support Command), page 46*
RC Ordnance Officer Advanced Course (Course Number: 091 A11) • 2–184, *page 46*
RC WOAC Repair Technician Course (MOS 913A/914A) (Course Number: 091 W31) • 2–185, *page 46*
RC WOAC Unit Maintenance Technician (Heavy) Course (MOS 915D) (Course Number: 091 W33) • 2–186, *page 46*
RC WOAC Support Maintenance Technician Course (MOS 915E) (Course Number: 091 W35) • 2–187, *page 47*
RC WOBC Armament Repair Technician Course (MOS 913A) (Course Number: 091 W11) • 2–188, *page 47*
RC WOBC Repair Shop Technician Course (MOS 914A) (Course Number: 091 W13) • 2–189, *page 47*
RC WOBC Unit Maintenance Technician (Light) Course (MOS 915A) (Course Number: 091 W15) • 2–190, *page 47*
NCO Mechanical Maintenance Common Core Course (Course Number: 091 D11) • 2–191, *page 48*
Mechanical Maintenance Senior NCO Course (Course Number: 091 D15) • 2–192, *page 48*
Metal Worker Course (MOS 44B) (Course Number: 091 M13) • 2–193, *page 48*
Machinist Course (MOS 44E) (Course Number: 091 M11) • 2–194, *page 48*
Small Arms Repairer Course (MOS 45B) (Course Number: 091 M15) • 2–195, *page 48*
Self-Propelled Field Artillery Turret Mechanic Course (MOS 45D) (Course Number: 091 M17) • 2–196, *page 48*
Fire Control Systems Repairer Course (MOS 45G) (Course Number: 091 M19) • 2–197, *page 49*
Tank Turret Repairer Course (MOS 45K) (Course Number: 091 M21) • 2–198, *page 49*
Bradley Fighting Vehicle System Turret Mechanic Course (MOS 45T) (Course Number: 091 M25) • 2–199, *page 49*
Utility Equipment Repairer Course (MOS 52C) (Course Number: 091 M27) • 2–200, *page 49*
Light Wheel Vehicle Mechanic Course (MOS 63B) (Course Number: 091 M31) • 2–201, *page 49*
Self-Propelled Artillery System Mechanic Course (MOS 63D) (Course Number: 091 M33) • 2–202, *page 49*
M1 Abrams Tank Systems Mechanic Course (MOS 63E) (Course Number: 091 M35) • 2–203, *page 49*
Track Vehicle Repairer Course (MOS 63H) (Course Number: 091 M37) • 2–204, *page 50*
Quartermaster and Chemical Equipment Repairer Course (MOS 63J) (Course Number: 091 M39) • 2–205, *page 50*
Heavy Wheel Vehicle Mechanic Course (MOS 63S) (Course Number: 091 M43) • 2–206, *page 50*
Bradley Fighting Vehicle System Mechanic Course (MOS 63T) (Course Number: 091 M45) • 2–207, *page 50*
Wheel Vehicle Repairer Course (MOS 63W) (Course Number: 091 M47) • 2–208, *page 50*
Track Vehicle Mechanic Course (MOS 63Y) (Course Number: 091 M49) • 2–209, *page 50*

*Section XX*
*Ordnance Missile and Munitions Branch Courses (Combined Arms Support Command), page 51*
RC Munitions Materiel Management Officer Advanced Course (AOC 91D) (Course Number: 093 A11) • 2–210, *page 51*
RC WOBC Ammunition Technician (MOS 910A) (Course Number: 093 W11) • 2–211, *page 51*

**Contents—Continued**

Radar Set AN/FPN–40 Refresher Course (MOS 35D) (Course Number: 093 M24) • 2–212, *page 51*
Radio/COMSEC Repairer Course (MOS 35E10) (Course Number: 093 M35) • 2–213, *page 51*
Special Electronic Devices Repairer Course (MOS 35F10) (Course Number: 093 M05) • 2–214, *page 52*
Test Measurement and Diagnostic Equipment (TMDE) Maintenance Support Specialist Basic Level Technical Refresher Course (MOS 35H10) (Course Number: 093 M88) • 2–215, *page 52*
Electronic Technology Course (Course Number: 093 D19) • 2–216, *page 52*
Computer Automation Systems Repairer Course (MOS 35J10) (Course Number: 093 M37) • 2–217, *page 52*
Avionics Communications Equipment Repairer (MOS 35L) (Course Number: 093 M12) • 2–218, *page 52*
Wire Systems Equipment Repair Course (MOS 35N10) (Course Number: 093 M39) • 2–219, *page 53*
Avionic Systems Repairer (MOS 35R) (Course Number: 093 M16) • 2–220, *page 53*
RC Ammunition Specialist BNCOC (Consolidated) Course (MOS 55B30) (Course Number: 093 M28) • 2–221, *page 53*
Explosive Ordnance Disposal (EOD) Course (MOS 55D) (Course Number: 093 M40) • 2–222, *page 53*

*Section XXI*
*U.S. Army Element School of Music (U.S. Army Soldier Support Institute), page 54*
RC WOBC Band Commander Course (420C) (Course Number: 514 W13) • 2–223, *page 54*
Band Commander Sustainment Training Course (Course Number: 514 F11) • 2–224, *page 54*
RC Advanced Noncommissioned Officers Course (MOS 02B—02U) (Course Number: 514 M03) • 2–225, *page 54*
RC Basic Noncommissioned Officer Course (MOS 02B—02U) (Course Number: 514 M01) • 2–226, *page 54*
Advanced Enlisted Professional Development Course (MOS 02B—02U) (Course Number: 514 M07) • 2–227, *page 55*
Basic Enlisted Professional Development Course (MOS 02B—02U) (Course Number: 514 M05) • 2–228, *page 55*

*Section XXII*
*U.S. Army Public Affairs Center, page 55*
RC Public Affairs Officer Qualification Course (Course Number: 212 Q11) • 2–229, *page 55*
RC Basic Journalist MOS Qualification Course (MOS 46Q10) (Course Number: 212 M11) • 2–230, *page 55*
RC Basic Broadcaster MOS Qualification Course (MOS 46R10) (Course Number: 212 M13) • 2–231, *page 55*

*Section XXIII*
*Quartermaster Branch Courses (Combined Arms Support Command), page 56*
RC Quartermaster Officer Advanced Course (Course Number: 101 A11) • 2–232, *page 56*
Petroleum Officer Course (Course Number: 101 Q15) • 2–233, *page 56*
Food Service Officer (Course Number: 101 Q17) • 2–234, *page 56*
Food Service Management Course (Course Number: 101 F11) • 2–235, *page 56*
RC WOAC Property Accounting Technician (MOS 920A) (Course Number: 101 W31) • 2–236, *page 57*
RC WOAC Supply Systems Technician (MOS 920B) (Course Number: 101 W33) • 2–237, *page 57*
RC WOAC Food Service Technician (MOS 922A) (Course Number: 101 W35) • 2–238, *page 57*
RC WOBC Property Accounting Technician Course (920A) (Course Number: 101 W11) • 2–239, *page 57*
RC WOBC Supply Systems Technician Course (920B) (Course Number: 101 W13) • 2–240, *page 57*
RC WOBC Food Service Technician Course (922A) (Course Number: 101 W15) • 2–241, *page 58*
Troop Issue Subsistence Activity (TISA) Management Course (Course Number: 101 F13) • 2–242, *page 58*
Fabric Repair Specialist Course (MOS 43M20) (Course Number: 101 M01) • 2–243, *page 58*
Laundry and Shower Specialist Course (MOS 57E20) (Course Number: 101 M03) • 2–244, *page 58*
Mortuary Affairs Specialist Course (MOS 92M40) (Course Number: 101 M14) • 2–245, *page 58*
Mortuary Affairs Specialist Course (MOS 92M30) (Course Number: 101 M13) • 2–246, *page 58*
Mortuary Affairs Specialist Course (MOS 92M20) (Course Number: 101 M12) • 2–247, *page 58*
Petroleum Supply Specialist Course (MOS 77F50) (Course Number: 101 M50) • 2–248, *page 58*
Petroleum And Water Specialist Total Army Training System (TATS) ANCOC Course (MOS 77F40)(Course Number: 101 T40) • 2–249, *page 59*
Petroleum Supply Specialist Course (MOS 77F30) (Course Number: 101 M05) • 2–250, *page 59*
Petroleum Laboratory Specialist Course (MOS 77L40) (Course Number: 101 M52) • 2–251, *page 59*
Petroleum Laboratory Specialist Course (MOS 77L30) (Course Number: 101 M51) • 2–252, *page 59*
Water Treatment Specialist Course (MOS 77W40) (Course Number: 101 M26) • 2–253, *page 59*

**Contents—Continued**

Water Treatment Specialist Course (MOS 77W30) (Course Number: 101 M25) • 2–254, *page 59*
Water Treatment Specialist Course (MOS 77W20) (Course Number: 101 M24) • 2–255, *page 59*
Automated Logistical Specialist (MOS 92A50) (Course Number: 101 M31) • 2–256, *page 60*
Automated Logistical Specialist (MOS 92A40) (Course Number: 101 M30) • 2–257, *page 60*
Automated Logistical Specialist (MOS 92A30) (Course Number: 101 M29) • 2–258, *page 60*
Automated Logistical Specialist (MOS 92A10/20) (Course Number: 101 M28) • 2–259, *page 60*
Unit Supply Specialist Course (MOS 92Y40) (Course Number: 101 M42) • 2–260, *page 60*
Unit Supply Specialist Course (MOS 92Y30) (Course Number: 101 M41) • 2–261, *page 60*
Unit Supply Specialist Course (MOS 92Y20) (Course Number: 101 M40) • 2–262, *page 60*
Food Service Specialist Course (MOS 92G40) (Course Number: 101 M34) • 2–263, *page 60*
Food Service Specialist Course (MOS 92G30) (Course Number: 101 M33) • 2–264, *page 61*
Food Service Specialist Course (MOS 92G20) (Course Number: 101 M32) • 2–265, *page 61*

*Section XXIV*
*U.S. Army Recruiting Command, page 61*
Delayed Entry Program Correspondence Course (Course Number: 553E D11 • 2–266, *page 61*

*Section XXV*
*Recruiting and Retention School (U.S. Army Soldier Support Institute), page 61*
Reenlistment NCO Course (Course Number: 805B F11) • 2–267, *page 61*

*Section XXVI*
*U.S. Army Research Laboratory, Human Research and Engineering Directorate, page 61*
Human Factors Engineering Course (Course Number: 887 G11) • 2–268, *page 61*

*Section XXVII*
*U.S. Army Signal Center and School, page 62*
Visual Information Officer Course (Skill 5B) (Course Number: 113 Q11) • 2–269, *page 62*
RC Signal Officer Advanced Course (Course Number: 113 A11) • 2–270, *page 62*
Visual Information Advanced Refresher Course (CMF 25) (Course Number: 113 D11) • 2–271, *page 62*
Multimedia Illustrator Course (MOS 25M) (Course Number: 113 M14) • 2–272, *page 62*
Visual Information/Equipment Operator-Maintainer Course (MOS 25R) (Course Number: 113 M16) • 2–273, *page 62*
Combat Documentation/Production Specialist (MOS 25V) (Course Number: 113 M25) • 2–274, *page 63*
RC Signal NCO Advanced Refresher Course (CMF 31) (Course Number: 113 D19) • 2–275, *page 63*
Single Channel Radio Operator Course (MOS 31C20) (Course Number: 113 M40) • 2–276, *page 63*
Radio Operator Maintainer Course (M0S 31C10) (Course Number: 113 M36) • 2–277, *page 63*
Network Switching Systems Operator Maintainer Course (MOS 31F10) (Course Number: 113 M09) • 2–278, *page 63*
Antenna Installation Course (MOS 31L ASI F2) (Course Number: 113 Q13) • 2–279, *page 64*
Cable Splicing Course (MOS 31L ASI F6) (Course Number: 113 M48) • 2–280, *page 64*
Wire Systems Installer Course (MOS 31L30/31W40) (Course Number: 113 M50) • 2–281, *page 64*
Cable Systems Installer/Maintainer Course (MOS 31L10) (Course Number: 113 M01) • 2–282, *page 64*
Microwave Systems Operator/Maintainer Course (MOS 31P) (Course Number: 113 M30) • 2–283, *page 64*
Circuit Conditioning Course (MOS 31P) (Course Number: 113 G15) • 2–284, *page 64*
Multichannel Transmission Systems Operator/Maintainer Course (MOS 31R10) (Course Number: 113 M07) • 2–285, *page 64*
Signal Support System Specialist Course (MOS 314) (Course Number: 113 M18).. • 2–286, *page 65*
Signal Leadership Course (Course Number: 113 D23) • 2–287, *page 65*

*Section XXVIII*
*U.S. Army Training and Doctrine Command, Office of the Deputy Chief of Staff for Training, page 65*
Supervisor Development Course (SDC) (Course Number 131 F21) • 2–288, *page 65*
Manager Development Course (MDC). (Course Number 131 F31) • 2–289, *page 65*
Action Officer Development Course (AODC). (Course Number 131 F41) • 2–290, *page 66*



1163

**Contents—Continued**

*Section XXIX*
*U.S. Army Training Support Center, page 66*
NCO Primary Leadership Subjects Course (Course Number: 553B D21) • 2–291, *page 66*
NCO Basic Leadership Subjects Course (Course Number: 553B D31) • 2–292, *page 66*
Standards in Weapons Training Course (Course Number: 553C F13) • 2–293, *page 66*

*Section XXX*
*Transportation Branch Courses (Combined Arms Support Command), page 66*
RC Transportation Officer Advanced Course (Course Number: 551 A11) • 2–294, *page 66*
Locomotive Repairer (MOS 88P) (Course Number: 551 M18) • 2–295, *page 66*
Track Maintainer (MOS 88T) (Course Number: 551 M24) • 2–296, *page 67*
Train Crew Member (MOS 88U) (Course Number: 551 M26) • 2–297, *page 67*

**Chapter 3**
**Subcourse Listings for Consolidated ACCP,** *page 67*
Individual subcourse enrollment information • 3–1, *page 67*
Subcourse listings • 3–2, *page 67*
Electronic Subcourses • 3–3, *page 67*

**Chapter 4**
**Nonconsolidated Activities Correspondence Courses,** *page 190*

*Section I*
*U.S. Army Medical Department Center and School, page 190*
General procedures • 4–1, *page 190*
Enrollment and reinstatement • 4–2, *page 190*
Internet Enrollment • 4–3, *page 190*
Course completion requirement • 4–4, *page 190*
Termination • 4–5, *page 190*
Copies of records • 4–6, *page 190*
Revision of subcourses • 4–7, *page 190*
Certificates relative to assistance received • 4–8, *page 190*
Checking material • 4–9, *page 190*
Counseling services • 4–10, *page 190*
Recommended medical academic preparation program (MAPP) for certain resident courses • 4–11, *page 190*
Professional development program for commissioned officers of the AMEDD • 4–12, *page 190*
AMEDD Officer Advanced Course, Phase 1, 6–8–C22 (DL) • 4–13, *page 190*
AMEDD Officer Branch Qualification Course (Basic) 081–C2OMS • 4–14, *page 190*
AMEDD Officer Branch Qualification Course (Advanced) 081–C22MS • 4–15, *page 190*
AMEDD Company Grade Precommand Course (081–E–30) • 4–16, *page 190*
Patient Administration/Associate Healthcare Administrator Course, 7M–F3(RC)(DL) • 4–17, *page 190*
Medical Logistics Management Reserve Component Course, 8B–F20(RC)(DL) • 4–18, *page 190*
Emergency Medicine Physician Assistant Basic Studies Course 081–EMPA • 4–19, *page 190*
Introduction to Orthopaedic Surgery for Physician Assistants 081–OSPA • 4–20, *page 190*
Basic Orthopaedic Review for the Physician Assistant 081–ORTHO • 4–21, *page 190*
Skill Progress Correspondence Courses for Medical Enlisted Personnel • 4–22, *page 190*
Combat Lifesaver Enhancement Course 081–ENHANC • 4–23, *page 190*
Special Operations Medical Sergeant Preparatory Course 081–18DPREP • 4–24, *page 190*
Special Operations Medical Sergeant Sustainment Course 081–18D • 4–25, *page 190*
Medical Equipment Repairer, Unit Level, Sustainment Course 081–91A10 • 4–26, *page 190*
Medical Equipment Repairer, Advanced, Sustainment Course 081–91A30 • 4–27, *page 190*
Operating Room Specialist Sustainment Course 081–91D • 4–28, *page 190*
Dental Specialist Sustainment Course 081–91E • 4–29, *page 190*
Dental Laboratory Specialist Sustainment Course 081–91EN5 • 4–30, *page 190*
Patient Administration Specialist Sustainment Course 081–91G • 4–31, *page 190*

**Contents—Continued**

Patient Administration Specialist Reserve Component Course, 513–91G10(RC)(DL) • 4–32, *page 190*
Medical Laboratory Specialist Sustainment Course 081–91K • 4–33, *page 190*
Blood Donor Center Operations Course 311–M4(DL) • 4–34, *page 190*
Hospital Food Service Specialist Basic Sustainment Course 081–91M10 • 4–35, *page 190*
Hospital Food Service Specialist (Basic) Reserve Component Course, 800–91M10(RC)(DL) • 4–36, *page 190*
Hospital Food Service Specialist Advanced Course 081–91M30 • 4–37, *page 190*
Radiology Specialist Sustainment Course 081–91P; • 4–38, *page 190*
Pharmacy Specialist Sustainment Course 081–91Q • 4–39, *page 190*
Veterinary Food Inspection Specialist Basic Sustainment Course 081–91R10 • 4–40, *page 190*
Veterinary Food Inspection Specialist Basic Reserve Component Course, 321–91R10(RC)(DL) • 4–41, *page 190*
Veterinary Food Inspection Specialist Preparatory Advanced Course 081–91R20 • 4–42, *page 190*
Preventive Medicine Specialist Sustainment Course 081–91S • 4–43, *page 190*
Preventive Medicine Specialist Reserve Component Course, 322–91S10(RC)(DL) • 4–44, *page 190*
Animal Care Specialist Sustainment Course 081–91T10/20 • 4–45, *page 190*
Respiratory Specialist Preparatory Course 081–91V • 4–46, *page 190*
Medical Health Care Specialist Sustainment Course 081–91W10 • 4–47, *page 190*
Health Care NCO Sustainment Course 081–91W20/30 • 4–48, *page 190*
Practical Nurse ASI Preparatory Course 081–WM6PREP • 4–49, *page 190*
Practical Nurse ASI Sustainment Course 081–91WM6 • 4–50, *page 191*
Field Sanitation Team Certification Course • 4–51, *page 191*
Individual subcourses for the U.S. Army Medical Department Center and School • 4–52, *page 191*

*Section II*
*U.S. Army Command and General Staff College, page 233*
Command and General Staff Officer Course, Nonresident (1–250–C3) • 4–53, *page 233*

*Section III*
*Emergency Management Institute, page 234*
General information • 4–54, *page 234*
Course listings • 4–55, *page 235*

*Section IV*
*U.S. Army John F. Kennedy Special Warfare Center and School, page 238*
How to enroll • 4–56, *page 238*
RC Civil Affairs Officer Advanced Course (Civil Affairs Branch, 38A) • 4–57, *page 238*
Psychological Operations Officer Course RC (APC 39B) • 4–58, *page 238*

*Section V*
*U.S. Army Materiel Command, page 240*
Depot Maintenance Interservice Support Agreement Course • 4–59, *page 240*

*Section VI*
*National Cryptologic School, page 241*
Curricula • 4–60, *page 241*
Selection of students • 4–61, *page 241*
Registration • 4–62, *page 241*
Completion notice • 4–63, *page 241*
Mailing address and phone numbers for NCS Registrar • 4–64, *page 241*

*Section VII*
*United Nations Institute for Training and Research, page 241*
Introduction and eligibility • 4–65, *page 241*
Earning a Certificate-of-Training in UN Peace Support Operations, ACCP credits, College Credits, and individual course certificates-of-completion. • 4–66, *page 241*
Web site • 4–67, *page 241*
How to enroll • 4–68, *page 241*

**Contents—Continued**

Language • 4–69, *page 241*

*Section VIII*
*U.S. Army War College, page 244*
Introduction • 4–70, *page 244*
Selection procedures • 4–71, *page 244*
Course content • 4–72, *page 244*
U.S. Army War College Distance Education Course • 4–73, *page 245*
Defense Strategy Course • 4–74, *page 245*
Strategic Leader Refresher Course (SLRC) • 4–75, *page 245*

*Section IX*
*U.S. Army Warrant Officer Career Center, page 246*
Warrant Officer Advanced Course prerequisites • 4–76, *page 246*

**Appendix A.** References, *page 247*

**Table List**

Table 2–1: RC branch transfer requirements, *page 10*
Table 2–2: Military educational guidelines for engineer officers, *page 18*
Table 2–3: WOTTCC resident training schedule, *page 34*
Table 2–4: Resident courses at the Judge Advocate General's School, *page 38*
Table 3–1: Air Defense Artillery subcourses (AD), *page 67*
Table 3–2: Adjutant General subcourses (AG), *page 70*
Table 3–3: Aviation Logistics subcourses (AL), *page 75*
Table 3–4: Armor subcourses (AR), *page 75*
Table 3–5: Aviation subcourses (AV), *page 76*
Table 3–6: Chaplain subcourses (CH), *page 82*
Table 3–7: Chemical subcourses (CM), *page 85*
Table 3–8: Public Affairs Subcourses (DI), *page 87*
Table 3–9: Defense Language subcourses (DL), *page 88*
Table 3–10: Engineer subcourses (EN), *page 90*
Table 3–11: Field Artillery subcourses (FA), *page 98*
Table 3–12: Finance subcourses (FI), *page 106*
Table 3–13: Infantry subcourses (IN), *page 107*
Table 3–14: Interschool subcourses (IS), *page 121*
Table 3–15: Intelligence subcourses (IT), *page 127*
Table 3–16: The Judge Advocate General subcourses (JA), *page 139*
Table 3–17: Missile and Munitions subcourses (MM), *page 142*
Table 3–18: Military Police subcourses (MP), *page 154*
Table 3–19: School of Music subcourses (MU), *page 158*
Table 3–20: Ordnance subcourses (OD), *page 160*
Table 3–21: Public Affairs subcourses (PA), *page 170*
Table 3–22: Army Training Support Center subcourses (PD), *page 171*
Table 3–23: School of Military Packaging (PT), *page 171*
Table 3–24: Quartermaster subcourses (QM), *page 172*
Table 3–25: Recruiting and Retention subcourses (RR), *page 190*
Table 3–26: Intelligence subcourses (SA), *page 190*
Table 3–27: Signal subcourses (SS), *page 190*
Table 3–28: Transportation subcourses (TR), *page 190*
Table 4–1: Individual subcourses for the U.S. Army Medical Department Center and School, *page 191*
Table 4–2: FEMA Courses, *page 235*
Table 4–3: Individual subcourses for the U.S. Army John F. Kennedy Special Warfare Center and School, *page 239*
Table 4–4: UNITAR POCI courses, *page 242*

**Glossary**

# Chapter 1
# Introduction

## Section I
## General

### 1–1. Purpose
This pamphlet explains policies and procedures for enrolling in Army correspondence courses. It lists all correspondence courses developed and administered by the Army and certain other Government agencies.

### 1–2. References
Related publications and prescribed and referenced forms are listed in appendix A.

### 1–3. Explanation of abbreviations and terms
The glossary explains abbreviations used in this regulation.

### 1–4. Programs administered by the Army Institute for Professional Development (consolidated ACCP)
*a.* The consolidated Army Correspondence Course Program (ACCP) is administered by the Army Institute for Professional Development (AIPD), U.S. Army Training Support Center, Fort Eustis, VA.

*b.* The various proponents determine correspondence course offerings and specific eligibility requirements. They develop correspondence course materials and examinations and are responsible for the technical accuracy of the material presented.

*c.* Address administrative questions concerning grades, change of address, current course status, and enrollment extensions, and so forth to AIPD. Mailing address is Army Institute for Professional Development, U.S. Army Training Support Center, Newport News VA 23628–0001. E-mail addresses and phone numbers are listed in the Preface to this catalog. Internet Web site is http://www.atsc.army.mil/accp/aipd.htm.

*d.* Send questions concerning enrollment eligibility waivers, current course configurations, or problems with specific subcourses content to the appropriate proponent school.

*e.* The schools and agencies listed below are part of the consolidated ACCP. Their courses are administered by AIPD and are listed in chapter 2.

(1) U.S. Army Air Defense Artillery School, Fort Bliss, TX 79916–0002 (school code 441).

(2) U.S. Army Armor School, Fort Knox, KY 40121–5200 (school code 171).

(3) U.S. Army Aviation Center, Fort Rucker, AL 36362–5163 (school code 011).

(4) U.S. Army Aviation Logistics School, Fort Eustis, VA 23604–5361 (school code 552).

(5) U.S. Army Chaplain Center and School, Fort Jackson, SC 29207–7035 (school code 805D).

(6) U.S. Army Chemical School, Fort Leonard Wood 65473–8929 (school code 031).

(7) Combined Arms Support Command, Fort Lee, VA 23801–6000—Ordnance program (school code 091), Ordnance Missile and Munition program (school code 093), Quartermaster program (school code 101), Transportation program (school code 551).

(8) Defense Language Institute, Presidio of Monterey, CA 93944–5006 (school code 215).

(9) U.S. Army Engineer School, Fort Leonard Wood, MO 65473–5000 (school code 052).

(10) U.S. Army Field Artillery School, Fort Sill, OK 73503–5600 (school code 061).

(11) U.S. Army Infantry School, Fort Benning, GA 31905–5593 (school code 071).

(12) U.S. Army Intelligence Center and Fort Huachuca, AZ 85613–7000 (school code 301).

(13) U.S. Army Judge Advocate Generals School of the Army, Charlottesville, VA 22903–1781 (school code 181).

(14) U.S. Army Logistics Management College, Fort Lee, VA 23801–6042 (school code 907).

(15) U.S. Army Medical Department Center and School, Fort Sam Houston, TX 78234–6100—Combat Lifesaver Course (school code 081)

(16) School of Military Packaging Technology, Aberdeen Proving Ground, MD 21005–5001 (school code 908).

(17) U.S. Army Military Police School, Fort Leonard Wood, MO 65473–5166 (school code 191).

(18) U.S. Army Public Affairs Center, Fort George G. Meade, MD 20755–5650 (school code 212).

(19) U.S. Army Recruiting Command, Fort Knox, KY 40121–2726 (school code 553E).

(20) U.S. Army Research Laboratory, Human Research and Engineering Directorate, Picatinny Arsenal, NJ 07806–5000 (school code 887).

(21) U.S. Army Signal Center and School, Fort Gordon, GA 30905–5070 (school code 113).

(22) U.S. Army Soldier Support Institute, Fort Jackson, SC 29207–7025—Adjutant General School (school code 805C), Finance School (school code 805A), School of Music (school code 514), Recruiting and Retention School (school code 805B).

(23) U.S. Army Training and Doctrine Command, Office of the Deputy Chief of Staff for Training, Fort Monroe, VA 23651–5000 (school code 131).

(24) U.S. Army Training Support Center, Fort Eustis, VA 23604–5121 (school codes 553A, 553B, 553C).

### 1–5. Correspondence course programs offered by other activities (not administered by AIPD)

The activities listed below administer their own correspondence course programs. See the individual activities listed in chapter 4 for specific information concerning enrollment and course offerings. *Do not mail applications to AIPD.*

*a.* U.S. Army Medical Department Center and School.

*b.* U.S. Army Command and General Staff College.

*c.* Federal Emergency Management Institute.

*d.* U.S. Army John F. Kennedy Special Warfare Center and School.

*e.* Army Materiel Command

*f.* National Cryptologic School

*g.* The United Nations Institute for Training and Research.

*h.* U.S. Army War College.

*i.* U.S. Army Warrant Officer Career Center.

## Section II
## Enrollment

### 1–6. Eligibility

*a. General.*

(1) The Army Correspondence Course Program is available to U.S. Active and Reserve military officers, warrant officers, and enlisted personnel; Reserve Officers' Training Corps, National Guard Officer Candidate School; West Point cadets; and authorized Federal civilian employees. Non-U.S. citizens employed by the Department of Defense (DOD) are eligible but must contact AIPD to obtain a student identification number before enrolling. Foreign military enroll through the procedure described in paragraph *b.*

(2) Military personnel must have enough time remaining in service to complete the course or subcourse(s) in which they are requesting enrollment. Reserve Component officers on active duty as warrant officers or enlisted personnel who want to enroll in an officer advanced course must enroll in their Reserve Component grade and status.

*Note.* To avoid mis-shipment of material, do not request enrollment if permanent change of station is within 90 days.

(3) Individual course descriptions include eligibility requirements or prerequisites that must be met before enrolling.

*b. Foreign governments.* Foreign governments must submit requests for correspondence course materials listed in this pamphlet to the Security Assistance Training Field Activity, ATTN: ATFA–R, Fort Monroe, VA 23651–5267. Requests are processed under the Foreign Military Sales Program, which provides reimbursement to our Government.

### 1–7. Enrollment

To apply, select the course or subcourses in which you want to enroll. Make sure you are eligible for enrollment and that you meet all course or subcourse prerequisites. The subject matter of the selected course or subcourse(s) should relate to your present or prospective duty assignment or training need. Use one of the following methods to enroll.

*a. Internet registration and enrollment procedures.* Students register and enroll through AIPD's Web site, http://www.atsc.army.mil/accp/aipd.htm. You must provide a user ID and password. Currently or previously enrolled students experiencing problems with the process should verify that they are using their name exactly as it appears on those enrollments. If there are still problems, please contact your student services team at (757) 878–3322, 5715, or 2169.

*b. Electronic enrollment through Army Training Requirements and Resources System (ATRRS).*

(1) Use the ATRRS *Main Option List* and at *Display Desired*, key in LS (Course List Selection Parameters (LS)) and press enter key. The LS display appears, key in 01 in *Fiscal Year* (FY), arrow down to *School Code* and key in 553, arrow down to *Select Code* and key in BK, and press enter key. The *Selected Course List* (LS1) display will appear listing all ACCP courses available for electronic enrollment for that FY. Select Code BH indicates Army Correspondence Courses, and BK indicates available for electronic enrollment.

(2) ATRRS transfers student enrollments each day to AIPD for processing. Each day after a successful enrollment cycle has run, AIPD transfers to ATRRS student course, phase, and subcourse information (completed within a course), information. Quota source managers can access student information using the *Reservations by Student* (RS) display. Student subcourse information can be displayed by using the *Correspondence/Subcourse by Student* (RT) display.

(3) If you need more information on the ATRRS enrollment process, call AIPD at (757) 878–5532 or Defense Switched Network (DSN) 927–5532.

*c. Group enrollment.* Available for Combat Lifesaver Course only. See chapter 2, section VIII, for procedures.

### 1–8. Rate of subcourse issue

When you enroll in a course or multiple subcourses, you will receive the first two available subcourses. Upon successful completion of one of those subcourses, we will mail additional subcourses.

### 1–9. Transcripts and copies of records

*a. Transcripts.* Official transcripts list only those courses which are included in the *American Council on Education (ACE) Guide to the Evaluation of Educational Experiences in the Armed Services.* Upon written request, we will send an official transcript to colleges or universities you designate and an information copy to you. In your request include your complete name, address, and social security number (SSN); the schools in which you were enrolled; the dates you completed the courses; and the name and address of the institution to which you want the transcript sent.

*b. Copies of records.* Students can print a copy of their records to verify completed subcourses and courses through the AIPD Web site: http://www.atsc.army.mil/accp/aipd.htm.

### 1–10. Voluntary withdrawal

You may cancel your enrollment in the Army Correspondence Course Program at any time by calling your student services team at (757) 878-3322, 5715, or 2169.

### 1–11. Cancellation of enrollment

Enrollment will be canceled by AIPD for the following reasons:

*a.* Completion of course or subcourse(s).

*b.* Failure to satisfy the annual minimum requirements (see para 1–27).

*c.* Student request.

### 1–12. Reinstatement

To be reinstated in the Army Correspondence Course Program, contact your student services team.

## Section III
## Administrative Terms

### 1–13. Subcourse

The subcourse is the basic instructional unit of the Army Correspondence Course Program. A subcourse usually covers one subject area and consists of one or more lessons plus an examination. Completion of a subcourse results in a subcourse completion notice (see para 1–22).

### 1–14. Course

A course consists of one or more subcourses designed to support a specific professional field, skill qualification development, or military occupational specialty (MOS)–related tasks. Subcourses are issued in the sequence listed in each course. If a subcourse is out of stock, the next available one is sent. Completion of a course results in receipt of a course completion notice (see para 1–24).

### 1–15. Credit hour

The credit hour is the basic work unit for correspondence course work. The number of credit hours assigned to a subcourse is the estimated time required for an average student to read the material and complete all exercises and the examination. Credit hours are awarded upon successful completion of the subcourse.

### 1–16. Methods of completing examinations

*a. Subcourse including examination on-line.* The subcourses which are available electronically have examinations as part of the presentation. Students must complete these examinations on-line.

*b. Additional on-line examination completion.* For some subcourses, the complete examination is online; for others, there is a blank answer sheet available on the AIPD Web site. Students may access examinations only for those subcourses in which they are enrolled.

*c. Paper.* Some subcourses include an examination response sheet, TSC Form 59 (ACCP Examination Response Sheet), for recording examination answers and a pre-addressed envelope for returning the response sheet to AIPD for grading. The sheet is preprinted with the student's name, social security number, school in which enrolled, and subcourse number and edition. To be sure you have the correct response sheet, verify your SSN, then check to see that the subcourse number and edition on the response sheet match those on the subcourse. If there is a discrepancy, contact the AIPD team assigned to your school. Please do not submit a response sheet issued to another student.

### 1–17. ATSC Form 157 (Data Mailer)

This multipurpose form is used by AIPD to notify students of any of the following: exemption, subcourse completion,

phase completion, course completion, or cancellation of enrollment. When possible, these notices are sent to students electronically.

### 1–18. Exempt credit

*a.* Exempt credit is given when our records show that a subcourse was completed within 4 years before the new enrollment. The credit hours for an exempted subcourse are not added to the student's accumulated credit hours for the current enrollment.

*b.* To receive exempt credit for an entire course that you completed through individual subcourse enrollments, you must meet the eligibility requirements for the course, then enroll in the course. Subcourses previously completed will automatically be exempted from your enrollment.

### 1–19. Promotion points

Enlisted personnel in grades E4 and E5 earn one promotion point for every 5 correspondence credit hours completed (per AR 600–8–19). Students are responsible to see that copies of completion notices are placed in their DA Form 201 (Military Personnel Records Jacket, US Army).

### 1–20. Enrollment year

The enrollment year begins on the date the application is processed through the AIPD computer and ends 12 months later. The enrollment year ending date appears on data mailers as (EYE).

### 1–21. Retirement point

Unit of measure used to determine retirement eligibility for Reserve Component and National Guard personnel. One retirement point is earned for every 3 credit hours of correspondence study completed (per AR 140–1 and AR 140–185).

### 1–22. Subcourse completion notice

A subcourse completion notice is issued upon completion of a subcourse. This is the only record a student will have to show subcourse credit hours completed. The notice is also proof of subcourse completion when exempt credit is requested. (Even though a student may complete all the subcourses that make up a course, if he or she is not enrolled in that specific course, a course completion notice will not be issued.)

### 1–23. Phase completion notice

Some courses consist of multiple phases. A phase completion notice is issued upon completion of a phase. Most nonresident and resident courses require students to present a correspondence phase completion notice when reporting for resident training. See individual course listings for specific requirements.

### 1–24. Course completion notice

A course completion notice is issued to the student upon completion of a course. (Even though you may complete all the individual subcourses that make up a course, you must be enrolled in the course itself to receive a course completion notice.)

### 1–25. Certificate of Completion

An AIPD Certificate of Completion is mailed to students upon completion of most courses. However, for those phased courses with resident requirements as part of the course, the proponent awards the course completion certificate. Combat Lifesaver Course instructors award their students a course completion certificate.

### 1–26. Diplomas

A diploma is issued upon completion of certain correspondence courses. The proponent school or agency designates courses for which a diploma is awarded.

## Section IV
## Administrative Procedures for Programs Administered by AIPD

### 1–27. Required progress

All students must meet yearly requirements as shown below to remain enrolled:

*a.* Students enrolled in a single subcourse must complete the subcourse within 1 year from date of enrollment.

*b.* Students enrolled in more than one subcourse, but not in a course, must complete all of those subcourses or at least 30 credit hours within each enrollment year.

*c.* Students enrolled in courses or phases of courses must complete at least 60 credit hours each enrollment year (unless otherwise noted in the course description).

### 1–28. Grading system and reexamination

*a.* Subcourse grades indicate the weighted percentage of correct responses. The minimum passing grade is 70 percent unless otherwise noted in the course description. If you fail a subcourse examination, you will be sent a second examination response sheet.

*b.* If you are enrolled in a single subcourse, your enrollment will be canceled after two failures of that subcourse. You must re-enroll if you wish to complete the subcourse.

*c.* If you are enrolled in more than one subcourse, the second failure will be treated the same as if you were enrolled in a course (see next para).

*d.* If you are enrolled in a course and you have failed a subcourse twice, contact the AIPD team assigned to your school program. Failing a subcourse does not affect your continued enrollment in a course; however, all subcourses within a course must be completed (or exempted) to receive a course completion notice.

### 1–29. Certifying your work

When you submit an examination response sheet for grading, you must click on the certification button if testing on line or sign the statement on the response sheet to certify that the answers submitted are the result of your own work and that you have not had access to copies of answer sheets or solutions from others. This does not imply that you are prevented from discussing subject content with others who may be able to help with problems. However, students are required to use their own work when submitting solutions for grading. Students are subject to Uniform Code of Military Justice (UCMJ), articles 107,132, and 134.

### 1–30. Award of MOS/branch qualification

*a.* MOSs are not automatically awarded on the basis of Army correspondence course completion.

*b.* Branch qualification for commissioned officers of the Reserve Components requires some resident training. See specific schools' academic offerings for requirements for branch qualification.

### 1–31. Student records

*a.* The AIPD maintains records for each student. Students can view records through the AIPD Web site. Each record contains administrative information about the student's status in the program and provides information on the following:

(1) Course or Subcourse enrollment.

(2) Subcourses issued to the student.

(3) Subcourses completed.

*b.* It is important that you update your record to reflect changes in your address, name, or rank.

### 1–32. Change of address

If you move, change your address through the AIPD Web site as soon as you have a *permanent* address. Subcourses are mailed fourth class and are not automatically forwarded by the U.S. Postal Service. If you are enrolled in courses administered by other activities, notify those agencies also.

### 1–33. Communication with AIPD

Student services counselors at AIPD can help with any administrative questions you may have. Questions concerning doctrine or subcourse content should be directed to the proponent school or agency at the address identified within the subcourse. You can communicate with AIPD using any of the following methods:

*a. By mail.* Be sure to put your name, social security number, and school code (found in left-hand portion of each examination response sheet) on each page of correspondence you send to AIPD. See sample below:

John Doe
SSN: 999–99–9999
School Code: 011

*b. By phone.* See the preface of this publication for phone numbers of the team that handles your records. You must provide your name, social security number, and school code before your records can be accessed.

*c. By electronic mail.* E-mail addresses for student services teams are shown on the preface page in this publication. Provide the same basic personal information you would if you were writing or calling.

### 1–34. ACCP catalog availability

This catalog is no longer available in paper copy. You can access it through AIPD'S Web site at http://www.atsc.-army.mil/accp/aipd.htm. Or go directly to the U.S. Army Publishing Agency's home page at www.usapa.army.mil.



1171

There, you will find this pamphlet and many other publications in several formats, including hypertext markup language (HTML) and portable document format (PDF).

## Chapter 2
## Consolidated Army Correspondence Course Program (ACCP)

The courses listed in this chapter are administered by the Army Institute for Professional Development (AIPD).

*Note.* Visit the General Dennis J. Reimer Training & Doctrine Library at http://www.adtdl.army.mil to view courses that are available only in electronic format.

### Section I
### Adjutant General School (U.S. Army Soldier Support Institute)

#### 2–1. RC Adjutant General Officer Advanced Course (AOC 42) (Course Number: 805C A11)

*a. Objective.* To prepare RC commissioned officers for company-level command and branch staff duties at battalion through division or comparable level in both divisional and nondivisional units.

*b. Eligibility.* This course is open to U.S. Army Reserve Components (RC) commissioned officers, not on an extended tour of active duty, in the rank of first lieutenant or captain, who are assigned, or pending assignment, to an AOC 42 position or organization. Students must have completed an officer basic course before enrollment.

*c. Curriculum.* 2 phases. Phase I (correspondence) provides AG and common task foundational knowledge and technical task skills required for completion of phase II (resident) instruction. A completion certificate for phase I will be required as a prerequisite for attending phase II AG OAC–RC.

(1) *Phase I.* Correspondence.

*(a)* 26 subcourses.

*(b) Subcourses.* IS0788, IS7045, IS1801, IS1802, IS7006, IS7038, QM3513, QM3519, QM3601, AG1062, AG1074, AG1082, AG1076, AG1004, IS1203, AG1086, IS8720, AG0010, AG0200, AG0222, AG0554, AG1012, AG1050, AG1064, AG1054, IS1460.

(2) *Phase II.* 2 weeks of resident training. Phase II integrates phase I training culminating in a command post exercise highlighting AG wartime functions.

#### 2–2. S1/Personnel Officer Course (Course Number: 805C Q19)

*a. Objective.* To prepare officers (especially FA41) and noncommissioned officers (NCOs) to perform S1/Adjutant duties, develop critical wartime personnel skills, and perform unit administration.

*b. Eligibility.* FA41 officers and other officers and NCOs who are assigned to, or projected for, an S1 position. Branch is immaterial. (FA41 officers should complete this course as captains). Also open to DA civilians GS-4 and above (GS204, GS205) requiring training for a military personnel management position, or any grade who has three or more years of experience in military personnel management.

*c. Curriculum.* 29 subcourses.

*d. Subcourses.* AG1050, FI0175, IS1202, AG1054, AG0200, AG1070, AG1086, AG0619, MP1032, AG1052, IS1703, AG1062, AG1060, AG0404, AG0586, AG0602, AG0034, AG0104, AG0522, AG0510, AG0018, AG0301, AG1074, AG0534, AG1064, RR0003, AG0558, AG1058, AG0542.

#### 2–3. Personnel Staff Officer Course (Course Number: 805C Q21)

*a. Objective.* To provide training and a working knowledge of personnel programs as a qualifying course for commissioned officers desiring Functional Area 41, Personnel Programs Management.

*b. Eligibility.* Open to all commissioned officers seeking initial training or cross-training in FA41. Also open to DA civilians GS-4 and above (GS204, GS205) requiring training for a military personnel management position, or any grade who has three or more years of experience in military personnel management.

*c. Curriculum.* 10 subcourses.

*d. Subcourses.* AG1070, AG1086, AG1012, AG0301, AG0018, IS1202, AG1074, FI2030, FI0708, IS1203.

#### 2–4. Military Personnel Officer Course (Course Number: 805C D23)

*a. Objective.* To provide specialized training for commissioned and warrant officers in the principles, functions, and procedures of Army military personnel operations.

*b. Eligibility.* This course is open to commissioned officers, warrant officers, and DA civilians GS-7 and above (GS204, GS205) requiring training for a military personnel management position, or any grade who has five or more years of experience in military personnel management.

*c. Curriculum.* 33 subcourses.

*d. Subcourses.* AG0034, AG0018, AG1001, AG0301, IS1203, AG0606, AG0534, AG0550, AG0010, IS1202,

AG0610, AG0542, AG0554, AG0619, AG0510, AG0544, AG1004, AG1070, AG1086, AG0522, AG0532, AG0608, AG0609, AG0520, AG0536, AG0556, AG0613, AG0624, AG0516, AG1082, AG0622, AG0623, IS1460.

### 2–5. Advanced Level Sustainment Training Technical Course

*a. Objective.* To provide AG Corps (career management field (CMF) 71) soldiers with a working knowledge of the duties required to perform as NCOs in the rank of sergeant first class (SFC) or master sergeant (MSG). This course may be used to prepare for resident Advanced Noncommissioned Officer Course (ANCOC) or as a transition or sustainment course for developing and maintaining technical proficiency.

*b. Eligibility.* This course is open to Active Army and RC NCOs in the rank of staff sergeant (SSG) and above in CMF 71.

*c. Curriculum.* Various tracks. Specify MOS when enrolling.

(1) *MOS 75H (Course Number: 805C M45).*

*(a)* 17 subcourses.

*(b) Subcourses.* AG0609, AG0516, AG0542, AG0532, AG0522, AG0530, AG0034, AG0510, AG0544, AG0520, AG0536, AG0619, AG0554, AG0552, AG0018, AG0534, AG0606.

(2) *MOS 71L (Course Number: 805C M43).*

*(a)* 4 subcourses.

*(b) Subcourses.* AG0404, AG0622, AG0623, IS1460.

### 2–6. Basic Level Sustainment Training Technical Course

*a. Objective.* To provide AG Corps (CMF 71) soldiers with a working knowledge of the duties required to perform as NCOs in the rank of sergeant (SGT) through sergeant first class (SFC). This course may be used to prepare for resident Basic Noncommissioned Officer Course (BNCOC) or as a transition or sustainment course for developing and maintaining technical proficiency.

*b. Eligibility.* This course is open to Active Army and RC NCOs in the rank of SGT and above in CMF 71.

*c. Curriculum.* Various tracks. Specify MOS when enrolling.

(1) *MOS 71L (Course Number: 805C M33).*

*(a)* 4 subcourses.

*(b) Subcourses.* AG0404, AG0623, AG0101, AG0622.

(2) *MOS 75B (Course Number: 805C M35).*

*(a)* 9 subcourses.

*(b) Subcourses.* AG0404, AG0514, AG0530, AG0609, AG0510, AG0558, AG0516, AG1086, IS1460.

(3) *MOS 75H (Course Number: 805C M37).*

*(a)* 17 subcourses.

*(b) Subcourses.* AG0530, AG0301, AG0608, AG0522, AG0532, AG0534, AG0536, AG0606, AG0541, AG0034, AG0542, AG0544, AG0550, AG0552, AG0556, AG0558, AG0404.

### 2–7. Administrative Course (MOS 71L20) (Course Number: 805C M15)

*a. Objective.* To provide selected enlisted personnel with the knowledge to increase their ability to perform effectively as administrative specialists.

*b. Eligibility.* This course is open to enlisted soldiers in the ranks of PVT through SGT who currently hold MOS 71L or who are scheduled to be assigned to a 71L position, and to DA civilians whose duties require this training.

*c. Curriculum.* 9 subcourses.

*d. Subcourses.* AG0218, AG0101, AG0109, AG0222, AG0622, AG0623, AG0104, AG0409, IS1460.

### 2–8. Personnel Administration Course (MOS 75B20) (Course Number: 805C M17)

*a. Objective.* To provide students with a working knowledge of personnel and administrative functions in support of a company, troop, battery, detachment, or similar level organization.

*b. Eligibility.* This course is open to enlisted soldiers in the rank of SGT and below assigned to a 75-series MOS or assigned to a duty position in a 75-series MOS, and to DA civilians whose duties require this training.

*c. Curriculum.* 10 subcourses.

*d. Subcourses.* AG0034, AG0218, AG0301, AG0541, AG0520, AG0522, AG0532, AG1054, AG0606, IS1460.

### 2–9. Personnel Services Specialist Course (MOS 75H20) (Course Number: 805C M25)

*a. Objective.* To provide students with an introduction to the fundamentals, procedures, and techniques of personnel services and the ability to function as personnel services specialists in a personnel service company, battalion, or division.

*b. Eligibility.* This course is open to enlisted soldiers in the rank of SGT and below assigned to a 75-series MOS or assigned to a duty position in a 75-series MOS, and to DA civilians whose duties require this training.

*c. Curriculum.* 17 subcourses.

*d. Subcourses.* AG0018, AG0301, AG0404, AG0510, AG0516, AG0522, AG0532, AG0541, AG0542, AG0544, AG0550, AG0552, AG0554, AG0556, AG0558, AG0613, IS1203.

## Section II
## U.S. Army Air Defense Artillery School

### 2–10. RC ADA Officer Advanced Course (Course Number: 441 A11)

*a. Objective.* To prepare RC ADA officers for battery command, battalion staff positions, or such other duty considered most critical to their specialties at the rank of captain.

*b. Eligibility.* Reserve commissioned officers of the rank of first lieutenant or higher who have completed an officer basic course.

*c. Curriculum.* 2 phases.

(1) *Phase I.* Correspondence.

*(a)* 23 subcourses.

*(b) Subcourses.* IS1801, IS1802, IS7006, IS7038, IS7045, IS8720, IS4400, AD0699, AD0700, AD0717, IN0503, IN0504, IN0515, IN0710, IN0764, IT0462, OD0960, OD0961, IS7004, IS7033, IS8718, IS8719, AD0575.

(2) *Phase II.* 2 weeks resident training.

### 2–11. RC SHORAD Officer Reclassification Course (Course Number: 441 Q21)

*a. Objective.* To reclassify Reserve Component officers to AOC 14B for duty assignment with a short-range air defense (SHORAD) battery or battalion. The training consists of a combination of correspondence and residence training phases.

*b. Eligibility.* RC officers of the rank of first lieutenant to lieutenant colonel who have completed an officer basic course.

*c. Curriculum.* 2 phases. Phase I must be completed before attending phase II.

(1) *Phase I.* Correspondence.

*(a)* 12 subcourses.

*(b) Subcourses.* AD0699, AD0700, AD0717, IN0503, IN0504, IN0515, IN0710, IN0764, IT0462, IS4400, IS7006, AD0575.

(2) *Phase II.* 2 weeks resident training. Soldiers must present a phase I completion certificate during inprocessing for resident training.

### 2–12. RC WOAC Air Defense Systems Technician (MOS 140A) (Course Number: 441 W31)

*a. Objective.* To provide senior-level training for CW2 in MOS 140A (ADA Command and Control/System Integrator).

*b. Eligibility.* Completion of an ADA Warrant Officer System Maintenance Course, USA Air Defense Artillery School, Fort Bliss, TX, resident or nonresident, or completion of 140A/140E Warrant Officer Basic Course.

*c. Curriculum.* 5 subcourses.

*d. Subcourses.* AD0699, AD0717, IS4400, AD5901, AD0575.

### 2–13. Common Military Subjects for Skill Level 4 (all ADA MOSs) (Course Number: 441 D17)

*a. Objective.* To provide training to help ADA enlisted personnel improve their general military knowledge and professional skills.

*b. Eligibility.* All ADA enlisted personnel in skill level 4. Skill level 3 personnel who have completed the common military subjects course for skill level 3 personnel.

*c. Curriculum.* 17 subcourses.

*d. Subcourses.* IS0788, FA4025, IS1100, IS0821, CM2506, AD0717, IS7034, IS7035, AG0586, IS8710, IS8711, IS1703, IS1804, RR0003, IS1460, AD0575, AD5901.

### 2–14. Common Military Subjects for Skill Level 3 (all ADA MOSs) (Course Number: 441 D15)

*a. Objective.* To provide training to help ADA enlisted personnel improve their general military knowledge and professional skills.

*b. Eligibility.* All ADA enlisted personnel in skill level 3. Skill level 2 personnel who have completed the common military subjects course for skill level 2 personnel.

*c. Curriculum.* 13 subcourses.

*d. Subcourses.* IS0788, IS1100, IS0821, IS0345, IS7034, IS7035, IS8701, IS1703, IS1803, AG0622, AG0516, AD0575, AD5901.

**2–15. Common Military Subjects for Skill Level 2 (all ADA MOSs) (Course Number: 441 D13)**

*a. Objective.* To provide training to help ADA enlisted personnel improve their general military knowledge and professional skill.

*b. Eligibility.* All ADA enlisted personnel in skill level 2. Skill level 1 personnel who have completed the common military subjects course for skill level 1 personnel.

*c. Curriculum.* 14 subcourses.

*d. Subcourses.* IS0788, IS0821, IS0344, IS7034, IS7035, IS1703, IS8711, IN1013, IN0201, IN0202, AG0622, AG0516, AD0575, AD5901.

**2–16. Common Military Subjects for Skill Level 1 (all ADA MOSs) (Course Number: 441 D11)**

*a. Objective.* To provide training to help ADA enlisted personnel improve their general military knowledge and professional skills. All ADA skill level 1 personnel are encouraged to complete this course before enrolling in any other ADA courses.

*b. Eligibility.* All ADA enlisted personnel in skill level 1.

*c. Curriculum.* 6 subcourses.

*d. Subcourses.* IS0788, IS4401, IS0821, IS0347, IS0344, AD0575.

**2–17. Operations and Intelligence Assistant (Course Number: 441 M15)**

*a. Objective.* To provide training to improve enlisted personnel job knowledge and performance. All ADA enlisted personnel are encouraged to complete the ADA common core course for their skill level before enrolling in any other ADA course.

*b. Eligibility.* Enlisted personnel whose primary or secondary duties are operations and intelligence, or personnel who are assigned to a position requiring qualification in operations and intelligence tasks within the Intelligence Officer/Operations and Training Officer, Assistant Chief of Staff,(Intelligence)/Assistant Chief of Staff,(Operations and Plans) (S2/S3), (G2/G3) sections.

*c. Curriculum.* 7 subcourses.

*d. Subcourses.* IS1100, SS0725, IS3002, IT0553, IN0515, IS7008, AD0575.

**2–18. Patriot Fire Control Enhanced Operator/Maintainer Course (MOS 14E) (Course Number: 441 M33)**

*a. Objective.* To provide training for enlisted personnel in MOS 14E and improve their job performance and expand their knowledge, while assisting them to qualify for promotion.

*b. Eligibility.* Enlisted personnel whose primary or secondary MOS is 14E.

*c. Curriculum.* 27 subcourses.

*d. Subcourses.* AD0415, AD0402, AD0400, AD0416, AD0406, AD0407, AD0423, AD0401, AD0424, AD0425, AD0426, AD0437, AD0439, AD0418, AD0419, AD0438, AD0448, AD0441, AD0449, AD0447, AD0440, AD0473, AD0471, AD0470, AD0472, AD0497, AD0575.

**2–19. Patriot Launching Station Enhanced Operator/Maintainer Course (MOS 14T) (Course Number: 441 M35)**

*a. Objective.* To provide training for enlisted personnel in MOS 14T and improve their job performance and expand their knowledge, while assisting them to qualify for promotion.

*b. Eligibility.* Enlisted personnel whose primary or secondary MOS is 14T.

*c. Curriculum.* 13 subcourses.

*d. Subcourses.* AD0415, AD0402, AD0400, AD0417, AD0421, AD0406, AD0403, AD0442, AD0443, AD0444, AD0449, AD0404, AD0575.

**2–20. MANPAD System Training (MOS 14S/14M) (Course Number: 441 M23)**

*a. Objective.* To prepare officers and NCOs for duty as platoon leader and section sergeant, respectively, of an Avenger/Stinger air defense platoon/section.

*b. Eligibility.* Commissioned officers or enlisted personnel of any component whose duties require qualification in MOS 14S/14M or as an Avenger/Stinger platoon leader or section sergeant.

*c. Curriculum.* 6 subcourses.

*d. Subcourses.* AD0575, AD0717, AD5901, AD5903, IS4400, IS4401.

**2–21. ADA Senior Sergeant (MOS 14Z) (Course Number: 441 M51)**

*a. Objective.* To provide training to improve enlisted personnel job knowledge and performance.

*b. Eligibility.* ADA enlisted personnel in the rank of SSG or higher.

*c. Curriculum.* 16 subcourses.

*d. Subcourses.* AD0699, AD0700, IS0788, AD0717, IN1008, IS0823, IS3002, IT0421, IS1202, AG0404, AG0101, IS1804, IS7035, IS8700, AD0575, AD5901.

### 2–22. ADA Command and Control System AN/TSQ–73 Missile Minder (MOS 14L) (Course Number: 441 M31)

*a. Objective.* To provide training to improve enlisted personnel job knowledge and performances. All ADA enlisted personnel are encouraged to complete the ADA common core course for their skill level before enrolling in any other ADA course.

*b. Eligibility.* Enlisted personnel whose primary or secondary MOS is 14L.

*c. Curriculum.* 2 subcourses.

*d. Subcourses.* AD0520, AD0700.

## Section III
## U.S. Army Armor School

### 2–23. Requirements for branch transfer

RC officers must meet educational and job requirements as described below:

*a. Infantry officers.* Must be branch qualified in grade. Branch qualification is defined as completion of Infantry or Armor Advanced Course and a successful company level command. Majors must complete a successful executive officer (XO) or S3 assignment and have a baccalaureate degree. Infantry branch qualified officers are fully qualified to branch transfer to Armor. Grades above major will require an Academic Review Board.

*b. All other branch officers.* Must first branch qualify in Armor to be considered for branch transfer. Branch qualification is defined as completion of the Armor Officer Advanced Course, TATS M1/M1A1 Tank Commander Certification Course, and a successful company command for company grade officers. For majors, branch qualification is defined as successful company command as a captain, successful assignment as an S3/XO of a maneuver battalion, completion of the Armor Officer Advanced Course, completion of the TATS M1/M1A1 Tank Commander Certification Course, and completion of the Combined Arms and Services Staff School. Majors must also have a baccalaureate degree. Grades above major will require Command and General Staff College (CGSC) and an Academic Review Board.

*c.* To request branch transfer to Armor branch send request to Commander, U.S. Army Armor Center (USAARMC) and Fort Knox, ATTN: ATZK–AR, Fort Knox, KY 40121–5000.

*d.* Table 2–1 recaps RC branch transfer requirements:

**Table 2–1**
**RC branch transfer requirements**

| | CPT | MAJ | LTC |
|---|---|---|---|
| Education requirements | Infantry or Armor Advanced Course<br>Branches other than Infantry: AOAC, TATS M1/M1A1 TC3 | Infantry or Armor Advanced Course<br>Baccalaureate degree, CAS3, TATS M1/M1A1 TC3, 50% of CGSC | Academic Review Board Required |
| Job requirements | Successful Company Command | Successful Company Command, BN/BDE S–3, BN XN | Academic Review Board Required |

Notes:
Graduates of Infantry or Armor Advanced Course (IOAC) are equivalent to AOAC. All other branches must complete AOAC and Gunnery.

### 2–24. Armor Captains Career Course

*a. Objective.* To provide Reserve Component company grade combat arms officers, not serving on active duty, with the skills and knowledge to successfully command Armor and other combined arms units at company level and to serve as assistant operations officers at brigade and battalion level. The program provides training in military decision making processes and in doctrine and tactics at brigade through company team level for offensive and defensive operations. In addition, the program provides training in common core tasks and in the administration and training of a combined arms company level unit.

*b. Eligibility.* Officers of an Army Reserve Component (ARNG and USAR) or Marine Reserve Component in the rank of first lieutenant or captain who have completed an officer basic course.

(1) Officers in branches other than Armor attending for the purpose of transferring to Armor should apply in writing for a determination of their individual education and qualifications to the Commander, U.S. Army Armor Center and Fort Knox, ATTN: ATZK–AR, Fort Knox, KY 40121–5000.

(2) Soldiers who have not had gunnery training are strongly encouraged to attend the TATS M1/M1A1 Tank Commander Certification Course.

*c. Curriculum.* Two phases - Internet (Asynchronous & Synchronous) and resident. Course trains brigade and battalion level operations and command for Armor and other combined arms units at company level.

*d. Administration.*

(1) *Phase Ia.* Training is conducted over the Internet. Students must have access to a computer connected to the Internet. Registration is through the Army Training Requirements and Resources System (ATRRS).

(2) *Phase Ib.* Training is conducted over the Internet. This training is 12 hours per weekend for seven weekends. Students must have access to a computer connected to the Internet. Students must successfully complete phase I prior to starting phase II. Registration is through ATRRS.

(3) *Phase II.* Resident training (2 weeks) conducted at the U.S. Army Armor School. Students must successfully complete phase I prior to starting Phase II. Registration is through ATRRS. Students must also submit, and have approved, an application for active duty within their chain of command.

### 2–25. Maintenance Leader Course (MLC) (Course Number: 171 Q12)

*a. Objective.* . To prepare company grade officers, warrant officers, and noncommissioned officers for assignment to positions which have direct related maintenance responsibilities at the unit level (battalion/squadron and below) with emphasis on management and supervision of battalion/squadron maintenance operations.

*b. Eligibility.* Active Army, Reserve Component, National Guard Noncommissioned Officer (E–5 or above), Commissioned Officers and Warrant Officers of any grade who desire to take the course for self development or self motivational training especially those being assigned to a Maintenance Management position.

*c. Curriculum.* 10 subcourses.

*d. Subcourse.* AR0001, AR0002, AR0003, AR0004, AR0005, AR0006, AR0007, AR0008, AR0009, AR0010.

## Section IV
## U.S. Army Aviation Center

### 2–26. Aviation Accident Prevention Management Course (Course Number: 011 D21)

*a. Objective.* To provide training in aviation accident prevention management. This course includes the fundamentals of the pre-accident plan, accident surveys, human factors, aircraft structures, aircraft accident reporting, and investigations. It familiarizes the student with the organization and structure of the Army Aviation Accident Prevention Program and emphasizes the duties and responsibilities of the unit safety officer and noncommissioned officer.

*b. Eligibility.* Commissioned or noncommissioned officers of the Active Army or a Reserve Component whose present duty assignments are in the 67 career series or MOS 93P, or personnel assigned to the Mobilization table of distribution and allowances (TDA) for the Wartime Army Safety Program (eligible for enrollment in the entire course). Soldiers of the Active Army or a Reserve Component or civilian employees of the Federal Government (GS–018/1815 Safety Specialist/Air Safety Specialist) whose assignments require knowledge of aviation safety (eligible for enrollment in specific subcourses).

*c. Curriculum.* 6 subcourses.

*d. Subcourses.* AV0567, AV0568, AV0569, AV0570, AV0534, AV0574.

### 2–27. Aviation Logistics Manager Course (Course Number: 011 Q13)

*a. Objective.* To provide training for officers and warrant officers holding or desiring to prepare for an Aviation Maintenance Management or Logistics area of concentration or skill. An AOC will not be awarded from correspondence study alone; however, these subcourses teach essential theory or principles and provide critical information and background helpful in logistics functional preparation.

*b. Eligibility.* All officers and warrant officers of the Active Army and Reserve Components.

*c. Curriculum.* 22 subcourses.

*d. Subcourses.* AV0181, AL9002, AL9006, AL9001, QM3801, FI3084, FI3044, AL9000, QM2900, AV0550, AL9003, AV1525, AV0567, AV0568, AV0587, AV0574, AV0570, OD1403, QM2903, OD0968, OD0969, IS7038.

### 2–28. Aviation Safety Officer Course (Course Number: 011 Q11)

*a. Objective.* To provide information and training necessary for certification of aviation safety officers in the phase II resident training.

*b. Eligibility.* This course is open to rated aviators who are members of the U.S. Army Reserve, the U.S. Army National Guard, or Active Army and DOD civilians who are either 803 Safety Engineers or 018 Safety Specialists.

*c. Curriculum.* 2 phases.

(1) *Phase I.* Correspondence.

*(a)* 13 subcourses.

(b) *Subcourses.* AV0534, AV0550, AV0569, AV0570, AV0574, AV0582, AV0583, AV0584, AV0585, AV0586, AV0590, AV0593, AV0595.

(2) *Phase II.* 2 weeks resident training. Phase I must be completed before attending phase II. Phone: commercial (334) 255–2376/5979; DSN 558–2376/5979.

### 2–29. Avionic Mechanic (MOS 68N) (Course Number: 011 M10)

*a. Objective.* To provide enlisted personnel and DA civilians with the skills and knowledge to perform aviation unit maintenance on communications, navigation, flight control, and intercommunications systems installed in Army aircraft.

*b. Eligibility.* Students must have a duty assignment or MOS in the career field.

*c. Curriculum.* 10 subcourses.

*d. Subcourses.* MM0308, MM0309, IT0335, IT0336, IT0337, IT0338, IT0333, IT0349, SS0713, MM0651.

### 2–30. Air Traffic Control Operator Course (MOS 93C) (Course Number: 011 M20)

*a. Objective.* To provide the basic information necessary for an apprentice level knowledge of MOS 93C, skill level 1.

*b. Eligibility.* Enlisted and other personnel of Active Army or Reserve Components and civilian employees of the Federal Government whose assignments require a knowledge of Air Traffic Control Operations.

*c. Curriculum.* 25 subcourses.

*d. Subcourses.* AV0986, AV0987, AV0988, AV0989, AV0991, AV0992, AV2400, AV0961, AV0653, AV2408, AV0944, AV0905, AV0906, AV0914, AV2406, AV1959, AV1990, AV1995, AV1996, AV1953, AV1982, AV2410, AV0903, AG0404, IS3007.

### 2–31. Air Traffic Control Preparatory Course (Course Number: 011 D11)

*a. Objective.* To provide students with a basic knowledge of rules, regulations, and procedures for the Army air traffic controller.

*b. Eligibility.* Enlisted and other personnel of the Active Army or Reserve Components whose aptitude area scores meet the prerequisites for Advanced Individual Training (AIT) for MOS 93C and require advance initial training for personnel considering MOS reclassification to MOS 93C.

*c. Curriculum.* 6 subcourses. These subcourses must be taken in the sequence that appears below. Individual enrollment in any of the listed subcourses is not authorized.

*d. Subcourses.* AV0986, AV0987, AV0988, AV0989, AV0991, AV0992.

### 2–32. Aviation Operations Specialist Course (MOS 93P) (Course Number: 011 M24)

*a. Objective.* To provide the basic knowledge necessary for flight operations coordination.

*b. Eligibility.* Enlisted and other personnel of the Active Army or Reserve Components of the Army and civilian employees of the Federal Government whose assignments require a knowledge of airfield operations.

*c. Curriculum.* 14 subcourses.

*d. Subcourses.* AV0653, AV0603, AV0961, AV0900, AV0950, AV0960, AV0652, AV2408, AV0975, AG0404, SS0002, IS1100, AV0981, AV0982.

### 2–33. Aviation Survival Course (Course Number: 011 D23)

*a. Objective.* To provide survival training for personnel in aviation related MOSs.

*b. Eligibility.* All personnel of the Active Army and Reserve Components in aviation related assignments.

*c. Curriculum.* 4 subcourses.

*d. Subcourses.* AV0661, AV0662, AV0663, AV0664.

### 2–34. Special Course for Safety Management (Basic) (Course Number: 011 D13)

*a. Objective.* To provide specialized technical skill and general managerial development for safety careerists and military personnel who manage a safety and accident prevention program.

*b. Eligibility.* Members of Active Army or Reserve Components or civilian employees of the Federal Government whose assignments require knowledge of safety.

*c. Curriculum.* 10 subcourses.

*d. Subcourses.* AV0587, FI2030, IS1460, IS1703, FI0921, AV0582, AV0584, AV0585, AV0586, FI0950.

## Section V
## U.S. Army Aviation Logistics School

### 2–35. Aviation Maintenance Management Course (Course Number: 552 D11)

*a. Objective.* To provide training for enlisted personnel holding or desiring to prepare for an Aviation Maintenance

Management MOS. An MOS cannot be awarded for CMF 67 (see DA Pam 611–21) from correspondence study. Some of these subcourses teach theory and principles essential to aviation specialties, and some give general information and background helpful in MOS preparation.

*b. Eligibility.* Enlisted personnel assigned to a duty position in CMF 67 and civilian employees of the Federal Government whose assignments require knowledge of aviation maintenance management.

*c. Curriculum.* 6 subcourses.

*d. Subcourses.* AL9001, AL9002, AL9003, AL9006, AL9007, AV0181.

### 2–36. Basic Aircraft Maintenance Course (Course Number: 552 D13)

*a. Objective.* To provide training for enlisted personnel holding or desiring to prepare for resident training in an aircraft maintenance MOS. An MOS cannot be awarded from correspondence study for CMF 67. Some of these subcourses teach theory and principles essential to aviation specialties, and some provide background and information helpful in MOS preparation.

*b. Eligibility.* Enlisted personnel assigned to a duty position in CMF 67 and civilian employees of the Federal Government whose assignments require knowledge of basic aircraft maintenance.

*c. Curriculum.* 12 subcourses.

*d. Subcourses.* AL0907, AL0917, AL0926, AL0966, AL0992, AL0993, AL9000, AL9004, AL9005, AL9107, AL9108, AV0181.

### 2–37. Aircraft Structural Maintenance Technician (Course Number: CDC 2A 753)

*a. Objective.* To provide training in corrosion control theory, prevention, inspection techniques, identification, and control of corrosion.

*b. Eligibility.* NCOs holding MOS 68G or working in an aircraft structural repair duty position.

*c. Curriculum.* This course is an Air Force Career Development Course (CDC 2A 753) consisting of four volumes totaling 30 study hours. Volume one coverage range from use of basic hand tools through specialized tools. Volume two covers publications through damage assessment and control. Volume three is in two parts and covers aircraft metals, layout techniques, aircraft fastener types, prerepair procedures, damage removal and fastener layout, fabrication and installation of repair parts, special repair situations, aircraft cables, and aircraft tubing. Volume four covers types of composites and repair, fiberglass structures, metal bonded honeycombed structures, and advanced composites.

*d. How to Enroll.* Use ECI Form 23 (ECI Enrollment Application Air Force) to enroll in this course. Enrollment forms may be obtained from the local education center or from the Air University Registrar (DSN: 596–4900/4536. Forms should be completed in accordance with the instructions and mailed or faxed to: OAS/EIOR, 50 South Turner, Maxwell AFB, Gunter Annex, Alabama 36118–5643. FAX number is DSN: 596–4679.

## Section VI
## U.S. Army Chaplain Center and School

Additional information about Chaplain School courses may be found at the Web site http://www.usachcs.army.mil. For information about course content, contact the school by e-mail at dlspt@usachcs.army.mil or by phone at (803) 751–8249 or DSN 734–8249.

### 2–38. RC Chaplain Officer Advanced Course (Course Number: 805D A11)

Completion of this course provides Reserve Component chaplains with educational qualification for promotion to major. Phase I includes brigade-level common core instruction which will be provided by the Chaplain Center and School.

*a. Objective.* To prepare ARNG/USAR chaplains, not on active duty, in the skills and knowledge necessary to provide religious support and perform brigade chaplain duties.

*b. Eligibility.* RC chaplains in the rank of captain who have completed the Chaplain Officer Basic Course and Basic Chaplain Sustainment Training. Eligible chaplains may choose either to take the entire course in residence or through the following resident/nonresident process:

*c. Curriculum.* 2 phases.

(1) *Phase I.* Correspondence.

*(a)* Common core training provided by the U.S. Army Chaplain Center and School and 11 subcourses.

*(b) Subcourses.* CH0583, CH0584, CH0585, CH0813, CH0825, CH0815, CH0586, CH0838, CH0826, CH0809, CH0811.

(2) *Phase II.* Resident only. Must complete phase I before attending phase II.

### 2–39. RC Chaplain Officer Basic Course (Course Number: 805D B11)

*a. Objective.* To provide training for newly commissioned ARNG/USAR chaplains and chaplain candidates.

*b. Eligibility.*