35

Department of the Army
Pamphlet 351–20

Schools

# Army Correspondence Course Program Catalog

Headquarters
Department of the Army
Washington, DC
28 April 2000

UNCLASSIFIED

# *SUMMARY of CHANGE*

DA PAM 351-20
Army Correspondence Course Program Catalog

This change provides additional procedural guidance regarding certification of the student's examination response sheet (para 1-30).

# FOREWORD

## HOW TO USE THIS CATALOG

*1.* Go to chapter 1, para 1–8, for guidance on how to enroll in courses administered by AIPD (listed in chapter 2) or individual subcourses (chapter 3). If you are enrolling in a course listed in chapter 4, follow the instructions specified in the course description. In any case, make sure you are eligible for enrollment and meet any prerequisites.

*2.* If you have selected a course administered by AIPD, go to chapter 3 for a description of the individual subcourses within the course. The description includes the number of credit hours awarded for completion of each subcourse.

*3.* Telephone extensions and e-mail addresses for student services teams at AIPD are provided in the preface of this publication.

RESERVED

**Your SCHOOL CODE can be found on your ACCP EXAMINATION RESPONSE SHEET.**

ACCP EXAMINATION RESPONSE SHEET




| IF YOUR SCHOOL CODE IS: | | CONTACT STUDENT SERVICES AT: |
|---|---|---|
| 011 | Aviation | |
| 031 | Chemical | |
| 051/052 | Engineer | |
| 061 | Field Artillery | |
| 081 | Combat Lifesaver | |
| 091 | Ordnance | Team A |
| 101 | Quartermaster | DSN 927-2127/3322 |
| 113 | Signal | COML (757) 878-2127/3322 |
| 171 | Armor | E-mail: teama@atsc.army.mil |
| 191 | Military Police | |
| 301 | Intelligence | |
| 441 | Air Defense | |
| 552 | Aviation Logistics | |
| 553B | AIPD | |
| 071 | Infantry | |
| 093 | Missile & Munitions | |
| 131 | Civilian Personnel | |
| 215/870 | Defense Language | |
| 224/214 | Public Affairs | Team B |
| 230 | Public Works | DSN 927-2079/5715 |
| 514 | Music | COML (757) 878-2079/5715 |
| 551 | Transportation | E-mail: teamb@atsc.army.mil |
| 553A | ACETS | |
| 553C | STRAC | |
| 553E | Delay Entry Program (DEP) | |
| 805A | Finance | |
| 805B | Recruiting & Retention | |
| 805C | Adjutant General | |
| 805D/161 | Chaplain | |
| 887 | Human Engineering | |
| 908 | School of Military PackagingTechnology | |
| 553D | Defense Security Program | Team C |
| 907 | ALMC | DSN 927-2169/3335 |
| 999 | Individual Enrollment | COML (757) 878-2169/3335 |
| | | E-mail: teamc@atsc.army.mil |

RESERVED

Headquarters
Department of the Army
Washington, DC
28 April 2000

***Department of the Army Pamphlet 351–20**

Schools

# Army Correspondence Course Program Catalog

By Order of the Secretary of the Army:

ERIC K. SHINSEKI
*General, United States Army*
*Chief of Staff*

Official:

JOEL B. HUDSON
*Administrative Assistant to the Secretary of the Army*

**History.** This publication was originally published on 1 October 1999 and authenticated by Eric Shinseki and Joel Hudson, Administrative Assistant to the Secretary of the Army. This printing publishes Change 1.

**Summary.** The Army Correspondence Course Program is the formal nonresident extension of the U.S. Army Training and Doctrine Command service schools' curriculums which are centrally administered by the Army Institute for Professional Development, U.S. Army Training Support Center, Fort Eustis, VA 23604–5121. This pamphlet lists the courses and subcourses administered by the Army Institute for Professional Development and outlines procedures and administrative functions that affect student enrollment. This publication also includes correspondence courses offered by Army schools and agencies and selected DOD agencies that administer their own programs independently of Army Institute for Professional Development. The Army Institute for Professional Development is accredited by the Distance Education and Training Council. This accreditation signifies the achievement of the Distance Education and Training Council's standards involving the development, production, and administration of home study programs.

**Applicability.** This pamphlet applies to active duty military of all branches, foreign military, Army National Guard, Reserve personnel, and DOD civilians. During mobilization, procedures in this publication may be modified by the proponent.

**Proponent and exception authority.** The proponent for this pamphlet is the Commanding General, U.S. Army Training and Doctrine Command. The proponent has the authority to approve exceptions to this pamphlet that are consistent with controlling law and regulation. Proponent may delegate authority, in writing, to a division chief under their supervision within the proponent agency who holds the grade of colonel or the civilian equivalent.

**Suggested Improvements.** Users are invited to send comments and suggested improvements on DA Form 2028 (Recommended Changes to Publications and Blank Forms) directly to Commander, U. S. Army Training Support Center, ATTN: ATIC-DLD, Fort Eustis, VA 23604-5166.

**Distribution.** Distribution of this publication is available in electronic media only and is intended for command levels A, B, C, D and E for Active Army, Army National Guard and U.S. Army Reserve.

**Contents** (Listed by paragraph and page number)

**Chapter 1**
**Introduction,** *page 1*

*Section I*
*General, page 1*
Purpose • 1–1, *page 1*
References • 1–2, *page 1*
Explanation of abbreviations • 1–3, *page 1*
Programs administered by the Army Institute for Professional Development (consolidated ACCP) • 1–4, *page 1*
Correspondence course programs offered by other activities (not administered by AIPD) • 1–5, *page 2*

*Section II*
*Enrollment, page 2*
Eligibility • 1–6, *page 2*
Types of enrollment • 1–7, *page 2*
Enrollment • 1–8, *page 3*
Rate of subcourse issue • 1–9, *page 3*

*This pamphlet supersedes DA Pam 351–20, dated 1 October 1998.



UNCLASSIFIED

1186

**Contents—Continued**

Transcripts and copies of records • 1–10, *page 3*
Voluntary withdrawal • 1–11, *page 3*
Cancellation of enrollment • 1–12, *page 3*
Reinstatement • 1–13, *page 3*

*Section III*
*Administrative Terms, page 3*
Subcourse • 1–14, *page 3*
Course • 1–15, *page 4*
Credit hour • 1–16, *page 4*
Methods of completing examinations • 1–17, *page 4*
ATSC Form 157 (Data Mailer) • 1–18, *page 4*
Exempt credit • 1–19, *page 4*
Promotion points • 1–20, *page 4*
Enrollment year • 1–21, *page 4*
Retirement point • 1–22, *page 4*
Subcourse completion notice • 1–23, *page 4*
Phase completion notice • 1–24, *page 4*
Course completion notice • 1–25, *page 5*
Certificate of Completion • 1–26, *page 5*
Diplomas • 1–27, *page 5*

*Section IV*
*Administrative Procedures for Programs Administered by AIPD, page 5*
Required progress • 1–28, *page 5*
Grading system and reexamination • 1–29, *page 5*
Certifying your work • 1–30, *page 5*
Award of MOS/branch qualification • 1–31, *page 5*
Student records • 1–32, *page 5*
Change of address • 1–33, *page 6*
Communication with AIPD • 1–34, *page 6*
ACCP catalog availability • 1–35, *page 6*

**Chapter 2**
**Consolidated Army Correspondence Course Program (ACCP),** *page 6*

*Section I*
*Adjutant General School (U.S. Army Soldier Support Institute), page 6*
RC Adjutant General Officer Advanced Course (AOC 42) (Course Number: 805C A11) • 2–1, *page 6*
S1/Personnel Officer Course (Course Number: 805C Q19) • 2–2, *page 7*
Personnel Staff Officer Course (Course Number: 805C Q21) • 2–3, *page 7*
RC WOAC Military Personnel Technician Course (420A) (Course Number: 805C W31) • 2–4, *page 7*
RC WOBC Military Personnel Technician Course (420A) (Course Number: 805C W11) • 2–5, *page 7*
Military Personnel Officer Course (Course Number: 805C D23) • 2–6, *page 8*
Advanced Level Sustainment Training Technical Course • 2–7, *page 8*
Basic Level Sustainment Training Technical Course • 2–8, *page 8*
Administrative Course (MOS 71L20) (Course Number: 805C M15) • 2–9, *page 8*
Personnel Administration Course (MOS 75B20) (Course Number: 805C M17) • 2–10, *page 8*
Personnel Services Specialist Course (MOS 75H20) (Course Number: 805C M25) • 2–11, *page 9*

*Section II*
*U.S. Army Air Defense Artillery School, page 9*
RC ADA Officer Advanced Course (Course Number: 441 A11) • 2–12, *page 9*
RC SHORAD Officer Reclassification Course (Course Number: 441 Q21) • 2–13, *page 9*
RC WOAC Air Defense Systems Technician (MOS 140A) (Course Number: 441 W31) • 2–14, *page 9*

**Contents—Continued**

Common Military Subjects for Skill Level 4 (all ADA MOSs) (Course Number: 441 D17) • 2–15, *page 9*
Common Military Subjects for Skill Level 3 (all ADA MOSs) (Course Number: 441 D15) • 2–16, *page 10*
Common Military Subjects for Skill Level 2 (all ADA MOSs) (Course Number: 441 D13) • 2–17, *page 10*
Common Military Subjects for Skill Level 1 (all ADA MOSs) (Course Number: 441 D11) • 2–18, *page 10*
Operations and Intelligence Assistant (Course Number: 441 M15) • 2–19, *page 10*
Patriot Fire Control Enhanced Operator/Maintainer Course (MOS 14E) (Course Number: 441 M33) • 2–20, *page 10*
Patriot Launching Station Enhanced Operator/Maintainer Course (MOS 14T) (Course Number: 441 M35) • 2–21, *page 10*
MANPAD System Training (MOS 14S/14M) (Course Number: 441 M23) • 2–22, *page 11*
ADA Senior Sergeant (MOS 14Z) (Course Number: 441 M51) • 2–23, *page 11*
ADA Command and Control System AN/TSQ–73 Missile Minder (MOS 14L) (Course Number: 441 M31) • 2–24, *page 11*

*Section III*
*U.S. Army Armor School, page 11*
Requirements for branch transfer • 2–25, *page 11*
Armor Captains Career Course • 2–26, *page 12*
Battalion Motor Officer Course (BMOC) (Course Number: 171 Q11) • 2–27, *page 12*

*Section IV*
*U.S. Army Aviation Center, page 12*
RC Aviation Officer Advanced Course (Course Number: 011 A11) • 2–28, *page 12*
RC Aviation Warrant Officer Advanced Course (MOS 150 Series) (Course Number: 011 W31) • 2–29, *page 12*
Aviation Accident Prevention Management Course (Course Number: 011 D21) • 2–30, *page 13*
Aviation Logistics Manager Course (Course Number: 011 Q13) • 2–31, *page 13*
Aviation Safety Officer Course (Course Number: 011 Q11) • 2–32, *page 13*
Avionic Mechanic (MOS 68N) (Course Number: 011 M10) • 2–33, *page 13*
Air Traffic Control Operator Course (MOS 93C) (Course Number: 011 M20) • 2–34, *page 13*
Air Traffic Control Preparatory Course (Course Number: 011 D11) • 2–35, *page 14*
Aviation Operations Specialist Course (MOS 93P) (Course Number: 011 M24) • 2–36, *page 14*
Aviation Survival Course (Course Number: 011 D23) • 2–37, *page 14*
Special Course for Safety Management (Basic) (Course Number: 011 D13) • 2–38, *page 14*

*Section V*
*U.S. Army Aviation Logistics School, page 14*
Utility Helicopter (UH–1, Model H) Repairer/Supervisor Course (MOS 67N30) (Course Number: 552 M40) • 2–39, *page 14*
Aircraft Structural Repairer/Supervisor Course (MOS 68G30) (Course Number: 552 M44) • 2–40, *page 14*
Aircraft Armament/Missile Subsystems Supervisor Course (AH–1F) (Course Number: 552 M46) • 2–41, *page 14*
Aviation Maintenance Management Course (Course Number: 552 D11) • 2–42, *page 15*
Basic Aircraft Maintenance Course (Course Number: 552 D13) • 2–43, *page 15*
Aircraft Structural Maintenance Technician (Course Number: CDC 2A 753) • 2–44, *page 15*

*Section VI*
*U.S. Army Chaplain Center and School, page 15*
RC Chaplain Officer Advanced Course (Course Number: 805D A11) • 2–45, *page 15*
RC Chaplain Officer Basic Course (Course Number: 805D B11) • 2–46, *page 16*
Chaplain Assistant Senior Supervisor Sustainment Training Course (MOS 71M50) (Course Number: 805D M51) • 2–47, *page 16*
Chaplain Assistant Advanced Sustainment Training Course (MOS 71M40) (Course Number: 805D M41) • 2–48, *page 16*
Chaplain Assistant Reserve Component Reclassification Course (MOS 71M10) (Course Number: 805D M35) • 2–49, *page 16*
Chaplain Assistant Initial Sustainment Training Course (MOS 71M) (Course Number: 805D M31) • 2–50, *page 16*
Nonappropriated Chaplains Fund Technical Course (MOS 71M) (Course Number: 805D M21) • 2–51, *page 17*

**Contents—Continued**

*Section VII*
*U.S. Army Chemical School, page 17*
RC Chemical Officer Advanced Course (Course Number: 031 A11) • 2–52, *page 17*
RC Chemical Senior Leader Qualification Course (Course Number: 031 Q11) • 2–53, *page 17*
Unit NBC Defense Officer/NCO Refresher Course (Course Number: 031 F11) • 2–54, *page 17*
Chemical Advanced Refresher Course (Course Number: 031 D11) • 2–55, *page 18*
Chemical Specialist Refresher Course (MOS 54B30) (Course Number: 031 M30) • 2–56, *page 18*
Decontamination Course (Course Number: 031 M32) • 2–57, *page 18*
Smoke Course (Course Number: 031 M34) • 2–58, *page 18*

*Section VIII*
*Combat Lifesaver Course (U.S. Army Medical Department Center and School), page 18*
Combat Lifesaver Correspondence Course (Course Number: 081 F11) • 2–59, *page 18*

*Section IX*
*Defense Language Institute, page 19*
General • 2–60, *page 19*
Russian Proficiency Improvement Course (Course Number: 215 F11) • 2–61, *page 19*
Polish Proficiency Improvement Course (Course Number: 215 F21) • 2–62, *page 19*
Czech Proficiency Improvement Course (Course Number: 215 F31) • 2–63, *page 19*

*Section X*
*Defense Security Service, page 20*
Eligibility requirements. • 2–64, *page 20*
Enrollment procedures • 2–65, *page 20*
Examinations • 2–66, *page 20*
Structures of Industrial Security Course • 2–67, *page 20*
Basic Industrial Security for User Agency Personnel Course (Course Number: 553D F21) • 2–68, *page 20*
Essentials of Industrial Security Management Course (Course Number: 553D F23) • 2–69, *page 20*
Protecting SECRET and CONFIDENTIAL Documents Course (Course Number: 553D F24) • 2–70, *page 20*
Basic Information Security Course (Course Number: 553D F31) • 2–71, *page 20*
Acquisition Systems Protection Program Course (Course Number: 553D F60) • 2–72, *page 20*

*Section XI*
*U.S. Army Engineer School, page 20*
Courses for officers • 2–73, *page 20*
RC Engineer Officer Advanced Course (Course Number: 052 A11) • 2–74, *page 21*
RC WOAC Utilities Operations and Maintenance Technician (MOS 210A) (Course Number: 052 W31) • 2–75, *page 21*
RC WOAC Engineer Equipment Repair Technician (MOS 919A) (Course Number: 052 W33) • 2–76, *page 22*
RC WOBC Utilities Operations and Maintenance Technician (MOS 210A) (Course Number: 052 W11) • 2–77, *page 22*
RC WOBC Engineer Equipment Repair Technician (MOS 919A) (Course Number: 052 W13) • 2–78, *page 22*
Terrain Analysis Technician Refresher Course (MOS 215D) (Course Number: 052 W37) • 2–79, *page 23*
Combat Engineering Advanced Refresher Course (CMF 12) (Course Number: 052 D11) • 2–80, *page 23*
Combat Engineering Basic Refresher Course (CMF 12) • 2–81, *page 23*
Combat Engineer Course (MOS 12B) (Course Number: 052 M17) • 2–82, *page 23*
Bridge Crewman Course (MOS 12C) (Course Number: 052 M19) • 2–83, *page 23*
General Engineering Advanced Refresher Course (CMF 51) (Course Number: 052 D13) • 2–84, *page 24*
General Engineering Basic Refresher Course (CMF 51) • 2–85, *page 24*
Diver General Engineering Course (MOS 00B) (Course Number: 052 M38) • 2–86, *page 24*
Carpentry and Masonry Specialist Course (MOS 51B) (Course Number: 052 M40) • 2–87, *page 24*
Construction Engineer Supervisor Course (MOS 51H) (Course Number: 052 M42) • 2–88, *page 24*
Plumber Course (MOS 51K) (Course Number: 052 M44) • 2–89, *page 24*
Electrician Course (MOS 51R) (Course Number: 052 M46) • 2–90, *page 25*

**Contents—Continued**


Construction Equipment Repair Course (MOS 62B) (Course Number: 052 M50) • 2–91, *page 25*
Cartographer Course (MOS 81T) (Course Number: 052 M52) • 2–92, *page 25*
Topographic Surveyor Course (MOS 82D) (Course Number: 052 M56) • 2–93, *page 25*
Engineer Construction Course (Course Number: 052 D55) • 2–94, *page 25*
Engineer Combat Support Course (Course Number: 052 D57) • 2–95, *page 25*

*Section XII*
*U.S. Army Field Artillery School, page 25*
Senior Officer Field Artillery Refresher Course (Course Number: 061 Q11) • 2–96, *page 25*
RC Field Artillery Officer Advanced Course (Course Number: 061 A11) • 2–97, *page 26*
RC Field Artillery Officer Advanced Course for Branch Transfers (Course Number: 061 A12) • 2–98, *page 26*
Field Artillery Officer Preparatory Advanced Course (Course Number: 061 Q13) • 2–99, *page 26*
FA Officer Branch Orientation Course (Course Number: 061 Q23) • 2–100, *page 26*
RC WOBC Field Artillery Targeting Technician Course (MOS 131A) (Course Number: 061 W11) • 2–101, *page 26*
Field Artillery Senior NCO Targeting Course (Course Number: 061 M50) • 2–102, *page 27*
Field Artillery Cannon Advanced Studies • 2–103, *page 27*
Field Artillery Cannon Basic Studies • 2–104, *page 27*
Radar Repairer Course (MOS 39M) (Course Number: 061 M80) • 2–105, *page 28*
Cannon Firing Battery Course (MOS 13B/E) (Course Number: 061 M70) • 2–106, *page 28*
Field Artillery Meteorology Course (MOS 93F) (Course Number: 061 M82) • 2–107, *page 28*
Field Artillery Radar Crew Member Course (Course Number: 061 M76) • 2–108, *page 28*
Field Artillery Surveyor Course, Level I (MOS 82C) (Course Number: 061 M78) • 2–109, *page 28*
Fire Direction Course, Level I (MOS 13E) (Course Number: 061 M82) • 2–110, *page 28*
Fire Support Team (FIST) Chief/Member Course (MOS 13F) (Course Number: 061 G11) • 2–111, *page 28*
Fire Support Element (FSE) Member Course (MOS 13F) (Course Number: 061 D11) • 2–112, *page 28*
Division Artillery Tactical Operations Center Course (Course Number: 061 D13) • 2–113, *page 29*

*Section XIII*
*Finance School (U.S. Army Soldier Support Institute), page 29*
RC Finance Officer Advanced Course (AOC 44) (Course Number: 805A A11) • 2–114, *page 29*
Finance Officer Branch Qualification Course (Course Number: 805A Q11) • 2–115, *page 29*
Nonappropriated Funds Management Course (previously Central Accounting Officer Course) (Course Number: 805A Q13) • 2–116, *page 29*
Advanced Level Sustainment Training Technical Course (MOS 73C40/73D40) (Course Number: 805A M27) • 2–117, *page 29*
Basic Level Sustainment Training Technical Course (MOS 73C/73D) (Course Number: 805A M25) • 2–118, *page 30*
Military Accounting Supervisor/Technician Course (Course Number: 805A D22) • 2–119, *page 30*
Disbursing Operations Management Course (Course Number: 805A D15) • 2–120, *page 30*
Planning, Programing, Budgeting, and Execution System Course (Course Number: 805A D52) • 2–121, *page 30*
Resource Management Budget Course (Course Number: 805A D50) • 2–122, *page 30*
Military Pay Introductory Finance Course (Course Number: 805A D24) • 2–123, *page 30*

*Section XIV*
*U.S. Army Infantry School, page 30*
Infantry Field Grade Officer Refresher Training Course (Course Number: 071 Q11) • 2–124, *page 30*
RC Infantry Officer Advanced Course (Course Number: 071 A11) • 2–125, *page 31*
Primary Leadership Development Preparatory Course (Course Number: 071 D21) • 2–126, *page 31*
Basic Leadership Preparatory Course (Course Number: 071 D23) • 2–127, *page 31*
RC Long-Range Surveillance Leader Course (LRSLC) (Course Number: 071 F11) • 2–128, *page 32*
Battalion Intelligence and Operation Sergeant's Course (Course Number: 071 F13) • 2–129, *page 32*
Infantry Advanced Refresher Training Course (MOS 11B) (Course Number: 071 M50) • 2–130, *page 32*
Infantry Advanced Refresher Training Course (MOS 11C) (Course Number: 071 M52) • 2–131, *page 32*
Infantry Advanced Refresher Training Course (MOS 11H) (Course Number: 071 M54) • 2–132, *page 32*
Infantry Advanced Refresher Training Course (MOS 11M) (Course Number: 071 M56) • 2–133, *page 32*

**Contents—Continued**

Infantry Basic NCO Common Core Subjects (Course Number: 071 D13) • 2–134, *page 33*
Infantry Basic Refresher Training Course (MOS 11B) (Course Number: 071 M20) • 2–135, *page 33*
Infantry Basic Refresher Training Course (MOS 11C) (Course Number: 071 M22) • 2–136, *page 33*
Infantry Basic Refresher Training Course (MOS 11H) (Course Number: 071 M24) • 2–137, *page 33*
Infantry Basic Refresher Training Course (MOS 11M) (Course Number: 071 M26) • 2–138, *page 33*
TOW Unit Training Course (MOS 11H) (Course Number: 071 D15) • 2–139, *page 33*
RC Military Observer Controller Course (Course Number: 071 F15) • 2–140, *page 33*

*Section XV*
*U.S. Army Intelligence Center and Fort Huachuca, page 33*
Total Army Training System (TATS) Military Intelligence Officer Transition Course (MIOTC) (Course Number: 301 Q23) • 2–141, *page 33*
RC Military Intelligence Officer Advanced Course (RC–MIOAC) (Course Number: 301 A11) • 2–142, *page 34*
RC Imagery Exploitation Course (AOC 35C) (Course Number: 301 Q13) • 2–143, *page 34*
CI Familiarization Course (Course Number: 301 Q19) • 2–144, *page 35*
Tactical Intelligence Familiarization Course (Course Number: 301 Q21) • 2–145, *page 35*
Advanced Imagery Analyst Course (96D/350D/35C) (Course Number: 301 D11) • 2–146, *page 35*
Basic Imagery Analyst Course (96D/350D/35C) (Course Number: 301 D13) • 2–147, *page 36*
RC Military Intelligence Warrant Officer Reclassification Course (Course Number: 301 W10) • 2–148, *page 36*
RC WOBC Military Intelligence (MOS 350D/B, 351B/E, 352C/D/G/H/J/K and 353A) (Course Number: 301 W11) • 2–149, *page 37*
Advanced Intelligence Analyst Course (AOC 35D/MOS 350B/D/L and 96B) (Course Number: 301 D17) • 2–150, *page 37*
Basic Intelligence Analyst Course (AOC 35D/MOS 350B/D/L and 96B) (Course Number: 301 D15) • 2–151, *page 37*
RC Imagery Analyst Interim Total Army Training System (TATS) Course (MOS 96D10) (Course Number 301 T20) • 2–152, *page 37*
Aerial Sensor Specialist Course (MOS 96H) (Course Number: 301 M11) • 2–153, *page 38*
Ground Surveillance Radar Systems Operator Course (MOS 96R) (Course Number: 301 M13) • 2–154, *page 38*
RC Ground Surveillance Systems Operator Total Army Training System (TATS) Course (MOS 96R10) (Course Number 301 T10) • 2–155, *page 38*
Advanced Unmanned Aerial Vehicle (UAV) Operator Course (MOS 96U) (Course Number 301 M42) • 2–156, *page 38*
Basic Unmanned Aerial Vehicle (UAV) Operator Course (MOS 96U) (Course Number 301 M40) • 2–157, *page 39*
Counterintelligence Agent Course (MOS 97B) (Course Number: 301 M15) • 2–158, *page 39*
Interrogator Course (MOS 97E) (Course Number: 301 M17) • 2–159, *page 39*
Basic Electricity and Electronics Special Course (CMF 33) (Course Number: 301 D19) • 2–160, *page 39*
RC IEW/Intercept Systems Repairer (MOS 33W10–RC) (Course Number: 301 M23) • 2–161, *page 39*
Basic Cryptanalysis Course (MOS 98C) (Course Number: 301 M25) • 2–162, *page 39*
Communications Interceptor/Locator Course (MOS 98H) (Course Number: 301 M33) • 2–163, *page 40*
RC Non-Communications Interceptor/Analyst Course (MOS 98J10-RC) (Course Number: 301 M35) • 2–164, *page 40*
Non-Morse Interceptor Analyst Course (MOS 98K) (Course Number: 301 M37) • 2–165, *page 40*
Journeyman Signals Intelligence Analyst Course • 2–166, *page 40*
Master Signals Intelligence Analyst Course • 2–167, *page 40*

*Section XVI*
*U.S. Army Logistics Management College, page 41*
General • 2–168, *page 41*
Army Maintenance Management Course (Course Number: 907 D21) • 2–169, *page 41*
Associate Logistics Executive Development Course (Course Number: 907 D25) • 2–170, *page 41*
Defense Hazardous Materials/Waste Handling Course (Course Number: 907 D17) • 2–171, *page 42*
Defense Reutilization and Marketing System—an Introduction (Course Number: 907 D15) • 2–172, *page 43*
Defense Distribution Management Course (Course Number: 907 D23) • 2–173, *page 43*
Introduction to Defense Financial Management (Course Number: 907 D11) • 2–174, *page 43*
Introduction to Operations Research Systems Analysis Course (Course Number: 907 D13) • 2–175, *page 43*

**Contents—Continued**

Logistics Management Development Course (Course Number: 907 D19) • 2–176, *page 43*
Support Operations Course (Phase I) (Course Number: 907 F23) • 2–177, *page 44*

*Section XVII*
*School of Military Packaging Technology, page 44*
Administrative information • 2–178, *page 44*
Packaging and Handling of Electrostatic Discharge Sensitive (ESDS) Items Course (Course Number: 908 F60) • 2–179, *page 44*
Defense Basic Preservation and Packing Course (Course Number: 908 F13) • 2–180, *page 44*
Defense Marking for Shipment and Storage Course (Course Number: 908 F32) • 2–181, *page 44*
Hazardous Materials Handling Course (Course Number: 908 F50) • 2–182, *page 44*

*Section XVIII*
*U.S. Army Military Police School, page 45*
Military Police Officer Advanced Course (Course Number: 191 A11) • 2–183, *page 45*
Advanced Military Police Branch Orientation Course (Course Number: 191 Q11) • 2–184, *page 45*
Basic Military Police Branch Orientation Course (Course Number: 191 Q13) • 2–185, *page 45*
CID Warrant Officer Refresher Course (Course Number: 191 W11) • 2–186, *page 45*
Enemy Prisoner of War/Civilian Internee Refresher Course) (Course Number: 191 D11) • 2–187, *page 45*
Advanced NCO Refresher Course (MOS 95B) (Course Number: 191 M11) • 2–188, *page 46*
Basic NCO Refresher Course (CMF 95) (Course Number: 191 M15) • 2–189, *page 46*
Internment/Resettlement Specialist Course (Conversion) (Course Number: 191 M19) • 2–190, *page 46*
RC Apprentice Criminal Investigation Division (CID) Special Agent Course (MOS 95D) (Course Number: 191 M21) • 2–191, *page 46*
Physical Security Course (Course Number: 191 G11) • 2–192, *page 47*
Civil Disturbance Course (Course Number: 191 G13) • 2–193, *page 47*

*Section XIX*
*Ordnance Branch Courses (Combined Arms Support Command), page 47*
RC Ordnance Officer Advanced Course (Course Number: 091 A11) • 2–194, *page 47*
RC WOAC Repair Technician Course (MOS 913A/914A) (Course Number: 091 W31) • 2–195, *page 47*
RC WOAC Unit Maintenance Technician (Heavy) Course (MOS 915D) (Course Number: 091 W33) • 2–196, *page 48*
RC WOAC Support Maintenance Technician Course (MOS 915E) (Course Number: 091 W35) • 2–197, *page 48*
RC WOBC Armament Repair Technician Course (MOS 913A) (Course Number: 091 W11) • 2–198, *page 48*
RC WOBC Repair Shop Technician Course (MOS 914A) (Course Number: 091 W13) • 2–199, *page 48*
RC WOBC Unit Maintenance Technician (Light) Course (MOS 915A) (Course Number: 091 W15) • 2–200, *page 49*
NCO Mechanical Maintenance Common Core Course (Course Number: 091 D11) • 2–201, *page 49*
Mechanical Maintenance Senior NCO Course (Course Number: 091 D15) • 2–202, *page 49*
Metal Worker Course (MOS 44B) (Course Number: 091 M13) • 2–203, *page 49*
Machinist Course (MOS 44E) (Course Number: 091 M11) • 2–204, *page 49*
Small Arms Repairer Course (MOS 45B) (Course Number: 091 M15) • 2–205, *page 50*
Self-Propelled Field Artillery Turret Mechanic Course (MOS 45D) (Course Number: 091 M17) • 2–206, *page 50*
Fire Control Systems Repairer Course (MOS 45G) (Course Number: 091 M19) • 2–207, *page 50*
Tank Turret Repairer Course (MOS 45K) (Course Number: 091 M21) • 2–208, *page 50*
RC M60 A1/A3 Tank Turret Mechanic Course (MOS 45N) (Course Number: 091 M23) • 2–209, *page 50*
Bradley Fighting Vehicle System Turret Mechanic Course (MOS 45T) (Course Number: 091 M25) • 2–210, *page 50*
Utility Equipment Repairer Course (MOS 52C) (Course Number: 091 M27) • 2–211, *page 50*
Light Wheel Vehicle Mechanic Course (MOS 63B) (Course Number: 091 M31) • 2–212, *page 51*
Self-Propelled Artillery System Mechanic Course (MOS 63D) (Course Number: 091 M33) • 2–213, *page 51*
M1 Abrams Tank Systems Mechanic Course (MOS 63E) (Course Number: 091 M35) • 2–214, *page 51*
Track Vehicle Repairer Course (MOS 63H) (Course Number: 091 M37) • 2–215, *page 51*
Quartermaster and Chemical Equipment Repairer Course (MOS 63J) (Course Number: 091 M39) • 2–216, *page 51*
Heavy Wheel Vehicle Mechanic Course (MOS 63S) (Course Number: 091 M43) • 2–217, *page 51*

**Contents—Continued**

Bradley Fighting Vehicle System Mechanic Course (MOS 63T) (Course Number: 091 M45) • 2–218, *page 52*
Wheel Vehicle Repairer Course (MOS 63W) (Course Number: 091 M47) • 2–219, *page 52*
Track Vehicle Mechanic Course (MOS 63Y) (Course Number: 091 M49) • 2–220, *page 52*

*Section XX*
*Ordnance Missile and Munitions Branch Courses (Combined Arms Support Command), page 52*
RC Munitions Materiel Management Officer Advanced Course (AOC 91D) (Course Number: 093 A11) • 2–221, *page 52*
RC Munitions Materiel Management Branch Transfer Course (AOC 91D) (Course Number: 093 Q11) • 2–222, *page 52*
RC WOBC Ammunition Technician (MOS 910A) (Course Number: 093 W11) • 2–223, *page 53*
RC TOW/DRAGON Repairer (MOS 27E30) BNCOC (Course Number: 093 M30) • 2–224, *page 53*
RC Signal Maintenance Advanced Refresher Course (CMF 35) (Course Number: 093 D17) • 2–225, *page 53*
Missile Maintenance Advanced NCO Refresher Course (MOS 27E/M) (Course Number: 093 M13) • 2–226, *page 53*
Radar Set AN/FPN–40 Refresher Course (MOS 35D) (Course Number: 093 M24) • 2–227, *page 54*
Radio/COMSEC Repairer Course (MOS 35E10) (Course Number: 093 M35) • 2–228, *page 54*
Special Electronic Devices Repairer Course (MOS 35F10) (Course Number: 093 M05) • 2–229, *page 54*
Test Measurement and Diagnostic Equipment (TMDE) Maintenance Support Specialist Basic Level Technical Course (MOS 35H10) (Course Number: 093 M88) • 2–230, *page 54*
Electronic Technology Course (Course Number: 093 D19) • 2–231, *page 54*
Telecommunications Terminal Device Repairer Course (MOS 35J10) (Course Number: 093 M37) • 2–232, *page 54*
Avionics Communications Equipment Repairer (MOS 35L) (Course Number: 093 M12) • 2–233, *page 55*
Wire Systems Equipment Repair Course (MOS 35N10) (Course Number: 093 M39) • 2–234, *page 55*
Avionic Radar Repairer (MOS 35R) (Course Number: 093 M16) • 2–235, *page 55*
Munitions Advanced NCO Refresher Course (CMF 55) (Course Number: 093 D13) • 2–236, *page 55*
Ammunition Specialist ANCOC Transition Course (MOS 55B40) (Course Number: 093 M33) • 2–237, *page 55*
Ammunition Specialist BNCOC Transition Course (MOS 55B30) (Course Number: 093 M32) • 2–238, *page 56*
RC Ammunition Specialist BNCOC (Consolidated) Course (MOS 55B30) (Course Number: 093 M28) • 2–239, *page 56*
Explosive Ordnance Disposal (EOD) Course (MOS 55D) (Course Number: 093 M40) • 2–240, *page 56*

*Section XXI*
*U.S. Army Element School of Music (U.S. Army Soldier Support Institute), page 56*
RC WOBC Band Commander Course (420C) (Course Number: 514 W13) • 2–241, *page 56*
Band Commander Sustainment Training Course (Course Number: 514 F11) • 2–242, *page 57*
RC Advanced Noncommissioned Officers Course (MOS 02B—02U) (Course Number: 514 M03) • 2–243, *page 57*
RC Basic Noncommissioned Officer Course (MOS 02B—02U) (Course Number: 514 M01) • 2–244, *page 57*
Advanced Enlisted Professional Development Course (MOS 02B—02U) (Course Number: 514 M07) • 2–245, *page 57*
Basic Enlisted Professional Development Course (MOS 02B—02U) (Course Number: 514 M05) • 2–246, *page 58*

*Section XXII*
*Public Affairs Proponent Activity, page 58*
RC Public Affairs Officer Qualification Course (Course Number: 224 Q11) • 2–247, *page 58*
RC Basic Journalist MOS Qualification Course (MOS 46Q10) (Course Number: 224 M11) • 2–248, *page 58*
RC Basic Broadcaster MOS Qualification Course (MOS 46R10) (Course Number: 224 M13) • 2–249, *page 58*

*Section XXIII*
*Quartermaster Branch Courses (Combined Arms Support Command), page 58*
RC Quartermaster Officer Advanced Course (Course Number: 101 A11) • 2–250, *page 58*
Petroleum Officer Course (Course Number: 101 Q15) • 2–251, *page 59*
Food Service Officer (Course Number: 101 Q17) • 2–252, *page 59*
Food Service Management Course (Course Number: 101 F11) • 2–253, *page 59*
RC WOAC Property Accounting Technician (MOS 920A) (Course Number: 101 W31) • 2–254, *page 59*
RC WOAC Supply Systems Technician (MOS 920B) (Course Number: 101 W33) • 2–255, *page 59*
RC WOAC Food Service Technician (MOS 922A) (Course Number: 101 W35) • 2–256, *page 60*

**Contents—Continued**

RC WOBC Property Accounting Technician Course (920A) (Course Number: 101 W11) • 2–257, *page 60*
RC WOBC Supply Systems Technician Course (920B) (Course Number: 101 W13) • 2–258, *page 60*
RC WOBC Food Service Technician Course (922A) (Course Number: 101 W15) • 2–259, *page 60*
Troop Issue Subsistence Activity (TISA) Management Course (Course Number: 101 F13) • 2–260, *page 60*
Fabric Repair Specialist Course (MOS 43M20) (Course Number: 101 M01) • 2–261, *page 61*
Laundry and Shower Specialist Course (MOS 57E20) (Course Number: 101 M03) • 2–262, *page 61*
Mortuary Affairs Specialist Course (MOS 92M40) (Course Number: 101 M14) • 2–263, *page 61*
Mortuary Affairs Specialist Course (MOS 92M30) (Course Number: 101 M13) • 2–264, *page 61*
Mortuary Affairs Specialist Course (MOS 92M20) (Course Number: 101 M12) • 2–265, *page 61*
Petroleum Supply Specialist Course (MOS 77F50) (Course Number: 101 M50) • 2–266, *page 61*
Petroleum Supply Specialist Course (MOS 77F30) (Course Number: 101 M05) • 2–267, *page 61*
Petroleum Laboratory Specialist Course (MOS 77L40) (Course Number: 101 M52) • 2–268, *page 61*
Petroleum Laboratory Specialist Course (MOS 77L30) (Course Number: 101 M51) • 2–269, *page 62*
Water Treatment Specialist Course (MOS 77W40) (Course Number: 101 M26) • 2–270, *page 62*
Water Treatment Specialist Course (MOS 77W30) (Course Number: 101 M25) • 2–271, *page 62*
Water Treatment Specialist Course (MOS 77W20) (Course Number: 101 M24) • 2–272, *page 62*
Automated Logistical Specialist (MOS 92A50) (Course Number: 101 M31) • 2–273, *page 62*
Automated Logistical Specialist (MOS 92A40) (Course Number: 101 M30) • 2–274, *page 62*
Automated Logistical Specialist (MOS 92A30) (Course Number: 101 M29) • 2–275, *page 62*
Automated Logistical Specialist (MOS 92A10/20) (Course Number: 101 M28) • 2–276, *page 62*
Unit Supply Specialist Course (MOS 92Y40) (Course Number: 101 M42) • 2–277, *page 63*
Unit Supply Specialist Course (MOS 92Y30) (Course Number: 101 M41) • 2–278, *page 63*
Unit Supply Specialist Course (MOS 92Y20) (Course Number: 101 M40) • 2–279, *page 63*
Food Service Specialist Course (MOS 92G40) (Course Number: 101 M34) • 2–280, *page 63*
Food Service Specialist Course (MOS 92G30) (Course Number: 101 M33) • 2–281, *page 63*
Food Service Specialist Course (MOS 92G20) (Course Number: 101 M32) • 2–282, *page 63*

*Section XXIV*
*U.S. Army Recruiting Command, page 63*
Delayed Entry Program Correspondence Course (Course Number: 553E D11 • 2–283, *page 63*

*Section XXV*
*Recruiting and Retention School (U.S. Army Soldier Support Institute), page 63*
Station Commander Course (Course Number: 805B F21) • 2–284, *page 64*
Reenlistment NCO Course (Course Number: 805B F11) • 2–285, *page 64*

*Section XXVI*
*U.S. Army Research Laboratory, Human Research and Engineering Directorate, page 64*
Human Factors Engineering Course (Course Number: 887 G11) • 2–286, *page 64*

*Section XXVII*
*U.S. Army Signal Center and School, page 64*
Visual Information Officer Course (Skill 5B) (Course Number: 113 Q11) • 2–287, *page 64*
RC Signal Officer Advanced Course (Course Number: 113 A11) • 2–288, *page 65*
Visual Information Advanced Refresher Course (CMF 25) (Course Number: 113 D11) • 2–289, *page 65*
Multimedia Illustrator Course (MOS 25M) (Course Number: 113 M14) • 2–290, *page 65*
Visual Information/Equipment Operator-Maintainer Course (MOS 25R) (Course Number: 113 M16) • 2–291, *page 65*
Combat Documentation/Production Specialist (MOS 25V) (Course Number: 113 M25) • 2–292, *page 65*
RC Signal NCO Advanced Refresher Course (CMF 31) (Course Number: 113 D19) • 2–293, *page 66*
Single Channel Radio Operator Course (MOS 31C20) (Course Number: 113 M40) • 2–294, *page 66*
Radio Operator Maintainer Course (MOS 31C10) (Course Number: 113 M36) • 2–295, *page 66*
Network Switching Systems Operator Maintainer Course (MOS 31F10) (Course Number: 113 M09) • 2–296, *page 66*
Antenna Installation Course (MOS 31L ASI F2) (Course Number: 113 Q13) • 2–297, *page 66*

**Contents—Continued**

Cable Splicing Course (MOS 31L ASI F6) (Course Number: 113 M48) • 2–298, *page 66*
Wire Systems Installer Course (MOS 31L30/31W40) (Course Number: 113 M50) • 2–299, *page 66*
Cable Systems Installer/Maintainer Course (MOS 31L10) (Course Number: 113 M01) • 2–300, *page 67*
Microwave Systems Operator/Maintainer Course (MOS 31P) (Course Number: 113 M30) • 2–301, *page 67*
Circuit Conditioning Course (MOS 31P) (Course Number: 113 G15) • 2–302, *page 67*
Multichannel Transmission Systems Operator/Maintainer Course (MOS 31R10) (Course Number: 113 M07) • 2–303, *page 67*
Signal Support Systems Specialist BNCOC Course (MOS 31U30) • 2–304, *page 67*
Signal Support Systems Specialist Course (MOS 31U10) • 2–305, *page 68*
Signal Leadership Course (Course Number: 113 D23) • 2–306, *page 68*

*Section XXVIII*
*U.S. Army Training and Doctrine Command, Office of the Deputy Chief of Staff for Training, page 68*
Supervisor Development Course (SDC) (Course Number 131 F21) • 2–307, *page 68*
Manager Development Course (MDC). (Course Number 131 F31) • 2–308, *page 69*
Action Officer Development Course (AODC). (Course Number 131 F41) • 2–309, *page 69*

*Section XXIX*
*U.S. Army Training Support Center, page 69*
NCO Primary Leadership Subjects Course (Course Number: 553B D21) • 2–310, *page 69*
NCO Basic Leadership Subjects Course (Course Number: 553B D31) • 2–311, *page 69*
Standards in Weapons Training Course (Course Number: 553C F11) • 2–312, *page 69*

*Section XXX*
*Transportation Branch Courses (Combined Arms Support Command), page 69*
RC Transportation Officer Advanced Course (Course Number: 551 A11) • 2–313, *page 69*
Locomotive Repairer (MOS 88P) (Course Number: 551 M18) • 2–314, *page 70*
Track Maintainer (MOS 88T) (Course Number: 551 M24) • 2–315, *page 70*
Train Crew Member (MOS 88U) (Course Number: 551 M26) • 2–316, *page 70*

**Chapter 3**
**Subcourse Listings for Consolidated ACCP,** *page 70*
Individual subcourse enrollment information • 3–1, *page 70*
Subcourse listings • 3–2, *page 70*

**Chapter 4**
**Nonconsolidated Activities Correspondence Courses,** *page 219*

*Section I*
*U.S. Army Medical Department Center and School, page 219*
General procedures • 4–1, *page 219*
Enrollment and reinstatement • 4–2, *page 219*
Group study • 4–3, *page 220*
Enrollment date • 4–4, *page 220*
Termination • 4–5, *page 220*
Copies of records • 4–6, *page 220*
Revision of subcourses • 4–7, *page 220*
Certificates relative to assistance received • 4–8, *page 220*
Checking material • 4–9, *page 220*
Counseling services • 4–10, *page 220*
Recommended medical academic preparation program (MAPP) for certain resident courses • 4–11, *page 221*
Professional development program for commissioned officers of the AMEDD • 4–12, *page 221*
AMEDD Officer Advanced Course • 4–13, *page 221*
AMEDD Officer Branch Qualification Course (Basic) • 4–14, *page 222*
AMEDD Officer Branch Qualification Course (Advanced) • 4–15, *page 222*
AMEDD Company Grade Precommand Course (E–30) • 4–16, *page 222*

**Contents—Continued**

Reserve Component Patient Administration Course, 7M–F3 (RC) • 4–17, *page 222*
Reserve Component Medical Logistics Management Course, 8B–F20 (RC) • 4–18, *page 223*
Emergency Medicine Physician Assistant (EMPA) Basic Studies Course • 4–19, *page 223*
Introduction to Orthopaedic Surgery for Physician Assistants • 4–20, *page 223*
Basic Orthopaedic Review for the Physician Assistant • 4–21, *page 223*
Skill Progress Correspondence Courses for Medical Enlisted Personnel • 4–22, *page 224*
Combat Lifesaver Enhancement Course • 4–23, *page 224*
AMEDD S2/3 Course • 4–24, *page 224*
Special Operations Medical Sergeant Preparatory Course (MOS 18D) • 4–25, *page 224*
Special Operations Medical Sergeant Sustainment Course (MOS 18D) • 4–26, *page 224*
Patient Administration Specialist Sustainment Course (MOS 71G) • 4–27, *page 224*
Reserve Component Patient Administration Specialist Course, 513–71G10 (RC) • 4–28, *page 225*
Medical Supply Specialist Sustainment Course (MOS 76J) • 4–29, *page 225*
Reserve Component Medical Supply Specialist Course, 551–76J10 (RC) • 4–30, *page 225*
Medical Equipment Repairer, Unit Level, Sustainment Course (MOS 91A10) • 4–31, *page 225*
Medical Equipment Repairer, Advanced, Sustainment Course (MOS 91A30) • 4–32, *page 225*
Medical Specialist Sustainment Course (MOS 91B10) • 4–33, *page 226*
Medical NCO Preparatory Course (MOS 91B20) • 4–34, *page 226*
Medical NCO Sustainment Course (MOS 91B20/30) • 4–35, *page 226*
Practical Nurse Preparatory Course (MOS 91C) • 4–36, *page 226*
Practical Nurse Sustainment Course (MOS 91C) • 4–37, *page 226*
Operating Room Specialist Sustainment Course (MOS 91D) • 4–38, *page 226*
Dental Specialist Sustainment Course (MOS 91E) • 4–39, *page 226*
Dental Laboratory Specialist Sustainment Course (MOS 91EN5) • 4–40, *page 226*
Dental Basic Management Course (MOS 91E) • 4–41, *page 227*
Medical Laboratory Specialist Preparatory Course (MOS 91K30) • 4–42, *page 227*
Medical Laboratory Specialist Sustainment Course (MOS 91K) • 4–43, *page 227*
Blood Donor Center Operations Course (311–M4) • 4–44, *page 227*
Hospital Food Service Specialist Basic Sustainment Course (MOS 91M10) • 4–45, *page 227*
Reserve Component Hospital Food Service Specialist (Basic) Course, 800–91M10 (RC) • 4–46, *page 227*
Hospital Food Service Specialist Advanced Course (MOS 91M30) • 4–47, *page 228*
Radiology Specialist Sustainment Course (MOS 91P) • 4–48, *page 228*
Pharmacy Specialist Sustainment Course (MOS 91Q) • 4–49, *page 228*
Veterinary Food Inspection Specialist Basic Sustainment Course (MOS 91R10) • 4–50, *page 228*
Reserve Component Veterinary Food Inspection Specialist Basic Course, 321–91R10 (RC) • 4–51, *page 228*
Veterinary Food Inspection Specialist Preparatory Advanced Course (MOS 91R20) • 4–52, *page 229*
Statistics and Communication Skills for the Quality Assurance Inspector (MOS 640A, MOS 91R) • 4–53, *page 229*
Preventive Medicine Specialist Sustainment Course (MOS 91S) • 4–54, *page 229*
Reserve Component Preventive Medicine Specialist Course, 322–91S10 (RC) • 4–55, *page 229*
Animal Care Specialist Sustainment Course (MOS 91T10/20) • 4–56, *page 230*
Respiratory Specialist Preparatory Course (MOS 91V) • 4–57, *page 230*
Field Sanitation Team Certification Course • 4–58, *page 230*
Individual subcourses for the U.S. Army Medical Department Center and School • 4–59, *page 230*

*Section II*
*U.S. Army Command and General Staff College, page 253*
Command and General Staff Officer Course, Nonresident (1–250–C3) • 4–60, *page 253*

*Section III*
*Emergency Management Institute, page 254*
General information • 4–61, *page 254*
Course listings • 4–62, *page 255*

*Section IV*
*U.S. Army John F. Kennedy Special Warfare Center and School, page 257*

**Contents—Continued**

How to enroll • 4–63, *page 257*
RC Civil Affairs Officer Advanced Course (Civil Affairs Branch, 38A) • 4–64, *page 258*
Psychological Operations Officer Course RC (APC 39B) • 4–65, *page 258*

*Section V*
*The Judge Advocate General's School, page 260*
General information • 4–66, *page 260*
Enrollment and application • 4–67, *page 260*
Voluntary withdrawal, termination of enrollment, and reinstatement/reenrollment • 4–68, *page 261*
Grading system • 4–69, *page 261*
Equivalent and constructive credit • 4–70, *page 261*
Independent enrollment • 4–71, *page 262*
Elective courses • 4–72, *page 262*
Reserve Component Judge Advocate Officer Basic Correspondence Course (55A) • 4–73, *page 262*
Judge Advocate Officer Advanced Course (55A) • 4–74, *page 263*
Army Legal Administrators Pre-Appointment Correspondence Course (MOS 71D) • 4–75, *page 263*
Pre-Advanced Noncommissioned Officer Nonresident Course (MOS 71D) • 4–76, *page 263*
Pre-Basic Noncommissioned Officer Nonresident Course (MOS 71D) • 4–77, *page 263*
Post Advanced Individual Training Nonresident Course (MOS 71D) • 4–78, *page 264*
Phase I Reserve Component Nonresident Advanced Individual Training Course (MOS 71D) • 4–79, *page 264*
Individual subcourses for The Judge Advocate General's School • 4–80, *page 264*

*Section VI*
*U.S. Army Materiel Command, page 267*
Depot Maintenance Interservice Support Agreement Course • 4–81, *page 267*

*Section VII*
*National Cryptologic School, page 268*
Curricula • 4–82, *page 268*
Selection of students • 4–83, *page 268*
Registration • 4–84, *page 268*
Completion notice • 4–85, *page 268*
Mailing address and phone numbers for NCS Registrar • 4–86, *page 268*

*Section VIII*
*U.S. Naval Center for Acquisition Training, page 268*
Management Statistics (7E–F15C) • 4–87, *page 268*

*Section IX*
*United Nations Institute for Training and Research, page 268*
Introduction and eligibility • 4–88, *page 268*
ACCP credits and certificates of completion • 4–89, *page 269*
Web site • 4–90, *page 269*
How to enroll • 4–91, *page 269*
Language • 4–92, *page 269*

*Section X*
*U.S. Army War College, page 270*
Introduction • 4–93, *page 270*
Selection procedures • 4–94, *page 271*
Course content • 4–95, *page 271*
U.S. Army War College Distance Education Course • 4–96, *page 271*
Defense Strategy Course • 4–97, *page 272*
Strategic Leader Refresher Course (SLRC) • 4–98, *page 272*

**Contents—Continued**

*Section XI*
*U.S. Army Warrant Officer Career Center, page 272*
Warrant Officer Advanced Course prerequisites • 4–99, *page 272*

**Appendix A.** References, *page 273*

**Table List**

Table 2–1: RC branch transfer requirements, *page 11*
Table 2–2: Military educational guidelines for engineer officers, *page 21*
Table 2–3: WOTTCC resident training schedule, *page 37*
Table 3–1: Air Defense Artillery subcourses (AD), *page 71*
Table 3–2: Adjutant General subcourses (AG), *page 74*
Table 3–3: Aviation Logistics subcourses (AL), *page 81*
Table 3–4: Armor subcourses (AR), *page 84*
Table 3–5: Aviation subcourses (AV), *page 84*
Table 3–6: Chaplain subcourses (CH), *page 91*
Table 3–7: Chemical subcourses (CM), *page 94*
Table 3–8: Public Affairs Subcourses (DI), *page 97*
Table 3–9: Defense Language subcourses (DL), *page 99*
Table 3–10: Defense Security subcourses (DS), *page 100*
Table 3–11: Engineer subcourses (EN), *page 100*
Table 3–12: Field Artillery subcourses (FA), *page 107*
Table 3–13: Finance subcourses (FI), *page 116*
Table 3–14: Infantry subcourses (IN), *page 124*
Table 3–15: Interschool subcourses (IS), *page 133*
Table 3–16: Intelligence subcourses (IT), *page 139*
Table 3–17: Missile and Munitions subcourses (MM), *page 151*
Table 3–18: Military Police subcourses (MP), *page 164*
Table 3–19: School of Music subcourses (MU), *page 168*
Table 3–20: Ordnance subcourses (OD), *page 170*
Table 3–21: Public Affairs subcourses (PA), *page 181*
Table 3–22: Army Training Support Center subcourses (PD), *page 181*
Table 3–23: School of Military Packaging (PT), *page 181*
Table 3–24: Quartermaster subcourses (QM), *page 182*
Table 3–25: Recruiting and Retention subcourses (RR), *page 204*
Table 3–26: Intelligence subcourses (SA), *page 205*
Table 3–27: Signal subcourses (SS), *page 206*
Table 3–28: Transportation subcourses (TR), *page 217*
Table 4–1: Individual subcourses for the U.S. Army Medical Department Center and School, *page 230*
Table 4–2: FEMA Courses, *page 255*
Table 4–3: Individual subcourses for the U.S. Army John F. Kennedy Special Warfare Center and School, *page 258*
Table 4–4: Resident courses at the Judge Advocate General's School, *page 262*
Table 4–5: Individual subcourses for The Judge Advocate General's School, *page 264*
Table 4–6: UNICAR POCI courses, *page 269*

**Glossary**

**RESERVED**

# Chapter 1
# Introduction

## Section I
## General

### 1–1. Purpose
This pamphlet explains policies and procedures for enrolling in Army correspondence courses. It lists all correspondence courses developed and administered by the Army and certain other Government agencies.

### 1–2. References
Related publications and prescribed and referenced forms are listed in appendix A.

### 1–3. Explanation of abbreviations
The glossary explains abbreviations used in this regulation.

### 1–4. Programs administered by the Army Institute for Professional Development (consolidated ACCP)
*a.* The consolidated Army Correspondence Course Program (ACCP) is administered by the Army Institute for Professional Development (AIPD), U.S. Army Training Support Center, Fort Eustis, VA.

*b.* The various proponents determine correspondence course offerings and specific eligibility requirements. They develop correspondence course materials and examinations and are responsible for the technical accuracy of the material presented.

*c.* Address questions concerning grades, change of address, current course status, and enrollment extensions to AIPD. Mailing address is Army Institute for Professional Development, U.S. Army Training Support Center, Newport News VA 23628–0001. E-mail addresses and phone numbers are listed in the Preface to this catalog. Internet web site is http://www.atsc.army.mil/accp/aipd.htm.

*d.* Send questions concerning enrollment eligibility waivers, current course configurations, or problems with specific subcourses to the appropriate proponent school.

*e.* The schools and agencies listed below are part of the consolidated ACCP. Their courses are administered by AIPD and are listed in chapter 2.

(1) U.S. Army Air Defense Artillery School, Fort Bliss, TX 79916–0002 (school code 441).

(2) U.S. Army Armor School, Fort Knox, KY 40121–5200 (school code 171).

(3) U.S. Army Aviation Center, Fort Rucker, AL 36362–5163 (school code 011).

(4) U.S. Army Aviation Logistics School, Fort Eustis, VA 23604–5361 (school code 552).

(5) U.S. Army Chaplain Center and School, Fort Jackson, SC 29207–7035 (school code 161).

(6) U.S. Army Chemical School, Fort Leonard Wood 65473–8929 (school code 031).

(7) Combined Arms Support Command, Fort Lee, VA 23801–6000—Ordnance program (school code 091), Ordnance Missile and Munition program (school code 093), Quartermaster program (school code 101), Transportation program (school code 551).

(8) Defense Language Institute, Presidio of Monterey, CA 93944–5006 (school code 215).

(9) Defense Security Service Training Office, Baltimore, MD 21240–6060 (school code 553D).

(10) U.S. Army Engineer School, Fort Leonard Wood, MO 65473–5000 (school code 052).

(11) U.S. Army Field Artillery School, Fort Sill, OK 73503–5600 (school code 061).

(12) U.S. Army Infantry School, Fort Benning, GA 31905–5593 (school code 071).

(13) U.S. Army Intelligence Center and Fort Huachuca, AZ 85613–7000 (school code 301).

(14) U.S. Army Logistics Management College, Fort Lee, VA 23801–6042 (school code 907).

(15) U.S. Army Medical Department Center and School, Fort Sam Houston, TX 78234–6100—Combat Lifesaver Course (school code 081)

(16) School of Military Packaging Technology, Aberdeen Proving Ground, MD 21005–5001 (school code 908).

(17) U.S. Army Military Police School, Fort Leonard Wood, MO 65473–5166 (school code 191).

(18) Public Affairs Proponent Activity, Fort George G. Meade, MD 20755–5650 (school code 224).

(19) U.S. Army Recruiting Command, Fort Knox, KY 40121–2726 (school code 553E).

(20) U.S. Army Research Laboratory, Human Research and Engineering Directorate, Picatinny Arsenal, NJ 07806–5000 (school code 887).

(21) U.S. Army Signal Center and School, Fort Gordon, GA 30905–5070 (school code 113).

(22) U.S. Army Soldier Support Institute, Fort Jackson, SC 29207–7025—Adjutant General School (school code 805C), Finance School (school code 805A), School of Music (school code 514), Recruiting and Retention School (school code 805B).

(23) U.S. Army Training and Doctrine Command, Office of the Deputy Chief of Staff for Training, Fort Monroe, VA 23651–5000 (school code 131).

(24) U.S. Army Training Support Center, Fort Eustis, VA 23604–5121 (school codes 553A, 553B, 553C).

### 1–5. Correspondence course programs offered by other activities (not administered by AIPD)

The activities listed below administer their own correspondence course programs. See the individual activities listed in chapter 4 for specific information concerning enrollment and course offerings. *Do not mail applications to AIPD.*

*a.* U.S. Army Medical Department Center and School.
*b.* U.S. Army Command and General Staff College.
*c.* Federal Emergency Management Institute.
*d.* U.S. Army John F. Kennedy Special Warfare Center and School.
*e.* The Judge Advocate General's School.
*f.* Army Materiel Command
*g.* National Cryptologic School
*h.* U.S. Naval Center for Acquisition Training.
*i.* The United Nations Institute for Training and Research.
*j.* U.S. Army War College.
*k.* U.S. Army Warrant Officer Career Center.

## Section II
## Enrollment

### 1–6. Eligibility

*a. General.*

(1) The Army Correspondence Course Program is available to U.S. Active and Reserve military officers, warrant officers, and enlisted personnel; Reserve Officers' Training Corps, National Guard Officer Candidate School, West Point cadets; and authorized federal civilian employees. Non–U.S. citizens employed by DOD are eligible, but must contact AIPD to obtain a student identification number before enrolling. Foreign military enroll through the procedure described in para 1–6*b*.

(2) Military personnel must have enough time remaining in service to complete the course or subcourse(s) in which they are requesting enrollment. Reserve Component officers on active duty as warrant officers or enlisted personnel who want to enroll in an officer advanced course must enroll in their Reserve Component grade and status.

*Note.* To avoid misshipment of material, do not request enrollment if permanent change of station is within 90 days.

(3) Individual course descriptions include eligibility requirements or prerequisites that must be met before enrolling.

*b. Foreign governments.* Foreign governments must submit requests for correspondence course materials listed in this pamphlet to the Security Assistance Training Field Activity, ATTN: ATFA–R, Fort Monroe, VA 23651–5267. Requests are processed under the Foreign Military Sales Program, which provides reimbursement to our Government.

### 1–7. Types of enrollment

The Army Correspondence Course Program offers two types of enrollment.

*a. Individual study.* Students who enroll in individual study decide in what course or subcourse(s) to enroll and when to study the lessons and take the examinations. Students in this program satisfy their own particular training needs. To enroll in individual study, follow the procedures for enrollment in para 1–8.

*b. Group study.* The group study program provides for study under a group leader who instructs, encourages discussion, and offers feedback to students. The group leader is responsible for administering the course material. Commanders and training officers are urged to consider using this type of enrollment when developing unit training programs. Some group study guidelines follow:

(1) The group leader and each group member enroll through AIPD's web site. The group leader functions as an instructor, and as such, performs the following functions:

*(a)* Coordinates and selects the course or subcourse(s) desired for the study group.

*(b)* Arranges for the conduct of class sessions.

*(c)* Administers the lessons in each subcourse.

*(d)* Administers the final examination and forwards the examination response sheets for grading to the Army Institute for Professional Development, U.S. Army Training Support Center, Newport News, VA 23628–0001.

(2) The group study leader uses the following guidelines to conduct the best possible instruction:

*(a)* Reviews the subcourse, then determines the sequence of instruction and schedules classes.

*(b)* Breaks the subcourse into segments, based on the amount of time scheduled for the instruction.

*(c)* Recommends outside reading assignments if applicable.

*(d)* Administers the class. Makes maximum use of the discussion method. Answers questions, summarizes and administers lesson requirements.

*(e)* Advises the students, upon completion of the final lesson in a multilesson subcourse, that the next part of the subcourse will be the subcourse examination.

*(f)* Briefly reviews the subcourse, answers questions at the beginning of the examination period, and administers the examination. Collects examination response sheets and mails them to AIPD.

### 1–8. Enrollment

To apply, select the course or subcourse(s) in which you want to enroll. Make sure you are eligible for enrollment and that you meet all course or subcourse prerequisites. The subject matter of the selected course or subcourse(s) should relate to your present or prospective duty assignment or training need. Use one of the following methods to enroll.

*a. Internet registration and enrollment procedures.* Students register and enroll through AIPD's web site, http://www.atsc.army.mil/accp/aipd.htm. You must provide a user ID and password. Currently or previously enrolled students experiencing problems with the process should verify that they are using their name exactly as it appears on those enrollments. If there are still problems, please contact your student services team at (757) 878–3322, 5715, or 2169.

*b. Electronic enrollment through Army Training Requirements and Resources System (ATRRS).*

(1) Use the ATRRS *Main Option List* and at *Display Desired*, key in LS (Course List Selection Parameters (LS)) and press enter key. The LS display appears, key in 00 in *Fiscal Year* (FY), arrow down to *School Code* and key in 553, arrow down to *Select Code* and key in BK, and press enter key. The *Selected Course List* (LS1) display will appear listing all ACCP courses available for electronic enrollment for that FY. Select Code BH indicates Army Correspondence Courses, and BK indicates available for electronic enrollment.

(2) ATTRS transfers student enrollments each day to AIPD for processing. Each day after a successful enrollment cycle has run, AIPD transfers to ATRRS student course, phase, and subcourse information. Quota source managers can access student information using the *Reservations by Student* (RS) display. Student subcourse information can be displayed by using the *Correspondence/Subcourse by Student* (RT) display.

(3) If you need more information on the ATRRS enrollment process, call AIPD at (757) 878–5532 or DSN 927–5532.

### 1–9. Rate of subcourse issue

When you enroll in a course or multiple subcourses, you will receive the first two available subcourses. Upon successful completion of one of those subcourses, we will mail additional subcourses.

### 1–10. Transcripts and copies of records

*a. Transcripts.* Official transcripts list only those courses which are included in the *American Council on Education (ACE) Guide to the Evaluation of Educational Experiences in the Armed Services.* Upon written request, we will send an official transcript to colleges or universities you designate and an information copy to you. In your request include your complete name, address, and SSN; the schools in which you were enrolled; the dates you completed the courses; and the name and address of the institution to which you want the transcript sent.

*b. Copies of records.* We can provide students a copy of their records to verify completed subcourses and courses. In your request include your complete name, address, and SSN; the schools in which you were enrolled; and the dates you completed the subcourses/courses. These records include all subcourse and course completions.

### 1–11. Voluntary withdrawal

You may cancel your enrollment in the Army Correspondence Course Program at any time through our web site.

### 1–12. Cancellation of enrollment

Enrollment will be canceled by AIPD for either of the following reasons:

*a.* Completion of course or subcourse(s).

*b.* Failure to satisfy the annual minimum requirements (see para 1–28).

### 1–13. Reinstatement

To be reinstated in the Army Correspondence Course Program, contact the AIPD team assigned to your school program.

## Section III
## Administrative Terms

### 1–14. Subcourse

The subcourse is the basic instructional unit of the Army Correspondence Course Program. A subcourse usually covers

one subject area and consists of one or more lessons plus an examination. Completion of a subcourse results in a subcourse completion notice (see para 1–23).

### 1–15. Course

A course consists of one or more subcourses designed to support a specific professional field, skill qualification development, or military occupational specialty (MOS)–related tasks. Subcourses are issued in the sequence listed in each course. If a subcourse is out of stock, the next available one is sent. Completion of a course results in receipt of a course completion notice (see para 1–25).

### 1–16. Credit hour

The credit hour is the basic work unit for correspondence course work. The number of credit hours assigned to a subcourse is the estimated time required for an average student to read the material and complete all exercises and the examination. Credit hours are awarded upon successful completion of the subcourse.

### 1–17. Methods of completing examinations

*a. Paper.* Each subcourse includes an examination response sheet, TSC Form 59 (ACCP Examination Response Sheet), for recording examination answers and a pre-addressed envelope for returning the response sheet to AIPD for grading. The sheet is preprinted with the student's name, social security number, school in which enrolled, and subcourse number and edition. To be sure you have the correct response sheet, verify your SSN, then check to see that the subcourse number and edition on the response sheet match those on the subcourse. If there is a discrepancy, contact the AIPD team assigned to your school. Do not submit a response sheet issued to another student.

*b. On-line answer sheet.* There is a blank answer sheet for some subcourses available through the AIPD web site. Students may use the answer sheet to complete examinations for subcourses in which they are enrolled. For some subcourses, the complete examination is online.

*c. Subcourse including examination online.* The subcourses which are available electronically have examinations as part of the presentation. Students must complete these examinations online.

### 1–18. ATSC Form 157 (Data Mailer)

This multipurpose form is used by AIPD to notify students of any of the following: exemption, subcourse completion, phase completion, course completion, or cancellation of enrollment. When possible, these notices are sent to students electronically.

### 1–19. Exempt credit

*a.* Exempt credit is given when our records show that a subcourse was completed within 4 years before the new enrollment. The credit hours for an exempted subcourse are not added to the student's accumulated credit hours for the current enrollment.

*b.* To receive exempt credit for an entire course that you completed through individual subcourse enrollments, you must meet the eligibility requirements for the course, enroll in the course, and request exemption for the subcourses completed.

### 1–20. Promotion points

Enlisted personnel in grades E4 and E5 earn one promotion point for every 5 correspondence credit hours completed (per AR 600–8–19). Students are responsible to see that copies of completion notices are placed in their DA Form 201 (Military Personnel Records Jacket, US Army).

### 1–21. Enrollment year

The enrollment year begins on the date the application is processed through the AIPD computer and ends 12 months later. The enrollment year ending date appears on data mailers as (EYE).

### 1–22. Retirement point

Unit of measure used to determine retirement eligibility for Reserve Component and National Guard personnel. One retirement point is earned for every 3 credit hours of correspondence study completed (per AR 140–1 and AR 140–185).

### 1–23. Subcourse completion notice

A subcourse completion notice is issued upon completion of a subcourse. This is the only record a student will have to show subcourse credit hours completed. The notice is also proof of subcourse completion when exempt credit is requested. (Even though a student may complete all the subcourses that make up a course, if he or she is not enrolled in that specific course, a course completion notice will not be issued.)

### 1–24. Phase completion notice

Some courses consist of multiple phases. A phase completion notice is issued upon completion of a phase. Most nonresident and resident courses require students to present a correspondence phase completion notice when reporting for resident training. See individual course listings for specific requirements.

### 1–25. Course completion notice

A course completion notice is issued to the student upon completion of a course. (Even though you may complete all the individual subcourses that make up a course, you must be enrolled in the course itself to receive a course completion notice.)

### 1–26. Certificate of Completion

An AIPD Certificate of Completion is mailed to students upon completion of most courses. However, for those phased courses with resident requirements as part of the course, the proponent awards the course completion certificate. Combat Lifesaver Course instructors award their students a course completion certificate.

### 1–27. Diplomas

A diploma is issued upon completion of certain correspondence courses. The proponent school or agency designates courses for which a diploma is awarded.

## Section IV
## Administrative Procedures for Programs Administered by AIPD

### 1–28. Required progress

All students must meet yearly requirements as shown below to remain enrolled:

*a.* Students enrolled in a single subcourse must complete the subcourse within 1 year from date of enrollment.

*b.* Students enrolled in more than one subcourse, but not in a course, must complete all of those subcourses or at least 30 credit hours within each enrollment year.

*c.* Students enrolled in courses or phases of courses must complete at least 60 credit hours each enrollment year (unless otherwise noted in the course description).

### 1–29. Grading system and reexamination

*a.* Subcourse grades indicate the weighted percentage of correct responses. The minimum passing grade is 70 percent unless otherwise noted in the course description. If you fail a subcourse examination, you will be sent a second examination response sheet.

*b.* If you are enrolled in a single subcourse, your enrollment will be canceled after two failures of that subcourse. You must reenroll if you wish to complete the subcourse.

*c.* If you are enrolled in more than one subcourse, the second failure will be treated the same as if you were enrolled in a course (see next para).

*d.* If you are enrolled in a course and you have failed a subcourse twice, contact the AIPD team assigned to your school program. Failing a subcourse does not affect your continued enrollment in a course; however, all subcourses within a course must be completed (or exempted) to receive a course completion notice.

### 1–30. Certifying your work

When you submit an examination response sheet for grading, you must sign the statement on the paper response sheet, or click on the certification button if testing on-line, to certify that the answers submitted are the result of your own work and that you have not had access to copies of answer sheets or solutions from others. This does not imply that you are prevented from discussing subject content with others who may be able to help with problems. However, students are required to use their own work when submitting solutions for grading. Students who are suspected of cheating on examinations are subject to Uniform Code of Military Justice (UCMJ), articles 107, 132, and 134.

### 1–31. Award of MOS/branch qualification

*a.* MOSs are not automatically awarded on the basis of Army correspondence course completion.

*b.* Branch qualification for commissioned officers of the Reserve Components requires some resident training. See specific schools' academic offerings for requirements for branch qualification.

### 1–32. Student records

*a.* The AIPD maintains records for each student. Students can view records through the AIPD web site. Each record contains administrative information about the student's status in the program and provides information on the following:

(1) In what course or subcourse the student is enrolled.

(2) What subcourses have been issued to the student.
(3) What subcourses the student has completed.
*b.* It is important that you keep AIPD informed of any changes in your address, name, or rank.

### 1–33. Change of address

If you move, you can change your record address through the AIPD web site or notify AIPD as soon as you have a *permanent* address. Subcourses are mailed fourth class and are not automatically forwarded by the U.S. Postal Service. Let AIPD know of any changes as early as possible so the changes can be made in the computer master files before your examination response sheet is processed. Then, the next subcourse will automatically be sent to your new address. If you are enrolled in courses administered by other activities, let that agency know of any changes or corrections in your status.

### 1–34. Communication with AIPD

Student services counselors at AIPD can help with any administrative questions you may have. Questions concerning doctrine or subcourse content should be directed to the proponent school or agency at the address identified within the subcourse. You can communicate with AIPD using any of the following methods:

*a. By mail.* Be sure to put your name, social security number, and school code (found in left-hand portion of each examination response sheet) on each page of correspondence you send to AIPD. See sample below:
John Doe
SSN: 999–99–9999
School Code: 011

*b. By phone.* See the preface of this publication for phone numbers of the team that handles your records. You must provide your name, social security number, and school code before your records can be accessed.

*c. By electronic mail.* E-mail addresses for student services teams are shown on the preface page in this publication. Provide the same basic personal information you would if you were writing or calling.

### 1–35. ACCP catalog availability

This catalog is no longer available in paper copy. You can access it through AIPD'S web site at http://www.atsc.-army.mil/accp/aipd.htm. Or go directly to the U.S. Army Publishing Agency's home page at www.usapa.army.mil. There, you will find this pamphlet and many other publications in several formats, including HTML and PDF.

## Chapter 2
## Consolidated Army Correspondence Course Program (ACCP)

The courses listed in this chapter are administered by the Army Institute for Professional Development (AIPD).

### Section I
### Adjutant General School (U.S. Army Soldier Support Institute)

### 2–1. RC Adjutant General Officer Advanced Course (AOC 42) (Course Number: 805C A11)

*a. Objective.* To prepare RC commissioned officers for company-level command and branch staff duties at battalion through division or comparable level in both divisional and nondivisional units.

*b. Eligibility.* This course is open to U.S. Army RC commissioned officers, not on an extended tour of active duty, in the rank of first lieutenant or CPT, who are assigned, or pending assignment, to an AOC 42 position or organization. Students must have completed an officer basic course before enrollment.

*c. Curriculum.* 2 phases. Phase I (correspondence) provides AG and common task foundational knowledge and technical task skills required for completion of phase II (resident) instruction. A completion certificate for phase I will be required as a prerequisite for attending phase II AG OAC–RC.

(1) *Phase I.* Correspondence.

*(a)* 30 subcourses.

*(b) Subcourses.* IS0788, IS7045, IS1801, IS1802, IS7006, IS7038, IS1272, QM3513, QM3519, QM3601, IS1450, AG1062, AG1074, AG1082, AG1076, AG1004, IS1203, AG1086, IS8720, AG0010, AG0102, AG0200, AG0220, AG0222, AG0554, AG1010, AG1012, AG1050, AG1064, AG1054.

(2) *Phase II.* 2 weeks of resident training. Phase II integrates phase I training culminating in a command post exercise highlighting AG wartime functions.



1205

## Section X
## U.S. Army War College

### 4–93. Introduction
The prescribing directive for the U.S. Army War College Distance Education Course is AR 351–1, paragraph 3–6*c*. Department of the Army selection boards meet annually to select officers who have applied for enrollment in the U.S. Army War College Distance Education Course. All communications concerning enrollment in the program should be addressed as follows:

*a. Active Army.* A board considers all eligible officers and develops a single Order of Merit List (OML) for both Army War College resident and Distance Education Course selection. Resident course attendees will be selected from the top of the OML. Officers not selected for the resident course will then have about 6 weeks to consider applying for Army War College Distance Education Course (AWCDEC) if they have not already done so. Application should be made directly to the Officers Career Management Branch (cutoff date for application will be made from the applicants in accord with single OML sequence).

*b. National Guard.* Make application in accordance with NGR 351–21 on NGB Form 64 (Application for School Training) and send it through appropriate channels to ARNG Readiness Center, ATTN: NGB–ARO–TI, 111 South George Mason Drive, Arlington, VA 22204–1382 before 7 October each year.

*c. USAR.* Make application in accordance with AR 351–1 and guidance issued by U.S. Army Reserve Personnel Center (ARPERCEN) in annual memorandum, subject: USAR Professional Development Education (PDE) Courses. Chief, Army Reserve, will issue supplemental information, as required, to accompany the application.

### 4–94. Selection procedures
A maximum of 400 highly qualified officers may be selected for the course. The course begins on or about 1 July each year. Selection responsibilities rest with the following: Chief, National Guard Bureau; Chief, Army Reserve; The Surgeon General; The Judge Advocate General; Chief of Chaplains; and Commanding General, U.S. Army Military Personnel Center. Officers are notified of selection through channels.

### 4–95. Course content
The content of the Distance Education Course is described in the next two sections. Changes to the structure of courses and course content are made annually to ensure the material remains current and applicable. All communications concerning the content of the course of instruction should be addressed to the Commandant, U.S. Army War College, ATTN: DDE (AWC-ACS), 122 Forbes Avenue, Carlisle, PA 17013–5243.

### 4–96. U.S. Army War College Distance Education Course
*a. Objective.*

(1) Focuses attention on military leadership at high echelons, contemporary management theory and philosophy, ethics and professionalism, human dimension in combat, and on major issues involved in leading and managing the Army. Problems of communication, incentives, assessment and evaluation, and new technology as they impact on people in the Department of Defense are examined. This area of study takes place during the first year of correspondence work and during the Midcourse Resident Phase.

(2) Focuses on the national security policy process and an examination of the domestic and international factors that shape the US policies. The focus is then narrowed to an examination of war ethics and morality in society, followed by an analysis of the elements of power, fundamentals of strategy, and strategic thought. Military strategy in the 20th century is examined through readings of World War I, World War II, Korea, and Vietnam military operations. There is an opportunity to explore the spectrum of conflict, with special attention being devoted to terrorism and the problem of nuclear weapons. The student is required to examine the US national strategy in the various regions of the world and to be able to develop a regional military strategic appraisal for any given region.

(3) Examines the resource allocations through the planning, programming, and budgeting system, the Joint Strategic Planning System, and the Joint Operations Planning System that are used at the highest levels of the armed forces of the United States in order to ensure that those forces can be responsive to threats to worldwide vital interests of the United States. To that end, the student will examine operational concepts using current doctrine and capabilities for employing U.S. and allied forces in a theater of war. There is also the opportunity to examine the nature of the interdependence between strategy, forces, and doctrine. This area of study takes place mainly during the second year of instruction and during the End-of-Course Resident Phase by case studies and exercises and practice in the techniques of ground force operational planning at echelons above corps.

*b. Eligibility.* Commissioned officers in the rank of lieutenant colonel or colonel and of any component of the Army; have completed at least 15 but not more than 25 years of service as of course starting date (1 July); have completed the U.S. Army Command and General Staff College Resident or Nonresident Course, or equivalent; have a final Top Secret security clearance; and a civilian baccalaureate degree is highly desirable, but is not required. The years of service and military education prerequisites may be waived for deserving officers (AR 351–1).

*c. Curriculum.* Ten courses; 270 credit hours. The course includes two 2-week resident phases of study and

instruction and is organized into three primary areas of study: Command, Leadership, and Management; National Policy, War, and Strategy; and Military Planning, Doctrine, and Operations.

*d. Courses.*

(1) Courses 1 and 5 focus on command, leadership, and management.

(2) Courses 2, 3, 4, and 10 focus on national policy, war, and strategy, .

(3) Courses 6, 7, 8, and 9 focus on military planning, doctrine and operations.

### 4–97. Defense Strategy Course

*a. Purpose.* The Defense Strategy Course is a 5–month correspondence course designed to examine the spectrum of issues that may influence national security strategy, and the use of military force. It provides selected U.S. Army Active and Reserve Component officers an innovative course of study concentrating on fundamental concepts and contemporary issues affecting the development and character of national security strategy. The course increases student appreciation and understanding of how primarily nonmilitary forces influence the key players and decision process at the national level. Upon completion of this course, graduates will have a broader perspective for analyzing and explaining the military's role in national security.

*b. Eligibility.* Fifty Active and fifty Reserve Component field grade officers can be accepted for each course. Officers enrolling must have completed CGSC or equivalent schooling and must not have attained, or been selected to attend school awarding, Military Education Level–1.

*c. Curriculum.* The Defense Strategy Course curriculum consists of three subcourses. These subcourses provide an overview of the development and execution of national security strategy by examining the historical and theoretical fundamentals of strategy, reviewing how the United States develops its national security strategy and developing an awareness of the impact of domestic, regional and international events on the execution of that strategy. The course will require three written assignments and approximately 6 hours of reading per week. Upon completion of the course, graduates will be awarded a certificate for the course by the U.S. Army War College. Reserve officers can earn up to 105 credit hours.

### 4–98. Strategic Leader Refresher Course (SLRC)

*a. Purpose.* The SLRC refreshes students with the broad spectrum of strategic thought and development relative to national security and military strategy. Though not inclusive of all aspects of strategy, it provides the basis for stimulating more advanced thought and subsequent research. The course is administered almost exclusively on the Internet and by e-mail.

*b. Eligibility.* Students must carry credit as a War College or equivalent (MEL–1) graduate for at least 3 years.

*c. Curriculum.* The course reviews the theoretical fundamentals of strategic thought, the United States national security decision-making process, and current strategies and critiques. Students must demonstrate an understanding of the integrated U.S. National Security and Military Strategies through rigorous thought and analysis. Upon completion students receive a certificate for the course from the U.S. Army War College and may have their Officer Record Brief annotated.

*d. Course structure.* The course has three component parts: required readings, elective study, and submission of a 1500–1750 word analytical essay.

## Section XI
## U.S. Army Warrant Officer Career Center

### 4–99. Warrant Officer Advanced Course prerequisites

*a. Objective.* The Warrant Officer Advanced Course (WOAC) Prerequisite Studies Phase is the nonresident training phase of level three of the five-level Warrant Officer Education System. The course is designed to present the newly promoted CW2 the common leader development tools necessary to function within their operational environment. Also, the course is the foundation to the follow-on branch resident phase of the WOAC.

*b. Eligibility.* This is a mandatory nonresident course that must be completed prior to attending resident WOAC training. Effective 1 October 1998, the *Action Officer Development Course (ST7000)* was adopted as the resource for this distance learning course. It can be completed online via the Internet, and provides warrant officers serving in CW2 or higher duty positions relevant training in topics such as management techniques, communication skills, preparing and staffing documents, meetings and interviews, problem solving, writing, coordinating, briefings, and ethics. In keeping with the Warrant Officer Education System model, enrollment must occur *after* promotion to CW2 in order to qualify for WOAC Prerequisite Studies credit. The course must be completed within one year of enrollment, however, CW2s now have the flexibility to enroll at any convenient time between 24 and 48 months of total warrant officer service.

*c. Curriculum.* ST 7000 (131 F41) Action Officer Development Course (AODC). Ten lessons and five appendices, 21 credit hours. Lessons cover management techniques and communication skills including preparing documents for staffing, meetings and interviews, problem solving, writing, coordinating, briefings, and ethics. Appendices are job aids for preparing documents, managing time, and creating ideas.

*d. Administration.* The WOAC Prerequisite Studies Phase/AODC is available in both paper and interactive online versions. Enroll in the version you prefer through AIPD's web site at http://www.atsc.army.mil/accp/aipd.htm.