76

FM 7-0
(FM 25-100)

# TRAINING THE FORCE

OCTOBER 2002

DISTRIBUTION RESTRICTION:
Approved for public release, distribution is unlimited

HEADQUARTERS
DEPARTMENT OF THE ARMY

1208

***FM 7-0** (FM 25-100)

**Field Manual**
**No. 7-0**

Headquarters
Department of the Army
Washington, DC, 22 October 2002

# Training the Force

## Contents


Preface .................... iv

CHAPTER 1
How the Army Trains .................... 1-1
*The Training Imperative* .................... *1-1*
*The Strategic Environment* .................... *1-2*
*Joint, Interagency, Multinational (JIM) Training* .................... *1-4*
*How the Army Trains the Army* .................... *1-4*
*Leader Training and Development* .................... *1-6*
*The Institutional Domain* .................... *1-7*
Initial Military Training (IMT) .................... 1-8
Professional Military Education (PME) .................... 1-8
*The Operational Domain* .................... *1-9*
Commander's Responsibility .................... 1-9
NCO Responsibility .................... 1-9
Unit Responsibility .................... 1-10
Relationship Between Institution and Unit .................... 1-10
Operational Training and Major Exercises .................... 1-10
*The Self-Development Domain* .................... *1-11*
*The Role of MACOMS, Corps, Divisions, USAR Regional Commands and ARNG Area Commands in Training* .................... *1-12*
*Reserve Component Training* .................... *1-13*
*Summary* .................... *1-14*

CHAPTER 2
Battle Focused Training .................... 2-1
*Principle of Training* .................... *2-1*
Commanders are Responsible for Training .................... 2-2
NCOs Train Individuals, Crews, and Small Teams .................... 2-2
Train as a Combined Arms and Joint Team .................... 2-2
Train for Combat Proficiency .................... 2-6
Train to Standard Using Appropriate Doctrine .................... 2-6
Train to Adapt .................... 2-7
Train to Maintain and Sustain .................... 2-7
Train Using Multiechelon Techniques .................... 2-7
Train to Sustain Proficiency .................... 2-8
Train and Develop Leaders .................... 2-9
*Commanders and Training* .................... *2-10*


Distribution Restriction: Approved for public release; distribution is unlimited.

*This publication supersedes FM 25-100, 15 November 1988.

1209

Develop and Communicate a Clear Vision ........ 2-10
Train One Echelon Below and Evaluate Two Echelons Below ........ 2-10
Require Subordinates to Understand and Perform Their Roles in Training ........ 2-11
Train All Elements to be Proficient on Their Mission Essential Tasks ........ 2-11
Develop Subordinates ........ 2-12
Involve Themselves Personally in Planning, Preparing, Executing, and Assessing Training ........ 2-12
Demand Training Standards are Achieved ........ 2-12
Ensure Proper Task and Event Discipline ........ 2-12
Foster a Command Climate That is Conducive to Good Training ........ 2-12
Eliminate Training Distractions ........ 2-13
***Top-Down/Bottom-Up Approach to Training* ........ 2-13**
***Battle Focus* ........ 2-13**
***Army Training Management Cycle* ........ 2-14**

**CHAPTER 3**

**Mission Essential Task List Development ........ 3-1**
***METL* ........ 3-2**
***METL Development Process* ........ 3-2**
Inputs to METL Development ........ 3-3
Wartime Operational Plans ........ 3-3
Enduring Combat Capabilities ........ 3-3
Operational Environment ........ 3-3
Directed Missions ........ 3-4
External Guidance ........ 3-4
Commander's Analysis ........ 3-5
***Reserve Component METL Development* ........ 3-5**
***Echelon Above Division/Echelon Above Corps (EAD/EAC) METL Development* ........ 3-6**
***TDA METL Development* ........ 3-6**
***METL Development for Directed Missions* ........ 3-7**
***Joint METL (JMETL) Development* ........ 3-8**
***METL Development Fundamentals* ........ 3-8**
***METL Linked Training Strategy* ........ 3-10**
***Training Objectives* ........ 3-11**
***Battle Tasks* ........ 3-13**

**CHAPTER 4**

**Planning ........ 4-1**
***Planning Process* ........ 4-1**
***Training Plans* ........ 4-4**
***Long-range Planning* ........ 4-6**
Command Training Guidance (CTG) ........ 4-8
Long-range Planning Calendar ........ 4-9
Training and Time Management ........ 4-9
Training Events ........ 4-13
Live, Virtual, and Constructive (L-V-C) Training ........ 4-15
***Training Resources* ........ 4-17**
***Short-range Planning* ........ 4-22**
Short-range Training Guidance ........ 4-22
Short-range Planning Calendar ........ 4-23
Training Events ........ 4-24
Multiechelon Training ........ 4-24
Training Resources ........ 4-27

1210

Train the Trainers ........ 4-28
Short-range Training Briefings ........ 4-28
*Near-term Planning* ........ *4-30*
Training Meetings ........ 4-31
Training Schedules ........ 4-31
*CS and CSS Training* ........ *4-32*
*Garrison Training* ........ *4-34*

CHAPTER 5

Execution ........ 5-1
*Execution of Training* ........ *5-1*
*Preparation for Training* ........ *5-2*
*Conduct of Training* ........ *5-3*
*Recovery from Training* ........ *5-6*
*Role of Commanders and Senior Leaders* ........ *5-7*
*Role of Noncommissioned Officers* ........ *5-7*

CHAPTER 6

Assessment ........ 6-1
*Assessment* ........ *6-1*
*Organizational Assessment* ........ *6-2*
*Evaluations* ........ *6-3*
*Evaluation of Training* ........ *6-4*
*After Action Review* ........ *6-4*
*Evaluators* ........ *6-5*
*The Role of Senior Commanders and Leaders* ........ *6-6*
*Summary* ........ *6-7*

Glossary ........ Glossary-1
References ........ References-1
Index ........ Index-1

# Preface

The U. S. Army exists for one reason—to serve the Nation. From the earliest days of its creation, the Army has embodied and defended the American way of life and its constitutional system of government. It will continue to answer the call to fight and win our Nation's wars, whenever and wherever they may occur. That is the Army's non-negotiable contract with the American people.

The Army will do whatever the Nation asks it to do, from decisively winning wars to promoting and keeping the peace. To this end, the Army must be strategically responsive and ready to be dominant at every point across the full spectrum of military operations.

Today, the Army must meet the challenge of a wider range of threats and a more complex set of operating environments while incorporating new and diverse technology. The Army meets these challenges through its core competencies: Shape the Security Environment, Prompt Response, Mobilize the Army, Forcible Entry Operations, Sustained Land Dominance and Support Civil Authorities. We must maintain combat readiness as our primary focus while transitioning to a more agile, versatile, lethal, and survivable Army.

Doctrine represents a professional army's collective thinking about how it intends to fight, train, equip, and modernize. When the first edition of FM 25-100, Training the Force, was published in 1988, it represented a revolution in the way the Army trains. The doctrine articulated by FMs 25-100, Training the Force, and 25-101, Battle Focused Training, has served the Army well. These enduring principles of training remain sound; much of the content of these manuals remains valid for both today and well into the future. FM 7-0 updates FM 25-100 to our current operational environment and will soon be followed by FM 7-1, which will update FM 25-101.

FM 7-0 is the Army's capstone training doctrine and is applicable to all units, at all levels, and in all components. While the examples in this manual are principally focused at division and below, FM 7-0 provides the essential fundamentals for all individual, leader, and unit training.

Training for warfighting is our number one priority in peace and in war. Warfighting readiness is derived from tactical and technical competence and confidence. Competence relates to the ability to fight our doctrine through tactical and technical execution. Confidence is the individual and collective belief that we can do all things better than the adversary and the unit possesses the trust and will to accomplish the mission.

FM 7-0 provides the training and leader development methodology that forms the foundation for developing competent and confident soldiers and units that will win decisively in any environment. Training is the means to achieve tactical and technical competence for specific tasks, conditions, and standards. Leader Development is the deliberate, continuous, sequential, and progressive process, based on Army values, that develops soldiers and civilians into competent and confident leaders capable of decisive action.

Closing the gap between training, leader development, and battlefield performance has always been the critical challenge for any army. Overcoming this challenge requires achieving the correct balance between training management and training execution. Training management focuses leaders on the science of training in terms of resource efficiencies (such as people, time, and ammunition) measured against tasks and standards. Training execution focuses leaders on the art of leadership to develop trust, will, and teamwork under varying conditions—intangibles that must be developed to win decisively in combat. Leaders integrate this science and art to identify the right tasks, conditions, and standards in training, foster unit will and spirit, and then adapt to the battlefield to win decisively.

FM 7-0 provides the Training Management Cycle and the necessary guidelines on how to plan, execute, and assess training and leader development. Understanding "How the Army Trains the Army" to fight is key to successful joint, interagency, multinational (JIM), and combined arms operations. Effective training leads to units that execute the Army's core competencies and capabilities.

All leaders are trainers! This manual is designed for leaders at every level and in every type of organization in the Army.

The proponent for this publication is U.S. Army Training and Doctrine Command (TRADOC). Send comments and recommendations on DA Form 2028 to Commander, HQ TRADOC, ATTN: ATTG-ZA, Fort Monroe, Virginia 23651-5000.

Direct e-mail questions to the following address: doctrine@Monroe.army.mil.

Unless this publication states otherwise, masculine nouns and pronouns do not refer exclusively to men.

1213

Chapter 1

# How the Army Trains

- *Develop trust soldier-to-soldier, leader to led, unit-to-unit in the Army and grow the warfighting confidence of the force.*
- *Train for decisive warfighting.*
- *Train soldiers now, and grow leaders for the next conflict.*
- *Ensure that our soldiers are physically and mentally prepared to dominate the next battlefield—no soldier goes into harm's way untrained.*
- *Our soldiers must be comfortable and confident in the elements—fieldcraft, fieldcraft, fieldcraft.*

General Eric Shinseki

## THE TRAINING IMPERATIVE

1-1. Every soldier, noncommissioned officer (NCO), warrant officer, and officer has one primary mission—to be trained and ready to fight and win our Nation's wars. Success in battle does not happen by accident; it is a direct result of tough, realistic, and challenging training. The Army exists to deter war, or if deterrence fails, to reestablish peace through victory in combat wherever U.S. interests are challenged. To accomplish this, the Army's forces must be able to perform their assigned strategic, operational, and tactical missions. For deterrence to be effective, potential enemies must know with certainty that the Army has the credible, demonstrable capability to mobilize, deploy, fight, sustain, and win any conflict. Training is the process that melds human and materiel resources into these required capabilities. The Army has an obligation to the American people to ensure its soldiers go into battle with the assurance of success and survival. This is an obligation that only rigorous and realistic training, conducted to standard, can fulfill.

1-2. We train the way we fight because our historical experiences show the direct correlation between realistic training and success on the battlefield. Today's leaders must apply the lessons of history in planning training for tomorrow's battles. We can trace the connection between training and success in battle to our Army's earliest experiences during the American Revolution. General Washington had long sensed the need for uniform training and organization and, during the winter of 1777-1778 while camped at Valley Forge, he secured the appointment of Von Steuben, a Prussian, as inspector general in charge of training. Von Steuben clearly understood the difference between the American citizen-soldier and the European professional. He noted early that American soldiers had to be told why they did things before they would do them well, and he applied this philosophy in his training. It

helped the Continental soldiers understand and endure the rigorous and demanding training he put them through. After Valley Forge, Continentals would fight on equal terms with British Regulars. Von Steuben began the tradition of effective unit level training that today still develops leaders and forges battle-ready units for the Army.

1-3. Over two centuries later, the correlation between tough, realistic training and success on the battlefield remains the same. During Operation Enduring Freedom, and Operation Anaconda in Afghanistan, the U.S. Army deployed a trained and ready force on short notice to a contemporary battlefield fighting against a coalition of rebel forces on difficult terrain.

1-4. These units trained to their wartime mission, and developed company grade officers, NCOs, and soldiers who knew their jobs and were confident they could act boldly and decisively. Their confidence, and technical and tactical competence gave them the ability to adapt to the mission and harsh environment with resounding success. Airmobile infantry quickly perfected methods of routing rebel forces from heavily fortified caves. Special forces teams rode horses with their host nation counterparts—learning to call in tactical air support with devastating accuracy while on the move. Staffs quickly learned how to integrate Special Operations Forces (SOF) and conventional force operations. Engineer units cleared mine fields that were as old as many of their soldiers involved in the clearing process. Again, American soldiers had met the enemy and decisively defeated them.

1-5. The Army's battle-focused training was validated. These soldiers trained as they planned to fight and won. Their success was due to the Army's emphasis on battle focused training which emphasized training essential warfighting tasks to standard and building cohesive combined arms teams able to adapt to the mission. Army units today train, alert, and deploy prepared for combat. Their battle focused training experience gives them the flexibility to continue training and adapting to the mission as it evolves.

## THE STRATEGIC ENVIRONMENT

1-6. In an era of complex national security requirements, the Army's strategic responsibilities now embrace a wider range of missions that present even greater challenges in our training environment. To "train the way we fight," commanders and leaders at all levels must conduct training with respect to a wide variety of operational missions across the full spectrum of operations. These operations may include combined arms, joint, multinational, and interagency considerations, and span the entire breadth of terrain and environmental possibilities. Commanders must strive to set the daily training conditions as closely as possible to those expected for actual operations.

1-7. The operational missions of the Army include not only war, but also military operations other than war (MOOTW). Operations may be conducted as major combat operations, a small-scale contingency, or a peacetime military engagement. Offensive and defensive operations normally dominate military operations in war along with some small-scale contingencies. Stability operations and support operations dominate in MOOTW. Commanders at all echelons may combine different types of operations simultaneously and

sequentially to accomplish missions in war and MOOTW. Throughout this document, we will emphasize the primary function of the Army—to fight and win our Nation's wars. Implicit in the emphasis is the mounting importance of MOOTW. These missions also require training; future conflict will likely involve a mix of combat and MOOTW, often concurrently. The range of possible missions complicates training. Army forces cannot train for every possible mission; they train for war and prepare for specific missions as time and circumstances permit. The nature of world crises requires Army forces to simultaneously train, deploy, and execute. Therefore, at Army level, warfighting will encompass the full spectrum of operations that the Army may be called upon to execute. Warfighting in units is refined and focused on assigned wartime missions or directed change of missions.

1-8. Contingency operations in the 1990s normally followed a sequence of alert, train, deployment, extended build-up, and shaping operations followed by a period of decisive operations. To be truly responsive and meet our commitments, Army forces must be deployable and capable of rapidly concentrating combat power in an operational area with minimal additional training. Our forces today use a train, alert, deploy sequence. We cannot count on the time or opportunity to correct or make up training deficiencies after deployment. Maintaining forces that are ready now, places increased emphasis on training and the priority of training. This concept is a key link between operational and training doctrine.

1-9. Units train to be ready for war based on the requirements of a precise and specific mission; in the process, they develop a foundation of combat skills, which can be refined based on the requirements of the assigned mission. Upon alert, commanders assess and refine from this foundation of skills. In the train, alert, deploy process commanders use whatever time the alert cycle provides to continue to refine mission-focused training. Training continues during time available between alert notification and deployment, between deployment and employment, and even during employment as units adapt to the specific battlefield environment and assimilate combat replacements.

1-10. Resources for training are not unconstrained and compete with other missions and activities. Time is the inelastic resource, there is not enough and it cannot be increased. We cannot do everything; we must forge and sustain trained and ready forces. Training for the warfight, training to maintain near-term readiness is the priority; compliance training and non-mission activities are of lower priority. If training cannot be conducted, readiness reports are the vehicle to inform the Army's leadership of the risks being assumed.

1-11. The key to winning on the battlefield is the understanding of "how we fight" and the demonstrated confidence, competence, and initiative of our soldiers and leaders. Training is the means to achieve the tactical and technical proficiency that soldiers, leaders, and units must have to enable them to accomplish their missions. Training focuses on fighting and winning battles. The proficiency derived from this training is the same required for many MOOTW tasks. The ability to integrate and synchronize all available assets to defeat any enemy tactically gives our Army great credibility and respect that enhances our ability to accomplish all missions to include MOOTW.

1-12. Responsibility for success on the future battlefield rests on the shoulders of today's Army leaders at all levels. To ensure this success, all leaders must focus training on warfighting skills, and make that training the priority.

## JOINT, INTERAGENCY, MULTINATIONAL (JIM) TRAINING

1-13. The purpose of joint training is to prepare the Army to execute missions as a part of a joint force in the conduct of joint military operations and across the full spectrum of conflict. Employing Army forces at the right place and time allows combatant commanders to conduct decisive land operations along with air, sea, and space-based operations. The Army provides to a joint force commander (JFC) trained and ready forces that expand the commander's range of military options. Army commanders tailor and train forces to react quickly to any crisis.

1-14. Commanders of major Army headquarters may serve as the joint force land component commander (JFLCC), a combined forces commander (CFC), or as the joint task force commander (JTFC). To perform these assignments organizations conduct joint training.

1-15. Joint training uses joint doctrine, tactics, techniques, and procedures, and the training involves more than one Service component. However, two or more Services training together using their respective service doctrine, tactics, techniques, and procedures are Service-sponsored interoperability training. Although, not classified as joint training, Service sponsored interoperability is a vital component of joint proficiency and readiness.

1-16. Multinational training is based on applicable multinational, joint and/or service doctrine and is designed to prepare organizations for combined operations with allied nations.

1-17. Interagency training is based on applicable standard operating procedures; and, is designed to prepare the Army to operate in conjunction with government agencies.

1-18. The Army training doctrine contained in this manual provides Army commanders the tools to develop experienced leaders and adaptive organizations prepared to exercise command and control of joint and multinational forces, and to provide interagency unity of effort.

## HOW THE ARMY TRAINS THE ARMY

1-19. Training is a team effort and the entire Army—Department of the Army, major Army commands (MACOMs), the institutional training base, units, the combat training centers (CTC), each individual soldier and the civilian work force—has a role that contributes to force readiness. Department of the Army and MACOMs are responsible for resourcing the Army to train. The institutional Army including schools, training centers, and NCO academies, for example, train soldiers and leaders to take their place in units in the Army by teaching the doctrine and tactics, techniques, and procedures (TTP). Units, leaders, and individuals train to standard on their assigned missions, first as an organic unit and then as an integrated component of a

team. Operational deployments, and major training opportunities such as major training exercises, CTCs, CTC-like training, and external evaluations (EXEVAL) provide rigorous, realistic, and stressful training and operational experience under actual or simulated combat and operational conditions to enhance unit readiness and produce bold, innovative leaders. Simultaneously, individual soldiers, NCOs, warrant officers, officers, and the civilian work force are responsible for training themselves through personal self-development. Training is a continuous, lifelong endeavor that produces competent, confident, disciplined, and adaptive soldiers and leaders with the warrior ethos in our Army. Commanders have the ultimate responsibility to train soldiers and develop leaders who can adjust to change with confidence and exploit new situations, technology, and developments to their advantage. The result of this Army-wide team effort is a training and leader development system that is unrivaled in the world. Effective training produces the force—soldiers, leaders, and units—that can successfully execute any assigned mission.

1-20. The Army Training and Leader Development Model (figure 1-1) centers on developing trained and ready units led by competent and confident leaders. The model identifies an important interaction that trains soldiers now and develops leaders for the future. Leader Development is a lifelong learning process. The three core domains that shape the critical learning experiences throughout a soldier's and leader's career are the operational, institutional, and self-development domains. Together, these domains interact using feedback and assessment from various sources and methods to maximize warfighting readiness. Each domain has specific, measurable actions that must occur to develop our leaders. The operational domain includes home station training, combat training center rotations, joint training exercises, and operational deployments that satisfy national objectives. Each of these actions provides foundational experiences for soldiers, leaders, and unit development. The institutional domain focuses on educating and training soldiers and leaders on the key knowledge, skills, and attributes required to operate in any environment. It includes individual, unit and joint schools, and advanced education. The self-development domain, both structured and informal, focuses on taking those actions necessary to reduce or eliminate the gap between operational and institutional experiences. Throughout this lifelong learning and experience process, there is formal and informal assessment and feedback of performance to prepare leaders for their next level of responsibility. Assessment is the method used to determine the proficiency and potential of leaders against a known standard. Feedback must be clear, formative guidance directly related to the outcome of training events measured against standards.

1218




**Figure 1-1. Army Training and Leader Development Model**

1-21. The importance of training the technical skills to develop competent soldiers and leaders must be directly linked to creating confident soldiers, leaders, and units with the will and warrior spirit to dominate in any environment. The operational, institutional, and self-development domains are influenced by and adapted based on the overall strategic context of the Army. Joint, interagency, and multinational training, education, and individual assignment experiences shape the competence and confidence of leaders and units.

1-22. All of these interrelated activities take place within the Army's culture or shared set of beliefs, values, and assumptions that define for us what is most important. Our culture is ingrained in our new soldiers and reinforced daily to all of us in order to provide a positive framework for everything we do. A detailed discussion of Army culture will be addressed in FM 6-22, Leadership, and the updated version of DA PAM 350-58, Leader Development for America's Army.

## LEADER TRAINING AND DEVELOPMENT

1-23. The Army is a profession, the Profession of Arms. Warfighting in defense of U. S. values and interests is the core competency of this profession. As a profession, the development of each member becomes the foundation, involving a lifelong devotion to duty both while in uniform and upon return to the civilian life. Professional development involves more than mastering technical skills. What is uniquely distinct to the military profession is its

1219

emphasis on not only what is to be accomplished, but how it is accomplished and with the full realization that the profession of arms may require of its members, the supreme sacrifice. Professional development extends to inculcating the Army values of Loyalty, Duty, Respect, Selfless Service, Integrity, Honor, and Personal Courage in every soldier to create a warrior ethos based on camaraderie and service to our Nation. Professional education provides the foundation involving a variety of training domains ranging from institutional schooling, self-study, and operational experience to personal interaction with superiors, peers, and subordinates. All of these interactions are essential in developing and understanding training and leader development for warfighting.

1-24. Competent and confident leaders are a prerequisite to the successful training of ready units. It is important to understand that leader training and leader development are integral parts of unit readiness. Leaders are inherently soldiers first and should be technically and tactically proficient in basic soldier skills. They are also adaptive, capable of sensing their environment, adjusting the plan when appropriate, and properly applying the proficiency acquired through training.

1-25. Leader training is an expansion of these skills that qualifies them to lead other soldiers. As such, the doctrine and principles of training leader tasks is the same as that for any other task set forth in FM 7-0 and requires the same level of attention of senior commanders. Leader training occurs in the institutional Army, the unit, the combat training centers, and through self-development. Leader training is just one portion of leader development.

1-26. Leader development is the deliberate, continuous, sequential, and progressive process, grounded in Army values, that grows soldiers and civilians into competent and confident leaders capable of decisive action. Leader development is achieved through the lifelong synthesis of the knowledge, skills, and experiences gained through institutional training and education, organizational training, operational experience, and self-development. Commanders play the key role in leader development that ideally produces tactically and technically competent, confident, and adaptive leaders who act with boldness and initiative in dynamic, complex situations to execute mission-type orders achieving the commander's intent.

## THE INSTITUTIONAL DOMAIN

1-27. The institutional Army (schools and training centers) is the foundation for lifelong learning. The institution is a key enabler for unit readiness. It develops competent, confident, disciplined, and adaptive leaders and soldiers able to succeed in situations of great uncertainty. The institution provides the framework to develop future leadership characteristics that produce critical thinkers capable of full spectrum visualization, systems understanding, and mental agility. Institutional training and education enhances military knowledge, individual potential, initiative, and competence in warfighting skills. It infuses an ethos of service to the Nation and the Army, and provides the educational, intellectual, and experiential foundation for success on the battlefield. The institution teaches Army doctrine and provides the experiences that train leaders and soldiers. It trains them to adapt to uncer-

tainty and be creative and innovative problem solvers as members of lethal units and battle staffs in combined arms, and JIM operations. Institutions provide training on common tasks and a selected portion of occupation-related critical tasks, and continue to provide lifelong, through mutual reach, access to training materials for individual soldier or unit use. The elements of institutional training and education include—

## INITIAL MILITARY TRAINING (IMT)

1-28. This training provides the basic skills, knowledge, and task proficiency to become a soldier and subsequently to succeed as members of a small Army unit, contribute to unit mission accomplishment, and survive on the battlefield. IMT is the foundation training given to all personnel upon entering the Army. It provides an ordered transition from being a civilian to becoming a soldier, motivation to become a dedicated and productive member of the Army, and qualification on basic critical soldier skills and knowledge. IMT instills an appreciation for the Army in a democratic society, inspires the Army warrior ethos, and establishes Army values of loyalty, duty, respect, selfless service, honor, integrity, and personal courage. Newly commissioned officers will be competent and confident small unit leaders trained in fieldcraft. Warrant officers will be technically proficient in the systems associated with their functional specialty. Enlisted soldiers will be qualified in the critical military occupational specialty tasks and standards defined by their branch proponent. The soldierization and professional development process continues under the leadership of NCOs when these new soldiers arrive in their first unit.

## PROFESSIONAL MILITARY EDUCATION (PME)

1-29. PME develops Army leaders. Officer, warrant officer, and NCO training and education is a continuous, career-long, learning process that integrates structured programs of instruction—resident at the institution and non-resident via distributed learning at home station. PME is progressive and sequential, provides a doctrinal foundation, and builds on previous training, education and operational experiences. PME provides hands-on technical, tactical, and leader training focused to ensure leaders are prepared for success in their next assignment and higher-level responsibility.

- Officer Education System (OES). Army officers must lead and fight; be tactically and technically competent; possess leader skills; understand how the Army operates as a service, as well as a component of a joint, multinational, or interagency organization; demonstrate confidence, integrity, critical judgment, and responsibility; operate in a complex, uncertain, and rapidly changing environment; build effective teams amid continuous organizational and technological change; and solve problems creatively. OES develops officers who are self-aware and adaptive to lead Army units to mission success.
- Warrant Officer Education System (WOES). Warrant officers are the Army's technical experts. WOES develops a corps of highly specialized experts and trainers who are fully competent and proficient operators, maintainers, administrators, and managers of the Army's equipment, support activities, and technical systems.

- NCO Education System (NCOES). NCOES trains NCOs to lead and train soldiers, crews, and subordinate leaders who work and fight under their leadership. NCOES provides hands-on technical, tactical, and leader training focused to ensure that NCOs are prepared for success in their next assignment and higher-level responsibility.
- Functional Training. In addition to the preceding PME courses, there are functional courses available in both resident and non-resident distributed learning modes that enhance functional skills for specific duty positions. Examples are Battalion S2, Battalion Motor Officer, First Sergeant, Battle Staff NCO, and Airborne courses.

## THE OPERATIONAL DOMAIN

1-30. Soldier and leader training and development continue in the unit. Using the institutional foundation, training in organizations and units focuses and hones individual and team skills and knowledge.

### COMMANDER'S RESPONSIBILITY

1-31. The unit commander is responsible for the wartime readiness of all elements in the formation. The commander is, therefore, the primary trainer of the organization, responsible for ensuring that all training is conducted in accordance with the unit's mission essential task list (METL) to the Army standard. This is the commander's number one priority. The command climate must reflect this priority. The commander analyzes the unit's wartime mission and develops the unit's METL. Using appropriate doctrine and mission training plans (MTPs), the commander plans training and briefs the training plan to the senior commander. The senior commander is responsible for resourcing, ensuring stability and predictability, protecting training from interference, and executing and assessing training. Commanders ensure MTP standards are met during all training. If they are not, the unit must retrain until the tasks are performed to standard. Train to standard, not to time.

1-32. Key to effective unit training is the commander's involvement and presence in planning, preparing, executing, and assessing unit training to standard. Commanders ensure MTP standards are met during all training. If a squad, platoon, or company fails to meet established standards for identified METL tasks, the unit must retrain until the tasks are performed to standard. Training to standard on METL tasks is more important than completion of an event such as an EXEVAL. Focus on sustaining METL proficiency—this is the critical factor commanders must adhere to when training small units.

### NCO RESPONSIBILITY

1-33. A great strength of the U.S. Army is its professional NCO Corps who take pride in being responsible for the individual training of soldiers, crews, and small teams. They ensure the continuation of the soldierization process of new soldiers when they arrive in the unit. Within the unit, the NCO support channel (leadership chain) parallels and complements the chain of command. It is a channel of commun[illegible]ion and supervision from the command

1222

sergeant major (CSM) to first sergeant and then to other NCOs and enlisted personnel. In addition, NCOs train soldiers to the non-negotiable standards published in MTPs and soldiers training publications (STP). Commanders will define responsibilities and authority of their NCOs to their staffs and subordinates.

## UNIT RESPONSIBILITY

1-34. Unit training consists of three components: collective training that is derived directly from METL and MTPs, leader development that is embedded in the collective training tasks and in discrete individual leader focused training, and individual training that establishes, improves, and sustains individual soldier proficiency in tasks directly related to the unit METL. Commanders conduct unit training to prepare soldiers and leaders for unit missions. All units concentrate on improving and sustaining unit task proficiency.

## RELATIONSHIP BETWEEN INSTITUTION AND UNIT

1-35. The goal of unit training is to develop and sustain the capability to deploy rapidly, and to fight and win as part of a combined arms team in a variety of operational and organizational environments. Training in both the institution and the unit works together toward achieving this goal. Institutions provide foundational training and education and, when combined with individual unit experience, provide soldiers and leaders what they need to succeed in each subsequent level of service throughout their careers, appropriate to new and increasing levels of responsibility. The institutions also provide reach-back capability for functional and duty position-related training or reference materials throughout a soldier's service. Unit commanders, through subordinate leaders, build on the foundation provided by Army schools to continue developing the skills and knowledge required for mission success, as articulated in the unit's METL. Unit commanders are responsible for sustaining small unit leader and individual soldier skills to support the unit's mission. Institutions are responsible to stay abreast of requirements and developments in the field to ensure the foundations they set prepare soldiers for duty in their units.

## OPERATIONAL TRAINING AND MAJOR EXERCISES

1-36. Leader, individual soldier, and unit training and development continue during operational missions and major training events. These events enhance leader development and combat readiness. They improve leader skills and judgment while increasing unit collective proficiency through realistic and challenging training and real-time operational missions.

1-37. Major training events such as situational training exercises (STX), EXEVALs, and deployment exercises provide feedback to assist commanders in assessing the effectiveness of their leader, individual soldier, unit, and maintenance training programs. Units and individuals establish and sustain their tactical and technical training proficiency. Leaders learn to solve tactical problems, and to give appropriate and meaningful orders. They get feedback on the quality of their decisions and obtain an understanding of impact

that the frictions of the battlefield have on their decisions. Adaptive leaders are tactically and technically competent, confident in their abilities, and routinely demonstrate initiative within the framework of their commander's intent. Major training events provide experiences that contribute to developing leader, soldier, and unit adaptiveness.

1-38. The CTC Program, consisting of the National Training Center (NTC), Joint Readiness Training Center (JRTC), Combat Maneuver Training Center (CMTC), Battle Command Training Program (BCTP), and other CTC-like training provides highly realistic and stressful joint and combined arms training based on current doctrine. Commanders fight with the equipment they would expect to take to war, arrayed against a free-thinking, opportunistic opposing force (OPFOR) with an equal chance to win, monitored by a dedicated, well-trained, and experienced observer/controller team. Consequences of tactical decisions are fully played out in scenarios where the outcome is not assured. Doctrine-based after action reviews (AAR) identify strengths and shortcomings in unit planning, preparation, and execution, and guide leaders to accept responsibility for shortcomings and produce a fix. The CTC Program is the Army's premier training and leader development experience. It provides the following tangible benefits to the Army:

- Produces bold, innovative leaders through stressful tactical and operational exercises.
- Embeds doctrine throughout the Army.
- Provides feedback to assist the commander in assessing unit readiness.
- Provides feedback to Army, JIM participants.
- Provides a deployable capability to export observer/controllers, instrumentation, and the AAR process to units at locations other than a CTC.
- Provides a data source for lessons learned and trends to improve doctrine, training, leader development, organization, materiel, and soldier considerations.

1-39. Operational missions—whether they are combat operations, such as in Afghanistan, or stability operations, such as in Bosnia—continue training and leader development. Operational missions validate the fundamentals of leadership, planning, and training. Unit and individual proficiency is evaluated, and leaders are trained and developed. AARs are conducted, strengths are maintained, and weaknesses are corrected. These missions provide significant experience for our leaders, soldiers, and units. The experiences from these missions feed back to the institution to support doctrine development, and other leader, soldier, and unit training.

## THE SELF-DEVELOPMENT DOMAIN

1-40. Learning is a lifelong process. Institutional, organizational, and operational training alone cannot provide the insight, intuition, imagination, and judgment needed in combat. The gravity of our profession requires comprehensive self-study and training. In no other profession is the cost of being unprepared so high. Soldiers and leaders at all levels continually study our profession in preparation to fight and win our Nation's wars. This requires commanders at all levels to create an environment that encourages subordi-

nates to establish personal and professional development goals. Further refinement of those interests should occur through personal mentoring by commanders and first line leaders. Application of battle-focused officer and NCO professional development programs are essential to leader development. Exploiting reach-back, distributed learning, and continuing education technologies support these programs.

1-41. Self-development is continuous and should be emphasized in both institutional and operational assignments. Successful self-development requires a team effort. Self-development starts with an assessment of individual strengths, weaknesses, potential, and developmental needs. Commanders and leaders provide feedback to enable subordinates to determine the reasons for their strengths and weaknesses. Together, they prioritize self-development goals and determine courses of action to improve performance. Self-development is—

- A planned process involving the leader and the subordinate being developed. It enhances previously acquired skills, knowledge, behaviors, and experience; contributes to personal development; and highlights the potential for progressively more complex and higher-level assignments. Self-development focuses on maximizing individual strengths, minimizing weaknesses, and achieving individual development goals.
- Initial self-development is very structured and generally narrow in focus. The focus broadens as individuals understand their strengths and weaknesses, determine their individual needs, and become more experienced. Each soldier's knowledge and perspective increases with experience, institutional training, and operational assignments. It is accelerated and broadened by specific, goal-oriented self-development actions.

## THE ROLE OF MACOMS, CORPS, DIVISIONS, USAR REGIONAL COMMANDS AND ARNG AREA COMMANDS IN TRAINING

1-42. These commands, whether oriented along operational, functional, or specialty missions, have unique responsibilities for managing and supporting training. Their most important contribution to training is to establish stability in the training environment by maintaining focus on warfighting tasks, identifying and providing resources, protecting planned training, and providing feedback that produces good training and develops good trainers and leaders.

1-43. The corps' and divisions' fundamental basis for organization and operations is combined arms operations. They conduct these operations increasingly in JIM environments. Corps commanders' training focus is on warfighting, to include joint operations, and training division commanders and corps separate commands and brigades.

1-44. Corps and division commanders must integrate SOF into their training plans. This provides opportunities to explore new combinations of concepts, people, organizations, and technology that expand their capabilities and enhance interoperability and leverage other service capabilities.

1-45. Warfighting is the corps' and division's top priority. Corps and division commanders have a pivotal role in the Army Training Management System



1225

as the guidance and decisions they provide brigade and battalion commanders directly affect the planning and execution of training at the company level.

1-46. The MACOMs, corps, and divisions ensure that competencies are trained to standard. When commanders do this they make their greatest contribution to leader development and unit readiness.

## RESERVE COMPONENT TRAINING

1-47. The Army consists of the active component (AC) and the Reserve Components (RC). The AC is a federal force of full-time soldiers and Department of the Army civilians. The RC consists of the ARNG, the USAR, and their civilian support personnel. Each component is established under different statutes and has unique and discrete characteristics, but all share the same doctrine and training process, and train to the same standard. Availability of training support system (TSS) capabilities, however, varies between components. All train to the same standard; however, the RC trains at lower echelons. The number of tasks trained will usually differ as a result of the training time available; the conditions may vary based on the RC unique environment.

1-48. The RC represent a large portion of the Army's deterrence and warfighting power. They are an integral part of the force. However, available training time has a significant impact on RC training. RC units have a limited number of available training days. Geographic dispersion of units also impacts RC training. An average reserve battalion is spread over a 150- to 300-mile radius. Additionally, most reserve units travel an average of 150 miles to the nearest training area. Individual soldiers often travel an average of 40 miles to their training sites.

1-49. RC units recruit many of their own soldiers. Since these new recruits may be assigned to the RC unit prior to completion of IMT, the RC may have fewer military occupational specialty (MOS) qualified personnel assigned than their AC counterparts. Additionally, even though doctrine requires trained leaders to train units and soldiers, RC leaders may be unable to attend professional military education until after assigned to their units. Priority of training for RC units will go to individual duty military occupational specialty qualification (DMOSQ) and professional development to produce qualified soldiers and leaders.

1-50. RC units have premobilization readiness and postmobilization training requirements. Premobilization readiness plans must be developed and approved for the current fiscal and training year. Similarly, postmobilization plans must be developed and approved for units with deployment missions. For example, the RC focuses premobilization training for infantry, armor and cavalry units on platoon and lower level maneuver and collective tasks and drills. Postmobilization training focuses on platoon gunnery, company team, and higher-level collective tasks. IMT and professional military education requirements for individual reserve officers and soldiers approximate that of the active Army with training provided by the institution. In sum, RC units focus on fewer tasks done to standard during premobilization training.

## SUMMARY

1-51. Army training has one purpose—to produce competent, confident, adaptive soldiers, leaders and units, trained and ready to fight and win our Nation's battles. The Army training and leader development model integrates institutional, operational, and individual self-development into a training management system. The commander is responsible for unit training and integrates the institutional, operational, as well as individual self-development resources to train combat ready units. Commanders are responsible for the wartime readiness of every aspect of their unit, while NCOs train individual soldiers, crews, and teams. All training focuses on the METL and all factors involved in training lead to unit readiness. Training is the Army's number one priority. Training is WHAT we do, not SOMETHING we do.

1227