## Chapter 2

# Battle Focused Training

*The key to fighting and winning is an understanding of "how we train to fight" at every echelon. Training programs must result in demonstrated tactical and technical competence, confidence, and initiative in our soldiers and their leaders. Training will remain the Army's top priority because it is the cornerstone of combat readiness!*

General Carl E. Vuono

Commanders train their units to be combat ready. Training is their number one priority. Commanders achieve this using tough, realistic, and challenging training. At every echelon, commanders must train their unit to the Army standard. Battle focus enables the commander to train units for success on the battlefield. Using the Army Training Management Cycle, the commander continuously plans, executes, and assesses the state of training in the unit. This cycle provides the framework for commanders to develop their unit's METL, establish training priorities, and allocate resources.

Commanders and leaders at all echelons use the Principles of Training discussed in this chapter to develop and execute effective training. As commanders train their units on METL tasks, senior commanders reinforce training by approving and protecting training priorities and providing resources.

## PRINCIPLE OF TRAINING

2-1. There are 10 Principles of Training.

- Commanders are responsible for training.
- NCOs train individuals, crews, and small teams.
- Train as a combined arms and joint team.
- Train for combat proficiency.
  - Realistic conditions.
  - Performance-oriented.
- Train to standard using appropriate doctrine.
- Train to adapt.
- Train to maintain and sustain.
- Train using multiechelon techniques.
- Train to sustain proficiency.
- Train and develop leaders.

**Figure 2-1. Principles of Training**

## COMMANDERS ARE RESPONSIBLE FOR TRAINING

2-2. Commanders are responsible for the training and performance of their soldiers and units. They are the primary training managers and trainers for their organization, are actively engaged in the training process, and adhere to the 10 principles of training in figure 2-1. To accomplish their training responsibility, commanders must—

- Be present at training to maximum extent possible.
- Base training on mission requirements.
- Train to applicable Army standards.
- Assess current levels of proficiency.
- Provide the required resources.
- Develop and execute training plans that result in proficient individuals, leaders, and units.

2-3. Commanders delegate authority to NCOs in the support channel as the primary trainers of individuals, crews, and small teams. Commanders hold NCOs responsible for conducting standards-based, performance-oriented, battle-focused training and provide feedback on individual, crew, and team proficiency.

## NCOS TRAIN INDIVIDUALS, CREWS, AND SMALL TEAMS

2-4. NCOs continue the soldierization process of newly assigned enlisted soldiers, and begin their professional development. NCOs are responsible for conducting standards-based, performance-oriented, battle-focused training. They–

- Identify specific individual, crew, and small team tasks that support the unit's collective mission essential tasks.
- Plan, prepare, rehearse, and execute training.
- Evaluate training and conduct AARs to provide feedback to the commander on individual, crew, and small team proficiency.

2-5. Senior NCOs coach junior NCOs to master a wide range of individual tasks.

## TRAIN AS A COMBINED ARMS AND JOINT TEAM

2-6. The Army provides a JFC with trained and ready forces that expand the command's range of military options in full spectrum operations. Army commanders tailor and train forces to react quickly to any crisis. Army forces provide a JFC the capability to—

- Seize areas previously denied by the enemy.
- Dominate land operations.
- Provide support to civil authorities.

2-7. Army forces seldom operate unilaterally. Joint interdependence from the individual, crew, and small team to the operational level requires training to develop experienced, adaptive leaders, soldiers, and organizations prepared to operate with joint, and multinational forces and to provide interagency unity of effort.

2-8. The fundamental basis for the organization and operation of Army forces is combined arms. Combined arms is the integrated application of several arms to achieve an effect on the enemy that is greater than if each arm was used against the enemy separately or in sequence. Integration involves arrangement of battlefield actions in time, space, and purpose to produce maximum relative effects of combat power at a decisive place and time. Through force tailored organizations, commanders and their staffs integrate and synchronize the battlefield operating systems (BOS) to achieve combined arms effects and accomplish the mission.

2-9. Today's Army doctrine requires teamwork at all echelons. Well-trained Army combined arms teams can readily perform in JIM environments. When committed to battle, each unit must be prepared to execute operations without additional training or lengthy adjustment periods. Leaders must regularly practice of habitually associated combat arms, combat support, and combat service support capabilities. Teams can only achieve combined arms proficiency and cohesiveness when they train together. Similarly, peacetime relationships must mirror wartime task organization to the greatest extent possible.

2-10. Commanders are responsible for training all warfighting systems. The full integration of the combined arms team is attained through the task organization approach to training management. Task organizing is a temporary grouping of forces designed to accomplish a particular mission. This approach acknowledges that the maneuver commander integrates and synchronizes the BOS. In short, the maneuver commander, assisted by higher echelon leaders, forges the combined arms team. An example of a *task-organized brigade* and its warfighting systems is depicted at figure 2-2.

1230




**Figure 2-2. Brigade Combat Team**

2-11. The commander of the *task-organized* force must develop a training plan that addresses two complementary challenges. The commander's training plan must achieve combined arms proficiency and ensure functional training proficiency of the combat arms, combat support, and combat service support units of the task force. Combined arms proficiency requires effective integration of BOS functions. Effective integration of BOS results in synchronization. Functional BOS proficiency is fundamental for effective BOS integration. The commander's training plan must integrate combined arms and functional training events.

2-12. Combined arms training is standards based. The independent training of functional tasks and combined arms tasks to standard will not guarantee the desired effects of applying combat power at a decisive place and time. The standard for effective combined arms training requires a sequenced and continuous execution of functional tasks and combined arms tasks to standard in order to achieve "...integrated relative combat power at a decisive place and time."

2-13. The role of commanders and NCOs in combined arms training cannot be overemphasized. Commanders have training responsibilities that encompass both BOS functional task proficiency and special staff officer combined

arms task proficiency. Likewise, NCOs have similar training responsibilities to ensure BOS related individual and crew functional task proficiency, as well as, individual and staff section related combined arms task proficiency. Combined arms training requires commanders' and NCOs' active involvement in all phases of training.

2-14. Functional proficiency requires expertise in a particular BOS function, its capabilities, and its requirements. Organizations that provide elements of a specific BOS function, such as corps support command and divisional air defense artillery battalion, must train to maintain their functional proficiency. Integration involves expertise in coordination among functional troop unit commanders and staffs, and other functional commanders and staffs.

2-15. The combined arms training challenge is the same for all echelons of command. The complexity, however, increases at each higher echelon of command. The tempo, scope, and scale of operations at higher command echelons increase coordination requirements for planning and executing staff, joint, multinational, and interagency training. Commanders, at every echelon, focus combined arms training on specific integration and synchronization tasks based on their METL. Figure 2-3 illustrates the scope and scale of the combined arms training challenge.




Figure 2-3. Combined Arms Training—Scope and Scale

1232

## TRAIN FOR COMBAT PROFICIENCY

2-16. The goal of all training is to achieve the standard. This develops and sustains combat capable warfighting organizations. To achieve this, units must train to standard under realistic conditions. Achieving standards requires hard work by commanders, staff officers, unit leaders, and soldiers. Within the confines of safety and common sense, commanders and leaders must be willing to accept less than perfect results initially and demand realism in training. They must integrate such realistic conditions as imperfect intelligence; reduced communications; smoke; noise; rules of engagement; simulated nuclear, biological, and chemical environments; battlefield debris; loss of key leaders; civilians on the battlefield; JIM requirements; and varying extremes in weather. They must seize every opportunity to move soldiers out of the classroom into the field; fire weapons; maneuver as a combined arms team; and incorporate protective measures against enemy actions. Although CTCs provide the most realistic and challenging training experience in the Army, they must not be viewed as an "end point" in the unit-training life cycle. Rather, they provide a "go to war experience" by which commanders can assess their METL proficiency and determine the effectiveness of their training program.

- **Realistic.** Tough, realistic, and intellectually and physically challenging training excites and motivates soldiers and leaders. Realistic training builds competence and confidence by developing and honing skills, and inspires excellence by fostering initiative, enthusiasm, and eagerness to learn. Successful completion of each training phase increases the capability and motivation of individuals and units for more sophisticated and challenging achievement. This is the commanders' continuous quest.
- **Performance-Oriented.** Units become proficient in the performance of critical tasks and missions by practicing the tasks and missions. Soldiers learn best by doing, using an experiential, hands-on approach. Commanders and subordinate leaders plan training that will provide these opportunities. All training assets and resources, to include training aids, devices, simulators, and simulations (TADSS), must be included in the unit's training strategy.

## TRAIN TO STANDARD USING APPROPRIATE DOCTRINE

2-17. Training must be done to the Army standard and conform to Army doctrine. If mission tasks involve emerging doctrine or non-standard tasks, commanders establish the tasks, conditions and standards using mission orders and guidance, lessons learned from similar operations, and their professional judgment. The next higher commander approves the creation of the standards for these tasks. FM 3-0 provides the doctrinal foundations; supporting doctrinal manuals describe common TTP that permit commanders and organizations to adjust rapidly to changing situations. Doctrine provides a basis for a common vocabulary across the force. In units, new soldiers will have little time to learn non-standard procedures. Therefore, units must train to the Army standard contained in the MTP and STPs, while applying Army doctrine and current regulatory guidance. When serving as a joint headquarters and conducting joint training Army organizations use joint doctrine and TTP. Joint doctrine establishes the fundamentals of joint opera-

tions and provides guidance on how best to employ joint forces. This linkage between operational and training doctrine is critical to successful training.

## TRAIN TO ADAPT

2-18. Commanders train and develop adaptive leaders and units, and prepare their subordinates to operate in positions of increased responsibility. Repetitive, standards-based training provides relevant experience. Commanders intensify training experiences by varying training conditions. Training experiences coupled with timely feedback builds competence. Leaders build unit, staff and soldier confidence when they consistently demonstrate competence. Competence, confidence, and discipline promote initiative and enable leaders to adapt to changing situations and conditions. They improvise with the resources at hand, exploit opportunities and accomplish their assigned mission in the absence of orders. Commanders at every echelon integrate training events in their training plans to develop and train imaginative, adaptive leaders and units.

## TRAIN TO MAINTAIN AND SUSTAIN

2-19. Soldier and equipment maintenance is a vital part of every training program. Soldiers and leaders are responsible for maintaining all assigned equipment and supplies in a high state of readiness to support training or operational missions. Units must be capable of fighting for sustained periods of time with the equipment they are issued. Soldiers must become experts in both the operation and maintenance of their equipment. This link between training and sustainment is vital to mission success.

## TRAIN USING MULTIECHELON TECHNIQUES

2-20. Multiechelon training is the most effective and efficient way of sustaining proficiency on mission essential tasks with limited time and resources. Commanders use multiechelon training to—

- Train leaders, battle staffs, units, and individuals at each echelon of the organization simultaneously.
- Maximize use of allocated resources and available time.
- Reduce the effects of personnel turbulence.

2-21. Large-scale training events provide an excellent opportunity for valuable individual, leader, crew, and small unit training. Multiechelon training can occur when an entire organization is training on one single METL task or when different echelons of an organization conduct training on related METL tasks simultaneously. (See chapter 4 for detailed discussion on multiechelon training.) All multiechelon training techniques—

- Require detailed planning and coordination by commanders and leaders at each echelon.
- Maintain battle focus by linking individual and collective battle tasks with unit METL tasks, within large-scale training event METL tasks.
- Habitually train at least two echelons simultaneously on selected METL tasks.

1234

## TRAIN TO SUSTAIN PROFICIENCY

2-22. Once individuals and units have trained to a required level of proficiency, leaders must structure individual and collective training plans to retrain critical tasks at the minimum frequency necessary to sustain proficiency. Sustainment training is the key to maintaining unit proficiency through personnel turbulence and operational deployments. MTP and individual training plans are tools to help achieve and sustain collective and individual proficiency. Sustainment training must occur often enough to train new soldiers and minimize skill decay. Army units train to accomplish their missions by frequent sustainment training on critical tasks. Infrequent "peaking" of training for an event (CTC rotation, for example) does not sustain wartime proficiency. Battle focused training is training on wartime tasks. Many of the METL tasks that a unit trains on for its wartime mission are the same as required for a stability operation or support operation that they might execute.

2-23. Sustainment training enables units to operate in a Band of Excellence (figure 2-4) through appropriate repetition of critical tasks. The Band of Excellence is the range of proficiency within which a unit is capable of executing its wartime METL tasks. For RC units the Band of Excellence is the range of proficiency within which a unit is capable of executing its premobilization tasks. Training to sustain proficiency in the Band of Excellence includes training leaders, battle staffs, and small lethal units. The solid black line shows the results of an effective unit training strategy that sustains training proficiency over time, maintaining it within the Band of Excellence. The dotted black line shows an ineffective training strategy that often causes the unit to fall outside the Band of Excellence, thus requiring significant additional training before the unit is capable of executing its wartime METL tasks. Personnel turbulence and availability of resources pose a continuous challenge to maintaining METL proficiency within the Band of Excellence.

1235




**Figure 2-4. Band of Excellence**

2-24. The Army provides combat ready forces on short notice to combatant commanders. Units transition from training locations to operational theaters using the train-alert-deploy sequence. Commanders recognize that crises rarely allow sufficient time to correct training deficiencies between alert and deployment. They strive to ensure their units are prepared to accomplish their METL tasks before alert and refine mission specific training in the time available afterwards. Accordingly, applying the principles of training, a commander conducts training to sustain proficiency on METL tasks within the Band of Excellence to ensure mission readiness. Mission specific training can be conducted as organizations are alerted and deployed based on time available.

2-25. RC units require postmobilization training to achieve proficiency at level organized. Postmobilization training time can be minimized by focusing on MOS qualification, and crew, squad, section and platoon proficiency for combat arms, and company, battery, and troop proficiency for CS/CSS units during premobilization training.

## TRAIN AND DEVELOP LEADERS

2-26. Commanders have a duty and execute a vital role in leader training and leader development. They teach subordinates how to fight and how to train. They mentor, guide, listen to, and "think with" subordinates. They train leaders to plan training in detail, prepare for training thoroughly, execute training aggressively, and evaluate short-term training proficiency in terms of desired long-term results. Training and developing leaders is an

embedded component of every training event. Nothing is more important to the Army than building confident, competent, adaptive leaders for tomorrow.

## COMMANDERS AND TRAINING

2-27. Effective training is the number one priority of commanders. The commander is the primary trainer and responsible for the wartime readiness of their formation. In wartime, training continues with a priority second only to combat or to the support of combat operations. Commanders and senior leaders must extract the greatest training value from every training opportunity. Effective training requires the commander's continuous personal time and energy to accomplish the following—

### DEVELOP AND COMMUNICATE A CLEAR VISION

2-28. The senior leader's training vision provides the direction, purpose, and motivation necessary to prepare individuals and organizations to win in battle. It is based on a comprehensive understanding of—

- Mission, doctrine, and history.
- Enemy/threat capabilities.
- Operational environment.
- Organizational and personnel strengths and weaknesses.
- Training environment.

### *TRAIN ONE ECHELON BELOW AND EVALUATE TWO ECHELONS BELOW*

2-29. Commanders are responsible for training their own unit and one echelon below. Commanders evaluate units two echelons below. For example, brigade commanders train battalions and evaluate companies; battalion commanders train companies and evaluate platoons.

## REQUIRE SUBORDINATES TO UNDERSTAND AND PERFORM THEIR ROLES IN TRAINING

2-30. Since good training results from leader involvement, one of the commander's principal roles in training is to teach subordinate trainers how to train and how to fight. The commander provides the continuing leadership that focuses on the organization's wartime mission. The commander assigns officers the primary responsibility for collective training and NCOs the primary responsibility for individual, crew, and small team training. The commander, as the primary trainer, uses multiechelon techniques to meld leader, battle staff, and individual training requirements into collective training events, while recognizing the overlap in training responsibilities (figure 2-5). Commanders teach, coach, and mentor subordinates throughout.




**Figure 2-5. Overlapping Training Responsibilities**

## TRAIN ALL ELEMENTS TO BE PROFICIENT ON THEIR MISSION ESSENTIAL TASKS

2-31. Commanders must integrate and train to Army standard all BOS, within and supporting their command, on their selected mission essential tasks. An important requirement for all leaders is to project training plans

far enough into the future and to coordinate resources with sufficient lead time.

### *DEVELOP SUBORDINATES*

2-32. Competent and confident leaders build cohesive organizations with a strong chain of command, high morale, and good discipline. Therefore, commanders create leader development programs that develop warfighter professionalism—skills and knowledge. They develop their subordinates' confidence and empower them to make independent, situational-based decisions on the battlefield. Commanders assist subordinates with a self-development program and share experienced insights that encourage subordinates to study and learn their profession. They train leaders to plan training in detail, prepare for training thoroughly, execute aggressively, and evaluate short-term training proficiency in terms of desired long-term results. Effective leader development programs will continuously influence the Army as junior leaders progress to higher levels of responsibility.

### *INVOLVE THEMSELVES PERSONALLY IN PLANNING, PREPARING, EXECUTING, AND ASSESSING TRAINING*

2-33. The senior commander resources training and protects subordinate commanders' training time. They are actively involved in planning for future training. They create a sense of stability throughout the organization by protecting approved training plans from training distracters. Senior commanders protect the time of subordinate commanders allowing them to be present at training as much as possible. Subordinate commanders are responsible for executing the approved training to standard. Senior commanders are present during the conduct of training as much as possible and provide experienced feedback to all participants.

### DEMAND TRAINING STANDARDS ARE ACHIEVED

2-34. Leaders anticipate that some tasks will not be performed to standard. Therefore, they design time into training events to allow additional training on tasks not performed to standard. It is more important to train to standard on a limited number of critical tasks, rather than attempting and failing to achieve the standard on too many tasks, rationalizing that corrective action will occur during some later training period. Soldiers will remember the enforced standard, not the one that was discussed.

### ENSURE PROPER TASK AND EVENT DISCIPLINE

2-35. Senior leaders ensure junior leaders plan the correct task-to-time ratio. Too many tasks guarantee nothing will get trained to standard and no time is allocated for retraining. Too many events result in improper preparation and recovery.

### FOSTER A COMMAND CLIMATE THAT IS CONDUCIVE TO GOOD TRAINING

2-36. Commanders create a climate that rewards subordinates who are bold and innovative trainers. They challenge the organization and each individ-

ual to train to full potential. Patience and coaching are essential ingredients to ultimate achievement of the Army standard.

### ELIMINATE TRAINING DISTRACTIONS

2-37. The commander who has planned and resourced a training event is responsible to ensure participation by the maximum number of soldiers. Administrative support burdens cannot be ignored, however, they can be managed using an effective time management system. Senior commanders must support subordinate commanders' efforts to train effectively by eliminating training distracters and reinforcing the requirement for all assigned personnel to be present during training.

## TOP-DOWN/BOTTOM-UP APPROACH TO TRAINING

2-38. The top-down/bottom-up approach to training is a team effort in which senior leaders provide training focus, direction and resources, and junior leaders provide feedback on unit training proficiency, identify specific unit training needs, and execute training to standard in accordance with the approved plan. It is a team effort that maintains training focus, establishes training priorities, and enables effective communication between command echelons.

2-39. Guidance, based on wartime mission and priorities, flows from the top-down and results in subordinate units' identification of specific collective and individual tasks that support the higher unit's mission. Input from the bottom up is essential because it identifies training needs to achieve task proficiency on identified collective and individual tasks. Leaders at all echelons communicate with each other about requirements, and planning, preparing, executing, and evaluating training.

2-40. Senior leaders centralize planning to provide a consistent training focus from the top to the bottom of the organization. However, they decentralize execution to ensure that the conduct of mission related training sustains strengths and overcomes the weaknesses unique to each unit. Decentralized execution promotes subordinate leaders' initiative to train their units, but does not mean senior leaders give up their responsibilities to supervise training, develop leaders, and provide feedback.

## BATTLE FOCUS

2-41. Battle focus is a concept used to derive peacetime training requirements from assigned and anticipated missions. The priority of training in units is to train to standard on the wartime mission. Battle focus guides the planning, preparation, execution, and assessment of each organization's training program to ensure its members train as they are going to fight. Battle focus is critical throughout the entire training process and is used by commanders to allocate resources for training based on wartime and operational mission requirements. Battle focus enables commanders and staffs at all echelons to structure a training program that copes with non-mission related requirements while focusing on mission essential training activities. It is recognition that a unit cannot attain proficiency to standard on every task

whether due to time or other resource constraints. However, commanders can achieve a successful training program by consciously focusing on a reduced number of critical tasks that are essential to mission accomplishment.

2-42. A critical aspect of the battle focus concept is to understand the responsibility for, and the linkage between, the collective mission essential tasks and the individual tasks that support them. The diagram at figure 2-6 depicts the relationships and the proper sequence to derive optimum training benefit from each training opportunity.




**Figure 2-6. Integration of Collective and Individual Training**

2-43. The commander and the CSM or 1SG must jointly coordinate the collective mission essential tasks and individual training tasks on which the unit will concentrate its efforts during a given period. The CSM or 1SG must select the specific individual tasks that support each collective task to be trained. Although NCOs have the primary role in training and sustaining individual soldier skills, officers at every echelon remain responsible for training to established standards during both individual and collective training. Battle focus is applied to all missions across the full spectrum of operations.

## ARMY TRAINING MANAGEMENT CYCLE

2-44. The foundation of the training process is the Army Training Management Cycle (figure 2-7). In the METL development process (chapter 3), training must be related to the organization's wartime operational plans and focus

on METL tasks. The availability of resources does not affect METL development. The METL is an unconstrained statement of the tasks required to accomplish wartime missions. Resources for training, however, are constrained and compete with other missions and requirements. Leaders develop the long-range, short-range, and near-term training plans (chapter 4) to utilize effectively available resources to train for proficiency on METL tasks. After training plans are developed, units execute training by preparing, conducting, and recovering from training (chapter 5). The process continues with training evaluations that provide bottom-up input to organizational assessment. Organizational assessments provide necessary feedback to the senior commander that assist in preparing the training assessment (chapter 6).




Figure 2-7. Army Training Management Cycle

1242

## Chapter 3

# Mission Essential Task List Development

*Army Mission Essential Tasks*

- ❐ *Shape the security environment*
- ❐ *Respond promptly to crisis*
- ❐ *Mobilize the Army*
- ❐ *Conduct forcible entry operations*
- ❐ *Dominate land operations*
- ❐ *Provide support to civil authorities*

FM 1, The Army and FM 3-0, Operations



## METL

3-1. A mission essential task is a collective task in which an organization has to be proficient to accomplish an appropriate portion of its wartime operational mission. Army organizations, whether they are AC or RC, Modification Table of Organization and Equipment (MTOE) or Table of Distribution and Allowances (TDA), cannot achieve and sustain proficiency on every possible training task. The commander must identify those tasks that are essential to accomplishing the organization's wartime operational mission. Battle-focused METL identifies those tasks that are essential to the accomplishment of the unit's wartime operational mission and provides the foundation for the unit's training program.

3-2. All company level and above units develop a METL that is approved by its designated wartime commander. Detachments, organized with a commander and under a distinct MTOE or TDA, also develop a METL. Explosive ordnance detachments, transportation port operation cargo detachments and preventive medicine medical detachments are examples of these type units.

## METL DEVELOPMENT PROCESS

3-3. The METL development process reduces the number of tasks the organization must train and focuses the organization's training efforts on the most important collective training tasks required to accomplish the mission.

3-4. METL development is the catalyst that keeps Army training focused on wartime operational missions. Applying the METL development—

- Focuses the unit's training on essential tasks.
- Provides a forum for professional discussion and leader development among senior, subordinate and adjacent (peer) commanders concerning the linkage between mission and training.
- Enables subordinate commanders and key NCOs to crosswalk collective, leader and individual tasks to the mission.
- Leads to "buy-in" and commitment of unit leaders to the organization's training plan.

3-5. Figure 3-1 depicts the process that commanders use to identify and select mission essential tasks.

1244




**Figure 3-1. METL Development Process**

## INPUTS TO METL DEVELOPMENT

3-6. There are five primary inputs to METL development.

### Wartime Operational Plans

3-7. The most critical inputs to METL development are the organization's wartime operational and contingency plans. The missions and related information provided in these plans are key to determining essential training tasks.

### Enduring Combat Capabilities

3-8. The fundamental reason for the organization and operation of Army forces is to generate effects of combined arms in order to contribute to successful execution of wartime operational missions. To do this, Army commanders form combat, CS, and CSS forces into cohesive teams through training for combat proficiency. Enduring combat capabilities are the unique contribution each unit makes to ensure the Army successfully accomplishes any mission anytime anywhere.

### Operational Environment

3-9. The operational environment has six dimensions; Threat, Political, Unified Action, Land Combat Operations, Information, and Technology (see FM 3-0). Each dimension affects how Army forces combine, sequence, and conduct military operations. Commanders tailor forces, employ diverse capabilities, and support different missions to succeed in this complex environment.

1245

## Directed Missions

3-10. Army organizations are frequently directed to conduct a mission other than its assigned wartime operational mission. These missions range from major combat operations to providing humanitarian assistance or other types of stability and support operations.

## External Guidance

3-11. External guidance serves as an additional source of training tasks that relate to an organization's wartime operational mission. Some examples are—

- Higher headquarters directives.
- MTP.
- Force integration plans.
- Army Universal Task List (AUTL).
- Universal Joint Task List (UJTL).

3-12. In some cases, external guidance identifies tasks that make up the mission (for example, MTPs). In others, they specify additional tasks that relate to the mission (for example, mobilization plans, directed stability operations or support operations). Figure 3-2 is an example of brigade tasks derived from the five primary inputs to the unit's METL.

| *Alert and Deploy the Brigade* | |
|---|---|
| • Draw and Upload Basic/Operational Loads<br>• Conduct Soldier Readiness/Administrative / Logistic Preparation for Overseas Movement<br>• Deploy Advance Parties Or Liaison Officers | • Move by Road or Rail to Aerial Port of Embarkation (APOE) or Seaport of Embarkation (SPOE)<br>• Upload Equipment at APOE or SPOE |
| ***Conduct Attack*** | ***Conduct Defense*** |
| • Attack a Moving Enemy<br>• Attack a Stationary Enemy<br>• Movement to Contact | • Conduct a Mobile Defense<br>• Conduct an Area Defense |
| ***Conduct Support Operations*** | ***Conduct Stability Operations*** |
| • Domestic Support Operations<br>• Foreign Humanitarian Assistance | • Peacekeeping Operations<br>• Combat Terrorism<br>• Support Counter-Drug Operations |
| ***Conduct Sustainment Operations*** | |
| • Provide Medical Treatment and Evacuation (air and ground)<br>• Move by Air/Surface Transportation<br>• Manage Terrain | • Recover and Evacuate Disabled Equipment<br>• Control Reconstitution of Subordinate Units<br>• Conduct Mortuary Affairs Operations |

**Figure 3-2. Example of Brigade Tasks Derived from Wartime Operational Plans and External Guidance**

3-13. In similar type organizations, METL may vary significantly because of different missions or geographical locations. For example, a power projection organization may identify strategic deployment requirements as critical deployment tasks while a forward-deployed organization may identify tactical deployment requirements (such as rapid assembly and tactical road marches)

as critical deployment tasks. Geography may also influence the selection of different mission essential tasks for units with missions in tropical, cold, or desert environments.

## COMMANDER'S ANALYSIS

3-14. The commander's analysis of wartime operational plans, and others primary input to the METL, identify those tasks critical for wartime mission accomplishment. Higher commanders provide guidance to help their subordinate commanders focus this analysis. Commanders coordinate the results of their analysis with subordinate and adjacent commanders. The higher commander approves the METL. This process provides the means to coordinate, link, and integrate a wartime operational mission focused METL throughout the organization.

3-15. To illustrate the METL development process, the following brigade wartime mission statement forms the start point for determining the most important training tasks:

*At C-day, H-hour, Brigade deploys: On order, conducts combat operations assigned by higher headquarters.*

3-16. The commander reviews the wartime operational mission statement and other primary input to the METL, and identifies all of the training tasks. Together, these five sources provide the total list of possible training tasks. This analysis results in the list at figure 3-2. The commander then narrows down the list of all derived tasks to those tasks critical for mission accomplishment. These tasks become the brigade's METL. Figure 3-3 shows an example of a brigade METL.

- Alert and Deploy the Brigade
- Conduct Attack
  - Movement to Contact
- Conduct Area Defense
- Conduct Sustainment Operations
- Command and Control Tactical Operations

**Figure 3-3. Example of Brigade METL**

# RESERVE COMPONENT METL DEVELOPMENT

3-17. The METL development process is the same for AC and RC organizations. RC METL development recognizes that RC units have less than 20 percent of the training time available to their AC counterparts. Therefore, battle focus is essential so that RC commanders can concentrate their time on the most critical wartime training requirements. RC units often operate under a chain of command different from their wartime chain of command. The associate AC chain of command assigns missions, provides wartime mission guidance, and approves METLs. The state adjutant general or regional

support groups review and coordinate RC METLs. They resource training and ensure that mission training tasks are executed and evaluated. Continental U.S. Armies (CONUSAs) approve the METL for selected RC units (ARNG divisions, enhanced separate brigades, roundout units, reinforcing aviation units, and force support package units with latest arrival dates less than D+30). The peacetime chain of command approves the remainder of RC unit METLs.

## ECHELON ABOVE DIVISION/ECHELON ABOVE CORPS (EAD/EAC) METL DEVELOPMENT

3-18. In a similar manner, commanders of EAD/EAC organizations must use the battle focus concept and METL development process to focus their training. Figure 3-4 shows an example of a corps support battalion METL.

- ❐ Deploy/Relocate the Battalion
- ❐ Plan CSS Operations
- ❐ Establish and Sustain Area of Operations
- ❐ Provide CSS
- ❐ Protect the Force

**Figure 3-4. Example of Corps Support Battalion (EAD) METL**

## TDA METL DEVELOPMENT

3-19. Battle focus is equally applicable to TDA organizations. Senior leaders of TDA organizations derive METL from critical peacetime or wartime missions. Mission essential tasks may be either critical training tasks or operational activities. In short, they represent the tasks required to accomplish the TDA organization's mission. Figure 3-5 shows an example of a garrison support unit METL.

- ❐ Alert, Assemble and Mobilize
- ❐ Command and Control General Support Unit, Mobilizing and Demobilizing Units
- ❐ Augment BASOPS Support
- ❐ Provide Mobilization and Demobilization Processing Support
- ❐ Conduct Force Protection Operations

**Figure 3-5. Example of Garrison Support Unit (TDA) METL**

## METL DEVELOPMENT FOR DIRECTED MISSIONS

3-20. When an organization is directed to conduct a mission other than its assigned wartime operational mission (such as a stability operation or support operation), the training management cycle still applies. Directed missions can span the full spectrum of operations. For MTOE organizations, directed missions could range from major combat operations to providing humanitarian assistance or other types of stability operations and support operations. For TDA organizations, directed missions can range from mobilization to installation force protection operations.

3-21. Using their wartime METL as the foundation, commanders who are directed to change their mission conduct a mission analysis, identify METL tasks, and assess training proficiency for the directed mission. The mission analysis of the newly assigned mission could change the unit's METL, training focus, and the strategy to achieve proficiency for METL tasks. Figure 3-6 shows an example of tasks supporting a directed mission involving a stability operation.

| *Collective Training* | |
|---|---|
| • Convoy Operations<br>• Route Security<br>• Rail/Air Movement Training | • Area Security<br>• Patrolling Operations<br>• Establish/Operate Checkpoints |
| ***Leader Training*** | |
| • Fire Control Exercise (FCX)<br>• Casualty Evacuation (CAS EVAC)<br>• Deployment Exercise<br>• Risk Management | • Rules Of Engagement (ROE) Proficiency<br>• Petroleum, Oils and Lubricants/Military (POL/MIL) Seminar<br>• Media Interaction |
| ***Individual Training*** | |
| • Mine Awareness<br>• ROE Proficiency<br>• Media Interaction | • Medical Awareness<br>• Country Orientation<br>• Force Protection |

**Figure 3-6. Examples of METL Tasks to Support a Directed Mission to Conduct Stability Operation**

3-22. In cases where mission tasks involve emerging doctrine or non-standard tasks, commanders establish tasks, conditions, and standards using mission orders and guidance, lessons learned from similar operations, and their professional judgment. Senior commanders approve the established standards for these tasks as part of the normal METL approval process. If time permits prior to deployment, units should execute a mission rehearsal exercise (MRE) with all participating units.

3-23. Upon redeployment from a directed mission, commanders conduct a mission analysis consistent with the training management cycle to reestablish proficiency in the unit's wartime operational METL. Senior commanders must take into account the additional time this reintegration process may take. Battle focus guides the planning, preparation, execution, and assessment of each organization's training program to ensure its members train as they will fight.

## JOINT METL (JMETL) DEVELOPMENT

3-24. Army organizations often provide Army forces within joint force formations. The missions and JMETL of such formations are derived from the Universal Joint Task List by the joint force commander and service component commanders, and are approved by the combatant commander.

3-25. A selected Army headquarters may be designated as a JTF headquarters, joint forces land component headquarters (JFLC) or Army Forces (ARFOR) headquarters. This requires the designated Army headquarters to develop a JMETL. The Army headquarters commander crosswalks the JMETL with the current Army headquarters and subordinate unit METLs. Joint training manuals provide an overview of the joint training system (JTS), and assists in—

- Developing joint training requirements.
- Planning joint training.
- Executing joint training.
- Assessing joint proficiency.

## METL DEVELOPMENT FUNDAMENTALS

3-26. The following fundamentals apply to METL development—

- The METL is derived from the organization's wartime plans and related tasks in external guidance.
- Mission essential tasks must apply to the entire organization. METL does not include tasks assigned solely to subordinate organizations.
- Each organization's METL must support and complement the METL of higher headquarters.
- The availability of resources does not affect METL development. The METL is an unconstrained statement of the tasks required to accomplish wartime missions.
- Commanders direct operations and integrate the BOS through plans and orders. The BOS are used to systematically ensure that interdependent organizational tasks necessary to generate, sustain, and apply combat power are directed toward accomplishing the overall mission. The BOS are the physical means (soldiers, organizations, and equipment) used to accomplish the mission. The BOS are—
  - **Intelligence.** The intelligence system plans, directs, collects, processes, produces, and disseminates intelligence on the threat and the environment; performs intelligence preparation of the battlefield; and other intelligence tasks. Intelligence is developed as part of a continuous process and is fundamental to Army operations.
  - **Maneuver.** Commanders maneuver forces to create the conditions for tactical and operational success. Maneuver involves movement to achieve positions of advantage with respect to enemy forces. Through maneuver, friendly forces gain the ability to destroy enemy forces or hinder enemy movement by direct and indirect application of firepower or threat of its application.

- **Fire Support.** Fire support consists of fires that directly support land, maritime, amphibious, and special operations forces in engaging enemy forces, combat formations, and facilities in pursuit of tactical and operational objectives. Fire support integrates and synchronizes fires and effects to delay, disrupt, or destroy enemy forces, systems, and facilities. The fire support system includes the collective and coordinated use of target acquisition data, indirect fire weapons, fixed-winged aircraft, electronic warfare, and other lethal and non-lethal means to attack targets.
- **Air Defense.** Air defense protects the force from air and missile attack and aerial surveillance. It prevents enemies from interdicting friendly forces while freeing commanders to synchronize maneuver and fire power. The weapons of mass destruction and proliferation of missile technology increase the importance of the air defense systems.
- **Mobility/Counter-mobility/Survivability.** Mobility operations preserve the freedom of maneuver for friendly forces. Mobility missions include breaching obstacles, increasing battlefield circulation, improving or building roads, providing bridge and raft support, and identifying routes around contaminated areas. Counter-mobility denies mobility to enemy forces. Survivability operations protect friendly forces from the effects of enemy weapon systems and from natural occurrences. Nuclear, biological, and chemical defense measures are essential survivability tasks.
- **Combat Service Support.** Combat service support (CSS) provides the physical means with which forces operate, from the production base and replacement centers in the continental United States to soldiers engaged in close combat. CSS includes many technical specialties and functional activities. It includes maximizing the use of host nation infrastructure and contracted support.
- **Command and Control.** Command and control (C2) has two components—the commander and the C2 system. The C2 system supports the commander's ability to make informed decisions, delegate authority, and synchronize the BOS. Moreover, the C2 system supports the commander's ability to adjust plans for future operations, even while focusing on current operations. Reliable communications are central to C2 systems. Staffs work within the commander's intent to direct units and control resource allocations. Through C2, commanders initiate and integrate all BOS toward a common goal—mission accomplishment.

3-27. Staff elements at each headquarters develop a METL to address mission essential tasks in their areas of responsibility. Figure 3-7 shows a sample Brigade Staff METL. In addition to staff METLs, organizations may develop a METL for each separate command post (for example tactical, main, and rear). The organization's commander or chief of staff approves the staff METL.

1251

| *Element/Section* | *Staff Mission Essential Task* |
|---|---|
| S1 | Provide Personnel Services Support |
| S2 | Conduct Intelligence Preparation of the Battlefield<br>Develop a Reconnaissance and Surveillance (R&S) Plan |
| S3 | Plan Operations using Military Decision Making Process (MDMP)<br>Prepare OPLAN/OPORD<br>Develop Task Organization Annex and Operations Overlay |
| S4 | Develop Logistics Estimate |
| S5 | Coordinate Host Nation Support |
| S6 | Establish Information Network |
| DECOORD | Coordinate Fire Support |
| ENGR | Conduct M/CM/S Operations |
| ADA LNO | Conduct ADA Planning and Coordination |
| AVN LNO | Conduct Army Aviation Planning and Coordination |
| USAF ALO | Conduct A2C2 Management and Control Activities |

**Figure 3-7. Example of Brigade Staff METL**

3-28. Organizations that conduct daily support functions also prepare a METL. The METL for these support organizations must address the differences between peacetime and wartime operating conditions. For example, a CSS unit may operate during peacetime from a permanent facility with some major supplies provided via contract transportation and automation systems operated using commercial telephone systems. A wartime environment, however, may require support missions to be accomplished under austere conditions on an active battlefield.

3-29. The METL for units habitually task organized must be coordinated during the development process. This requirement reinforces the training fundamental that combined arms teams will train as they fight. A key component of the senior commander's METL approval process is determining if each subordinate organization has properly coordinated its METL. A support organization's METL must identify these wartime requirements and include them in their training plans.

## METL LINKED TRAINING STRATEGY

3-30. The METL provides the foundation for the organization's training plans. The METL is stabilized once approved. The commander is responsible for developing a training strategy that will maintain unit proficiency for all tasks designated as mission essential.

3-31. Commanders involve subordinate commanders and their CSM/1SG in METL development to create a team approach to battle focused training. Subordinate participation develops a common understanding of the organization's critical wartime requirements so METLs throughout the organization are mutually supporting. Subordinate commanders can subsequently apply insights gained during preparation of the next higher headquarters' METL to the development of their own METL. The CSM/1SG and key NCOs must un-

derstand the organization's collective METL so that they can integrate individual tasks into each collective mission essential task during METL based training.

3-32. After the commander designates the collective mission essential tasks required to accomplish the organization's wartime operational mission, the CSM/1SG, in conjunction with key NCOs, develop a supporting individual task list for each mission essential task. Soldier training publications and MTPs are major source documents for selecting appropriate individual tasks.

3-33. There should be no attempt to prioritize tasks within the METL. All METL tasks are equally essential to ensure mission accomplishment. However, all tasks may not require equal training time or resources. The commander allocates training resources to ensure the organization's METL proficiency remains within the Band of Excellence.

3-34. Commanders realize when allocating training time and resources that there are some non-mission related requirements that are critical to the health, welfare, individual readiness, and cohesiveness of a well trained unit. Commanders must carefully select, in conjunction with the CSM/1SG, which non-mission related requirements are critical to the unit. They emphasize the priority of METL training and find opportunities to include non-mission related requirements in the training plan.

3-35. Commanders develop effective training strategies when they crosswalk collective, leader and individual tasks to each METL task with subordinate commanders, CSMs/1SGs, and other key officer and NCO leaders.

## TRAINING OBJECTIVES

3-36. After mission essential tasks are selected, commanders identify supporting training objectives for each task. The resulting training objective consists of—

- Task. A clearly defined and measurable activity accomplished by organizations and individuals.
- Condition(s). The circumstances and environment in which a task is to be performed.
- Standard. The minimum acceptable proficiency required in the performance of a particular training task.

3-37. The conditions and standards for many major collective training tasks are identified in applicable MTPs. Figure 3-8 shows an example of a brigade training objective.

1253

| | |
|---|---|
| *MISSION ESSENTIAL TASK:* | Conduct an attack. |
| *CONDITIONS:* | The brigade is conducting operations independently or as part of a division or Army forces (ARFOR) and has received an operation order (OPORD) or fragmentary order (FRAGO) to conduct an attack at the location and time specified. Coalition forces and noncombatants may be present in the operational environment. |
| *STANDARDS:* | 1. Brigade leaders gain and or maintain situational awareness (SA). Brigade commander and staff receive an order or anticipate a new mission and begin the military decision-making process (MDMP). Brigade task organizes forces within the brigade.<br>2. Effects coordination cell (ECC) obtains guidance from the commander; plans, coordinates, and achieves the desired effects utilizing organic and attached assets.<br>3. Staff plans mobility, countermobility, and survivability: nuclear, biological, and chemical support; air defense (AD) support; and CSS supporting operations.<br>4. Brigade commander and staff conduct risk management process.<br>5. Brigade commander and staff conduct backbriefs and rehearsals to ensure subordinates understand commander's intent and concept.<br>6. Brigade executes the attack; masses all available combat power to destroy enemy per the commander's intent.<br>7. Brigade consolidates and reorganizes, as necessary.<br>8. Brigade continues operations, as necessary. |

**Figure 3-8. Example of Training Objective for a Brigade Mission Essential Task**

3-38. The following are documents that will assist commanders and staffs in developing collective and individual training objectives—

- MTP.
- Soldiers manuals.
- Soldier training publications.
- DA Pam 350-38.
- Deployment or mobilization plans.
- AUTL.
- UJTL.
- Army, MACOM, and local regulations.
- Local standing operating procedures (SOP).

1254

## BATTLE TASKS

3-39. After review and approval of subordinate organizations' METL, the senior commander selects battle tasks. A battle task is a staff or subordinate organization mission essential task that is so critical that its accomplishment will determine the success of the next higher organization's mission essential task. Battle tasks are selected for each METL task. Battle tasks allow the senior commander to define the training tasks that—

- Integrate the BOS.
- Receive the highest priority for resources such as ammunition, training areas and facilities (to include live and virtual simulators and constructive simulations), materiel, and funds.
- Receive emphasis during evaluations directed by senior headquarters.

3-40. Figure 3-9 shows an example of a division's major subordinate command and separate battalion battle tasks that support the division METL.

| *Corps Mission Essential Task: Conduct Shaping Operations*<br>*Mission Essential Task: Conduct Deliberate Attack* | | |
|---|---|---|
| ***Battle Task*** | ***Unit Task Selected*** | ***Battlefield Operating Systems*** |
| Conduct Deliberate Attack | 1st and 2d Brigade | Maneuver |
| Conduct Deep Attack | Aviation Brigade | Maneuver |
| Provide Fire Support for Combat Operations | DIVARTY | Fire Support |
| Reduce Complex Obstacles for Division Deliberate Attack | Engineer Brigade | Mobility/Counter-mobility/Survivability |
| Provide and Manage DS CSS | DISCOM | CSS |
| Conduct Intelligence and Electronic Attack Operations | MI Battalion | Intelligence |
| IOM Tactical Communications Networks (C4I) for the Division | Signal Battalion | Command and Control |
| Coordinate Air Defense C3I and Directed Early Warning | ADA Battalion | Air Defense |

**Figure 3-9. Example List of Division MSC and Separate Battalion Battle Tasks That Support a Mission Essential Task**

1255

3-41. Figure 3-10 depicts the relationship between wartime missions, METL, and battle tasks. This diagram illustrates how battle focus provides a common direction for the entire organization and the foundation for the subsequent development of relevant training plans.




*Note Detachment METLs may become battle tasks for higher level commands (Battalion through Theater Army)

**Figure 3-10. Relationships between Mission, METL, and Battle Task**

1256