## Chapter 4

# Planning

*We cannot train without planning and we cannot teach without preparation.*

General George C. Marshall




## PLANNING PROCESS

4-1. Planning is an extension of the battle focus concept that links organizational METL with the subsequent preparation, execution, and evaluation of training. A relatively centralized process, planning develops mutually supporting METL based training at all echelons within an organization. The planning process ensures continuous coordination from long-range planning, through short-range and near-term planning, and ultimately leads to training execution. The commander's assessment provides direction and focus to the planning process. (Commander's assessment is discussed in chapter 6.) Figure 4-1 depicts the training planning process used to develop battle focused training programs.

1257




**Figure 4-1. Training Planning Process**

4-2. The commander applies two principal inputs at the start of the planning process—the METL and the training assessment. Commanders identify tasks that support the METL. The training assessment compares the organization's current level of training proficiency with the desired level of warfighting proficiency. This desired level is defined in MTPs and other doctrinal literature. Commanders may make conscious decisions, based on their training assessment, to defer training for some tasks in which they are currently well trained.

4-3. Leaders determine current training proficiency levels by analyzing all available training evaluations. However, each evaluation applies only to a portion of the total proficiency of an organization at a specific time. Therefore, commanders must use all available evaluation data to develop an assessment of the organization's overall capability to accomplish each mission essential task. In addition to past training evaluations, other information about future events influences the assessment. For example, the projected personnel turnover rates or the fielding of new equipment could significantly affect the commander's assessment of training proficiency status during the upcoming training period. Commanders update the training assessment at the beginning of each long-range and short-range planning cycle and after a major training event or deployment.

4-4. The commander uses the broad experience and knowledge of key subordinates to help determine the organization's current proficiency. Although subordinates provide their evaluation as input for consideration, only the commander can assess the unit's training proficiency. For example, a division commander may direct that the assistant division commanders, key staff members, and subordinate commanders evaluate the training proficiency of the division's ability to execute mission essential tasks and supporting battle tasks. The division CSM and subordinate CSMs evaluate proficiency on individual tasks that support collective tasks. The participants review available collective and individual evaluation information, relying heavily on personal observations. They then compare the organization's current task proficiency with the Army standard. The commander uses subordinate input in making the final determination of the organization's current proficiency on each task (figure 4-2). Commanders assess current METL task proficiency by rating each task as—

- "T" (trained)—The unit is trained and has demonstrated its proficiency in accomplishing the task to wartime standards.
- "P" (needs practice)—The unit needs to practice the task. Performance has demonstrated that the unit does not achieve the standard without some difficulty or has failed to perform some task steps to standard.
- "U" (untrained)—The unit cannot demonstrate an ability to achieve wartime proficiency.

| Mission Essential Task | Current Training Status | | | | | | | Overall Task Assessment | Strategy to Improve or Sustain Training Proficiency to Desired Warfighting Levels |
|---|---|---|---|---|---|---|---|---|---|
| | INT | MAN | FS | ADA | M/CM/S | CSS | C2 | | |
| Alert and Deploy | P | P | P | P | P | T | P | P | • Exercise unit emergency deployment and readiness procedures during division quarterly EDRE.<br>• Exercise unit alert recall procedures monthly.<br>• Continue semi-annual leader's reconnaissance of the installation's rail, convoy, air and sea deployment facilities.<br>• Continue semi-annual TEWT of installation ammunition supply point (ASP) upload procedures. |
| Conduct Deliberate Attack | P | T | P | P | P | P | P | P | • Train quarterly during Division CPX or MAPEX<br>• Request corps response cell for each Division exercise to improve C2<br>• Train annually during division CPX<br>• More emphasis on intelligence and CSS |

LEGEND
T Trained U Untrained
P Needs Practice

**Figure 4-2. Extract from Commander's Training Assessment**

4-5. The training requirement is the training necessary to achieve and sustain METL task proficiency within the Band of Excellence.

4-6. The commander, assisted by staff, develops a strategy to accomplish each training requirement. This includes improving proficiency on some tasks and sustaining performance on others. Through the training strategy, the commander establishes training priorities by determining the minimum frequency each mission essential task will be performed during the upcoming planning period. The strategy also includes broad guidance that links the METL with upcoming major training events. The initial training assessment includes the commander's guidance that sta[illegible] the detailed planning process.

1259

4-7. The training assessment of each separate mission essential task enables the commander to develop the commander's training vision. This is a broad concept for training the organization to achieve and sustain wartime proficiency. The key elements that shape a commander's training vision are a thorough understanding of training and operations doctrine, assessment of METL proficiency levels, and knowledge of potential enemy capabilities. The commander's training vision is supported by organizational goals that provide a common direction for all the commander's programs and systems.

4-8. Senior commanders involve their staffs and subordinate commanders in goal development to ensure common understanding and create an organizational team approach. Examples of organizational goals include—

- Establish and support a command climate conducive to developing a high level of individual, leader, and collective warfighting proficiency.
- Conduct force integration while continuously maintaining the short-term readiness of the organization.
- Develop and integrate the standard operating procedures required to employ combined arms teams that can fight and win on the battlefield.
- Recruit and retain high-quality soldiers and leaders.

4-9. Through the training planning process, the commander's guidance (training vision, goals, and priorities) is melded together with the METL and the training assessment into manageable training plans.

## TRAINING PLANS

4-10. Figure 4-3 compares the three types of training plans—

- Long-range.
- Short-range.
- Near-term.

1260

| *Long-Range* | *Short-Range* | *Near-Term* |
|---|---|---|
| Disseminate METL and battle tasks.<br>Establish training objective for each mission essential task.<br>Schedule projected major training events.<br>Identify long lead time resources and allocate major resources such as major training area rotations.<br>Identify available training support system products and services and identify new requirements.<br>Coordinate long-range calendars with all supporting agencies to eliminate training detractors.<br>Publish long-range guidance and planning calendar.<br>Provide basis for command operating budget input.<br>Provide long-range training input to higher headquarters. | Refine and expand upon appropriate portions of long-range plan.<br>Cross reference each training event with specific training objectives.<br>Identify and allocate short lead time resources such as local training facilities.<br>Coordinate short-range calendar with all support agencies.<br>Publish short-range guidance and planning calendar.<br>Provide input to unit training meetings. | Refine and expand upon short-range plan through conduct of training meetings.<br>Determine best sequence for training.<br>Provide specific guidance for trainers.<br>Allocate training support system products and services, including training aids, devices, simulators, simulations, and similar resources to specific trainers.<br>Publish detailed training schedules.<br>Provide basis for executing and evaluating training. |

**Figure 4-3. Comparison of Long-Range, Short-Range, and Near-Term Training Plans**

4-11. Properly developed training plans will—

- **Maintain a consistent battle focus.** Each headquarters in the organization involves its subordinate headquarters in the development of training plans. Based on the higher headquarters' plans, subordinate commanders prepare plans that have a battle focus that is consistent throughout the organization.
- **Be coordinated with habitually task organized supporting organizations.** Brigade combat team and battalion task force commanders plan for coordinated combined arms training of their wartime task organizations. Commanders of habitually task-organized units actively participate in this process and develop complementary training plans. Corps and division commanders require integrated training plans and monitor coordination efforts during the planning process.
- **Focus on the correct time horizon.** Long-range training plans in the AC extend out at least one year. The RC long-range plans consider a minimum of two years. Short-range training plans in the AC normally focus on an upcoming quarter (three months) while RC short-range training plans typically use a one-year planning horizon. Near-term planning

for the AC starts approximately eight weeks prior to the execution of training with the RC starting approximately four months prior.

- **Be concerned with future proficiency.** Training plans must focus on raising or sustaining the proficiency of mission essential tasks to the Army standard.
- **Incorporate risk management into all training plans.** The nature of the military profession is inherently dangerous. Commanders must train their units to tough standards under the most realistic conditions possible. Application of the risk management process will not detract from this training goal, but will enhance execution of highly effective, realistic training. Risk management is the process of identifying, assessing, and controlling risks arising from operational factors and making decisions that balance risk costs with mission training benefits. Leaders and soldiers at all echelons use risk management to conserve combat power and resources. Leaders and staffs continuously identify hazards and assess both accident and tactical risks. They then develop and coordinate control measures to mitigate or eliminate hazards. Risk management is a continuous process for each mission or training event. It must be integral to military decisions, tied into each training plan, and become a continuous part of preparation for training.
- **Establish organizational stability.** Changes disrupt training and frustrate subordinate leaders and soldiers. Planning allows organizations to anticipate and incorporate change in a coordinated manner. Stability and predictability are the result of locking in training plans. Senior commanders are responsible to protect subordinate units from change.
- **Make the most efficient use of resources.** The planning process allocates limited time and other resources for training that contributes most to achieving and sustaining wartime proficiency levels.

## LONG-RANGE PLANNING

4-12. Senior commanders publish their training guidance document sufficiently in advance to provide adequate planning time for both their wartime units and supporting peacetime organizations. Guidance at these senior command echelons is critical to the development and integration of a large number of subordinate AC and RC long-range training plans. Therefore, long lead times are the norm. The long-range planning cycles for MACOM, corps, AC and RC divisions and subordinate headquarters are at figures 4-4 and 4-5. Each headquarters follows these time lines to allow subordinates adequate time to prepare their plans.

| *Action*[1] | *Planning Guidance Publication Date*[2] | *Future Planning Horizon* |
|---|---|---|
| MACOM publishes training guidance and major event calendar | 18 months prior to start of a 2-year period[3] | Up to 10 years or more |
| Corps publishes training guidance and major event calendar | 12 months prior to start of a 2-year period[3] | 5 to 7 years |
| Division, separate brigade, regiment, and separate group publish command training guidance and long-range calendar[4] | 8 months prior to FY start | Command training guidance at least 1 year<br><br>Calendar at least 2 years |
| Installation and community publish long-range calendar | 7 months prior to FY start | At least 1 year |
| Brigade and group publish command training guidance and long-range calendar | 6 months prior to FY start | Command training guidance at least 1 year<br><br>Calendar at least 18 months |
| Battalion, squadron, and separate company publish long-range calendar | 4 months prior to FY start | At least 1 year |

[1]These actions also apply to similar command level TDA organizations or activities. For example, a TRADOC school normally commanded by a major general follows the same planning cycle as a division commander.
[2]Each headquarters follows this time line to allow subordinates adequate time to prepare their plans.
[3]Updated annually at the discretion of the commander.
[4]Division, separate brigade, regiment, and separate group commanders normally brief to and receive approval of the next higher headquarters on their long-range training plans no later than 8 months prior to FY start.

**Figure 4-4. Active Component Long-Range Planning Cycle**

1263

| *Action*[1 2] | *Planning Guidance Publication Date*[3] | *Future Planning Horizon* |
|---|---|---|
| Division, separate brigade, regiment, and separate group publish command training guidance and long-range calendar[4] | 12 months prior to FY start | Command training guidance at least 2 years<br>Calendar at least 5 years |
| Brigade and separate battalion publish command training guidance and long-range calendar | 10 months prior to FY start | At least 5 years |
| Battalion, squadron, and separate company publish long-range calendar | 6 months prior to FY start | At least 3 years |

[1]These actions also apply to similar command level TDA organizations or activities. For example, a regional support command commanded by a major general follows the same planning cycle as a division commander.

[2]Intermediate headquarters, such as Continental U.S. Armies, State Area Commands, Major U.S. Army Reserve Commands, and General Officer Commands, provide training guidance and scheduling information in sufficient time to allow subordinate units to meet required publication dates.

[3]Each headquarters follows this time line to allow subordinates adequate time to prepare their plans.

[4]Division, separate brigade, regiment, and separate group commanders normally brief to, and receive approval of, the next higher headquarters in the peacetime chain of command 8 to10 months prior to FY start.

**Figure 4-5. Reserve Component Long-Range Planning Cycle**

## COMMAND TRAINING GUIDANCE (CTG)

4-13. The CTG is published to document the organization's long-range training plan. It is the training analog of the organization's war plan. It must be read and understood by all commanders, staff officers, and senior NCOs. The CTG is used as a ready reference for the planning, preparation, execution, and evaluation of training throughout the long-range planning period. Examples of topics normally addressed in the CTG are—

- Commander's training philosophy.
- METL and associated battle tasks.
- Combined arms training.
- JIM training, as applicable.
- Major training events and exercises.
- Organizational Inspection Program (OIP).
- Leader training.
- Battle staff training.
- Individual training.
- Self development.
- Standardization.
- Training evaluation and feedback.
- New equipment training and other force integration considerations.
- Resource allocations.
- Training management.
- Risk management.

1264

## LONG-RANGE PLANNING CALENDAR

4-14. Commanders publish the long-range planning calendar concurrently with their CTG. The calendar graphically depicts the schedule of events described in the CTG. Any known major training events or deployments scheduled beyond the normal planning window appear on the long-range planning calendar. To provide extended planning guidance for RC organizations, AC and RC planners routinely forecast major events that require RC participation for up to five years into the future. They include major events, such as annual training periods and overseas deployments for training (ODT), on their long-range calendars. Upon publication and approval by higher headquarters, long-range planning calendars are "locked in" to provide planning stability to subordinate organizations. This means that only the approving commander can change a long-range planning calendar. The senior commander agrees to allocate and protect the requisite resources, including time, and the subordinate commanders agree to conduct training to standard in accordance with the published calendar.

4-15. Commanders coordinate long-range planning calendars with subordinate commanders, installation support agencies, and any other organizations that can generate training distracters if not fully integrated into the training organization's long-range plan.

4-16. Senior leaders at all echelons eliminate nonessential activities that detract from METL based training. In peacetime, however, certain activities occur that do not directly relate to an organization's wartime mission but are important to other Army priorities. An example of this is AC support of ROTC summer training; for the RC, state-directed requirements for Army National Guard units. Senior leaders limit these peacetime activities to the maximum extent possible. Those that are absolutely essential are included in long-range planning documents. When assigned these activities, commanders continually seek mission related training opportunities.

4-17. During long-range planning, commanders organize training time to support METL training and concentrate training distracters in support periods. In addition to individual requirements such as leave and medical appointments, units may have temporary duty details and other support functions at the installation level. Failure to consider these requirements early in the planning process can cause disruption to planned mission essential training.

## TRAINING AND TIME MANAGEMENT

4-18. The purpose of time management is to achieve and sustain technical and tactical competence and maintain training proficiency within the Band of Excellence. Time management systems identify, focus, and protect prime time training periods and the resources to support the training so subordinate organizations are able to concentrate on mission essential training. Figure 4-6 describes a Green-Amber-Red time management system and lists some of the training and support concepts that generally characterize each period. Specific activities will vary between installations according to the local situation and requirements. Time management periods are depicted on applicable long-range planning calendars.

1265

- *Green.* The training focus of organizations in Green periods is multiechelon, collective training that leads to METL proficiency. This period coincides with the availability of major training resources and key training facilities and devices. Organizations in Green periods conduct planned training without distraction and external taskings.
- *Amber.* The focus of units in Amber periods is on training proficiency at the platoon, squad, and crew level. Individual self-development is maximized through the use of installation education centers and through distributed learning. Organizations in Amber periods are assigned support taskings beyond the capability of those units in the Red period, but commanders strive for minimal disruption to Amber organizations' training programs.
- *Red.* The training focus of units in Red periods is on maximizing self-development opportunities to improve leader and individual task proficiency. Units in Red periods execute details and other administrative requirements and allow the maximum number of soldiers to take leave. Block leave is a technique that permits an entire unit to take leave for a designated period of time. Commanders maintain unit integrity when executing administrative and support requirements. This exercises the chain of command and provides individual training opportunities for first-line leaders.

1266

| |
|---|
| ➢ ***Green Cycle***<br>• Training focus primarily on collective tasks with individual and leader tasks integrated during multiechelon training.<br>• Maximum soldier attendance at prime time, mission essential training.<br>• Coincides with availability of major resources and key training facilities or devices.<br>• Administrative and support requirements that keep personnel from participating in training eliminated to the maximum extent possible.<br>• Leaves and passes limited to the minimum essential. |
| ➢ ***Amber Cycle***<br>• Small unit, crew, leader and individual soldier training emphasized.<br>• Provides time for soldier attendance at education and training courses.<br>• Some sub-organizations may be able to schedule collective training.<br>• Scheduling of periodic maintenance services.<br>• Selected personnel diverted to support requirements when all available personnel in organizations in red period are completely committed to support requirements. |
| ➢ ***Red Cycle***<br>• Maximize self development.<br>• Diverts the minimum essential number of personnel to perform administrative and support requirements.<br>• Sub-organizations take advantage of all training opportunities to conduct individual, leader, and crew training.<br>• Support missions/details accomplished with unit integrity to exercise the chain of command and provide individual training opportunities for first line supervisors, as time permits. Unit taskings can be used to reduce the number of permanent special duty personnel within installations and communities.<br>• Leaves and passes maximized. When appropriate, block leave may be scheduled.<br>• Routine medical, dental, and administrative appointments coordinated and scheduled with installation support facilities. |

**Figure 4-6. Green-Amber-Red Time Management System**

4-19. Similarly, a *Green-Red* time management system may be more appropriate for some organizations. Although support requirements vary greatly from installation to installation, the time management system can be modified to accommodate these particular situations. The primary purpose of the time management system is to identify and protect prime time training periods for subordinate organizations.

4-20. When the *Green-Red* time management system is used, organizations in Green periods focus training at collective task proficiency, with leader and individual tasks integrated during multiechelon training. These organizations conduct planned training without distraction and external taskings. Organizations in *Red* periods maximize leader and individual self-development opportunities, execute details, other administrative requirements, and allow the maximum number of soldiers to take leave. All administrative and support requirements should be accomplished with unit integrity. The training of an organization in *Red* periods is on small unit, crew

leader, and individual proficiency. Figure 4-7 is an example of a Green-Red time management system.

4-21. Likewise, commanders can utilize the *Green-Amber-Red* or *Green-Red* time management system for internal organizational use. For example, it may be feasible for organizations in *Red* periods to meet all support requirements with only a portion of their subordinate units at any given time. In this case, the remaining subordinate units are free to train. A subordinate unit could be assigned an internal *Green* period. In this manner, organizations can optimize small unit, crew, leader, and individual soldier unit training opportunities.

4-22. RC unit commanders can also use either the Green-Amber-Red or Green-Red time management system. Using the *Green-Amber-Red* system: most of the AT period should be *Green* cycle training on collective tasks, most of the IDT periods should be *Amber* and focused on small unit, crew, leader and individual soldier training, with one or two IDT periods being *Red* for mandatory training/administrative requirements. Using the *Green-Red* system: AT and the preponderance of IDT periods should be *Green*, with only one or two IDT periods being Red for mandatory training/administrative requirements. In all training periods DMOSQ training for soldiers who are not school trained and qualified is the first order of business.

1268

| |
|---|
| ➢ ***Green Cycle***<br>• Training focus primarily on collective tasks with individual and leader tasks integrated during multiechelon training.<br>• Maximum soldier attendance at prime time, mission essential training.<br>• Coincides with availability of major resources and key training facilities or devices.<br>• Administrative and support requirements that keep personnel from participating in training eliminated to the maximum extent possible.<br>• Leaves and passes limited to the minimum essential. |
| ➢ ***Red Cycle***<br>• Maximize self development.<br>• Diverts the minimum essential number of personnel to perform administrative and support requirements.<br>• Small unit, crew, leader and individual soldier training emphasized.<br>• Sub-organizations take advantage of all training opportunities to conduct individual, leader, and crew training.<br>• Schedule and perform periodic maintenance services.<br>• Support missions/details accomplished with unit integrity to exercise the chain of command and provide opportunities for first line supervisors, as time permits. Unit taskings can be used to reduce the number of permanent special duty personnel within installations and communities.<br>• Provides time for soldier attendance at education and training courses.<br>• Leaves and passes maximized. When appropriate, block leave may be scheduled.<br>• Routine medical, dental, and administrative appointments coordinated and scheduled with installation support facilities. |

**Figure 4-7. Green-Red Time Management System**

## TRAINING EVENTS

*Do less, do it well, meet the standard...treat every training event as though it were your last. Get to excellence in warfighting.*

General Eric Shinseki

4-23. Commanders link training strategies to executable training plans by designing and scheduling training events. During long-range planning, commanders and their staffs make a broad assessment of the number, type, and duration of training events required to accomplish METL training. The event itself is only a tool to achieve and sustain proficiency on the METL within the Band of Excellence. METL proficiency is the objective. In the subsequent development of short-range training plans, senior commanders fully define training events in terms of METL based training objectives, scenarios, resources, and coordinating instructions. Through training events, senior commanders—

- Develop mission-related scenarios.
- Focus the entire organization on several METL tasks.
- Integrate all BOS into coordinated combined arms training.

4-24. Training events are the common building blocks that support an integrated set of METL-related training requirements. Included in long-range training plans, training events form the framework for resource allocation and provide early planning guidance to subordinate commanders and staffs.

4-25. By developing and coordinating training events, the organization is able to bring together the training areas and facilities, TSS products and services, OPFOR, observer/controllers, evaluators, and other resources that create the most realistic and battle focused training. Figure 4-8 shows typical training events.

| | |
|---|---|
| • Joint Training Exercise (JTX) | • Combined Training Exercise (CTX) |
| • Situational Training Exercise (STX) | • Tactical Exercise Without Troops (TEWT) |
| • Command Field Exercise (CFX) | • Deployment Exercise (DEPEX) |
| • Command Post Exercise (CPX) | • Combined Arms Live Fire Exercise (CALFEX) |
| • Logistic Exercise (LOGEX) | • Field Training Exercise (FTX) |
| • Live Fire Exercise (LFX) | • Fire Coordination Exercise (FCX) |
| • Map Exercise (MAPEX) | • BCTP/BCBST and other Simulations |
| • CTC Rotations (CTC) | |

**Figure 4-8. Types of Training Events**

4-26. During planning, senior commanders allocate maximum training time to subordinates. Some large-scale training events, however, must be planned so senior commanders can exercise and integrate all BOS within their wartime organizations. The training value of these large-scale exercises to the entire command is increased when subordinate headquarters participate in developing multiechelon training objectives and scenarios. Subordinate commanders use higher headquarters training guidance, their unit METL, and their unit battle tasks to develop their unit training plan. The next higher commander approves, protects, and resources that plan.

4-27. The Army has increasingly emphasized externally supported training events in which a headquarters senior to the unit being trained provides assistance in the form of detailed planning, additional resources, and evaluation. Support provided by the higher headquarters usually includes a METL derived scenario with associated training and evaluation outlines (T&EO), an OPFOR, observer/controllers, and evaluation support. The Army's CTCs are prime examples of training opportunities that provide combined arms battle focused training that is externally supported. CTCs provide training events based on each participating organization's METL and conducted under realistic and stressful conditions. Externally supported training events can also be conducted at home station to enable units to focus exclusively on the execution of training.

4-28. Organizations can only obtain the full training benefits of externally supported events through carefully planned preparatory training. Therefore, a priority during long-range planning is to develop METL based training programs designed to assist leaders and units in achieving and sustaining

1270

METL task proficiency in the Band of Excellence. METL proficiency is the goal, not the completion of the event.

## LIVE, VIRTUAL, AND CONSTRUCTIVE (L-V-C) TRAINING

4-29. Commanders use a mix of live, virtual, and constructive (L-V-C) training to achieve and sustain unit and staff proficiency on selected METL tasks and supporting unit and staff battle tasks within the Band of Excellence. The goal is to train mission essential tasks to standard and sustain a wartime readiness posture. Battalion level units attain and sustain warfighting proficiency and develop soldier fieldcraft primarily through live training. Brigades and higher units rely more on V-C training events to attain and sustain their warfighting proficiency. In general, commanders at battalion level and lower plan and execute standards based in V-C simulations to—

- Prepare for live "in the dirt" training.
- Rehearse selected staff and unit battle tasks and squad, team and crew drills.
- Retrain on selected unit battle tasks, supporting squad, team and crew critical tasks, and leader and individual soldier tasks evaluated as either "P" (needs practice) or "U" (untrained).

4-30. Battalion commanders leverage V-C training events to accelerate junior leader mastery of tasks directly related to developing tactical competence, confidence, and proficiency that support their unit's METL or supporting critical collective tasks. Similarly, battalion and company commanders look to their CSM, 1SGs and key NCO leaders to leverage V-C training events to accelerate junior NCO and soldier mastery of individual tasks directly related to developing their technical competence, confidence, and proficiency that support their small unit, crew, leader, and individual soldier tasks.

4-31. Figure 4-9 provides some of the possible options commanders can use to train soldiers, staffs, leaders, units, and themselves. The commander selects the tools that will result in the unit receiving the best training based on available resources. Virtual and constructive training cannot replace all live training. They can, however, supplement, enhance, and complement live training to sustain unit proficiency within the Band of Excellence.

1271

***Several Options: Commanders Select the Right Mix!***

| | *Initial Training* | *Proficiency Training* | *Sustainment Training* |
|---|---|---|---|
| Corps/Army Forces/ Joint Task Force | C | C | LVC |
| Division | C | C | LVC |
| Brigade | LVC | LVC | LVC |
| Battalion/Task Force | LVC | L | LV |
| Company/Battery/Troop | LV | L | LV |
| Platoon | LV | L | L/V |
| Crew/Squad | LV | L | L/V |
| Individual | LV | L/V | L/V |

***POTENTIAL MIX OF OPTIONS***

Live (L)—Training executed in field conditions using tactical equipment enhanced by training aids, devices, simulators, and simulations (TADSS) and tactical engagement simulation to simulate combat conditions.

Virtual (V)—Training executed using computer-generated battlefields in simulators with approximate characteristics of tactical weapon systems and vehicles. Virtual tactical engagement simulation training permits units to maneuver over much larger areas.

Constructive (C)—Training that uses computer models and simulations to exercise the command and staff functions of units from platoon through echelons above corps.

**Figure 4-9. Live, Virtual, and Constructive Training Mix**

4-32. Battalion task force through division/corps/Army forces/joint forces commanders must sustain their battle staffs' wartime proficiency. Leaders and staffs achieve and sustain proficiency primarily through repetitive execution of battle staff drills to standard. Brigade and battalion/task forces may execute live, virtual, and constructive training. The use of virtual and constructive training provides excellent training opportunities for leader training. The repetitive nature of these tools makes them invaluable in training adaptive leaders. Commanders can run multiple iterations of a task, changing only the conditions, to help mature the decision-making and judgment abilities of subordinate leaders.

4-33. The intent is to train to standard. It is the commander's responsibility to be familiar with all three of these tools and to select the most applicable within allocated L-V-C resources and available training time. The commander, when planning training, must determine the appropriate mix that

meets the unit training requirements and objectives. Units may conduct training using L-V-C training, simultaneously.

## TRAINING RESOURCES

4-34. The commander uses his assessment of METL and battle tasks to determine the resource priorities for training requirements. During both long-range and short-range planning, constrained resources may require deletion of low-priority training requirements, substitution of less costly training alternatives, or a request for additional resources to execute METL training not resourced, and lower priority training. To the extent possible, commanders confirm resources before publishing training plans. Figure 4-10 lists common sources for information.

- Command operating budget
- Fuel allocation
- Higher headquarters training plans
- Flying hour program
- Training land and range availability
- Force integration documents
- Ammunition authorizations
- Local training area directives
- Availability of TSS products and services, including TADSS

**Figure 4-10. Sources of Training Resource Information**

4-35. A METL-based events approach to resource planning is used for the allocation of time, facilities, ammunition, funds, fuel products, and other resources. For example, a reasonably close approximation of the future petroleum, oil, and lubricants (POL) (Class III) and repair parts (Class IX) resource requirements (the most significant operations and maintenance costs in a tank battalion) can be calculated for a training event as shown in figure 4-11.

1273

| LIN | System | Number Used | Miles Traveled | Cost Factors | | System Cost |
|---|---|---|---|---|---|---|
| | | | | Class IX | Class III | |
| T13305 | TANK COMBAT FULL TRACKED: 120 MM GUN M1A2 | 44 | 64 | 218.60 | 5.87 | 632,107.52 |
| T92242 | TRUCK UTIL ARMT 1-1/4 TON | 5 | 125 | 0.43 | 0.06 | 306.25 |
| T92310 | TRUCK UTIL ARMT 1-1/4 TON | 5 | 125 | 0.43 | 0.06 | 306.25 |
| C10990 | CARRIER 120 MM MORTAR: SELF-PROPELLED ARMORED | 4 | 60 | 13.31 | 0.47 | 3,307.20 |
| D11538 | CARRIER COMMAND POST: LIGHT TRACKED M577 | 5 | 50 | 15.70 | 0.47 | 4,042.50 |
| C18234 | CARRIER PERSONNEL FULL TRACKED: ARMORED (RISE) M113 | 10 | 75 | 11.65 | 0.47 | 9,090.00 |
| T61494 | TRUCK UTILITY: CARGO/TROOP CARRIER 1-1/4 TON 4X4 W/E (HMMWV) | 21 | 175 | 0.43 | 0.06 | 1,800.75 |
| T60081 | TRUCK CARGO: 4X4 LMTV W/E | 7 | 125 | 0.77 | 0.12 | 778.75 |
| T60149 | TRUCK CARGO: 4X4 LMTV W/E W/W | 1 | 125 | 0.77 | 0.12 | 111.25 |
| R50681 | M88 RECOVERY VEHICLE | 7 | 75 | 83.01 | 1.62 | 44,430.75 |
| T59278 | HEMMT | 23 | 150 | 1.80 | 0.34 | 7,383.00 |
| X40931 | TRUCK CARGO: DROP SIDE 5 TON 6X6 W/WINCH W/E | 7 | 175 | 0.66 | 0.15 | 992.25 |
| | | | | | | **$704,656.47** |

- Calculations derived using FY01 U.S. Army Cost and Economic Analysis Center (USACEAC) cost factors.
- Calculation example: Pieces of Equipment (44) X Miles Traveled (64) X Class IX Cost Factors (218.60) = Class IX Costs
- Pieces of Equipment (44) X Miles Traveled (64) X Class III Cost Factors (5.87) = Class III Costs
- Class IX Costs ($615,577.60) + Class III Costs ($16,529.92) = Total System Costs ($632,107.52)

**Figure 4-11. Example Projection of Costs for an active Component Tank Battalion FTX**

4-36. The same procedure is followed to determine the costs for each projected training event and totaled into an aggregate training cost for the year. See figure 4-12.

1274

| LIN | System | Number Used | Miles Traveled | Cost Factors Class IX | Cost Factors Class III | System Cost ($) |
|---|---|---|---|---|---|---|
| T13305 | TANK COMBAT FULL TRACKED: 120 MM GUN M1A2 | 44 | 800 | 218.60 | 5.87 | 7,901,340 |
| T92242 | TRUCK UTIL ARMT 1-1/4 TON | 5 | 2000 | 0.43 | 0.06 | 4,900 |
| T92310 | TRUCK UTIL ARMT 1-1/4 TON | 5 | 2000 | 0.43 | 0.06 | 4,900 |
| C10990 | CARRIER 120 MM MORTAR: SELF-PROPELLED ARMORED | 4 | 480 | 13.31 | 0.47 | 26,460 |
| D11538 | CARRIER COMMAND POST: LIGHT TRACKED M577 | 5 | 375 | 15.70 | 0.47 | 30,320 |
| C18234 | CARRIER PERSONNEL FULL TRACKED: ARMORED (RISE) M113 | 10 | 545 | 11.65 | 0.47 | 66,050 |
| T61494 | TRUCK UTILITY: CARGO/TROOP CARRIER 1-1/4 TON 4X4 W/E (HMMWV) | 21 | 2250 | 0.43 | 0.06 | 23,150 |
| T60081 | TRUCK CARGO: 4X4 LMTV W/E | 7 | 2000 | 0.77 | 0.12 | 12,460 |
| T60149 | TRUCK CARGO: 4X4 LMTV W/E W/W | 1 | 2000 | 0.77 | 0.12 | 1,780 |
| R50681 | M88 RECOVERY VEHICLE | 7 | 675 | 83.01 | 1.62 | 399,880 |
| T59278 | HEMMT | 23 | 930 | 1.80 | 0.34 | 45,770 |
| X40931 | TRUCK CARGO: DROP SIDE 5 TON 6X6 W/WINCH W/E | 7 | 2000 | 0.66 | 0.15 | 11,340 |
| | | | | | | **$8,528,350** |

- Calculations derived using FY01 U.S. Army Cost and Economic Analysis Center (USACEAC) cost factors.
- Calculation example: Pieces of Equipment (44) X Miles Traveled (800) X Class IX Cost Factors (218.60) = Class IX Annual Costs
- Pieces of Equipment (44) X Miles Traveled (800) X Class III Cost Factors (5.87) = Class III Annual Costs
- Class IX Annual Costs ($7,694,720.00) + Class III Annual Costs ($206,624.00) = Total System Annual Costs ($7,901,344.00)

**Figure 4-12. Example Annual Training Costs for an Active Component Tank Battalion**

4-37. There is a relationship between the number of miles or hours that an item of equipment, such as a tank, is operated and the dollars required to purchase the repair parts and POL for that piece of equipment. Funding authority to purchase the projected repair parts, fuel products, and other items necessary to support the training mission is allocated to units based on operating tempo (OPTEMPO). The OPTEMPO of an organization is the average annual miles or hours of operation for its major equipment systems. The total annual training cost of the desired list of training events, as shown in the example at figure 4-12, which represents an OPTEMPO of 800 miles per tank, is then compared with budget projections to determine if the desired training can be fully resourced. If the battalion is not projected to receive

sufficient resources to finance the projected list of events, the commander may have to revise the list of events, as illustrated in figure 4-13.

| Event | Desired Number of Live Events (Per Year) | Training Event Mix (Reduced Resources) | | | Total Number of Resourced Events |
|---|---|---|---|---|---|
| | | Live | Virtual | Constructive | |
| Battalion CPX | 4 | 0 | 0 | 4 | 4 |
| Battalion CFX[1] | 2 | 2 | 0 | 0 | 2 |
| Battalion FTX | 2 | 1 | 1 | 0 | 2 |
| Company CFX[2] | 4 | 2 | 2 | 0 | 4 |
| Company FTX[3] | 4 | 1 | 2 | 0 | 3 |
| Company LFX[4] | 2 | 2 | 1 | 0 | 3 |
| Platoon FTX[3] | 4 | 1 | 2 | 0 | 3 |
| Platoon LFX[5] | 4 | 2 | 1 | 0 | 3 |
| *Estimated Cost* | *$8.9M* | | | | *$5.8M* |

[1]Battalion CPX: May conduct company level CCTT exercises in conjunction with Battalion CPX (JANUS Battle Staff exercise)
[2]Company CFX: Leader TEWT and CCTT exercises may precede CFX.
[3]Platoon/Company FTX: Normally consists of METL-based STX and one FTX annual external evaluation.
[4]Company LFX: TEWT and CCTT exercises may precede actual LFX.
[5]Platoon LFX: Executed during unit gunnery periods; UCOFT used for preparation and retraining.

**Figure 4-13. Revised List of Training Events to Meet Fiscal Constraints**

4-38. The Army relies on live FTXs to provide realistic training. Live fire exercises (LFX), STXs, deployment exercises, and battle drills must be conducted under conditions that replicate actual combat as nearly as possible. This is especially true at battalion level and below. Virtual and constructive training cannot replace live training. They can, however, supplement, enhance, and complement live training to sustain unit proficiency within the Band of Excellence. Based on resources available (such as time, ammunition, simulations, and range availability), commanders determine the right mix and frequency of live, virtual, and constructive training to ensure efficient use of allocated training resources. Brigade size and larger organizations normally plan and execute more virtual and constructive training, as shown in figure 4-14.

1276




**Figure 4-14. Application of Live-Virtual-Constructive Training**

4-39. Live, virtual, and constructive training opportunities are integral components of a commander's training strategy to develop competent, confident, and adaptive leaders, battle staffs, and units. A resource analysis allows leaders at all echelons to make training trade-offs, within various budget and program levels, that best support the commander's training strategy.

4-40. The unit may be required to conduct fewer FTXs and LFXs (which require higher densities of equipment and higher resource expenditures) and add a mix of simulation exercises to stay within resource constraints and maintain training proficiency within the Band of Excellence. The commander determines the effect these substitutions will have on attaining desired levels of training proficiency. He then provides this information to the next higher commander who will either provide additional resources or approve the constrained resource plan.

4-41. By summing up fiscal resource projections of subordinate units, commanders at higher echelons are able to estimate resource requirements necessary to support their training strategies. Similar analyses are conducted to estimate ammunition, facilities, and other resources. Upon completion of the trade-off analysis, the commander includes the resulting events and associated resources in the long-range training plan.

4-42. A significant resource consideration in RC planning is the allocation of available training time. Limited training time requires RC commanders to prioritize training requirements. They may have to train fewer tasks so that the Army standard can be attained. RC commanders compensate for lack of training time by carefully distributing requirements over longer periods of

time and identifying selected training tasks for execution during postmobilization training. Virtual and constructive training can complement live training because they are time efficient, and can support sustainment of the RC unit in the Band of Excellence.

## SHORT-RANGE PLANNING

4-43. Short-range training plans define in greater detail the broad guidance on training events and other activities contained in the long-range training guidance and long-range calendar. They refine the allocation of resources to subordinate organizations and provide a common basis for preparing near-term training plans.

### SHORT-RANGE TRAINING GUIDANCE

4-44. Each echelon from division through battalion publishes short-range training guidance that enables the commander and staff to prioritize and refine mission essential training guidance contained in the long-range CTG. Commanders must publish the short-range training guidance with sufficient lead time to ensure subordinate units have time to develop their own short-range training plans. As shown in figure 4-15, the AC division provides quarterly training guidance (QTG) to subordinate commands and installations at least 90 days prior to the start of each quarter. After receiving guidance from higher headquarters, subordinate units down to battalion sequentially publish their QTG. The RC process is conceptually the same as the AC process; except, the guidance normally is published annually as yearly training guidance (YTG) as shown at figure 4-16. Additionally, RC unit commanders are required to develop a postmobilization training plan to complete training to the level organized. This plan should be updated concurrently with the yearly training plan.

| *Action* | *Planning Guidance Publication Date* | *Future Planning Horizon* |
|---|---|---|
| Division, separate brigade, regiment, group, or similar level command publishes QTG | 3 months prior to start of quarter | 3 months |
| Brigade and group publish QTG | 2 months prior to start of quarter | 3 months |
| Battalion, squadron, and separate company publish QTG | 6 weeks prior to start of quarter[1] | 3 months |
| Conduct QTB | Prior to start of quarter | 3+ months |

[1]To allow sufficient time for near-term planning at company level before the start of the quarter.

**Figure 4-15. Active Component Short-Range Planning Cycle (Quarterly)**

1278

| Action | Planning Guidance Publication Date | Future Planning Horizon |
|---|---|---|
| Division, separate brigade, regiment, group, or similar level command publishes YTG | 6-8 months prior to FY start | 1 year |
| Brigade and separate battalion publish YTG | 4-6 months prior to FY start | 1 year |
| Battalion, squadron, and separate company publish YTG | 3-4 months prior to FY start | 1 year |
| Conduct YTB | Prior to FY start | 1+ years |

**Figure 4-16. Reserve Component Short-Range Planning Cycle (Annually)**

4-45. An important aspect of the quarterly and yearly training guidance is the role of the NCO. Within the framework of the commander's guidance, the CSM/1SG and key NCOs provide planning recommendations on the organization's individual training program. They identify the individual training tasks that must be integrated into collective mission essential tasks during the short-range planning period. Examples of topics normally addressed in QTG and YTG are—

- Commander's assessment of METL proficiency.
- Training priorities and strategy to improve and sustain METL proficiency.
- Combined arms training.
- Organizational inspection program.
- JIM training, as applicable.
- A cross reference of training events and associated METL training objectives.
- Individual training.
- Leader development and leader training.
- Self development.
- Training of trainers and evaluators.
- Training evaluation and feedback.
- Force integration.
- Resource guidance.
- Training management.
- Risk management.

## SHORT-RANGE PLANNING CALENDAR

4-46. The short-range planning calendar refines the long-range planning calendar and provides the time lines necessary for small unit leaders to prepare near-term training schedules.

1279

4-47. In preparing a short-range calendar, details are added to further define the major training events contained on the long-range planning calendar. Some examples of these details include—

- The principal daily activities of major training events.
- Home station training conducted in preparation for major training events and evaluations.
- Other mandatory training that supports METL and warfighting such as command inspections as part of the OIP, Army Physical Fitness Test, weapons qualification, or periodic equipment maintenance and services.
- Significant non-training events or activities that must be considered when scheduling training. Examples are national or local holidays and installation support missions.

4-48. The short-range training calendar is coordinated with appropriate installation support agencies to create a common training and support focus between supported and supporting organizations.

## TRAINING EVENTS

4-49. Major training events are identified and scheduled during the long-range planning process. Short-range planning refines major training events. A major aspect of designing short-range training events is allocation of time to ensure the planned training is conducted to standard. Detailed information on training events may appear in the organization's short-range training guidance or in separate documents such as exercise directives or memorandums of instruction.

## MULTIECHELON TRAINING

4-50. Limited time and other resources do not permit developing sequential training programs in which each echelon from lower to higher is successively trained to reach interim "peaks" in proficiency. Therefore, leaders use a multiechelon training approach to plan training events. Multiechelon training allows simultaneous training and evaluation on any combination of individual and collective tasks at more than one echelon. Multiechelon training is the most efficient and effective way to train and sustain proficiency on mission essential tasks within limited periods of training time.

4-51. Figure 4-17 is an example sequence for a division directed AC battalion task force EXEVAL multiechelon training event. This example depicts mission essential training tasks for each echelon from battalion task force through crew. Various exercise techniques (such as multiple integrated laser engagement system [MILES], battle simulation, and live fire), are used to accomplish the specified training objectives.

| Day | Phase | Mission Essential Training Tasks[1] | Battalion Task Force | Company | Platoon/ Squad/ Crew | Evaluation HQ[2] |
|---|---|---|---|---|---|---|
| 1 | A | Alert/upload basic and operational loads | X | X | X | 1st Brigade |
| 2 | | Move to an assembly area and assemble the force | X | X | X | |
| | | Prepare the deliberate defense | X | X | X | |
| 3 | B | Continue preparation of the deliberate defense | X | X | X | 1st Brigade |
| 4 | C | Conduct deliberate defense (FTX) (MILES) | X | X | X | 1st Brigade |
| 5<br>6<br>7 | | Conduct offensive operations (constructive simulation)<br>• Hasty attack<br>• Deliberate attack<br>• Night attack | X | X<br>(Company HQ Only) | X | 2d Brigade |
| 8 | | Conduct hasty attack (LFX) | | | X | 1st Brigade |
| 9 | D | Mounted navigation exercise | All Officers | | | 2d Brigade |
| 10 | | Conduct tactical movement (redeploy) and post-operations maintenance | Noncommissioned Officers Control | | | |

[1]Selected individual tasks will be evaluated during each collective training activity.

[2]Division HQ is the exercise control headquarters. Designated brigades provide controllers and evaluators, OPFOR, and range safety personnel.

**Figure 4-17. Division Directed Battalion Task Force EXEVAL Multiechelon Training Event**

4-52. The designation of control and evaluation organizations is an important aspect of externally supported training exercises. This allows the units performing training to focus on execution of training while other organizations provide the necessary control, evaluation, and administrative support. The 10-day battalion task force EXEVAL training event illustrated in figure 4-17 describes two approaches to multiechelon training (figures 4-18 and 4-19). Multiechelon training occurs when—

- An entire organization focuses on a single METL task. For example, figure 4-18 highlights a number of supporting tasks that a battalion task force performs simultaneously to execute a successful deliberate attack against a prepared enemy defense.
- Different echelons of an organization conduct training on related METL tasks simultaneously. The example at figure 4-19 depicts different echelons training on related tasks during days 5 through 7 of the battalion task force EXEVAL training event at figure 4-17. The battalion task force headquarters and company headquarters participate in a constructive battle simulation while tank platoons concurrently conduct platoon STXs in virtual simulations. Mechanized platoons concurrently conduct squad live fire exercises and crew proficiency training to prepare for the platoon hasty attack LFXs on "Day 8".

| *Responsibility* | *Participants* | *Activity* | *Collective Tasks* | *Leaders/Staff/Individual Tasks* |
|---|---|---|---|---|
| ***Task Force Commander*** | Battalion TF | FTX | • Attack a stationary force<br>• React to chemical attack | ***TF CDR:*** Develop attack plan<br>***S2:*** Develop R&S plan.<br>***FSO:*** Develop concept of fires.<br>***CHEMO:*** Develop NBC survey plans. |
| ***Team Commander*** | All assigned or attached personnel | FTX | • Conduct assault of an enemy position<br>• React to chemical attack | Employ direct and/or indirect fires. |
| ***Platoon Leader*** | All assigned or attached personnel | FTX | • Conduct initial breach of mined wire obstacle<br>• Enter/clear trench<br>• React to chemical attack | Analyze terrain; conduct platoon maneuver, plan for use of supporting fires. |
| ***Squad Leader*** | Squad members | FTX | • Enter/clear trench<br>• Knock out a bunker<br>• React to chemical attack | Analyze terrain; conduct squad maneuver; control organic fires. |
| ***Individual Soldier*** | Squad member | FTX | • Enter/clear trench<br>• Knock out a bunker<br>• React to chemical attack | Move as a member of a fire team; engage targets with M16A2, M203 and M249; employ hand grenades. |
| ***Note.*** Leader/Staff/Individual tasks taken from ARTEPs 71-2-MTP, 71-1-MTP and 7-7J-DRILL. | | | | |

**Figure 4-18. Selected Tasks Planned to be Executed During a Multiechelon Task Force Deliberate Attack**

| Responsibility | Participants | Activity | Tasks |
|---|---|---|---|
| ***Task Force Commander*** | Battalion task force staff and company/team commanders | Constructive simulation | • Attack a stationary force at night. |
| ***Mechanized Platoon Leaders*** | All assigned and attached squad members | Live fire exercise | • Enter/clear a trench<br>• Knock out a bunker |
| ***IFV Commanders*** | Crew Members | Crew proficiency course (CPC) | • IFV Gunnery |
| ***Tank Platoon Leaders*** | All assigned and attached platoon members | Close combat tactical trainer (CCTT) | • Attack by fire<br>• Support by fire |

**Figure 4-19. Multiechelon Training Exercise Where a Task Force Executes Related Tasks While Simultaneously Conducting Different Training Activities**

4-53. Figure 4-20 depicts a multiechelon training concept for an RC division annual training period. It addresses some RC unique training considerations such as the use of the CONUSA, division (training support), and AC support of RC training.

1282

| *Event* | *Description* |
|---|---|
| *Wartime Mission-Related CPX* | All commanders and staffs from division through battalion participate in an exercise that thoroughly rehearses wartime operations plans. Division (training support) provides controllers, operates the battle board, and simulates the company level chain of command. The CONUSA provides personnel for a corps headquarters response cell and assists in evaluation. |
| *Company and Platoon STX* | As more senior commanders are participating in the CPX, companies negotiate a series of METL-related STXs. For example, an RC maneuver platoon is required to cross an LD at a specific time, react to an enemy ambush, clear an obstacle, conduct a hasty attack, and defend against a counter attack. The RC unit would perform the STX, participate in detailed after-action reviews, and renegotiate the course until the Army standard on each training task was achieved. Similar STXs are established for all of the combat arms, combat support, and combat service support organizations in the division. |

4-54. Larger scale training events also provide an opportunity for valuable individual, crew, battle staff, and small unit training. These exercises can result in unproductive training for soldiers at lower echelons unless senior leaders plan multiechelon training down to the smallest participating units. This is the best method to maintain battle focus on the large unit METL tasks as well as on supporting collective and individual battle tasks for even the smallest participating units.

## TRAINING RESOURCES

4-55. In short-range planning, commanders allocate training resources to subordinate organizations for specific training activities. As required, adjustments are made from the initial resource projections contained in long-range plans. The key requirement for division and brigade commanders is to coordinate short-range training plans with the various resource processes that support training. Examples of these processes are Program Budget Advisory Committee (PBAC) meetings, ammunition forecasts, and training area and facility scheduling conferences. A significant resource to assist the commander in planning training is the TSS. The TSS is a collection of resources that supports training and leverages available technology to replicate combat conditions and enhance training. Examples of TSS training support products are—

- Facilities such as ranges, training areas, firing points, urban training sites, digital training facilities, and mission support and training facilities.
- Training products such as MTP, training support packages, multimedia products, and distance learning through electronically stored and delivered course content and programs of instruction.

- TADSS such as tactical engagement simulations, instrumentation at the CTC and home station, embedded training capabilities, MILES, and warfighter simulation.
- Training services such as the Center for Army Lessons Learned, proponent schools, installation support, and CTC.

Training support products and their applications to training will be discussed in detail in FM 7-1 (projected).

## TRAIN THE TRAINERS

4-56. Training the trainers is a critical step in preparation for training. The leaders, trainers, and evaluators involved in any training event must know, understand, and be proficient on the specified tasks. Leaders, trainers, and evaluators must be trained to standard if the training event is to be done to standard.

4-57. In addition to leader training, specific trainer training must also be identified and planned. All leaders are trainers, but all trainers are not necessarily leaders. A specialist or subject matter expert may be necessary to conduct the instruction for a particular collective or individual task. It is essential that these trainers be allocated sufficient time to prepare the specified training.

4-58. An overlap in training responsibilities, frequently overlooked by leaders when planning, is the case where a subordinate leader is the primary trainer as well as the leader of an element undergoing a collective training event. Senior leaders must consciously allocate sufficient time for subordinates to prepare for these responsibilities.

4-59. Training leaders, trainers, and evaluators to standard supports, enhances, and enables collective training when properly planned and conducted before the training event. Commanders must plan, resource, and ensure timely accomplishment of trainer training.

## SHORT-RANGE TRAINING BRIEFINGS

4-60. The short-range training briefing is a conference conducted by senior commanders to review and approve the training plans of subordinate units. It is conducted before the time period addressed in the QTG or YTG. AC units conduct QTB. RC units conduct YTB.

4-61. Division commanders receive the short-range training briefing from subordinate brigades and all battalions in the division. The brigade commander and CSM personally present the overview of the brigade training plan; battalion commanders and CSMs present detailed briefings of their training plans. All habitually associated commanders participate in preparing and conducting the training briefing.

4-62. Training briefings produce a contract between the senior commander and each subordinate commander. As a result of this contract, the senior commander agrees to provide resources, including time, and protect the subordinate unit from unprogrammed taskings. The subordinate commander agrees to execute the approved training plan and conduct training to standard. This shared responsibility helps maintain priorities, achieve unity of

effort, and synchronize actions to achieve quality training and efficient resourcing. The QTB or YTB, as appropriate, is the forum where contracts for that training period are discussed and confirmed. Training guidance flows from the top-down and requirements for planning and execution of tasks flow from the bottom-up.

4-63. The training briefing is a highlight of the senior commander's leader development program. It provides the commander an opportunity to coach and teach subordinates on the fine points of his philosophy and strategies in all aspects of warfighting, to include doctrine, training, force integration, and leader development. It enables subordinate commanders, some of whom may be new to the organization, to gain a better understanding of how their mission essential training relates to the battle focused training programs of their senior commanders and peers.

4-64. The senior commander specifies the format and content of the briefing in the QTG or YTG. However, the briefing guidance should be flexible enough to provide subordinate commanders and CSMs the latitude to highlight their initiatives and priorities. Units should refrain from discussing readiness issues not directly related to training. Such statistical, logistical, manning, or other management data is more appropriate to other readiness review forums and distracts from the overall training focus of the QTB or YTB.

4-65. During the training briefing, the subordinate commanders, as a minimum, usually address the following specific areas—

- Brief training that was planned and briefed at previous QTB or YTB, but was not conducted and why.
- The organization's METL and assessment of proficiency levels.
- A discussion of the unit's training focus and objectives for the upcoming training period.
- A presentation of the organization's short-range planning calendar.
- A description of upcoming training events.
- Officer leader development program with emphasis on warfighting skill development.
- Self development.
- Risk management.
- Plans for preparing trainers and evaluators.
- Force integration plans for the upcoming period.
- Resource allocation.

4-66. Each CSM normally follows the commander's presentation. The CSM provides an analysis of the organization's individual training proficiency and discusses the organization's planned individual training and education. Example discussion topics include—

- Individual training proficiency feedback received concerning previous short-range planning period.
- An assessment of the organization's current individual training proficiency.