## Chapter 4

# Planning

---

*We cannot train without planning and we cannot teach without preparation.*

General George C. Marshall

---







## PLANNING PROCESS

4-1. Planning is an extension of the battle focus concept that links organizational METL with the subsequent preparation, execution, and evaluation of training. A relatively centralized process, planning develops mutually supporting METL based training at all echelons within an organization. The planning process ensures continuous coordination from long-range planning, through short-range and near-term planning, and ultimately leads to training execution. The commander's assessment provides direction and focus to the planning process. (Commander's assessment is discussed in chapter 6.) Figure 4-1 depicts the training planning process used to develop battle focused training programs.

1257




**Figure 4-1. Training Planning Process**

4-2. The commander applies two principal inputs at the start of the planning process—the METL and the training assessment. Commanders identify tasks that support the METL. The training assessment compares the organization's current level of training proficiency with the desired level of warfighting proficiency. This desired level is defined in MTPs and other doctrinal literature. Commanders may make conscious decisions, based on their training assessment, to defer training for some tasks in which they are currently well trained.

4-3. Leaders determine current training proficiency levels by analyzing all available training evaluations. However, each evaluation applies only to a portion of the total proficiency of an organization at a specific time. Therefore, commanders must use all available evaluation data to develop an assessment of the organization's overall capability to accomplish each mission essential task. In addition to past training evaluations, other information about future events influences the assessment. For example, the projected personnel turnover rates or the fielding of new equipment could significantly affect the commander's assessment of training proficiency status during the upcoming training period. Commanders update the training assessment at the beginning of each long-range and short-range planning cycle and after a major training event or deployment.

4-4. The commander uses the broad experience and knowledge of key subordinates to help determine the organization's current proficiency. Although subordinates provide their evaluation as input for consideration, only the commander can assess the unit's training proficiency. For example, a division commander may direct that the assistant division commanders, key staff members, and subordinate commanders evaluate the training proficiency of the division's ability to execute mission essential tasks and supporting battle tasks. The division CSM and subordinate CSMs evaluate proficiency on individual tasks that support collective tasks. The participants review available collective and individual evaluation information, relying heavily on personal observations. They then compare the organization's current task proficiency with the Army standard. The commander uses subordinate input in making the final determination of the organization's current proficiency on each task (figure 4-2). Commanders assess current METL task proficiency by rating each task as—

- "T" (trained)—The unit is trained and has demonstrated its proficiency in accomplishing the task to wartime standards.
- "P" (needs practice)—The unit needs to practice the task. Performance has demonstrated that the unit does not achieve the standard without some difficulty or has failed to perform some task steps to standard.
- "U" (untrained)—The unit cannot demonstrate an ability to achieve wartime proficiency.

| Mission Essential Task | Current Training Status | | | | | | | Overall Task Assessment | Strategy to Improve or Sustain Training Proficiency to Desired Warfighting Levels |
|---|---|---|---|---|---|---|---|---|---|
| | INT | MAN | FS | ADA | M/CM/S | CSS | C2 | | |
| Alert and Deploy | P | P | P | P | P | T | P | P | • Exercise unit emergency deployment and readiness procedures during division quarterly EDRE.<br>• Exercise unit alert recall procedures monthly.<br>• Continue semi-annual leader's reconnaissance of the installation's rail, convoy, air and sea deployment facilities.<br>• Continue semi-annual TEWT of installation ammunition supply point (ASP) upload procedures. |
| Conduct Deliberate Attack | P | T | P | P | P | P | P | P | • Train quarterly during Division CPX or MAPEX<br>• Request corps response cell for each Division exercise to improve C2<br>• Train annually during division CPX<br>• More emphasis on intelligence and CSS |

LEGEND
T Trained U Untrained
P Needs Practice

**Figure 4-2. Extract from Commander's Training Assessment**

4-5. The training requirement is the training necessary to achieve and sustain METL task proficiency within the Band of Excellence.

4-6. The commander, assisted by staff, develops a strategy to accomplish each training requirement. This includes improving proficiency on some tasks and sustaining performance on others. Through the training strategy, the commander establishes training priorities by determining the minimum frequency each mission essential task will be performed during the upcoming planning period. The strategy also includes broad guidance that links the METL with upcoming major training events. The initial training assessment includes the commander's guidance that st[illegible] the detailed planning process.

1259

4-7. The training assessment of each separate mission essential task enables the commander to develop the commander's training vision. This is a broad concept for training the organization to achieve and sustain wartime proficiency. The key elements that shape a commander's training vision are a thorough understanding of training and operations doctrine, assessment of METL proficiency levels, and knowledge of potential enemy capabilities. The commander's training vision is supported by organizational goals that provide a common direction for all the commander's programs and systems.

4-8. Senior commanders involve their staffs and subordinate commanders in goal development to ensure common understanding and create an organizational team approach. Examples of organizational goals include—

- Establish and support a command climate conducive to developing a high level of individual, leader, and collective warfighting proficiency.
- Conduct force integration while continuously maintaining the short-term readiness of the organization.
- Develop and integrate the standard operating procedures required to employ combined arms teams that can fight and win on the battlefield.
- Recruit and retain high-quality soldiers and leaders.

4-9. Through the training planning process, the commander's guidance (training vision, goals, and priorities) is melded together with the METL and the training assessment into manageable training plans.

## TRAINING PLANS

4-10. Figure 4-3 compares the three types of training plans—

- Long-range.
- Short-range.
- Near-term.

1260

| *Long-Range* | *Short-Range* | *Near-Term* |
|---|---|---|
| Disseminate METL and battle tasks.<br>Establish training objective for each mission essential task.<br>Schedule projected major training events.<br>Identify long lead time resources and allocate major resources such as major training area rotations.<br>Identify available training support system products and services and identify new requirements.<br>Coordinate long-range calendars with all supporting agencies to eliminate training detractors.<br>Publish long-range guidance and planning calendar.<br>Provide basis for command operating budget input.<br>Provide long-range training input to higher headquarters. | Refine and expand upon appropriate portions of long-range plan.<br>Cross reference each training event with specific training objectives.<br>Identify and allocate short lead time resources such as local training facilities.<br>Coordinate short-range calendar with all support agencies.<br>Publish short-range guidance and planning calendar.<br>Provide input to unit training meetings. | Refine and expand upon short-range plan through conduct of training meetings.<br>Determine best sequence for training.<br>Provide specific guidance for trainers.<br>Allocate training support system products and services, including training aids, devices, simulators, simulations, and similar resources to specific trainers.<br>Publish detailed training schedules.<br>Provide basis for executing and evaluating training. |

**Figure 4-3. Comparison of Long-Range, Short-Range, and Near-Term Training Plans**

4-11. Properly developed training plans will—

- **Maintain a consistent battle focus.** Each headquarters in the organization involves its subordinate headquarters in the development of training plans. Based on the higher headquarters' plans, subordinate commanders prepare plans that have a battle focus that is consistent throughout the organization.
- **Be coordinated with habitually task organized supporting organizations.** Brigade combat team and battalion task force commanders plan for coordinated combined arms training of their wartime task organizations. Commanders of habitually task-organized units actively participate in this process and develop complementary training plans. Corps and division commanders require integrated training plans and monitor coordination efforts during the planning process.
- **Focus on the correct time horizon.** Long-range training plans in the AC extend out at least one year. The RC long-range plans consider a minimum of two years. Short-range training plans in the AC normally focus on an upcoming quarter (three months) while RC short-range training plans typically use a one-year planning horizon. Near-term planning

for the AC starts approximately eight weeks prior to the execution of training with the RC starting approximately four months prior.

- **Be concerned with future proficiency.** Training plans must focus on raising or sustaining the proficiency of mission essential tasks to the Army standard.
- **Incorporate risk management into all training plans.** The nature of the military profession is inherently dangerous. Commanders must train their units to tough standards under the most realistic conditions possible. Application of the risk management process will not detract from this training goal, but will enhance execution of highly effective, realistic training. Risk management is the process of identifying, assessing, and controlling risks arising from operational factors and making decisions that balance risk costs with mission training benefits. Leaders and soldiers at all echelons use risk management to conserve combat power and resources. Leaders and staffs continuously identify hazards and assess both accident and tactical risks. They then develop and coordinate control measures to mitigate or eliminate hazards. Risk management is a continuous process for each mission or training event. It must be integral to military decisions, tied into each training plan, and become a continuous part of preparation for training.
- **Establish organizational stability.** Changes disrupt training and frustrate subordinate leaders and soldiers. Planning allows organizations to anticipate and incorporate change in a coordinated manner. Stability and predictability are the result of locking in training plans. Senior commanders are responsible to protect subordinate units from change.
- **Make the most efficient use of resources.** The planning process allocates limited time and other resources for training that contributes most to achieving and sustaining wartime proficiency levels.

## LONG-RANGE PLANNING

4-12. Senior commanders publish their training guidance document sufficiently in advance to provide adequate planning time for both their wartime units and supporting peacetime organizations. Guidance at these senior command echelons is critical to the development and integration of a large number of subordinate AC and RC long-range training plans. Therefore, long lead times are the norm. The long-range planning cycles for MACOM, corps, AC and RC divisions and subordinate headquarters are at figures 4-4 and 4-5. Each headquarters follows these time lines to allow subordinates adequate time to prepare their plans.

| *Action*[1] | *Planning Guidance Publication Date*[2] | *Future Planning Horizon* |
|---|---|---|
| MACOM publishes training guidance and major event calendar | 18 months prior to start of a 2-year period[3] | Up to 10 years or more |
| Corps publishes training guidance and major event calendar | 12 months prior to start of a 2-year period[3] | 5 to 7 years |
| Division, separate brigade, regiment, and separate group publish command training guidance and long-range calendar[4] | 8 months prior to FY start | Command training guidance at least 1 year<br><br>Calendar at least 2 years |
| Installation and community publish long-range calendar | 7 months prior to FY start | At least 1 year |
| Brigade and group publish command training guidance and long-range calendar | 6 months prior to FY start | Command training guidance at least 1 year<br><br>Calendar at least 18 months |
| Battalion, squadron, and separate company publish long-range calendar | 4 months prior to FY start | At least 1 year |

[1]These actions also apply to similar command level TDA organizations or activities. For example, a TRADOC school normally commanded by a major general follows the same planning cycle as a division commander.
[2]Each headquarters follows this time line to allow subordinates adequate time to prepare their plans.
[3]Updated annually at the discretion of the commander.
[4]Division, separate brigade, regiment, and separate group commanders normally brief to and receive approval of the next higher headquarters on their long-range training plans no later than 8 months prior to FY start.

**Figure 4-4. Active Component Long-Range Planning Cycle**

1263

| *Action*[1 2] | *Planning Guidance Publication Date*[3] | *Future Planning Horizon* |
|---|---|---|
| Division, separate brigade, regiment, and separate group publish command training guidance and long-range calendar[4] | 12 months prior to FY start | Command training guidance at least 2 years<br>Calendar at least 5 years |
| Brigade and separate battalion publish command training guidance and long-range calendar | 10 months prior to FY start | At least 5 years |
| Battalion, squadron, and separate company publish long-range calendar | 6 months prior to FY start | At least 3 years |

[1]These actions also apply to similar command level TDA organizations or activities. For example, a regional support command commanded by a major general follows the same planning cycle as a division commander.

[2]Intermediate headquarters, such as Continental U.S. Armies, State Area Commands, Major U.S. Army Reserve Commands, and General Officer Commands, provide training guidance and scheduling information in sufficient time to allow subordinate units to meet required publication dates.

[3]Each headquarters follows this time line to allow subordinates adequate time to prepare their plans.

[4]Division, separate brigade, regiment, and separate group commanders normally brief to, and receive approval of, the next higher headquarters in the peacetime chain of command 8 to10 months prior to FY start.

**Figure 4-5. Reserve Component Long-Range Planning Cycle**

## COMMAND TRAINING GUIDANCE (CTG)

4-13. The CTG is published to document the organization's long-range training plan. It is the training analog of the organization's war plan. It must be read and understood by all commanders, staff officers, and senior NCOs. The CTG is used as a ready reference for the planning, preparation, execution, and evaluation of training throughout the long-range planning period. Examples of topics normally addressed in the CTG are—

- Commander's training philosophy.
- METL and associated battle tasks.
- Combined arms training.
- JIM training, as applicable.
- Major training events and exercises.
- Organizational Inspection Program (OIP).
- Leader training.
- Battle staff training.
- Individual training.
- Self development.
- Standardization.
- Training evaluation and feedback.
- New equipment training and other force integration considerations.
- Resource allocations.
- Training management.
- Risk management.

1264

## LONG-RANGE PLANNING CALENDAR

4-14. Commanders publish the long-range planning calendar concurrently with their CTG. The calendar graphically depicts the schedule of events described in the CTG. Any known major training events or deployments scheduled beyond the normal planning window appear on the long-range planning calendar. To provide extended planning guidance for RC organizations, AC and RC planners routinely forecast major events that require RC participation for up to five years into the future. They include major events, such as annual training periods and overseas deployments for training (ODT), on their long-range calendars. Upon publication and approval by higher headquarters, long-range planning calendars are "locked in" to provide planning stability to subordinate organizations. This means that only the approving commander can change a long-range planning calendar. The senior commander agrees to allocate and protect the requisite resources, including time, and the subordinate commanders agree to conduct training to standard in accordance with the published calendar.

4-15. Commanders coordinate long-range planning calendars with subordinate commanders, installation support agencies, and any other organizations that can generate training distracters if not fully integrated into the training organization's long-range plan.

4-16. Senior leaders at all echelons eliminate nonessential activities that detract from METL based training. In peacetime, however, certain activities occur that do not directly relate to an organization's wartime mission but are important to other Army priorities. An example of this is AC support of ROTC summer training; for the RC, state-directed requirements for Army National Guard units. Senior leaders limit these peacetime activities to the maximum extent possible. Those that are absolutely essential are included in long-range planning documents. When assigned these activities, commanders continually seek mission related training opportunities.

4-17. During long-range planning, commanders organize training time to support METL training and concentrate training distracters in support periods. In addition to individual requirements such as leave and medical appointments, units may have temporary duty details and other support functions at the installation level. Failure to consider these requirements early in the planning process can cause disruption to planned mission essential training.

## TRAINING AND TIME MANAGEMENT

4-18. The purpose of time management is to achieve and sustain technical and tactical competence and maintain training proficiency within the Band of Excellence. Time management systems identify, focus, and protect prime time training periods and the resources to support the training so subordinate organizations are able to concentrate on mission essential training. Figure 4-6 describes a Green-Amber-Red time management system and lists some of the training and support concepts that generally characterize each period. Specific activities will vary between installations according to the local situation and requirements. Time management periods are depicted on applicable long-range planning calendars.

1265

- *Green.* The training focus of organizations in Green periods is multiechelon, collective training that leads to METL proficiency. This period coincides with the availability of major training resources and key training facilities and devices. Organizations in Green periods conduct planned training without distraction and external taskings.
- *Amber.* The focus of units in Amber periods is on training proficiency at the platoon, squad, and crew level. Individual self-development is maximized through the use of installation education centers and through distributed learning. Organizations in Amber periods are assigned support taskings beyond the capability of those units in the Red period, but commanders strive for minimal disruption to Amber organizations' training programs.
- *Red.* The training focus of units in Red periods is on maximizing self-development opportunities to improve leader and individual task proficiency. Units in Red periods execute details and other administrative requirements and allow the maximum number of soldiers to take leave. Block leave is a technique that permits an entire unit to take leave for a designated period of time. Commanders maintain unit integrity when executing administrative and support requirements. This exercises the chain of command and provides individual training opportunities for first-line leaders.

| |
|---|
| ➢ ***Green Cycle***<br>• Training focus primarily on collective tasks with individual and leader tasks integrated during multiechelon training.<br>• Maximum soldier attendance at prime time, mission essential training.<br>• Coincides with availability of major resources and key training facilities or devices.<br>• Administrative and support requirements that keep personnel from participating in training eliminated to the maximum extent possible.<br>• Leaves and passes limited to the minimum essential. |
| ➢ ***Amber Cycle***<br>• Small unit, crew, leader and individual soldier training emphasized.<br>• Provides time for soldier attendance at education and training courses.<br>• Some sub-organizations may be able to schedule collective training.<br>• Scheduling of periodic maintenance services.<br>• Selected personnel diverted to support requirements when all available personnel in organizations in red period are completely committed to support requirements. |
| ➢ ***Red Cycle***<br>• Maximize self development.<br>• Diverts the minimum essential number of personnel to perform administrative and support requirements.<br>• Sub-organizations take advantage of all training opportunities to conduct individual, leader, and crew training.<br>• Support missions/details accomplished with unit integrity to exercise the chain of command and provide individual training opportunities for first line supervisors, as time permits. Unit taskings can be used to reduce the number of permanent special duty personnel within installations and communities.<br>• Leaves and passes maximized. When appropriate, block leave may be scheduled.<br>• Routine medical, dental, and administrative appointments coordinated and scheduled with installation support facilities. |

**Figure 4-6. Green-Amber-Red Time Management System**

4-19. Similarly, a *Green-Red* time management system may be more appropriate for some organizations. Although support requirements vary greatly from installation to installation, the time management system can be modified to accommodate these particular situations. The primary purpose of the time management system is to identify and protect prime time training periods for subordinate organizations.

4-20. When the *Green-Red* time management system is used, organizations in Green periods focus training at collective task proficiency, with leader and individual tasks integrated during multiechelon training. These organizations conduct planned training without distraction and external taskings. Organizations in *Red* periods maximize leader and individual self-development opportunities, execute details, other administrative requirements, and allow the maximum number of soldiers to take leave. All administrative and support requirements should be accomplished with unit integrity. The training of an organization in *Red* periods is on small unit, crew

1267

leader, and individual proficiency. Figure 4-7 is an example of a Green-Red time management system.

4-21. Likewise, commanders can utilize the *Green-Amber-Red* or *Green-Red* time management system for internal organizational use. For example, it may be feasible for organizations in *Red* periods to meet all support requirements with only a portion of their subordinate units at any given time. In this case, the remaining subordinate units are free to train. A subordinate unit could be assigned an internal *Green* period. In this manner, organizations can optimize small unit, crew, leader, and individual soldier unit training opportunities.

4-22. RC unit commanders can also use either the Green-Amber-Red or Green-Red time management system. Using the *Green-Amber-Red* system: most of the AT period should be *Green* cycle training on collective tasks, most of the IDT periods should be *Amber* and focused on small unit, crew, leader and individual soldier training, with one or two IDT periods being *Red* for mandatory training/administrative requirements. Using the *Green-Red* system: AT and the preponderance of IDT periods should be *Green*, with only one or two IDT periods being Red for mandatory training/administrative requirements. In all training periods DMOSQ training for soldiers who are not school trained and qualified is the first order of business.

1268

| |
|---|
| ➢ ***Green Cycle*** <br>• Training focus primarily on collective tasks with individual and leader tasks integrated during multiechelon training.<br>• Maximum soldier attendance at prime time, mission essential training.<br>• Coincides with availability of major resources and key training facilities or devices.<br>• Administrative and support requirements that keep personnel from participating in training eliminated to the maximum extent possible.<br>• Leaves and passes limited to the minimum essential. |
| ➢ ***Red Cycle*** <br>• Maximize self development.<br>• Diverts the minimum essential number of personnel to perform administrative and support requirements.<br>• Small unit, crew, leader and individual soldier training emphasized.<br>• Sub-organizations take advantage of all training opportunities to conduct individual, leader, and crew training.<br>• Schedule and perform periodic maintenance services.<br>• Support missions/details accomplished with unit integrity to exercise the chain of command and provide opportunities for first line supervisors, as time permits. Unit taskings can be used to reduce the number of permanent special duty personnel within installations and communities.<br>• Provides time for soldier attendance at education and training courses.<br>• Leaves and passes maximized. When appropriate, block leave may be scheduled.<br>• Routine medical, dental, and administrative appointments coordinated and scheduled with installation support facilities. |

**Figure 4-7. Green-Red Time Management System**

## TRAINING EVENTS

*Do less, do it well, meet the standard...treat every training event as though it were your last. Get to excellence in warfighting.*

General Eric Shinseki

4-23. Commanders link training strategies to executable training plans by designing and scheduling training events. During long-range planning, commanders and their staffs make a broad assessment of the number, type, and duration of training events required to accomplish METL training. The event itself is only a tool to achieve and sustain proficiency on the METL within the Band of Excellence. METL proficiency is the objective. In the subsequent development of short-range training plans, senior commanders fully define training events in terms of METL based training objectives, scenarios, resources, and coordinating instructions. Through training events, senior commanders—

- Develop mission-related scenarios.
- Focus the entire organization on several METL tasks.
- Integrate all BOS into coordinated combined arms training.

4-24. Training events are the common building blocks that support an integrated set of METL-related training requirements. Included in long-range training plans, training events form the framework for resource allocation and provide early planning guidance to subordinate commanders and staffs.

4-25. By developing and coordinating training events, the organization is able to bring together the training areas and facilities, TSS products and services, OPFOR, observer/controllers, evaluators, and other resources that create the most realistic and battle focused training. Figure 4-8 shows typical training events.

| | |
|---|---|
| • Joint Training Exercise (JTX) | • Combined Training Exercise (CTX) |
| • Situational Training Exercise (STX) | • Tactical Exercise Without Troops (TEWT) |
| • Command Field Exercise (CFX) | • Deployment Exercise (DEPEX) |
| • Command Post Exercise (CPX) | • Combined Arms Live Fire Exercise (CALFEX) |
| • Logistic Exercise (LOGEX) | • Field Training Exercise (FTX) |
| • Live Fire Exercise (LFX) | • Fire Coordination Exercise (FCX) |
| • Map Exercise (MAPEX) | • BCTP/BCBST and other Simulations |
| • CTC Rotations (CTC) | |

**Figure 4-8. Types of Training Events**

4-26. During planning, senior commanders allocate maximum training time to subordinates. Some large-scale training events, however, must be planned so senior commanders can exercise and integrate all BOS within their wartime organizations. The training value of these large-scale exercises to the entire command is increased when subordinate headquarters participate in developing multiechelon training objectives and scenarios. Subordinate commanders use higher headquarters training guidance, their unit METL, and their unit battle tasks to develop their unit training plan. The next higher commander approves, protects, and resources that plan.

4-27. The Army has increasingly emphasized externally supported training events in which a headquarters senior to the unit being trained provides assistance in the form of detailed planning, additional resources, and evaluation. Support provided by the higher headquarters usually includes a METL derived scenario with associated training and evaluation outlines (T&EO), an OPFOR, observer/controllers, and evaluation support. The Army's CTCs are prime examples of training opportunities that provide combined arms battle focused training that is externally supported. CTCs provide training events based on each participating organization's METL and conducted under realistic and stressful conditions. Externally supported training events can also be conducted at home station to enable units to focus exclusively on the execution of training.

4-28. Organizations can only obtain the full training benefits of externally supported events through carefully planned preparatory training. Therefore, a priority during long-range planning is to develop METL based training programs designed to assist leaders and units in achieving and sustaining

1270

METL task proficiency in the Band of Excellence. METL proficiency is the goal, not the completion of the event.

## LIVE, VIRTUAL, AND CONSTRUCTIVE (L-V-C) TRAINING

4-29. Commanders use a mix of live, virtual, and constructive (L-V-C) training to achieve and sustain unit and staff proficiency on selected METL tasks and supporting unit and staff battle tasks within the Band of Excellence. The goal is to train mission essential tasks to standard and sustain a wartime readiness posture. Battalion level units attain and sustain warfighting proficiency and develop soldier fieldcraft primarily through live training. Brigades and higher units rely more on V-C training events to attain and sustain their warfighting proficiency. In general, commanders at battalion level and lower plan and execute standards based in V-C simulations to—

- Prepare for live "in the dirt" training.
- Rehearse selected staff and unit battle tasks and squad, team and crew drills.
- Retrain on selected unit battle tasks, supporting squad, team and crew critical tasks, and leader and individual soldier tasks evaluated as either "P" (needs practice) or "U" (untrained).

4-30. Battalion commanders leverage V-C training events to accelerate junior leader mastery of tasks directly related to developing tactical competence, confidence, and proficiency that support their unit's METL or supporting critical collective tasks. Similarly, battalion and company commanders look to their CSM, 1SGs and key NCO leaders to leverage V-C training events to accelerate junior NCO and soldier mastery of individual tasks directly related to developing their technical competence, confidence, and proficiency that support their small unit, crew, leader, and individual soldier tasks.

4-31. Figure 4-9 provides some of the possible options commanders can use to train soldiers, staffs, leaders, units, and themselves. The commander selects the tools that will result in the unit receiving the best training based on available resources. Virtual and constructive training cannot replace all live training. They can, however, supplement, enhance, and complement live training to sustain unit proficiency within the Band of Excellence.

1271

***Several Options: Commanders Select the Right Mix!***

| | *Initial Training* | *Proficiency Training* | *Sustainment Training* |
|---|---|---|---|
| **Corps/Army Forces/ Joint Task Force** | C | C | LVC |
| **Division** | C | C | LVC |
| **Brigade** | LVC | LVC | LVC |
| **Battalion/Task Force** | LVC | L | LV |
| **Company/Battery/Troop** | LV | L | LV |
| **Platoon** | LV | L | L/V |
| **Crew/Squad** | LV | L | L/V |
| **Individual** | LV | L/V | L/V |

***POTENTIAL MIX OF OPTIONS***

Live (L)—Training executed in field conditions using tactical equipment enhanced by training aids, devices, simulators, and simulations (TADSS) and tactical engagement simulation to simulate combat conditions.

Virtual (V)—Training executed using computer-generated battlefields in simulators with approximate characteristics of tactical weapon systems and vehicles. Virtual tactical engagement simulation training permits units to maneuver over much larger areas.

Constructive (C)—Training that uses computer models and simulations to exercise the command and staff functions of units from platoon through echelons above corps.

**Figure 4-9. Live, Virtual, and Constructive Training Mix**

4-32. Battalion task force through division/corps/Army forces/joint forces commanders must sustain their battle staffs' wartime proficiency. Leaders and staffs achieve and sustain proficiency primarily through repetitive execution of battle staff drills to standard. Brigade and battalion/task forces may execute live, virtual, and constructive training. The use of virtual and constructive training provides excellent training opportunities for leader training. The repetitive nature of these tools makes them invaluable in training adaptive leaders. Commanders can run multiple iterations of a task, changing only the conditions, to help mature the decision-making and judgment abilities of subordinate leaders.

4-33. The intent is to train to standard. It is the commander's responsibility to be familiar with all three of these tools and to select the most applicable within allocated L-V-C resources and available training time. The commander, when planning training, must determine the appropriate mix that