meets the unit training requirements and objectives. Units may conduct training using L-V-C training, simultaneously.

## TRAINING RESOURCES

4-34. The commander uses his assessment of METL and battle tasks to determine the resource priorities for training requirements. During both long-range and short-range planning, constrained resources may require deletion of low-priority training requirements, substitution of less costly training alternatives, or a request for additional resources to execute METL training not resourced, and lower priority training. To the extent possible, commanders confirm resources before publishing training plans. Figure 4-10 lists common sources for information.

- Command operating budget
- Fuel allocation
- Higher headquarters training plans
- Flying hour program
- Training land and range availability
- Force integration documents
- Ammunition authorizations
- Local training area directives
- Availability of TSS products and services, including TADSS

**Figure 4-10. Sources of Training Resource Information**

4-35. A METL-based events approach to resource planning is used for the allocation of time, facilities, ammunition, funds, fuel products, and other resources. For example, a reasonably close approximation of the future petroleum, oil, and lubricants (POL) (Class III) and repair parts (Class IX) resource requirements (the most significant operations and maintenance costs in a tank battalion) can be calculated for a training event as shown in figure 4-11.

| LIN | System | Number Used | Miles Traveled | Cost Factors | | System Cost |
|---|---|---|---|---|---|---|
| | | | | Class IX | Class III | |
| T13305 | TANK COMBAT FULL TRACKED: 120 MM GUN M1A2 | 44 | 64 | 218.60 | 5.87 | 632,107.52 |
| T92242 | TRUCK UTIL ARMT 1-1/4 TON | 5 | 125 | 0.43 | 0.06 | 306.25 |
| T92310 | TRUCK UTIL ARMT 1-1/4 TON | 5 | 125 | 0.43 | 0.06 | 306.25 |
| C10990 | CARRIER 120 MM MORTAR: SELF-PROPELLED ARMORED | 4 | 60 | 13.31 | 0.47 | 3,307.20 |
| D11538 | CARRIER COMMAND POST: LIGHT TRACKED M577 | 5 | 50 | 15.70 | 0.47 | 4,042.50 |
| C18234 | CARRIER PERSONNEL FULL TRACKED: ARMORED (RISE) M113 | 10 | 75 | 11.65 | 0.47 | 9,090.00 |
| T61494 | TRUCK UTILITY: CARGO/TROOP CARRIER 1-1/4 TON 4X4 W/E (HMMWV) | 21 | 175 | 0.43 | 0.06 | 1,800.75 |
| T60081 | TRUCK CARGO: 4X4 LMTV W/E | 7 | 125 | 0.77 | 0.12 | 778.75 |
| T60149 | TRUCK CARGO: 4X4 LMTV W/E W/W | 1 | 125 | 0.77 | 0.12 | 111.25 |
| R50681 | M88 RECOVERY VEHICLE | 7 | 75 | 83.01 | 1.62 | 44,430.75 |
| T59278 | HEMMT | 23 | 150 | 1.80 | 0.34 | 7,383.00 |
| X40931 | TRUCK CARGO: DROP SIDE 5 TON 6X6 W/WINCH W/E | 7 | 175 | 0.66 | 0.15 | 992.25 |
| | | | | | | **$704,656.47** |

- Calculations derived using FY01 U.S. Army Cost and Economic Analysis Center (USACEAC) cost factors.
- Calculation example: Pieces of Equipment (44) X Miles Traveled (64) X Class IX Cost Factors (218.60) = Class IX Costs
- Pieces of Equipment (44) X Miles Traveled (64) X Class III Cost Factors (5.87) = Class III Costs
- Class IX Costs ($615,577.60) + Class III Costs ($16,529.92) = Total System Costs ($632,107.52)

**Figure 4-11. Example Projection of Costs for an active Component Tank Battalion FTX**

4-36. The same procedure is followed to determine the costs for each projected training event and totaled into an aggregate training cost for the year. See figure 4-12.

1274

| LIN | System | Number Used | Miles Traveled | Cost Factors | | System Cost ($) |
|---|---|---|---|---|---|---|
| | | | | Class IX | Class III | |
| T13305 | TANK COMBAT FULL TRACKED: 120 MM GUN M1A2 | 44 | 800 | 218.60 | 5.87 | 7,901,340 |
| T92242 | TRUCK UTIL ARMT 1-1/4 TON | 5 | 2000 | 0.43 | 0.06 | 4,900 |
| T92310 | TRUCK UTIL ARMT 1-1/4 TON | 5 | 2000 | 0.43 | 0.06 | 4,900 |
| C10990 | CARRIER 120 MM MORTAR: SELF-PROPELLED ARMORED | 4 | 480 | 13.31 | 0.47 | 26,460 |
| D11538 | CARRIER COMMAND POST: LIGHT TRACKED M577 | 5 | 375 | 15.70 | 0.47 | 30,320 |
| C18234 | CARRIER PERSONNEL FULL TRACKED: ARMORED (RISE) M113 | 10 | 545 | 11.65 | 0.47 | 66,050 |
| T61494 | TRUCK UTILITY: CARGO/TROOP CARRIER 1-1/4 TON 4X4 W/E (HMMWV) | 21 | 2250 | 0.43 | 0.06 | 23,150 |
| T60081 | TRUCK CARGO: 4X4 LMTV W/E | 7 | 2000 | 0.77 | 0.12 | 12,460 |
| T60149 | TRUCK CARGO: 4X4 LMTV W/E W/W | 1 | 2000 | 0.77 | 0.12 | 1,780 |
| R50681 | M88 RECOVERY VEHICLE | 7 | 675 | 83.01 | 1.62 | 399,880 |
| T59278 | HEMMT | 23 | 930 | 1.80 | 0.34 | 45,770 |
| X40931 | TRUCK CARGO: DROP SIDE 5 TON 6X6 W/WINCH W/E | 7 | 2000 | 0.66 | 0.15 | 11,340 |
| | | | | | | **$8,528,350** |

- Calculations derived using FY01 U.S. Army Cost and Economic Analysis Center (USACEAC) cost factors.
- Calculation example: Pieces of Equipment (44) X Miles Traveled (800) X Class IX Cost Factors (218.60) = Class IX Annual Costs
- Pieces of Equipment (44) X Miles Traveled (800) X Class III Cost Factors (5.87) = Class III Annual Costs
- Class IX Annual Costs ($7,694,720.00) + Class III Annual Costs ($206,624.00) = Total System Annual Costs ($7,901,344.00)

**Figure 4-12. Example Annual Training Costs for an Active Component Tank Battalion**

4-37. There is a relationship between the number of miles or hours that an item of equipment, such as a tank, is operated and the dollars required to purchase the repair parts and POL for that piece of equipment. Funding authority to purchase the projected repair parts, fuel products, and other items necessary to support the training mission is allocated to units based on operating tempo (OPTEMPO). The OPTEMPO of an organization is the average annual miles or hours of operation for its major equipment systems. The total annual training cost of the desired list of training events, as shown in the example at figure 4-12, which represents an OPTEMPO of 800 miles per tank, is then compared with budget projections to determine if the desired training can be fully resourced. If the battalion is not projected to receive

sufficient resources to finance the projected list of events, the commander may have to revise the list of events, as illustrated in figure 4-13.

| *Event* | *Desired Number of Live Events (Per Year)* | *Training Event Mix (Reduced Resources)* | | | *Total Number of Resourced Events* |
|---|---|---|---|---|---|
| | | *Live* | *Virtual* | *Constructive* | |
| Battalion CPX | 4 | 0 | 0 | 4 | 4 |
| Battalion CFX[1] | 2 | 2 | 0 | 0 | 2 |
| Battalion FTX | 2 | 1 | 1 | 0 | 2 |
| Company CFX[2] | 4 | 2 | 2 | 0 | 4 |
| Company FTX[3] | 4 | 1 | 2 | 0 | 3 |
| Company LFX[4] | 2 | 2 | 1 | 0 | 3 |
| Platoon FTX[3] | 4 | 1 | 2 | 0 | 3 |
| Platoon LFX[5] | 4 | 2 | 1 | 0 | 3 |
| *Estimated Cost* | *$8.9M* | | | | *$5.8M* |

[1]Battalion CPX: May conduct company level CCTT exercises in conjunction with Battalion CPX (JANUS Battle Staff exercise)
[2]Company CFX: Leader TEWT and CCTT exercises may precede CFX.
[3]Platoon/Company FTX: Normally consists of METL-based STX and one FTX annual external evaluation.
[4]Company LFX: TEWT and CCTT exercises may precede actual LFX.
[5]Platoon LFX: Executed during unit gunnery periods; UCOFT used for preparation and retraining.

**Figure 4-13. Revised List of Training Events to Meet Fiscal Constraints**

4-38. The Army relies on live FTXs to provide realistic training. Live fire exercises (LFX), STXs, deployment exercises, and battle drills must be conducted under conditions that replicate actual combat as nearly as possible. This is especially true at battalion level and below. Virtual and constructive training cannot replace live training. They can, however, supplement, enhance, and complement live training to sustain unit proficiency within the Band of Excellence. Based on resources available (such as time, ammunition, simulations, and range availability), commanders determine the right mix and frequency of live, virtual, and constructive training to ensure efficient use of allocated training resources. Brigade size and larger organizations normally plan and execute more virtual and constructive training, as shown in figure 4-14.

1276




**Figure 4-14. Application of Live-Virtual-Constructive Training**

4-39. Live, virtual, and constructive training opportunities are integral components of a commander's training strategy to develop competent, confident, and adaptive leaders, battle staffs, and units. A resource analysis allows leaders at all echelons to make training trade-offs, within various budget and program levels, that best support the commander's training strategy.

4-40. The unit may be required to conduct fewer FTXs and LFXs (which require higher densities of equipment and higher resource expenditures) and add a mix of simulation exercises to stay within resource constraints and maintain training proficiency within the Band of Excellence. The commander determines the effect these substitutions will have on attaining desired levels of training proficiency. He then provides this information to the next higher commander who will either provide additional resources or approve the constrained resource plan.

4-41. By summing up fiscal resource projections of subordinate units, commanders at higher echelons are able to estimate resource requirements necessary to support their training strategies. Similar analyses are conducted to estimate ammunition, facilities, and other resources. Upon completion of the trade-off analysis, the commander includes the resulting events and associated resources in the long-range training plan.

4-42. A significant resource consideration in RC planning is the allocation of available training time. Limited training time requires RC commanders to prioritize training requirements. They may have to train fewer tasks so that the Army standard can be attained. RC commanders compensate for lack of training time by carefully distributing requirements over longer periods of

time and identifying selected training tasks for execution during postmobilization training. Virtual and constructive training can complement live training because they are time efficient, and can support sustainment of the RC unit in the Band of Excellence.

## SHORT-RANGE PLANNING

4-43. Short-range training plans define in greater detail the broad guidance on training events and other activities contained in the long-range training guidance and long-range calendar. They refine the allocation of resources to subordinate organizations and provide a common basis for preparing near-term training plans.

### SHORT-RANGE TRAINING GUIDANCE

4-44. Each echelon from division through battalion publishes short-range training guidance that enables the commander and staff to prioritize and refine mission essential training guidance contained in the long-range CTG. Commanders must publish the short-range training guidance with sufficient lead time to ensure subordinate units have time to develop their own short-range training plans. As shown in figure 4-15, the AC division provides quarterly training guidance (QTG) to subordinate commands and installations at least 90 days prior to the start of each quarter. After receiving guidance from higher headquarters, subordinate units down to battalion sequentially publish their QTG. The RC process is conceptually the same as the AC process; except, the guidance normally is published annually as yearly training guidance (YTG) as shown at figure 4-16. Additionally, RC unit commanders are required to develop a postmobilization training plan to complete training to the level organized. This plan should be updated concurrently with the yearly training plan.

| *Action* | *Planning Guidance Publication Date* | *Future Planning Horizon* |
|---|---|---|
| Division, separate brigade, regiment, group, or similar level command publishes QTG | 3 months prior to start of quarter | 3 months |
| Brigade and group publish QTG | 2 months prior to start of quarter | 3 months |
| Battalion, squadron, and separate company publish QTG | 6 weeks prior to start of quarter[1] | 3 months |
| Conduct QTB | Prior to start of quarter | 3+ months |

[1]To allow sufficient time for near-term planning at company level before the start of the quarter.

**Figure 4-15. Active Component Short-Range Planning Cycle (Quarterly)**

1278

| Action | Planning Guidance Publication Date | Future Planning Horizon |
|---|---|---|
| Division, separate brigade, regiment, group, or similar level command publishes YTG | 6-8 months prior to FY start | 1 year |
| Brigade and separate battalion publish YTG | 4-6 months prior to FY start | 1 year |
| Battalion, squadron, and separate company publish YTG | 3-4 months prior to FY start | 1 year |
| Conduct YTB | Prior to FY start | 1+ years |

**Figure 4-16. Reserve Component Short-Range Planning Cycle (Annually)**

4-45. An important aspect of the quarterly and yearly training guidance is the role of the NCO. Within the framework of the commander's guidance, the CSM/1SG and key NCOs provide planning recommendations on the organization's individual training program. They identify the individual training tasks that must be integrated into collective mission essential tasks during the short-range planning period. Examples of topics normally addressed in QTG and YTG are—

- Commander's assessment of METL proficiency.
- Training priorities and strategy to improve and sustain METL proficiency.
- Combined arms training.
- Organizational inspection program.
- JIM training, as applicable.
- A cross reference of training events and associated METL training objectives.
- Individual training.
- Leader development and leader training.
- Self development.
- Training of trainers and evaluators.
- Training evaluation and feedback.
- Force integration.
- Resource guidance.
- Training management.
- Risk management.

## SHORT-RANGE PLANNING CALENDAR

4-46. The short-range planning calendar refines the long-range planning calendar and provides the time lines necessary for small unit leaders to prepare near-term training schedules.

1279

4-47. In preparing a short-range calendar, details are added to further define the major training events contained on the long-range planning calendar. Some examples of these details include—

- The principal daily activities of major training events.
- Home station training conducted in preparation for major training events and evaluations.
- Other mandatory training that supports METL and warfighting such as command inspections as part of the OIP, Army Physical Fitness Test, weapons qualification, or periodic equipment maintenance and services.
- Significant non-training events or activities that must be considered when scheduling training. Examples are national or local holidays and installation support missions.

4-48. The short-range training calendar is coordinated with appropriate installation support agencies to create a common training and support focus between supported and supporting organizations.

## TRAINING EVENTS

4-49. Major training events are identified and scheduled during the long-range planning process. Short-range planning refines major training events. A major aspect of designing short-range training events is allocation of time to ensure the planned training is conducted to standard. Detailed information on training events may appear in the organization's short-range training guidance or in separate documents such as exercise directives or memorandums of instruction.

## MULTIECHELON TRAINING

4-50. Limited time and other resources do not permit developing sequential training programs in which each echelon from lower to higher is successively trained to reach interim "peaks" in proficiency. Therefore, leaders use a multiechelon training approach to plan training events. Multiechelon training allows simultaneous training and evaluation on any combination of individual and collective tasks at more than one echelon. Multiechelon training is the most efficient and effective way to train and sustain proficiency on mission essential tasks within limited periods of training time.

4-51. Figure 4-17 is an example sequence for a division directed AC battalion task force EXEVAL multiechelon training event. This example depicts mission essential training tasks for each echelon from battalion task force through crew. Various exercise techniques (such as multiple integrated laser engagement system [MILES], battle simulation, and live fire), are used to accomplish the specified training objectives.

| Day | Phase | Mission Essential Training Tasks[1] | Battalion Task Force | Company | Platoon/ Squad/ Crew | Evaluation HQ[2] |
|---|---|---|---|---|---|---|
| 1 | A | Alert/upload basic and operational loads | X | X | X | 1st Brigade |
| 2 | | Move to an assembly area and assemble the force | X | X | X | |
| | | Prepare the deliberate defense | X | X | X | |
| 3 | B | Continue preparation of the deliberate defense | X | X | X | 1st Brigade |
| 4 | | Conduct deliberate defense (FTX) (MILES) | X | X | X | 1st Brigade |
| 5<br>6<br>7 | C | Conduct offensive operations (constructive simulation)<br>• Hasty attack<br>• Deliberate attack<br>• Night attack | X | X<br>(Company HQ Only) | X | 2d Brigade |
| 8 | | Conduct hasty attack (LFX) | | | X | 1st Brigade |
| 9 | D | Mounted navigation exercise | All Officers | | | 2d Brigade |
| 10 | | Conduct tactical movement (redeploy) and post-operations maintenance | Noncommissioned Officers Control | | | |

[1]Selected individual tasks will be evaluated during each collective training activity.

[2]Division HQ is the exercise control headquarters. Designated brigades provide controllers and evaluators, OPFOR, and range safety personnel.

**Figure 4-17. Division Directed Battalion Task Force EXEVAL Multiechelon Training Event**

4-52. The designation of control and evaluation organizations is an important aspect of externally supported training exercises. This allows the units performing training to focus on execution of training while other organizations provide the necessary control, evaluation, and administrative support. The 10-day battalion task force EXEVAL training event illustrated in figure 4-17 describes two approaches to multiechelon training (figures 4-18 and 4-19). Multiechelon training occurs when—

- An entire organization focuses on a single METL task. For example, figure 4-18 highlights a number of supporting tasks that a battalion task force performs simultaneously to execute a successful deliberate attack against a prepared enemy defense.
- Different echelons of an organization conduct training on related METL tasks simultaneously. The example at figure 4-19 depicts different echelons training on related tasks during days 5 through 7 of the battalion task force EXEVAL training event at figure 4-17. The battalion task force headquarters and company headquarters participate in a constructive battle simulation while tank platoons concurrently conduct platoon STXs in virtual simulations. Mechanized platoons concurrently conduct squad live fire exercises and crew proficiency training to prepare for the platoon hasty attack LFXs on "Day 8".

| *Responsibility* | *Participants* | *Activity* | *Collective Tasks* | *Leaders/Staff/Individual Tasks* |
|---|---|---|---|---|
| ***Task Force Commander*** | Battalion TF | FTX | • Attack a stationary force<br>• React to chemical attack | ***TF CDR:*** Develop attack plan<br>***S2:*** Develop R&S plan.<br>***FSO:*** Develop concept of fires.<br>***CHEMO:*** Develop NBC survey plans. |
| ***Team Commander*** | All assigned or attached personnel | FTX | • Conduct assault of an enemy position<br>• React to chemical attack | Employ direct and/or indirect fires. |
| ***Platoon Leader*** | All assigned or attached personnel | FTX | • Conduct initial breach of mined wire obstacle<br>• Enter/clear trench<br>• React to chemical attack | Analyze terrain; conduct platoon maneuver, plan for use of supporting fires. |
| ***Squad Leader*** | Squad members | FTX | • Enter/clear trench<br>• Knock out a bunker<br>• React to chemical attack | Analyze terrain; conduct squad maneuver; control organic fires. |
| ***Individual Soldier*** | Squad member | FTX | • Enter/clear trench<br>• Knock out a bunker<br>• React to chemical attack | Move as a member of a fire team; engage targets with M16A2, M203 and M249; employ hand grenades. |
| ***Note.*** Leader/Staff/Individual tasks taken from ARTEPs 71-2-MTP, 71-1-MTP and 7-7J-DRILL. | | | | |

**Figure 4-18. Selected Tasks Planned to be Executed During a Multiechelon Task Force Deliberate Attack**

| Responsibility | Participants | Activity | Tasks |
|---|---|---|---|
| ***Task Force Commander*** | Battalion task force staff and company/team commanders | Constructive simulation | • Attack a stationary force at night. |
| ***Mechanized Platoon Leaders*** | All assigned and attached squad members | Live fire exercise | • Enter/clear a trench<br>• Knock out a bunker |
| ***IFV Commanders*** | Crew Members | Crew proficiency course (CPC) | • IFV Gunnery |
| ***Tank Platoon Leaders*** | All assigned and attached platoon members | Close combat tactical trainer (CCTT) | • Attack by fire<br>• Support by fire |

**Figure 4-19. Multiechelon Training Exercise Where a Task Force Executes Related Tasks While Simultaneously Conducting Different Training Activities**

4-53. Figure 4-20 depicts a multiechelon training concept for an RC division annual training period. It addresses some RC unique training considerations such as the use of the CONUSA, division (training support), and AC support of RC training.

1282

| *Event* | *Description* |
|---|---|
| *Wartime Mission-Related CPX* | All commanders and staffs from division through battalion participate in an exercise that thoroughly rehearses wartime operations plans. Division (training support) provides controllers, operates the battle board, and simulates the company level chain of command. The CONUSA provides personnel for a corps headquarters response cell and assists in evaluation. |
| *Company and Platoon STX* | As more senior commanders are participating in the CPX, companies negotiate a series of METL-related STXs. For example, an RC maneuver platoon is required to cross an LD at a specific time, react to an enemy ambush, clear an obstacle, conduct a hasty attack, and defend against a counter attack. The RC unit would perform the STX, participate in detailed after-action reviews, and renegotiate the course until the Army standard on each training task was achieved. Similar STXs are established for all of the combat arms, combat support, and combat service support organizations in the division. |

4-54. Larger scale training events also provide an opportunity for valuable individual, crew, battle staff, and small unit training. These exercises can result in unproductive training for soldiers at lower echelons unless senior leaders plan multiechelon training down to the smallest participating units. This is the best method to maintain battle focus on the large unit METL tasks as well as on supporting collective and individual battle tasks for even the smallest participating units.

## TRAINING RESOURCES

4-55. In short-range planning, commanders allocate training resources to subordinate organizations for specific training activities. As required, adjustments are made from the initial resource projections contained in long-range plans. The key requirement for division and brigade commanders is to coordinate short-range training plans with the various resource processes that support training. Examples of these processes are Program Budget Advisory Committee (PBAC) meetings, ammunition forecasts, and training area and facility scheduling conferences. A significant resource to assist the commander in planning training is the TSS. The TSS is a collection of resources that supports training and leverages available technology to replicate combat conditions and enhance training. Examples of TSS training support products are—

- Facilities such as ranges, training areas, firing points, urban training sites, digital training facilities, and mission support and training facilities.
- Training products such as MTP, training support packages, multimedia products, and distance learning through electronically stored and delivered course content and programs of instruction.

1283

- TADSS such as tactical engagement simulations, instrumentation at the CTC and home station, embedded training capabilities, MILES, and warfighter simulation.
- Training services such as the Center for Army Lessons Learned, proponent schools, installation support, and CTC.

Training support products and their applications to training will be discussed in detail in FM 7-1 (projected).

## TRAIN THE TRAINERS

4-56. Training the trainers is a critical step in preparation for training. The leaders, trainers, and evaluators involved in any training event must know, understand, and be proficient on the specified tasks. Leaders, trainers, and evaluators must be trained to standard if the training event is to be done to standard.

4-57. In addition to leader training, specific trainer training must also be identified and planned. All leaders are trainers, but all trainers are not necessarily leaders. A specialist or subject matter expert may be necessary to conduct the instruction for a particular collective or individual task. It is essential that these trainers be allocated sufficient time to prepare the specified training.

4-58. An overlap in training responsibilities, frequently overlooked by leaders when planning, is the case where a subordinate leader is the primary trainer as well as the leader of an element undergoing a collective training event. Senior leaders must consciously allocate sufficient time for subordinates to prepare for these responsibilities.

4-59. Training leaders, trainers, and evaluators to standard supports, enhances, and enables collective training when properly planned and conducted before the training event. Commanders must plan, resource, and ensure timely accomplishment of trainer training.

## SHORT-RANGE TRAINING BRIEFINGS

4-60. The short-range training briefing is a conference conducted by senior commanders to review and approve the training plans of subordinate units. It is conducted before the time period addressed in the QTG or YTG. AC units conduct QTB. RC units conduct YTB.

4-61. Division commanders receive the short-range training briefing from subordinate brigades and all battalions in the division. The brigade commander and CSM personally present the overview of the brigade training plan; battalion commanders and CSMs present detailed briefings of their training plans. All habitually associated commanders participate in preparing and conducting the training briefing.

4-62. Training briefings produce a contract between the senior commander and each subordinate commander. As a result of this contract, the senior commander agrees to provide resources, including time, and protect the subordinate unit from unprogrammed taskings. The subordinate commander agrees to execute the approved training plan and conduct training to standard. This shared responsibility helps maintain priorities, achieve unity of

effort, and synchronize actions to achieve quality training and efficient resourcing. The QTB or YTB, as appropriate, is the forum where contracts for that training period are discussed and confirmed. Training guidance flows from the top-down and requirements for planning and execution of tasks flow from the bottom-up.

4-63. The training briefing is a highlight of the senior commander's leader development program. It provides the commander an opportunity to coach and teach subordinates on the fine points of his philosophy and strategies in all aspects of warfighting, to include doctrine, training, force integration, and leader development. It enables subordinate commanders, some of whom may be new to the organization, to gain a better understanding of how their mission essential training relates to the battle focused training programs of their senior commanders and peers.

4-64. The senior commander specifies the format and content of the briefing in the QTG or YTG. However, the briefing guidance should be flexible enough to provide subordinate commanders and CSMs the latitude to highlight their initiatives and priorities. Units should refrain from discussing readiness issues not directly related to training. Such statistical, logistical, manning, or other management data is more appropriate to other readiness review forums and distracts from the overall training focus of the QTB or YTB.

4-65. During the training briefing, the subordinate commanders, as a minimum, usually address the following specific areas—

- Brief training that was planned and briefed at previous QTB or YTB, but was not conducted and why.
- The organization's METL and assessment of proficiency levels.
- A discussion of the unit's training focus and objectives for the upcoming training period.
- A presentation of the organization's short-range planning calendar.
- A description of upcoming training events.
- Officer leader development program with emphasis on warfighting skill development.
- Self development.
- Risk management.
- Plans for preparing trainers and evaluators.
- Force integration plans for the upcoming period.
- Resource allocation.

4-66. Each CSM normally follows the commander's presentation. The CSM provides an analysis of the organization's individual training proficiency and discusses the organization's planned individual training and education. Example discussion topics include—

- Individual training proficiency feedback received concerning previous short-range planning period.
- An assessment of the organization's current individual training proficiency.