- Individual training events planned during the upcoming short-range planning period and strategy to prepare soldiers for these evaluations.
- A description of METL derived individual tasks to be integrated with upcoming collective mission essential tasks.
- Marksmanship and physical fitness programs.
- NCO leader development program with emphasis on warfighting skill development.
- Self development.
- NCO/enlisted schools.

## NEAR-TERM PLANNING

4-67. Near-term planning is primarily conducted at battalion and subordinate command levels. It is conducted to—

- Schedule and execute training objectives specified in the short-range training plan to the Army standard.
- Provide specific guidance to trainers.
- Make final coordination for the allocation of resources to be used in training.
- Complete final coordination with other units that will participate in training as part of the task organizations.
- Prepare detailed training schedules.

4-68. Near-term planning covers a six- to eight-week period prior to the conduct of training for AC units (figure 4-21) and a four-month period prior to training for RC units (figure 4-22). Formal near-term planning culminates when the unit publishes its training schedule.

| *Action* | *Planning Guidance Publication Date* | *Future Planning Horizon* |
|---|---|---|
| Battalion training meetings and subsequent draft training schedules[1] | 6-8 weeks prior to execution | 6-8 weeks |
| Battalion publishes training schedules[2] | 4-6 weeks prior to execution | 4-6 weeks |
| [1]Training schedules are developed at company level and approved by battalion commanders. [2]Training schedules are typed and reproduced at battalion level. | | |

**Figure 4-21. Active Component Near-Term Planning Cycle (Weekly)**

1286

| *Action* | *Planning Guidance Publication Date* | *Future Planning Horizon* |
|---|---|---|
| Battalion training meetings and subsequent draft training schedules[1] | 4 months prior to execution | 4 months |
| Battalion publishes training schedules | 3 months prior to execution | 3 months |
| [1]Training schedules are developed at company level and approved by battalion commanders | | |

**Figure 4-22. Reserve Component Near-Term Planning Cycle (Monthly)**

## TRAINING MEETINGS

4-69. Training meetings are the key to near-term planning. Training meetings create the bottom-up flow of information regarding specific training proficiency needs of the small unit, battle staff, and individual soldier. Normally platoons, companies, and battalions conduct weekly training meetings. At battalion level, training meetings primarily cover training management issues. At company and platoon level, they are directly concerned with the specifics of training execution and must include pre-execution checks. During training meetings, nothing is discussed but training. All key leaders of the unit must attend.

## TRAINING SCHEDULES

4-70. Near-term planning results in detailed training schedules. Training is considered "locked in" when the battalion commander signs the training schedule. At a minimum, it should—

- Specify when training starts and where it takes place.
- Allocate adequate time for scheduled training and additional training as required to correct anticipated deficiencies.
- Specify individual, leader, and collective tasks to be trained.
- Provide concurrent training topics that will efficiently use available training time.
- Specify who conducts the training and who evaluates the training.
- Provide administrative information concerning uniform, weapons, equipment, references, and safety precautions.

4-71. Senior commanders establish policies to minimize changes to the training schedule. Training is locked in when training schedules are published. Command responsibility is established as follows—

- The company commander drafts the training schedule.
- The battalion commander approves and signs the schedule and provides necessary administrative support.
- The brigade commander reviews each training schedule published in his command.
- The division commander reviews selected training schedules in detail and the complete list of organization wide training highlights developed by the division staff.

4-72. Senior commanders provide feedback to subordinates on training schedule quality and subsequently attend as much training as possible to ensure that mission essential tasks are accomplished to standard.

## CS AND CSS TRAINING

4-73. CS and CSS units support combined arms unit training every day through execution of core warfighting functional tasks. Combat arms unit commanders recognize their units cannot conduct combined arms training without their task organized CS and CSS units. For example, combat arms unit commanders recognize their units cannot train without operational equipment, fuel, rations, water, and other supplies and services provided by their supporting CSS units. CS and CSS unit commanders integrate their unit training plans with their supported combat arms units. CS and CSS units daily perform their core warfighting functional tasks, at the section, team, and individual technical MOS level. For example, maintenance support teams routinely perform organizational and direct support automotive, turret, armament, and communications-electronic maintenance and periodic services, as well as provide repair parts support to their supported combat arms units. Certain low density technical MOSs pose a particular training challenge because these soldiers may not be able to perform some of their individual technical MOS tasks while their organization is in garrison. CS and CSS unit commanders look for opportunities elsewhere on the installation to train these soldiers on their individual technical MOS tasks.

4-74. CS and CSS unit commanders ensure training exercises are designed in such a way as to provide opportunities to train on CS and CSS company and battalion level METL tasks. For example, a corps support group (CSG) commander may design an exercise that provides an opportunity for a subordinate engineer battalion (combat heavy), a quartermaster company (water supply) (direct support/general support [DS/GS]) and a quartermaster tactical water distribution team (Hoseline) to practice selected wartime METL tasks while participating in a support operations training exercise. In this exercise, these units provide water supply and distribution, and restore vital infrastructure to a host country devastated by a natural or man-made disaster. Figure 4-23 highlights a number of supporting tasks, at different echelons, that an engineer battalion (combat heavy) performs during such a support operation exercise. All these tasks support a single wartime METL task of construct/repair water distribution system.

| *Responsibility* | *Participants* | *Activity* | *Collective Tasks* | *Leader/Individual Tasks* |
|---|---|---|---|---|
| Battalion Commander (CBT) (HVY) | Battalion Staff | FTX | Prepare construction estimates<br>Site-adapt a standard construction design<br>Control construction operations | **BN CDR:** Determine events in a construction project<br>**S2:** Plan/Direct engineer intelligence collection<br>**S3:** Schedule work in a construction project |
| Company Commander (CBT)(HVY) | All assigned or attached personnel | FTX | Prepare a water storage and distribution site | Design drainage system |
| Platoon Leader (Gen Const PLT) | All assigned or attached personnel | FTX | Construct/repair a water distribution system<br>Construct/repair sewage system | Read construction prints<br>Prepare a bill of materials |
| Squad Leader (Gen Const PLT) | Squad members | FTX | Conduct excavation operations | Supervise installation of plumbing system |
| Individual Soldiers | Squad members | FTX | Conduct excavation operations | Backfill with scoop loader<br>Operate excavation equipment |
| ***Note*** Tasks taken from ARTEPs 5-415-66-MTP, 5-417-35-MTP, 5-417-17 and 5-417-17-MTP. | | | | |

**Figure 4-23. Selected Tasks Executed During a Multiechelon EAD/EAC Engineer FTX**

4-75. Figure 4-24 shows different echelons of a quartermaster company (water supply) (DS/GS) and quartermaster tactical water distribution team (Hoseline) conducting training on a single METL task of "Provide water supply and distribution support." This METL task is executed under the conditions of a support operation.

1289

| *Responsibility* | *Participants* | *Activity* | *Collective Tasks* | *Leader/Individual Tasks* |
|---|---|---|---|---|
| QM Company (Water Supply) (DS/GS) Commander and Quartermaster Tactical Water Distribution Team (Hoseline) Detachment Commander | All assigned or attached personnel | STX | Perform DS water issue and GS water distribution operations<br>Coordinate company water support operations | **Company/Detachment Commander:** Review mission water requirements to meet total daily water distribution/storage needs of supported force<br>**Supply Control Section:** Coordinate water production, water storage and DS water issue/GS water distribution |
| Platoon Leader | All assigned or attached personnel | STX | Perform DS water issue and GS water distribution operations.<br>Plan water operations | Set up distribution schedule<br>Plan water storage, issue and distribution operations |
| Section Leader/Team Leader | Section members | STX | Perform DS water issue and GS water distribution operations<br>Conduct water quality analysis program | Supervise DS water issue and GS water distribution operations<br>Supervise water quality analysis program |
| Individual Soldier | Section member | STX | Perform DS water issue and GS water distribution<br>Conduct water quality analysis program | Operate/perform PMCS on the 600-GPM Diesel water pump<br>Maintain, assemble and disassemble the tactical water distribution system (TWDS) hoseline<br>Conduct $H_2O$ analysis testing |

***Note.*** Collective/Leader and Individual tasks taken from ARTEP 10-468-30-MTP and STP 10-77W14-SM-TG

**Figure 4-24. Selected Tasks Executed During a Multiechelon EAD/EAC Water Supply and Distribution STX**

## GARRISON TRAINING

4-76. Garrison commanders' training plans incorporate mobilization, post-mobilization, deployment, redeployment, and demobilization requirements. Garrison commanders plan and schedule periodic mobilization exercises (MOBEXs), emergency deployment readiness exercises (EDREs), and other contingency plan exercises to sustain proficiency on Title X related tasks outlined in current Army and MACOM regulations. Garrison commanders coordinate their training plans with their supported corps, divisional, and tenant organizations. Garrisons routinely support scheduled unit training deployments and exercise certain deployment tasks such as "operating departure/arrival airfield control groups and seaports of embarkation and debarkation."

# Glossary

## SECTION I: ACRONYMS AND ABBREVIATIONS

| | |
|---|---|
| 1SG | first sergeant |
| A2C2 | airspace command and control |
| AAR | after action review |
| AC | active component |
| ACR | armored cavalry regiment |
| AD | air defense |
| ADA | air defense artillery |
| ADC-M | Assistant Division Commander-Maneuver |
| ADC-S | Assistant Division Commander-Support |
| ALO | air liaison officer |
| APFT | Army Physical Fitness Test |
| APOD | aerial port of debarkation |
| APOE | aerial port of embarkation |
| ARFOR | Army forces |
| ARNG | Army National Guard |
| ARTEP | Army Training and Evaluation Program |
| ASOC | air support operations center |
| ASP | ammunition supply point |
| AT | annual training |
| AUTL | Army Universal Task List |
| AVN | aviation |
| BASOPS | base operations |

| | |
|---|---|
| **BCBST** | Brigade Command Battle Staff Training Program (BCBST). |
| **BCTP** | Battle Command Training Program |
| **BN** | battalion |
| **BOS** | battlefield operating system |
| **BRT** | brigade reconnaissance troop |
| **C2** | command and control |
| **C3I** | command, control, communications, and intelligence |
| **C4I** | command, control, communications, computers, and intelligence |
| **CALFEX** | combined arms live fire exercise |
| **CAS EVAC** | casualty evacuation |
| **CBT** | combat |
| **CCTT** | close combat tactical trainer |
| **CDR** | commander |
| **CFX** | command field exercise |
| **CHEMO** | chemical officer |
| **CMTC** | Combat Maneuver Training Center |
| **Co** | company |
| **CONUSA** | the numbered armies in the continental United States |
| **COSCOM** | Corps Support Command |
| **CPC** | crew proficiency course |
| **CPX** | command post exercise |
| **CS** | combat support |
| **CSG** | corps support group |
| **CSM** | command sergeant major |
| **CSS** | combat service support |
| **CTC** | combat training center |

1292

| | |
|---|---|
| **CTG** | command training guidance |
| **CTT** | common test training |
| **CTX** | combined training exercise |
| **DECOORD** | deputy effects coordinator |
| **DEPEX** | deployment exercise |
| **DISCOM** | division support command |
| **Division (TS)** | Division (Training Support) |
| **DIVARTY** | division artillery |
| **DMOSQ** | duty military occupational specialty qualification |
| **DS** | direct support |
| **DS/GS** | direct support/general support |
| **EAC** | echelons above corps |
| **EAD** | echelons above division |
| **ECC** | effects coordination cell |
| **ECOORD** | effects coordinator |
| **EDRE** | emergency deployment readiness exercise |
| **ENCOORD** | Engineer Coordinator |
| **ENGR** | engineer |
| **EXEVAL** | external evaluation |
| **FCX** | fire coordination exercises |
| **FRAGO** | fragmentary order |
| **FSB** | forward support battalion |
| **FSCOORD** | Fire Support Coordinator |
| **FSO** | fire support officer |
| **FTX** | field training exercise |

| | |
|---|---|
| FY | fiscal year |
| G3 | Assistant Chief of Staff for Operations and Plans |
| GPM | gallons per minute |
| GSU | Garrison Support Unit |
| H2O | water |
| HEMTT | heavy expanded mobility tactical truck |
| HHC | headquarters and headquarters company |
| HMMWV | high mobility multipurpose wheeled vehicle |
| HQ | headquarters |
| HVY | heavy |
| IDT | inactive duty training |
| IFV | infantry fighting vehicle |
| IG | inspector general |
| IMT | initial military training |
| IOM | install, operate, and maintain |
| IPB | intelligence preparation of the battlefield |
| ITEP | individual training evaluation program |
| JFC | joint force commander |
| JFLC | joint force land component |
| JFLCC | joint force land component commander |
| JIM | joint, interagency, multinational |
| JMETL | joint mission essential task list |
| JRTC | Joint Readiness Training Center |
| JTF | joint task force |
| JTFC | joint task force commander |

| | |
|---|---|
| JTS | Joint Training System |
| JTX | joint training exercise |
| LD | line of departure |
| LFX | live fire exercise |
| LIN | line item number |
| LMTV | light medium tactical vehicle |
| LNO | liaison officer |
| LOGEX | logistics exercise |
| LVC | live, virtual, and constructive |
| M/CM/S | mobility/countermobility/survivability |
| MACOM | major Army command |
| MAPEX | map exercise |
| MCA | movement control agency |
| MCO | Major Combat Operation |
| MCOFT | mobile conduct of fire trainer |
| MDMP | military decision making process |
| METL | mission essential task list |
| METT-TC | mission, enemy, terrain, troops, time available, and civil considerations |
| MI | military intelligence |
| MILES | multiple integrated laser engagement system |
| mm | millimeter |
| MOBEX | mobilization exercise |
| MOOTW | military operations other than war |
| MOS | military operational specialty |
| MP | military police |

| | |
|---|---|
| MRE | mission rehearsal exercise |
| MSC | major subordinate command |
| MTA | maneuver training area |
| MTOE | modification table of organization and equipment |
| MTP | mission training plan |
| NBC | nuclear, biological, chemical |
| NCA | National Command Authority |
| NCO | noncommissioned officer |
| NCOES | Noncommissioned Officer Education System |
| NTC | National Training Center |
| ODT | overseas deployment for training |
| OES | Officer Education System |
| OIP | Organizational Inspection Program |
| OPFOR | opposing force |
| OPLAN | operation plan |
| OPORD | operation order |
| OPTEMPO | operating tempo |
| PBAC | Program Budget Advisory Committee |
| PLT | platoon |
| PMCS | preventive maintenance checks and services |
| POL | petroleum, oils and lubricants |
| PSYOP | psychological operations |
| QTB | quarterly training brief |
| QTG | quarterly training guidance |
| R&S | reconnaissance and security |

| | |
|---|---|
| **RC** | reserve component |
| **ROE** | rules of engagement |
| **ROTC** | Reserve Officers' Training Corps |
| **S1** | personnel officer |
| **S2** | intelligence officer |
| **S3** | operations and training officer |
| **S4** | logistics officer |
| **S5** | civil affairs officer |
| **S6** | signal officer |
| **SA** | situational awareness |
| **SOF** | Special Operations Forces |
| **SOP** | standing operating procedure |
| **SPOD** | seaport of debarkation |
| **SPOE** | seaport of embarkation |
| **STP** | Soldier Training Publication |
| **STRAC** | Standards in Training Commission |
| **STX** | situational training exercise |
| **T&EO** | training and evaluation outline |
| **TAA** | tactical assembly area |
| **TADSS** | training aids, devices, simulators, and simulations |
| **TDA** | table of distribution and allowance |
| **TEWT** | tactical exercise without troops |
| **TF** | task force |
| **TOW** | tube-launched, optically tracked, wire-guided |
| **TRADOC** | Training and Doctrine Command |

| | |
|---|---|
| TSS | training support system |
| TTP | tactics, techniques and procedures |
| TWDS | tactical water distribution system |
| U.S. | United States |
| UCOFT | unit conduct of fire trainer |
| UJTL | Universal Joint Task List |
| USAF | United States Air Force |
| USAR | United States Army Reserve |
| V-C | virtual, constructive |
| WOES | Warrant Officer Education System |
| YTB | yearly training brief |
| YTG | yearly training guidance |

## SECTION II: TERMS

**active component (AC):** That portion of the U.S. Army in which organizations are comprised of personnel on full time duty in the active military service of the United States.

**after action review (AAR):** A method of providing feedback to units by involving participants in the training diagnostic process in order to increase and reinforce learning. The AAR leader guides participants in identifying deficiencies and seeking solutions.

**Air Defense Battlefield Operating System**: Air defense protects the force from air and missile attack and aerial surveillance. The weapons of mass destruction threat and proliferation of missile technology increase the importance of the air defense system.

**annual training (AT):** The minimal period of annual active duty training a member performs to satisfy the annual training requirements associated with a reserve component assignment. It may be performed during one consecutive period or in increments of one or more days depending upon mission requirements.

**Army Culture:** The Army Culture is the Army's shared set of beliefs, values, assumptions about what is important.

**Army Service Ethic**: The Army Service Ethic is commitment to serve honorably the nation, the Army, its soldiers, and their families above self. This commitment is expressed by the willingness to perform one's duty at all times and to subordinate personal welfare for the welfare of others, without the expectation of reward or recognition. The Army is equally committed to providing values-based leadership and for the well-being of soldiers and their families.

**Army Training and Evaluation Program (ARTEP):** The cornerstone of unit training. It is the umbrella program to be used by the trainer and training manager in the training evaluation of units. The ARTEP is a complete program enabling commanders to evaluate and develop collective training based on unit weaknesses, then train the unit to overcome those weaknesses and reevaluate. Success on the battlefield depends on the coordinated performance of collective and individual skills that are taught through the ARTEP mission training plan (MTP).

**Army Training Management Cycle:** The cyclic process of managing and executing training used by Army leaders to identify training requirements and sequentially plan, resource, execute, and evaluate training.

**Army Universal Task List (AUTL):** The AUTL is a comprehensive listing of Army tactical-level tasks, missions, and operations. The AUTL complements CJCSM 3500.04B, The Universal Joint Task List, by providing tactical-level Army-specific tasks.

**Associate AC:** Chain of command: The AC/RC Association Program establishes formal linkages between select RC units and an AC MTOE and TDA organization.

**band of excellence:** The range of proficiency within which a unit is capable of executing its critical wartime tasks, with minimal refresher training, using appropriate repetitions of critical task training.

**battlefield operating system (BOS):** The physical means used to accomplish the mission. Commanders use BOSs to direct operations. Specifically, commanders arrange BOSs through synchronization to mass effects of combat power at the chosen place or time to overwhelm an enemy or dominate a situation.

**battle focus:** A concept used to derive peacetime training requirements from assigned and anticipated missions.

**battle roster:** A listing of individuals, crews, or elements that reflect capabilities, proficiencies in critical tasks, or other information concerning warfighting abilities.

**battle task:** A task that must be accomplished by a subordinate organization if the next higher organization is to accomplish a mission essential task. The senior commander selects battle tasks from the subordinate organizations' METL.

**Brigade Command Battle Staff Training Program (BCBST).** This is a Title XI program that provides Enhanced, Divisional, and Strategic Brigades of the Army National Guard the opportunity to sharpen the battle command and battle staff skills. BCBST Program centers on a unit rotation consisting of two major training events: a Battle Command Seminar and a Brigade Warfighter Exercise (BWFX).

**Combined Arms Training Strategy (CATS):** The Army's overarching strategy for current and future training of the force. It establishes unit, soldier, and leader training requirements and describes how the Army will train and sustain the Army standard in the institution, in units, and through self-development. CATS also identifies and quantifies the training resources required to execute training (AR 350-1).

**close combat tactical trainer (CCTT):** A virtual simulator trainer that trains tank and mechanized infantry units from platoon to battalion task force, including cavalry scout platoons and heavy cavalry troops on ARTEP MTP collective tasks.

**Combat Service Support Battlefield Operating System:** Provides the physical means with which forces operate, from the production base and replacement centers in the continental U.S. to soldiers engaged in close combat. CSS includes many technical specialties and functional activities. It includes maximizing the use of host nation infrastructure(s) and contracted support.

**Combat Training Center Program:** An Army program established to provide realistic joint service and combined arms training in accordance with Army doctrine. It is designed to provide training units opportunities to increase collective proficiency on the most realistic battlefield available during peacetime. The four components of the CTC Program are the—

(1) National Training Center (NTC).

(2) Combat Maneuver Training Center (CMTC).

(3) Joint Readiness Training Center (JRTC).

(4) Battle Command Training Program (BCTP).

**combined arms live fire exercises (CALFEX):** High-cost, resource intensive exercises in which player units move or maneuver and employ organic and supporting weapon systems using full-service ammunition with attendant integration of all CA, CS, and CSS functions.

**combined arms and services training:** Collective training that is jointly conducted by associated combat, combat support, and combat service support units.

**combined training exercise (CTX):** A multinational training event undertaken to enhance U. S. security interests. The exercise is designed to train and evaluate U.S. Forces interoperability with participating Allied nations. The exercise involves planning, preparation, and execution of military maneuvers or simulated wartime and other contingency operations among the United States and other participating Allied nations.

**Command and Control (C2) Battlefield Operating System:** Command and control has two components—the commander and the C2 system. The C2 system supports the commander's ability to make informed decisions, delegate authority, and synchronize the BOS. Moreover, the C2 system supports commanders' ability to adjust plans for future operations, even while focusing on current operations. Staffs work within the commander's intent to direct units and control resource allocations. Through C2, commanders initiate and integrate all BOS toward a common goal—mission accomplishment.

**command field exercise (CFX):** A field training exercise with reduced troop and vehicle density, but with full command and control and CSS units.

**command post exercise (CPX):** An exercise in which the forces are simulated and may be conducted from garrison locations or in between participating headquarters.

**command training guidance (CTG):** The long-range planning document published by division and brigades (or equivalents) in the active and reserve components to prescribe future training and related activities.

**commander/leader assessment:** Commanders assessments are subjective in nature and use all available evaluation data and subunit leader input to develop an assessment of the organization's overall capability to accomplish the task. Commanders use the following ratings:

(1) T – Trained. The unit is trained and has demonstrated its proficiency in accomplishing the task to wartime standards.

(2) P – Needs practice. The unit needs to practice the task. Performance has demonstrated that the unit does not achieve the standard without some difficulty or has failed to perform some task steps to standard.

(3) U – Untrained. The unit cannot demonstrate an ability to achieve wartime proficiency.

**condition(s):** The circumstances and environment in which a task is to be performed.

**crawl-walk-run:** An objective, incremental, standards-based approach to training. Tasks are initially trained at a very basic level in the crawl stage. Training becomes increasingly difficult in the walk stage. Training approaches the level of realism expected in combat during the run stage.

**deployment exercise (DEPEX):** An exercise that provides training for individual soldiers, units, and support agencies in the tasks and procedures for deploying from home stations or installations to potential areas of hostilities.

**discovery learning:** Process that provides opportunity for input and feedback to identify systemic problems and share insights that offer effective solutions.

**distributed learning:** The delivery of standardized individual, collective, and self-development training to soldiers, civilians, units, and organizations at the right place and time through the use of multiple means and technology. Distributed learning may involve student-instructor interaction in real time and non-real time. It may also involve self-paced student instruction without the benefit of access to an instructor (AR 350-1).

**doctrine:** Concise expression of how Army forces contribute to unified action in campaigns, major operations, battles and engagements; describes the Army's approach and contributions to full spectrum operations on land; authoritative but requires judgment in its application; rooted in time-tested principles but is adaptable to changing technologies, threats and missions; detailed enough to guide operations, yet flexible enough to allow commanders to exercise initiative within the specific tactical and operational situation; to be useful, doctrine must be well known and commonly understood.

**education:** Instruction with increased knowledge, skill, and/or experience as the desired outcome for the student. This is in contrast to training, which is based on task performance, and in which specific conditions and standards are used to assess individual and unit proficiency (AR 350-1).

**effects coordinator (ECOORD):** The field artillery battalion commander serves as the SBCT effects coordinator (ECOORD). He is responsible for all fires and effects planning and coordination for the SBCT. He advises the SBCT commander on the capabilities and employment of fires and effects and is responsible for obtaining the commander's guidance for desired effects and their purpose. The ECOORD is part of the command group and locates where he can best execute the SBCT commander's intent for fires and effects.

**engineer coordinator (ENCOORD):** The engineer coordinator is the special staff officer for coordinating engineer assets and operations for the command. The ENCOORD is usually the senior engineer officer in the force.

**field training exercise (FTX):** An exercise conducted under simulated combat conditions in the field. It exercises command and control of all echelons in battle functions against actual or simulated opposing forces.

**fire coordination exercise (FCX):** An exercise that can be conducted at the platoon, company/team, or battalion/task force level. It exercises command and control skills through the integration of all organic weapon systems, as well as indirect and supporting fires. Weapon densities may be reduced for participating units, and sub-caliber devices substituted for service ammunition.

**Fire Support Battlefield Operating System:** Fire support consists of fires that directly support land, maritime, amphibious, and special operations forces in engaging enemy forces, combat formations and facilities in pursuit of tactical and operational objectives. Fire support integrates and synchronizes fires and effects to delay, disrupt, of destroy enemy forces, systems, and facilities. The fire support system includes the collective and co-

ordinated use of target acquisition data, indirect fire weapons, fixed-winged aircraft, electronic warfare, and other lethal and non-lethal means to attack targets.

**fire support coordinator (FSCOORD):** The fire support coordinator is the special staff officer for coordinating fire support and field artillery assets and operations in the command. The FSCOORD is the senior field artillery officer in the force.

**force integration:** The process of incorporating new doctrine, equipment, and force structure into an organization while simultaneously sustaining the highest possible levels of combat readiness.

**inactive duty training (IDT):** Authorized training performed by an RC member not on active duty or active duty for training, and consisting of regularly scheduled unit training assemblies, additional training assemblies, or equivalent training periods.

**initial military training:** Training presented to new enlistees with no prior military service. It is designed to produce disciplined, motivated, physically fit soldiers ready to take their place in the Army in the field. This training consists of BCT, AIT, OSUT, and pre-basic training courses.

**Intelligence Battlefield Operating System:** A system that plans, directs, collects, processes, produces, and disseminates intelligence on the threat and the environment; performs intelligence preparation of the battlefield (IPB) and other intelligence tasks. Developed as a part of a continuous process and is fundamental to Army operations.

**intelligence preparation of the battlefield (IPB):** A systematic approach to analyzing the enemy, weather, and terrain in a specific geographic area. It integrates enemy doctrine with the weather and terrain as they relate to the mission and the specific battlefield environment. This is done to determine and evaluate enemy capabilities, vulnerabilities, and probable courses of actions.

**interagency coordination:** Within the context of Department of Defense (DOD) involvement, the coordination that occurs between elements of DOD, and engaged U.S. Government agencies, nongovernmental organizations, and regional and international organizations for the purpose of accomplishing an objective.

**JANUS:** An interactive, entity-level, multi-sided, tactical-through-brigade-level simulation used to train junior leaders and to provide battle staff training.

**joint mission essential task list (JMETL):** A list of joint tasks considered essential to the accomplishment of an assigned or anticipated mission.

**leader development:** The deliberate, continuous, sequential and progressive process, grounded in Army values, that grows soldiers and civilians into competent and confident leaders capable of decisive action. Leader development is achieved through the life-long synthesis of the knowledge, skills, and experiences gained through the developmental domains of institutional training and education, operational assignments, and self-development.

**leader training:** Leader training is the expansion of basic soldier skills that qualifies soldiers to lead other soldiers.

**leadership:** Leadership is influencing people—by providing purpose, direction, and motivation—while operating to accomplish the mission and improving the organization.

**learning organization:** An organization that is continually expanding its capacity to create its future. It requires a life long commitment to learning and requires all members of the organization, at all levels, to contribute.

**life long learning**: The individual life long choice to actively and overtly pursue knowledge, the comprehension of ideas, and the expansion of depth in any area in order to progress beyond a known state of development and competency.

**live, virtual, constructive:** Training environments involving the use of simulations and simulators that provide repetitive, iterative, intense, commander/leader, battle staff, unit and soldier experiences required to achieve and sustain proficiency on critical wartime tasks. The three training environments are—

(1) Live. Training executed in field conditions using tactical equipment, enhanced by training aids, devices, simulators, and simulations (TADSS) and tactical engagement simulation (TES) to simulate combat conditions.

(2) Virtual. Training executed using computer-generated battlefields in simulators with approximate physical layout of tactical weapons systems and vehicles. Virtual TES training permits units to maneuver over much larger areas.

(3) Constructive. The use of computer models and simulations to exercise the command and staff functions of units from platoons through echelons above corps.

**logistics exercise (LOGEX):** Training exercise that concentrates on training tasks associated with the combat service support battlefield operating system.

**map exercise (MAPEX):** A training exercise that portrays military situations on maps and overlays that may be supplemented with terrain models and sand tables. It enables commanders to train their staffs in performing essential integrating and control functions under simulated wartime conditions.

**mentorship:** Mentorship refers to the voluntary developmental relationship that exists between a person of greater experience and a person of lesser experience that is characterized by mutual trust and respect.

**military operations other than war (MOOTW):** Operations that encompass the use military capabilities across the range of military operations short of war. These military actions can be applied to complement any combination of the other instruments of national power, and occur before, during, and after war.

**mission, enemy, terrain and weather, troops and support available, time available and civil considerations (METT-TC):** Used to describe the factors that must be considered during the planning, preparation, and execution of full spectrum operations.

**mission:** The commander's expression of what the unit must accomplish and for what purpose. The primary task assigned to an individual, unit, or force.

**mission essential task:** A collective task in which an organization must be proficient to accomplish an appropriate portion of its wartime mission(s).

**mission essential task list (METL):** A compilation of collective mission essential tasks an organization must perform successfully to accomplish its wartime mission(s).

**mission rehearsal exercise (MRE):** A type of full dress rehearsal that involves every soldier and system participating in the operation and replicates the conditions that the force will encounter during the actual operation; this type of rehearsal produces the most detailed understanding of the mission.

**mission training plan (MTP):** Descriptive doctrinal training document that provides units a clear description of "what" and "how" to train to achieve wartime mission proficiency. MTPs elaborate on wartime missions in terms of comprehensive training and evaluation outlines, and provide exercise concepts and related training management aids to assist field commanders in the planning and execution of effective unit training.

**Mobility/Countermobility/Survivability Battlefield Operating System:** Mobility operations preserve the freedom of maneuver for friendly forces. Mobility missions include breaching obstacles, increasing battlefield circulation, improving or building roads, providing bridge and raft support, and identifying routes around contaminated areas. Countermobility denies mobility to enemy forces. Survivability operations protect friendly forces from the effects of enemy weapons systems and from natural occurrences. Nuclear, biological, and chemical defense measures are essential survivability tasks.

**multiechelon training:** A training technique to train more than one echelon on different tasks simultaneously.

**Noncommissioned Officer Education System (NCOES):** Prepares noncommissioned officers to lead and train soldiers who work and fight under their supervision and assist their assigned leaders to execute unit missions. NCOES courses provide noncommissioned officers with progressive and sequential leader, technical, and tactical training that is relevant to duties, responsibilities, and missions they will perform in operational units after graduation. Training builds on existing skills, knowledge, behaviors, and experience.

**Officer Education System (OES):** Produces a corps of broadly-based officer leaders who are fully competent in technical, tactical, and leader skills, knowledge, and behaviors; are knowledgeable of "how the Army runs"; demonstrate confidence, integrity, critical judgment, and responsibility; can operate in an environment of complexity, ambiguity, and rapid change; can build effective teams amid continuous organizational and technological change; and can adapt and solve problems creatively. Officer leader development is a continuous process beginning with pre-commission training and education.

**officership:** Officership is the practice of being a commissioned Army leader, inspired by a unique professional identity that is shaped by what an officer must Know and Do, but most importantly, by a deeply held personal understanding and acceptance of what an officer must Be. This unique self-concept incorporates our interrelated roles: Warfighter, Servant to the Nation, Member of the time-honored Army Profession, and Leader of Character.

**operating tempo (OPTEMPO):** The annual operating miles or hours for the major equipment system in a battalion-level or equivalent organization. Commanders use OPTEMPO to forecast and allocate funds for fuel and repair parts for training events and programs.

**organizational assessment:** A process used by Army senior leaders to analyze and correlate evaluations of various functional systems, such as training, logistics, personnel, and force integration to determine an organization's capability to accomplish its wartime mission.

**Profession of Arms:** The fundamental characteristics of Army professionalism are a service focus, an expert knowledge, a unique culture, and a professional military ethos. Army professionalism is intellectual, physical, and moral in nature; intellectual because of the unique and extensive body of expertise required in military operations; physical because of the physical demands of the application of force and the requirement to communicate this real capability to an adversary; moral because the capability to wield tools of destruction in a brutal environment carries with it a moral responsibility.

**Program Budget Advisory Committee (PBAC):** A committee comprised of the principal staff officers of a command, agency, or installation headquarters, and established for the purpose of coordinating program and budget actions within the command.

**pre-execution checks:** The informal planning and detailed coordination conducted during preparation for training.

**quarterly training brief (QTB):** A conference conducted by AC division commanders to approve the short-range plans of battalion commanders.

**quarterly training guidance (QTG):** An active component training management document published at each level from battalion to division that addresses a three-month planning period. The QTG adjusts, as required, and further develops the training guidance contained in long-range plans, to include specific training objectives for each major training event.

**risk management:** The process of identifying, assessing, and controlling risks arising from operational factors and making decisions that balance risk costs with mission training benefits.

**reserve component (RC):** Individuals and units assigned to the Army National Guard or the U.S. Army Reserve, who are not in active service, but who are subject to call to active duty.

**round out:** RC units that are designated to fill the organizational structure of AC divisions.

**self-development:** A self-directed, competency-based, progressive, life-long process soldiers use to augment institutional training and unit experience to attain proficiency at their current rank/assignment, and to prepare for promotion and higher-level responsibilities. Self-development is an individual responsibility, assisted by first line leaders and commanders, to identify requirements based on self-assessment and feedback. Development activities are planned to meet specific individual training goals and needs.

**situational training exercise (STX):** A mission-related, limited exercise designed to train one collective task, or a group of related tasks or drills, through practice.

**standard:** The minimum acceptable proficiency required in the performance of a particular training task under a specified set of conditions.

**Standards in Training Commission (STRAC):** Provides coordination and synchronization of resources for CATS. Issues between CATS and STRAC resourcing of strategies are resolved through the Training and Leader Development General Officer Steering Committee (TLGOSC) process.

**tactical exercise without troops (TEWT):** An exercise conducted in the field on actual terrain suitable for training units for specific missions. It is used to train subordinate leaders and battle staffs on terrain analysis, unit and weapons emplacement, and planning the execution of the unit mission.

**training aids, devices, simulators, and simulations (TADSS):** A general term that includes combat training centers and training range instrumentation; tactical engagement simulation (TES); battle simulations; targetry; training-unique ammunition; dummy, drill, and inert munitions; casualty assessment systems; graphic training aids; and other training support devices.

**task:** A clearly defined and measurable activity accomplished by individuals and organizations. Tasks are specific activities that contribute to the accomplishment of encompassing missions or other requirements.

**task organization:** A temporary grouping of forces designed to accomplish a particular mission.

**The Army School System:** The fully accredited and integrated Active Army, Army National Guard, and U.S. Army Reserve schools that provide standard resident and nonresident (distance learning) training and education for the Army.

**training:** The instruction of personnel to increase their capacity to perform specific military functions and associated individual and collective tasks.

**training and evaluation outline (T&EO):** A summary document prepared for each training activity that provides information on collective training objectives, related individual training objectives, resource requirements, and applicable evaluation procedures.

**training assessment:** This is a commander's responsibility. It is the commander's judgment of the organization's ability to accomplish its wartime mission. An analytical process used by the Army. The commander bases the training assessment on an analysis of evaluations and other sources of feedback to determine an organization's current levels of training proficiency on mission essential tasks.

**training evaluation:** The process used to measure the demonstrated ability of individuals and units to accomplish specified training objectives.

**training management:** The process used by Army leaders to identify training requirements and to subsequently plan, resource, execute, and evaluate training.

**training meeting:** A periodic meeting conducted by platoon, company, and battalion key leaders to review past training, plan and prepare future training, and exchange timely training information between participants.

**training objective:** A statement that describes the desired outcome of a training activity. A training objective consists of the following three parts:

(1) Task. A clearly defined and measurable activity accomplished by individuals or organizations.

(2) Condition(s). Describes the circumstances and environment in which a task is to be performed.

(3) Standard. The minimum acceptable proficiency required in the performance of a particular training task.

**training requirements:** The difference between demonstrated performance and the Army standard of proficiency for mission essential or battle tasks.

**training resources:** Those resources (human, physical, financial, and time) used to support training. They may be internally controlled by an organization or externally controlled by a headquarters that allocates their use to units as required.

**training schedule:** A document prepared at company level that specifies the 'who, what, when, and where' of training to be conducted by the unit.

**training strategy:** The method(s) used to attain the Army standard of training proficiency on mission essential tasks.

**Training Support System (TSS):** A system of systems that include information technologies; training aids, devices, simulations, and simulators (TADSS); and training support products, services, and facilities. These components are linked by architectures and standards that enable their interconnectivity and interoperability to ensure operationally relevant training experiences for warfighters. The TSS employs management, evaluation, and resource processes to ensure the entire system is assessed, funded, and managed for optimum benefit.

**Universal Joint Task List (UJTL):** A structured listing of tasks that describe the functional capabilities that joint force commanders may require to execute their assigned missions.

**Warrant Officer Education System (WOES):** Develops a corps of highly specialized experts and trainers who are fully competent in technical, tactical, and leader skills, knowledge, and behaviors; who are creative problem solvers able to function in highly complex and dynamic environments; and who are proficient operators, maintainers, administrators,

and managers of the Army's equipment, support activities, and technical systems. Warrant officer leader development is a continuous process beginning with pre-appointment training and education.

**Warrior Ethos**: Warrior Ethos compels soldiers to fight through all conditions to victory no matter how much effort is required. It is the soldier's selfless commitment to the nation, mission, unit, and fellow soldiers. It is the professional attitude that inspires every American soldier. Warrior Ethos is grounded in refusal to accept failure. It is developed and sustained through discipline, commitment to the Army values, and pride in the Army's heritage.

**well-being**: Well-being is the personal, physical, material, mental, and spiritual state of soldiers, civilians, and their families that contributes to their preparedness to perform the Army's mission.

**yearly training brief (YTB):** A conference conducted by reserve component division commanders to approve the short-range plans of battalion commanders.

**yearly training guidance (YTG):** A reserve component training management document published at each level from battalion to division that addresses a one-year planning period. The YTG adjusts, as required, and further develops the training guidance contained in long-range plans, to include specific training objectives for each major training event.

1307