27

FM 22-100

# ARMY LEADERSHIP

## BE, KNOW, DO

August 1999



Headquarters, Department of the Army

**DISTRIBUTION RESTRICTION:** Approved for public release; distribution is unlimited.

UNITED STATES ARMY
THE CHIEF OF STAFF

# FOREWORD

Soldiers represent what's best about our Army. Day in and day out, in the dark and in the mud and in faraway places, they execute tough missions whenever and wherever the Nation calls. They deserve our very best--leaders of character and competence who act to achieve excellence. That theme resounds throughout FM 22-100, Army Leadership, and echoes our time-honored principle of BE, KNOW, DO.

This leadership manual lays out a framework that applies to all Army leaders—officer and NCO, military and civilian, active and reserve component. At the core of our leadership doctrine are the same Army Values embedded in our force: loyalty, duty, respect, selfless service, honor, integrity, and personal courage (LDRSHIP). The framework also outlines physical, mental, and emotional attributes that together with values form *character*—what a leader must BE.

Being a person of character is fundamental to our Army. What makes Army leaders of *competence* are skills with people, ideas, things, and warfighting. We refer to those four sets of skills as interpersonal, conceptual, technical, and tactical. Many are common to leaders in all situations; some additional skills are required for those who gain increasing responsibility. Leaders of character and competence are those with the appropriate skills, leaders who KNOW their people, their equipment, and their profession.

All that is still not enough. We call on our leaders to translate character and competence into leader actions. Army leaders influence people—by providing purpose, direction, and motivation—while operating to accomplish the mission and improving the organization. Leaders inspire others toward common goals and never lose sight of the future even as they labor tirelessly for the demands of today. That is what we expect our leaders to DO.

Unlike the previous editions, this leadership manual covers three levels of leadership—direct, organizational, and strategic. While the skills and actions necessary for leadership success at the direct level continue to be important at higher levels, organizational and strategic leaders need additional skills to perform in their more complex roles.

I urge Army leaders to read this manual thoroughly, study it carefully, and teach it faithfully. But above all, I challenge you to be leaders of character and competence who lead others to excellence. Whether supporting, training, or fighting, America looks to you to BE, KNOW, and DO what is right.

ERIC K. SHINSEKI
General, United States Army
Chief of Staff

***FM 22-100**

Field Manual
No. 22-100

Headquarters
Department of the Army
Washington, DC, 31 August 1999

# Army Leadership

## Contents

Page

Examples ..... v
Preface ..... vii

**PART ONE: THE LEADER, LEADERSHIP, AND THE HUMAN DIMENSION**

**CHAPTER 1** **THE ARMY LEADERSHIP FRAMEWORK ..... 1-2**
Leadership Defined ..... 1-4
BE, KNOW, DO ..... 1-6
Levels of Leadership ..... 1-10
Leaders of Leaders ..... 1-13
Leadership and Command ..... 1-14
Subordinates ..... 1-15
The Payoff: Excellence ..... 1-17
Summary ..... 1-19

**CHAPTER 2** **THE LEADER AND LEADERSHIP: WHAT THE LEADER MUST BE, KNOW, AND DO ..... 2-1**
Section I CHARACTER: WHAT A LEADER MUST BE ..... 2-2
Army Values ..... 2-2
Leader Attributes ..... 2-10
Focus on Character ..... 2-19
Section II COMPETENCE: WHAT A LEADER MUST KNOW ..... 2-24
Section III LEADERSHIP: WHAT A LEADER MUST DO ..... 2-26
Influencing ..... 2-27
Operating ..... 2-27
Improving ..... 2-28
SUMMARY ..... 2-28

**DISTRIBUTION RESTRICTION:** Approved for public release; distribution is unlimited.

*This publication supersedes FM 22-100, 31 July 1990; FM 22-101, 3 June 1985; FM 22-102, 2 March 1987; FM 22-103, 21 June 1987; DA Pam 600-80, 9 June 1987; and DA Form 4856, June 1985.

CHAPTER 3 **THE HUMAN DIMENSION** .......... **3-1**
People, the Team, and the Institution .......... 3-1
Combat Stress .......... 3-6
The Stress of Change .......... 3-8
Climate and Culture .......... 3-12
Leadership Styles .......... 3-15
Intended and Unintended Consequences .......... 3-18
Summary .......... 3-19

PART TWO: DIRECT LEADERSHIP

CHAPTER 4 **DIRECT LEADERSHIP SKILLS** .......... **4-2**
Interpersonal Skills .......... 4-2
Conceptual Skills .......... 4-6
Technical Skills .......... 4-11
Tactical Skills .......... 4-12
Summary .......... 4-14

CHAPTER 5 **DIRECT LEADERSHIP ACTIONS** .......... **5-1**
Influencing Actions .......... 5-1
Operating Actions .......... 5-8
Improving Actions .......... 5-13
Summary .......... 5-27

PART THREE: ORGANIZATIONAL AND STRATEGIC LEADERSHIP

CHAPTER 6 **ORGANIZATIONAL LEADERSHIP** .......... **6-1**
Section I WHAT IT TAKES TO LEAD ORGANIZATIONS—SKILLS .......... 6-3
Interpersonal Skills .......... 6-3
Conceptual Skills .......... 6-5
Technical Skills .......... 6-9
Tactical Skills .......... 6-10
Section II WHAT IT TAKES TO LEAD ORGANIZATIONS—ACTIONS .......... 6-12
Influencing Actions .......... 6-12
Operating Actions .......... 6-18
Improving Actions .......... 6-25
Section III A HISTORICAL PERSPECTIVE OF ORGANIZATIONAL LEADERSHIP—GENERAL RIDGWAY IN KOREA .......... 6-29
SUMMARY .......... 6-32

CHAPTER 7 **STRATEGIC LEADERSHIP** .......... **7-1**
Section I STRATEGIC LEADERSHIP SKILLS .......... 7-2
Interpersonal Skills .......... 7-2
Conceptual Skills .......... 7-7

| | | |
|---|---|---|
| | Technical Skills | 7-10 |
| Section II | STRATEGIC LEADERSHIP ACTIONS | 7-13 |
| | Influencing Actions | 7-13 |
| | Operating Actions | 7-18 |
| | Improving Actions | 7-22 |
| Section III | A HISTORICAL PERSPECTIVE OF STRATEGIC LEADERSHIP—GENERAL OF THE ARMY MARSHALL DURING WORLD WAR II | 7-26 |
| | SUMMARY | 7-28 |
| **Appendix A** | **Roles and Relationships** | **A-1** |
| | Authority | A-3 |
| | Responsibility and Accountability | A-4 |
| | Communications and the Chain of Command | A-4 |
| | The Noncommissioned Officer Support Channel | A-5 |
| | DA Civilian Support | A-5 |
| **Appendix B** | **Performance Indicators** | **B-1** |
| | Values | B-2 |
| | Attributes | B-3 |
| | Skills | B-3 |
| | Actions | B-4 |
| **Appendix C** | **Developmental Counseling** | **C-1** |
| | The Leader's Responsibilities | C-1 |
| | The Leader as a Counselor | C-2 |
| | Leader Counseling Skills | C-3 |
| | The Leader's Limitations | C-5 |
| | Types of Developmental Counseling | C-7 |
| | Approaches to Counseling | C-10 |
| | Counseling Techniques | C-11 |
| | The Counseling Process | C-12 |
| | Summary | C-16 |
| | The Developmental Counseling Form | C-17 |
| **Appendix D** | **A Leader Plan of Action and the ECAS** | **D-1** |
| | Preparation of an ECAS | D-2 |
| | Preparation of a Leader Plan of Action | D-4 |
| **Appendix E** | **Character Development** | **E-1** |
| **Appendix F** | **The Constitution of the United States** | **F-1** |
| | Source Notes | Source Notes-1 |
| | Glossary | Glossary-1 |
| | Bibliography | Bibliography-1 |
| | Index | Index-1 |


1312

# Examples


| | Page |
|---|---|
| COL Chamberlain at Gettysburg | 1-8 |
| Small Unit Leaders' Initiative in Normandy | 1-16 |
| GEN Washington at Newburgh | 2-3 |
| Duty in Korea | 2-4 |
| GA Marshall Continues to Serve | 2-6 |
| MSG Gordon and SFC Shughart in Somalia | 2-8 |
| WO1 Thompson at My Lai | 2-10 |
| The Will to Persevere | 2-11 |
| The Quick Reaction Platoon | 2-13 |
| GA Eisenhower Forms SHAEF | 2-15 |
| Self-Control in Combat | 2-17 |
| BG Jackson at First Bull Run | 2-18 |
| Character and Prisoners | 2-19 |
| The Battle of the Bulge | 2-20 |
| GA Eisenhower's Message | 2-20 |
| The Qualification Report | 2-22 |
| Soldiers Are Our Credentials | 3-2 |
| The 96th Division on Leyte | 3-4 |
| The K Company Visit | 3-5 |
| Task Force Ranger in Somalia, 1993 | 3-6 |
| Mix-up at the Crossroads | 3-8 |
| "Superior Technology" | 3-10 |
| Changing a Unit Climate—The New Squad Leader | 3-13 |
| The Checking Account | 4-3 |
| The Rusty Rifles Incident | 4-5 |
| Finding the Real Problem | 4-6 |
| Pulling Dragons' Teeth | 4-7 |
| The EFMB Test | 4-10 |
| Technical Skill into Combat Power | 4-11 |
| Task Force Kingston | 4-13 |
| Solving a Training Problem | 5-5 |
| An Implied Mission and Leader Plan of Action | 5-9 |
| Brief Solutions, Not Problems | 5-10 |
| Trust Earned | 5-19 |
| Replacements in the ETO | 5-22 |

## Examples


| | Page |
|---|---|
| Reception on Christmas Eve | 5-22 |
| SGT York | 5-24 |
| Knowing Your People | 6-4 |
| GEN Grant and the End of the Civil War | 6-6 |
| DA Civilian Support to Desert Shield | 6-8 |
| Innovative Reorganization | 6-8 |
| GEN Grant at Vicksburg | 6-11 |
| The Commander's Notebook | 6-14 |
| The 505th Parachute Infantry Regiment at Normandy | 6-18 |
| The "Paperwork Purge" | 6-20 |
| Allied Command During the Battle of the Bulge | 7-5 |
| Strategic Flexibility in Haiti | 7-9 |
| Show of Force in the Philippines | 7-12 |
| Combat Power from a Good Idea | 7-14 |
| The D-Day Decision | 7-16 |
| Multinational Resource Allocation | 7-19 |
| World War II Strategic Assessment | 7-22 |
| Change After Vietnam | 7-25 |

# Preface

The Army consists of the active component, Army National Guard, Army Reserve, and Department of the Army (DA) civilians. It's the world's premier land combat force—a full-spectrum force trained and ready to answer the nation's call. The Army's foundation is confident and competent leaders of character. This manual is addressed to them and to those who train and develop them.

## PURPOSE

FM 22-100 is a single-source reference for all Army leaders. Its purpose is threefold:

- To provide leadership doctrine for meeting mission requirements under all conditions.
- To establish a unified leadership theory for all Army leaders: military and civilian, active and reserve, officer and enlisted.
- To provide a comprehensive and adaptable leadership resource for the Army of the 21st century.

As the capstone leadership manual for the Army, FM 22-100 establishes the Army's leadership doctrine, the fundamental principles by which Army leaders act to accomplish the mission and take care of their people. The doctrine discusses how Army values form the basis of character. In addition, it links a suite of instruments, publications, and initiatives that the Army uses to develop leaders. Among these are—

- AR 600-100, which establishes the basis for leader development doctrine and training.
- DA Pam 350-58, which describes the Army's leader development model.
- DA Pam 600-3, which discusses qualification criteria and outlines development and career management programs for commissioned officers.
- DA Pam 600-11, which discusses qualification criteria and outlines development and career management programs for warrant officers.
- DA Pam 600-25, which discusses noncommissioned officer (NCO) career development.
- DA Pam 690-46, which discusses mentoring of DA civilians.
- The TRADOC Common Core, which lists tasks that military and DA civilian leaders must perform and establishes who is responsible for training leaders to perform them.
- Officer, NCO, and DA civilian evaluation reports.

FM 22-100 also serves as the basis for future leadership and leader development initiatives associated with the three pillars of the Army's leader development model. Specifically, FM 22-100 serves as—

- The basis for leadership assessment.

- The basis for developmental counseling and leader development.
- The basis for leadership evaluation.
- A reference for leadership development in operational assignments.
- A guide for institutional instruction at proponent schools.
- A resource for individual leaders' self-development goals and initiatives.

FM 22-100 directly supports the Army's keystone manuals, FM 100-1 and FM 100-5, which describe the Army and its missions. It contains principles all Army leaders use when they apply the doctrine, tactics, techniques, and procedures established in the following types of doctrinal publications:

- Combined arms publications, which describe the tactics and techniques of combined arms forces.
- Proponency publications, which describe doctrinal principles, tactics, techniques, and collective training tasks for branch-oriented or functional units.
- Employment procedure publications, which address the operation, employment, and maintenance of specific systems.
- Soldier publications, which address soldier duties.
- Reference publications, which focus on procedures (as opposed to doctrine, tactics, or techniques) for managing training, operating in special environments or against specific threats, providing leadership, and performing fundamental tasks.

This edition of FM 22-100 establishes a unified leadership theory for all Army leaders based on the Army leadership framework and three leadership levels. Specifically, it—

- Defines and discusses Army values and leader attributes.
- Discusses character-based leadership.
- Establishes leader attributes as part of character.
- Focuses on improving people and organizations for the long term.
- Outlines three levels of leadership—direct, organizational, and strategic.
- Identifies four skill domains that apply at all levels.
- Specifies leadership actions for each level.

The Army leadership framework brings together many existing leadership concepts by establishing leadership dimensions and showing how they relate to each other. Solidly based on BE, KNOW, DO—that is, character, competence, and action—the Army leadership framework provides a single instrument for leader development. Individuals can use it for self-development. Leaders can use it to develop subordinates. Commanders can use it to focus their programs. By establishing leadership dimensions grouped under the skill domains of values, attributes, skills, and actions, the Army leadership framework provides a simple way to think about and discuss leadership.

The Army is a values-based institution. FM 22-100 establishes and clarifies those values. Army leaders must set high standards, lead by example, do what is legally and morally right, and influence other people to do the same. They must establish and sustain a climate that ensures people are treated with dignity and respect and create an environment in which people are challenged and motivated to be all they can be. FM 22-100 discusses these aspects of leadership and how they contribute to developing leaders of character and competence. These are the leaders who make the Army a trained and ready force prepared to fight and win the nation's wars.

The three leadership levels—direct, organizational, and strategic—reflect the different challenges facing leaders as they move into positions of increasing responsibility. Direct leaders lead face to face: they are the Army's first-line leaders. Organizational leaders lead large organizations, usually brigade-sized and larger. Strategic leaders are the Army's most senior leaders. They lead at the major command and national levels.

Unlike previous editions of FM 22-100—which focused exclusively on leadership by uniformed leaders at battalion level and below—this edition addresses leadership at all levels and is addressed to all Army leaders, military and DA civilian. It supersedes four publications—FM 22-101, *Leadership Counseling*; FM 22-102, *Soldier Team Development*; FM 22-103, *Leadership and Command at Senior Levels*; and DA Pam 600-80 *Executive Leadership*—as well as the previous edition of FM 22-100. A comprehensive reference, this manual shows how leader skills, actions, and concerns at the different levels are linked and allows direct leaders to read about issues that affect organizational and strategic leaders. This information can assist leaders serving in positions supporting organizational and strategic leaders and to other leaders who must work with members of organizational- and strategic-level staffs.

FM 22-100 emphasizes self-development and development of subordinates. It includes performance indicators to help leaders assess the values, attributes, skills, and actions that the rest of the manual discusses. It discusses developmental counseling, a skill all Army leaders must perfect so they can mentor their subordinates and leave their organization and people better than they found them. FM 22-100 prescribes DA Form 4856-E (Developmental Counseling Form), which supersedes DA Form 4856 (General Counseling Form). DA Form 4856-E is designed to support leader development. Its format follows the counseling steps outlined in Appendix C.

FM 22-100 offers a framework for how to lead and provides points for Army leaders to consider when assessing and developing themselves, their people, and their organizations. It doesn't presume to tell Army leaders exactly how they should lead every step of the way. They must be themselves and apply this leadership doctrine as appropriate to the situations they face.

## SCOPE

FM 22-100 is divided into three parts. Part I (Chapters 1, 2, and 3) discusses leadership aspects common to all Army leaders. Part II (Chapters 4 and 5) addresses the skills and actions required of direct leaders. Part III (Chapters 6 and 7) discusses the skills and actions required of organizational and strategic leaders. The manual also includes six appendixes.

Chapter 1 defines Army leadership, establishes the Army leadership framework, and describes the three Army leadership levels. It addresses the characteristics of an Army leader (BE, KNOW, DO), the importance of being a good subordinate, and how all Army leaders lead other leaders. Chapter 1 concludes with a discussion of moral and collective excellence.

Chapter 2 examines character, competence, and leadership—what an Army leader must BE, KNOW, and DO. The chapter addresses character in terms of Army values and leader attributes. In addition, it describes character development and how character is related to ethics, orders—to include illegal orders—and beliefs. Chapter 2 concludes by introducing the categories of leader skills—interpersonal, conceptual,

technical, and tactical—and the categories of leader actions—influencing, operating, and improving.

Chapter 3 covers the human dimension of leadership. The chapter begins by discussing discipline, morale, and care of subordinates. It then addresses stress, both combat- and change-related. Discussions of organizational climate, institutional culture, and leadership styles follow. Chapter 3 concludes by examining intended and unintended consequences of decisions and leader actions.

Chapters 4 and 5 discuss the skills and actions required of direct leaders. The skills and actions are grouped under the categories introduced at the end of Chapter 2.

Chapters 6 and 7 provide an overview of the skills and actions required of organizational and strategic leaders. These chapters introduce direct leaders to the concerns faced by leaders and staffs operating at the organizational and strategic levels. Like Chapters 4 and 5, Chapters 6 and 7 group skills and actions under the categories introduced in Chapter 2.

Appendix A outlines the roles and relationships of commissioned, warrant, and noncommissioned officers. It includes discussions of authority, responsibility, the chain of command, the NCO support channel, and DA civilian support.

Appendix B lists performance indicators for Army values and leader attributes, skills, and actions. It provides general examples of what Army leaders must BE, KNOW, and DO.

Appendix C addresses developmental counseling in detail. It begins with a discussion of the characteristics of a good counselor, the skills a counselor requires, and the limitations leaders face when they counsel subordinates. The appendix then examines the types of developmental counseling, counseling approaches, and counseling techniques. Appendix C concludes by describing the counseling process and explaining how to use DA Form 4856-E, the Developmental Counseling Form.

Appendix D explains how to prepare a leader plan of action and provides an example of a direct leader preparing a leader plan of action based on information gathered using an ethical climate assessment survey (ECAS). The example explains how to conduct an ECAS.

Appendix E discusses how Army values contribute to character development and the importance of developing the character of subordinates.

Appendix F contains a copy of the Constitution of the United States. All members of the Army take an oath to "support and defend the Constitution of the United States." It is included so it will be immediately available for Army leaders.

## APPLICABILITY

FM 22-100's primary audience is direct leaders, military leaders serving at battalion level and below and DA civilian leaders in comparable organizations. However, FM 22-100 contains doctrine applicable at all leadership levels, to all military and DA civilian leaders of the Army.

The proponent of this publication is Headquarters (HQ), TRADOC. Send comments and recommendations on DA Form 2028 directly to Commander, US Army Combined Arms Center and Fort Leavenworth, Center for Army Leadership, ATTN: ATZL-SWC, Fort Leavenworth, KS 66027-2300.

Unless this publication states otherwise, masculine nouns and pronouns do not refer exclusively to men.

This publication contains copyrighted material.

## ACKNOWLEDGMENTS

The copyright owners listed here have granted permission to reproduce material from their works. Other sources of quotations and material used in examples are listed in the source notes.

The quotations in Chapters 1 and 2 from Geoffrey C. Ward, *The Civil War: An Illustrated History* (New York: Knopf, 1990) are reprinted with permission of the publisher.

Portions of the example Task Force Kingston are reprinted from *ARMY Magazine*, April 1964. Copyright © 1964 by the Association of the United States Army and reproduced by permission.

The quotation by Thomas J. Jackson in Chapter 2 is reprinted from Robert D. Heinl, *Dictionary of Military and Naval Quotations* (Annapolis: US Naval Institute Press, 1988).

The quotation by Dandridge M. Malone in Chapter 2 is reproduced from Dandridge M. Malone, *Small Unit Leadership: A Commonsense Approach* (Novato, Calif.: Presidio Press, 1983).

The quotations by Theodore Roosevelt in Chapter 5 and Dwight D. Eisenhower in Chapter 7 are reprinted from John C. Maxwell, *Leadership 101—Inspirational Quotes and Insights for Leaders* (Tulsa, Okla.: Honor Books, 1994).

The quotation by Arleigh Burke in Chapter 7 is reproduced from Karel Montor and others, *Naval Leadership: Voices of Experiences* (Annapolis: US Naval Institute Press, 1987).

Excerpts from WAR AS I KNEW IT by General George S. Patton. Copyright © 1947 by Beatrice Patton Walters, Ruth Patton Totten, and George Smith Totten. Copyright © renewed 1975 by Major General George Patton, Ruth Patton Totten, John K. Waters Jr., and George P. Waters. Reprinted by permission of Houghton Mifflin Co. All rights reserved.

The quotation by George C. Marshall in Chapter 2 is reprinted from Forrest C. Pogue, *George C. Marshall: Ordeal and Hope 1939-1942* (New York: Viking Press, 1966). Copyright © 1965, 1966 by George C. Marshall Research Foundation.

The quotations by Gordon R. Sullivan in Chapter 7 are reprinted from Gordon R. Sullivan and Michael V. Harper, *Hope Is Not A Method* (New York: Times Business, 1996). Copyright © 1996 by Gordon R. Sullivan and Michael V. Harper.

## Appendix A

# Roles and Relationships

A-1. When the Army speaks of soldiers, it refers to commissioned officers, warrant officers, noncommissioned officers (NCOs), and enlisted personnel—both men and women. The terms commissioned officer and warrant officer are used when it is necessary to specifically address or refer to a particular group of officers. All Army leaders—soldiers and DA civilians—share the same goal: to accomplish their organization's mission. The roles and responsibilities of Army leaders—commissioned, warrant, noncommissioned, and DA civilian—overlap. Figure A-1 summarizes them.

A-2. Commissioned officers are direct representatives of the President of the United States. Commissions are legal instruments the president uses to appoint and exercise direct control over qualified people to act as his legal agents and help him carry out his duties. The Army retains this direct-agent relationship with the president through its commissioned officers. The commission serves as the basis for a commissioned officer's legal authority. Commissioned officers command, establish policy, and manage Army resources. They are normally generalists who assume progressively broader responsibilities over the course of a career.

A-3. Warrant officers are highly specialized, single-track specialty officers who receive their authority from the Secretary of the Army upon their initial appointment. However, Title 10 USC authorizes the commissioning of warrant officers (WO1) upon promotion to chief warrant officer (CW2). These commissioned warrant officers are direct representatives of the president of the United States. They derive their authority from the same source as commissioned officers but remain specialists, in contrast to commissioned officers, who are generalists. Warrant officers can and do command detachments, units, activities, and vessels as well as lead, coach, train, and counsel subordinates. As leaders and technical experts, they provide valuable skills, guidance, and expertise to commanders and organizations in their particular field.

A-4. NCOs, the backbone of the Army, train, lead, and take care of enlisted soldiers. They receive their authority from their oaths of office, law, rank structure, traditions, and regulations. This authority allows them to direct soldiers, take actions required to accomplish the mission, and enforce good order and discipline. NCOs represent officer, and sometimes DA civilian, leaders. They ensure their subordinates, along with their personal equipment, are prepared to function as effective unit and team members. While commissioned officers command, establish policy, and manage resources, NCOs conduct the Army's daily business.

A-5. As members of the executive branch of the federal government, DA civilians are part of the Army. They derive their authority from a variety of sources, such as commanders, supervisors, Army regulations, and Title 5 USC. DA civilians' authority is job-related: they normally exercise authority related to their positions. DA civilians fill positions in staff and base sustaining operations that would otherwise have to be filled by officers and NCOs. Senior DA civilians establish policy and manage Army resources, but they do not have the authority to command.

A-6. The complementary relationship and mutual respect between the military and civilian members of the Army is a long-standing tradition. Since the Army's beginning in 1775, military and DA civilian duties have stayed separate, yet necessarily related. Taken in combination, traditions, functions, and laws serve to delineate the particular duties of military and civilian members of the Army.

## THE COMMISSIONED OFFICER

- Commands, establishes policy, and manages Army resources.
- Integrates collective, leader, and soldier training to accomplish missions.
- Deals primarily with units and unit operations.
- Concentrates on unit effectiveness and readiness.

## THE WARRANT OFFICER

- Provides quality advice, counsel, and solutions to support the command.
- Executes policy and manages the Army's systems.
- Commands special-purpose units and task-organized operational elements.
- Focuses on collective, leader, and individual training.
- Operates, maintains, administers, and manages the Army's equipment, support activities, and technical systems.
- Concentrates on unit effectiveness and readiness.

## THE NONCOMMISSIONED OFFICER

- Trains soldiers and conducts the daily business of the Army within established policy.
- Focuses on individual soldier training.
- Deals primarily with individual soldier training and team leading.
- Ensures that subordinate teams, NCOs, and soldiers are prepared to function as effective unit and team members.

## THE DEPARTMENT OF THE ARMY CIVILIAN

- Establishes and executes policy, leads people, and manages programs, projects, and Army systems.
- Focuses on integrating collective, leader, and individual training.
- Operates, maintains, administers, and manages Army equipment and support, research, and technical activities.
- Concentrates on DA civilian individual and organizational effectiveness and readiness.

Figure A-1. Roles and Responsibilities of Commissioned, Warrant, Noncommissioned, and DA Civilian Leaders

## AUTHORITY

A-7. Authority is the legitimate power of leaders to direct subordinates or to take action within the scope of their positions. Military authority begins with the Constitution, which divides it between Congress and the president. (The Constitution appears in Appendix F.) Congress has the authority to make laws that govern the Army. The president, as commander in chief, commands the armed forces, including the Army. Two types of military authority exist: command and general military.

### Command Authority

A-8. Command is the authority that a commander in the armed forces lawfully exercises over subordinates by virtue of rank or assignment. Command includes the authority and responsibility for effectively using available resources to organize, direct, coordinate, employ, and control military forces so that they accomplish assigned missions. It also includes responsibility for health, welfare, morale, and discipline of assigned personnel.

A-9. Command authority originates with the president and may be supplemented by law or regulation. It is the authority that a commander lawfully exercises over subordinates by virtue of rank or assignment. Only commissioned and warrant officers may command Army units and installations. DA civilians may exercise general supervision over an Army installation or activity; however, they act under the authority of a military supervisor. DA civilians do not command. (AR 600-20 addresses command authority in more detail.)

A-10. Army leaders are granted command authority when they fill command-designated positions. These normally involve the direction and control of other soldiers and DA civilians. Leaders in command-designated positions have the inherent authority to issue orders, carry out the unit mission, and care for both military members and DA civilians within the leader's scope of responsibility.

### General Military Authority

A-11. General military authority originates in oaths of office, law, rank structure, traditions, and regulations. This broad-based authority also allows leaders to take appropriate corrective actions whenever a member of any armed service, anywhere, commits an act involving a breach of good order or discipline. AR 600-20, paragraph 4-5, states this specifically, giving commissioned, warrant, and noncommissioned officers authority to "quell all quarrels, frays, and disorders among persons subject to military law"—in other words, to maintain good order and discipline.

A-12. All enlisted leaders have general military authority. For example, dining facility managers, platoon sergeants, squad leaders, and tank commanders all use general military authority when they issue orders to direct and control their subordinates. Army leaders may exercise general military authority over soldiers from different units.

A-13. For NCOs, another source of general military authority stems from the combination of the chain of command and the NCO support channel. The chain of command passes orders and policies through the NCO support channel to provide authority for NCOs to do their job.

### Delegation of Authority

A-14. Just as Congress and the president cannot participate in every aspect of armed forces operations, most leaders cannot handle every action directly. To meet the organization's goals, officers delegate authority to NCOs and, when appropriate, to DA civilians. These leaders, in turn, may further delegate that authority.

A-15. Unless restricted by law, regulation, or a superior, leaders may delegate any or all of their authority to their subordinate leaders. However, such delegation must fall within the leader's scope of authority. Leaders cannot delegate authority they do not have and subordinate leaders may not assume authority that their superiors do not have, cannot delegate, or have retained. The task or duty to be performed limits the authority of the leader to which it is assigned.

A-16. When a leader is assigned a task or duty, the authority necessary to accomplish it accompanies the assignment. When a leader delegates a task or duty to a subordinate, he delegates the requisite authority as well. However, leaders always retain responsibility for the outcome of any tasks they assign. They must answer for any actions or omissions related to them.

## RESPONSIBILITY AND ACCOUNTABILITY

A-17. No definitive lines separate officer, NCO, and DA civilian responsibilities. Officers, NCOs, and DA civilians lead other officers, NCOs, and DA civilians and help them carry out their responsibilities. Commanders set overall policies and standards, but all leaders must provide the guidance, resources, assistance, and supervision necessary for subordinates to perform their duties. Similarly, subordinates must assist and advise their leaders. Mission accomplishment demands that officers, NCOs, and DA civilians work together to advise, assist, and learn from each other. Responsibilities fall into two categories: command and individual.

### Command Responsibility

A-18. Command responsibility refers to collective or organizational accountability and includes how well units perform their missions. For example, a company commander is responsible for all the tasks and missions assigned to his company; his leaders hold him accountable for completing them. Military and DA civilian leaders have responsibility for what their sections, units, or organizations do or fail to do.

### Individual Responsibility

A-19. All soldiers and DA civilians must account for their personal conduct. Commissioned officers, warrant officers, and DA civilians assume personal responsibility when they take their oath. DA civilians take the same oath as commissioned officers. Soldiers take their initial oath of enlistment. Members of the Army account for their actions to their fellow soldiers or coworkers, the appointed leader, their unit or organization, the Army, and the American people.

## COMMUNICATIONS AND THE CHAIN OF COMMAND

A-20. Communication among individuals, teams, units, and organizations is essential to efficient and effective mission accomplishment. As Chapter 4 discusses, two-way communication is more effective than one-way communication. Mission accomplishment depends on information passing accurately to and from subordinates and leaders, up and down the chain of command and NCO support channel, and laterally among adjacent organizations or activities. In garrison operations, organizations working on the same mission or project should be considered "adjacent."

A-21. The Army has only one chain of command. Through this chain of command, leaders issue orders and instructions and convey policies. A healthy chain of command is a two-way communications channel. Its members do more than transmit orders; they carry information from within the unit or organization back up to its leader. They furnish information about how things are developing, notify the leader of problems, and provide requests for clarification and help. Leaders at all levels use the chain of command—their subordinate leaders—to keep their people informed and render assistance. They continually facilitate the process of gaining the necessary clarification and solving problems.

A-22. Beyond conducting their normal duties, NCOs train soldiers and advise commanders on individual soldier readiness and the training needed to ensure unit readiness. Officers and DA civilian leaders should consult their command sergeant major, first sergeant, or NCO assistant, before implementing policy. Commanders, commissioned and warrant officers, DA civilian leaders, and NCOs must continually communicate to

avoid duplicating instructions or issuing conflicting orders. Continuous and open lines of communication enable commanders and DA civilian leaders to freely plan, make decisions, and program future training and operations.

## THE NONCOMMISSIONED OFFICER SUPPORT CHANNEL

A-23. The NCO support channel parallels and reinforces the chain of command. NCO leaders work with and support the commissioned and warrant officers of their chain of command. For the chain of command to work efficiently, the NCO support channel must operate effectively. At battalion level and higher, the NCO support channel begins with the command sergeant major, extends through first sergeants and platoon sergeants, and ends with section chiefs, squad leaders, or team leaders. (TC 22-6 discusses the NCO support channel.)

A-24. The connection between the chain of command and NCO support channel is the senior NCO. Commanders issue orders through the chain of command, but senior NCOs must know and understand the orders to issue effective implementing instructions through the NCO support channel. Although the first sergeant and command sergeant major are not part of the formal chain of command, leaders should consult them on all individual soldier matters.

A-25. Successful leaders have a good relationship with their senior NCOs. Successful commanders have a good leader-NCO relationship with their first sergeants and command sergeants major. The need for such a relationship applies to platoon leaders and platoon sergeants as well as to staff officers and NCOs. Senior NCOs have extensive experience in successfully completing missions and dealing with enlisted soldier issues. Also, senior NCOs can monitor organizational activities at all levels, take corrective action to keep the organization within the boundaries of the commander's intent, or report situations that require the attention of the officer leadership. A positive relationship between officers and NCOs creates conditions for success.

## DA CIVILIAN SUPPORT

A-26. The Army employs DA civilians because they possess or develop technical skills that are necessary to accomplish some missions. The specialized skills of DA civilians are essential to victory but, for a variety of reasons, they are difficult to maintain in the uniformed components. The Army expects DA civilian leaders to be more than specialists: they are expected to apply technical, conceptual, and interpersonal skills together to accomplish missions—in a combat theater, if necessary.

A-27. While the command sergeant major is the advocate in a unit for soldier issues, DA civilians have no single advocate. Rather, their own leaders, civilian personnel advisory center, or civilian personnel operations center represent them and their issues to the chain of command. Often the senior DA civilian in an organization or the senior DA civilian in a particular career field has the additional duty of advising and counseling junior DA civilians on job-related issues and career development.