26

*BY ORDER OF THE*
*SECRETARY OF THE AIR FORCE*

*AIR FORCE POLICY DIRECTIVE 36-22*

*22 MARCH 2004*

*Personnel*

# *AIR FORCE MILITARY TRAINING*

**NOTICE:** This publication is available digitally on the AFDPO WWW site at: **http://www.e-publishing.af.mil.**

OPR: HQ AF/DPLT (Col Nancy E. Weaver)
Supersedes AFPD 36-22, 17 Sep 93

Certified by: AF/DP (Lt Gen Richard E. Brown III)
Pages: 5
Distribution: F

This directive establishes policy for ensuring Air Force military training is available, responsive, and accessible to meet Air Force needs; incorporates the appropriate training systems and services; ensures capabilities driven requirements; and uses standardized processes to form training requirements. This policy directive implements Department of Defense (DoD) Directive 1322.18, *Military Training*, 9 January 1987, with change 1, DoD Instruction 1322.20, *Development and Management of Interactive Courseware (ICW) for Military Training*, 14 March 1991, with change 1, and DoD Directive 1430.13, *Training Simulators and Devices*, 22 August 1986. It supports the *DoD Strategic Plan for Advanced Distributed Learning (ADL)*, 30 April 1999, the *DoD Implementation Plan for ADL*, 19 May 2000, and the *DoD Strategic Plan for Training Transformation*, 1 March 2002. This policy directive interfaces with Air Force Policy Directive (AFPD) 10-2, *Readiness*, AFPD 16-5, *Planning, Programming, and Budgeting System*, AFPD 90-1, *Policy Formulation*, Air Force Instruction (AFI) 36-2201, Volumes 1 - 6, *Air Force Training Program*, Air Force Manual (AFMAN) 36-2234, *Instructional Systems Development*, Air Force Handbook (AFH) 36-2235, Volumes 1 - 13, *Information for Designers of Instructional Systems*, and AFI 36-2251, *Management of Air Force Training Systems.*

## *SUMMARY OF REVISIONS*

This revision updates the Policy Directive to incorporate strategies needed to meet the needs of the Air Force through 2010 and beyond. Revisions include: adding paragraph 1.2., 1.6., 2.4.2., 2.5.2.; moved paragraph **1.** to the foreword and paragraph **4.** terms to **Attachment 1**; deleted reporting requirements in paragraph **3.3.** and the metrics. Expanded policy area to add clarification and included DoD policy on training technology training development programs.

**1.** The full spectrum of air and space capabilities stems from the collective abilities and expeditionary mindset of our total force. At the core of the Air Force expeditionary forces, is a superior military training regimen that prepares our men and women to have the right skills and capabilities to be flexible and responsive to changing missions requirements and world event scenarios. The Air Force military training program is a critical component to the success of Air Force expeditionary forces and the security of our nation. The Air Force military training system ensures accurate, timely, relevant, and efficient training is

available to every airman--active duty, guard and reserve, officer and enlisted -anytime, anywhere around the world.

**2. Policy.** The Air Force will:

2.1. Establish military training programs that cultivate a career-long learning environment that is robust and supple enough to satisfy mission-generated training and mission rehearsal requirements across service, joint, interagency, intergovernmental, and multinational operations using the most efficient method possible.

2.2. Provide the resources necessary to conduct the required military training program.

2.3. Develop training programs using the Instructional System Development process (AFMAN 36-2234, *Instructional System Development,* and AFH 36-2235, Volumes 1 through 13, *Information for Designers of Instructional Systems*).

2.4. Develop, fund, acquire, and maintain training system devices based on a training requirements analysis and documented system training plan (AFI 36-2251, *Management of Air Force Training Systems*).

**3. Responsibilities and authorities:**

3.1. The Assistant Secretary of the Air Force for Manpower & Reserve Affairs (SAF/MR) is responsible for military training policy matters.

3.2. The Deputy Chief of Staff, Personnel (AF/DP) develops, coordinates, and executes personnel policy and essential procedural guidance for the management of military training programs.

3.3. Headquarters Air Force (HAF) (Secretariat and Air Staff) organizations, as appropriate, will:

3.3.1. Oversee the management of and policies for functional training, training devices and system training plans (as appropriate).

3.3.2. Appoint career field managers to ensure development, implementation, and maintenance of career field education and training plans for Air Force specialties. Focus must be on force development, which is defined as a series of experiences and challenges provided to the total force through education, training, and experience.

3.4. Major commands (MAJCOM), field operating agencies (FOA) and direct reporting units (DRU) will:

3.4.1. Identify military training and resource requirements, establish supplementary training programs, and execute their programs to comply with these policies

3.4.2. Report unit cost and student production data for all training programs.

3.4.3. Assure all Air Force plans for training technology delivery systems, and other learning technology development and implementation comply with the AF leadership directed Force Development execution plans, which created a single developmental continuum of activities that, although separate and distinct, are fully integrated endeavors working in concert with one another.

3.5. Air Education and Training Command (AETC) will:

3.5.1. Act as the Air Force's executive agent for training technology, training development, and formal training programs.

3.5.2. Leverage appropriate technologies to provide the highest quality training, anywhere, anytime, in an efficient and cost-effective manner. The system must support force development by enhancing the delivery of quality training, education, and experience across the Total Force.

3.6. Commanders at all levels identify training requirements. They determine the priorities for training requirements to include learning technology infrastructure and/or development, and systematically address shortfalls in resources to support those requirements.

**4.** This Air Force Policy Directive applies to all Air Force activities, including Air Force Reserve Command (AFRC) and Air National Guard (ANG) units.

JAMES G. ROCHE
Secretary of the Air Force

## Attachment 1

## GLOSSARY OF REFERENCES AND SUPPORTING INFORMATION

***References***

DoD Directive 7045.14, *Planning, Programming, and Budgeting System (PPBS)*

AFPD 10-2, *Readiness*

AFPD 16-5, *Planning, Programming, and Budgeting System*

AFPD 90-1, *Policy Formulation*

AFI 36-2201, Volumes 1 - 6, *Air Force Training Program*

AFMAN 36-2234, *Instructional Systems Development*

AFH 36-2235, Volumes 1 - 13, *Information for Designers of Instructional Systems*

AFI 36-2251, *Management of Air Force Training Systems*

***Supporting Documents***

DoD Strategic Plan for Advanced Distributed Learning (ADL), 30 April 1999

DoD Implementation Plan for ADL, 19 May 2000

DoD Strategic Plan for Training Transformation, 1 March 2002

Air Force Strategic Plan for Education and Training, 26 July 2002

Air Force Strategic Plan for Force Development (Phase 1), 27 January 2003

Air Force Strategic Plan for ADL, 24 January 2003

***Abbreviations and Acronyms***

**AETC**—Air Education and Training Command

**AFH**—Air Force Handbook

**AFI**—Air Force Instruction

**AFMAN**—Air Force Manual

**AFPD**—Air Force Policy Directive

**AFRC**—Air Force Reserve Command

**ANG**—Air National Guard

**CFETP**—Career Field Education and Training Plan

**DoD**—Department of Defense

**DP**—Director of Personnel

**DRU**—Direct Reporting Unit

**FOA**—Field Operating Agency

**HQ USAF**—Headquarters United States Air Force

**ICW**—Interactive Courseware

**ISD**—Instructional System Development

**MAJCOM**—Major Command

**MR**—Manpower & Reserve Affairs

**SAF**—Secretary of the Air Force

*Terms*

**Career Field Education and Training Plan (CFETP)**—The CFETP provides a life-cycle (cradle-to-grave) training management tool that identifies career path education and training requirements and core tasks for each skill level or duty position for Air Force specialties.

**Instructional System Development (ISD)**—ISD is a systematic process that guides the development, implementation, management, and evaluation of training programs.

**Military Training Programs**—Those formal and informal courses or other methods of instruction that provide military personnel with the knowledge and skills required to perform duty position and additional duty tasks.

**Qualified Individuals**—Those individuals who have been certified in all tasks required in their assigned duty position as defined in the CFETP and supplemented, as appropriate.

27

*BY ORDER OF THE SECRETARY OF THE AIR FORCE*

*AIR FORCE INSTRUCTION 36-2201, VOLUME 4*

*23 OCTOBER 2002*

*Personnel*

*AIR FORCE TRAINING PROGRAM*

*MANAGING ADVANCED DISTRIBUTED LEARNING (ADL)*

**COMPLIANCE WITH THIS PUBLICATION IS MANDATORY**

**NOTICE:** This publication is available digitally on the AFDPO WWW site at: **http://www.e-publishing.af.mil.**

OPR: HQ USAF/DPLTT (CMSgt Akeel Omari)

Certified by: HQ USAF/DPLT (Col Nancy Weaver)

Supersedes AFI 36-2201, 1 October 2002

Pages: 18

Distribution: F

This instruction implements DODD 1322.18, *Military Training*, 9 January 1987, with change 1, DODI 1322.20, *Development and Management of Interactive Courseware (ICW) for Military Training*, 14 March 1991, with change 1, and AFPD 36-22, *Military Training* for developing, managing, and conducting Air Force technical, ancillary, and recruit training. Maintain and dispose of records created as a result of prescribed processes in accordance with AFMAN 37-139, *Records Disposition Schedule* (will become AFMAN 33-322, Volume 4). This Air Force Instruction applies to Air Force Reserve Command (AFRC) and Air National Guard units.

*SUMMARY OF REVISIONS*

**This document is substantially revised and must be completely reviewed.**

Due to administrative error, additional paragraphs were added and functional responsiblities were clarified to reflect current Air Force policy.

## Chapter 1

## ADVANCED DISTRIBUTED LEARNING (ADL) PROGRAM RESPONSIBILITIES

**1.1. General.** Advanced Distributed Learning is any method of education and training that takes place when an instructor is not physically present. ADL emphasizes collaboration on standards-based versions of reusable objects, networks, and learning management systems, yet may include some legacy methods and media. ADL includes numerous media such as paper, CD-ROM, interactive television, videotape, audiotape, and the Internet. The emphasis is on converting courses to ADL instruction where appropriate, to deliver training anywhere, anytime. ADL is the evolution of Distance Learning (DL) and, although agencies may use different terms (e.g., exportable training, Type 6, Job Site Training [JST], etc.), they all fall within the AF definition of ADL.

1.1.1. Resident courses, divided into modules, make it easier to focus technology insertion, shorten course length, and accept equivalencies for civilian acquired skills and knowledge. ADL modules made available to course graduates, trainers and supervisors could be used to enhance training and individual development programs.

1.1.2. Reusability is at the core of ADL development. Adhering to ADL standards allows for training modules developed for one user to potentially apply to a wide-range of users. Initiatives can improve infrastructure utilization, efficiencies, flexibility, and productivity in appropriate education and training by converting resident training to ADL.

1.1.3. The term MAJCOM, when used in this volume, refers to all Major Commands (MAJCOM), Field Operating Agencies (FOA), Direct Reporting Units (DRU), ANG, and AFRC unless otherwise indicated.

**1.2. HQ USAF/DP.**

1.2.1. Establishes policy, provides guidance, and budget oversight, and advocates for program requirements during the various Planning Programming and Budget System (PPBS) cycles.

1.2.1.1. Funding will flow from the Air Staff to each MAJCOM for ADL execution. Each MAJCOM will include ADL budget requirements with their POM submission(s).

1.2.2. Coordinates program requirements with DoD and other agencies.

**1.3. HQ AETC.**

1.3.1. The executive agent and lead command for the AF ADL Program (AFADLP).

1.3.2. Provides oversight, integration and management direction in support of the AFADLP. Coordinates AFADLP functions and implementation actions for the Total Force in concert with the offices of corollary responsibility from the ANG and AFRC.

1.3.3. Develops ADL strategic, and implementation master plans.

1.3.4. Plans, programs, and budgets resources for ADL implementation and sustainment of requirements for education, flying and technical training courses and ADL training that has applicability across functional areas of responsibility.

1.3.5. Provides oversight for ADL to increase readiness, reduce costs and increase flexibility and application, when possible.

1.3.6. Ensures the identification of ADL course conversion candidates and assists with conversion efforts for Air Force courses, as requested.

1.3.7. Establishes guidelines to implement AF ADL policy.

1.3.8. Appoints an Air Force representative on the DoD ADL Education and Training Steering Committee (ETSC).

**1.4. Air Force Institute for Advanced Distributed Learning (AFIADL).** AFIADL is the executive agent for the Air Force Extension Course Program (ECP), the Air Technology Network (ATN), and is the focal point for AFADLP standards and emerging technology. AFIADL will.

1.4.1. Provide input to AF/DPLT and AF/DPLE to support development of AFADLP policy.

1.4.2. Provide oversight, integration and management direction in support of the AFADLP with primary focus on standards-based courseware, hardware, infrastructure, resourcing, and planning.

1.4.3. Prepare AFADLP standards that define software, hardware, and courseware system specifications to ensure full compliance with OSD vision and direction in becoming Sharable Content Object Reference Model (SCORM) conformant. Establish standards for interoperability of AF ADL systems.

1.4.4. Coordinate with OSD, Services, MAJCOMs, interservice and intraservice agencies/commands, as required to implement ADL standards.

1.4.5. Assist with contract support to develop or redesign courseware for ADL.

1.4.6. Integrate an effective AF ADL learning management program.

1.4.7. Provide program management for the ATN.

1.4.8. Collect, prioritize, and forward programming and budget actions for ADL through command channels for AF ADL systems that cut across MAJCOMs.

1.4.9. Coordinate AFADLP Strategic and Implementation Plans and MAJCOM ADL plans to ensure compatibility, overlay, support, and integration among plans. Review MAJCOM ADL plans prior to their budget submissions to ensure compliance with plans, standards, and avoidance of overlap or duplicate development initiatives. Return plans to meet MAJCOM budget submission timelines.

1.4.10. Coordinate issues with MAJCOMs, disseminate ADL information and implement technological advances.

1.4.11. Post official AFADLP policy and guidance on the AFIADL website *http://www.au.af.mil/au/afiadl/*.

**1.5. MAJCOMs.** MAJCOMs will designate a command ADL Office of Primary Responsibility (OPR) for coordination and integration of ADL. Duties and responsibilities are to develop an ADL Program Management Plan that complies with DoD ADL guidance, integrates with the AF ADL Strategic and Implementation Plans and this AFI. (See AFI 36-2201, Vol 1, for additional responsibilities and guidance on Type 6, Job Site Training.)

1.5.1. The OPR will:

1.5.1.1. Provide funding for adequate infrastructure, facilities, equipment and manpower, for agency-specific ADL course conversions and sustainment. Submit all budgetary plans in support of ADL implementation to AFIADL to ensure compliance with policy, plans and standards. Each agency is responsible for their individual Program Objective Memorandum (POM) submissions.

1.5.1.2. Submit ADL plans to AFIADL for coordination prior to budget submissions to the Air Force. Ensure media and economic analyses are performed prior to course development or redesign.

1.5.1.3. Use AFIADL website as a primary source for AFADLP information and AF approved standards, policy and implementation procedures posted on this site.

1.5.1.4. Plan, program and account for all ADL students and report as required by AFIADL. Use standardized course characters for ADL and post course descriptions as specified at the Education and Training Course Announcements (ETCA) website **https://etca.randolph.af.mil/**.

1.5.1.5. Ensure MAJCOMs will identify funding used in support of ADL objectives using the appropriate ADL Program Element Code (PEC).

1.5.1.6. Appoint JST POCs as required by AFI 36-2201, Vol 1.

1.5.1.7. MAJCOM OPRs will ensure courseware acquired or developed will comply with Section 508 of the Rehabilitation Act. Where undue burden can be shown, the MAJCOM OPR will work with the originating agency and coordinate with the MAJCOM Chief Information Officer (CIO) to provide appropriate documentation.

**1.6. Commanders/commandants of Air Force schools.**

1.6.1. Develop, maintain and update internal ADL plans to execute ADL implementation responsibilities. Ensure classroom modernization is compatible with ADL standards. Train instructors and training developers to use ADL media. Produce ADL products in accordance with AFIADL approved standards.

1.6.2. Provide life-cycle management and serve as OPR for both in-house and contractor-developed ADL.

1.6.3. Maintain record of labor hours and costs associated with ADL development and maintenance projects for in-house and contractor developed ADL.

1.6.4. Support assigned ADL facilities and functions with equipment maintenance, courseware management, and facility and test administration/management.

1.6.5. Advertise information concerning ADL opportunities available at the base.

**1.7. ADL Developers.**

1.7.1. Follow detailed responsibilities listed in AFH 36-2235, *Information For Designers of Instructional Systems*: *Application to Acquisition* (volume 3); *Manager's Guide to New Education and Training Technologies* (volume 4); *Advanced Distributed Learning: Instructional Technology and Distance Learning* (volume 5); and *Guide to Needs Assessment* (volume 6).

1.7.2. Provide media selection guidance at utilization and training workshops (U&TWs) when requested.

1.7.3. Coordinate with AFIADL prior to start of CDC development or redesign project and furnish master-quality copies of final product to AFIADL for duplication and distribution.

1.7.4. Develop courseware that meets applicable DoD, AF and AFIADL standards and policies. Provide inputs for clearinghouse and repository courseware inventory of completed ADL products.

***NOTE:*** Examine all courseware development, new or revised, with future Sharable Content Object Reference Model (SCORM) conformance in mind whenever it is economically feasible to do so. In Executive Order 13111, *Using Technology to Improve Training Opportunities for Federal Government Employees*, January 12, 1999, as amended by Executive Order 13188, *Extension of the Advisory Committee on Expanding Training Opportunities*, January 12, 2001, and by Executive Order 13218, *21st Century Workforce Initiative*, June 20, 2001, the President directed the DoD to work with other government agencies, academia, and private industry to develop a common specification for instructional software that would make possible interoperability and reuse across federal agencies. This new common specification, called the SCORM, provides the foundation for how the DoD will use learning and communications technologies to build, and operate in, the learning environment of the future. For further guidance, refer to AFH 36-2235, Volume 5. The SCORM is still evolving; therefore, visit http://www.adlnet.org , http://www.imsproject.org and consult the AFIADL website (http://www.maxwell.af.mil/au/afiadl/) for the latest Air Force guidance on developing and implementing SCORM-based products and services.

**1.8. Career Development Course (CDC) writers.**

1.8.1. Coordinate with AFIADL prior to start of CDC development or conversion project and furnish master-quality copies of final product to AFIADL for duplication and distribution.

1.8.2. Coordinate with ICW development or Instructional Technology Units (ITU) prior to beginning development of projects using ADL concepts.

## Chapter 2

## EXTENSION COURSE PROGRAM RESPONSIBILITIES

**2.1. General.** AFIADL manages the USAF Extension Course Program (ECP) for all members of the Air Force, Air National Guard and Air Force Reserve Command. The ECP provides career-broadening correspondence courses such as Career Development Courses (CDCs), Professional Military Education (PME) courses and specialized courses throughout the Department of Defense and to civil service employees in federal agencies.

**2.2. Program Responsibilities.**

2.2.1. HQ USAF/DPLT provides policy and guidance, reviews program requirements, and approves extension course enrollment criteria. HQ USAF/DPLE approves proposals for new PME extension courses.

2.2.2. AETC provides guidance, staff oversight and support for ECP mission needs. AETC will:

2.2.2.1. Develop support program, facility, service, budget, and financial plans, as required.

2.2.2.2. Develop, revise or delete CDCs as required by the AFCFM.

2.2.2.2.1. Work with AFCFMs and MAJCOMs to develop contents of CDCs.

2.2.2.2.2. Ensure CDCs meet Specialty Training Standard (STS) criteria.

2.2.2.2.3. Advise AFCFMs of CDC development deviations.

2.2.2.3. Conduct annual/special reviews of CDCs and specialized courses (SC) to validate the requirement for the course and currency of its content.

2.2.2.4. Prepare, publish and distribute classified CDCs.

2.2.2.5. Work with the USAF Occupational Measurement Squadron and active duty MAJCOMs to ensure that AFIADL receives timely and complete requirements for OJT and Weighted Airman Promotion System (WAPS) program materials.

**2.3. Preparing Agencies (PA).** (See AETCI 36-2203, *Technical and Basic Military Training Development,* for additional CDC guidance).

2.3.1. Keep all course examinations (CEs), CE item analyses and CE answer keys under direct observation of authorized personnel or in locked storage. Permit only authorized personnel to inspect or review CE material. Conduct an inventory of all CEs, CE test status reports (item analyses) and CE answer keys. Re-key the combination lock (if applicable).

2.3.2. Ensure that manuscripts do not contain classified material.

2.3.3. Ensure that copyright permissions are obtained from the author or copyright holder, as required.

**2.4. AFIADL.** AFIADL is responsible for the Extension Course Program. AFIADL will:

2.4.1. Prescribe educational and publishing standards for all media and ensure instructional soundness of extension courses. Establish standards and review courses for style, format and educational

standards. Train and guide PA course developers and help with course material preparation and production scheduling as required. Provide course examination results data and other pertinent course maintenance data to the PA.

2.4.2. Coordinate major changes affecting management, educational or publishing standards, education services procedures or personnel activities with HQ USAF/DPLE through HQ AETC/DOO. Process changes by 15 Apr and 15 Oct to coincide with HQ USAF/DPLE and AFCFM semi-annual policy review.

2.4.3. Assist functional customers in determining their extension education and training needs.

2.4.4. Administer and maintain ECP courses, whether paper-based or multimedia. Revise material, as necessary, and coordinate changes with the PA. *EXCEPTION:* AFIADL will review officer PME and classified courses only on request.

2.4.5. Produce and store the finished courseware and CEs. Distribute CDCs, SCs, PMEs and other approved materials.

2.4.6. Develop Air Force Specialty Code (AFSC) listings and the AFIADL Catalog, ensure updates are made on a monthly basis, and support the WAPS.

2.4.7. Support other USAF, DoD and federal agency extension endeavors. Support the associate programs of Air Force schools and colleges by providing administrative and logistics support for PME extension courses

2.4.8. Support customer-unique requirements through a Memorandum of Understanding or Agreement, as required.

2.4.9. Develop the Career Development Survey for students/supervisors. Compile responses and provide course analysis to AFCFMs and the PA.

**2.5. Air University Registrar (AU/CFR).**

2.5.1. Coordinate policy changes affecting management, education services procedures, or personnel activities with HQ AETC/DOOV and HQ USAF/DPLE.

2.5.2. Prepare diplomas for completion of PME correspondence courses, and update PME completions in the Military Personnel Data System (MILPDS).

2.5.3. Prepare and distribute duplicate diplomas and certificates of completion of extension courses upon request.

2.5.4. Process transcripts (upon written request) for completion of resident and non-resident Air University Courses (except Air Force Institute of Technology [AFIT] courses).

2.5.5. Maintain student records for 30 years for all AU courses except AFIT courses.

2.5.6. Establish official extension course testing facilities and track course examination compromise cases in accordance with guidance contained within the *AFIADL Catalog*.

2.5.7. Coordinate with other services to comply with DoD policy on inter-service enrollments.

**2.6. AFCFMs.**

2.6.1. Determine the CDC requirements to qualify and upgrade airmen in their specialty and any SC requirements that exist. Limit CDC content to AFSC knowledge.

2.6.2. Ensure annual reviews of CDCs and SCs are accomplished to revise or delete existing courses and add new courses as required. Inform AFIADL in writing of all courses that are to be deleted.

2.6.3. Ensure that PME or ancillary training that satisfies a particular Career Field Education and Training Plan (CFETP) task knowledge requirement is documented by specific program title, in the CFETP. AFCFMs will also ensure the specific program instruction indicates that the training satisfies the task knowledge requirement and training should not be duplicated in the CDC.

2.6.4. Notify AFIADL of any changes in CDC or SC utilization to ensure that adequate stock is maintained.

**2.7. HQ Air Reserve Personnel Center (ARPC), Education and Training Office.** This office approves and transmits all requests for enrollment, cancellation, course extensions, waiver requests, CEs, and changes to student address or Test Control Facility (TCF) for Individual Mobilization Augmentees (IMAs).

**2.8. Base Directors of Personnel/Mission Support Squadron Commanders.** Provide the necessary support for ECP testing activities.

**2.9. Base Training Managers.** Active duty base training managers, AFRC/MSMPT, ANG/DPD, ARPC/DAT, and support unit level base training managers:

2.9.1. Determine enrollment eligibility and student classification.

2.9.2. Approve and transmit through MILPDS, all requests for enrollment, cancellation, course extensions, CEs and changes to student addresses or the TCF for personnel classified as mandatory students.

2.9.3. Coordinate MILPDS problems and data rejections with local Personnel System Managers (PSMs). PSMs unable to resolve MILPDS problems at the local level should contact their MAJCOM for resolution.

**2.10. Education Support Personnel.** Education Services Flight (ESF), AFRC/DPMAT, ARPC/DAT and ANG/DPDE education support personnel will:

2.10.1. Determine enrollment eligibility and student classification, approve and transmit to the MILPDS, all requests for enrollment and CEs for personnel enrolling as voluntary students, and manage student cancellations, requests for extensions and exams. Submit student address changes in system or send to the TCF that the education center supports.

2.10.2. Counsel students on required progress and completion schedules, exam requests, enrollment extensions, cancellations, penalties, address and TCF changes, and reenrollment procedures.

**2.11. Unit Training Managers and ANG Base Education and Training Managers.**

2.11.1. Request enrollments, cancellations, course extensions, and course examinations. Submit address changes for personnel classified as mandatory students.

2.11.2. Counsel students on required progress and completion schedules, exam requests, enrollment extensions, cancellations, penalties, address and TCF changes, and status while in attendance.

2.11.3. Support IMAs by transmitting and processing enrollments, cancellations, course extensions, CEs, and changes to student addresses or the TCF through HQ ARPC/DAT, Denver CO 80280-6000.

**2.12. Test Control Officers (TCOs).**

2.12.1. Refer to the *AFIADL Catalog* for specific instructions, a listing of potential test compromise situations and test compromise procedures.

2.12.2. Ensure AU/CFR has the current mailing address and nine-digit ZIP code for each TCF.

2.12.3. Appoint and thoroughly instruct test administrators on the policies and procedures for safeguarding and administering extension course examinations. Properly receipt, inventory, safeguard, administer, and dispose of extension course examinations and maintain an inventory within the TCF. Ensure that all CE materials received are intact and have not been otherwise tampered with, damaged or opened.

2.12.4. Administer PME course examinations according to established policy at the PME schools and HQ USAF/DPLE. All changes must be coordinated with HQ USAF/DPLE prior to implementation and Air University Registrar must be notified of any testing policy changes.

2.12.5. Return CE answer sheets to AFIADL for scoring as soon as possible after administering the test.

2.12.6. Destroy by burning, shredding or pulping, all surplus, damaged and obsolete CEs and CEs for which personnel have received results.

**2.13. Test Administrators.**

2.13.1. Read and understand all test administration requirements and procedures and effectively administer tests. Ask the TCO or alternate TCO for clarification, if required.

2.13.2. Sign a statement acknowledging the likelihood of administrative or disciplinary action for compromising or losing tests as a result of failing to comply with this instruction and the direction of the Air Force agency for administering extension course tests. Appropriate action might include termination of contractor services or action under the Uniform Code of Military Justice (UCMJ) or AFI 36-704, *Discipline and Adverse Actions*.

2.13.3. Advise military personnel that compromise of test materials, cheating or discussion of test content is a violation of regulations punishable in accordance with the UCMJ.

2.13.4. Administer examinations at a reasonable frequency and at a time of day to serve the needs of personnel unable to test during normal duty hours. NOTE: Examinations may not be given orally and no waivers can be granted.

2.13.5. Follow the guidelines in the *AFIADL Catalog* for administering extension course CE materials. Keep the CE booklets until you receive verification of the student's score.

2.13.6. Monitor the use of calculators. The CE will stipulate when calculators are allowed. Calculators with expanded memory functions cannot be used unless the memory is totally cleared by the TCO.

2.13.7. Under no circumstances, change or manipulate dates on Computer Based Tests.

## Chapter 3

## AIR TECHNOLOGY NETWORK (ATN) PROGRAM RESPONSIBILITIES

**3.1. General.** The AFIADL administers the ATN Program. ATN is an interactive television (ITV) network reaching all USAF bases in CONUS with links in USAFE and PACAF. ATN supports Technical Training, Air University Graduate Education, Professional Continuing Education (PCE), and PME for Active, Guard and Reserve components. ATN is under study/development for use as satellite broadcast distribution of data and asynchronous video for ADL. ATN supports the Government Education and Training Network (GETN) used by federal agencies and DoD components such as Army, National Guard, Department of Energy, FAA, U.S. Courts, etc.

**3.2. Program Responsibilities.**

3.2.1. ATN PMO is the focal point for implementation, operation, policy, scheduling, maintenance, and budgeting for ITV for the Air Force. The office oversees the day-to-day operation of the network and schedules activities with the satellite service provider. The PMO is located at Wright-Patterson AFB OH, a geographically separated operating location (OL) of AFIADL. The Director of the PMO also serves as Chief, Instructional Broadcasting Division (AFIADL/DB).

3.2.2. Network Expansion. Organizations seeking to expand or modify ATN must first submit a proposal to the ATN PMO. The ATN-PMO will evaluate the proposal and forward a recommendation to AFIADL/CC.

**3.3. ATN PMO.**

3.3.1. Act as single Point of Contact (POC) for all ITV issues, establishes guidance and procedures, manages installation and maintenance of uplinks and downlinks, submit annual broadcast center equipment requirements, and direct ATN financial resources. Coordinate with Defense Information Systems Agency (DISA) and General Services Administration (GSA) on contract requirements, and cooperate with other ITV networks for sharing programming and facilities. Act as focal point for all ATN schedules, and arbitrate scheduling conflicts.

3.3.2. Ensure proper design and installation of uplink and downlink facilities, and best current practices. Manage audio bridging, data casting, and store-and-forward video for all ATN programs and distribution requests. Engineer, research, and plan implementation of future technologies for long-term application, interoperability and enhanced network capabilities.

3.3.3. Manage funding programs contributing to ATN development and operation, establish and monitor the ATN budget, coordinate, plan, and program future funding requirements; and submit POM financial information.

3.3.4. Ensure compliance with accrediting agencies and best practices for train-the-trainer programs for faculty and trainers, oversee scheduling, develop and coordinate ATN documentation, and develop training for downlink site coordinators.

3.3.5. Develop and maintain GETN and ATN web sites. Coordinate and post GETN schedules on the web site, maintain contact with downlinks to monitor status and post that status on the web site, and distribute all required ATN documentation.

**3.4. 2 AF/DO.** Through coordination between AETC/DOO and AETC/DOZ, 2 AF/DO provides input for guidance to the ATN-PMO, develops implementation plans for course development, conversion and delivery; coordinates, plans, and submits funding requirements. 2 AF/DOT will manage ITV program schedules for Technical Training (TT) and Randolph AFB studios, coordinate ITV schedules, support the PMO in training ATN sites, manage day-to-day delivery of technical training courses via ATN, collect and submit monthly studio utilization rates, and support or conduct quarterly training for site coordinators. TT distribution functions reproduce, distribute, and receive course materials.

**3.5. Broadcast Centers.** Broadcast Centers provide transmission service for courses. Assigned personnel will schedule resources to support broadcast schedules, coordinate use of audio bridge system, submit final site lists to satellite provider, and submit new equipment requirements annually and maintenance requirements as required. They prepare and submit usage data as requested by the ATN PMO. Follow ATN PMO procedures and guidance for scheduling, delivery and administration of ITV, data casting, or store-and-forward of video content. (***NOTE:*** For TT usage data, site lists and audio bridge lists are submitted via 2 AF).

**3.6. Content Providers.** User organizations responsible for providing instruction such as AFIT Center for Professional Development, PME schools, AF Chaplain School, and Technical Training, and will:

3.6.1. Use instructional systems design (ISD) to ensure ITV is an appropriate medium for achieving desired learning objectives.

3.6.2. Attend an instructor methods course (e.g., Academic Instructor School or Basic Instructor Course) or another ATN PMO-approved video instructor-training course before developing, converting or instructing a course for ITV.

3.6.3. Follow ATN PMO procedures for scheduling, delivery and administration of ITV, data casting, or store-and-forward of video content. (NOTE: TT schedules are developed and submitted to ATN PMO by 2 AF.)

3.6.4. Submit projected annual usage to PMO and transfer funding to cover ITV delivery costs when not funded by AFIADL. (NOTE: 2 AF will provide TT annual usage to HQ AETC for funding when not funded by AFIADL.)

**3.7. MAJCOMs.** MAJCOMs will approve and ensure assignment of site coordinators (Air Force personnel and contractors) for each downlink facility. ATN requires the support of technical and administrative site coordinators to successfully operate at the receive sites. A primary and back-up coordinator is required for both administrative and technical functions. MAJCOMs will appoint coordinators and ensure they receive training on site coordinator responsibilities within 90 days of assignment. Funding for the maintenance of downlinks is the responsibility of the MAJCOMs.

**3.8. Site Coordinator.** ATN requires the support of technical and administrative site coordinators to successfully operate at the receive sites. Each active duty MAJCOM and AFRC or ANG Wing/Group Commander will appoint a primary and alternate Administrative Site Coordinator (ASC) and Technical Site Coordinator (TSC) in writing. Site Coordinators are also known as the Job Site Training Point of Contact (JST POC). The same person may be assigned ASC and TSC duties. (***NOTE:*** See AFI 36-2201, Vol 1, for more guidance on JST).

3.8.1. ASC will:

3.8.1.1. Complete and submit applications for ATN course delivery; manage broadcast room each day; maintain site schedule; and reserve the ATN classroom.

3.8.1.2. Ensure room is ready to receive ATN broadcast; set up room to accommodate class size; provide orientation on system operation to site facilitator (if one is to participate in the course); ensure proper receive channel is displayed; and record broadcast sessions for students who miss class or require remediation.

3.8.1.3. Instruct students on classroom equipment operation; submit class rosters to studio on day one, hour one of the broadcast (for technical training courses); take attendance daily; and submit rosters to program originator.

3.8.1.4. Receive and verify version of course materials; distribute student materials; and acquire additional student materials when necessary.

3.8.1.5. Distribute, collect and mail assessment instruments including end-of-course critiques, exams, etc. Distribute diplomas upon receipt.

3.8.2. TSC/JST will:

3.8.2.1. Ensure all receive equipment works properly; accomplish local transmission from satellite receive facility to receive room(s) or server(s); and provide orientation on classroom equipment operation to students and site facilitator (if one is present). Be on call to handle technical problems.

3.8.2.2. Maintain site technical data; post set up and operational procedures for broadcast reception and classroom equipment; and post names and phone numbers of uplink technical support personnel.

**3.9. HQ USAF/SCMOM.** Oversees compliance with AF standards for telecommunications, supports the PMO as a technical advisor, and provides alternate sources of funding when available.

**3.10. HQ AETC/SCMY.** Serves as a technical advisor to the PMO for ATN uplink technical solutions and downlink issues.

RICHARD E. BROWN III, Lt General, USAF
DCS/Personnel

## Attachment 1

## GLOSSARY OF REFERENCES AND SUPPORTING INFORMATION

*References*

Executive Order 13111, Using Technology to Improve Training Opportunities for Federal Employees, 15 January 1999 (amended by Executive Order 13188, Extension of the Advisory Committee on Expanding Training Opportunities, 12 January 2001, and by Executive Order 13218, 21st Century Workforce Initiative, June 20, 2001)

DODD 1322.18, *Military Training*

DODI 1322.20, Development and Management of Interactive Courseware (ICW) for Military Training

AFPD 36-22, *Military Training*

AFI 36-704, *Discipline and Adverse Actions (PA)*

AFI 36-2201, Vol 1-6, *Air Force Training Program*

AFI 36-2211, *Guide for Management of Air Force Training Systems*

AFH 36-2235, Vol 1-12, *Information for Designers of Instructional System*

AFMAN 36-2234, *Instructional System Development*

AFMAN 37-139, *Records Disposition Schedule*

ETCA, *Education and Training Course Announcement*

AETCI 36-2203, *Technical and Basic Military Training Development*

*Abbreviations and Acronyms*

**ADL**—Advanced Distributed Learning

**AFADLP**—Air Force Advanced Distributed Learning Program

**AETC**—Air Education and Training Command

**AF**—Air Force

**AFCFM**—Air Force Career Field Manager

**AFH**—Air Force Handbook

**AFI**—Air Force Instruction

**AFIADL**—Air Force Institute for Advanced Distributed Learning

**AFIT**—Air Force Institute of Technology

**AFPD**—Air Force Policy Directive

**AFRC**—Air Force Reserve Command

**AFSC**—Air Force Specialty Code

**ANG**—Air National Guard

**ARPC**—Air Reserve Personnel Center

**ASC**—Administrative Site Coordinator

**ATN**—Air Technology Network

**AU**—Air University

**CDC**—Career Development Course

**CE**—Course Examination

**CFETP**—Career Field Education and Training Plan

**CIO**—Chief Information Officer

**DAVIS**—Defense Automated Visual Information System

**DISA**—Defense Information Systems Agency

**DL**—Distance Learning

**DoD**—Department of Defense

**DODD**—Department of Defense Directive

**DODI**—Department of Defense Instruction

**DRU**—Direct Reporting Unit

**ECP**—Extension Course Program

**ESF**—Education Services Flight

**ETCA**—Education and Training Course Announcements

**ETSC**—Education and Training Steering Committee

**FAA**—Federal Aviation Administration

**FOA**—Field Operating Agency

**GETN**—Government Education and Training Network

**GSA**—General Services Administration

**ICW**—Interactive Courseware

**IMA**—Individual Mobilization Augmentee

**ISD**—Instructional System Development

**ITU**—Instructional Technology Unit

**ITV**—Interactive Television

**JST**—Job Site Training

**JST POC**—Job Site Training Point of Contact

**MAJCOM**—Major Command

**MILPDS**—Military Personnel Data System

**OL**—Operating Location

**OPR**—Office of Primary Responsibility

**OSD**—Office of the Secretary of Defense

**PA**—Preparing Agency

**PCE**—Professional Continuing Education

**PEC**—Program Element Code

**PME**—Professional Military Education

**PMO**—Program Management Office

**POC**—Point of Contact

**POM**—Program Objective Memorandum

**PPBS**—Planning, Programming, and Budgeting System

**PSM**—Personnel System Manager

**SC**—Specialized Courses

**SCORM**—Sharable Content Object Reference Model

**STS**—Specialty Training Standard

**TCF**—Test Control Facility

**TCO**—Test Control Officer

**TSC**—Technical Site Coordinator

**U&TW**—Utilization and Training Workshop

**UCMJ**—Uniform Code of Military Justice

**WAPS**—Weighted Airman Promotion System

*Terms*

**Advanced Distributed Learning (ADL)**—ADL is an evolution of distributed learning (distance learning) that emphasizes collaboration on standards-based versions of reusable objects, networks, and learning management systems, yet may include some legacy methods and media. ADL is structured learning that takes place without requiring the physical presence of an instructor. Although the Air Force uses the term advanced distributed learning, some federal agencies and DoD components may use the term distance learning. These terms refer to the same basic concept.

**Air Education and Training Command (AETC) Course Control Documents (CCDs)**—AETC CCDs prescribe the training to be provided in AETC formal courses. These include but are not limited to course chart, course training standard, plan of instruction and specialty training standard.

**Air Force Career Field Manager**—Representative appointed by the respective HQ USAF Deputy Chief of Staff or Under Secretariat, to ensure assigned AF specialties are trained and utilized to support AF mission requirements. AFCFM is the OPR; however, works in concert with MAJCOM, FOA, DRU, ANG, and AFRC Functional Managers (FMs) as required.

**Air Force Specialty**—A group of positions (with the same title and code that require common qualifications.

**Course Training Standard (CTS)**—Training standard that identifies the training members will receive in a specific course.

**Cross Utilization Training (CUT)**—Training designed to qualify personnel to perform tasks that are not established requirements in their awarded AFSC.

**Critical Resource**—A host-unit provided item taken from its operational role to support field training. Generally refers to an airframe, engine or other equipment item.

**Education and Training Course Announcements (ETCA)**—(replaces AFCAT 36-2223, USAF Formal Schools Catalog). An Internet database that provides on-line capability to access, query, print, and input course announcement data. Also lists mandatory and ancillary training requirements.

**Exportable Course**—Instructional packages that personnel design for use in the field. The course may include printed, computer-based, or other audiovisual materials.

**Exportable Training**—Additional training via computer assisted, paper text, interactive video, or other necessary means to supplement training.

**Job Site Training**—Formal courses developed for export to a field location (in place of resident training) for trainees to complete without the on-site support of the formal school instructor.

**MAJCOM** —Usage of this term in Volume 4 refers to all Major Commands (MAJCOM), Forward Operating Agencies (FOA), Direct Reporting Units (DRU), Air National Guard (ANG), and Air Force Reserve Command (AFRC) unless otherwise indicated.

**On-the-Job Training (OJT)**—Hands-on, "over-the-shoulder" training that a duty location uses to certify personnel in both upgrade (skill-level award) and job qualification (position certification) training.

**Planning, Programming and Budgeting System (PPBS)**—OSD process that produces strategic plans, POMs and Presidential Budgets (PBs). A deliberate methodology that reviews long range (out twenty years) OSD plans, provides initial distribution of resources to near years (out seven years), and final budget submission to Office of Management and Budget (OMB) for Presidential Budget sent to Congress eight months prior to year of execution.

**Program Objective Memorandum (POM)**—OSD directed, service developed document identifying money, people and equipment requirements and allocations over a specified period of time (example FY03-07). POM funding baselines are used to develop budget level detail for distribution of resources during budget execution years.

**Specialty Training Standard (STS)**—An Air Force publication that describes an Air Force specialty in terms of tasks and knowledge that an airman in that specialty may be expected to perform or to know on the job. Also identifies the training provided to achieve a 3-, 5-, or 7-skill level within an enlisted AFS. It further serves as a contract between AETC and the functional user to show which of the overall training requirements for an Air Force Specialty Code (AFSC are taught in formal schools and correspondence courses.

**Standard**—An exact value, a physical entity, or an abstract concept, the appropriate authority, custom, or common consent sets up and defines to serve as a reference, model, or rule in measuring quantities or qualities, developing practices or procedures, or evaluating results. A fixed quantity or quality.