*BY ORDER OF THESECRETARY OF THE AIR FORCE*

*AIR FORCE INSTRUCTION 36-2201, VOLUME 3*

*4 FEBRUARY 2005*

*Personnel*

# *AIR FORCE TRAINING PROGRAM ON THE JOB TRAINING ADMINISTRATION*

**COMPLIANCE WITH THIS PUBLICATION IS MANDATORY**

**NOTICE:** This publication is available digitally on the AFDPO WWW site at: **http://www.e-publishing.af.mil.**

OPR: HQ USAF/DPLTT (CMSgt Janet Groberski)
Supersedes AFI 36-2201, Vol 3, 15 January 2004

Certified by: HQ USAF/DPLT (Col James Hollingsworth)
Pages: 83
Distribution: F

This instruction implements DODD 1322.18, *Military Training*, September 3, 2004; DODI 1322.20, *Development and Management of Interactive Courseware (ICW) for Military Training*, 14 March 1991, and AFPD 36-22, *Military Training*, for developing, managing, and conducting Air Force technical, ancillary, and recruit training. Maintain and dispose of records created as a result of prescribed processes in accordance with AFI 33-322, Records Management Program and AF RDS located on-line at **https://webrims.amc.af.mil**. This instruction requires collecting and maintaining information protected by the Privacy Act of 1974 authorized by 10 USC 8013. Privacy Act system notice number F036 AFPC C, Military Personnel Records System, applies. This Air Force Instruction applies to all Air Force, Air Force Reserve (AFR) and Air National Guard (ANG) units. Ensure all records created as a result of processes prescribed in this publication are maintained in accordance with AFMAN 37-123, Management of Records Disposition Schedule (RDS) located at **https://webrims.amc.af.mil.**

## *SUMMARY OF REVISIONS*

This document is substantially revised and must be completely reviewed.

**Chapter 1— STRUCTURE OF THE AIR FORCE ON-THE-JOB TRAINING PROGRAM** 5
1.1. Overview. 5
1.2. Strategy. 5
1.3. Training and Mission Accomplishment. 5
1.4. Training and Airman Career Program. 5
1.5. Training Components. 5
1.6. Total Force Training. 5

**Chapter 2— HIGHER HEADQUARTERS USAF TRAINING RESPONSIBILITIES** 7

2.1. HQ USAF/DPLT. .......... 7

2.2. Air Force Career Field Manager (AFCFM). .......... 7

2.3. HQ AFPC/DPPAT (Education & Training). .......... 7

2.4. HQ AETC. .......... 8

2.5. Major Command (MAJCOM), Field Operating Agency (FOA), Direct Reporting Unit (DRU), and Air Reserve Component (ARC) Training Manager. .......... 8

2.6. MAJCOM, FOA, DRU, and ARC Functional Manager. .......... 9

**Chapter 3— BASE TRAINING MANAGER RESPONSIBILITIES** 11

3.1. Base Training Manager. .......... 11

3.2. Base 3S2X1 FM Responsibilities. .......... 13

**Chapter 4— COMMANDER RESPONSIBILITIES** 14

4.1. General Scope. .......... 14

4.2. Training Program Requirements. .......... 14

4.3. Unit Training Program Responsibilities. .......... 14

**Chapter 5— UNIT TRAINING MANAGER RESPONSIBILITIES** 16

5.1. General Scope. .......... 16

5.2. Evaluating Education and Training. .......... 16

**Chapter 6— SUPERVISOR, TRAINER, TASK CERTIFIER, AND TRAINEE RESPONSIBILITIES** 20

6.1. Supervisor Responsibilities. .......... 20

6.2. Trainer Responsibilities. .......... 22

6.3. Task Certifier Qualifications and Responsibilities. .......... 23

6.4. Trainee Responsibilities. .......... 24

**Chapter 7— TRAINING FORMS AND DOCUMENTATION** 25

7.1. Introduction. .......... 25

7.2. Using AF Form 623, On-the-Job Training Record/AF Form 623B, Or Other Approved Records. .......... 25

7.3. Maintaining AF Form 623. .......... 25

7.4. Disposition of AF Form 623. .......... 25

7.5. Career Field Education and Training Plan (CFETP or Electronic Equivalent). .......... 26

7.6. Air Force Job Qualification Standard (AFJQS). .......... 26
7.7. Performance Standard. .......... 27
7.8. CFETP/AFJQS Documentation. .......... 27
7.9. AF Form 623a, On-the-Job Training Record Continuation Sheet. .......... 28
7.10. AF Form 797, Job Qualification Standard Continuation/Command JQS. .......... 28
7.11. AF Form 803, Report of Task Evaluation. .......... 29
7.12. AF Form 1098, Special Task Certification and Recurring Training. .......... 29
7.13. AF Form 1320a, Training Chart. .......... 30
7.14. Qualification Training Packages (QTP). .......... 30

**Chapter 8— CAREER DEVELOPMENT COURSE (CDC) PROGRAM MANAGEMENT 31**

8.1. Purpose and Scope. .......... 31
8.2. CDCs for UGT. .......... 31
Table 8.1. Career Development Course Administration. .......... 32

**Chapter 9— MANDATORY CRAFTSMAN COURSE POLICIES AND PROCEDURES 38**

9.1. Introduction. .......... 38
9.2. Eligibility. .......... 38
Table 9.1. Assignment Availability Codes. .......... 39
9.3. No-Shows. .......... 39
9.4. Selection Process. .......... 39
9.5. MAJCOM Responsibilities. .......... 40
9.6. Distance Learning. .......... 40
9.7. Failure Policy. .......... 40

**Chapter 10— FORMS PRESCRIBED 42**

10.1. Forms Prescribed. .......... 42

**Attachment 1— GLOSSARY OF REFERENCES AND SUPPORTING INFORMATION 43**

**Attachment 2— CONDUCTING TRAINING STAFF ASSISTANCE VISITS (SAV) 55**

**Attachment 3— STAFF ASSISTANCE VISIT CHECKLIST 61**

**Attachment 4— TRAINING STATUS CODES AND DEFINITIONS 72**

**Attachment 5— GUIDE FOR CONDUCTING THE UNIT TRAINING MANAGER'S (UTM) TRAINEE ORIENTATION** 76

**Attachment 6— GUIDE FOR INTERVIEWING PROSPECTIVE 3S2X1 RETRAINEES** 79

**Attachment 7— GUIDE FOR CONDUCTING THE UTM TRAINING PROGRESS REVIEW** 83

## Chapter 1

## STRUCTURE OF THE AIR FORCE ON-THE-JOB TRAINING PROGRAM

**1.1. Overview.** Skilled and trained personnel are critical to the Air Force (AF) in providing a strong national defense capability. The AF On-the-Job Training (OJT) Program provides training for personnel to attain knowledge and skill qualifications required to perform duty in their specialty.

**1.2. Strategy.** Develop, manage, and execute training programs providing realistic and flexible training producing a highly skilled, motivated force capable of carrying out all tasks and functions in support of the AF mission. These programs should provide the foundation for AF readiness.

**1.3. Training and Mission Accomplishment.** Training is an integral part of the unit's mission. An effective training program requires commander and supervisory involvement at all levels.

**1.4. Training and Airman Career Program.** Supervisors must explain to trainees the relationship of training to career progression. While the supervisor's primary responsibility is to plan a program outlining specific short term mission related goals for the trainee, overall success depends on the supervisor's ability to advise and assist airmen to reach long range career objectives. Supervisors must take an active role in the trainee's career progression.

**1.5. Training Components.** The AF OJT program consists of three components. The first component, job knowledge, is satisfied through career development courses (CDCs) designed to provide basic knowledge across a wide spectrum of subjects pertaining to a career field. When CDCs are not available trainees study the applicable technical references identified by the supervisor and/or Career Field Education and Training Plan (CFETP). The second component is job proficiency. This is the hands-on training provided on the job, allowing the trainee to gain proficiency in tasks performed in the work center. The third component is job experience, gained during and after upgrade training, to build confidence and competence. Career knowledge, general task, and deployment/unit type code (UTC) task knowledge, applicable to the Air Force Specialty Code (AFSC), is gained through a planned program of study involving CDCs or technical references listed in the applicable CFETP.

**1.6. Total Force Training.** Upgrade and Job Proficiency and Retraining. Upgrade Training (UGT) is the key to the total training program. It leads to award of the higher skill level and is designed to increase skills and abilities. As stated in paragraph **1.5.**, hands-on training provided on the job (job proficiency) and experience increases skills and builds confidence in the trainees. This process was formerly known as qualification training. AFSC UGT requirements for award of the 3/5/7, and 9-skill levels are outlined in this AFI, AFI 36-2101, *Classifying Military Personnel,* AFMAN 36-2108, Enlisted Classification, and the applicable CFETP. The following are the minimum requirements for award of these skill levels:

1.6.1. Apprentice. Complete an initial skills training course for award of the 3-skill level. Retraining into an AFSC or shred may be accomplished via OJT alone only when specified in the retraining instructions and as approved by the Air Force Career Field Manager (AFCFM) or Air Reserve Component (ARC) Career Field Functional Manager. Personnel retraining via OJT may be awarded 3-skill level when the following are met: complete knowledge training on all tasks taught in the initial skills course, complete duty position requirements identified by the supervisor and all other mandatory requirements.

1.6.2. Journeyman. Complete mandatory CDC, if available, all core tasks identified in the CFETP, and other duty position tasks identified by the supervisor. Award of the 5-skill level also requires completion of a minimum of 15 months in upgrade training (UGT); all mandatory requirements listed in AFMAN 36-2108 and CFETP, and recommendation by their supervisor and approval by their commander. Individuals in retraining status, Training Status Code (TSC) 'F', are subject to the same training requirements and must complete a minimum of 9 months in UGT.

1.6.3. Craftsman. Be at least a staff sergeant (SSgt), complete mandatory CDCs, if available, core tasks identified in the CFETP and other duty position tasks identified by the supervisor, complete 7-skill level craftsman course (if required), meet mandatory requirements listed in the specialty description in AFMAN 36-2108, complete a minimum of 12 months in training, recommendation by their supervisor and approval by their commander for award of the 7- skill level. Individuals in retraining status (TSC "G") are subject to the same training requirements and a minimum 6 months in UGT.

1.6.4. Superintendent. Be at least a senior master sergeant (SMSgt) or chief master sergeant (CMSgt) and meet mandatory requirements listed in specialty description in AFMAN 36-2108, must be recommended by their supervisor and approved by their commander for award of the 9-skill level.

1.6.5. Retraining Program. The retraining program is a program designed to balance the numbers of personnel in specific grades and year groups of the Air Force Specialties (AFS). Once retraining is approved and the airman has been assigned duty in the new specialty, UGT begins. With minor exceptions, training requirements for retrainees and normal upgrade trainees are identical.

1.6.6. Air Force Senior Leader Management Office Chief's Group (AFSLMO/CG). AFSLMO must coordinate and approve chief master sergeants who cross-flow, including those returning to active duty from ANG and AFRES assets.

31

*BY ORDER OF THE SECRETARY OF THE AIR FORCE*

*AIR FORCE INSTRUCTION 36-2301*

*27 JUNE 2002*

*Personnel*

# *PROFESSIONAL MILITARY EDUCATION*

**COMPLIANCE WITH THIS PUBLICATION IS MANDATORY**

**NOTICE:** This publication is available digitally on the AFDPO WWW site at: **http://www.e-publishing.af.mil**

OPR: HQ USAF/DPDEE (Lt Col Nancy Rice)

Certified by: HQ USAF/DPDE (Colonel Patricia L. C. Priest)

Supersedes AFI 36-2301, 1 June 2000.

Pages: 37

Distribution: F

This instruction identifies responsibilities for managing officer, enlisted, and civilian Professional Military Education (PME) for the total force. It describes resident and nonresident programs as well as attendance, eligibility, selection, and removal criteria. It also provides procedures for international officers in PME programs. This instruction implements AFPD 36-23, *Military Education* and interfaces with AFPD 36-13, *Civilian Supervisory, Management and Leadership Development.*

## *SUMMARY OF REVISIONS*

This revision incorporates Interim Change IC 2002-1. The change corrects Office of Primary Responsibility (OPR); delegates responsibility for ensuring PME eligibility to unit and mission support squadron commanders in accordance with Education and Training Course Announcement (ETCA); deletes the requirement to provide Record Review Listing (RRL) to NCO Academies; reduces Time in Service to 42 months for resident ALS for SrA selected for reassignment to 12-month tour areas; reduces the enlisted PME retainability requirement to six months, or lower at commander's discretion; reduces the non-resident Airman Leadership School (ALS) Time in Service (TIS) requirement to 42 months for eligible Air Reserve Component personnel only; limits the ability to decline resident EPME to NCOs with greater than 18 years of active service as of class start date; mandates retirement at 20 years in service or the first day of the seventh month following declination for eligible NCOs declining EPME; mandates the approved EPME awards.

Section A Responsibilities 3

1. Professional Military Education ........ 3
2. Responsibilities: ........ 3

Section B Officer Professional Military Education 9

3. Resident/Nonresident Programs. ........ 9

Table 1. Active Duty Officer and DoD Civilian PME Eligibility Criteria. ............................ 11

Table 2. Air Force Reserve/Air National Guard Resident Officer PME Eligibility Criteria. .. 12

Table 3. PME Declinations. ............................................................................................ 13

Section C Enlisted Professional Military Education 15

4. Resident and Nonresident Programs ............................................................ 15

Table 4. Resident Enlisted School Eligibility Criteria. .................................................... 16

Table 5. Nonresident Enlisted School Eligibility Criteria. ............................................... 17

**Attachment 1—GLOSSARY OF REFERENCES AND SUPPORTING INFORMATION 19**

**Attachment 2—PME INSTITUTIONS 21**

**Attachment 3—AIR FORCE FELLOWSHIP (AFF) PROGRAMS 23**

**Attachment 4—PRIMARY PME CREDIT 31**

**Attachment 5—USAF PROFESSIONAL MILITARY EDUCATION (PME) EQUIVALENCY/COMPARABILITY RECERTIFICATION POLICY FOR INTERNATIONAL PME PROGRAMS 32**

**Attachment 6—MINIMUM INFORMATION REQUIREMENTS FOR CONDUCTING A PME EQUIVALENCY REVIEW 33**

**Attachment 7—IC 2002-1 TO AFI 36-2301, PROFESSIONAL MILITARY EDUCATION 34**

*Section A—Responsibilities*

**1. Professional Military Education** (PME) is that portion of military education that: (1) Provides the nation with military personnel skilled in the employment of aerospace power in the conduct of war and small scale contingencies (e.g., peacekeeping, humanitarian assistance); (2) Provides Air Force personnel with the skills and knowledge to make sound decisions in progressively more demanding leadership positions within the national security environment; and (3) Develops strategic thinkers and warfighters.

**2. Responsibilities:** Specific responsibilities follow, but all organizations will encourage personnel to take advantage of the educational opportunities provided by resident and nonresident PME.

**2.1. Headquarters USAF, Deputy Chief of Staff, Personnel (HQ USAF/DP),** 1040 Air Force Pentagon, Washington DC 20330-1040.

2.1.1. Responsible for policy oversight and advocacy of Air Force PME programs.

**2.2. Headquarters USAF, Directorate of Personnel Force Development (HQ USAF/DPD),** 1040 Air Force Pentagon, Washington DC 20330-1040.

2.2.1. Provides policy guidance, participates in programming funds, and oversees PME programs.

2.2.2. Determines annual Air Force PME requirements; establishes attendance quotas at Air Force and non-Air Force schools; determines non-Air Force participation in Air Force PME programs.

2.2.3. Allocates Air Force active-duty in-residence quotas to Headquarters Air Force Personnel Center (HQ AFPC) and other Air Force agencies; allocates Air Force Reserve quotas to Headquarters US Air Force Reserve (USAF/RE); allocates Air National Guard quotas to Headquarters Air National Guard Readiness Center (HQ ANGRC/MPTEE); allocates civilian quotas to Civilian Education and Training (AF/DPDEC).

2.2.4. Allocates non-Air Force Officer PME (OPME) quotas to the other Services, the Deputy Under Secretary of the Air Force for International Affairs (SAF/IA), and appropriate non-Air Force agencies.

2.2.5. Serves as the Air Force point of contact (POC) for joint PME issues.

2.2.6. Administers Air Force-level Enlisted PME (EPME) Awards Program.

**2.3. Air Force Colonel Matters Office (AFCMO),** 1040 Air Force Pentagon, Washington DC 20330-1040.

2.3.1. Implements Air Force policy on PME eligibility, selection, and removal for active duty line colonels and colonel selects.

2.3.2. Ensures line colonels and colonel selects who have potential to be in key leadership positions, are selected to attend resident Senior Service School (SSS). Of those selected, ensures all officers from the line candidates are designated to attend in residence.

2.3.3. Responsible for the line colonel and colonel select portion of the yearly SSS selection/designation board to include working with AFPC to staff the results through AF/DP for approval and release to the field.

2.3.4. Ensures the management level of each colonel and colonel select line candidate is given the opportunity to release the candidate for consideration by the line SSS selection/designation board. If a colonel or colonel select is not made available during his/her individual final year of eligibility, AFCMO will prepare a letter that states the officer was recommended for SSS attendance but was not made available to attend in the final year of eligibility. The letter will be permanently filed in the officer's HQ USAF selection folder and a copy sent to the servicing MAJCOM for permanent inclusion in the officer's command selection folder.

2.3.5. Approves colonels and colonel selects for the following items: individual declinations, requests for operational deferment, requests for humanitarian deferment, and removal from the candidate/select list (as specified in section **3.5.** of this instruction).

**2.4. Headquarters Air Force Personnel Center Commander (HQ AFPC/CC),** 550 C Street West, Suite 32, Randolph AFB TX 78150-4734.

2.4.1. Implements Air Force policy on PME eligibility, selection, and removal for active duty line lieutenant colonels, majors, and captains. For eligibility waiver authority, see paragraph **3.3.2.**

2.4.2. Convenes the annual Intermediate Service School (ISS) and SSS competitive central selection/designation board for active duty officers in conjunction with AFCMO. Determines school assignments for selected active duty officers below the grade of colonel or colonel select.

2.4.3. Ensures officers who have potential to be in key leadership positions, are selected to attend resident PME schools. Ensures all officers from the pool of selected school candidates are designated to attend resident ISS and SSS schools. Eligible majors and major selects may be nominated by their management level to compete for ISS consideration; eligible lieutenant colonels and lieutenant colonel selects may be nominated by their management level to compete for SSS consideration. See **Table 1.** for rank requirements to attend PME schools.

2.4.4. Approves ISS selection lists; forwards SSS selection lists in concert with AFCMO to HQ USAF/DP for approval; publishes approved ISS and SSS selection lists.

2.4.5. Approves or disapproves individual declinations and requests for mission-essential and humanitarian removal from school lists for lieutenant colonels and below. If an officer is in his or her last year of eligibility and cannot attend ISS/SSS because of mission or humanitarian reasons, AFPC/DPAPE will prepare a letter stating the officer was selected for ISS/SSS but not made available to attend in his or her final year of eligibility. This letter is permanently filed in the officers HQ USAF selection folder and a copy sent to the servicing MAJCOM for permanent inclusion in the officer's command selection folder.

2.4.6. Distributes Squadron Officer School (SOS) officer and civilian quotas to major commands (MAJCOMs) and other agencies. Unfilled quotas will be filled by the appropriate MAJCOM.

2.4.7. Determines if officers attending SOS in conjunction with a PCS move will attend TDY en-route or TDY-and-return following PCS sign-in, based on cost analysis and concurrence of the gaining commander.

2.4.8. Schedules newly commissioned officers for the Aerospace Basic Course (ABC).

2.4.9. Designates candidates to attend the Senior NCO Academy (SNCOA) and other equivalent non-Air Force schools.

2.4.10. Determines quota distribution for Noncommissioned Officer Academies (NCOA) based on geographic location of the eligible population.

**2.5. Office of the Air Force Reserve** (HQ USAF/RE, 1150 Air Force, Pentagon, Washington DC 20330-1150); and the **Air National Guard Readiness Center** (ANGRC/MPTEE, 3500 Fetchet Ave, Andrews AFB MD 20762-5157).

2.5.1. Establishes eligibility criteria (and selection criteria for Air Force Reserve and Air National Guard personnel who attend in residence) for all PME programs (see Section 3, paragraph **3.3.4.**, of this instruction). Establishes nonresident course application procedures through the Extension Course Institute (ECI). Effective 1 Feb 00, ECI is now the AF Institute of Advanced Learning (AFIADL).

2.5.2. Convenes Central School Selection Boards to designate Reserve and Guard officers and senior NCOs (ANG only) for resident PME based upon the whole-person concept.

2.5.3. Publishes the resident school selection lists for Air Force Reserve and Air National Guard personnel.

**2.6. Headquarters Air Education and Training Command (AETC).**

2.6.1. Executes Air Staff policy regarding PME.

2.6.2. Allocates CONUS NCOA quotas to the MAJCOMs/FOAs/DRUs for their distribution.

**2.7. Air University (AU).**

2.7.1. Develops, conducts, and evaluates PME resident and nonresident programs in accordance with the Air Force Instructional System Development (ISD) process [ISD guidance is provided in AFM 36-2235, *Instructional System Development*; AFH 36-2235 (Volume 10), *Information for Designers of Instructional Systems - Education*; and AFH 36-2236, *Handbook for Air Force Instructors]*; conducts other professional development courses for selected Air National Guard/ Air Force Reserve personnel.

2.7.2. Maintains faculties, staff, and facilities for resident and nonresident OPME programs and the College for Enlisted Professional Military Education (CEPME); programs funds for PME programs.

2.7.3. Advises the Office on Educational Credit of the American Council on Education of all modifications to USAF PME programs to assist them in recommending academic credit for USAF PME programs.

2.7.4. Ensures applicable AU schools meet Joint Professional Military Education (JPME) requirements as outlined in CJCSI 1800.01, *Officer Professional Military Education Policy (OPMEP).*

2.7.5. Publishes eligibility, enrollment, academic, and graduation criteria for resident and nonresident programs for each level of PME in AU and AFIADL catalogs, Air Force Education and Training Course Announcements (ETCA), **http://hq2af.keesler.af.mil/etca.htm** that replaced AFCAT 36-2223.

2.7.6. Recommends to HQ USAF/DPDE the level of PME credit awarded to students for equivalent/comparable PME course work completed at other institutions to include other Service and allied schools. This applies only to Officer PME. See paragraph **4.1.2.** for EPME. (Note: AF

non-resident PME completion is required prior to receiving credit for completion of sister or other non-resident PME).

2.7.6.1. A PME program is considered equivalent to an Air Force PME program when its curriculum, in terms of educational level, content, and academic rigor, is the same as or very similar to the PME program to which it is being compared. For example, comparing respective sister service schools.

2.7.6.2. Another military school program may be considered comparable, but not equivalent, if the curriculum meets the educational level, academic rigor, and most major content areas, but not all the key content of the AF PME program. For example, a program comparable to Air War College (AWC) may be similar in most areas, but lacking in one or more of the major subject areas (military history/strategy; leadership and ethics; future conflict studies, international security studies, joint/coalition force employment, or electives).

2.7.6.3. The term "academic rigor" in the above definitions relates to a variety of curriculum and instructional issues. To ensure a relatively consistent application of standards of academic rigor in equivalency/comparability evaluations, AU focuses on several categories, such as the instructional program, faculty, students, and curriculum content. **Attachment 6** provides a set of categories used by AU for equivalency/comparability evaluations.

2.7.7. Ensures students meet resident eligibility requirements. Periodically conducts recertification reviews of allied (international) PME programs in accordance with the Air Force policy on recertification of international PME programs (**Attachment 5**).

2.7.8. Ensures through the College for Enlisted Professional Military Education (CEPME) that all EPME schools adhere to the USAF Enlisted Professional Military Education Procedural Guidance, published by the Educational Programs Cadre, CEPME, to ensure program effectiveness and standardization throughout the Air Force.

2.7.8.1. CEPME is responsible for the development of Enlisted PME curriculum and program procedures; evaluation and survey requirements and analysis; faculty development, training and managing curriculum requirements in accordance with the Instructional System Development (ISD) Process.

2.7.8.2. CEPME develops and maintains the USAF EPME Procedural Guidance. This publication applies to all schools implementing the EPME curricula. It is published under the authority of this instruction and prescribes policies and procedures for the management of Air Force EPME programs.

2.7.9. Ensures nonresident programs mirror resident programs to the extent practical.

2.7.10. Provides administrative support to nonresident enrollees to include counseling on AU and individual school policy.

2.7.11. Processes course material, examinations, and course completion data for nonresident PME programs; inputs PME completion data for military and civilians in the respective Personnel Data System (PDS); maintains student records and transcript data; issues diplomas and transcripts; publishes AFIADL catalogs. AU Registrar is responsible for officer PME PDS updates. AU Registrar corrects invalid, missing, or erroneously updated officer PME information; updates foreign, joint, fellows, and other Service school officer PME (CADRE/EDEOP, Maxwell AFB, Gunter Annex, AL 36118-5643). However, for AWC only; Guard and Reserve officers must submit veri-

fication to their servicing points credit branch in order to receive point credit. HQ AFPC is responsible for enlisted PME PDS updates. AFPC corrects invalid, missing, or erroneously updated enlisted PME information (HQ AFPC/DPPAT, 550 C. St. West, Suite 10, Randolph AFB, TX 78150-4712).

2.7.12. Provides EPME entry, graduate, and load data for ALS, NCOA, and AFSNCOA.

2.7.13. Ensures CEPME controlled NCOAs have the required personnel, facilities, equipment, and resources necessary for operation; and ensures the support for NCOAs is documented in support agreements.

**2.8. MAJCOM, Direct Reporting Unit (DRU), and Field Operating Agency (FOA) Commanders.**

2.8.1. Provide availability of colonel and colonel select SSS candidates when tasked by AFCMO. For those candidates released to meet the selection/designation board, the management level will provide a recommendation as to which school the candidate should attend.

2.8.2. Nominate eligible civilians for OPME in priority sequence by functional community.

2.8.3. Account for and forward all ISS/SSS central selection board nominations to AFPC/DPAPE.

2.8.4. Select active duty Air Force line officers for attendance to SOS.

2.8.5. Approve and publish selection lists and lists of alternates for SOS. May delegate approval authority to subordinate units.

2.8.6. Fill their assigned SOS quotas.

2.8.7. Approve and disapprove requests for mission essential or humanitarian removal from SOS. (When removal would result in expiration of officer's eligibility, MAJCOM/DPs will send waiver requests to HQ AFPC/DPAPE.) MAJCOM/DPs approve SOS total active federal commissioned service (TAFCS) waivers for SOS attendance for those exceeding their SOS eligibility window.

2.8.7.1. Forward all nomination packages and rank order listings of civilian nominees to the Air Force Personnel Center (AFPC/DPKOX), 555E Street West, Suite 1, Randolph AFB TX 78150-4530, for further review and prioritization by career program training and development panels.

2.8.8. Remove officers identified on SOS selection lists for the reasons listed below; recommend removal of officers identified on ISS/SSS selection lists for the reasons listed below (forward recommendations to AFCMO for colonels and colonel selects; HQ AFPC/CC for lieutenant colonels and majors):

2.8.8.1. If departure would have an adverse mission impact (removal, when granted, will be without prejudice)

2.8.8.2. When an individual's duty performance declines to an unacceptable level

2.8.8.3. When individual establishes a voluntary date of separation or decline regular or indefinite reserve status

2.8.8.4. When individual fails to maintain body fat and aerobic standards as prescribed in AFI 40-502, *The Weight and Body Fat Management Program (WBFMP)*

2.8.9. Ensure bases operating Airman Leadership Schools (ALSs) or non-CEPME controlled NCOAs have the required personnel, facilities, equipment, and resources necessary for operation; and ensure the support for NCOAs is documented in support agreements.

2.8.9.1. The AFSNCOA and NCOA Commandants and ALS Flight Chiefs will follow operating procedures set forth in the Enlisted PME Procedural Guidance published by CEPME.

2.8.9.2. The assignment of additional duties for EPME faculty/staff should be tempered with AFSNCOA, NCOA, and ALS program requirement for uninterrupted academic instruction and student support activities. Faculty/staff and students should be considered unavailable for additional duties and/or exercise participation (as if TDY away from home station) throughout the course from start date to graduation. These duties do not include "schoolhouse" related additional duties or functions.

2.8.10. Coordinate with HQ AFPC/DPPAT on any plans to increase or decrease annual NCOA production capability.

2.8.11. Project and coordinate annual NCOA training requirements with HQ AFPC/DPPAT.

2.8.12. Build and manage NCOA quota requirements in the Air Force Training Management System (AFTMS).

2.8.13. Ensure mission support squadrons enter individual names against established TLNs in AFTMS for NCOAs so they show in the AFTMS no later than 45 calendar days before the class start date.

2.8.14. Give priority consideration for ALS attendance to eligible airmen going PCS to non-ALS locations.

**2.9. Mission Support Squadron Commanders (MSS/CC).**

2.9.1. Notify individuals of selection and date of school attendance and immediately notify HQ AFPC/DPAPE (officers) and MAJCOM/FOA/DRU (enlisted) of those members who are unable or ineligible to attend.

2.9.2. Ensure, in conjunction with an individual's commander, each PME attendee (officer or enlisted) meets the eligibility criteria outlined in the Air Force Education and Training Course Announcement (ETCA): **http://etca.randolph.af.mil/**.

2.9.2.1. MSS confirms selectees in the Oracle Training Administration System (OTAS) at least 45 days prior to class start date and verifies personnel selected to attend PME meet all eligibility requirements. They also provide school brochures, orders, and reporting instructions to selectees.

**2.9.2.2. DELETED.**

2.9.3. Provide the Chief, Airman PME Flight, at least two copies of a monthly listing that reflects, by unit of assignment, eligibles for ALS.

2.9.4. Provide the appropriate school a copy of the student's TDY order no later than 15 days prior to NCOA class start date.

2.9.5. Manage and administer PME nonresident programs with base education services representatives.

2.9.6. Provide a copy of application instructions and nomination formats to all interested DoD civilians and forward nomination packages to the appropriate MAJCOM.

2.9.7. Comply with local management development and training committee requirements when processing Air Force civilian applications for PME.

2.9.8. For NCOA: Enter individual names against established TLNs so they show in the AFTMS no later than 45 calendar days before the class start date.

2.9.9. Maintain a list of eligible personnel who are available to respond on a short notice basis to fill vacated NCOA quotas. Keep the list current until 48 hours prior to class start date.

**2.10. Individuals.**

2.10.1. Identify medical, mission-related, or personal hardship circumstances, which may require deferment or student change action. Process deferment requests in accordance with ETCA and local procedures. Officers designated for PME attendance that are released or deferred for humanitarian or hardship conditions as provided in AFI 36-2110, Assignments, will be released without prejudice. For information concerning removal with prejudice, see paragraph **3.5.** Enlisted personnel designated for ALS attendance may be delayed for medical, mission-related, or personal hardship conditions without prejudice upon approval of the individual's commander. Wing or equivalent commanders approve similar delays for NCOA attendance and MAJCOM/CC/CVs approve AFSNCOA delays. In all cases, resident attendance remains mandatory for enlisted personnel as outlined in **Section C**, paragraph **4.2.** of this instruction.

2.10.2. Obtain a Top Secret, SCI or Secret security clearance, as appropriate, before attending a resident officer PME course. See ETCA for the applicable security clearance required (applies to US military and US civilians only).

**2.10.3. DELETED.**

**2.11. (ADDED) Unit Commander.**

2.11.1. Ensure each PME attendee (officer or enlisted) meets the eligibility criteria outlined in the Air Force Education and Training Course Announcement (ETCA): **http://etca.randolph.af.mil/**. For students taking leave enroute to PME, verify eligibility before departure on leave.

***Section B—Officer Professional Military Education***

**3. Resident/Nonresident Programs.**

**3.1. Architecture** . The Air Force OPME Program is central to a Continuum of Education (COE) that spans an officer's professional career. Beyond pre-commissioning education, which constitutes the first level of the COE, there are four subsequent levels of PME: Initial level being the Aerospace Basic Course, Primary level the Squadron Officer School, Intermediate (represented by the Air Command and Staff College), and Senior (represented by the Air War College). The Air University Catalog and ETCA provide additional details on these PME programs.

3.1.1. Air Force officers and civilians may also participate in other Service, joint, DoD, and non-DoD (international and civilian) PME equivalent programs, such as the Air Force Fellowships. For details on joint programs, see CJCSI 1800.01. For a list of PME equivalent programs, see **Attachment 2.** For a list of primary PME courses for which sister Service officers who trans-

32

*BY ORDER OF THE*
*SECRETARY OF THE AIR FORCE*

*AIR FORCE INSTRUCTION 36-2618*

*1 DECEMBER 2004*

*Personnel*

# *THE ENLISTED FORCE STRUCTURE*

**COMPLIANCE WITH THIS PUBLICATION IS MANDATORY**

---

**NOTICE:** This publication is available digitally on the AFDPO WWW site at: **http://www.e-publishing.af.mil.**

---

OPR: HQ USAF/CCC
(SMSgt Ronnie L. Murphy)
Supersedes AFI 36-2618, 1 April 1999

Certified by: HQ USAF/CCC
(CMSAF Gerald R. Murray)
Pages: 19
Distribution: F

---

This instruction defines the enlisted force structure, establishes enlisted leadership and development levels, specifies responsibilities of each enlisted rank within the structure, establishes official terms of address for Air Force enlisted personnel, describes special SNCO positions, and standardizes duty titles. It implements AFPD 36-26, *Total Force Development*. This instruction establishes mandatory responsibilities for enlisted members. Failure to observe the mandatory provisions of this instruction in paragraphs **3.1.**, **4.1.**, and **5.1.**, by military personnel, is a violation of Article 92, Uniform Code of Military Justice (UCMJ). It applies to all enlisted members of the Air Force, Air National Guard (ANG), and US Air Force Reserve (AFRES). Ensure all records created as a result of processes prescribed in this publication are maintained in accordance with AFPD 37-1, *Information Management*, and AFMAN 37-123, *Management of Record*, and disposed of in accordance with the Air Force Records Disposition Schedule located at **https://webrims.amc.af.mil**. Process supplements to this instruction as shown in AFI 33-360, Volume 1, *Publications Management Program*. Refer to Attachment 1 for a glossary and supporting information.

## *SUMMARY OF REVISIONS*

This instruction substantially revises AFI 36-2618, 1 Apr 99. It establishes the enlisted leadership and development levels, adds general Airman responsibilities, further clarifies NCO and SNCO responsibilities, describes special SNCO positions, and standardizes enlisted duty titles.

## Chapter 1

## INTRODUCTION

**1.1. Philosophy of the Enlisted Force Structure.**

1.1.1. The enlisted force is a diverse corps of functionally and operationally specialized Airmen. Yet, despite the natural differences found across functional and operational lines, there is a compelling need for a common approach to career progression, professional development, and the assumption of increased supervisory and leadership responsibilities. To best leverage our resources we must have a consistent, well-defined set of expectations, standards, and opportunity for growth for *all* Airmen, regardless of specialty or command. The enlisted force structure provides this consistency and common approach. It is the enlisted force structure that defines us as *Airmen*, rather than merely specialists.

1.1.2. All elements of the enlisted force structure reflect the core values of the Air Force (Integrity, Service Before Self, and Excellence) and are essential to the profession of arms. The core values are the basis for Air Force policies, guidance, and overall focus.

**1.2. Purpose of the Enlisted Force Structure.**

1.2.1. Provide an enlisted force structure that best meets mission requirements.

1.2.2. Provide a common, stable career structure for all enlisted personnel.

1.2.3. Provide all Airmen the opportunity for professional growth.

1.2.4. Define:

1.2.4.1. The three tiers of the enlisted force structure.

1.2.4.2. The three levels of enlisted leadership and development.

1.2.4.3. The roles, responsibilities, expectations, and official terms of address for each enlisted rank.

1.2.4.4. Special Senior Noncommissioned Officer positions.

1.2.4.5. The official duty titles for the enlisted force.

## Chapter 2

## THE ENLISTED FORCE STRUCTURE

**2.1. Three Enlisted Force Structure Tiers.** The enlisted force is comprised of three distinct and separate tiers, each correlating to increased levels of training, education, technical competence, experience, leadership, and managerial responsibilities. These tiers are the Airman Tier, NCO Tier, and SNCO Tier.

2.1.1. The Airman Tier: This tier consists of Airman Basic, Airman, Airman First Class, and Senior Airman. Airmen are initially focused on adapting to the requirements of the military profession, achieving technical proficiency, and learning how to be highly productive members of the Air Force. Once they are promoted to Senior Airman, they begin to exercise limited supervision and leadership as they prepare for increased responsibilities, while continuing to broaden their technical skills.

2.1.2. The NCO Tier: This tier consists of Staff Sergeants and Technical Sergeants who, in addition to continuing their technical growth and becoming expert hands-on technicians, also serve as first line supervisors. NCOs ensure their team members work together to accomplish the mission. NCOs are responsible for training and developing the Airmen they supervise into the NCOs of the future. They also continue to develop their own leadership skills in preparation for increased responsibilities.

2.1.3. The SNCO Tier: This tier consists of the top three ranks of the enlisted force structure: Master Sergeant, Senior Master Sergeant, and Chief Master Sergeant. SNCOs are a critical component of the Air Force's ability to project air power. SNCOs have a great deal of experience and leadership ability which they use to leverage resources and personnel against a variety of mission requirements. The SNCO's primary focus is on accomplishing the organization's mission through the skillful use of teams. They also concentrate on further developing their teams and people, both technically and professionally. They participate in the decision making process, as appropriate, on a variety of technical, operational, and organizational issues. A few go on to serve at the highest levels in the Air Force as strategic leaders and managers.

**2.2. Three Enlisted Leadership and Development Levels.** The three leadership and development levels in the Air Force are the Tactical, Operational, and Strategic levels. These levels directly correlate the scope of an enlisted person's duties and primary responsibilities to mission requirements as well as the type of development needed to serve at this level. These levels apply across the entire spectrum of the enlisted force structure.

2.2.1. Tactical Level: This level of leadership normally applies to Airman Basics through Technical Sergeants. At the tactical level, Airmen and NCOs perfect their primary skills. They are trained, attend Professional Military Education (PME), and achieve their 5- and 7-skill levels. They strive to become the best technicians and team members they can be. As they increase in rank, they also begin to train others and serve as first line supervisors and NCOICs of sections (Note: Only NCOs and SNCOs may serve as NCOICs). The primary focus at the tactical level is accomplishing all assigned work as efficiently as possible using the personnel and resources available.

2.2.2. Operational Level: This level normally applies to Master Sergeants through Chief Master Sergeants who typically work at the Numbered Air Force (NAF) level and below. This is where SNCOs transition from being expert technicians and first line supervisors to leaders with broader operational leadership, supervisory, and managerial responsibilities. They continue to develop their ability to use their expertise, experience, management skills, and leadership skills to convert direction from their

superiors into mission accomplishment. The majority of our enlisted force will spend their entire careers at the tactical and operational levels. This is where their natural strengths – the technical skills, experience, and day-to-day mission focus of the enlisted force – are most required.

2.2.3. Strategic Level: This level normally applies to Chief Master Sergeants, and a few other SNCOs, assigned to higher headquarters. These leaders serve in key leadership positions at the Department of Defense, Headquarters Air Force, Major Commands (MAJCOM), direct reporting units, and select agencies and headquarters. They continue to develop their knowledge of Air Force institutional management processes, challenges, and vision to improve their ability to advise senior leaders, participate in top-level decision making processes, draft policies, manage career fields, and lead far-reaching programs. The primary focus at this level is the strategic leadership and management of the force to best meet current and future requirements.

## Chapter 3

## AIRMAN RESPONSIBILITIES

**3.1. General Airman Responsibilities.** Airmen must:

3.1.1. Accept and execute all duties, instructions, responsibilities, and lawful orders in a timely, efficient manner. Complete assigned tasks and accomplish the mission by being an effective follower. Place the requirements of their official duties and responsibilities ahead of their personal desires. Airmen placed in charge of any work activity or in charge of other Airmen have the authority to issue lawful orders appropriate for the completion of their assigned tasks. Failure to obey lawful orders violates Article 92 of the UCMJ (duty status determines Air Reserve Component authority).

3.1.2. Strive for and maintain the highest level of personal readiness to meet Air and Space Expeditionary Force mission requirements:

3.1.2.1. Be technically ready to accomplish the mission. Attain and maintain a skill level commensurate with their rank and maintain a high degree of proficiency in their awarded specialty as outlined in their Career Field Education and Training Plan (CFETP). (AFI 36-2201, *Air Force Training Program;* AFPD 36-22, *Air Force Military Training).*

3.1.2.2. Be physically ready to accomplish the mission. Keep themselves in good physical condition and meet Air Force fitness standards. Participate in the Air Force Fitness Program. (AFI 10-248, *Fitness Program*).

3.1.2.3. Be mentally ready to accomplish the mission. Issues that can affect and detract from mental readiness are quality of life, financial problems, sexual harassment, discrimination, stress, marital problems, and substance abuse. These types of issues can prevent individuals from focusing on the mission, diminish motivation, erode a positive attitude, and reduce the quality of work. All of this negatively impacts mission accomplishment.

3.1.2.3.1. If having difficulty dealing with the issues above, Airmen should seek assistance through their supervisory chain, first sergeant, commander, chaplain, or appropriate referral agencies. Airmen are expected to take positive steps to resolve these issues in a responsible manner.

3.1.2.3.2. Actively support the Air Force's policy of "zero tolerance" for discrimination and sexual harassment. Airmen must help maintain an environment free of any behaviors that hinder other team members' ability to achieve their full potential and maximize their contribution. (AFI 36-2706, *Military Equal Opportunity and Treatment Program.*)

3.1.2.3.3. Be alert to detect people who may be exhibiting suicidal behavior and immediately report it to their supervisory chain, first sergeant, or commander. Fellow Airmen are a very important part of suicide prevention.

3.1.2.4. Be spiritually ready to accomplish the mission. Spiritual readiness is the development of those personal qualities needed to help a person through times of stress, hardship, and tragedy. Spiritual readiness may or may not include religious activities.

3.1.2.5. If postured to deploy, meet all pre-deployment requirements.

3.1.3. Exhibit professional behavior, military bearing, respect for authority, the highest standards of dress and appearance, and exemplary standards of on and off-duty performance. Airmen should correct personnel who violate military standards. (AFI 36-2903, *Dress and Personal Appearance of the Air Force Personnel*; AFPD 36-29, *Military Standards*; AFI 36-2909, *Professional and Unprofessional Relationships*.)

**3.2. Specific Airman Responsibilities.**

3.2.1. Airman Basic (AB). ABs are primarily in a learning capacity, adapting to the requirements of the military profession, acquiring knowledge of military customs, courtesies, and Air Force standards, as well as striving to attain technical proficiency. If at their first duty station, they can perform basic tasks under close supervision. ABs operate at the tactical level. The official term of address is Airman Basic or Airman.

3.2.2. Airman (Amn). Amn, while still primarily in a learning capacity, are expected to understand and conform to military standards, customs and courtesies. Despite primarily being in a learning capacity, if at their first duty station, Amn, over time, often begin to show some job proficiency at basic tasks. They will still require significant supervision and support. Amn operate at the tactical level. The official term of address is Airman.

3.2.3. Airman First Class (A1C). A1Cs fully comply with Air Force standards and are expected to devote their efforts to the mastery of skills required in their career fields and the military profession, while becoming effective team members. After a few months at their first duty station, they are usually skilled on numerous tasks. Continued supervision is essential to A1Cs' ongoing technical and professional growth. They typically earn their 5-skill level at this grade. A1Cs operate at the tactical level. The official term of address is Airman First Class or Airman.

3.2.4. Senior Airman (SrA). SrA are commonly used as skilled technicians and trainers. It is essential SrA begin developing supervisory and leadership skills through progressive responsibility on the job, PME, individual study, and mentoring by their supervisors. When utilized as supervisors, SrA strive to establish themselves as effective first-line supervisors, through maximum use of guidance and assistance from the NCOs above them. SrA can be utilized as reporting officials upon completion of Airman Leadership School (ALS). SrA operate at the tactical level. The official term of address is Senior Airman or Airman.

## Chapter 4

## NCO RESPONSIBILITIES

**4.1. General NCO Responsibilities.** NCOs must:

4.1.1. Accept and execute all duties, instructions, responsibilities, and lawful orders in a timely, efficient manner. Lead subordinates and exercise effective followership in mission accomplishment. Place the requirements of their official duties and responsibilities ahead of their personal desires. NCOs have the authority to issue lawful orders appropriate for the completion of their assigned tasks. Failure to obey lawful orders violates Article 92 of the UCMJ (duty status determines Air Reserve Component authority).

4.1.2. Maintain the highest level of readiness to meet Air and Space Expeditionary Force mission requirements. An NCO's primary purpose in the Air Force is to be a skilled technician in their assigned specialty and building, preparing, and leading teams to accomplish the mission.

4.1.2.1. Be technically ready to accomplish the mission. Attain and maintain a skill level commensurate with their rank and maintain a high degree of proficiency in their duties as outlined in their CFETP. Additionally, they must train and develop their subordinates to ensure they are also technically ready to accomplish the mission. (AFI 36-2201, *Air Force Training Program;* AFPD 36-22, *Air Force Military Training).*

4.1.2.2. Be physically ready to accomplish the mission. Keep themselves in good physical condition, meet Air Force fitness standards, and set a positive example for subordinates. Lead the way by promoting, supporting, and participating in the Air Force Fitness Program and their units' physical training programs. Incorporate physical training into their teams' duty schedules. (AFI 10-248, *Fitness Program*).

4.1.2.3. Be mentally ready to accomplish the mission. Issues that can affect and detract from mental readiness are quality of life, financial problems, sexual harassment, discrimination, stress, marital problems, substance abuse, and lack of recognition. These types of issues can prevent individuals from focusing on the mission, diminish motivation, erode a positive attitude, and reduce the quality of work. Also, ensure they are monitoring and addressing problems with their subordinates' mental readiness.

4.1.2.3.1. If NCOs are experiencing problems dealing with the issues above and require assistance, they must consult their supervisory chain, their first sergeant, commander, chaplain, or appropriate referral agencies. NCOs must always take positive steps to resolve these types of issues in a responsible manner.

4.1.2.3.2. Assist subordinates in resolving personal, financial, marital, alcohol, and stress related problems. Supervisors are often in the best position to detect early indications of these problems and are key to identifying, addressing, and resolving them. Supervisors must stay involved and be supportive as their subordinates struggle to resolve their problems. Supervisors must also clarify Air Force standards, provide feedback on duty performance, and provide counseling on professional behavior, military bearing, and available referral agencies. If additional assistance is required, NCOs must consult their supervisory chain, their first sergeant, chaplain, or appropriate referral agency. (AFPD 36-29, *Military Standards*; AFI 36-2406, *Officer and Enlisted Evaluation System*; AFI 36-2909, *Professional and Unprofessional Rela-*

*tionships*; AFI 44-121, *Alcohol and Drug Abuse Prevention and Treatment (ADAPT) Program*; AFI 44-120, *Drug Abuse Testing Program*).

4.1.2.3.3. Actively support the Air Force's policy of "zero tolerance" for discrimination and sexual harassment. NCOs must maintain a professional environment that enables personnel to achieve their full potential and maximize their contribution. (AFI 36-2706, *Military Equal Opportunity and Treatment Program*).

4.1.2.3.4. Remain watchful for signs that subordinates, or any Air Force member, may be suicidal. Supervisors are often in the best position to detect early signs of suicidal behavior. If an NCO notices a person is exhibiting behavior indicating they may be suicidal, NCOs must immediately seek assistance from their first sergeant, commander, security forces, chaplain, life skills support center, or medical personnel and remain with the person until relieved by the proper authority.

4.1.2.3.5. Frequently visit dining facilities, chapel centers, recreation facilities, dormitories, and enlisted clubs to familiarize themselves with their subordinates' off-duty opportunities and living conditions.

4.1.2.3.6. Appropriately recognize and reward those individuals whose military conduct and duty performance clearly exceed established standards. Also, hold subordinates accountable when they do not meet established standards.

4.1.2.4. Be spiritually ready to accomplish the mission. Spiritual readiness is the development of those personal qualities needed to help a person through times of stress, hardship, and tragedy. Also, provide assistance to subordinates who may be struggling with their spiritual readiness through the Chaplain, life skills support center, or other support agencies. Spiritual readiness may or may not include religious activities.

4.1.2.5. If postured to deploy, meet all pre-deployment requirements. Also, ensure they educate and assist subordinates with deployment preparation actions. Correct and counsel subordinates when they don't meet deployment readiness standards. NCOs are responsible for their subordinates' deployment readiness status.

4.1.3. If senior in grade, accept responsibility for assuming the role of leader. Responsibility and accountability increase commensurate with grade. This policy stems from time-honored military customs and traditions. Within enlisted grades, NCOs take rank and precedence over all Airmen and other NCOs according to rank. Within the same grade - Date of Rank (DOR), Total Active Federal Military Service Date (TAFMSD), Pay Date, and Date of Birth (DOB) determine seniority.

***NOTE:*** In some circumstances, commanders may place NCOs who are lower in rank in charge of other NCOs of the same grade (i.e. A TSgt, with a date of rank of 1 Apr 02, is placed in charge of a fellow TSgt, with a date of rank of 1 May 01.). When placed in charge by commanders, these NCOs have the authority to issue lawful orders appropriate for mission accomplishment. Failure to obey lawful orders violates Article 92 of the UCMJ (duty status determines Air Reserve Component authority).

4.1.4. Support and explain leaders' decisions.

4.1.5. Take an *active* leadership and supervisory role by staying involved with their personnel on a daily basis. Take their experience and knowledge and focus it downward to their personnel. Mentor, by providing guidance and instruction to subordinates to develop and grow them so they are prepared

to accept increased levels of authority and responsibility. Help each of them reach his/her full potential.

4.1.6. Exceed the standards and expectations levied upon their Airmen. Epitomize excellence, serving as a role model for Airmen to emulate. Lead by example by exhibiting professional behavior, military bearing, respect for authority, and the highest standards of dress and appearance. Instill these types of behaviors in their subordinates. Clarify Air Force standards regarding such things as duty performance, safety, on/off-duty behavior, professional/unprofessional relationships, and personal appearance. Be alert to personnel who violate Air Force standards and immediately correct them. (AFPD 36-29, *Military Standards*; AFI 36-2406, *Officer and Enlisted Evaluation Systems*; AFI 36-2909, *Professional and Unprofessional Relationships*; AFI 91-202, *The US Air Force Mishap Prevention Program*).

4.1.7. Provide career counseling to subordinates on benefits, entitlements, and opportunities available during an Air Force career. Ensure subordinates understand what is expected to be competitive for promotion and what types of career opportunities exist for them. At a minimum, counseling occurs in conjunction with performance feedback counseling or when an individual comes up for quality review under the selective reenlistment program. At the end of the counseling session, review with and provide each individual the Air Force Benefits Fact Sheet.

4.1.8. Promote a culture of flexible Airmen who are capable of mastering multiple tasks to better support Air and Space Expeditionary Force mission requirements.

4.1.8.1. Consider pursuing opportunities, and encourage subordinates, to retrain into Air Force shortage career fields, when appropriate, to balance the force, enabling the Air Force to meet mission requirements.

4.1.8.2. Consider pursuing opportunities, and encourage subordinates, to serve in special duties, such as Military Training Instructor, PME Instructor, Recruiter, etc.

4.1.9. Secure and promote PME and professional enhancement (PE) for themselves and subordinates to develop and cultivate leadership skills and military professionalism. In addition, support voluntary off-duty education opportunities to enhance professional growth. (AFI 36-2301, *Professional Military Education*).

4.1.10. Promote organizational esprit de corps and foster good community relations by supporting professional organizations as well as unit, base, and Air Force events. Also, encourage subordinates to do the same.

**4.2. Specific NCO Responsibilities.**

4.2.1. Staff Sergeant (SSgt). SSgts are primarily highly skilled technicians with supervisory and training responsibilities. They must continuously strive to further their development as technicians. SSgts must also strive for greater supervisory competence, and they should be given opportunities to demonstrate leadership, as they develop as leaders. They are responsible for their subordinates and the effective accomplishment of all assigned tasks. They ensure proper and effective use of all personnel and materiel under their control. SSgts operate at the tactical level. The official term of address is Staff Sergeant or Sergeant.

4.2.2. Technical Sergeant (TSgt). TSgts are often their organizations' technical experts within their specialty, in addition to providing sound supervision and training. They are responsible for the devel-

opment of all assigned enlisted personnel. They must obtain maximum performance from each subordinate and ensure the mission is efficiently and effectively accomplished. TSgts must continuously strive to broaden and perfect their technical expertise and supervisory techniques. TSgts operate at the tactical level of leadership. The official term of address is Technical Sergeant or Sergeant.

## Chapter 5

## SNCO RESPONSIBILITIES

**5.1. General SNCO Responsibilities.** In addition to meeting all NCO responsibilities, SNCOs must:

5.1.1. Provide highly effective leadership. A SNCO's primary purpose in the Air Force is leading and managing teams to accomplish the mission.

5.1.2. Translate their leaders' direction into specific tasks and responsibilities their teams understand and can execute. Support and explain leaders' decisions. SNCOs should study the decisions to understand their rationale and goals, so they can fully leverage their personal experience and knowledge to more effectively accomplish the mission.

5.1.3. Be an active, visible leader. Develop their NCOs into better leaders and supervisors. Deliberately grow and prepare their NCOs to be effective future SNCOs.

5.1.4. Help leadership make informed decisions. SNCOs must draw upon their knowledge and experience to provide constructive input, when appropriate, to best meet the challenges facing their organizations.

5.1.5. Support company grade officers' (CGO) continued development as leaders by sharing knowledge and experience, when appropriate, to best meet their organizations' challenges. Build professional relationships with CGOs, striving to create the most effective leadership teams to best accomplish the mission.

5.1.6. Exceed the standards and expectations levied upon their NCOs and Airmen. Epitomize excellence, professionalism, and competence, serving as a role model for NCOs and Airmen to emulate.

5.1.7. Ensure money, facilities, and resources are utilized in a manner that is efficient, effective, and in the best interests of the Air Force. Plan resource utilization, replenishment, and budget allocation to ensure personnel are provided the equipment and resources needed to effectively accomplish the mission.

5.1.8. Promote a culture of flexible Airmen capable of adapting to evolving Air Force requirements throughout a career.

5.1.8.1. Consider, support, and encourage retraining as needed, to balance the force and enable our Air Force to meet mission requirements.

5.1.8.2. Consider, support, and encourage serving in special duties, such as first sergeant, military training instructor, recruiter, or PME instructor.

5.1.9. Continue professional developmental through a variety of means, such as books, voluntary career development courses, lectures, off-duty education, leadership seminars, etc. Personal professional growth never ends.

**5.2. Specific SNCO Responsibilities.**

5.2.1. Master Sergeant (MSgt). MSgts are transitioning from being technical experts and first line supervisors to operational leaders who merge their personnel's talents, skills, and resources with other teams' functions to most effectively accomplish the mission. They are continuing to develop their leadership and management skills. This rank carries significantly increased responsibilities and

requires a broad technical and managerial perspective. MSgt selects should immediately enroll and complete Course 12, SNCO PME Distance Learning Course, in preparation for their new roles. MSgts normally operate at the operational level of leadership. The official term of address is Master Sergeant or Sergeant.

5.2.2. Senior Master Sergeant (SMSgt). SMSgts are key, experienced, operational leaders, skilled at merging their personnel's talents, skills, and resources with other teams' functions to most effectively accomplish the mission. SMSgts continue to develop their leadership and management skills in preparation for expanded responsibilities and higher leadership positions. SMSgts normally operate at the operational level of leadership. The official term of address is Senior Master Sergeant or Sergeant.

5.2.3. Chief Master Sergeant (CMSgt). The rank of CMSgt is the highest enlisted rank in the Air Force, with the exception of the Chief Master Sergeant of the Air Force (CMSAF). Since its inception, the rank of CMSgt has evolved to hold a very distinctive role in the force. Superiors and subordinates alike rightfully place very high expectations upon those serving in this grade. CMSgts serve in key leadership roles at all levels in the Air Force from flight-level up to Air Staff. They serve as commandants, superintendents, program managers, command chief master sergeants, functional managers, and career field managers. The Air Force ensures only the very best NCOs are selected to this top rank. CMSgts, as senior leaders in our force, must at all times epitomize the finest qualities of a military leader. CMSgts bring substantial institutional, operational, and functional experience as well as strong leadership skills to their organizations and all assigned tasks. CMSgts must continually strive to further develop their leadership and management skills to better prepare them for future roles. As key mentors they must actively develop their Airmen, NCOs, and SNCOs into the enlisted leaders of the future. CMSgts are assigned Chief Enlisted Manager (CEM) codes upon selection to CMSgt and may fill any leadership/managerial level position and perform all duties not prohibited by law or directive. CMSgts serve at the operational and strategic levels of leadership, depending on assignment. The official term of address is Chief Master Sergeant or Chief.

## Chapter 6

## SPECIAL SNCO POSITIONS

**6.1. Special SNCO Positions.** SNCOs serve in a number of special leadership positions. These positions are listed below:

6.1.1. Chief Master Sergeant of the Air Force (CMSAF). The CMSAF is the senior enlisted member of the Air Force and takes precedence over all enlisted members while serving in the position. The CMSAF provides leadership to the enlisted force and advises the Chief of Staff, Secretary of the Air Force, Chairman of the Joint Chiefs of Staff, and the Secretary of Defense on enlisted matters. The CMSAF communicates with the force and testifies before Congress. The CMSAF operates at the strategic level of leadership. The official term of address is Chief Master Sergeant of the Air Force or Chief. (AFI 36-2109, *Chief Master Sergeant of the Air Force and Command Chief*).

6.1.2. Command Chief Master Sergeants (CCM). The CCM is the top enlisted position in a wing, NAF, MAJCOM, or other organization authorized a CCM. The CCM provides leadership to the enlisted force and advises commanders on matters impacting the enlisted force, among other responsibilities. The CCM is the functional manager for the first sergeants in their organization. MAJCOM CCMs operate at the strategic level of leadership. All other CCMs operate at the operational level of leadership. (AFI 36-2109, *Chief Master Sergeant of the Air Force and Command Chief*).

6.1.3. Air Force Career Field Managers (AFCFM). Enlisted AFCFMs are typically CMSgts serving at Headquarters Air Force who are responsible for organizing and managing one or more enlisted career fields. Their responsibilities include establishing career field entry requirements, managing trained personnel requirements and manning, as well as developing and managing career-long training plans' requirements and programs. They also construct viable career paths, evaluate training effectiveness, monitor health and manning of the career field, and provide input on personnel policies and programs. Additionally, they develop force management policies and programs, develop contingency planning policy, validate deployment requirements, and verify workforce availability. They are also functional experts. They ensure their career fields are responsive to both current and future needs of the Air Force. They communicate directly with other Headquarters Air Force offices on issues impacting their career field and with their respective MAJCOM enlisted career field representatives and Air Education and Training Command Training Managers to disseminate Air Force and career field policies and program requirements. AFCFMs operate at the strategic level of leadership.

6.1.4. MAJCOM Functional Managers (MFM). Enlisted MFMs are SNCOs who manage designated enlisted career fields for a MAJCOM and serve as the MAJCOM liaisons for their respective AFCFMs. MFMs monitor the health and manning of their career fields within their command and elevate concerns to the AFCFMs. They manage command training for their career field and coordinate command training and personnel issues across their MAJCOM staff and with AFCFMs. They disseminate Air Force and career field policies and program requirements affecting their career field throughout the MAJCOM. They coordinate with the Air Force Personnel Center, through their MAJCOM/DP, to distribute personnel throughout the MAJCOM to ensure proper command prioritization of allocated/assigned personnel resources. They provide functional and subject matter expertise to Air Education and Training Command Training Managers to develop new or modify/improve existing training programs. Enlisted MFMs operate at the strategic level of leadership.

6.1.5. Commandants. Enlisted academy commandants are CMSgts who lead the enlisted academies. There are commandants at each NCO Academy, the SNCO Academy, and the First Sergeant Academy. Enlisted academy commandants implement and enforce policies, procedures, and directives directly related to the accomplishment of the academies' course of instruction. They analyze data and provide direction and vision regarding the effectiveness of their academies' efforts via curriculum evaluations, faculty assessment and development, student achievement criteria/feedback, and contact with senior leadership. They are responsible for ensuring and coordinating their academies' alignment with the current and future needs of USAF and DoD missions. Additionally, they coordinate frequent visits from high-ranking military and civilian leadership. NCO Academy and First Sergeant Academy commandants operate at the operational level of leadership. The Commandant, Air Force SNCO Academy operates at the strategic level of leadership due to the broad range of impact and responsibilities. The Vice Commandant, College for Enlisted Professional Military Education (CEPME) leads all enlisted PME efforts in the Air Force as directed by the Commander, CEPME, and also operates at the strategic level of leadership.

6.1.6. Group Superintendent. Group superintendents provide leadership and management in organizing, equipping, and training towards the accomplishment of the organization's mission. They manage and direct resource activities as well as interpret and enforce policies and applicable directives. They also establish control procedures to meet mission goals and standards. Additionally, they recommend or initiate actions to improve organizational effectiveness and efficiency as well as ensure the management of personnel and resources are consistent with current practices and procedures in support of the wing's mission. They resolve issues between subordinate squadrons, other groups, wing staff, and outside agencies as well as perform other duties as directed by the group commander. Group superintendents operate at the operational level of leadership.

6.1.7. First Sergeants. First sergeants are specially selected SNCOs freed from operational and production requirements to provide a dedicated focal point for enlisted issues within their units. First sergeants derive their authority from the unit commander and exercise general supervision over all assigned enlisted personnel. At home station or deployed, a first sergeant's primary responsibility is to maintain a mission-ready enlisted force. First sergeants provide sound advice to commanders on a wide range of topics including morale, discipline, mentoring, well-being, recognition, and the professional development of enlisted members. They ensure the enlisted force understands the commanders' policies, goals, and objectives. They ensure support agencies are responsive to their people's needs. They conduct quality force reviews on all enlisted performance reports and decoration recommendations. Working with their fellow SNCOs and supervisors, first sergeants ensure discipline is equitable and effective, and that the highest level of esprit de corps is maintained. First sergeants work closely with the command chief master sergeant to prepare the organization's enlisted force to best execute all assigned tasks. They participate in the first sergeants council, and other activities that support the total needs of the military community. First sergeants operate at the operational level of leadership.