33

*BY ORDER OF THE SECRETARY OF THE AIR FORCE*

*AIR FORCE INSTRUCTION 51-604*

*1 OCTOBER 2000*

*Law*

# *APPOINTMENT TO AND ASSUMPTION OF COMMAND*

**COMPLIANCE WITH THIS PUBLICATION IS MANDATORY**

**NOTICE:** This publication is available digitally on the AFDPO WWW site at: http://afpubs.hq.af.mil.

OPR: HQ USAF/JAG (Maj Doug Murdock)

Certified by: HQ USAF/JAG (Mr. H. Gordon Wilder)

Supersedes AFI 51-604, 2 Jan 1997.

Pages: 16

Distribution: F

This instruction implements AFPD 51-6, *Civil Law for Organizational Activities*. It explains appointment to and assumption of command and tells how to determine command responsibility of and for Air Force military personnel. It applies to members and organizations in the Regular Air Force, Air Force Reserve, and Air National Guard when in federal service.

This instruction requires maintaining information subject to the Privacy Act of 1974 authorized by 10 U.S.C. § 8013 and Executive Order 9397. System of records notice F036 AF PC C, Military Personnel Records System, applies.

*SUMMARY OF REVISIONS*

**This document is substantially revised and must be completely reviewed.**

This revision clarifies the rules for and authority of active duty officers to command Air Force organizations; further explains that civilian employees may not command; clarifies eligibility criteria for appointment to and assumption of command; extends delegation of appointment authority to commanders of Air Force components in a joint force, and clarifies the rules pertaining to appointment authority within a joint force; reinstates provisions implementing statutory restrictions on exercise of command authority by medical, dental, veterinary, and medical service officers and nurses; and provides revised guidance on the completion of AF Form 35, *Request and Authorization for Assumption of/Appointment to Command.* Word changes and reordering and renumbering of certain paragraphs have been made to clarify the text. A bar (|) indicates revisions (other than minor word changes or paragraph renumbering) from the previous edition.

**1. Command Authority:**

1.1. Command is exercised by virtue of office and the special assignment of officers holding certain military grades and who are thereby eligible by law to exercise command.

1.2. An officer may command an organization to which he or she is assigned or attached, in which he or she is present for duty, and for which he or she is otherwise eligible and authorized to command.

1.2.1. An officer is assigned to duty in an organization for considerations of command through permanent-change-of-station (PCS) orders or permanent change of assignment (PCA) orders, and <u>may</u> be attached to an organization for considerations of command by temporary duty (TDY) orders or detail if such is specifically ordered by competent authority. Temporary duty with or detail to an organization does not entitle an officer to assume command unless competent authority specifically appoints the officer to command.

1.2.2. An officer need not be physically present to be "present for duty" for the purposes of command. An officer may command so long as the officer is assigned to the organization, has properly assumed or been appointed to command, and is in reasonable communication with the organization. Being in a leave status and/or temporarily away from the unit commanded does not automatically result in loss of command authority.

1.3. In addition to the traditional principles governing appointment to and assumption of command as established by law, regulation, custom, and policy, a basic responsibility exists for all officers to assume command temporarily in an emergency or when essential to good order and discipline.

1.4. An officer who is assigned to duty in a unit which he or she is eligible to command but which is commanded by another officer of the same grade, but of lower rank, is subject to the command authority of the officer of lower rank. However, an officer cannot command another officer of higher grade, who is otherwise eligible to command, whether by assumption or appointment.

1.5. The Senior Air Force Officer (SAFO) of a unified command, combined task force, or activity outside the Air Force is a commander for purposes of imposing nonjudicial punishment on those Air Force members assigned to that organization even if the Air Force element of that organization has not been formally designated as a unit and the SAFO has not formally assumed or been appointed to command.

1.6. The officer serving as the Commander, Air Force Forces (COMAFFOR) for a given contingency operation exercises command authority over those Air Force members deployed in support of that contingency, to include nonjudicial punishment authority.

1.7. Enlisted members cannot exercise command.

1.8. Although they may hold supervisory positions and provide work direction, civilians cannot command Air Force units.

1.9. A retired officer has no right to command except when on active duty (10 U.S.C. § 750).

1.10. With the exception of paragraph **5.1.1.** below, only Air Force officers may command Air Force organizations. This restriction addresses Air Force organizations only; it is not intended as a limitation on the rules governing joint service commands.

1.11. Frocked officers have no legal authority by virtue of their frocked grade (10 U.S.C. § 777). Command succession questions must be resolved using the frocked officer's permanent grade, not his or her frocked grade.

3.2.2. The returning commander needs no new assumption or appointment orders.

3.2.3. If, during the permanent commander's temporary absence, another officer senior in grade who is eligible to command is assigned, or attached for purposes of command, to the organization, then the returning commander may not resume command while the officer senior in grade remains assigned, or attached for purposes of command.

3.3. Assumption of or Appointment to Command Because of Death, Prolonged Absence, or Disability of Commander:

3.3.1. In the event of death, prolonged absence, or disability of the commander, the next senior officer assumes command until relieved by proper authority. Alternately, the appropriate superior competent authority can appoint an officer to command.

3.3.1.1. Prolonged Absence or Disability. It is not possible to establish a rule or advance determination as to what is a prolonged absence or disability justifying assumption of or appointment to command of another officer. The expected length of the absence or disability, the types of command actions and decisions that will be necessary during the absence or disability, and the communication vehicles available for use during the commander's absence or disability are factors affecting the determination of whether an interim commander is necessary.

3.3.2. An officer who succeeds to command assumes responsibility for all orders in force at the time and for all public property and funds pertaining to that command or duty.

3.4. Command During Short Absences:

3.4.1. Absence or disability of the commander for short periods of time does not incapacitate that commander from discharging the functions of command and, except under unusual circumstances, does not warrant assumption of command by another officer.

3.4.2. During shorter absences or disability of the commander which, by common sense, do not warrant an assumption of command, the commander's designated representative acts for the commander in the commander's name, as is routinely done when the commander is present, unless precluded by paragraph 6.4.2.

3.4.3. Except in urgent cases, an officer in temporary command may not change or cancel the standing orders of the permanent commander, without authority from that permanent commander or a higher level commander.

**4. Special Rules and Limitations to Command:**

4.1. Special rules exist for positions designated under 10 U.S.C. § 601 for the grade of lieutenant general or general.

4.1.1. Officers assigned to positions which have been designated by the President to be positions of importance and responsibility in accordance with 10 U.S.C. § 601 become eligible to attain the grade of lieutenant general or general by virtue of their service in those positions (although they need not necessarily carry that grade to serve in that position). If the President nominates an officer to carry the three or four star grade associated with the particular position and the Senate consents to the nomination, then the officer may assume that grade. Because these officers retain their grade only as long as they serve in their appointed positions, any act removing them from

their position will effectively vacate their grade and they will revert to their former permanent grade unless one of three narrow exceptions applies. (See 10 U.S.C. § 601 for the list of exceptions). Consequently, three and four star generals serving in command positions must always remain in command until relieved by superior competent authority, even during lengthy absences. No other officer may temporarily assume or be appointed to command in the absence of the incumbent unless first authorized by the appropriate superior competent authority and coordinated with AFGOMO, the Air Force General Officer Matters Office.

4.1.2. In the event a three or four star commander is disabled or will be absent for a prolonged period, notify AFGOMO as soon as possible.

4.1.3. Until official instructions arrive, the commander's designated representative continues to act for the commander in the commander's name, as is routinely done when the commander is present.

4.1.4. In the absence of a commander appointed by the President with the advice and consent of the Senate under the provisions of 10 U.S.C. § 601, command in positions designated as positions of importance and responsibility follow the normal rules for appointment to and assumption of command. Command of an Air Force organization must continue. The commander so succeeding will carry the title of commander and have the incidents of authority associated with command; however, that commander will not be entitled to the increased grade bestowed by virtue of appointment under 10 U.S.C. § 601.

4.1.5. Officers assigned to three and four-star command positions assume command in the normal manner if they are the senior officer in that command at the time of accession to command, and regular assumption of command orders will be published. If appointment orders will be required, contact AFGOMO for guidance.

4.2. Officers Restricted in Command:

4.2.1. Officers assigned to HQ USAF cannot assume command of personnel, unless competent authority specifically directs.

4.2.2. An officer quartered on an Air Force installation, but assigned to another organization not charged with operating the installation, cannot assume command of the installation by virtue of seniority.

4.2.3. Chaplains cannot exercise command (10 U.S.C. § 3581). They do have the authority to give lawful orders and exercise functions of operational supervision, control, and direction.

4.2.4. Judge advocates can exercise command only with the express authorization of The Judge Advocate General; or as the senior ranking member among a group of prisoners of war; or under emergency field conditions such as described in paragraph **1.7.**

4.2.5. An officer designated as a medical, dental, veterinary, medical service, or biomedical sciences officer, or as a nurse, cannot exercise command except of those organizations and installations whose primary mission involves health care or the health professions (10 U.S.C. § 8579).

4.2.6. Only officers designated as a medical, dental, veterinary, medical service, or biomedical sciences officer, or as a nurse, can command organizations and installations whose primary mission involves health care or the health professions (10 U.S.C. § 8067).

4.2.7. Students cannot command an Air Force school or similar organization.

4.2.8. Reserve Component officers who are not on extended active duty orders cannot command organizations of the Regular Air Force. For purposes of this instruction, extended active duty is defined as a period of 90 days or more during which the Reserve Component officer is on active duty (other than for training) orders. This means only that the officer's active duty orders be for a period of 90 days or more, not that the officer have actually served for 90 days. Thus, an officer called to active duty for a 90-day period or more may be placed in command of a Regular Air Force unit on the first day of his or her period of active duty service.

4.2.8.1. Exception: The COMAFFOR or delegee may authorize Reserve Component officers not on extended active duty to command Regular Air Force units operating under the COMAFFOR's authority. This authority may be delegated to no lower than the commanders of Aerospace Expeditionary Wings (AEWs) for expeditionary units operating under their authority.

4.2.8.2. This restriction does not preclude Reserve Component officers from exercising command over Reserve Component units or personnel called to active duty under proper statutory authority.

4.2.9. Regular officers and Reserve officers on extended active duty cannot command organizations of the Air Force Reserve, unless HQ USAF/RE approves.

4.2.10. Officers prohibited to command by competent authority cannot assume command.

4.2.11. An officer who succeeds to command assumes responsibility for all orders in force at the time and for all public property and funds pertaining to that command or duty.

4.2.12. Officers restricted from command under the above provisions retain the power to give lawful orders and to exercise all the other normal incidents of officership.

**5. Command of Flying Organizations.** Flying organizations have as their primary mission flying manned aircraft, or planning and directing the employment of manned aircraft.

5.1. Only Line of the Air Force crewmembers occupying active flying positions can command flying organizations.

5.1.1. Exception: Officers from other military departments who have USAF-equivalent crewmember ratings or certifications can command consolidated flying training organizations in accordance with appropriate interservice agreements. For purposes of military justice administration, commanders of consolidated flying training units are subject to the same restrictions applicable to joint commanders under the provisions of paragraph **2.2.**, AFI 51-202.

5.2. These officers must hold a currently effective aeronautical rating or crewmember certification, and must be qualified for aviation service in the currently effective aeronautical rating or crewmember certification.

5.3. Organizations with Multiple Missions. Certain types of organizations, such as air base wings or groups, have multiple missions that include responsibility for controlling and directing flying activities or clearing aircraft for flight. These organizations are considered non-flying units; therefore, non-flying officers eligible to command can command such organizations provided that:

5.3.1. The commander of a subordinate flying organization (such as a base operations squadron) or a director of operations and training is delegated responsibility for the flying portion of the mission. If this authority is vested in a director of operations and training, that person must meet the

34

*BY ORDER OF THE SECRETARY OF THE AIR FORCE*

*AIR FORCE MANUAL 36-8001*

*22 JANUARY 2004*

*Personnel*

# *RESERVE PERSONNEL PARTICIPATION AND TRAINING PROCEDURES*

**COMPLIANCE WITH THIS PUBLICATION IS MANDATORY**

---

**NOTICE:** This publication is available digitally on the AFDPO WWW site at: **http://www.e-publishing.af.mil.**

---

OPR: HQ ARPC/XP (Mr. James Jenkins)

Certified by: USAF/REP (Colonel William Canny)

Supersedes AFMAN 36-8001, 25 August 2003

Pages: 110
Distribution: F

---

This manual implements AFPD 36-80, Reserve Training and Education, DoD Directives 1200.7, Screening the Ready Reserve; 1200.16, Contracted Civilian-Acquired Training (CCAT); 1205.14, Enlistment, Appointment and Assignment of Individuals in Reserve Components; 1215.5, Participation in Reserve Training Program; 1215.6, Uniform Reserve, Training and Retirement Categories; 1215.9, Initial Active Duty for Training in Reserve Component; 1215.19, Uniform Reserve, Training and Retirement Category Administration; 1235.9, Management and Mobilization of the Standby Reserve; DoD Instructions 1200.15, Assignment To and Transfer between Reserve Categories, Discharge from Reserve Status, Transfer to the Retired Reserve and Notification of Eligibility for Retired Pay; 1215.7, Service Credit for Reserve Retirement; and administers the DoD 7000.14-R, Volume 7, *Department of Defense Financial Management Regulation (Military Pay Policy and Procedures Active Duty and Reserve Pay)*; DoDI 1215.18, *Reserve Component Member Participation Requirements*. It gives guidelines for training and education activities within an Air Force Reserve unit, the Individual Mobilization Augmentees (IMA) program, and the Individual Ready Reserve (IRR). It tells how to determine Federal service points for Air Force Reserve members. Review the referenced DoD and Air Force references cited in AFPD 36-80 before using this manual. Direct questions about unit Reservists to HQ AFRC/DPM, 155 2nd Street, Robins AFB GA 31098-1635. Direct questions about the IMA or IRR programs to HQ ARPC/XP, 6760 E Irvington Pl #7500, Denver CO 80280-7500. This publication does not apply to the Air National Guard (ANG).

## *SUMMARY OF REVISIONS*

This change revises para **4.3.2.1.** only and incorporates it into **4.3.2.**

**Chapter 1—STANDARDS, TRAINING AND RETIRED CATEGORIES, AND PARTICIPATION REQUIREMENTS** 7

1.1. General Requirements. ........ 7

1.2. Satisfactory Participation. ........ 7
1.3. Unsatisfactory Participation. ........ 8
1.4. Excusing Members for Failure To Perform Minimum Prescribed Duties. ........ 9
1.5. Excusable Authority for Failure To Perform Prescribed Training. ........ 9
1.6. Medical Qualifications. ........ 9
1.7. Air Reserve Technician (ART) Status When Performing Military Duty. ........ 10
1.8. Uniform Code of Military Justice (UCMJ) Jurisdiction. ........ 11
1.9. Leave Entitlement. ........ 11
Table 1.1. USAFR Training and Retired Categories. ........ 11
Table 1.2. Excusing Members for Failure to Perform Minimum Prescribed Training Duties. . 17

**Chapter 2—ALLOWABLE FEDERAL SERVICE FOR MEMBERS OF THE USAFR 18**

2.1. Definition of Points. ........ 18
2.2. Crediting Points and Satisfactory Federal Service. ........ 18
2.3. Maximum Points Creditable. ........ 18
2.4. AD Points. ........ 18
2.5. Training, Pay, and Point Activities. ........ 18
2.6. Telecommuting. ........ 20
2.7. AD for Points Only (44 Military Leave Days). ........ 21
2.8. Establishment of R/R Date ........ 21
2.9. Point Data. ........ 21
Table 2.1. Training, Pay, and Point Activities (Selected Reserve). ........ 21
Table 2.2. Training, Pay, and Point Activities (Individual Ready Reserve). ........ 24
Table 2.3. Training, Pay, and Point Activities (Standby and Retired). ........ 27
Table 2.4. Establishment of Retention/Retirement (R/R) Year or Anniversary Year. ........ 29

**Chapter 3—INITIAL ACTIVE DUTY FOR TRAINING (IADT) 30**

3.1. IADT. ........ 30
3.2. Responsibilities for IADT. ........ 30
3.3. Personal Hardship While on IADT. ........ 31
3.4. Retention on IADT. ........ 31
3.5. Hospitalization and Disability. ........ 31
3.6. Issuing Uniforms. ........ 31

3.7. MPerR. .......... 32
3.8. Elimination From Technical Training. .......... 32
3.9. Release From IADT. .......... 32

**Chapter 4—INACTIVE DUTY TRAINING (IDT)** **33**
4.1. Crediting IDT. .......... 33
4.2. IDT Authorization. .......... 33
4.3. Constructively Present. .......... 34
4.4. Authorizing Official. .......... 35
4.5. Scheduling UTAs. .......... 35
4.6. UTA Schedule Reports. .......... 35
4.7. Rescheduling UTAs. .......... 35
4.8. Training Attachments. .......... 36
4.9. IDT Duration. .......... 37
4.10. Equivalent Training. .......... 38
4.11. Flying Training. .......... 38
4.12. Documenting IDT Participation. .......... 40
4.13. Reserve Unit Program Personnel Actions for Involuntary Reassignment or Administrative Discharge of Unsatisfactory Participants. .......... 41
4.14. Reservist Nonparticipation. .......... 42
4.15. Palace Chase Obligators. .......... 42
4.16. Illness or Injury During IDT. .......... 42

**Chapter 5—ANNUAL TRAINING (AT)** **44**
5.1. AT. .......... 44
5.2. Eligibility for AT. .......... 44
5.3. Ineligibility for AT. .......... 44
5.4. Travel Restrictions. .......... 44
5.5. Travel Limitations. .......... 44
5.6. Approval Authority for AT. .......... 44
5.7. Requesting AT. .......... 44
5.8. School Substitution of AT. .......... 45
5.9. Other Substitutions of AT. .......... 45
5.10. Ordering a Member to AT. .......... 45

1384

5.11. Split AT. .......... 46
5.12. AT Without Pay. .......... 46
5.13. Action Taken on Completion of AT. .......... 46
Table 5.1. ADT, ADSW, and AT Travel Restrictions. .......... 47

**Chapter 6—SCHOOL AND SPECIAL TOURS OF ADT AND ACTIVE DUTY FOR SPECIAL WORK (ADSW) 49**

6.1. Definition of ADT and ADSW. .......... 49
6.2. AD Sanctuary. .......... 49
6.3. Eligibility for ADT and ADSW. .......... 49
6.4. General Guidelines for ADT and ADSW. .......... 50
6.5. Scheduling ADT and ADSW Tours. .......... 51
6.6. Travel. .......... 52
6.7. Application Procedures for ADT (School Tours) Tours. .......... 52
6.8. Requesting ADT (Non School) or ADSW tours: .......... 53
6.9. Special Restrictions on Utilization of RPA Special Tours .......... 57
6.10. School Tour Eligibility. .......... 57
6.11. Waiver of Prerequisites. .......... 57
6.12. Duration and Frequency of School Tours. .......... 57
6.13. Responsibilities for Providing Formal School Training. .......... 58
6.14. Establishing Requirements for School Quotas for IMAs. .......... 59
6.15. Programming Reserve Requirements for School Tours of ADT. .......... 60
6.16. Action Taken After Receiving School Program Approval. .......... 60
6.17. Procedures for Filling, Deleting, or Changing Quota Requirements. .......... 61
6.18. Submitting Unprogrammed Requirements for School Training. .......... 61
6.19. Action Taken on Completion of School or Special Tour of ADT or ADSW. .......... 61
6.20. CCAT. .......... 62
6.21. ART Attendance to Schools. .......... 62

**Chapter 7—RESIDENT PME ATTENDANCE OF AIR FORCE SELECTED RESERVE MEMBERS 66**

7.1. Eligibility for Resident PME. .......... 66
7.2. General Policy for PME. .......... 66
7.3. Officer PME. .......... 66

| | | |
|---|---|---|
| 7.4. | Enlisted PME. | 72 |
| 7.5. | Professional Military Development Short Courses. | 74 |
| 7.6. | PME Attendance Agreement. | 75 |
| 7.7. | Service Commitment. | 75 |
| 7.8. | PME Credit for Schools Attended/Completed in Other Services | 75 |
| Table 7.1. | Reserve Basic Resident PME Eligibility. | 76 |
| **Chapter 8—THE AIR FORCE RESERVE RETRAINING PROGRAM** | | **77** |
| 8.1. | Air Force Reserve Retraining Program. | 77 |
| 8.2. | Types of Retraining for Unit Program. | 77 |
| 8.3. | Retraining Process for IMAs | 83 |
| Table 8.1. | IMA Retraining Request Processing. | 86 |
| Table 8.2. | Contents of Retraining Application Package. | 87 |
| **Chapter 9—FUNERAL HONORS DUTY (FHD)** | | **88** |
| 9.1. | Military Funeral Honors (MFH). | 88 |
| 9.2. | Definition of FHD. | 88 |
| 9.3. | Eligibility to Perform FHD. | 88 |
| 9.4. | Use of FHD Status (Inactive Duty). | 88 |
| 9.5. | Authorization for FHD Status. | 89 |
| 9.6. | Status of USAFR Members Conducting MFH. | 89 |
| 9.7. | Forms Adopted. | 90 |
| 9.8. | Forms Prescribed. | 90 |
| **Attachment 1—GLOSSARY OF REFERENCES AND SUPPORTING INFORMATION** | | **91** |
| **Attachment 2—TRAINING CATEGORY CODE (TCC) DEFINITIONS** | | **98** |
| **Attachment 3—PROFESSIONAL MILITARY EDUCATION (PME) STUDENT ATTENDANCE AGREEMENT** | | **105** |
| **Attachment 4—ISS/SSS PROCESS** | | **106** |
| **Attachment 5—SAMPLE EMPLOYER ACKNOWLEDGEMENT LETTER** | | **108** |
| **Attachment 6—IC 2003-1 TO AFMAN 36-8001, RESERVE PERSONNEL PARTICIPATION AND TRAINING PROCEDURES** | | **109** |

Attachment 7—IC 2004-1 TO AFMAN 36-8001, RESERVE PERSONNEL PARTICIPATION AND TRAINING PROCEDURES 110

## Chapter 1

## STANDARDS, TRAINING AND RETIRED CATEGORIES, AND PARTICIPATION REQUIREMENTS

**1.1. General Requirements.** Members must meet the following requirements, when taking part in pay or points gaining activity:

1.1.1. Dress and appearance standards of AFI 36-2903, *Dress and Personal Appearance of Air Force Personnel*. Chaplains wishing to wear beards for religious reasons must submit their requests for waiver through their chain of command to HQ AFRC/HC, for unit members, or HQ ARPC/HC, for individual reservists. The final approval authority is HQ USAF/RE. Beards may only be worn during tours of 30 days or less.

1.1.2. Weight standards requirements outlined in AFI 40-502, *The Weight and Body Fat Management Program*.

1.1.3. Medical standards and qualifications of AFI 48-123, *Medical Examinations and Standards*.

1.1.4. This instruction requires collecting and maintaining information protected by the Privacy Act of 1974. Privacy Act System notices F036 ARPC I, Point Credit Accounting Record System (PCARS); F036 ARPC K, Inactive Duty Training, Extension Course Institute (ECI) Training; and F036 ARPC L, Professional Military Education (PME) apply. Maintain and dispose of all records created by processes prescribed by this manual in accordance with AFMAN 37-139, *Records Disposition Schedule*.

**1.2. Satisfactory Participation.** Each member must ensure that all general requirements and category requirements in **Table 1.1.** are met. A unit member is responsible for contacting their unit commander or supervisor as soon as the member becomes aware that he or she will not be able to attend a unit training assembly (UTA) or inactive duty training (IDT). A member is also responsible for maintaining their current address and telephone number with the unit and Military Personnel Flight (MPF).

1.2.1. Members may request the substitution of active duty (AD) (military personnel appropriations (MPA) tours) participation that supports contingency operations (a code name operation which typically has a plan ID associated with it) for annual tour and IDT requirements. Substitution requests must be done in advance, substitutions must be approved prior to the start of the tour. Contingencies must be real-world; not exercises. For unit members substitution authority rests with the unit commander. For individual reservists send requests to assigned program managers for approval. Program manager must send copy of the order to HQ ARPC/DPAF. For periods of involuntary recall, substitutions may be done after the fact. MPA tours in support of Aerospace Expeditionary Force (AEF) missions may be substituted for annual tours, see paragraph **5.7.**

1.2.2. Prorate the allowable paid points in a fiscal year for members who move between categories. Calculate as follows: Every month as a unit reservist or IMA in Reserve Section Codes MA, MB, ME, or MR establishes a four point requirement. Every month spent as an IMA in Reserve Sections MC, MD, or MH establishes a two point monthly requirement. There remains an annual maximum of forty-eight points.

1.2.3. The supervisors of IMAs and the supervisors of unit program members (as determined by the commander) will track all training and participation needs. The supervisors may use any documenta-

tion method that best meets their needs and the needs of their members. All training must be scheduled and approved in advance.

1.2.4. Reservists assigned to the IMA program after 1 April (except those gained from another Selected Reserve Program) may prorate the number of IDTs for the remainder of that fiscal year (FY). All FY requirements must be met the following FY. Prorate the number of IDTs as follows: For IMAs assigned to reserve section MB, ME, and MR there is a four paid IDT requirement per month. For IMAs assigned to reserve section MC, there is a two paid IDT requirement per month. For IMAs assigned to reserve section MA There is a Three paid and one nonpay IDT requirement per month. Prorated IDTs can be performed at any time prior to the end of the FY, with program managers approval.

**1.3. Unsatisfactory Participation.** Unsatisfactory participation is failure to meet requirements of **Table 1.1.**, and all general requirements.

1.3.1. A unit member who has nine or more unexcused IDT absences, in a 12-month period with the first month missed as month one, or has not completed a scheduled Annual Tour (AT) tour in a FY (unless substituted or excused) is considered an unsatisfactory participant.

1.3.2. For IMAs unsatisfactory participation is failure to meet requirements of **Table 1.1.** each FY. HQ ARPC/DPAF distributes a list annually of unsatisfactory IMA FY participants to the program managers. Managers must provide written justification on each individual within 90 days in order to retain the member. Members will automatically be reassigned if written justification is not received within 90 days. Program managers have the authority to approve a first time waiver. HQ ARPC/DPA is the authority for all subsequent waivers.

1.3.3. Command corrective action for unsatisfactory participation. When the retention program (AFI 36-2612, *United States Air Force Reserve (USAFR) Reenlistment and Retention Program*) fails to return a member who has potential for a useful service under conditions of full mobilization to a satisfactory participation status, commanders are authorized to take the following actions when necessary:

1.3.3.1. Delay or defer promotion.

1.3.3.2. Administrative demotion.

1.3.3.3. Involuntary 45 man-day recall. Members who have not fulfilled their Military Service Obligation (MSO) in accordance with Title 10 U.S.C., Section 651, may be ordered to active duty for training (ADT), regardless of the length of prior AD or ADT, for a period of not more than 45 days under Title 10 U.S.C., Section 10148. Recall will be in a special Reserve Personnel Appropriation (RPA) tour status and must be performed at the unit of assignment/attachment. Enlisted members assigned to the Selected Reserve who are ordered to AD or ADT may be returned to their previous unit of assignment or transferred to the IRR. The member's term of enlistment may be extended up to 6 months to permit completion of the designated period of AD in accordance with Title 10 U.S.C., Section 10148.

1.3.3.4. Ordered to AD. Members in the Selected Reserve who have not fulfilled their MSO in accordance with Title 10 U.S.C. Section 651, and have not served on AD, or ADT for a total of 24 months, for such period of time the Secretary deems appropriate, may be required to serve on AD until their AD or ADT equals 24 months (Title 10 U.S.C. Section 12303).

1.3.4. Disposition of United States Air Force Reserve (USAFR) Unsatisfactory Participants. Commanders and program managers who have determined that unit or individual Reserve service is not in the best interest of the USAFR, may:

1.3.4.1. Reassign unsatisfactory participants to the appropriate subcategory of IRR or Standby Reserve (with unit or program manager authority respectively) in accordance with AFI 36-2115, *Assignments Within the Reserve Components.*

1.3.4.1.1. Ensure that on transfer to the IRR, members understand their MSO as a member of the IRR, including the requirement for satisfactory participation in the annual reporting (Muster Duty and/or Push/Pull) program. Failure to satisfactorily participate in annual screening requirements may result in an involuntary recall to ADT for 45 days regardless of the length of prior AD or ADT.

1.3.4.2. Initiate discharge action according to AFI 36-3209, *Separation and Retirement Procedures for Air National Guard and Air Force Reserve Members.*

**1.4. Excusing Members for Failure To Perform Minimum Prescribed Duties.**

1.4.1. Minimum Retention/Retirement (R/R) requirements. A member qualified for retirement under the guidelines of AFI 36-3209, (except for having reached age 60) must accrue 50 total retirement points (including 15 membership points) during the R/R year to stay in the Ready Reserve. Membership points are prorated for periods less than 1 year. If the points are not accrued, an officer or an enlisted member is transferred according to AFI 36-2115, or discharged according to AFI 36-3209. The member may only be excused once for failing to accrue the 50-point minimum due to personal hardship or other extraordinary circumstances.

1.4.2. Minimum FY requirements. A Reserve unit commander/program manager may excuse any part of AT or IDT. Excusals for IDT must be obtained before the scheduled training starts. Excusals for AT must be obtained before the conclusion of the FY.

**1.5. Excusable Authority for Failure To Perform Prescribed Training. Table 1.2.** shows approval authority to excuse members for failure to perform the minimum prescribed training duties.

**1.6. Medical Qualifications.**

1.6.1. All members must meet the medical standards in AFI 48-123, and applicable Reserve medical guidance to be considered medically qualified to participate in any pay or point gaining activity.

1.6.2. Members whose medical or dental requirements have expired do not meet the medical standards in AFI 48-123, or applicable Reserve medical guidance and may not participate in any pay or point gaining activities.

1.6.3. A member assigned a "4" under any of the PULHES headings on AF Form 422**, Physical Profile Serial Report**, or on SF 88, **Report of Medical Examination**, by any Air Reserve Component (ARC) or AD medical squadron will not be allowed to participate in any pay or point gaining activity until the "4" has been removed IAW AFI 48-123. Any IDT which is missed due to this medical limitation will be considered excused. A member in this status will be excused from any type of military duty requirements until the profile has been removed and the member found fit for duty. The Personnel Data System (PDS) must be updated to reflect the member as excused.

1.6.4. No pregnant Reserve member will perform military duty beyond the 34th week of pregnancy. Member may return to military duty after they have been cleared by their private care provider. Before the 34th week:

1.6.4.1. A member must obtain a letter from her private physician showing her expected date of delivery, a workplace evaluation from the Public Health Office, Bioenvironmental, or Industrial Hygienist offices, and an AF Form 422, from the military physician prior to being scheduled for any type of military duty. All documentation will be maintained in the member's military medical records. For individual reservists, the documentation will be sent to HQ ARPC/SG for filing in the medical records.

1.6.4.2. A member may retrain or perform school tours if she meets the physical requirements for the course of training and training is completed before the 35th week of pregnancy.

1.6.4.3. Pregnant members may not take part in transoceanic deployment or training. An exception exists for Reservists who reside outside the continental United States (CONUS). These Reservists may perform school tours or ADT within CONUS provided training is completed PRIOR to the member's 34th week of pregnancy. All travel must be completed before the beginning of the member's 35th week of pregnancy. A private physician's letter documenting expected date of delivery, possible or actual medical complications, restrictions regarding physical activities, approval for travel, or any other factor that the attending physician deems relevant to the care of the patient will be reviewed by a military medical officer. The military medical officer will evaluate the member's physical/medical condition and will approve/disapprove via AF Form 422. The medical unit will verbally notify the member's commander of the disapproval. Verbal notifications will be followed up with written documentation via the commander's portion of the AF Form 422. This action will occur within 30 days of travel.

1.6.5. Reservists will not be placed on military orders solely for the purpose of receiving military medical/dental care, evaluation, or examination except as identified in AFI 48-123. Reservists receiving medical/dental care beginning during a tour of duty will not have their orders extended to continue treatment except as identified in DoDD 1241.1, *Reserve Components Incapacitation Benefits*.

1.6.5.1. Reservists not on military orders may be placed on invitational travel orders when directed by appropriate military medical authority to receive an examination, evaluation by military medical/dental facilities to meet military requirements. Invitational travel orders may also be issued to those Reservists receiving military medical/dental care at military medical treatment facilities for the purpose of medical/dental appointments.

1.6.5.2. Reserve medical units do not extend, authorize the extension of, or issue military orders, or invitational travel orders. Orders issuance or extension is the responsibility of the member's commander.

**1.7. Air Reserve Technician (ART) Status When Performing Military Duty.** An ART must be off duty or in an official leave or compensatory status from civil service when they are in a point-gaining activity. ("Official leave" includes annual leave, military leave, leave without pay, compensatory time or credit hours).

1.7.1. 44 Military Leave Days (352 hours). This status can only be used by ARTs during normal duty week hours. Must be placed on regular annual, special, or MPA days to cover weekends, holidays or scheduled days off (SDO). The 44 Military leave days may be used for travel to and from theater if

performed on normal duty days. Members may earn 1 retirement point per each day of active duty (no pay is authorized for this type of tour).

**1.8. Uniform Code of Military Justice (UCMJ) Jurisdiction.**

1.8.1. The UCMJ applies to USAFR members during any inactive or AD. A USAFR member subject to Title 10 U.S.C, Section 802 may be placed on involuntary AD for UCMJ action for activities that occurred during an AD tour or during IDTs.

1.8.2. It is possible to keep USAFR members on AD for trial by court-martial.

**1.9. Leave Entitlement.** When a member takes part in initial active duty for training (IADT), ADT, active duty for support (ADSW), or School tour, leave is accrued at the rate of 2 ½ days per month for tours of 30 consecutive days or more (see AFI 36-3003, *Military Leave Program*). The member is entitled to be paid for unused leave. Payment is restricted to a career maximum of 60 days of unused leave after 9 February 1976. Accrued leave must be included in tour orders of 30 days or more. Barring unforeseen circumstances, the member must be afforded the opportunity to take unused leave.

**Table 1.1. USAFR Training and Retired Categories.**

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| | | | **Then the IDT (see note 1)** | | | **and the Annual Training (AT) (see note 1)** | | |
| **RULE** | **If a member is assigned to** | **in training and retired category** | **requires** | **Maximum Paid training periods (TPs) are (see note 2)** | **and training will be conducted by** | **requires** | **and pay is** | **and training will be conducted by** |
| 1 | An HQ AFRC wing or separate unit organized and trained to serve as a unit if mobilized in Reserve Section (RS) AA-AZ, or A1-A4 | A | 48 paid TPs (see note 3) | 48 per FY (see note 4) | HQ AFRC | Not less than 14 training days (exclusive travel time) (see note 5) | authorized | HQ AFRC |
| 2 | The Selective Service System (SSS) in RS MA | B | 36 paid TPs and 12 Non-paid TPs | 48 per FY (see note 4) | Selective Service System | 12 to 14 training days (exclusive of travel time) per FY (see note 6) | authorized | Selective Service System |
| 3 | IMA position requiring continuity and frequent proficiency training (see note 7) in RS MB, ME, and MR | B | 48 paid TPs | | MAJCOM (see note 8) | | | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| | | | **Then the IDT (see note 1)** | | | **and the Annual Training (AT) (see note 1)** | | |
| **RULE** | **If a member is assigned to** | **in training and retired category** | **requires** | **Maximum Paid training periods (TPs) are (see note 2)** | **and training will be conducted by** | **requires** | **and pay is** | **and training will be conducted by** |
| 4 | An IMA position (including JA and HC) allocated to various levels of command to maintain mobilization proficiency in RS MC | B | 24 paid TPs | 24 per FY | (see note 9) | 12-14 | authorized | MAJCOM (see note 9) |
| | An IMA position in the Critical Medical Skill Program in RS MC | | | N/A | | 12 days (exclusive of travel time) per FY | | |
| 5 | An ARPC Air Reserve Squadron (ARS) IMA position in or SSS in RS MD | B | 24 unpaid | N/A | SSS | 12 to 14 training days (exclusive of travel time) per FY (see note 6) | | SSS |
| 6 | An HQ AFRC unit non prior service member undergoing initial AD training (IADT) in RS CC or CD | F | 48 paid | N/A | N/A | 12 to 14 training days (exclusive of travel time) per FY (see note 11) | authorized | N/A |
| 7 | An HQ AFRC unit non prior service member awaiting IADT in RS CE or CF | P | 1 paid training period (TP) (see note 11) | 2 TPs | unit | no training | not authorized | N/A |
| 8 | An ARPC ARS in RS MX (see notes 8 & 12) | E | (see note 13) | N/A | ARPC or training attachment | no training (see notes 13 and 14) | not authorized (see notes 13 and 14) | N/A (see notes 13 and 14) |
| 9 | An ARPC Ready Reinforcement Personnel Section (RRPS) member in RS MT | | (see notes 13 & 14) | | training attachment | | | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| | | | Then the IDT (see note 1) | | | and the Annual Training (AT) (see note 1) | | |
| RULE | If a member is assigned to | in training and retired category | requires | Maximum Paid training periods (TPs) are (see note 2) | and training will be conducted by | requires | and pay is | and training will be conducted by |
| 10 | An ARPC Nonobligated Nonparticipa-ting Reserve Personnel Section (NNRPS) member in RS RD | E | 1 day muster duty per FY (see note 15) | 1 day muster pay | nearest selected AD base | 2-3 days training per FY as directed (see note 16) | authorized | nearest selected AD base |
| 11 | An ARPC Obligated Reserve Section (ORS) member in RS RA | | 1 day muster duty per FY (see note 15) | 1 day muster pay | nearest selected AD base | 2-3 days training per FY as directed (see note 16) | authorized | nearest selected AD base |
| 12 | HQ ARPC Medical IRR in RS TC, TD, TE | | | | | | | |
| 13 | An ARPC ORS member in RS RC with an extended AD commitment | | | | | | | |
| 14 | An ARPC ARS member undergoing training as a legal intern | K | | | | | authorized | training attachment or ARPC |
| 15 | An ARPC ARS officer undergoing the chaplain candidate training program or the chaplain candidate continuation training program | | (see note 17) | | training attachment or HQ ARPC | training as program directs | | |
| 16 | An ARPC ARS officer undergoing the Armed Forces Health Professions Scholarship Program | K | no TPs | N/A | N/A | 45 days of Special Tour | Authorized | Air Force medical training activities |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| | | | **Then the IDT (see note 1)** | | | **and the Annual Training (AT) (see note 1)** | | |
| **RULE** | **If a member is assigned to** | **in training and retired category** | **requires** | **Maximum Paid training periods (TPs) are (see note 2)** | **and training will be conducted by** | **requires** | **and pay is** | **and training will be conducted by** |
| 17 | The ARPC nonaffiliated Reserve section (NARS) in RS NA or NB | D | N/A | | | not authorized | N/A | N/A |
| 18 | ARPC NARS as an obligator in RS NB | D | N/A | | N/A | no training | not authorized | N/A |
| 19 | ARPC NARS in sanctuary in RS NC(note 18) | | | | training attachment | | | training attachment or ARPC |
| 20 | ARPC NARS in key civilian status in RS ND (note 19) | C | | | | | | |
| 21 | ARPC inactive status list Reserve section (ISLRS) in RS RB | N | no TPs | | N/A | not authorized | | N/A |
| 22 | ARPC retired Reserve section | | | | | | | |

*NOTES:*

1. Do not credit AD as IDT. The commander of a Reserve medical unit or Directorate of Health Services Individual Reserve Programs (HQ ARPC/SG), may permit an assigned health service officer attend one continuing health education (CHE) activity each year in place of a portion of the AT requirement with concurrence of the unit of assignment. Do not authorize if the action would have a negative impact to the member's primary mission.

2. Prorate the maximum allowable paid points in a fiscal year for members who move between categories (to include accessions from active duty). Calculate as follows: Every month as a unit Reservist or IMA in Reserve Sections MA, MB, ME, or MR establishes a four point requirement. Every month spent as an IMA in Reserve Sections MC, or MD, establishes a two point monthly requirement. There remains an annual maximum of 48 points.

3. Each Reserve unit must schedule at least one UTA each month (a UTA consists of two 4-hour periods per day for 2 days). When the unit's AT precludes scheduling a UTA within the same month, the commander may schedule the UTA the month prior to or after the AT even though two UTAs are performed in the same month. Wing commanders may approve split UTAs when a unit deploys to an alternate training location or approve deviations from the monthly UTA requirement

to conduct staff assistance visits (SAVs), prepare for, or participate in, an operational readiness inspection, or cancel a UTA because of severe weather conditions.

4. An additional flying training period (AFTP) does not count toward the maximum paid training periods for the fiscal year.

5. Unit Reservists must perform at least 14 training days. However, the maximum they can earn in an FY is 15 days. Numbered Air Force (NAF)/CC may authorize AT up to 20 days (excluding authorized travel time) to support training requirements. If the deployment is less than 20 days, AT approval is for that specific deployment time. However, due to departing/returning transportation delays, the Deployment Review Board (DRB) approval letter serves as the approval waiver request for the additional unscheduled AT days, not to exceed 20 days. For example, if a deployment is approved for 16 days of AT and due to transportation delays the deployment lasted 19 days, the additional 3 days do not require a separate AT waiver. The approved DRB letter will serve as the approval waiver request. Any deployment exceeding 20 days will require an approved AT waiver from HQ AFRC/CV. The MPF will update PDS accordingly.

6. An IMA in Reserve Section MA, MB, ME, or MR, may perform up to 15 days AT in an FY with approval of the program manager. IMAs in Reserve section MC, or MD, normally perform 12 days AT in an FY, unless a waiver is obtained in advance from the program manager. If training opportunities are available, a member may perform a 14 day tour. Provide justification in the "Remarks" section of the orders request.

7. This block includes weapons controllers, ground radar operators, base disaster preparedness/ air base operability officers, members assigned to rated positions not requiring active flying, and Federal and state preparedness liaison officers, Critical Medical specialties in 9026 ARS.

8. Members of the 9019 ARS and 9026 ARS accomplish their training at the unit of attachment.

9. This block includes the chaplain, legal, and medical IMAs who are assigned to HQ ARPC centrally managed programs and participate in training with a unit of attachment.

10. Personnel assigned to the 9026 ARS are awarded 24 optional Air Force Institute for Advanced Distributed Learning (AFIADL) points for maintaining current licenser and CHE requirements. Members of the 9026 ARS are required to do AT at their unit of attachment. Members may perform nonpaid IDTs only, at the unit of attachment.

11. Category P members will perform normally one, but not more than two training periods (TPs) for the purpose of enlisting and inprocessing for pay and points prior to IADT. Uniform requirements are waived while performing these TPs.

12. The member is selected to take part in special training programs authorized by regulation such as the Civil Air Patrol Reserve Assistance Program (CAPRAP), Chaplain IRR, and Admissions Liaison Officer (ALO).

13. Participating IRR members must earn a minimum of 50 total retirement points per R/R year (including 15 membership points). Members, are required to perform a minimum of 16 points through IDT, AT/ADT/ADSW/MPA, or combination. Waivers of the 16 point requirement may be obtained from the program manager of assignment. Personnel assigned to the 9021 ARS, Medical, will perform 16 points of IDT at the unit of attachment.

14. Participating IRR members may perform up to a maximum of 12 days of non-paid ADT, ADSW, AT, or a combination of these per calendar year. The program managers approve the training for RRPS, 9002 ARS - Chaplain, 9004 ARS - CAPRAP, 9001 ARS - ALO, 9021 ARS - Medical, and 9025 ARS - Judge Advocate General's Department Reserve.
15. Title 10 U.S.C., Section 12319 sets guidelines for these members to perform 1 day of muster duty each FY to accomplish the annual screening requirements outlined in Title 10 U.S.C. Sections 10149(a), 10204(a), 10205, and 10206. Exemptions from IRR screening during a fiscal year are for members: who served on AD during the FY; are scheduled for discharge during the FY; in grade of O-4 and higher or E-8 and higher, and have no remaining MSO, or successfully screened in the preceding FY.
16. Title 10 U.S.C., Section 12301(b) sets guidelines for these members to perform 2 to 3 days of annual training each FY (up to a maximum of 15 days each FY) to accomplish the annual screening requirements outlined in Title 10 U.S.C., Sections 10149(a), 10204(a), 10205, and 10206. The only exemptions from IRR screening during an FY are for members: who served on AD during the FY; are scheduled for discharge during the FY; in grade of O-4 and higher or E-8 and higher, and have no remaining MSO; or successfully screened in the preceding FY.
17. Chaplain candidates who have completed the ADT requirements of the program and who are not yet qualified for re-appointment may enter the Chaplain Candidate Continuation Training Program. Candidates in this continuation training status must earn a minimum of 12 IDT points each R/R year to remain in the program, unless the Directorate of Chaplain Individual Reserve Programs (HQ ARPC/HC) approves a waiver.
18. A twice deferred officer without an MSO or an officer who has reached maximum service, but not maximum age, who is in the Active Standby in Reserve Section NC.
19. Volunteer members of Congress or pre-identified key employees who are in the Active Standby Reserve Section ND. Sanctuary officers not retained in position who are in the Active Standby Reserve Section NC.

**Table 1.2. Excusing Members for Failure to Perform Minimum Prescribed Training Duties.**

| R | A | B | C |
|---|---|---|---|
| RULE | **If excusal concerns** | **and member is assigned to** | **then approval authority is** |
| 1 | the requirements in **Table 1.1.** | a general officer position | HQ USAF/REPS (see note 1) |
| 2 | | unit positions | the immediate commander or an official delegated this responsibility in writing. (see note 2) |
| 3 | | IMA positions | the program manager of assignment or their designated official. (see para **1.3.**) |
| 4 | 50 total retirement point minimum requirement as explained in para **2.3.** | a general officer position | HQ USAF/REPS (see note 1) |
| 5 | | other Ready Reserve sections | the immediate commander/program manager of assignment (see notes 2 and 3) |

*NOTES:*

1. Request excusal in writing for all officers filling general officer positions. Send a copy of the approved request for file to HQ ARPC/CVG, 6760 E Irvington Pl #3000, Denver CO 80280-3000.
2. Request waivers in memorandum format. Individual waiver letters are required for each member, to include the type of waiver (i.e. AT waiver, IDT waiver, or AT & IDT waiver.). Retain the approved FY waiver in the AF Form 10, **Unit Personnel Record Group**, and on Master Personnel Record (MPerR) Group microfilm.
3. A commander/program manager has the authority to excuse or deny a member to take part in pay or point gaining activities if the member is being processed for involuntary reassignment to an appropriate subcategory of the IRR or the Standby Reserve according to AFI 36-2115; or if the member is being processed for involuntary separation action according to AFI 36-3209, or court-martial charges have been preferred against a member. For members of the participating IRR working on their 3 year time in grade requirement, only one waiver of an unsatisfactory R/R year is authorized.

## Chapter 2

## ALLOWABLE FEDERAL SERVICE FOR MEMBERS OF THE USAFR

**2.1. Definition of Points.** Points are a unit of measurement of tracking a member's participation. They are also used to calculate the amount of participation for retirement purposes. The number of earned points determine a member's eligibility for retention both in Ready Reserve programs and in an Active Reserve status. Active Reserve status means any status other than an assignment to the ISLRS or the Retired Reserve Section. See AFI 36-3203, *Service Retirements*, for the minimum amount of service required for retirement.

**2.2. Crediting Points and Satisfactory Federal Service.** Award one point for each day of AD. Award one point for 4 hours of IDT, not to exceed two points per calendar day. AFIADL determines the number of study hours awarded for AFIADL courses. Award one point for each three study hours. Membership points are credited, up to 15 points (prorate points for periods less than a year) for Active Reserve status for each R/R year. Points may only be credited to the date a member actually performed the duty, except in those activities where the cumulative method is authorized.

**2.3. Maximum Points Creditable.** No more than 365 points (366 for a leap year) are creditable in 1 R/R year. Credit a combined total of no more than 90 retirement points for IDT, Advanced Distributed Learning (ADL) courses, and membership points for members whose R/R year ends on or after 30 October 2000. For members whose R/R year ends on or after 23 September 1996 no more than 75 IDT retirement points may be credited. For members whose R/R year ends prior to 23 September 1996 no more than 60 IDT retirement points may be credited. Satisfactory Federal Service cannot exceed the actual number of calendar days. Award a year of satisfactory Federal service for retirement when a member earns a minimum of 50 points (including membership points) in their full R/R year. Award a partial year of satisfactory Federal service for retirement when the member earns the minimum number of required points (including prorated membership points) during a partial R/R year (see AFI 36-3203).

**2.4. AD Points.** Points may be earned for serving on AD during peacetime or mobilization. These points are credited under other armed forces or uniformed services directives and are creditable toward Reserve satisfactory service for retirement.

**2.5. Training, Pay, and Point Activities. Table 2.1., Table 2.2.**, and **Table 2.3.** specify the training and retired categories entitled to earn points.

2.5.1. IDT points may be earned as shown in **Table 2.1., Table 2.2.**, and **Table 2.3.**

2.5.1.1. Readiness Management Periods (RMPs) are additional IDT periods which are used to improve unit readiness by providing the required and necessary training to attain and maintain designated readiness levels. RMPs are authorized for unit personnel to accomplish Reserve unit administration, training preparation, support activities, and maintenance functions. RMPs are not to be used in conjunction with distance learning, however, RMPs can be completed via telecommuting provided all work agreed upon under telecommuting guidelines fall under the parameters previously described above. RMPs are strictly voluntary and must be approved in advance by the unit commander.

2.5.1.1.1. Members are authorized to perform no more than 24 paid RMPs per FY.

2.5.1.1.2. RMPs will not be performed in conjunction with another training period (i.e. IDT, Additional Training Periods, Additional Ground Training Period (AGTP), or AFTP).

2.5.1.1.3. Members are authorized only one RMP per calendar day (a minimum 4 hours duration for one point).

2.5.1.1.4. RMPs may not be used as a substitute for completion of FY statutory IDT requirements. Missed RMPs will not be coded as excused or unexcused.

2.5.1.1.5. Travel days are not authorized for RMPs.

2.5.1.2. Equivalent Reserve Instruction (ERI). A USAFR member may receive ERI non pay points for attending a professional or trade convention that will increase the member's professional development or mobilization readiness.

2.5.1.3. Send ERI point eligibility requests, in advance, through the member's unit of assignment or IMA program manager for approval. Send all non-pay AF Forms 40A, **Record of Individual Inactive Duty Training**, for IMA medical personnel to HQ ARPC/SG for approval prior to performing duty. Award points when:

2.5.1.3.1. The member signs in with a designated military monitor or conference official.

2.5.1.3.2. The meeting must be at least 4 hours in duration before a member receives point credit. Award a maximum of one point per day for these activities. For medical personnel to earn points only for continuing medical education, the meeting must be for at least 6 hours.

2.5.2. ADL Courses:

2.5.2.1. ADL courses administered by other services that meet Air Force requirements, and are related to the member's career field, and specifically authorized by a program manager or unit commander, may be given point credit. Members will only be credited points for courses that are relevant to their military [grade, career, professional] development.

2.5.2.2. An officer will not earn points in a course specified for enlisted members. Enlisted members will not earn points in a course specified for officers.

2.5.2.3. Point credit earned upon completion of AFIADL course examinations specifically authorized by a program manager or unit commander, may be given point credit and may be credited to only 1 R/R year. A member may request the posting of points during the past R/R year if:

2.5.2.3.1. Supporting documentation warrants the adjustments.

2.5.2.3.2. The adjustment does not exceed 90 days before the actual course completion date documented on the certificate.

2.5.3. Special Projects and Training. Commanders, program managers, and supervisors of MAJCOM assigned IMAs may authorize other point gaining activities. Members must get written authorization in advance for such activities. The following are examples that may earn additional IDT point credit:

2.5.3.1. Liaison and Counseling. This entails face-to-face contact with the person for whom a specific program is planned. Examples are: a meeting with an applicant for the Air Force Reserve Officer Training Corps; the ALO Program; or the Air Force Health Professions Scholarship Program.

2.5.3.2. Public Information. Activities in this category bring favorable publicity to the Air Force or the USAFR. Examples include a presentation about the Air Force to a civic group or taking part in an Armed Forces Day activity.

2.5.3.3. Administration and Management. A member may earn points by preparing approved correspondence (studies, charts, analyses, etc.) that supports the mission of the individual program; writing or processing officer or enlisted member performance reports; coordinating or supervising personnel who support MAJCOM, HQ ARPC, or individual program manager directed activities.

2.5.3.4. Reserve Recruiting. A member may earn points for recruiting activities supporting the USAFR. Send report results of the recruiting effort to the commander of the unit of assignment or program manager.

2.5.3.5. Routine periodic medical examinations (as required by AFI 48-123) made at a military facility at a time other than during a scheduled training period.

2.5.3.6. Funeral Honors Duty (see **Chapter 9**).

2.5.4. Points will not be awarded to a USAFR member for:

2.5.4.1. Social function (dining-in, military ball, etc.).

2.5.4.2. Attending sports events.

2.5.4.3. Attending a meeting of the Air Force Association, the Reserve Officer Association, or similar organizations.

2.5.4.4. Purchasing Air Force uniform items or getting an official photograph or identification card.

2.5.4.5. Taking part in Scout activities.

2.5.4.6. Health service officers in the USAFR on extended active duty (EAD) cannot be appointed to the Medical School Liaison Officer program.

2.5.4.7. For travel to and from IDT.

**2.6. Telecommuting.** Telecommuting is a management tool allowing Reserve unit commanders or program managers, or their written designees, to pre-authorize, in writing, personnel to work away from the duty location in an official capacity for pay and/or points. Telecommuting is voluntary and will be authorized when it is in the best interest of the Air Force. Telecommuting is a benefit, not a right. Normally, telecommuting is done from the member's homes or alternate locations which do not require them to incur travel expenses. Travel and per diem are not authorized for telecommuting. Telecommuting is authorized as a method to perform AT, ADSW, and IDT; however, this method requires prior approval of the Reserve unit commander or program manager, or their designee. A written agreement of duty performance must be established prior to authorization of telecommuting, and this agreement must be maintained and compared to actual duty performance completed, prior to authorizing credit or compensation of AT, ADSW, or IDT. Agreement must be maintained with the participation record. Place the statement "Training to be accomplished by telecommuting" in the remarks section of the AF Form 40A, or RPA orders request. "Training" pertains to performance of duty not actual training (i.e. Air Force Specialty Code (AFSC), skill-level training, position qualification training etc., this type of training is not authorized in telecommuting). Refer to AFI 36-8002, *Telecommuting Guidelines for Air Force Reservists and their Supervisors*.

**2.7. AD for Points Only (44 Military Leave Days).** ARTs may earn one retirement point per day of AD (no AD pay is authorized for this type of tour). Orders are published as MPA or RPA (does not include school tours, use ADSW tours only) tours for the length of the tour, but convert to pay status to cover weekends, holidays, or SDO. Orders may be used for travel to and from theater if performed normal duty days.

**2.8. Establishment of R/R Date** . To establish an R/R date see **Table 2.4.**

**2.9. Point Data.** HQ ARPC keeps point data for each member on a computer record and on microfilm.

**Table 2.1. Training, Pay, and Point Activities (Selected Reserve).**

| **Training Category Designators** | | A | B | | | | | | | F | P |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TYPES OF TRAINING | UNITS AND PROGRAMS | UNIT | IMA | 9003 ARV SQ SELECTIVE SVC MA | 9018 ARV SQ CHAPLAIN | 9019 ARV SQ MEDICAL | 9005 ARV SQ JAGDR | 9003 ARV SQ SELECTIVE SVC MD | 9026 ARV SQ SG MEDICAL. | NPS ENLISTEE ON IADT | NPS ENLISTEE AWAITING IADT |
| | TRAINING ACTIVITIES | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

| **Training Category Designators** | | **A** | **B** | | | | | | | **F** | **P** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ACTIVE DUTY (1) | IADT/MPA TOURS | B | B | B | B | B | B | B | B | B | |
| | ADT/ADSW (SCHOOL & RPA TOURS) (2) | B | B | B | B | B | B | B | B | | |
| | ANNUAL TRAINING (AT) | B | B | B | B | B | B | B | B | | |
| INACTIVE TRAINING | IDT/UTA/EQUIVALENT TRAINING (ET) | B | B | B | B | B | B | B | B | | B (4) |
| (1) | AFTP | B | B | | | | | | | | |
| | TP | B | B | B | B | B | B | B | A | | B |
| | RMP | B | | | | | | | | | |
| | TEACHING ACTIVITIES | | | | B (5) | A (5) | | | A (5) | | |
| | FLIGHT TRAINING | B | B | | | B (5) | | | | | |
| | PROFESSIONAL AND TRADE MEETINGS | B (6) | B (6) | A | A | B (6) | A | | | | |
| | INSTRUCTOR DUTY AND PREPARATION (7) | A | A | A | A | A | | A | A (5) | | |
| | SPECIAL PROJECTS/ TRAINING (8) | A | A | A | A | A | A | | A | | |
| EDUCATION | PME SEMINAR PROGRAMS | A | A | A | A | A | A | A | A | | |
| FUNERAL HONORS DUTY | | B | B | B | B | B | B | B | B | | |
| TYPES OF TRAINING | UNITS AND PROGRAMS | UNIT | IMA | 9003 ARV SQ SELECTIVE | 9018 ARV SQ CHAPLAIN | 9019 ARV SQ MEDICAL | 9005 ARV SQ JAGDR | 9003 ARV SQ SELECTIVE | 9026 ARV SQ SG MEDICA | NPS ENLISTEE ON IADT | NPS ENLISTEE AWAITING |

| **Training Category Designators** | | **A** | **B** | | | | | | | **F** | **P** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | S V C M A | | | | S V C M D | L | | I A D T |
| | ADL COURSES | A | A | A | A | A | A | A | A | A | A |
| OTHER | MEMBERSHIP POINTS | A | A | A | A | A | A | A | A | A | A |
| | TRAINING ATTACHMENT AUTHORIZED (10) | Y | Y | Y | Y | Y | Y | Y | Y | N | N |
| | | | | | | | | | | | |

LEGEND:

A = POINTS ONLY

B = PAY AND POINTS

Y = YES

N = NO

NUMBERS IN PARENTHESIS REFERENCE NOTES

***NOTES:***

1. Telecommuting is authorized as a method to perform AT, ADSW, and Inactive Training; however, this method requires prior approval of the Reserve unit commander or program manager (see paragraph **2.6.**). Place the statement "Training to be accomplished by telecommuting" in the remarks section of the AF Form 40A or AF Form 938.
2. Approve RPA tours requiring travel, only when the tour is absolutely necessary.
3. Category P members must perform normally one, but not more than two, TPs for the purpose of enlisting and in-processing for pay and points prior to IADT. Uniform requirements are waived while performing these TPs.
4. Requires advanced approval from HQ ARPC/SG or HQ ARPC/HC (as appropriate).
5. With prior HQ AFRC/SG approval, Reserve unit health services officers may participate in the CHE program in place of IDT or AT. Category B personnel assigned to HQ ARPC/SG, must have prior approval of their unit of attachment and HQ ARPC/SGE.
6. Members may earn points while preparing or presenting an aerospace instructional or educational course for the Civil Air Patrol.
7. Special projects and training aid in completing a mission. For unit members, the unit commander or their designee must approve the activity. IMAs must have approval of their program manager. Telecommuting is authorized.

8. The commanders of both the unit of assignment and attachment must approve training attachments.
9. Members may participate for STIPEND and/or points (see **Chapter 9**).

**Table 2.2. Training, Pay, and Point Activities (Individual Ready Reserve).**

| TRAINING CATEGORY DESIGNATORS | | E | | | | | | | | J | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TYPES OF TRAINING | UNITS AND PROGRAMS | NNRPS | ORS<br>RA | RRPS | 9002<br>ARVSQ<br>CHAPLAIN | 9004<br>ARVSQ<br>CAPRAP | 900I<br>ARVSQ<br>ALO | 9021<br>ARVSQ<br>MEDICAL | 9025<br>ARVSQ<br>JAGDR | 9027<br>ARVSQ<br>AFRSRSP | ORS<br>RC | 9017<br>ARVSQ<br>CHAPLAIN<br>(1) | 9035<br>ARVSQ<br>LEGAL<br>INTERN | 9016<br>ARVSQ<br>HEALTH<br>SCHOLAR |
| | TRAINING ACTIVITIES | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 12 | 13 | 14 |
| ACTIVE DUTY | IADT/MPA TOURS | | | B | B | B | B | B | B | | | | | |
| | ADT/ADSW (SCHOOL & RPA TOURS) | B(2) | B(2) | B (2&3) | B (2&3) | B (2&3) | B (2&3) | B (2&4) | B (2) | | B(5) | B | C | C |
| | ANNUAL TRAINING | C(6) | C(6) | A (3) | A (3) | A (3) | A (3) | A (3) | A (3) | (7) | | | | C |
| | PUSH/PULL EXERCISES | B | B | B | B | B | B | B | B | B | B | | | |

Case 1:00-cv-00644-NBF Document 114-36 Filed 07/18/2005 Page 30 of 34



| TRAINING CATEGORY DESIGNATORS | | E | | | | | | | | J | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INACTIVE | UTA/ET | | | | | | | | | | | | | |
| TRAINING | AFTP | | | | | | | | | | | | | |
| | TP | | | A | A | A | A | A | A | | | A | | |
| | TEACHING ACTIVITIES | | | | | | | A | | | | | | |
| | FLIGHT TRAINING | | | | | | | A | | | | | | |
| | INSTRUCTOR DUTY AND PREPARATION (8) | | | A | A | A | A | A | | | | | | |
| | SPECIAL PROJECTS/ TRAINING (9) | | | A | A | A | A | A | A | | | A | | |
| EDUCATION | PME SEMINAR PROGRAMS | | | A | A | A | A | A | A | | | | | |
| | ADL COURSES | | | A | A | A | A | A | A | | | | | |
| FUNERAL HONORS DUTY (10) | | | | B | B | B | B | B | B | B | | B | B | B |
| OTHER | MEMBERSHIP POINTS | A | A | A | A | A | A | A | A | A | A | A | A | A |
| | TRAINING ATTACHMENT AUTHORIZED (11) | N | N | Y | Y | Y | Y | Y | Y | N | N | Y | N | N |

LEGEND:

A = POINTS ONLY

B = PAY AND POINTS

C = PAY ONLY

Y = YES

N = NO

NUMBERS IN PARENTHESIS INDICATE REFERENCE NOTES

---

***NOTES:***

1. 9017 ARV SQ. Chaplain candidates may enter into the Chaplain Candidate Continuation Training Program following certification of completion of the ADT requirement of the program. Candidates must earn a minimum of 35 points each R/R year in addition to the 15 membership points to obtain a good year for retirement. A member may earn IDT points only when properly authorized by HQ ARPC/HC. Two week RPA tours can be approved if a minimum of 8 IDT days (16 points) have been performed during the current R/R year, if funding is available.

2. Category E members may earn pay and points for serving as members of Non-Selected Reserve promotion boards.
3. Members in Reserve Sections MT and MX may perform up to a maximum of 12 days of non paid ADT (Special Tours only), ADSW, AT, or a combination of these per R/R year. Member must reside within the corporate limits of the training site, no travel pay or per diem is authorized.
4. Members of the 9021 ARV SQ are authorized pay and points to attend Commissioned Officer Training (COT) or Reserve Commissioned Officer Training (RCOT).
5. AFROTC officers assigned to the Obligated Reserve Section - RC (ORS-RC) who participate in the Interallied Confederation of Reserve Officers (CIOR) military competition will receive pay, points, and credit towards their Total Active Federal Military Service Date. HQ ARPC/DPPRK will prepare an ARPC Form 168, **Computation for AF Form 526**, ANG/ USAFR Point Credit Summary.
6. These members perform 1 day muster duty or 2 to 3 days of AT to accomplish their annual screening requirements. Members performing the 2 to 3 days AT may earn AD pay and points. Members performing 1 day muster duty were authorized AD pay and points until 30 September 1991. Members performing 1 day muster duty on or after 1 October 1991 are authorized muster pay, but no points.
7. Mandatory 5 day AT for half stipend program candidates electing Reserve Service Obligation payback in IRR. No more than a total of 12 AD days per FY.
8. Members may earn points while preparing or presenting an aerospace instructional or educational course for the Civil Air Patrol.
9. Special projects and training aid in completing a mission. Participating Individual Ready Reserve (PIRR) must have approval of their program manager. Telecommuting is authorized.
10. PIRR members are authorized Funeral Honors Duty (see **Chapter 9**). This can be done via MPA mandays or in points only status using an AF Form 40B.
11. The commanders of both the unit of assignment and attachment must approve training attachments.

**Table 2.3. Training, Pay, and Point Activities (Standby and Retired).**

| TRAINING CATEGORY DESIGNATOR | | D | | | C | N | RETIRED |
|---|---|---|---|---|---|---|---|
| TYPES OF TRAINING | UNITS AND PROGRAMS | NARS NA NONOBLIGATOR | NARS NB (1) OBLIGATOR | NARS NC SANCTUARY | NARS ND KEY EMPLOYEES | ISLRS INACTIVE STATUS LIST | R RETIRED RESERVE |
| | TRAINING ACTIVITIES | 1 | 2 | 3 | 4 | 5 | 6 |
| ACTIVE DUTY | ADT/ADSW (SCHOOL & RPA TOURS) | | | A(1) | A(1) | | |
| | ANNUAL TRAINING | | | A(1) | A(1) | | |
| INACTIVE DUTY | TP | | | A | A | | |
| | INSTRUCTOR DUTY AND PREPARATION (2) | | | A | A | | |
| | SPECIAL PROJECTS/ TRAINING (3) | | | A | A | | |

| **TRAINING CATEGORY DESIGNATOR** | | **D** | | | **C** | **N** | **RETIRED** |
|---|---|---|---|---|---|---|---|
| EDUCATION | PME SEMINAR PROGRAMS | | | A | A | | |
| | ADL COURSES (4) | | | A | A | | |
| OTHER | MEMBERSHIP POINTS | A | A | A | A | | |
| | TRAINING ATTACHMENT AUTHORIZED (5) | N | N | Y | Y | N | N |

LEGEND:

A = POINTS ONLY

N = NO

B = PAY AND POINTS

NUMBERS IN PARENTESIS INDICATE REFERENCE NOTES

C = PAY ONLY

Y = YES

***NOTES:***

1. Members in Reserve Sections NC and ND may perform up to a maximum of 12 days of non paid ADT, ADSW, AT, or a combination of these per calendar year. Member must reside within the corporate limits of the training site, no travel or per diem is authorized.
2. Members may earn points while preparing or presenting an aerospace instructional or educational course for the Civil Air Patrol.
3. Special projects and training aid in completing a mission. Individual Reservists must have their program manager's approval for these activities.
4. Officers retained beyond their mandatory separation dates (MSDs), who have 18, but fewer than 20 satisfactory years of service, may earn retirement points by taking ADL courses.
5. The commanders of both the unit of assignment and attachment must approve training attachments.

**Table 2.4. Establishment of Retention/Retirement (R/R) Year or Anniversary Year.**

| R | A | B | C |
|---|---|---|---|
| **RULE** | **If member is assigned** | **and assignment is from (see note 1)** | **then R/R year begins (see notes 2, 3, & 4)** |
| 1 | on or before 1 July 1949 | an active Reserve status | on 1 July 1949 |
| 2 | between 1 July 1949 | an active Reserve status (see note 5 and 7) | the date member is placed on active Reserve status |
| 3 | and 30 September 1995 | an inactive status (see notes 6 and 7) | the date member returns to an active Reserve status |
| 4 | after 1 October 1995 | initial entry into uniform service | upon initial entry (see note 8) into uniform service |

*NOTES:*

1. New R/R date must show on the assignment order.
2. If an R/R date is incorrect, HQ ARPC/DPPRK corrects the error by changing the date and realigning points. HQ ARPC/DPPRK notifies the member and servicing MPF of an R/R date change.
3. The year of service for R/R begins on 1 day of 1 year and ends on the day before the anniversary of the next year (both dates inclusive), example: 1 July to 30 June.
4. The MPF should contact HQ ARPC/DPPRK for assistance to establish the new R/R date.
5. A new R/R date is not established when a member transfers between Reserve components, unless there is a break in active Reserve status.
6. For the purposes of this table, inactive status consists of: ISLRS, Inactive National Guard, Retired Reserve, civilian status, Health Professional Scholarship Program, service academies, temporary disability retirement list, and Reserve Officer Training Corps. Any of these status' constitutes a break in service.
7. A new R/R date must be established when the member transfers from a regular component.
8. A new R/R date is not established when a member transfers between Reserve/Regular Components, unless the member enters into inactive status (see note 6).