**Headquarters, U.S. Army Forces Command**
**1777 Hardee Avenue, SW.**
**Fort McPherson, Georgia 30330-1062**
**27 October 1999**

***FORSCOM/ARNG/USAR Regulation 350-2**
**National Guard Bureau**
**Washington, DC 20310-2500**

**Training**
**RESERVE COMPONENT TRAINING**

**History.** This regulation supersedes FORSCOM/ARNG Regulation 350-2, dated 12 June 1998

**Summary.** This regulation prescribes Forces Command (FORSCOM), Army National Guard (ARNG), and United States Army Reserve (USAR) premobilization training requirements, the training proficiency levels Reserve Component (RC) units are expected to achieve, and the training support they can expect to receive. This regulation is effective for planning in FY00 with an effective date of FY01.

**Applicability.** This regulation applies to the Active Component (AC), ARNG, USAR units and installations supporting RC training. Training and Doctrine Command (TRADOC) installations are encouraged to follow the guidance and procedures contained in this regulation to the extent practicable. The ARNG and USAR are collectively referred to as the RC. Special Operations Command (SOCOM) RC units will follow training guidance contained in SOCOM/ARNG Regulation 350-1.

**Supplementation.** Supplements to this regulation will not supersede, change, rescind, or duplicate higher-level command policy.

**Suggested improvements.** The proponents of this regulation are the Commander, FORSCOM, ATTN: AFOP-TRO, 1777 Hardee Avenue, SW., Fort McPherson, GA 30330-1062, Director, ARNG, ATTN: NGB-ART, 111 South George Mason Drive, Arlington, VA 22204-1382 and Commander USARC ATTN: AFRC-OPT-S, 1401 Deshler, SW., Fort McPherson, GA 30330-2000. Users are encouraged to send comments and suggested improvements on DA Form 2028 (Recommended Changes to Publications and Blank Forms).

**Policy.** This regulation may be adopted by U.S. Army, Europe (USAREUR), U.S. Army, Pacific (USARPAC), U.S. Army Forces Southern Command (USARSO), and Special Operations Command (SOCOM) in accordance with (IAW) current guidance outlined in respective Memorandum of Agreement between FORSCOM and these major army commands (MACOMs).

**Restrictions.** Approved for public release, distribution unlimited. Local reproduction is authorized.

**Distribution** for HQ FORSCOM, FORSCOM installations, CONUSA, ARNG and ARNG units, USARC and USAR units, and intended for command levels A, B, C, D, and E.

**Copies furnished:** HQDA (DAMO), HQDA (DAAR), ARNG, HQ TRADOC, TRADOC installations, HSC, AMC, USAREUR & Seventh Army, USARPAC, USARSO, Eighth U.S. Army, Special Ops CMD (Ft Bragg), HQ USARC, HQ FORSCOM (AFCI-A) (record copy).

THOMAS A. SCHWARTZ
General, USA
Commander
U.S. Army Forces Command

ROGER C. SCHULTZ
Major General, USA
Director
Army National Guard

THOMAS J. PLEWES
Major General, USA
Chief
Army Reserve



*This regulation supersedes FORSCOM/ARNG Regulation 350-2, dated 12 June 1998

TABLE OF CONTENTS


CHAPTER 1 3

Reserve Component (RC) Training Mission 3
1-1. Mission 3
1-2. Purpose 3
1-3. Training Goal and Objective 3
1-4. Training Strategy 3

CHAPTER 2 4

Responsibilities 4
2-1. Commander, FORSCOM: 4
2-2. Director, Army National Guard (ARNG): 4
2-3. Commander, USARC: 4
2-4. Commanders, Corps/AC Associate Higher Headquarters/Senior Mentor: 4
2-5. Commanders, CONUSA: 4
2-6. The Adjutants General (TAG): 5
2-7. USARC Major Subordinate Commands (MSCs): 5
2-8. Commanders, Installations Supporting RC Training: 5
2-9. Unit Commanders: 5

CHAPTER 3 5
*Training Management* *5*
3-1. General 5
3-2. Time Management 5
3-3. Yearly Training Plan (YTP) 6
3-4. Assessment. 6
3-5. Training Support XXI (TS XXI) 6

CHAPTER 4 7
*Soldier Training* *7*
4-1. Soldier Proficiency 7
4-2. Soldier Training in Units 7
4-3. Common Task Training (CTT) 7

CHAPTER 5 7
*Leader Development* *7*
5-1. Leaders Must Be Developed 7
5-2. Leader Development Model 8
5-3. Institutional Training 8

CHAPTER 6 12
*Premobilization Training* *12*
6-1. General 12
6-2. Unit Training Requirements 13
6-3. Participation in CTC 13
6-4. Command and Staff Training 14
6-5. Participation in Joint Chiefs of Staff (JCS) Exercises, and Overseas for Deployment Training (ODT) Events 15

APPENDIX A 17
*References* *17*

Section I 17
*Required Publications* *17*

Section II 17
*Related Publications* *17*

APPENDIX B 20
*Mission Essential Task List (METL) Development* *20*

APPENDIX C 22
*Yearly Training Plan (YTP)* *22*

APPENDIX D 24
*Annual Training (AT) Scheduling Process* *24*

APPENDIX E 26
*8-Step Training Model* 26

APPENDIX F 27
*Weapons Training* *27*

APPENDIX G 28
*Training Aids, Devices, Simulators, and Simulations (TADSS)* *28*

APPENDIX H 30

Functional Training 30

APPENDIX I 36
*Combat Training Center Preparatory Assessment* *36*

APPENDIX J 44
*Observer Controller/Trainer (OC/T) Certification* *44*


1412

# CHAPTER 1
*Reserve Component (RC) Training Mission*

## 1-1. Mission
United States Army_Forces Command (FORSCOM) mobilizes, trains, prepares for deployment, and deploys units required to expand the Army to meet CINC requirements. When directed, FORSCOM demobilizes units no longer needed to meet war or other national emergency requirements. This regulation, used in conjunction with FORSCOM Mobilization and Deployment Planning System (FORMDEPS), provides guidance to commanders to accomplish training, mobilization, and deployment, planning and execution.

## 1-2. Purpose
This regulation prescribes FORSCOM, Army National Guard (ARNG), and United States Army Reserve (USAR) guidance for premobilization training. It complements Army Regulation (AR) 350-1, AR 350-41, and reinforces Field Manuals (FM) 25-100 and 25-101 doctrine for training. This regulation provides commanders premobilization training requirements, prescribes training proficiency levels they are expected to achieve, and prioritizes required training support. The premobilization training requirements listed in this regulation will be executed within available resources.

## 1-3. Training Goal and Objective
The goal of Army training is to produce trained units capable of executing wartime or other assigned missions. The objective of Army training is ready units; the foundations of unit readiness are: Duty Military Occupational Specialty Qualified (DMOSQ) soldiers, developed leaders, and unit cohesion.

## 1-4. Training Strategy
a. Army training strategy sets the conditions for achieving the Army's objective of trained and ready units. This strategy is built around unit stability and adherence to the Army's training management doctrine.

b. To achieve and sustain established minimum premobilization training proficiency levels, the commander and key leaders should be stabilized. This will allow the unit continuity needed to develop and execute the short and long range unit training plans.

c. Commanders must ensure their soldiers are trained on the tasks necessary to perform DMOSQ duties; leaders are trained in the skills, knowledge and abilities to train and lead their units; and staffs are trained at the level organized.

d. Training requirements stated in this regulation are the floor level of proficiency for premobilization training. Using multi-echelon-training techniques, coupled with a mix of live, virtual, and constructive training, the commander will be able to efficiently achieve premobilization training requirements within the limited time and resources available. Training will be planned, prepared, executed, and assessed IAW the principles set forth in FM 25-100/101.

e. Training must be Mission Essential Task List (METL) driven and battle-focused concentrating on selected, supporting, collective tasks that meet premobilization requirements.

f. The postmobilization training objective is achieving METL proficiency, meeting the deployment criteria established by the CINC, and deploying as required. The training readiness criteria for deployment will be based on the strategic, operational, and tactical situation and are the same for all components.

(1) Leaders at all levels must work together to plan, prepare, execute, and assess premobilization and postmobilization training. Because premobilization training is inextricably linked to postmobilization training, the premobilization objective is to identify achievable, sustainable training requirements that will produce a predictable start point for postmobilization training. Commanders must narrow the focus of premobilization training in order to create and achieve realistic goals.

(2) The unit commander plans, prepares, executes and assesses training. The commander establishes the unit METL. The commander will select a specific set of METL supporting collective tasks that can be trained to standard during pre-mobilization. Those METL supporting collective tasks not selected will be deferred for post-mobilization training. The CONUSA and associated AC unit will assist as required.

(3) Yearly Training Plan (YTP) is developed to prioritize the METL supporting, collective tasks that will become that year's pre-mobilization training objectives, and schedule them for execution during specific IDT and AT training periods, see **Appendix C.**

1413

# CHAPTER 2
*Responsibilities*

## 2-1. Commander, FORSCOM:

a. Establish training criteria, evaluates, oversees the training of the RC and in coordination with Director, ARNG and CDR, USARC, develops RC training guidance.

b. Support execution of RC training through direction of AC resources.

c. Host the World Wide Training Scheduling Conference (WWTSC).

d. Develop and execute memoranda of agreement with other Major Army Commands (MACOMs), including TRADOC, to apply the guidance contained in this regulation to other installations.

e. Provide guidance and establish objectives for observer controller/trainer (OC/T) certification. See **Appendix J**, Observer Controller/Trainer (OC/T) Certification, to be published.

## 2-2. Director, Army National Guard (ARNG):

a. Establish training policy for ARNG units to meet premobilization training requirements as stated in Chapter 6.

b. Serve as the official channel of communication between the Department of the Army (DA) and The Adjutant Generals (TAGs).

c. Plan, program and budget for ARNG training.

## 2-3. Commander, USARC:

a. Establish training policy for USAR units to meet premobilization training requirements, as stated in Chapter 6.

b. Plan, program and budget for their Major Subordinate Commands (MSC) for the execution of USAR training within resource constraints.

## 2-4. Commanders, Corps/AC Associate Higher Headquarters/Senior Mentor:

a. Support the METL development process explained at **Appendix B**.

b. Designate AC units to provide mentor relationship to RC units in accordance with FORSCOM Regulation 350-4.

c. Approve the yearly training plan for force support package (FSP) General Officer Commands (GOCOMs), Divisional Roundout/Roundup (RO/RU), and enhanced Separate Brigade (eSB) units assigned an AC associated unit, review the Unit Status Reports (USR), assess training resource requirements, and validate the compatibility and interoperability of associated RC units with AC forces IAW Army National Guard Combat Readiness Reform Act (Title XI), Section 1131. Title XI information will be forwarded annually to CDR, FORSCOM, Deputy Chief of Staff For Operations, ATTN: AFOP-TRO, NLT 20 Oct for the preceding fiscal year.

d. Ensure designated AC commanders provide their assessment of the eSB maneuver units' ability to conduct effective battalion-level combined arms operations at one of the CTCs. Matrices at **Appendix I**, Combat Training Center Assessment, will aid in making this judgement.

## 2-5. Commanders, CONUSA:

a. Plan, program, and provide training support; and oversee training.

b. Exercise command (less ADCON) authority over Training Support Brigades (TSB) and OPCON authority over Training Support Divisions (TSD).

c. Support the training of each RC unit in its area of responsibility within capability and IAW priorities established in conjunction with ARNG and USARC.

d. Coordinate with Corps, DARNG, USARC, and TAGs regarding AC training support to RC unit home stationed in the CONUSA area.

e. Provide functional assistance and mobile training teams (MTT), within capability, as requested by unit commanders. Report shortfalls to FORSCOM (ODCSOPS) for tasking.

f. Approve unit YTPs IAW **Appendix C**.

g. Provide assistance to commanders in developing command training guidance, planning training and conducting training management.

h Coordinate Yearly Training Brief (YTB) Program with TAGs/USARC MSCs.

i. Execute responsibilities for Overseas Deployment Training (ODT) in accordance with AR 350-9.

j. Schedule training support IAW the timelines shown in **Appendix D**.

k. Manage TAM evaluations of units in accordance with FORSCOM Regulation 220-3. Has change and waiver authority on TAM and lane requirements.

l. Establish training program to certify OC/Ts.

**2-6. The Adjutants General (TAG):**

a. Command and control ARNG units stationed within the state.

b. Issue Command Training Guidance (CTG) for ARNG units.

c. Within the state, approve the METLs of ARNG units except FSP GOCOMs, Divisional RO units and eSBs. Within the state, approve the YTPs of ARNG units except eSB, FSP, LAD <30, and Divisional RO units.

d. Coordinate Yearly Training Briefs (YTB) with CONUSA and associated WARTRACE units.

e. Allocate, within capability, resources necessary to meet the Army's training strategy.

f. Take command action on training assessments of ARNG units stationed within the state.

g. Ensure, within capability, readiness of assigned ARNG forces.

h. Coordinate training assistance for ARNG units with CONUSA and other sources as appropriate.

i. Ensure all state ARNG units schedule and complete premobilization training requirements stated in Chapter 6

**2-7. USARC Major Subordinate Commands (MSCs):**

a. Issue command training guidance for assigned USAR units less TSD.

b. Approve the METLs of assigned USAR units except FSP GOCOMs and Divisional RO units. Approve the YTPs of assigned USAR units except FSP, LAD <30, and Divisional RO units.

c. Ensure that assigned USAR units train in accordance with this regulation and the Army standard.

d. Supervise training plans and execution of training of assigned USAR units.

e. Allocate resources necessary to meet the USAR training strategy.

f. Take command action on training assessments of assigned USAR units.

g. Coordinate training assistance for USAR units with CONUSA.

**2-8. Commanders, Installations Supporting RC Training:**

a. Perform area support missions prescribed in Army Regulation (AR) 5-9.

b. Support RC unit training at the installation.

c. Support Training Assessment Model (TAM) evaluations for RC units conducting AT at your installation as coordinated by the CONUSA IAW FR 220-3, when tasked by FORSCOM.

d. FORSCOM, ARNG and USARC installations, and, within capability, TRADOC installations will lock-in RC unit training (IDT and AT) 90 days prior to the start of the FY. Once training is scheduled and coordinated with installations, it will not be preempted without approval of the first GO in the installation chain of command in coordination with the unit's supporting CONUSA HQ.

**2-9. Unit Commanders:**

Planning, preparation, execution, and assessment of training are inherent responsibilities of command. Unit commanders will train their units IAW this regulation, FM 25-100/101, and the appropriate Army mission training plan (AMTP). Unit commanders are required to determine both pre- and postmobilization training and training support requirements.

# CHAPTER 3
## *Training Management*

**3-1. General**

Certain fundamental doctrine, policies, and principles shape training management within the Army. Commanders will apply the Army Training Management System (ATMS) contained in FM 25-100/101. These manuals provide the concepts, techniques and guidelines on how to plan, prepare, execute, and assess unit training. A practical template to aid leaders in executing training management is an 8-Step Training Model. This model which is detailed in **Appendix E** provides leaders at all levels with an outline to plan, prepare, execute, and assess realistic training.

**3-2. Time Management**

Leaders will manage resources to maximize the limited time available to them to conduct effective training. Leaders will focus and fence prime time training periods.

a. Train using multi-echelon techniques. Multi-echelon training makes the best use of limited training time. Training using a combination of live, virtual, and constructive simulations will efficiently achieve training requirements. The Common Task Training (CTT) will be integrated with other training when conducted in a field environment

b. Leaders will combine mandatory requirements, such as medical screening, panographic x-rays, and HIV tests to minimize their effect on training. These requirements should be accomplished during IDT to the maximum possible extent or during

35



recovery time following a ten-day field exercise during AT.

c. All inspections that impact IDT will be constrained to one weekend during the year. CONUSA, USARC, and TAGs will coordinate to attain this objective.

d. Travel time to and from a training site will not be more than 25 percent of the total Multiple Unit Training Assembly (MUTA) hours planned.

**3-3. Yearly Training Plan (YTP)**

Yearly Training Plan is the link between the Yearly Training Guidance (YTG), Yearly Training Calendar (YTC) and the Yearly Training Briefing (YTB). FSP GOCOM, eSB, and Divisional RO/RU unit commanders will present their YTP to their chain of command, AC higher headquarters and CONUSA with the AC Associated higher HQ approving the YTP IAW Title XI, Section 1131. FSP units (less FSP GOCOM and priority units in their chain of command) and units with Latest Arrival Date (LAD) ≤30 days without AC Associated unit, will present their YTP to the RC chain of command and CONUSA with CONUSA approving the YTP. The ARNG divisions and remaining units will present their YTP to the RC chain of command and CONUSA with the RC chain of command approving the YTP. YTB is the normal procedure for accomplishing this. The approving authority will establish the YTB format. The YTB is usually conducted 8 to 10 months before the fiscal year (FY) start, but may require revision after completion of the last AT period and analysis of the impacts of the changes in resource availability associated with the next year's Army budget. The YTP/YTB addresses plans and objectives for IDT and AT in the upcoming year, including schools, leader training, resource requirements, and support needed to execute plans. Guidance on YTP is contained in **Appendix C.** The approving authority may provide supplementary guidance, as appropriate.

**3-4. Assessment.**

a. Assessment. All training will be assessed and have an AAR conducted IAW FM 25-100/101 and Training Circular (TC) 25-20. Leaders must continuously assess training to obtain information on how well units, leaders, and soldiers are meeting training objectives and standards, and to determine future training needs and priorities. Training inspections and evaluations conducted will conform to FORSCOM Regulations 220-2 and 220-3.

b. Priority units will receive TAM evaluation annually. Other units will receive a TAM evaluation triennially IAW training support priority guidelines in paragraph 3-5c and within capability of the CONUSA. Requirements will be synchronized and finalized at the CONUSA Training Support Synchronization Conference (TSSC).

**3-5. Training Support XXI (TS XXI)**

TS XXI consolidates selected AC and RC soldiers who provide training support to RC units into combat arms (CA) and combat support/combat service support (CS/CSS) battalions. TSXXI is organized into a TSD with Simulation Brigades (Sim Bde) and TSB under the OPCON of CONUSA.

a. The functions of the TSD are:

(1) Coordinate and synchronize training support plans.

(2) Ensure quality control and review TSB and Sim Bde operations.

(3) Coordinate and oversee the training support for the conduct of RC units' lane training and evaluation.

(4) Ensure lane and gunnery evaluation, branch and functional area support and TAM evaluation within capability is provided to RC units.

(5) Ensure the TSB provides TAM input to the AC associated unit commander on eSB training readiness for CTC rotations (Combat Training Center Preparatory Assessment process).

(6) Ensure the TSB provides input to AC associated unit commander of eSB and FSP GOCOM units on Section 1131, Title XI requirements.

(7) Ensure the TSB executes Section 1131, Title XI requirements for FSP units, except FSP GOCOM.

(8) Ensure the Sim Bde conducts simulations supported command and staff exercises (Battle Command and Staff Training (BCST)) for RC brigade and battalion equivalent headquarters.

b. Priority for RC training support.

(1) The RC MTOE units that will be provided first priority for training support to train to established premobilization objectives are AC division roundout/roundup (RO/RU) units, FSP 1 and 2 units, units with LAD ≤30, designated AH64 helicopter units, and eSB units (Priority units). The priority for AC to RC training support, among Priority units, is equal.

(2) All other RC MTOE units are next in priority.

(a) It is expected that the TS XXI training structure should be able to provide functional assistance and mobile training teams (MTT) to all units that request assistance.

(b) Lane training support shall be available to other units based on request timeliness, and IAW established TSD priorities.

c. Training support priority guidance. The following guidance is provided to assist in developing training plans when/if resources and time are limited or conflicts between training events occur (this is a guide only, supported and supporting commanders must weigh all factors when resource constraints dictate):

- Units, regardless whether Priority or other, alerted for call-up and subsequent deployment in support of a gaining CINC operations will be afforded the highest priority for training support.
- AT lane training to Priority units.
- Simulations to Priority units.
- Gunnery to Priority units.
- TAM for Priority units.
- Functional and branch assistance to all RC units.
- Lane training requests from other units (request based/capability permitting) in following order:

(a) CTC scheduled participants first.
(b) CTC support elements second.
(c) Remainder, within capability.

- TAM for other units

## CHAPTER 4
## *Soldier Training*

### 4-1. Soldier Proficiency

a. The MTOE/TDA RC unit floor is 3 digit DMOSQ and NCO professional development of 85% of assigned enlisted personnel. The Officer/Warrant Officer goal is 100% initial branch qualification and professional development.

b. Unit commanders request quotas and ensure that soldiers needing the training attend the requested course IAW implementing instructions from the Director, ARNG or Commander, USARC.

### 4-2. Soldier Training in Units

a. Soldier training and skill sustainment are the leader's responsibility and executed through the chain of command. Skills taught during Initial Entry Training (IET) must be sustained, while additional tasks required by the unit's wartime mission are incorporated into the IDT training plan. Soldiers must be proficient on individual tasks that support training on collective tasks. Tasks should be defined by conducting a METL crosswalk for collective to soldier supporting tasks.

b. Integrate soldier training to collective training. Using principles in FM 25-101, commanders must integrate soldier and collective training. It is essential to have soldiers, squads, crews, sections, platoons, companies, and battle staffs trained to fight, survive, and win on the battlefield under all types of conditions. The centerpiece of collective training is soldier qualification and sustainment.

(1) DMOSQ and leadership training are key to successful small unit training. When units are conducting collective training, the small unit leader must ensure that squad/crew members are executing soldier tasks under prescribed conditions and standards. For each collective task there are supporting soldier skills that must be trained to standard.

(2) Sergeants' responsibilities include individual training. First line leaders must be allowed to train their soldiers. Commanders need to provide fenced time for NCOs to develop and train their team on skills necessary for that team to fight. Key aspects of sergeants' business are ensuring their soldiers are proficient on CTT, comply with the Army Weight Control Program and take and pass the Army Physical Fitness Test (APFT).

### 4-3. Common Task Training (CTT)

CTT is critical and must be incorporated into unit training. Essential survival skills are contained in the Soldier Manuals of Common Tasks.

a. Each year a number of common tasks in the manual are selected for emphasis, training and testing in accordance with AR 350-1. Unit commanders will determine the frequency for training these tasks. Formal testing of CTT is required annually.

b. Integration of survival skills and common tasks. Field Training Exercises (FTX) and other training events offer excellent opportunities to practice survival skills/common tasks under field conditions. Commanders will plan and include specific survival skills/common tasks to be trained during theses and other training events.

c. Nuclear, Biological, and Chemical (NBC) Defense Training. To ensure a capability to defend against NBC threats, units will integrate NBC individual and collective (squad/platoon) tasks into premobilization training.

d. See AR 350-1 for the list of mandatory training that must be accomplished.

## CHAPTER 5
## *Leader Development*

### 5-1. Leaders Must Be Developed

Commanders must develop professional leaders at all levels capable of training and leading their units in combat or in support of combat operations. Commanders and leaders must ensure that required

officer, warrant officer and NCO educational courses are programmed, taken and completed and that leader and staff developmental assignments are executed. The professional development of leaders depends on three pillars:

a. Institutional training. Commanders will select potential leaders and ensure these soldiers are scheduled for schools. The Enlisted and Officer Personnel Management Systems (E/O PMS) will guide the process to ensure that the right soldier receives the right training at the right time.

b. Operational training. Commanders should place leaders in operational assignments that enable them to gain experience and leadership expertise. Stabilizing key leader assignments enhances leader development and gives continuity to the unit.

c. Self-development. Commanders must provide leaders a climate that encourages them to be aggressive, adaptable, flexible, creative, as well as technically and tactically proficient. Leaders must be motivated to think and grow intellectually. Leadership skills multiply when leaders apply knowledge to training planning and execution. Leaders develop themselves through completion of pre-command courses, correspondence courses, civilian education, self-study programs and Officer/NCO Professional Development Programs. Commanders and leaders must ensure that their soldiers receive training consistent with statutory and regulatory directives, DMOS and unit operational requirements.

**5-2. Leader Development Model**

Leader Development Models for Officers, Warrant Officers (WO) and NCOs are described in **Figures 5-1 through 5-3**, respectively.

**5-3. Institutional Training**

Leader courses are designed to provide leaders with the basic skills, knowledge and abilities to lead and train their subordinates. Commanders should program their subordinate leaders to attend appropriate professional development courses as discussed below.

a. Officer Basic Course (OBC). The OBC, an IET course, is required for both deployablity and branch qualification. Officers who have not completed OBC should be programmed for completion within 18 months of commissioning. Exceptions will be addressed IAW regulation 611-101 series.

b. Captain's Career Course (CCC) (Formally known as the Officer Advanced Course (OAC) and Combined Arms Staff Services School (CAS3)). The CCC prepares officers for company command in the branch being trained and battalion and brigade staff level assignments. Officers serving in TOE staff positions graded Captain and above should be CCC graduates.

c. Non-Commissioned Officer Education System (NCOES). Primary Leadership Development Course (PLDC), Basic Non-Commissioned Officer Course (BNCOC), Advanced Non-Commissioned Officer Course (ANCOC) and the Sergeants' Major Course (SMC) are required for promotion to the grades of Sergeant, Staff Sergeant, Platoon Sergeant/Sergeant First Class and Sergeant Major, respectively. Commanders are required to establish OML/Promotion List to ensure that NCOES seats are managed properly to support unit readiness.

d. Pre-Command Courses.

(1) Company level commanders should complete CCC prior to assumption of command.

(2) TOE brigade and battalion commanders will be programmed to attend TRADOC's School for Command Preparation prior to assumption of command. Exceptions will be approved at TAG/USARC level.

(3) The TAGs and USARC commander may establish local pre-command courses to supplement TRADOC CCC and pre-command courses. These courses will orient on critical training and administrative functions and sources of support, but will not be a substitute for attendance at a TRADOC pre-command course.

e. Tactical Commander's Development Course (TCDC). The School for Command Preparation offers TCDC for Combat Arms (CA) brigade/battalion commanders, executive officers and S-3s. Brigade and battalion commanders will attend TCDC within 12 months of assuming command. Exceptions will be approved at TAG/USARC level. Brigade and battalion XOs and S3s are encouraged attend

f. Senior NCO Battle Staff Course. Staff Sergeants and above assigned to TOE/Table of Distribution and Allowance (TDA) positions coded as requiring the Additional Skill Identifier (ASI) 2S will attend a Senior NCO Battle Staff Course to acquire the staff knowledge and skills to perform in a battalion/brigade sized TOC/Administration Logistics Center (ALC)

g. First Sergeants Course. First Sergeants will attend either the First Sergeants Course at the United States Army Sergeants Major Academy (USASMA) or via TATS courseware. This will be accomplished within a one-year window beginning six-months prior to initial assumption of First Sergeants duties.

## Leader Development Model
### Officer Model

| | 2LT/1LT | CPT | MAJ | LTC | COL |
|---|---|---|---|---|---|
| Institutional Training | OBC | CCC | CGSC<br>TCDC | SSC<br>TCDC<br>PCC | PCC<br>TCDC |
| Operational Assignments | Plt Ldr<br>Co XO<br>Asst Bn/<br>Bde Stf | Co Cmd<br>Bn/Bde Stf | Bn S3<br>Bn XO<br>Div Stf | Bn Cmd<br>Bde XO<br>Bde/Div/<br>State/<br>MUSARC<br>Stf | Bde Cmd<br>Div/State/<br>MUSARC<br>Stf |
| Self Development | Baccalaureate* | | | Masters Preferred | |
| Critical Gates for Funding Institutional Training | OBC | CCC | CGSC | SSC<br>PCC | PCC |
| Critical Operational Assignments | Plt Ldr<br>Co XO | Co Cmd | Bn S3/XO | Bn Cmd | Bde Cmd |

<u>Required Institutional Training</u>
OBC – Prepares newly commissioned officers for first duty assignment
CCC – Produces tactically and administratively competent company-level commanders and trains officers for Bn/Bde-level staff officers
CGSC – Develops leaders to train and fight units at the tactical and operational level, develops combined arms doctrine and and training skills
PCC - Only for Bn and Bde command designees
TCDC – Only for CA Bn/Bde Cdr, S-3, and XO
* Baccalaureate required for promotion to O3

Figure 5-1. Officer Development Model

1419

**Leader Development Model**
**Warrant Officer Model**

| | WOC | WO1 | CW2 | CW3 | CW4 | CW5 |
|---|---|---|---|---|---|---|
| Institutional Training* | WOCS | WOBC | WOAC | WOSC | WOSSC | |
| Operational Assignments | | Entry Level positions (Bn/Sep Co) Advanced Level Positions** (Bde/Div/Corps) Senior Level Positions | | | | |
| Self Development | Associate Degree Baccalaureate Preferred | | | | | |
| Critical Gates for Funding Institutional Training | WOCS | WOBC | WOAC | WOSC | WOSSC | |

Required Institutional Training
WOCS – Warrant Officer Candidate School
WOBC – Warrant Officer Basic Course
WOAC - Warrant Officer Advanced Course
WOSC – Warrant Officer Staff Course
WOSSC – Warrant Officer Senior Staff Course
* Required institutional training for promotion to next grade
** Some Bde/Div positions only require entry level expertise

Figure 5.2 Warrant Officer Development Model

1420

| Leader Development Model<br>Non-Commissioned Officer Model | | | | | | | |
|---|---|---|---|---|---|---|---|
| | CPL/ SPC | SGT | SSG | SFC | MSG/ 1SG | SGM | CSM |
| Institutional Training (IT) | PLDC[1] | BNCOC[2] | ANCOC[3]<br>BSC-RC[5] | ANCOC<br>BSC-RC | FSC-RC[4]<br>SMC<br>BSC-RC | SMC<br>BSC-RC | CSMC |
| Operational Assignments (OA) | | Tm Ldr | Sqd/Sec Ldr | PSG<br>Sec SGT | 1SG<br>Stf NCO | Stf NCO | CSM |
| Self Development (SD) | High School | | | Associate Preferred | | | |
| Critical Gates IT | PLDC | BNCOC | ANCOC | | FSC-RC | SMC | CSMC |
| Critical Gates OA | | Tm Ldr | Sqd Ldr<br>Stf Ldr | PSG<br>Stf Ldr | 1SG<br>Sr Stf Ldr | Sr Stf Ldr | Bn/Bde CSM |

Required Institutional Training
1. Initial leadership training for junior enlisted
2. Leadership/management training for junior enlisted
3. Advanced leadership/management training for senior enlisted
4. Trains senior NCOs to perform First Sergeant's duties (Functional course)
5. Prepares NCOs for duty as staff section sergeants in battalion/brigade operations center or admin/log center during combat (Functional course)

Figure 5-3 NCO Development Model

1421