36

**Department of the Army**
**Headquarters, United States Army**
**Training and Doctrine Command**
**Fort Monroe, Virginia 23651-1047**

**TRADOC Pamphlet 350-70-4**

**12 January 2004**

**Training**

# SYSTEMS APPROACH TO TRAINING: EVALUATION

**Summary** This pamphlet provides implementing guidance, formats, and techniques for evaluation and quality assurance programs of the U.S. Army Training and Doctrine Command (TRADOC) as described in TRADOC Regulation 350-70, Part III.

**Applicability** This pamphlet applies to TRADOC activities and The Army School System (TASS) Training Battalions responsible for managing or performing Training Development (TD) or TD-related functions, including evaluation/quality assurance of the training, products, and institutions that present the training. It also applies to non-TRADOC agencies/ organizations having Memorandums of Understanding, Memorandums of Agreement, and contracts for developing training or training products for TRADOC and TASS agencies and organizations.

**Forms** The "R" forms at the back of this pamphlet are for local reproduction.

**Suggested Improvements** The proponent for this pamphlet is the Deputy Chief of Staff for Operations and Training (DCSOPS&T). Send comments and suggested improvements on DA Form 2028 (Recommended Changes to Publications and Blank Forms) through channels to Commander, TRADOC (ATTG-CD), 5 Fenwick Road, Fort Monroe, VA 23651-1049. Suggested improvements may also be submitted using DA Form 1045 (Army Ideas for Excellence Program (AIEP) Proposal).

**Availablity** This publication is distributed solely through the TRADOC homepage at http://www.tradoc.army.mil.

## Contents

| | Paragraph | Page |
|---|---|---|
| **Chapter 1** | | |
| **Introduction** | | |
| Purpose | 1-1 | 4 |
| References | 1-2 | 4 |
| Explanations of abbreviations and terms | 1-3 | 4 |
| Systems Approach to Training (SAT) overview | 1-4 | 4 |
| Regulation, pamphlet, and job aid (JA) relationships | 1-5 | 5 |

**Contents (cont)**


| | Paragraph | Page |
|---|---|---|
| Overview of quality assurance, quality control, and evaluation | 1-6 | 6 |
| Types of evaluations | 1-7 | 10 |
| Overview of training development management/planning | 1-8 | 11 |
| Electronic support | 1-9 | 13 |
| Quality control criteria | 1-10 | 13 |
| **Chapter 2** | | |
| **Evaluation Process** | | |
| Evaluation overview | 2-1 | 13 |
| Evaluator's role | 2-2 | 14 |
| Evaluation process description | 2-3 | 21 |
| **Chapter 3** | | |
| **Planning Evaluations** | | |
| Planning overview | 3-1 | 23 |
| Planning an evaluation | 3-2 | 23 |
| Evaluation project management plans | 3-3 | 28 |
| Quality control criteria for planning | 3-4 | 30 |
| **Chapter 4** | | |
| **Collecting Evaluation Data** | | |
| Data collection overview | 4-1 | 31 |
| Data collection procedures | 4-2 | 31 |
| Quality control criteria for data collection | 4-3 | 39 |
| **Chapter 5** | | |
| **Analyzing Evaluation Data** | | |
| Evaluation analysis overview | 5-1 | 39 |
| Analysis description | 5-2 | 39 |
| Quality control criteria for evaluation analysis | 5-3 | 43 |
| **Chapter 6** | | |
| **Preparing Evaluation Reports** | | |
| Evaluation report preparation overview | 6-1 | 43 |
| Evaluation report descriptions | 6-2 | 44 |
| Report preparation steps | 6-3 | 44 |
| Prepare draft report | 6-4 | 44 |
| Staff draft report for review/concurrence | 6-5 | 46 |
| Obtain final approval of recommendations | 6-6 | 47 |
| Distribute report/recommendations for action, and conduct follow-up check | 6-7 | 47 |
| Quality control criteria for preparing evaluation reports | 6-8 | 48 |


1423

## Contents (cont)


| | Paragraph | Page |
|---|---|---|
| **Chapter 7** | | |
| **Conducting Evaluation Follow-Ups** | | |
| Evaluation follow-up overview | 7-1 | 48 |
| Follow-up description | 7-2 | 49 |
| Quality control criteria for conducting follow-up evaluations | 7-3 | 51 |
| **Chapter 8** | | |
| **Internal Evaluation** | | |
| Internal evaluation overview | 8-1 | 51 |
| Internal evaluation description | 8-2 | 52 |
| Internal evaluation procedures | 8-3 | 54 |
| Areas to consider/review during internal evaluations | 8-4 | 56 |
| Outputs of internal evaluations | 8-5 | 59 |
| Internal evaluation issues/concerns | 8-6 | 60 |
| Quality control criteria for internal evaluations | 8-7 | 61 |
| **Chapter 9** | | |
| **External Evaluation** | | |
| External evaluation overview | 9-1 | 61 |
| External evaluation description | 9-2 | 62 |
| External evaluation procedures | 9-3 | 63 |
| Unit training evaluation | 9-4 | 63 |
| AUTOGEN software program | 9-5 | 64 |
| Outputs of external evaluations | 9-6 | 66 |
| External evaluation issues/concerns | 9-7 | 66 |
| Quality control criteria for external evaluations | 9-8 | 67 |
| **Chapter 10** | | |
| **Accreditation** | | |
| Accreditation overview | 10-1 | 67 |
| Accreditation description | 10-2 | 68 |
| Self-assessment description | 10-3 | 70 |
| Quality control criteria for accreditation | 10-4 | 71 |
| **Appendixes** | | |
| A. References | | 72 |
| B. SAT Process | | 73 |
| C. Job Aid Hyperlinks | | 77 |
| **Glossary** | | 78 |


1424

# Chapter 1
# Introduction

1-1. **Purpose**. This pamphlet provides detailed guidance in support of TRADOC Reg 350-70 on the following areas of the evaluation process for TRADOC courses and courseware:

- Evaluation process.
- Internal evaluations.
- External evaluations.
- Accreditation.

1-2. **References.** The references for this pamphlet appear in appendix A.

1-3. **Explanations of abbreviations and terms**. Abbreviations and terms appear in the glossary of this publication.

1-4. **Systems Approach to Training (SAT) overview.**

a. It is important to have an understanding of the Army's peacetime mission, and the System's Approach to Training (SAT), before addressing the specifics of this pamphlet. See appendix B for a detailed explanation of the SAT process, and each of the five phases.

b. The Army's peacetime mission is to prepare the Army, i.e., Active Component (AC), Reserve Component (RC), and National Guard Components, to perform (fight, win, and survive) across the entire spectrum of military operations. Soldiers and units must be trained to perform their mission to standard, and survive.

c. Education/training development (TD) is a vital component of the mission to prepare the Army for war. The Army's TD process is subsumed in the SAT process. The goal of the SAT process is to support the Army's mission by providing mission-focused, task-based, hard- and soft-skill education/training. This training must be rigorous; relevant to units, soldiers, and leaders trained; and conducive to safety and environmental protection.

d. The SAT is a systematic, spiral approach to making collective, individual, and self-development education/training decisions for the Army. It is used to determine whether or not training is needed; what is trained; who gets the training; how, how well, and where the training is presented; and the training support/resources required to produce, distribute, implement, and evaluate the required education/training products.

**1-5. Regulation, pamphlet, and job aid (JA) relationships.**

a. This pamphlet supports and provides procedural guidance for the policy established in TRADOC Reg 350-70. The regulation directs the use of this pamphlet in the planning and conduct of evaluations. Job aids, product templates, product samples, information papers, and other supporting documents/products support this pamphlet. Print the pamphlet and JAs as individual files, or as a single document.

Supporting JAs

b. Figure 1-1 provides a list of JAs referenced in this pamphlet. Appendix C provides a consolidated list of JAs with hyperlinks. Figure 1-2 depicts the relationship of this pamphlet and supporting documents/products with TRADOC Reg 350-70.

| Number | Title |
| --- | --- |
| JA 350-70-4.3a | Format of an Evaluation Project Management Plan |
| JA 350-70-4.3b | Guidance for Developing a Project Management Plan |
| JA 350-70-4.3c | Master Evaluation Plan Format |
| JA 350-70-4.4a | Developing Questionnaires and Interview Guides |
| JA 350-70-4.4b | Interviewing Practices/Procedures |
| JA 350-70-4.4c | Interview Guide |
| JA 350-70-4.4d | Guidelines for Determining Sampling Size |
| JA 350-70-4.5 | Summarizing Qualitative Data (Written Comment) |
| JA 350-70-4.6a | Executive Summary Format |
| JA 350-70-4.6b | Detailed Evaluation Report Format |
| JA 350-70-4.6c | Format for Memorandum to Decisionmaker |
| JA 350-70-4.7 | Format for Follow-Up Report |
| JA 350-70-4.8a | Evaluator's Checklist: SAT Process |
| JA 350-70-4.8b | Evaluator's Checklist: Training Institutions/Facilities |
| JA 350-70-4.8c | Evaluator's Checklist: Products |
| JA 350-70-4.8d | Evaluator's Checklist: TD Management |
| JA 350-70-4.8e | Managerial Internal Evaluation Questions |
| JA 350-70-4.9a | Evaluator's Checklist: External Evaluation |
| JA 350-70-4.9b | Managerial External Evaluation Questions |
| JA 350-70-4.10a | Notification of Accreditation Status |
| JA 350-70-4.10b | Format of Proponent Accreditation Team Recommendation to their Commandant of NCOA or RC TASS BN Accreditation |
| JA 350-70-4.10c | Sample Final Accreditation Report to NCOA and/or RC TASS BN by Proponent School |
| JA 350-70-4.10d | Guidelines for Preparing and Conducting a Self-Assessment |
| JA 350-70-4.10e | Cover Letter for Self-Assessment Report |

**Figure 1-1. List of JAs**

1426




1427

Figure 1-3. TD policy and guidance

**1-6. Overview of quality assurance, quality control, and evaluation.** Quality training and training products result in soldiers who can perform and survive in the full spectrum of operations. This requires timely training and training products that conform to established standards and meet identified requirements, i.e., are efficient and effective. The SAT is the management control system the Army uses to produce quality education/training, and training products that meet the needs of the Army.

Introduction

a. Quality assurance (QA), quality control (QC), and evaluation are employed throughout the SAT process to ensure quality. These functions are not synonymous. Each has a distinct purpose within training to achieve the ultimate goal of quality. A brief description of quality, QA, QC, and evaluation follows.

Quality

(1) Quality is the timeliness, accuracy, and conformance to specified standards for products, processes, and/or programs. Quality is engineered into a process; it is not an attribute that is added later. It is the goal at all stages of development, and is achieved through continuous evaluation during each phase of the SAT process. Built-in checks in each phase ensure the quality of the SAT process and instructional products, with emphasis on the units' or graduates' performance.

Quality assurance

(2) Quality assurance is the function involving evaluative processes that assure the command that training is efficient and effective, and meets the current, Stryker, and future training needs of the operational force. The prime aim of QA is to furnish the chain of command with the confidence that the TRADOC mission is being achieved, while minimizing risk of error or failure. It provides an oversight function for increasing organizational effectiveness, efficiency, and economy. The objective of QA is to:

(a) Provide the Army with the maximum return on investment.

(b) Ensure and maintain quality up-to-date products to fulfill the needs of the operational Army.

(c) Ensure quality training and training products are delivered in a timely manner, and comply with Department of the Army (DA) and TRADOC policy.

Quality Assurance is achieved through decisions based on results of accreditation, internal and external evaluation, and QC functions.

1428

Quality control

(3) Quality control is an evaluative action or event, conducted to effect QA, that ensures all education/TD and implementation procedures and processes, and/or education/training products, met or exceeded prescribed standards. Every QC activity provides a degree of QA. The SAT process provides a series of QC mechanisms/checks that are applied to the development of all education/training products, procedures, and processes. These checks are formal or informal.

**Note:** The SAT "How-To" pamphlets provide the QC requirements/checks. The general QC process is discussed in more detail in chapter 2.

Evaluation

(4) Evaluation is a systematic, continuous process to appraise the quality (efficiency, deficiency, and effectiveness) of a program, process, or product. It may determine the worth of a training program; determine if objectives have been met; and/or appraise the value of a new training technique. It is the means by which an evaluator provides management (i.e., decisionmakers) with information/recommendations so it can decide on actions to improve the education/training. It also provides information/recommendations to prove the value/worth of the education training (summative evaluation). Evaluations:

(a) Identify both intended and unintended outcomes so decisionmakers can make necessary adjustments in the instructional program.

(b) Provide feedback used to modify the education/training program, as necessary.

Pamphlet organization

b. Figure 1-3 shows how this pamphlet is organized. Some chapters are supported by guidance provided in other chapters; refer to each of these to accomplish the evaluation. The procedural JAs, product templates, product samples, and information papers will help in accomplishing the work.

Evaluation/ QC relationship

c. Evaluations are the feedback mechanism within the SAT process to complete the QC. The QC process begins with the prescribed minimum quality standards for the relevant product or process. Within the QC process, the function of the evaluation element is to gather/collect information to analyze, and then provide management with data on which to make quality judgments. Figure 1-4 illustrates the role evaluation plays within the QC process.

1429

(1) Evaluation is a key component of the QC process, but is not synonymous with it.

(2) Evaluation is a tool that not only measures, but also contributes to the success of Army education/training.




**Figure 1-3. Pamphlet organization**

1430




**Figure 1-4. Quality control process**

**1-7. Types of evaluations.** Evaluations are categorized into two types: internal and external.

Internal evaluation

a. Internal evaluation gathers internal feedback and management data from the education/training instructional system environment to determine if--

(1) The SAT process is being appropriately applied in the development of products or programs.

(2) The instructional base is providing the appropriate/intended training.

(3) The objectives of the training have been met.

(4) The instructional system is producing the required qualified graduates.

(5) The staff and faculty receive the required training.

(6) Instructors provide quality instruction.

(7) Required infrastructure is in place to support training, whether resident or Distributed Learning (DL).

1431

b. This process is conducted no matter where or how the training takes place (i.e., institution, TASS Training Battalion, DL, unit, or at home). The purpose of an internal evaluation is to improve the quality and effectiveness of the instructional system. Internal evaluations are discussed in detail in chapter 8.

External evaluation

c. External evaluation determines if soldiers can meet job performance requirements, require all the instruction received, and need any additional instruction not received. Ultimately, this evaluation process determines if the training meets the needs of the Army. This process gathers data from the field to assess a graduate's performance in a job environment, i.e., to determine if the graduate was trained to meet real-world job performance requirements. External evaluations are discussed in detail in chapter 9.

1432

**1-8. Overview of training development management/planning.**
Through planning, a manager will develop a realistic estimate of the resources required to accomplish evaluation projects, establish milestones, and allocate the available resources to the project. Initial TD management planning begins with an education/TD requirement that is a result of a needs analysis, or a new/revised training strategy.

Types of planning

a. Planning serves as a top-level tool to manage education/training requirements and resources. Proponent schools develop two types of plans:

(1) A Training Development Project Management Plan (TDPMP) is developed for every education/TD process or product (see table 1-1 for procedure). This plan is simple and informal, or detailed and complex. The TDPMP will tell the "who", "what", "when", "where", "why", and "how", and ultimately estimate the cost of every project.

(a) The TDPMP documents workload and resource requirements for the duration of a specific project. Examples include—

- Conduct a job analysis of the 84B30.
- Design/develop a drill.

(b) The TDPMP identifies manpower and resourcing requirements for the specific project to include such things as—

- Personnel.
- Milestones.
- Costs.
- Material.
- Temporary duty (TDY).
- Any other factor required for the TD project.

**Table 1-1**
**Project Management Plan procedures**

| Step | Action |
|---|---|
| 1. | Identify project team members, and consult as needed for plan requirements. |
| 2. | Identify TD resources required to complete the development project. |
| 3. | Establish TD milestones for starting and completing the project, and intermediate milestones, as needed. |
| 4. | Determine budget requirements and provide to the budget office. Include such things as— |

1433

| | |
|---|---|
| | • TDY requirements, to include TDY location, length, transportation requirements, personnel, and cost estimates.<br>• Material requirements.<br>• Distribution requirements and costs.<br>• Printing/reproduction costs. |
| 5. | Determine audiovisual support requirements (personnel and equipment). |
| 6. | Identify training product requirements. |
| 7. | Coordinate between all directorates and departments within the proponent school, and appropriate external units. |
| 8. | Complete the TDPMP. |
| 9. | Obtain appropriate command approval of the TDPMP. |
| 10. | Update the Proponent TD Plan, Individual Training Plans (ITPs), System Training Plan, etc., as appropriate to the project. |

(2) Proponent TD Plan is a proponent's internal, living document that includes all requirements (resourced and unresourced). If a new TD requirement is identified or an existing one is changed, adjust the TD Plan. The TD Plan is a rollup of the requirements outlined in the TDPMP. It is a long-range document covering multiple years, and provides data to various resource, budget, and manpower reports, such as the Monthly Status Report, Installation Contract, Program Objective Memorandum, and Command Operating Budget.

(a) The TD Plan documents TD workload and resource requirements for the programming, planning, budgeting, and execution years. The details within the TD Plan will increase each year.

(b) The TD Plan addresses all required collective and individual training products (e.g., resident and nonresident courses, training support packages (TSP), manuals, etc.) as well as all TD processes (e.g., mission analysis, evaluation, etc.). Table 1-2 provides the procedures.

**Table 1-2**
**Training Development Plan procedures**

| Step | Action |
|---|---|
| 1. | Summarize all TDPMP requirements in prioritized order. |
| 2. | Determine which requirements can be accomplished based on available resources (i.e., resourced requirements). |
| 3. | Identify the impact of each of unmet training requirement on unit mission and task accomplishment. |
| 4. | Finalize the TD Plan. |
| 5. | Obtain command approval of the TD Plan. |

1434

b. For further information, see TRADOC Reg 350-70, chapters II-2 and II-3.

1-9. **Electronic support.** Training developers should take advantage of TRADOC-provided automation tools available to support the applicable TD process. The automation tools and programs available change over time, both in what they can accomplish, and ease in use. Keep cognizant of these changes, and bring the need for upgraded automation requirements to the attention of the chain of command. A good source of current information is the Army Training Support Center website. Throughout this pamphlet there are references to the current automation tools, and guidance on how a tool will help perform a specific process/procedure. The current, primary training automated development tool is the Automated Systems Approach to Training (ASAT). Each Training/TD (task) proponent should have an ASAT point of contact (POC) in the TD organization that can assist with obtaining and using the program. Another resource is the ASAT Help Desk.

1-10. Quality control

**Quality control criteria.** Each chapter in this pamphlet will include QC criteria for applying the evaluation process.

## Chapter 2
## Evaluation Process

2-1. **Evaluation overview.** The evaluation process is used to appraise quality (efficiency and effectiveness) of education/training, and TD. There is a process to follow to conduct an evaluation of training programs, products, and/or process, whether evaluating—

- The effectiveness of a training program, or the meeting of training objectives; appraising the effectiveness of new training;
- Equipment or environmental factors; or
- Extent that training and training products meet the needs of the Army (i.e., determine if training received is what is required in the field).

The evaluation process involves the following phases: planning, collecting, analyzing, reporting, and follow-up.

1435

2-2. **Evaluator's role.** The prevailing role of an education/training evaluator is to identify, articulate, and provide information to decisionmakers to assist them in making education/training decisions. These could include decisions on whether to continue training, whether and how to improve the training, and/or the cost effectiveness of the training. Evaluation is the process used to complete QC checks throughout the entire SAT process. As an evaluator, look for both strengths and weaknesses in the entire instructional system. Focus on—

- How well the graduates are meeting job performance requirements.
- Whether instruction is being provided that is not needed.
- Whether instruction that is needed is not being provided.
- Ways to improve the learner's performance on the job, as well as the instructional system.
- How well each instructional system component is contributing to overall instructional system quality. This includes, but is not limited to, lesson plans, instructors, equipment, training devices, interactive courseware, training schedules, audiovisual media, facilities, manpower, and costs.
- Whether the SAT process is being appropriately applied.
- How efficiently the education/training products meet the identified needs.

Support to decision-makers

a. Evaluators support decisionmakers at all levels by—

(1) Collecting, analyzing, evaluating, and distributing feedback concerning such areas as:

(a) Quality of current training and training support.

(b) Sufficiency of doctrine.

(c) Operability and maintainability of equipment and weapon systems from field user's viewpoint.

(d) Readiness to meet new training requirements.

(2) Providing standards and guidance for evaluating and accrediting Army training, training products, and institutions.

(3) Identifying performance deficiencies.

(4) Providing successful initiatives from the collection and analysis of trends data.

(5) Ensuring quality of training by determining if the:

(a) Instruction follows objectives and implementation procedures listed in the lesson plan, course management plan, student evaluation plan, and the approved program of instruction (POI).

(b) Training aids used in classrooms support the objectives, are appropriate, understandable, and readable.

(c) Environmental conditions contribute to a proper learning environment.

(d) Instructor performance meets instructional standards.

(e) Training development and training management are effective and efficient.

(f) Collective training products are effective and efficient.

(6) Ensuring staff and faculty have received required training.

Evaluation team make-up

b. An evaluator is an independent observer that provides guidance and assistance while ensuring a quality process is applied, and quality products are produced. Conducting an evaluation is a team effort, guided by the training developer, who will function as the project leader. Executing an evaluation as a team effort is the most effective way to accomplish this process. Building the team may involve a matrix management approach. The team will consist of a project leader and subject matter experts (SMEs) (e.g., training developers, soldiers in units, instructors, task performers, and their supervisors, etc.). Depending on the purpose of the evaluation, the other team members will vary (i.e., ad hoc teams are built on the requirements of what is being evaluated). There are several major players that perform on every team.

(1) Evaluators on the evaluation team primarily consist of a training developer (an expert in evaluation), and experts in other areas, depending upon the evaluation initiative.

(a) The training developer, a GS-1750 (Instructional Systems Specialist), is normally in charge of the project. This is the individual trained in the conduct of evaluations. This person is the "training development" SME.

(b) Ensure the "content/technical" SMEs are master experts in the military occupational specialty (MOS), area of concentration (AOC), or other areas being evaluated.

(2) A difficulty encountered when setting up this team is selecting master SMEs. There are three levels of SMEs—apprentice, journeyman, and master. Make sure master training developers and master content area SMEs are on this team.

Team member roles

c. Everyone taking part in an evaluation is part of the evaluation team. TRADOC Reg 350-70, paragraph II-3-4, provides the basic policy on TD teams. A variety of people are needed during the evaluation process, but the number and mix of personnel will vary based on the evaluation.

Evaluation team roles

(1) The evaluation team shall ensure the evaluation:

(a) Incorporates all elements that make up a SAT.

(b) Determines if the right things are being trained; students learned; and training transferred to the job, met the unit's needs, and was efficient.

(c) Provides support to decisionmakers at all levels.

(d) Is thorough and comprehensive.

(e) Is technically correct.

(f) Results in a quality product by applying QC measures.

(g) Complies with TRADOC TD guidance and policy.

(h) Meets milestone requirements.

Training developer role

(2) The training developer (GS-1750) is a key player on the evaluation team, who usually leads and manages the internal evaluation efforts (within the proponent school) and, depending on the purpose, may lead the external evaluation efforts. This role includes—

(a) Keeping all people involved in the evaluation process informed of progress, problems encountered, developments, changes, and constraints.

(b) Being responsive.

**1438**

(c) Providing results in a timely manner.

(d) Keeping the project management plan updated, as appropriate.



(e) Providing guidance to the team members concerning how

(j) Conducts data collection and analysis; identifying deficiencies and efficiencies.

(k) Providing recommendations to actual or potential problems/deficiencies.

(l) Sharing identified efficiencies with appropriate organizations.

(m) Assisting with the center/school's self-assessment efforts.

(n) Ensuring all necessary corrective actions were completed.

SME role

(3) The SME is the content or technical expert on the team. This SME is, or should be, the master performer of the action/activity being evaluated. No matter what the job—a training developer, a combat/doctrine developer, or an instructor—the SME is involved directly in the evaluation function. The SME is specifically responsible for the accuracy and completeness of the technical content, and the comprehensiveness of the content presented. The SME may perform other duties the team leader assigns, such as data collection.

Additional members

(4) Depending on the purpose of the evaluation, the composition of the evaluation team may include, in addition to the training developer and SME, the following:

(a) Visual information specialists.

(b) Installation support person.

(c) Safety Officer.

(d) Resource management personnel.

Evaluation areas

d. Evaluators should routinely evaluate all aspects of the production, management, and conduct of the Army education/training system. This includes such areas as:

(1) Enlisted, officer, warrant officer, and DA civilian training.

(a) Evaluate quality of instruction, standardization, test objectives, etc., to prepare students to perform effectively.

(b) Ensure horizontal and vertical integration of tasks and training.

(c) Ensure progressive and sequential training.

(d) Evaluate quality of individual training strategies and Career Development Model.

(2) Unit Training Products.

Evaluation areas

(a) Evaluate quality of unit training strategies (unit long and short-range training strategies).

(b) Review Combined Arms Training Strategies (CATS), Mission Training Plan (MTP), drills, exercises, Warfighting TSP, and Training Aids, Devices, Simulator and Simulations (TADSS) to ensure—

- Product usefulness.
- Technical/doctrinal content accuracy.
- Design and development are consistent with analysis data.
- Effective training sequence.
- Product meets needs.
- Safety, environment, and risk assessment/management considerations are incorporated.
- Deficiencies identified were corrected.

Note: Unit feedback on MTP, Soldier Training Publication (STP) and TSP are supposed to come through the automated unit training management program (i.e., Standard Army Training System/Unit Training Management Configuration).

1440

(3) Combined Arms Training Strategies.

(a) Army Training Strategy (Headquarters (HQ) TRADOC only).

(b) Unit Long Range Training Strategy.

(c) Unit Short Range Training Strategy.

(d) Individual Long Range Training Strategy.

(e) Individual Short Range Training Strategy.

(f) Self Development Training Strategy.

(4) Threat. Evaluate to determine school's compliance with TRADOC regulations on threat, i.e., ensuring valid, accurate, and consistent threat portrayal is in the training and TD areas.

(5) Doctrinal development. Evaluate the organization, procedures and management of the development process, and the integration of doctrine into training.

(6) School evaluation system. Evaluate feedback systems and how training institutions use feedback to verify/validate decisions, or cause change.

(7) Education/training management. Evaluate the management of implementation of education and training.

(8) Training Resource Management.

(a) Evaluate how well the school aligns resources with mission/training requirements to—

- Accomplish training student workload to standard.
- Allocate resources to support Commanding General, TRADOC priorities.
- Identify tradeoffs, and impacts of these tradeoffs.
- Consider efficiencies and economies.
- Apply savings to meet unresourced priorities.

1441

(b) Evaluate training resources involving programming and budgeting, manpower management, ammunition, equipment, and facilities.

(c) Evaluate assignment and management of contracts.

(d) Evaluate management of personnel assignments and staff and faculty training.

(9) Training Requirements Analysis System (TRAS). Determine how well the institution is managing TRAS implementation and process to include:

(a) TRAS document implementation and updates.

(b) Maintenance of milestone schedules.

(c) Meeting programming and budgeting windows for resources.

(10) Systems Approach to Training process. Ensure the appropriate application of minimum essential elements of the SAT process.

(11) Staff and faculty training. Evaluate the adequacy and relevancy of institution's training and development programs for the staff and faculty.

(12) Automation systems which provide—

(a) Proponent approved functionality (operational) requirements.

(b) Seamless share data.

(c) Automated systems easy to operate.

(d) Multiple levels of help, to include use of program, technical assistance, and embedded training.

(e) The capability to maintain the integrity of current data.

(f) Key databases in the production cycle (available through the TD automated support system).

Remember, evaluators must have access to decisionmakers, and the evaluation findings, conclusions, and recommendations must be credible to be useful.

**2-3. Evaluation process description.** Evaluations assess the quality of training and TD. Evaluators conduct evaluations by analyzing the current status of unit and individual performance, training products, programs, and processes by using a 5-phased process (planning, collecting data, data analysis, providing recommendations/reporting of findings, and following up on recommendations to ensure implementation). This process produces valid and reliable results that identify training deficiencies. Findings provide the basis for corrective recommendations through the chain of command. Findings also identify those areas of the training program performing efficiently and effectively.

Evaluation findings

a. Evaluation efforts will determine whether:

(1) Training and TD efforts have accomplished their intended purpose (i.e., the objective of the training has been met).

(2) The right soldier was trained (i.e., all students fell within the target audience).

(3) All students met specified entry-level standards.

(4) Accreditation was performed properly, and accreditation data was obtained.

(5) The TD process met minimum essential requirements of analysis, design, development, and implementation.

(6) Training products met unit needs.

(7) Soldiers' training met unit needs.

(8) Appropriate quantity of training was received.

(9) Soldiers needed instruction they did not receive.

(10) Soldiers received instruction they did not need.

(11) Training institutions are adhering to command training and education guidance.

Note: An overview of each evaluation phase is provided in paragraph 2-3b through f below.

Planning overview

b. The first step in doing anything is proper planning. Evaluations are no exception and require thorough planning. Some routine evaluation duties, such as conducting a classroom observation, reviewing a test, or analyzing a group of student end-of-course critiques, do not require in-depth evaluation plans. Explain procedures for performing these routine duties in a local standard operating procedure, or equivalent document. However, major evaluations (i.e., in-depth evaluations of school training program, products, or processes) require an evaluation plan—the end product of the planning phase. This phase of the process is discussed in detail in <u>chapter 3</u>.

Data collection overview

c. The data collection process involves determining what type of data is required, what data to collect (student performance, student feedback, audit trails, supervisors, graduates, etc.), where/who data is collected from (source), how much, and how data is collected (method/technique/ instrument). Next, structure and develop the data collection method/instrument to collect data. The final step is to administer the instrument/technique to collect the data. This phase of the process is discussed in detail in <u>chapter 4</u>.

Analysis overview

d. Analysis is the process of reviewing, synthesizing, summarizing, and processing evaluation data collected to develop initial findings concerning the issue being evaluated. Analysis reduces the huge volumes of raw data collected into a series of initial findings. The method used will depend on the type of data collected. This phase of the process is discussed in detail in <u>chapter 5</u>.

Reporting findings and recommend-ations overview

e. After evaluation data is collected and analyzed, the next step is to identify major findings and recommendations. Once identified, write a report to include:

(1) References.

(2) Background/problem.

(3) Purpose of evaluation.

(4) Summary of data collection procedures.

(5) Results – major findings, conclusions, and recommendations. This phase of the process is discussed in detail in <u>chapter 6</u>.

Follow-up overview

f. The follow-up phase determines if recommendations were implemented. This phase should take place within one year of the evaluation approval. This phase of the process is discussed in detail in chapter 7.

Feedback system

g. Evaluators receive feedback from students, supervisors, soldiers, instructors, commanders, training developers, and affected organizations. Provide feedback to the same. The entire evaluation process is based on feedback, either formal or informal. Informal feedback consists of unsolicited information, which is transmitted either directly or indirectly to an action office, verbally, or in writing. Formal feedback, however, is solicited, specific in content, and transmitted through channels by means of a document designed specifically for the purpose (i.e., a survey or questionnaire). The feedback system, therefore, includes either the instruments or mechanisms used to elicit the information, and the means by which it is transmitted to the appropriate action office. It is the evaluator's responsibility to ensure that the feedback system is functioning, and evaluation results are relayed back to the appropriate action point in the system. Formal or information feedback, via external and internal evaluations, may drive future evaluation plans.

## Chapter 3
## Planning Evaluations

3-1. **Planning overview.** This chapter addresses the planning phase of the evaluation process. It will assist evaluators in planning an evaluation and creating the Master Evaluation Plans (MEP) and Evaluation Project Management Plans. Add or delete additional actions, as the specific evaluation conducted requires. Evaluations that are not well-planned or managed will result in the collection of information that cannot be trusted (i.e., invalid and of no use). The Quality Assurance Office (QAO) is responsible for the development of MEPs and Evaluation Project Management Plans. However, involvement from other directorates and departments is essential in their development.

3-2. **Planning an evaluation.** The first step to any evaluation is planning, which is probably the most difficult step. Everything that follows depends on how well the evaluation is conceptualized. This entails how well thoughts, ideas, and/or intuitions are expressed. In the planning process, assess all major goals/objectives, needs, resources and capabilities, and/or any other areas, which are eventually represented in an evaluation plan. There are several reasons to carefully plan an evaluation and document the plan in a written evaluation plan before conducting an evaluation. Planning—

Summarize data

f. When data is summarized, simply condense the data for analysis.

(1) The easiest and most accurate method for summarizing large amounts of quantitative data is to use an automated statistical program.

(2) Summarizing qualitative data is much more difficult to accurately and effectively summarize. Job Aid 350-70-4.5 provides guidance for summarizing qualitative data.

Analyze data

g. Before analyzing any data, ensure all quantitative data is entered into a computer, and all qualitative data is summarized and condensed into categories. Keep in mind exactly why the data is being analyzed (i.e., identify what specific questions are needed).

h. Statistical analysis is required for analyzing quantitative data. (Note: Statistics simply show things about the data that are otherwise not seen.) There are two types of statistics:

(1) Descriptive statistics give measurements that simply "describe" the data collected. This includes such measures as:

(a) Mean - the average value.

(b) Range - the extreme values.

(c) Standard deviation - the degree to which values are dispersed.

(2) Inferential statistics "infer" something about the total population from which the data was collected, usually by a random process. It includes such measurements as—

(a) t tests—a statistical analysis used to infer something about two different populations, based on data collected from a sample of each of the populations.

(b) Chi-square—a statistical test commonly used to compare observed or actual frequency with expected or hypothesized frequency of two variables.

(c) Analysis of Variance—a statistical analysis used to determine whether there are any statistically significant mean differences between two or more groups, or one or more variables, or factors.

.

Individual descriptions on how to use these various methods for analyzing data are not provided. If the evaluation plan requires using unfamiliar statistical analysis, consult with a statistician or evaluator experienced in statistics.

Interpret the analysis results

i. Interpret the analysis in common sense terms, and be able to explain the results. Interpretation of analysis is one of the most difficult steps in this phase of evaluation. Keep in mind the purpose of the evaluation as data results are interpreted. Annotate all trends identified, and include in the final report. Qualitative data is often considered less objective than quantitative data, but can provide very useful information, if procedures are followed, especially when looking at themes and relationships at the case level. Quantitative data, though more scientific, requires statistical manipulation to represent findings.

As with analysis, interpretation of results may call for the use of unfamiliar statistical procedures. Solicit the assistance of a statistician, or more experienced evaluator, when using unfamiliar statistical methods.

**5-3. Quality control criteria for evaluation analysis.** TD/task proponents perform QC actions as an inherent part of the SAT process. When analyzing data, ensure—

a. The integrity of the raw data, by verifying the completeness and understandability of responses.

b. Accuracy of data summaries was verified.

c. Data analysis was appropriate for the type of data collected.

d. Results of the analysis were interpreted to provide usable, accurate, and pertinent recommendations.

## Chapter 6
## Preparing Evaluation Reports

**6-1. Evaluation report preparation overview.** This chapter provides guidance on how to develop a report, which captures the results of an evaluation (phase four of the evaluation process). An evaluation report will include findings, conclusions, and recommendations. This chapter will assist in preparing, staffing, and distributing the report/recommendations.

1447

6-2. **Evaluation report descriptions.** Formal and informal reports are an ongoing process during the life of an evaluation; do not consider them as just an "end of evaluation" product. Establish the primary audience during the planning phase, and write the report to that audience's interest. The report should be concise and presented in a way that will ensure the evaluation information is used to its fullest potential. The report summarizes the results of the evaluation (i.e., findings, conclusions, and recommendations). The report is provided to senior leaders for their information and guidance.

6-3. **Report preparation steps.** Evaluators should perform the steps in table 6-1, which provides the general procedural guidance for preparing the evaluation reports.

**Table 6-1**
**Steps for preparing an evaluation report**

| No. | Steps |
|---|---|
| 1. | Prepare the draft report, to include findings, conclusions, and recommendations. Develop findings, conclusions, and/or recommendations on how they relate to the objective of the evaluation. |
| 2. | Staff draft report for review/concurrence. Staff internally, and with involved organizations. Obtain review and concurrence of recommendations. |
| 3. | Revise draft report into a final report. |
| 4. | Obtain final approval of recommendations. Provide to approving authority (i.e., decisionmaker) for final approval of final report, and recommendations. |
| 5. | Distribute report/recommendations for action. Distribute final report with approval authority documentation to all organizations with implementing requirements. |

6-4. **Prepare draft report.** The evaluation report is a vital document that summarizes the results of the evaluation (i.e., findings, conclusions, and recommendations). From the findings, develop conclusions, and for each identified problem area, provide specific recommendations for management to consider. There are different ways of reporting information, depending on how the report is used, the target audience, and the impact that the evaluation will have. Be as concise and simple as possible, while ensuring all required information is included.

Types of evaluation reports

a. The length and format of an evaluation report can vary significantly. Factors to consider are the audience for whom the report is intended, complexity of the evaluation, and/or the impact the evaluation results will have on the organization. For purposes of standardization, the reports are categorized into two types—Executive Summary and Detailed Evaluation Report.

Executive Summary

(1) The Executive Summary is a synopsis of the evaluation, and requires a response to the evaluation recommendations. The Executive Summary is a memorandum designed for senior leadership that includes:

(a) Background.

(b) Purpose and objectives.

(c) Methods.

(d) Major findings, recommendations, and who is responsible to implement (or lead the implementation of) recommendations.

(e) Suspense date for a response to recommendations.

Job Aid 350-70-4.6a provides a format of an Executive Summary. For most evaluations, the Executive Summary is sufficient. Keep on file the supporting data and documentation required to explain and support findings.

Detailed Evaluation Report

(2) Detailed Evaluation Reports are lengthy, formal evaluation reports that explain in detail those findings included in the Executive Summary listed above. A detailed report is required if:

(a) Intended audience is outside the installation, and the evaluation specifics (to include supporting data) cannot be explained in person.

(b) Evaluation will have a very significant impact on training/training resources.

(c) Evaluation involves very complex data collection or analysis methodologies that require explanation, and are supported with data.

(3) In addition to the items in an executive summary, the detailed report includes:

(a) An Executive Summary.

(b) A discussion of limitations.

(c) A list of assumptions.

(d) An identification of Essential Elements of Analysis.

(e) Appendices for data summaries, which may include Data Collection Instruments, the Evaluation Plan, etc.

(f) A memorandum requesting concurrence of the director on the recommendations, and organization responsible for implementing recommendations. Format the memorandum similar to paragraph five of the Executive Summary cited in JA 350-70-4.6a. A format for a Detailed Report is provided in JA 350-70-4.6b.

Report preparation hints

b. Whether an Executive Summary or a Detailed Evaluation Report is prepared, keep the report as brief as possible. The following suggestions will assist in preparing either report.

(1) Only include information that the intended reader needs.

(2) Keep it simple.

(3) Do not use acronyms unknown to readers.

(4) Do not write at a reading level drastically above, or below, the reader.

(5) Explain in simple terms any complex data collection, or analysis methodologies.

(6) Stay focused on the Essential Elements of Analysis when writing the report.

**6-5. Staff draft report for review/concurrence.**

a. The procedures for staffing a draft report should begin within the organization, and then to involved organizations. The steps are as follows:

(1) Distribute the draft report internally to individuals within the office to review the report content.

(2) Provide the director a copy of the draft report for review/approval.

(3) Ensure director signs a memorandum to distribute to organizations responsible for implementing recommendations. (Note: If an Executive Summary is prepared, the director will sign it. If a Detailed Evaluation Report is prepared, the director signs the accompanying memorandum.)

(4) Distribute draft report to all organizations affected by the evaluation for their review and concurrence (or nonconcurrence) on recommendations made. Request a response back within 30 days.

b. If nonconcurrence comments are received, resolve any disagreements prior to sending the final report to the decisionmaker. Use coordination meetings, if necessary, to resolve disagreements.

c. If no agreements are reached on nonconcurrences, send the report with explanations of all nonconcurrences to the decisionmaker for a final decision.

6-6. **Obtain final approval of recommendations.** In this phase, a final report is provided to the decisionmaker (i.e., assistant commandant) for final approval of the overall report and the individual recommendations.

Draft report

a. Send a memorandum to the decisionmaker, along with the report and copies of the responses received as a result of the staffing from the Staffing Draft Report step. Job Aid 350-70-4.6c provides a sample format for the memorandum sent to the decisionmaker.

b. After the decisionmaker has approved or disapproved the recommendations, distribute the final report.

6-7. **Distribute report/recommendations for action, and conduct follow-up check.** In this phase, the final report is distributed to all organizations that are responsible for implementing the approved recommendations, with a copy of the memorandum from the decisionmaker, showing final approval of recommendations.

a. Provide a suspense date for written responses to responsible organizations.

b. Responses must include:

(1) Actions they have taken thus far.

(2) Milestones for future actions they will take.

c. Inform the organization that a follow-up check is conducted to ensure that they have taken the actions, and provide a predetermined time to conduct this check-up.

6-8. **Quality control criteria for preparing evaluation reports.** Training development/task proponents perform QC actions as an inherent part of the SAT process. When developing an evaluation report, ensure—

a. The final evaluation report was focused on the objectives of the evaluation.

b. The final evaluation report includes, at a minimum:

(1) Findings.

(2) Conclusions.

(3) Recommendations.

c. Reports were staffed to all appropriate organizations.

d. Final report was approved by chain of command before distribution.

e. Final report was distributed to all relevant organizations (i.e., all organizations that are responsible for implementing the approved recommendations).

## Chapter 7
## Conducting Evaluation Follow-Ups

7-1. **Evaluation follow-up overview.** This chapter provides guidance on how to conduct a follow-up of the evaluation effort (phase 5 of the evaluation process). During this phase, it is determined if recommendations made as a result of the evaluation were actually implemented. This chapter will assist in conducting follow-ups, and includes—

- Preparing for a follow-up evaluation.
- Conducting the follow-up evaluation.
- Preparing and staffing the report.

**7-2.** **Follow-up description.** The follow-up phase is sometimes considered the most important part of the evaluation process, but often is the most overlooked. Conducting a follow-up will determine if recommendations were implemented, and if they resulted in an improvement to the training. This phase should take place within one year of the evaluation approval. If the recommendations are not followed up, do not conduct the evaluation.

Follow-up steps

a. Though the decisionmaker has signed off on the evaluation and approved the recommendations, there is still no guarantee that those responsible will implement the recommendations. Conduct a follow-up to ensure implementation. See table 7-1 for procedural steps for conducting a follow-up.

**Table 7-1**
**Steps for conducting a follow-up**

| No. | Steps |
| --- | --- |
| 1. | Input action milestones into a tracking system. Collect responses from organizations responsible for implementing recommendations. Input milestones into a system for tracking actions taken. |
| 2. | Conduct the follow-up to ensure actions have been taken to implement recommendations. |
| 3. | Prepare and write a follow-up report. |
| 4. | Staff the follow-up report. |

Input action milestones into tracking system

b. During the reporting phase, determine actions the responsible organizations have taken so far, and their plans for future actions. To begin the follow-up, update information from these organizations to determine status of actions taken and planned. These actions are put into a tracking system.

c. The tracking system:

(1) Includes all present or future actions taken by an organization.

(2) Is automated to simplify use of data collected.

(3) Has the projected date for the follow-up. Projected date will depend on the milestones established for the actions, and on local policies and procedures for performing follow-ups.

(4) Provides an audit trail on all actions taken as a result of the evaluation.