37

Department of the Army
Headquarters, United States Army
Training and Doctrine Command
Fort Monroe, Virginia 23651-1047

TRADOC Regulation 350-10

12 August 2002

Training

# INSTITUTIONAL LEADER TRAINING AND EDUCATION

**Summary.** This regulation prescribes institutional training and education policies for officer (to include precommission), warrant officer (to include preappointment), and noncommissioned officer (NCO) leader development, and defines the U.S. Army Training and Doctrine Command's (TRADOC's) role in Army civilian leader development.

**Applicability.** This regulation applies to TRADOC service schools and Active Army, U.S. Army Reserve (USAR), and Army National Guard of the United States (ARNGUS) agencies responsible for officer (to include precommission), warrant officer (to include preappointment), NCO, and civilian leader training and education. Unless otherwise stated, the policies contained herein apply to members of sister and foreign services attending Army schools.

**Supplementation.** Supplementation of this regulation is not authorized without prior approval from Commander, TRADOC, 5 Fenwick Road, ATTN: ATTG-IL, Fort Monroe, VA 23651-1049.

**Management control process.** This regulation is not subject to the requirements of AR 11-2. It does not contain checklists.

**Suggested improvements.** The proponent of this regulation is the Deputy Chief of Staff for Operations and Training (DCSOPS&T). Send comments and suggested improvements on DA Form 2028 (Recommended Changes to Publications and Blank Forms) through command channels to Commander, TRADOC, 5 Fenwick Road, ATTN: ATTG-IL, Fort Monroe, VA 23651-1049, or e-mail dcstitd@monroe.army.mil. Suggested improvements may also be submitted using DA Form 1045 (Army Ideas for Excellence Program (AIEP) Proposal).

Availability. This publication is available on the TRADOC Homepage at http://www-tradoc.monroe.army.mil.

**Summary of Changes**
This TRADOC regulation—

- Aligns TRADOC institutional training policies with the Department of Army (DA) policies contained in AR 350-1.
- Establishes roles and responsibilities of the Deputy Commanding General Initial Entry Training (DCG-IET)/Commanding General Army Accessions Command (AAC).
- Corrects previously incorrect guidance concerning The Modern Army Recordkeeping System (MARKS) file number to be used to maintain academic records per AR 25-400-2.
- Defines Senior Small Group Leader (SSGL) duties and ratio to Small Group Leader (SGL) requirements.
- Changes the delegation of authority to course proponent commandants/CGs or their designated representative in the rank of colonel or higher waiver authority for small group leader-to-student ratios and clarifies the minimum instructor grade levels requirements/authorizations for the conduct of leader courses.
- Establishes linkage between TRADOC-approved common core and Common Task Test (CTT) administered by units.
- Clarifies attendance and conduct criteria of new stand-alone TASS ANCOC and BNCOC Phase I, NCOES Common Cores.
- Delineates responsibilities and time line standards for administering the Army Physical Fitness Test (APFT) as a professional development course graduation requirement.
- References AR 350-1, Individual Military Education and Training (which the current AR 350-1 will be renamed when revised).

*This regulation supersedes TRADOC Regulation 351-10, 1 May 1997.

1455

# Contents


| | Paragraph | Page |
|---|---|---|
| **Chapter 1** | | |
| **Introduction** | | |
| Purpose | 1-1 | 5 |
| References | 1-2 | 5 |
| Explanation of abbreviations and terms | 1-3 | 5 |
| Responsibilities | 1-4 | 5 |
| Leader development and leadership | 1-5 | 14 |
| Institutional leader training and education levels | 1-6 | 14 |
| **Chapter 2** | | |
| **Leader Training and Education Guidelines** | | |
| General | 2-1 | 15 |
| Institutional training | 2-2 | 15 |
| Selection | 2-3 | 16 |
| Student orientation | 2-4 | 17 |
| Billeting | 2-5 | 17 |
| Physical fitness, weight control, and profiles | 2-6 | 18 |
| Conduct of training | 2-7 | 19 |
| Conduct of training | 2-7 | 19 |
| Student records | 2-8 | 21 |
| Academic test and retest | 2-9 | 22 |
| Student recognition | 2-10 | 23 |
| Student dismissal | 2-11 | 23 |
| Student recycle | 2-12 | 23 |
| Small group instruction (SGI) | 2-13 | 23 |
| Small group leader, senior small group leader and instructor standards | 2-14 | 24 |
| Accreditation | 2-15 | 26 |
| Course credit (constructive and equivalent) | 2-16 | 26 |
| Risk management (RM) | 2-17 | 28 |
| Safety and force protection | 2-18 | 29 |
| Environmental protection and stewardship | 2-19 | 30 |
| Leadership assessment and development | 2-20 | 30 |
| Common core | 2-21 | 30 |
| Common Task Test for NCO leaders | 2-22 | 31 |
| Mobilization training strategy | 2-23 | 31 |
| **Chapter 3** | | |
| **The Officer Education System (OES)** | | |
| Goals and objectives | 3-1 | 31 |
| Precommission training | 3-2 | 32 |
| Officer Basic Course (OBC) | 3-3 | 32 |
| Captains Career Course (CCC) | 3-4 | 33 |
| Command and General Staff Officer Course (CGSOC) | 3-5 | 35 |
| Advanced Military Studies Program (AMSP) | 3-6 | 36 |
| Army War College (AWC) | 3-7 | 36 |
| Advanced Operational Arts Studies Fellowship (AOASF) | 3-8 | 37 |
| Pre-Command Courses (PCC) | 3-9 | 37 |
| **Chapter 4** | | |
| **The Warrant Officer Education System (WOES)** | | |
| Overview | 4-1 | 40 |
| Warrant officer preappointment training | 4-2 | 40 |
| Warrant Officer Basic Course (WOBC) | 4-3 | 40 |
| Warrant Officer Advanced Course (WOAC) | 4-4 | 41 |
| Warrant Officer Staff Course (WOSC) | 4-5 | 41 |
| Warrant Officer Senior Staff Course (WOSSC) | 4-6 | 41 |
| **Chapter 5** | | |
| **The Noncommissioned Officer Education System (NCOES)** | | |
| Section I | | |
| General | | |
| Background | 5-1 | 42 |
| Selection, administration, and assignments for NCOES | 5-2 | 42 |
| Primary Leadership Development Course (PLDC) | 5-3 | 42 |
| Basic Noncommissioned Officer Course (BNCOC) | 5-4 | 43 |
| Advanced Noncommissioned Officer Course (ANCOC) | 5-5 | 44 |
| Sergeants Major Course (SMC) | 5-6 | 46 |
| Battle Staff Noncommissioned Officer Course (BSNCOC) | 5-7 | 46 |
| First Sergeants Course (FSC) | 5-8 | 47 |
| Command Sergeants Major Course (CSMC) | 5-9 | 47 |
| **Section II** | | |
| **Noncommissioned Officer Academies (NCOA)** | | |
| Overview | 5-10 | 48 |
| NCOA staffing and organization | 5-11 | 48 |
| **Chapter 6** | | |
| **Civilian Leader Development** | | |
| **Army Civilian Training Education and Development** System (ACTEDS) | 6-1 | 49 |
| Intern Leadership Development Course (ILDC) | 6-2 | 50 |
| Action Officer Development Course (AODC) (Correspondence) | 6-3 | 50 |
| Supervisor Development Course (SDC) (Correspondence) | 6-4 | 50 |
| Leadership Education and Development (LEAD) Course | 6-5 | 51 |
| Manager Development Course (MDC) (Correspondence) | 6-6 | 51 |
| Organizational Leadership for Executives (OLE) | 6-7 | 51 |
| Personnel Management for Executives I and II (PME I/II) | 6-8 | 52 |
| Sustaining Base Leadership and Management (SBLM) Program | 6-9 | 52 |
| **Appendixes** | | |
| A. References | | 52 |
| B. TRADOC, NCOA Organizational Structure | | 57 |
| **Glossary** | | 58 |

## Chapter 1
## Introduction

**1-1. Purpose.** This regulation provides policy guidance for conducting institutional commissioned officer (to include precommission), warrant officer (to include preappointment), noncommissioned officer (NCO), and civilian leader training and education. These policies are applicable to The Army School System (TASS).

**1-2. References.** Appendix A lists required and related publications.

**1-3. Explanation of abbreviations and terms.** The glossary defines abbreviations and special terms used in this regulation.

**1-4. Responsibilities.**

a. Commanding General (CG), TRADOC. The CG, TRADOC, executes responsibilities prescribed in ARs 350-1, 140-1, and 10-87.

b. Deputy Commanding General (DCG), TRADOC. The DCG, TRADOC, develops and integrates concepts, requirements, and experiments for future doctrine and training development.

c. Commanding General U.S. Army Accessions Command (AAC)/Deputy Commanding General Initial Entry Training (DCG-IET). The CG AAC/DCG-IET—

(1) Provides command, control, and coordination of the Army's officer, warrant officer and enlisted accession process from initial contact through completion of initial military training.

(2) Exercises Headquarters, Department of the Army (HQDA) directed executive authority over Military Entrance Processing Command.

(3) Provides command and control of all Army recruiting (officer, warrant officer and enlisted), and all Army Reserve Officers Training Corps (ROTC) programs, both junior and senior.

(4) Provides command, control, and accreditation of Basic Combat Training (BCT), Officer Basic Course (OBC), Officer Candidate School (OCS), and Warrant Officer Candidate School (WOCS).

(5) Provides oversight authority and accreditation for enlisted Advance Individual Training (AIT).

(6) Provides mission coordination for all U.S. Army Reserve (USAR) Institutional Training Divisions (DIV(IT)), all active Reception Battalions (REC BN), Recruiting and Retention School (RRS), and Drill Sergeant Schools (DSS).

(7) Coordinate and integrate recruitment through completion of initial military occupational skills (MOS) training.

(8) Serves as the precommissioning common core executive agent.

d. Deputy Commanding General, Combined Arms Center (CAC). The DCG, CAC—

(1) Coordinates and integrates training and leader development from completion of initial MOS training through completion of service at all training locations.

(2) Provides oversight for doctrine, training, and leader development.

e. Deputy Commanding General, Combat Service Support (CSS). The DCG, CSS—

(1) Provides oversight for CSS doctrine development and the conduct and development of CSS training and leader development in all TRADOC CSS schools and centers.

(2) Provides oversight for CSS technical training and CSS leader development instruction at all TRADOC schools and centers.

(3) Coordinates and integrates Army Medical Command and judge advocate doctrine and training efforts.

(4) Provides functional oversight for CSS training simulations.

f. Deputy Chief of Staff for Operations and Training (DCSOPS&T). The DCSOPS&T manages commissioned officer (to include precommission), warrant officer (to include preappointment), and NCO leader training and education. The DCSOPS&T—

(1) Develops and publishes policy guidance for analyzing, designing, developing, standardizing, implementing, and evaluating leader training and education to meet the Army's current and future needs.

(2) Assesses effectiveness and efficiency of leader training and education and provides recommendations to HQDA.

(3) Provides funding and manpower resources to conduct leader training.

(4) Serves as individual task manager per TRADOC Reg 350-70 and manages Common Core to include:

(a) Adding, deleting, or modifying training requirements.

(b) Publishing tasks and subject lists.

(c) Approving requests to add, delete, and revise

existing tasks/subjects.

(5) Designates/appoints task proponents and issues training product development guidance.

(6) Ensures common core is vertically aligned within each education system and horizontally aligned between the education systems based on job and/or organizational level duties, roles and responsibilities.

(7) In coordination with executive agents, evaluates the education and training presented within their education and training systems per TRADOC Reg 350-70.

g. Commandant, U.S. Army Command and General Staff College (CGSC). The Commandant, CGSC—

(1) Serves as executive agent for Officer Education System (OES) common core, excluding the precommissioning tasks, to ensure officer training and education is vertically aligned (progressive and sequential) and meets the needs of current and future officers. Monitors compliance with common core training guidance and coordinates requirements and standards with precommissioning sources and branch schools.

(a) Budgets for perpetual maintenance of common core responsibilities.

(b) Triennially, conducts task selection board to update and revalidate the OES common core. Membership will include representatives from appropriate major Army commands (MACOMs); National Guard Bureau (NGB); U.S. Army Reserve Command (USARC); branch schools; other common core executive agents; all precommission sources; and interested agencies and activities. Recommends tasks to be added, deleted, or modified to Commander, TRADOC, ATTN: ATTG-IL.

(c) Reviews and approves content of OES common core training products developed by task proponents. Comments of all precommission sources will be considered during the content approval process of precommission training products.

(d) Develops and submits to Army Training Support Center (ATSC), common core implementation guidance to accompany each OES task.

(e) Conducts and forwards to Commander, TRADOC, ATTN: ATTG-IL, for final decision, training needs analysis of subjects, topics, and/or tasks recommended for inclusion to the common core. Analysis that validates a new training requirement will recommend task proponent, course(s) in which subject should be taught, and method(s) of training. Training needs analysis will be conducted in coordination with other common core executive agents and task/training proponents, as required.

(2) Participates in the annual Four-Gold Conference conducted by the precommission sources to review, assess, and make recommendations for the planning, standardization, and implementation of precommission training tasks.

(d) Directing training needs and job analysis by Common Core executive agents.

(3) Serves as course proponent for and develops Staff Process Phase of the Captains Career Course (CCC), Command and General Staff Officer Course (CGSOC), Pre-Command Course (PCC) (Fort Leavenworth Phase), Advanced Military Studies Program (AMSP), and Advanced Operational Arts Studies Fellowship (AOASF) courses and corresponding programs of instruction (POI).

(4) Analyzes, designs, develops, conducts, and evaluates education and training per AR 350-1, TRADOC Reg 350-70, and this regulation.

(5) Analyzes, designs, develops, and conducts leadership training for Army civilians.

h. Commander, U.S. Army Combined Arms Support Command (CASCOM). The Commander, CASCOM—

(1) Analyzes, designs, develops, conducts, and evaluates CSS officer, warrant officer, and NCO training per AR 350-1, TRADOC Reg 350-70, and this regulation.

(2) Develops and publishes CSS branch OES, Warrant Officer Education System (WOES), and career management field (CMF)/MOS-specific Noncommissioned Officer Education System (NCOES) training products, soldier training publications (STP), and individual training plans (ITP) per TRADOC Reg 350-70, as required.

(3) Produces training strategies to optimize training productivity and effectiveness.

(4) Develops training that incorporates modernization efforts.

(5) Vertically and horizontally aligns CSS branch tasks in officer, warrant officer, and NCO courses.

(6) Assesses the training evaluation process at associated schools, ensures branch-specific training is not redundant with common core, and ensures common core training is not redundant at each level of training.

i. Commander, U.S. Army Maneuver Support Center (MANSCEN). The Commander, MANSCEN—

(1) Analyzes, designs, develops, conducts, and evaluates maneuver support officer, warrant officer, and NCO training per AR 350-1, TRADOC Reg 350-70, and this regulation.

(2) Develops and publishes m--- ver support

branch OES, WOES, and CMF/MOS-specific NCOES training products, STPs, and ITPs per TRADOC Reg 350-70, as required.

(3) Produces training strategies to optimize training productivity and effectiveness.

(4) Develops training that incorporates modernization efforts.

(5) Vertically and horizontally aligns maneuver support branch tasks in officer, warrant officer, and NCO courses.

(6) Assesses the training evaluation process at associated schools, ensures branch-specific training is not redundant with common core, and ensures common core training is not redundant at each level of training.

j. Commanding General, U.S. Army Cadet Command. CG, Cadet Command—

(1) Coordinates, integrates with other precommission sources, and assesses precommission common core training effectiveness and efficiency, and recommends improvements and changes that support common tasks required as part of precommission training.

(2) Along with other precommission sources, participates in precommission common core task review, selection, and training development process.

(3) Assesses the degree of training standardization by ROTC, U.S. Military Academy (USMA), Federal OCS, State OCS and WOCS.

(4) Coordinates and implements the Precommission Training Visitation Program with USMA, Federal OCS, and Army National Guard of the United States (ARNGUS) OCS.

(5) Participates in an annual Four-Gold Conference with other precommission sources to review, assess, and make recommendations for the planning, standardization, and implementation of precommission training.

(6) Coordinates with HQ TRADOC for quotas and support for airborne, air assault, ranger, and master fitness training courses and the Cadet Foreign Exchange Program.

(7) Participates in precommission Doctrinal Review and Advisory Group meetings, as required.

(8) Reviews, coordinates, analyzes, and provides impact statements regarding the Training Literature Program issues affecting precommission training.

(9) Participates in the annual Tri-Service Reserve Officer Training Corps (ROTC) Conference.

k. Commandant, U.S. Army Warrant Officer Career Center (WOCC). The Commandant, WOCC—

(1) Serves as executive agent for WOES common tasks, to include preappointment tasks, to ensure warrant officer training and education is vertically aligned (progressive and sequential) and meets the needs of current and future warrant officers. Monitors compliance with common core training guidance and validates its training by branch schools.

(a) Budgets for perpetual maintenance of common core responsibilities.

(b) Triennially, conducts task selection board to update and revalidate the WOES common tasks. Membership will include representatives from appropriate MACOM, NGB, USARC, branch schools, other common core executive agents, and interested agencies and activities. Recommends tasks to be added, deleted, or modified to Commander, TRADOC, ATTN: ATTG-IL.

(c) Reviews and approves content of WOES common task training products developed by task proponents.

(d) Develops and submits to ATSC, common task implementation guidance to accompany each WOES task.

(e) In coordination with task proponents, monitors currentness of training and conducts common core training effectiveness analysis per TRADOC Reg 350-70.

(f) Conducts and forwards to Commander, TRADOC, ATTN: ATTG-IL, for final decision, training needs analysis of subjects, topics, and/or tasks recommended for inclusion to the common core. Analysis that validates a new training requirement will recommend task proponent, course(s) in which subject should be taught, and method(s) of training. Training needs analysis will be conducted in coordination with MACOM, other common core executive agents, and task/ training proponents, as required.

(2) Serves as course proponent for and develops WOCS, Warrant Officer Staff Course (WOSC), and Warrant Officer Senior Staff Course (WOSSC) POI.

(3) Analyzes, designs, develops, conducts, and evaluates training per AR 350-1, TRADOC Reg 350-70, and this regulation.

(4) Administers the Prerequisite Studies Phase for Warrant Officer Advanced Course (WOAC).

l. Commandant, U.S. Army Sergeants Major Academy (USASMA). The Commandant, USASMA—

(1) Serves as executive agent for NCOES common tasks to ensure NCO training and education is vertically aligned (progressive and sequential) and meets the

current and future needs of NCOs. Monitors compliance with common core training guidance by branch schools and NCO academies.

(a) Budgets for the maintenance of common core responsibilities.

(b) Triennially, conducts task selection boards, based on current survey input from the field, to determine critical common tasks to be trained at all organization levels or in NCOES and NCO functional courses. Task selection board membership will include representatives from appropriate MACOM, NGB, USARC, other common task executive agents, and applicable TRADOC management agencies and activities. Recommends tasks to be added, deleted, or modified to the Sergeants Major of the Army Board of Directors, for concurrence, prior to submitting to Commander, TRADOC, ATTN: ATTG-IL.

(c) Develops, validates, approves, and distributes all NCOES common and NCO functional course courseware products based on task proponent-developed doctrinal task analysis for each task approved to be included in professional development/functional POI.

(d) Develops and distributes NCOES course management plans and implementing instructions with all approved POI/courseware revisions as applicable. Develops and submits to ATSC, common core implementation guidance to accompany each NCOES task.

(e) In coordination with task proponents, monitors currentness of training doctrine and conducts common core training effectiveness analysis per TRADOC Reg 350-70.

(f) Develops vertically aligned NCOES course designs and conducts coordination workshops with other executive agents, to ensure horizontal alignment of tasks to be trained with corresponding course levels/target audiences in other education systems.

(g) Develops and submits to ATSC validated distance learning common core courseware materials for conversion into approved software delivery (Interactive Multimedia Instruction (IMI)) products.

(h) In coordination with MACOM, other executive agents, and schools, as required, conducts and forwards to Commander, TRADOC, ATTN: ATTG-IL, for final decision, training needs analysis of subjects, topics, and/or tasks recommended for inclusion to the common core. Conducts analysis and reviews with recommended task proponent to validate new training requirement, course(s) in which subject should be taught, and method(s) of training.

(2) Serves as proponent for, and develops and updates, at least triennially, the Army Enlisted Common Soldier Task Lists; Command Sergeants Major Course (CSMC), Sergeants Major Course (SMC), First Sergeant Course (FSC), Battle Staff Noncommissioned Officer Course (BSNCOC), Advanced Noncommissioned Officer Course (ANCOC), Basic Noncommissioned Officer Course (BNCOC) stand-alone common cores, and Primary Leadership Development Course (PLDC) POI.

(3) Analyzes, designs, develops, conducts, assesses training, and accredits NCO academies (NCOAs) per AR 350-1, TRADOC Regs 350-18 and 350-70, and this regulation.

m. Commandant, Army Management Staff College (AMSC). The Commandant, AMSC, serves as the—

(1) Proponent for, and analyzes, designs, develops, conducts, and evaluates, the Army Sustaining Base Leadership and Management resident and non-resident programs, and the Personnel Management for Executives I and II (PME I/II) courses (per AR 350-1, TRADOC Regs 350-18 and 350-70, and this regulation).

(2) Proponent for and develops the Garrison Pre-Command and the General Officer Installation Command programs.

n. Commandants, service schools. Commandants and task/MOS/course proponents—

(1) Analyze, design, develop, conduct, and evaluate officer, warrant officer, and NCO training per AR 350-1, TRADOC Regs 350-18 and 350-70, and this regulation. As an exception, executive agents will validate their common core training for leadership courses prior to courseware distribution to schools for implementation.

(2) Develop and publish branch OES, WOES, and NCOES training products, STP, and ITP per TRADOC Reg 350-70. (Printing of branch manuals is a commandant prerogative with resourcing provided by schools).

(3) Plan training for modernization efforts.

(4) Participate in triennial common task selection boards.

(5) Train to standard approved common core tasks as specified in the appropriate course management plan and/or implementation guidance.

(6) Perform task development functions when designated/appointed task proponent for a common core task.

(7) Vertically and horizontally align branch tasks in officer, warrant officer, and NCO courses.

(8) Ensure branch-specific training is not redundant with common core or other functional courses.

(9) Ensure assigned civilians obtain required leader development training and education.

(10) Select and nominate civilians for competitive leader development programs and, as appropriate, conduct civilian leader training and education within assigned proponency.

(11) Budget for the maintenance of common core responsibilities, to include—

(a) Assisting common task executive agents conduct training effectiveness analysis.

(b) Participating in triennial common task selection boards as needed.

(c) Updating training products.

(12) Develop officer (to include precommission) and warrant officer (to include preappointment) training products to support common core tasks for which assigned task proponency.

(a) Develop a Phase II end-of-course culminating performance exercise for each ANCOC and BNCOC NCOES course. The culminating event is meant to simulate the NCO's performance in an appropriate combat environment for each MOS. These exercises will be designed and conducted to require soldiers to demonstrate their knowledge and ability to perform the leadership, common core and technical tasks expected of graduates. These exercises shall be a minimum of 72 hours in length, conducted under continuous operations (CONOPS) conditions and may be in the form of a command post exercise (CPX), situational training exercise (STX), or field training exercise (FTX) scenario-driven or situational based academically tested/graded event. (Also see para 2-7f of this regulation).

(b) Conduct task analysis and develop lesson outlines and training support products (TSP) in coordination with warrant officer and officer common task executive agent(s). Provide USASMA completed task analysis for each task selected for inclusion in NCOES common core. Training products for precommission tasks will be developed in coordination with Cadet Command.

(13) Provide task analysis data per TRADOC Reg 350-70.

(14) Participate in coordination meetings/video teleconference, as required.

(15) Adjust/update training products, as necessary.

o. Commander, Army Training Support Center. Commander, ATSC—

(1) Serves as the Army training support manager for integrating programs, products, and services that support individual and collective training.

(2) Reproduces and distributes common task training products per TRADOC Reg 350-70.

(a) Assists task proponents and executive agents in development of multimedia training products per TRADOC Reg 350-70.

(b) Receives and coordinates training products from task proponents, resolves issues, obtains OES and WOES executive agent training content approval, and verifies format consistency with TRADOC Reg 350-70. Conducts coordination meetings with OES, WOES and NCOES executive agents, task proponents, and subject matter experts to facilitate training product development.

(c) Produces, packages, and disseminates finished training products with implementation guidance provided by common core executive agents and task proponents.

(3) Serves as Common Task Test (CTT) program manager to include:

(a) Developing and publishing revisions to Skill Levels 1-4 Soldiers Manuals of Common Task in keeping with current USASMA-developed, TRADOC-approved, enlisted common soldier task lists per TRADOC Reg 350-70.

(b) Developing and publishing annual Army CTT tasks selected for training and testing prior to the designated implementation fiscal year.

p. Army National Guard of the United States and USAR. ARNGUS and USAR—

(1) Conducts OES, WOES, and NCOES training and provides appropriate manning levels for TASS per AR 350-1, TRADOC Regs 350-18 and 350-70, and this regulation.

(2) Requests exceptions to policy contained in this regulation from Commander, TRADOC, ATTN: ATTG-IL.

q. TASS commanders. TASS commanders will conduct training per AR 350-1, TRADOC Regs 350-18 and 350-70, and this regulation.

**1-5. Leader development and leadership.** The terms "leader development" and "leadership" are not interchangeable.

a. Leader development is the process of developing or promoting the growth of confident, competent military and civilian leaders who understand and are able to exploit the full potential of present and future doctrine, organizations, technology, and equipment. Leader development—

(1) Is a continuous and cumulative process of education and training, experience, assessment, remediation, reinforcement, and feedback.

(2) Involves evaluating and selecting individuals for promotion, positions of greater responsibility, and additional duties.

(3) Is an integrated, progressive, and sequential process that involves institutional training and education, operational assignments, and self-development.

b. Leadership is influencing people by providing purpose, direction and motivation while operating to accomplish the mission and improving the organization.

c. Leadership is the product of the leader development process.

**1-6. Institutional leader training and education levels.** Much of the OES, WOES, NCOES, and civilian curriculums are complementary in that they support the development of leaders for utilization at specific organizational levels. It is the foundation upon which leaders realize their maximum potential. Training and education usually precede significant new and higher levels of operational assignments. It consists of branch immaterial and branch-specific courses and functional training. The courses identified below correspond to the organizational levels listed.

a. Team/squad/intern—

(1) Officer: Precommission.

(2) Warrant Officer: WOCS.

(3) Noncommissioned Officer: PLDC and BNCOC.

(4) Civilian: Intern Leadership Development Course (ILDC) and Action Officer Development Course (AODC).

b. Platoon—

(1) Officer: Officer Basic Course (OBC).

(2) Warrant Officer: Warrant Officer Basic Course (WOBC) (including the Initial Entry Rotary Wing Qualification Course).

(3) Noncommissioned Officer: ANCOC.

c. Company/supervisory—

(1) Officer: CCC.

(2) Warrant Officer: WOAC.

(3) Noncommissioned Officer: FSC.

(4) Civilian: Supervisor Development Course (SDC) and Leadership Education and Development Course (LEAD).

d. Battalion and above/manager/executive—

(1) Officer: CGSOC.

(2) Warrant Officer: WOSC and WOSSC.

(3) Noncommissioned Officer: BSNCOC, SMC, and CSMC.

(4) Civilian: Manager Development Course (MDC), Organizational Leadership for Executives (OLE), PME I/II, Sustaining Base Leadership and Management (SBLM) Program, and Senior Executive Service (SES) Training Courses.

## Chapter 2
## Leader Training and Education Guidelines

**2-1. General.** This chapter contains general policies and administrative procedures for officer (to include precommission), warrant officer (to include preappointment), NCO, and civilian leader training and education.

**2-2. Institutional training.**

a. Institutional leader training and education goals. Leader development goals and leader duties, missions, and responsibilities at specific organizational levels form the basis of learning objectives designed to—

(1) Produce leaders who have the ability to execute doctrine and strategy.

(2) Develop leaders capable of planning and executing worldwide peace and wartime missions in a wide range of operational environments.

(a) Plan and execute independent operations within commander's intent, show initiative, take calculated risks, and exploit opportunities.

(b) Develop and implement flexible operational plans, readily understood by all, which provide purpose, direction,
and motivation.

(c) Effectively integrate advanced technology with the human dimension to demonstrate tactical and technical competence in building cohesive teams.

(3) Provide progressive and sequential training that prepares leaders for future operational assignments.

(4) Incorporate doctrine and strategy changes, as they occur.

(5) Provide vertically and horizontally aligned training products for institutional, unit, and self-development training.

b. Course content. Course content is based on leader training goals and objectives, as well as duties, responsibilities, and missions to which graduates will be assigned.

(1) Tasks. Course tasks are the individual leadership, technical, and tactical tasks leaders must

preappointment), and noncommissioned officer leader training and education courses. The use of terms other than «common core» to describe training of this nature is not authorized.

b. Common core training products will be applied uniformly in the appropriate courses and trained to standard. Training time for each task may differ or be adjusted by the proponent school commandant according to target audience based on the progressive and sequential course designs. The common core task list and TSPs can be found on the Reimer Digital Library for officers and warrant officers, and on the USASMA homepage for NCOES/NCO functional courses. Both sites are linked to the TRADOC homepage.

c. The common core critical task list will be updated/ revalidated triennially through Occupational Data, Analysis, Requirements, and Structure soldier job analysis surveys, followed by task selection boards. TRADOC DCSOPS&T will oversee and executive agents will conduct these boards to validate the critical tasks to be trained at each organizational level. Common core executive agents will be represented along with subject matter experts from U.S. Army Forces Command and TRADOC schools. The board will focus on horizontal alignment of tasks to be trained across all three professional development systems (OES, WOES and NCOES). The specific course designers at each executive agent will determine the site, method, and media to be used to deliver the training in order to achieve vertical alignment and sequencing in a progressive and sequential manner per TRADOC Reg 350-70.

d. Recommended changes to the TRADOC approved common core task list will be considered, in coordination with the executive agents, at any time. Recommendations with justification will be forwarded on DA Form 2028, through the chain of command, to Commander, TRADOC, ATTN: ATTG-IL.

**2-22. Common Task Test for NCO leaders.** Common task test evaluates leader proficiency in the performance of selected common tasks at specific skill levels. The source of CTT tasks for leaders is the TRADOC-approved enlisted common soldier task list, as follows: a. Primary Leadership Development Course common core tasks for Skill Level 2. b. Basic Noncommissioned Officer Course common core tasks for Skill Level 3. c. Advanced Noncommissioned Officer Course common core tasks for Skill Level 4.2-23. Mobilization training strategy. Mobilization training strategy is contained in TRADOC Mobilization Operations, Planning and Execution System (TMOPES), AR 690-11, and DA Pam 690-47.

## Chapter 3
## The Officer Education System (OES)

**3-1. Goals and objectives.** The goal of OES is to produce a corps of broadly based officer leaders who—

- are fully competent in technical, tactical, and leader VASA;
- are knowledgeable of "how the Army runs";
- demonstrate confidence, integrity, critical judgment, and responsibility;
- can operate in an environment of complexity, ambiguity, and rapid change;
- can build effective teams amid continuous organizational and technological change; and
- can adapt and solve problems creatively.

Officer leader development is a continuous process beginning with precommission training and education.

a. The OES prepares officers for increased responsibilities and successful performance at the next higher level. It provides precommissioning, branch, and leader development training to develop officers to lead platoon, company, battalion, and higher level organizations.

b. Officer Education System is a combination of branch-immaterial and branch-specific courses providing progressive and sequential training throughout an officer's career. Regardless of branch affiliation, the common thread tying all OES training is the TRADOC-approved common core, which is fully incorporated into all OES courses.

**3-2. Precommission training.** Precommissioning programs are varied, yet complementary. United States Military Academy, ROTC, and Federal/State OCS educate and train cadets/officer candidates and assess their readiness and potential for commissioning as second lieutenants. Precommission sources share a common goal that each graduate possesses the character, leadership, and other attributes essential to progressive and continuing development throughout a career of exemplary service to the Nation.

a. United States Military Academy. The USMA provides a 4-year curriculum leading to a Bachelor of Science degree and commissioning as a second lieutenant. Selection for attendance is through various appointment programs. Policy guidance is contained in AR 351-17.

b. Reserve Officers Training Corps. The ROTC offers college students an opportunity for commissioning as second lieutenants through 2-, 3-, and 4-year curricula in various academic disciplines necessary to meet Active Army and RC requirements. Policy guidance is contained in AR 145-1.

c. Officer Candidate School. Officer Candidate School is a branch-immaterial course conducted by the U.S. Army Accessions Command (USAAC) and OCS battalion of TASS leadership brigades. It provides active and RC warrant officers and enlisted soldiers an opportunity to earn commissions as second lieutenants in the Active Army, Army Reserve, and National Guard. Officer Candidate School also serves as a rapid expansion capability for officer training upon mobilization. The

Commander USAAC, in coordination with Chief, National Guard Bureau, maintains the OCS program of instruction.

(1) Federal OCS. Policy guidance is contained in AR 350-51.

(2) Army National Guard of the United States State OCS. Policy guidance is contained in NGR 351-1.

**3-3. Officer Basic Course (OBC).** The OBC is a branch- specific qualification course that provides new second lieutenants an opportunity to acquire the leader, tactical, technical and VASA needed to succeed at their first duty assignment. Some branch OBC graduates (military intelligence or chemical for example) are trained for success as a battalion staff officer. Graduates of OBC are recognized by Military Education Level (MEL) code 7 and are trained to—

a. Prepare their platoon, squads, teams, leaders, soldiers, and their equipment for peace and wartime missions.

b. Control, lead, supervise, discipline, train, develop subordinate leaders, and care for subordinates and their families.

c. Plan, schedule, supervise, execute, assess, and assign responsibility for mission training.

d. Plan, initiate, supervise, and assign responsibility for platoon level personnel, administration, and supply actions.

e. Plan, supervise, assess, and assign responsibility for the safe use, maintenance, security, storage, and accountability of personal and organizational equipment and materiel.

f. Advise the commander on the status of platoon/ squad training, discipline, equipment maintenance, and personnel readiness.

**3-4. Captains Career Course (CCC).** The CCC is a multiple-phased course providing captains an opportunity to acquire the leader, tactical, technical, and VASA needed to lead company-size units and serve at battalion and/or brigade staff levels.

a. The first phase is branch-specific training. Captains learn to—

(1) Establish and maintain a disciplined command climate which—

(a) Has defined, publicized, and enforced standards.

(b) Has defined duties and fixed responsibilities for all assigned leaders and soldiers.

(c) Provides fair and equal treatment and opportunities for leaders and soldiers with different education, experience, proficiency levels, ethnic backgrounds, and gender.

(d) Encourages initiative, self-discipline, learning, and individual/team performance.

(e) Requires leaders and soldiers to accept responsibilities, accomplish assigned tasks, and perform their duties to standard.

(2) Execute the unit's assigned missions.

(a) Plan, resource, schedule, assign responsibility, supervise, execute, and evaluate short-range, near-term, and long-range actions that progressively accomplish requirements relevant to the company's preparation for known and anticipated missions.

(b) Lead, assist, advise, and supervise subordinate leaders as they prepare platoons, squads, teams, leaders, soldiers, and organizational and individual equipment for their defined role in the company's mission.

(c) Train and prepare subordinate leaders for mission-related duties, protect them from outside interference, and focus their actions and efforts on attaining and sustaining the required levels of mission readiness.

(3) Command, control, lead, supervise, discipline, train and develop subordinates, and care for subordinates and their families.

(4) Develop the unit mission essential task list and training plan. Schedule, resource, supervise, execute, and evaluate company and sub-unit individual and collective training.

(5) Plan, supervise, and evaluate unit leader training and development, and personnel, administration, supply, maintenance, safety, environmental and security actions.

(6) Plan, supervise, and evaluate the safe use, maintenance, security, storage, and accountability of unit equipment and material.

(7) Administer Uniform Code of Military Justice (UCMJ) at the company level.

(8) Advise the battalion level commander and staff on the status of company/platoon/squad level training (readiness and needs), equipment maintenance (readiness and needs), and personnel (readiness, discipline, and needs).

b. The second phase is branch-immaterial staff process training that the student receives at the Combined Arms and Services Staff School, Fort Leavenworth, KS. Using battalion, brigade, division, and installation scenarios to provide skills necessary for success in single service, joint,

and combined environments, captains learn to function as staff officers by improving their abilities to analyze and solve military problems, communicate, and interact as members of a staff. Through a broadened understanding of Army operations, organizations, and procedures, students complete scenario-based exercises emphasizing the processes of problem analysis, solution development, and staff officer coordination. Exercises involve realistic problems related to training, mobilization, staff planning for unit deployment, and combat operations.

(1) Attendance is mandatory for all officers; however, the respective branch proponents determine attendance requirements for selected special branches.

(2) Students will attend this phase in a «TDY and return» status ONLY. This is essential to maintain the CCC as a single permanent change-of-station course with an embedded TDY phase IAW The Joint Federal Travel Regulations (per Deputy General Counsel of the Army decision, dated 23 Jan 98).

(3) Resident attendance is mandatory for Active Guard-Reserve captains with less than 13 years commissioned service who were not enrolled or completed CGSOC, or its equivalent, as of 1 Oct 86.

c. The CCC for reserve officers is phased for captains to receive—

(1) Most common core and some branch-specific instruction, as well as staff process diagnostic in non-resident mode.

(2) Branch-specific training in a resident mode, at proponent schools, during one ADT period.

(3) Staff process training normally in 8 IDT periods and a 2-week ADT period or in an accelerated version of 2 ADT periods.

d. Officers do not receive course credit until all phases are completed successfully. Branch commandants will award MEL code 6 upon successful completion of branch-specific training. Upon successful completion of staff process training, branch commandants will award MEL code N to denote CCC completion. This procedure accounts for those students authorized delays between phases, special branch officers not required to attend staff process training to achieve branch qualification, and RC officers who complete the two phases in different training years.

e. Upon successful completion of all required phases, CCC diplomas will be awarded. As exceptions, the following officers will receive diplomas at the conclusion of branch-specific training:

(1) Special branch officers not required to attend staff process training to achieve branch qualification.

(2) International Military Students (IMS) and U.S. sister service officers who are not authorized to attend staff process training.

(3) Reserve component officers will receive separate diplomas for branch specific training and staff process training. This is required to make RC captains eligible for promotion during the 3-4 year timespan required for them to complete the CCC.

f. In most cases, CCC quotas for IMS will not exceed more than two per small group. As an exception, a third IMS may be programmed if the student is from a DA-exempt country. Identification of DA-exempted countries may be requested from TRADOC Security Assistance Training Field Activity. Additionally, IMS will be tested and must achieve minimum oral English language proficiency prior to enrollment.

**3-5. Command and General Staff Officer Course (CGSOC).** The CGSOC educates promotable captains and majors in the values and practice of the profession of arms. It emphasizes tactical and operational skills required for warfighting at the corps and division levels. Graduates of CGSOC are recognized by MEL code 4 and receive credit for Joint Professional Military Education Phase I. Military education level 4 can also be achieved through the Air Command and Staff College, the Naval War College, the U.S. Marine Corps Command and Staff College, the Western Hemisphere Institute for Security Cooperation Command and Staff College, and foreign military colleges approved/validated by CGSOC. Currently, CGSOC has a resident course and two non-resident options.

a. Resident. Active Component officers are considered for a 10-month resident attendance at Fort Leavenworth during an eligibility window that opens upon selection for major. Fifty percent of each year group by basic branch and functional area are selected during two annual consecutive boards. The goal is for attendance to occur between the 10th and 13th years of service. Additional skill qualification as strategist, joint planner, historian, or space operations is available through the electives program. The opportunity is also available with additional academic effort to pursue a Master of Military Arts and Science degree. The 19-week Reserve Component Course is conducted each academic year concurrent with term 1 of the CGSOC. Reserve Component Course students are integrated with CGSOC students.

b. Nonresident (correspondence and distributed classroom). The nonresident version is equivalent to the resident course for satisfying career schooling requirements. Nonresident CGSOC, which must be completed within 36 months of enrollment, is presented in two formats:

(1) The corresponding studies «S» format is organized into four sequential phases consisting of a number of subcourses. Each subcourse is a self-contained block of instruction containing one or more examinations

graded by CGSC School of Corresponding Studies (SOCS). Several subcourses require submission of written requirements, which are subjectively graded.

(2) RC instructors in TASS school battalions worldwide present the distributed classroom "M" format. This option is also organized into four sequential phases with subcourses equivalent to those in the correspondence «S» option. Each subcourse contains one or more examinations and written requirements. Many of the requirements are graded by the TASS school battalions, which report grades to SOCS.

c. Qualified RC officers must enroll in the CGSOC or equivalent level course before completing 18 years total commissioned service.

d. Active Component warrant officers and enlisted soldiers with a reserve commission (dual component control group) may enroll, but must attend the ADT phases either at their own expense, or on TDY if their headquarters will fund this training.

e. Department of Army civilians, General Schedule (GS)-11 or above, whose duties require knowledge of the subject matter in the curriculum, may enroll in the correspondence option. A senior rater memorandum of recommendation must accompany the application. Defense contractors are ineligible.

f. Foreign military personnel who meet eligibility requirements must receive prior approval from TRADOC Security Assistance Training Field Activity to enroll in or audit the nonresident course. See AR 12-15.

3-6. Advanced Military Studies Program (AMSP). The AMSP is an 11-month curriculum offered to selected CGSOC (and equivalent service college) graduates and allied officers leading to award of a Master of Military Art and Science degree. Following graduation, students complete the final part of the program by serving on a division or corps staff or in a U.S. Army Special Operations Command-designated operational staff position.

3-7. Army War College (AWC). Various senior service colleges (SSC) offer capstone professional military education. The Army SSC is AWC at Carlisle Barracks, PA. The AWC prepares selected military, civilian, and international leaders to assume strategic leadership responsibilities in military or national security organizations. It educates leaders and the Nation on the employment of land power as part of a unified, joint, or multinational force in support of the national military strategy; researches operational and strategic issues; and conducts outreach programs that benefit the AWC, the Army, and the Nation. Senior service college graduates are recognized by MEL code 1. To achieve its objectives, AWC—

a. Conducts resident, nonresident, and other educational programs to develop the competence of military, civilian, and international leaders to—

(1) Distinguish the uniqueness of strategic level leadership.

(2) Manage change by applying resources to the process for translating strategy into force requirements and capabilities.

(3) Advise on the role of the military, in concert with other elements of national power, in national security strategy formulation.

(4) Analyze threats and other factors that affect U.S. interests.

(5) Apply strategic thought to U.S. national security decisionmaking process.

(6) Develop theater strategies, estimates, and campaign plans to employ unified, joint, and multinational forces.

(7) Synthesize critical elements of warfare at the strategic and operational levels.

b. Conducts additional related educational courses, programs, and seminars.

c. Conducts an International Fellows Program for selected senior officers of foreign countries.

d. Conducts student and faculty strategic-level research projects in support of the Army, other military issues, warfare, programs and policies, and the military profession.

e. Maintains close and continuing working relationships with TRADOC to ensure synchronization of OES objectives.

f. Maintains liaison with other elements of the military educational system and civilian educators.

3-8. Advanced Operational Arts Studies Fellowship (AOASF). The AOASF is a 2-year senior service college-level program that produces operational planners for assignment to unified commands. Advanced Operational Arts Studies Fellowship includes graduate-level academic courses, travel to commander-in-chief headquarters, and practical exercises in campaign planning. Graduates are recognized by MEL code 1.

3-9. Pre-Command Courses (PCC). Brigade and battalion-level command designees attend one or more of the following PCCs prior to assuming command.

a. Branch-specific PCC. Instruction, provided at the officer's branch school, focuses on tactical and technical aspects of command. Attendance is mandatory for all AC and RC command designees.

b. Branch-immaterial PCC. Instruction conducted by the CGSC School for Command Preparation, focuses on up-to-date information on Army-level policy, programs, and special items of interest listed below. Attendance is mandatory for all AC and (on a seat-availability basis) RC brigade and battalion command designees.

(1) Leader development.

(2) Training management.

(3) Doctrine.

(4) Command team seminar.

(5) Equal opportunity.

(6) Safety/risk management.

c. Tactical Commanders Development Program (TCDP). Attended by selected command designees following branch-immaterial PCC, TCDP consists of two courses:

(1) Tactical Commanders Development Course, which provides training on the synchronization of combat and combat support functions during offensive and defensive operations. Instruction includes—

(a) Battlefield synchronization.

(b) Intelligence preparation of the battlefield planning.

(c) Course of action analysis.

(d) Commanders concept.

(e) Mission analysis.

(f) Computer wargaming.

(2) Battle Commanders Development Course, attended by maneuver commanders only, which provides situation-based training for—

(a) Command decision-making process.

(b) Commanders estimate.

(c) Battle command.

(d) Tactical vignettes and simulations.

d. TRADOC PCC. See TRADOC Reg 350-6. TRADOC PCC prepares initial entry training (IET) brigade and battalion command designees and command sergeants major designees for assignments to BCT, AIT, or one-station unit training organizations. Additionally, IET command designees attend their branch-specific PCC and the branch-immaterial PCC.

(1) Active Component command designees attend prior to assuming command.

(2) U.S. Army Reserve command designees are encouraged to attend within one year of assuming command.

(3) Designees assuming non-IET TRADOC commands only attend their branch-specific PCC and the branch-immaterial PCC.

e. Garrison PCC. Attended by colonels and lieutenant colonels centrally selected to command garrisons, area support groups, and base support battalions, as well as selected civilian executive assistants, Garrison PCC focuses on installation, MACOM, and HQDA-level command, leadership, and management issues and relationships. Curriculum, focusing on existing and emerging issues affecting and influenced by people, dollars, facilities, logistics, organizations, and doctrine, includes—

(1) Civilian personnel management.

(2) Labor relations/partnerships.

(3) Appropriated and nonappropriated financial management.

(4) Facilities and infrastructure management.

(5) Environmental management.

(6) Mobilization and deployment operations.

(7) National, state, and local government interactions.

(8) Media relations. (9) Application of the Army Performance Improvement Criteria. (10) Morale, welfare, and recreation operations.

f. U.S. Army Recruiting Command (USAREC) PCC. USAREC PCC prepares incoming brigade commanders for a command assignment in USAREC. Attendance is mandatory.

g. U.S. Army Cadet Command (USACC) PCC. USACC PCC prepares incoming region, brigade, and battalion commanders, and their command sergeants major designees for a command assignment in ROTC. Attendance is mandatory

## Chapter 4
## The Warrant Officer Education System (WOES)

4-1. Overview. The goal of WOES is to develop a corps of highly specialized experts and trainers who are fully competent in technical, tactical, and leadership VASA; creative problem solvers able to function in highly complex and dynamic environments; and proficient operators, maintainers, administrators, and managers of