# In the United States Court of Federal Claims

No. 00-644 C
(Filed: August 10, 2005)

************************************
**WILLIAM A. CLARK, *et al*.,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.
************************************

## ORDER

It is hereby ORDERED that the Court will hold oral argument on Defendant's motion for summary judgment on **September 29, 2005**, at 10:00 am ET. The parties shall appear in person.

**s/Edward J. Damich**
EDWARD J. DAMICH
Chief Judge