**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| WILLIAM A. CLARK, JAMES P. DAVERN, ROBERT E. FREEBURG, WILLIE R. JOHNSON, ROBERT A. MUSTIN, JOHN DOES 1 through 4, AND JANE DOES 1 through 3, individually, and on behalf of all other similarly situation, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 00-644C<br>Chief Judge Damich |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A CORRESPONDING CD-ROM**

In the interests of assisting the Court in its resolution of the above-captioned matter, Plaintiffs respectfully move for leave to file a corresponding CD-Rom to Plaintiffs' Brief in Opposition to Defendant's Motion for Summary Judgment. The CD-Rom brief is identical in text to Plaintiffs' Brief in Opposition to Defendant's Motion for Summary Judgment, and allows the reader to hyperlink to cited documents. Because we believe this tool could be useful to this Court, we respectfully move for leave to file the corresponding CD-Rom.

August 15, 2005

Respectfully submitted,

/s Helen Michael by /s Charles J. Cooper_

Richard T. Dorman
CUNNINGHAM, BOUNDS, VANCE
CROWDER, and BROWN, LLC
1601 Dauphin Street
Mobile, Alabama
Tel: (334) 471-6191
Fax: (334) 479-1031

Robert H. Shulman
Helen K. Michael
Alan B. Sutton
HOWERY SIMON ARNOLD
& WHITE, L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 783-0800
Fax: (202) 383-6610

Charles J. Cooper
David Thompson
COOPER & KIRK, P.L.L.C.
1500 K Street, N.W. Ste.200
Washington, D.C. 20005
Tel: (202) 220-9600
Fax: (202) 220-9601

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the forgoing Motion for Leave to File a Corresponding CD-ROM was served by electronic mail and hand delivery, on the following this 15th day of August 2005:

Douglas K. Mickle
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street NW
8th Floor Classification Unit
Washington, DC 20530

/s_Charles J. Cooper__________
Charles J. Cooper