IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM A. CLARK, JAMES P. DAVERN, ROBERT E. FREEBURG, WILLIE R. JOHNSON, ROBERT A. MUSTIN, JOHN DOES 1 through 4, and JANE DOES 1 through 3, individually, and on behalf of all others similarly situated, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | CASE NO. 00-644C<br>(Chief Judge Damich) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**ACKNOWLEDGMENT OF PROTECTIVE ORDER**

I have been provided access, by counsel for one of the parties to the above lawsuit, to information marked "PROTECTED INFORMATION." I understand that such designation was made subject to the terms of the Protective Order in the above lawsuit, which I have read and understand and of which I have been provided a copy.

If "PROTECTED INFORMATION" has been physically provided to me, I agree to return or destroy such "PROTECTED INFORMATION" at the direction of the person providing it to me.

I agree that in all respects I will abide by the terms of the Protective Order entered in this case and will not communicate or show the contents of such "PROTECTED INFORMATION" to any other person, other than those persons who have signed the Protective Order or an Acknowledgement of the Protective Order. I will not make copies of such information except as

necessary to perform services in this case, and will preserve such information as protected and will not use such information for any reason whatsoever beyond use in this action.

When transferring "PROTECTED INFORMATION" to another individual or individuals with access thereto under the Protective Order, I agree that I will not use electronic mail or facsimile, that I will place the "PROTECTED INFORMATION" and documents containing "PROTECTED INFORMATION" in sealed envelopes designating the same as subject to this Protective Order, and when so transferred, the same shall be opened only by personnel authorized to do so by the Protective Order.

I further acknowledge that failure to comply with the terms of this Protective Order will subject me to penalties, including but not limited to, contempt of court.

Willie Ray Johnson
[Signature]

Willie Ray Johnson
[Printed Name]

Dated: 29 Sept 05



DM_US\8173030.v7