**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| WILLIAM A. CLARK, JAMES P. DAVERN, ROBERT E. FREEBURG, WILLIE R. JOHNSON, ROBERT A. MUSTIN, JOHN DOES 1 through 4, AND JANE DOES 1 through 3, individually, and on behalf of all other similarly situation, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 00-644C<br>Chief Judge Damich |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**NOTICE OF CHANGE OF ADDRESS**

Counsel to Plaintiffs, Charles J. Cooper and David H. Thompson of Cooper & Kirk, PLLC, hereby provide notice to the Court and all parties to this action that their mailing address has changed. All telephone, facsimile, and e-mail addresses remain unchanged. The new mailing address is as follows:

Cooper & Kirk, PLLC
555 11th Street N.W.
Suite 750
Washington, D.C. 20004

January 6, 2006

Respectfully submitted,

/s Charles J. Cooper
Charles J. Cooper
David Thompson
COOPER & KIRK, P.L.L.C.
555 Eleventh Street, N.W. Ste.750
Washington, D.C. 20004
Tel: (202) 220-9600
Fax: (202) 220-9601

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Notice of Change of Address was served electronically on the following this 6th day of January 2006:

Douglas K. Mickle
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street NW
8th Floor Classification Unit
Washington, DC 20530

/s_Charles J. Cooper__________
Charles J. Cooper