109TH CONGRESS
*1st Session*

HOUSE OF REPRESENTATIVES

REPORT
109–360

# NATIONAL DEFENSE AUTHORIZATION ACT FOR FISCAL YEAR 2006

---

CONFERENCE REPORT

TO ACCOMPANY

H.R. 1815

DECEMBER 18, 2005.—Ordered to be printed

# NATIONAL DEFENSE AUTHORIZATION ACT FOR FISCAL YEAR 2006

# CONTENTS


| | Page |
|---|---|
| JOINT EXPLANATORY STATEMENT OF THE COMMITTEE OF CONFERENCE | 429 |
| Summary of Statement of Conference Actions | 429 |
| Summary Table of Authorizations | 429 |
| DIVISION A—DEPARTMENT OF DEFENSE AUTHORIZATIONS | 439 |
| TITLE I—PROCUREMENT | 439 |
| Procurement overview | 439 |
| Aircraft Procurement, Army overview | 441 |
| Missile Procurement, Army overview | 444 |
| Procurement of Weapons and Tracked Combat Vehicles, Army overview | 447 |
| Procurement of Ammunition, Army overview | 451 |
| Other Procurement, Army overview | 455 |
| Aircraft Procurement, Navy overview | 465 |
| Weapons Procurement, Navy overview | 470 |
| Procurement of Ammunition, Navy and Marine Corps overview | 474 |
| Shipbuilding and Conversion, Navy overview | 477 |
| Other Procurement, Navy overview | 480 |
| Procurement, Marine Corps overview | 490 |
| Aircraft Procurement, Air Force overview | 496 |
| Procurement of Ammunition, Air Force overview | 503 |
| Missile Procurement, Air Force overview | 506 |
| Other Procurement, Air Force overview | 509 |
| Procurement, Defense-wide overview | 516 |
| Items of Special Interest | 523 |
| Joint Combat Pistol program | 523 |
| Legislative Provisions Adopted | 523 |
| Subtitle A—Authorization of Appropriations | 523 |
| Authorization of appropriations (secs. 101–104) | 523 |
| Subtitle B—Army Programs | 523 |
| Multiyear procurement authority for utility helicopters (sec. 111) | 523 |
| Multiyear procurement authority for Modernized Target Acquisition Designation Sight/Pilot Night Vision Sensors for AH–64 Apache attack helicopters (sec. 112) | 524 |
| Multiyear procurement authority for conversion of AH–64A Apache attack helicopters to the AH–64D Block II configuration (sec. 113) | 524 |
| Acquisition strategy for tactical wheeled vehicle programs (sec. 114) | 524 |
| Report on Army modular force initiative (sec. 115) | 525 |
| Subtitle C—Navy Programs | 526 |
| Virginia-class submarine program (sec. 121) | 526 |
| LHA replacement (LHA(R)) amphibious assault ship program (sec. 122) | 526 |
| Cost limitation for next-generation destroyer program (sec. 123) | 527 |
| Littoral combat ship (LCS) program (sec. 124) | 527 |
| Prohibition on acquisition of next-generation destroyer through a single shipyard (sec. 125) | 528 |
| Aircraft carrier force structure (sec. 126) | 529 |
| Refueling and complex overhaul of the USS Carl Vinson (sec. 127) | 529 |
| CVN–78 aircraft carrier (sec. 128) | 530 |
| LHA replacement (LHA(R)) ship (sec. 129) | 530 |

Page

TITLE V—MILITARY PERSONNEL POLICY—Continued
Legislative Provisions Adopted—Continued
Subtitle K—Other Matters—Continued
Extension of date of submittal of report of Veterans' Disability Benefits Commission (sec. 590) .... 712
Recruitment and enlistment of home-schooled students in the armed forces (sec. 591) .... 712
Modification of requirement for certain intermediaries under certain authorities relating to adoption (sec. 592) .... 712
Adoption leave for members of the armed forces adopting children (sec. 593) .... 712
Addition of information to be covered in mandatory preseparation counseling (sec. 594) .... 713
Report on Transition Assistance Programs (sec. 595) .... 713
Improvement to Department of Defense capacity to respond to sexual assault affecting members of the armed forces (sec. 596) .... 713
Authority for appointment of Coast Guard flag officer as Chief of Staff to the President (sec. 597) .... 714
Prayer at military service academy activities (sec. 598) .... 714
Modification of authority to make military working dogs available for adoption (sec. 599) .... 714
Legislative Provisions Not Adopted .... 714
Administrative censures of members of the armed forces .... 714
CAPSTONE overseas field studies trips to People's Republic of China and Republic of China on Taiwan .... 715
Cold War Victory Medal .... 715
Commencement of receipt of non-regular service retired pay by members of the ready reserve on active federal status or active duty for significant periods .... 715
Comptroller General study of military recruiting .... 716
Eligibility of certain persons for space-available travel on military aircraft .... 716
Establishment of Combat Medevac Badge .... 716
Extension of waiver authority of Secretary of Education with respect to student financial assistance during a war or other military operation or national emergency .... 716
Federal assistance for state programs under the National Guard Youth Challenge program .... 717
Improved administration of transitional assistance programs .... 717
Members completing statutory initial military service obligation . 717
National Call to Service program .... 717
Performance by reserve component personnel of operational test and evaluation and training relating to new equipment .... 718
Repeal of limitation on authority to redesignate the Naval Reserve as the Navy Reserve .... 718
Sense of the Senate on notice to Congress of recognition of members of the armed forces for extraordinary acts of bravery, heroism, and achievement .... 718
Short title .... 718
Short title .... 719
Standardization of grade of senior dental officer of the Air Force with that of senior dental officer of the Army .... 719
Use of National Guard to provide military support to civilian law enforcement agencies for domestic counterterrorism activities .... 719
TITLE VI—COMPENSATION AND OTHER PERSONNEL BENEFITS .... 719
Legislative Provisions Adopted .... 719
Subtitle A—Pay and Allowances .... 719
Increase in basic pay for fiscal year 2006 (sec. 601) .... 719
Additional pay for permanent military professors at United States Naval Academy with over 36 years of service (sec. 602) . 719
Basic pay rates for reserve component members selected to attend military service academy preparatory schools (sec. 603) .... 720
Clarification of restriction on compensation for correspondence courses (sec. 604) .... 720

*tional prayer at an otherwise authorized activity of the academy, subject to the United States Constitution and such limitations as the Secretary of Defense may prescribe.*

*(b) SERVICE ACADEMIES.—For purposes of this section, the term "service academy" means any of the following:*

*(1) The United States Military Academy.*

*(2) The United States Naval Academy.*

*(3) The United States Air Force Academy.*

***SEC. 599. MODIFICATION OF AUTHORITY TO MAKE MILITARY WORKING DOGS AVAILABLE FOR ADOPTION.***

*(a) ADMINISTRATION OF AUTHORITY BY SECRETARIES OF MILITARY DEPARTMENTS.—Subsection (a) of section 2583 of title 10, United States Code, is amended—*

*(1) by striking "Secretary of Defense may" and inserting "Secretary of the military department concerned may"; and*

*(2) by striking "the Department of Defense" and inserting "such military department".*

*(b) AUTHORITY TO MAKE DOGS AVAILABLE FOR ADOPTION BEFORE END OF USEFUL WORKING LIFE.—Such subsection is further amended by striking "at the end" and all that follows and inserting ", unless the dog has been determined to be unsuitable for adoption under subsection (b), under circumstances as follows:*

*"(1) At the end of the dog's useful working life.*

*"(2) Before the end of the dog's useful working life, if such Secretary, in such Secretary's discretion, determines that unusual or extraordinary circumstances justify making the dog available for adoption before that time.*

*"(3) When the dog is otherwise excess to the needs of such military department.".*

*(c) CLARIFICATION OF REPORTING REQUIREMENT.—Subsection (f) of such section is amended by inserting "of Defense" after "Secretary".*

*(d) CONFORMING AND CLERICAL AMENDMENTS.—The heading of such section, and the item relating to such section in the table of sections at the beginning of chapter 153 of such title, are each amended by striking the last six words.*

# *TITLE VI—COMPENSATION AND OTHER PERSONNEL BENEFITS*

*Subtitle A—Pay and Allowances*


Sec. 601. *Increase in basic pay for fiscal year 2006.*
Sec. 602. *Additional pay for permanent military professors at United States Naval Academy with over 36 years of service.*
Sec. 603. *Basic pay rates for reserve component members selected to attend military service academy preparatory schools.*
Sec. 604. *Clarification of restriction on compensation for correspondence courses.*
Sec. 605. *Enhanced authority for agency contributions for members of the Armed Forces participating in the Thrift Savings Plan.*
Sec. 606. *Pilot program on contributions to Thrift Savings Plan for initial enlistees in the Army.*
Sec. 607. *Prohibition against requiring certain injured members to pay for meals provided by military treatment facilities.*
Sec. 608. *Permanent authority for supplemental subsistence allowance for low-income members with dependents.*

***SEC. 603. BASIC PAY RATES FOR RESERVE COMPONENT MEMBERS SELECTED TO ATTEND MILITARY SERVICE ACADEMY PREPARATORY SCHOOLS.***

*Section 203(e)(2) of title 37, United States Code, is amended—*

*(1) by striking "on active duty for a period of more than 30 days shall continue to receive" and inserting "shall receive"; and*

*(2) by inserting before the period at the end the following: "or at the rate provided for cadets and midshipmen under subsection (c), whichever is greater".*

***SEC. 604. CLARIFICATION OF RESTRICTION ON COMPENSATION FOR CORRESPONDENCE COURSES.***

*Section 206(d)(1) of title 37, United States Code, is amended by inserting after "reserve component" the following: "or by a member of the National Guard while not in Federal service".*

***SEC. 605. ENHANCED AUTHORITY FOR AGENCY CONTRIBUTIONS FOR MEMBERS OF THE ARMED FORCES PARTICIPATING IN THE THRIFT SAVINGS PLAN.***

*(a) AUTHORITY TO MAKE CONTRIBUTIONS FOR CERTAIN FIRST-TIME ENLISTEES.—Subsection (d) of section 211 of title 37, United States Code, is amended—*

*(1) in paragraph (1)—*

*(A) in subparagraph (A), by inserting "(i)" after "(A)";*

*(B) by redesignating subparagraph (B) as clause (ii) of subparagraph (A) and, in such clause, by striking the period at the end and inserting "; or"; and*

*(C) by adding at the end the following new subparagraph (B):*

*"(B) is enlisting in the armed forces for the first time and the period of the member's enlistment is not less than two years.";*

*(2) in paragraph (2), by striking "paragraph (1)" the first place it appears and inserting "paragraph (1)(A)";*

*(3) by designating the second sentence of paragraph (2) as paragraph (4) and, in such paragraph, by striking "this paragraph" and inserting "this subsection"; and*

*(4) by inserting before such paragraph (4) the following new paragraph:*

*"(3) In the case of a member described by paragraph (1)(B), the Secretary shall make contributions to the Fund for the benefit of the member for each pay period of the enlistment of the member described in that paragraph for which the member makes a contribution to the Fund under section 8440e of title 5 (other than under subsection (d)(2) thereof).".*

*(b) CLERICAL AMENDMENT.—Such subsection is further amended by inserting "AND FIRST-TIME ENLISTEES" after "SPECIALTIES".*

***SEC. 606. PILOT PROGRAM ON CONTRIBUTIONS TO THRIFT SAVINGS PLAN FOR INITIAL ENLISTEES IN THE ARMY.***

*(a) PILOT PROGRAM REQUIRED.—During fiscal year 2006, the Secretary of the Army shall use the authority provided by section 211(d)(1)(B) of title 10, United States Code, as amended by section 605, to carry out within the Army a pilot program in order to assess the extent to which contributions by the Secretary to the Thrift Savings Fund on behalf of members of the Army described in subsection (b) would—*

*(1) assist the Army in recruiting efforts; and*

The Senate recedes.

*Basic pay rates for reserve component members selected to attend military service academy preparatory schools (sec. 603)*

The House bill contained a provision (sec. 603) that would clarify that reserve component members who are attending military service academy preparatory schools shall be paid at the rate prescribed for the member's pay grade unless the standard rate of compensation provided to cadets and midshipmen is greater.

The Senate amendment contained no similar provision.

The Senate recedes with a technical amendment.

*Clarification of restriction on compensation for correspondence courses (sec. 604)*

The House bill contained a provision (sec. 604) that would clarify that members of the National Guard, as well as other members of the reserve components, are not authorized to be compensated for work associated with participation in a correspondence course sponsored by a uniformed service.

The Senate amendment contained no similar provision.

The Senate recedes.

*Enhanced authority for agency contributions for members of the Armed Forces participating in the Thrift Savings Plan (sec. 605)*

The Senate amendment contained a provision (sec. 602) that would authorize service secretaries to make matching contributions to the Thrift Savings Fund pursuant to an agreement with an enlisted member covering the duration of the member's initial enlistment.

The House bill contained no similar provision.

The House recedes with a technical amendment.

*Pilot program on contributions to Thrift Savings Plan for initial enlistees in the Army (sec. 606)*

The Senate amendment contained a provision (sec. 652) that would require the Secretary of the Army to conduct a pilot program in order to assess the extent to which contributions by the Army to the Thrift Savings Plan on behalf of first term enlistees would assist in recruiting non-prior service enlistees and result in establishing habits of financial responsibility.

The House bill contained no similar provision.

The House recedes with a clarifying amendment.

*Prohibition against requiring certain injured members to pay for meals provided by military treatment facilities (sec. 607)*

The House bill contained a provision (sec. 1524) that would amend section 402 of title 37, United States Code, to provide that members of the Armed Forces shall not be required to pay for meals at military treatment facilities who are undergoing medical recuperation or therapy, or are otherwise undergoing continuous care, including outpatient care, for an injury, illness, or disease incurred in support of Operation Iraqi Freedom, Operation Enduring