**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **WILLIAM A. CLARK, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 00-644C** |
| | ) | **(Chief Judge Damich)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's January 25, 2006 opinion and order, the United States, on behalf of the parties, submits the following joint status report regarding redactions to the Court's January 25, 2006 opinion. The parties have reviewed the opinion issued on January 25, 2006 and hereby advise the Court that they do not have any proposed redactions and agree that the opinion can be published as written.

Respectfully submitted,

s/Helen K. Michael
HELEN K. MICHAEL
ROBERT SHULMAN
HOWREY SIMON ARNOLD
& WHITE, L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 783-0800

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/Douglas K. Mickle

RICHARD T. DORMAN
CUNNINGHAM, BOUNDS, YANCE,
CROWDER & BROWN, LLC
1601 Dauphin Street
Mobile, AL 36604
(251) 471-6191

CHARLES J. COOPER
COOPER & KIRK, P.L.L.C.
1500 K Street, N.W., Ste. 200
Washington, DC 2005
(202) 220-9600

Attorneys for Plaintiffs

DOUGLAS K. MICKLE
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 307-0383
Fax: (202) 353-7988

OF COUNSEL:
LT COL JOSEPH FETTERMAN
MAJOR CHRIS SOUCIE
United States Army Litigation Division

LT COL RICHARD REED
MAJOR TRACEY ROCKENBACH
United States Air Force
General Litigation Division

MAJOR CHARLES YOUNG
National Guard Bureau
Office of Chief Counsel
Attorneys for Defendant

January 31, 2006

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on January 31, 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas K. Mickle
Douglas K. Mickle