IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| William A. Clark, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>The United States,<br><br>Defendant. | 00-644C<br>(Judge Damich) |

**JOINT MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, the parties respectfully submit this joint motion for an enlargement of time of 10 days, up to and including March 20, 2006, within which to submit their Joint Status Report to the Court. The Report is currently due March 10, 2006. Neither Plaintiffs nor Defendant have previously sought an extension for the submission of this Report.

Plaintiffs and Defendant join in seeking an enlargement of time to allow further time for addressing issues regarding the individuals Defendant seeks to add to the Protective Order. The parties need further time to meet and confer about the government's proposals to avoid unnecessarily burdening the Court with any disputes. Because the Doe Plaintiffs must approve the addition of people who are authorized to have access to confidential information pursuant to the Protective Order, Plaintiffs' counsel also needs sufficient time to contact the Doe Plaintiffs to seek their approval for the final list of proposed additions. In addition, Defendant's counsel will be out of the office part of the week of March 13, and therefore requests the additional time both to resolve the protective order issue and make final modifications to its portion of the Joint Status Report. Given that the hearing is scheduled for March 31, this brief extension should not unduly delay the advancement of this case.

For the foregoing reasons, the parties respectfully request that the motion for an enlargement of time be granted. Defendant has authorized Plaintiffs' counsel to file this request on behalf of both of all of the parties.

Respectfully submitted,

s/Helen K. Michael

Helen K. Michael
Robert H. Shulman
Alan B. Sutton
HOWREY SIMON ARNOLD
& WHITE, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 783-0800
Fax: (202) 383-6610

Richard T. Dorman
CUNNINGHAM, BOUNDS, VANCE,
CROWDER, and BROWN, LLC
1601 Dauphin Street
Mobile, Alabama 36660
Tel: (334) 471-6191
Fax: (334) 479-1031

Charles J. Cooper
David H. Thompson
COOPER & KIRK, P.L.L.C.
555 11th St, N.W., Ste. 750
Washington, DC 20004
Tel: (202) 220-9600
Fax: (202) 220-9601

Dated: March 9, 2006

*Counsel for Plaintiffs*