# In the United States Court of Federal Claims

**No. 00-644C**
**Filed: April 17, 2006**

WILLIAM A. CLARK, et al.

v.

THE UNITED STATES

**NOTICE OF REASSIGNMENT TO:**

**Judge Nancy B. Firestone.**

**Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.**

Brian Bishop

Brian Bishop, Clerk