# In the United States Court of Federal Claims

**No. 00-644C**
**(Filed: May 16, 2006)**

* * * * * * * * * * * * * * * * * *
*
**WILLIAM A. CLARK, JAMES P. DAVERN, ROBERT E. FREEBURG, WILLIE R. JOHNSON, ROBERT A. MUSTIN, JOHN DOES 1 through 4, and JANE DOES 1 through 3, individually and on behalf of others similarly situated,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

Based on the May 15, 2006 status conference, the court establishes the following schedule:

1) The government shall file its answer by **June 12, 2006**;

2) The parties shall exchange initial disclosures on the issue of which correspondence courses were "prescribed" by **July 5, 2006**;

3) Discovery on the issue of which correspondence courses were "prescribed" shall be complete by **October 3, 2006**;

4) The court will contact the parties in October to schedule a status conference. The purpose of the status conference will be to discuss proposals on how to proceed, and to discuss the legal issue of the effect, if any, of the recent amendment to 37 U.S.C. § 206.

The parties shall endeavor to work together in complying with the above schedule. If the parties are unable to resolve a discovery dispute, they may contact the court's law clerk, Christine Soczawa, at (202) 357-6540.

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge