IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| William A. Clark, et al. individually and on behalf of all others similarly situated, | ) | |
| Plaintiffs, | ) | |
| v. | ) | 00-644C (Judge Firestone) |
| The United States, | ) | |
| Defendant. | ) | |

**STIPULATION AND PROPOSED ORDER FOR A STAY OF DISCOVERY**

WHEREAS, the pending 2007 National Defense Authorization Act ("NDAA"), a form of which has passed both houses of Congress, contains a provision designed to amend 37 U.S.C. § 206,[1] the statutory provision at the heart of this case;

WHEREAS, plaintiffs and defendant dispute the effect this legislation effort will have on the Government's duty to compensate National Guard members for completion of alleged required correspondence coursework, and by extension, on the future of the case, but have agreed pursuant to Rule 29 of the Rules of the Court of Federal Claims to stay discovery pending the signing of the NDAA into law owing to the effect this legislation may have;

WHEREAS, plaintiffs and defendant have agreed to request the scheduling of a status conference to discuss further proceedings once the NDAA is signed into law;

WHEREAS, the parties have agreed to seek this Court's approval of this stipulation because the stay may extend past the cutoff date for the current round of discovery, which is currently scheduled to end October 2, 2006;

The parties hereby stipulate as follows:

---

[1] The provision, located at section 603 in the Senate's version of the NDAA, and section 606 in the House's version of the NDAA, are entitled: "Clarification Of Effective Date Of Prohibition On Compensation For Correspondence Courses." S. 2766, 109th Cong. (2d Sess. 2006) § 603; H. R. 5122, 109th Cong. (2d Sess. 2006) § 606.

1. Pursuant to Rule 29 of the Rules of the Court of Federal Claims, the parties stipulate to a stay of discovery until after the pending 2007 National Defense Authorization Act ("NDAA") is signed into law.

2. Within two (2) weeks of enactment of the NDAA, the parties will contact the Court to schedule a status conference to discuss the conduct of further proceedings.

Respectfully submitted,

s/Helen K. Michael
HELEN K. MICHAEL
ROBERT SHULMAN
HOWREY SIMON ARNOLD
& WHITE, L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 783-0800

RICHARD T. DORMAN
CUNNINGHAM, BOUNDS, YANCE,
CROWDER & BROWN, LLC
1601 Dauphin Street
Mobile, AL 36604
(251) 471-6191

CHARLES J. COOPER
COOPER & KIRK, P.L.L.C.
1500 K Street, N.W., Ste. 200
Washington, DC 2005
(202) 220-9600

Attorneys for Plaintiffs

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 307-0383
Fax: (202) 353-7988

OF COUNSEL:
LT COL JOSEPH FETTERMAN
MAJOR JERRET DUNLAP
United States Army Litigation Division

Mr. TIMOTHY MALLOY
MAJOR TRACEY ROCKENBACH
United States Air Force
General Litigation Division

MAJOR MAXIMINO GONZALEZ
National Guard Bureau
Office of Chief Counsel
Attorneys for Defendant

September 8, 2006

IT IS SO ORDERED

Honorable Nancy Firestone

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on September 8, 2006, a copy of the foregoing "STIPULATION AND PROPOSED ORDER TO STAY DISCOVERY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Helen K. Michael
Helen K. Michael