H. R. 5122

# One Hundred Ninth Congress of the United States of America

AT THE SECOND SESSION

*Begun and held at the City of Washington on Tuesday, the third day of January, two thousand and six*

# An Act

To authorize appropriations for fiscal year 2007 for military activities of the Department of Defense, for military construction, and for defense activities of the Department of Energy, to prescribe military personnel strengths for such fiscal year, and for other purposes.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,*

**SECTION 1. SHORT TITLE; FINDINGS.**

(a) SHORT TITLE.—This Act may be cited as the "John Warner National Defense Authorization Act for Fiscal Year 2007".

(b) FINDINGS.—Congress makes the following findings:

(1) Senator John Warner of Virginia was elected a member of the United States Senate on November 7, 1978, for a full term beginning on January 3, 1979. He was subsequently appointed by the Governor of Virginia to fill a vacancy on January 2, 1979, and has served continuously since that date. He was appointed a member of the Committee on Armed Services in January 1979, and has served continuously on the Committee since that date, a period of nearly 28 years. Senator Warner's service on the Committee represents nearly half of its existence since it was established after World War II.

(2) Senator Warner came to the Senate and the Committee on Armed Services after a distinguished record of service to the Nation, including combat service in the Armed Forces and high civilian office.

(3) Senator Warner enlisted in the United States Navy upon graduation from high school in 1945, and served until the summer of 1946, when he was discharged as a Petty Officer 3rd Class. He then attended Washington and Lee University on the G.I. Bill. He graduated in 1949 and entered the University of Virginia Law School.

(4) Upon the outbreak of the Korean War in 1950, Senator Warner volunteered for active duty, interrupting his education to accept a commission in the United States Marine Corps. He served in combat in Korea as a ground officer in the First Marine Air Wing. Following his active service, he remained in the Marine Corps Reserve for several years, attaining the rank of captain.

(5) Senator Warner resumed his legal education upon returning from the Korean War and graduated from the University of Virginia Law School in 1953. He was selected by the late Chief Judge E. Barrett Prettyman of the United States Court of Appeals for the District of Columbia Circuit as his law clerk. After his service to Judge Prettyman, Senator Warner

with respect to service by members of the Armed Forces in the theater of operations for Operation Enduring Freedom or Operation Iraqi Freedom for months beginning on or after that date.

**SEC. 607. CLARIFICATION OF EFFECTIVE DATE OF PROHIBITION ON COMPENSATION FOR CORRESPONDENCE COURSES.**

Section 206(d) of title 37, United States Code, is amended by adding at the end the following new paragraph:

"(3) The prohibition in paragraph (1), including the prohibition as it relates to a member of the National Guard while not in Federal service, applies to—

"(A) any work or study performed on or after September 7, 1962, unless that work or study is specifically covered by the exception in paragraph (2); and

"(B) any claim based on that work or study arising after that date.".

**SEC. 608. EXTENSION OF PILOT PROGRAM ON CONTRIBUTIONS TO THRIFT SAVINGS PLAN FOR INITIAL ENLISTEES IN THE ARMY.**

(a) EXTENSION.—Subsection (a) of section 606 of the National Defense Authorization Act for Fiscal Year 2006 (Public Law 109–163; 119 Stat. 3287; 37 U.S.C. 211 note) is amended by striking "During fiscal year 2006" and inserting "During the period beginning on January 6, 2006, and ending on December 31, 2008".

(b) REPORT DATE.—Subsection (d)(1) of such section is amended by striking "February 1, 2007" and inserting "February 1, 2008".

## Subtitle B—Bonuses and Special and Incentive Pays

**SEC. 611. EXTENSION OF CERTAIN BONUS AND SPECIAL PAY AUTHORITIES FOR RESERVE FORCES.**

(a) SELECTED RESERVE REENLISTMENT BONUS.—Section 308b(g) of title 37, United States Code, is amended by striking "December 31, 2006" and inserting "December 31, 2007".

(b) SELECTED RESERVE AFFILIATION OR ENLISTMENT BONUS.—Section 308c(i) of such title is amended by striking "December 31, 2006" and inserting "December 31, 2007".

(c) SPECIAL PAY FOR ENLISTED MEMBERS ASSIGNED TO CERTAIN HIGH PRIORITY UNITS.—Section 308d(c) of such title is amended by striking "December 31, 2006" and inserting "December 31, 2007".

(d) READY RESERVE ENLISTMENT BONUS FOR PERSONS WITHOUT PRIOR SERVICE.—Section 308g(f)(2) of such title is amended by striking "December 31, 2006" and inserting "December 31, 2007".

(e) READY RESERVE ENLISTMENT AND REENLISTMENT BONUS FOR PERSONS WITH PRIOR SERVICE.—Section 308h(e) of such title is amended by striking "December 31, 2006" and inserting "December 31, 2007".

(f) SELECTED RESERVE ENLISTMENT BONUS FOR PERSONS WITH PRIOR SERVICE.—Section 308i(f) of such title is amended by striking "December 31, 2006" and inserting "December 31, 2007".

Congressional Record

United States of America

PROCEEDINGS AND DEBATES OF THE 109th CONGRESS, SECOND SESSION

Vol. 152 WASHINGTON, FRIDAY, SEPTEMBER 29, 2006 No. 125—Book II

# House of Representatives

## CONFERENCE REPORT ON H.R. 5122, JOHN WARNER NATIONAL DEFENSE AUTHORIZATION ACT FOR FISCAL YEAR 2007

Mr. HUNTER of California (during consideration of H. Res. 1053) submitted the following conference report and statement on the bill (H.R. 5122) to authorize appropriations for fiscal year 2007 for military activities of the Department of Defense, for military construction, and for defense activities of the Department of Energy, to prescribe military personnel strengths for such fiscal year, and for other purposes:

CONFERENCE REPORT (H. REPT. 109–702)

The Committee of conference on the disagreeing votes of the two Houses on the amendment of the Senate to the bill (H.R. 5122), to authorize appropriations for fiscal year 2007 for military activities of the Department of Defense, for military construction, and for defense activities of the Department of Energy, to prescribe military personnel strengths for such fiscal year, and for other purposes, having met, after full and free conference, have agreed to recommend and do recommend to their respective Houses as follows:

That the House recede from its disagreement to the amendment of the Senate and agree to the same with an amendment as follows:

In lieu of the matter proposed to be inserted by the Senate amendment, insert the following:

***SECTION 1. SHORT TITLE; FINDINGS.***

*(a) SHORT TITLE.—This Act may be cited as the "John Warner National Defense Authorization Act for Fiscal Year 2007".*

*(b) FINDINGS.—Congress makes the following findings:*

*(1) Senator John Warner of Virginia was elected a member of the United States Senate on November 7, 1978, for a full term beginning on January 3, 1979. He was subsequently appointed by the Governor of Virginia to fill a vacancy on January 2, 1979, and has served continuously since that date. He was appointed a member of the Committee on Armed Services in January 1979, and has served continuously on the Committee since that date, a period of nearly 28 years. Senator Warner's service on the Committee represents nearly half of its existence since it was established after World War II.*

*(2) Senator Warner came to the Senate and the Committee on Armed Services after a distinguished record of service to the Nation, including combat service in the Armed Forces and high civilian office.*

*(3) Senator Warner enlisted in the United States Navy upon graduation from high school in 1945, and served until the summer of 1946, when he was discharged as a Petty Officer 3rd Class. He then attended Washington and Lee University on the G.I. Bill. He graduated in 1949 and entered the University of Virginia Law School.*

*(4) Upon the outbreak of the Korean War in 1950, Senator Warner volunteered for active duty, interrupting his education to accept a commission in the United States Marine Corps. He served in combat in Korea as a ground officer in the First Marine Air Wing. Following his active service, he remained in the Marine Corps Reserve for several years, attaining the rank of captain.*

*(5) Senator Warner resumed his legal education upon returning from the Korean War and graduated from the University of Virginia Law School in 1953. He was selected by the late Chief Judge E. Barrett Prettyman of the United States Court of Appeals for the District of Columbia Circuit as his law clerk. After his service to Judge Prettyman, Senator Warner became an Assistant United States Attorney in the District of Columbia, and later entered private law practice.*

*(6) In 1969, the Senate gave its advice and consent to the appointment of Senator Warner as Under Secretary of the Navy. He served in this position until 1972, when he was confirmed and appointed as the 61st Secretary of the Navy since the office was established in 1798. As Secretary, Senator Warner was the principal United States negotiator and signatory of the Incidents at Sea Executive Agreement with the Soviet Union, which was signed in 1972 and remains in effect today. It has served as the model for similar agreements between states covering the operation of naval ships and aircraft in international sea lanes throughout the world.*

*(7) Senator Warner left the Department of the Navy in 1974. His next public service was as Administrator of the American Revolution Bicentennial Commission. In this capacity, he coordinated the celebration of the Nation's founding, directing the Federal role in all 50 States and in over 20 foreign nations.*

*(8) Senator Warner has served as chairman of the Committee on Armed Services of the United States Senate from 1999 to 2001, and again since January 2003. He served as ranking minority member of the committee from 1987 to 1993, and again from 2001 to 2003. Senator Warner concludes his service as chairman at the end of the 109th Congress, but will remain a member of the committee.*

*(9) This Act is the twenty-eighth annual authorization Act for the Department of Defense for which Senator Warner has taken a major responsibility as a member of the Committee on Armed Services of the United States Senate, and the fourteenth for which he has exercised a leadership role as chairman or ranking minority member of the committee.*

*(10) Senator Warner, as seaman, Marine officer, Under Secretary and Secretary of the Navy, and member, ranking minority member, and chairman of the Committee on Armed Services of the United States Senate, has made unique and lasting contributions to the national security of the United States.*

*(11) It is altogether fitting and proper that this Act, the last annual authorization Act for the national defense managed by Senator Warner in and for the United States Senate as chairman of the Committee on Armed Services, be named in his honor, as provided in subsection (a).*

***SEC. 2. ORGANIZATION OF ACT INTO DIVISIONS; TABLE OF CONTENTS.***

*(a) DIVISIONS.—This Act is organized into three divisions as follows:*

*(1) Division A—Department of Defense Authorizations.*

*(2) Division B—Military Construction Authorizations.*

*(3) Division C—Department of Energy National Security Authorizations and Other Authorizations.*

*(b) TABLE OF CONTENTS.—The table of contents for this Act is as follows:*

*Sec. 1. Short title; findings.*
*Sec. 2. Organization of Act into divisions; table of contents.*
*Sec. 3. Congressional defense committees.*

***DIVISION A—DEPARTMENT OF DEFENSE AUTHORIZATIONS***

***TITLE I—PROCUREMENT***

*Subtitle A—Authorization of Appropriations*

*Sec. 101. Army.*
*Sec. 102. Navy and Marine Corps.*
*Sec. 103. Air Force.*
*Sec. 104. Defense-wide activities.*

*Subtitle B—Army Programs*

*Sec. 111. Sense of Congress on future multiyear procurement authority for Family of Medium Tactical Vehicles.*

□ This symbol represents the time of day during the House proceedings, e.g., □ 1407 is 2:07 p.m.

Matter set in this typeface indicates words inserted or appended, rather than spoken, by a Member of the House on the floor.



Printed on recycled paper.

*Secretary of Defense shall submit to the Congress a report setting forth—*

*(i) an assessment of the success of the implementation of the Interim Voting Assistance System ballot request program carried out under paragraph (1);*

*(ii) recommendations for continuation of the Interim Voting Assistance System and for improvements to that system; and*

*(iii) an assessment of available technologies and other means of achieving enhanced use of electronic and Internet-based capabilities under the Interim Voting Assistance System.*

*(B) FUTURE ELECTIONS.—Not later than May 15, 2007, the Secretary of Defense shall submit to the Congress a report setting forth in detail plans for expanding the use of electronic voting technology for individuals covered under the Uniformed and Overseas Citizens Absentee Voting Act (42 U.S.C. 1973ff et seq.) for elections through November 30, 2010.*

*(c) COMPTROLLER GENERAL REPORT.—Not later than March 1, 2007, the Comptroller General of the United States shall submit to Congress a report containing the assessment of the Comptroller General with respect to the following:*

*(1) The programs and activities undertaken by the Department of Defense to facilitate voter registration, transmittal of ballots to absentee voters, and voting utilizing electronic means of communication (such as electronic mail and fax transmission) for military and civilian personnel covered by the Uniformed and Overseas Citizens Absentee Voting Act (42 U.S.C. 1973ff et seq.).*

*(2) The progress of the Department of Defense and the Election Assistance Commission in developing a secure, deployable system for Internet-based electronic voting pursuant to the amendment made by section 567 of the Ronald W. Reagan National Defense Authorization Act for Fiscal Year 2005 (Public Law 108–375; 118 Stat. 1919).*

*(d) REPEAL OF EXPIRED PROVISION.—Section 1566(g)(2) of title 10, United States Code, is amended by striking the last sentence.*

***SEC. 597. PHYSICAL EVALUATION BOARDS.***

*(a) IN GENERAL.—*

*(1) PROCEDURAL REQUIREMENTS.—Chapter 61 of title 10, United States Code, is amended by adding at the end the following new section:*

***"§ 1222. Physical evaluation boards***

*"(a) RESPONSE TO APPLICATIONS AND APPEALS.—The Secretary of each military department shall ensure, in the case of any member of the armed forces appearing before a physical evaluation board under that Secretary's supervision, that documents announcing a decision of the board in the case convey the findings and conclusions of the board in an orderly and itemized fashion with specific attention to each issue presented by the member in regard to that member's case. The requirement under the preceding sentence applies to a case both during initial consideration and upon subsequent consideration due to appeal by the member or other circumstance.*

*"(b) LIAISON OFFICER (PEBLO) REQUIREMENTS AND TRAINING.—(1) The Secretary of Defense shall prescribe regulations establishing—*

*"(A) a requirement for the Secretary of each military department to make available to members of the armed forces appearing before physical evaluation boards operated by that Secretary employees, designated as physical evaluation board liaison officers, to provide advice, counsel, and general information to such members on the operation of physical evaluation boards operated by that Secretary; and*

*"(B) standards and guidelines concerning the training of such physical evaluation board liaison officers.*

*"(2) The Secretary shall ensure compliance by the Secretary of each military department with physical evaluation board liaison officer requirements and training standards and guidelines at least once every three years.*

*"(c) STANDARDIZED STAFF TRAINING AND OPERATIONS.—(1) The Secretary of Defense shall prescribe regulations on standards and guidelines concerning the physical evaluation board operated by each of the Secretaries of the military departments with regard to—*

*"(A) assignment and training of staff;*

*"(B) operating procedures; and*

*"(C) timeliness of board decisions.*

*"(2) The Secretary shall ensure compliance with standards and guidelines prescribed under paragraph (1) by each physical evaluation board at least once every three years.".*

*(2) CLERICAL AMENDMENT.—The table of sections at the beginning of such chapter is amended by adding at the end the following new item:*

*"1222. Physical evaluation boards.".*

*(b) EFFECTIVE DATE.—Section 1222 of title 10, United States Code, as added by subsection (a), shall apply with respect to decisions rendered on cases commenced more than 120 days after the date of the enactment of this Act.*

***SEC. 598. MILITARY ID CARDS FOR RETIREE DEPENDENTS WHO ARE PERMANENTLY DISABLED.***

*(a) IN GENERAL.—Subsection (a) of section 1060b of title 10, United States Code, is amended to read as follows:*

*"(a) ISSUANCE OF PERMANENT ID CARD.—(1) In issuing military ID cards to retiree dependents, the Secretary concerned shall issue a permanent ID card (not subject to renewal) to any such retiree dependent as follows:*

*"(A) A retiree dependent who has attained 75 years of age.*

*"(B) A retiree dependent who is permanently disabled.*

*"(2) A permanent ID card shall be issued to a retiree dependent under paragraph (1)(A) upon the expiration, after the retiree dependent attains 75 years of age, of any earlier, renewable military card or, if earlier, upon the request of the retiree dependent after attaining age 75.".*

*(b) CONFORMING AND CLERICAL AMENDMENTS.—*

*(1) HEADING AMENDMENT.—The heading of such section is amended to read as follows:*

***"§ 1060b. Military ID cards: dependents and survivors of retirees".***

*(2) CLERICAL AMENDMENT.—The table of sections at the beginning of chapter 53 of such title is amended by striking the item relating to section 1060b and inserting the following new item:*

*"1060b. Military ID cards: dependents and survivors of retirees.".*

***SEC. 599. UNITED STATES MARINE BAND AND UNITED STATES MARINE DRUM AND BUGLE CORPS.***

*(a) IN GENERAL.—Section 6222 of title 10, United States Code, is amended to read as follows:*

***"§ 6222. United States Marine Band; United States Marine Drum and Bugle Corps: composition; appointment and promotion of members***

*"(a) UNITED STATES MARINE BAND.—The band of the Marine Corps shall be composed of one director, two assistant directors, and other personnel in such numbers and grades as the Secretary of the Navy determines to be necessary.*

*"(b) UNITED STATES MARINE DRUM AND BUGLE CORPS.—The drum and bugle corps of the Marine Corps shall be composed of one commanding officer and other personnel in such numbers and grades as the Secretary of the Navy determines to be necessary.*

*"(c) APPOINTMENT AND PROMOTION.—(1) The Secretary of the Navy shall prescribe regulations for the appointment and promotion of members of the Marine Band and members of the Marine Drum and Bugle Corps.*

*"(2) The President may from time to time appoint members of the Marine Band and members of the Marine Drum and Bugle Corps to grades not above the grade of captain. The authority of the President to make appointments under this paragraph may be delegated only to the Secretary of Defense.*

*"(3) The President, by and with the advice and consent of the Senate, may from time to time appoint any member of the Marine Band or of the Marine Drum and Bugle Corps to a grade above the grade of captain.*

*"(d) RETIREMENT.—Unless otherwise entitled to higher retired grade and retired pay, a member of the Marine Band or Marine Drum and Bugle Corps who holds, or has held, an appointment under this section is entitled, when retired, to be retired in, and with retired pay based on, the highest grade held under this section in which the Secretary of the Navy determines that such member served satisfactorily.*

*"(e) REVOCATION OF APPOINTMENT.—The Secretary of the Navy may revoke any appointment of a member of the Marine Band or Marine Drum and Bugle Corps. When a member's appointment to a commissioned grade terminates under this subsection, such member is entitled, at the option of such member—*

*"(1) to be discharged from the Marine Corps; or*

*"(2) to revert to the grade and status such member held at the time of appointment under this section.".*

*(b) CLERICAL AMENDMENT.—The table of sections at the beginning of chapter 565 of such title is amended by striking the item relating to section 6222 and inserting the following new item:*

*"6222. United States Marine Band; United States Marine Drum and Bugle Corps: composition; appointment and promotion of members.".*

***TITLE VI—COMPENSATION AND OTHER PERSONNEL BENEFITS***

*Subtitle A—Pay and Allowances*

*Sec. 601. Fiscal year 2007 increase in military basic pay and reform of basic pay rates.*

*Sec. 602. Increase in maximum rate of basic pay for general and flag officer grades to conform to increase in pay cap for Senior Executive Service personnel.*

*Sec. 603. One-year extension of prohibition against requiring certain injured members to pay for meals provided by military treatment facilities.*

*Sec. 604. Availability of second basic allowance for housing for certain reserve component or retired members serving in support of contingency operations.*

*Sec. 605. Extension of temporary continuation of housing allowance for dependents of members dying on active duty to spouses who are also members.*

*Sec. 606. Payment of full premium for coverage under Servicemembers' Group Life Insurance program during service in Operation Enduring Freedom or Operation Iraqi Freedom.*

*Sec. 607. Clarification of effective date of prohibition on compensation for correspondence courses.*

*Sec. 608. Extension of pilot program on contributions to Thrift Savings Plan for initial enlistees in the Army.*

*Subtitle B—Bonuses and Special and Incentive Pays*

*Sec. 611. Extension of certain bonus and special pay authorities for reserve forces.*

*Sec. 612. Extension of certain bonus and special pay authorities for health care professionals.*

*Sec. 613. Extension of special pay and bonus authorities for nuclear officers.*

*Sec. 614. Extension of authorities relating to payment of other bonuses and special pays.*

ENLISTED MEMBERS[1]—Continued

| Pay Grade | 2 or less | Over 2 | Over 3 | Over 4 | Over 6 |
|---|---|---|---|---|---|
| | Over 38 | Over 40 | | | |
| E–9[2] | $6,381.90 | $6,381.90 | | | |
| E–8 | 4,799.10 | 4,799.10 | | | |
| E–7 | 4,204.20 | 4,204.20 | | | |
| E–6 | 3,133.50 | 3,133.50 | | | |
| E–5 | 2,630.10 | 2,630.10 | | | |
| E–4 | 2,062.80 | 2,062.80 | | | |
| E–3 | 1,729.20 | 1,729.20 | | | |
| E–2 | 1,458.90 | 1,458.90 | | | |
| E–1 | 1,301.40 | 1,301.40 | | | |

[1] Notwithstanding the pay rates specified in this table, the actual basic pay for enlisted members may not exceed the rate of pay for level V of the Executive Schedule.
[2] Subject to the preceding footnote, the rate of basic pay for an enlisted member in this grade while serving as Sergeant Major of the Army, Master Chief Petty Officer of the Navy, Chief Master Sergeant of the Air Force, Sergeant Major of the Marine Corps, Master Chief Petty Officer of the Coast Guard, or Senior Enlisted Advisor to the Chairman of the Joint Chiefs of Staff is $6,642.60, regardless of cumulative years of service computed under section 205 of title 37, United States Code.
[3] In the case of members in pay grade E–1 who have served less than 4 months on active duty, the rate of basic pay is $1,203.90.

**SEC. 602. INCREASE IN MAXIMUM RATE OF BASIC PAY FOR GENERAL AND FLAG OFFICER GRADES TO CONFORM TO INCREASE IN PAY CAP FOR SENIOR EXECUTIVE SERVICE PERSONNEL.**

(a) INCREASE.—Section 203(a)(2) of title 37, United States Code, is amended by striking "level III of the Executive Schedule" and inserting "level II of the Executive Schedule".

(b) EFFECTIVE DATE.—The amendment made by subsection (a) shall take effect on January 1, 2007, and shall apply with respect to months beginning on or after that date.

**SEC. 603. ONE-YEAR EXTENSION OF PROHIBITION AGAINST REQUIRING CERTAIN INJURED MEMBERS TO PAY FOR MEALS PROVIDED BY MILITARY TREATMENT FACILITIES.**

(a) EXTENSION.—Section 402(h)(3) of title 37, United States Code, is amended by striking "December 31, 2006" and inserting "December 31, 2007".

(b) REPORT ON ADMINISTRATION OF PROHIBITION.—Not later than February 1, 2007, the Secretary of Defense shall submit to the congressional defense committees a report on the administration of section 402(h) of title 37, United States Code. The report shall include—

(1) a description and assessment of the mechanisms used by the military departments to implement the prohibition contained in such section; and

(2) such recommendations as the Secretary considers appropriate regarding making such prohibition permanent.

**SEC. 604. AVAILABILITY OF SECOND BASIC ALLOWANCE FOR HOUSING FOR CERTAIN RESERVE COMPONENT OR RETIRED MEMBERS SERVING IN SUPPORT OF CONTINGENCY OPERATIONS.**

(a) AVAILABILITY.—Section 403(g) of title 37, United States Code, is amended—

(1) by redesignating paragraphs (2), (3), and (4) as paragraphs (3), (4), and (5), respectively;

(2) by inserting after paragraph (1) the following new paragraph (2):

"(2) The Secretary concerned may provide a basic allowance for housing to a member described in paragraph (1) at a monthly rate equal to the rate of the basic allowance for housing established under subsection (b) or the overseas basic allowance for housing established under subsection (c), whichever applies to the location at which the member is serving, for members in the same grade at that location without dependents. The member may receive both a basic allowance for housing under paragraph (1) and under this paragraph for the same month, but may not receive the portion of the allowance authorized under section 404 of this title, if any, for lodging expenses if a basic allowance for housing is provided under this paragraph."; and

(3) in paragraph (3), as so redesignated, by striking "Paragraph (1)" and inserting "Paragraphs (1) and (2)".

(b) EFFECTIVE DATE.—Paragraph (2) of section 403(g) of title 37, United States Code, as added by subsection (a), shall apply with respect to months beginning on or after October 1, 2006.

**SEC. 605. EXTENSION OF TEMPORARY CONTINUATION OF HOUSING ALLOWANCE FOR DEPENDENTS OF MEMBERS DYING ON ACTIVE DUTY TO SPOUSES WHO ARE ALSO MEMBERS.**

(a) EXTENSION.—Section 403(l) of title 37, United States Code, is amended—

(1) by redesignating paragraph (3) as paragraph (4); and

(2) by inserting after paragraph (2) the following new paragraph:

"(3) An allowance may be paid under paragraph (2) to the spouse of the deceased member even though the spouse is also a member of the uniformed services. The allowance paid under such paragraph is in addition to any other pay and allowances to which the spouse is entitled as a member.".

(b) EFFECTIVE DATE.—

(1) GENERAL RULE.—The amendments made by subsection (a) shall take effect on October 1, 2006.

(2) TRANSITIONAL RULE.—After October 1, 2006, the Secretary of Defense, and the Secretary of Homeland Security in the case of the Coast Guard, may pay the allowance authorized by section 403(l)(2) of title 37, United States Code, to a member of the uniformed services who is the spouse of a member who died on active duty during the one-year period ending on that date, except that the payment of the allowance must terminate within 365 days after the date of the member's death.

**SEC. 606. PAYMENT OF FULL PREMIUM FOR COVERAGE UNDER SERVICEMEMBERS' GROUP LIFE INSURANCE PROGRAM DURING SERVICE IN OPERATION ENDURING FREEDOM OR OPERATION IRAQI FREEDOM.**

(a) ENHANCED ALLOWANCE TO COVER SGLI DEDUCTIONS.—Subsection (a)(1) of section 437 of title 37, United States Code, is amended by striking "for the first $150,000" and all that follows through "of such title" and inserting "for the amount of Servicemembers' Group Life Insurance coverage held by the member under section 1967 of such title".

(b) CONFORMING AMENDMENTS.—Such section is further amended—

(1) in subsection (a)—

(A) by striking "(1)" before "in the case of"; and

(B) by striking paragraph (2);

(2) by striking subsection (b); and

(3) by redesignating subsection (c) as subsection (b) and in paragraph (2) of that subsection by striking "coverage amount specified in subsection (a)(1) or in effect pursuant to subsection (b)," and inserting "maximum coverage amount available for such insurance,".

(c) CLERICAL AMENDMENTS.—The heading for such section, and the item relating to such section in the table of sections at the beginning of chapter 7 of such title, are each amended by striking the fourth and fifth words.

(d) EFFECTIVE DATE.—The amendments made by this section shall take effect on the first day of the first month beginning on or after the date of the enactment of this Act and shall apply with respect to service by members of the Armed Forces in the theater of operations for Operation Enduring Freedom or Operation Iraqi Freedom for months beginning on or after that date.

**SEC. 607. CLARIFICATION OF EFFECTIVE DATE OF PROHIBITION ON COMPENSATION FOR CORRESPONDENCE COURSES.**

Section 206(d) of title 37, United States Code, is amended by adding at the end the following new paragraph:

"(3) The prohibition in paragraph (1), including the prohibition as it relates to a member of the National Guard while not in Federal service, applies to—

"(A) any work or study performed on or after September 7, 1962, unless that work or study is specifically covered by the exception in paragraph (2); and

"(B) any claim based on that work or study arising after that date.".

**SEC. 608. EXTENSION OF PILOT PROGRAM ON CONTRIBUTIONS TO THRIFT SAVINGS PLAN FOR INITIAL ENLISTEES IN THE ARMY.**

(a) EXTENSION.—Subsection (a) of section 606 of the National Defense Authorization Act for Fiscal Year 2006 (Public Law 109–163; 119 Stat. 3287; 37 U.S.C. 211 note) is amended by striking "During fiscal year 2006" and inserting "During the period beginning on January 6, 2006, and ending on December 31, 2008".

(b) REPORT DATE.—Subsection (d)(1) of such section is amended by striking "February 1, 2007" and inserting "February 1, 2008".

## Subtitle B—Bonuses and Special and Incentive Pays

**SEC. 611. EXTENSION OF CERTAIN BONUS AND SPECIAL PAY AUTHORITIES FOR RESERVE FORCES.**

(a) SELECTED RESERVE REENLISTMENT BONUS.—Section 308b(g) of title 37, United States Code, is amended by striking "December 31, 2006" and inserting "December 31, 2007".

(b) SELECTED RESERVE AFFILIATION OR ENLISTMENT BONUS.—Section 308c(i) of such title is amended by striking "December 31, 2006" and inserting "December 31, 2007".

(c) SPECIAL PAY FOR ENLISTED MEMBERS ASSIGNED TO CERTAIN HIGH PRIORITY UNITS.—Section 308d(c) of such title is amended by striking

**Calendar No. 426**

| 109TH CONGRESS<br>*2nd Session* | SENATE | REPORT<br>109–254 |
|---|---|---|

# NATIONAL DEFENSE AUTHORIZATION ACT FOR FISCAL YEAR 2007

---

## R E P O R T

[TO ACCOMPANY S. 2766]

ON

AUTHORIZING APPROPRIATIONS FOR FISCAL YEAR 2007 FOR MILITARY ACTIVITIES OF THE DEPARTMENT OF DEFENSE, FOR MILITARY CONSTRUCTION, AND FOR DEFENSE ACTIVITIES OF THE DEPARTMENT OF ENERGY, TO PRESCRIBE PERSONNEL STRENGTHS FOR SUCH FISCAL YEAR FOR THE ARMED FORCES, AND FOR OTHER PURPOSES

TOGETHER WITH

ADDITIONAL VIEWS

---

COMMITTEE ON ARMED SERVICES
UNITED STATES SENATE

MAY 9, 2006.—Ordered to be printed

# TITLE VI—COMPENSATION AND OTHER PERSONNEL BENEFITS

## Subtitle A—Pay and Allowances

### Fiscal year 2007 increase in military basic pay and reform of basic pay rates (sec. 601)

The committee recommends a provision that would authorize a pay raise for members of the uniformed services of 2.2 percent effective on January 1, 2007; targeted pay raises for warrant officers and enlisted members serving in the E–5 to E–7 grades that would be effective on April 1, 2007; and extension of the basic pay table to 40 years, providing longevity step increases for the highest officer, warrant officer, and enlisted grades.

The committee supports the goal of the Department of Defense, as recommended by the 9th Quadrennial Review of Military Compensation, to bring regular military compensation to the 70th percentile of private civilians when comparing experience and education. This provision contributes to its achievement. The provision would also accommodate longer career lengths and provide appropriate financial incentives for continued active-duty service beyond 30 years by the most experienced and capable military, officer and enlisted, leaders of the armed forces.

### Increase in maximum rate of basic pay for general and flag officer grades (sec. 602)

The committee recommends a provision that would amend section 203(a)(2) of title 37, United States Code, to provide that the rates of basic pay for officers in pay grades O–7 through O–10 may not exceed the monthly equivalent of the rate of pay for level II, vice III, of the Executive Schedule. The committee notes that this provision will primarily affect officers serving in positions of importance and responsibility under section 601 of title 10, United States Code. Raising the pay cap foı these officers is fully commensurate with the levels of authority and responsibility typically vested in such officers.

### Clarification of effective date of prohibition on compensation for correspondence courses (sec. 603)

The committee recommends a provision that would amend section 206(d) of title 37, United States Code, to clarify that the prohibition on compensation for work or study in connection with correspondence courses, including the prohibition as it relates to a member of the National Guard while not in federal service, applies to any such work or study performed on or after September 7, 1962, and to any claim for compensation based on such work or study arising after that date.

The committee believes that judicial rulings interpreting section 206(d) to permit compensation for completion of correspondence courses misinterpreted this provision and did not give adequate weight to the consistent practices of the services in administering training of members of the Reserve and National Guard in this regard. The changes to section 206(d) of title 37, United States Code, incorporated in section 604 of the National Defense Authorization Act for Fiscal Year 2006 (Public Law 109–163) did not, in the committee's view, change, but rather clarified the meaning and purpose of this section.

**One-year extension of prohibition against requiring certain injured members to pay for meals provided by military treatment facilities (sec. 604)**

The committee recommends a provision that would amend section 402(h)(3) of title 37, United States Code, to extend for an additional year the prohibition on requiring members who are undergoing medical recuperation or therapy, or are otherwise in the status of continuous care, including outpatient care, at a military treatment facility for injuries, illnesses, or diseases incurred or aggravated while on active duty serving in support of Operation Iraqi Freedom or Operation Enduring Freedom. The provision would also require the Secretary of Defense to submit a report to the congressional defense committees by February 1, 2007, on the administration of section 402(h)(3), including an assessment of the implementation by the services and recommendations regarding whether this authority should be continued.

**Additional housing allowance for Reserves on active duty in support of a contingency operation (sec. 605)**

The committee recommends a provision that would amend section 403(g) of title 37, United States Code, to authorize service secretaries to pay a second housing allowance in lieu of per diem to Reserve component members who are ordered to active duty in support of a contingency operation for greater than 139 days when government quarters are not available. Implementation of this provision would reduce costs while ensuring that mobilized reservists are adequately compensated both for their civilian housing costs at home and while serving at their contingency operation duty locations when their mobilization will be for extended periods.

**Extension of temporary continuation of housing allowance for dependents of members dying on active duty to spouses who are members of the uniformed services (sec. 606)**

The committee recommends a provision that would amend section 403(l) of title 37, United States Code, to provide that a member of the uniformed services, who is a spouse of a deceased member who died while serving on active duty, may continue to be paid the basic allowance for housing (BAH). Only non-military spouses currently qualify for the temporary continuation of BAH. This provision would avoid loss of income in the aftermath of a military spouse's death and could encourage military spouses to continue serving on active duty despite their loss.

109TH CONGRESS 2d Session } HOUSE OF REPRESENTATIVES { REPORT 109–702

# JOHN WARNER NATIONAL DEFENSE AUTHORIZATION ACT FOR FISCAL YEAR 2007

## CONFERENCE REPORT

TO ACCOMPANY

H.R. 5122

SEPTEMBER 29, 2006.—Ordered to be printed

U.S. GOVERNMENT PRINTING OFFICE

29–808 WASHINGTON : 2006

For sale by the Superintendent of Documents, U.S. Government Printing Office
Internet: bookstore.gpo.gov Phone: toll free (866) 512–1800; DC area (202) 512–1800
Fax: (202) 512–2250 Mail: Stop SSOP, Washington, DC 20402–0001

# CONTENTS


| | Page |
|---|---|
| DIVISION A—DEPARTMENT OF DEFENSE AUTHORIZATIONS | 459 |
| TITLE I—PROCUREMENT | 459 |
| Procurement overview | 459 |
| Budget Items | 461 |
| Aircraft Procurement, Army overview | 461 |
| Missile Procurement, Army overview | 465 |
| Procurement of Weapons and Tracked Combat Vehicles, Army overview | 468 |
| Procurement of Ammunition, Army overview | 472 |
| Other Procurement, Army overview | 476 |
| Aircraft Procurement, Navy overview | 487 |
| Weapons Procurement, Navy overview | 492 |
| Procurement of Ammunition, Navy and Marine Corps overview | 496 |
| Shipbuilding and Conversion, Navy overview | 499 |
| Other Procurement, Navy overview | 502 |
| Procurement, Marine Corps overview | 512 |
| Aircraft Procurement, Air Force overview | 518 |
| Procurement of Ammunition, Air Force overview | 525 |
| Missile Procurement, Air Force overview | 528 |
| Other Procurement, Air Force overview | 532 |
| Procurement, Defense-wide overview | 539 |
| National Guard and Reserve Equipment | 545 |
| Items of Special Interest | 547 |
| Battleship transfer | 547 |
| Study on replacement of the T–38 training aircraft | 548 |
| Subtitle A—Authorization of Appropriations | 548 |
| Authorization of appropriations (secs. 101–104) | 548 |
| Subtitle B—Army Programs | 548 |
| Sense of Congress on future multiyear procurement authority for the Family of Medium Tactical Vehicles (sec. 111) | 548 |
| Multiyear procurement authority for MH–60R helicopter and mission equipment (sec. 112) | 549 |
| Funding profile for modular force initiative of the Army (sec. 113) | 549 |
| Bridge to Future Networks Program (sec. 114) | 550 |
| Comptroller General report on the contract for the Future Combat Systems program (sec. 115) | 550 |
| Priority for allocation of replacement equipment to operational units based on combat mission deployment schedule (sec. 116) | 550 |
| Subtitle C—Navy Programs | 551 |
| CVN–21 class aircraft carrier procurement (sec. 121) | 551 |
| Adherence to Navy cost estimates for CVN–21 class of aircraft carriers (sec. 122) | 551 |
| Modification of limitation on total cost of procurement of CVN–77 aircraft carrier (sec. 123) | 552 |
| Construction of first two vessels under the DDG–1000 Next-Generation Destroyer program (sec. 124) | 552 |
| Adherence to Navy cost estimates for LHA Replacement amphibious assault ship program (sec. 125) | 553 |
| Cost limitation for San Antonio (LPD–17) class amphibious ship program (sec. 126) | 554 |
| Multiyear procurement authority for V–22 tiltrotor aircraft program (sec. 127) | 555 |
| Alternative technologies for future surface combatants (sec. 128) | 555 |
| Sense of Congress regarding the size of the attack submarine force (sec. 129) | 555 |

| | Page |
|---|---|
| TITLE V—MILITARY PERSONNEL POLICY—Continued | |
| Subtitle I—Armed Forces Retirement Home | 728 |
| Report on leadership and management of the Armed Forces Retirement Home (sec. 578) | 728 |
| Report on Local Boards of Trustees of the Armed Forces Retirement Home (sec. 579) | 729 |
| Subtitle J—Reports | 729 |
| Report on personnel requirements for airborne assets identified as Low-Density, High-Demand Airborne Assets (sec. 581) | 729 |
| Report on feasibility of establishment of Military Entrance Processing Command station on Guam (sec. 582) | 729 |
| Inclusion in annual Department of Defense report on sexual assaults of information on results of disciplinary actions (sec. 583) | 729 |
| Report on provision of electronic copy of military records on discharge or release of members from the Armed Forces (sec. 584) | 730 |
| Report on omission of social security account numbers from military identification cards (sec. 585) | 730 |
| Report on maintenance and protection of data held by the Secretary of Defense as part of the Department of Defense Joint Advertising, Market Research and Studies (JAMRS) program (sec. 586) | 730 |
| Comptroller General report on military conscientious objectors (sec. 587) | 730 |
| Subtitle K—Other Matters | 731 |
| Report on using six-month deployments for Operation Enduring Freedom and Operation Iraqi Freedom | 736 |
| National Guard officers authority to command | 736 |
| Cold War Victory Medal | 737 |
| Advancement on the retired list of certain decorated retired Navy and Marine Corps officers | 737 |
| Criteria for removal of member from temporary disability retired list | 737 |
| Modification of time limit for use of entitlement to educational assistance for reserve component members supporting contingency operations and other operations | 737 |
| Postal benefits program for members of the Armed Forces | 738 |
| Funding | 738 |
| Duration | 738 |
| Sense of Senate on notice to Congress of recognition of members of the Armed Forces for extraordinary acts of bravery, heroism, and achievement | 738 |
| Department of Labor Transitional Assistance Program | 738 |
| Entrepreneurial service members empowerment task force | 740 |
| Funeral ceremonies for veterans | 740 |
| TITLE VI—COMPENSATION AND OTHER PERSONNEL BENEFITS | 741 |
| Subtitle A—Pay and Allowances | 741 |
| Fiscal year 2007 increase in military basic pay and reform of basic pay rates (sec. 601) | 741 |
| Increase in maximum rate of basic pay for general and flag officer grades to conform to increase in pay cap for Senior Executive Service personnel (sec. 602) | 741 |
| One-year extension of prohibition against requiring certain injured members to pay for meals provided by military treatment facilities (sec. 603) | 741 |
| Availability of second basic allowance for housing for certain reserve component or retired members serving in support of contingency operations (sec. 604) | 742 |
| Extension of temporary continuation of housing allowance for dependents of members dying on active duty to spouses who are also members (sec. 605) | 742 |
| Payment of full premium for coverage under Servicemembers' Group Life Insurance program during service in Operation Enduring Freedom or Operation Iraqi Freedom (sec. 606) | 742 |
| Clarification of effective date of prohibition on compensation for correspondence courses (sec. 607) | 742 |
| Extension of pilot program on contributions to Thrift Savings Plan for initial enlistees in the Army (sec. 608) | 743 |
| Subtitle B—Bonuses and Special and Incentive Pays | 743 |
| Extension of certain bonus and special pay authorities for reserve forces (sec. 611) | 743 |

## *TITLE VI—COMPENSATION AND OTHER PERSONNEL BENEFITS*

*Subtitle A—Pay and Allowances*

*Sec. 601. Fiscal year 2007 increase in military basic pay and reform of basic pay rates.*
*Sec. 602. Increase in maximum rate of basic pay for general and flag officer grades to conform to increase in pay cap for Senior Executive Service personnel.*
*Sec. 603. One-year extension of prohibition against requiring certain injured members to pay for meals provided by military treatment facilities.*
*Sec. 604. Availability of second basic allowance for housing for certain reserve component or retired members serving in support of contingency operations.*
*Sec. 605. Extension of temporary continuation of housing allowance for dependents of members dying on active duty to spouses who are also members.*
*Sec. 606. Payment of full premium for coverage under Servicemembers' Group Life Insurance program during service in Operation Enduring Freedom or Operation Iraqi Freedom.*
*Sec. 607. Clarification of effective date of prohibition on compensation for correspondence courses.*
*Sec. 608. Extension of pilot program on contributions to Thrift Savings Plan for initial enlistees in the Army.*

*Subtitle B—Bonuses and Special and Incentive Pays*

*Sec. 611. Extension of certain bonus and special pay authorities for reserve forces.*
*Sec. 612. Extension of certain bonus and special pay authorities for health care professionals.*
*Sec. 613. Extension of special pay and bonus authorities for nuclear officers.*
*Sec. 614. Extension of authorities relating to payment of other bonuses and special pays.*
*Sec. 615. Expansion of eligibility of dental officers for additional special pay.*
*Sec. 616. Increase in maximum annual rate of special pay for Selected Reserve health care professionals in critically short wartime specialties.*
*Sec. 617. Expansion and enhancement of accession bonus authorities for certain officers in health care specialities.*
*Sec. 618. Authority to provide lump sum payment of nuclear officer incentive pay.*
*Sec. 619. Increase in maximum amount of nuclear career accession bonus.*
*Sec. 620. Increase in maximum amount of incentive bonus for transfer between Armed Forces.*
*Sec. 621. Additional authorities and incentives to encourage retired members and reserve component members to volunteer to serve on active duty in high-demand, low-density assignments.*
*Sec. 622. Accession bonus for members of the Armed Forces appointed as commissioned officers after completing officer candidate school.*
*Sec. 623. Modification of certain authorities applicable to the targeted shaping of the Armed Forces.*
*Sec. 624. Enhancement of bonus to encourage certain persons to refer other persons for enlistment in the Army.*

*Subtitle C—Travel and Transportation Allowances*

*Sec. 631. Travel and transportation allowances for transportation of family members incident to illness or injury of members.*

*Subtitle D—Retired Pay and Survivor Benefits*

*Sec. 641. Retired pay of general and flag officers to be based on rates of basic pay provided by law.*
*Sec. 642. Inapplicability of retired pay multiplier maximum percentage to certain service of members of the Armed Forces in excess of 30 years.*
*Sec. 643. Military Survivor Benefit Plan beneficiaries under insurable interest coverage.*
*Sec. 644. Modification of eligibility for commencement of authority for optional annuities for dependents under the Survivor Benefit Plan.*
*Sec. 645. Study of training costs, manning, operations tempo, and other factors that affect retention of members of the Armed Forces with special operations designations.*

*Subtitle E—Commissary and Nonappropriated Fund Instrumentality Benefits*

*Sec. 661. Treatment of price surcharges of certain merchandise sold at commissary stores.*

*"(d) RETIREMENT.—Unless otherwise entitled to higher retired grade and retired pay, a member of the Marine Band or Marine Drum and Bugle Corps who holds, or has held, an appointment under this section is entitled, when retired, to be retired in, and with retired pay based on, the highest grade held under this section in which the Secretary of the Navy determines that such member served satisfactorily.*

*"(e) REVOCATION OF APPOINTMENT.—The Secretary of the Navy may revoke any appointment of a member of the Marine Band or Marine Drum and Bugle Corps. When a member's appointment to a commissioned grade terminates under this subsection, such member is entitled, at the option of such member—*

*"(1) to be discharged from the Marine Corps; or*

*"(2) to revert to the grade and status such member held at the time of appointment under this section.".*

*(b) CLERICAL AMENDMENT.—The table of sections at the beginning of chapter 565 of such title is amended by striking the item relating to section 6222 and inserting the following new item:*

*"6222. United States Marine Band; United States Marine Drum and Bugle Corps: composition; appointment and promotion of members.".*

# *TITLE VI—COMPENSATION AND OTHER PERSONNEL BENEFITS*

*Subtitle A—Pay and Allowances*

*Sec. 601. Fiscal year 2007 increase in military basic pay and reform of basic pay rates.*
*Sec. 602. Increase in maximum rate of basic pay for general and flag officer grades to conform to increase in pay cap for Senior Executive Service personnel.*
*Sec. 603. One-year extension of prohibition against requiring certain injured members to pay for meals provided by military treatment facilities.*
*Sec. 604. Availability of second basic allowance for housing for certain reserve component or retired members serving in support of contingency operations.*
*Sec. 605. Extension of temporary continuation of housing allowance for dependents of members dying on active duty to spouses who are also members.*
*Sec. 606. Payment of full premium for coverage under Servicemembers' Group Life Insurance program during service in Operation Enduring Freedom or Operation Iraqi Freedom.*
*Sec. 607. Clarification of effective date of prohibition on compensation for correspondence courses.*
*Sec. 608. Extension of pilot program on contributions to Thrift Savings Plan for initial enlistees in the Army.*

*Subtitle B—Bonuses and Special and Incentive Pays*

*Sec. 611. Extension of certain bonus and special pay authorities for reserve forces.*
*Sec. 612. Extension of certain bonus and special pay authorities for health care professionals.*
*Sec. 613. Extension of special pay and bonus authorities for nuclear officers.*
*Sec. 614. Extension of authorities relating to payment of other bonuses and special pays.*
*Sec. 615. Expansion of eligibility of dental officers for additional special pay.*
*Sec. 616. Increase in maximum annual rate of special pay for Selected Reserve health care professionals in critically short wartime specialties.*
*Sec. 617. Expansion and enhancement of accession bonus authorities for certain officers in health care specialities.*
*Sec. 618. Authority to provide lump sum payment of nuclear officer incentive pay.*
*Sec. 619. Increase in maximum amount of nuclear career accession bonus.*
*Sec. 620. Increase in maximum amount of incentive bonus for transfer between Armed Forces.*

*died on active duty during the one-year period ending on that date, except that the payment of the allowance must terminate within 365 days after the date of the member's death.*

***SEC. 606. PAYMENT OF FULL PREMIUM FOR COVERAGE UNDER SERVICEMEMBERS' GROUP LIFE INSURANCE PROGRAM DURING SERVICE IN OPERATION ENDURING FREEDOM OR OPERATION IRAQI FREEDOM.***

*(a) ENHANCED ALLOWANCE TO COVER SGLI DEDUCTIONS.—Subsection (a)(1) of section 437 of title 37, United States Code, is amended by striking "for the first $150,000" and all that follows through "of such title" and inserting "for the amount of Servicemembers' Group Life Insurance coverage held by the member under section 1967 of such title".*

*(b) CONFORMING AMENDMENTS.—Such section is further amended—*

*(1) in subsection (a)—*

*(A) by striking "(1)" before "in the case of"; and*

*(B) by striking paragraph (2);*

*(2) by striking subsection (b); and*

*(3) by redesignating subsection (c) as subsection (b) and in paragraph (2) of that subsection by striking "coverage amount specified in subsection (a)(1) or in effect pursuant to subsection (b)," and inserting "maximum coverage amount available for such insurance,".*

*(c) CLERICAL AMENDMENTS.—The heading for such section, and the item relating to such section in the table of sections at the beginning of chapter 7 of such title, are each amended by striking the fourth and fifth words.*

*(d) EFFECTIVE DATE.—The amendments made by this section shall take effect on the first day of the first month beginning on or after the date of the enactment of this Act and shall apply with respect to service by members of the Armed Forces in the theater of operations for Operation Enduring Freedom or Operation Iraqi Freedom for months beginning on or after that date.*

***SEC. 607. CLARIFICATION OF EFFECTIVE DATE OF PROHIBITION ON COMPENSATION FOR CORRESPONDENCE COURSES.***

*Section 206(d) of title 37, United States Code, is amended by adding at the end the following new paragraph:*

*"(3) The prohibition in paragraph (1), including the prohibition as it relates to a member of the National Guard while not in Federal service, applies to—*

*"(A) any work or study performed on or after September 7, 1962, unless that work or study is specifically covered by the exception in paragraph (2); and*

*"(B) any claim based on that work or study arising after that date.".*

***SEC. 608. EXTENSION OF PILOT PROGRAM ON CONTRIBUTIONS TO THRIFT SAVINGS PLAN FOR INITIAL ENLISTEES IN THE ARMY.***

*(a) EXTENSION.—Subsection (a) of section 606 of the National Defense Authorization Act for Fiscal Year 2006 (Public Law 109–163; 119 Stat. 3287; 37 U.S.C. 211 note) is amended by striking "During fiscal year 2006" and inserting "During the period beginning on January 6, 2006, and ending on December 31, 2008".*

The House bill contained no similar provision.
The House recedes with a technical amendment.

*Availability of second basic allowance for housing for certain reserve component or retired members serving in support of contingency operations (sec. 604)*

The House bill contained a provision (sec. 604) that would amend section 403(g) of title 37, United States Code, to authorize service secretaries to pay a second monthly basic allowance for housing in lieu of per diem to reserve component members without dependents mobilized in support of a contingency operation.

The Senate amendment contained a similar provision (sec. 605).

The Senate recedes with an amendment that would make the provision effective on or after October 1, 2006.

*Extension of temporary continuation of housing allowance for dependents of members dying on active duty to spouses who are also members (sec. 605)*

The House bill contained a provision (sec. 605) that would amend section 403(l) of title 37, United States Code, to provide that a member of the uniformed services, who is a spouse of a deceased member who died while serving on active duty, may continue to be paid the basic allowance for housing.

The Senate amendment contained a similar provision (sec. 606).

The Senate recedes.

*Payment of full premium for coverage under Servicemembers' Group Life Insurance program during service in Operation Enduring Freedom or Operation Iraqi Freedom (sec. 606)*

The House bill contained a provision (sec. 607) that would amend section 437 of title 37, United States Code, to increase from $150,000 to $400,000 the amount of coverage under the Servicemembers' Group Life Insurance that the services would be required to fund for all members of the Armed Forces serving in Operation Enduring Freedom or Operation Iraqi Freedom.

The Senate amendment contained no similar provision.

The Senate recedes with a technical amendment.

*Clarification of effective date of prohibition on compensation for correspondence courses (sec. 607)*

The House bill contained a provision (sec. 606) that would amend section 206(d) of title 37, United States Code, to clarify that the prohibition on compensation for work or study in connection with correspondence courses, including the prohibition as it relates to a member of the National Guard while not in federal service, applies to any such work or study performed on or after September 7, 1962, and to any claim for compensation based on such work or study arising after that date

The Senate amendment contained a similar provision (sec. 603).

The Senate recedes.

The conferees direct the Secretary of Defense to review the policy regarding compensation of members of the reserve components (which include officers and enlisted personnel of the National Guard) for completing correspondence and distance learning courses. The review should include an audit of military professional education and other career development and military skills courses that are required for continued military service and advancement in the reserve component. For those courses that do not afford reserve component members practical options for attending in residence, an assessment should be completed of the feasibility and need for compensation as an incentive to complete correspondence and distance learning courses. The Secretary should report on the results of this review, including any recommendations for legislative changes, by July 31, 2007, to the Committees on Armed Services of the Senate and the House of Representatives.

*Extension of pilot program on contributions to Thrift Savings Plan for initial enlistees in the Army (sec. 608)*

The Senate amendment contained a provision (sec. 619) that would extend the pilot program on contributions to the Thrift Savings Plan for initial enlistees in the Army, as required by section 606 of the National Defense Authorization Act for Fiscal Year 2006 (Public Law 109–163), until December 31, 2008. The provision would also extend the due date for the report on the pilot program to February 1, 2008.

The House bill contained no similar provision.

The House recedes.

Subtitle B—Bonuses and Special and Incentive Pays

*Extension of certain bonus and special pay authorities for reserve forces (sec. 611)*

The House bill contained a provision (sec. 611) that would extend for 1 year the authority to pay the Selected Reserve reenlistment bonus; the Selected Reserve affiliation or enlistment bonus; the special pay for enlisted members assigned to certain high priority units; the Ready Reserve enlistment bonus for persons without prior service; the Ready Reserve enlistment and reenlistment bonus for persons with prior service; and the Selected Reserve enlistment bonus for persons with prior service.

The Senate amendment contained a similar provision (sec. 611).

The House recedes.

*Extension of certain bonus and special pay authorities for health care professionals (sec. 612)*

The House bill contained a provision (sec. 612) that would extend the authority for the nurse officer candidate accession program, the accession bonus for registered nurses, the incentive special pay for nurse anesthetists, the special pay for Selected Reserve health professionals in critically short wartime specialties, the accession bonus for dental officers, and the accession bonus for pharmacy officers until December 31, 2007. Additionally, the provision would extend the authority to repay the educational loans for cer-