IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| William A. Clark, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>The United States of America,<br><br>Defendant. | ) | 00-644C<br>(Judge Firestone) |

**JOINT STATUS REPORT**

In connection with the status conference scheduled for Tuesday, November 14, 2006 at 11:00 AM, the parties hereby submit a proposal regarding additional proceedings in the case. Based on the passage of the 2007 National Defense Appropriations Act ("NDAA"), defendant proposes to file a motion to dismiss plaintiffs' complaint, which will be opposed by plaintiffs. While plaintiffs dispute defendant's contention that the NDAA can be applied to deprive them of the right to compensation for required correspondence coursework that was completed before 37 U.S.C. § 206 previously was amended in 2001, plaintiffs also submit that they would be entitled to compensation if the NDAA could, as urged by defendant, be retroactively applied. To set forth an alternative basis for relief, plaintiffs accordingly desire to file a motion to amend their complaint, which will be opposed by defendant.

Subject to the Court's approval, the parties have conferred and agreed upon the following schedule for briefing on both of the foregoing motions:

- Opening Briefs in support of each motion: 12/5
- Opposition Briefs in support of each motion: 1/5
- Reply Briefs in support of each motion: 1/17

Defendant's counsel has reviewed a draft of this joint status report and authorizes counsel to state that defendant joins in this report as set forth above.

Respectfully submitted,

Dated: November 13, 2006

By: /s/ Helen K. Michael

Helen K. Michael
Robert Shulman
HOWREY SIMON ARNOLD
& WHITE, L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 783-0800

Richard T. Dorman
CUNNINGHAM, BOUNDS,
YANCE, CROWDER &
BROWN, LLC
1601 Dauphin Street
Mobile, AL 36664
(251) 471-6191

Charles J. Cooper
David Thompson
COOPER & KIRK, P.L.L.C.
1500 K Street, N.W., Ste. 200
Washington, DC 2005
(202) 220-9600

*Counsel for Plaintiff*
*William A. Clark*

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on November 13, 2006, a copy of the foregoing "Joint Status Report," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Helen K. Michael
Helen K. Michael