# In the United States Court of Federal Claims

**No. 00-644C**
**(Filed: November 15, 2006)**

* * * * * * * * * * * * * * * * *
*
**WILLIAM A. CLARK, JAMES** *
**P. DAVERN, ROBERT E.** *
**FREEBURG, WILLIE R. JOHNSON,** *
**ROBERT A. MUSTIN, JOHN** *
**DOES 1 through 4, and JANE DOES** *
**1 through 3, individually and on** *
**behalf of others similarly situated,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**O R D E R**

Based on the November 14, 2006 status conference in the above-captioned case, the court hereby **SCHEDULES** the following:

| | |
|---|---|
| **Tuesday, December 5, 2006** | Plaintiff shall file its amended complaint. |
| **Friday, January 5, 2007** | Government shall file its motion to dismiss under Rule 12(b)(6). |
| **Monday, February 5, 2007** | Plaintiff shall file its response to the government's motion to dismiss and its motion for summary judgment under Rule 56. |

Defendant's reply in support of its motion to dismiss and response to plaintiff's motion for summary judgment and plaintiff's reply in support of its motion for summary judgment shall be filed in accordance with the Rules of the United States Court of Federal Claims.

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge