IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM A. CLARK, JAMES P. DAVERN, ROBERT E.FREEBURG, WILLIE R. JOHNSON, ROBERT A. MUSTIN, JOHN DOES 1 through 4, and JANE DOES 1 through 3, individually, and on behalf of all other similarly situated, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 00-644<br>(Judge Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE PLAINTIFFS' BRIEF IN OPPOSITION TO THE GOVERNMENT'S MOTION TO DISMISS**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, Plaintiffs respectfully submit this unopposed motion for an enlargement of time of 5 court days, up to and including February 12, 2007, within which to file their brief in opposition to the government's motion to dismiss. Pursuant to the Court's Order dated November 15, 2006, Plaintiffs were to submit the above-mentioned brief on February 5, 2007. Plaintiffs have not previously sought an extension for submission of this brief. Counsel for Plaintiffs has discussed this motion with Defendant's counsel, and Defendant's counsel has consented to this short extension.

Plaintiffs seek this short enlargement of time, owing to conflicting commitments, and in order to fully develop its arguments in response to Defendant's Motion to Dismiss, which involve discussion of several important constitutional concerns. Given the brief time period covered by the extension, there will be no undue delay in the advancement of this litigation.

For the foregoing reasons, Plaintiffs respectfully request that the Court grant this request for an enlargement of time of 5 court days for the Plaintiffs to submit their Opposition to Defendant's Motion to Dismiss.

Respectfully submitted,

/s Helen K. Michael

Robert H. Shulman
Helen K. Michael
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 783-0800
Fax: (202) 383-6610

Richard T. Dorman
CUNNINGHAM, BOUNDS, VANCE,
CROWDER, and BROWN, LLC
1601 Dauphin Street
Mobile, Alabama 36660
Tel: (334) 471-6191
Fax: (334) 479-1031

Charles J. Cooper
David Thompson
COOPER & KIRK, P.L.L.C.
1500 K Street, N.W., Ste. 200
Washington, DC 2005
Tel: (202) 220-9600
Fax: (202) 220-9601

Counsel for Plaintiffs

Dated: January 29, 2007