# In the United States Court of Federal Claims

**No. 00-644C**
**(Filed: January 31, 2007)**

* * * * * * * * * * * * * * * * *

**WILLIAM A. CLARK, JAMES P. DAVERN, ROBERT E. FREEBURG, WILLIE R. JOHNSON, ROBERT A. MUSTIN, JOHN DOES 1 through 4, and JANE DOES 1 through 3, individually and on behalf of others similarly situated,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## O R D E R

Plaintiffs' unopposed motion, filed January 29, 2007, for a 5-day enlargement of time within which to file their response to the government's motion to dismiss is **GRANTED**. Accordingly, the briefing schedule is amended as follows:

| | |
|---|---|
| **Monday, February 12, 2007** | Plaintiff shall file its response to the government's motion to dismiss and its motion for summary judgment under Rule 56. |

Defendant's reply in support of its motion to dismiss and response to plaintiff's motion for summary judgment and plaintiff's reply in support of its motion for summary judgment shall be filed in accordance with the Rules of the United States Court of Federal Claims.

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge