IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM A. CLARK, JAMES P. DAVERN, ROBERT E. FREEBURG, WILLIE R. JOHNSON, ROBERT A. MUSTIN, JOHN DOES 1 through 4, and JANE DOES 1 through 3, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | CASE NO. 00-644C<br>(Judge Firestone) |

**PLAINTIFFS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Rules of the United States Court of Federal Claims, Plaintiffs respectfully move this Court for partial summary judgment on the government's affirmative defense based on the amendment to 37 U.S.C § 206 contained in the 2007 National Defense Appropriations Act (the "2007 NDAA Amendment"). In support of this motion, Plaintiffs rely on the Memorandum Of Law In Support Of Its Cross-Motion For Partial Summary Judgment And Opposition To The Government's Motion To Dismiss being filed concurrently herewith, which demonstrates that the 2007 NDAA Amendment cannot, as a matter of law, be retroactively applied to deprive Plaintiffs of their claims for compensation for completing required correspondence coursework.

Respectfully submitted,

/s Helen K. Michael

Helen K. Michael
Robert H. Shulman
John F. Stanton
Christina Fahmy
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 783-0800
Fax: (202) 383-6610

*Counsel for Plaintiffs*

Richard T. Dorman
CUNNINGHAM, BOUNDS, VANCE,
CROWDER, and BROWN, LLC
1601 Dauphin Street
Mobile, Alabama 36660
Tel: (334) 471-6191
Fax: (334) 479-1031

Charles J. Cooper
David Thompson
COOPER & KIRK, P.L.L.C.
555 11th St, N.W. Suite 750
Washington, DC 2005
Tel: (202) 220-9600
Fax: (202) 220-9601