**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **WILLIAM A. CLARK, individually and on behalf of all others similarly situated,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 00-644** |
| | ) | **(Judge Firestone)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO REPLY TO PLAINTIFFS' RESPONSE TO THE GOVERNMENT'S MOTION TO DISMISS**

Pursuant to Rule 6(b) and 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), the United States respectfully requests an enlargement of time of 25 days, to and including March 26, 2007, to submit its reply to plaintiffs' response to our motion to dismiss and our opposition to plaintiffs' partial motion for summary judgment. The Government's reply brief is now due on or before March 1, 2007, and its response to plaintiffs' motion for summary judgment is currently due on or before March 15, 2007.[1] This is defendant's first request for an enlargement of time for these purposes. Counsel for defendant has discussed this motion with plaintiffs' counsel, and plaintiffs do not oppose this request.

An brief enlargement of time is necessary because the Government has not received final substantive comments from various agencies throughout the Department of Defense, Department of the Army, Department of the Air Force, and the National Guard Bureau regarding the initial draft of the reply. The agency's substantive comments, which we expect to receive within the

---

[1] The response dates noted in this motion were the dates listed upon the Court's Case Management/Electronic Case Files ("CM/ECF") docket as of February 25, 2007. The dates were generated by the CM/ECF system as a result of plaintiffs' filings. On February 12, 2007, plaintiffs filed two documents with the Court: 1) Plaintiffs' Memorandum In Law In Support Of Its Cross-Motion For Summary Judgment And Opposition To The Government's Motion To Dismiss (Docket Entry # 145); and, 2) Plaintiff's Cross-Motion For Summary Judgment (Docket # 144).

near future, will then need to be incorporated into a draft brief that then must undergo the review process within the Department of Justice.

This motion is also necessary because Government counsel is currently in Chicago, and will remain there for part of the week of February 26, 2007, for conclusion of the trial in the case of Englewood Terrace Limited Partnerships v. United States, Fed. Cl. No. 03-2209. Furthermore, Government counsel must file a reply brief in this Court on March 12, 2007 in the case of Cort Ancman and Eileen Ancman v. United States, Fed. Cl. No. 05-455. This enlargement will allow counsel time to conclude the trial in Chicago, and further confer with his agency counterparts in the Ancman matter, and to obtain supervisory review of that brief, so that it may be finalized and filed with the Court by the due date. Finally, Government counsel is scheduled to be out of town from March 15, 2007 through March 19, 2007.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed request for an enlargement of time of 25 days until March 26, 2007 in which defendant can file its reply to plaintiffs' response to our motion for summary judgement.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

OF COUNSEL:
LT. COL. JOSEPH FETTERMAN
MAJOR JERRETT DUNLAP
United States Army Litigation Division
Arlington, VA 22203-1837

MAJOR TRACEY ROCKENBACH
United States Air Force
General Litigation Division

MAXIMINO GONZALEZ
National Guard Bureau
Office of Chief Counsel

February 28, 2007

s/ Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel. (202) 307-0383
Fax (202) 353-7988

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on February 28, 2007, a copy of the foregoing "**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO REPLY TO PLAINTIFFS' RESPONSE TO THE GOVERNMENT'S MOTION TO DISMISS**" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas K. Mickle
Douglas K. Mickle