# In the United States Court of Federal Claims

**No. 00-644C**
**(Filed: March 2, 2007)**

* * * * * * * * * * * * * * * * *
*
**WILLIAM A. CLARK, JAMES P. DAVERN, ROBERT E. FREEBURG, WILLIE R. JOHNSON, ROBERT A. MUSTIN, JOHN DOES 1 through 4, and JANE DOES 1 through 3, individually and on behalf of others similarly situated,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**O R D E R**

Defendant's unopposed motion, filed February 28, 2007, for a 25-day enlargement of time within which to file its reply in support of its motion to dismiss and response to plaintiffs' motion for summary judgment is **GRANTED**. Accordingly, defendant shall file its brief by **Monday, March 26, 2007**. Plaintiffs' reply in support of its motion for summary judgment shall be filed in accordance with the Rules of the United States Court of Federal Claims.

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE

Judge