IN THE UNITED STATES COURT OF FEDERAL CLAIMS

WILLIAM A. CLARK, JAMES P. DAVERN, ROBERT E. FREEBURG, WILLIE R. JOHNSON, ROBERT A. MUSTIN, JOHN DOES 1 through 4, and JANE DOES 1 through 3, individually, and on behalf of all others similarly situated,

Plaintiffs,

vs.

UNITED STATES OF AMERICA,

Defendant.

CASE NO. 00-644C
(Judge Firestone)

**PLAINTIFFS' UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFFS' CROSS MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rules 6(b) and 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiffs respectfully request an enlargement of time of 14 days, up to and including April 26, 2007, to submit their reply to defendant's response to Plaintiffs' cross motion for summary judgment. Plaintiffs' reply brief is now due on or before April 12, 2007. This is plaintiffs' first request for an enlargement of time for these purposes. Counsel for Plaintiffs has discussed this motion with Defendant's counsel, and the Defendant does not oppose this request.

A brief enlargement of time to respond is necessary owing to conflicting deadlines that were set after Plaintiffs consented to the government's request for an enlargement of time in which to file its reply. These commitments include an appellate argument that cannot now be rescheduled. This brief extension will not unduly delay the advancement of this litigation.

For the foregoing reasons, Plaintiffs respectfully request that the Court grant this

unopposed request for an enlargement of time of 14 days until April 26, 2007 in which Plaintiffs can file their reply to Defendants' response to Plaintiffs' cross motion for summary judgment.

Respectfully submitted,

/s Helen K. Michael

Helen K. Michael
Robert H. Shulman
John F. Stanton
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 783-0800
Fax: (202) 383-6610

Richard T. Dorman
CUNNINGHAM, BOUNDS, VANCE, CROWDER, and BROWN, LLC
1601 Dauphin Street
Mobile, Alabama 36660
Tel: (334) 471-6191
Fax: (334) 479-1031

Charles J. Cooper
David Thompson
COOPER & KIRK, P.L.L.C.
555 11th St, N.W. Suite 750
Washington, DC 2005
Tel: (202) 220-9600
Fax: (202) 220-9601

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 5, 2007, a copy of the foregoing "**PLAINTIFFS' UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFFS' CROSS MOTION FOR SUMMARY JUDGMENT**" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Helen K. Michael
Helen K. Michael