# In the United States Court of Federal Claims

**No. 00-644C**
**(Filed: April 6, 2007)**

* * * * * * * * * * * * * * * * *
*
**WILLIAM A. CLARK, JAMES P. DAVERN, ROBERT E. FREEBURG, WILLIE R. JOHNSON, ROBERT A. MUSTIN, JOHN DOES 1 through 4, and JANE DOES 1 through 3, individually and on behalf of others similarly situated,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## O R D E R

Plaintiff's unopposed motion, filed April 5, 2007, for a 14-day enlargement of time within which to file its reply in support of its cross motion for summary judgment is **GRANTED**. Accordingly, plaintiff shall file its brief by **Thursday, April 26, 2007**.

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge