# In the United States Court of Federal Claims

**No. 00-644C**
**(Filed: April 10, 2007)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **WILLIAM A. CLARK, JAMES** | * |
| **P. DAVERN, ROBERT E.** | * |
| **FREEBURG, WILLIE R. JOHNSON,** | * |
| **ROBERT A. MUSTIN, JOHN** | * |
| **DOES 1 through 4, and JANE DOES** | * |
| **1 through 3, individually and on** | * |
| **behalf of others similarly situated,** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

**O R D E R**

Oral argument on the government's motion to dismiss and the plaintiffs' cross-motion for partial summary judgment shall be heard on **Friday, May 18, 2007 at 10:00 a.m. eastern time** at the Howard T. Markey National Courts Building, 717 Madison Place, N.W. Washington, DC 20005. Counsel for each party shall appear in person. The courtroom number will be posted in the lobby of the day of the proceeding.

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge