IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM A. CLARK, JAMES P. DAVERN, ROBERT E. FREEBURG, WILLIE R. JOHNSON, ROBERT A. MUSTIN, JOHN DOES 1 through 4, and JANE DOES 1 through 3, individually, and on behalf of all others similarly situated, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | CASE NO. 00-644C<br>(Judge Firestone) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION TO EXCEED PAGE LIMIT**

Pursuant to Rule 5.2(b)(2) of the Rules of the United States Court of Federal Claims, Plaintiffs respectfully move this Court for leave to exceed the page limit for their reply to Plaintiffs' Cross Motion for Partial Summary Judgment by eight (8) pages. Plaintiffs seek these additional pages in order to fully brief the complex constitutional issues raised by the initial brief, as well as plaintiffs' reply. In particular, plaintiffs must respond to the numerous misstatements and mischaracterizations of the legal issues contained in the government's brief. Given the dispositive nature of the pending motion, plaintiffs also request the additional space to ensure all issues are preserved for appeal, should that be necessary.

For the foregoing reasons, Plaintiffs respectfully request that the Court grant this request for leave to exceed the page limitation for the plaintiffs' reply to their Cross Motion for Partial Summary Judgment.

Respectfully submitted,

/s Helen K. Michael

Helen K. Michael
Robert H. Shulman
John F. Stanton
Christina Fahmy
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 783-0800
Fax: (202) 383-6610

*Counsel for Plaintiffs*

Richard T. Dorman
CUNNINGHAM, BOUNDS, VANCE,
CROWDER, and BROWN, LLC
1601 Dauphin Street
Mobile, Alabama 36660
Tel: (334) 471-6191
Fax: (334) 479-1031

Charles J. Cooper
David Thompson
COOPER & KIRK, P.L.L.C.
555 11th St, N.W. Suite 750
Washington, DC 2005
Tel: (202) 220-9600
Fax: (202) 220-9601