# In the United States Court of Federal Claims

**No. 00-644C**
**(Filed: April 27, 2007)**

* * * * * * * * * * * * * * * * *
*
**WILLIAM A. CLARK, JAMES** *
**P. DAVERN, ROBERT E.** *
**FREEBURG, WILLIE R. JOHNSON,** *
**ROBERT A. MUSTIN, JOHN** *
**DOES 1 through 4, and JANE DOES** *
**1 through 3, individually and on** *
**behalf of others similarly situated,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**O R D E R**

Plaintiff's motion, filed April 26, 2007, to exceed by eight pages the page limit of its reply to plaintiffs' cross-motion for partial summary judgment is **GRANTED**.

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge