# In the United States Court of Federal Claims

**No. 00-644C**
**(Filed: May 24, 2007)**

* * * * * * * * * * * * * * * * *

WILLIAM A. CLARK, JAMES P. DAVERN, ROBERT E. FREEBURG, WILLIE R. JOHNSON, ROBERT A. MUSTIN, JOHN DOES 1 through 4, and JANE DOES 1 through 3, individually and on behalf of others similarly situated,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * *

**O R D E R**

In preparing its decision on the motions currently pending before the court in the above-captioned case, the court hereby **ORDERS** the parties to file supplemental briefs on the following issues:

1. At the crux of the court's inquiry is the impact of the Federal Circuit's 2003 decision, Clark v. United States, 322 F.3d 1358 (Fed. Cir. 2003), on a separation of powers analysis. Additional research into this issue has brought to light Beverly Community Hosp. Ass'n v. Belshe, 132 F.3d 1259 (9th Cir. 1997). Beverly, and the cases cited therein, stand for the proposition that the separation of powers principles set forth in United States v. Klein, 80 U.S. 128 (1871), are not applicable to "pending" cases. 132 F.3d at 1264. The parties shall address the impact of the separation of powers analyses in Beverly, Abkco Music, Inc. v. Lavere, 217 F.3d 684 (9th Cir. 2000), and Georgia Ass'n of

Retarded Citizens v. McDaniel, 855 F.2d 805 (11th Cir. 1988), on their constitutional arguments regarding the applicability of the current version 37 U.S.C. § 206 to the plaintiffs' claims.

2. The parties shall also address whether the amendments to 37 U.S.C. § 206 through the 2006 NDAA and 2007 NDAA constitute clarifying amendments, or instead should be considered substantive changes in the law, under the criteria set forth in Piamba Cortes v. American Airlines, Inc., 177 F.3d 1272, 1283-84 (11th Cir. 1999).

The plaintiffs shall file their supplemental brief by **Friday, June 8, 2007**. The government shall file its response by **Friday, June 22, 2007**.

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge