**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **WILLIAM A. CLARK, individually and on behalf of all others similarly situated,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 00-644** |
| | ) | **(Judge Firestone)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO REPLY TO PLAINTIFFS' SUPPLEMENTAL BRIEF REGARDING ISSUES RAISED IN THE COURT'S MAY 24, 2007 ORDER**

Pursuant to Rule 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), the United States respectfully requests an enlargement of time of 14 days, to and including July 6, 2007, to submit its reply to plaintiffs' supplemental brief regarding issues raised in the Court's May 24, 2007 order. Pursuant to the Court's May 24, 2007 order, the Government's reply brief is now due on June 22, 2007. This is defendant's first request for an enlargement of time for these purposes. Counsel for defendant has attempted to discuss this motion with plaintiffs' counsel by telephone and e-mail, but has not been able to discuss this motion with her.

A brief enlargement of time is necessary because we only recently received final comments regarding plaintiffs' supplemental brief from the various agencies throughout the Department of Defense, Department of the Army, Department of the Air Force, and the National Guard Bureau, that are affected by this case. These comments were then incorporated into a draft brief that is now undergoing the review process within the Department of Justice. However, due to the nature of the issues in this supplemental brief, this process will require additional time before we are able to finalize our brief for filing with the Court.

This motion is also necessary because Government counsel will be in Chicago, Illinois and Detroit, Michigan the week of June 25, 2007, for previously scheduled settlement meetings in the case of NCLN20 v. United States, No. 02-1282 (Fed. Cl. filed September 30, 2002), which

will impact upon his ability to become fully engaged in the review process. Finally, the requested amount of time also takes into account that the week Government counsel returns to the office includes a Federal holiday, which will impact upon defendant's ability to coordinate any last minutes edits that are generated during the review process.

Thus, this enlargement will allow counsel time to conclude his meetings in Chicago and Detroit, obtain additional supervisory review, and to incorporate any comments generated by the review into the brief so the brief may be finalized and filed with the Court by the proposed due date of July 6, 2007.

For the foregoing reasons, defendant respectfully requests that the Court grant this request for an enlargement of time of 14 days, until July 6, 2007, in which defendant can file its reply to plaintiffs' supplemental brief regarding issues raised in the Court's May 24, 2007 order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel. (202) 307-0383
Fax (202) 353-7988

Attorneys for Defendant

OF COUNSEL:
MAJOR JERRETT DUNLAP
United States Army Litigation Division
Arlington, VA 22203-1837

TIMOTHY MALLOY
LT COL RICHARD REED
United States Air Force
General Litigation Division

MAXIMINO GONZALEZ
National Guard Bureau
Office of Chief Counsel

June 22, 2007

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on June 22, 2007, a copy of the foregoing "**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO REPLY TO PLAINTIFFS' SUPPLEMENTAL BRIEF REGARDING ISSUES RAISED IN THE COURT'S MAY 24, 2007 ORDER**" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas K. Mickle
Douglas K. Mickle