# In the United States Court of Federal Claims

**No. 00-644C**
**(Filed: June 25, 2007)**

* * * * * * * * * * * * * * * * * *

**WILLIAM A. CLARK, JAMES P. DAVERN, ROBERT E. FREEBURG, WILLIE R. JOHNSON, ROBERT A. MUSTIN, JOHN DOES 1 through 4, and JANE DOES 1 through 3, individually and on behalf of others similarly situated,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

## O R D E R

Defendant's motion, filed June 22, 2007, for a 14-day enlargement of time within which to file its reply to plaintiffs' supplemental brief is **GRANTED**. Accordingly, the defendant shall file its reply by **Friday, July 6, 2007**.

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge