IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM A. CLARK, JAMES P. DAVERN, ROBERT E.FREEBURG, WILLIE R. JOHNSON, ROBERT A. MUSTIN, JOHN DOES 1 through 4, and JANE DOES 1 through 3, individually, and on behalf of all other similarly situated, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 00-644 (Judge Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**
**TO FILE JOINT STATUS REPORT**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, Plaintiffs respectfully submit this unopposed motion for an enlargement of time of 3 days, up to and including August 3, 2007, within which to file a joint status report proposing a discovery schedule for the five named Plaintiffs. Pursuant to the Court's Order dated July 17, 2007, the parties were to submit the above-mentioned JSR on July 31, 2007. This is the first request for an enlargement of time for these purposes. Counsel for Plaintiffs has discussed this motion with Defendant's counsel, and Defendant's counsel has authorized Plaintiffs' counsel to file this motion on behalf of both parties.

Due to scheduling conflicts, plaintiffs' counsel and defendant's counsel were unable to meet and confer regarding the proposed schedule until July 27, 2007. An extension is necessary to allow sufficient time to draft a status report after that meeting and to resolve any outstanding issues. The parties believe that the requested extension is sufficiently short so as not to cause undue delay in the litigation.

For the foregoing reasons, Plaintiffs respectfully request that the Court grant this request filed on behalf of both parties for an enlargement of time of 3 days for the parties to submit the

JSR discussed in the Court's July 17, 2007 Order, and order the parties to submit a JSR proposing a discovery schedule for the five named Plaintiffs by August 3, 2007.

Respectfully submitted,

/s Helen K. Michael

Robert H. Shulman
Helen K. Michael
HOWREY SIMON ARNOLD
& WHITE, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 783-0800
Fax: (202) 383-6610

Counsel for Plaintiffs

Richard T. Dorman
CUNNINGHAM, BOUNDS, VANCE,
CROWDER, and BROWN, LLC
1601 Dauphin Street
Mobile, Alabama 36660
Tel: (334) 471-6191
Fax: (334) 479-1031

Charles J. Cooper
David Thompson
COOPER & KIRK, P.L.L.C.
555 11th Street, N.W., Suite 750
Washington, DC 20005
Tel: (202) 220-9600
Fax: (202) 220-9601

Dated: July 27, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing "Plaintiffs' Unopposed Motion For An Enlargement Of Time To Submit A Joint Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by the operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Helen K. Michael
Helen K. Michael