# In the United States Court of Federal Claims

**No. 00-644C**
**(Filed: July 30, 2007)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **WILLIAM A. CLARK, JAMES** | * |
| **P. DAVERN, ROBERT E.** | * |
| **FREEBURG, WILLIE R. JOHNSON,** | * |
| **ROBERT A. MUSTIN, JOHN** | * |
| **DOES 1 through 4, and JANE DOES** | * |
| **1 through 3, individually and on** | * |
| **behalf of others similarly situated,** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

**O R D E R**

The parties' joint motion, filed July 27, 2007, for a three day enlargement of time within which to file a joint status report is **GRANTED**. Accordingly, the parties shall file a joint status report proposing a discovery schedule for the five named plaintiffs by **Friday, August 3, 2007**.

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge