# In the United States Court of Federal Claims

**No. 00-644C**
**(Filed: August 7, 2007)**

* * * * * * * * * * * * * * * * *

| | |
|---|---|
| | * |
| **WILLIAM A. CLARK, JAMES P. DAVERN, ROBERT E. FREEBURG, WILLIE R. JOHNSON, ROBERT A. MUSTIN, JOHN DOES 1 through 4, and JANE DOES 1 through 3, individually and on behalf of others similarly situated,** | * |
| **Plaintiffs,** | * |
| v. | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

* * * * * * * * * * * * * * * * *

**ORDER**

The court is in receipt of the parties' Joint Status Report, filed on August 3, 2007, and hereby **ORDERS** the following:

1) The stay of discovery in the above-captioned case is **LIFTED**;

2) The plaintiffs' unopposed motion for leave to file a third amended complaint is **GRANTED**, and the plaintiffs shall file a third amended complaint by **Tuesday, August 21, 2007**;

3) Written discovery shall be completed by **Monday, October 1, 2007**;

4) Deposition discovery shall be completed by **Tuesday, January 15, 2008**.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge