IN THE UNITED STATES COURT OF FEDERAL CLAIMS

WILLIAM A. CLARK, JAMES P. DAVERN, ROBERT E. FREEBURG, ROBERT A. MUSTIN, JOHN DOES 1 through 4, AND JANE DOES 1 through 3, individually, and on behalf of all similarly situated persons,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendants.

Case No. 00-644C
Judge Firestone

**NOTICE OF CHANGE OF ADDRESS**

Counsel for the plaintiffs, Charles J. Cooper and David H. Thompson of Cooper & Kirk, PLLC, hereby provide notice to the Court and all parties that their mailing address has changed. All telephone numbers and e-mail addresses for counsel remain unchanged. The new mailing address is as follows:

Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036

The new facsimile number is as follows:

(202) 220-9605

August 22, 2007

Respectfully Submitted,

/s/ Charles J. Cooper
Charles J. Cooper
David H. Thompson
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
(202) 220-9600

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 22nd day of August 2007, a copy of the foregoing change of address notification was served via electronic mail upon the following:

Douglas K. Mickle
US Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street NW
8th Floor Classification Unit
Washington, DC 20530

/s/ Jeffrey A. Bartlett

Jeffrey A. Bartlett