**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| WILLIAM A. CLARK, JAMES P. DAVERN, ROBERT E. FREEBURG, WILLIE R. JOHNSON, ROBERT A. MUSTIN, CAROL RISSER, JOHN DOES 1 through 4, and JANE DOES 2 through 3, individually, and on behalf of all others similarly situated, | ) | No. 00-644C (Judge Firestone) |
| Plaintiffs, | ) | |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE CORRECTED COMPLAINT**

Pursuant to Rule 15 of the Court of Federal Claims, Plaintiffs file this unopposed motion for leave to file a corrected Third Amended Complaint. When Plaintiffs initially filed their Third Amended Complaint on August 21, 2007, page 5 was inadvertently left out of the pdf file submitted to the Court. Plaintiffs seek leave to file the attached complaint, which includes the missing page 5. Plaintiffs believe a grant of this motion is in the interests of justice, because both parties need access to a correct filing. Plaintiffs have consulted with Defendant and Defendant does not oppose this motion.

Respectfully submitted,

/s/ Helen K. Michael

Helen K. Michael
Peter L. Tracey
Robert H. Shulman
John F. Stanton
Christina Fahmy
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 783-0800
Fax: (202) 383-6610

Richard T. Dorman
CUNNINGHAM, BOUNDS, VANCE,
CROWDER, and BROWN, LLC
1601 Dauphin Street
Mobile, Alabama 36660
Tel: (334) 471-6191
Fax: (334) 479-1031

Charles J. Cooper
David Thompson
COOPER & KIRK, P.L.L.C.
555 11th St, N.W. Suite 750
Washington, DC 2005
Tel: (202) 220-9600
Fax: (202) 220-9601

Counsel for Plaintiffs