IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM A. CLARK, JAMES P. DAVERN, ROBERT E. FREEBURG, WILLIE R. JOHNSON, ROBERT A. MUSTIN, JOHN DOES 1 through 4, and JANE DOES 1 through 3, individually, and on behalf of all others similarly situated, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | CASE NO. 00-644C (Judge Firestone) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION TO COMPEL DISCOVERY AND EXTEND DISCOVERY DEADLINES**

Pursuant to Rules 1, 6.1 and 37(a) of this Court, Plaintiffs respectfully move to compel discovery, and also to extend the discovery deadlines in this case.

For the reasons fully set forth in the memorandum of law accompanying this motion, the government has utterly failed to fulfill its discovery obligations in this case. Despite numerous requests and communications with the government, Plaintiffs have only received a small fraction of the documents relevant to the subject matter of this litigation that they have requested from the government. In addition, the government has compounded its discovery nonfeasance by refusing to agree to an extension of the deposition discovery deadlines. Therefore, as the close of discovery approaches, Plaintiffs have no choice but to approach the Court and ask that it intervene, both to compel the government to produce the remaining responsive documents, and to extend the deadline so that Plaintiffs may review the documents prior to taking depositions to

avoid having to reconvene depositions as more documents are produced. Plaintiffs also reserve the right to seek discovery sanctions and costs against the government for the time and effort spent as a result of the government's evasion of its discovery obligations.

Respectfully submitted,

/s Helen K. Michael

Helen K. Michael
Robert H. Shulman
Peter L. Tracey
John F. Stanton
Christina Fahmy
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 783-0800
Fax: (202) 383-6610

Richard T. Dorman
CUNNINGHAM, BOUNDS, VANCE,
CROWDER, and BROWN, LLC
1601 Dauphin Street
Mobile, Alabama 36660
Tel: (334) 471-6191
Fax: (334) 479-1031

Charles J. Cooper
David Thompson
COOPER & KIRK, P.L.L.C.
555 11th St, N.W. Suite 750
Washington, DC 2005
Tel: (202) 220-9600
Fax: (202) 220-9601

Counsel for Plaintiffs

December 7, 2007