# EXHIBIT

# 9

STATE OF NORTH CAROLINA
DEPARTMENT OF CRIME CONTROL AND PUBLIC SAFETY
OFFICE OF THE ADJUTANT GENERAL
NORTH CAROLINA NATIONAL GUARD

JAMES B. HUNT JR.
GOVERNOR

DAVID E. KELLY
SECRETARY

GERALD A. RUDISILL, JR.
MAJOR GENERAL, NCARNG
ADJUTANT GENERAL

OTAGNC-DCSOPS-T (350-1d) 31 July 2000

MEMORANDUM FOR SEE DISTRIBUTION

SUBJECT: Yearly Training Guidance for Training Year 2002 (OCT 01-SEP 02)

1. **THIS TRAINING GUIDANCE IS FOR COMMANDERS, CSM/1SGs AND TRAINERS.**

2. **PURPOSE.** To provide battle focus for training in the NCARNG for TY-02. Post to the unit bulletin board until Sep 02.

3. **COMMANDER'S INTENT.** The NCARNG must remain ready to contribute to the nation, the state, and the community, both at home and abroad. My desired end state is that the NCARNG will be composed of units that are 100% strength, 85% DMOSQ, and able to execute pre-mobilization tasks to standards. With the high quality of our soldiers and their equipment, the challenge is to remain ready, relevant and accessible. Each unit must have an aggressive recruiting and retention plan. Recruit the best and provide them with meaningful training opportunities, and positive leadership examples. Our soldiers are our most valuable resource. Retain these experienced, qualified soldiers! In order to deploy ready forces, we must maintain our equipment and safeguard our soldiers. Maintenance training and sustainment must be assessed, planned, and executed as deliberately as any other training opportunity. Safety is leader business, every soldier's responsibility, and must be a part of each phase of training. We must be prepared for missions crossing the whole spectrum of contingencies. All units of the NCARNG must be prepared to support the planning and execution of the 30th HSB's National Training Center (NTC) rotation. This is our train up year. NTC will provide many exciting and challenging training opportunities for most soldiers and units within the NCARNG.

4. **COMMANDER'S ASSESSMENT.** We must continue to improve the quality of training provided to our soldiers. The NCARNG faces increasing demands in an environment of constrained resources. Concurrently, the advent of more sophisticated weapons systems, emerging technologies, and competing personal demands requires a balance of time, dollars and focus directed to training. We must accelerate our efforts and use more visionary training methods. Our units should maintain the highest possible proficiency on METL tasks, improve on command and staff engagement at each level, and be capable to sustain combat operations.

OTAGNC-DCSOPS-T
SUBJECT: Yearly Training Guidance for Training Year 2002 (OCT 01-SEP 02)

5. **SAFETY.** Soldiers are our most precious resource. Therefore, risk management must be built-in to the planning and execution of all training. Think safety before, during and after each training event. The state safety office provides "train the trainer" Risk Management classes, and a unit Safety NCO/Officer Course. In addition, POV safety must receive command emphasis. Seat belt use is mandatory. It is the law. We will comply. We must do a better job ensuring our soldiers are safe in civilian, as well as military vehicles. For additional safety information contact the state safety office at (919) 664-6253.

6. **INDIVIDUAL TRAINING.** NCO's have the primary responsibility to train and develop individual soldier skills.

a. **DUTY MOS Qualification (MOSQ)(less REP-63), will remain the NCARNG's top individual training priority.** DMOSQ takes priority over any other type training. It is imperative that we send highly motivated and qualified soldiers to attend the appropriate training. I will hold commanders, CSMs and 1SGs accountable to track the status of all NDMOSQ soldiers in their command and ensure they are scheduled, meet the prerequisites, and are prepared to successfully complete the training. The DMOSQ report published by DCSOPS-T and posted to the public folder is an excellent management tool to stay on top of this critical issue.

b. **Train soldiers in basic soldier tasks from the Soldiers Manual of Common Tasks.** Soldiers must be confident in their ability to execute basic soldier tasks so they will have no hesitation in performing their mission. Commanders must ensure that soldiers in all ranks pass prescribed CTT tasks biennially.

c. Driver's Training requires continuous emphasis. The driver/operator licensing program is essential to individual soldier training. We must teach safety during training programs and emphasize the extreme dangers of driving under tactical and non-tactical conditions.

7. **LEADER TRAINING.** Our leader training programs will focus on tactical and technical proficiency. All leaders **will** monitor and mentor junior soldiers in Professional Development. Leaders must demonstrate "hands-on", involved leadership at every level.

a. Utilize the Select, Train, Assign and Promote (STAP) program as the primary means for filling available NCOES vacancies. This program ensures that we select the right soldier for training, whether it is for promotion or retention.

b. We must continue to monitor soldier attendance at scheduled training. Failure to meet APFT standards and/or weight standards, and course **"no shows"** are the primary reasons our soldiers are being disenrolled from NCOES courses. The unit commander and 1SG are responsible to ensure that soldiers selected to attend NCOES courses are able to meet the minimum standard required in any area and are properly notified and counseled. This can only be accomplished when a soldier's attendance receives command emphasis. In addition, the unit must monitor the Army Training Requirements and Resource System (ATRRS) and maintain the most