# EXHIBIT
# 1

# In the United States Court of Federal Claims

No. 00-644C

(Filed: July 15, 2004)

************************************

WILLIAM A. CLARK,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

************************************

FILED
JUL 1 5 2004
U.S. COURT OF FEDERAL CLAIMS

## ORDER

It is hereby ordered that Plaintiffs are allowed to take discovery in the following areas to prepare their defense to Defendant's Motion for Summary Judgment. Defendant shall furnish to Plaintiffs the following documents and things, including information stored in electronic form:

(1) regulations, policy statements, and other documents establishing the directives of the service secretaries and their delegates with respect to Guard members' obligation to be capable of meeting the responsibilities to which they are assigned, and the importance of being qualified for promotion and of continuing professional development;
(2) standards, requirements, or processes for retention in and promotion to each of the various ranks of the National Guard;
(3) other requirements that correspondence courses satisfy, such as entry to or advancement in certain military specialties or careers;
(4) types of credit that Guard members receive for completing correspondence work;
(5) information on correspondence courses offered as substitutes for "in residence" courses and the number of slots in such programs for Guard members;
(6) information on "time in grade" maximums for Guard members. This request relates to the military's contention that Guard members are not subject to the same standards that active duty personnel face that require them to move up in rank or face discharge; and
(7) copies of specific regulations needed to oppose the motion that are not publicly available.

This discovery shall apply to materials relevant to service in both the National Guard and the National Guard of the United States, but shall be limited to materials applicable to the named Plaintiffs in this case.

Plaintiffs shall provide their discovery requests to the Government on or before July 19, 2004 and discovery shall close on September 10, 2004.

EDWARD J. DAMICH
Chief Judge