# EXHIBIT

# 2

IN THE UNITED STATES CLAIMS COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM A. CLARK, JAMES P. DAVERN, ROBERT E. FREEBURG, WILLIE R JOHNSON, ROBERT A. MUSTIN, JOHN DOES 1 through 4, and JANE DOES 1 through 3, individually, and on behalf of all others similarly situated, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | CASE NO. 00-644C (Judge Firestone) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFFS' SECOND SET OF DOCUMENT REQUESTS**

Pursuant to Rules 26 and 34 of the Rules of the United States Court of Federal Claims and this Court's May 16, 2006 order, Plaintiffs William A. Clark, James P. Davern, Robert E. Freeburg, Willie R. Johnson, Robert A. Mustin, John Does I through 4 and Jane Does 1 through 3 (hereinafter "Does" and collectively "Plaintiffs") request that the defendant United States answer the following request for the production of documents and things within 30 days of the date of service by making responsive documents and things available for inspection and copying at the offices of Howrey, LLP, 1299 Pennsylvania Avenue, N.W., Washington, D.C. 20004.

## I. INSTRUCTIONS AND DEFINITIONS

### A. Instructions

1. These document requests should be answered by the Defendant United States for any agency, instrumentality, or any branch of the military that has responsive information, including but not limited to the Department of Defense, the Department of the Army, the Department of the Air Force, the United States Army, the United States Air

Force, the United States Army Reserve, the United States Air Force Reserve, the National Guard of the United States, the National Guard Bureau, the Air National Guard of the United States, the Army National Guard of the United States, the Air National Guard, the Army National Guard, all organizations and instrumentalities of the above listed organizations, and any other organization related to federal military or state militia forces.

2. Documents produced in response to these documents requests should be stamped with sequential production numbers.

3. In responding to these requests please organize and label documents to correspond with the particular document request to which they respond.

4. Should any communications regarding these document requests necessitate the disclosure of PROTECTED INFORMATION, such communications must be made pursuant to the terms of the Protective Order entered in the case.

5. These requests are continuing in character and are made pursuant to applicable provisions of the Rules of the United States Court of Federal Claims. Defendant is under a duty to seasonably amend a prior response to a request for production if Defendant learns that the response is in some material respect incomplete or incorrect. In addition, Defendant is requested to produce for inspection and copying any documents not previously produced that it may from time to time obtain, locate, identify or acquire the ability to produce.

6. If you contend that you are entitled on the basis of any claim of privilege to withhold any information or documents in response to these requests for production, provide the following information with respect to such documents:

(a) For each document, identify the author or authors of the document, all actual and intended recipients of the document, the date the document was created, and a description of the document;

(b) State the basis or bases of the grounds for the claim of privilege;

(c) Identify the person on whose behalf the claim of privilege is being asserted;

(d) State the subject matter of the information or document; and

(e) Specify the requests for production to which the information or document is responsive.

7. Unless otherwise indicated, the time period for these document requests is from 1970 to the present.

8. If any of the following requests for documents cannot be answered in full after exercising due diligence to secure the requested documents, Defendant shall so state and answer to the extent possible, specifying reasons for any inability to answer the remainder and stating whatever information Defendant has concerning the unanswered portions. If any answers are qualified in any particular manner, Defendant shall set forth the details of such qualification.

**B. Definitions**

1. For purposes of these document requests, terms not specifically defined shall be given their ordinary meaning.

2. "Amended Complaint" shall mean Plaintiffs' Amended Complaint filed in Case No. 00-644C in the Court of Federal Claims.

3. "Plaintiffs" refers collectively to the parties listed in the Amended Complaint, including William A. Clark, James P. Davern, Robert E. Freeburg, Willie R. Johnson, Robert A. Mustin, John Does 1 through 4 and Jane Does 1 through 3. At times herein, the term "Plaintiffs" is also used to mean each respective Plaintiff named and listed in Amended Complaint.

4. "You" or "your" includes Defendant United States, and all its agencies and instrumentalities, including but not limited to the Department of Defense, the Department of the Army, the Department of the Air Force, the United States Army, the United States Air Force, the United States Army Reserve, the United States Air Force Reserve, the

National Guard of the United States, the National Guard Bureau, the Air National Guard of the United States, the Army National Guard of the United States, the Air National Guard, the Army National Guard, all organizations and instrumentalities of the above listed organizations, and any other organization related to federal military or state militia forces.

5. "Document" is defined to be synonymous and equal in scope to usage of this term in COFC Rule 34(a). A document refers to a complete original or a true, correct, and complete copy and any non-identical copies of any written, graphic, typed, printed, filmed, recorded or electronic information in the custody and control of the United States or its agencies and instrumentalities no matter how produced, recorded, stored or reproduced, including computer generated or stored data (together with any instructions, programs, or passwords necessary to search and retrieve such data), as well as, without limitation, any writing, letter, telegram, electronic mail or message, statement, book, report, study, analysis, digest, record, handwritten note, working paper, chart, graph, diagram, drawing, photograph, videotape, audio recording, diary, notes of interviews or communications, as well as all applicable statutes, regulations, policy guidance, directives, pamphlets, field manuals, memoranda, or implementing correspondence or instructions issued by any organization.

6. "In residence" when used to modify the terms "course," "instruction," or "training" refers to the type "course," "instruction," or "training" that is provided at a training institution where students attend in the presence of an instructor, who conducts the training while in an active duty or inactive duty status.

7. "Correspondence" when used to modify the terms "course," "instruction," or "training" refers to the type "course," "instruction," or "training" that is provided by means other than as in residence "course," "instruction," or "training," and includes, but is not limited to, the courses described in the Army Correspondence Course Catalog ("ACCP") and course catalogs issued by the Air Force Institute for Advanced Distributed Learning ("AFIADL").

8. "National Guard" refers to the Organized Militia of the several states as defined in 37 U.S.C. §§ 101(6), (7) and (9) and includes the Air National Guard and Army National Guard. "National Guard" also refers to the National Guard of the United States, including the Air National Guard of the United States and the Army National Guard of the United States (see the Court's Order Dated July 15, 2004).

9. "Policy" means any practice, procedure, directive, routine, rule, course of conduct or code of conduct, written or unwritten, formal or informal, recorded or unrecorded, which was recognized, adopted, issued or followed by you.

10. "Prerequisite" means expected as a prior condition.

11. A "prerequisite course" is a course or subcourse offered either in residence or via correspondence or Distance Learning which must be completed prior to enrollment in another course.

12. "Secretary" means the Secretary of the Army or the Secretary of the Air Force or any person or office acting pursuant to authority of the Secretary, and "Secretaries" means both the Secretary of the Army and the Secretary of the Air Force, along with any person or office acting pursuant to the authority of either Secretary.

13. "Specified Courses" refer to the correspondence courses or any subcourse thereof completed by Plaintiffs, which include, but are not limited to the following: Air Force 3-level course (AFSC 2F0X1), Air Force 5-level course (AFSC 2F0X1), Air Force 7-level course (AFSC 2F0X1), Adjutant General Officer Branch Qualification Course, Advanced Enlisted Professional Development Course, Air Command and Staff College, AMEDD Officer Branch Qualification Course, AMEDD Officer Advanced Course, Army War College, Associate Logistics Executive Development Course, Automated Logistical Specialist, Aviation Accident Prevention Management Course, Aviation Logistics Manager Course, Aviation Maintenance Officer Course, Aviation Maintenance Management, Aviation Officers Advanced Course, Aviation Warrant Officer Advanced Course, Basic Enlisted Professional Development Course, Battalion Motor Officer Course, Combat

Logistics Supply and Support Course, Combined Arms and Services Staff School, Command and General Staff Officer Course, Commander's Safety Course, Hazardous Materials Handling Course, Infantry Officer Basic Course, Infantry Captains Career Course (also known as the Infantry Officer Advanced Course), Maintenance Leader Course, Mechanical Maintenance NCO Course, Military Personnel Officer Course, NCO Academy, NCO Leadership Course, NCO Preparatory School, Ordnance Officer Advanced Course, Refrigerant Recovery Course, Reserve Component Basic Non Commissioned Officer Course ("RC-BNCOC"), Senior NCO Academy, Supply Management Officer Correspondence Course, Support Operations Course, Warrant Officer Advanced Course.

14. "Military Education Systems" refer to the education systems or series of courses to which certain of the Specified Courses belong, which include, but are not limited to the following: the Officer Education System ("OES"), the Non Commissioned Officer Training System ("NCOES"), the Warrant Officer Education System ("WOES"); Career Development Courses ("CDC"), and Professional Military Education ("PME").

15. The terms "relating to," "related to," and "relate to" mean addressing, constituting, containing, concerning, discussing, describing, identifying, involving, analyzing, reflecting, regarding, referring to, showing, describing, mentioning, stating, or pertaining to a given subject in whole or in part.

16. The terms "and" and "or" have both conjunctive and disjunctive meanings.

17. The terms "any" or "each" shall be construed to include and encompass "all."

18. The use of the word "the" shall not be construed as limiting the scope of any request.

19. The terms "thing" or "things" refers to any tangible object other than a document as defined herein, and includes objects of every kind and nature.

20. Use of the singular is also to be taken to include the plural, and vice-versa.

## II. DOCUMENT REQUESTS

1. All documents reflecting course descriptions of any Specified Course as well as any in residence equivalent(s) or phase(s) of a Specified Course, and any component course or subcourse of a Specified Course.

2. All documents supporting denials and assertions Defendant made in its Answer to the Amended Complaint.

3. All documents signed, authored or issued by commanders at any level relating to the need for National Guard members to complete any Specified Course or Courses, any in residence equivalent(s) or phase(s) of a Specified Course, any prerequisite course for any Specified Course, or any courses or subcourses within any of the Military Education Systems.

4. Irrespective of the time limitation contained in Instruction 7 of these document requests, for each Specified Course, in residence equivalent or phase, any prerequisite course for any Specified Course, or any component course or subcourse of a Military Education System, all documents relating to:

(a) when the course was initially created;

(b) the reason(s) or justification(s) for its creation;

(c) what training need it satisfied;

(d) when the course or any portion thereof was first offered in correspondence format;

(e) the reason(s) or justification(s) for offering the course or portion thereof in correspondence format;

(f) course accreditation;

(g) Training and Doctrinal Command ("TRADOC") approval for the creation, development, accreditation of the course;

(h) TRADOC standards for the course;

(i) Air Force Education and Training Command ("AETC"), Air University or AFIADL approval for the creation, development, accreditation of the course;

(j) AETC, Air University and AFIADL standards for the course.

5. All documents identifying any Specified Course, in residence equivalent or phase, any prerequisite course for any Specified Course, or any component course or subcourse of a Military Education System as:

(a) a prerequisite for promotion to any rank;

(b) a prerequisite for Military Occupational Speciality ("MOS") or Air Force Specialty Code ("AFSC") duty qualification;

(c) a prerequisite for advancement in any military position, specialty or career field;

(d) satisfying the training requirements for deployment eligibility; and/or

(e) a prerequisite to any in residence course of instruction.

6. All documents relating to any process or system, paper or electronic, used to record, track or document the enrollment in or completion of any individual or self-development training by a National Guard member.

7. All documents relating to the enrollment processes for the Specified Courses, including, but not limited to, any approvals or authorizations required to enroll in any Specified Course.

8. All rosters or organizational charts of every committee, working group, and other groups relating to or involved in training, training development and/or accreditation for the Specified Courses and their in residence portions or versions.

9. All rosters or organizational charts of every committee, working group, or any other group related to or involved in assessing or studying compensation to members of the National Guard for completing correspondence courses.

10. For any individual involved in any committee, working group, or other group identified as responsive to Document Request Number 9, all documents in such individuals' files related to any surveys or studies on compensating National Guard members for completing correspondence courses.

11. In addition to documents provided in response to Document Request Number 10, all other documents relating to any surveys or studies performed on providing compensation for completion of correspondence or distance learning courses.

12. Irrespective of the time limitation contained in Instruction 7 of these document requests, all documents relating to the development, creation, certification and accreditation of each Specified Course.

13. All documents to, from or relating to the proponent schools of the Specified Courses that relate to the proponent schools' function, the proponent schools' mission, the proponent schools' responsibilities, or the proponent schools' development, approval and/or accreditation of each Specified Courses.

14. All documents identifying any Specified Course, any Military Education System, or any course within the Military Education Systems as:

(a) a prerequisite for promotion to any rank;

(b) a prerequisite for MOS/AFSC duty qualification;

(c) a prerequisite for advancement in any military specialty or career field;

(d) satisfying the training requirements for deployment eligibility; and/or

(e) a prerequisite to any in residence course of instruction.

15. For all in residence courses for which completion of any of the Specified Courses is a prerequisite, all documents identifying such in residence courses as:

(a) a prerequisite for promotion to any rank;

(b) a prerequisite for MOS/AFSC duty qualification;

(c) a prerequisite for advancement in any military specialty or career field; and/or

(d) satisfying the training requirements for deployment eligibility.

16. All documents discussing the process by which the Secretaries or their delegates approve of the use of correspondence courses, including the Specified Courses, that are within either the ACCP or any AFIADL catalog as military instruction.

17. All documents discussing the criteria for listing those courses, including the Specified Courses, that are published in the ACCP catalog and the AFIADL catalogs.

18. All current and superseded studies or policy statements relating to individual training, Distance Learning, or correspondence courses, conducted or issued at any level in the Air Force, Army, Air National Guard and Army National Guard.

19. All documents reflecting the use and/or need for individual training or self-development training to support mission and/or deployment requirements.

20. All correspondence and other documents signed, authored or issued by commanders at any level informing National Guard members of (1) what courses have been established for MOS or AFSC qualification or advancement, or (2) the importance of OES,

WOES and NCOES courses to MOS proficiency, career progression, cadre development and/or unit readiness.

21. All correspondence and other documents signed, authored or issued by commanders at any level informing National Guard members of (1) what courses have been established for AFSC qualification or advancement, (2) the importance of CDC courses to AFSC proficiency, career progression, and/or unit readiness; or (3) the importance of PME courses to leadership development, career progression, and/or unit readiness.

22. All documents discussing the importance of completing military education courses, whether such courses are correspondence courses or in residence courses.

23. All documents relating to the need for National Guard members to complete individual or self-development training through correspondence courses for any reason, including meeting mission requirements.

24. All documents to, from or relating to the NGB that relate to training requirements for Air National Guard ("ANG") members in Air University courses and Army National Guard ("ARNG") soldiers in The Army School System ("TASS") courses.

25. All documents to, from or relating to the Structure and Manning Decision Review ("SMDR") and the Army Program for Individual Training ("ARPRINT") process (as well as the equivalent program in the Air Force) that relate to its function, mission, and responsibilities, or the approval and/or use of correspondence courses to satisfy mission and/or training needs.

26. All documents to, from or relating to The Army Training System ("TATS") that relate to its function, mission, and responsibilities, or the approval and/or use of correspondence courses to satisfy mission and/or training needs.

27. All documents to, from or relating to the Army Distance Learning Program ("TADLP") that relate to its function, mission, and responsibilities, or the approval and/or use of correspondence courses to satisfy mission and/or training needs.

28. All documents to, from or relating to AETC, Air University or the AFIADL that relate to its function, mission, and responsibilities, or the approval and/or use of correspondence courses to satisfy mission and/or training needs.

29. All documents relating to the "Army Distance Learning Plan" and any Air Force plan relating to distance learning.

30. All documents related to the list of Common Military Training ("CMT") requirements, and all versions of the CMT from 1970 to the present.

31. All documents related to any list of military training requirements maintained by the Air Force, the Air National Guard of the United States or the Air Force National Guard.

32. All documents relating to the "Directorate of Common Leader Training" discussing its function, mission, responsibilities, and the approval and/or use of correspondence courses to satisfy mission and/or training needs.

33. All documents relating to the MOS training plans or Mission Essential Task Lists ("METL") for the units of the Army National Guard Plaintiffs at the time these Plaintiffs completed the Specified Courses.

34. All documents relating to the Career Field Education and Training Plans ("CFETP") for Air Force Specialty Code ("AFSCs") 2F0X1 at the time the Air National Guard enlisted Plaintiffs completed the Specified Courses.

35. All documents relating to the information given to new enlistees, new Non-Commissioned Officers, new Warrant Officers, new Commissioned Officers and new Field

Grade officers regarding training and training requirements with respect to MOS/AFSC qualification, promotion qualification, position qualification, and deployment eligibility.

36. All documents, including third-party reports or studies, relating to whether to offer a course as an in residence course, a correspondence course, or a mixed format course.

37. Irrespective of the time limitation contained in Instruction 7 of these document requests, all documents relating to converting the Specified Courses or courses within the Military Education Systems from in residence courses or phases of in residence courses to correspondence courses or offering such courses in a correspondences course format, including, but not limited to, any documents issued to or from TRADOC, TADLP, AETC, Air University and AFIADL.

38. All documents relating to how the Secretaries or their delegates, including but not limited to the National Guard Bureau, the Army National Guard and the Air National Guard, have used correspondence courses as a component of National Guard training.

39. All documents relating to any policies relating to constructive waiver of individual or self-development training, including but not limited to the Specified Courses and the Military Educational Systems.

40. All documents relating to the reasons for establishing or maintaining military educational requirements for different ranks, including, but not limited to, documents that relate to the policies of and the purposes served by the Reserve Officer Personnel Management Act ("ROPMA").

41. All documents to, from or relating to the Distance Learning/Training Technology Applications Subcommittee to the Secretary of the Army that relate to its function, mission, and responsibilities, or the approval and/or use of correspondence courses to satisfy mission and/or training needs.

42. All documents to, from or relating to the Directorate, Common Leader Training, that relate to its function, mission, and responsibilities, or the approval and/or use of correspondence courses to satisfy mission and/or training needs.

43. All documents to, from or relating to the individuals responsible for the Training Requirements Analysis System ("TRAS") that relate to its function, mission, and responsibilities, or the approval and/or use of correspondence courses to satisfy mission and/or training needs.

44. All documents to, from or relating to the HQDA, Deputy, Chief of Staff, G-3, that relate to its function, mission, and responsibilities, or the approval and/or use of correspondence courses to satisfy mission and/or training needs.

45. All documents to, from or relating to the organizations with responsibility for identifying or setting training requirements for members of the Army National Guard of the United States or the Army National Guard that relate to such organizations' function, mission, and responsibilities, or the approval and/or use of correspondence courses to satisfy mission and/or training needs.

46. All documents to, from or relating to the organizations with responsibility for identifying or setting training requirements for members of the Air National Guard of the United States or the Air National Guard that relate to such organizations' function, mission, and responsibilities, or the approval and/or use of correspondence courses to satisfy mission and/or training needs.

47. All correspondence to, between, or from Assistant Secretary of the Army (Manpower and Reserve Affairs); DCS, G-3; DCS, G-I; Chief, National Guard Bureau (CNGB); Chief, Army Reserve (CAR); and PERSCOM, FORSCOM, TRADOC relating to the Specified Courses, the Military Education Systems, or courses required for MOS

qualification or advancement, including special qualification identifiers ("SQI") or special additional skill identifiers ("ASI").

48. All correspondence to, between, or from the Secretary of the Air Force, or any assistant Secretary of the Air Force and any other organization within the Air Force, or Air National Guard of the United States or the Air National Guard relating to the Specified Courses, the Military Education Systems, or courses required for AFSC qualification or advancement, including special or additional skill qualification.

49. All files of, reports to or by, and briefings to or by, and other documents relating to, members of the Secretary of the Army's Education Committee and the Distance Learning/Training Technology Applications Subcommittee that relate to either Committee's function, mission, and responsibilities, or the approval and/or use of correspondence courses to satisfy mission and/or training needs.

50. All documents related to the responsibilities of Chief of the NGB to (1) establish peacetime military education prerequisites in appropriate regulations governing the Air National Guard, Army National Guard, Air National Guard of the United States, and Army National Guard of the United States; and (2) support peacetime training requirements for members of the Air National Guard, Army National Guard, Air National Guard of the United States, and Army National Guard of the United States in either in residence or correspondence courses.

51. Any and all documents created by or provided to the Distributed Learning Advisory Committee that relate to its function, mission, responsibilities, and the approval and/or use of correspondence courses to satisfy mission and/or training needs.

52. All documents created by the Department of Defense ("DOD"), Office of the Deputy Chief of Staff ("ODCS"), National Guard Bureau ("NGB"), General Accounting Office ("GAO"), the Office of Management and Budget ("OMB"), any office or officer of

the White House, or any other executive agency relating to this case, the completion of correspondence courses by members of the National Guard, or whether or to what extent National Guard members are entitled to compensation for completing correspondence courses, including, but not limited to, the Specified Courses.

53. All documents relating to communications with Congress, including any committee, subcommittee, or individual member, or any individual on a member's staff, relating to this case, the completion of correspondence courses by members of the National Guard, or whether or to what extent National Guard members are entitled to compensation for completing correspondence courses, including, but not limited to, the Specified Courses.

54. Organizational charts for the Secretariat of the Air Force and the Secretariat of the Army, National Guard Bureau, all training commands in the Air Force, Army, Air National Guard and Army National Guard, all organizations with responsibility for identifying training requirements in the Air Force, Army, Air National Guard and Army National Guard and any organization that participated in the creation, approval, implementation, administration, accreditation and justification for the creation of the Specified Courses.

55. All documents relating to the criteria used to determine whether to create, accredit and implement an in resident course for use as military training.

56. All documents relating to the criteria used to determine whether to create, accredit and implement a correspondence course for use as military training.

57. All documents relating to training requirements for the deployment of members of the Air National Guard, Army National Guard, Air National Guard of the United States, and Army National Guard of the United States.

58. All documents discussing the importance of military education courses.

59. All documents relating to DOD's justification for its policy and practice of refusing to pay compensation to National Guard members for completion of correspondence courses.

Respectfully submitted,

Helen K. Michael
Alan B. Sutton
HOWREY, L.L.P.
1299 Pennsylvania Ave., NW
Washington, DC 20004
(202) 783-0800

Richard T. Dorman
CUNNINGHAM, BOUNDS, YANCE, CROWDER & BROWN, LLC
1601 Dauphin Street
Mobile, AL 36664
(251) 471-6919

Charles J. Cooper
COOPER & KIRK, P.L.L.C.
1500 K Street, N.W., Ste. 200
Washington, D.C. 20005
(202) 220-9600
*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on June 22, 2006, a copy of the foregoing "PLAINTIFFS' SECOND SET OF DOCUMENT REQUESTS" was served by hand delivery.

Helen K. Michael