# EXHIBIT 3

**Yokay, Steven**

| | |
|---|---|
| **From:** | Tracey, Peter |
| **Sent:** | Friday, December 07, 2007 11:33 AM |
| **To:** | Yokay, Steven |
| **Subject:** | Fw: Here is a listing of the documents requested |
| **Attachments:** | State Documents Received Matrix.xls |

State Documents Received Matri...

Peter Tracey
Traceyp@howrey.com
--------------------------
Sent from my BlackBerry Wireless Handheld

----- Original Message -----
From: Wallace, Jack <JWallace@ago.state.al.us>
To: Tracey, Peter; _Dorman, Richard
Sent: Thu Nov 29 13:01:16 2007
Subject: Here is a listing of the documents requested

Upon our request, National Guard Bureau furnished to the Alabama National Guard and the other National Guard organizations involved with a matrix of the documents furnished by each state. Please note that this matrix covers all the documents furnished by the states to the National Guard Bureau.

PUBLICATIONS MATRIX

| Doc # | Document Name | Reg/Ins Number | Date | Request | Medium of Production |
|---|---|---|---|---|---|
| 22 | AF Correspondence Info-Student History Query-Robert Freeburg | | 23-Nov-2004 | 6 | Hard copy |
| 23 | ACCP Student Status Query-William Clark | | 17-Nov-2004 | 6 | Hard copy |
| 24 | ALARNG METL for 151 Army Band For 1995-2002 | | | 33 | Hard copy |
| 25 | ALARNG METL for 711 Signal Battalion For 2002 | | | 33 | Hard copy |
| 26 | AF Correspondence Info-Student History Query-James Davern | | 23-Nov-2004 | 6 | Hard copy |
| 27 | Officer Selection & Promotion | MSARNG Reg 600-100 | 1-Dec-2001 | 3,5,14,20,40 | Hard copy |
| 28 | MS NG-Command Training Guidance for 2000 and 2001 | | 5-Feb-1999 | 3,18,19,20,45 | Hard copy |
| 29 | MS NG-Command Training Guidance for 2001 and 2002 | | 6-Oct-1999 | 3,18,19,20,45 | Hard copy |
| 30 | MS NG-Command Training Guidance for 2002 and 2003 | | 1-Sep-2000 | 3,18,19,20,45 | Hard copy |
| 31 | NC NG-Yearly Training Guidance for 2002 | | 31-Jul-2000 | 3,18,19,20,45 | Hard copy |
| 32 | NC NG-Yearly Training Guidance for 1998 | | | 3,18,19,20,45 | Hard copy |
| 33 | OH NG-Command Training Guidance for 01/02 | | 1-Oct-1999 | 3,18,19,20,45 | Hard copy |

# PUBLICATIONS MATRIX

| | | | | | |
|---|---|---|---|---|---|
| 34 | Qualitative Retention Program | MNARNG PAM 135-205 | 1-Jun-2004 | 3,20,45 | Hard copy |
| 35 | MN NG-Qualititive Retention Program FY 05 Memo | | 15-Oct-2004 | 3,20,45 | Hard copy |
| 36 | OH NG-Selective Retention Board Under NGR 635-102 | | 4-Feb-2000 | 3,20,21,22,24 | Hard copy |
| 37 | Officer Promotion & Career Management | MNNG Reg 600-100 | 6-Jun-2003 | 3,20,21,22,24 | Hard copy |
| 38 | Enlisted Promotions Under Enlisted Promotion Program (EPP) | TAGPA PAM 600-200 | 2-Jan-2004 | 3,18,19,20,45 | Hard copy |
| 39 | PA NG-The Adjutant General's Training Guidance 2002 | | 20-Jun-2001 | 3,18,19,20,45 | Hard copy |
| 40 | AL NG-Officer & Warrant Officer Selective Retention | | 22-May-2004 | 3,20,45 | Hard copy |
| 338 | Issues in Federal Litigation, National Guard Bureau PowerPoint Presentation | | | | hard copy |
| | AL NG Memorandum of Instruction for Qualitative Retention Board | | 22-Mar-2004 | | Hard copy |
| | CTARNG-SR350-1 Operations & Training-Connecticut Army National Guard | | 19-Jul-1994 | | Hard copy |
| | CTARNG-SR350-1 Part II-Operations & Training-Connecticut Army National Guard | | 19-Jul-1994 | | Hard copy |
| | CTARNG-SR350-1 Part II-Training Change 6-Operations & Training Connecticut Army National Guard | | 19-Jul-1994 | | Hard copy |
| | CTARNG-SR350-1 Training Change 6-Operations & Trainiing Connecticut Army National Guard | | 19-Jul-1994 | | Hard copy |

PUBLICATIONS MATRIX

| | | | | | |
|---|---|---|---|---|---|
| | CTNG Cir 350-01 Part II Training Year 2002 and Training Year 2003 Command Training Guidance & Five Year Training Calendar | | 1-Oct-2000 | | Hard copy |
| | CTNG Cir 350-01 Training Year 2002 & Training Year 2003 Command Training Guidance & Five Year Training Calendar | | 1-Oct-2000 | | Hard copy |
| | HING Information Paper on ANG Officer Promotions | | 24-Aug-2004 | | Hard copy |
| | HING Selective Retention Board Instructions | | 23-May-1995 | | Hard copy |
| | HING Special Order MB-3 Appointment of Selective Retention Board & Instructions | | 23-May-1995 | | Hard copy |
| | ALARNG Training Year Guidance 06-07 | | | | Hard copy |
| | ALARNG Training Year Guidance 95-96 | | | | Hard copy |
| | ALARNG Training Year Guidance 96-97 | | | | Hard copy |
| | ALARNG Training Year Guidance 97-98 | | | | Hard copy |
| | ALARNG Training Year Guidance 99-00 | | | | Hard copy |
| | ALARNG EPPS Enlisted Personnel Promotion System Slide Presentation | | | | Hard copy |
| | ALARNG SMDR 600-100 Officer Promotion & Career Management System | | 6-Jun-2003 | | Hard copy |
| | ALARNG SMDR 600-200 Enlisted Personnel Promotion System (EPPS) | | 1-Feb-2005 | | Hard copy |

PUBLICATIONS MATRIX

| | | | | | |
|---|---|---|---|---|---|
| | ALARNG SMDR 600-200 Enlisted Personnel Promotion System (EPPS) with changes 1 & 2 | | 1-Feb-2003 | | Hard copy |
| | ALNG Organization Bulletin No 2-03 Administrative Chain of Command | | 1-Jan-2003 | | Hard copy |
| | ALNG QRB Letter Templates | | | | Hard copy |
| | CTNG Cir 350-02-08 Training Year 2004 and Training Year 2005 Command Training Guidance and Five Year Training Calendar | | 1-Oct-2002 | | Hard copy |
| | CTNG Cir 350-03-06 Training Year 2005 & Training Year 2006 Command Training Guidance and Five Year Training Calendar | | 1-Oct-2003 | | Hard copy |