# EXHIBIT
# 4

DEPARTMENT OF THE ARMY
HEADQUARTERS FIRST UNITED STATES ARMY
4705 N WHEELER DRIVE
FOREST PARK GA 30297-5000

AFKA-CG 30 JUL 2000

MEMORANDUM FOR SEE DISTRIBUTION

SUBJECT: First U.S. Army Training Guidance for FY 01/02

1. References:

a. FM 25-101, SEP 1990, Battle Focused Training

b. FM 25-100, NOV 1988, Training the Force

c. FORSCOM/ARNG Reg 350-1, OCT 98, Active Component Training/Specialized Training In FORSCOM Active Army and Reserve Component Units

d. FORSCOM/ARNG/USAR Reg 350-2, JUN 99, Reserve Component Training in the America's Army

2. Commander's Training Guidance:

a. Purpose. In the new millennium the Army's core competency remains to fight and win our nation's wars. However, the growing role of the Army in worldwide peacekeeping operations ensures that all of us can expect to deploy overseas in support of a real world operation. With that in mind, we must continue to train to meet our warfighting obligation to the nation, while remaining sufficiently flexible and agile in our training and thinking to react to the peacekeeping requirement. This training guidance is intended to provide all leaders and soldiers throughout First U.S. Army systemic guidance, philosophy and vision aimed at focusing our training efforts during 2001 and 2002 in a manner that continues to produce the best trained and most mobile warfighting forces in the world; forces equally competent in combat and in peacekeeping.

b. Vision/Intent. First U.S. Army must use all available resources to assist units of all sizes throughout our 27 states, one territory, one commonwealth, and the District of Columbia, with well planned, professionally executed and properly assessed training that covers the full spectrum of our METL. We must stress the importance of mental competence, physical fitness, and warfighting. Additionally, we must emphasize discipline; it is the glue that binds soldiers, sections and units together on the battle field. We must have and demonstrate discipline in understanding and respecting the rules and regulations that govern our military. We must be disciplined in training, drills and tasks. We must have the discipline to train as we will fight, and

the discipline to ensure our training is to standard. Without this emphasis and focus we will waste precious resources and the time and energy of our soldiers. Finally we must instill flexibility and agility in both our training and planning; the Army cannot expect the new century to be business as usual.

c. Endstate: That this command never puts soldiers or units in harms way unless they are fully prepared to fight and survive in a combat environment.

3. Areas of Emphasis.

a. The Commanding Generals Training Assessment of First U.S. Army's Mission Essential Training List (METL):

(1) Training Support and Assessment (P)
(2) Mobilization and Deployments (P)
(3) Military Support to Civilian Authorities (P)

b. Training Priorities Based on the METL Assessment:

(1) Training Support and Assessment: Overall the process of support and assessment is solid. Emphasis must be made on eliminating "last minute" changes to scheduled training and assessment plans for the training. "Last minute" changes not only effect the unit in which the change is taking place, but it also creates a rippling effect that often impacts negatively on several other units' training. Occasionally there maybe valid reasons for changes and cancellations, but more often, better long and short term planning can eliminate many last minute changes. Accordingly, any training change request that affects resources outside of the training unit must be coordinated through Headquarters, First U. S. Army, Deputy Chief of Staff, Training, and approved by the Commanding General, First U.S. Army. As part of our premobilization training emphasis, we will also continue efforts aimed at improving our First U.S. Army simulations potential with specific focus on USAR priority GOCOMS and ARNG Divisions.

(2) Mobilization and Deployments: Emphasis must be placed on making deploying units successful. Deployment dates and complete task organizations need to be announced/published as early as possible in order to maximize available time for preparation/training of individuals, unit training and to eliminate wasted effort attempting to plan and coordinate deployments based on rumors.

(a) We must utilize Overseas Deployment Training (ODT) Exercises in Central and South America as opportunities to conduct SRPs, EXEVALs (Lanes/TAMs) and to implement tactical as well as technical training into the planning process and the training scenarios of the ODTs.

(b). Recent Army wide decisions have led to the ARNG divisions picking up the Bosnia Stabilization Force (SFOR) mission for several rotations and there is every reason to believe that the SFOR mission is one that will remain with the CONUSAs well into the future. First U.S.

Army will play a significant role in training the deploying force, resourcing equipment and personnel shortfalls, and thoroughly preparing the identified unit to deploy to a still unsettled land, Command and Control Multi-National Forces, and how to react efficiently and effectively to violations of International Peace Agreements. This is a wholly new mission for the Army National Guard; one requiring the dedicated efforts of all First U.S. Army units and resources. In this new mission, more than in any other area, scheduled and resourced training must be aggressively executed and cancelled training eliminated completely. First U.S. Army will remain the central point of contact and lead agency for SFOR coordination. Training Support Divisions will be the field agency responsible for providing and overseeing the training in the field. The deploying unit remains responsible for soldier and small unit proficiency, as well as soldier readiness for deployment. Expect the MRE to involve all levels of command throughout the First U.S. Army AOR. First U. S. Army will also continue efforts to improve our planning, mobilization, and deployment mission potential within our AOR. We must enhance our power projection and power support platforms along with improving the garrison support unit commander's ability to respond in the event of partial or full mobilization. This will in part be accomplished by a robust First U.S. Army Planning and Evaluation Program.

(3) Military Support to Civilian Authorities: The MSCA mission remains a significant and demanding mission within First U.S. Army. With the unpredictable nature of natural and manmade disasters, it is imperative that every level realizes that at any time they can be tasked to support a MSCA mission. Overall, this is an area within First U.S. Army that we continue to strive for better ways to serve this Country during difficult situations such as hurricanes, tornadoes, and Weapons of Mass Destruction (WMD). The Deputy Chief of Staff, Operations, First U.S. Army is the staff proponent for planning and tasking in a MSCA scenario, and will develop the appropriate standard operating procedures for reacting to MSCA related events. Divisions and brigades will include in their METL and their training plans a level of training and effort that will provide a ready force, capable or reacting to natural disasters, and providing the states and the country with a dedicated force for this critical mission.

c. Soldier, Leader and Collective Training:

(1) Training should be focused on first achieving the basic fundamentals necessary for performing as a soldier; physically fit, meet Army height and weight standards, proficient with their assigned weapon, be MOS qualified, and CTT proficient. By definition, soldiers who fail to meet the standards or are undisciplined cannot make a positive long-term contribution to collective or unit readiness. I encourage all unit leaders to be aggressive in planning and executing training, and in some cases more is indeed better. However the basics are the building blocks for all future success, and proficiency in basic soldiering skills remains a requirement for a trained and ready Army. Leaders that allow soldiers and units to fail in basic standards do both the soldier and the nation a grave disservice. Money, time and resources expended to train units whose soldiers have not mastered the basics will be wasted.

(2) The importance of the "direct contact" leader (our Sergeants, Staff Sergeants, Team Leaders, Squad Leaders and Section Leaders) in our chain of command can not be over emphasized. In many ways they are the critical link to our training program. If senior leader orders, instructions and guidance are not turned into action by our direct contact leaders, then our

AFKA-CG
SUBJECT: CG's Annual Training Guidance for 2001 and 2002

ability to train units will be negatively impacted. Unless the junior leadership is competent; disciplined and mission focused, the best of training plans will not be executed.

(3) Readiness of individual soldiers is a unit responsibility with specific emphasis on the direct contact supervisor. Over the course of the last six months, Soldier Readiness Checks conducted at Theater Specific Individual Readiness Training (TSIRT), Fort Benning, GA, on those soldiers deploying to Bosnia provided mixed feedback. Some units experienced 85% readiness and others as low as 0%. Identification cards; ID tags, shots records, dental exams, personnel records wills (when legally indicated) powers of attorney, and other legal documents must always be updated. Leaders must ensure that as many of these basic readiness issues as possible are constantly conducted and updated at home station.

d. Management Systems on Scheduled Training:

(1) The Yearly Training Plan (YTP) as described in FM 25-100 is the foundation of effective training. Taking into account the unit's most recent TAM and USR, the YTP should include training objectives oriented on unit METL, AT dates, CPX/FTX scheduling, MOSQ training, evaluations and support requirements. Additionally, it is imperative that time to prepare and plan for the events described above is calculated into the YTP. Failure to incorporate time for proper planning inevitable leads to higher rates of training cancellations; unprofessional products, and low soldier morale while wasting precious time and resources.

(2) Training Support Synchronization Process:

(a) The primary objective for the training support synchronization process is to develop training plans which facilitate maximum coverage of priority and "all other" units by CONUSA OC/T and simulations assets. Detailed planning combined with some flexibility with training dates is necessary to maximize training support capabilities. Changes occurring after the "lock-in" creates a rippling effect that impacts on other scheduled training support. This scheduling process supports the Reserve Component (RC) planning timelines outlined in FM 25-101.

(b) Time line for major events for planning TY02:



(c) Each of the major events for planning TY02 is briefly described below:

**15 Aug 00**: FORSCOM World Wide Training Scheduling Conference (WWTSC). This conference is used to: 1) confirm/designate unit participation in known real world requirements and JCS exercises through FY02; 2) project unit participation in known real world requirements and JCS exercises for FY03-05; and 3) review and confirm CTC rotation through FY06.

**Aug-Sep 00**: Unit commanders in coordination with training supporters conduct post-AT assessment to fine tune the TY01 training plan and develop the TY02 training plan (prior to the pre-RSWs).

**Aug 00**: USARC Collective Training Scheduling Workshop (CTSW). Conducted by USARC to source JCS and USARC exercise requirements and ODT requirements.

**Sep 00**: NGB Training Operations and Exercises (TOES) Conference. Conducted by NGB to source JCS exercise and ODT requirements.

**Oct 00**: Pre-Regional Scheduling Workshops (pre-RSWs). Conducted by Simulations Brigades and Brigades (TS) with supported RC commands to identify tentative AT02 plans in preparation for the RSWs. Training support requirements (e.g., gunnery, lanes, simulations, and TAMs) are identified and confirmed. Additional training support requirements (e.g., functional assistance and MTT requests) may also be identified.

**Nov 00**: Regional Scheduling Workshops (RSWs). Conducted by Divisions (TS) to develop synchronized AT02 plans within AOR and identify training support requirements requiring cross leveling by First U.S. Army. Gunnery, lanes, simulations, TAMs and other training support are scheduled in coordination with the training supporters and the training sites. Specific dates are: 14-16 Nov for 78th Div (TS); 1-3 Nov for 85th Div (TS); 6-8 Nov for 87th Div (TS).

**6-8 Feb 01**: Training Support Synchronization Conference (TSSC). Conducted by First U.S. Army to finalize and "lock-in" the AT02 plan to include cross leveling across the three Divisions (TS). Any unresolved training support issues and/or conflicts are identified and addressed.

**Mar-May 01**: Yearly Training Briefings (YTBs). RC Commands brief their AT02 Training Plans to the YTP approval authority (Brigades TS for FSP/LAD<30 units except General Officer Commands.

**Apr-May 01**: Mission Support Briefings (MSBs). Divisions/Brigades (TS) brief training support plans to First U.S. Army.

(d) Units changing AT sites/dates after the TSSC risk losing their scheduled training support. Requests for training support received after lock-in will be filled with remaining capability (if any).

e. Allocation of Resources:

(1) Budget: The FY 01 guidance is currently resourced at 20% below FY 00. This presents unique management challenges for leaders at all level. We must continue to intensively manage our monetary resource and eliminate waste and optimize training opportunities.

(2) Formation of a Commander's Resource Management Assistance Team by First U.S. Army: The purpose of this Team would be to periodically visit TSBs in order to assess current contracts, agreements on maintenance, installation support and related functions. This Team assists commands and commanders with, where feasible, lowering operating costs while receiving the quality and quantity of services needed from outside agencies to support the mission. Additionally, it will help First U.S. Army create standards for support and services while assisting unit commanders with getting the most from their scarce resources.

(3) Battle Staff Training: There is no shortage of slots for the Battle Staff Course at Fort McCoy. If we have NCOs who need the training, leaders must identify the soldier, request the slot, and ensure that the soldier is prepared.

(4) Contracting: Contracts, contracting, and contractors will not get in the way of mission accomplishment. If the contract does not support the unit mission, change it. If a contractor insists on placing constraints or limitations on mission accomplishment in order to make his mission a lot easier, get another contractor. If a contracting officer places his relationship with the contractor above his responsibility to do right by the unit he represents, get a replacement. Contractors support the mission; units do not compromise standards to support the contractor.

f. Evaluations and Feedback:

(1) All training must be evaluated. Leaders must continuously evaluate training to determine how well units, leaders and soldiers are meeting training objectives and standards. Evaluations are an invaluable tool intended for use by the evaluated unit to identify shortcomings and structure future training. Evaluations are conducted with a critical eye, but solely for our units to improve combat readiness. The direction of future training needs and priorities can only be made by evaluating current training.

(2) The First U.S. Army OC/T certification and lane preparation is a solid process that continues to positively evolve. These OC/Ts provide an excellent training tool for the commander. Both Priority and "all others" unit commanders need to make their training support and evaluation requirements known to First U.S. Army. Preconceived ideas that a request for support is not available is not valid. Only the Commanding General, First U.S. Army can disapprove a unit's request of IDT/AT/or Simulations support. Additionally, ensure that units ask for what they really need. Unit leaders conducting AT (and other training) need to emphasize on leading their units training, not acting as OCs of the training taking place. The BCTP, Operations Group Charlie offers an Observer Trainer Academy eight times annually in conjunction with a brigade Warfighter Exercise. This Observer Trainer Academy is tailored to Simulation Brigade personnel, however, units in the field, as well as Training Support Divisions

and Brigades will consider adding this valuable course to the evolving OC/T certification process within the unit.

(3) After Action Reviews: All AARs will include an assessment for the supported unit on the proficiency of the organization in basic soldiers skills (physical fitness, weapons proficiency, individual/CTT skills and soldier discipline) and feedback on the effectiveness of direct contact leaders (team, squad and section leaders). The OC/Ts may address these issues with specific examples of meeting or failing to meet the standard for each category or submit a recommendation list of sustains and/or improves. After Action Reviews are not ambushes of the exercising unit; make them productive and focused.

(4) All company/platoon/squad AARs should attempt to identify three to five individual tasks which had the greatest impact on the outcome of the mission and require more training focus in the upcoming IDTs. The OC/Ts should coach the unit to identify a TTP that they can fix prior to the next battle (lane). Attempting to "fix" more than one TTP at a time will most likely fail to produce the improvements required and leave the unit no better trained. OC/T's are to avoid flooding the evaluated unit with a litany of areas requiring improvement. Identify the areas that need the most attention, and focus future efforts on helping the evaluated unit address those issues.

(5) Training Assessment Model (TAM) evaluations:

(a) FORSCOM Regulation 350-2 requires periodic TAM evaluations for all Reserve Component (RC) units. Priority units (eSB, FSP, RO, LAD<30) require annual external TAM evaluations. "All others" units require a triennial TAM evaluation. The TY2001 external TAM evaluation schedule has already been completed and recorded in the FORSCOM Training Evaluation Scheduling System (TESS). External TAMs for TY02 will be programmed during the Regional Scheduling Workshops (RSW) conducted by the Divisions (Training Support) during November 2000 and "locked-in" at the First U. S Army Training Support Synchronization Conference in February 2001.

(b) RC commands (States, RSCs, DRCs) desiring TAM exemptions for their units must submit exemption requests to the supporting Brigade (TS), through the Division (TS), to First U.S. Army. Commanding General First U. S. Army retains approval/disapproval authority for all TAM exemption requests. Considerations for TAM exemption are listed in FORSCOM Regulation 220-3. TAM exemption requests must be processed in a timely manner by the RC Chain of Command and training support organizations to preclude wasting valuable resources.

g. Simulations: Battle simulations provide realistic and cost effective ways to train units/commander/staffs. This area of training will continue to receive more attention in the future.

(1) Simulations Brigades focus at the brigade task force level. We need a solid, robust Battalion/Brigade Task Force training program. First U.S. Army simulations may also address staff training for USAR GOCOMS and Wartraced subordinate units if properly scheduled and

planned in advance. Priority USAR GOCOMS are not automatically exempted from simulations requirements.

(2) Warfighting commands are strongly encouraged to utilize the Simulations Brigades with First U.S. Army to maximize their command and staff readiness. Cancellations of confirmed training opportunities with the Simulations Brigades is unacceptable. As with any other cancelled training, planning time and other resources are squandered with no value added.

h. Retention and Recruiting: Recruiting and retention have become an important part of the job of the active component leadership within the TSBs; though quality must be placed ahead of quantity. Positions are better unfilled than to have unqualified or unprofessional soldiers in front of one of our supported units.

i. Risk Management: Risk management is an individual and leader responsibility. We must understand and train on risk management doctrine as described in FM 101-5, as well as FM 100-14, Risk Management. Good risk management ensures combat power by preventing accidents that damage equipment and/or that harm our most precious resource, our soldiers. Risk management is everyone's business and an essential part of the training planning process. However, under no circumstances will Risk Management become a cloak behind which our leaders and units avoid tough realistic training. Our nation's enemies will not have the same concern for our soldiers as we might and effective, consequently demanding training at home station, safely planned and executed, will pay enormous dividends on future battlefields.

4. Conclusion. The dynamics of the new millennium make our mission to serve this Nation more challenging than in any time in recent history. These challenges require all members of this great Army, whether Active Component, National Guard, Army Reserve or Civilian, to pull together to ensure success. Real world missions are no longer something the Reserve Component just train for; SFOR and KFOR are real world peacekeeping missions in which the Reserve Component is a vital and active participant. More than ever, it is imperative that we enforce all standards of training and discipline. The greatest equipment in the world is worthless without soldiers who know how and when to correctly utilize this equipment. In the same context, soldiers who are not disciplined and trained can have inconceivable negative consequences towards the safety of their unit and the international stability of a peacekeeping or combat mission. To prepare our soldiers for these missions, we must ensure we wisely use every tool at our disposal. With limited resources and limited time, wasted or cancelled training eats at the very foundation of our future success. It is no coincident that the United States of America is not only the greatest nation on this planet, but also has the most powerful and best trained soldiers in the world. This Army has helped to make this Nation great. To ensure the future success of this country, we must continue to keep our Army trained and disciplined. No one component can handle this worldwide mission alone; we must all work together for the common good of our Army and our Nation. You all play an essential role in the success the Army; no longer "One Army", but The Army.

AFKA-CG
SUBJECT: CG's Annual Training Guidance for 2001 and 2002

John M Riggs
John M. Riggs
Lieutenant General, U.S. Army
Commanding

Encl
1. Training Calendar

DISTRIBUTION:
Deputy Commanding Generals, First U.S. Army
Commander, Divisions (TS)
Commander, Training Support Brigades
Senior Army Adviser, Army National Guard, First U.S. Army
Chief, Field Training Groups
Chief of Staff, First Army
Command Sergeant Major, First U.S. Army
Chiefs, General and Special Staff Agencies

Our business is Readiness!

CF:
Director, Army National Guard
The Adjutants General, First U.S. Army
Commander, ARNG Divisions
Commander, Enhanced Separate Brigades
Commander, Regional Support Commands
Commander, USAR GOCOMS
Commander, FORSCOM
Commander, USARC
DCSOPS, FORSCOM
Commander, Fifth U.S. Army
Garrison Commanders
Garrison Support Unit Commanders

CAMP SHELBY ANNUA' 'RAINING SCHEDULE
T
2 MAh 2001

| 11-25 MAY 2002 | | |
|---|---|---|
| <------ NON-AR BDE ------> | | |
| 11-May | 18-May | 25-May |
| 2-117 FA BN | ALARNG | 433 |
| 3-117 FA BN | ALARNG | 424 |
| 142 SC HHC | ALARNG | 217 |
| 279 SC | ALARNG | 140 |
| camp 1 total | | 1214 |
| MP's | | TBD |
| USAH | | TBD |
| DEN DET | | TBD |
| MEDEVAC | | TBD |

| 25 MAY-8 JUNE 2002 | | |
|---|---|---|
| <------ 155 AR BDE ------> | | |
| 25-May | 1-Jun | 8-Jun |
| 41ST ARMY BAND | MSARNG | 42 |
| A/98 CAV | MSARNG | 146 |
| 106 SPT BN | MSARNG | 825 |
| 2-114 FA BN | MSARNG | 610 |
| 150 EN BN | MSARNG | 600 |
| 1-155 IN BN | MSARNG | 693 |
| 155 BDE HHC | MSARNG | 130 |
| 1-198 AR BN | MSARNG | 479 |
| 2-198 AR BN | MSARNG | 479 |
| 255 MI CO | MSARNG | 100 |
| camp 2 total | | 4104 |
| MP's | TBD | 50 |
| USAH | TBD | 100 |
| DEN DET | TBD | 15 |
| MEDEVAC | TBD | 30 |

| 15-29 JUNE 2002 | | |
|---|---|---|
| 31 AR BDE | | |
| 15-Jun | 22-Jun | 29-Jun |
| 31 SPT BN | ALARNG | |
| 31 BDE HHC | ALARNG | 255 |
| E/31 CAV | ALARNG | 95 |
| 1-131 AR BN | ALARNG | 454 |
| 1-167 IN BN | ALARNG | 277 |
| 230 EN BN | TNARNG | 500 |
| 1-203 ADA | ALARNG | 320 |
| 1117 MT TM | ALARNG | 15 |
| 2117 MT TM | ALARNG | 75 |
| camp 3 total | | 1991 |

| 13-27 JULY 2002 | | |
|---|---|---|
| <------ TNARNG ------> | | |
| 13-Jul | 20-Jul | 27-Jul |
| 184 TC BDE | MSARNG | 128 |
| 30TH TC | TNARNG | 50 |
| 731 OD TM, MLRS | TNARNG | 19 |
| 1115 OD DET | TNARNG | 24 |
| 267 MP CO | TNARNG | 158 |
| 2-115 FA BN,155MM | TNARNG | 490 |
| 196 HHB | TNARNG | 209 |
| 1-181 FA BN MLRS | TNARNG | 580 |
| 1-115 FA BN SP | TNARNG | 490 |
| 168 MP BN HHC | TNARNG | 54 |
| 771ST MT CO | TNARNG | 116 |
| camp 4 total | | 2318 |
| MP's | | 50 |
| USAH | | 100 |
| DEN DET | | 15 |
| MEDEVAC | | 30 |

| 27 JULY-10 AUGUST 2002 | | |
|---|---|---|
| <------ MSARNG ------> | | |
| 27-Jul-02 | 3-Aug | 10-Aug |
| 31 RTOC | MSARNG | 84 |
| 102 PA TM | MSARNG | 182 |
| 112 MP HD | MSARNG | 62 |
| 113 MP CO | MSARNG | 153 |
| 1-114 FA BN | MSARNG | 555 |
| 114 MP CO | MSARNG | 164 |
| 114 ASG HC | MSARNG | 141 |
| 168 EN GP | MSARNG | 119 |
| 185 AVN HC | MSARNG | 61 |
| 1-185TH | MSARNG | 317 |
| K-185TH | MSARNG | 38 |
| G-185TH | MSARNG | 88 |
| 1-204 ADA | MSARNG | 134 |
| 223 EN BN | MSARNG | 718 |
| 298 CS HD | MSARNG | 64 |
| 367 MT CO | MSARNG | 229 |
| 631 BDE HB | MSARNG | 143 |
| 890 EN BN | MSARNG | 763 |
| 1204 OD DET | MSARNG | 15 |
| 3656 MT CO | MSARNG | 166 |
| 711 SC BN (-) | ALARNG | 109 |
| camp 5 total | | 4305 |
| total | AT 02 | 13932 |
| MP's | TBD | 50 |
| USAH | TBD | 100 |
| DEN DET | TBD | 15 |
| MEDEVAC | TBD | 30 |

| Pre-Camp Conf. | | |
|---|---|---|
| 25 MAY -8 JUN | 27 JUL-10 AUG | 26-Jan-02 |
| 15-29 JUNE | 11-25 May | 2-Feb-02 |
| 13-27 JULY | | 9-Feb-02 |