# EXHIBIT 5

**Army Regulation 220–1**

**Field Organizations**

# Unit Status Reporting

Headquarters
Department of the Army
Washington, DC
19 December 2006

**UNCLASSIFIED**

Headquarters
Department of the Army
Washington, DC
19 December 2006

*Army Regulation 220–1

Effective 19 January 2007

Field Organizations

# Unit Status Reporting

By Order of the Secretary of the Army:

PETER J. SCHOOMAKER
*General, United States Army*
*Chief of Staff*

Official:

JOYCE E. MORROW
*Administrative Assistant to the Secretary of the Army*

**History.** This publication is a rapid action revision.

**Summary.** This regulation on U.S. Army unit status reporting has been revised to include pertinent information on unit readiness reporting requirements as well as instructions for preparing and submitting reports.. In conjunction with AR 220–20, this regulation serves as a comprehensive reference regarding the readiness of Army units for their wartime missions based on the status of their personnel, equipment, equipment readiness, and training. It implements policy and instructions in the Chairman of the Joint Chiefs of Staff Instruction 3401.02A and the Chairman of the Joint Chiefs of Staff Manual 3150. 02A.

**Applicability.** This regulation applies to the Active Army, the Army National Guard of the United States (ARNGUS), including periods when operating in an Army National Guard (ARNG) capacity, and the United States Army Reserve (USAR). During mobilization and deployments, the proponent may modify or direct the responsible Army Command, Army Service Component Command, Direct Reporting Unit and/or the Director, Army National Guard/Chief, National Guard Bureau, when applicable, to supplement provisions contained in this regulation in order to accommodate special unit status reporting requirements.

**Proponent and exception authority.** The proponent of this regulation is the Deputy Chief of Staff, G–3/5/7. The proponent has the authority to approve exceptions to this regulation that are consistent with controlling law and regulation. The proponent may delegate this approval authority, in writing, to a division chief within the proponent agency or its Direct Reporting Unit or field operating agency, in the grade of colonel or the civilian equivalent. Activities may request a waiver to this regulation by providing justification that includes a full analysis of the expected benefits and must include formal review by the activity's senior legal officer. All waiver requests will be endorsed by the commander or senior leader of the requesting activity and forwarded through their higher headquarters to the policy proponent. Refer to AR 25–30 for specific guidance.

**Army management control process.** This regulation contains management control provisions and provides a Management Control Evaluation Checklist for evaluating management controls.

**Supplementation.** Supplementation of this regulation and establishment of command and local forms are prohibited without prior approval from Headquarters, Department of the Army (DAMO-ODR), Washington, DC 20310–0400.

**Suggested improvements.** Users are invited to send comments and suggested improvements on DA Form 2028 (Recommended Changes to Publications and Blank Forms) directly to HQDA (DAMO–ODR), Washington, DC 20310–0400.

**Distribution.** This publication is available in electronic media only and is intended for command levels A, B, C, D, and E for Active Component organizations, the Army National Guard/Army National Guard of the United State, and the United States Army Reserve.

**Contents** (Listed by paragraph and page number)

**Chapter 1**
**Overview,** *page 1*
Purpose • 1–1, *page 1*
References • 1–2, *page 3*
Explanation of abbreviations and terms • 1–3, *page 3*
Responsibilities • 1–4, *page 3*
Basic USR concepts • 1–5, *page 6*

*This regulation supersedes AR 220–1, dated 16 March 2006.



UNCLASSIFIED

**Contents—Continued**

Personal Computer—Army Status of Resources and Training System • 1–6, *page 7*

**Chapter 2**
**General Instructions,** *page 7*
The USR • 2–1, *page 7*
Units required to submit USRs ("measured units") • 2–2, *page 8*
Units excused from submitting USRs • 2–3, *page 11*
Types of reports • 2–4, *page 11*
Reporting channels • 2–5, *page 13*
Actions by higher commanders • 2–6, *page 21*
Security classification and declassification of reports • 2–7, *page 21*
Retention of reports • 2–8, *page 22*
Release of and access to Global Status of Resources and Training System/Army Status of Resource and Training System information • 2–9, *page 22*

**Chapter 3**
**Instructions for Measured Units,** *page 23*
General • 3–1, *page 23*
C-level definitions • 3–2, *page 23*
Standard rules and procedures • 3–3, *page 24*
C–5 reporting instructions • 3–4, *page 25*
Level 6 reporting • 3–5, *page 27*
Reporting data • 3–6, *page 27*
Basic unit information and time-sensitive update requirements • 3–7, *page 28*

**Chapter 4**
**Personnel Data,** *page 30*
General • 4–1, *page 30*
Determine required strength • 4–2, *page 30*
Determine assigned strength percentage • 4–3, *page 31*
Determine available strength percentage • 4–4, *page 31*
Determine available military occupational specialty qualified percentage • 4–5, *page 33*
Determine available senior-grade percentage • 4–6, *page 35*
Calculate personnel level (P-level) • 4–7, *page 35*
Determine personnel turnover percentage • 4–8, *page 35*
Instructions for completing the RPTDUIC Section (Joint Reporting Requirements) and the ARMYRPT Section (Army Unique Requirements) on PC–ASORTS menu screens • 4–9, *page 35*
Mandatory personnel reporting remarks • 4–10, *page 37*

**Chapter 5**
**Equipment on Hand Data,** *page 41*
General • 5–1, *page 41*
Equipment authority • 5–2, *page 42*
Reportable equipment • 5–3, *page 42*
Applying substitutes and ILO equipment in determining quantity of reportable equipment on hand • 5–4, *page 43*
Evaluating component part availability • 5–5, *page 44*
Reserve Component equipment • 5–6, *page 45*
Equipment not on site • 5–7, *page 45*
Loans from Army prepositioned stocks • 5–8, *page 45*
How to determine pacing items • 5–9, *page 45*
Calculating the S-level • 5–10, *page 45*
Completing equipment on hand portions in the RPTDUIC section (Joint reporting requirements) and the ARMTRPT section (Army unique requirements) on PC–ASORTS menu screens • 5–11, *page 47*
Mandatory entries for all measured units • 5–12, *page 49*
NBC equipment status reporting • 5–13, *page 53*

**Contents—Continued**

**Chapter 6**
**Equipment Readiness Data,** *page 56*
General • 6–1, *page 56*
Determine reportable equipment • 6–2, *page 56*
Basis for the R-level computation • 6–3, *page 57*
Determine available hours/days • 6–4, *page 57*
Determining the equipment readiness level (R-level) • 6–5, *page 58*
Complete the equipment readiness portion of the RPTDUIC section (Joint Reporting Requirements) and the ARMYRPT section (Army Unique Requirements) on PC–ASORTS menu screens. • 6–6, *page 59*
Mandatory remarks for equipment readiness • 6–7, *page 60*

**Chapter 7**
**Training Data,** *page 62*
General • 7–1, *page 62*
Reporting METL tasks and task proficiency assessments • 7–2, *page 63*
Determining T–METL • 7–3, *page 66*
Determining T–Days • 7–4, *page 67*
Determining T-level • 7–5, *page 68*
T–Days attributable to NBC requirements (NBC T–Days) • 7–6, *page 69*
PRE MOB T–days (RC units) • 7–7, *page 71*
Squad/crew/team/system manning and qualification data • 7–8, *page 72*
Summary of reported training data • 7–9, *page 78*
Reporting resource constraints • 7–10, *page 79*

**Chapter 8**
**Mission Accomplishment Estimate,** *page 79*
General • 8–1, *page 79*
Purposes of the mission accomplishment estimate • 8–2, *page 80*
Instructions for determining the mission accomplishment estimate • 8–3, *page 80*
Determining the mission accomplishment estimate for hospital units • 8–4, *page 81*
Reporting on ability for sustained operations • 8–5, *page 81*
Mission accomplishment estimate bands of effectiveness • 8–6, *page 82*
C-level and corresponding mission accomplishment estimate ranges • 8–7, *page 82*
Commander’s subjective mission accomplishment estimate evaluation and C-level comparison • 8–8, *page 82*

**Chapter 9**
**Overall Unit Level and Special Instructions.,** *page 83*
Overall unit level • 9–1, *page 83*
Army unique data • 9–2, *page 83*
Joint reporting data • 9–3, *page 84*
Commander’s remarks • 9–4, *page 86*
READY and REASN remarks • 9–5, *page 86*
Preparation of general remarks • 9–6, *page 88*
Higher command remarks • 9–7, *page 89*
Special instructions when a unit is alerted, activated, mobilized, deployed/employed, partially deployed, or conducting split-based operations. • 9–8, *page 89*
Validation reporting • 9–9, *page 90*

**Chapter 10**
**Composite Reports,** *page 90*
General • 10–1, *page 90*
Special Instructions for composite reporting • 10–2, *page 92*
Reserve Component training level • 10–3, *page 93*
Determining measured area levels and C-levels for composite reports • 10–4, *page 94*
Completing composite reports—general • 10–5, *page 98*

**Contents—Continued**

RPTDUIC and ARMYRPT sections on PC–ASORTS menus • 10–6, *page 98*
ARMYRPT section (Army unique requirements) • 10–7, *page 100*
Mandatory remarks for composite report • 10–8, *page 100*

**Chapter 11**
**Unit Status Reporting Before, During, and After Deployment/Employment,** *page 100*
General • 11–1, *page 100*
Percent effective (PCTEF) data reporting • 11–2, *page 101*
Deployed reporting procedures for FF- and AA-level units • 11–3, *page 106*
Derivative unit identification code reporting procedures • 11–4, *page 109*
Instructions for completing the deployed unit status report (standard short form) • 11–5, *page 111*

**Chapter 12**
**Multiple Component Unit Reporting,** *page 112*
General • 12–1, *page 112*
Concept for multiple component unit status reporting • 12–2, *page 112*
Reporting procedures for multiple component AA-level units • 12–3, *page 112*

**Appendixes**

**A.** References, *page 114*

**B.** Equipment Readiness Codes, *page 117*

**C.** Pacing Items of Equipment, *page 121*

**D.** Personnel Availability Criteria, *page 122*

**E.** Reason Codes, *page 125*

**F.** Exempt/Non-Type Classified Items, *page 131*

**G.** Special Terms and Labels for Data Fields and Data Sets Used in PC–ASORTS, *page 133*

**H.** Implementing Instructions for the Defense Readiness Reporting System-Army (DRRS–A) and Unit Status Reporting Requirements Supporting Emerging Army Force Generation (ARFORGEN) Concepts, *page 135*

**I.** Current Status and Activity Codes, *page 147*

**J.** Management Control Evaluation Checklist, *page 153*

**K.** Basic Unit Information (BUI) Data Entry Instructions and Screen Shot Examples, *page 155*

**Table List**

Table 2–1: Report submission timelines, *page 10*
Table 3–1: C-5 reporting, *page 26*
Table 3–2: Relationships between report types and report forms/sets/remarks, *page 27*
Table 4–1: Level for available, MOSQ, and senior-grade strengths, *page 35*
Table 5–1: Equipment on hand criteria (high density individual LINs, 21 or more items, includes pacing items), *page 44*
Table 5–2: Equipment on hand criteria (low density individual LINs, 20 or less items, includes pacing items), *page 46*
Table 5–3: Descriptive criteria for determining the NBC S-level, *page 54*
Table 6–1: Level for percentage of equipment fully mission capable, *page 58*
Table 7–1: Translating the T–METL percentage into a T–METL status level, *page 67*
Table 7–2: Estimating training days[1], *page 67*
Table 7–3: Translating T–METL and T-days into T-level[1], *page 69*
Table 7–4: Reportable categories for authorized squads/crews/teams/systems, *page 74*
Table 7–5: Squad/crew/team/system manning and qualification criteria, *page 75*
Table 9–1: Reason codes for C–5 reporting, *page 86*
Table 10–1: Composite level criteria (PER, EOH, & ER), *page 94*

**Contents—Continued**

Table 11–1: Descriptive criteria for determining the training level in deployed reports, *page 108*
Table D–1: Determining personnel availability–decision matrix (to determine if individual Soldiers in various situations should be considered available), *page 123*
Table E–1: Primary reason overall level not C–1, *page 125*
Table E–2: Primary reason overall level not C-1 because of deployment of subordinate elements (Applicable to composite reporting units only), *page 125*
Table E–3: Reason codes for other than P–1, *page 126*
Table E–4: Reason codes for other than S–1, *page 127*
Table E–5: Reason codes for other than R–1, *page 127*
Table E–6: Reason codes for other than T–1, *page 129*
Table E–7: NBC equipment supply/readiness and training status codes, *page 129*
Table E–8: USR requirements, *page 130*
Table E–9: USR exemptions, *page 130*
Table E–10: Training events and activities, *page 131*
Table G–1: List of the names of data field labels and data sets, *page 134*
Table H–1: Additional ARFORGEN data points and information requirements included in USR, *page 140*
Table H–2: Current operations equipment (COPE) levels, *page 141*
Table H–3: Levels for commander assessments of tactical/maneuver and technical proficiency, *page 142*
Table H–4: Levels for commander assessments of staff proficiency, *page 143*
Table H–5: ARFORGEN data points and information requirements included in the ARMS display, *page 145*
Table I–1: Part I: Current status and activity codes, *page 148*
Table I–1: Part II: Current status and activity codes, *page 150*

**Figure List**

Figure 1–1: USR management oversight decision tree (unclassified), *page 5*
Figure 2–1: Typical USR channels, AC, and USAR (when not on active duty) measured units, *page 14*
Figure 2–2: Typical USR channels, USAR measured units while on active duty, *page 15*
Figure 2–3: Typical USR channels, ARNGUS/ARNG units while not on active duty, *page 16*
Figure 2–4: Typical USR channels, ARNGUS/ARNG units while on active duty, *page 17*
Figure 2–5: Typical USR channels, ARSOF units, *page 18*
Figure 2–6: Typical USR channels, multiple component units, *page 19*
Figure 2–7: USR channel options for measured units while under the USR purview of an ASCC, *page 20*
Figure 4–1: Determining required strength, *page 31*
Figure 4–2: Determining assigned strength and available strength, *page 33*
Figure 4–3: Personnel data set (unclassified screenshot example), *page 36*
Figure 4–4: Personnel grade strength of unit (2PSPER) set (unclassified screenshot, *page 37*
Figure 4–5: MOS shortage report (2RQPER) set (unclassified screenshot example), *page 38*
Figure 4–6: Additional skill identifier shortage report (2ADDSKIL set) (unclassified screenshot example), *page 39*
Figure 4–7: Language skill/LIC shortage report (2LANGAGE set) (unclassified screenshot example), *page 40*
Figure 4–8: Nonavailable report (PSPER set). (unclassified screenshot example), *page 41*
Figure 5–1: Determining which equipment items should be included in S–Level (EOH) calculations, *page 43*
Figure 5–2: Equipment availability data (unclassified screenshot example), *page 48*
Figure 5–3: Pacing item status report (2PIESTAT set) (unclassified screenshot example), *page 49*
Figure 5–4: Equipment that is S–Level 4 (2ERCFOUR set) (unclassified screenshot example), *page 50*
Figure 5–5: Equipment shortage report (2EOHSHRT set) (unclassified screenshot example), *page 51*
Figure 5–6: S–4 ERC B & C LINs report (unclassified screenshot example), *page 52*
Figure 5–7: Borrowed, loaned and sub/ILO equipment report (unclassified screenshot example), *page 53*
Figure 5–8: NBC status and environmental factors reports (unclassified screenshot example, *page 55*
Figure 5–9: NBC equipment remarks example, *page 56*
Figure 6–1: Determining which equipment items should be included in R–Level (ER) calculations, *page 57*
Figure 6–2: Determining R–Levels for all reportable equipment (unclassifed example), *page 59*
Figure 6–3: Equipment condition (EQCONDN) and mission capability (EQMCRDAT) sets (unclassified screenshot example), *page 60*
Figure 6–4: Pacing item operational percentage report (2PIERRAT set) (unclassified screenshot example), *page 61*

**Contents—Continued**

Figure 6–5: Operational percentage report (2ERCERRT set) (unclassified screenshot example), *page 62*
Figure 7–1: METL reporting process, *page 65*
Figure 7–2: PC–ASORTS METL screenshot (unclassified screenshot example), *page 66*
Figure 7–3: Training data set (unclassified screenshot example), *page 68*
Figure 7–4: NBC status and environmental factors reports (unclassified screenshot example, *page 70*
Figure 7–5: NBC training GENTEXT remarks (unclassified screenshot example), *page 71*
Figure 7–6: Squad/crew/team/system status data (unclassified screenshot example), *page 73*
Figure 7–7: Training rating (TRRAT) GENTEXT remarks (unclassified screenshot example), *page 78*
Figure 8–1: Overall sets (unclassified screenshot example), *page 80*
Figure 9–1: Army report (ARMYRPT) set, Army reporting requirements (unclassified screenshot example), *page 84*
Figure 9–2: Reported UIC (RPTDUIC) set, Joint reporting requirements (unclassified screenshot example), *page 85*
Figure 9–3: Ready GENTEXT remarks (unclassified screenshot example), *page 87*
Figure 9–4: Reason (REASN) GENTEXT remarks (unclassified screenshot example), *page 88*
Figure 10–1: Notional listing of subordinate units for composite reporting calculations (unclassified example), *page 94*
Figure 10–2: Composite reporting calculation methodology (Type I composite report), *page 95*
Figure 10–2: Composite reporting calculation methodology (Type I composite report)—continued, *page 96*
Figure 10–3: Type II composite report (unclassified screenshot example), *page 98*
Figure 11–1: Determining the PCTEF data reporting timeline, *page 103*
Figure 11–2: Deployed report (short form) (unclassified screenshot example), *page 106*
Figure B–1: Illustration of the process and procedures for determining ERC and pacing items, *page 120*
Figure B–2: Description of the process and procedures for determining ERC and pacing items, *page 121*
Figure F–1: LIN exemption request process, *page 133*
Figure H–1: DRRS–A task assessment methodology, *page 137*
Figure H–2: DRRS–An overall assessment methodology, *page 138*
Figure K–1: PC–ASORTS screen number 1, AA-level UIC (unclassified screenshot example), *page 158*
Figure K–2: PC–ASORTS screen number 2, AA-level UIC (unclassified screenshot example), *page 159*
Figure K–3: PC–ASORTS screen number 3, AA-level UIC (unclassified screenshot example), *page 160*
Figure K–4: PC–ASORTS screen number 4, AA-level UIC (unclassified screenshot example), *page 161*
Figure K–5: PC–ASORTS screen number 1, FF-level UIC (unclassified screenshot example), *page 162*
Figure K–6: PC–ASORTS screen number 2, FF-level UIC (unclassified screenshot example), *page 163*
Figure K–7: PC–ASORTS screen number 3, FF-level UIC (unclassified screenshot example), *page 164*
Figure K–8: PC–ASORTS screen number 4, FF-level UIC (unclassified screenshot example), *page 165*

**Glossary**

# Chapter 1
# Overview

## 1–1. Purpose

The unit status report (USR) is a commander's report. Unit commanders are solely responsible for the accuracy of the information and data they enter into their reports. They should review the information and data applicable to their units that is available at authoritative Army data bases and report, in their judgment, the most accurate information and data. It requires objective and subjective measurements of the status of resources and training in the unit and conveys the unit commander's concerns and personal assessments of the unit's overall mission readiness to the chain of command. Reports are used by commanders at higher levels and senior Army leaders to synchronize operational planning and resource management. Accordingly, unit commanders will submit timely, accurate and complete reports that neither mask nor exaggerate readiness deficiencies. This regulation establishes the Army's unit status reporting system, explaining in detail what status information Army units are required to report, how reports are prepared, and how reports are submitted. This regulation is complemented by Army Regulation 220–20, which establishes policy and procedures for the registration of operational Army organizations, to include those operational Army organizations that are required to submit USRs. The information and data contained in USRs are entered into and maintained in the Army Status of Resources and Training System (ASORTS) database, which serves as the central registry and authorized database of record for all operational Army organizations and units (it will become the Defense Readiness Reporting System-Army (DRRS-A) database in FY 07; see appendix H). The ASORTS database also contains attribute data indicating the unit's present location, current command relationships, mobilization status (if applicable), and information regarding personnel and major equipment items. Where indicated, this regulation must be used in conjunction with AR 220–20. Supporting data and information maintained at official Web sites pursuant to provisions in this regulation will be revised and/or updated in accordance with the processes and procedures established by this regulation and, when applicable, in AR 220–20.

*a.* Measured units use the Personal Computer–Army Status of Resources and Training System (PC–ASORTS) (the system will be replaced by NetUSR in FY07; see appendix H) to prepare Army USRs. Reports are processed in ASORTS, which updates the Global Status of Resources and Training System (GSORTS). GSORTS is the authoritative database of record used by the Chairman, Joint Chiefs of Staff (CJCS), the Joint Staff, the Services, the unified commands, and the combat support agencies as an internal management tool and for other purposes. GSORTS is the single automated reporting system within the Department of Defense that is the central registry of all operational units of the U.S. Armed Forces and certain foreign organizations. GSORTS indicates the status level of selected resources and training required by units to undertake the wartime missions for which they are organized or designed. GSORTS provides this information on measured units at a specific point in time. This information supports, in priority order, crisis response planning; deliberate or peacetime planning; and management responsibilities to organize, train, and equip combat-ready forces for the unified commands. Chairman of the Joint Chiefs of Staff Manual (CJCSM) 3150.02A requires the commanders of all measured units to report their units' status in the areas of personnel, equipment on hand, equipment readiness, and training. The Army requires additional data that increases the value of the USR as a resource management and operations tool for Headquarters, Department of the Army (HQDA). The supplemental data required by the Army enables the commanders of measured units to more clearly portray the effects of resource application in their units. Commanders of measured units submit their USR information via administrative control (ADCON channels) that normally include the Army Command (ACOM), Army Service Component Command (ASCC), Direct Reporting Unit (DRU), and the Director, Army National Guard (DARNG)/Chief, National Guard Bureau (CNGB) for Army National Guard (ARNG)/Army National Guard of the United States (ARNGUS) units not on active duty, through HQDA to the Joint Staff. Accordingly, further references in this regulation to "the responsible ACOM/ASCC/DRU and/or the DARNG/CNGB, when applicable" should be interpreted to mean the applicable command/organization having ADCON authority or formally specified responsibilities for USR management oversight. USR information also is made available to interested commands, agencies, and combatant commanders. The information and data contained in the USR enables commanders and staffs at all levels to analyze and address key unit status indicators. At the installation level and below, the USR assists commanders in identifying resource shortfalls to facilitate cross-leveling actions, if appropriate, to alleviate the shortfall. At HQDA and at the level of the responsible ACOM/ASCC/DRU and/or DARNG/NGB, when applicable, USRs provide information that can be used as the basis for resourcing requests and/or decisions. For joint planners and combatant commanders, the USR provides an important assessment of the ability of individual units to undertake the wartime or primary missions for which they are organized or designed and, when applicable, the missions currently assigned. The USR is not a unit report card and should not be used as a tool to evaluate or compare the accomplishments of subordinate units or their commanders.

*b.* The Army's USR system enables the commanders of reporting organizations to uniformly determine and accurately report an overall level indicating the ability of their units to accomplish the wartime missions for which the units are organized or designed (also referred to in this publication as the "designed/wartime mission") via the C-level (also referred to in this publication as the category level, overall level, and READY field). When applicable, the system also captures the ability of units to accomplish currently assigned or directed missions via the percent effective (PCTEF) level. For each of these status-level assessments (C-level and PCTEF-level), the USR system indicates the

degree to which a unit has achieved prescribed levels of fill for personnel and equipment, the operational readiness status of available equipment, and the training proficiency status of the unit. The PCTEF level is discussed in paragraph 11–2. The C-level is based on objective and subjective calculations and assessments in the following measured areas:

(1) *Personnel (PER).* The personnel status of the unit (P-level) is based upon the number and type of required personnel who are available to the unit for the execution of the wartime or primary mission for which the unit is organized or designed (see chap 4).

(2) *Equipment on hand (EOH).* The equipment supply status of the unit (the S-level) is based on the quantity and type of required equipment that is available to the unit for the execution of the wartime or primary mission for which the unit is organized or designed (see chap 5).

(3) *Equipment readiness (ER).* The readiness status of the unit's equipment (the R-level) is based on the operational readiness condition (serviceability) of the unit's on-hand and reportable (for maintenance) equipment (see chap 6).

(4) *Training.* The unit's training status (the T-level) is based upon the commander's assessment of the unit's training proficiency on mission-essential tasks, the commander's estimate of the number of training days required to achieve or sustain full mission-essential task list (METL) proficiency, and the commander's assessment of the impact to unit training readiness of any unexecuted training events. For selected squads, sections, crews, and teams, commanders at all levels also determine and report, if applicable, for information and analysis at higher levels, the number of these elements that meet established standards and criteria for manning and qualification (see chap 7).

*c.* Additionally, the Army's USR system provides information to HQDA that—

(1) Assists in the portrayal of Army-wide conditions and trends.

(2) Assists in the identification of factors that degrade the unit status.

(3) Assists in the identification of resource shortfalls, if any, by comparing the actual levels of personnel and equipment assets in units with the wartime or primary mission requirements.

(4) Assists HQDA and intermediate commands in making resource allocation decisions.

(5) Informs senior decision makers' assessments regarding the employability and deployability of measured units.

*d.* Reports submitted in accordance with this regulation satisfy—

(1) The requirements of the Army portions of CJCSI 3401.02A and CJCSM 3150.02A.

(2) HQDA requirements for timely operational and management information.

(3) Unit status information requirements established by Section 117, Title 10, United States Code (10 USC 117).

*e.* Because USRs in GSORTS are part of the Joint Staff Department of Defense (DOD) readiness reporting system, reporting criteria and guidelines are standardized for all Services, to the extent possible. A major goal of GSORTS is to provide useful and accurate information to the combatant commanders regarding the status of the units they will receive in theater, to include accurate estimates of how long it will take for those units to become fully trained on METL. The prescribed standard that each measured unit commander must use as the basis for determining his unit's status or for estimating required training days is the wartime or primary mission requirement for which the measured unit is organized or designed. The procedures and standards for measuring and reporting unit status are fixed by JCS and Service policy and cannot be modified by subordinate commands/organizations or measured units without authorization.

(1) Accordingly, for USR purposes, the determination of a unit's C-level and the related measured area levels will be accomplished only by measuring the current status of resource and training in the unit against its wartime or primary mission requirements. Furthermore, the wartime or primary mission requirements of units will be based only on the unit's designed organization as established by the applicable modification table of organization and equipment (MTOE), the table of distribution and allowance (TDA) or, when these documents are not available and/or are not applicable, by force structure guidance issued by HQDA (DAMO–FMF) or the responsible ACOM/ASCC/DRU and/or DARNG/NGB, when applicable. Organic relationships between units are formally established and are not normally altered except by TOE (table of organization and equipment) redesign, with changes approved and documented by HQDA. In this publication the term "organic" is used to describe the relationship between a unit with an AA-level UIC (unit identification code) and its subordinate units/elements as documented on the unit's MTOE/TDA. The terminology "designed/established" is used in this publication to indicate relationships between units that may not be supported by MTOE/TDA documentation but that are organic in nature or have been prescribed by higher headquarters to establish the designed structure of a specific organization. The terms "attach" and "attached" are used in this publication to indicate a temporary placement of units or personnel in an organization per Joint Publication 1-02 and not to indicate support responsibilities or relationships between units.

(2) When deployed as a task force (TF) or other ad hoc organization in support of current Army operational requirements (that is, smaller-scale contingencies (SSC), stability operations, support operations, and so forth), commanders of measured units will continue to report (in the USR) the status of resources and training in their units measured against the wartime or primary mission for which the unit is organized or designed based upon the actual MTOE/TDA unit organization requirements or, when applicable, the designed/established organization requirements. Ad hoc organizations are those forces/elements that have been tailored and oriented toward a specific contingency or current operational requirement. Even if the ad hoc unit is operating under a derivative unit identification code (DUIC)