**FM 7-0**
**(FM 25-100)**

# TRAINING THE FORCE

**OCTOBER 2002**

**DISTRIBUTION RESTRICTION:**
Approved for public release, distribution is unlimited

**HEADQUARTERS**
**DEPARTMENT OF THE ARMY**

# Preface

The U. S. Army exists for one reason—to serve the Nation. From the earliest days of its creation, the Army has embodied and defended the American way of life and its constitutional system of government. It will continue to answer the call to fight and win our Nation's wars, whenever and wherever they may occur. That is the Army's non-negotiable contract with the American people.

The Army will do whatever the Nation asks it to do, from decisively winning wars to promoting and keeping the peace. To this end, the Army must be strategically responsive and ready to be dominant at every point across the full spectrum of military operations.

Today, the Army must meet the challenge of a wider range of threats and a more complex set of operating environments while incorporating new and diverse technology. The Army meets these challenges through its core competencies: Shape the Security Environment, Prompt Response, Mobilize the Army, Forcible Entry Operations, Sustained Land Dominance and Support Civil Authorities. We must maintain combat readiness as our primary focus while transitioning to a more agile, versatile, lethal, and survivable Army.

Doctrine represents a professional army's collective thinking about how it intends to fight, train, equip, and modernize. When the first edition of FM 25-100, Training the Force, was published in 1988, it represented a revolution in the way the Army trains. The doctrine articulated by FMs 25-100, Training the Force, and 25-101, Battle Focused Training, has served the Army well. These enduring principles of training remain sound; much of the content of these manuals remains valid for both today and well into the future. FM 7-0 updates FM 25-100 to our current operational environment and will soon be followed by FM 7-1, which will update FM 25-101.

FM 7-0 is the Army's capstone training doctrine and is applicable to all units, at all levels, and in all components. While the examples in this manual are principally focused at division and below, FM 7-0 provides the essential fundamentals for all individual, leader, and unit training.

Training for warfighting is our number one priority in peace and in war. Warfighting readiness is derived from tactical and technical competence and confidence. Competence relates to the ability to fight our doctrine through tactical and technical execution. Confidence is the individual and collective belief that we can do all things better than the adversary and the unit possesses the trust and will to accomplish the mission.

FM 7-0 provides the training and leader development methodology that forms the foundation for developing competent and confident soldiers and units that will win decisively in any environment. Training is the means to achieve tactical and technical competence for specific tasks, conditions, and standards. Leader Development is the deliberate, continuous, sequential, and progressive process, based on Army values, that develops soldiers and civilians into competent and confident leaders capable of decisive action.

Closing the gap between training, leader development, and battlefield performance has always been the critical challenge for any army. Overcoming this challenge requires achieving the correct balance between training management and training execution. Training management focuses leaders on the science of training in terms of resource efficiencies (such as people, time, and ammunition) measured against tasks and standards. Training execution focuses leaders on the art of leadership to develop trust, will, and teamwork under varying conditions—intangibles that must be developed to win decisively in combat. Leaders integrate this science and art to identify the right tasks, conditions, and standards in training, foster unit will and spirit, and then adapt to the battlefield to win decisively.

sergeant major (CSM) to first sergeant and then to other NCOs and enlisted personnel. In addition, NCOs train soldiers to the non-negotiable standards published in MTPs and soldiers training publications (STP). Commanders will define responsibilities and authority of their NCOs to their staffs and subordinates.

## UNIT RESPONSIBILITY

1-34. Unit training consists of three components: collective training that is derived directly from METL and MTPs, leader development that is embedded in the collective training tasks and in discrete individual leader focused training, and individual training that establishes, improves, and sustains individual soldier proficiency in tasks directly related to the unit METL. Commanders conduct unit training to prepare soldiers and leaders for unit missions. All units concentrate on improving and sustaining unit task proficiency.

## RELATIONSHIP BETWEEN INSTITUTION AND UNIT

1-35. The goal of unit training is to develop and sustain the capability to deploy rapidly, and to fight and win as part of a combined arms team in a variety of operational and organizational environments. Training in both the institution and the unit works together toward achieving this goal. Institutions provide foundational training and education and, when combined with individual unit experience, provide soldiers and leaders what they need to succeed in each subsequent level of service throughout their careers, appropriate to new and increasing levels of responsibility. The institutions also provide reach-back capability for functional and duty position-related training or reference materials throughout a soldier's service. Unit commanders, through subordinate leaders, build on the foundation provided by Army schools to continue developing the skills and knowledge required for mission success, as articulated in the unit's METL. Unit commanders are responsible for sustaining small unit leader and individual soldier skills to support the unit's mission. Institutions are responsible to stay abreast of requirements and developments in the field to ensure the foundations they set prepare soldiers for duty in their units.

## OPERATIONAL TRAINING AND MAJOR EXERCISES

1-36. Leader, individual soldier, and unit training and development continue during operational missions and major training events. These events enhance leader development and combat readiness. They improve leader skills and judgment while increasing unit collective proficiency through realistic and challenging training and real-time operational missions.

1-37. Major training events such as situational training exercises (STX), EXEVALs, and deployment exercises provide feedback to assist commanders in assessing the effectiveness of their leader, individual soldier, unit, and maintenance training programs. Units and individuals establish and sustain their tactical and technical training proficiency. Leaders learn to solve tactical problems, and to give appropriate and meaningful orders. They get feedback on the quality of their decisions and obtain an understanding of impact