# EXHIBIT

# 7

DEPARTMENT OF THE AIR FORCE
Headquarters US Air Force
Washington, DC *20330-1030*

CFETP *XXXXXX*
Parts I and II
*DATE*

# AFSC XXXXXXX

## Name of AFSC

# CAREER FIELD EDUCATION

# AND TRAINING PLAN

# CAREER FIELD EDUCATION AND TRAINING PLAN (Enlisted CFETP Template)

*(Name of AFSC)* **SPECIALTY**

**AFSC** *(Numerical Code)*

## Table of Contents

**PART I**

Preface ____ 1

Abbreviations/Terms Explained ____ 1

Section A, General Information ____ 5
Purpose of the CFETP
Use of the CFETP
Coordination and Approval of the CFETP

Section B, Career Progression and Information ____ 6
Specialty Description
Skill/Career Progression
- Apprentice Level (3)
- Journeyman Level (5)
- Craftsman Level (7)
- Superintendent Level (9)

Training Decisions
Community College of the Air Force
Career Field Path

Section C, Skill Level Training Requirements ____ 10
Purpose
Specialty Qualification Requirements
- Apprentice Level (3)
- Journeyman Level (5)
- Craftsman Level (7)
- Superintendent Level (9)

Section D, Resource Constraints ____ 11

Section E, Transitional Training Guide ____ 11

**PART II**

Section A, Specialty Training Standard ____ 12

Section B, Course Objective List ____ 14

Section C, Support Materials ____ 14

Section D, Training Course Index ____ 14

Section E, MAJCOM Unique Requirements ____ 15

Supersedes:
OPR:
Approved By:

*(Name of AFSC)* **SPECIALTY**
**AFSC** *(Numerical Code)*
**CAREER FIELD EDUCATION AND TRAINING PLAN**

**Part I**

***Preface***

1. This Career Field Education and Training Plan (CFETP) is a comprehensive education and training document that identifies life-cycle education/training requirements, training support resources, and a minimum core task requirements for this specialty. The CFETP will provide personnel a clear career path to success and will instill rigor in all aspects of career field training. ***NOTE:*** Civilians occupying associated positions will use Part II to support duty position qualification training.

2. The CFETP consists of two parts; both parts of the plan are used by supervisors to plan, manage, and control training within the career field.
2.1. Part I provides information necessary for overall management of the specialty. Section A explains how everyone will use the plan; Section B identifies career field progression information, duties and responsibilities, training strategies, and career field path; Section C associates each level with specialty qualifications (knowledge, education, training, and other); Section D indicates resource constraints. Some examples are funds, manpower, equipment, facilities; Section E identifies transition training guide requirements for SSgt through MSgt.
2.2. Part II includes the following: Section A identifies the Specialty Training Standard (STS) and includes duties, tasks, technical references to support training, Air Education and Training Command (AETC) conducted training, wartime course and core task and correspondence course requirements; Section B contains the course objective list and training standards supervisors will use to determine if airmen satisfied training requirements; Section C identifies available support materials. An example is a Qualification training package (QTPs which may be developed to support proficiency training). These packages are identified in AFIND8, *Numerical Index of Specialized Educational Training Publications*; Section D identifies a training course index supervisors can use to determine resources available to support training. Included here are both mandatory and optional courses; Section E identifies MAJCOM unique training requirements supervisors can use to determine additional training required for the associated qualification needs.

3. Using guidance provided in the CFETP will ensure individuals in this specialty receive effective and efficient training at the appropriate point in their career. This plan will enable us to train today's work force for tomorrow's jobs. At unit level, supervisors and trainers will use Part II to identify, plan, and conduct training commensurate with the overall goals of this plan.

***ABBREVIATIONS/TERMS EXPLAINED***

**Advanced Training (AT).** Formal course which provides individuals who are qualified in one or more positions of their Air Force Specialty (AFS) with additional skills/knowledge to enhance their expertise in the career field. Training is for selected career airmen at the advanced level of the AFS.

**Air Force Job Qualification Standard/Command Job Qualification Standard (AFJQS/CJQS).** A comprehensive task list which describes a particular job type or duty position. They are used by supervisors to document task qualifications. The tasks on AFJQS/CJQS are common to all persons serving in the described duty position.

**Allocation Curves.** The relation of hours of training in different training settings to the degree of proficiency which can be achieved on specified performance requirements.

**Career Field Education and Training Plan (CFETP).** A CFETP is a comprehensive, multipurpose document encapsulating the entire spectrum of education and training for a career field. It outlines a logical growth plan that includes training resources and is designed to make career field training identifiable, to eliminate duplication, and to ensure this training is budget defensible.

**Career Training Guide (CTG).** A document that uses Task Modules (TMs) in lieu of tasks to define performance and training requirements for a career field.

**Continuation Training.** Additional training exceeding requirements with emphasis on present or future duty assignments.

**Core Task.** A task Air Force career field managers (AFCMs) identify as a minimum qualification requirement within an Air Force specialty or duty position

**Course Objective List (COL).** A publication, derived from initial/advanced skills course training standard, identifying the tasks and knowledge requirements, and respective standards provided to achieve a 3-/7-skill level in this career field. Supervisors use the COL to assist in conducting graduate evaluations in accordance with AFI 36-2201, Developing, Managing and Conducting Military Training Programs.

**Enlisted Specialty Training (EST).** A mix of formal training (technical school) and informal training (on-the-job) to qualify and upgrade airmen in each skill level of a specialty.

**Exportable Training.** Additional training via computer assisted, paper text, interactive video, or other necessary means to supplement training.

**Field Technical Training (Type 4).** Special or regular on-site training conducted by a field training detachment (FTD) or by a mobile training team.

**Instructional System Development (ISD).** A deliberate and orderly, but flexible process for planning, developing, implementing, and managing instructional systems. It ensures personnel

are taught in a cost efficient way the knowledge, skills, and attitudes essential for successful job performance.

**Initial Skills Training.** A formal resident course which results in award of the entry level.

**Occupational Survey Report (OSR).** A detailed report showing the results of an occupational survey of tasks performed within a particular AFS.

**On-the-Job Training (OJT).** Hands-on, over-the-shoulder training conducted to certify personnel in both upgrade (skill level award) and job qualification (duty position certification) training.

**Optimal Training.** The ideal combination of training settings resulting in the highest levels of proficiency on specified performance requirements within the minimum time possible.

**Qualification Training (QT).** Actual hands-on task performance training designed to qualify an individual in a specific duty position. This portion of the dual channel on-the-job training program occurs both during and after the upgrade training process. It is designed to provide the performance skills required to do the job.

**Qualification Training Package (QTP).** An instructional package designed for use at the unit to qualify, or aid qualification, in a duty position or program, or on a piece of equipment. It may be printed, computer-based, or in other audiovisual media.

**Representative Sites.** Typical organizational units having similar missions, weapon systems or equipment, or a set of jobs, used as a basis for estimating average training capacities and costs within the Training Impact Decision System (TIDES).

**Resource Constraints.** Resource deficiencies, such as money, facilities, time, manpower, and equipment that preclude desired training from being delivered.

**Skills Training.** A formal course which results in the award of a skill level.

**Specialty Training.** A mix of formal training (technical school) and informal training (on-the-job) to qualify and upgrade airmen in the award of a skill level.

**Specialty Training Package and COMSEC Qualification Training Package.** A composite of lesson plans, test material, instructions, policy, doctrine, and procedures necessary to conduct training. These packages are prepared by AETC, approved by National Security Agency (NSA), and administered by qualified communications security (COMSEC) maintenance personnel.

**Specialty Training Standard (STS).** An Air Force publication that describes skills and knowledges that airman in a particular Air Force specialty needs on the job. It further serves as a contract between the Air Education and Training Command and the user to show the overall training requirements for an Air Force specialty code that the formal schools teach.

**Standard**. An exact value, a physical entity, or an abstract concept, established and defined by authority, custom, or common consent to serve as a reference, model, or rule in measuring quantities or qualities, establishing practices or procedures, or evaluating results. A fixed quantity or quality.

**Task Module (TM)**. A group of tasks performed within an Air Force specialty that are performed together and that require common knowledge, skills, and abilities. TMs are identified by an identification code and a statement.

**Total Force**. All collective Air Force components (active, reserve, guard, and civilian elements) of the United States Air Force.

**Training Capacity**. The capability of a training setting to provide training on specified requirements, based on the availability of resources.

**Training Impact Decision System (TIDES)**. A computer-based decision support technology being designed to assist Air Force career field managers in making critical judgments relevant to what training should be provided personnel within career fields, when training should be provided (at what career points), and where training should be conducted (training setting).

**Training Planning Team (TPT)**. Comprised of the same personnel as a U&TW, however TPTs are more intimately involved in training development and the range of issues are greater than is normal in the U&TW forum.

**Training Requirements Analysis**. A detailed analysis of tasks for a particular AFS to be included in the training decision process.

**Training Setting**. The type of forum in which training is provided (formal resident school, on-the-job, field training, mobile training team, self-study etc.).

**Upgrade Training (UGT)**. Mandatory training which leads to attainment of higher level of proficiency.

**Utilization and Training Pattern**. A depiction of the training provided to and the jobs performed by personnel throughout their tenure within a career field or Air Force specialty. There are two types of patterns: 1) Current pattern, which is based on the training provided to incumbents and the jobs to which they have been and are assigned; and 2) Alternate pattern, which considers proposed changes in manpower, personnel, and training policies.

**Utilization and Training Workshop (U&TW)**. A forum of MAJCOM Air Force Specialty Code (AFSC) functional managers, Subject Matter Experts (SMEs), and ATC training personnel that determines career ladder training requirements.

## *Section A - General Information*

**1. Purpose.** This CFETP provides information necessary for Air Force Career Field Managers (AFCFM), MAJCOM functional managers (MFMs), commanders, training managers, supervisors and trainers to plan, develop, manage, and conduct an effective career field training program. This plan outlines the training that individuals in this AFS should receive in order to develop and progress throughout their career. This plan identifies initial skills, upgrade, qualification, advanced, and proficiency training. Initial skills training is the AFS specific training an individual receives upon entry into the Air Force or upon retraining into this specialty for award of the 3-skill level. Normally, this training is conducted by AETC at one of the technical training centers. Upgrade training identifies the mandatory courses, task qualification requirements, and correspondence course completion requirements for award of the 3-, 5-, 7-, 9-skill levels. Qualification training is actual hands-on task performance training designed to qualify an airman in a specific duty position. This training program occurs both during and after the upgrade training process. It is designed to provide the performance skills/knowledge required to do the job. Advanced training is formal specialty training used for selected airmen. Proficiency training is additional training, either in-residence or exportable advanced training courses, or on-the-job training, provided to personnel to increase their skills and knowledge beyond the minimum required for upgrade. The CFETP has several purposes, some are:

1.1. Serves as a management tool to plan, manage, conduct, and evaluate a career field training program. Also, it is used to help supervisors identify training at the appropriate point in an individual's career.

1.2. Identifies task and knowledge training requirements for each skill level in the specialty and recommends education/training throughout each phase of an individuals career.

1.3. Lists training courses available in the specialty, identifies sources of training, and the training delivery method.

1.4. Identifies major resource constraints which impact full implementation of the desired career field training process.

**2. Uses.** The plan will be used by MFMs and supervisors at all levels to ensure comprehensive and cohesive training programs are available for each individual in the specialty.

2.1. AETC training personnel will develop/revise formal resident, non-resident, field and exportable training based on requirements established by the users and documented in Part II of the CFETP. They will also work with the AFCFM to develop acquisition strategies for obtaining resources needed to provide the identified training.

2.2. MFMs will ensure their training programs complement the CFETP mandatory initial, upgrade, and proficiency requirements. Identified requirements can be satisfied by OJT, resident training, contract training, or exportable courses. MAJCOM-developed training to support this AFSC must be identified for inclusion into plan.

2.3. Each individual will complete the mandatory training requirements specified in this plan. The lists of courses in Part II will be used as a reference to support training.

**3. Coordination and Approval.** The AFCFM is the approval authority. MAJCOM representatives and AETC training personnel will identify and coordinate on the career field training requirements. The AETC training manager for this specialty will initiate an annual

review of this document by AETC and MFMs to ensure currency and accuracy. Using the list of courses in Part II, they will eliminate duplicate training.

***Section B - Career Progression and Information***

**4. Specialty Description.**
4.1. **Specialty Summary.**
4.2. **Duties and Responsibilities.**

**5. Skill/Career Progression.** Adequate training and timely progression from the apprentice to the superintendent skill level play an important role in the Air Force's ability to accomplish its mission. It is essential that everyone involved in training must do their part to plan, manage, and conduct an effective training program. The guidance provided in this part of the CFETP will ensure each individual receives viable training at appropriate points in their career.
5.1. **Apprentice (3) Level.**
5.2. **Journeyman (5) Level.**
5.3. **Craftsman (7) Level.**

5.4. **Superintendent (9) Level.**

**6. Training Decisions.** The CFETP uses a building block approach (simple to complex) to encompass the entire spectrum of training requirements for the *(Identify name of AFS)* career field. The spectrum includes a strategy for when, where, and how to meet the training requirements. The strategy must be apparent and affordable to reduce duplication of training and eliminate a disjointed approach to training.

6.1. **Initial Skills.**

6.2. **Five Level Upgrade Requirements.**
6.3. **Seven Level Upgrade Requirements.**
6.4. **Proficiency Training.**

**7. Community College of the Air Force.** Enrollment in CCAF occurs upon completion of basic military training. CCAF provides the opportunity to obtain an Associates in Applied Sciences Degree. In addition to its associates degree program, CCAF offers the following:
7.1. **Occupational Instructor Certification.** Upon completion of instructor qualification training, consisting of the instructor methods course and supervised practice teaching, CCAF instructors who possess an associates degree or higher may be nominated by their school commander/commandant for certification as an occupational instructor.
7.2. **Trade Skill Certification.** When a CCAF student separates or retires, a trade skill certification is awarded for the primary occupational specialty. The College uses a competency based assessment process for trade skill certification at one of four proficiency levels: Apprentice, Journeyman, Craftsman/Supervisor, or Master Craftsman/Manager. All are transcribed on the CCAF transcript.

7.3. **Degree Requirements.** All airmen are automatically entered into the CCAF program. Prior to completing an associates degree, the 5-level must be awarded and the following requirements must be met:

| | Semester Hours |
|---|---|
| Technical Education | 24 |
| Leadership, Management, and Military Studies | 6 |
| Physical Education | 4 |
| General Education | 15 |
| Program Elective<br>Technical Education; Leadership, Management, and Military Studies; or General Education | 15 |
| Total | 64 |

7.3.1. **Technical Education** (24 Semester Hours): A minimum of 12 semester hours of Technical Core subjects/courses must be applied and the remaining semester hours applied from Technical Core/Technical Elective courses.

7.3.2. **Leadership, Management, and Military Studies** (6 Semester Hours): Professional military education and/or civilian management courses.

7.3.3. **Physical Education** (4 Semester Hours): This requirement is satisfied by completion of Basic Military Training.

7.3.4. **General Education** (15 Semester Hours): Applicable courses must meet the criteria for application of courses to the General Education Requirements (GER) and be in agreement with the definitions of applicable General Education subjects/courses as provided in the CCAF General Catalog.

7.3.5. **Program Elective** (15 Semester Hours): Satisfied with applicable Technical Education; Leadership, Management, and Military Studies; or General Education subjects/courses, including natural science courses meeting GER application criteria. Six semester hours of CCAF degree applicable technical credit otherwise not applicable to this program may be applied. See the CCAF General Catalog for details regarding the Associates of Applied Science for this specialty.

7.4. Additional off-duty education is a personal choice that is encouraged for all. Individuals desiring to become an Air Education and Training Command Instructor should be actively pursuing an associates degree. A degreed faculty is necessary to maintain accreditation through the Southern Association of Colleges and Schools.

**8. Career Field Path.**

8.1. **Manpower Table.**

**Table A6.1. Manpower Table.**

| | CMSgt | SMSgt | MSgt | TSgt | SSgt | SrA | A1C | Amn | AB |
|---|---|---|---|---|---|---|---|---|---|
| Base Level | X | X | X | X | X | X | X | X | X |
| MAJCOM Staff | X | X | X | X | X | X | X | X | X |
| HQ USAF Staff | X | X | X | X | X | X | X | X | X |
| FOA/DRU | X | X | X | X | X | X | X | X | X |
| Total | XX | XX | XX | XX | XX | XX | XX | XX | XX |

8.2. **Enlisted Career Path.**

**Table A6.2. Enlisted Career Path**

| Education and Training Requirements | GRADE REQUIREMENTS | | | |
|---|---|---|---|---|
| | Rank | Average Sew-On | Earliest Sew-On | High Year Of Tenure (HYT) |
| **Basic Military Training school** | | | | |
| **Apprentice Technical School** (3-Skill Level) | Amn<br>A1C | 6 months<br>16 months | | |
| **Upgrade To Journeyman** (5-Skill Level)<br>- Complete 3 months duty position/apprentice experience **before** beginning journeyman training.<br>- Minimum 12 months on-the-job training.<br>- Complete appropriate CDC if/when available.<br>- Sew-on SrA for award of the 5-skill level. | SrA | 3 years | 28 months | 10 Years |
| **Airman Leadership School (ALS)**<br>- Must be a SrA with 48 months time in service or be a SSgt Selectee.<br>- Resident graduation is a prerequisite for SSgt sew-on (Active Duty Only). | **Trainer**<br>- ALS graduate.<br>- Possess the same AFSC at a higher skill level than the trainee, and be certified to train others.<br>- Must attend formal OJT Trainer Training and appointed by Commander. | | | |
| **Upgrade To Craftsman** (7-Skill Level)<br>- Minimum rank of SSgt.<br>- 18 months OJT.<br>- Complete appropriate CDC if/when available.<br>- Advanced Technical School. | SSgt | 7.5 years | 3 years | 20 Years |
| | **Certifier**<br>- Possess at least a 7-skill level in the same AFSC, if possible but not required.<br>- Attend formal OJT Certifier Course and appointed by Commander.<br>- Be a person other than the trainer. | | | |
| **Noncommissioned Officer Academy** (NCOA)<br>- Must be a TSgt or TSgt Selectee.<br>- Resident graduation is a prerequisite for MSgt sew-on (Active Duty Only). | TSgt<br>MSgt | 12.5 years<br>16 years | 5 years<br>8 years | 20 Years<br>24 Years |
| **USAF Senior NCO Academy (SNCOA)**<br>- Must be a SMSgt or SMSgt Selectee.<br>- Resident graduation is a prerequisite for CMSgt sew-on (Active Duty Only). | SMSgt | 19.2 years | 11 years | 26 Years |
| **Upgrade To Superintendent** (9-Skill Level)<br>- Minimum rank of SMSgt.<br>- Must be a resident graduate of SNCOA (Active Duty Only). | CMSgt | 21.5 years | 14 years | 30 Years |

*Section C - Skill Level Training Requirements*

**9. Purpose.** Skill level training requirements in this career field are defined in terms of tasks and knowledge requirements. This section outlines the specialty qualification requirements for each skill level in broad, general terms and establishes the mandatory requirements for entry, award and retention of each skill level. The specific task and knowledge training requirements are identified in the STS at Part II, Sections A and B of this CFETP.

**10. Specialty Qualification:**
10.1. **Apprentice Level Training:**

10.1.1. **Specialty Qualification.**
10.1.1.1. **Knowledge.**
10.1.1.2. **Education.**
10.1.1.3. **Training.**
10.1.1.4. **Experience.**
10.1.1.5. **Other.**
10.1.2. **Training Sources and Resources.**
10.1.3. **Implementation.**
10.2. **Journeyman Level Training:.**

10.2.1 **Specialty Qualification.**
10.2.1.1. **Knowledge.**
10.2.1.2. **Education.**
10.2.1.3. **Training.**
10.2.1.4. **Experience.**
10.2.1.5. **Other.**
10.2.2. **Training Sources and Resources.**
10.2.3. **Implementation.**
10.3. **Craftsman Level Training:**
10.3.1 **Specialty Qualification.**
10.3.1.1. **Knowledge.**
10.3.1.2. **Education.**
10.3.1.3. **Training.**
10.3.1.4. **Experience.**
10.3.1.5. **Other.**
10.3.2. **Training Sources and Resources.**
10.3.3. **Implementation.**
10.4. **Superintendent Level Training:**
10.4.1 **Specialty Qualification.**
10.4.1.1. **Knowledge.**
10.4.1.2. **Education.**
10.4.1.3. **Training.**
10.4.1.4. **Experience.**
10.4.1.5. **Other.**

10.4.2. **Training Sources/Resources.**
10.4.3. **Implementation.**

*Section D - Resource Constraints*

**11. Purpose.** This section identifies known resource constraints which preclude optimal/desired training from being developed or conducted, including information such as cost and manpower. Narrative explanations of each resource constraint and an impact statement describing what effect each constraint has on training are included. Also included in this section are actions required, office of primary responsibility, and target completion dates. Resource constraints will be, as a minimum, reviewed and updated annually.

**12. Apprentice Level Training:**
12.1. **Constraints.**
12.1.1. **Impact.**
12.1.2. **Resources Required.**
12.1.3. **Action Required.**
12.2. **OPR/Target Completion Date.**

**13. Five Level Training:**
13.1. **Constraints.**
13.1.1. **Impact.**
13.1.2. **Resources Required.**
13.1.3. **Action Required.**
13.2. **OPR/Target Completion Date.**

**14. Seven-Level Training:**
14.1. **Constraints.**
14.1.1. **Impact.**
14.1.2. **Resources Required.**
14.1.3. **Action Required.**
14.2. **OPR/Target Completion Date.**

*Section E. Transitional Training Guide*

**15. Purpose.** This transition guide will lay the direction/control to prepare our personnel for the 21st century. Also, tomorrow's challenges will be measured by how well we plan today, and our strength and direction are assured only through proper control. Only your genuine commitment to meeting this challenge head on will ensure the Air Force and our specialty benefit fully.

**16. Conditions.**

16.1 **Duration.**
16.2. **Target Group.**

**17. Transition Training Plan (TTP) Administration.**
17.1. **Requirements.**
17.2. **Training Methods.**
17.3. **Certification Requirements.**
17.4. **Program Management.**

**18. Status Reporting.** Base functional managers will report TTP status to their MFM quarterly, by the fifth duty day of February, May, August, and November, for the entire transition training period. MFMs will report TTP status to AFCFM semiannually, by the 15th of May and November, for the entire transition training period. When reporting, please use the following format:

**Part II**

***Section A - Specialty Training Standard***
**1. Implementation.** This STS will be used for technical training provided by AETC for classes beginning (*Date*) and graduating (*Date*).

**2. Purpose.** As prescribed in AFI 36-2201, this STS:
2.1. Lists in the column 1 (Task, Knowledge, and Technical Reference) the most common tasks, knowledge, and technical references (TR) necessary for airman to perform duties in the 3-, 5-, and 7-skill level. Number task statements sequentially i.e., 1.1, 1.2, 2.1. Column 2 (Core Tasks) identifies, by asterisk (*), specialty-wide training requirements.
2.2. Provides certification for OJT. Column 3 is used to record completion of tasks and knowledge training requirements. Use automated training management systems to document technician qualifications, if available. Task certification must show a certification/completed date. (*As a minimum, use the following column designators: Tng Comp, Certifier Initials*).
2.3. Shows formal training and correspondence course requirements. Column 4 shows the proficiency to be demonstrated on the job by the graduate as a result of training on the task/knowledge and the career knowledge provided by the correspondence course. See CADRE/AFSC/CDC listing maintained by the unit training manager for current CDC listings.
2.4. **Qualitative Requirements.** Attachment 1 contains the proficiency code key used to indicate the level of training and knowledge provided by resident training and career development courses.
2.5. Becomes a job qualification standard (JQS) for on-the-job training when placed in AF Form 623, **On-The-Job Training Record**, and used according to AFI 36-2201. When used as a JQS, the following requirements apply:
2.5.1. **Documentation.** Document and certify completion of training. Identify duty position requirements by circling the subparagraph number next to the task statement. As a minimum, complete the following columns in Part 2 of the CFETP: Training Completed, Trainee Initials, Trainer Initials, Certifier Initials (if applicable). An AFJQS may be used in lieu of Part II of the

CFETP only upon approval of the AFCFM. ***NOTE:*** The AFCFM may supplement these minimum documentation procedures as needed or deemed necessary for their Career Field.

2.5.1.1. **Converting from Old Document to CFETP.** Use the new CFETP to identify and certify all past and current qualifications. For those tasks previously certified and required in the current duty position, evaluate current qualifications and, when verified, recertify using current date as completion date and enter certifier's initials. For previous certification on tasks not required in the current duty position, carry forward *only* the previous completion date. If and when these tasks become a duty position requirement, recertify with current date and certifier's initials.

2.5.1.2. **Documenting Career Knowledge.** When a CDC is not available: the supervisor identifies STS training references that the trainee requires for career knowledge and ensures, as a minimum, that trainees cover the mandatory items in AFI 26-2108. For two-time CDC course exam failures: supervisors identify all STS items corresponding to the areas covered by the CDC. The trainee completes a study of STS references, undergoes evaluation by the task certifier, and receives certification on the STS. ***NOTE:*** Career Knowledge must be documented prior to submitting a CDC waiver.

2.5.1.3. **Decertification and Recertification.** When an airman is found to be unqualified on a task previously certified for his or her position, the supervisor lines through the previous certification or deletes previous certification when using automated system. Appropriate remarks are entered on the AF Form 623A, **On-The-Job Training Record Continuation Sheet**, as to the reason for decertification. The individual is recertified (if required) either by erasing the old entries and writing in the new or by using correction fluid (if the entries were made in ink) over the previously certified entry.

2.5.2. **Training Standard.** Tasks are trained and qualified to the go/no go level. Go means the individual can perform the task without assistance and meet local demands for accuracy, timeliness, and correct use of procedures.

2.6. Is a guide for development of promotion tests used in the Weighted Airman Promotion System (WAPS). Specialty Knowledge Tests (SKTs) are developed at the USAF Occupational Measurement Squadron by senior NCOs with extensive practical experience in their career fields. The tests sample knowledge of STS subject matter areas judged by test development team members as most appropriate for promotion to higher grades. Questions are based upon study references listed in the WAPS catalog. Individual responsibilities are in chapter 14 of AFI 36-2606, *US Air Force Reenlistment, Retention, and NCO Status Programs* (formerly AFR 35-16, volume 1). WAPS is not applicable to the Air National Guard.

**3. Recommendations.** Report unsatisfactory performance of individual course graduates to (*Identify complete AETC technical school's mailing address.*) Reference specific STS paragraphs.

BY ORDER OF THE SECRETARY OF THE AIR FORCE
OFFICIAL

***Section B - Course Objective List***

**4. Measurement.** Each objective is indicated as follows: **W** indicates task or subject knowledge which is measured using a written test, **PC** indicates required task performance which is measured with a performance progress check, and **PC/W** indicates separate measurement of both knowledge and performance elements using a written test and a performance progress check.

**5. Standard.** The standard is 70% on written examinations. Standards for performance measurement are indicated in the objective and delineated on the individual progress checklist. Instructor assistance is provided as needed during the progress check, and students may be required to repeat all or part of the behavior until satisfactory performance is attained.

**6. Proficiency Level.** Most task performance is taught to the "2b" proficiency level which means the students can do most parts of the task, but does need assistance on the hardest parts of the task (partially proficient). The student can also determine step by step procedures for doing the task.

**7. Course Objective.** These objectives are listed in the sequence taught by Block of Instruction.
7.1. **Initial Skills Course:**
7.1.1. **Block I.**
7.1.2. **Block II.**
7.2. **Advanced Skills Course:**
7.2.1. **Block I.**
7.2.2. **Block II.**

**OR**

***NOTE:*** There is currently no advanced course. This area is reserved.

***Section C - Support Material***

**8.** The following list of support materials is not all inclusive; however, it covers the most frequently referenced areas.

| Course Number | Course Title | Developer |
|---|---|---|

**OR**

***NOTE:*** There is currently no advanced course. This area is reserved.

***Section D - Training Course Index***

**9. Purpose.** This section of the CFETP identifies training courses available for the specialty and shows how the courses are used by each MAJCOM in their career field training programs.

**10. Air Force In-Residence Courses.**

| COURSE NUMBER | TITLE | LOCATION | USER |
|---|---|---|---|

**11. Extension Course Institute (ECI) Courses**

| COURSE NUMBER | TITLE | LOCATION | USER |
|---|---|---|---|

**12. Exportable Courses**

| COURSE NUMBER | TITLE | LOCATION | USER |
|---|---|---|---|

**13. Courses Under Development/Revision**

| COURSE NUMBER | TITLE | LOCATION | USER |
|---|---|---|---|

***Section E - MAJCOM Unique Requirements***

**1.** The following list of MAJCOM unique responses is not all inclusive; however, it covers the most frequently referenced areas.

| Course Number | Course Title | Location |
|---|---|---|

OR

***NOTE:*** There are currently no MAJCOM unique requirements. This area is reserved.