# EXHIBIT D

**U.S. Department of Justice**

Civil Division

Telephone: (202) 307-0383
Facsimile: (202) 353-7988

*Washington, D.C. 20530*

August 22, 2006

**VIA MESSENGER**

Alan Sutton, Esq.
Howrey, Simon, Arnold & White
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402

phone: (202) 383-6599

Re: William A. Clark et. al. v. United States, Fed. Cl. No. 00-644

Dear Mr. Sutton:

This letter responds to your August 15, 2006, letter regarding Defendant's Objections and Responses to Plaintiffs' Request for Production of Documents ("Defendant's Responses"). Please know that the Government has conducted, and is continuing to conduct, an expansive search for responsive documents. The Government has provided all responsive, non-privileged, documents in its possession and will continue to do so as documents are identified. Your assertion that we have produced a very small percentage of the documents in our possession is groundless, as the Government has contacted all relevant Government agencies requesting documents. Additionally, to ensure we identify all potentially responsive documents, we have asked each agency we contact in our search for responsive documents to give your request for documents a broad reading.

Furthermore, despite the breadth of your discovery request, we still were able to grant you access to inspect the documents we identified within one week of your request, consistent with the time line stated in Defendant's Responses. After you completed the inspection, you asked Major Jerrett Dunlap how the documents would be made available, specifically stating you did not require the Army Correspondence Course Program Catalogs. Major Dunlap indicated that copies would be made and sent to you. You then told Major Dunlap you were going to send a letter clarifying your response to Defendant's objections. You told Major Dunlap that you would provide him with that letter the next day, August 2, 2006. We did not send the documents while we waited your promised clarification and response.

The Army Correspondence Course Program Catalogs do contain hundreds of pages of responsive materials. This is because the catalog is the publication that outlines the Army's policies and procedures regarding correspondence courses. The catalogs are, accordingly, the

documents most responsive to your document request. The vast majority of persons we canvassed for responsive documents pointed to the catalogs as the responsive documents that they possessed. Moreover, you overlook that fact that the catalogs are only sixteen of the nearly three hundred documents produced. Your assertion that more documents are available is not consistent with the responses of the dozens of individuals that have been contacted.

You point to three documents that you claim should have been produced. Although these three documents are not described with sufficient specificity to identify the complete nature of the document, the first two documents appear to deal with distance learning courses, not correspondence courses. Thus, they are not responsive to your request. The requested PowerPoint presentation is included with our updated document production response. As of this date, agencies known to possess documents relevant to your document request have been contacted and the vast majority of them have responded. While continued production is a possibility, consistent our ongoing obligation, all documents identified to date have been produced.

You also note several issues regarding objection E in your letter. By providing the subcourse number for the Combat Logistics Supply and Support course, you have assisted defendant in locating information regarding the course. A review of our records did not indicate that any of the plaintiffs had completed this correspondence course. Nevertheless, we are providing responsive documents related to this correspondence course in our updated response. Regarding the military occupational specialty specific courses noted in objection E, documents with generic information have been previously provided. Any further responsive documents in our possession are included in the updated response. Defendant has previously produced all relevant documents known to the services regarding any completed Non-commissioned Officer ("NCO") Leadership Course, NCO Preparatory School, or NCO Academy.

Regarding interrogatory number one, you indicate that our responsive spreadsheet does not identify who is responsive to interrogatory number one. However, interrogatory number one is drafted so broadly that all those individuals listed in the responsive spreadsheet participated in some way in "creating, approving, implementing, administering, accrediting or explaining the need" for any of the specified courses. Your request that we modify our response to identify what role the listed individual performed regarding the specified course, and for which specified course, appears to be a modification of Interrogatory number one, as it is not contained therein. However, the duty title will indicate what specific course, or area of courses, in which the individual is involved. As currently worded, interrogatory number two does not call for a historic narration of the development of the Army's current system for tracking system. The interrogatory asks how "records are maintained" and "may be assessed." The requested information has been provided in great detail. Nevertheless, Training and Doctrine Command ("TRADOC") Educational Data System-Redesign ("TREDS") has been the record keeping system for the Army Correspondence Course Program since 1970. The various schools were using TREDS as a learning management system before the program was consolidated in 1976. Over the years the system has progressed from key punch cards and a main frame computer to the current web-based interactive service. The Army Learning Management System ("ALMS")

is being designed to replace TREDS, but at this time the systems are operating separately, offering different courseware.

Thank you for the clarification of "Office of the Deputy Chief of Staff." Defendant has provided all responsive documents in the possession of the Army's Office of the Deputy Chief of Staff, G-1. We have also provided all documents in its possession from any of the named organizations outside of the Department of Defense, as listed in request number 52.

As noted above, we have complied with our discovery obligations. All reasonable measures have been taken to locate responsive documents and all responsive documents have been produced. As new documents are identified or come into defendant's control, they will be provided. If you have any questions about our responses to your discovery request, please do not hesitate to contact me.

Finally, as I mentioned in my e-mail to you last week, please let me know if you have any questions regarding our discovery request. In regard to our taking the plaintiffs depositions, I would like to start deposing each plaintiff the week of September 11, 2006. I would like to finish the depositions the week of September 25, 2006. Because I did not receive a reply to my e-mail from you, I assume that the original plan that we discussed, i.e. all plaintiffs would be deposed in Washington, D.C., remains in effect. As I mentioned in my e-mail, if the plan has changed, and the Government needs to travel to each plaintiff's location, please let me know of this change immediately because I need to start that process now and will look to take depositions in August.

Very truly yours,

Douglas K. Mickle
Trial Attorney
Commercial Litigation Division

Encl:

1. Defendant's second response to plaintiff's interrogatories
2. Updated matrixes
3. Updated privilege log

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM A. CLARK, JAMES P. DAVERN, ROBERT E.FREEBURG, WILLIE R. JOHNSON, ROBERT A. MUSTIN, JOHN DOES 1 through 4, and JANE DOES 1 through 3, individually, and on behalf of all other similarly situated, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 00-644 (Judge Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S SECOND RESPONSE TO
PLAINTIFFS' JUNE 22. 2006 FIRST SET OF INTERROGATORIES

Pursuant to Rules 33 and 34 of the Rules of the United States Court of Federal Claims ("RCFC"), without waiving, and subject to the objections in defendant's previous response, defendant provides the following updated response to Plaintiffs' June 22, 2006 First Set of Interrogatories.

**INTERROGATORIES**

**INTERROGATORY # 2**: Describe in detail any process or system, paper or electronic, used to record, track or document the enrollment in or completion of any individual or self-development training, including correspondence course, by a National Guard member, including in what format such records are maintained, who is the custodian of such records, and how such records may be assessed.

**ANSWER**: The Army's Interim Learning Management System ("ILMS") is the Training and Doctrine Command ("TRADOC") Educational Data System-Redesign ("TREDS-R") with

Aspen Interface. ILMS provides the capability to allow training administrators to manage learners facilitating the administration of training including its assignment, delivery, tracking, and recording. The ILMS provides the functionality to register learners, control and guide the learning process, and to analyze and report learner performance of Non-Resident Training. Training sequence/course mapping developed in TREDS-R is used to determine how a learner should flow though training. The ILMS tracks and manages learners' progress, and provides a number of reports for both students and managers. The training can be delivered via various modes including, but not limited to on-line access, individual CD, and paper based. Non-Electronic Training resource materials are managed by TREDS-R.

The ILMS interfaces with the RDL for the location of on-line training material to include Interactive Multimedia Instruction ("IMI") and Click 2 Learns Aspen Learning Management System for IMI Courseware initiation and performance results. It also interfaces with external systems such as the Army Training Requirements and Resources System ("ATRRS"), Reimer Digital Library ("RDL"), Army National Guard Bureau, Army Reserve Center, Human Resource Command ("HRC") and Command General Staff College ("CGSC") to exchange and/or provide information on students and their training status.

The ILMS is maintained by the Army Training Support Center's ("ATSC") Army Information Systems Directorate. Individuals are able to view and print a copy of their own records from the ILMS. Staff in the ATSC's Individual Training Support Directorate - Distributed Learning Student Support Team can access any records in the ILMS and ATRRS.

TREDS has been the record keeping system for the Army Correspondence Course Program since 1970. The various schools were using TREDS as a learning management system

OF COUNSEL:
LT. COL. JOSEPH FETTERMAN
MAJ. JERRETT DUNLAP
United States Army
Litigation Division

MAJ. TRACEY ROCKENBACH
United States Air Force
General Litigation Division

MAJOR MAX GONZALEZ
National Guard Bureau
Office of Chief Counsel

August 22, 2006

DOUGLAS K. MICKLE
Trial Attorney
National Courts
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Tel. (202) 353-7961
Fax (202) 353-7988

Attorneys for Defendant

before the program was consolidated in 1976. Over the years the system has progressed from key punch cards and a main frame computer to the current web-based interactive service. The Army Learning Management System ("ALMS") is being designed to replace TREDS, but at this time the systems are operating separately, offering different courseware.

Air University, Maxwell Air Force Base, Alabama tracks tracks Career Development Courses ("CDC")/Professional Military Education ("PME") Courses and Specialized Course completion in The Course Development and Student Administration Registrar System ("CDSAR") database back to 1990. Prior to that the data was maintained on microfiche in the registrar's office at Air University. The microfiche database goes back thirty years. Registration and enrollment records older than thirty years old have been destroyed. The CDC and PME completions are flowed to the Community College of the Air Force ("CCAF") for inclusion into the students' education record and to the Military Personnel Data System ("MilPDS") for inclusion in the personnel records at the Air Reserve Personnel Center in Denver, Colorado or Air Force Personnel Center at Randolph AFB, Texas.

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

BRYANT G. SNEE
Assistant Director

**Certification**

I, Marilyn N. Hicok, am the Chief, Distributed Learning Student Support Team, United States Army Training Support Center, at Fort Eustis, Virginia, with technical and historical background on the Army's Interim Learning Management System. I have reviewed the factual information contained in defendant's response to the second interrogatory, from plaintiffs' First Set of Interrogatories, in Docket No. 00-644 (Court of Federal Claims). I hereby certify, under the laws of the United States, that the responses are true and correct to the best of my knowledge.

21 Aug 2006
Date

Marilyn N. Hicok

| Post-it® Fax Note 7671 | Date 8/21/06 | # of pages ▶ 1 |
| --- | --- | --- |
| To MAJ DUNLAP | From Marilyn Hicok | |
| Co./Dept. | Co. | |
| Phone # | Phone # | |
| Fax # | Fax # | |

PUBLICATIONS MATRIX

| Name of Organization/Individual Contacted | Business Affiliation and Title | Current Business Address | DOD Affiliation, Address, and title | Home address if nolonger DOD | Responsive documents provided |
|---|---|---|---|---|---|
| MAJ Jonathan Dunn | Assistant to the Commander, NG-Army Training Support Center | Bldg. 1725, 6th St, Ft. Eustis, VA 23602 | Same | NA | 2-17 |
| Todd Milliard | OTJAG - Military Law and Operations | 1777 N Kent St, 10th Floor, Rosslyn, VA 22209-2194 | Same | NA | NA |
| Marilyn Hicok | Chief, DL Support Team | Bldg. 1725, 6th St, Ft. Eustis, VA 23602 | Same | NA | 22,23,26 |
| Ralph Steinway | Training Programs Manager, Army G1 | Room 1D377, Pentagon, Washington, D.C. 20310-0300 | Same | NA | 41,274 |
| LTC Allen K Lewis | Chief, Distributed Learning, Army G3 | Room 1E141, Pentagon, Washington, D.C. 20310 | Same | NA | 49-59 |
| LTC Gary Kayser | US Army Reserve Command, G7, Individual Training Div. | 1401 Dreshler St. SW, Fort McPherson, GA 30330 | Same | NA | NA |
| William Voorhies | US Army Reserve Command, G7 (Correspondence Courses/Distance Learning) | 1401 Dreshler St. SW, Fort McPherson, GA 30330-2000 | Same | NA | 272-273 |
| William Jones | Deputy Commander, Army Training Support Center (ATSC) | 1721 Patton Ave., Ft. Eustis, VA 23604 | Same | NA | NA |
| SGM Bertram Vaughn | Department of the Army, G3 (Constructive Waiver) | 1500 Defense Pentagon, Washington, D.C. 20301-1500 | Same | NA | 42 |
| COL Eric Lindner | Office of the Assistant Secretary of Defense, Reserve Affairs | 1500 Defense Pentagon, Washington, D.C. 20301-1500 | Same | NA | NA |
| CPT Christopher Nuneviller | Office of the Command Judge Advocate, Human Resources Command | 200 Stovall Street, Room 7N69, Hoffman II, Alexandria, VA, 22332 | Same | NA | 1 |
| Mr. Dan Kohner | Office of the Secretary of Defense, Reserve Affairs (Manpower and Personnel) | 1500 Defense Pentagon, Washington, D.C. 20301-1500 | Same | NA | 271 |
| Jim Collier | Administrator, Adjutant General Officer Branch Qualification Course | Adjutant General School, Fort Jackson, SC 29207 | Same | NA | NA |
| Viola Beem | Administrator, Associate Logistics Executive Development Course; Support Operations Course | Army Logistics Management College, Fort Lee, VA 23801 | Same | NA | NA |

PUBLICATIONS MATRIX

| | | | | | |
|---|---|---|---|---|---|
| MAJ Arlena Brooks | Administrator, Automated Logistics Specialist Course; Supply Management Officer Correspondence Course | US Army Quartermaster Center and School, 1831 A Ave., Fort Lee, VA 23801 | Same | NA | NA |
| Susan Ginn | Administrator, Aviation Accident Prevention Management Course; Aviation Logistics Manager Course; Aviation Warrant Officer Advanced Course | US Army Aviation Center & Fort Rucker, Fort Rucker, AL 36362 | Same | NA | NA |
| Don Wright | Administrator, Commander's Safety Course | US Army Safety Center, Bldg. 4905 5th Ave., Fort Rucker, Al 36362-5363 | Same | NA | NA |
| Mr. Cunningham | Administrator, Hazardous Materials Handling Course | School of Military Packaging Technology, 360 Lanyard Rd., Aberdeen Pfooving Ground, MD 21005 | Same | NA | NA |
| Ms. Lee Capraro | Administrator, Infantry Officer Basic Course; Infantry Captains Career Course | US Army Infantry School, Fort Bening, GA 31905-5593 | Same | NA | NA |
| SSG Bryan Fenter | Administrator, Battalion Motor Officer Course; Maintenance Leader Course | US Army Armor Center and Fort Knox, Fort Knox, KY 40121-5000 | Same | NA | NA |
| Diane Brand | Administrator, Mechanical Maintenance NCO Course; Ordnance Officer Advanced Course | US Army Ordance Mechanical Maintenance School, Suite 227, 401 1st Street, Fort Lee, VA 23801 | Same | NA | NA |
| Colonel Wayne Woodard | State Judge Advocate-The Adjutant General of North Carolina, Office of the Staff Judge Advocate | Headquarters, State Area Command, 4105 Ready Creek Road, Raleigh North Carolina, 27607 | Same | NA | 31,32 |
| Captain Ruth Cresenzo | The Adjutant General of North Carolina, Office of the Staff Judge Advocate | Headquarters, State Area Command, 4105 Ready Creek Road, Raleigh North Carolina, 27607 | Same | NA | 31,32 |
| Lieutenant Colonel Duncan Aukland | Staff Judge Advocate-The Adjutant General of Ohio, Office of the Staff Judge Advocate | Headquarters, State Area Command, 2825 W. Dublin Granville Road, Columbus Ohio, 43235-2789 | Same | NA | 33,36 |
| Colonel Brian Morgan | Staff Judge Advocate-The Adjutant General of Alabama, Office of the Staff Judge Advocate | JFHQ-TAG-JAG, P.O. Box 3711, Montgomery Alabama, 36109-0711 | Same | NA | 24,25,40 |

PUBLICATIONS MATRIX

| | | | | | |
|---|---|---|---|---|---|
| Lieutenant Colonel C. Robert Spinelli | Staff Judge Advocate-The Adjutant General of Pennsylvania, Office of the Staff Judge Advocate Joint Forces Headquarters | Office of the Staff Judge Advocate, Joint Forces Headquarters-Pennsylvania,c/o Department of Military and Veteran's Affairs, Building 7-1, Fort Indiantown Gap, Annville Pennsylvania, 17003-5005 | Same | NA | 38,39 |
| Lieutenant Colonel John Brossart | Staff Judge Advocate, The Adjutant General of Minnesota, Office of the Staff Judge Advocate | Headquarters, Joint Forces Headquarters, Department of Military Affairs, 5th Floor, Veterans Service Building, 20 West 12th Street, St. Paul Minnesota 55155-2098 | Same | NA | 34,25,37 |
| Captain Mark M. Majors | Joint Staff Judge Advocate (AGR)-The Adjutant General of Missisippi, Office of the Staff Judge Advocate | Joint Forces Headquarters-Mississippi, JFHQ-TAG-JA, P.O. Box 5027, Jackson Mississippi 39296-5027 | Same | NA | 19,20, 21, 27,28,29,30 |
| Col Kathleen Grabowski | AF/DPDL , Chief Directorate of Airman Development and Sustainment | Room 4B684, Pentagon, Washington, DC | Same | NA | 62-67; 83-109; 111-260 |
| Dr Todd Fore | AF/A1PT Training and Education Execution | Room 5D167 Pentagon, Washington, DC | Same | NA | NA |
| Joseph McDade, SES | AF/A1D | Room 4E161, Pentagon, Washington, DC | Same | NA | NA |
| Yvonne Kinkaid | Historian, AF Historical Studies Office | AF/HRA-OL-A 3 Brookley Ave Box 94 Bolling AFB DC 20032 | Same | NA | 111 |
| Irene Pearson-Morrow | AU/CFR Air University Registrar | 60 Shumacher Ave Maxwell AFB, AL 36112-6337 | Same | NA | 69-80 |
| Carol Smith | AU/CFR Air University Registrar | 60 Shumacher Ave Maxwell AFB, AL 36112-6337 | Same | NA | NA |
| Dr. Glen Spivey | ACSC/ EA | 225 Chennault Circle, Maxwell AFB, AL 36112 | Same | NA | NA |
| Dr. Doug Savell | CEPME/CA | 550 McDonald St, Maxwell-Gunter AFB, AL 36114 | Same | NA | NA |
| Adelaide Cherry | AFIADL/CA | 50 S. Turner Blvd bldg 832, Maxwell-Gunter AFB, AL 36118-5643 | Same | NA | NA |
| Mr. George Cully | AU History Office, Director and Historian | 60 Shumacher Ave Maxwell AFB, AL 36112-6337 | Same | NA | NA |

PUBLICATIONS MATRIX

| | | | | | |
|---|---|---|---|---|---|
| Lt Col Thomas Doyon | Senior Legislative Counsel, Secretary of the Air Force Legislative Affairs Office SAF/LLP | Room 4C689, Pentagon, Washington, DC | Same | NA | NA |
| Diana Rotenbury | Procedures Policies and Enlisted Matters Reserve of the Air Force Selection Board Secretariat | 6760 E Irving Place #2000 Denver, CO 80280-2000 | Same | NA | 261 |
| Maj Francis Minogue and Mr. Charles Stubbefield | AETC Legal Office Civil Law Division | 61 Main Circle Suite 1, Randolph AFB, Texas 78150-4544 | Same | NA | NA |
| Mr. John Kongable and TSgt Tracy Bailey | AU Legal Office | 50 Lemay Plaza South, Maxwell AFB, AL 36112-6334 | Same | NA | NA |
| Mr. Leo Harman | Chief, Academic Devlopment Branch, A1/AFDLE | Room, 4B684, Pentagon, Washington, DC | Same | NA | 276-293 |
| LTC Mike Langham | Command Judge Advocate | US Army Combat Readiness Center, Fort Rucker, AL 36362 | Same | NA | NA |
| Susan Ginn | Chief, Warrior Training, | Directorate of Training and Doctrine, US Army Aviation Warfighting Center, Fort Rucker, AL 36362 | Same | NA | NA |
| Robert Carter | Deputy Director | Directorate of Training and Doctrine, US Army Aviation Warfighting Center, 4507 Andrews Avenue, Fort Rucker, AL 36362 | Same | NA | NA |
| Michelle L. Holt | Secretary General Staff | US Army Soldier Support Institute, Fort Jackson, SC 29207 | Same | NA | NA |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

PUBLICATIONS MATRIX

| Doc # | Document Name | Reg/Ins Number | Date | Request |
|---|---|---|---|---|
| 1 | Memo Subject: Readiness Priority Additional Skill Identifiers (RPASI) Inventory Targets | | 24-Jul-2001 | 47 |
| 2 | Army Correspondence Course Program (ACCP) | DA Pam. 351-20 | 1-Apr-1986 | 1,4,12,13,18,19,36,37,38,47,51 |
| 3 | Army Correspondence Course Program (ACCP) | DA Pam. 351-20 | 1-Apr-1987 | 1,4,12,13,18,19,36,37,38,47,51 |
| 4 | Army Correspondence Course Program (ACCP) | DA Pam. 351-20 | 22-Jul-1988 | 1,4,12,13,18,19,36,37,38,47,51 |
| 5 | Army Correspondence Course Program (ACCP) | DA Pam. 351-20 | 27-Apr-1990 | 1,4,12,13,18,19,36,37,38,47,51 |
| 6 | Army Correspondence Course Program (ACCP) | DA Pam. 351-20 | 1-Apr-1993 | 1,4,12,13,18,19,36,37,38,47,51 |
| 7 | Army Correspondence Course Program (ACCP) | DA Pam. 351-20 | 1-Apr-1994 | 1,4,12,13,18,19,36,37,38,47,51 |
| 8 | Army Correspondence Course Program (ACCP) | DA Pam. 351-20 | 1-Apr-1995 | 1,4,12,13,18,19,36,37,38,47,51 |
| 9 | Army Correspondence Course Program (ACCP) | DA Pam. 351-20 | 1-Oct-1996 | 1,4,12,13,18,19,36,37,38,47,51 |
| 10 | Army Correspondence Course Program (ACCP) | DA Pam. 351-20 | 1-Oct-1997 | 1,4,12,13,18,19,36,37,38,47,51 |
| 11 | Army Correspondence Course Program (ACCP) | DA Pam. 351-20 | 1-Oct-1998 | 1,4,12,13,18,19,36,37,38,47,51 |
| 12 | Army Correspondence Course Program (ACCP) | DA Pam. 351-20 | 1-Oct-1999 | 1,4,12,13,18,19,36,37,38,47,51 |
| 13 | Army Correspondence Course Program (ACCP) | DA Pam. 350-59 | 26-Oct-2001 | 1,4,12,13,18,19,36,37,38,47,51 |
| 14 | Army Correspondence Course Program (ACCP) | DA Pam. 350-59 | 1-Oct-2002 | 1,4,12,13,18,19,36,37,38,47,51 |
| 15 | Army Correspondence Course Program (ACCP) | DA Pam. 350-59 | 1-Oct-2003 | 1,4,12,13,18,19,36,37,38,47,51 |
| 16 | Army Correspondence Course Program (ACCP) | DA Pam. 350-59 | 1-Oct-2005 | 1,4,12,13,18,19,36,37,38,47,51 |
| 17 | Army Correspondence Course Program (ACCP) | DA Pam. 350-59 | 1-Oct-2006 | 1,4,12,13,18,19,36,37,38,47,51 |
| 18 | Separation Procedures of Reg. Reserve Comm. Officers | DODI 1332.40 | 16-Sep-1997 | 6,12,13 |
| 19 | 1st US Army-CG's Annual Training Guidance 2001 and 2002 | | 30-Jun-2000 | 3,18,19,20,45 |
| 20 | 1st US Army-CG's Annual Training Guidance FY 03/04 | | 30-Sep-2002 | 3,18,19,20,45 |
| 21 | Interim Change No: 102 Warrant Officer Fed Rec | NGR 600-101 | 25-Apr-1994 | 3,20,24 |
| 22 | AF Correspondence Info-Student History Query-Robert Freeburg | | 23-Nov-2004 | 6 |
| 23 | ACCP Student Status Query-William Clark | | 17-Nov-2004 | 6 |
| 24 | ALARNG METL for 151 Army Band For 1995-2002 | | | 33 |
| 25 | ALARNG METL for 711 Signal Battalion For 2002 | | | 33 |
| 26 | AF Correspondence Info-Student History Query-James Davern | | 23-Nov-2004 | 6 |
| 27 | Officer Selection & Promotion | MSARNG Reg 600-100 | 1-Dec-2001 | 3,5,14,20,40 |
| 28 | MS NG-Command Training Guidance for 2000 and 2001 | | 5-Feb-1999 | 3,18,19,20,45 |
| 29 | MS NG-Command Training Guidance for 2001 and 2002 | | 6-Oct-1999 | 3,18,19,20,45 |

PUBLICATIONS MATRIX

| | | | | |
|---|---|---|---|---|
| 30 | MS NG-Command Training Guidance for 2002 and 2003 | | 1-Sep-2000 | 3,18,19,20,45 |
| 31 | NC NG-Yearly Training Guidance for 2002 | | 31-Jul-2000 | 3,18,19,20,45 |
| 32 | NC NG-Yearly Training Guidance for 1998 | | | 3,18,19,20,45 |
| 33 | OH NG-Command Training Guidance for 01/02 | | 1-Oct-1999 | 3,18,19,20,45 |
| 34 | Qualitative Retention Program | MNARNG PAM 135-205 | 1-Jun-2004 | 3,20,45 |
| 35 | MN NG-Qualititive Retention Program | | 15-Oct-2004 | 3,20,45 |
| 36 | OH NG-Selective Retention Board Under NGR 635-102 | | 4-Feb-2000 | 3,20,21,22,24 |
| 37 | Officer Promotion & Career Management | MNNG Reg 600-100 | 6-Jun-2003 | 3,20,21,22,24 |
| 38 | Enlisted Promotions Under Enlisted Promotion Program (EPP) | TAGPA PAM 600-200 | 2-Jan-2004 | 3,18,19,20,45 |
| 39 | PA NG-The Adjutant General's Training Guidance 2002 | | 20-Jun-2001 | 3,18,19,20,45 |
| 40 | AL NG-Officer & Warrant Officer Selective Retention | | 22-May-2004 | 3,20,45 |
| 41 | Army Training Requirements and Resources System | | | 2, 7 |
| 42 | Army Training and Leader Development | AR 350-1 | 13-Jan-2006 | 2,7,8,16,17,18,19,20, 21,22,23,24,25,26,27, 29,30,31,36,37,38,39, 43,47,51,54,55,56,57, 58 |
| 43 | 10 U.S.C. § 1002(a) 2005 | | | 2 |
| 44 | 10 U.S.C. § 12732(a)(2)(B) 2005 | | | 2 |
| 45 | Uniform Reserve, Training and Retirement Catagories Admin | DODI 1215.19 | 12-Dec-2000 | 2, |
| 46 | Training and Retirement Point Credits and Unit Level Strength | AR 140-185 | 1-Jul-1987 | 2 |
| 47 | Declaration Command Sergeant Major (Retired) McNamara | | 22-Apr-2004 | 2 |
| 48 | Promotion of Commissioned Officers and Warrant Officers Other Than General Officers | AR 135-155 | 13-Jul-2004 | 2 |
| 49 | Memorandum for Reserve Component Coordination Council (RCCC) | | 10-Oct-2003 | 8,44,54 |
| 50 | Draft Memorandum Subject: Compensation for Completion of Required Training Through Distributed Learning Modes | | 10-Feb-2003 | 9,10,18 |
| 51 | Message Subject: Army Distributed Learning Policy | | 14-Feb-2006 | 8,9,16,17,18,38,44,54 |
| 52 | The Army Distributed Learning Program (TADLP) Concept of Operations (CONOPS) for the Army Training Information System (ATIS) and the Army Learning Management System (ALMS) | | 1-Jun-2006 | 8,16,17,18,38,51,54, 56 |
| 53 | Draft Reserve Component Distributed Learning Compensation Report of Alternatives and Recommendations for the Office of the Assistant Secretary of Defense for Reserve Affairs | | | 10,18,52 |

PUBLICATIONS MATRIX

| | | | | |
|---|---|---|---|---|
| 54 | Study Recommendations | | | 10,18,52 |
| 55 | Reserve Component Distributed Learning Compensation Alternatives Study | | 30-Apr-2004 | 10,18,52 |
| 56 | Reserve Component Brief-Out Meeting | | 30-Apr-2004 | 9,10,18,52 |
| 57 | Memorandum Subject: Reserve Component Distributed Learning (DL) Compensation | | 1-Jun-2004 | 9,10,18,52 |
| 58 | Information Paper Subject: RC Pay for Distance Learning | | 1-Apr-2003 | 11,18,52 |
| 59 | Message Subject: Implementation of the Army Distance Learning Program | | 4-Dec-2000 | 11,18,38,44,56,57 |
| 60 | Training In Units | AR 350-41 | 19-Mar-1993 | 30 |
| 61 | Directorate Of Common Leader Training | | | 32 |
| 62 | Memorandum Subject: Request Change in Enlisted PME Promotion Waiver Policy | | 20-Apr-2006 | 14, 39 |
| 63 | Message Subject: Updated Enlisted PME Waiver Poliy | | 1-Dec-2002 | 14, 39 |
| 64 | Memorandum Subject: Air Force Enlisted PME Metrics | | 8-Mar-2003 | 14, 39 |
| 65 | Email: Enlisted PME Waivers | | 26-Dec-2002 | 14, 39 |
| 66 | Message: Clarification of Policy on Declining Resident Enlisted PME | | 1-Dec-1995 | 14, 22 |
| 67 | College for Enlisted PME History | | 1-Dec-1997 | 13, 28 |
| 68 | Air University (AU) Organization and Mission | AF Regulation 23-52 | 23-May-1985 | 13, 28 |
| 69 | Air University 2005/2006 Course Catalogue (linked) | | 1-Jul-2005 | 36,37,38,46,57 |
| 70 | AU -Addendum to 0506 Catalogue AWC Elective | | | 36,37,38,46,57 |
| 71 | AU -Addendum to 0506 Catalogue ACSC Course Listing | | | 36,37,38,46,57 |
| 72 | Air University 2004-2005 Course Catalogue (linked) | | | 36,37,38,46,57 |
| 73 | AU - Addendum to 0405 Catalogue AWC Elective | | | 36,37,38,46,57 |
| 74 | AU - Addendum to 0405 Catalogue ACSC Course Listing | | | 36,37,38,46,57 |
| 75 | Air University 2003-2004 Course Catalogue (linked) | | | 36,37,38,46,57 |
| 76 | AU- Addendum to 0304 Catalogue ACSC Course Listing | | | 36,37,38,46,57 |
| 77 | Air University 2002-2003 Course Catalogue (linked) | | | 36,37,38,46,57 |
| 78 | Air University 2001-2002 Course Catalogue | | | 36,37,38,46,57 |
| 79 | Air University 2000-2001 Course Catalogue | | | 36,37,38,46,57 |
| 80 | Air University 1999-2000 Course Catalogue | | | 36,37,38,46,57 |
| 81 | Offier Personnel: You and Your Promotions- The AF Officer Promotion System | AF Pamphlet 36-32 | 15-Jun-1990 | 22, 35 |
| 82 | Professional Military Education for Air Force Officers: Comments and Criticisms | | 1-Jun-1991 | 4, 13, 28, 36 |

PUBLICATIONS MATRIX

| | | | | |
|---|---|---|---|---|
| 83 | Message: Detailed Results of the Enlisted Evaluation System Review | | 1-May-1995 | 18 |
| 84 | Talking Paper on Curtailing the SNCOA Correspondence Course 8 | | 9-Feb-2000 | 7, 36 |
| 85 | Position Paper on Senior NCO Academy Correspondence Course | | 30-Jan-1992 | 7, 36 |
| 86 | Message: Ative Duty Participation in Paper Based ECI Course 8 | | 1-Mar-2000 | 7, 36 |
| 87 | Letter re: new CD Rom version of Senior NCOA | | 6-Nov-1995 | 7, 36, |
| 88 | Memo re: ANG ability to attend SNCOA in residence | | 19-Nov-1992 | 7, 36, 38,46, |
| 89 | SSS: Implementation of Year of Training Enlisted PME Initiatives | | 5-Oct-1992 | 7, 36, 38, 46 |
| 90 | Letter and response re: new SNCOA correspondence course | | 1-May-1995 | 7, 36, 37, 38, 46 |
| 91 | Memorandum: MSgts to SNCOA | | 12-Apr-1995 | 7, 36, 37, 38, 46 |
| 92 | Letter: SCNOA correspodence course | | 28-Feb-2000 | 7, 36, 37, 38, 46 |
| 93 | Message: Implementation Instructions for USAf Senior NCO Academy | | 1-May-1996 | 7, 36, 37, 38, 46 |
| 94 | King Paper on Discontinuing Active Duty Enrollment in ECI Course 0008 | | | 7, 36 |
| 95 | Educational Program compared to a traditional in-residence program Vol I | | 1-Sep-1995 | 36 |
| 96 | Effects of Student Achievement and Attitudes of a Distance Learning Seminar Educational Program compared to a traditional in-residence program Vol II | | 1-Sep-1995 | 36 |
| 97 | Noncommissioned Officer Professional Military Education | AF Reg 53-39 | 7-Nov-1983 | 1,4,5,6,7,13,14,15,18,22,23,55,56,58 |
| 98 | SSS and attachments: proper sizing of NCO Academy and consolidating Airman Leadership Schools | | 28-Aug-1998 | 4, 13, 14, 15, 18, 22, 23, 28, 36, 37, 55, 58 |
| 99 | Enlisted PME from a total force perspective- Action Memorandum | | 11-May-1993 | 18, 46 |
| 100 | Enlisted PME from a total force perspective- Action Memorandum | | 14-May-1993 | 18, 46 |
| 101 | Enlisted PME from a total force perspective- Action Memorandum | | 4-May-1993 | 18, 46 |
| 102 | Enlisted PME from a total force perspective- Action Memorandum | | 20-May-1993 | 18, 46 |
| 103 | and Active Duty Enlisted PME Attendance Eligibility | | 22-Jul-1993 | 7, 14, 15 |
| 104 | Interim Policy- NCO and SNCO Academy Student Selection | | 20-Sep-1991 | 7, 14, 15 |
| 105 | Message: Year of Training Initiatives for Enlisted PME | | 1-Nov-1992 | 4,7,14, 15, 36 |
| 106 | USAf Enlisted Professional Military Education Procedural Guidance | | 1-Feb-2005 | 7, 13, 28 |
| 107 | Enlisted Military Education Review Council Working Group Minutes | | 2-Mar-2006 | 9 |
| 108 | Talking Paper on the Extension Course Institute (ECI) | | 7-Jan-1992 | 4,7, 13, 28 |
| 109 | Course Outlines: Educational Programs Cadre | | 3-Oct-1995 | 1, 4, 8, 13, 28 |

PUBLICATIONS MATRIX

| | | | | |
|---|---|---|---|---|
| 110 | Search Results: Abstracts from Air Force History Studies Office database of keywords:History of ACSC, SOS, or Air Univeristy, and Air Force Specialty Codes | | 12-Jul-2006 | 4, 5, 13 |
| 111 | Briefing Slides: NCO Professional Military Education | | | 4 |
| 112 | Establishment of Enlisted Professional Military Education Policy Working Group (Joint Education) | | 5-Mar-2004 | 8 |
| 113 | Talking Paper on NCO Professional Military Education | | 16-Sep-1988 | 1, 4, 5, 7, 13, 15, 18, 22 |
| 114 | Talking Paper on Senior NCO Academy | | 26-Jul-1996 | 1, 4, 5, 7, 13, 15, 18, 22 |
| 115 | Talking paper on Enlisted Professional Military Education | | 8-Dec-1997 | 1, 4, 5, 7, 13, 15, 18, 22 |
| 116 | Talking Paper on Senior NCO Academy | | 7-Nov-1996 | 1, 4, 5, 7, 13, 15, 18, 22 |
| 117 | Talking Paper on Senior NCO Academy | | 4-Sep-1996 | 1, 4, 5, 7, 13, 15, 18, 22 |
| 118 | Talking Paper on Senior NCO Academy | | 28-Aug-1996 | 1, 4, 5, 7, 13, 15, 18, 22 |
| 119 | Talking Paper on Professional Military Education | | 28-Oct-1996 | 1, 4, 5, 7, 13, 15, 18, 22 |
| 120 | Talking Paper on Senior NCO Academy Update | | 28-Aug-1996 | 1, 4, 5, 7, 13, 15, 18, 22 |
| 121 | Talking Paper on USAFE Professional Military Education | | 7-Jun-1996 | 1, 4, 5, 7, 13, 15, 18, 22 |
| 122 | Talking paper on Enlisted Professional Military Education | | 13-Jul-1994 | 1, 4, 5, 7, 13, 15, 18, 22 |
| 123 | Background Paper on Senior NCO Academy | | 26-May-1995 | 1, 4, 5, 7, 13, 15, 18, 22 |
| 124 | Background Paper on Enlisted Professional Military Education | | 12-May-1995 | 1, 4, 5, 7, 13, 15, 18, 22 |
| 125 | Talking paper on Enlisted Professional Military Education | | 14-Feb-1995 | 1, 4, 5, 7, 13, 15, 18, 22 |
| 126 | Talking Paper on Airman Leadership School | | 30-Jan-1997 | 22 |
| 127 | Talking Paper on Noncommissioned Officer Academy | | 30-Jan-1997 | 1, 4, 5, 7, 13, 15, 18, 22 |
| 128 | Talking Paper on Senior Noncommissioned Officer Academy | | 30-Jan-1997 | 1, 4, 5, 7, 13, 15, 18, 22 |
| 129 | SSS: Package DPDE01 Enlisted PME Program Review | | 23-Jul-2001 | 4, 7, 14,18, 28, 58 |
| 130 | SSS: EPME Program Review | | 9-Jul-2001 | 4, 7, 14,18, 28, 58 |
| 131 | Distribution of class seats | | | 7 |
| 132 | Senior NCOA Quota Management flowchart (E-8 selections) | | | 7 |
| 133 | Senior NCOA Quota Management flowchart (E-6 & E-7 selections) | | | 7 |
| 134 | Talking paper on Importance of Career Advisors | | 22-Mar-2000 | 4, 22 |
| 135 | EPME Staffing Selection criteria for MSgts to attend resident SNCOA | | 4-Jan-1996 | 14, 15, 36, 58 |
| 136 | Bullet Background Paper on Development of Program /Future Projections for conus NCOA quotas | | 5-Mar-1999 | 1, 4, 14, 15, 36, 58 |
| 137 | Talking paper on EPME funding | | 20-Apr-1999 | 1, 4, 14, 15, 36, 58 |
| 138 | Talking paper on PACAF EPME Funding concerns | | 20-Apr-1999 | 1, 4, 14, 15, 36, 58 |
| 139 | Talking paper on EPME Programs | | 10-Oct-2003 | 1, 4, 14, 15, 36, 58 |
| 140 | Civilian participation in EPME | | 27-Jul-1998 | 1, 4, 14, 15, 36, 58 |
| 141 | Talking Paper on EPME | | 19-Jan-1999 | 1, 4, 14, 15, 36, 58 |
| 142 | Talking Paper on conus Challenges Concerning NCO Academies | | 17-Sep-1998 | 1, 4, 14, 15, 36, 58 |

PUBLICATIONS MATRIX

| | | | | |
|---|---|---|---|---|
| 143 | Talking paper on Future Outlook for EPME | | 11-Feb-1999 | 1, 4, 14, 15, 36, 58 |
| 144 | Talking Paper on EPME Basing Plan | | 1-Feb-1999 | 1, 4, 14, 15, 36, 58 |
| 145 | Talking paper on EPME Education Funding | | 1-Feb-1999 | 1, 4, 14, 15, 36, 58 |
| 146 | Talking paper on PACAF EPME Funding concerns | | 1-Feb-1999 | 1, 4, 14, 15, 36, 58 |
| 147 | Talking paper on NCO Academy Future | | 2-Apr-1999 | 4 |
| 148 | Talking paper on NCOA | | 13-Mar-1999 | 1, 4, 14, 15, 36, 58 |
| 149 | Talking paper on Satellite NCOA Program | | 8-Mar-1999 | 7, 46, 48, 58 |
| 150 | Talking paper on PACA EPME funding concerns | | 23-Aug-1999 | 1, 4, 14, 15, 36, 58 |
| 151 | Talking paper on NCO Academy Future | | 13-Aug-1999 | 4 |
| 152 | Tailking paper on Status Update for Conus Enlisted PME Facilities | | 12-Aug-1999 | 5,13, 14, 18, 22, 28, 58 |
| 153 | Slide Presentation: Air Force EPME | | | 1, 4, 14, 15, 36, 58 |
| 154 | Talking Paper on Airman Leadership School (ALS) | | 4-Nov-1999 | 1, 4, 14, 15, 36, 58 |
| 155 | Slide Presentation: ALS Snapshot | | | 1, 4, 14, 15, 36, 58 |
| 156 | Talking paper on NCOA | | 4-Nov-1999 | 1, 4, 14, 15, 36, 58 |
| 157 | Slide Presentation: NCOA Snapshot | | | 1, 4, 14, 15, 36, 58 |
| 158 | Talking Paper on SNCOA | | 2-Nov-1999 | 1, 4, 14, 15, 36, 58 |
| 159 | Slide Presentation: SNCOA Snapshot | | | 1, 4, 14, 15, 36, 58 |
| 160 | Background paper on ALS | | 30-Jan-1992 | 1, 4, 14, 15, 36, 58 |
| 161 | Background paper on changes in NCO PME | | 30-Jan-1992 | 1, 4, 14, 15, 36, 58 |
| 162 | Position Paper on SSgt/TSgt Eligibility for Inresidence NCOA | | 30-Jan-1992 | 4,7, |
| 163 | Bullet Background paper on USAF NCO PME | | 1-May-1991 | 1, 4, 14, 15, 36, 58 |
| 164 | Talking paper on NCO PME Issues | | 4-Mar-1991 | 1, 4, 14, 15, 36, 58 |
| 165 | Memo: NCO PME Current Issues, concerns and Intiatives | | | 1, 4, 14, 15, 36, 58 |
| 166 | Talking Paper on NCO Academies | | 19-Oct-1993 | 1, 4, 14, 15, 36, 58 |
| 167 | SNCOA: MSgt attendence and reinstating SNCOA Correspondence course | | 27-Jun-1996 | 4,7, |
| 168 | Talking paper on Enlisted Professional Military Education | | 8-Mar-1993 | 4,7 |
| 169 | Talking Paper on ALS and NCOA | | 13-Jul-1992 | 4, 7, |
| 170 | Talking Paper on EPME 1990 thru 1995 | | 14-Feb-1995 | 1, 4, 7, 14, 15, 36, 58 |
| 171 | Taking paper on EPME | | 13-Jul-1994 | 4, 7, |
| 172 | Talking paper on EPME | | 10-Dec-1993 | 4, 7, |
| 173 | Talking paper on EPME | | 10-Dec-1993 | 4, 7, |
| 174 | Taking paper on EPME | | 10-Dec-1993 | 4, 7, |
| 175 | Talking Paper on NCO Academies | | 5-Oct-1993 | 4, 7, |
| 176 | Thank you Memo: from CSAF Fogleman to Gen Boles | | 6-Dec-1995 | 4, 16, 18, 19, 28, 46, 58 |
| 177 | Memo to CSAF Fogelman re: Distance Learning technologies in CEPME | | 6-Nov-1995 | 4, 16, 18, 19, 28, 46, 58 |
| 178 | Memo to HQ AETC from CSAF Folgelman re: MSgts into SNCOA | | 1-May-1995 | 56 |
| 179 | SNCO Corespondence Course Development | | no date | 16, |

PUBLICATIONS MATRIX

| | | | | |
|---|---|---|---|---|
| 180 | Email: re: Education Data in the PDS for enlisted members | | 2-May-1996 | 14 |
| 181 | SSS: Enlisted PME Continuum Curriculum Development w/ atchs | | 10-May-2006 | 16 |
| 182 | Memo: re: Selection procudures for MSgt Attendance to the SNCOA | | 15-Sep-1995 | 7 |
| 183 | Message: Enlisted PME Correspondence | | 1-Jun-1994 | 4, 16, 18, 19, 28, 46, 58 |
| 184 | Message: Priority Selection to NCO Academy | | 1-Nov-1998 | 7 |
| 185 | Handwritten Memo: from CMS Johnson to CMS Lokovic re: Total Force PME w. attachments- In residence PME & ANG NCOA proposals | | 28-Apr-1993 | 1, 4, 5, 7, 12, 13, 15, 18, 22, 23, 24, 46, 48, 58 |
| 186 | Position paper on NCOA Seminar Program | | 8-Feb-1993 | 18, 36, 4, 37 |
| 187 | Talking paper on the Satellite NCOA Program | | 8-Mar-1999 | 46, 48, 58 |
| 188 | Memo re: ANG Satellite NCO Academy w/ attachs, NCOA newsletter and Satallite handbook | | | 1, 4, 5, 7, 12, 13, 15, 18, 22, 23, 24, 46, 48, 58 |
| 189 | Point Paper on ANG PME Center | | 7-Apr-1993 | 1,4,5,7,8 |
| 190 | Taking Paper on Role of Special Operations within EPME | | 7-Mar-2000 | 4, 5 |
| 191 | Talking paper on ALS | | 4-Nov-1999 | 1, 4, 14, 15, 18, 36, 58 |
| 192 | Slide on NCO Development | | | 5, 14,15,22, 23, 24 |
| 193 | SNCO Academy snapshot | | | 1, 4, 14, 15, 18, 36, 58 |
| 194 | Talking paper on Status Update for Conus EPME Facilities | | 2-Jul-1999 | 5,13, 14, 18, 22, 28, 58 |
| 195 | Talking Paper on NCOA Future | | 13-Aug-1999 | 5, 22, 58 |
| 196 | Talking paper on Status Update for Conus EPME Facilities | | 2-Jul-1999 | 7, 18, 24, 28 |
| 197 | Memo for record DPPE to NURAC re: ALS curriculum hours | | 17-Apr-1991 | 16, 18 |
| 198 | Implementation of NCO Leadership Course as it existed in 1952 | | | 1, 4, 5, 14, 15 |
| 199 | Memo: Enlisted PME Update Briefing for CMSAF Workshop | | 7-Mar-1991 | 4, 12 |
| 200 | 18 Pg memo on NCOA criteria and curriculum | | | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |
| 201 | Notes: NCO Implementation 3- tier structure plan (16 pgs) | | 5-Feb-1991 | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |
| 202 | NCO PME Centers (NCOPC & NCOLS) | | 1-Feb-1991 | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |
| 203 | Action memo: PME Curriculum tasking for AU w/ AU task letter | | 17-Apr-1991 | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |
| 204 | EES Module Outline | | 17-Apr-1991 | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |
| 205 | Handwritten memo re: new curriculum and taskings17 Apr 91 | | 17-Apr-1991 | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |
| 206 | Handwritten memo to Chief Nurre re: MSgts that haven't attended NCOA | | 12-Apr-1991 | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |

PUBLICATIONS MATRIX

| | | | | |
|---|---|---|---|---|
| 207 | Memo re: ALS hours being shorteend and students live at home vice dorm | | date not legible | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |
| 208 | Handwritten note: re: Draft suggested ALS course outline 15 pgs | | 16-Apr-1991 | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |
| 209 | Action Memo re: PME Restructuring | | 15-Feb-1991 | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |
| 210 | Memo re: Proposed Reorganization of NCO PME w points to consider | | 1-Mar-1991 | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |
| 211 | Memo re: Three-Tier NCO PME system w/ atchs Curriculum and Manpower Auth worksheet 16 pgs | | 14-Mar-1991 | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |
| 212 | NCO PME Education curriculum writing/briefing evaluation instrument | | 1-Mar-1991 | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |
| 213 | 6597 STUS Inputs/updates to new NCO PME education curriculum 13 Pgs | | 20-Jan-1991 | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |
| 214 | Memo re: Proposed Reorganization of NCO PME w/ points to consider | | 1-Mar-1991 | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |
| 215 | 3-Teier Manpower NCO PME analysis | | 1-Mar-1991 | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |
| 216 | Fax re: Military Studies and AF mission organization | | 1-Mar-1991 | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |
| 217 | Fax re: Impact of implementation | | 1-Mar-1991 | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |
| 218 | Fax re: summary of proposals for curriculum frojm Det 1 at Goodfellow AFB | | 28-Feb-1991 | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |
| 219 | Fax re: Curriculum Revision (6 pgs) | | 20-Feb-2001 | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |
| 220 | Memo re: NCO PME Review Panel 3-Tier System Initiative | | 16-Jan-1991 | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |
| 221 | Memo re: thoughts Phase NCO PME | | 15-Feb-1991 | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |
| 222 | NCO PME Review/Three Tier System Comments | | 31-Jan-1991 | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |
| 223 | Memo re: PME Restructuring | | 15-Feb-1991 | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |
| 224 | Memo re: PME Restructuring | | 21-Feb-1991 | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |

PUBLICATIONS MATRIX

| | | | | |
|---|---|---|---|---|
| 225 | Action memorandum: PME Restructuring | | 15-Feb-1991 | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |
| 226 | EPME Policies, Procedures and Guidelines (PPG) w/ atchs ( 28 pgs) | | 1-Oct-1999 | 1, 4, 12, 18, 22, 58 |
| 227 | AUS1 AFI 36-2301 DRAFT | | | 16, 17, |
| 228 | Message: EPME Correspondence Courses (5 pgs) | | 1-Jun-1994 | 16, 36, 56, |
| 229 | ECI Correspondence Courses | | 1-May-1994 | 4, 5, 7 |
| 230 | SSS: Active duty Enrollment in PME Correspondence courses w Academic educ stats | | 27-May-1994 | 16, 18, 36, 56, |
| 231 | Handwritten notes re: NCO PME corres courses from MG McGinty | | 8-Jun-1994 | 4, 5, 7, 16, 18, 36, 58 |
| 232 | CMSAF Pfingston' memo concurring with elimination of corres courses 0001,0006, 0008 | | 8-Jun-2004 | 4, 5, 7, 16, 18, 36, 58 |
| 233 | Memo re: Active duty Enrollment in PME Corres Courses | | 8-Jun-2004 | 4, 5, 7, 16, 18, 36, 58 |
| 234 | Memo: AF fitness, Medical profiles, and Enlisted PME Attendance | | 11-Feb-2004 | 7 |
| 235 | Change ALS, NCO, SNCOA Attendance Requirement | | | 7 |
| 236 | Mask Completion Data for Non-resident NCO PME | | | 5 |
| 237 | Talking Paper on EPME issues | | 15-Sep-1998 | 7 |
| 238 | Talking Paper on EPME issues concerning NCOA Quota Projections | | 24-Jul-1998 | 7 |
| 239 | SSS: Program Guidance Letter for EPME requirement' | | 14-Jul-1998 | 18 |
| 240 | SSS: Enlisted PME Requirements | | 15-Jun-1998 | 7, 18, 28 |
| 241 | Memo: Enlisted PME requirements | | 1-Mar-1998 | 7, 18, 28 |
| 242 | Memo: Enlisted PME requirements AETC/ED ltr 27 May 98 | | 22-Jun-1998 | 7, 18, 28 |
| 243 | Memo re: Increasing students throughput at SNCOA | | | 7, 18, 28 |
| 244 | Talking paper on SNCOA | | 27-May-1998 | 7, 18, 28 |
| 245 | Memo re: Responses to AF/DP Questions concering CSAF EPME tasker | | 9-Oct-1998 | 7, 18, 28 |
| 246 | ANG Satellite NCO Academy powerpoint briefing w/ business card | | | 58 |
| 247 | ANG Training Center Letter to CMSAF Murray | | Dec-04 | 46, 48, 58 |
| 248 | Notes from 1999 Worldwide Commandant Conference | | Mar-99 | 1, 4, 8, 12, 13, 28 |
| 249 | Slides from 99 EPME Manager's Conference/Workshop | | Nov-99 | 1, 4, 8, 12, 13, 28 |
| 250 | Notes from EPME Review | | 7-Jul-06 | 13,14, 22, 55, 56, 58 |
| 251 | 2005 Triennial Review of Enlisted PME | | 16-May-05 | 7, 13, 14, 55, 56, 58 |
| 252 | Bullet Background paper on 2005 Review of EPME | | 27-Oct-05 | 7, 13, 14, 55, 56, 58 |
| 253 | Handwritten undated note to Bob about Program Review attached to: | | | 7, 13, 14,18, 55, 56, 58 |
| 254 | Email re: Enlisted PME Policy Changes | | 1-Feb-02 | 7, 13, 14,18, 55, 56, 58 |
| 255 | Enlisted PME Program Review | | 9-Jul-01 | 7, 13, 14,18, 55, 56, 58 |
| 256 | Enlisted PME Program Review- Policy Initiatives | | 8-Nov-01 | 7, 13, 14,18, , 55, 56, 58 |

PUBLICATIONS MATRIX

| | | | | |
|---|---|---|---|---|
| 257 | Memo to AETC/CC from HQ USAF/DP re: 2001 EPME review | | 7-Sep-01 | 7, 13, 14,18, 55, 56, 58 |
| 258 | EMPE Program Review Eglin AFB, FL Agenda and Documents | | 21-Mar-01 | 1, 4, 7, 13, 14,18, 55, 56, 58 |
| 259 | EPME Program Review- start up | | Sep-00 | 18, 55, 58 |
| 260 | Charter Command Board of Advisors Air University | | 3/1/1995/ Jan | 18, 55, 58 |
| 261 | Bullet Background Paper on NCO PME | | 1-May-91 | 12, 14, 18, 55, 58 |
| 262 | 91 Review of EPME w/ talking papers on the courses | | Aug-91 | 1, 7, 12 |
| 263 | Approval of the 1990-1991 SNCOA Curriculum | | Jun-91 | 1, 12, |
| 264 | 91 Review of EPME w/ talking papers on the courses | | 1-Aug-1991 | 1, 4, 5, 7, 12, 14, 15, 18, 22, 28, 58 |
| 265 | Approval of the 1990-1991 SNCOA Curriculum | | 1-Jun-1991 | 28, 48 |
| 266 | FY-07 ANG MOU Maj/Lt Col Promo Board | **previous versions are available for any year specified. | | 5 |
| 267 | July Letter to Airmen | | 7-Jul-2006 | 57 |
| 268 | Air University Instruction (AUI) 36-2304 | | 26-Sep-2003 | 6, 13, |
| 269 | AUI 36-2315, Student Disenrollment Procedures | | 6-May-2005 | 7 |
| 270 | CCAF, Campus Relations Policies, Procedures and Guidelines | | 1-Sep-1999 | 6, 7, 13, |
| 271 | Information Paper Subject: Potential Amendment to Eliminate Section 603 of the Senate FY 2007 NDAA Mark (Similar to Section 606 of the FY 2007 House Mark) | | 22-Jun-2006 | 53 |
| 272 | E-mail Chain: US Army Reserve Command, Subject: Focus Group | | 21-Dec-2004 | 47 |
| 273 | E-mail Chain: US Army Reserve Command, Subject: DL Training Compensation | | 30-Nov-2004 | 47 |
| 274 | E-Mail DA message Subject ALARACT 111/2006 | | 9-Jun-2006 | 15 |
| 275 | Warrant Officers-Federal Recognition and Related Personnel Actions | NGR 600-101 | 1-Oct-1996 | 3,20,24 |
| 276 | Air University Organizational Chart | | 28-Mar-2006 | 54 |
| 277 | Air Force Institute for Advanced Distributed Learning Organizational Chart | | 28-Mar-2006 | 54 |
| 278 | School for Advanced Airpower Studies Organizational Chart | | 28-Mar-2006 | 54 |
| 279 | College of Aerospae Doctrine, Research & Education Org Chart | | 28-Mar-2006 | 54 |
| 280 | Air University Library Organization Chart | | 28-Mar-2006 | 54 |
| 281 | Air Command and Staff College Organziational Chart | | 28-Mar-2006 | 54 |
| 282 | Ira C. Eaker College for Professional Development Organizational Chart | | 28-Mar-2006 | 54 |

| | | | | | |
|---|---|---|---|---|---|
| 283 | Air Force Chaplain Service Institute Organizational Chart | | 28-Mar-2006 | 54 | |
| 284 | Commanders Professional Development School Organizational Chart | | 28-Mar-2006 | 54 | |
| 285 | Air Force Human Resource Management School Org Chart | | 28-Mar-2006 | 54 | |
| 286 | International Officer School Org Chart | | 28-Mar-2006 | 54 | |
| 287 | College for Enlisted PME Org Chart | | 28-Mar-2006 | 54 | |
| 288 | Headquarters Squadron Officers College Org Chart | | 28-Mar-2006 | 54 | |
| 289 | Squadron Officers School Org Chart | | 28-Mar-2006 | 54 | |
| 290 | Air & Space Basic Course Org Chart | | 28-Mar-2006 | 54 | |
| 291 | Air War College Org Chart | | 28-Mar-2006 | 54 | |
| 292 | Air Force Officer Accessions and Training School Org Chart | | 28-Mar-2006 | 54 | |
| 293 | Air Force Reserve Officer Training Corps | | 28-Mar-2006 | 54 | |
| 294 | Document prepared by the Air Force History Office with attachments (73 pages) | | 21-Jul-2006 | 4, | |
| 295 | #2. K239.1616-1 Gen Bakers Correspondence from 1950-1953. No index and no document list available, 37 pages long.- 6 pages provided. | | | | |
| 296 | #3 K239.044-38 Squadron Officer Course a Pictorial 1952- 375 pages | | | | |
| 297 | #4 K239.01 V.1- | | | | |
| 298 | #5 K239.01 V.1- Air University History 1969-1970- Table of Contents provided. Material is 346 pages long. | | | | |
| 299 | #6 K239.01 V.3- History of Air University- 1980. List of Supporting Documents provided. Material is 456 pages long. | | | | |
| 300 | #7 K239.01 V.1.History of Air University- 1985. Table of Contents provided. Material is 347 pages long. | | | | |
| 301 | #8 K239.01 V.1=Air University History 1989-1990- Table of Contents provided. Material is 362 pages long | | | | |
| 302 | #9 K239.01 V.1- History of Air University- 1981. Table of Contents provided. Material is 331pages long. | | | | |
| 303 | #10 K239.01 V4 History of Air University- 1978. List of Supporting Documents provided. Material is 503 pages long. | | 1-Feb-1996 | | |
| 304 | #11, K239.07T - 52 Enlisted Professional Military Education- A journey Through Time. | | | | |
| 305 | #12 K239.01 V.1Air University History 1964- Table of Contents provided. Material is 800 pages long. | | | | |
| 306 | #13 & 23. K239.07C V.1- History Air Command and Staff School 1954. Table of contents provided. Material is 213 pages long. | | | | |

PUBLICATIONS MATRIX

| | | | | |
|---|---|---|---|---|
| 307 | #14 & 24. K239.161D-20 ACSC Correspondence Course April 1958. No Index or List of Supporting Documents. Material is 73 pages long. | | | |
| 308 | #15 K239.07E- History of the Extension Course Institute- 1957. Table of Contents provided. Material is 433 pages long. | | | |
| 309 | # 16 K239.01 V.1- this material was not available for Maj Rockenbach's inspection. Can only be viewed at Maxwell AFB. | | | |
| 310 | #17 K239.07C V.4 History of ACSC, Vol 4.1986-1987 Supporting document list provided. To see full publication must go to Maxwell AFB, AL. Document is 514 pages long. | | | |
| 311 | #18 168.7084-15 Col R.D. Mudd Collection- 250 pages, no index. | | | |
| 312 | #19 K239.043-20 History of ACSC 2000- Table of Contents provided. Document is 267 pages long. | | | |
| 313 | # 20 K239.07C V.1- History of ACSC 1990-1991- Supporting document list provided. Document is 91 pages long. | | | |
| 314 | # 21 K239.07C V.2 - History of ACSC 1989-1900- For Official Use Only. No index to this document. Contains AU regulations relating to ACSC, the 1990 Student Handbook. The Spouses Program regulation, etc. 637 pages of material. | | | |
| 315 | # 22 K239.07E V.1- Unit Activity Report for Extension Course Institute 1990. List of Supporting Documents provided. Material is 427 pages long. | | | |
| 316 | #25- K239.07C History of ACSC 1997-1998- Table of Contents provided. Document is 940 pages long. | | | |
| 317 | Organization of the Army | | | 54 |
| 318 | Organization of TRADOC | | | 54 |
| 319 | DCSOPS&T Organization | | | 54 |
| 320 | Welcome to Combat Logistics Supply and Support | | | 1,4,12,13,18,19,36,37,38,47,51 |
| 321 | Combat Logistics Supply and Support | | | 1,4,12,13,18,19,36,37,38,47,51 |
| 322 | Federal v. State v. Civilian status: Clark, et al. v. US | | | 53 |

PRIVILEGE LOG 22 August 2006

| Doc # | Date | Author | Recipient | Subject | Bates Stamp | Basis for Obj/priv |
|---|---|---|---|---|---|---|
| 1 | December 18, 1980 | DAJA-AL | | Legal Review of AR 140-1, Paragraph 5-4 | 0001 | WP |
| 2 | September 10, 1981 | DAJA-AL | | Legal Review of Proposal to Provide Educational Program | 0002 | WP |
| 3 | March 5, 1982 | DAJA-AL | | Legal Review of Performing Equivalent Training | 0003 | WP |
| 4 | September 26, 1986 | DAJA-AL | | Legal Review that sufficient information was not provided | 0004 | WP |
| 5 | September 3, 1987 | DAJA-AL | | Legal Review to create a student element | 0005 | WP |
| 6 | August 17, 1987 | DAJA-AL | | Legal Review of FORSCOM's Draft Implementation Plan | 0006 | WP |
| 7 | May 11, 1987 | DAJA-AL | | Legal Review of SA to Authorize Additonal IDT Training | 0007 | WP |
| 8 | May 21, 1951 | DAJA-AL | | Legal Review that Secretary of Army may promulgate regulations | 0008 | WP |
| 9 | February 21, 1996 | DAJA-AL | DAJA-ALP | Legal Review of Service Creditable for Retirement Eligibility | 0009 | WP |
| 10 | June 21, 1996 | DAJA-AL | NGB-JAG | NGR (AR) 600-200, Enlisted Personnel Management | 0010 | WP |
| 11 | December 19, 1995 | DAJA-AL | NGB-JA | NGR 600-200 Change 4 | 0011 | WP |
| 12 | October 5, 1994 | DAJA-AL | DAAR-OP | Legal Review of Professional Military Education Test Program | 0012 | WP |
| 13 | August 25, 1993 | DAJA-AL | DAJA-ALP | Legal Review AR 140-1 | 0013 | WP |
| 14 | December 18, 1991 | DAJA-AL | DAAR-PE | Legal Review Retirement Point Credit and IMA Program | 0014 | WP |
| 15 | March 6, 1959 | DAJA-AL | | Legal Review Discussing Applicable Law and Regulations | 0015 | WP |
| 16 | September 15, 1961 | DAJA-AL | | Legal Review of Perceiving No Objection | 0016 | WP |
| 17 | September 24, 1962 | DAJA-AL | | Legal Review of Discussing Basic Training Requirement | 0017 | WP |
| 18 | March 11, 1964 | DAJA-AL | | Legal Review of Inactive Duty Training Drills | 0018 | WP |
| 19 | June 19, 1964 | DAJA-AL | | Legal Review of Expenditure of Appropriated Funds | 0019 | WP |
| 20 | October 28, 1965 | DAJA-AL | | Legal Review of Determination Made in JAGA 1964/41 | 0020 | WP |
| 21 | March 7, 1968 | DAJA-AL | | Legal Review of Disallowance of Equivalent Training | 0021 | WP |
| 22 | June 26, 1975 | DAJA-AL | | Legal Review of AR 140-1 | 0022 | WP |
| 23 | August 14, 1974 | DAJA-AL | | Legal Review of Proposed Legislation | 0023 | WP |
| 24 | May 13, 1974 | DAJA-AL | | Legal Review of AR 140-1, Para 4-13 | 0024 | WP |
| 25 | October 26, 1973 | DAJA-AL | | Legal Review of DOD Dir 1215.6 | 0025 | WP |
| 26 | February 2, 1973 | DAJA-AL | | Legal Review of Reserve Officers Entitled to Subsistence Allowance | 0026 | WP |
| 27 | January 12, 1969 | DAJA-AL | | Legal Review of Entitlement to Pay | 0027 | WP |
| 28 | August 15, 1969 | DAJA-AL | | Legal Review of Entitlement to Pay | 0028 | WP |
| 29 | September 10, 1979 | DAJA-AL | | Legal Review of Proposed change 1 to AR 140-1 | 0029 | WP |
| 30 | December 23, 1977 | DAJA-AL | | Legal Review of Prposed Appendix B AR 140-111 | 0030 | WP |
| 31 | April 28, 1976 | DAJA-AL | | Legal Review of AR 140-185 | 0031 | WP |
| 32 | April 29, 1976 | DAJA-AL | | Legal Review of IAW AR 140-1 | 0032 | WP |