# EXHIBIT E

# In the United States Court of Federal Claims

No. 00-644C
(Filed: September 12, 2006)

* * * * * * * * * * * * * * * * *

**WILLIAM A. CLARK, JAMES P. DAVERN, ROBERT E. FREEBURG, WILLIE R. JOHNSON, ROBERT A. MUSTIN, JOHN DOES 1 through 4, and JANE DOES 1 through 3, individually and on behalf of others similarly situated,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**ORDER**

The court is in receipt of the parties' motion (stipulation and proposed order), filed on September 8, 2006, for a stay of discovery until after the pending 2007 National Defense Authorization Act ("NDAA") is signed into law is **GRANTED**. Accordingly, discovery in the above-captioned case is **STAYED**. The parties shall contact the court's Administrative Assistant, Diana Pérez-Kidwell, at (202) 357-6541 within two weeks of the enactment of the NDAA to schedule a status conference call to discuss the conduct of further proceedings.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge