# EXHIBIT F

# In the United States Court of Federal Claims

No. 00-644C
(Filed: August 7, 2007)

* * * * * * * * * * * * * * * * *

WILLIAM A. CLARK, JAMES P. DAVERN, ROBERT E. FREEBURG, WILLIE R. JOHNSON, ROBERT A. MUSTIN, JOHN DOES 1 through 4, and JANE DOES 1 through 3, individually and on behalf of others similarly situated,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * *

## ORDER

The court is in receipt of the parties' Joint Status Report, filed on August 3, 2007, and hereby **ORDERS** the following:

1) The stay of discovery in the above-captioned case is **LIFTED**;

2) The plaintiffs' unopposed motion for leave to file a third amended complaint is **GRANTED**, and the plaintiffs shall file a third amended complaint by **Tuesday, August 21, 2007**;

3) Written discovery shall be completed by **Monday, October 1, 2007**;

4) Deposition discovery shall be completed by **Tuesday, January 15, 2008**.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge