# EXHIBIT H

**Fahmy, Christina**

**From:** Michael, Helen
**Sent:** Wednesday, November 07, 2007 2:52 PM
**To:** .Clark Internal
**Subject:** FW: Clark: Discovery Issues
**Attachments:** Clark Gov Production missing list.xls

All: I am forwarding a copy of the e-mail I sent Doug Mickle yesterday regarding outstanding issues with respect to our last set of requests to produce. Steve, please save this to an appropriate place on the server. Thanks much. HKM

---

**From:** Michael, Helen
**Sent:** Tuesday, November 06, 2007 6:37 PM
**To:** Mickle, Douglas (CIV)
**Cc:** Dunlap, Jerrett W MAJ OTJAG
**Subject:** Clark: Discovery Issues

Dear Doug,

During our last meet and confer session, we discussed a number of outstanding document production issues relating to Plaintiffs' Second Set of Requests for Production. You acknowledged that the government had not obtained materials from state guard units that could be responsive to plaintiffs' requests. You also indicated that, if plaintiffs provided a more specific description of the documents being sought both at the state and federal level, the government would be willing to make another attempt to search for these documents.

Based on these statements and without waiver of plaintiffs' right to obtain all of the information requested in prior discovery requests, we have reviewed all of the government's production indexes in an effort to provide the requested list. At this juncture, we have identified 4 specific categories of documents as to which plaintiffs request the government to conduct an additional search.

The first category consists of the documents specified on the attached spreadsheet. These are documents that were on production indexes prepared by the government, but were not contained on the production discs or blowbacks actually produced.

The second category consists of second are documents responsive to the requests identified in footnote 1 of plaintiffs' 8-15-2006 letter. The requests listed-- 34, 35, 48, 49, 50, and 59 are requests for which defendant has indicated they were unable to find responsive documents. You have asked us to provide any additional information that may be helpful for a repeat search.

- Request 34 asks for CFETPs for the period from 1970 to the present for AFSC 2F0X1 and related documents. E attached the CFETP we have from one of our plaintiffs to the summary judgment motion. We are unclear as to

why you have been unable to locate additional versions or related documents for the relevant time period. If these are documents kept at the state level, we would ask that you try once again to obtain them.

- Request 35 concerns information given to new Guard members about training and how it relates to promotion and advancement. We have a copy of one such pamphlet from a representative, titled How to Succeed in the Guard By Really Trying that was provided to newly commissioned officers at the time he was commissioned. The government has failed to produce this document. We find it unlikely that similar documents have not been created for this purpose over the years, and would ask that you search for them again.

- Requests 48-50 are all based off of 350-1 which represents that the agencies listed are responsible for communicating with one another regarding the subjects we note in the requests. Therefore, we believe such communications exist, and ask that they be produced.

- Request 59 concerns information related to the DoD's justification for its policy and practice of refusing to pay compensation. In your most recent production, there was a 2 page briefing paper on the 2007 NDAA that included information as the DoD's basis for not compensating for completion of correspondence coursework. We are certain this is not the only such document; as we have previously told you, we have found at least one JAG presentation regarding this lawsuit and the basis for refusing to compensate. You had promised to look for other such presentations the last time we spoke. Please let us know the results of that search as soon as possible. Also, please produce any additional documents concerning the policy of noncompensation.

The third category of documents consists of regulations. The government has produced current versions of several key regulations, but not all historical versions back to 1970. This problem is compounded by the fact that regulations are often renumbered or consolidated. For example, we are aware that FM 7-0 was formerly FM 25-100. We cannot identify the predecessor regulations for each current regulation, since that information is in your custody and control. We would therefore ask that you produce all prior and predecessor versions of the following relevant regulations dating back to 1970:

The Army Correspondence Course Catalog (351-20)
FM 7-0 and FM 25-100
NGR (AR) 350-1
AR 350-1
AR 350-10
AR 351-1
NGR 600-200
AR 135-155
NGR 635-102

AR 135-175
AR 135-178
AR 135-180
AR 135-200
AR 135-205
NGR 600-100
AR 140-1
AR 135-32
NGR (AR) 680-1
AR 135-32
NGR PAM 600-3
AR 611-1

If you have produced all versions of these regulations, please confirm that the versions represented on plaintiffs' production logs constitute the complete set of prior and predecessor regulations.

It is also clear that the government has not produced numerous responsive Air Guard and Air Force Directives and Instructions. Below is a list of the regulations we have located through our own searches that are responsive to our document requests. Please provide copies of current and prior versions of these instructions and directives back to 1970, as well as any predecessor regulations:

AFI 36-2301
AFI 36-2618
ANGI 36-2502
ANGI 36-2054
ANGI 36-2503
AFI 36-2201 (all volumes)
ANGI 36-2504
NGR (AF) 35-6
ANGI 36-2002
ANGI 36-2101
ANGI 36-2301
ANGI 36-2301

Also, please search for additional responsive directives and instructions, as we lack the information to ensure the completeness of this list.

The fourth category of documents consists of the METLs and YTGs for each of the plaintiffs' Army Guard units, and the YTPs and CFETPs for each of the plaintiffs' Air Guard units, as well as any form reduction in grade orders for failure to complete training. You have produced some of these documents, but not a complete set. Please do so as soon as possible.

In addition to responding to these specific issues, Plaintiffs also request that the government supplement all of its responses, as it indicated it would "seasonably" do in its response to Plaintiffs' Second Set of Requests for Production.

As I indicated in the e-mail I sent earlier today regarding deposition issues, we would like to schedule a call to discuss these and other discovery related issues further. Please let me know whether you could do a call Thursday or Friday of this week, and also times that might work for a call next week. Thanks in advance.

Helen K. Michael
HOWREY, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 783-0800
Facsimile: (202) 318-8603

| | |
|---|---|
| Memo: readiness Priority Additional Skill Identifiers (RPASI) Inventory Targets | 24-Jul-01 |
| Separation Procedures of Reg. Reserve Comm. Officers | 9/16/1997 |
| AL NG-Officer & Warrant Officer Selective Retention | 5/22/2004 |
| Army Training Requirements and Resources System | |
| Army Training and Leader Development | 1/13/2006 |
| 10 U.S.C. 1002(a) 2005 | |
| 10 U.S.C. 12732(a)(2)(B) 2005 | |
| Uniform Reserve, Training and Retirement Catagories Admin | 12/12/2000 |
| Training and Retirement Point Credits and Unit Level Strength | 7/1/1987 |
| Declaration Command Sergeant Major (retired) McNamara | 4/22/2004 |
| Promotion of Commissioned Officers and Warrant Officers Other than General Officers | 7/13/2004 |
| Training In Units | 3/19/1993 |
| Directorate of Common Leader Training | |
| Air University 2005/2006 Course Catalogue (linked) | 7/1/2005 |
| AU - Addendum to 0506 Catalogue AWC Elective | |
| AU - Addendum to 0506 Catalogue ACSC Course Listing | |
| Air University 2003-2004 Course Catalogue (linked) | |
| AU - Addendum to 0304 Catalogue ACSC Course Listing | |
| Air University 2002-2003 Course Catalogue (linked) | |
| Air University 2001-2002 Course Catalogue | |
| Air University 2000-2001 Course Catalogue | |
| Air University 2000-2001 Course Catalogue | |
| Air University 1999-2000 Course Catalogue | |
| SSS and attachments: Propersizing on NCO Acadamy and consolidating Airman Leadership Schools | 8/28/1998 |
| Message: Year of Training Initiatives for Enlisted PME | 11/1/1992 |
| Thank You Memo: from CSAF Fogleman to Gen Boles | 12/5/1995 |
| Memo to CSAF Fogleman re: Distance Learning technologies in CEPME | 11/6/1995 |
| E-mail re: Education Data in the PDS for enlisted members | 5/2/1996 |
| SSS: Enlisted PME Continuum Curriculum Development w/ attchs | 5/10/2006 |
| Memo: re Selection procedures fo MSgt Attendance to the SNCOA | 9/15/1995 |
| Message: Enlisted PME Correspondence | 7/1/1994 |
| Message: Priority Selection to NCO Academy | 11/1/1998 |
| Handwritten Memo: from CMS Johnson to CMS Lokovic re: Total Force PME w/ attachs.- In Residence PME & ANG NCOA Proposals | 4/28/1993 |
| Position Paper on NCOA Seminar Program | 2/8/1993 |
| Talking Paper on the Satallite NCOA Program | 3/8/1999 |
| Memo re: ANG Satellite NCO Academy w/ attachs, NCOA newsletter and Satallite handbook | |
| Point Paper on ANG PME Center | 4/7/1993 |
| Talking Paper on Role of Special Operations within EPME | 3/7/2000 |
| Slide on NCO Development | |
| SNCO Academy Snapshot | |
| Talking Paper on Status Update for Conus EPME Facilities | 7/2/1999 |
| Memo for record DPPE to NURAC re: ALS curriculum hours | 4/17/1991 |
| Implementation of NCO Leadership Course as it existed in 1952 | |
| Memo: Enlisted PME Update Briefing for CMSAF Workshop | 3/7/1991 |
| 18 page Memo on NCOA Criteria and Curriculum | |

| | |
|---|---|
| Notes: NCO Implementaion 3-tier Structiure Plan (16 pgs) | 2/5/1991 |
| NCO PME Centers (NCOPC & NCOLS) | 2/1/1991 |
| EES Module Outline | 4/17/1991 |
| Handwritten Memo re: New Curriculum and Taskings | 4/17/1991 |
| Handwritten Memo to Chief Nurre re: MSgts that haven't attended NCOA | 4/12/1991 |
| Memo re: ALS hours being shortend and students live at home vice dorm | |
| Handwritten note re: Draft Suggested ALS course outline 15 pgs | 4/16/1991 |
| Action Memo re: PME Restructuring | 2/15/1991 |
| Memo re: Proposed Reorganization of NCO PME w/ points to consider | 3/1/1991 |
| Memo re: Three-Tier NCO PME system w/ attach Curriculum and Manpower Auth worksheet 16 pgs | 3/14/1991 |
| NCO PME education curriculum writing/briefing evaluation instrument | 3/1/1991 |
| 6597 STUS Inputs/updates to new NCO PME education curriculum 13 pgs | 1/20/1991 |
| Memo re: Proposed Reorganization of NCO PME w/ points to consider | 3/1/1991 |
| 3-Tier Manpower NCO PME analysis | 3/1/1991 |
| Fax re: Military Studies and AF mission organization | 3/1/1991 |
| Fax re: Impact of Implementation | 3/1/1991 |
| Fax re: summary of proposals for curriclum from Det 1 at Goodfellow AFB | 2/28/1991 |
| Fax re: Curriculum Revision (6 pgs) | 2/20/2001 |
| Memo re: NCO PME Review Panel 3-Tier System Initiative | 1/16/1991 |
| Memo re: thoughts Phase NCO PME | 2/15/1991 |
| NCO PME Review/Three Tier System Comments | 1/31/1991 |
| Memo re: PME Restucturing | 2/15/1991 |
| Memo re: PME Restucturing | 2/21/1991 |
| Action Memo: PME Restructuring | 2/15/1991 |
| EPME Policies, Procedures and Guidelines (PPG) w/ attch (28 pgs) | 10/1/1999 |
| AUS1 AFI 36-2301 DRAFT | |
| Message: EPME Correspondence Courses (5 pgs) | 6/1/1994 |
| ECI Correspondence Courses | 5/1/1994 |
| SSS: Active duty Enrollment in PME Correspondence Courses w/ Academic Educ. Stats | 5/27/1994 |
| Handwritten notes re: NCO PME Correspondence Courses from MG McGinty | 6/8/1994 |
| CMSAF Pfingston' memo concurring with elimination of Correspondence Courses 0001,0006,0008 | 6/8/2004 |
| Memo re: Active duty Enrollment in PME Correspondencs Courses | 6/8/2004 |
| Memo: AF fitness, Medical profile, and Enlisted PME Attendance | 2/11/2004 |
| Mask Completion Data for Non-resident NCO PME | |
| Talking Paper on EPME issues concerning NCOA Quota Projections | 7/24/1998 |
| SSS: Program Guidance Letter for EPME requirement | 7/14/1998 |
| SSS: Enlisted PME Requirements | 7/15/1998 |
| Memo: Enlisted PME requirements | 3/1/1998 |
| Memo: Enlisted PME requirements AETC/ED ltr 03/27/98 | 6/22/1998 |
| Memo re: increasing students throughout at SNCOA | |
| Memo re: Responses to AF/DP Questions concerning CSAF EPME tasker | 10/9/1998 |
| ANG Training Center Letter to CMSAF Murray | 4-Dec |
| Notes from 1999 Worldwide Commandant Conference | Mar-99 |
| 2005 Triennial Review of Enlisted PME | 5/16/2005 |
| Enlisted PME Program Review | 7/9/2001 |
| EPME Program Reviw- Start up | Sep-00 |

| | |
|---|---|
| 91 Review of EPME w/ talking papers on the courses | Aug-91 |
| 91 Review of EPME w/ talking papers on the courses | 8/1/1991 |
| Approval of the 1990-1991 SNCOA Curriculum | 6/1/1991 |
| FY-07 ANG MOU Maj/Lt Col Promo Board | |
| July Letter to Airmen | 7/7/2006 |
| Air University Instruction (AUI) 36-2304 | 9/26/2003 |
| AUI 36-2315, Student Disenrollment Procedures | 5/6/2005 |
| CCAF, Campus Relation Policies, Procedures and Guidelines | 9/1/1999 |
| Documents prepared by the Air Force History Office with attachments (73 pages) | 7/21/2006 |
| #14 & 24. K.239.161D-20 ACSC Correspondence Cource April 1958. No Index or List of Supporting Documents. Material is 73 pages long | |
| #16 K239.01 V.1-this material was not available for Maj. Rockenbach's inspection. Can Only be viewed at Maxwell AFB | |
| #20 K239.07C V.1 - History of ASCS 1990-1991 Supporting document list provided. Document is 91 pages long. | |