# EXHIBIT I


Pentagon Library Floor Map
Upper Level
Emergency Exit
General Collection Books
Q - UA
Reference Books
A - Z
New Books
DVD / Audio Books
Travel Books
Latest Arrivals
Reading List Books
Military Documents Reading Room
Military Documents: DoD Directives, Manuals, Handbooks, Pamphlets, Memos, ...
General Collection Books
UA - UG
Online Access
Elevator
Copier
Catalog
Information Service Area
Mil. Doc. Help Desk
General Collection Books
UG - Z
Maps
Stairway to Lower Level
Circulation Desk
General Collection Books
Reference Books
Military Documents
Staff Service Stations
Reading Areas


Pentagon Library Floor Map
Lower Level
Emergency Exit
Past Newspapers
Stars & Stripes
Title A Continues
Emergency Exit
Law Collection:
CIS Indexes, Legislative History, CFR, Congressional Record, Hearings, Reports, ...
Microfiche
Microfilm
General Collection Books
A - J
Title A Continues
Periodical Title A Starts
Staff Help Desk
VCR Station
Elevator
Title A - C
General Collection Books
K - P
Bound Periodical -- Life
Current Periodical Continues
Information Service Area
Copier
Title C - D
Indexes
Microfiche
Microfiche
Current Newspaper Periodical
Stairway to Upper Level
Catalog
Periodical Title
D - V
Title W - Z
Indexes
Books
Periodical, Newspaper, Periodical Indexes
Microfiche
Microfilm
Law Collection
Reading Area