# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of December 2007, a copy of the foregoing "Plaintiffs' Motion to Compel Discovery and Extend Discovery Deadlines," "Memorandum of Law in Support of Plaintiffs' Motion to Compel Discovery and Extend Discovery Deadlines" with supporting Exhibits and the Declaration of Christina E. Fahmy in Support of Plaintiffs' Motion to Compel Discovery and Extend Discovery Deadlines" with supporting Exhibits were served via Hand Delivery upon

Douglas K. Mickle
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
Classification Unit
8th Floor
1100 L St., N.W.
Washington, DC 20530
*Counsel for Defendant*

December 7, 2007

Steven E. Yokay