# In the United States Court of Federal Claims

**No. 00-644C**
**(Filed: December 11, 2007)**

* * * * * * * * * * * * * * * * *
*
**WILLIAM A. CLARK, JAMES P. DAVERN, ROBERT E. FREEBURG, WILLIE R. JOHNSON, ROBERT A. MUSTIN, JOHN DOES 1 through 4, and JANE DOES 1 through 3, individually and on behalf of others similarly situated,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * *

## ORDER

The court is in receipt of the plaintiffs' motion to compel discovery and to extend discovery deadlines, filed on December 7, 2007. The discovery deadlines set forth in this court's August 7, 2007 Order are hereby **STAYED** pending consideration of this motion. The government's response to the plaintiffs' motion shall be filed no later than **Friday, January 4, 2008**.

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge