# In the United States Court of Federal Claims

**No. 00-644C**
**(Filed: January 7, 2008)**

* * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **WILLIAM A. CLARK, JAMES P. DAVERN, ROBERT E. FREEBURG, WILLIE R. JOHNSON, ROBERT A. MUSTIN, JOHN DOES 1 through 4, and JANE DOES 1 through 3, individually and on behalf of others similarly situated,** | * |
| **Plaintiffs,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

* * * * * * * * * * * * * * * * * *

**O R D E R**

Plaintiffs' unopposed motion, filed December 7, 2007, for leave to file a corrected Third Amended Complaint is **GRANTED**.

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge