IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM A. CLARK, JAMES P. DAVERN, ROBERT E.FREEBURG, WILLIE R. JOHNSON, ROBERT A. MUSTIN, JOHN DOES 1 through 4, and JANE DOES 1 through 3, individually, and on behalf of all other similarly situated, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 00-644 (Judge Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**CORRECTED UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, Plaintiffs respectfully submit this unopposed motion for an enlargement of time of two (2) business days, up to and including January 15, 2008, within which to file their Reply in further support of their Motion to Compel. Plaintiffs request this brief extension owing to an unexpected illness. Plaintiffs' Counsel have discussed this motion with Defendant's counsel, and Defendant's counsel has advised that they do not oppose this request. This is the first request for an enlargement of time to file this reply brief.

For the foregoing reasons, Plaintiffs respectfully request that the Court grant this request for an enlargement of time of two (2) business days in which to file Plaintiffs Reply in support of their Motion to Compel.

Respectfully submitted,

/s/ Helen K. Michael

Helen K. Michael
HOWREY SIMON ARNOLD
& WHITE, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 783-0800
Fax: (202) 383-6610

Richard T. Dorman
CUNNINGHAM, BOUNDS, VANCE,
CROWDER, and BROWN, LLC
1601 Dauphin Street
Mobile, Alabama 36660
Tel: (334) 471-6191
Fax: (334) 479-1031

Charles J. Cooper
David Thompson
COOPER & KIRK, P.L.L.C.
555 11th Street, N.W., Suite 750
Washington, DC 20005
Tel: (202) 220-9600
Fax: (202) 220-9601

Counsel for Plaintiffs

Dated: July 27, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing "Plaintiffs' Unopposed Motion For An Enlargement Of Time To Submit Reply in Support of Motion to Compel"was filed electronically. I understand that notice of this filing will be sent to all parties by the operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Helen K. Michael
Helen K. Michael