# Exhibit 1
# to Reply Memorandum

PUBLICATIONS MATRIX

| Name of Organization/Individual Contacted | Business Affiliation and Title | Current Business Address | DOD Affiliation, Address, and title | Home address if nolonger DOD | Responsive documents provided |
|---|---|---|---|---|---|
| MAJ Jonathan Dunn | Assistant to the Commander, NG-Army Training Support Center | Bldg. 1725, 6th St, Ft. Eustis, VA 23602 | Same | NA | 2-17 |
| Todd Milliard | OTJAG - Military Law and Operations | 1777 N Kent St, 10th Floor, Rosslyn, VA 22209-2194 | Same | NA | NA |
| Marilyn Hicok | Chief, DL Support Team | Bldg. 1725, 6th St, Ft. Eustis, VA 23602 | Same | NA | 22,23,26 |
| Ralph Steinway | Training Programs Manager, Army G1 | Room 1D377, Pentagon, Washington, D.C. 20310-0300 | Same | NA | 41,274 |
| LTC Allen K Lewis | Chief, Distributed Learning, Army G3 | Room 1E141, Pentagon, Washington, D.C. 20310 | Same | NA | 49-59 |
| LTC Gary Kayser | US Army Reserve Command, G7, Individual Training Div. | 1401 Dreshler St. SW, Fort McPherson, GA 30330 | Same | NA | NA |
| William Voorhies | US Army Reserve Command, G7 (Correspondence Courses/Distance Learning) | 1401 Dreshler St. SW, Fort McPherson, GA 30330-2000 | Same | NA | 272-273 |
| William Jones | Deputy Commander, Army Training Support Center (ATSC) | 1721 Patton Ave., Ft. Eustis, VA 23604 | Same | NA | NA |
| SGM Bertram Vaughn | Department of the Army, G3 (Constructive Waiver) | 1500 Defense Pentagon, Washington, D.C. 20301-1500 | Same | NA | 42 |
| COL Eric Lindner | Office of the Assistant Secretary of Defense, Reserve Affairs | 1500 Defense Pentagon, Washington, D.C. 20301-1500 | Same | NA | NA |
| CPT Christopher Nuneviller | Office of the Command Judge Advocate, Human Resources Command | 200 Stovall Street, Room 7N69, Hoffman II, Alexandria, VA, 22332 | Same | NA | 1 |
| Mr. Dan Kohner | Office of the Secretary of Defense, Reserve Affairs (Manpower and Personnel) | 1500 Defense Pentagon, Washington, D.C. 20301-1500 | Same | NA | 271 |
| Jim Collier | Administrator, Adjutant General Officer Branch Qualification Course | Adjutant General School, Fort Jackson, SC 29207 | Same | NA | NA |
| Viola Beem | Administrator, Associate Logistics Executive Development Course; Support Operations Course | Army Logistics Management College, Fort Lee, VA 23801 | Same | NA | NA |

PUBLICATIONS MATRIX

| | | | | | |
|---|---|---|---|---|---|
| MAJ Arlena Brooks | Administrator, Automated Logistics Specialist Course; Supply Management Officer Correspondence Course | US Army Quartermaster Center and School, 1831 A Ave., Fort Lee, VA 23801 | Same | NA | NA |
| Susan Ginn | Administrator, Aviation Accident Prevention Management Course; Aviation Logistics Manager Course; Aviation Warrant Officer Advanced Course | US Army Aviation Center & Fort Rucker, Fort Rucker, AL 36362 | Same | NA | NA |
| Don Wright | Administrator, Commander's Safety Course | US Army Safety Center, Bldg. 4905 5th Ave., Fort Rucker, Al 36362-5363 | Same | NA | NA |
| Mr. Cunningham | Administrator, Hazardous Materials Handling Course | School of Military Packaging Technology, 360 Lanyard Rd., Aberdeen Pfooving Ground, MD 21005 | Same | NA | NA |
| Ms. Lee Capraro | Administrator, Infantry Officer Basic Course; Infantry Captains Career Course | US Army Infantry School, Fort Bening, GA 31905-5593 | Same | NA | NA |
| SSG Bryan Fenter | Administrator, Battalion Motor Officer Course; Maintenance Leader Course | US Army Armor Center and Fort Knox, Fort Knox, KY 40121-5000 | Same | NA | NA |
| Diane Brand | Administrator, Mechanical Maintenance NCO Course; Ordnance Officer Advanced Course | US Army Ordance Mechanical Maintenance School, Suite 227, 401 1st Street, Fort Lee, VA 23801 | Same | NA | NA |
| Colonel Wayne Woodard | State Judge Advocate-The Adjutant General of North Carolina, Office of the Staff Judge Advocate | Headquarters, State Area Command, 4105 Ready Creek Road, Raleigh North Carolina, 27607 | Same | NA | 31,32 |
| Captain Ruth Cresenzo | The Adjutant General of North Carolina, Office of the Staff Judge Advocate | Headquarters, State Area Command, 4105 Ready Creek Road, Raleigh North Carolina, 27607 | Same | NA | 31,32 |
| Lieutenant Colonel Duncan Aukland | Staff Judge Advocate-The Adjutant General of Ohio, Office of the Staff Judge Advocate | Headquarters, State Area Command, 2825 W. Dublin Granville Road, Columbus Ohio, 43235-2789 | Same | NA | 33,36 |
| Colonel Brian Morgan | Staff Judge Advocate-The Adjutant General of Alabama, Office of the Staff Judge Advocate | JFHQ-TAG-JAG, P.O. Box 3711, Montgomery Alabama, 36109-0711 | Same | NA | 24,25,40 |

PUBLICATIONS MATRIX

| | | | | | |
|---|---|---|---|---|---|
| Lieutenant Colonel C. Robert Spinelli | Staff Judge Advocate-The Adjutant General of Pennsylvania, Office of the Staff Judge Advocate Joint Forces Headquarters | Office of the Staff Judge Advocate, Joint Forces Headquarters-Pennsylvania,c/o Department of Military and Veteran's Affairs, Building 7-1, Fort Indiantown Gap, Annville Pennsylvania, 17003-5005 | Same | NA | 38,39 |
| Lieutenant Colonel John Brossart | Staff Judge Advocate, The Adjutant General of Minnesota, Office of the Staff Judge Advocate | Headquarters, Joint Forces Headquarters, Department of Military Affairs, 5th Floor, Veterans Service Building, 20 West 12th Street, St. Paul Minnesota 55155-2098 | Same | NA | 34,25,37 |
| Captain Mark M. Majors | Joint Staff Judge Advocate (AGR)-The Adjutant General of Missisippi, Office of the Staff Judge Advocate | Joint Forces Headquarters-Mississippi, JFHQ-TAG-JA, P.O. Box 5027, Jackson Mississippi 39296-5027 | Same | NA | 19,20, 21, 27,28,29,30 |
| Col Kathleen Grabowski | AF/DPDL , Chief Directorate of Airman Development and Sustainment | Room 4B684, Pentagon, Washington, DC | Same | NA | 62-67; 83-109; 111-260 |
| Dr Todd Fore | AF/A1PT Training and Education Execution | Room 5D167 Pentagon, Washington, DC | Same | NA | NA |
| Joseph McDade, SES | AF/A1D | Room 4E161, Pentagon, Washington, DC | Same | NA | NA |
| Yvonne Kinkaid | Historian, AF Historical Studies Office | AF/HRA-OL-A 3 Brookley Ave Box 94 Bolling AFB DC 20032 | Same | NA | 111 |
| Irene Pearson-Morrow | AU/CFR Air University Registrar | 60 Shumacher Ave Maxwell AFB, AL 36112-6337 | Same | NA | 69-80 |
| Carol Smith | AU/CFR Air University Registrar | 60 Shumacher Ave Maxwell AFB, AL 36112-6337 | Same | NA | NA |
| Dr. Glen Spivey | ACSC/ EA | 225 Chennault Circle, Maxwell AFB, AL 36112 | Same | NA | NA |
| Dr. Doug Savell | CEPME/CA | 550 McDonald St, Maxwell-Gunter AFB, AL 36114 | Same | NA | NA |
| Adelaide Cherry | AFIADL/CA | 50 S. Turner Blvd bldg 832, Maxwell-Gunter AFB, AL 36118-5643 | Same | NA | NA |
| Mr. George Cully | AU History Office, Director and Historian | 60 Shumacher Ave Maxwell AFB, AL 36112-6337 | Same | NA | NA |

PUBLICATIONS MATRIX

| | | | | | |
|---|---|---|---|---|---|
| Lt Col Thomas Doyon | Senior Legislative Counsel, Secretary of the Air Force Legislative Affairs Office SAF/LLP | Room 4C689, Pentagon, Washington, DC | Same | NA | NA |
| Diana Rotenbury | Procedures Policies and Enlisted Matters Reserve of the Air Force Selection Board Secretariat | 6760 E Irving Place #2000 Denver, CO 80280-2000 | Same | NA | 261 |
| Maj Francis Minogue and Mr. Charles Stubbefield | AETC Legal Office Civil Law Division | 61 Main Circle Suite 1, Randolph AFB, Texas 78150-4544 | Same | NA | NA |
| Mr. John Kongable and TSgt Tracy Bailey | AU Legal Office | 50 Lemay Plaza South, Maxwell AFB, AL 36112-6334 | Same | NA | NA |
| Mr. Leo Harman | Chief, Academic Devlopment Branch, A1/AFDLE | Room, 4B684, Pentagon, Washington, DC | Same | NA | 276-293 |
| LTC Mike Langham | Command Judge Advocate | US Army Combat Readiness Center, Fort Rucker, AL 36362 | Same | NA | NA |
| Susan Ginn | Chief, Warrior Training, | Directorate of Training and Doctrine, US Army Aviation Warfighting Center, Fort Rucker, AL 36362 | Same | NA | NA |
| Robert Carter | Deputy Director | Directorate of Training and Doctrine, US Army Aviation Warfighting Center, 4507 Andrews Avenue, Fort Rucker, AL 36362 | Same | NA | NA |
| Michelle L. Holt | Secretary General Staff | US Army Soldier Support Institute, Fort Jackson, SC 29207 | Same | NA | NA |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

PUBLICATIONS MATRIX

| Doc # | Document Name | Reg/Ins Number | Date | Request |
|---|---|---|---|---|
| 1 | Memo Subject: Readiness Priority Additional Skill Identifiers (RPASI) Inventory Targets | | 24-Jul-2001 | 47 |
| 2 | Army Correspondence Course Program (ACCP) | DA Pam. 351-20 | 1-Apr-1986 | 1,4,12,13,18,19,36,37,38,47,51 |
| 3 | Army Correspondence Course Program (ACCP) | DA Pam. 351-20 | 1-Apr-1987 | 1,4,12,13,18,19,36,37,38,47,51 |
| 4 | Army Correspondence Course Program (ACCP) | DA Pam. 351-20 | 22-Jul-1988 | 1,4,12,13,18,19,36,37,38,47,51 |
| 5 | Army Correspondence Course Program (ACCP) | DA Pam. 351-20 | 27-Apr-1990 | 1,4,12,13,18,19,36,37,38,47,51 |
| 6 | Army Correspondence Course Program (ACCP) | DA Pam. 351-20 | 1-Apr-1993 | 1,4,12,13,18,19,36,37,38,47,51 |
| 7 | Army Correspondence Course Program (ACCP) | DA Pam. 351-20 | 1-Apr-1994 | 1,4,12,13,18,19,36,37,38,47,51 |
| 8 | Army Correspondence Course Program (ACCP) | DA Pam. 351-20 | 1-Apr-1995 | 1,4,12,13,18,19,36,37,38,47,51 |
| 9 | Army Correspondence Course Program (ACCP) | DA Pam. 351-20 | 1-Oct-1996 | 1,4,12,13,18,19,36,37,38,47,51 |
| 10 | Army Correspondence Course Program (ACCP) | DA Pam. 351-20 | 1-Oct-1997 | 1,4,12,13,18,19,36,37,38,47,51 |
| 11 | Army Correspondence Course Program (ACCP) | DA Pam. 351-20 | 1-Oct-1998 | 1,4,12,13,18,19,36,37,38,47,51 |
| 12 | Army Correspondence Course Program (ACCP) | DA Pam. 351-20 | 1-Oct-1999 | 1,4,12,13,18,19,36,37,38,47,51 |
| 13 | Army Correspondence Course Program (ACCP) | DA Pam. 350-59 | 26-Oct-2001 | 1,4,12,13,18,19,36,37,38,47,51 |
| 14 | Army Correspondence Course Program (ACCP) | DA Pam. 350-59 | 1-Oct-2002 | 1,4,12,13,18,19,36,37,38,47,51 |
| 15 | Army Correspondence Course Program (ACCP) | DA Pam. 350-59 | 1-Oct-2003 | 1,4,12,13,18,19,36,37,38,47,51 |
| 16 | Army Correspondence Course Program (ACCP) | DA Pam. 350-59 | 1-Oct-2005 | 1,4,12,13,18,19,36,37,38,47,51 |
| 17 | Army Correspondence Course Program (ACCP) | DA Pam. 350-59 | 1-Oct-2006 | 1,4,12,13,18,19,36,37,38,47,51 |
| 18 | Separation Procedures of Reg. Reserve Comm. Officers | DODI 1332.40 | 16-Sep-1997 | 6,12,13 |
| 19 | 1st US Army-CG's Annual Training Guidance 2001 and 2002 | | 30-Jun-2000 | 3,18,19,20,45 |
| 20 | 1st US Army-CG's Annual Training Guidance FY 03/04 | | 30-Sep-2002 | 3,18,19,20,45 |
| 21 | Interim Change No: 102 Warrant Officer Fed Rec | NGR 600-101 | 25-Apr-1994 | 3,20,24 |
| 22 | AF Correspondence Info-Student History Query-Robert Freeburg | | 23-Nov-2004 | 6 |
| 23 | ACCP Student Status Query-William Clark | | 17-Nov-2004 | 6 |
| 24 | ALARNG METL for 151 Army Band For 1995-2002 | | | 33 |
| 25 | ALARNG METL for 711 Signal Battalion For 2002 | | | 33 |
| 26 | AF Correspondence Info-Student History Query-James Davern | | 23-Nov-2004 | 6 |
| 27 | Officer Selection & Promotion | MSARNG Reg 600-100 | 1-Dec-2001 | 3,5,14,20,40 |
| 28 | MS NG-Command Training Guidance for 2000 and 2001 | | 5-Feb-1999 | 3,18,19,20,45 |
| 29 | MS NG-Command Training Guidance for 2001 and 2002 | | 6-Oct-1999 | 3,18,19,20,45 |

PUBLICATIONS MATRIX

| | | | | |
|---|---|---|---|---|
| 30 | MS NG-Command Training Guidance for 2002 and 2003 | | 1-Sep-2000 | 3,18,19,20,45 |
| 31 | NC NG-Yearly Training Guidance for 2002 | | 31-Jul-2000 | 3,18,19,20,45 |
| 32 | NC NG-Yearly Training Guidance for 1998 | | | 3,18,19,20,45 |
| 33 | OH NG-Command Training Guidance for 01/02 | | 1-Oct-1999 | 3,18,19,20,45 |
| 34 | Qualitative Retention Program | MNARNG PAM 135-205 | 1-Jun-2004 | 3,20,45 |
| 35 | MN NG-Qualititive Retention Program | | 15-Oct-2004 | 3,20,45 |
| 36 | OH NG-Selective Retention Board Under NGR 635-102 | | 4-Feb-2000 | 3,20,21,22,24 |
| 37 | Officer Promotion & Career Management | MNNG Reg 600-100 | 6-Jun-2003 | 3,20,21,22,24 |
| 38 | Enlisted Promotions Under Enlisted Promotion Program (EPP) | TAGPA PAM 600-200 | 2-Jan-2004 | 3,18,19,20,45 |
| 39 | PA NG-The Adjutant General's Training Guidance 2002 | | 20-Jun-2001 | 3,18,19,20,45 |
| 40 | AL NG-Officer & Warrant Officer Selective Retention | | 22-May-2004 | 3,20,45 |
| 41 | Army Training Requirements and Resources System | | | 2, 7 |
| 42 | Army Training and Leader Development | AR 350-1 | 13-Jan-2006 | 2,7,8,16,17,18,19,20, 21,22,23,24,25,26,27, 29,30,31,36,37,38,39, 43,47,51,54,55,56,57, 58 |
| 43 | 10 U.S.C. § 1002(a) 2005 | | | 2 |
| 44 | 10 U.S.C. § 12732(a)(2)(B) 2005 | | | 2 |
| 45 | Uniform Reserve, Training and Retirement Catagories Admin | DODI 1215.19 | 12-Dec-2000 | 2, |
| 46 | Training and Retirement Point Credits and Unit Level Strength | AR 140-185 | 1-Jul-1987 | 2 |
| 47 | Declaration Command Sergeant Major (Retired) McNamara | | 22-Apr-2004 | 2 |
| 48 | Promotion of Commissioned Officers and Warrant Officers Other Than General Officers | AR 135-155 | 13-Jul-2004 | 2 |
| 49 | Memorandum for Reserve Component Coordination Council (RCCC) | | 10-Oct-2003 | 8,44,54 |
| 50 | Draft Memorandum Subject: Compensation for Completion of Required Training Through Distributed Learning Modes | | 10-Feb-2003 | 9,10,18 |
| 51 | Message Subject: Army Distributed Learning Policy | | 14-Feb-2006 | 8,9,16,17,18,38,44,54 |
| 52 | The Army Distributed Learning Program (TADLP) Concept of Operations (CONOPS) for the Army Training Information System (ATIS) and the Army Learning Management System (ALMS) | | 1-Jun-2006 | 8,16,17,18,38,51,54, 56 |
| 53 | Draft Reserve Component Distributed Learning Compensation Report of Alternatives and Recommendations for the Office of the Assistant Secretary of Defense for Reserve Affairs | | | 10,18,52 |

PUBLICATIONS MATRIX

| | | | | |
|---|---|---|---|---|
| 54 | Study Recommendations | | | 10,18,52 |
| 55 | Reserve Component Distributed Learning Compensation Alternatives Study | | 30-Apr-2004 | 10,18,52 |
| 56 | Reserve Component Brief-Out Meeting | | 30-Apr-2004 | 9,10,18,52 |
| 57 | Memorandum Subject: Reserve Component Distributed Learning (DL) Compensation | | 1-Jun-2004 | 9,10,18,52 |
| 58 | Information Paper Subject: RC Pay for Distance Learning | | 1-Apr-2003 | 11,18,52 |
| 59 | Message Subject: Implementation of the Army Distance Learning Program | | 4-Dec-2000 | 11,18,38,44,56,57 |
| 60 | Training In Units | AR 350-41 | 19-Mar-1993 | 30 |
| 61 | Directorate Of Common Leader Training | | | 32 |
| 62 | Memorandum Subject: Request Change in Enlisted PME Promotion Waiver Policy | | 20-Apr-2006 | 14, 39 |
| 63 | Message Subject: Updated Enlisted PME Waiver Poliy | | 1-Dec-2002 | 14, 39 |
| 64 | Memorandum Subject: Air Force Enlisted PME Metrics | | 8-Mar-2003 | 14, 39 |
| 65 | Email: Enlisted PME Waivers | | 26-Dec-2002 | 14, 39 |
| 66 | Message: Clarification of Policy on Declining Resident Enlisted PME | | 1-Dec-1995 | 14, 22 |
| 67 | College for Enlisted PME History | | 1-Dec-1997 | 13, 28 |
| 68 | Air University (AU) Organization and Mission | AF Regulation 23-52 | 23-May-1985 | 13, 28 |
| 69 | Air University 2005/2006 Course Catalogue (linked) | | 1-Jul-2005 | 36,37,38,46,57 |
| 70 | AU -Addendum to 0506 Catalogue AWC Elective | | | 36,37,38,46,57 |
| 71 | AU -Addendum to 0506 Catalogue ACSC Course Listing | | | 36,37,38,46,57 |
| 72 | Air University 2004-2005 Course Catalogue (linked) | | | 36,37,38,46,57 |
| 73 | AU - Addendum to 0405 Catalogue AWC Elective | | | 36,37,38,46,57 |
| 74 | AU - Addendum to 0405 Catalogue ACSC Course Listing | | | 36,37,38,46,57 |
| 75 | Air University 2003-2004 Course Catalogue (linked) | | | 36,37,38,46,57 |
| 76 | AU- Addendum to 0304 Catalogue ACSC Course Listing | | | 36,37,38,46,57 |
| 77 | Air University 2002-2003 Course Catalogue (linked) | | | 36,37,38,46,57 |
| 78 | Air University 2001-2002 Course Catalogue | | | 36,37,38,46,57 |
| 79 | Air University 2000-2001 Course Catalogue | | | 36,37,38,46,57 |
| 80 | Air University 1999-2000 Course Catalogue | | | 36,37,38,46,57 |
| 81 | Offier Personnel: You and Your Promotions- The AF Officer Promotion System | AF Pamphlet 36-32 | 15-Jun-1990 | 22, 35 |
| 82 | Professional Military Education for Air Force Officers: Comments and Criticisms | | 1-Jun-1991 | 4, 13, 28, 36 |

PUBLICATIONS MATRIX

| | | | | |
|---|---|---|---|---|
| 83 | Message: Detailed Results of the Enlisted Evaluation System Review | | 1-May-1995 | 18 |
| 84 | Talking Paper on Curtailing the SNCOA Correspondence Course 8 | | 9-Feb-2000 | 7, 36 |
| 85 | Position Paper on Senior NCO Academy Correspondence Course | | 30-Jan-1992 | 7, 36 |
| 86 | Message: Ative Duty Participation in Paper Based ECI Course 8 | | 1-Mar-2000 | 7, 36 |
| 87 | Letter re: new CD Rom version of Senior NCOA | | 6-Nov-1995 | 7, 36, |
| 88 | Memo re: ANG ability to attend SNCOA in residence | | 19-Nov-1992 | 7, 36, 38,46, |
| 89 | SSS: Implementation of Year of Training Enlisted PME Initiatives | | 5-Oct-1992 | 7, 36, 38, 46 |
| 90 | Letter and response re: new SNCOA correspondence course | | 1-May-1995 | 7, 36, 37, 38, 46 |
| 91 | Memorandum: MSgts to SNCOA | | 12-Apr-1995 | 7, 36, 37, 38, 46 |
| 92 | Letter: SCNOA correspodence course | | 28-Feb-2000 | 7, 36, 37, 38, 46 |
| 93 | Message: Implementation Instructions for USAf Senior NCO Academy | | 1-May-1996 | 7, 36, 37, 38, 46 |
| 94 | King Paper on Disconitnuing Active Duty Enrollment in ECI Course 0008 | | | 7, 36 |
| 95 | Educational Program compared to a traditional in-residence program Vol I | | 1-Sep-1995 | 36 |
| 96 | Effects of Student Achievement and Attitudes of a Distance Learning Seminar Educational Program compared to a traditional in-residence program Vol II | | 1-Sep-1995 | 36 |
| 97 | Noncommissioned Officer Professional Military Education | AF Reg 53-39 | 7-Nov-1983 | 1,4,5,6,7,13,14,15,18,22,23,55,56,58 |
| 98 | SSS and attachments: proper sizing of NCO Academy and consolidating Airman Leadership Schools | | 28-Aug-1998 | 4, 13, 14, 15, 18, 22, 23, 28, 36, 37, 55, 58 |
| 99 | Enlisted PME from a total force perspective- Action Memorandum | | 11-May-1993 | 18, 46 |
| 100 | Enlisted PME from a total force perspective- Action Memorandum | | 14-May-1993 | 18, 46 |
| 101 | Enlisted PME from a total force perspective- Action Memorandum | | 4-May-1993 | 18, 46 |
| 102 | Enlisted PME from a total force perspective- Action Memorandum | | 20-May-1993 | 18, 46 |
| 103 | and Active Duty Enlisted PME Attendance Eligibility | | 22-Jul-1993 | 7, 14, 15 |
| 104 | Interim Policy- NCO and SNCO Academy Student Selection | | 20-Sep-1991 | 7, 14, 15 |
| 105 | Message: Year of Training Initiatives for Enlisted PME | | 1-Nov-1992 | 4,7,14, 15, 36 |
| 106 | USAf Enlisted Professional Military Education Procedural Guidance | | 1-Feb-2005 | 7, 13, 28 |
| 107 | Enlisted Military Education Review Council Working Group Minutes | | 2-Mar-2006 | 9 |
| 108 | Talking Paper on the Extension Course Institute (ECI) | | 7-Jan-1992 | 4,7, 13, 28 |
| 109 | Course Outlines: Educational Programs Cadre | | 3-Oct-1995 | 1, 4, 8, 13, 28 |

PUBLICATIONS MATRIX

| | | | | |
|---|---|---|---|---|
| 110 | Search Results: Abstracts from Air Force History Studies Office database of keywords:History of ACSC, SOS, or Air Univeristy, and Air Force Specialty Codes | | 12-Jul-2006 | 4, 5, 13 |
| 111 | Briefing Slides: NCO Professional Military Education | | | 4 |
| 112 | Establishment of Enlisted Professional Military Education Policy Working Group (Joint Education) | | 5-Mar-2004 | 8 |
| 113 | Talking Paper on NCO Professional Military Education | | 16-Sep-1988 | 1, 4, 5, 7, 13, 15, 18, 22 |
| 114 | Talking Paper on Senior NCO Academy | | 26-Jul-1996 | 1, 4, 5, 7, 13, 15, 18, 22 |
| 115 | Talking paper on Enlisted Professional Military Education | | 8-Dec-1997 | 1, 4, 5, 7, 13, 15, 18, 22 |
| 116 | Talking Paper on Senior NCO Academy | | 7-Nov-1996 | 1, 4, 5, 7, 13, 15, 18, 22 |
| 117 | Talking Paper on Senior NCO Academy | | 4-Sep-1996 | 1, 4, 5, 7, 13, 15, 18, 22 |
| 118 | Talking Paper on Senior NCO Academy | | 28-Aug-1996 | 1, 4, 5, 7, 13, 15, 18, 22 |
| 119 | Talking Paper on Professional Military Education | | 28-Oct-1996 | 1, 4, 5, 7, 13, 15, 18, 22 |
| 120 | Talking Paper on Senior NCO Academy Update | | 28-Aug-1996 | 1, 4, 5, 7, 13, 15, 18, 22 |
| 121 | Talking Paper on USAFE Professional Military Education | | 7-Jun-1996 | 1, 4, 5, 7, 13, 15, 18, 22 |
| 122 | Talking paper on Enlisted Professional Military Education | | 13-Jul-1994 | 1, 4, 5, 7, 13, 15, 18, 22 |
| 123 | Background Paper on Senior NCO Academy | | 26-May-1995 | 1, 4, 5, 7, 13, 15, 18, 22 |
| 124 | Background Paper on Enlisted Professional Military Education | | 12-May-1995 | 1, 4, 5, 7, 13, 15, 18, 22 |
| 125 | Talking paper on Enlisted Professional Military Education | | 14-Feb-1995 | 1, 4, 5, 7, 13, 15, 18, 22 |
| 126 | Talking Paper on Airman Leadership School | | 30-Jan-1997 | 22 |
| 127 | Talking Paper on Noncommissioned Officer Academy | | 30-Jan-1997 | 1, 4, 5, 7, 13, 15, 18, 22 |
| 128 | Talking Paper on Senior Noncommissioned Officer Academy | | 30-Jan-1997 | 1, 4, 5, 7, 13, 15, 18, 22 |
| 129 | SSS: Package DPDE01 Enlisted PME Program Review | | 23-Jul-2001 | 4, 7, 14,18, 28, 58 |
| 130 | SSS: EPME Program Review | | 9-Jul-2001 | 4, 7, 14,18, 28, 58 |
| 131 | Distribution of class seats | | | 7 |
| 132 | Senior NCOA Quota Management flowchart (E-8 selections) | | | 7 |
| 133 | Senior NCOA Quota Management flowchart (E-6 & E-7 selections) | | | 7 |
| 134 | Talking paper on Importance of Career Advisors | | 22-Mar-2000 | 4, 22 |
| 135 | EPME Staffing Selection criteria for MSgts to attend resident SNCOA | | 4-Jan-1996 | 14, 15, 36, 58 |
| 136 | Bullet Background Paper on Development of Program /Future Projections for conus NCOA quotas | | 5-Mar-1999 | 1, 4, 14, 15, 36, 58 |
| 137 | Talking paper on EPME funding | | 20-Apr-1999 | 1, 4, 14, 15, 36, 58 |
| 138 | Talking paper on PACAF EPME Funding concerns | | 20-Apr-1999 | 1, 4, 14, 15, 36, 58 |
| 139 | Talking paper on EPME Programs | | 10-Oct-2003 | 1, 4, 14, 15, 36, 58 |
| 140 | Civilian participation in EPME | | 27-Jul-1998 | 1, 4, 14, 15, 36, 58 |
| 141 | Talking Paper on EPME | | 19-Jan-1999 | 1, 4, 14, 15, 36, 58 |
| 142 | Talking Paper on conus Challenges Concerning NCO Academies | | 17-Sep-1998 | 1, 4, 14, 15, 36, 58 |

PUBLICATIONS MATRIX

| | | | | |
|---|---|---|---|---|
| 143 | Talking paper on Future Outlook for EPME | | 11-Feb-1999 | 1, 4, 14, 15, 36, 58 |
| 144 | Talking Paper on EPME Basing Plan | | 1-Feb-1999 | 1, 4, 14, 15, 36, 58 |
| 145 | Talking paper on EPME Education Funding | | 1-Feb-1999 | 1, 4, 14, 15, 36, 58 |
| 146 | Talking paper on PACAF EPME Funding concerns | | 1-Feb-1999 | 1, 4, 14, 15, 36, 58 |
| 147 | Talking paper on NCO Academy Future | | 2-Apr-1999 | 4 |
| 148 | Talking paper on NCOA | | 13-Mar-1999 | 1, 4, 14, 15, 36, 58 |
| 149 | Talking paper on Satellite NCOA Program | | 8-Mar-1999 | 7, 46, 48, 58 |
| 150 | Talking paper on PACA EPME funding concerns | | 23-Aug-1999 | 1, 4, 14, 15, 36, 58 |
| 151 | Talking paper on NCO Academy Future | | 13-Aug-1999 | 4 |
| 152 | Tallking paper on Status Update for Conus Enlisted PME Facilities | | 12-Aug-1999 | 5,13, 14, 18, 22, 28, 58 |
| 153 | Slide Presentation: Air Force EPME | | | 1, 4, 14, 15, 36, 58 |
| 154 | Talking Paper on Airman Leadership School (ALS) | | 4-Nov-1999 | 1, 4, 14, 15, 36, 58 |
| 155 | Slide Presentation: ALS Snapshot | | | 1, 4, 14, 15, 36, 58 |
| 156 | Talking paper on NCOA | | 4-Nov-1999 | 1, 4, 14, 15, 36, 58 |
| 157 | Slide Presentation: NCOA Snapshot | | | 1, 4, 14, 15, 36, 58 |
| 158 | Talking Paper on SNCOA | | 2-Nov-1999 | 1, 4, 14, 15, 36, 58 |
| 159 | Slide Presentation: SNCOA Snapshot | | | 1, 4, 14, 15, 36, 58 |
| 160 | Background paper on ALS | | 30-Jan-1992 | 1, 4, 14, 15, 36, 58 |
| 161 | Background paper on changes in NCO PME | | 30-Jan-1992 | 1, 4, 14, 15, 36, 58 |
| 162 | Position Paper on SSgt/TSgt Eligibility for Inresidence NCOA | | 30-Jan-1992 | 4,7, |
| 163 | Bullet Background paper on USAF NCO PME | | 1-May-1991 | 1, 4, 14, 15, 36, 58 |
| 164 | Talking paper on NCO PME Issues | | 4-Mar-1991 | 1, 4, 14, 15, 36, 58 |
| 165 | Memo: NCO PME Current issues, concerns and intiatives | | | 1, 4, 14, 15, 36, 58 |
| 166 | Talking Paper on NCO Academies | | 19-Oct-1993 | 1, 4, 14, 15, 36, 58 |
| 167 | SNCOA: MSgt attendence and reinstating SNCOA Correspondence course | | 27-Jun-1996 | 4,7, |
| 168 | Talking paper on Enlisted Professional Military Education | | 8-Mar-1993 | 4,7 |
| 169 | Talking Paper on ALS and NCOA | | 13-Jul-1992 | 4, 7, |
| 170 | Talking Paper on EPME 1990 thru 1995 | | 14-Feb-1995 | 1, 4, 7, 14, 15, 36, 58 |
| 171 | Taking paper on EPME | | 13-Jul-1994 | 4, 7, |
| 172 | Talking paper on EPME | | 10-Dec-1993 | 4, 7, |
| 173 | Talking paper on EPME | | 10-Dec-1993 | 4, 7, |
| 174 | Taking paper on EPME | | 10-Dec-1993 | 4, 7, |
| 175 | Talking Paper on NCO Academies | | 5-Oct-1993 | 4, 7, |
| 176 | Thank you Memo: from CSAF Fogleman to Gen Boles | | 6-Dec-1995 | 4, 16, 18, 19, 28, 46, 58 |
| 177 | Memo to CSAF Fogelman re: Distance Learning technologies in CEPME | | 6-Nov-1995 | 4, 16, 18, 19, 28, 46, 58 |
| 178 | Memo to HQ AETC from CSAF Folgelman re: MSgts into SNCOA | | 1-May-1995 | 56 |
| 179 | SNCO Corespondence Course Development | | no date | 16, |

PUBLICATIONS MATRIX

| | | | | |
|---|---|---|---|---|
| 180 | Email: re: Education Data in the PDS for enlisted members | | 2-May-1996 | 14 |
| 181 | SSS: Enlisted PME Continuum Curriculum Development w/ atchs | | 10-May-2006 | 16 |
| 182 | Memo: re: Selection procudures for MSgt Attendance to the SNCOA | | 15-Sep-1995 | 7 |
| 183 | Message: Enlisted PME Correspondence | | 1-Jun-1994 | 4, 16, 18, 19, 28, 46, 58 |
| 184 | Message: Priority Selection to NCO Academy | | 1-Nov-1998 | 7 |
| 185 | Handwritten Memo: from CMS Johnson to CMS Lokovic re: Total Force PME w. attachments- In residence PME & ANG NCOA proposals | | 28-Apr-1993 | 1, 4, 5, 7, 12, 13, 15, 18, 22, 23, 24, 46, 48, 58 |
| 186 | Position paper on NCOA Seminar Program | | 8-Feb-1993 | 18, 36, 4, 37 |
| 187 | Talking paper on the Satellite NCOA Program | | 8-Mar-1999 | 46, 48, 58 |
| 188 | Memo re: ANG Satellite NCO Academy w/ attachs, NCOA newsletter and Satallite handbook | | | 1, 4, 5, 7, 12, 13, 15, 18, 22, 23, 24, 46, 48, 58 |
| 189 | Point Paper on ANG PME Center | | 7-Apr-1993 | 1,4,5,7,8 |
| 190 | Taking Paper on Role of Special Operations within EPME | | 7-Mar-2000 | 4, 5 |
| 191 | Talking paper on ALS | | 4-Nov-1999 | 1, 4, 14, 15, 18, 36, 58 |
| 192 | Slide on NCO Development | | | 5, 14,15,22, 23, 24 |
| 193 | SNCO Academy snapshot | | | 1, 4, 14, 15, 18, 36, 58 |
| 194 | Talking paper on Status Update for Conus EPME Facilities | | 2-Jul-1999 | 5,13, 14, 18, 22, 28, 58 |
| 195 | Talking Paper on NCOA Future | | 13-Aug-1999 | 5, 22, 58 |
| 196 | Talking paper on Status Update for Conus EPME Facilities | | 2-Jul-1999 | 7, 18, 24, 28 |
| 197 | Memo for record DPPE to NURAC re: ALS curriculum hours | | 17-Apr-1991 | 16, 18 |
| 198 | Implementation of NCO Leadership Course as it existed in 1952 | | | 1, 4, 5, 14, 15 |
| 199 | Memo: Enlisted PME Update Briefing for CMSAF Workshop | | 7-Mar-1991 | 4, 12 |
| 200 | 18 Pg memo on NCOA criteria and curriculum | | | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |
| 201 | Notes: NCO Implementation 3- tier structure plan (16 pgs) | | 5-Feb-1991 | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |
| 202 | NCO PME Centers (NCOPC & NCOLS) | | 1-Feb-1991 | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |
| 203 | Action memo: PME Curriculum tasking for AU w/ AU task letter | | 17-Apr-1991 | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |
| 204 | EES Module Outline | | 17-Apr-1991 | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |
| 205 | Handwritten memo re: new curriculum and taskings17 Apr 91 | | 17-Apr-1991 | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |
| 206 | Handwritten memo to Chief Nurre re: MSgts that haven't attended NCOA | | 12-Apr-1991 | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |

PUBLICATIONS MATRIX

| | | | | |
|---|---|---|---|---|
| 207 | Memo re: ALS hours being shorteend and students live at home vice dorm | | date not legible | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |
| 208 | Handwritten note: re: Draft suggested ALS course outline 15 pgs | | 16-Apr-1991 | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |
| 209 | Action Memo re: PME Restructuring | | 15-Feb-1991 | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |
| 210 | Memo re: Proposed Reorganization of NCO PME w points to consider | | 1-Mar-1991 | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |
| 211 | Memo re: Three-Tier NCO PME system w/ atchs Curriculum and Manpower Auth worksheet 16 pgs | | 14-Mar-1991 | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |
| 212 | NCO PME Education curriculum writing/briefing evaluation instrument | | 1-Mar-1991 | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |
| 213 | 6597 STUS Inputs/updates to new NCO PME education curriculum 13 Pgs | | 20-Jan-1991 | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |
| 214 | Memo re: Proposed Reorganization of NCO PME w/ points to consider | | 1-Mar-1991 | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |
| 215 | 3-Teier Manpower NCO PME analysis | | 1-Mar-1991 | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |
| 216 | Fax re: Military Studies and AF mission organization | | 1-Mar-1991 | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |
| 217 | Fax re: Impact of implementation | | 1-Mar-1991 | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |
| 218 | Fax re: summary of proposals for curriculum frojm Det 1 at Goodfellow AFB | | 28-Feb-1991 | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |
| 219 | Fax re: Curriculum Revision (6 pgs) | | 20-Feb-2001 | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |
| 220 | Memo re: NCO PME Review Panel 3-Tier System Initiative | | 16-Jan-1991 | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |
| 221 | Memo re: thoughts Phase NCO PME | | 15-Feb-1991 | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |
| 222 | NCO PME Review/Three Tier System Comments | | 31-Jan-1991 | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |
| 223 | Memo re: PME Restructuring | | 15-Feb-1991 | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |
| 224 | Memo re: PME Restructuring | | 21-Feb-1991 | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |

PUBLICATIONS MATRIX

| | | | | |
|---|---|---|---|---|
| 225 | Action memorandum: PME Restructuring | | 15-Feb-1991 | 1, 4, 5, 12, 14, 15, 18, 22, 28, 58 |
| 226 | EPME Policies, Procedures and Guidelines (PPG) w/ atchs ( 28 pgs) | | 1-Oct-1999 | 1, 4, 12, 18, 22, 58 |
| 227 | AUS1 AFI 36-2301 DRAFT | | | 16, 17, |
| 228 | Message: EPME Correspondence Courses (5 pgs) | | 1-Jun-1994 | 16, 36, 56, |
| 229 | ECI Correspondence Courses | | 1-May-1994 | 4, 5, 7 |
| 230 | SSS: Active duty Enrollment in PME Correspondence courses w Academic educ stats | | 27-May-1994 | 16, 18, 36, 56, |
| 231 | Handwritten notes re: NCO PME corres courses from MG McGinty | | 8-Jun-1994 | 4, 5, 7, 16, 18, 36, 58 |
| 232 | CMSAF Pfingston' memo concurring with elimination of corres courses 0001,0006, 0008 | | 8-Jun-2004 | 4, 5, 7, 16, 18, 36, 58 |
| 233 | Memo re: Active duty Enrollment in PME Corres Courses | | 8-Jun-2004 | 4, 5, 7, 16, 18, 36, 58 |
| 234 | Memo: AF fitness, Medical profiles, and Enlisted PME Attendance | | 11-Feb-2004 | 7 |
| 235 | Change ALS, NCO, SNCOA Attendance Requirement | | | 7 |
| 236 | Mask Completion Data for Non-resident NCO PME | | | 5 |
| 237 | Talking Paper on EPME issues | | 15-Sep-1998 | 7 |
| 238 | Talking Paper on EPME issues concerning NCOA Quota Projections | | 24-Jul-1998 | 7 |
| 239 | SSS: Program Guidance Letter for EPME requirement' | | 14-Jul-1998 | 18 |
| 240 | SSS: Enlisted PME Requirements | | 15-Jun-1998 | 7, 18, 28 |
| 241 | Memo: Enlisted PME requirements | | 1-Mar-1998 | 7, 18, 28 |
| 242 | Memo: Enlisted PME requirements AETC/ED ltr 27 May 98 | | 22-Jun-1998 | 7, 18, 28 |
| 243 | Memo re: increasing students throughput at SNCOA | | | 7, 18, 28 |
| 244 | Talking paper on SNCOA | | 27-May-1998 | 7, 18, 28 |
| 245 | Memo re: Responses to AF/DP Questions concering CSAF EPME tasker | | 9-Oct-1998 | 7, 18, 28 |
| 246 | ANG Satellite NCO Academy powerpoint briefing w/ business card | | | 58 |
| 247 | ANG Training Center Letter to CMSAF Murray | | Dec-04 | 46, 48, 58 |
| 248 | Notes from 1999 Worldwide Commandant Conference | | Mar-99 | 1, 4, 8, 12, 13, 28 |
| 249 | Slides from 99 EPME Manager's Conference/Workshop | | Nov-99 | 1, 4, 8, 12, 13, 28 |
| 250 | Notes from EPME Review | | 7-Jul-06 | 13,14, 22, 55, 56, 58 |
| 251 | 2005 Triennial Review of Enlisted PME | | 16-May-05 | 7, 13, 14, 55, 56, 58 |
| 252 | Bullet Background paper on 2005 Review of EPME | | 27-Oct-05 | 7, 13, 14, 55, 56, 58 |
| 253 | Handwritten undated note to Bob about Program Review attached to: | | | 7, 13, 14,18, 55, 56, 58 |
| 254 | Email re: Enlisted PME Policy Changes | | 1-Feb-02 | 7, 13, 14,18, 55, 56, 58 |
| 255 | Enlisted PME Program Review | | 9-Jul-01 | 7, 13, 14,18, 55, 56, 58 |
| 256 | Enlisted PME Program Review- Policy Initiatives | | 8-Nov-01 | 7, 13, 14,18, , 55, 56, 58 |

PUBLICATIONS MATRIX

| | | | | |
|---|---|---|---|---|
| 257 | Memo to AETC/CC from HQ USAF/DP re: 2001 EPME review | | 7-Sep-01 | 7, 13, 14,18, 55, 56, 58 |
| 258 | EMPE Program Review Eglin AFB, FL Agenda and Documents | | 21-Mar-01 | 1, 4, 7, 13, 14,18, 55, 56, 58 |
| 259 | EPME Program Review- start up | | Sep-00 | 18, 55, 58 |
| 260 | Charter Command Board of Advisors Air University | | 3/1/1995/ Jan | 18, 55, 58 |
| 261 | Bullet Background Paper on NCO PME | | 1-May-91 | 12, 14, 18, 55, 58 |
| 262 | 91 Review of EPME w/ talking papers on the courses | | Aug-91 | 1, 7, 12 |
| 263 | Approval of the 1990-1991 SNCOA Curriculum | | Jun-91 | 1, 12, |
| 264 | 91 Review of EPME w/ talking papers on the courses | | 1-Aug-1991 | 1, 4, 5, 7, 12, 14, 15, 18, 22, 28, 58 |
| 265 | Approval of the 1990-1991 SNCOA Curriculum | | 1-Jun-1991 | 28, 48 |
| 266 | FY-07 ANG MOU Maj/Lt Col Promo Board | **previous versions are available for any year specified. | | 5 |
| 267 | July Letter to Airmen | | 7-Jul-2006 | 57 |
| 268 | Air University Instruction (AUI) 36-2304 | | 26-Sep-2003 | 6, 13, |
| 269 | AUI 36-2315, Student Disenrollment Procedures | | 6-May-2005 | 7 |
| 270 | CCAF, Campus Relations Policies, Procedures and Guidelines | | 1-Sep-1999 | 6, 7, 13, |
| 271 | Information Paper Subject: Potential Amendment to Eliminate Section 603 of the Senate FY 2007 NDAA Mark (Similar to Section 606 of the FY 2007 House Mark) | | 22-Jun-2006 | 53 |
| 272 | E-mail Chain: US Army Reserve Command, Subject: Focus Group | | 21-Dec-2004 | 47 |
| 273 | E-mail Chain: US Army Reserve Command, Subject: DL Training Compensation | | 30-Nov-2004 | 47 |
| 274 | E-Mail DA message Subject ALARACT 111/2006 | | 9-Jun-2006 | 15 |
| 275 | Warrant Officers-Federal Recognition and Related Personnel Actions | NGR 600-101 | 1-Oct-1996 | 3,20,24 |
| 276 | Air University Organizational Chart | | 28-Mar-2006 | 54 |
| 277 | Air Force Institute for Advanced Distributed Learning Organizational Chart | | 28-Mar-2006 | 54 |
| 278 | School for Advanced Airpower Studies Organizational Chart | | 28-Mar-2006 | 54 |
| 279 | College of Aerospae Doctrine, Research & Education Org Chart | | 28-Mar-2006 | 54 |
| 280 | Air University Library Organization Chart | | 28-Mar-2006 | 54 |
| 281 | Air Command and Staff College Organziational Chart | | 28-Mar-2006 | 54 |
| 282 | Ira C. Eaker College for Professional Development Organizational Chart | | 28-Mar-2006 | 54 |

PUBLICATIONS MATRIX

| | | | | |
|---|---|---|---|---|
| 283 | Air Force Chaplain Service Institute Organizational Chart | | 28-Mar-2006 | 54 |
| 284 | Commanders Professional Development School Organizational Chart | | 28-Mar-2006 | 54 |
| 285 | Air Force Human Resource Management School Org Chart | | 28-Mar-2006 | 54 |
| 286 | International Officer School Org Chart | | 28-Mar-2006 | 54 |
| 287 | College for Enlisted PME Org Chart | | 28-Mar-2006 | 54 |
| 288 | Headquarters Squadron Officers College Org Chart | | 28-Mar-2006 | 54 |
| 289 | Squadron Officers School Org Chart | | 28-Mar-2006 | 54 |
| 290 | Air & Space Basic Course Org Chart | | 28-Mar-2006 | 54 |
| 291 | Air War College Org Chart | | 28-Mar-2006 | 54 |
| 292 | Air Force Officer Accessions and Training School Org Chart | | 28-Mar-2006 | 54 |
| 293 | Air Force Reserve Officer Training Corps | | 28-Mar-2006 | 54 |
| 294 | Document prepared by the Air Force History Office with attachments (73 pages) | | 21-Jul-2006 | 4, |
| 295 | #2. K239.1616-1 Gen Bakers Correspondence from 1950-1953. No index and no document list available, 37 pages long.- 6 pages provided. | | | |
| 296 | #3 K239.044-38 Squadron Officer Course a Pictorial 1952- 375 pages | | | |
| 297 | #4 K239.01 V.1- | | | |
| 298 | #5 K239.01 V.1- Air University History 1969-1970- Table of Contents provided. Material is 346 pages long. | | | |
| 299 | #6 K239.01 V.3- History of Air University- 1980. List of Supporting Documents provided. Material is 456 pages long. | | | |
| 300 | #7 K239.01 V.1.History of Air University- 1985. Table of Contents provided. Material is 347 pages long. | | | |
| 301 | #8 K239.01 V.1=Air University History 1989-1990- Table of Contents provided. Material is 362 pages long | | | |
| 302 | #9 K239.01 V.1- History of Air University- 1981. Table of Contents provided. Material is 331pages long. | | | |
| 303 | #10 K239.01 V4 History of Air University- 1978. List of Supporting Documents provided. Material is 503 pages long. | | 1-Feb-1996 | |
| 304 | #11, K239.07T - 52 Enlisted Professional Military Education- A journey Through Time. | | | |
| 305 | #12 K239.01 V.1Air University History 1964- Table of Contents provided. Material is 800 pages long. | | | |
| 306 | #13 & 23. K239.07C V.1- History Air Command and Staff School 1954. Table of contents provided. Material is 213 pages long. | | | |

PUBLICATIONS MATRIX

| | | | | |
|---|---|---|---|---|
| 307 | #14 & 24. K239.161D-20 ACSC Correspondence Course April 1958. No Index or List of Supporting Documents. Material is 73 pages long. | | | |
| 308 | #15 K239.07E- History of the Extension Course Institute- 1957. Table of Contents provided. Material is 433 pages long. | | | |
| 309 | # 16 K239.01 V.1- this material was not available for Maj Rockenbach's inspection. Can only be viewed at Maxwell AFB. | | | |
| 310 | #17 K239.07C V.4 History of ACSC, Vol 4.1986-1987 Supporting document list provided. To see full publication must go to Maxwell AFB, AL. Document is 514 pages long. | | | |
| 311 | #18 168.7084-15 Col R.D. Mudd Collection- 250 pages, no index. | | | |
| 312 | #19 K239.043-20 History of ACSC 2000- Table of Contents provided. Document is 267 pages long. | | | |
| 313 | # 20 K239.07C V.1- History of ACSC 1990-1991- Supporting document list provided. Document is 91 pages long. | | | |
| 314 | # 21 K239.07C V.2 - History of ACSC 1989-1900- For Official Use Only. No index to this document. Contains AU regulations relating to ACSC, the 1990 Student Handbook. The Spouses Program regulation, etc. 637 pages of material. | | | |
| 315 | # 22 K239.07E V.1- Unit Activity Report for Extension Course Institute 1990. List of Supporting Documents provided. Material is 427 pages long. | | | |
| 316 | #25- K239.07C History of ACSC 1997-1998- Table of Contents provided. Document is 940 pages long. | | | |
| 317 | Organization of the Army | | | 54 |
| 318 | Organization of TRADOC | | | 54 |
| 319 | DCSOPS&T Organization | | | 54 |
| 320 | Welcome to Combat Logistics Supply and Support | | | 1,4,12,13,18,19,36,37,38,47,51 |
| 321 | Combat Logistics Supply and Support | | | 1,4,12,13,18,19,36,37,38,47,51 |
| 322 | Federal v. State v. Civilian status: Clark, et al. v. US | | | 53 |

PRIVILEGE LOG 22 August 2006

| Doc # | Date | Author | Recipient | Subject | Bates Stamp | Basis for Obj/priv |
|---|---|---|---|---|---|---|
| 1 | December 18, 1980 | DAJA-AL | | Legal Review of AR 140-1, Paragraph 5-4 | 0001 | WP |
| 2 | September 10, 1981 | DAJA-AL | | Legal Review of Proposal to Provide Educational Program | 0002 | WP |
| 3 | March 5, 1982 | DAJA-AL | | Legal Review of Performing Equivalent Training | 0003 | WP |
| 4 | September 26, 1986 | DAJA-AL | | Legal Review that sufficient information was not provided | 0004 | WP |
| 5 | September 3, 1987 | DAJA-AL | | Legal Review to create a student element | 0005 | WP |
| 6 | August 17, 1987 | DAJA-AL | | Legal Review of FORSCOM's Draft Implementation Plan | 0006 | WP |
| 7 | May 11, 1987 | DAJA-AL | | Legal Review of SA to Authorize Additonal IDT Training | 0007 | WP |
| 8 | May 21, 1951 | DAJA-AL | | Legal Review that Secretary of Army may promulgate regulations | 0008 | WP |
| 9 | February 21, 1996 | DAJA-AL | DAJA-ALP | Legal Review of Service Creditable for Retirement Eligibility | 0009 | WP |
| 10 | June 21, 1996 | DAJA-AL | NGB-JAG | NGR (AR) 600-200, Enlisted Personnel Management | 0010 | WP |
| 11 | December 19, 1995 | DAJA-AL | NGB-JA | NGR 600-200 Change 4 | 0011 | WP |
| 12 | October 5, 1994 | DAJA-AL | DAAR-OP | Legal Review of Professional Military Education Test Program | 0012 | WP |
| 13 | August 25, 1993 | DAJA-AL | DAJA-ALP | Legal Review AR 140-1 | 0013 | WP |
| 14 | December 18, 1991 | DAJA-AL | DAAR-PE | Legal Review Retirement Point Credit and IMA Program | 0014 | WP |
| 15 | March 6, 1959 | DAJA-AL | | Legal Review Discussing Applicable Law and Regulations | 0015 | WP |
| 16 | September 15, 1961 | DAJA-AL | | Legal Review of Perceiving No Objection | 0016 | WP |
| 17 | September 24, 1962 | DAJA-AL | | Legal Review of Discussing Basic Training Requirement | 0017 | WP |
| 18 | March 11, 1964 | DAJA-AL | | Legal Review of Inactive Duty Training Drills | 0018 | WP |
| 19 | June 19, 1964 | DAJA-AL | | Legal Review of Expenditure of Appropriated Funds | 0019 | WP |
| 20 | October 28, 1965 | DAJA-AL | | Legal Review of Determination Made in JAGA 1964/41 | 0020 | WP |
| 21 | March 7, 1968 | DAJA-AL | | Legal Review of Disallowance of Equivalent Training | 0021 | WP |
| 22 | June 26, 1975 | DAJA-AL | | Legal Review of AR 140-1 | 0022 | WP |
| 23 | August 14, 1974 | DAJA-AL | | Legal Review of Proposed Legislation | 0023 | WP |
| 24 | May 13, 1974 | DAJA-AL | | Legal Review of AR 140-1, Para 4-13 | 0024 | WP |
| 25 | October 26, 1973 | DAJA-AL | | Legal Review of DOD Dir 1215.6 | 0025 | WP |
| 26 | February 2, 1973 | DAJA-AL | | Legal Review of Reserve Officers Entitled to Subsistence Allowance | 0026 | WP |
| 27 | January 12, 1969 | DAJA-AL | | Legal Review of Entitlement to Pay | 0027 | WP |
| 28 | August 15, 1969 | DAJA-AL | | Legal Review of Entitlement to Pay | 0028 | WP |
| 29 | September 10, 1979 | DAJA-AL | | Legal Review of Proposed change 1 to AR 140-1 | 0029 | WP |
| 30 | December 23, 1977 | DAJA-AL | | Legal Review of Prposed Appendix B AR 140-111 | 0030 | WP |
| 31 | April 28, 1976 | DAJA-AL | | Legal Review of AR 140-185 | 0031 | WP |
| 32 | April 29, 1976 | DAJA-AL | | Legal Review of IAW AR 140-1 | 0032 | WP |