# Exhibit 2
# to Reply Memorandum

DEPARTMENT OF THE AIR FORCE
Headquarters US Air Force
Washington, DC 20330-1030

CFETP 2A6X2
Parts I and II
December 1997
Change 1
2 March 1999

# AFSC 2A6X2

# AEROSPACE GROUND EQUIPMENT

# CAREER FIELD EDUCATION AND TRAINING PLAN

# CAREER FIELD EDUCATION AND TRAINING PLAN
# AEROSPACE GROUND EQUIPMENT SPECIALTY
# AFSC 2A6X2

## Table of Contents


**PART I - Career Field Information** ____ 3

**Preface** ____ 3

**Abbreviations and Terms Explained** ____ 4

**Section A - General Information** ____ 7
- Purpose of the CFETP
- Use of the CFETP
- Coordination and Approval of the CFETP

**Section B - Career Progression and Information** ____ 8
- Specialty Description
- Skill/Career Progression
  - Apprentice Level (3)
  - Journeyman Level (5)
  - Craftsman Level (7)
  - Superintendent Level (9)
- Training Decisions
- Community College of the Air Force
- Career Field Path

**Section C - Skill Level Training Requirements** ____ 15
- Purpose
- Specialty Qualification
  - Apprentice Level (3)
  - Journeyman Level (5)
  - Craftsman Level (7)
  - Superintendent Level (9)

**Section D - Resource Constraints** ____ 19

**Section E. - Transitional Training Guide** ____ 19

**PART II - Technical Training Standards** ____ 21

**Section A - Specialty Training Standard** ____ 21
- Atch 1 Proficiency Code Key
- Atch 2 AGE Qualitative Requirements
- Atch 3 GTACS Requirements


Supersedes: CFETP, 2A6X2, June 1994

Approved by: HQ USAF/ILMM, (CMSgt L. Funk)
Number of Printed Pages: 72
OPR: 361 TRS/TRR (Mr. McKellip DSN 736-3684)

Section B - Course Objective List ____ 61
Section C - Support Material ____ 61
Section D - Training Course Index ____ 62
Section E - MAJCOM Unique Requirements ____ 64
Glossary ____ 65
Air Force Publications Training References ____ 65
Technical Order Training References ____ 66
Abbreviations and Acronyms ____ 68

# AEROSPACE GROUND EQUIPMENT SPECIALTY
# AFSC 2A6X2
# CAREER FIELD EDUCATION AND TRAINING PLAN

## PART I

### *PREFACE*

☆**1.** Resource constraints in the Air Force impact the availability of our most valuable resource, manpower. This condition will continue unless training for the workforce is effective and efficient to perform duties within each skill level of our Air Force Specialty (AFS). For the Air Force to meet the challenges of tomorrow, a greater emphasis must be placed on career field training. This Aerospace Ground Equipment (AGE) Specialty Career Field Education and Training Plan (CFETP) is a comprehensive management tool. The CFETP enables the Air Force and each MAJCOM to place the needed emphasis on total career field training. The plan is a "training road map" that identifies life-cycle education and training requirements, training support resources, and minimum core task requirements for the AGE Specialty. The CFETP provides personnel a clear career path to success and instills structure in all aspects of career field training. To read, review, or print a copy of the current CFETP, go to the Aircraft Maintenance Homepage at: http://www.il.hq.af.mil/ilm/ilmm/acmaint/index.html. *NOTE:* Civilians occupying associated positions will use Part II to support duty position qualification training.

**2.** The CFETP consists of two parts. Both parts of the plan are used by supervisors to plan, manage, and control training within the career field.

2.1. **Part I** provides information for overall management of the specialty. Section A explains how everyone uses the plan. Section B identifies career field progression information, duties and responsibilities, training strategies, and career field path. Section C associates each level with specialty qualifications (knowledge, education, training, and other). Section D indicates resource constraints (funds, manpower, equipment, and facilities). Section E identifies transition training guide requirements for SSgt through MSgt.

2.2. **Part II** includes the following: Section A, identifies the Specialty Training Standard (STS) and includes duties, tasks, technical references to support training, Air Education and Training Command (AETC) conducted training, wartime course, core task, and correspondence course requirements. Section B is not used. Section C identifies available support materials, such as a Qualified Training Package (QTP) which may be developed to support proficiency training. These packages are identified in AFIND 8, *Numerical Index of Specialized Educational Training Publications.* Section D is an index used to determine resources available to support mandatory and optional training. Section E identifies MAJCOM unique training requirements used to determine additional training required for associated qualification needs.

**3.** Using guidance provided in this CFETP ensures individuals in the AGE specialty receive effective and efficient training at the appropriate point in their career. This plan enables us to train today's work force for tomorrow's jobs.

*ABBREVIATIONS AND TERMS EXPLAINED*

**Advanced Training (AT).** A formal course that provides individuals who are qualified in one or more positions of their Air Force Specialty (AFS) with additional skills and knowledge to enhance their expertise in the career field. Training is for selected career airmen at the advanced level of the AFS.

**Air Force Specialty (AFS).** A group of positions requiring common qualifications. Each AFS has a title and a code.

**Air Force Job Qualification Standard (AFJQS).** A comprehensive task list that describes a particular job type or duty position. Supervisors use the AFJQS to document task qualifications. The tasks on AFJQS are common to all persons serving in the described duty position.

**Career Field Education and Training Plan (CFETP).** A CFETP is a comprehensive, multipurpose document encapsulating the entire spectrum of education and training for a career field. It outlines a logical growth plan that includes training resources and is designed to make career field training identifiable, to eliminate duplication, and to ensure this training is budget defensible.

**Certification.** A formal indication of an individual's ability to perform a task to required standards.

**Certification Official.** A person whom the commander assigns to determine an individual's ability to perform a task to required standards.

**Continuation Training.** Additional training exceeding AFSC requirements with emphasis on present or future duty assignments.

**Contract Training.** Type I training that receives the same priority funding as Air Force-directed training. It supports initial groups of instructors, operators, and so on, that tl : Air Force requires for new or modified weapon systems.

**Core Task.** A task Air Force Career Field Managers (AFCFMs) identify as a minimum qualification requirement within an Air Force specialty or duty position, regardless of duty position. Core tasks identified with an *R are optional for ANG and AFRC. Additional core tasks may be added by each MAJCOM, flight chief, or unit supervisor as needed.

**Course Objective List (COL).** A publication, derived from initial and advanced skills course training standards, identifying the tasks and knowledge requirements, and respective standards provided to achieve a 3, 5, or 7-skill level in this career field. Supervisors use the COL to assist in conducting graduate evaluations in accordance with AFI 36-2201, Developing, Managing and Conducting Military Training Programs.

**Course Training Standard (CTS).** A CTS is developed for all courses not governed by an STS, including specialized training packages and computer-based training courses.

**Cross Utilization Training (CUT).** Training designed to qualify personnel to perform tasks that are not established requirements in their awarded AFSC.

**En Route (PCS-Associated) Training.** The training of students undergoing a permanentchange of station (PCS) while in temporary duty (TDY) status.

**Exportable Course.** Instructional packages that personnel design for use in the field. The course may include printed, computer-based, or other audiovisual materials.

**Exportable Training.** Additional training via computer assisted, paper text, interactive video, or other necessary means to supplement training.

**Field Technical Training (Type 4).** Special or regular on-site training conducted by a training detachment (FTD) or by a mobile training team.

**Go/No-Go.** In OJT, the stage at which an individual has gained enough skill, knowledge, and experience to perform the tasks without supervision.

**Instructional System Development (ISD).** A deliberate and orderly, but flexible process for planning, developing, implementing, and managing instructional systems. It ensures personnel are taught in a cost efficient way the knowledge, skills, and attitudes essential for successful job performance. (See AFMAN 36-2234 and AF Handbook 36-2235)

**Initial Skills Training.** A formal resident course that awards the 3-skill level.

**Mission Ready Technician (MRT).** Additional task performance training completed as part of or following initial skills training. This training raises the performance level of the graduate to the 3c, (competent and knows operating principles) "task certified" level. The main focus of this initiative is to provide the customer with a 3-level apprentice technician who is ready to be productive upon arrival in their operational unit.

**Occupational Survey Report (OSR).** A detailed report showing the results of an occupational survey of current tasks performed within the AGE career field.

**On-the-Job Training (OJT).** Hands-on, over-the-shoulder training conducted to certify personnel in both upgrade (skill level award) and job qualification (duty position certification) training.

**Position Qualification Training.** Training designed to qualify an airman in a specific position that occurs after upgrade training.

**Quality Air Force (QAF).** An operating style used by each organization to best accomplish its mission while meeting the needs of the users (customers) of the products or services it provides.

**Qualification Training (QT).** Actual hands-on task performance training designed to qualify an individual in a specific duty position. This portion of the dual channel training program occurs both during and after the upgrade training process, and provides the performance skills required to do the job.

**Qualification Training Package (QTP).** An instructional package designed for use at the unit to qualify, or aid qualification, in a duty position or program, or on a piece of equipment. It may be printed, computer-based, or in other audiovisual media.

**Resource Constraints.** Resource deficiencies, such as money, facilities, time, manpower, and equipment that preclude desired training from being delivered.

**Specialty Training.** A mix of formal training (technical school) and informal training (on-the-job) to qualify and upgrade airmen in the award of a skill level.

**Specialty Training Standard (STS).** An Air Force publication that describes skills and knowledge that airman in a particular Air Force specialty needs on the job. It further serves as a contract between AETC and the user to show the overall training requirements for an AFSC that the formal schools teach.

**Standard.** An exact value, a physical entity, or an abstract concept, established and defined by authority, custom, or common consent to serve as a reference, model, or rule in measuring quantities or qualities, establishing practices or procedures, or evaluating results. A fixed quantity or quality.

**Task Certifier.** See Certification Official.

**Total Force.** All collective Air Force components (active, reserve, guard, and civilian elements) of the United States Air Force.

**Trainer.** A person who teaches airmen to perform specific tasks through OJT methods. Also, equipment that the trainer uses to teach airmen specified tasks.

**Training Detachment (TD).** An AETC detachment that provides maintenance-oriented technical training, at an operational location, on specific systems and their aerospace ground equipment. A TD aims to:

Qualify personnel on new equipment or in new techniques and procedures.
Maintain proficiency and increase skill and knowledge.
Acquaint personnel with specific systems.
Keep personnel aware of changing concepts and requirements.

**Training Impact Decision System (TIDES).** A computer-based decision support technology being designed to assist AFCFMs in making critical judgments relevant to: what training should be provided to personnel within career fields, when training should be provided (at what career points), and where training should be conducted (training setting).

**Upgrade Training (UGT).** Mandatory training that leads to attainment of a higher skill level of proficiency.

**Utilization and Training Workshop (U&TW).** A forum of the AFCFM, MAJCOM functional managers (MFMs), Subject Matter Experts (SMEs), and AETC training personnel that determine career ladder training requirements.

***Section A - General Information***

**1. Purpose.** This CFETP provides information necessary for the AFCFM, MFMs, commanders, training managers, supervisors and trainers to plan, develop, manage, and conduct an effective career field training program. This plan outlines the training that individuals in AFSC 2A6X2 should receive to develop and progress throughout their career. This plan identifies initial skills, upgrade, qualification, advanced, and proficiency training. Initial skills training is conducted by AETC at the 361 TRS, Sheppard AFB TX. Upgrade training identifies the mandatory courses, task qualification requirements, and Career Development Course (CDC) requirements for award of the 3-, 5-, 7-, 9-skill levels. Qualification training is actual hands-on task performance training designed to qualify an airman in a specific duty position. It is designed to provide the performance skills/knowledge required to do the job. Advanced training is formal specialty training used for selected airmen. Proficiency training is additional training, either in-residence or exportable advanced training courses, or on-the-job training provided to personnel to increase their skills and knowledge beyond the minimum required for upgrade. The CFETP has several purposes; some are:

1.1. Serves as a management tool to plan, manage, conduct, and evaluate a career field training program. It is also used to help supervisors identify training at the appropriate point in an individual's career.

1.2. Identifies task and knowledge training requirements for each skill level in the specialty and recommends education/training throughout each phase of an individuals career.

1.3. Lists training courses available in the specialty, identifies sources of training, and the training delivery method.

1.4. Identifies major resource constraints which impact full implementation of the desired career field training process.

**2. Uses.** The plan will be used by MFMs and supervisors at all levels to ensure comprehensive and cohesive training programs are available for each individual in the AFS.

2.1. AETC training personnel will develop and revise formal resident, non-resident, field and exportable training based on requirements established by the users and documented in Part II of the CFETP. They will also work with the AFCFM to develop acquisition strategies for obtaining resources needed to provide the identified training.

2.2. MFMs ensure their training programs complement the CFETP for mandatory, initial, upgrade, and proficiency requirements. Identified requirements can be satisfied by OJT, resident training, contract training, or exportable courses. MAJCOM developed training to support this AFSC must be identified for inclusion into the plan.
2.3. Each individual will complete the mandatory training requirements specified in this plan. The lists of courses in Part II will be used as a reference to support training.

3. **Coordination and Approval.** The AFCFM is the approval authority. MAJCOM representatives and AETC training personnel will identify and coordinate on the career field training requirements. The AETC training manager for this specialty will initiate an annual review of this document by AETC and MFMs to ensure currency and accuracy. Using the list of courses in Part II, they will eliminate duplicate training. Applicable inputs will be routed to: AGE Training Manager, 361 TRS/TRR, 501 Missile Road, Sheppard AFB TX, 76311-2246. The Training Manager may also be reached by phone at DSN 736-3684, or by fax at 736-5308.

***Section B - Career Progression and Information***

4. **Specialty Description.** Inspects, maintains, modifies, tests, services, repairs, and delivers electrical, hydraulic, pneumatic, environmental, and mechanical systems to support world-wide aerospace weapons systems.
4.1. **Specialty Summary.** Maintains aerospace ground equipment (AGE) to support aircraft systems or subsystems. Manages AGE functions and activities. Related DoD Occupational Subgroup: 602.
4.2. **Duties and Responsibilities:**
4.2.1. Plans and organizes AGE maintenance activities. Establishes production controls and standards. Interprets and implements directives and publications pertaining to maintenance, including environmentally safe maintenance practices. Determines resource requirements, including facilities, equipment, and supplies. Inspects maintenance activities and evaluates resource use and recommends corrective actions. Encourages quality Air Force activities.
4.2.2. Diagnoses malfunctions and repairs AGE. Advises and performs troubleshooting on AGE before assigning repair action. Inspects and approves completed maintenance actions. Supervises and prepares AGE for storage and mobility deployment. Solves repair problems by studying drawings, wiring diagrams and schematics, and technical instructions. Uses automated maintenance data systems to monitor maintenance trends, analyze equipment requirements, maintain equipment records, and document maintenance actions. Analyzes and repairs ground support equipment using conventional, computerized and digital analyzers, multimeters, voltmeters, ohmmeters, oscilloscopes, circuit card testers, transistor testers, and hand tools.
4.2.3. Performs scheduled and unscheduled maintenance on AGE. Accomplishes inspections to locate defects and determine equipment serviceability. Tests and operates equipment to determine malfunctions and proper operation according to technical orders. Services equipment with fuel, oil, water, coolant, hydraulic fluid, refrigerant, and compressed air. Diagnoses mechanical and electronic circuitry malfunctions using visual and auditory senses, test equipment, and technical publications. Disassembles and assembles malfunctioning AGE accessories and components. Removes, disassembles, repairs, cleans, treats for corrosion, reassembles, and reinstalls AGE components and accessory systems. Stencils, and marks AGE

in accordance with (IAW) technical publications. Handles, labels, and disposes of hazardous materials and waste according to environmental standards. Operates AGE towing vehicles and positions equipment to support aircraft maintenance and flying operations. Cleans, inspects, and services AGE towing vehicles. Maintains vehicle forms.

5. **Skill/Career Progression.** Adequate training and timely progression from the apprentice to the superintendent skill level plays an extremely important role in the Air Force's ability to accomplish its mission. It is essential that everyone involved in training do their part to plan, develop, manage, and conduct an effective training program. The guidance provided in this part of the CFETP ensures each individual receives viable training at appropriate points in their career.

5.1. **Apprentice (3) Level.** Initial skills training in the AGE specialty consists of the tasks and knowledge training provided in the 3-level resident course located at Sheppard AFB TX. The decision to train specific task and knowledge items in the initial skills course is based on the results of the AGE Utilization and Training Workshop (U&TW) conference. At the U&TW conference Subject Matter Experts reviewed the Occupational Survey Report (OSR) data and used their own background, knowledge, and experience in the specialty to determine course content. Task and knowledge training requirements are identified in Attachment 2 of the Specialty Training Standard (STS). To be awarded AFSC 2A632 individuals must complete the initial skills course. Upon completion of initial skills training, a trainee works with a trainer to enhance knowledge and skills. They utilize CDCs, Task Qualification Training, and other courses available to ensure progress in the AGE career field. Once task qualified, a trainee may perform the task unsupervised.

5.2. **Journeyman (5) Level.** Upgrade training to the 5-level in the AGE specialty consists of tasks and knowledge training. Three months after the completion of the 3-level course the individual starts correspondence training provided by the AGE CDC's. Upgrade and qualification training requirements for the 5-level (core tasks) are identified in the STS listed in Part II of this plan. Once upgraded to the 5-level, journeyman will enter into continuation training to broaden their experience base. Supervisors should ensure 5-levels complete all applicable Training Detachment/exportable courses, and MAJCOM specific training. Active duty personnel will attend the Airmen Leadership School (ALS) after 48 months in the Air Force, and will use their CDCs to prepare for testing under Weighted Airman Promotion System (WAPS). They should also consider continuing their education toward a Community College of the Air Force (CCAF) degree. Five-levels may be assigned job positions such as Quality Assurance, Maintenance Operations Center, Production Control, dispatch, and various staff positions.

5.3. **Craftsman (7) Level.** Upgrade and qualification training requirements for the AGE specialty consists of those items shown in this plan. A craftsman can expect to fill various supervisory and management positions such as shift leader, Combat AGE Team (CAT) leader, element chief, AGE maintenance deployment and production supervisor, and task certifier. They may also be assigned to work in staff positions. For award of AFSC 2A672, an individual must successfully complete all required 7-level training and meet 7-level minimum upgrade requirements (AFI 36-2101 and AFMAN 36-2108). Additionally all individuals must attend the 7-level resident course at 361 TRS, Sheppard AFB TX, before the skill level can be awarded. Continued academic education through CCAF and higher degree programs is encouraged. TSgt and TSgt selectees attend the Noncommissioned Officer Academy in residence. MSgts and MSgt selectees should enroll in course 5 or 8 to further their professional development.

5.4. **Superintendent (9) Level.** A 9-level can expect to fill positions such as flight chief, production superintendent, and various staff positions. Additional training through continued education in the areas of budget, manpower, resources, and personnel management is encouraged. Individuals promoted to SMSgt and selected MSgts attend the Senior Noncommissioned Officer Academy in residence. Additional higher education and completion of courses outside the career field are highly encouraged.

6. **Training Decisions.** The CFETP uses a building block approach (simple to complex) to encompass the entire spectrum of training requirements for the AGE career field. The spectrum includes strategy for when, where, and how to meet these training requirements. The strategy must be apparent and affordable to reduce duplication of training and eliminate a disjointed approach to training. The following training decisions were made at the AGE U&TW held at Sheppard AFB TX, 7 - 11 Apr 97.

☆6.1 **Initials Skills Training.** Changes made to the three level course included adding Core Automated Maintenance Systems (CAMS) to all equipment shops and increasing the proficiency code to the 3c level for task certification on creating and clearing jobs in CAMS. Also, annual inspections are now trained as an all inclusive periodic inspection. The proficiency code was raised to the 3c level and all students are task certified on the carbon monoxide tester used on the H-1 heater. Resistive, capacitive and inductive (RCL) networking was deleted from 3-level training and added to the 7-level course.

The initial skills course provides training to personnel on how to maintain, troubleshoot, and repair AGE systems in an on-equipment environment, in support of aircraft maintenance and operations. Specific training includes; electrical and electronic principles, basic system theory of operation, system component removal and installation, system operation, introduction to maintenance concepts, inspection and maintenance systems; core automated maintenance systems (CAMS), supply discipline, general flightline maintenance practices, use of technical publications, common handtools, special test equipment, forms, equipment familiarization, soldering, hardware, safety wiring, foreign object damage prevention, corrosion control, AGE safety, career progression, security, and hazardous materials and waste handling.
Also, specific training on charging and starting systems, hands-on troubleshooting, correcting malfunctions of gas turbine compressors, diesel generators, motor generators, light carts, air cycle machines, air conditioners, hydraulic test stands, bomblifts, diesel engines, heaters, air compressors, electric motors, load banks, various subsystems, and non-powered AGE.

To further enhance the performance training, each student operates all configured equipment while performing operational checks, service inspections, troubleshooting, and correcting malfunctions. Additionally, the performance of refrigeration recovery and system evacuation procedures for capturing chlorofluorocarbons (CFC) on flightline air conditioners and Department of Defense (DoD) Environmental Protection Agency (EPA) refrigeration certification is accomplished. The Mission Ready Technician (MRT) program provides training to the 3c proficiency code level. Under the MRT program each student receives hands-on training on flightline operational equipment and are task certified to AETC standards using qualified and validated learning objectives. Each task is certified and signed off by a qualified instructor as outlined in AFI 36-2201, para 4.9.1.7. and 4.9.1.8. "EXCEPTION." This training includes service inspections, operational checks, and load tests on the A/M32A-86 and A/M32A-60 Generators. Service inspections and operational checks include the NF-2D Light Cart, MC-1A Air Compressor, A/M32C-5 (R-134) Air Conditioner, H-1 Heater, A/M27T-2 Hydraulic Test

Stand, and MJ-1B Bomblift. Additionally, task certification on wheel and tire maintenance is accomplished.

6.2. **Five Level Upgrade Requirements.** Decisions regarding upgrade training included realigning the five skill level core tasks. There were 8 equipment core tasks eliminated on non-essential equipment and 11 core tasks added to new, essential units. As a result there are 31 five level core tasks listed in the STS of which 20 are task certified in resident training.

6.3. **Seven Level Upgrade Requirements.** The 7-level AFSC awarding courses for active duty and ANG/AFRC were reviewed. The A/M32A-60 Gas Turbine Generator was added to the active duty course. Proficiency code levels were added to the STS for both courses to reflect training on electrical/electronic tasks and added resistive, capacitive and inductive (RCL) networking. Core tasks for 7-level training were deleted. All students attaining the desired proficiency level will be signed-off in their STS. Portions of management training were deleted and the time was converted to incorporate more hands-on troubleshooting into the course. The addition of scenarios as homework assignments includes logistics maintenance management and maintenance accountability. A new 7-level CDC volume will be developed to include information on Maintenance Supervision and Management. Implementation is scheduled for Nov/Dec 97. This CDC will be mandatory for all students prior to attending in-resident training.

6.4. **Proficiency Training.** Any additional knowledge and skill requirements that were not taught through initial skills or upgrade training were assigned to continuation training. The purpose of the proficiency training program is to provide additional training, exceeding minimum upgrade training requirements with emphasis on present and future duty positions. To provide additional training in this area, MAJCOMs should develop a continuation training program that ensures individuals in the AGE career field receive the necessary training at the appropriate point in their career.

7. **Community College of the Air Force.** Enrollment in CCAF occurs upon completion of basic military training. CCAF provides the opportunity to obtain an Associates in Applied Sciences Degree. In addition to the associates degree program, CCAF offers the following:

7.1. **Occupational Instructor Certification.** Upon completion of instructor qualification training (consisting of the instructor methods course and supervised practice teaching) CCAF instructors who possess an associates degree or higher may be nominated by their school commander/commandant for certification as an occupational instructor.

7.2. **Trade Skill Certification.** When a CCAF student separates or retires, a trade skill certification is awarded for the primary occupational specialty. CCAF uses a competency based assessment process for trade skill certification at one of four proficiency levels: Apprentice, Journeyman, Craftsman/Supervisor, or Master Craftsman/Manager. All are transcribed on the CCAF transcript.

7.3. **Degree Requirements.** Prior to completing an associates degree, the 5-level must be awarded and the following requirements must be met:

| | Semester Hours |
|---|---|
| Technical Education | 24 |
| Leadership, Management, and Military Studies | 6 |
| Physical Education | 4 |
| General Education | 15 |
| Program Elective<br>Technical Education; Leadership, Management, and Military Studies; or General Education | 15 |
| Total | 64 |

7.3.1. **Technical Education** (24 Semester Hours): A minimum of 12 semester hours of technical core subject courses must be applied and the remaining semester hours applied from technical core to technical elective courses.

7.3.2. **Leadership, Management, and Military Studies** (6 Semester Hours): Professional military education and/or civilian management courses.

7.3.3. **Physical Education** (4 Semester Hours): This requirement is satisfied by completion of Basic Military Training.

7.3.4. **General Education** (15 Semester Hours): Applicable courses must meet the criteria for application of courses to the General Education Requirements (GER) and be in agreement with the definitions of applicable general education subjects or courses as provided in the CCAF General Catalog.

7.3.5. **Program Elective** (15 Semester Hours): Satisfied with applicable technical education; leadership, management, and military studies; or general education subjects or courses, including courses meeting GER application criteria. Six semester hours of CCAF degree applicable technical credit otherwise not applicable to this program may be applied. See the CCAF General Catalog for details regarding the Associate in Applied Science for Aerospace Ground Equipment Technology.

7.4. Additional off-duty education is a personal choice that is encouraged for all. Individuals who desire to become an AETC instructor should actively pursue an associates degree. A degreed faculty is necessary to maintain accreditation through the Southern Association of Colleges and Schools.