# Exhibit A
# to Fahmy Declaration

Stipulated: Exempt From Bate Stamp Indexing

Items No: 2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,and 17

| | |
|---|---|
| Volume 1 | Items:2, 3, 4, 5, 6, 7, 8, 9, 10, 11 |
| Volume 2: | Items:12, 13, 14 |
| Volume 3: | Items:15, 16 |
| Volume 4 | Items:17 |

Response to Production: Department of Army Pamphlets 351-20