**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Plaintiffs' Reply Memorandum in Support of Their Motion to Compel was served electronically on this 18th day of January, 2008 upon:

Douglas K. Mickle
Department of Justice
Commercial Litigation Branch
Civil Division
8th Floor, 1101 L St., NW
Washington, DC 20530

Sabahat Chaudhary