# In the United States Court of Federal Claims

**No. 00-644C**
**(Filed: January 30, 2008)**

* * * * * * * * * * * * * * * * * *

**WILLIAM A. CLARK, JAMES P. DAVERN, ROBERT E. FREEBURG, WILLIE R. JOHNSON, ROBERT A. MUSTIN, JOHN DOES 1 through 4, and JANE DOES 1 through 3, individually and on behalf of others similarly situated,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**O R D E R**

The court hereby **SCHEDULES** a status conference for **Tuesday, February 5, 2008 at 10:30 a.m. eastern time** at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC 20005. Counsel for each party shall appear in person. The courtroom number will be posted in the lobby on the day of the proceeding.

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge