# In the United States Court of Federal Claims

**No. 00-644C**
**(Filed: February 5, 2008)**

* * * * * * * * * * * * * * * * *
*
**WILLIAM A. CLARK, JAMES P. DAVERN, ROBERT E. FREEBURG, WILLIE R. JOHNSON, ROBERT A. MUSTIN, JOHN DOES 1 through 4, and JANE DOES 1 through 3, individually and on behalf of others similarly situated,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to representations made by the government during the February 5, 2008 status conference that it will provide the plaintiffs with specific documents, or access to those documents, as discussed therein, the plaintiffs' motion to compel, filed on December 10, 2007, is **DENIED** as moot. The parties shall file a joint status report no later than **Friday, March 21, 2008** proposing a schedule for completing the discovery process.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge