**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **WILLIAM A. CLARK, individually and on behalf of all others similarly situated,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 00-644** |
| | ) | **(Judge Firestone)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO SUBMIT A JOINT STATUS REPORT PROPOSING A SCHEDULE FOR COMPLETING DISCOVERY**

Pursuant to Rule 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), the United States respectfully requests an enlargement of time of seven days, to and including March 28, 2008, for the parties to submit a joint status report which proposes a schedule for completing discovery. Pursuant to the Court's February 5, 2008 order, the parties joint status report is now due on March 21, 2008. This is defendant's first request for an enlargement of time for this purpose. Counsel for defendant has discussed this motion with plaintiffs' counsel, and plaintiffs support this request.

A brief enlargement of time is necessary because agency counsel is out of the office this week on leave, and assigned Government counsel will be out of the office beginning on Thursday, March 20, 2008, and will not be returning until, Tuesday, March 25, 2008. Thus, defendant seeks this enlargement of time to ensure defendant is able to be fully engaged in drafting and filing the joint status report by the proposed date, to include coordinating any last minute edits from the agency and within the Department of Justice that are generated during the review process.

For the foregoing reasons, defendant respectfully requests that the Court grant this request for an enlargement of time of seven days, until March 28, 2008, in which the parties can file their joint status report proposing a schedule for completing discovery.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel. (202) 307-0383
Fax (202) 353-7988

Attorneys for Defendant

OF COUNSEL:

MAJOR JERRETT DUNLAP
United States Army Litigation Division
Arlington, VA 22203-1837

TIMOTHY MALLOY
LT COL RICHARD REED
United States Air Force
General Litigation Division

MAXIMINO GONZALEZ
National Guard Bureau
Office of Chief Counsel

March 18, 2008

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on March 18, 2008, a copy of the foregoing "**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO SUBMIT A JOINT STATUS REPORT PROPOSING A SCHEDULE FOR COMPLETING DISCOVERY**" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas K. Mickle
Douglas K. Mickle