# In the United States Court of Federal Claims

**No. 00-644C**
**(Filed: March 19, 2008)**

* * * * * * * * * * * * * * * * * *

**WILLIAM A. CLARK, JAMES P. DAVERN, ROBERT E. FREEBURG, WILLIE R. JOHNSON, ROBERT A. MUSTIN, JOHN DOES 1 through 4, and JANE DOES 1 through 3, individually and on behalf of others similarly situated,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

## ORDER

Defendant's unopposed motion, filed March 18, 2008, for a seven day enlargement of time within which to file a joint status report proposing a schedule to complete discovery is **GRANTED**. Accordingly, the parties shall file a joint status report by **Friday, March 28, 2008**.

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge