# In the United States Court of Federal Claims

**No. 00-644C**
**(Filed: April 4, 2008)**

* * * * * * * * * * * * * * * * *

**WILLIAM A. CLARK, JAMES P. DAVERN, ROBERT E. FREEBURG, WILLIE R. JOHNSON, ROBERT A. MUSTIN, JOHN DOES 1 through 4, and JANE DOES 1 through 3, individually and on behalf of others similarly situated,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**ORDER**

The court is in receipt of the parties joint status report, filed March 28, 2008, indicating that the parties required an additional three weeks to complete discovery. The parties' request for additional time is **GRANTED**. Accordingly, the parties shall file a joint status report by **Monday, April 21, 2008**.

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge