# In the United States Court of Federal Claims

**No. 00-644C**
**(Filed: April 21, 2008)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | * |
| **WILLIAM A. CLARK, JAMES P. DAVERN, ROBERT E. FREEBURG, WILLIE R. JOHNSON, ROBERT A. MUSTIN, JOHN DOES 1 through 4, and JANE DOES 1 through 3, individually and on behalf of others similarly situated,** | * |
| **Plaintiffs,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * * | * |

**ORDER**

The parties' joint motion, filed April 18, 2008, for a ten-day enlargement of time within which to file their joint status report is **GRANTED**. Accordingly, the parties shall file a joint status report by **Thursday, May 1, 2008**.

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge