**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **WILLIAM A. CLARK, JAMES P. DAVERN, ROBERT E. FREEBURG, WILLIE R. JOHNSON, ROBERT A. MUSTIN, JOHN DOES 1 through 4, and JANE DOES 1 through 3, individually, and on behalf of all others similarly situated,** | ) | |
| **Plaintiffs,** | ) | |
| **vs.** | ) | **Case No. 00-644C** |
| | ) | **(Judge Firestone)** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**<u>NOTICE TO THE COURT OF PROPOSED ADDENDUM 1 TO PROTECTIVE ORDER</u>**

Pursuant to paragraph 16 of the Protective Order, dated April 8, 2005, the parties respectfully notify the Court that they have agreed to modify the joint stipulated protective order ("Protective Order") as follows:

1. For the purposes of this Modified Protective Order, the term "PROTECTED INFORMATION," in addition to the identifying information relating to the Doe Plaintiffs as described in paragraph 3 of the Protective Order, shall also refer to information contained in the Global Status of Resources and Training System, including “Unit Status Reports.” All other provisions contained in the Protective Order remain in effect. The terms “Global Status of Resources and Training System” and "Unit Status Report" refers to the reports and related documents described in Army Regulation 220-1, Unit Status Reporting, (January 19, 2007), paragraphs 1-1, 2-9.

2. Access to, designation, and disclosure of "Global Status of Resources and Training System" information shall be consistent with the limits and requirements established in the Protective Order.

Agreed to this 30th day of April, 2008.

Respectfully submitted,

s/Helen K. Michael
HELEN K. MICHAEL
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 783-0800

RICHARD T. DORMAN
CUNNINGHAM, BOUNDS, YANCE, CROWDER & BROWN, LLC
1601 Dauphin Street
Mobile, AL 36604
(251) 471-6191

CHARLES J. COOPER
COOPER & KIRK, P.L.L.C.
1500 K Street, N.W., Ste. 200
Washington, DC 20005
(202) 220-9600

Attorneys for Plaintiffs

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
Deputy Director

s/Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 307-0383
Fax: (202) 353-7988

OF COUNSEL:

LT COL TRACY GLOVER
MAJOR JERRETT W. DUNLAP, JR.
CAPTAIN PATRICK GRANT
United States Army Litigation Division

LT COL BRIAN ROOU
United States Air Force
General Litigation Division

MR. MAXIMINO GONZALEZ, JR.
National Guard Bureau
Office of Chief Counsel
Attorneys for Defendant

April 30, 2008

SO ORDERED AND ENTERED this ________ day of May 2008.

______________________________
Judge Nancy B. Firestone
United States Court of Federal Claims

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on April 30, 2008, a copy of the foregoing "**NOTICE TO THE COURT OF PROPOSED ADDENDUM 1 TO PROTECTIVE ORDER**" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas K. Mickle
Douglas K. Mickle