# In the United States Court of Federal Claims

**No. 00-644C**
**(Filed: May 1, 2008)**

```
* * * * * * * * * * * * * * * * *
                                  *
WILLIAM A. CLARK, JAMES           *
P. DAVERN, ROBERT E.              *
FREEBURG, WILLIE R. JOHNSON,      *
ROBERT A. MUSTIN, JOHN            *
DOES 1 through 4, and JANE DOES   *
1 through 3, individually and on  *
behalf of others similarly situated, *
                                  *
                 Plaintiffs,      *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
                 Defendant.       *
                                  *
* * * * * * * * * * * * * * * * *
```

**ORDER**

The parties' joint motion, filed April 30, 2008, for a one-day enlargement of time within which to file their joint status report is **GRANTED**. Accordingly, the parties shall file a joint status report by **Friday, May 2, 2008**.

**IT IS SO ORDERED**.

<u>**s/Nancy B. Firestone**</u>
NANCY B. FIRESTONE
Judge