# In the United States Court of Federal Claims

**No. 00-644C**
**(Filed: May 2, 2008)**

* * * * * * * * * * * * * * * * *

**WILLIAM A. CLARK, JAMES P. DAVERN, ROBERT E. FREEBURG, WILLIE R. JOHNSON, ROBERT A. MUSTIN, JOHN DOES 1 through 4, and JANE DOES 1 through 3, individually and on behalf of others similarly situated,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## O R D E R

The court is in receipt of the parties' notice, filed April 30, 2008, indicating that the parties have agreed to modify the joint stipulated protective order as follows:

1. For the purposes of this Modified Protective Order, the term "PROTECTED INFORMATION," in addition to the identifying information relating to the Doe Plaintiffs as described in paragraph 3 of the Protective Order, shall also refer to information contained in the Global Status of Resources and Training System, including "Unit Status Reports." All other provisions contained in the Protective Order remain in effect. The terms "Global Status of Resources and Training System" and "Unit Status Report" refer to the reports and related documents described in Army Regulation 220-1, Unit Status Reporting, (January 19, 2007), paragraphs 1-1, 2-9.

2. Access to, designation, and disclosure of "Global Status of Resources and Training System" information shall be consistent with the limits and requirements established in the Protective Order.

Accordingly, the Protective Order is amended to include the above agreed-upon modification.

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge