# In the United States Court of Federal Claims

**No. 00-644C**
**(Filed: May 8, 2008)**

```
* * * * * * * * * * * * * * * * * *
                                    *
WILLIAM A. CLARK, JAMES             *
P. DAVERN, ROBERT E.                *
FREEBURG, WILLIE R. JOHNSON,        *
ROBERT A. MUSTIN, JOHN              *
DOES 1 through 4, and JANE DOES     *
1 through 3, individually and on    *
behalf of others similarly situated,*
                                    *
                 Plaintiffs,        *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
                 Defendant.         *
                                    *
* * * * * * * * * * * * * * * * * *
```

**O R D E R**

The court hereby **SCHEDULES** a status conference for **Wednesday, May 21, 2008, at 11:00 a.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (202) 783-0800; counsel for defendant at (202) 307-0383.

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge