# In the United States Court of Federal Claims

**No. 00-644C**
**(Filed: May 21, 2008)**

* * * * * * * * * * * * * * * * *
*
**WILLIAM A. CLARK, JAMES P. DAVERN, ROBERT E. FREEBURG, WILLIE R. JOHNSON, ROBERT A. MUSTIN, JOHN DOES 1 through 4, and JANE DOES 1 through 3, individually and on behalf of others similarly situated,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**ORDER**

As discussed during the May 21, 2008 status conference, the court hereby **ORDERS** the following:

1. The parties shall meet and confer to identify: (a) a discrete list of individuals whose files the government will search for agency communications; (b) the terms to be used in performing the additional searches; and (c) a list of facilities that have not yet been searched for agency communications that the government will search.

2. The parties shall confer with representatives from the state guard organizations from which the plaintiffs seek documents in an attempt to obtain any additional documents that have not been produced to the

plaintiffs. They shall inform the state guard representatives that the Court is exploring various mechanisms for compelling production pursuant to Rules 34(c) and 45 of the Rules of the United States Court of Federal Claims.

3. The parties shall file a Joint Status Report by **Wednesday, June 4, 2008** detailing the results of these efforts and proposing a schedule for future proceedings.

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge