# In the United States Court of Federal Claims

**No. 00-644C**
**(Filed: June 4, 2008)**

* * * * * * * * * * * * * * * * *
*
**WILLIAM A. CLARK, JAMES P. DAVERN, ROBERT E. FREEBURG, WILLIE R. JOHNSON, ROBERT A. MUSTIN, JOHN DOES 1 through 4, and JANE DOES 1 through 3, individually and on behalf of others similarly situated,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * *

## ORDER

The parties' joint motion, filed June 3, 2008, for a nine-day enlargement of time within which to file a joint status report is **GRANTED**. Accordingly, the parties shall file a joint status report by **Friday, June 13, 2008** detailing the results of their efforts to resolve any remaining discovery issues and proposing a schedule for future proceedings.

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge