IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM A. CLARK, JAMES P. DAVERN, ROBERT E.FREEBURG, WILLIE R. JOHNSON, ROBERT A. MUSTIN, JOHN DOES 1 through 4, and JANE DOES 1 through 3, individually, and on behalf of all other similarly situated, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 00-644 (Judge Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR AN ENLARGEMENT**
**OF TIME TO FILE JOINT STATUS REPORT**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, the parties respectfully submit this unopposed motion for an enlargement of time of two (2) business days, up to and including June 17, 2008, within which to file their next joint status report. The parties had previously sought an extension until June 13, 2008. As expected, negotiations have progressed to the point where the parties are in a position to provide a report to the Court. Unfortunately, the parties will not be able to finalize and submit such a report today due to the widespread power failures in the City today. This is the second request for an enlargement of time to file this joint status report. Defendant has authorized Plaintiffs to file this request on behalf of both parties.

For the foregoing reasons, the parties respectfully request that the Court grant this request for an enlargement of time of two (2) business days in which to file a Joint Status

Report.

Respectfully submitted,

/s/ Helen K. Michael

Helen K. Michael
HOWREY SIMON ARNOLD
& WHITE, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 783-0800
Fax: (202) 383-6610

Richard T. Dorman
CUNNINGHAM, BOUNDS, VANCE,
CROWDER, and BROWN, LLC
1601 Dauphin Street
Mobile, Alabama 36660
Tel: (334) 471-6191
Fax: (334) 479-1031

Charles J. Cooper
David Thompson
COOPER & KIRK, P.L.L.C.
555 11th Street, N.W., Suite 750
Washington, DC 20005
Tel: (202) 220-9600
Fax: (202) 220-9601

Counsel for Plaintiffs

Dated: June 13, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing "Plaintiffs' Unopposed Motion For An Enlargement Of Time To File Joint Status Report"was filed electronically. I understand that notice of this filing will be sent to all parties by the operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Helen K. Michael
Helen K. Michael