# In the United States Court of Federal Claims

**No. 00-644C**
**(Filed: June 24, 2008)**

* * * * * * * * * * * * * * * * *
*
**WILLIAM A. CLARK, JAMES P. DAVERN, ROBERT E. FREEBURG, WILLIE R. JOHNSON, ROBERT A. MUSTIN, JOHN DOES 1 through 4, and JANE DOES 1 through 3, individually and on behalf of others similarly situated,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * *

## ORDER

The court is in receipt of the parties' joint status report, filed June 17, 2008, indicating that the parties have made significant progress towards resolving the majority of the remaining discovery issues and request additional time to complete discovery. The parties shall file a joint status report by **Wednesday, July 30, 2008**. The court will schedule a status conference shortly thereafter.

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge