IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAM A. CLARK, JAMES P. DAVERN,<br>ROBERT E.FREEBURG, WILLIE R. JOHNSON,<br>ROBERT A. MUSTIN, CAROL RISSER,<br>JOHN DOES 1 through 4,<br>and JANE DOES 2 and 3, individually,<br>and on behalf of all other similarly situated<br>, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 00-644<br>(Judge Firestone) |
| THE UNITED STATES, | ) | |
| Defendant | ) | |

**JOINT MOTION FOR AN ENLARGEMENT**
**<u>OF TIME TO FILE JOINT STATUS REPORT</u>**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, the parties respectfully submit this joint motion for an enlargement of time of ten business days, up to and including August 13, 2008, within which to file their next joint status report. In the last joint status report, filed June 17, the parties explained their progress towards accomplishing the tasks set out in the Court's May 21 Order. Although the parties have made additional progress since that time, the parties have not been able to complete the tasks set out in this Court's Order due to absences and other case commitments. The parties therefore request an extension in to allow time to work towards completing these tasks and to determine any remaining issues for the Court.

This is the first request for an enlargement of time to file this Joint Status Report. The government's counsel has authorized plaintiffs' counsel to submit this joint request for an enlargement.

For the foregoing reasons, the parties respectfully request that the Court grant this request for an enlargement of time of ten business days, up to and including August 13, 2008 in which to file a Joint Status Report.

Respectfully submitted,

/s/ Helen K. Michael

Helen K. Michael
HOWREY SIMON ARNOLD
& WHITE, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 783-0800
Fax: (202) 383-6610

Richard T. Dorman
CUNNINGHAM, BOUNDS, VANCE,
CROWDER, and BROWN, LLC
1601 Dauphin Street
Mobile, Alabama 36660
Tel: (334) 471-6191
Fax: (334) 479-1031

Charles J. Cooper
David Thompson
COOPER & KIRK, P.L.L.C.
555 11th Street, N.W., Suite 750
Washington, DC 20005
Tel: (202) 220-9600
Fax: (202) 220-9601

Counsel for Plaintiffs

Dated: April 30, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing "Joint Motion for an Enlargement of Time to File Joint Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by the operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Helen K. Michael
Helen K. Michael