# In the United States Court of Federal Claims

**No. 00-644C**
**(Filed: August 13, 2008)**

* * * * * * * * * * * * * * * * * *
*
**WILLIAM A. CLARK, JAMES P. DAVERN, ROBERT E. FREEBURG, WILLIE R. JOHNSON, ROBERT A. MUSTIN, JOHN DOES 1 through 4, and JANE DOES 1 through 3, individually and on behalf of others similarly situated,**

**Plaintiffs,**

v.

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**ORDER**

The parties' joint motion, filed August 12, 2008, requesting an enlargement of seven business days within which to file a joint status report is **GRANTED**. The parties shall file a joint status report by **Friday, August 22, 2008**.

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge