# In the United States Court of Federal Claims

**No. 00-644C**
**(Filed: September 3, 2008)**

* * * * * * * * * * * * * * * * *
*
**WILLIAM A. CLARK, JAMES P. DAVERN, ROBERT E. FREEBURG, WILLIE R. JOHNSON, ROBERT A. MUSTIN, JOHN DOES 1 through 4, and JANE DOES 1 through 3, individually and on behalf of others similarly situated,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**
*
* * * * * * * * * * * * * * * * *

## ORDER

The court is in receipt of the parties' joint status report, filed August 22, 2008, indicating that the parties have been working to complete discovery but require additional time and request an additional 45 days. The parties' request is **GRANTED**. Accordingly, the parties shall file a joint status report by **Monday, October 6, 2008** identifying any remaining discovery issues, proposing a date for the completion of written discovery, and proposing a date for a further joint status report to address a schedule for depositions and for the next phase of the litigation.

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge